**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

21068    MATHENY, PAUL M, ALLENDER, GEORGE F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALLEY, EDWARD M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ALLISON, ELMER O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALLISON, LEE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALLISON, SR, ROBERT B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ALLS, WILLIAM O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALLSHOUSE, CLEMENT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALPAGO, GEORGE V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALSTON, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALTEVOGT, GEORGE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ALTEVOGT, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ALTHOUSE, HAROLD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ALVES, ANTONIO, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, AMBERGER, RUDOLF J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, AMBROSI, ARMANDO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, AMORIELLO, FRANK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, AMOS, ARTHUR B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, AMOS, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, AMOSS, SR., CHARLES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, AMRHINE, HENRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ANDERS, LARRY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, ARVILLE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, CLARENCE I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ANDERSON, EDWARD K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, HENRY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, JAMES D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, JOHN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ANDERSON, JR, EDMUND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  MATHENY, PAUL M, ANDERSON, RUSSELL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ANDRAYKO, FREDERICK H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ANGLE, JOSEPH W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ANGLE, JR, NORMAN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ANKEWITZ, ALFRED G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ANTHONY, BILLY W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ANTHONY, BRUCE D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ANTHONY, CRAIG, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ANTHONY, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ANTKOWIAK, JACOB C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ANTONELLI, HARRY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, APICELLA, POMPEY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, APOSTAL, ACHILLES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, APPEL, THOMAS W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, APPELL, EDWARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ARANYOS, PAUL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARCHIBALD, HARRY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ARDLE, KENNETH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARENA, EDWIN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARGO, CORTLEN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARMES, AUSTIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARMES, JOHN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARMES, LLOYD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARMES, ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ARMSTRONG, CLEM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ARMSTRONG, JOE T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ARMSTRONG, LONNIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ARNDT, ROBERT E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ARNOLD, CLARENCE P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ARNOLD, ERWIN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, ARNOLD, JOSEPH B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ARNOLD, WARREN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ARRINGTON, HERBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ARUTA, JOHN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ASENCIO, CHARLES B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ASH, JERRY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, ASHENFELTER, EARL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, AUGUSTA, AURELIO, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, AUMAN, ROGER R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, AUSTIN, DOUGLAS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, AUSTIN, ELMER E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, AUSTIN, RICHARD C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, AYERS, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BABIN, JR., CLIFFORD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BACHARACH, ROBERT B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BACHIK, THOMAS W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BACHMAN, ALBERT C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BACHMAN, ROBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAIADA, ANGELO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BAILEY, BENJAMIN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAILEY, EDGAR E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BAILEY, GEORGE T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BAILEY, GLENN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAILEY, HAROLD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAILEY, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAILEY, JOE B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAILEY, JR, GEORGE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BAILEY, KYLE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAILEY, LOWELL D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAILEY, MAYNARD D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |

Svc Lst   Name and Address of Served Party

---

21068   MATHENY, PAUL M, BAKER, ANDREW T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BAKER, HAROLD S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BAKER, JR, HUBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BAKER, LEROY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BAKNER, LARRY O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BALAK, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BALAZS, DENES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BALES, HENRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BALL, RUEL C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BALL, WILMA K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BALLARD, TIMOTHY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BALLEW, JAMES D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BALLIET, EDWARD H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BALSAMO, SALVATORE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BALTIMORE, ROBERT C, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, BANDURA, WILLIAM W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BANIC, JOSEPH G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BANIK, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BANISTER, GREGORY W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BANKERD, LILLIAN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BANKES, CHESTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BANKS, JAMES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BANTHER, JACK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARBAS, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARBOUR, ROBERT A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARCROFT, ROBERT A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARDEN, JAMES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARE, CLAUDE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARE, ORVILLE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARKER, ARTHUR R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, BARNETT, FLORENCE E, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARNETT, RICHARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARNETT, SYLVESTER, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARNETT, THOMAS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARNETTE, JOHN B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARNHART, GLENN A, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARNHART, MARSHALL, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARNHART, RONALD D, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARNWELL, LUPER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARR, DONALD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARR, EDGAR L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARR, SR, JIMMY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BARTAKOVITS, RICHARD F, LAW OFFICES OF PETER G ANGELOS, UNION
PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARTHOLOMEW, CHARLES R, LAW OFFICES OF PETER G ANGELOS, UNION
PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARTHOLOMEW, JOHN R, LAW OFFICES OF PETER G ANGELOS, UNION
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARTIK, GEORGE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARTLESS, JR, HAL S, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARTMAN, LESTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BARTYCZAK, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BASILE, SR, ALFRED V, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BASS, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BASS, WARREN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BATES, EDWARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BATES, JORDEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BATES, JR, GROVER C, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BATES, ROY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BATZE, SR, ALBERT H, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BAUCKMAN, SAMUEL W, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BAUER, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BAUERNSCHMIDT, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, BAUGH, JR, WILLIAM M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BAUGHMAN, GLENN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BAUMANN, JOSEPH H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BAXIVANOS, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BAYLE, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEAHM, KENNETH P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEAM, RICHARD D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEARD, ALLEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEARD, SR, CARL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEASLEY, PHILIP W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEAVER, GEORGE S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEAVER, RAY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BECHTEL, LOUIS C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BECK, RONALD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BECK, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BECKER, CARL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BECKER, FRANCIS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BECKER, GEORGE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BECKER, ROBERT S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BECKMAN, KENNETH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEDICS, EDWARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEDICS, FRANCIS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEDICS, III, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEDNAR, RONALD B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEDSAUL, ARTHUR L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEELER, TERRY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEETS, JAMES D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEGETT, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEHLER, BARTON E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEHNER, LEE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

Svc Lst   Name and Address of Served Party

---

21068   MATHENY, PAUL M, BEHRENDT, OTTO E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, BEIGEL, SR, MILTON V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BEKKEN, GEORGE N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BELESKY, THOMAS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BELL, CALVIN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BELL, HARRY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BELL, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BELL, LEROY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BELL, MILTON C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BELL, ROOSEVELT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BELLAMY, LOIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BELLIS, DENNIS E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BENEK, JOSEPH S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BENNETT, HARLEY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BENNETT, MAREN K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BENNETT, MILTON D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BENSON, CALVIN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BENSON, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BENSON, FREDERICK E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BENTLEY, ELMER E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BENTON, CARL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BERBES, ERNEST, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BERGER, PAUL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BERMAN, LOUIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BERNHARD, MELVIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BERNSTEIN, LAWRENCE T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BERRY, CLARRA K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BERRY, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BERTEL, LAWRENCE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BERTONI, GINO G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, BERTRAND, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BERWANGER, RALPH A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BERWANGER, VALENTINE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BESCRIPT, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BESNOSKA, SR, FREDERICK C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEST, ELIJAH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEST, LOVETT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEST, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BETHEL, ERNEST E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BETTLEYON, ALBERT M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BETTY, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BEVER, DAVID L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEVERAGE, ROBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEVERLY, WILLIAM L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BEYER, ROBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BICKERT, SR, CARL S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BIDDINGER, ROBERT A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BIDDINGER, ROBERT G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BIDEN, OTTO W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BIEBER, LEON E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BIEDRZYCKI, EDMUND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BISH, JR, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BISHOP, EUGENE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BISHOP, FLOYD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BISHOP, LARRY E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | MATHENY, PAUL M, BISHOP, NORMAN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BISIGNANI, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BISZEK, FRANK J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, BITTINGER, GLEN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, BLACK, JOSEPH L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, BLACK, MARJORY M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLACK, RONALD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLACKBURN, DENNIS S, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLACKLIN, THOMAS E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLACKMON, MILDRED J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLACKWELL, PRESTON E, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLACKWELL, SAMUEL M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLAIR, HAROLD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLAIR, JOHN D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLAIR, SR, RAY N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLAKE, HERMAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLAKE, RUSSELL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLAKENSHIP, EARL W, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLAKNEY, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLALOCK, SAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLANK, HOWARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLANK, JR, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLANTON, ELBERT G, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLANTON, RONALD G, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLATNIK, FRANK W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLEVINS, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLEY, THOMAS W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLISS, EUGENE Z, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLITZ, GEORGE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLITZ, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLOOM, JAMES D, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLOUNT, WILLIAM D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BLUME, CLAYTON F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BLYDENBURGH, III, RAYMOND, LAW OFFICES OF PETER G ANGELOS, UNION
        PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOATWRIGHT, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, BOBAC, WILLIAM P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOBB, KARL F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BODDICE, SR, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BODNAR, RAYMOND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BODNAR, ROGER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOGAR, RICHARD S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOGART, ROBERT N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOGDAN, EDWARD A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOGUE, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOHAR, WILLIAM T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOIES, RAYMOND T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOKMAN, FRANCIS D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOKSAN, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOLANDER, WAYNE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOLASKY, JAMES J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOLDLEN, ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOLING, BERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOLLINGER, PAUL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOLTZ, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOND, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOND, LOUIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BONELLA, HARRY V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BONINCONTRI, CARLO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BONNER, ANDREW L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BONSER, CLYDE T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BONSER, RAYMOND O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOOHER, WILLIAM S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOOKER, ROBERT P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOONE, CLEDITH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOOTHE, EARLE S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   MATHENY, PAUL M, BORGER, CARL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BORING, PAUL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BORITS, PAUL R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOROSH, MARTIN, LAW OFFCES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BORUM, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BORYS, ALEXANDER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOSLEY, HARRY S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOSLEY, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOSTIC, DONALD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOSTIC, EVERETT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOSTIC, HENRY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOSTON, EARL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOULDEN, EVAN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOVE, PETER V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOWARD, JR., HARRY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOWDEN, LEWIS C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOWEN, KENNETH G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOWER, RALPH P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOWERS, VALLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOWERSOX, CHARLES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOWIE, PAUL G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOWMAN, CHARLES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOWMAN, GARY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOYD, JACK D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOYD, OAKIE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BOYD, ROY W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BOYD, SR, MERRITT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRAC, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRACKBILL, WILLIS D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRADFORD, FRANKLIN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  **Name and Address of Served Party**

21068   MATHENY, PAUL M, BRADIN, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRADLEY, SR, DAVID, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRADY, VIRGIL F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRAGER, FRED S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRANCH, LEONARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRANDENBURG, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRANDENBURG, RANDOLPH L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, BRANDON, LARRY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRANHAM, BILLY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRANHAM, PERCY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRANHAM, RONALD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRANNAN, JR, CHARLES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRANNAN, PHILIP E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRANNOCK, BERNARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRANNON, SAMUEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRANTLEY, ULYS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRASWELL, BILLY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRATCHER, SR, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRAZIER, HENRY T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRECKENRIDGE, LEMUEL M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BREEDEN, GERALD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BREEDEN, JAMES H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BREINIG, RICHARD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRELSFORD, THEODORE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BREWER, FRANK C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BREWER, ROY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRIAR, RICHARD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRIDGEFORTH, SOLOMON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BRIDGERS, MACK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BRIDGES, PAUL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

21068  MATHENY, PAUL M, BRIDGES, RUSSELL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BRIGHT, WILLIAM P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BRISCOE, PROCTOL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BRISTOL, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRITA, GENERO A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRITCHER, NORMAN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRITT, JR, FRANKLIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BRITTINGHAM, C W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRITTINGHAM, ERNEST W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRITTLE, JAMES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BRIZZIE, RICHARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRODERICK, DANIEL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BROGAN, EARL F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROKATE, HENRY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRONG, BRIAN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BRONG, HAROLD A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROOKES, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BROOKS, FRANK E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROOKS, JR, FRANK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROOKS, LAWRENCE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROOKS, LEONARD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROOKS, TED C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROPHY, JOHN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROSIUS, RUSSELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BROUGHMAN, EUGENE O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BROWDER, HOWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROWN, CHRISTOPHER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROWN, CURLEY W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BROWN, HAROLD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BROWN, HARRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

21068    MATHENY, PAUL M, BROWN, IVAN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, JAMES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROWN, JAMES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, JR, CHARLES C, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROWN, JR, PAUL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROWN, KENNETH T, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, LESTER E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, MICHAEL D, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, NICHOLAS, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, OLLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROWN, PAUL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROWN, RANDAL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROWN, SOL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROWN, SR, CHARLES J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, SR, EUGENE N, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, SR, JAMES T, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, TYRONE, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROWN, WAKEFIELD O, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BROYLES, NEWTON, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BROYLES, ROY F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BRUMBAUGH, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION
PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BRUMBLEY, WALTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BRUMMETT, CARL A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, BRUMWELL, JOSEPH L, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BRUZDZINSKI, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BRYAN SR., WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BRYAN, CLARENCE R, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, BRYAN, FRANCIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 MATHENY, PAUL M, BRYAN, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BRYANT, CLARENCE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BRYANT, JOHNNY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BRYANT, VERNON D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BRYANT, VERNON L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCENELL, JOHN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCEY, HAROLD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BUCHANAN, JOHN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCHANAN, JR, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BUCK, ERVIN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCK, JOHN G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCK, SHIRL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCKLER, DEBORAH E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCKLEW, CARL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BUCKLEW, MILDRED M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BUCKLEW, RALPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BUCKNER, CURTIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCKNO, RAYMOND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCKO, VICTOR J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUCKWALTER, REGIS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUEHLER, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BUGGS, JOE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BUHMAN, ALBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BULL, WILLIAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BULLOCK, RONNIE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BULLOCK, WILLIE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, BULTED, SAMUEL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUNCH, JR, CARL T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUNCH, PAUL T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, BUNDY, JR., LESTER R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, BUNTON, NANNIE M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURBES, HENRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURCHFIELD, GARMER J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURCHILL, FRANCIS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURCIN, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURGER, ANNA J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURGER, CLAYTON L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURGESS, EUGENE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURGESS, HEADRICK W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURGESS, RONALD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURIAN, LAMONTE K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURIK, GEORGE E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, BURKE, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURKEY, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURKHARDT, DANIEL H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURKHART, BILLY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURKHOLDER, STANLEY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURKIT, STEPHEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURLEY, WILLIAM C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURNETT, SR, LOISE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURNETTE, CONWAY H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURNETTE, LACY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, BURNETTE, RALPH C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURNS, FRANK J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURNS, JR, CLYDE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURNUM, JOHN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURNUM, SAMMIE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURRESS, MITCHELL P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURRIS, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, BURROUGH, JAMES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  **Name and Address of Served Party**

21068  MATHENY, PAUL M, BURTON, BEVERLY B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BURTON, PAULINE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BURTON, RANDALL P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BURTON, RAYMOND J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BUSCEMI, ANGELO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BUSFIELD, ALBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BUSH, RONALD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BUSICK, GEORGE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BUTLER, DOYLE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BUTLER, HARRY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BUTLER, HOMER A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BUTLER, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BUTLER, RUDOLPH R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BUTLER, STERLING N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BUTLER, WALTER E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BUTT, LUTHER S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BUTTORFF, WILLIAM G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BUTTS, JR, ARTHUR U, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BYERS, SAMUEL F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BYNUM, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BYRD, GEORGE B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, BYRD, HAROLD P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, BYRD, JAY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CABAGE, HERBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CABASSA, MARCO M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CACANO, ANTHONY B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CAIN, FRANCES J, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CALDERON, LUIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CALDWELL, CURTIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CALFEE, MACK S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, CALLAHAN, NORMAN F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CALLIGAN, DAVID, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CALP, CHARLES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMBIOTTI, HENRY V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMMARATA, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMMARATA, JACK C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMPANELLA, GUIDO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMPBELL, EDDIE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPBELL, ISAAC, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMPBELL, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPBELL, JOHN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMPBELL, MILLARD H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPBELL, RALPH B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMPBELL, ROBERT G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPBELL, ROBERT S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPBELL, RODNEY K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPBELL, SR, DONALD G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAMPBELL, TERRY P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPFIELD, GLENN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CAMPLI, ARTHUR R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CANADY, BILLY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CANDIA, WILLIAM M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CANNON, JAMES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CANNON, ROBERT G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CANTRELL, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CANTY JR., MUSKER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAP, JAMES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAPATE, JAMES G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAPERNA, ROSE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CAPLAN, HENRY M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    MATHENY, PAUL M, CAPULICH, MICHAEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARE, WARREN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARGILE, JAMES L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARL, MICHAEL B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARL, ROBERT W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARLOCK, SR, JUSTIN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARMICHAEL, CLYDE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARNEY, SR, THEODORE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARPENTER, GARLAND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARPER, RAYMOND L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARR, GEORGE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARR, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARR, JR., LEON L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068    MATHENY, PAUL M, CARR, RANDOLPH P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARRIER, GENE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARRIER, GLENN O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARRIER, PAUL R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARROLL, ALFRED J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARROLL, ARTHUR B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARROLL, JOHN F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARROLL, LARRY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARROLL, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARROLL, SR, ACE J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARTER, ARTHUR W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARTER, ELBERT A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARTER, JOSEPH E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARTER, JR, PRESTON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, CARTER, ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARTER, ROBERT R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, CARTER, THOMAS E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, CARTY, NORMAN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CARVER, GEORGE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CASEY, JAMES V, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CASSIDY, RICHARD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CASTAGNA, BART C, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CASTLE, PAUL A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CASTRIOTA, ANTHONY A, LAW OFFICES OF PETER G ANGELOS, ONE
        CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, CATES, JAMES M, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CATES, WADE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CAVASINA, GLENN M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CAWKWELL, JOHN B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CAWOOD, CLARENCE F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CEASER, ERNEST, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CELLITTO, GUIDO T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CENGERI, STEPHEN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CERINO, LEO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CERINO, MARGARET M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CERQUEIRA, JOSEPH A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CHADWELL, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CHAFIN, JAMES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CHAJKOWSKI, FRANK P, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CHALK, GUY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CHAMBERLAIN, FRED W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CHAMBERLIN, GEORGE A, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CHAMBERS, AUSTIN C, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CHAMBERS, ELMER N, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CHAMBERS, JIMMY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CHAMBLEE, BILLY, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CHANDLER, ALFRED J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CHANDLER, FRED R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | MATHENY, PAUL M, CHAPKOVICH, DANIEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHARNEY, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHASE, HARRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHASSAGNE, LEO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHASTAIN, MARTIN K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHASTAIN, SR, RUSSELL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHASTEEN, JAMES M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHASTEEN, MARVIN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHEARNO, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHEKANSKI, EDWARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHELTON, JR, HARRY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHESTER, BENJAMIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHESTNUTT, ROBERT H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHEW, SR, LEE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHIFFONS, JR, NELSON H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHILCOAT, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHIORRA, FREDERICK A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHMIELEWSKI, SR, EDWARD N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHOCK, STEPHEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHOLEWA, EUGENE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CHRISMAN, JAMES B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHRISMER, THOMAS E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHRISTENBERRY, RALPH H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHRISTMAN, DONALD D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHRISTMAN, HAROLD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHRISTOFF, ROBERT N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CHUMOS, HARRY P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CIANCIO, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, CIANIARRA, ALFRED D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, CIMINO, SR, SALVATORE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MATHENY, PAUL M, CIMOROSI, BARBARA A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLARK, BERTIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLARK, CURTIS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLARK, DONALD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLARK, HAROLD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLARK, HENRY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLARK, JAMES C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLARK, JAMES S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLARK, JR, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLARK, RONALD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLARK, SR, THOMAS H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLAY, AARON D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLAYTON, CHRISTOPHER M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLAYVILLE, MILDRED H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLEM, JAMES G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLEMONS, HENRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLEMONS, PALMER R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLICK, DONNIE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLINE, PAUL W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CLOPPER, GARY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLOWER, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLOWERS, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CLOWERS, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CMOREY, RICHARD M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COBBS, MAURICE N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COBURN, PERRY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COCHRAN, CHARLES G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COCHRAN, JAMES Z, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COCHRAN, THOMAS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COFER, JR, PAUL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   MATHENY, PAUL M, COFFEY, LEONARD S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COGAR, NELLIE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COKER, HOWARD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COKER, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLE, BETTY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COLE, HOYT W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLE, JOHN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLE, SR, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLEMAN, EDWARD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COLEMAN, GILBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLEMAN, RONALD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLEMAN, STANLEY W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLES, HENDRICKS F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLIER, HINTON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COLLIER, JAMES C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLIER, JR, WILLIAM F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLIER, ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLINS, CLEVELAND E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COLLINS, KENNETH D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLINS, MILLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COLLINS, OLLER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLINS, VINCENT H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLINS, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLINS, WILLIAM P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COLLINS, WILLIAM T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COMBS, BILL G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COMBS, HAROLD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COMBS, MARVIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COMBS, SR, OMER V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COMET, MELVIN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   MATHENY, PAUL M, COMOTTO, LUCY R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COMSTOCK, RUSSELL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CONKLIN, SHIRLEY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CONLEY, JOHN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CONNELLY, MICHAEL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CONNOLLY, PAUL M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CONNOR, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CONTE, ALFRED, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CONTE, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CONWAY, ALBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CONYERS, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COOK, GEORGE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COOK, GILBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COOK, JR, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COOK, SR, HOMER L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COOLEY, HUGHIE D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COOLEY, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COOPER, ALVA J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COOPER, BRISCO, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COOPER, CECIL R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COOPER, JOHN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COOPER, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COOPER, JULIUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COOPER, SR, THOMAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COOPER, THOMAS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CORBETT, RONALD L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, CORBISER, HOMER E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CORDER, JOHN H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CORNELIUS, JOSEPH B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CORNETT, CHARLES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   MATHENY, PAUL M, CORRADO, EMIL A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CORRY, ELZY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CORRY, MACK L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CORRY, MELROW, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CORSO, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CORTESE, EDWARD G, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CORY, WARNER M, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COSBY, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COSNEY, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COSTNER, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COULTER, DAVID, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COUNCIL, MACK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COURTNEY, JERRY B, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COURTNEY, JOHN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COUSINS, VINCENT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COVAHEY, LEONARD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COVELY, CLARENCE P, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COWAN, ANDREW J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COWGILL, DARWIN, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, COX, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COX, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COX, HARVEY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COX, HERBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COX, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COX, JR, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COX, MELVIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COX, MICHAEL S, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COX, SR, EARL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, COX, VIVIAN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, COX, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, COX, WINFRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, COXON, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CRABBE, CHARLIE O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CRADIC, DAVID M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRAIG, THOMAS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRAUN, THELMA, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRAVENS, JERRY M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRAWFORD, FRED, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRAWFORD, JAMES M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CRAWFORD, JOHN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRAWFORD, SR, ALVIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CRAWFORD, WILBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CRAWFORD, WILLIAM C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CRAWFORD, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CREAMER, ROBERT D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CREEK, JR, OLAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CROCKETT, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CROMER, ALFRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CROMPTON, RICHARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CROMWELL, CHRISTINE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CRONAN, MAX D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRONIN, RAYMOND E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CROSBY, FRANK R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CROSS, DONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CROSSLEY, JOHN M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CROUSE, RALPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, CROWDER, CHARLES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CROWDER, KENNETH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CROWE, RONALD G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, CRUICKSHANK, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MATHENY, PAUL M, CRUMPTON, HENRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CSASZAR, FRANK J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CUADRADO, FELIX O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CULLEN, DENNIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CULLEN, RAYMOND F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CUNNINGHAM, ALTON H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CUNNINGHAM, BLAIR W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CUNNINGHAM, LOUIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CUNNINGHAM, MARTIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CUNNINGHAM, RAY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CUNNINGHAM, RICHARD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CUNNINGHAM, WALTER N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CUNNINGHAM, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CURRO, THOMAS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CURRY, GLENN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CURTIS, LEWIS F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CURTIS, LUTHER L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CURTO, VINCENT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CURZI, ARCHIE J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CURZI, EMILIO J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CURZI, JOHN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CUSHING, WALLACE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CUSTER, GORDON A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, CUTONE, RICHARD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CUTSHAW, OSCAR H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CZAR, FRANK L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CZIPOTH, DAWN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CZIPOTH, EUGENE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, CZIPOTH, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DABNEY, CHARLES G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MATHENY, PAUL M, DADE, ELWOOD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DALE, JR, RICHARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DALE, OLAN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DALESANDRO, EDMUND J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DALLAS, RHINEHART, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAMICO, JAMES V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAMICO, THOMAS D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DANDRIDGE, LESTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DANDY, IRVIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DANIELCZYK, RICHARD G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DANIELS, CLARENCE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DANISH, ANDREW R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DANISH, EDWARD C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DANNER, WILLIAM C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DANNER, WILLIAM T, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, DANZ, EDWARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAPP, SR, DOUGLAS L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DARNELL, DAVID R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DARNELL, THOMAS D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DARNELL, WILLIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DASH, AMANDA E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DASH, LILLIAN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAUGHERTY, CHARLES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAUGHERTY, LENDON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAUGHERTY, LONALD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAUGHTON, DENNIS K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVENPORT, HARLAND T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVENPORT, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVENPORT, ROY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIDSON, CLAUDE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, DAVIDSON, DONALD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, ALAN V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, ANTHONY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, DANIEL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, DONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, FRANK W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, GARY G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, GARY R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, HECTOR W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, JACKIE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, JACKSON D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, JOE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, JOHN B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, JR, BENSON W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, MAIMOND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, NATHANIEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, OSCAR W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, SCOTT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, SR, DONALD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAVIS, THOMAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, THURMAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, WILBUR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAVIS, WILSON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAWKINS, THOMAS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAWSON, ADAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAY, CURLEY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DAYNOROVICZ, LEONARD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DAYTON, WILBUR L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEAN, ARCHIE D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEAN, HELEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, DEAN, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEAN, JR, EDWIN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEAN, WILLIAM M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEANGELIS, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DELEON, RICHARD P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEMOTTEZ, PAUL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DENEEN, ALFRED, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DENISTON, PAUL D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DENKOVICH, SR., P. P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DENNING, RONALD T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DENNIS, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DENNISON, SR, RUSSELL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEPASQUALE, FRANK L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEPPE, ROBERT W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DERA, BERNARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEROCHER, JOSEPH R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DERR, HOWARD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DERRICK, TOMMY N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DESANTIS, FRANK G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DESHONG, ROGER G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEUTSCH, JUDD H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEVAN, MARY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEVAUGHN, SR, EDWIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEVAULT, EMMETT B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEVAULT, ROBERT A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DEVENNY, WAYNE T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEVINE, JOSEPH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEWEES, RONALD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEWEY, ROBERT T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DEXTER, JIMMY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, DEY, SR, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIANGELO, RAPHAEL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIBBERN, JACK H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DICK, JACK J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DICK, JR., ARNOLD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICKENSON, PERRY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICKER, DOROTHY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICKERSON, PAUL M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICKERSON, SR, DANIEL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DICKERSON, SR, FRANCIS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICKIE, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICKINSON, ALTON C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICKSON, JACK D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DICRISCIO, JR, CARMEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIDONATO, SR, PAUL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIEHL, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIEHL, MYRON H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIEHL, SAMUEL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIEHL, WILLIAM P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIFRANCESCA, ROSARIO, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIGBY, CARL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIGBY, JAMES J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIGGS, BERNARD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIGGS, ROLAND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIGIACINTO, ATTILIO S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIGMAN, GEORGE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIGNAZIO, ALEXANDER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DIGUISEPPE, RICHARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, DIMARCANTONIO, ALBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, DINSMORE, SR, LESTER S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   MATHENY, PAUL M, DINTINO, JR, ALFRED M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DIORIO, ETTORE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DISCHER, FREDERICK W, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DISHAROON, JOANNE R, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DISHMAN, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DISHMAN, MITCHELL, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DISTEFANO, PAUL L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DISTLER, RONALD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DITZEL, JOSEPH T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DIVALENTIN, LUCIANO A, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DIVEL, LEROY J, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, DIVELBISS, PAUL N, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DIVENTI, PHILIP J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DIVOK, JOSEPH C, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DIXON, JESS W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DIXON, MARGARET M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DOBRYNSKI, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DODGE, GARY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DODSON, PAUL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DODSON, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DOEMLING, JOHN M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DOERING, CHARLES R, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DOLAN, STEPHEN G, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DOLLY, STANLEY G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DONAHUE, JR, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DONAHUE, SR, GEORGE E, LAW OFFICES OF PETER G ANGELOS, UNION
        PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DONAHUE, THOMAS, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DONALD, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DONCSES, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DONESKI, EDGAR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, DONOVAN, JOHN G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DORSEY, ERNEST, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DORSHIMER, HAROLD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DORSHIMER, RALPH S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DOSS, ROBERT M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DOSSETT, JOHN I, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DOSTER, LARRY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOTSON, CLIFFORD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DOUGHERTY, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOUGHERTY, RAYMOND D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DOUGHERTY, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOURIS, ANGELO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOVE, WILLIAM E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOVELL, ROBERT E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOWEN, BRADLEY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOWER, MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOWNIN, HOBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOXZON, EDGAR R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DOYLE, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRAGOO, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRAJIC, FRANK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRAPER, WAYNE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRAYER, CARROLL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRENNER, DENNIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRESCHER, FREDERICK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, DRIPPS, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRONICK, JOHN G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRUMM, KENNETH J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRUMMOND, FORREST, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, DRUMMONDS, ROY T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, DRY, JAMES H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DRYMALA, PETER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUDA, JACOB, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUDLEY, JR, WESLEY H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUFF, THEODORE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUGGAN, GARY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNAWAY, NATHAN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUNCAN, CLAYTON A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNCAN, HOUSTON M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNCAN, HUBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNCAN, J. B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNCAN, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNCAN, JOHN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUNKERLY, WILLILAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUNLAP, LONZO B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNN, CARROLL L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNN, JAMES C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUNN, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUNN, MICHAEL T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUNN, SR., CLIFTON F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DUNN, WYMAN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DURANT, ERNEST, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DURHAM, GARY C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DURHAM, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DUVALL, SR, GEORGE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DVORAK, THOMAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DWOJEWSKI, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, DWYER, ARTHUR T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DWYER, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, DYER, CLARENCE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, DZOJKO, EDWARD M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EANES, WALTER R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EARL, WALTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EAST, CHARLES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EASTER, GEORGE C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EATON, CHARLES T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EBRON, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ECK, GORDON L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, ECKARD, THEODORE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, ECKEBRECHT, GERALD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ECKERT, WOODROW W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ECKROTH, REYNOLD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ECRET, BART D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EDDY, DONALD K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDELMAN, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDELMAN, WILLIAM S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EDENBO, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDMONDS, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDMONDS, THOMAS C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EDWARDS, CLIFFORD K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EDWARDS, ERNEST J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDWARDS, EUGENE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EDWARDS, HENRY R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDWARDS, HOWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDWARDS, JEFFREY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EDWARDS, JULIUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EDWARDS, SHARON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, EGAN, MARTIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EGAN, MICHAEL F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, EHMAN, CHARLES B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    MATHENY, PAUL M, EICH, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, EICHLER, CHARLES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, EINIG, JR, KARL G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, EISLER, EARL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ELKINS, GLEN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ELLENBERGER, JOSEPH J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLERBE, JOHN H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ELLIOT, SR, EDDIE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIOTT, FRED L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIOTT, FREDERICK C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ELLIOTT, GEORGE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ELLIOTT, JOHN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIOTT, RICHARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ELLIOTT, ROBERT C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIOTT, WILLIAM K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIS, MARY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIS, POWELL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIS, ROY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLIS, WENDELL L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELLISON, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ELLWOOD, SR, EDWARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELROD, HARRY P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ELWELL, DAVID R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, EMCH, FOSTER C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, EMIG, NELSON C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, EMMERT, BRUCE P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ENDERS, LEWIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ENGLAND, DAVID R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ENGLAND, JAMES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, ENSOR, JOHN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, EPPLER, RICHARD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EPPS, LEROY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ERCEG, PETER J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ERDIE, STEPHEN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EREMUS, PAUL T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ERKINGER, EDWARD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ERNST, DONALD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ERZAK, JR, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ESCH, WILLIAM P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ESKRIDGE, RAYMOND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ESSLINGER, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, ESTEP, ALLEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, ESTES, III, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EUBANKS, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EULART, ROLAND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EULER, EDITH R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EVANGELISTA, PASQUALE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EVANS, EVAN N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EVANS, GEORGE S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EVANS, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EVANS, JOE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EVANS, MARY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EVANS, MILARD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EVANS, RAYMOND F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EVANS, RONALD I, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, EVANS, WILLIE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EVERETT, CHESTER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EY, SR, WILMER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, EZELL, JR, JAMES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, FAIR, ALLEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, FAIR, EDWARD C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FAIR, WAYNE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FAIRCHILD, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FAIRNOT, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FAISON, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FALES, GEORGE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FALKENSTEIN, ANDREW, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FANSLER, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FARINETTI, FRANK J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FARMER, EDWIN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FARNER, ROY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FARRAR, ROBBIE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FARRELL, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FARRELL, ROBERT R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FARRELL, SR, GEORGE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FARRIOR, WINFORD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FARRIS, HORACE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FARSHT, PAUL D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FATZINGER, HAROLD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FAY, JOSEPH G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FEAST, ALFRED B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FEATHERS, FLOYD T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FEBERT, JOHN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FEINBERG, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FEIST, JR, PHAON B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FELICEBUS, FRANK J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FELTY, SR, DONALD B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FEMI, ARTHUR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FEMI, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FENIMORE, PHILIP, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, FENKNER, MERRILL P, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FENNELLY, ROBERT D, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FENNER, ROBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FENNINGTON, JR, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FERANDES, SR, WILLIAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FERENC, WALTER J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FERGUSON, JR, DAVID W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FERGUSON, SR, ERNEST D, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FERGUSON, WILBURN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FERNANDES, PATRICK S, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FERRANDI, ANTHONY J, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FERRARI, BENITO O, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FERRY, BERNARD P, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FIDDESOP, ROY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FIELDS, GEORGE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FIGAS, ELROY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FIGGS, JAMES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FIKE, BRENDA L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FIKE, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FIKE, ERNEST L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FILIPOVITS, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FILLEAUX, HERBERT G, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FINELLI, JOSEPH N, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FINNICK, ROBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FISCHER, WILLIAM SR J, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FISHER, FRANCES N, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, FISHER, FRANK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FISHER, HUGH A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FISHER, JAMES F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FISHER, JOHN H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

---

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, FISHER, LARRY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FISHER, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FISTEK, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FITCH, MAY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FITZSIMMONS, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FLAGG, JR, PAUL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FLAGG, RAYMOND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FLEENER, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FLEGLER, JR, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FLEISCHMAN, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FLEMING, CAREY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FLEMING, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FLEMING, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FLOOD, KENNETH L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FLORENTINE, THOMAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FLOYD, EMMA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FOE, LABAN M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FOLTZ, BABE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FORBES, PAUL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FORNOFF, JR, GEORGE I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FORRESTER, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FORRESTER, RUSSELL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FORSYTHE, SR, TRAVIS N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FORTNEY, DONALD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FOSTER, CHARLES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FOSTER, FREDERICK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOSTER, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOSTER, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOSTER, JR, ARVIE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOSTER, LON H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, FOUKE, EARL T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOWLER, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOWLER, WALTER P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOWLKES, ALVIN, LAW OFFCE PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FOX, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOX, JAMES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOX, LARRY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOX, PAUL D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOX, RAYMOND W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FOX, THOMAS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRACASSI, ANTHONY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRADY, THOMAS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRAGASSI, DANDE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRANCHETTI, MICHAEL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRANCIS, SILBURN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRANCO, MARTIN, LAW OFFCE PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRANK, ERIC, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRANK, GEORGE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRANK, JR, ROBERT M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRANKENBERRY, LARRY D, LAW OFFCE PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRANKENFIELD, CHESTER F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRANKLIN, CHESTER A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRANKLIN, III, GEORGE A, LAW OFFCE PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRANKLIN, LATTIE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRANZ, RAYMOND T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRASCA, LOUIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRAZIER, HARRY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRAZIER, STEWART L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRAZIER, WILLIAM W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FREELS, LEROY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Svc Lst  Name and Address of Served Party**

21068   MATHENY, PAUL M, FREEMAN, GARNETT B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRENCH, FRED C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRENCH, FREDDIE S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRENCH, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRESHOUR, SAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FREUND, III, WILLIAM F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FREUND, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FREY, HAROLD A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FREY, JR, MYRON F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FREY, NORMAN G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FREY, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRIEND, JACK G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRITZ, DENNIS P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FRIZZELL, BARBARA C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRIZZELL, RICHARD D, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, FRONEBERGER, ROBERT G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FRYE, TOMMY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FUCHS, JOHN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FUCHS, JR, JOSEPH H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FUENTE, ELDEN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FUKA, JOSEPH M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FULBRIGHT, WALTER K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FULKOSKE, RAYMOND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FULLER, FRANKLIN M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FULLER, RICHARD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FULLER, SR, HUBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FULLMER, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FULTON, RUSSELL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FUNK, MADELINE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, FUNKHOUSER, SCOTTY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  **Name and Address of Served Party**

21068   MATHENY, PAUL M, FURR, JR, FLOYD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, FYE, CARL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GADDIS, FRANCIS O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GAGLIANO, SAMUEL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GALGOCI, FRANCIS W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GALLAGHER, FRANCIS P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GALLAGHER, JAMES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GALLAHER, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GALLAHER, JACK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GALLICH, RUDOLPH W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GALLION, MARVIN K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GALLO, JR, FRANK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GALTON, CHARLES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GALYON, GENE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GALYON, JR, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GALYON, KENNETH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GAMBER, PAUL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GANN, JAMES C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GARCIA, GEORGE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARDINER, CHARLES H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARDNER, CHARLES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARDNER, JOHNNY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GARDNER, RAYMOND E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARDNER, ROLAND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARDNER, SR, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARDNER, SR, LLOYD M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARDNER, WILLIAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARGILE, CHARLES M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARLITZ, GORDON L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARNETT, BROADDUS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, GARNS, DAVID, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, GARRETT, VON H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GARRISON, DARRELL M, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARRISON, JR, ALEXANDER, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARTRELL, KENNETH W, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GARY, JAY H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GASKIN, BARNEY T, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GASKIN, LEE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GATES, BENNY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GATLIN, SIDNEY S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GATTON, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GAUDINO, MARIO L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GAULL, ALBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GAVORNIK, JR, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GAY, MAURICE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GAYDOS, RICHARD M, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GAYDOSH, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GAYHARDT, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GEESAMAN, WILLIAM H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GEISLER, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GEISSLER, JOHN C, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GELWICKS, RUSSELL I, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GENCO, JOSEPH D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GENTILE, CHARLES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GEORGE, JR, JAMES H, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GEOSITS, FRANK J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GERARD, ALBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GERBER, BERNARD V, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GERENCHER, ZOLTAN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GERHART, SR, ROBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   MATHENY, PAUL M, GERICK, HENRY P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GERLACH, GEORGE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GERROUGE, HIZZA, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GESLOIS, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GETZ, EUGENE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GETZ, FRANKLIN G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GETZ, HOWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GETZEL, LAWRENCE C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GEYER, JR, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GHEE, CLAUZELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GIAMPAOLO, THOMAS S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GIBBONS, GALE C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GIBSON, ALBERT O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GIBSON, ANDREW H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GIBSON, CHARLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GIBSON, GARY W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILARDI, ROOSEVELT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILBERT, CLAUDE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILBERT, JOHN B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GILBERT, ROY H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILES, BERYAL F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILES, FRANK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILES, JAMES H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILL, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GILLAND, PRESLEY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GILLESPIE, ARTHUR T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILLESPIE, CHARLES H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GILLESPIE, JAMES S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILLIAM, ARTHUR J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GILLIARD, HUGH T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, GILLIARD, SR, WILLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GILLINS, CLARENCE J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GILMER JR., JACOB W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GILMORE, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GILMORE, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GILMORE, JOSEPH E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GILMORE, JR, ROLLAND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GILROY, PAUL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GIORDANO, LAWRENCE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GIORGILLI, CONSTANDINO J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GIPPRICH, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GIPSON, HEYWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLAB, ERNEST, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLADHILL, CHARLES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GLADHILL, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLADNEY, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLADNEY, TOBY H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GLANCY, JR, JOHN C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GLANVILLE, CLAYTON I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLANVILLE, DOUGLAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLASS, GEORGE V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLATT, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLAZE, MARVIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLORIOSO, MARIE G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLOVER, HENRY G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GLOWACKI, LOUIS C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GLUCK, HERBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GOANS, JAMES O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, GOEB, JOHN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, GOFF, TED, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, GOIN, JR, ALEX, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOLD, SR, WILLIAM C, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOLDBERG, FREDDIE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOLDEN, LAWRENCE B, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOLDEN, MICHAEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOLDSTON, DARRELL K, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOLLOWAY, GEORGE F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOLT, JAMES F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOMBERT, CURTIS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOODMAN, LARRY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOODSON, NIALA C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOODWIN, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GORAL, ROBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GORALSKI, STEPHEN J, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GORMAN, ARTHUR F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GORMAN, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GORRICK, KENNETH W, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOSSETT, PRYOR B, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOSTOMSKI, ANTOINETTE, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOSZTONYI, JAMES F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOTT, SR, JOSEPH H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOTTI, JOSEPH G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOTZON, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOUGH, WILLIAM F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOUGHER, CARL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOUKER, ROBER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOULD, FRED G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOVEL, STANLEY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOVONI, CLARENCE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GOWAN, RALPH W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Svc Lst  Name and Address of Served Party**

21068   MATHENY, PAUL M, GOWNLEY, JOHN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOY, ZENOWIY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GOZORA, ARNOLD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAAFF, JR, HAROLD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRABER, JR, EDWARD P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRABOWSKI, EDWARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRACEY, SR, GARY N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRADY, LOOMIS O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRAHAM, III, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRAHAM, JAMES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAHAM, SR, LACY M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRANDE, WILLIAM N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRANT, CHARLES D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRANT, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRANTHAM, JR, DAVID L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAVER, JR, LAFAYETTE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAVER, ROBERT A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAVES, BILLY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAVES, EVERETT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRAVES, GERALD D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAVES, HARRY M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAY, ELWOOD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRAY, ROBERT A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRAYBEAL, EUGENE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRAYSON, KENNETH F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREBE, JAMES C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, CARL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, DAYTON W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, ELRIDGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, EUGENE G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Svc Lst  Name and Address of Served Party**

21068   MATHENY, PAUL M, GREEN, FRANK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREEN, FREDERICK G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, GARY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, HOMER E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREEN, JACK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREEN, KESTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREEN, PHILLIP, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, RUDY V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREEN, VALENTINE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREEN, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREENE, ANTHONY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREENE, DANNIE B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREENE, JR, NORMAN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREENE, RICHIE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREENLEE, PAUL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREENSFELDER, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREENSTREET, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREER, SR, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREESON, DANIEL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREGG, RAYMOND F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREGG, ROBERT G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREGORIS, JR, JOHN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREGORY, CARLOS E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREGORY, MICHAEL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GRELLI, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GRESHAM, JOHN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, GREUTZNER, WILLIAM P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREVEY, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREWE, SR, KEITH K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, GREY, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, GRIEVE, GEORGE M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GRIFFIN, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GRIFFIN, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GRIFFIN, LAWRENCE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GRIFFIN, NORWOOD G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GRIFFIN, SR, WILLIAM M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GRIFFITH, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GRIFFITH, RAYMOND L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GRIGG, KENNETH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GRIGSBY, STEVE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GRIMES, CHARLES C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GRINAGE, LAWRENCE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROEGLER, ALOIS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GROMACKI, DANIEL F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROOMES, LEONARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROOMES, WILLARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROOMS, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GROSS, DENTON H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROSSFELD, SAMUEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROVE, CLIFTON H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROVE, DEWEY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GROVE, JR, DOYLE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROVE, VIOLA M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GROVES, CHARLES J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GRUBB, SR, WAYNE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GRUBE, JOSEPH C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GRUBER, CHARLES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUERCIO, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUERCIO, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUESSFORD, CHARLES S, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804