**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  MATHENY, PAUL M, GUESSFORD, CHARLES, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GUESSFORD, HOWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUFFEY, S. L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GUSTIN, JR, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GUSTON, FRANCIS G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUTHREY, CHARLES, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GUTHRIDGE, GEORGE A, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUTHRIE, DONALD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUTHRIE, GEORGE H, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, GUTHRIE, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, GUTHRIE, ROBERT A, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  MATHENY, PAUL M, GWIN, SR, THOMAS N, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HAAS, HARVEY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HAASE, NORMA J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HABIG, JR, CHARLES J, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HACKETT, JR, ARTHUR C, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HAGY, TITUS A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HAHN, CLYDE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HAHN, DANIEL C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HAHN, RICHARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HAHN, WAYNE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HAINES, GEORGE B, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HALE, CLARENCE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HALE, RENIE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HALL, EDMUND L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HALL, EUGENE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HALL, FLORA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HALL, FRANCIS M, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HALL, JACKIE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HALL, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | MATHENY, PAUL M, HALL, LEON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALL, MARCELLUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALL, MARVIN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALL, ROBERT V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALL, SHERMAN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALL, WALTER E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HALL, WILBUR F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALL, WILLIAM C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALLARAN, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HALLMAN, LINFORD H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HALSEY, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMBLETON, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAMBY, GLEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMBY, MARION M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMETZ, JOSEPH J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMILTON, ALFRED G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMILTON, GEORGE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMILTON, GORDON B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMILTON, LLOYD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAMILTON, RICHARD D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMILTON, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMLY, LOUIS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMMER, CHARLES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMMOND SR., FRANK L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAMMOND, SR, JAMES G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAMMOND, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAMMONDS, LARRY V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMMONS, EARL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAMMONTREE, DAVID, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAMOCK, DOUGLAS M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    MATHENY, PAUL M, HAMPSHIRE, EDGAR W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HAMRICK, SAMUEL A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HANAFIN, RAYMOND C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HANCE, JOHN G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HANDS, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HANEY, EDWARD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HANEY, ELLSWORTH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HANGER, JR, WILLIAM L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HANLEY, GERALD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HANNA, JR, FRED J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HANSON, JR, HOBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARBER, ROY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARDESTY, RICHARD T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARDING, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARDING, JR, WESLEY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HARDMAN, DENNIS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARDY, ERNEST W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HARKLESS, ISIAH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HARMENING, CECIL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARMON, JR, ABRAHAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARMON, KELLY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARNE, ALBERT P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARNE, SR, CHARLES M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HARNER, BRUCE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARNER, VICTOR R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HARNESS, ELMER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARPER, BRYAN K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HARPER, DAVID A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARPER, JR, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HARPLE, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | MATHENY, PAUL M, HARR, ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRELL, III, BARTON F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, BEULAH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, CHARLES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, CURTIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, DONALD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, EDWARD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, ERNEST, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARRIS, GEORGE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, JESS C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, JR, ANTHONY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARRIS, JR, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRIS, MELVIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARRIS, MILBURN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARRIS, RONALD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARRIS, WILLIAM D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARRIS, WILLIAM T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARRISON, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARRISON, SR, MATTHEW L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARSH, GEORGE F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARSH, JR, MAYNARD S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HART, MICHAEL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARTMAN, GEORGE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARTMAN, HELEN V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARTMAN, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARTMAN, VERNON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARTNETT, WILLIAM F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARTSOCK, PHILLIP L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARTWELL, ALLEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HARTWICK, JR, GEORGE P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, HARTZELL, DONALD C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARTZELL, NORMAN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARVEY, CHARLES S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARVEY, JAKE O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HARVEY, JR, ROBERT B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HASH, ROBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HASTINGS, NORMAN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HATFIELD, JR, RAY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HATFIELD, LELAND M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HATFIELD, WILLIAM H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAUF, CARL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAUGHT, AUBREY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAUN, DAN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAUSMAN, CHARLES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAUZE, GERALD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAVERSTOCK, RICHARD H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAWBAKER, JOYCE V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAWK, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAWKINS, ELMER A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAWKINS, KENNETH P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAWKINS, ROSCOE C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAWKINS, WILLIAM H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAWKINS, WILLIAM L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAWKINS, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAWN, SAMUEL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAWORTH, JOE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAYDEN, MARY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HAYDEN, PHILLIP P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAYDT, WARREN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HAYES, ARTHUR L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, HAYES, SR, ALBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HAZELWOOD, CHARLES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HEADLEY, PAUL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEALY, AUSTIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HEATH, ELLIS M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEATON, WILLIAM F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HECK, MARIE F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HEFLIN, AUBREY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEID, ANDREW D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HEILKER, JOHN C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEIN, SR, THOMAS H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEINEY, STANLEY T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEINLEIN, ADAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HEISER, DONALD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HELFRICH, QUENTIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HELFRICH, ROBERT M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HELM, ROY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HELMAN, EDWARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HELMER, ALBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HELMER, MARTIN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HELMS, GARY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEMERLY, KARL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HEMMING, HERMAN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HEMPFIELD, RALPH A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HENDERSHOT, LEROY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HENDERSON, BILLY H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HENDERSON, JAMES C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HENDRICKS, CHARLES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HENDRIX, HERBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HENEGAR, HAROLD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068    MATHENY, PAUL M, HENLINE, ROY C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HENN, SR, WILLIAM L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HENNING, DEVO I, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HENNING, RUSSELL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HENNINGER, JR, RICHARD V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HENRY, ALLEN T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HENRY, ELMER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HENRY, RICHARD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HENRY, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HENSEL, RAYMOND J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HENSLEY, CHARLES D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HENSLEY, JACKIE M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HENSON, LEONARD D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HENTSCHEL, EUGENE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HERB, WILBUR S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HERBOLD, JAMES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HERCHA, THEODORE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HERON, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HERRON, WILLIAM M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HERTZFELT, RAYMOND F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HERTZOG, ALEXANDER J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HETRICK, RICHARD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HETRICK, SR, ASHER A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HICKMAN, GENE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HICKMAN, TIMOTHY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HICKS, DUKE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HICKS, ERNEST R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HICKS, PHILLIP, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, HICKS, WINSTON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, HICOK, WILBUR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

21068  MATHENY, PAUL M, HIGGINS, GEORGE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HIGGINS, JR, RICHARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILBERT, RANDY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILE, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HILL, ELIAS B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILL, GLEN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILL, JAMES T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILL, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILL, JOHN P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILL, JR, HOWARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HILL, LEO H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILL, LOUIS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILL, SR, JAMES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HILL, THOMAS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILLIARD, DAVID, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILLIS, RALPH C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HILLYARD, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HINKLE, ELLSWORTH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HINNANT, GEORGE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HINTON, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HIPSHER, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HIRCHAK, DAVID E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HIRSCH, ILSE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HIRSCH, KURT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HITCHO, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HITSON, WALTER R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOCK, GORDON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HODGES, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOERNER, RICHARD S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOEY, RICHARD C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, HOFFMAN, GEORGE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOFFMAN, J R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOFFMAN, MERLE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOFFMAN, NORMAN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOFFMANN, RONALD V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOGAN, CYRILLUS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOGAN, JR, WILLIAM H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOGAN, LIMUAL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOGAN, WARREN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOGARTH, BERNADETTE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOHENWARTER, ROBERT B, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  MATHENY, PAUL M, HOLBERT, LOIS O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLCOMB, ELMER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLCOMB, WILLIAM M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLDER, RICHARD I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLETZ, FRANK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLLAND, ANDREW, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLLAND, DON C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLLAND, JOSEPH E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLLAND, THOMAS E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLLAND, WALTER H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLLAND, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLLEY, JAMES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLLIFIELD, GLEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, HOLLINGSHEAD, PAUL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLLINGSWORTH, SR, THOMAS F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLLIS, JAMES D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLMES, CARL K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLMES, HENRY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, HOLMES, JACK H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Svc Lst   Name and Address of Served Party**

21068   MATHENY, PAUL M, HOLMES, JAMES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOLT, FRANK R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOLT, JACK L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOLT, MONROE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOLTZCLAW, FRED W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOLTZER, RICHARD D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOLUBOWSKI, MIKE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOOKS, ARNOLD O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOOPENGARDNER, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOOPER, WILLIAM D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOPE, EDGAR B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOPKINS, ROLAND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HORD, ARNOLD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HORNBERGER, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HORNER, SR, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HORNLEIN, EVELYN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HORST, GEORGE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HORTON, HAROLD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HORTON, KEDDRICK P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HORVATH, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HORWATH, STANLEY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOSE JR., LEWIS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOSE, FRED Z, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOSKINS, ALFRED, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOSMER, RICHARD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOSS, COY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOSSELRODE, FRANCIS R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOUCK, VICTORY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOUSER, LEROY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOUSER, LYRIAN M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   MATHENY, PAUL M, HOUSTON, JR, CHARLES N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOWARD, CHARLES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOWARD, JOHN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOWARD, WILLIAM S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOWE, RAY W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HOWELL, JOSEPH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOWELL, SR, JOHNNIE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HOY, CHARLES K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HRICA, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HUBBARD, BILLY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUBER, FRANCIS S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUBER, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUBERT, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUDGHTON, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUDSON, ERNESTEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HUDSON, JERRY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, HUDSON, JIMMIE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUERTAS, LUIS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUFF, JR., JOSEPH F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUFFAKER, JAMES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUFFAKER, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUFFMAN, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGGINS, ROY N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGHES, DANIEL T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGHES, EDWARD A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGHES, GEORGE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGHES, JAMES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGHES, JIMMY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGHES, JOHN D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, HUGHES, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | MATHENY, PAUL M, HUGHES, ROBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HULL, ARNOLD N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HULL, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HULLOCK, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUMPHREY, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUMPHREYS, JR, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUNSBERGER, DONALD P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUNSICKER, LAVERNE S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUNSINGER, EUGENE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUNT, JACK A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUNT, MILTON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HUNTER, MELVIL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUNTER, WILLIAM H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUNTZBERRY, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HUPFELD, CHARLES C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HUPFL, NICHOLAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HURD, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HURLEY, MILFORD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HURTT, NOLAN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUSKEY, WINSTON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUSKINS, DENNIS H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUTSON, JR, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, HUTTON, MELVIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HYLAND, HENRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HYMES, JOHN G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, HYNSON, THOMAS E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, ICHNIOWSKI, FRANK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, IMPALLARIA, JOSEPH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, INGENITO, FRANCIS P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, INGOGLIA, BART A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    MATHENY, PAUL M, INGRAM, PHILIP M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, INGRAM, SR, BOBBY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, INGRAM, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, INMAN, SR, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, INMAN, SR., JERRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, IRELAND, THOMAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, IRWIN, CURTIS D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, IRWIN, THOMAS L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ITELL, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, ITNYRE, SR, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, IVICIC, MATTHEW D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, JACKSON, ARGENT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACKSON, CARLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACKSON, JR, ANDREW, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACKSON, RAYMOND R, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068    MATHENY, PAUL M, JACKSON, ROBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACKSON, ROSE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACKSON, SR, GROVER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACKSON, WILLIAM P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACOBS, EDWARD M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACOBS, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACOBS, LESTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, JACOBS, ROBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JACQUES, WELLS G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JAKUBOWSKI, THEODORE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JAMES, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JAMES, RICHARD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JAMES, THOMAS H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, JAMES, WILLIAM H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, JAMISON, HILDA J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   MATHENY, PAUL M, JANVIER, JR, H L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JASCHIK, SR, JOHN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JASNOWSKI, WILLIAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JASPER, RICHARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JAWORSKI, EDWARD T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JEFFERIES, ROBERT R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JEFFERY, RICHARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JEFFREYS, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JENKINS, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JENKINS, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JENKINS, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JENKINS, JR, EMMETT O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JENNINGS, IRVIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JERGENSEN, JULIUS W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JESSIE, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JEVONS, NORMAN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JEWELL, SR, EDGAR A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JEWER, CLINTON O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOBO, MACK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHN, DONALD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNS, MARGARET M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSEN, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, ALEXANDER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, ARBIE M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, CECIL C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, CHESTER T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, CLIFFORD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, DONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, E J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, FRED C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, JOHNSON, FRED F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, HARRY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, HARRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, HARVEY H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, HERBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, HORACE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, JACOB, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, JAMES B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, JAMES D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, JAMES H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, KENNETH E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, KENNETH R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, LARCELLES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, LEON R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, LEWIS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, MYRTLE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, OSCAR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, PURNELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, RICHARD N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, RONALD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, RUFUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, SR, ALTON J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, SR, PHILIP I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, SR, WALTER B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSON, SR, WILLIAM A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JOHNSON, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSTON, GUY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JOHNSTON, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   MATHENY, PAUL M, JOHNSTON, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, ALLISON F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, CARL D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, DANIEL P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, DAVID R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, FRANK E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, GARY B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, GILBERT G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, HAROLD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, HARRY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, JAMES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, JR, MOSES L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, JR, RALPH E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, JR, ROBERT D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, LEROY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, MARTIN D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, NORRIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, PETER S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, RICHARD T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, ROBERT A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, ROBERT F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, ROBERT M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, SAMUEL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, SARA, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, SR, DAVID J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, THOMAS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, JONES, THURMAN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, ULICE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, JONES, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, JONES, WILLIAM L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JORDAN, BERNARD K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, JORDAN, FLOREE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, JORDAN, JR, WALTER L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, JORDAN, SR, WILLIAM E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, JORDAN, THOMAS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JOYCE, BERNARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, JOYCE, JEROME A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JOYCE, JR, THOMAS F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JUDY, MARTHA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, JULIAN, BILL L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JULIEN, JR, JOSEPH P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JUSTICE, DEAN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JUSTICE, PRICY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, JUSTICE, TOMMY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, JUSTIS, HARVEY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KACKLEY, HARRIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KACZMARCZYK, STEPHEN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KACZYNSKI, STANLEY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KANASKIE, DONALD K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KANE, ROBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KAPLAN, MELVIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KARAS, MICHAEL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KARDOS, ERNEST, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KARKO, DOROTHY M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KARN, II, ROBERT W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KARSCHNER, EMMA R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KATOUNAS, PANAGIOTIS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KATZIDAKIS, DIONISIOS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KAUFFMAN, JERRY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

---

WR Grace PI

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, KAUFMAN, ROBERT A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KAUTZ, CHARLES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KAVANAUGH, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KAVANAUGH, SR, HOWARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KAYLOR, PAUL L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KAZMERSKI, DANIEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEANE, SR, ROBERT G, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEARNEY, JOHN R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEARNS, JR, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEARNS, SR, EMORY G, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KECK, GARRY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEEBAUGH, JR, CLOYD A, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEEFER, WOODROW W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEEGAN, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEELER, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEENEY, JACK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEERANS, EARNEST W, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEESLING, CORBET O, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEEVIL, LARRY  SR D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEFFER, ROBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEIPER, RUSSELL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEITH, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEKERIS, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KELLER, JR, MILLARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KELLER, KENDALL O, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KELLEY, SR, LOMER E, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KELLUM, JEROME, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KELLY, RONALD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KELM, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KENDRICK, RUSSELL M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Svc Lst  Name and Address of Served Party**

21068   MATHENY, PAUL M, KENNEDY, HARRY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KENNEDY, JAMES M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KENNY, NORMAN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEPNER, JR, JOSEPH W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEPP, SR, RICHARD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KERBAUGH, SR, WILLIAM L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KERBE, SR, EDWIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KERBY, ROBERT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KERCHNER, JOHN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEREB, EUGENE P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KERNS, WALTER L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KESCHEL, JOSEPH J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KESTERSON, CARL R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KESTERSON, HARVEY D, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, KETCHUM, JR, JOHN T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KETRON, W T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KETTELL, HENRY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KETZEL, HARRY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEYDASH, ANTHONY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEYES, GENE F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KEYLON, RICHARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KEYS, GEORGE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KIDD, WILLIAM W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KILE, CHARLES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KILGORE, MACK R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KILLMEYER, LEO W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KILLO, LAWRENCE F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIMBALL, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KIMBLE, KENNETH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KINDER, JR, THOMAS B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   MATHENY, PAUL M, KING, JUSTINA M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KING, MILTON S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KING, SR, GLENN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KING, WILLIAM M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KINLING, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KINZER, THOMAS B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KIPP, ROBERT C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIRBY, BLAIR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIRBY, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIRBY, MARVIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIRBY, ROBERT R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KIRKLAND, GEORGE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIRKLAND, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIRKLAND, ROY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KIRKSEY, FREDERICK S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KIRKWOOD, DONALD B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KISSINGER, RUSSELL E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, KISTLER, HOWARD A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KITCHENS, JACKSON E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KITTS, BILLY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KLARA, TED J, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, KLEIN, BERNARD N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KLEIN, CHARLES L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KLEINSCHUSTER, FRANKLIN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KLEINSMITH, CHARLES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, KLEINTOP, ERNEST E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KLEINTOP, SR, WILBERT W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KLEPPER, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KLEPPINGER, ELVIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, KLINE, DONALD I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

21068  MATHENY, PAUL M, KLINE, JOHN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KLINE, LAWRENCE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KLINE, MARVIN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KLINGELHOEFFER, JAMES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KLINGER, MILTON F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KLIPPLE, BARRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KLOIBER, JOSEPH L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNAUER, JOSEPH S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNAUSS, GEORGE S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNIGHT, ARTHUR L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNIGHT, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNIGHT, CLARENCE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNIGHT, JR, OSCAR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNIGHT, WALTER J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNOD, GEORGE A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNODE, GERALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNOERLEIN, ROBERT B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNOTTS, ALAN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNOUFF, HELEN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNOUFF, WAYNE L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  MATHENY, PAUL M, KNOWLES, TERRY W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNOWLES, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KNOX, DONALD M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNOX, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KNOX, THOMAS N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOBLISH, STEPHEN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOBSER, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOELLNER, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOEPPER, WALTER D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOHLER, GARY E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, KOKINDA, ADAM J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOKOSINSKI, MARION G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOLPACK, DONALD P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOOGLE, GEORGE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOPAS, GEORGE B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KORCSMAROS, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOROS, MARION O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOROSECZ, ROBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOSTIC, FLOYD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOSTIC, JR, TROTTEY G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOSTISHION, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOSTISHION, WILFRED J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOTCHEN, SR, STEVE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOUTSOS, DANIEL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOVALESKI, PHILIP R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOWALEWSKI, PAUL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOZAK, THEODORE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOZENSKI, SR, JOHN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOZERA, WALTER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KOZIOL, THOMAS W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KOZO, EDWARD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KRAFT, PAUL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KRANNEBITTER, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KRANYECZ, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KRAUSE, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KRAUSE, PAUL P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, KREBS, SR, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, KUTNER, PAUL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LABAR, FRANK, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LABAR, RODNEY C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, LABARRE, GEORGE F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LACINSKI, EDWIN S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LADD, RICHARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAFON, JOE D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAKINS, CARL M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAKINS, DAVID W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAKINS, JIMMY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAKINS, TED B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAM, CLETUS W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LAMB, HARRY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAMP, MILTON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANCASTER, DONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANDERS, HOWARD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LANDON, JOSEPH A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LANE, BOBBY J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LANE, SR, LEROY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANG, HENRY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANG, LAWRENCE S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LANG, MILTON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANG, SR, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANGRALL, ELMER L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANGSTON, BILL F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LANHAM, WALTER L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LANTZ, CLIFFORD B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LAPAGLIA, THOMAS R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LARGE, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LARRICK, PHILLIP, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LATHAM, CHARLES H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LATHAM, JESSE C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LATNEY, WILBERT F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    MATHENY, PAUL M, LAUDERDALE, JOHNNIE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAUER, EDWARD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAUER, SR, JOHN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAUMAN, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAVEZZA, SR, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAWHORN, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWHORN, RUSSELL E, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAWLER, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAWLESS, HOWARD D, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWRENCE, JOSEPH E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWRENCE, JR, ELMO, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAWRENCE, LLOYD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWS, RANDALL A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWSON, ALFRED C, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWSON, EARL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWSON, LUTHER C, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWSON, MICHAEL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAWSON, SAMUEL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAY, GEORGE G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAYFIELD, BERNARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAYTON, CLANCEY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAYTON, VERNON W, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LAZICH, JR, PETER A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LAZOSKIE, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LEACH, HOBART P, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LEACH, WILLIAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LEAF, SR, MATTHEW V, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LEARY, JAMES G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, LEBRUN, CARL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, LEBUDA, MILTON J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, LECKEMBY, WILLIAM M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LEDBETTER, BILLY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEDFORD, CHARLES C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEDFORD, JR, CALVIN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEDFORD, WILLIAM H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEE, HOWARD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEE, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEE, JR, VERNON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEE, KENNETH E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LEEYOUNG, ALFRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LEFEVERS, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEFFEW, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEHMAN, ROBERT J, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, LEILICH, JOSEPH B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LEITH, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEITNER, PHILIP J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LENZI, JOHN P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LEONARD, ARTHUR C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEONARD, AUGUSTUS G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LEONARD, JR, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEONHARD, EDWARD M, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, LEPPERT, JAMES L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LESTER, BURNIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LESTER, DIANE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LETNER, JAMES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LETNER, PAUL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LETSINGER, JIMMY C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LETTAU, SR, ROBERT D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LETTAU, WILLIAM E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LEVINE, STANLEY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Svc Lst  Name and Address of Served Party**

21068  MATHENY, PAUL M, LEWIS II, RAYMOND E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LEWIS, LENSEY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LEWIS, SR, HENRY T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LEWIS, TOMMY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LIADAKIS, ELEFTERIOS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LIBERTO, JOSEPH V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LICHTENWALNER, LUTHER H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LIDESTRI, FRANCESCO, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LIGHT, BOBBY C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LILLARD, JR, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LILLARD, ROY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LILLIOCK, STEPHEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LILLY, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LIMING, KENNETH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LINDAMOOD, ROBERT D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LINDENMUTH, HENRY W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LINEBAUGH, HOMER G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LINEBERGER, EDGAR W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LINGENFELTER, CLAIR A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LINZEY, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LINZEY, SR, ERNEST W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LIPOVSKY, ROBERT C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LIPPINCOTT, NORMAN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LIPSCOMB, ROBERT E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LIST, RONALD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LISTER, HARRY R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LITSINGER, DAVID H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, LITTLE, JR, CLIFFORD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LITTLE, WILLIE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, LITZ, III, GEORGE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | MATHENY, PAUL M, LIVELY, CLAYTON D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LIVELY, EDWARD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LIVERS, STEPHEN T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LIVESAY, MARVIN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LIVINGSTON, HARRY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LLOYD, CHARLES H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LLOYD, EDWARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOAR, HELEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOBACH, JEROME M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LOCKE, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LOCKLEAR, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOCKWICH, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOFLEN, ZEB L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LOGWOOD, KENNETH G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOGWOOD, RONALD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOHOEFER, III, CHARLES Z, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOHR, DOROTHY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOMAX, LEROY 0, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LONCZYNSKI, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONG, CARL E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONG, CHARLES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONG, ELTON T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONG, GILBERT R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONG, JOSEPH H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONG, MELVYN D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONGFELLOW, JR., JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LONGO, WILLIAM S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LONSWAY, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, LOS, HENRY R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, LOUDEN, THOMAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, LOUGH, JAMES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LOVE, LARRY C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LOVE, THOMAS A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LOVELACE, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LOWE, JEFFREY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LOWE, JOE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LOWE, JR, ROBERT R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LOWE, STEPHEN F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LOWE, THOMAS S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LOWERY, BOB, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LOWERY, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LOY, SR, KENNETH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LOYD, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LUBENESKY, ANTHONY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LUCAS, FRANCIS M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LUCAS, JR, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LUCAS, NED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LUDWIG, WILLIAM H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LUKAS, EDWARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LUND, CLIFFORD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LUNTER, MATTEUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LUPARELLO, SAMUEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LUTTER, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LUTZ, EDWARD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LUTZ, FREDA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LYLES, ELLIS D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LYLES, JR, ELIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LYMAN, SR, ALLAN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LYNCH, CHRISTOPHER F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LYNCH, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   MATHENY, PAUL M, LYNCH, ROBERT J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, LYNN, NICK R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, LYON, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MABE, DAVID G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MACARIO, ELIZABETH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MACARIO, WILLIAM B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MACE, RONALD F, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, MACH, STEPHEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MACK, FREDERICK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MACKLIN, CHARLES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MADDALONI, MARTIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MADDEN, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MADDOX, ALTON W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MADER, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAEHRER, JR, GEORGE W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAGWOOD, MARSHALL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MAHAFFEY, ISAAC C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAHONEY, JR, TIMOTHY C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAISENHALTER, RONALD S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAISTI, LOUIS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAJERUS, NICHOLAS D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MAJKA, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MALICOTE, JAMES M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MALLETTE, ROBERT C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MALLICOAT, EVERETTE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MALLICOATE, RALPH E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MALLORY, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARKAY, ALLAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARSH, SR, JAMES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARSH, WILLIAM G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   MATHENY, PAUL M, MARSHALL, RAYMOND A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARSHALL, WILLIAM P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARSIGLIA, III, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARSTELLER, WARREN R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTH, EDWARD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, ARTHUR P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, CARL W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, DANIEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, GARLAND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARTIN, GEORGE G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARTIN, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARTIN, JEROME J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, LARRY Z, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, LEROY B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, MAJOR N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARTIN, SAMUEL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, SAMUEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, SR, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARTIN, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, WILLIAM W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARTIN, WILLIE F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTIN, WILLIE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARTINEZ, NICHOLAS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARTUCCI, NED N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MARVEL, THOMAS U, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MARX, EDWARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MASENGIL, WILLIAM I, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MASON, CLIFFORD G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MASSARONI, ALFRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

---

21068   MATHENY, PAUL M, MASSENGILL, HUGH G, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MASSEY, NATHAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MATARAZZO, LOUIS J, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MATARESE, FRANCIS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MATESIC, ANTHONY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MATHEWS, PAUL V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MATTES SR., ELMER, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MATTHAI, EDWIN H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MATTHEWS, ANDREW C, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MATTHEWS, SR, ANTHONY M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MATTHEWS, WILLIAM P, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAVRIKOS, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MAXWELL, ELMER T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MAXWELL, RICHARD R, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MAXWELL, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAY, A L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905
        HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAY, JR, DEMETRIS J, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MAY, RONALD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAY, WILLIS S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAYES, KELLEY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAYEW, JOHN V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAYFIELD, MCKINLEY, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAYTON, CENTERS P, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MAZINGO, JR, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MAZZONI, ARNOLD, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCALLISTER, GEORGE E, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCATEER, JAMES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCBRIDE, JR, GILBERT F, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCBRIDE, ROBERT N, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCCAFFERY, SR, PATRICK, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  MATHENY, PAUL M, MCCANN, DENNIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCARNEY, JOSEPH D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCARRON, JR, EUGENE J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCARTY, DAVID, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCAY, JUDD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCAY, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCLANAHAN, DELMAR E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCLANAHAN, MARIE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCLAREN, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCLARY, NATHANIAL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCLINTOCK, LARRY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCLOSKEY, WILLIAM C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCLURE, GERALD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCLURE, SR, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCLURKIN, HENRY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCORMICK, FRANK H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCORMICK, THOMAS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCOY, JAMES C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCOY, WILLIAM C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCOY, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCRACKEN, JIM H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCRAY, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCROSKEY, RANDEL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCUBBIN, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCUISTON, RICHARD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCULLEN, JOSEPH F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCULLOH, CARROLL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, MCCULLOUGH, ALBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCULLOUGH, HOYT F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, MCCUSKER, MICHAEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

---

**Svc Lst  Name and Address of Served Party**

21068   MATHENY, PAUL M, MCDADE, JACK L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCDADE, ROY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCDERMOTT, DANIEL R, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCDERMOTT, HAROLD D, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCDERMOTT, THOMAS S, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCDONALD, DONALD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCDONALD, GEORGE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCDONALD, JR, JAMES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCDONALD, VAN J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCDONOUGH, SR., JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCDOUGALL, BARTLEY J, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCELHANEY, LESTER, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCFADDEN, JR, RAYMOND F, LAW OFFICES OF PETER G ANGELOS, UNION
PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCFALLS, JAMES P, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCGARRY, THOMAS J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCGHEE, ELTON T, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCGHEE, GARY R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCGINNITY, JR, HENRY J, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCGINTY, JOHN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCGOWAN, II, VINCENT E, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCGUIGAN, ARTHUR R, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCGUIRE, THOMAS F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCHALE, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCHUGH, MARK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCILHINEY, DAVID C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCINTOSH, RUFUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCINTYRE, DONALD W, LAW OFFC PETER G ANGELOS, ONE CHARLES
CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCKEE, JAMES H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCKENNA, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCKENZIE, JOHN F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   MATHENY, PAUL M, MCKINLEY, FRANCIS M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCKINLEY, RAYMOND H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCLAIN, JOSEPH L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCLAIN, NEIL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCLAUGHLIN, EUGENE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCLAUGHLIN, GARLAND D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCLEAN, LAWYER J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCLEOD, LEON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCMILLAN, WAYNE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCMILLAN, WILLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCMURTRIE, CALVIN L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCNABB, BILLY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCNEIL, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCNEMAR, THOMAS D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCNEW, EARL J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCNICHOLAS, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCNULTY, JAMES V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCPHAIL, CARL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MCPHERSON, WILLIE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MCQUEEN, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, METZGER, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MEYER, WILLIAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MEYERS, CHARLES H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MEYERS, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MEYERS, SR., PHILIP F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MICAL, FERDINAND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MICHAEL, FLOYD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MICHAEL, HARRY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MICHAELS, SR, EUGENE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MICHAL, JR, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

WR Grace PI

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | MATHENY, PAUL M, MICHALERYA, NICHOLAS, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MICHALSKI, RAYMOND A, LAW OFFC PETER G ANGELOS, ONE CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MICHEL, MARTIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MIDDLETON, FREDERICK H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MIGLIONCO, JR, MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILAN, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILES, GUSS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILES, JOSEPH W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILES, JR, JAMES F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILES, ROBERT A, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | MATHENY, PAUL M, MILES, SR, CLARENCE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILES, WILLIAM A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILKOWSKI, JOHN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILLEKER, JOHN C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER JR., DONALD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILLER, ALLEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILLER, ARNOLD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILLER, DONALD E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | MATHENY, PAUL M, MILLER, EUGENE V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILLER, G. BENJAMIN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILLER, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER, JOSEPH C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER, LARRY T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MILLER, MILDRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER, PAUL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER, RONALD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER, RONALD, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | MATHENY, PAUL M, MILLER, SR, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER, SR, RUSSELL F, LAW OFFC PETER G ANGELOS, ONE CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MILLER, STANLEY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    MATHENY, PAUL M, MILLER, TALMADGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MILLER, WILLIAM H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MILLIKEN, HOWARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MILLS, HAZEL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MILLS, JOHN E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MILLS, JR, ERNEST M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MILLS, RONALD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MILLS, VERNON H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MIMS, HARRY K, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MINER, DONALD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MINIO, ROBERT F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MINOGLIO, LOUIS S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MINTON, HERBERT H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MINTON, IRA B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MISSOURI, CHARLES H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MITCHELL, AUBREY E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MITCHELL, CARLTON J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MITCHELL, JAMES V, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MITCHELL, JOHN H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MITCHELL, RAYMOND L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MITCHELL, ROGER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MIZE JR., ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MOANEY, OLIVER W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MOBLEY, HERBERT D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MOHLER, THOMAS M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MOLITORISZ, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068    MATHENY, PAUL M, MOLLER, LAWRENCE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MOLNAR, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MONAGHAN, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    MATHENY, PAUL M, MONDOK, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | MATHENY, PAUL M, MONETTE, JACQUELINE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MONROE, CALVIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MONROE, DONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MONROE, FREDDIE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MONROE, JAMES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MONTGOMERY, EUGENE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MONTGOMERY, H M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MONTGOMERY, HARRY D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MONTGOMERY, MARY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MONTGOMERY, NATHANIEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MONTGOMERY, WILLIAM R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MONTGOMERY, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOODY JR., HENRY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOONEY, JR, THOMAS L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, ALAN D, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, ELBERT R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, HARRY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, JAMES H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, JESSE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, JR, TONEY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, LENWOOD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, LEON, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, MARION E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, RALPH E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, RALPH R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, ROBERT H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MOORE, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, SR, GEORGE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MOORE, WALTER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   MATHENY, PAUL M, MOORE, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MOORHEAD, SR, RALPH L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORACE, ANSELMO S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORDESOVITCH, STANLEY, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MOREHEAD, ROBERT L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORELAND, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORGAN, BESSIE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORGAN, CHARLES M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORGAN, CHARLES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORGAN, HOMER L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORGAN, JOHN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORGAN, ROBERT A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORGAN, WILLARD T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORLAND, ALBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORLEY, DALE J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORLEY, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MOROZ, STEPHEN, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORRELL, JAMES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORRELL, LLOYD O, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORRELL, RICHARD G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORRIS, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORRIS, SAMUEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORRIS, WALLACE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORRISON, EDGAR JR T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORROW, CHARLES C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORROW, CONRAD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MORSE, CHARLES T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MORSE, ROBERT C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, MOSEL, WALLACE N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, MOSELY, JR, LENNIEL O, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 MATHENY, PAUL M, MOSER, AVARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOSER, DONALD C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOSER, GERALD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOSER, JAMES R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOSER, ROBERT G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOWEN, RONALD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOWERY, CHARLES N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOYER, ROBERT P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MOYER, SAMUEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MRISS, JOSEPH, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MUFFLEY, LOUIS F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MUGNAI, LAWRENCE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MUICK, JOHN A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MULCAHY, ANGELA M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MULL, EDWARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MULLAN, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MULLAUER, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MULLEN, EUGENE R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MULLEN, WILLIAM J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MULLIN, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MULLINS, ARTHUR G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MULLINS, JOHN W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MUNSON, MAURICE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MURK, EDWARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MURPHY SR., STEWART, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MURPHY, ARTHUR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MURPHY, JAMES F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068 MATHENY, PAUL M, MURPHY, JR, STEWART F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MURRAY, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 MATHENY, PAUL M, MURRAY, FRANCIS X, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | MATHENY, PAUL M, MURRAY, GEORGE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MURRAY, JAMES F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MURRAY, JAMES P, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MURRAY, PAUL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MURRAY, WILLIAM M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MURRIEL, WILLIE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MUSCHKO, FREDERICK M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MUTH, WILLIAM P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MYERS, ALLEN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MYERS, CALVIN M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, CHARLES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MYERS, CLARENCE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MYERS, DONALD G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, EARL C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, GLENN S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MYERS, JR, HAROLD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, KENNETH M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, LARRY L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, LELAND, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, LEONARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, MYERS, MORRIS G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, PAUL V, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, SEE, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYERS, WENDELL S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, MYNATT, JOSEPH G, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, NADOLNY, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, NASH, ROBERT S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, NASH, WEBBER L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | MATHENY, PAUL M, NATION, JAMES, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |
| 21068 | MATHENY, PAUL M, NAVE, CHARLES W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068  MATHENY, PAUL M, NAYLOR, RICHARD C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEALE, JOSEPH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NEAREY, THOMAS W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NEAUS, WAYNE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEBLETT, EARL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NEELY, DONALD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEELY, ERNEST L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEFF, FRANCIS H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NEFF, JR, EUGENE M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEGRON, WILLIAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEILSON, HARRY M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NEITH, HAROLD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEITH, LEONARD W, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NELSON, ARVILLE H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NELSON, ELMER, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NELSON, EVERETT F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NELSON, WINDELL L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEMES, STEPHEN C, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEMETH, CHARLES J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NERI, CARL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NETTLES, COLUMBUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NETZER, HENRY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NEUSTADTER, RICHARD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEWCOMB, JAMES L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEWHART, CHARLES E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NEWPORT, ARTHUR, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NICCOLUCCI, ALDO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, NICELY, BARIS A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NICHOLAS, MELVIN N, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, NICHOLS, FRED B, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  Name and Address of Served Party

21068   MATHENY, PAUL M, NICHOLS, NORMAN M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, NICHOLSON, HUGH M, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, NICOLAIDIS, ELIAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, NIELSEN, JOHAN H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, NIELSON, III, HARALD, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, NIESS, JOHN S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OBRIEN, EDWARD J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OCHS, CHARLES P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OCONNELL, CLIFFORD, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OCONNOR, LAWRENCE J, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ODENHEIMER, ROBERT E, LAW OFFICES OF PETER G ANGELOS, ONE
        CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   MATHENY, PAUL M, ODOM, MICHAEL H, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ODOM, REX, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ODOM, WILLIAM L, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ODONNELL, JAMES P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OFFNER, DELANO R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OGLE, WINFORD R, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OGRYSKO, EDWARD F, LAW OFFC PETER G ANGELOS, ONE CHARLES
        CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OHAVER, WILLIAM A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OLACCIO, NICHOLAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OLAH, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OLD, WILLIAM C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100
        N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OLENEK, SAM, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OLENIACZ, MICHAEL, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OLENICK, FRANCIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OLLIS, OTHA R, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, OLPP, LARRY M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER,
        5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068   MATHENY, PAUL M, ONUFRAK, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, OQUINN, WARREN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER,
        100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATHENY, PAUL M, ORBAN, JR, LOUIS, LAW OFFICES OF PETER G ANGELOS, UNION PARK
        CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

Svc Lst  **Name and Address of Served Party**

21068  MATHENY, PAUL M, SHIPLEY, FOSTER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHIVES, PAUL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHOCK, STANLEY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SHOOK, MELVIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHRADER, ANNA M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SHRADER, CALVIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHRYOCK, CRABLE C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHUCK, RICHARD H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHUEY, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHUKER, WILTON J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SHULER, HENRY T, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SHULEY, WILLIAM M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SHULL, HAROLD S, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SHUMAN, CHARLES F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SHUPE, CARL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SHUPE, CHARLES A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SICHER, MILES H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SICHER, RONALD F, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SIEBER, ROBERT G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SIEGMUND, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SIGAI, SR, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, SIKES, LAWRENCE E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SILFIES, HAROLD H, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SILICATO, ANTHONY A, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846

21068  MATHENY, PAUL M, SILVER, HYMAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, PAUL M, STAFFORD, LANCE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  MATHENY, ROBERT E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  MATHENY, TONY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  MATHER, GREGORY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MATHER, GREGORY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  MATHERNE, CONRAD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  MATHERNE, DOROTHY M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MATHERNE, DOROTHY M, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  MATHERNE, EVANS, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  MATHERNE, JR., WILTZ L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  MATHERS, LAMAR B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MATHERS, LAMAR B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MATHERS, ROY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MATHERS, ROY A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  MATHES, ALLEN R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  MATHES, CHARLES W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  MATHES, JESSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  MATHES, JESSIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  MATHEW, LAWRENCE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  MATHEWS, ANNIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  MATHEWS, ANNIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  MATHEWS, ARIEL J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MATHEWS, ARIEL J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MATHEWS, CHARLES L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MATHEWS, CHARLES L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MATHEWS, DOROTHY A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  MATHEWS, DOROTHY A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  MATHEWS, EDMUND, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  MATHEWS, EDWARD P, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  MATHEWS, GLENN D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  MATHEWS, HOWARD O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  MATHEWS, HOWARD, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068  MATHEWS, JAMES A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  MATHEWS, JAMES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  MATHEWS, JAMES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  MATHEWS, JAMES, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  MATHEWS, JASON H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  MATHEWS, JASON H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  MATHEWS, JOSEPH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  MATHEWS, JR, EDDIE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  MATHEWS, JR, JOHN D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | MATHEWS, L T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | MATHEWS, LARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | MATHEWS, MARTHA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MATHEWS, MATT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | MATHEWS, OLIVER, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | MATHEWS, RICHARD, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | MATHEWS, RICHARD, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | MATHEWS, ROY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MATHEWS, SAMUEL H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | MATHEWS, SIDNEY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | MATHEWS, SIDNEY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | MATHEWS, SR, JOSEPH T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | MATHEWS, WILL, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | MATHEWS, WILL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MATHEWS, WILL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | MATHEWS, WILLIAM H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | MATHEWS, WILLIAM H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | MATHIAS, CARL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | MATHIAS, GEORGE, OAXACO BERNAL & ASSOCIATES, 1515 MONTANA AVENUE, EL PASO, TX, 79902 |
| 21068 | MATHIAS, LEMUEL L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | MATHIESON, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | MATHIEU, ELVIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | MATHIS, BOBBIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MATHIS, CAUSEY F, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | MATHIS, CLIFFORD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MATHIS, CORA L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | MATHIS, COY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MATHIS, DONALD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | MATHIS, DONALD, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | MATHIS, DWAINE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | MATHIS, ELVIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | MATHIS, EVELYN V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | MATHIS, IMOGENE H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | MATHIS, IMOGENE H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | MATHIS, JAMES R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | MATHIS, JAMES R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | MATHIS, JESSIE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MATHIS, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | MATHIS, JOHNNY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | MATHIS, JOYCE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | MATHIS, JOYCE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | MATHIS, JR, WILLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | MATHIS, JR, WILLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | MATHIS, KENNETH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | MATHIS, LARRY, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186 |
| 21069 | MATHIS, LARRY, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772 |
| 21068 | MATHIS, LARRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MATHIS, LELDON H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | MATHIS, LILLIAN G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | MATHIS, LILLIAN G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | MATHIS, LONZIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MATHIS, MARTHA C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | MATHIS, MELVIN L, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107 |
| 21068 | MATHIS, NOBLE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | MATHIS, RICKY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MATHIS, ROBERT A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | MATHIS, ROBERT A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | MATHIS, ROBERT N, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | MATHIS, SCHESLER, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | MATHIS, SCHESLER, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | MATHIS, TERRELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | MATHIS, THURMAN E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | MATHIS, THURMAN E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | MATHIS, TRAVIS L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | MATHIS, TRAVIS L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | MATHISON, JERRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | MATHISON, JERRY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | MATHUS, BILLY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | MATHUS, JOHN L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | MATHUS, JR, DURANCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | MATHY, SR, WALLACE T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | MATIAS, ANASTACIO F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |

Svc Lst  Name and Address of Served Party

21068   MATIJEVICH, RADOMIR, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   MATIS, FRANK, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   MATKAITI, ANTHONY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068   MATKINS, EDGAR S, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   MATLOCK, HOSIE, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   MATLOCK, HOWARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MATLOCK, ROGER, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   MATLOCK, ROGER, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   MATLOCK, THOMAS, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068   MATLOCK, THOMAS, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068   MATLOCK, WILLIAM A, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   MATLOCK, WILLIAM A, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   MATLOCK, WILLIAM A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MATLOCK, WILLIAM H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MATNEY, HOWARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MATNEY, HOWARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MATNEY, JAMES D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   MATNEY, JAMES D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MATNEY, PENNY, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   MATNEY, WYNFORD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MATOCHA, B J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   MATOS, JESUS M, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   MATOS, VITALIA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   MATOUSEK, ELMER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MATRAFAJLO, MICHAEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   MATRANGA, RONALD C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   MATRO, THEODORE, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   MATRONI, VINCENT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MATSLER, J L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   MATSON, GEORGE B, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   MATSON, GEORGE B, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   MATSON, JAMES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MATSON, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   MATSON, WILLIAM F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MATT, GEORGE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   MATT, JOSEPH L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   MATTA, JOHN C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MATTA, JOSEPH M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   MATTERA, AGOSTINO, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

21069   MATTERA, AGOSTINO, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068   MATTERN, A J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   MATTEUCCI, REMO, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   MATTFIELD, WILFORD V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MATTHEWS, ALFRED, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MATTHEWS, BARBARA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MATTHEWS, BEDFORD, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   MATTHEWS, BEDFORD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   MATTHEWS, BENJAMIN T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MATTHEWS, BENJAMIN T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MATTHEWS, BERNARD, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   MATTHEWS, BOBBY O, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MATTHEWS, CATHERINE A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   MATTHEWS, CATHERINE A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   MATTHEWS, DAVID J, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   MATTHEWS, DAVID, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   MATTHEWS, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MATTHEWS, DAVID, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MATTHEWS, DENNEY H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MATTHEWS, DOROTHY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   MATTHEWS, DOROTHY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   MATTHEWS, EARLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MATTHEWS, EDDIE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MATTHEWS, EDDIE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MATTHEWS, ELEANOR, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MATTHEWS, ELMER G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MATTHEWS, ENDA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MATTHEWS, EZEKIEL B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MATTHEWS, FELTON, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MATTHEWS, FELTON, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MATTHEWS, FINIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   MATTHEWS, HARRY, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   MATTHEWS, HUGH L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MATTHEWS, HUGH L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   MATTHEWS, JAMES L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MATTHEWS, JAMES L, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   MATTHEWS, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   MATTHEWS, JERILEAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MATTHEWS, JOHN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MATTHEWS, JOYCE H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MATTHEWS, JR, LEONARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   MATTHEWS, JR, LEONARD, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   MATTHEWS, JULIUS, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   MATTHEWS, LARRY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MATTHEWS, LURLINE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   MATTHEWS, LURLINE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   MATTHEWS, LUTHER H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MATTHEWS, LUTHER H, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   MATTHEWS, LYDIA R, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   MATTHEWS, MAGGIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MATTHEWS, MELVIN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MATTHEWS, NATHANIEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MATTHEWS, NELSON D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   MATTHEWS, NELSON D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   MATTHEWS, PEGGY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   MATTHEWS, R J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   MATTHEWS, RAEWYNN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MATTHEWS, RALPH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MATTHEWS, ROLAND J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   MATTHEWS, RUBY B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MATTHEWS, RUBY B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MATTHEWS, SOLOMON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MATTHEWS, SR, FRANK C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   MATTHEWS, SR, JASPER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MATTHEWS, SR, JOSEPH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   MATTHEWS, SR, WILLIAM, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   MATTHEWS, SR., CARLTON, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   MATTHEWS, STEVE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   MATTHEWS, THOMAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

**Svc Lst  Name and Address of Served Party**

21069   MATTHEWS, THOMAS, JOHNSON & CHILDS PC, 1632 PINE ST, PHILADELPHIA, PA, 19103-6711

21068   MATTHEWS, URBAN H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   MATTHEWS, WILLIAM R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   MATTHEWS, WILLIE H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   MATTHEWS, WILLIE H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   MATTHEWS, WILLIE M, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   MATTHIES, AUGUST R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   MATTIA, MICHAEL S, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21069   MATTIA, MICHAEL S, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   MATTIACE, LEONARDO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MATTICA, DOMINICO, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   MATTICA, DOMINICO, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   MATTIE, VERA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   MATTILA, CHARLES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MATTILA, FREDERICK P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MATTINGLY, ALBERT P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   MATTINGLY, MICHAEL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   MATTINGLY, NEGLY R, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   MATTISON, EDWARD B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   MATTISON, EDWARD B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   MATTISON, LYNDSEY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MATTISON, MOSES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   MATTISON, VARIAN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   MATTLIN, JAMES R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   MATTOX, ELMER, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   MATTOX, J H, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   MATTOX, LUGENE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   MATTOX, WALTER D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   MATTS, MORRIS, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   MATTS, ROBERT E, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   MATTSON, CHARLES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   MATTSON, CHARLES, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   MATTSON, ROBERT D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502