| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | NEWTON, JOHN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NEWTON, JOHN P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | NEWTON, JOHNNY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | NEWTON, JOHNNY R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | NEWTON, JR, ABE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | NEWTON, JR, ALEXANDER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | NEWTON, LYNN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | NEWTON, MONIHUE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NEWTON, MONIHUE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | NEWTON, MONIHUE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | NEWTON, PATRICIA C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NEWTON, PATRICIA C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NEWTON, ROBERT H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | NEWTON, ROBERT H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | NEWTON, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | NEWTON, RONNIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | NEWTON, SAMUEL B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | NEWTON, SAMUEL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NEWTON, SAMUEL L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | NEWTON, SR, JAMES V, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | NEWTON, SR, MILTON, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | NEWTON, SR, WILLIAM H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | NEWTON, WILBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NEWTON, WILLIAM N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NEWTON, WILLIAM N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NEWTON, WILLIAM T, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | NEWTOWN, JOHN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NEY, PATRICK, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | NEYLAND, DORIS D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NEYLAND, MILLARD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | NEYLON, ROBERT J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | NEYMAN, JOHN A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NEYMAN, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | NEZAT, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NEZAT, FRANK, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 NIBERT, LESTER, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068 NIBERT, LESTER, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068 NIBLETT, JR, HERMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 NIBLETT, JR, HERMAN, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068 NIBLETT, LLOYD W, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068 NIBLETT, MILTON M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068 NICAISE, LESLIE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069 NICAR, WILLIAM L, BRUEGGER & MCCULLOUGH, PC, TERRI CARPENTER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068 NICASTRO, SALVATORE, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068 NICASTRO, THOMAS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069 NICE, ALLEN W, ELK & ELK, 6110 PARKLAND BLVD, MAYFIELD HEIGHTS, OH, 44124

21068 NICE, ALLEN W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 NICE, JOHN H, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068 NICE, WAYNE R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069 NICELY, BURTON E, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068 NICELY, BURTON E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 NICELY, BURTON E, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21069 NICELY, DORIS C, COLSON, HICKS, ET AL, 255 ARAGON AVENUE, 2ND FLOOR, CORAL GABLES, FL, 33134

21068 NICELY, GEOFFREY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068 NICELY, MARVIN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 NICELY, MARVIN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 NICELY, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 NICELY, ROY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 NICELY, ROY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 NICELY, VERLIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 NICHOL,, JOHN, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068 NICHOLAS, ENES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 NICHOLAS, ENES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 NICHOLAS, FRED B, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068 NICHOLAS, GEORGE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 NICHOLAS, GEORGE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 NICHOLAS, GEORGE W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068 NICHOLAS, JOSEPH W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 NICHOLAS, JOSEPH W, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  NICHOLAS, LUCY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  NICHOLAS, ROBERT D, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  NICHOLAS, RUBY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NICHOLAS, RUBY E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  NICHOLAS, SR, KENNETH L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  NICHOLAS, SR, KENNETH L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  NICHOLAS, SR, KENNETH L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  NICHOLAS, THOMAS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  NICHOLAS, THOMAS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  NICHOLINO, MICHAEL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  NICHOLL, FREDERICK, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  NICHOLLS, JOHN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  NICHOLOS, HAZEL K, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  NICHOLS, ALBERT E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  NICHOLS, ALVENIA, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  NICHOLS, BEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  NICHOLS, BERTSEL F, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  NICHOLS, BILLY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  NICHOLS, BOBBY C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  NICHOLS, BOBBY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NICHOLS, BOBBY G, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  NICHOLS, BOBBY L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  NICHOLS, BOBBY L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  NICHOLS, CAROL A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  NICHOLS, CAROL A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  NICHOLS, CARRINE A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  NICHOLS, CECIL A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  NICHOLS, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  NICHOLS, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  NICHOLS, CHARLIE D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  NICHOLS, CORNATHER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  NICHOLS, DAVID A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  NICHOLS, DAVID H, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965

21068  NICHOLS, DERRELL G, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  NICHOLS, DERRELL G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  NICHOLS, DONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  NICHOLS, DONALD D, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068  NICHOLS, DONALD E, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  NICHOLS, DONALD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  NICHOLS, DONALD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  NICHOLS, DONALD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  NICHOLS, DOUGLAS, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  NICHOLS, DREXEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NICHOLS, EDMOND, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  NICHOLS, EDMOND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  NICHOLS, EDWARD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  NICHOLS, ELLIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  NICHOLS, ELMER, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  NICHOLS, ESTER, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  NICHOLS, ESTER, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  NICHOLS, EUGENE C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NICHOLS, FERMON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  NICHOLS, FONZIE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  NICHOLS, G U, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  NICHOLS, G U, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  NICHOLS, GEORGE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  NICHOLS, GEORGE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  NICHOLS, GEORGE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  NICHOLS, GEORGE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  NICHOLS, GERALD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  NICHOLS, GERALD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  NICHOLS, GERALD, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  NICHOLS, GRADY H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  NICHOLS, GRADY H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  NICHOLS, HAROLD D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  NICHOLS, HENRINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  NICHOLS, HERSHEL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  NICHOLS, JAMES R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   NICHOLS, JAMES R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   NICHOLS, JAMES T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NICHOLS, JOHN S, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   NICHOLS, JOHNNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   NICHOLS, JOHNNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   NICHOLS, JOSEPH, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   NICHOLS, JR, CARL, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   NICHOLS, JR, HOLLIS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NICHOLS, JR, HOLLIS C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   NICHOLS, JR, HOWARD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NICHOLS, JR, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NICHOLS, JR, JAMES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   NICHOLS, KENNETH P, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   NICHOLS, L B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NICHOLS, LARRY A, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   NICHOLS, LARRY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   NICHOLS, LAURA M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NICHOLS, LEON H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NICHOLS, LEONARD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NICHOLS, LEWIS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NICHOLS, LEWIS C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   NICHOLS, LINNIE M, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   NICHOLS, LLEWELLYN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   NICHOLS, LOUIS B, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   NICHOLS, LUTHER E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NICHOLS, MARK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   NICHOLS, MICHAEL P, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   NICHOLS, MICHAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   NICHOLS, MITCHELL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   NICHOLS, MOODY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   NICHOLS, NEAL M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NICHOLS, OLLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069   NICHOLS, ONDRA A, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068   NICHOLS, OZELL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   NICHOLS, RALPH D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | NICHOLS, RANDOLPH, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | NICHOLS, RICHARD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NICHOLS, ROBERT D, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902 |
| 21068 | NICHOLS, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | NICHOLS, ROBERT R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | NICHOLS, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | NICHOLS, ROGER, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201 |
| 21068 | NICHOLS, RONNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NICHOLS, ROY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | NICHOLS, SR, STANLEY O, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | NICHOLS, THOMAS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NICHOLS, THOMAS L, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302 |
| 21068 | NICHOLS, THURMAN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NICHOLS, VANGUS W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | NICHOLS, VANGUS W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | NICHOLS, WARREN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | NICHOLS, WARREN, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | NICHOLS, WILLARD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NICHOLS, WILLIAM H, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | NICHOLS, WILLIAM, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | NICHOLS, WILLIAM, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | NICHOLS, WILLIAM, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | NICHOLS, WILLIE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | NICHOLSON, ALA D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | NICHOLSON, ALA D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | NICHOLSON, ALLAN C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | NICHOLSON, ASEMPITH, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | NICHOLSON, ASEMPITH, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | NICHOLSON, AVERILL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | NICHOLSON, CHARLES D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | NICHOLSON, CHARLES D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | NICHOLSON, CHRIS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | NICHOLSON, CURTIS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | NICHOLSON, CURTIS, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | NICHOLSON, DAVID C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | NICHOLSON, DOELA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | NICHOLSON, DONALD L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | NICHOLSON, DOROTHY S, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | NICHOLSON, FRANCES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NICHOLSON, HAROLD M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | NICHOLSON, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | NICHOLSON, HIRMAN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | NICHOLSON, HIRMAN, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | NICHOLSON, HUBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | NICHOLSON, ISAAC, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | NICHOLSON, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | NICHOLSON, KATHERINE E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | NICHOLSON, KATHERINE E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | NICHOLSON, LARRY W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | NICHOLSON, LAURINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NICHOLSON, LAURINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NICHOLSON, LESLIE H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21069 | NICHOLSON, M D, RODOLFO A, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401 |
| 21068 | NICHOLSON, MALINE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NICHOLSON, MALINE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NICHOLSON, MAUDIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | NICHOLSON, MAUDIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | NICHOLSON, PAULINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | NICHOLSON, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | NICHOLSON, ROOSEVELT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | NICHOLSON, ROOSEVELT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | NICHOLSON, RUBY E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | NICHOLSON, RUBY E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | NICHOLSON, SAMUEL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | NICHOLSON, SR, SAMMY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | NICHOLSON, SR, THOMAS J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | NICHOLSON, THEODORE C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | NICHOLSON, TRAVIS P, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |

**Svc Lst  Name and Address of Served Party**

21068   NICHOLSON, VERNON R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   NICHOLSON, VERNON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   NICHOLSON, VERNON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NICHOLSON, VIOLA, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   NICHOLSON, VONCILLE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   NICHOLSON, VONCILLE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   NICHOLSON, WALTER C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   NICHOLSON, WILLIAM D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NICHOLSON, WILLIAM D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NICHOLSON, WILLIAM H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NICHOLSON, WILLIAM H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   NICHOLSON, WILLIAM N, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NICHOLSON, WILLIAM O, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   NICHOLSON, WILLIAM O, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   NICHOLSON, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NICHOLSON, WILLIE L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   NICKEL, JOSEPH W, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   NICKELL, GEORGE, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   NICKELL, ONA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NICKELS, ROOSEVELT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   NICKELS, ROOSEVELT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NICKELS, ROOSEVELT, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   NICKELS, ROOSEVELT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   NICKELSON, LYNETTE M, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   NICKENS, CHARLES A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NICKENS, CHARLES A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NICKERSON, CHARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NICKERSON, JOHN W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NICKERSON, JOHN W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NICKERSON, JR, MAYNARD B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   NICKERSON, MIKE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   NICKERSON, SR, DONALD B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069   NICKISHER, RUDY, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   NICKLAS, RICHARD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   NICKLES, PAUL F, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   NICKLIS, CHARLES P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Svc Lst  Name and Address of Served Party**

21068  NICKOLES, WILLIAM R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  NICKS, GEORGE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NICKSIC, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  NICKSIC, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  NICKSON, JR, ALFRED, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  NICODEMUS, LOYNAL V, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NICOL, CARL O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NICOLARD, PETER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NICOLARD, PETER L, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068  NICOLAS, SR, CURTIS G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NICOLETTI, VINCENT, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068  NICOLI, LUIGI, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  NICOLICH, CARLO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NICOLICH, CARLO, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068  NICOLLS, III, WILLIAM H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  NICOSIA, FRANK J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  NICOTRA, JOSEPH P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NIDA, HERMAN W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  NIDA, HERMAN W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  NIDA, HERMAN W, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  NIDA, STACY C, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  NIEBERDING, ALBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  NIEDDA, JAMES V, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068  NIEDZIOCH, JOHN C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  NIEHAUS, KEITH E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  NIELD, EARLE C, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  NIELSEN, ARTHUR A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NIELSEN, EBBA, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  NIELSEN, EBBA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  NIELSEN, GLADE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NIELSEN, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  NIELSEN, LLOYD E, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  NIELSEN, LLOYD E, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  NIELSEN, LLOYD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  NIELSEN, LOREN L, DONALD EARNSHAW, 512 ELKWOOD MALL, CENTER BUILDING, OMAHA, NE, 68105

21068  NIELSEN, LOREN L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068  NIELSON, HAL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  NIELSON, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  NIELUBOWICZ, MICHAEL G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  NIELUBOWICZ, MICHAEL G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  NIEMANN, CHARLES E, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  NIEMANN, CHARLES E, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  NIEMANN, GARY L, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  NIEMCZYK, ARTHUR J, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  NIEMI, MICHAEL L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NIEMINEN, JUHANI, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  NIENHAUS, PARLAND G, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068  NIENHAUS, PARLAND G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  NIETO, ANTHONY M, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  NIETO, ANTHONY M, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  NIETO, JOSE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NIEVES, CESAR, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  NIEVES, EULOGIO R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  NIEVES, RAIMUNDO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  NIEWOIT, DANIEL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  NIEZGODA, ANTHONY F, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  NIEZGODA, ANTHONY F, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  NIEZGODSKI, DONALD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NIGH, VAN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NIGHSWONGER, ALBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NIGHSWONGER, ALBERT J, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068  NIGHTINGALE, LLOYD D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  NIGHTINGALE, LLOYD D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  NIGHTINGALE, PAUL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  NIGRO, STEPHEN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  NIKIC, DODA, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  NIKOLIC, PREDRAG, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Svc Lst  Name and Address of Served Party**

21068  NIKONCYK, JOHN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NILES, JAMES R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  NILES, JOHN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NILES, KENNETH S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NILES, RICHARD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  NILLES, JAMES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NILSEN, ROY L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  NILSSON, OSCAR W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NILSSON, OSCAR W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  NIMETZ, DANIEL J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  NINGARD, WINFIELD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  NINKOVICH, KENNETH G, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  NINKOVICH, KENNETH G, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  NINKOVICH, RONALD B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  NINO, JOHNNY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NINTEAU, ROLAND, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21069  NIOLET, LACY, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068  NIOLET, LACY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  NIOLET, LACY, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068  NIPP, RICHARD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NIPP, RICHARD C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  NIPPER, GEORGE D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  NIPPER, GEORGE T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  NIPPER, JOSEPH E, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201

21068  NIPPER, LARRY L, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  NIPPER, LARRY L, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  NIPPER, LARRY L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  NIPPER, RONNIE K, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  NIPPER, RONNIE K, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  NIRO, LEONARD G, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  NISKALA, CLIFFORD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NISKANEN, OLAVI, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  NISSEL, HENRY, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | NISSEN, NELSON B, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | NISSING, SR, KENNETH E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | NITSCH, JAMES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | NITTERRIGHT, SR, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | NITTI, THOMAS J, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614 |
| 21068 | NIVENS, WILLIAM F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21069 | NIVER, DONALD G, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214 |
| 21068 | NIX, BILLY F, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339 |
| 21068 | NIX, BOBBY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NIX, BOBBY J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | NIX, BOBBY J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | NIX, CATHERINE, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | NIX, CHARLES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | NIX, DEAVOURS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | NIX, DEAVOURS, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | NIX, DONNY G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NIX, ELLA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NIX, ELLA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NIX, GEORGE R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | NIX, GREGORY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NIX, JACK R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | NIX, JACQUELINE B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | NIX, JACQUELINE B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | NIX, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NIX, JAMES K, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | NIX, JAMES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NIX, JAMES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NIX, JOHN W, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21069 | NIX, JR, JEWELL, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201 |
| 21068 | NIX, LEENORA, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21069 | NIX, LONNIE A, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216 |
| 21068 | NIX, LONNIE A, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21069 | NIX, LONNIE A, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533 |
| 21068 | NIX, LOUISE I, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | NIX, LYNDA S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | NIX, LYNDA S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | NIX, MARGARET J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NIX, MARGARET J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   NIX, NATHAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NIX, ODELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   NIX, PERRY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   NIX, RICHARD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   NIX, ROBERT L, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   NIX, RODNEY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   NIX, RODNEY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   NIX, RODNEY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   NIX, ROGER, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   NIX, RUBY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NIX, RUBY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NIX, THERMAN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NIX, THERMAN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NIX, THOMAS W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NIX, THOMAS W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   NIXON, ALONZO, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   NIXON, BILL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   NIXON, BILL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   NIXON, BOBBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NIXON, CLARENCE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NIXON, CLARENCE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NIXON, DAN S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NIXON, DEBORAH D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NIXON, DEBORAH D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NIXON, DONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NIXON, FRED, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NIXON, FRED, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   NIXON, GEORGE A, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   NIXON, GEORGE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NIXON, GEORGE F, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   NIXON, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   NIXON, GLEN A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   NIXON, GRIFFIN E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NIXON, JOHNSON P, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   NIXON, JOHNSON P, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   NIXON, JONNY M, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   NIXON, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   NIXON, JR, HARVEY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst   Name and Address of Served Party**

21068   NIXON, JR, JOHN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NIXON, JR, WILLIAM F, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   NIXON, JR., TROY E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NIXON, JR., TROY E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NIXON, KENNETH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NIXON, KENNETH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NIXON, MARINELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   NIXON, MARSHALL A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NIXON, MARSHALL A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NIXON, OZZIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   NIXON, PAUL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NIXON, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NIXON, RUTH E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NIXON, RUTH E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NIXON, SR, CHARLES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NIXON, THOMAS, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   NIXON, WILLIAM M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   NIXON, WILLIE JAMES, 4116 AVENUE T 1-2, GALVESTON, TX, 77550-8650

21068   NIZIOLEK, LOUIS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   NIZLIK, STANLEY, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   NIZNIK, ROBERT M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   NOA, VINCENT V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NOA, VINCENT V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NOAH, BILLY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOAH, CHARLES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOAH, JIMMY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   NOAH, LOUIS L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   NOAH, SR, JAMES K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOAK, JACQUELINE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NOAK, JACQUELINE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   NOBBS, CYRIL, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   NOBLE, ALEX, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   NOBLE, ALEX, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   NOBLE, BOBBY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NOBLE, BOBBY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NOBLE, C E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   NOBLE, CHARLES T, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NOBLE, DARYL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

Svc Lst  Name and Address of Served Party

---

21069   NOBLE, DOROTHY, LEWIS HUPPERT & SLOVAK P C, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403

21069   NOBLE, DOROTHY, THOMAS A BAIZ, JR, SUITE 316, 600 CENTRAL PLAZA, GREAT FALLS, MT, 59401

21068   NOBLE, FRANKLIN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   NOBLE, GLORIA, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   NOBLE, HENRY K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOBLE, III, JOHN A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOBLE, JIM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOBLE, JIMMY W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   NOBLE, JOE W, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   NOBLE, JOE W, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   NOBLE, JR, DUNCAN M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NOBLE, JR, DUNCAN M, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   NOBLE, L C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOBLE, LARRY R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   NOBLE, LIZZIE G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069   NOBLE, MAXWELL, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712

21068   NOBLE, MAXWELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOBLE, MURPHY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   NOBLE, NATHAN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   NOBLE, PHENOX, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   NOBLE, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   NOBLE, ROBERT W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NOBLE, ROBERT W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NOBLE, WILLIAM E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   NOBLE, WILLIAM G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   NOBLE, WILLIAM J, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   NOBLE, WILLIAM M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   NOBLES, ALTON D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOBLES, ALVIN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   NOBLES, BARBARA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   NOBLES, BILLY J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   NOBLES, BILLY J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   NOBLES, BONINA J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   NOBLES, BONINA J, MAULDIN & ALLISON, 710 E MCBEE AVENUE, GREENVILLE, SC, 29601

21068   NOBLES, CHARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NOBLES, CURTIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   NOBLES, DENNIS C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NOBLES, DENNIS C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

---

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   NOBLES, DENVER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   NOBLES, EDD J, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   NOBLES, EDD J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   NOBLES, EUNICE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NOBLES, EUNICE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NOBLES, FRANCES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   NOBLES, GLEN, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168

21068   NOBLES, GLEN, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   NOBLES, GROVER, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NOBLES, JR, ARTHUR G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   NOBLES, LARRY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOBLES, R J, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   NOBLES, SHIRLEY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NOBLES, SHIRLEY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NOBLES, SR, HARRY D, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   NOBLES, THEODORE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   NOBLES, TROY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NOBLES, TROY E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   NOBLES, WALTER F, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   NOBLES, WILEY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NOBLES, WILEY W, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   NOBLES, WILLARD E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NOBLES, WILLARD E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NOBLES, WILLIAM O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOCK, ARTHUR W, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   NODINE, RICHARD J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   NODLAND, JR, JESSE S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NOE, CHARLIE W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   NOE, CHARLIE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOE, HENRY E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069   NOE, NEWTON, SALES TILLMAN WALLBAUM, BILL MIRACLE, 325 W MAIN ST STE 1900, LOUISVILLE, KY, 40202

21068   NOE, NEWTON, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   NOE, ROLAND J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   NOE, THOMAS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NOE, THOMAS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   NOECHEL, CARL W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   NOEL, DAVID L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOEL, ERNEST, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOEL, HARRISON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOEL, HELEN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   NOEL, HELEN L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   NOEL, IVAN V, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   NOEL, JAMES, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   NOEL, JOHN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOEL, JOSEPH E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   NOEL, L D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOEL, LARRY A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOEL, LESTER, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   NOEL, RICHARD L, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069   NOEL, RICHARD L, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068   NOEL, RICHARD L, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   NOEL, RICK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOEL, ROBERT J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOEL, SR, LOUIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   NOEL, THOMAS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NOELL, HAZEL C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NOELL, HAZEL C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NOERNBERG, RICHARD A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   NOFFSINGER, VIRGIL D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   NOFFSINGER, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NOGGLE, RODERICK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   NOGIEC, ALEX, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   NOGUERIA, JOSE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOHA, BENJAMIN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068   NOHE, OVIE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOHE, OVIE E, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   NOIEL, PRESIDENT, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   NOIEL, PRESIDENT, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   NOIEL, PRESIDENT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOKLEBY, ROBERT D, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

Svc Lst  **Name and Address of Served Party**

21068   NOLA, IMOGENE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   NOLAN, BOBBY, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   NOLAN, CHARLES C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   NOLAN, CHARLES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   NOLAN, GLENNIS W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   NOLAN, GLENNIS W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOLAN, GLENNIS W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   NOLAN, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NOLAN, JIMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   NOLAN, JIMMY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   NOLAN, JOHN G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NOLAN, JOSEPH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   NOLAN, JR, EUGENE E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   NOLAN, JR, EUGENE E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   NOLAN, JR, LAWRENCE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   NOLAN, JR, MILTON, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068   NOLAN, JR, OLLIE, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21069   NOLAN, LEO, WHYLAND & RICHMOND, LLP, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   NOLAN, MARVIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   NOLAN, MICHAEL Q, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21069   NOLAN, PLUMHOFF & WILLIAMS, CHTD, NOTTINGHAM CENTRE, 502 WASHINGTON AVE STE 700, TOWSON, MD, 21204-4528

21068   NOLAN, SR, CHARLES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NOLAN, SR, CHARLES A, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   NOLAN, THOMAS O, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   NOLAND, LARRY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOLAND, LESLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   NOLAND, MARION D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NOLAND, MARION D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NOLAND, ROBERT, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   NOLAND, SR, ROBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOLDEN, HENDERSON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   NOLDEN, HENDERSON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   NOLDEN, LOUISE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   NOLDEN, LOUISE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   NOLDEN, SR, WILLIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NOLEN, JOSEPH M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOLEN, LOVELL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   NOLEN, SR, FRANK P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   NOLEN, TOMMY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOLEN, TOMMY L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   NOLEN, WILLIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   NOLFI, ANTHONY F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   NOLIN, DONALD G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NOLIN, DONALD G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NOLIS, ALEXANDER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   NOLIUS, VICTOR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOLKER, HENRY C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   NOLL, JOHN HENRY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   NOLL, JOHN HENRY, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   NOLLER, DAVID E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOLLER, THEODORE W, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   NOLLEY, DAISEY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   NOLLEY, SR, KENNETH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   NOLLEY, VERSSIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   NOLTE, HENRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   NOLTE, LARRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   NOLTE, LARRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   NOLTE, LAWRENCE, FRANK BYERS II, ATTY, 3769 NORTH WOODFORD ST, DECATUR, IL, 62524

21068   NOLTE, LAWRENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOLTE, LAWRENCE, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   NOLTE, PAUL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   NOLTE, RAYMOND E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   NOLTE, ROBERT G, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   NOLTON, JOSEPHINE W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NOLTON, JOSEPHINE W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NONDORF, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   NONE, SANFORD D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   NONEMAKER, BLAINE E, LAW OFFICE OF PETER S OLIVITO, 606-612 SINCLAIR BLDG, STEUBENVILLE, OH, 43952

21068   NONEMAKER, BLAINE E, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   NONN, ROBERT V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NONNEMACHER, ARTHUR, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   NONNEMAKER, JR, ROBERT C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    NONNENBERG, WARREN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    NONNSEN, CALVIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    NOONAN, DAVID, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    NOOTE, WILLIAM J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    NOPONEN, MARTIN R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    NOPPERT, ROBERT, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    NORADO, PATRICK, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    NORALS, GLORIA A, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    NORALS, GLORIA A, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21069    NORBERG, THOMAS, POZZI, WILSON, ATCHISON, 454 NE FLORAL PL, PORTLAND, OR, 97232-3304

21069    NORBERG, THOMAS, POZZI, WILSON, ATCHISON, 910 STANDARD PLAZA, 1100 S W SIXTH AVENUE, PORTLAND, OR, 97204-1020

21068    NORBITS, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    NORBITS, FRED, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    NORBUT, VICTOR, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    NORCROSS, CHARLES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    NORCROSS, CHARLES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    NORDAI, JULIUS, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21069    NORDENSTROM, EVERETT, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068    NORDLANDER, JAMES P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    NORDLI, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    NORDMAN, CHARLES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    NORDYKE, DONALD D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    NORFLEET, MOLLIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    NORFLEET, MOLLIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    NORGE, JOHN J, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    NORGORD, RONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    NORING, CLARENCE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    NORKIN, HARRY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    NORMAN, ALEX, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    NORMAN, ANDER L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21069    NORMAN, BAILEY, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068    NORMAN, BILL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | NORMAN, BILL, PIERCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | NORMAN, BOBBY L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | NORMAN, DONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | NORMAN, FRANKLIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | NORMAN, GARY E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | NORMAN, GERALD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | NORMAN, GERALD, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | NORMAN, GLENN P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | NORMAN, GLENN P, PIERCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | NORMAN, GRADY B, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | NORMAN, GRADY B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | NORMAN, HAROLD E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | NORMAN, HAROLD E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | NORMAN, JAMES L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | NORMAN, JAMES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | NORMAN, JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NORMAN, JR, JACK, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | NORMAN, JR, JAMES H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | NORMAN, JULIA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NORMAN, K B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | NORMAN, KATRINA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NORMAN, LEON B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | NORMAN, LINARD D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | NORMAN, LINARD D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | NORMAN, LINDA G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | NORMAN, LINDA G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | NORMAN, LUKE H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | NORMAN, LUKE H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | NORMAN, LUTHER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | NORMAN, MATTHEW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | NORMAN, MATTHEW, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | NORMAN, MILFORD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NORMAN, ROBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | NORMAN, RONALD LEE, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | NORMAN, RONALD LEE, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222 |
| 21068 | NORMAN, RUFUS L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | NORMAN, SR, LOUIS L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | NORMAN, SR, LOUIS L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | NORMAN, THEODIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | NORMAN, THEODIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | NORMAN, THURMAN, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | NORMAN, VERBE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NORMAN, WALLACE C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NORMAN, WALTER C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NORMAN, WILLIAM, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | NORMAND, ALLEN F, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | NORMAND, CLAYTON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | NORMAND, CLAYTON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | NORMAND, GASTON, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | NORMAND, GASTON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NORMANDIN, SR, GLEN E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | NORR, MARVINE E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | NORRELL, JOHN C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NORRELL, MALLIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NORRELL, MALLIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NORRELL, MANUEL L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NORRELL, MANUEL L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NORRELL, RICHARD W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | NORRELL, RICHARD W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | NORRELL, WILLIAM G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NORRELL, WILLIAM R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | NORRELL, WILLIAM R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | NORRELLS, J P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | NORRIS, A J, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | NORRIS, A J, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | NORRIS, ALEXANDER D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | NORRIS, ALTON L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NORRIS, AMBROSE J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | NORRIS, BILLY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NORRIS, CECIL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NORRIS, CLARENCE J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | NORRIS, CLARENCE J, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068    NORRIS, DEWEY E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    NORRIS, DONALD F, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    NORRIS, DOROTHY B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    NORRIS, EDWIN, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    NORRIS, FRANCES, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    NORRIS, FRANCES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    NORRIS, FRANCES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    NORRIS, FRED T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    NORRIS, GEORGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069    NORRIS, GLENN L, DYER, EDWARD W, HAWKINS & NORRIS, 2501 GRAND AVE STE C, DES MOINES, IA, 50312

21069    NORRIS, GLENN L, MADISON, DONALD L, HAWKINS & NORRIS, 2501 GRAND AVE STE C, DES MOINES, IA, 50312

21069    NORRIS, GLENN L, MICKEY, RALPH E, HAWKINS & NORRIS, 2501 GRAND AVE STE C, DES MOINES, IA, 50312

21069    NORRIS, GLENN L, WRIGHT, WAYNE A, HAWKINS & NORRIS, 2501 GRAND AVE STE C, DES MOINES, IA, 50312

21068    NORRIS, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    NORRIS, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    NORRIS, JAMES R, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    NORRIS, JAMES T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    NORRIS, JAMES T, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    NORRIS, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    NORRIS, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    NORRIS, JOHN O, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    NORRIS, JOHN P, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    NORRIS, JR, CLAUDE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    NORRIS, LAMAR E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    NORRIS, LAMAR E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    NORRIS, LARRY W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    NORRIS, LARRY W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    NORRIS, LAURA A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    NORRIS, LEE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    NORRIS, LINDA D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069    NORRIS, MARGARET J, GLASSER AND GLASSER, PLC, CROWN CENTER, 580 EAST MAIN ST STE 600, NORFOLK, VA, 23510

21068    NORRIS, MARGARET J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    NORRIS, MARION, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    NORRIS, MARY S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    NORRIS, MARY S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    NORRIS, PAUL J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068  NORRIS, ROBERT L, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068  NORRIS, ROBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  NORRIS, ROBERT W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  NORRIS, ROBERT W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  NORRIS, ROBERT, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  NORRIS, RON L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  NORRIS, RONAL P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NORRIS, RONALD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  NORRIS, THOMAS J, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  NORRIS, WALTER N, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  NORRIS, WILLARD I, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  NORRIS, WILLARD I, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  NORRIS, WILLIE, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  NORRIS, WILMA S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  NORSTADT, LESLIE R, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  NORSWORTH, LIVY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  NORSWORTH, LIVY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  NORSWORTH, LIVY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  NORSWORTHY, ANNIE M, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  NORSWORTHY, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  NORSWORTHY, WOODROW W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  NORTH, ALBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  NORTH, ALBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  NORTH, JAMES A, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  NORTH, JAMES A, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  NORTH, JAMES, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  NORTH, JR, JOHN F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NORTHCRAFT, DONALD D, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069  NORTHCRAFT, DONALD D, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068  NORTHCRAFT, DONALD D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  NORTHCRAFT, HARRY A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  NORTHCRAFT, PAUL C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  NORTHCROSS, CHARLES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  NORTHCROSS, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Svc Lst  Name and Address of Served Party**

21068   NORTHCUTT, BILLY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   NORTHCUTT, DOYLE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   NORTHCUTT, DOYLE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   NORTHEN, RITA, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21069   NORTHERN, HAROLD, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965

21068   NORTHINGTON, THOMAS, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   NORTHINGTON, THOMAS, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   NORTINGTON, LARRY D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   NORTON, B A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NORTON, B A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NORTON, BARRY, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   NORTON, BETTY M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   NORTON, C H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NORTON, C H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NORTON, CHARLES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NORTON, CHARLES R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   NORTON, CLARA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NORTON, DAVID H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NORTON, DAVID H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NORTON, DONNIE M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NORTON, DONNIE M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NORTON, ERNEST L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NORTON, ERNEST L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NORTON, ERNEST L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   NORTON, HANDSOL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   NORTON, HERBERT C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   NORTON, J P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NORTON, JAMES M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   NORTON, JAMES M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   NORTON, JESSE A, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   NORTON, JESSE A, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   NORTON, JESSE A, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21069   NORTON, JOHN J, HARTER, SECREST & EMERY LLP, 1600 BAUSCH & LOMB PLACE, ROCHESTER, NY, 14604-2711

21068   NORTON, JOHN T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NORTON, JOHN T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   NORTON, JR, LOUIS G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | NORTON, JR, LOUIS G, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | NORTON, MICHAEL I, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21069 | NORTON, MICHELLE, ADAMS, LESTER E, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, ANDERSON, HAROLD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, ASHPOLE, OTTO, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, BARKER, WESLEY, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, MATHIAS, GEORGE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, MURPHY, CECIL, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, PICKERING, WILLIAM, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, RICCIARDELLI, JOSEPH, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, SMITH, HOWARD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, SMITH, STEPHEN, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21069 | NORTON, MICHELLE, STRINGER, JOHN, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204-2472 |
| 21069 | NORTON, MICHELLE, WAGNER, FLOYD, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, MICHELLE, WILKINSON,SR, PAUL W, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 |
| 21068 | NORTON, PAUL, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | NORTON, RACHEL L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | NORTON, RONALD, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219 |
| 21068 | NORTON, SR, DAN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | NORTON, SR, LEO A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | NORTON, SR, WILLIAM F, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | NORTON, TERRY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | NORTON, THERMON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | NORVELL, ISABELLE J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | NORVELL, JERRY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | NORWICH, MICHAEL F, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |
| 21068 | NORWICH, MICHAEL F, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | NORWINE, PAUL E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | NORWOOD, BRYAN B, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | NORWOOD, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NORWOOD, CHARLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   NORWOOD, CHARLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NORWOOD, ELVIRA, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   NORWOOD, ELVIRA, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   NORWOOD, GARY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   NORWOOD, GARY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   NORWOOD, GLENDA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   NORWOOD, GLENDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NORWOOD, JANICE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   NORWOOD, JIMMIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NORWOOD, JR, WALTER, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   NORWOOD, LIZZIE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NORWOOD, MARGIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   NORWOOD, MARVIN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NORWOOD, MARVIN E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   NORWOOD, MARY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   NORWOOD, MARY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   NORWOOD, MARY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   NORWOOD, PATRICIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   NORWOOD, PATRICIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   NORWOOD, PATRICK F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NORWOOD, PATRICK F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   NORWOOD, PERCY L, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   NORWOOD, QUINCY D, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   NORWOOD, SR, F J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   NORWOOD, SR, F J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   NORWOOD, SR, WILLIS E, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   NORWOOD, SR, WILLIS E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   NORWOOD, SR, WILLIS E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   NORWOOD, THOMAS C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   NOSEK, PAUL F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOSEK, PAUL F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   NOSEL, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   NOSEWORTHY, GEORGE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   NOSEWORTHY, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOSEWORTHY, JOHN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   NOSEWORTHY, JOHN E, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   NOTARANGELO, MATTHEW J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   NOTARFRANCESCO, JOHN, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   NOTARNICOLA, VINCENT, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   NOTARO, NICOLA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   NOTARO, RICHARD P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   NOTGRASS, MAX, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NOTHSTEIN, WILLARD R, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   NOTO, JERRY, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   NOTO, VINCENT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   NOTTINGHAM, JEFFREY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NOTTINGHAM, VIRGINIA, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   NOTTINGHAM, WILLIAM T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   NOUFER, JOHN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   NOUH, CHAMEL S, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   NOUH, CHAMEL S, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   NOVACK, JOSEPH L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   NOVAK, EDMUND J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   NOVAK, EDMUND J, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   NOVAK, EUGENE, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   NOVAK, GEORGE T, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   NOVAK, HENRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   NOVAK, JOHN J, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   NOVAK, JOSEPH F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   NOVAK, JR, ALBERT H, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   NOVAK, KATHRYN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   NOVAK, KATHRYN, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933

21069   NOVAK, KATHRYN, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633

21069   NOVAK, KATHRYN, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068   NOVAK, RAYMOND S, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   NOVAK, RONALD E, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   NOVAK, SR, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  NOVAK, WILLIAM J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NOVAK, WILLIAM L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  NOVELL, JR, HENRY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  NOVELLI, JESSE F, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  NOVELLI, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  NOVELLI, RAYMOND, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  NOVELLO, FRANK, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  NOVELLY, JR, ORVILLE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  NOVEY, JR, EDWARD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  NOVICKI, JULIUS L, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  NOVO, GABRIEL, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  NOVO, PETER, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  NOVOA, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NOVOSEDLIAK, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  NOVOSEL, WILLIAM, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  NOWAK, EUGENE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NOWAK, EUGENE W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  NOWAK, JR, JOHN A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  NOWAK, JR, JOHN A, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21069  NOWAK, SUSAN, TOCCI, PARKER & TOCCI, LLP, DOMINICK TOCCI, 1698 CENTRAL AVE, ALBANY, NY, 12205-4000

21068  NOWAKOWSKI, EDWARD A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  NOWAKOWSKI, LARRY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  NOWAKOWSKI, LARRY, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  NOWAKOWSKI, RICHARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  NOWECK, FREDERICK W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  NOWELL, ERSHEL J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  NOWELL, J B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  NOWELL, JAMES W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  NOWELL, ROBERT W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  NOWLIN, HARRY A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  NOWLIN, HARRY A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  NOWLIN, JAMES T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | NOWLIN, WESLEY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | NOWLING, WILLIE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | NOWLING, WILLIE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | NOXON, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NOYE, GEORGE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | NOYE, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | NOYER, CHARLENE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | NOYES, ARTHUR, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | NOYES, DONALD E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | NOYES, SR, GEORGE H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | NOYLE, NORMAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | NOYOLA, PEDRO, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | NUBLES, RODNEY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | NUBLES, RODNEY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | NUCCI, ANTHONY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | NUCCI, ANTHONY J, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201 |
| 21068 | NUCCIO, SAM, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | NUCERA, OLYMPIO, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | NUCERA, OLYMPIO, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | NUCKOLS, MURRAY E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NUCKOLS, RUSSELL T, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | NUCKOLS, RUSSELL T, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | NUGENT, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | NUGENT, CHARLES H, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917 |
| 21068 | NUGENT, CHARLES H, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | NUGENT, CLAYTON D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | NUGENT, DARVIN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | NUGENT, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NUGENT, JIMMY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | NUGENT, JOSEPH P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | NUGENT, MARTHA M, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602 |
| 21068 | NUGENT, PAUL M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | NUGENT, PAUL M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | NUGENT, TERRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | NULTY, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    NULTY, JOHN L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    NUMN, MARSHAL W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    NUNAMAKER, EARL J, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    NUNES, ABILIO, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    NUNES, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    NUNEZ, ALFRED, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    NUNEZ, DANNY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    NUNEZ, EARLON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    NUNEZ, MARCELO G, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068    NUNEZ, WILLIE R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    NUNLEY, JOE, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068    NUNLEY, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    NUNLEY, PAUL H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    NUNN, ANNA, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    NUNN, BOB W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    NUNN, BOB W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    NUNN, CORA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    NUNN, JOSEPH M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    NUNN, MARY G, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    NUNN, PAUL D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    NUNN, SURETTA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    NUNNALLY, GEORGE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    NUNNALLY, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    NUNNELLY, BETTY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    NUNNELLY, BETTY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    NUNNINK, HILARY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    NURSE, EUGENE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    NURSE, GORDON, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068    NUTE, FREDDIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    NUTE, FREDDIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    NUTE, PAUL G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069    NUTT, DAVID H, BOLEN, JERALD L, DAVID H NUTT AND ASSOCIATES, PO BOX 1039, JACKSON, MS, 39215-1039

21069    NUTT, DAVID H, BROWN, JOHN D, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21069    NUTT, DAVID H, BYRD, CORBERT D, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21069    NUTT, DAVID H, CARTER, LONZO, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21069    NUTT, DAVID H, DAVENPORT, SHERMAN, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21069 | NUTT, DAVID H, ENGLAND, ALTON O, DAVID H NUTT AND ASSOCIATES, PO BOX 1039, JACKSON, MS, 39215-1039 |
| 21069 | NUTT, DAVID H, HARVISON, CECIL T, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, JOHNSON, JR, ROBERT H, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, MCCANN, JOHN H, DAVID H NUTT AND ASSOCIATES, PO BOX 1039, JACKSON, MS, 39215-1039 |
| 21069 | NUTT, DAVID H, ROBETSSON, EARNEST S, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, SAMUEL, SR, WILLIE, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, TAYLOR, DRED, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, TAYLOR, SAMUEL M, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, TOWNSEND, DAVE, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, TUCKER, JAMES, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, WHITT, SR, JAMES C, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21069 | NUTT, DAVID H, WILLIAMS, CLIFTON J, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, BEARD, LESTER D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, CARTER, SR., JOHN H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, COUCH, THOMAS C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, CROSBY, GERALD W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, DAWSON, SR., DEVAIN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, ENGLEBERT, FRED, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, FRANKLIN, EUGENE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, GILLILAND, DOUGLAS A, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, HAMMAC, AUSTIN E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, HATFIELD, HARROM, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, HOLLAND, BILLY, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, KEITH, GEORGE W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, VASQUEZ, JR, ENRIQUE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, DAVID, WOOD, THOMAS E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | NUTT, HAROLD N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | NUTT, HAROLD N, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | NUTT, JAMES D, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | NUTT, JAMES D, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | NUTT, JAMES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Svc Lst   Name and Address of Served Party**

21068   NUTT, JOHN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   NUTT, LEWIS W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   NUTT, RAYMOND F, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   NUTTAL, JERRY H, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068   NUTTAL, JERRY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NUTTER, CHARLES B, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   NUTTER, DONALD L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   NUTTER, EDDIE D, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   NUTTER, HAROLD, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   NUTTER, MYRTLE K, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   NUTTER, PAUL C, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   NUTTER, SR, LLOYD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   NUZUM, SAMUEL E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21069   NUZZI, RICHARD P, CHARLES M CONNELLY & ASSOCIATES, 245 WATER STREET, SUITE 300, SYRACUSE, NY, 13202

21068   NUZZO, ALPHONSE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   NUZZO, MICHAEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   NUZZO, SAMUEL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   NYBAKKEN, RALPH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   NYCE, BENJAMIN B, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   NYCUM, GEORGE A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   NYE, THOMAS R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069   NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068   NYERGES, RICHARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   NYERS, PAUL, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   NYGRA, JOE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   NYHOLT, MICHAEL P, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   NYHOLT, SR, JAMES M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   NYKAZA, BOB, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   NYLAND, CLIFFORD, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   NYMAN, VALTAR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   NYSTROM, JOHANNES, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   O DELL, RICHARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   O GRADY, GARY, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   O`BANNAN, JOHN D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   O`BANNAN, JOHN D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   O`BERRY, JR., ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   O`BRIANT, LANEY L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   O`BRIEN, JAMES M, ABE, IVAN L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ACELA, CHARLES D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADAMS, BENNY B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADAMS, DUANE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADAMS, GEORGE W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADKINS, DAFFICE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADKINS, HARLAN E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADKINS, HERON, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADKINS, JOSEPH L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADKINS, NORMA B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADKINS, RAYMOND D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ADKINS, RONNIE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, AEH, BRYAN K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, AKER, VANCE S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, AKERS, ALTHA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, AKERS, EVERETT D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALBERTI, VICKY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALBINE, ARTHUR E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALEXANDER, RUFUS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALIFF, DAVID A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALIFF, JOHNNY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALLEN, ARTHUR M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALLEN, STANLEY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALTIERS, THEODORE A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ALTMAN, KEVIN D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ANDERSON, CHARLES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ANDERSON, GARY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   O`BRIEN, JAMES M, ANDERSON, PRESTON R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ANDREWS, STEVE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ANGLEMEYER, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ARMSTRONG, LARRY A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ARTHUR, AUDREY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ARTHUR, BRENDA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ARTHUR, PATRICK D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ASHENPELDER, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, AUGUSTINE, TIMOTHY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, AUNGER, CHESTER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, AUSTIN, O I, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAILEY, JAMES W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAILEY, MARVIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAILEY, REX E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAILEY, THOMAS M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAIRD, GARY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAIRD, JACK E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAKER, GEORGE H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAKER, RONALD M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAKER, STEVEN P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAKER, WILFORD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BALL, JAMES M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BALLARD, RANDALL R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BARRETT, RICHARD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BARROW, THOMAS A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BATTEN, DANNY R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BATTERSON, DONALD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BAYER, GEORGE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BEARD, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BEATTY, RICHARD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   O`BRIEN, JAMES M, BEDALOTA, RICHARD J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BEE, ROBERT E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BELL, DANIEL R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BELL, J L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BELVILLE, MARY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BENNER, RAY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BENNETT, ASHLEY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BENNETT, MICHAEL D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BENNETT, OPHA R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BERRY, JERRY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BERRY, MARGARET, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BERRY, PAUL R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BETTS, RALPH W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BEVERLY, LEONARD H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BIERMAN, DEBORAH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BILLS, FRANK, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BILODEAU, THOMAS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BINNS, G S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BISBOCCI, MILTON E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BISHOP, DAVID, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BLACK, EARL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BLACK, JOE M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BLACK, WILLIAM M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BLACKBURN, JOE W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BLAKE, ALBERT L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BLEIMEYER, RUSSELL A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BLEVINS, RONALD E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BOAN, WADE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BOBAK, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, BOCK, ALVIN E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068  O'BRIEN, JAMES M, BOCK, WILLARD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BODNER, JOSEPH, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOGNAR, JOHN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOLYAND, LEO, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BONAR, LENA, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BONDI, THOMAS J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BONNELL, LOUIS E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOONE, STEVE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOOTH, KEITH H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BORLAND, JAMES, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOUDREAU, JOHN L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOWEN, WARREN V, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOWES, LINDA S, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOWLES, ROBERT J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOWMAN, CARL R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOYERS, ROBERT L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BOYLES, PHILLIP M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRACONE, JOSEPH J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRAGG, ELDRIDGE R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRAGG, THOMAS A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRAMBLETT, JAMES M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRANCH, ROLAND L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRANNIGAN, ROBERT E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRANT, WALTER M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRATCHER, HOMER, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRAY, ELMER, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRENNEMAN, EDWARD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BREWSTER, ROBERT J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BRITTO, LESTER N, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, BROEGG, ADOLFO, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Svc Lst  Name and Address of Served Party**

21068   O'BRIEN, JAMES M, BROOKENS, GARY L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROOKS, HOWARD E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWN, ALLEN W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWN, CLARENCE L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWN, MICHAEL G, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWN, RAYMOND L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWN, SYLVESTER A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWNING, BASIL J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWNING, JONATHAN W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROWNING, RANDALL, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BROZOSKI, WALTER, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BRUNNER, DANIEL A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BUCHMAN, CARL D, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BUDASH, JOHN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BUERGER, ROBERT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BURDA, JOHN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BURKS, RAY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BURNETTE, MICHAEL L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BURTON, PAUL L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BUSBY, WALTER A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BUSH, GLENN E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BUTCHER, CHARLOTTE G, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BUTCHER, JAMES O, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, BYRD, CHARLES A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, CAIN, LARRY G, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, CALABRO, CARL F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, CALDERONE, ANGELO, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, CALDWELL, ALBERT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, CALDWELL, GORDON, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, CAMPBELL, BRUCE L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  **Name and Address of Served Party**

21068  O`BRIEN, JAMES M, CAMPBELL, DANIEL P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CAMPBELL, GENE C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CANTRELL, CLYDE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARDUCCI, DOMENICO, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CAREY, ARCHIE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARLSON, GARY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARODISKY, TED, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARPENTER, IRA E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARPENTER, LUTHER R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARPENTER, MARLENE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARROLL, JERRY M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARSON, JOHN S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARTER, JOHN L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CARVER, WILLIAM D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CASTLE, HOWARD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CATHELL, TERRY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CECIL, KENNETH I, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHANEY, LESTER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHANEY, OWEN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHAPMAN, BERNARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHAPMAN, DONALD E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHAPMAN, JAMES A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHAPMAN, JERRY E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHERRY, ROBERT H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHIARELLI, RALEIGH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHILDERS, RANDY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHILDRESS, CLARENCE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHILDS, MICHAEL A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHRISTY, JAMES R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CHRISTY, WILLIAM O, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  O`BRIEN, JAMES M, CLARK, EDWARD A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CLAXON, KENNETH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CLAXON, RICK, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CLAY, ANTHONY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CLOCKEY, JOHN R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, COLLETT, LARRY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, COLLIER, ISON, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CONAWAY, JOSEPH W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CONLEY, STEVEN R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CONNOR, CHARLES J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CONSTABLE, CLARENCE R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CONWAY, RONALD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, COOPER, GARY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, COOPER, NORMAN E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, COOPER, TONY R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, COSVER, DARRELL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRABTREE, PHYLLIS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRAIG, HARRY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRAIG, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRAMER, GARY C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRAVERIO, ARNALDO G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRAWFORD, JOHN D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRAWFORD, KEITH A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRAWFORD, OLIVER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CREAGER, CHARLES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRIPPEN, LAWRENCE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CRISWELL, GERALD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CROOK, DONNIE T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CROWE, EDWARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CULPEPPER, FREEMAN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  O`BRIEN, JAMES M, CUNNINHAM, ROY H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, CYRUS, ELMER A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAFFRON, LINDA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAILEY, HERSKEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DALTON, LELAND L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAMRON, JR, VINCE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DANNER, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DARBY, WILLIAM J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAUGHERTY, JAMES W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAVIDSON, GLENDON, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAVIDSON, JAN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAVIDSON, PAUL W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAVIS, HOWARD H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAVIS, JACK L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAVIS, JOHN R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAWSON, JAMES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAWSON, WANDA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAWSON, WILLIAM V, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DAY, GLENN D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DEBOY, DONALD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DEEL, THELMA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DELANEY, OKEY C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DELEONARDIS, RICHARD J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DENNIS, RICHARD G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DENNISON, RANDALL F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DEVER, JR, CARL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DICK, DARRELL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DIETZ, RUSSELL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DINGESS, FREDERICK L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, DINGESS, PAUL G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | O'BRIEN, JAMES M, DIPIETRO, STEVE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DIXON, EDWARD L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DODD, JAMES R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DONOFRIO, JOYCE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DONOFRIO, SAVERIO, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DOOLEY, CARL, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DORMAN, WILLIAM R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DOTSON, JOHN K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DOUGHERTY, THOMAS M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DOUT, WILLIAM P, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DRAKE, FRANKLIN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DRAKE, RAYMOND O, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DUCK, THOMAS L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DUCKETT, FRANK, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DULEY, SR, CHARLES R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DUNCAN, JOSEPH, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DUNFORD, CARL E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DUNHAM, ZACHARY S, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, DYER, RONNIE K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, EARL, DONALD E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, EBERLING, HENRY R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, ELIA, RICKY N, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, ELLIOT, JOE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, ELLIS, WILLIAM R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, ELLISON, GORDON, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, ELLSWORTH, BERTIE V, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, EMCH, PAUL E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, EMERY, LAVONDA, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, ENGLAND, JAMES H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, ENIX, BURL S, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |

Svc Lst  Name and Address of Served Party

---

21068  O`BRIEN, JAMES M, ENNIS, H E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, EPPS, JAMES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, ESTES, JOHN C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, EVANS, HAROLD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, EVANSON, GAYLE W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, EWALD, MARY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, EYRICH, BETTY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FANNIN, EDWARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FANT, JUNELL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FARONE, WILLIAM L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FARRELL, RAYMOND, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FARRIS, CLIFFORD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FEESE, LEONARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FELLER, ROGER K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FELTENBERGER, FRANCIS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FERGUSON, JAMES T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FERGUSON, VERNAL R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FERRELL, DENNIS S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FERRELL, MILDRED A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FINE, JAMES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FISHER, MILDRED, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FISHER, NELSON, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FLEMING, JAMES J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FLEMMING, RALEIGH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FLOWERS, HILARY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FOGLE, BETTY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FOLGER, WILLIAM D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FOOTE, MARK J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FOOTE, THOMAS T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FORBUSH, STEPHEN A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

21068  O'BRIEN, JAMES M, FORD, GEORGE R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FORD, JAMES R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FORD, RANDALL L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FORESTER, ROBERT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FORNI, DALE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FORTUNA, CHRISTOPHER A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FOSTER, CALVIN V, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FOUST, RALPH, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FOUT, JEFFREY S, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FOX, CHARLES R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FOX, EDWARD M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FOX, GILBERT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRAKES, HARRY E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRALEY, CLARENCE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRALEY, LORRAINE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRAME, GARRETT M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRANCIS, WILLIAM R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRANKLIN, DAVID L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRANKS, JOSEPH R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRANKS, MICHAEL W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRASURE, NOAH C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRAZER, STEVE T, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FREE, MICHAEL R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FREE, RICK, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FREY, JERRY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRIESE, DONALD F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRISBY, CHARLES W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FROSH, LEONARD J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FRYE, ARNOLD F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, FUHMER, THOMAS, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068  O`BRIEN, JAMES M, FULKS, DWIGHT D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, FYFFE, DONNIE J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GALLAGHER, JOHN R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GALLAHER, BARTLEY C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GARRIS, CLIFFORD O, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GARTON, DAN G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GASAWAY, JAMES R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GAUDIO, PASQUALE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GAYLE, EDLEY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GEORGE, HENRY R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GEORGE, LYLE R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GIBBONS, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GIBSON, ROY E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GILBERT, DARRELL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GISCZINSKI, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GOFF, WILLIAM H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GONZALEZ, SEBASTIAN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GOODALL, SCOTT D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GOODMAN, PAUL L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GOODWIN, RICHARD G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GOODWIN, VERNON L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GORMAN, ROGER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GOTHARD, LYLE C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GOULD, JOSEPH W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GRAHAM, LARRY E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GRAY, JOHN E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GRAY, WILLARD G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREATHOUSE, W C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREEN, MINNIE V, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREEN, WILLIAM A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068  O`BRIEN, JAMES M, GREENE, WALTER A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREENLEAF, RONALD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREER, TOBY P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREESON, SHIRLEY O, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREGG, ROBERT F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREGG, WILLIAM K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREGORY, GARY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GREW, JUNE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GRIFFITH, DAVID L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GRIFFITH, EUNICE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GROBE, RONALD C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GROOMS, ROGER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GROSSENBACH, GLEN A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GUERRANT, RAY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GULLETT, RICHARD W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GUMM, CECIL L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, GURTNER, ELMER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HACKENBERG, PHILIP, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HACKLEMAN, WILLIAM R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HADLEY, DENVER R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HALE, MICHAEL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HALENAR, JUSTIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HALL, ARLE B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HALL, ETHEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HALL, STEVEN P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAMILTON, ARTHUR H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAMILTON, JOSEPH J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAMMOND, JAMES C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAMMOND, PAUL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAMMONS, DAN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068  O`BRIEN, JAMES M, HAMPTON, BERNARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HANNON, DALE E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HANZEL, GARY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAPPEL, CHARLES G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARBAUCH, HENRY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARDY, CHARLES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARDY, ROBERT E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARLESS, ORVILLE R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARMAN, LARRY R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARMAN, VAUGHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARRIS, GOLDIA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARRIS, STEPHEN G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HARRIS, WILLIAM M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HART, CARL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HASELEU, SR, GERALD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HASHMAN, JIMMIE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAY, GEORGE C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAYES, DANIEL K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAYES, GEORGE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAYES, MAYNARD B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAYES, MICHAEL A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAYNES, RANDALL L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HAZEN, ROLAND D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HEATH, DOUGLAS R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HECHLER, MELVIN M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HEDRICK, RONALD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HELMICK, JAY K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HENEFORD, WILLIAM K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HENNEBERT, II, GORDON R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HENRY, JAMES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    O'BRIEN, JAMES M, HICKS, RANDY P, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HIGGENBOTHAM, KENNETH, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HILL, GEORGE L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HILL, JOHN C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HILLARD, SAM, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HILTON, COLEMAN L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HINTON, RICKY L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HISSOM, NILES D, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HIXENBAUGH, JAMES, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HODGE, CHARLES E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOGG, GEORGE T, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOLLAND, ALEX M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOLT, JOHN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOOVER, REXALL G, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOPKINS, CLIFFORD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HORN, HUBERT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HORNBERGER, JAMES B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HORNER, JESSE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOSKINS, GERALD K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOTT, SYLVESTER E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOUSE, WILBUR D, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOUSTON, RONALD L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWARD, FRED, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWARD, GLEN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWARD, J J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWARD, LARRY R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWARD, RONALD E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWE, RONALD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWELL, HAROLD K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O'BRIEN, JAMES M, HOWELL, STELLA, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  O`BRIEN, JAMES M, HUCKABY, JOHN M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUFFMAN, EARL W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUFFMAN, SAMUEL K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUGHES, JAMES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUMPHREY, LOWELL K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUNGERMAN, LEONARD J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUNT, THEODORE W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUNTER, CHARLES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUNTER, GERALDINE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HURLEY, JOHN F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HURT, ALFRED R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUTCHINSON, MICHAEL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HUTCHINSON, WANDA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, HYMES, WILLIAM G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, INGLUT, MARY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, INGRAM, HENRY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, ISAAC, HIRAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, IVORY, DAVID L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JACKSON, HORACE W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JACKSON, NORMAN A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JACKSON, WILEY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JACOBS, GARY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JAMES, LEONARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JAMES, PAUL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JARRELL, JOHN A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JARVIS, JACKSON D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JEFFRIES, STANLEY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JENKINS, BERNARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JIRKA, ALFRED L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOCKETT, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  O`BRIEN, JAMES M, JOHNSON, DALE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOHNSON, DAVID, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOHNSON, FLOYD B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOHNSON, GLEN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOHNSON, HOWARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOHNSON, LILLIAN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOHNSON, PHILLIP, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JOHNSON, ROBERT E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JONES, DAVID M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JONES, MELVIN E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JONES, ROGER D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JORDON, GREGORY G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JUDE, RAYMOND, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, JUSTICE, WILLIAM M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KAHLER, FLOYD E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KANAVY, JOSEPH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KARGE, DONALD N, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KARLAZA, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KARRES, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KASEY, JOE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KASPROWSKI, JR, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KASPROWSKI, SR, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KATEKOVICH, JOHN P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KAZEE, OSCAR V, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KEATTS, BILLY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KEITH, DONALD M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KELLER, BERNARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KELLER, CHARLES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KELLER, GARY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, KENT, CHARLES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003