**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

| 21068 | O`BRIEN, JAMES M, KEOGH, KEVIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |

21068    O`BRIEN, JAMES M, KEOGH, KEVIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KEYS, ARLIE R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KEYSER, RODNEY E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KIDD, ARNOLD D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KIDD, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KIDD, LARRY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KILGORE, JIM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KING, JAMES M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KIRKENDALL, CLIFTON A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KIRLIN, TOM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KISSICK, RUSSELL P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KLUEH, LEO F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KNEE, EARL F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KNIGHT, JAMES D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KNIGHT, MICHAEL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KNOTTS, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KOENING, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KOS, JOSEPH E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KOSMERL, FRANK W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KOVISH, THOMAS E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KRAFT, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KRANKOWSKI, LEONARD P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KRATZER, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KREMER, RALPH V, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KRINDLER, A D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KRISE, CARL B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KUHN, JAMES H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KURTZ, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, KUSHNER, JR, ANTHONY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068    O`BRIEN, JAMES M, LAKE, LEONARD S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  **Name and Address of Served Party**

21068   O`BRIEN, JAMES M, LALIMA, EUGENE M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LAMBERT, BOYCE J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LAMBERT, GARY F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LAMBERT, LUTHER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LANFORD, REGGIE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LANI, JOSEPH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LAPP, REX, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LARSEN, SR, DUANE E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LASHLEY, ELWOOD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LATONA, PATSY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LAUGHREN, GRANT L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LAWHORN, VESTA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LAWRENCE, DUANE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEATH, TERRY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEE, JACK A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEEP, HARTSEL A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEFTRIDGE, JAMES W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEMASTER, OVA R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEMASTERS, NORMAN E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEONARD, MICHAEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LESLIE, JOHN G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEWIS, CARLYLE O, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEWIS, CHARLES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEWIS, JOHN L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LEWIS, WALTER J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LINCOLN, ROBERT H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LITKENHAUS, LOUIS J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LLEWELLYN, DONALD R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LONETTO, RALPH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, LONG, HARRY B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | O`BRIEN, JAMES M, LONG, JUANITA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LONG, VIRGIL P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LOPE, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LOUDEN, LOUIE A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LOVERN, ELLIS D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LOVIN, THOMAS C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LOWMAN, EVERETTE W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LOWMAN, JAMES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LOYD, A D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LUCAS, GEORGE B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LUCAS, KENNETH R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LUCAS, MARVIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LUHMAN, DAVID, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LUMAN, LEON, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LYCANS, RICHARD A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LYKINS, JACK D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LYLES, ASBERRY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, LYNE, DAVID E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MABREY, HAROLD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MAHER, THOMAS A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MAHLER, KENNETH R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MANN, DOROTHY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MANNING, WALTER L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MANOLAROS, NICHOLAS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MARCUM, DEAN S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MARCUM, MARLIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MARKOWSKI, EDWARD J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MARSHALL, JAMES M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MARTIN, DELL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MARTIN, DONALD G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |

Svc Lst  Name and Address of Served Party

---

21068  O'BRIEN, JAMES M, MARTIN, RAYMOND G, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MARTING, ROMAINE A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MARUSCHAK, RAYMOND C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MASH, ALEX, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MASTERS, OMER M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MATCHICK, NICHOLAS, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MATLOCK, WILLIAM H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MATTIACE, LEONARDO, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAURER, CLARENCE V, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAXWELL, CARL E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAY, BILLY J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAY, DONALD J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAY, HERBERT F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAY, JAMES K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAY, OSTOS, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAY, WALTER R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAYES, RUSSELL, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAYNARD, JR, CLYDE H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAYNARD, MAE H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MAYO, FRANK R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCCAIN, JOHN J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCCANN, MARK T, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCCANN, WALTER E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCCOMBIE, M R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCCOY, SAM J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCCULLOUGH, JOHN A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCCUTCHEON, ADAM H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCDUFFY, ROSCOE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCGEE, GILBERT C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, MCGINNIS, HARRY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | O`BRIEN, JAMES M, MCGLONE, PATRICK D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCGRATH, LOUIS W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCGRAW, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCHENRY, EARL W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCKENZIE, JOHN R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCLAREN, TIMOTHY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCLEAN, DANIEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCMAHAN, CLAUDE A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCMEANS, DENNIS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCNEAL, GEORGE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCNULTY, EDGAR J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MCRAE, JOHN P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MEADOR, GRANDLE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MEADOWS, CURTIS P, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MEINTEL, ROBERT L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MELVILLE, ARTHUR, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MENTA, JOSEPH G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MERRITT, VIOLET, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MESHER, ROBERT M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MESKER, NORMA J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MEYER, PHILLIP H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILES, HOWARD R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILES, JR, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILLER, BILLY M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILLER, DANIEL L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILLER, KEITH A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILLER, LONNIE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILLER, PHILLIP D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILLER, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O`BRIEN, JAMES M, MILLER, WILLIS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |

Svc Lst  Name and Address of Served Party

---

21068   O`BRIEN, JAMES M, MILTON, II, WILLIAM L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MINCEFF, HENRY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MINNIEAR, ARLEEN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MISER, C D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MITCHELL, DONALD R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MITCHELL, JAMES R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MITCHELL, WILLIAM L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOLESKI, MICHAEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MONICK, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOON, ROY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOORE, CHARLES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOORE, GEORGE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOORE, KEVIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOORE, LINSY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORELAND, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORGAN, DENNIS E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORGAN, DOUGLAS L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORNING, WILLIAM M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORRIS, CHARLES C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORRIS, FORREST L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORRIS, JOHN W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORRISON, BILLY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MORRISON, WILLIAM O, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOUNT, GARY R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MOYER, STEPHEN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MULLEN, HARRY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MULLEN, WILLIAM R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MURMAN, JOHN S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MURON, FRANK V, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MURPHY, TERRY R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   O`BRIEN, JAMES M, MURRAY, BRUCE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MYERS, JAMES R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MYERS, JOSEPH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, MYERS, ROY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NAPIER, STEVEN D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NARLIS, NICHOLAS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NATALE, CARL A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NEAMO, MICHAEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NEDER, CARL R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NELMS, ROBERT M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NELSON, JR, LAWRENCE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NELSON, SAMUEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NESBETT, DAVID R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NESTOR, RICKEY W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NEWMAN, MICHAEL L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOBLE, RANDAL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOEL, ERNEST, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOEL, JOHN M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOEL, LARRY A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOEL, RICK, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOEL, ROBERT J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOGUERIA, JOSE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOLLER, DAVID E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NORVELL, JERRY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NOTTINGHAM, JEFFREY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, NUMN, MARSHAL W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, OAKES, JOHN L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ORR, JOHN T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, OSBORNE, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, OTIS, JAMES F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   O`BRIEN, JAMES M, OTTO, JR, ROSS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, OWENS, RONALD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, OWENS, WILLIAM D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, OXENREIDER, MICHAEL M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PACK, WILLIAM A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PALUGA, CLARENCE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PAPINI, DANIEL R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PARKER, EUGENE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PARKER, JOHN A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PARKES, ALFRED L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PARRISH, ISAAC, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PARSONS, ROBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PASZTOR, JOSEPH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PATTERSON, HAROLD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PATTERSON, MORRIS, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PATTERSON, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PAUL, DENNIS L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PAULCHEL, PHILIP, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PAYNE, DELBERT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PEACO, PAUL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PECKOWYCH, CHARLES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PELOSO, LAWRENCE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PELPHREY, PAUL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PELPHREY, ROBERT K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PENNA, LOUIS A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PENNA, PETE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PENROD, DAVID A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PENWELL, EMERSON, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PERDEW, EDWARD M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, PEREMBA, RICHARD M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068   O'BRIEN, JAMES M, PERKEY, DONALD E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PERKEY, MICHAEL, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PETERS, ANTHONY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PETERS, DEBRA, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PETTREY, RONNIE K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PHILLIPS, BOBBY L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PHILLIPS, CALVIN A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PHILLIPS, ROBERT L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PHILLIPS, TURNER R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PICKERING, RAYMOND K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PINKERMAN, BRENDA K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PITTMAN, ALVIN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PITTMAN, SAMUEL D, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PLACER, JUNIOR F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POFF, NORMAN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POMANOWSKI, FRANK, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POMEROY, PHIL B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PORTER, LAWRENCE W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PORTER, SUN C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PORTER, WILLIE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POSTLETHWAIT, HOWARD F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POTKRAJAC, GEORGE M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POTTER, KENNETH, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POTTERS, LAFE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POULTON, GERALD G, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POUYATT, SCOTT A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POWELL, JOHN F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, POWERS, HERMAN O, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PRATER, ERNEST, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, PRATER, WALTER R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068  O'BRIEN, JAMES M, PRESTON, FRANK B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, PROUT, PRESTON C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, PRZYMIERSKI, RONALD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, PURDUE, WILLIAM E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, PUTZULU, TONY M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, PYLES, RAYMOND E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RABEL, HOWARD S, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RADAKER, PATRICK A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RAGLAND, JACK A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RAINWATER, CHARLES D, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RATCHFORD, RICHARD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RATHSACK, MICHEAL E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RAY, FLOYD E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RAY, FREDERICK, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, REAM, RICKEY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, REGA, ALBERT E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, REHBERG, HERMAN F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, REHN, FRANK J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, REINHARD, CARL, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, REVILLE, JOSEPH D, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, REYNOLDS, ANNA C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RHODES, JOHN A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RHODES, PERCY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RICH, EDWIN J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RICHARDSON, JAMES A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RICHARDSON, WILLIAM B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RICHMOND, ROGER L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RIFFLE, WILLIAM, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, RINGES, RICHARD R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O'BRIEN, JAMES M, ROBERTSON, DANA, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Svc Lst  Name and Address of Served Party**

21068   O`BRIEN, JAMES M, ROEBUCK, FRANK J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROEPKE, CORNELL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROLAND, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROLLINS, WILLIAM B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROMEO, CHARLES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROOTS, RANDALL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROSE, CHARLES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROTONDO, RONALD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROY, EDWIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROYCE, ROBERT L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ROYSTER, LARRY M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUCKER, JAMES M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUCKMAN, JAMES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUSCHAK, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUSH, WALLACE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUSHFORD, BRYANT, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUSSELL, LEWIS W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUSSELL, ROBERT E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUSSELL, WILLIAM L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUSSOW, DONALD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, RUTHERFORD, BOB G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SABOT, WALTER W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SALLIS, FRED, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SALMONS, GLENNA M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SALMONS, THOMAS L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SALYERS, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SAMPLES, KEITH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SAMPSON, JAMES R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SANDERSON, MICHAEL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001
MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SANDLIN, MYRON L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068   O'BRIEN, JAMES M, SARCHIOTO, JOSEPH, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCAFFIDI, CARMELLO P, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCARBERRY, BELVA C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCARPA, MICHAEL F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCHAFFHAUSER, LOUIS, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCHINDLER, CHRISTOPHER A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001
MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCHULZ, RICHARD C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCOTT, ELMER M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCOTT, ERNEST R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SCOTT, ROBERT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SECKMAN, BRUCE B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SECKMAN, WILLIAM J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SELBEE, LUCIAN F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SEMELSBERGER, JAMES A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001
MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SEXTON, ELLWOOD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SEXTON, JAMES B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHAAR, PAUL R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHAFER, JAMES, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHANNON, LEO, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHANOR, SCOTT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHARP, RANDALL, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHAVER, ROBERT P, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHEPHARD, LOUIS A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHEPHERD, ANTHONY P, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001
MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHEPHERD, JACKIE L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHIFFLETT, DAVID L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHIFFLETT, JACKIE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHIPMAN, ROBERT H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHIREY, SAM, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, SHIRLEY, PINKNEY N, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068  O`BRIEN, JAMES M, SHOOK, PAUL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHORT, THOMAS M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHUFF, ROGER G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHULL, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHULL, ROY L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHUSS, JOHN C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHUTTLESWORTH, LARRY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHUTTY, W J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SHY, KELLY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SIFERS, LARRY D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SILBER, ALLEN R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SIMON, DANIEL T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SIMPSON, ROBERT S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SKAGGS, LLOYD W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SLOAN, HAROLD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SLUSS, JAMES B, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, BOBBY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, CECIL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, GEORGE T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, JAMES L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, JAY A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, JOHNNY A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, KIMBALL L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, MARTHA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, ROGER H, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, RUSSEL G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, WILLIAM A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMITH, ZOLA E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMOLKO, JOHN T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, SMOOT, DON E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   O`BRIEN, JAMES M, SNIDER, RALPH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SNYDER, ELWOOD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SNYDER, JAMES M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SNYDER, MICHAEL R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SNYDER, ROGER L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SPARKS, JR, GEORGE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SPENCER, HAROLD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SPINDA, STEVEN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SPOLJARIC, PAUL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SPONTAK, BERT D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SPURLOCK, BURL T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, SPURLOCK, NIDA C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STACKPOLE, ALVIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STAFFORD, GREGORY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STAHOVEC, DAVID W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STAINFIELD, LYLE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STEGMAN, DONALD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STEPHENS, MARK L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STEPHENS, WILLIAM E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STERN, SHIRLEY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STEWART, MARY K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STIDHAM, TOM M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STILTNER, ALVA M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STILWELL, MARIA, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STILWELL, RAYMOND W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STINNETT, CARROLL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STIVERSON, WILLIAM J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STORLAZZI, CEASAR, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STRATTON, GEORGE S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, STRUFFOLINO, TIMOTHY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | O'BRIEN, JAMES M, STUCKE, JOHN P, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, STURGEON, DONALD A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, STUYVESANT, JOHN W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SUNTHEIMER, MAURICE C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SUTPHIN, ROBERT B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWANSON, FRED, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWAYNE, SHANNON L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWEARINGEN, JR, JOHN H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWEENEY, JAMES P, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWEPSTON, KEVIN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWIFT, CLARENCE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWINK, ADAM R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SWORDS, PHILLIP D, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, SYRONEY, STANLEY J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TABOR, JAMES M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TACKETT, DON E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TACKETT, JR, CECIL, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TACKETT, THOMAS F, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TACKETT, TIMOTHY A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TAYLOR, CONSTANCE J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TAYLOR, SR, B E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TEDESCO, ROBERT, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TEMPEST, PAUL M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TENNIS, WILLIAM, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TERRY, BERNARD R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, TERRY, II, HARLAN E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, THOMAS, JAMES W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, THOMAS, JOE A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, THOMPSON, DON A, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |
| 21068 | O'BRIEN, JAMES M, THOMPSON, MICHAEL B, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   O'BRIEN, JAMES M, THOMPSON, REX R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, THORNTON, DAVID C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TIBBS, STEPHEN, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TOWNSON, ROBERT L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TRAIL, LEON R, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
        600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TRESSLER, JOHN S, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TRUJILLO, JEAN C, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TRUJILLO, JR, SALVADOR J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001
        MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TUPKO, JOSEPH, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
        600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TURNER, ROBERT J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, TYGANT, RONNY E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, UELTSCHY, ROBERT W, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VALENTI, PEGGY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VANHOOSE, ROGER L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VASQUEZ, JOSE, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
        600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VAUGHAN, SR, ATLAS, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VAUGHN, BILLY, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
        600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VENIER, MICHAEL H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VENOY, LARRY E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VESNEFSKIE, SHELDON L, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001
        MAIN ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VINKA, ARTHUR, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VINTON, JOHN T, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
        600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VOGEL, RICHARD, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VORNDRAN, MICHAEL J, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, VROMAN, EARL H, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, WADE, ELMER K, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE
        600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, WAGGONER, DANNY E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, WAGGONER, THOMAS, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, WALKER, DOUGLAS M, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN
        ST STE 600, WHEELING, WV, 26003

21068   O'BRIEN, JAMES M, WALKER, NATHAN E, HARTLEY & O'BRIEN PLLC, MISSY BURGE, 2001 MAIN ST
        STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068  O`BRIEN, JAMES M, WALTERS, CHARLES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WARD, CHARLES T, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WARD, JAMES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WARMINSKY, VICTOR J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WARNER, GEORGE R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WARREN, JAMES G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WARRIOR, JOHN E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WASSUM, MARSHA D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WATSON, DANIEL S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WATSON, RICK, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WATSON, SR, RICK E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WAUGAMON, JAMES W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WAYMAN, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEAHRY, JACK R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEAVER, BRUCE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEAVER, KENNETH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEBB, ALBERT R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEBB, FRANK K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEBB, OSCAR, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEBSTER, HARLAN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEDDLE, CLARENCE L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WEINEL, ARCHIE G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WELLMAN, DONALD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WERTS, CHARLES D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WESTFALL, ARTHUR, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WHALEN, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WHALEY, RICHARD W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WHEELER, MARVIN J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WHEELER, VERNON, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068  O`BRIEN, JAMES M, WHITE, CARROLL J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

Svc Lst  Name and Address of Served Party

---

21068   O`BRIEN, JAMES M, WHITE, EDWARD E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITE, HAROLD A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITEHAIR, PORTER, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITEMAN, ROBERT A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITLEY, CHARLES E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITLEY, ICIE, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITMER, LLOYD M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITMORE, HUGH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITNEY, ROGER D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WHITTY, RANDALL K, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WIEFERING, CHARLES R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILBURN, NED, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILEY, PHILLIP L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILKERSON, CURTIS L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILLIAMS, JAMES M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILLIAMS, MICHAEL, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILLIAMS, TIM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILLIAMSON, RICHARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILLIS, LLOYD A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILLIS, OREN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILSON, CALVIN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILSON, DONALD W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILSON, EDWARD R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILSON, JAMES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILSON, PAUL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILSON, SR, RONALD L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WILSON, THOMAS S, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WINTERS, ALAN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WINTERS, JOHN, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WITT, RICHARD A, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   O`BRIEN, JAMES M, WOEMPNER, KENNETH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WOLFE, KEITH M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WOLFORD, CHARLES, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WOODGEARD, LLOYD W, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WOODWARD, MAYNARD, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WORKMAN, DONNA F, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WORKMAN, JR, HARRY R, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WRIGHT, PERRY C, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WYATT, RAYMOND G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, WYLAM, RALPH, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YANNACHIONE, ANTHONY J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YANTKO, ELMER G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YATES, RANDY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YELEY, DARRELL E, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YENSEN, JAMES D, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YODER, MILLARD J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YOUNG, BOBBY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YOUNG, DAVID M, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, YOUNG, ROBERT J, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ZACKERY, DONALD G, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ZAHRANDT, WILLIAM L, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ZIMMERMAN, RANDY, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRIEN, JAMES M, ZIMO, WILLIAM, HARTLEY & O`BRIEN PLLC, MISSY BURGE, 2001 MAIN ST STE 600, WHEELING, WV, 26003

21068   O`BRYAN, JOHNNIE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   O`BRYAN, JOHNNIE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   O`BRYANT, CHARLES E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   O`CALLAHAN, DANIEL B, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   O`GWYNN, SR., JOSEPH L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   O`HARA, WILLIAM F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   O`KELLEY, CAROLYN B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   O`KELLEY, CAROLYN B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   O`KELLEY, HERBERT C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   O`KELLEY, HERBERT C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   O`LEARY, WILLIAM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   O`LEARY, WILLIAM, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   O`NEAL, BESSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   O`NEAL, BESSIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   O`NEAL, ELZIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   O`NEAL, ELZIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   O`NEAL, LINDA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   O`NEAL, LINDA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   O`NEILL, JULIO, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   O`QUINN, ROBERT E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   O`QUINN, ROBERT E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   O`QUINN, RONNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069   OAKES, BETTY, CLARK, DEPEW & TRACEY, LTD, LLP, 440 LOUISIANA (LYRIC CENTER), 16TH FL, HOUSTON, TX, 77002

21068   OAKES, GERALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OAKES, GLENN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   OAKES, HOLLIS, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   OAKES, J C, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   OAKES, JOHN L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OAKES, ROBERT, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   OAKES, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OAKES, RUBIN L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OAKLEY, BOBBY H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   OAKLEY, CHARLES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OAKLEY, KENNETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OAKS, ISAAC C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OAKS, MARCUS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   OAKS, MARCUS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OAKS, MARCUS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OATES, EILLIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OATES, EUGENE RAY, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   OATES, MARVIN G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   OATES, MARVIN G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   OATES, ULYSSES A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OATES, ULYSSES A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OATIS, JR, JOHN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   OATIS, MAXIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   OATIS, MAXIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   OATIS, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OATIS, SR, JOHN M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   OATIS, WILLIAM, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   OATIS, WILMER, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   OATIS, WILMER, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   OBAKER, EVAN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OBALLE, JOSEPH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   OBANNION, RAY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OBANNON, CATHERINE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   OBARR, ALFRED W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   OBENHAUS, JULIUS, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   OBENOUR, DON E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   OBENOUR, JAMES G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   OBER, HAROLD H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OBER, HAROLD H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   OBER, JR, JOSEPH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OBER, KENDALL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   OBER, PAUL I, YOUNG, REVERMAN & MAZZEI CO LPA, MARTIN M YOUNG, 1014 VINE ST STE 2400, CINCINNATI, OH, 45202-1141

21068   OBERBECK, THOMAS, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   OBERBRUNNER, DONALD A, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   OBERBRUNNER, DONALD A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OBERDING, LEROY D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069   OBERDORF, PATRICIA M, HARTER, SECREST & EMERY LLP, 1600 BAUSCH & LOMB PLACE, ROCHESTER, NY, 14604-2711

21068   OBERG, DAVID A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OBERRY, L E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OBERRY, L E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OBERRY, MERLE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   OBEY, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   OBLETON, HORACE M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   OBLETON, HORACE M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069   OBRAZA, FRANK H, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068   OBRAZA, FRANK H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   OBRETKOVICH, BRAMISHAV, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | OBRIAN, WILLIAM T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | OBRIEN, CHARLES L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | OBRIEN, DAVID A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | OBRIEN, DONALD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | OBRIEN, EDWARD R, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | OBRIEN, EUGENE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | OBRIEN, EUGENE, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712 |
| 21068 | OBRIEN, FRANCIS B, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | OBRIEN, GREGORY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | OBRIEN, JAMES M, ADKINS, WILLARD, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, B, RICHARD W, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BAILEY, FRED E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BAILEY, THOMAS J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BAIRD, DABNEY A, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BENNETT, MICHAEL D, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BISHOP, CHARLES P, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BONES, BARNEY P, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BORAWSKI, DAVID F, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BREEDLOVE, DONALD, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BROWN, DONALD F, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BROWN, HAROLD R, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, BROWN, JERRY L, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, CASE, GERALD D, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, CASTLE, ISAAC, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, CHAMBERS, ARNOLD L, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, CHAPMAN, BARBARA S, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, CHRISTIAN, JIMMY D, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, CLARK, GLENN E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, COLLINS, ALLAN J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, COMISSO, ROCKY F, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, CONNOR, THARIN P, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068   OBRIEN, JAMES M, COOPER, JACK, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, CROOKS, JAMES, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, DAFFRON, GEORGE, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, DEEL, ROBERT D, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, EFAW, MARION R, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, ELDER, JAMES B, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, EYRICH, HENRY W, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, FISHER, CHARLES F, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, FITZPATRICK, PAUL J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, FOGLE, CLIFFORD R, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, FOSTER, JAMES W, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, GOSSETT, KERRY L, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, GREEN JR, ROBERT W, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HALENAR, JOSEPH J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HALL, WILLIAM R, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HARBISON, RAYMOND G, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HARBOUR, EDWARD R, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HARRIS, WALTER C, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HELMICK, EDWARD H, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HORN, WAYNE E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HOWELL, PAUL E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HUNTER, CHARLES S, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, HUNTER, THOMAS N, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, JONES, ALBERT C, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, KIDD, CHARLES J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, KIGHT, MICHAEL E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, LASH, GERALD W, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, LEWIS, RUSSELL, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, LOUNDER, RONALD A, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068   OBRIEN, JAMES M, MARCUM, GARY M, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  OBRIEN, JAMES M, MASON, TERRY A, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MCALPINE, BOBBY J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MCDANIEL, ARTHUR, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MCLEISH, EARL F, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MCNAMARA, WILLIAM F, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MILLER, JAMES R, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MITCHELL, HARRY C, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MORRIS, ROSALIE J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MURRAY, WILBUR, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, MYERS, MARK E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, NANETH, STANLEY J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, NEFF, HAROLD E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, PANNELL, HAYES, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, PARKER, JEAN E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, PICCIRILLO, FELIX, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, PLANTS, RUSSELL Z, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, PLUMLEY, MILLON C, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, PLUMMER, H D, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, POSTLEWAIT, ROBERT L, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, PRANTIL, GARY L, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, RADER, WILLIAM E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, REA, TERRY A, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, REYNOLDS, ANDREW R, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, SAVILLE, LEROY D, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, SHAFFER, JOHN, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, SMITH, CHRISTOPHER E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, SMITH, RALPH G, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, SMITH, ROBERT L, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, STANHOPE, LLOYD E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

21068  OBRIEN, JAMES M, STEADMAN, AUGUST G, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | OBRIEN, JAMES M, TATAR, JOSEPH P, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, TENNANT, ROBERT K, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, THORNTON, CHARLES E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, TOWNSEND, HARRY M, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, VALVO, RICHARD, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, VAUGHN, BOOKER, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WARD, MANDA J, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WHITE, STEVEN P, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WHITEHOUSE, JAMES A, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WILLIAMS, CHARLES T, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WILLIAMS, JAMES E, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WILLIAMS, WILLARD P, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WILLIAMS, WILLIAM V, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WILLIS, RAYMOND W, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WILSON, CLYDE K, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WINTERS, WINFORD A, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WOLFE, FRANK A, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JAMES M, WRIGHT, GEORGE C, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 |
| 21068 | OBRIEN, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | OBRIEN, JOHN, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21069 | OBRIEN, JOHN, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401 |
| 21068 | OBRIEN, KEN, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608 |
| 21068 | OBRIEN, MICHAEL F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | OBRIEN, MICHAEL F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | OBRIEN, RAY, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | OBRIEN, RICHARD, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651 |
| 21068 | OBRIEN, ROBERT P, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | OBRIEN, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | OBRIEN, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21069 | OBRIEN, SR., WILLIAM, EDDINS & BENNETT LAW FIRM, 4000 TWIN CITY HIGHWAY, PORT ARTHUR, TX, 77640 |
| 21069 | OBRIEN, SR., WILLIAM, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21069　OBRIEN, THOMAS, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21069　OBRIEN, THOMAS, SPEAR, WILDERMAN, BORISH, ENDY AND RUNCKEL PC, 230 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA, 19102

21068　OBRIEN, WILLIAM E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068　OBRIEN, WILLIAM G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068　OBRIEN, WILLIAM L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068　OBRIEN, WILLIAM M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068　OBRIEN, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068　OBRIEN, WILLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068　OBRIEN, WILLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068　OBRINGER, RICHARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068　OBRYAN, JIMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068　OBRYANT, GLORIA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068　OBRYANT, THOMAS L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068　OBST, FRED J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068　OBST, KARL A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068　OCAIN, GERALD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068　OCALLAGHAN, LEONARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068　OCASIO, ADRIAN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068　OCASIO, JOSE C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068　OCCHIPINTI, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068　OCHENRIDER, ROBERT P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068　OCHENRIDER, ROBERT P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068　OCHLECH, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068　OCHOA, ALBERT, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068　OCHOA, CRUZ, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21069　OCHOA, ISRAEL, MALONEY, MARTIN & MITCHELL, LLP, MIKE MARTIN, 3401 ALLEN PARKWAY STE 100, HOUSTON, TX, 77019

21068　OCHOA, ISRAEL, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068　OCHOA, JOHN M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　OCHOA, JOHN M, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068　OCHOA, JOSE L, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068　OCHOA, MIGUEL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068　OCHOA, WILFRIDO G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068　OCHOCKI, RICHARD M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   OCHS, GALE W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   OCHS, RALPH V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   OCHTERSKI, FRANK M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OCKAJIK, JOHN, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   OCONNELL, HERBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OCONNELL, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OCONNELL, ORVILLE V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OCONNELL, ROY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   OCONNELL, SR, DENNIS, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   OCONNELL, WALTER, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   OCONNER, JOHN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OCONNER, NEWMAN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   OCONNOR, DANIEL W, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   OCONNOR, DENNIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   OCONNOR, DIANE, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   OCONNOR, EDWARD J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OCONNOR, EDWARD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   OCONNOR, EDWARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   OCONNOR, JERRY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   OCONNOR, JIM, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   OCONNOR, JOHN J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   OCONNOR, JOHN P, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OCONNOR, JOSEPH JAMES, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   OCONNOR, JR, LAWRENCE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   OCONNOR, MAUDE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   OCONNOR, MICHAEL  P, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   OCONNOR, NORBERT V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   OCONNOR, PATRICK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   OCONNOR, PAUL D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OCONNOR, PAUL D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OCONNOR, THOMAS R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OCTAVIANO, BERNARDINO O, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ODAM, FRANK, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  ODANIEL, WILLIAM W, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  ODANIEL, WILLIAM W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  ODAY, JR, KENNETH, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068  ODDIE, GREEN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  ODDO, JR, WILLIAM A, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  ODDO, SR, ANGELO F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  ODDY, LEONARD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  ODEGAARD, ARNOLD, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068  ODEGAARD, LYLE, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068  ODEKIRK, HEBER T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ODELL, BILLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ODELL, FREDDIE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ODELL, GROVER EUGENE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  ODELL, GROVER EUGENE, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  ODELL, JAMES, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  ODELL, JAMES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  ODELL, JR, THOMAS E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  ODELL, ROGER, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  ODELL, RONALD A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  ODELL, SARAH M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  ODELL, SARAH M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  ODEM, BUFORD N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  ODEM, BUFORD N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  ODEM, CLARENCE E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ODEM, JIMMY, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068  ODEM, JIMMY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  ODEM, JOHN L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  ODEN, DONALD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  ODEN, LEROY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ODEN, OCIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  ODEN, OCIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ODEN, OCIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  ODEN, RONALD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  ODEN, RONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ODEN, SAMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  ODEN, SAMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  ODEN, SAMMY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  ODEN, SAMMY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    ODENEAL, TAYLOR W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    ODENEAL, TAYLOR W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ODENEAL, TAYLOR W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    ODGEN, WARNER S, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068    ODGERS, RICKY D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    ODHAM, CHARLIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    ODHAM, CHARLIE M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    ODLE, BILLY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    ODLE, DANIAL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    ODLE, DWIGHT G, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    ODLE, JR, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    ODLE, JR, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    ODOM, AARON A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    ODOM, ALVIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    ODOM, ANDREW L, LAW OFRRICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    ODOM, ANDREW L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ODOM, BOBBIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    ODOM, BOBBIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    ODOM, BOBBY G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    ODOM, BOBBY G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    ODOM, CARSON, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    ODOM, CARSON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    ODOM, CECIL E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    ODOM, CHARLES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    ODOM, CHARLOTTE M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    ODOM, CHARLOTTE M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    ODOM, CLAUDE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    ODOM, CLAUDE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ODOM, CLAUDE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    ODOM, CLIFFORD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    ODOM, CLIFFORD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ODOM, CLIFFORD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    ODOM, CURTIS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    ODOM, DEWARD C, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    ODOM, EDITH M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    ODOM, EDITH M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    ODOM, EDNA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 ODOM, EDNA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 ODOM, ELVIN L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 ODOM, HENRY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 ODOM, HENRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068 ODOM, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 ODOM, HERSHEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 ODOM, HOWARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 ODOM, JACK, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 ODOM, JACK, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 ODOM, JAMES A, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068 ODOM, JAMES F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 ODOM, JAMES O, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 ODOM, JAMES O, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 ODOM, JAMES W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 ODOM, JAMES, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068 ODOM, JAMES, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068 ODOM, JOHN P, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 ODOM, JOHNNIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 ODOM, JOHNNIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 ODOM, JOSEPH B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 ODOM, JR, FLOYD H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 ODOM, JUANITA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 ODOM, KENNETH C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 ODOM, LAVON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 ODOM, LISTON, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 ODOM, LOIS B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 ODOM, LULA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 ODOM, LULA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 ODOM, MELVIN D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 ODOM, MERL T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 ODOM, NORA B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 ODOM, NORA B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 ODOM, ODIS L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 ODOM, ORA D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 ODOM, ORA D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 ODOM, PATRICIA W, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 ODOM, PATRICIA W, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 ODOM, PATRICIA W, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068 ODOM, REUBEN R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | ODOM, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | ODOM, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | ODOM, RODNEY G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | ODOM, ROY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | ODOM, ROY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21069 | ODOM, RUBEN, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180 |
| 21068 | ODOM, SOL R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | ODOM, TERRY W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | ODOM, TERRY W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | ODOM, TRAVIS V, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | ODOM, VIVIAM F, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | ODOM, VIVIAM F, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | ODOM, W D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ODOM, W D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ODOM, WILLIAM E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | ODOM, WILLIAM O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ODOMES, VIRGINIA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | ODONALD, BOBBY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | ODONELL, LARRY E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | ODONELL, LARRY E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | ODONNELL, DENNIS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | ODONNELL, DOUG, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | ODONNELL, GERALD F, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | ODONNELL, JAMES P, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901 |
| 21069 | ODONNELL, JOHNNY M, HOSSLEY & ASSOCIATES PLLC, 6440 NORTH CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX, 75206 |
| 21068 | ODONNELL, JOSEPH, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21069 | ODONNELL, JULIA A, TOCCI, PARKER & TOCCI, LLP, DOMINICK TOCCI, 1698 CENTRAL AVE, ALBANY, NY, 12205-4000 |
| 21068 | ODONNELL, MAURICE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | ODONNELL, MAURICE J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | ODONNELL, MICHAEL L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | ODONNELL, MICHAEL M, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | ODONNELL, PATRICK, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | ODONNELL, PAUL F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | ODONNELL, RICHARD J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | ODONNELL, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069    ODONNELL, ROBERT J, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068    ODONNELL, ROBERT J, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    ODONNELL, THOMAS F, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    ODONOHUE, JAMES P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    ODREN, JR, FAY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    ODREN, RONALD G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    ODRISCOLL, CHARLES A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    ODUM, CHARLES A, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068    ODUM, JR, ROBERT C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    ODUM, LOUIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    ODUM, WALTER, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    ODUM, WILLIE C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    ODUM, WILLIE C, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    OERTLE, FRED H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    OESTERREICHER, CHARLES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    OESTERREICHER, FRANK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    OFALLON, GLEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    OFALLON, GLEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    OFDENKAMP, LOIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    OFFENBACKER, HARRY, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068    OFFENBERGER, RAYMOND D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    OFFER, ROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    OFFERDAHL, ERIC C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    OFFORD, HENRY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    OFFORD, MARTHA S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    OFFORD, MARTHA S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    OFFORD, MARVIN R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    OFFORD, MARVIN R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    OFFUTT, JOHN P, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    OFFUTT, JOHN P, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    OFFUTT, LOUIS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    OFLINN, THOMAS E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    OFLINN, THOMAS E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

Svc Lst  Name and Address of Served Party

21068  OGATA, HIDEO, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  OGATA, HIDEO, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  OGBORN, LUTHER P, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  OGBURN, JAMES M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  OGBURN, JAMES M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  OGBURN, JEAN L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  OGBURN, JEAN L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  OGDEN, ANNIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  OGDEN, ANNIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  OGDEN, FREDRICK, THOMPSON, P C, PO BOX 5235, 321 KITTSON AVENUE, GRAND FORKS, ND, 58206-5235

21068  OGDEN, GEORGE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  OGDEN, GILBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  OGDEN, HAZEL I, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  OGDEN, HAZEL I, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  OGDEN, LEWIS, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  OGDEN, LONNIE W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  OGDEN, LONNIE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  OGDEN, RONALD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  OGDEN, RONALD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  OGDEN, STEPHEN G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  OGDEN, TALMADGE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  OGEA, LEROY J, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  OGILVIE, EVERETT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  OGILVIE, RICHARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  OGLE, ALLEN W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  OGLE, CHARLES E, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  OGLE, CHARLES E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  OGLE, CHARLES E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  OGLE, CLINTON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  OGLE, CLINTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  OGLE, CLINTON, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  OGLE, EDWARD W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  OGLE, KENNETH G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  OGLES, ARTHUR P, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  OGLESBEE, BETTY J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  OGLESBEE, BETTY J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | OGLESBEE, CHARLOTTE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | OGLESBEE, HOWARD T, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | OGLESBEE, HOWARD T, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | OGLESBY, CURTIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | OGLESBY, DOUGLAS A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | OGLESBY, EDWARD L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | OGLESBY, FAYE F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OGLESBY, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | OGLESBY, JOHN R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | OGLESBY, JULIAN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | OGLESBY, KENNETH D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | OGLESBY, MARGARET J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | OGLESBY, MARGARET J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | OGLESBY, MICHAEL C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OGLESBY, NINA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OGLESBY, ROBERT S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | OGLESBY, VERTRICE F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OGLESBY, WILLIAM A, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | OGLESBY, WILLIAM A, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | OGLETHORPE, JOHN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | OGLETREE, CHARLES L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | OGLETREE, CHARLES L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | OGLETREE, DORIS P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | OGLETREE, DORIS P, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | OGLETREE, EARNEST, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OGLETREE, EDDIE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | OGLETREE, EDDIE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | OGLETREE, FLOSSIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | OGLETREE, FLOSSIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | OGLETREE, JAMES W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | OGLETREE, JAMES W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | OGLETREE, MARY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | OGLETREE, MARY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | OGLETREE, MARY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OGLETREE, OLEAN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OGLETREE, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | OGLETREE, WINFORD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | OGLETREE, WINFORD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   OGRADY, EUGENE, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   OGRADY, JAMES, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   OGRIZEK, STANLEY, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   OGUINN, WYDELL, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   OGWYNN, JOHNNIE O, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   OGWYNN, JOHNNIE O, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   OHAB, ALBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OHAIR, ROGER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OHAIRE, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OHALLORAN, JON M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   OHALLORAN, MARGARET, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069   OHANRAHAN, EDWARD J, VENABLE & VENABLE, 205 S HOOVER BLVC, TAMPA, FL, 33609-3591

21069   OHANRAHAN, EDWARD J, VENABLE & VENABLE, 4902 ANDROS DR, TAMPA, FL, 33629-4802

21068   OHARA, MARYANNE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069   OHARA, MICHAEL, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068   OHARA, WILLIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   OHARA, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OHAVER, ZYNESS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OHAYON, YUDA, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   OHEARN, JAMES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OHEIR, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   OHEIR, JOHN, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   OHERN, GARRY O, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   OHLER, VIRGIL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OHLER, WILLIAM G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   OHLINGER, RICHARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OHLINGER, RICHARD C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   OHM JR, HAROLD, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21069   OHM JR., HAROLD, FRANK BYERS II, ATTY, 3769 NORTH WOODFORD ST, DECATUR, IL, 62524

21068   OHM JR., HAROLD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OHM, BERNARD R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   OHNER, ROBERT, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   OJA, ALLEN D, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

Svc Lst  Name and Address of Served Party

21068   OJA, ROGER E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OJIDA, HENRY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OKAIN, JOSEPH D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OKAMOTO, EDWARD, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   OKAMOTO, EDWARD, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   OKANE, BRIAN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   OKARMUS, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OKARMUS, WILLIAM, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   OKEEFE, JOE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OKEEFE, JOE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OKEEFE, PATRICK, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   OKEEFFE, MICHAEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OKELLEY, JR, WILLIE F, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   OKELLEY, LARRY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   OKIMOTO, JAMES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   OKIMOTO, JAMES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   OKOLISH, JOSEPH, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   OKPYCH, ALEXANDER J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OKUN, HENRY R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OLBERDING, EDWARD A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   OLBERDING, EDWARD A, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   OLBRYS, EDWARD J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   OLDAKER, BRADLEY R, ADKINS, SR, BERNIE F, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, ALTON, RUSSELL E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, ARBOGAST, ROGER C, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BANEY, JAMES J, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BANKO, JR, ANDREW, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BARKALOW, RUTH A, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BASNETT, DONALD W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BEATTY, RALPH S, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BILLITER, BILLY R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BLAIR, SR, JOHN B, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

**Svc Lst  Name and Address of Served Party**

21068   OLDAKER, BRADLEY R, BLYTON, DEWAYNE G, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BONAFIELD, JAMES E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BONNETTE, CLAUDE W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BONNETTE, THOMAS C, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BOYCE, DAVID W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BOYCE, LEONARD T, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BRAY, MERRILL C, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BROCK, ARTHUR I, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BRYAN, JR, JOHN P, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, BURROWS, RUSSELL B, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, CAPLINGER, SR, HARVEY W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, CARR, LAWRENCE T, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, CASTEEL, WILLIAM D, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, CHAMBERS, BURL L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, COLLINS, RODNEY D, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, CORK, ELLSWORTH R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, COSS, FRANCES D, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, CRAIG, WILLIAM J, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, CREEL, ANN A, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DANIELS, SR, EDWARD E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DANSER, EVERETT V, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DAVIS, ROBERT L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DAVISSON, RICHARD E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DELLIGATTI, AGNES, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DEVERICKS, DARRELL W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DILLY, BERNARD D, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, DORNON, SR, WALTER F, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, EIDEMILLER, VIRGINIA J, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, FERRELL, LEE A, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068   OLDAKER, BRADLEY R, FESLER, RAYMOND D, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | OLDAKER, BRADLEY R, FOX, CHARLES L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, FRANCIS, RUSSELL E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, FRETWELL, DONALD V, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, FUMICH, FRANCIS E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, GARLOW, EDGAR F, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, GARNER, WAYNE C, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, GOFF, SR, TERRY L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, GOLDEN, MICHAEL D, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, GOSSETT, DENNY E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, GUINN, PATRICIA A, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, GUISEPPI, JULIUS M, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HARBERT, DAVID K, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HARDMAN, EDWARD L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HARRIS, JOHN E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HARSH, PASCAL W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HARTLEY, RICHARD M, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HATHAWAY, HOWARD W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HEATER, LUTHER B, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HEFLIN, JAMES E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HELMS, RAY E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HICKMAN, RICHARD L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HINKLE, DONNIECE R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HOLMES, ROBERT R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, HUNT, LAWRENCE W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, JONES, PAUL E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, JONES, WILLIAM L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, KEITH, JIMMIE R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, KELLAR, HAROLD M, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, KINCAID, ROBERT T, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, KOON, PATTY A, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | OLDAKER, BRADLEY R, KRAFT, RICHARD L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, LEHOSIT, BERNARD J, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, LENT, CHARLES W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, LEULIETTE, JR, JOSEPH V, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, MILLER, CHARLES F, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, MOLINA, JOSEPH P, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, MORAN, RONALD L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, MORRIS, RICHARD G, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, MOWREY, THOMAS L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, PARKER, ROBERT G, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, PARRISH, FLORENCE R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, PARSLEY, JAMES R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, PARSONS, ROBERT L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, PHARES, DON A, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, PHILLIPS, CHARLES E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, PRIEST, CHARLES W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, REESE, LYLE V, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, REICH, THURMAN A, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, ROBERTS, WILLIAM, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, ROGERS, JR, HARRY M, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, RUBLE, PAUL R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, SCHMIDT, FRANCIS C, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, SCOTT, WILLIAM F, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, SCUR, JOSEPH P, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, SHINGLETON, DAVID E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, SOVEL, DONALD V, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, SPROUSE, RONALD E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, STRINGER, DONALD C, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, STROTHER, ORAL, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |
| 21068 | OLDAKER, BRADLEY R, SWEARINGEN, GEORGE W, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    OLDAKER, BRADLEY R, SWIGER, VELMA B, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, TENNANT, DAVID B, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, TOMBLIN, JAMES F, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, TOOTHMAN, JAMES E, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, TOWNSEND, WALTER L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, TUCKER, SAMUEL R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, VANDYNE, HARRY R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, VINCENT, DENTON L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, WADDY, FRANKLIN D, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, WATKINS, CHARLES L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, WELLS, CHARLES R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, WELLS, SR, DANIEL R, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, WHIPKEY, PAUL L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, BRADLEY R, WHITE, DONALD L, BAILEY STULTZ OLDAKER & GREENE, PO BOX 1310, WESTON, WV, 26452-1310

21068    OLDAKER, THOMAS M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    OLDBURY, LEWIS D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068    OLDEN, HERSHEL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    OLDHAM, DAVID, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069    OLDHAM, DAVID, THE LACY LAW FIRM, JERRY LACY, 1337 VIRGINIA ST, CHARLESTON, WV, 25301

21069    OLDHAM, DAVID, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068    OLDHAM, DONALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069    OLDHAM, GEORGE, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT, 59901

21068    OLDHAM, JOHN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    OLDHAM, JOHN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21069    OLDHAM, THOMAS, FRANK BYERS II, ATTY, 3769 NORTH WOODFORD ST, DECATUR, IL, 62524

21068    OLDHAM, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    OLDHAM, THOMAS, RONALD L CARPEL, 1930 HARRISON ST STE 503, HOLLYWOOD, FL, 33020

21068    OLDHAM, THOMAS, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    OLDNER, ROBERT, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    OLDNER, ROBERT, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    OLDS, ABE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    OLDS, ALFRED O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    OLDS, EUGENIA, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

**Svc Lst  Name and Address of Served Party**

21068   OLDS, JAMES F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   OLDS, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   OLEA, PEDRO, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   OLEARY, BRIAN J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OLEARY, THOMAS H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069   OLEARY, WILLIAM M, ADAMS & CESARIO PA, 1550 E 79TH ST, SUITE 800, BLOOMINGTON, MN, 55425

21068   OLEARY, WILLIAM, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   OLEASTRO, DOMINIC, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   OLEJNICZAK, HENRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   OLEK, STEVE, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068   OLEN, HAROLD, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   OLENICK, HARRY J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   OLENICK, JOSEPH R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLENICK, PATRICIA M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OLENICZAK, DANIEL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   OLESCZUK, FRANK P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   OLESKY, STANLEY, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21069   OLESKY, STANLEY, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   OLFREY, NORMAN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   OLFREY, NORMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OLGREN, THEODORE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLGUIN, GILBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLGUIN, JOSE E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   OLGUIN, JOSE E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   OLIAN, JOSEPH, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   OLIER, RICHARD J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   OLIFIERS, MARCEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   OLIGSCHLAEGER, JOHN L, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   OLIN, PETER, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   OLINGER, CLARENCE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   OLINGER, WILLIAM J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   OLIPHANT, ROBERT L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

Svc Lst  **Name and Address of Served Party**

21068   OLIPHANT, ROBERT L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   OLIVA, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OLIVA, HECTOR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OLIVA, JUOQUIN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   OLIVA, ROMOLO, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   OLIVADOTTI, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OLIVAREZ, ALBERTO A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   OLIVAREZ, JESSE, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   OLIVAS, JESUS F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OLIVAS, OMAR P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OLIVE, ALBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OLIVE, ALBERT L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   OLIVE, GENE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   OLIVE, HAROLD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OLIVE, HAROLD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OLIVE, SAMUEL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLIVE, THOMAS E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   OLIVEIRA DEC`D., EDWIN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   OLIVEIRA, WALTER, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   OLIVENT, HERBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLIVER, ALBERT H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OLIVER, ANTHONY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   OLIVER, BARBARA, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   OLIVER, BARBARA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   OLIVER, BILLY J, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   OLIVER, CHARLES D, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   OLIVER, CLARENCE C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   OLIVER, CRAIG C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   OLIVER, EARL, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   OLIVER, ELMUS D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   OLIVER, EMANUEL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   OLIVER, EMANUEL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   OLIVER, GENEIVE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   OLIVER, GERALD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OLIVER, HARVEY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   OLIVER, HOWARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  **Name and Address of Served Party**

21068   OLIVER, JAMES L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   OLIVER, JAMES L, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   OLIVER, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OLIVER, JAMES L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   OLIVER, JAMES W, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   OLIVER, JERRY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   OLIVER, JERRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   OLIVER, JOHN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OLIVER, JOHN H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OLIVER, JOHN W, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   OLIVER, JR, JAMES T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   OLIVER, JR, JAMES T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OLIVER, JR, JAMES T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OLIVER, JR, RENT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   OLIVER, JR, RENT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   OLIVER, JR, WILLIE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLIVER, LEE E, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   OLIVER, LEE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   OLIVER, LEE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   OLIVER, LEROY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OLIVER, LEROY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OLIVER, LLOYD, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   OLIVER, LLOYD, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   OLIVER, MARY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   OLIVER, MARY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   OLIVER, MAYNARD T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   OLIVER, NATHANIEL L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   OLIVER, NATHANIEL L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   OLIVER, NELSON, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OLIVER, PEGGY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   OLIVER, PERRY D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OLIVER, PHEOLIA, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   OLIVER, PHEOLIA, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   OLIVER, ROBERT L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   OLIVER, ROGER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   OLIVER, ROSIE M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | OLIVER, RUBLE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | OLIVER, SOLOMON, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | OLIVER, SR, EDWARD J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | OLIVER, SR, JESSE S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | OLIVER, SR, ROOSEVELT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | OLIVER, SR, VERNON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | OLIVER, TERRANCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | OLIVER, TIMOTHY, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492 |
| 21068 | OLIVER, VERDELL M, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | OLIVER, VERNON, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |
| 21068 | OLIVER, VERNON, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | OLIVER, WALTER, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | OLIVER, WAYNE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | OLIVER, WILBURN P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | OLIVER, WILLIAM L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | OLIVER, WILLIAM T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | OLIVER, WILLIAM T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | OLIVER, WILLIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | OLIVERIO, JOSEPH A, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | OLIVIER, EDMOND J, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | OLIVIER, EDMOND J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | OLLICK, CARL A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21069 | OLLIE, RUBY, PORTER & MALOUF, PO BOX 12768, JACKSON, MS, 39236-2768 |
| 21068 | OLLISON, ROSIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | OLMI, JOE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | OLMSTEAD, AARON, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | OLNEY, CAREY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | OLORES, FREDERICO, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | OLORES, FREDERICO, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | OLSEN, ALLAN N, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | OLSEN, CONRAD, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | OLSEN, DONALD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | OLSEN, ELMER, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21068 | OLSEN, ERNEST, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | OLSEN, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   OLSEN, KENNETH, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   OLSEN, RAYMOND, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLSEN, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   OLSEN, SAMUEL L, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068   OLSEN, SAMUEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSEN, SR, JAMES G, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   OLSEN, WILLIAM E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   OLSON, CHARLOTTE L, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   OLSON, CONRAD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLSON, CYRIL, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   OLSON, DENNIS G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, DONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, DWIGHT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   OLSON, EINAR, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   OLSON, ELFRED, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLSON, ERIC A, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   OLSON, FRANKLIN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, FREDERICK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   OLSON, GLENN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   OLSON, HENRY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, JAROLD D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   OLSON, JAROLD D, STANTON & SORENSEN, 22 N 3RD ST, CLEAR LAKE, IA, 50428-1811

21068   OLSON, KEMPER, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   OLSON, KENDALL N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, LARRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   OLSON, LEMUEL N, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   OLSON, LLOYD, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21069   OLSON, MELISSA, ERRICHETTI, JOHN, EMBRY & NEUSNER, 118 POQUONNOCK RD, GROTON, CT, 06340-4408

21068   OLSON, MILES G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, ORVILLE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   OLSON, RAYMOND G, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

**Svc Lst   Name and Address of Served Party**

21068   OLSON, RAYMOND G, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   OLSON, RAYMOND H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, RAYMOND I, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   OLSON, RICHARD H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OLSON, ROBERT O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLSON, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, RONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OLSON, SIDNEY G, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OLSON, STEPHEN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   OLSON, THOMAS C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OLSON, VICTOR, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   OLSON, WILLIAM E, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   OLSON, WILLIAM, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   OLSON, WILLIAM, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   OLSON, ZUILA M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   OLSZEWSKI, SR, RONALD A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OLTREMARI, LOUIS S, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   OLVEY, JOHN B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   OLVEY, JOHN B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OLVEY, JOHN B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OLYNYK, PERCY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   OLYNYK, PERCY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   OMALLEY, DENNIS, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068   OMALLEY, EDWARD G, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21069   OMALLEY, JOSEPH, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068   OMALLEY, WILLIAM P, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21069   OMALLEY, WILLIAM, LEONARD KENNY, 26 BROADWAY, NEW YORK, NY, 10004

21068   OMAN, RICHARD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OMAN, RICHARD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OMARA, CHARLES A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   OMARA, IRVING, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   ONDOVCHIK, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   ONDRA, MARTIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Svc Lst  Name and Address of Served Party**

21068   ONDRACEK, WILLIAM M, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   ONDS, MALDEN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ONEAL, ABRAHAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   ONEAL, ANN L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   ONEAL, ANN L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   ONEAL, BENNIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   ONEAL, C L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ONEAL, C L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ONEAL, CLIFFORD C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ONEAL, DENNIS E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ONEAL, EVELENA C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ONEAL, EVELENA C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ONEAL, FERRELL A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   ONEAL, HENRY M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ONEAL, INEZ W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ONEAL, INEZ W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ONEAL, JAMES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ONEAL, JEANETTE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ONEAL, JEANETTE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ONEAL, JESSE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ONEAL, JOHN D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ONEAL, JOHNNY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ONEAL, JOHNNY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ONEAL, JR, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ONEAL, LARRY W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ONEAL, LAUREL W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   ONEAL, MALCOLM O, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   ONEAL, MICHAEL D, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   ONEAL, MICHAEL D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   ONEAL, NEAL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   ONEAL, OTIS L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ONEAL, OTTIS G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ONEAL, REBA S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   ONEAL, REBA S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   ONEAL, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   ONEAL, ROSLYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   ONEAL, SAMMY, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   ONEAL, SAMUEL P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   ONEAL, SAMUEL P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   ONEAL, WAYMOND R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   ONEIL, EDWARD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

**Svc Lst  Name and Address of Served Party**

21068   ONEIL, EUGENE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ONEIL, GEORGE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ONEIL, KENNETH, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   ONEIL, NEAL, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   ONEIL, PAUL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ONEIL, RAYMOND, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   ONEIL, SR, RONALD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ONEIL, WAYNE R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   ONEIL, WILLIAM E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   ONEILL, ALFRED E, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   ONEILL, BERNARD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ONEILL, EDWARD G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   ONEILL, EDWARD G, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   ONEILL, ROBERT T, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   ONEILL, ROBERT T, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21069   ONEILL, THOMAS S, HOLLORAN & STEWART, PC, JAMES P HOLLORAN, 1010 MARKET ST STE 1650, ST. LOUIS, MO, 63101

21068   ONEY, BILLY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ONEY, BILLY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ONEY, GARY D, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21069   ONEY, GARY, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   ONEY, RONNIE LEE, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   ONEY, WILLIAM D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   ONEY, WILLIAM D, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   ONORI, GINO, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   ONTIVEROS, CRUZ, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   ONTIVEROS, CRUZ, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   ONTIVEROS, CRUZ, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ONUFER, JR, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   OPACZEWSKI, RICHARD, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068   OPALACH, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   OPALENIK, JR, STANLEY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OPALKA, HENRY J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   OPALKA, HENRY J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   OPAY, MICHAEL H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Svc Lst   Name and Address of Served Party**

21068   OPAY, MICHAEL H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OPDAHL, MICHAEL J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OPIELA, DEWEY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OPIELA, DEWEY J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   OPIELA, FRANK L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OPIELOWSKI, RONALD J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OPOLSKI, CHESTER F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OPPELT, JOHN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   OPRY, JOSEPH C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OPSAHL, WILLIAM M, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   OPYRCHAL, JOSEPH S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   OQUAIN, ALEXION, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   OQUINN, BOBBY, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   OQUINN, ESSIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   OQUINN, FRANKLIN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OQUINN, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   OQUINN, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   OQUINN, LATIMORE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   OQUINN, LEON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OQUINN, LEON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   OQUINN, LESTER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   OQUINN, LESTER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   OQUINN, NATHAN, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168

21068   OQUINN, NATHAN, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   OQUINN, RONALD E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   OQUINN, SR, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   OQUINN, THOMAS G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OQUINN, WILLIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   ORANGE, CARNELL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   ORANGE, FRED B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   ORANGE, HENRY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   ORANGE, JAMES H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ORANGE, JR, JOHN J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   ORANGE, LARRY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   ORANGE, LON H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   ORANGE, LON H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

**Svc Lst  Name and Address of Served Party**

21068   ORANGE, MILDRED A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   ORAVEC, PAUL J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   ORAVITZ, RONALD G, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   ORAVITZ, RONALD G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ORAWIEC, FRANCIS E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   ORAZIO, SR, JOHN D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   ORAZIO, SR, JOHN D, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   ORCUTT, WILLIAM N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   ORDERS, JESSE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   OREAR, BILLY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   OREAR, J D, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   OREAR, J D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21069   OREAR, KENNETH, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069   OREAR, KENNETH, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068   OREAR, MILTON T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   OREAR, R D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   OREB, JOHN M, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   ORECNY, JOHN, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   OREE, ERIE C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   OREFICE, GARY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   OREIILY, JOHN E, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   OREILLY, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   OREILLY, RICHARD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   OREL, DANIEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   OREM, HARLEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   OREM, RETA, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   ORENDER, CARNACE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   ORENDER, CARNACE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   ORENZUK, FRANK M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   ORGAN, JOHN T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   ORHAM, ROBERT H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   ORIANS, FRANCIS E, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068   ORIANS, FRANCIS E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   ORIE, JR, JOSEPH, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101