**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PARRIS, CARRY G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PARRIS, CARRY G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PARRIS, FRANKLIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PARRIS, JON A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PARRIS, LILA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PARRIS, LILA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PARRIS, PAUL A, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | PARRIS, SHELVIE A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | PARRIS, SIDNEY W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PARRIS, SIDNEY W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PARRIS, SUE, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | PARRISH, ARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | PARRISH, CARLTON L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PARRISH, CLARK, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | PARRISH, DAYLON C, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502 |
| 21068 | PARRISH, EARL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PARRISH, EARL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | PARRISH, ELIZABETH A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PARRISH, ELIZABETH A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PARRISH, FRANKLIN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PARRISH, FRANKLIN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PARRISH, H J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PARRISH, H J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PARRISH, HAROLD L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | PARRISH, HERMAN R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | PARRISH, HERMAN R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | PARRISH, IRMA N, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | PARRISH, IRMA N, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | PARRISH, ISAAC, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PARRISH, J R, MICHEL, CHARLES C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PARRISH, JACK H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PARRISH, JACK H, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | PARRISH, JAMES F, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | PARRISH, JAMES H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | PARRISH, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PARRISH, JESSIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | PARRISH, JOHN D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | PARRISH, JR, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | PARRISH, JR, MELVIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PARRISH, KENNETH L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | PARRISH, L  C, NEEDHAM, HENRY E NEEDHAM, ESQ, 1330 BROADWAY, SUITE 1127, OAKLAND, CA, 94612 |
| 21068 | PARRISH, LARRY R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PARRISH, LARRY R, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | PARRISH, LARRY S, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | PARRISH, LLOYD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | PARRISH, MACK E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PARRISH, MACK E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | PARRISH, MORRIS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PARRISH, NANCY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PARRISH, ROBERT L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | PARRISH, ROBERT W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | PARRISH, RONALD E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | PARRISH, RONALD E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | PARRISH, SPURGEON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | PARRON, RICHARD W, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | PARROTT, ALLAN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | PARROTT, ALLAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PARROTT, ANITA C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | PARROTT, ANITA C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | PARROTT, BARBARA A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | PARROTT, BARBARA A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | PARROTT, CHARLES O, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | PARROTT, ELAM C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PARROTT, ELAM C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PARROTT, HAROLD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PARROTT, JR, FREDERICK J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PARROTT, JR., EMERSON, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | PARROTT, JULIAN, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | PARROTT, SR, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PARRY, ARTHUR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PARRY, CLIFFORD H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PARRY, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PARRY, LYLE K, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   PARRY, LYLE K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PARRY, LYLE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   PARSE, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PARSLEY, BEULAH P, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   PARSLEY, BOBBY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PARSLEY, DONALD R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PARSON, III, CHARLES E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   PARSON, JAMES O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PARSON, JR, ZELNA H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PARSON, RUDOLPH L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   PARSON, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PARSONS, ARTIE, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   PARSONS, ATLEE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PARSONS, ATLEE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PARSONS, ATLEE, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   PARSONS, AUDREY E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   PARSONS, BOBBY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PARSONS, BOBBY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PARSONS, CARL W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   PARSONS, CLARENCE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PARSONS, DEAN H, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   PARSONS, DUDLEY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PARSONS, ELMER H, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   PARSONS, ELMER H, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   PARSONS, ERNEST, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   PARSONS, FRANKLIN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PARSONS, GEORGE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PARSONS, GEORGE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PARSONS, GEORGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PARSONS, GEORGE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PARSONS, HAROLD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PARSONS, ISAAC, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PARSONS, JAMES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PARSONS, JAMES G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PARSONS, JAMES M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| 21068 | PARSONS, JAMES M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PARSONS, JOE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PARSONS, JOHN R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | PARSONS, JR, GEORGE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PARSONS, K. A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | PARSONS, K. A, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | PARSONS, L C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PARSONS, LARRY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | PARSONS, LARRY D, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266 |
| 21069 | PARSONS, LARRY D, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309 |
| 21068 | PARSONS, LARRY D, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | PARSONS, MICHAEL R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | PARSONS, MICHAEL R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | PARSONS, PATRICIA A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | PARSONS, PATRICK, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038 |
| 21069 | PARSONS, PHILIP, DANAHER TEDFORD LAGNESE & NEAL, 21 OAK ST, HARTFORD, CT, 06106-8003 |
| 21069 | PARSONS, PHILIP, DANAHER TEDFORD LAGNESE & NEAL, 60 WASHINGTON STREET, HARTFORD, CT, 06106 |
| 21068 | PARSONS, RICHARD E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | PARSONS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PARSONS, RUSSELL L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | PARSONS, SR, CLIFFORD A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | PARSONS, STEPHEN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | PARSONS, VICTOR K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PARSONS, VICTOR R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PARSONS, VIRGIL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PARSONS, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PARSONS, WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | PARTAIN, BERTIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PARTAIN, BESSIE W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | PARTAIN, BESSIE W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | PARTAIN, CHARLES A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | PARTAIN, CHARLES A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | PARTAIN, DAVID E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | PARTAIN, GUERRY P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PARTAIN, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   PARTAIN, MARGARET W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PARTAIN, MARGARET W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PARTAIN, PAULINE, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   PARTAIN, PAULINE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PARTAIN, ROBERT E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PARTAIN, ROBERT E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PARTAIN, RUDY M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PARTAIN, RUDY M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PARTAIN, WILLIAM P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PARTANEN, LARRY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PARTEN, DAVID C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PARTHIE, KENNETH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PARTIDGE, JAMES L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PARTIN, DOUGLAS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PARTIN, WESLEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PARTINGTON, JAMES M, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   PARTLOW, CHARLES H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   PARTLOW, RICHARD L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PARTON, CALVIN E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PARTON, DONNIE J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PARTON, JERRY D, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   PARTON, JERRY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PARTON, MARJORIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PARTON, MARJORIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PARTON, SR, JOHN V, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PARTON, SR, JOHN V, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PARTON, SR, MCLAURINE C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PARTRIDGE, CHARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PARTRIDGE, HASKEL L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PARUSZEWSKI, RAYMOND, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PARVIN, J B, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   PARYSZ, ALEXANDER E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PARYSZ, ALEXANDER E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PARZIALE, PHILIP S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PASCALE, PAUL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 PASCHALL, JIMMY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069 PASCHKE, ARNOLD, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068 PASCOE, JAMES D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PASCOE, JAMES D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 PASCUAL, JESUS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 PASCUAL, JESUS, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068 PASCUZZI, RALPH, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068 PASHALIDIS, GEORGE, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068 PASHKA, PETER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068 PASHKA, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 PASHKE, PAUL J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 PASI, ALFRED, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068 PASI, ALFRED, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068 PASIEKA, MARIAN, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068 PASKERT, JAMES H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068 PASKETT, GARY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 PASKETT, GARY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069 PASKO, STANLEY, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649

21068 PASLEY, ALVAH B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068 PASLEY, ALVAH B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068 PASLEY, JOHN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 PASLEY, LEWIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 PASLEY, MARY D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 PASLEY, MARY D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 PASLEY, ROBERT E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068 PASLEY, VELMA I, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068 PASLEY, VELMA I, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068 PASOWICZ, CLIFFORD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068 PASQUALE, ALBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PASQUALE, ANTHONY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PASQUALE, LAWRENCE, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068 PASQUALE, LAWRENCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PASQUALE, MICHAEL, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068 PASQUALE, THEOODRE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PASQUANTONIO, ANGELO, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069 PASQUARELL, VINCENT S, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

Svc Lst  Name and Address of Served Party

21068  PASQUARELLA, JOSEPH A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PASQUARELLA, RICHARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PASS, CHARLES H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  PASS, KENNETH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PASSADINO, FRANK, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  PASSANANTE, JOSEPH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069  PASSARELLI, THOMAS J, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068  PASSARO, JOHNNIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  PASSMAN, GEORGE G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  PASSMAN, JERRIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  PASSMORE, BUD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PASSMORE, JOHN D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PASSMORE, JOHN D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PASSMORE, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PASSMORE, JR., LESSIE A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PASSMORE, JR., LESSIE A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PASSMORE, SR, KENNIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PASSMORE, SR, LESSIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PASSMORE, SR, LESSIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PASSON, SR, LOUIS J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  PASTELYAK, STEPHEN, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  PASTERNAK, ROBERT E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  PASTERNAK, ROBERT N, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PASTOR, LOUIS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  PASTOR, MANUEL, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068  PASTOR, SR, STEPHEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  PASTORIUS, JR., CHARLES B, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068  PASTORIUS, JR., CHARLES B, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  PASTORS, PAUL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PASTORS, PAUL W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PASTRANA, ARTURO, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  PASULA, EDWARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    PASZTOR, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    PATALSKY, JOHN, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068    PATCHEN, GEORGE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    PATCHEN, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    PATCHEN, GEORGE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    PATCHETT, LARRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    PATE, ALFRED, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    PATE, BENJAMIN R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PATE, BILLY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    PATE, DERRELL G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PATE, DONALD L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PATE, DOUGLAS W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    PATE, DOUGLAS W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    PATE, EARLY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    PATE, FLOYD C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PATE, FREDDIE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    PATE, GEORGE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PATE, GERALDINE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069    PATE, MARION L, THE HENDLER LAW FIRM, PC, SCOTT M HENDLER, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701

21068    PATE, MARVIN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    PATE, PHILLIP, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019

21068    PATE, RANDALL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    PATE, RANDY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    PATE, ROBERT E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    PATE, ROGER R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    PATE, RONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    PATE, SHIRLEY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PATE, TRUMAN F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PATE, VELMA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    PATE, WAYNE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    PATE, WAYNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    PATE, WAYNE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    PATEK, JAMES M, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068    PATEK, JAMES M, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068    PATELLIS, NOMIKOS D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    PATENAUDE, CAROL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    PATENAUDE, JO-ANN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    PATERNINA, CALIXTO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

Svc Lst  Name and Address of Served Party

21068   PATERSON, KENNETH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PATES, EDWARD L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PATES, EDWARD L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PATES, JUNIOR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PATES, JUNIOR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PATILLA, CARLTON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PATILLO, ANNIE K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PATILLO, ANNIE K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PATIN, CECIL B, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   PATIN, CECIL B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PATIN, CLARENCE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PATIN, GEORGE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   PATIN, JR, ALLEN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   PATIN, JR, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATINO, ARMANDO, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   PATITZ, MELVIN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATLILLO, CHARLEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATMAN, JAMES W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   PATMAN, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PATMAN, JAMES W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATMAN, WILLIAM C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PATNAUDE, RICHARD, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   PATNODE, JEROME D, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   PATNODE, RUSSELL W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATON, GEORGE O, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   PATON, RAYMOND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   PATRAW, GAY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATRAW, NEAL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATRAW, RANDY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATRIAS, CARL, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   PATRICIO, GUADALUPE, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   PATRICK, ALAN D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   PATRICK, ALVIN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATRICK, ARVILLE H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   PATRICK, ASA R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   PATRICK, BERLIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PATRICK, BIRCH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PATRICK, BROOKS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068   PATRICK, BUELL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PATRICK, CHARLES L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   PATRICK, CHARLES L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   PATRICK, DANNY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   PATRICK, DAVID L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PATRICK, DAVID T, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   PATRICK, DAVID T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PATRICK, DURL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATRICK, E, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   PATRICK, E, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   PATRICK, FRANCES A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PATRICK, FRANCES A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PATRICK, FRED, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATRICK, GEORGE A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PATRICK, GEORGE A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PATRICK, ICOM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PATRICK, JACK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PATRICK, JAMES E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PATRICK, JAMES E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PATRICK, JAMES G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   PATRICK, JIMMY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   PATRICK, JOHN H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   PATRICK, JOHN L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PATRICK, JOHN P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   PATRICK, JOHNNIE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PATRICK, JOHNNIE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PATRICK, JR, ALFRED, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   PATRICK, KENNETH M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PATRICK, KENNETH M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PATRICK, LAWRENCE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069   PATRICK, MICHAEL W, HALL, EDGAR L, LAW OFFICE OF MICHAEL W PATRICK, PO BOX 16848, 312 W FRANKLIN ST, CHAPEL HILL, NC, 27516-2521

21069   PATRICK, MICHAEL W, MICHAELS, PAUL J, LAW OFFICE OF MICHAEL W PATRICK, PO BOX 16848, 312 W FRANKLIN ST, CHAPEL HILL, NC, 27516-2521

21069   PATRICK, MICHAEL W, NEWTON SR, BILLY R, LAW OFFICE OF MICHAEL W PATRICK, PO BOX 16848, 312 W FRANKLIN ST, CHAPEL HILL, NC, 27516-2521

21068   PATRICK, MICHAEL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PATRICK, NAOMI V, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   PATRICK, NAOMI V, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  PATRICK, REBEA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  PATRICK, RICHARD W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  PATRICK, ROBERT E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  PATRICK, ROBERT H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  PATRICK, ROBERT L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  PATRICK, ROBERT L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PATRICK, ROBERT L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PATRICK, SAMUEL R, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  PATRICK, SR, DAVID A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PATRICK, SR, FREDDIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PATRICK, SR, KENNETH J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PATRICK, THOMAS C, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069  PATRICK, THOMAS C, EDDINS & BENNETT LAW FIRM, 4000 TWIN CITY HIGHWAY, PORT ARTHUR, TX, 77640

21068  PATRICK, THOMAS C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PATRICK, WILLIAM L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069  PATRICK, WILLIAM S, HANEMANN & BATEMAN, STATE & SAWYER BUILDING SUITE 101, 2120 STATE AVENUE N E, OLYMPIA, WA, 98506

21068  PATRIDGE, JIMMY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PATRIDGE, JIMMY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PATSY, JOSEPH V, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068  PATT, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PATT, SR, ROBERT L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  PATTEN, FRANKLIN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PATTEN, MARVIN, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068  PATTEN, RUSSELL A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PATTERSON, ARTHUR, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  PATTERSON, BETTY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  PATTERSON, BUTLER H, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  PATTERSON, CARL B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  PATTERSON, CARL L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  PATTERSON, CHARLES A, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  PATTERSON, CLAUDE B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PATTERSON, CLYDE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PATTERSON, CLYDE A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  PATTERSON, CLYDE A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PATTERSON, CONNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  PATTERSON, DAVID H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  PATTERSON, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PATTERSON, DONALD B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PATTERSON, DONALD B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PATTERSON, DONALD W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PATTERSON, DONALD W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, DOROTHY B, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  PATTERSON, DOUGLAS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  PATTERSON, EDDIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  PATTERSON, EDDIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  PATTERSON, EDWARD, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21069  PATTERSON, EUGENE, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068  PATTERSON, FLOZELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PATTERSON, FOYLE D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PATTERSON, FRANCES A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  PATTERSON, GEORGE T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PATTERSON, GEORGE T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, GEORGE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PATTERSON, GEORGE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  PATTERSON, GLADYS, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  PATTERSON, GLADYS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  PATTERSON, HAROLD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PATTERSON, HENRY J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  PATTERSON, HERBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PATTERSON, HERBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PATTERSON, HUBERT H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PATTERSON, HUBERT H, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068  PATTERSON, JAMES A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PATTERSON, JAMES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  PATTERSON, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PATTERSON, JAMES E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  PATTERSON, JAMES L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  PATTERSON, JAMES M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

---

21068  PATTERSON, JAMES M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PATTERSON, JAMES M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PATTERSON, JAMES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, JAMES P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PATTERSON, JAMES P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, JAMES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PATTERSON, JAMES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PATTERSON, JOE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PATTERSON, JOE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, JOHN F, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069  PATTERSON, JOHN L, LAW OFFICES OF A G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068  PATTERSON, JOHN L, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21069  PATTERSON, JOHN O, FULLER HOPP, MCCARTHY, QUIGG & BYERS, PO BOX 3220, 1301 EAST MOUND ROAD, DECATUR, IL, 62526

21068  PATTERSON, JOHN O, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068  PATTERSON, JOHN, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  PATTERSON, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  PATTERSON, JORETTA, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  PATTERSON, JOSEPH D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PATTERSON, JOSEPH L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  PATTERSON, JOYCE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PATTERSON, JOYCE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  PATTERSON, JR (DECEASED), DONALD IAN, WANDA PATTERSON, 102 HAVEN, LAKE JACKSON, TX, 77566

21068  PATTERSON, JR, CHARLES F, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  PATTERSON, JR, CLYDE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PATTERSON, JR, CLYDE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, JR, GEORGE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PATTERSON, JR, LOUIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PATTERSON, JR, LOUIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, JR, THOMAS, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  PATTERSON, JR, WILLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PATTERSON, JR, WILLIE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  PATTERSON, JR., FRED E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

---

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  PATTERSON, JR., FRED E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PATTERSON, KEITH H, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  PATTERSON, KENNETH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PATTERSON, LEON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PATTERSON, LEON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PATTERSON, LEONARD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PATTERSON, MARVIN C, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  PATTERSON, MARY E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  PATTERSON, MARY E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  PATTERSON, MARY G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PATTERSON, MATT P, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  PATTERSON, MATTHEW, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  PATTERSON, MAURICE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  PATTERSON, MORGAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PATTERSON, MORRIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PATTERSON, MYRTIS L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  PATTERSON, ORLANDO, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  PATTERSON, ORLANDO, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  PATTERSON, PAT, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  PATTERSON, PAUL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  PATTERSON, Q.Z., COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  PATTERSON, RALPH B, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  PATTERSON, ROBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PATTERSON, ROBERT L, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  PATTERSON, ROBERT M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  PATTERSON, ROBERT M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  PATTERSON, ROBERT S, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069  PATTERSON, ROBERT, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068  PATTERSON, ROBERT, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  PATTERSON, ROLLIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PATTERSON, RONALD C, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  PATTERSON, RONALD H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PATTERSON, SADIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  PATTERSON, SAMMIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   PATTERSON, SARA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PATTERSON, SARA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PATTERSON, SARAH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PATTERSON, SHIRLEE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATTERSON, SR, SHERMAN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PATTERSON, SR, THOMAS, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   PATTERSON, STEPHEN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PATTERSON, STEVEN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PATTERSON, THOMAS L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATTERSON, TONY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PATTERSON, TONY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PATTERSON, VON O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PATTERSON, WILLIAM J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   PATTERSON, WILLIAM J, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   PATTERSON, WILLIAM M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATTERSON, WILLIAM P, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   PATTERSON, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PATTERSON, WILLIAM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PATTERSON, WILLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   PATTERSON, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PATTERSON, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATTERSON, WILLIM O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PATTI, FRANCIS J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PATTI, FRANK V, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   PATTI, FRANK V, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   PATTI, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PATTI, SR, RALPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   PATTILLO, KATHERINE H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   PATTIN, ROBERT A, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068   PATTINGS, OBERETTA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PATTINGS, OBERETTA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PATTISHALL, STEVEN L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   PATTNOSH, VINCENT S, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   PATTON, AARON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATTON, ANNIE K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATTON, ANNIE K, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

**Svc Lst  Name and Address of Served Party**

21068   PATTON, BILLY H, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   PATTON, BOBBY, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   PATTON, CALVIN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PATTON, CHARLES F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   PATTON, CHARLES V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PATTON, CLAUDE T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATTON, COLEMAN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PATTON, COLEMAN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PATTON, DAVID C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATTON, DENNIS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PATTON, DENNIS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PATTON, EDDIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PATTON, ELLIS, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   PATTON, ELMER, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   PATTON, ERNICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PATTON, ERNICE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069   PATTON, FRANCES L, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068   PATTON, HENRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATTON, HERMAN R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PATTON, HERMAN R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PATTON, JAMES E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   PATTON, JAMES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATTON, JAMES H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PATTON, JIM K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PATTON, JR, BEN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PATTON, JR, JOHN, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068   PATTON, JR, OLLIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PATTON, JULIUS V, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PATTON, KENNETH K, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   PATTON, LEWIS W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PATTON, LEWIS, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PATTON, LORRAINE R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   PATTON, LORRAINE R, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   PATTON, LUTHER, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   PATTON, MACON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   PATTON, MACON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  PATTON, MCGRADY, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  PATTON, MCGRADY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PATTON, MCGRADY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  PATTON, PAUL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  PATTON, PAUL, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068  PATTON, ROBERT C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PATTON, ROBERT C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PATTON, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  PATTON, ROY M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PATTON, SAMUEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PATTON, SOLOMON, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  PATTON, SR, CLARENCE E, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  PATTON, SR, FRED S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PATTON, WADE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PATTON, WILLIAM L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  PATTONA, BRUCE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  PATTY, LUTHER R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PATY, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  PATY, LEWIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  PATZ, SR, ARNOLD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PATZ, WILHELM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PAUL, ALBERT A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  PAUL, ALBERT, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  PAUL, BESSIE A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  PAUL, DANNY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  PAUL, DENNIS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PAUL, ENOCH W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PAUL, FRANK J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  PAUL, GEORGE, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

21068  PAUL, GLADYS L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PAUL, GLADYS L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PAUL, HARRY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  PAUL, HARRY, TORTORETI, TOMES & CALLAHAN, PHILLIP A TORTORETI, ESQ, 150B TICES LANE, EAST BRUNSWICK, NJ, 08816-2015

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   PAUL, IRA T, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   PAUL, JOE W, TAYLOR & ASSOCIATES, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PAUL, JOE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PAUL, JOHN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   PAUL, JR, JOHN A, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   PAUL, JR, JOHN A, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   PAUL, JR, NORMAN O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PAUL, JR, WILLIAM, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PAUL, LOIS J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PAUL, LOIS J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PAUL, ROGERS W, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   PAUL, STEVEN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   PAUL, THOMAS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PAUL, WALTER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PAUL, WESLEY D, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   PAUL, WESLEY D, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   PAUL, WILLIAM A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PAUL, WILLIAM A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PAUL, WILLIAM R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PAUL, WILLIS C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PAULA, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   PAULAT, TERRENCE W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PAULCHEL, PHILIP, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PAULER, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PAULERO, ALPHONSO M, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   PAULEY, DANIEL M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PAULEY, DANIEL M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PAULEY, DELBERT T, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PAULEY, DELBERT T, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   PAULEY, GEORGE K, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PAULEY, GEORGE K, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   PAULEY, JAMES M, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   PAULEY, JOHN G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

**Svc Lst  Name and Address of Served Party**

21069   PAULEY, LARRY W, HARVEY D PEYTON, ESQUIRE, PO BOX 216, 2602 FIRST AVENUE, NITRO, WV, 25143

21068   PAULEY, MARION L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PAULEY, ORVILLE, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   PAULEY, RAYMOND D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PAULEY, RICHARD J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PAULEY, ROBERT E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PAULEY, ROBERT L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   PAULEY, WILLARD, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   PAULIN, JR, JOSEPH E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PAULINE, RICHARD A, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   PAULINICH, JACOB M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PAULINS, WILLIAM C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PAULIS, SR., EDWARD T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   PAULIS, SR., EDWARD T, LAW OFFICES OF PETER G ANGELOS, 63 HENDERSON AVE, CUMBERLAND, MD, 21502

21068   PAULIS, SR., EDWARD T, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   PAULITS, FLORIAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PAULK, IRA, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PAULK, JAMES E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   PAULK, JAMES E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   PAULK, JR, TOM J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PAULL, HAROLD, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   PAULL, HAROLD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PAULOCSAK, MITCH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   PAULOS, HARRY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PAULOS, HARRY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PAULS, JACOB, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   PAULSEN, EUGENE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PAULSEN, RALPH H, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   PAULSON, DONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PAULSON, FRANK R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PAURCIAU, SR, MICHAEL J, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   PAURCIAU, SR, MICHAEL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PAUSCHERT, JOHN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   PAVALONIS, ANDREW, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   PAVELEK, ANDREW A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PAVELKA, EUGENE L, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

Svc Lst  Name and Address of Served Party

---

21068    PAVELKA, EUGENE L, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068    PAVELKA, PATRICK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    PAVEY, ROBERT E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    PAVKOV, WILLIAM M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    PAVKOVICH, ROBERT, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    PAVKOVICH, THEODORE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    PAVLACK, LOUIS P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    PAVLAKIS, PAUL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069    PAVLIC, WALTER, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

21068    PAVLICHKO, JR., MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    PAVLIK, ALBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    PAVLIK, JOHN, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    PAVLIK, JOHN, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    PAVLIK, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    PAVLIK, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    PAVLIK, PAUL E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    PAVLIN, WILLIAM C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    PAVLIN, WILLIAM C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    PAVLINETZ, MICHAEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    PAVLOVIC, BRONCO B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    PAVLOVICH, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069    PAVONE, MICHAEL F, SHAPIRO & SHAPIRO, 1820 FIRST FEDERAL PLAZA, ROCHESTER, NY, 14614

21068    PAWENSKI, STANLEY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    PAWLASEK, BERNARD J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    PAWLIK, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    PAWLOSKI, EUGENE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    PAWLOSKI, EUGENE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    PAWLOSKI, MICHAEL R, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    PAWLOWSKI, FRANK J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    PAWLOWSKI, RAYMOND J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    PAWLOWSKI, RAYMOND S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    PAWLUK, VICTOR, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    PAXITZIS, JIM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

Svc Lst  **Name and Address of Served Party**

21068  PAXTON, REGIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  PAXTON, STEVEN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PAYNE JR., JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PAYNE, ALBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PAYNE, ALBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PAYNE, ALGIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PAYNE, ANDERSON R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PAYNE, ANDERSON R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  PAYNE, ARNOLD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PAYNE, ARTHUR L, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  PAYNE, AUSTIN N, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PAYNE, BUDDY, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068  PAYNE, CARL M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  PAYNE, CARLTON, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  PAYNE, CHARLES E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  PAYNE, CHARLES J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PAYNE, CHARLES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PAYNE, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PAYNE, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PAYNE, CHARLIE T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PAYNE, CHARLIE T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PAYNE, CHARLIE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PAYNE, CLARENCE O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PAYNE, CLOVER, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  PAYNE, CLOVER, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  PAYNE, COLLIS A, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  PAYNE, COLLIS A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PAYNE, DARELL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PAYNE, DAVID A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  PAYNE, DAVID E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PAYNE, DAVID E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PAYNE, DELBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PAYNE, DON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PAYNE, DOROTHY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PAYNE, ELLON M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PAYNE, FRANK, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   PAYNE, GARY L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   PAYNE, GLENN S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PAYNE, GRADY F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PAYNE, GRANVILLE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PAYNE, GREGORY K, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   PAYNE, HENRY F, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   PAYNE, HERSCHEL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PAYNE, IDA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PAYNE, INA F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PAYNE, JACK W, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   PAYNE, JAMES C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PAYNE, JAMES L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   PAYNE, JANICE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PAYNE, JAY M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PAYNE, JERRY F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PAYNE, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PAYNE, JIMMY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PAYNE, JOHN R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   PAYNE, JOHN V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PAYNE, JOHN W, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PAYNE, JOHNNIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PAYNE, JOHNNIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PAYNE, JOYCE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   PAYNE, JOYCE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   PAYNE, JR, BUCK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PAYNE, JR, FRED, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   PAYNE, JR, HARRY T, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PAYNE, JR, HARRY T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PAYNE, JR, HARRY T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PAYNE, JR, JAMES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PAYNE, JR, THOMAS J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069   PAYNE, JR, WILLIAM HARRISON, 4718 GODWIN RD, ORANGE, TX, 77630

21068   PAYNE, JR., FRANK, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PAYNE, JR., FRANK, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   PAYNE, KATHER, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | PAYNE, KATHER, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339 |
| 21068 | PAYNE, KENNETH H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PAYNE, KENNETH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PAYNE, KENNETH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | PAYNE, LEON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | PAYNE, MANUEL, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | PAYNE, MARSHALL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | PAYNE, MARVIN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PAYNE, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | PAYNE, MILTON W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PAYNE, MYRON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PAYNE, ODELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PAYNE, ODELL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | PAYNE, PHILLIP D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | PAYNE, RAYMOND W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PAYNE, RAYMOND W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PAYNE, REUBEN B, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | PAYNE, RICHARD V, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | PAYNE, RICHARD V, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | PAYNE, ROBERT F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PAYNE, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PAYNE, ROBERT W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PAYNE, RONALD, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322 |
| 21068 | PAYNE, ROOSEVELT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PAYNE, ROY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PAYNE, ROY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | PAYNE, SALLIE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | PAYNE, SAMUEL L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | PAYNE, SAMUEL L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | PAYNE, SR, ARDELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PAYNE, THEODORE, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | PAYNE, WALTER J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PAYNE, WALTER, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21069  PAYNE, WESLEY E, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068  PAYNE, WESLEY E, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  PAYNE, WILLIAM G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PAYNE, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PAYNE, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PAYNE, WILLIAM, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  PAYNE, WILLIAM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  PAYNE, WILLIE, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068  PAYNES, FRANK T, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  PAYNES, FRANK T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PAYNES, FRANK T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  PAYNES, JR, ELEX, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  PAYNTER, HOBART, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068  PAYNTER, HOBART, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PAYNTER, JOHN W, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  PAYSON, THOMAS G, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  PAYTON, AARON DELANO, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  PAYTON, ADELL, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  PAYTON, ANNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PAYTON, ANNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PAYTON, ARMIE J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  PAYTON, ARMIE J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  PAYTON, CHARLES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PAYTON, CHARLES L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PAYTON, EDDIE W, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  PAYTON, EDDIE W, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  PAYTON, EUNICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  PAYTON, J P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  PAYTON, J P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  PAYTON, JAMES E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PAYTON, JAMES E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PAYTON, JANICE K, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PAYTON, JANICE K, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PAYTON, JR, CALLOWAY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PAYTON, JR, WILLIAM D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

Svc Lst    Name and Address of Served Party

---

21068    PAYTON, JR, WILLIAM D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    PAYTON, MARY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    PAYTON, MARY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    PAYTON, NORMA J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    PAYTON, NORMA J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    PAYTON, PATRICIA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    PAYTON, ROBERT J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    PAYTON, ROBERT V, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    PAYTON, RUBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    PAYTON, SHIRLIE A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    PAYTON, SHIRLIE A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    PAYTON, SR, THOMAS J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PAYTON, T J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    PAYTON, TELLIS, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    PAYTON, THOMAS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    PAYTON, THOMAS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    PAYTON, W D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    PAYTON, W D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    PAZ, JR, RAMON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    PAZ, MANUEL, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    PAZA, JANIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    PAZAK, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    PAZAMICKAS, ANTHONY, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    PEA, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    PEA, SR., SAM, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    PEACE, ARTHUR F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    PEACE, COHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    PEACE, COHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    PEACE, JERRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    PEACE, OTIS, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    PEACE, OTIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069    PEACE, SR, EARSELL, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069    PEACE, SR, EARSELL, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068    PEACHOCK, FRANK J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    PEACHY, RONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    PEACHY, RONALD A, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068    PEACO, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

---

**Svc Lst  Name and Address of Served Party**

21068   PEACOCK, ALICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEACOCK, CALLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEACOCK, CLAYTON E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PEACOCK, DUDLEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PEACOCK, DUDLEY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PEACOCK, FELTON, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PEACOCK, JACK M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21069   PEACOCK, JACK M, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205

21068   PEACOCK, JAMES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PEACOCK, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PEACOCK, JAMES L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PEACOCK, LOOMIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEACOCK, LOUISE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PEACOCK, LOUISE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PEACOCK, MACK, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEACOCK, MARGRET R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PEACOCK, MARGRET R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PEACOCK, RICHARD L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PEACOCK, ROY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   PEACOCK, ROY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PEACOCK, THEO M, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEADEN, GLADYS, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PEADEN, GLADYS, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PEAIRS, JR, STEPHEN P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   PEAK, ALFRED E, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   PEAK, GEORGE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PEAK, JOSEPH W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PEAK, JOSEPH W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PEAKE, GLYN D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PEAKE, KATHY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PEAKE, VIRGINIA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PEAL, CHARLES L, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   PEALER, SHIRLEY F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PEANORT, JR, MATTHEW E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PEARCE, ARTHUR, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   PEARCE, CHARLES E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

---

21069  PEARCE, EUGENE F, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101

21068  PEARCE, EUGENE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PEARCE, JAMES, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  PEARCE, LORNE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PEARCE, RANDY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  PEARCE, RICHARD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PEARCE, RICHARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PEARCE, RONALD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  PEARCE, ROY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PEARCE, SR, ROBERT E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  PEARCE, SR, ROBERT E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  PEARCE, THOMAS A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PEARCE, THOMAS A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PEARCE, THORWALD, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  PEARCH, ARTHUR, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PEARCH, RICHARD, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  PEARL JR., OLIVER E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PEARL, GUY E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PEARL, GUY E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PEARMAN, PAUL C, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  PEARSALL, DAVID R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEARSALL, FELTON, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PEARSALL, WILLIAM B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PEARSON, ALLEN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PEARSON, ASA E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEARSON, ASA E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  PEARSON, BARBARA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  PEARSON, BARRY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PEARSON, BEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  PEARSON, BEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PEARSON, BERNICE, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  PEARSON, BERNICE, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  PEARSON, BETTY A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PEARSON, BETTY A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PEARSON, BILLY B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

Svc Lst  **Name and Address of Served Party**

21068  PEARSON, BILLY R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  PEARSON, BILLY R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  PEARSON, CARL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PEARSON, CHARLES R, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068  PEARSON, CHARLES R, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  PEARSON, DENNIS L, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  PEARSON, EDWIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  PEARSON, EUGENE C, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  PEARSON, EUGENE C, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  PEARSON, FLOYD L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  PEARSON, HERSCHEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PEARSON, HERSCHEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PEARSON, HOWARD, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  PEARSON, IDDO W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  PEARSON, III, CHARLES L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  PEARSON, JACK E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PEARSON, JAMES M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  PEARSON, JAMES M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  PEARSON, JAMES W, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  PEARSON, JAMES W, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  PEARSON, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PEARSON, JAMES W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  PEARSON, JAMES W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  PEARSON, JOE L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  PEARSON, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PEARSON, JOSEPH D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEARSON, JOSEPH D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  PEARSON, JOSEPH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PEARSON, JR, BEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PEARSON, JR, CHARLES L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  PEARSON, KAYZAR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  PEARSON, KENNETH, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  PEARSON, LEE A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21069 | PEARSON, LELAND D, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101 |
| 21068 | PEARSON, LELAND D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PEARSON, LEONARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | PEARSON, MICHAEL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PEARSON, RICHARD A E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614 |
| 21068 | PEARSON, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | PEARSON, ROY A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PEARSON, ROY A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | PEARSON, SR, LEE M, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PEARSON, THOMAS M, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | PEARSON, WARREN L, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | PEARSON, WARREN L, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | PEARSON, WARREN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | PEARSON, WILLARD V, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266 |
| 21069 | PEARSON, WILLARD V, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309 |
| 21068 | PEARSON, WILLARD V, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | PEARSON, WILLIAM F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PEARSON, WILLIE, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | PEARSON, WILLIE, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901 |
| 21068 | PEARSON, WILLIE, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | PEASANT, CLARENCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PEASE, JR, RUSSELL A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | PEASE, LARRY C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PEASE, RICHARD H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | PEASE, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21069 | PEASE, WILLARD J, LEARNED REILLY & LEARNED, 449 E WATER ST, ELMIRA, NY, 14901-3410 |
| 21068 | PEATROSS, SR, HARVEY O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | PEATTIE, MARION, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | PEATTIE, MARION, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PEAVEY, MYRTICE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | PEAVEY, QUENTIN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | PEAVY, HAROLD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PEAVY, HOLLIS, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | PEAVY, JEFFREY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | PEAVY, JESSIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PEAVY, JESSIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PEAVY, LAHOMA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PEAVY, LAHOMA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PEAVY, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PEAY, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PECHE, RICHARD M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PECHERKIEWICZ, HENRY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PECK, CALVIN A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   PECK, EARL R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   PECK, EDWARD J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   PECK, LEONARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PECK, MARION, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   PECK, RAYMOND E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PECK, SR, ROBERT C, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   PECK, SR, WILLIAM, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   PECKINPAUGH, JUNE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PECKOWYCH, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PECKOWYCH, NICK, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   PECORA, ALBERT M, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   PECORA, MARIO, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   PECORARO, ANTHONY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   PECORARO, ANTONIO J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   PECORARO, JOHN E, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   PECORARO, RONALD J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PECOSKI, YUGO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PECSEK, JOHN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   PEDDICORD, ALVIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PEDERCINI, ANTHONY G, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   PEDERSEN, VERNER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   PEDERSEN, WALTER A, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068   PEDERSON, HARRY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   PEDERSON, LOUIS, COHEN, WEISS AND SIMON LLP, 330 WEST 42ND ST, NEW YORK, NY, 10036-6976

21068   PEDERSON, ROBERT, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   PEDERSON, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Svc Lst  Name and Address of Served Party**

21068  PEDERSON, ROY W, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  PEDERSON, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PEDHANIAK, EUGENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069  PEDIGO, ROBERT L, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068  PEDLEY, ARTHUR, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PEDLICO, SYLVIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PEDONE, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  PEDONE, ANTONIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  PEDONE, ROCCO, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  PEDONE, ROCCO, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  PEDOTO, EUGENE T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PEDRAZA, HECTOR T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEDRIN, ALBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  PEDROW, CHARLES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PEDROW, CHARLES, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  PEDUTO, BENJAMIN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PEEBELS, AFTON D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  PEEBLES, DAVID D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PEEBLES, DAVID D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PEEBLES, GLORIA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  PEEBLES, GLORIA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  PEEBLES, JOHN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PEEBLES, THOMAS H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  PEED, BURNICE B, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PEEK, BERNARD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PEEK, BILLY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PEEK, BILLY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PEEK, JOHN L, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  PEEK, JR., GUS, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PEEK, JR., GUS, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PEEK, MARY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PEEK, MARY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PEEK, MARY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PEEK, MARY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PEEK, ROBERT R, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  PEEL, ESTHER L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PEELE, CLAUDE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Svc Lst  Name and Address of Served Party**

21068   PEELE, LARRY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PEELE, SR, MARVIN L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   PEELE, WALTER L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PEELE, WALTER, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PEELER, WILLIAM F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PEELMAN, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PEEPLES, EDGAR R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   PEEPLES, KENNETH W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PEEPLES, KENNETH W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PEEPLES, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEEPLES, RUBY M, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   PEEPLES, SYLVESTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PEERY, EDWARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEERY, GEORGE R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   PEERY, LEWIS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PEET, WILLARD S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PEET, WILLYS K, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   PEETS, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEFFER, DONALD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PEFFER, LAURA L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PEFFER, RUSSELL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PEGGS, RALPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PEGISH, EUGENE F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069   PEGLIACELLI, GAETANO, DEMARCO & CARRAFIELLO, 11TH FLOOR, 1420 WALNUT STREET, PHILADELPHIA, PA, 19102

21068   PEGRAM, CLYDE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PEGRAM, CLYDE E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PEGRAM, WILLIAM L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PEGRAM, WOODROW W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PEGUE, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   PEGUE, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PEGUE, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PEHLKE, WILLIAM, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   PEIDLAU, EDWARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   PEIDLAU, EDWARD J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   PEIFFER, CHARLES A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069   PEIFFER, RICHARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068   PEIRCE JR, ROBERT N, ABBONIZIO, TONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ABRAHAM, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ADAMO, RICHARD A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, AGOSTINELLI, PASQUALE D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, AIELLO, MICHAEL S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ALAKSIN, RICHARD P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ALBANESE, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ALBERT, GEORGE P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, AMBERSON, TOM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, AMBROSE, GARY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, AMBROSE, JEROME, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ANDREWS, JACK R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ANDROLIA, WILLIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ANGERETT, CARL E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ANICETI, ANDREW, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ANICETI, JR, ANDREW J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ANNARUMO, NICHOLAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ANTINOSSI, JOHN W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21069   PEIRCE JR, ROBERT N, ARELLANO, IGNACIO, THE JERNIGAN LAW FIRM, PO BOX 847, RALEIGH, NC, 27602-0847

21068   PEIRCE JR, ROBERT N, ARKETT, JAMES A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ARMSTRONG, EDWIN D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ARROW, FLOYD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ASHTON, WILLIAM R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ATKINS, SR, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ATKINSON, WILLIAM L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BACIC, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BADGER, EARL B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

Svc Lst  Name and Address of Served Party

21068   PEIRCE JR, ROBERT N, BADGER, LARRY B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BAIR, FRANK R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BAKER, GARY W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARKEY, ROBERT D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARLETT, MARK J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARNES, CHARLES W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARNES, GENE L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARTLE, WILLIAM D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARTOLOMEO, DANIEL M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARTOLOMEO, JOHN L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BARTOLOMEO, ORLANDO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BASH, JR, GEORGE L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BASTIAN, ROBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BAUDER, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BEACHEM, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BEATTY, WAYNE C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BEAVER, WILLARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BELKE, MERVIN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BELKOWSKI, MICHAEL J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BELL, JOHN L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BELL, THOMAS L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BELLISSIMO, DOMINICK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BELLISSIMO, FRANK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BENNETT, ALVIN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BENSING, DENNIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BENSING, LAURO L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BENSING, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BENTFELD, PAUL K, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BERARDILLI, JOSEPH A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BERENDT, EDWARD H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

Svc Lst  Name and Address of Served Party

21068   PEIRCE JR, ROBERT N, BERLINE, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BERNARDI, STEVE J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BERRESFORD, KENNETH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BEVINGTON, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BIEGA, BERNARD W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BINGLE, ROBERT L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BINGLE, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BIRNESSER, THOMAS P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BIRO, STEPHEN J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BISHOP, JEFF, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BLACK, DANIEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BLACK, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BLACKBURN, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BLEAKNEY, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BLINN, GERALD W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BLINN, SR, RONALD L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOARIU, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOARIU, RANDALL J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOARIU, TERRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOBER, FRANCIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOBER, PAUL E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOBER, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOBIN, CHARLES F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOGNOSKI, RALPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOLLAND, RONALD O, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOLLINGER, GEORGE A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOND, CARL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BONZO, RALPH A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BOOTS, ROBERT D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, BORISON, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | PEIRCE JR, ROBERT N, BOSLEY, BOYD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOSLEY, OCEY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOSNAK, ROBERT A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOSWORTH, HUGH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOTTI, JOSEPH A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOWMAN, DANIEL G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOY, PETER J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOYDELL, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOYLES, HARRY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BOYLES, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BRADSHAW, KEITH T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BRANDENBERGER, JACK K, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BRANDON, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BRELLOCH, DALE F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BRENNER, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BRICKER, CHARLES L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BROWN, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BROWN, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BROWN, HAROLD R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BROWN, JOSEPH T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BROWN, ROBERT D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BROWN, ROBERT L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BUBB, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BUCHANAN, JAMES L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BUCK, OLIVER O, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BUNNEY, THOMAS A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BURCIK, STEVE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BURICK, JOHN R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BURNETT, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BURRELLI, JOANNE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PEIRCE JR, ROBERT N, BUTCHELLE, BERNARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BUTLER, DOYLE K, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BUXTON, JAMES V, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, BUZZELLI, ROBERT M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CALHOUN, CECIL H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CALHOUN, GERALD D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAMERON, JOHN F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAMPBELL, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CANGEY, FRANK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAPAROULA, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAPPABIANCO, PHILIP, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAPPOTT, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CARBONE, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CARBONE, JOHN P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAROELLA, VINCENT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CARONE, RAYMOND M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAROZZA, CARMEN R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CARR, JACK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CARROZZA, FRANK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CARROZZA, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CARUSO, SAMUEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CASSIDY, JOANN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CASTELLANI, JR, SAMUEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CASTRUCCI, VINCENT D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CAVALLO, LOUIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CHAMBERLAIN, DAVID W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CHMURA, THOMAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CHRISTOPHER, VINCENT P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CIMPERMAN, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, CIRAMELLA, FRANK A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   PEIRCE JR, ROBERT N, CLINE, ALBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CLINE, JOHN N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COAST, KENNETH W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CODY, ROBERT G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COLE, CLIFFORD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COLLINS, BARRY E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COLLINS, DONALD J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COLLINS, ELI, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COLUCCI, JR, SAMUEL A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COMMESSO, LEWIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CONDAS, JEFFREY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CONGLOSE, RONALD L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CONNELLY, ALLEN L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CONTI, JOSEPH N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CONTI, LOUIS M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COOK, VAUGHN W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COPE, JAMES L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CORCORAN, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CORCORAN, THOMAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CORDES, GERALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COTTON, CLARENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COVERT, DONALD G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COVERT, ROBERT W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, COWAN, SR, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CRAINE, CEASAR, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CRAWFORD, ALAN J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CRAWFORD, TERRY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CRAWFORD, THOMAS G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CREPP, ANDREW D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CRESPO, HENRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

Svc Lst   Name and Address of Served Party

---

21068   PEIRCE JR, ROBERT N, CRESPO, JR, LAWRENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CREWS, HENRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CRNKOVICH, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CROWL, EUGENE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CURCIO, GINO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CWYNAR, TED, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, CZARNECKY, STANLEY V, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DAMBRISIO, RAYMOND, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DAMBROSIO, ALPHONSO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DAMICO, EUGENE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DAMICO, HERMAN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DANYLO, TERRY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DAVIS, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DECARIA, ANTHONY P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DECKER, SR, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DEEGAN, MICHAEL G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DEFFENBAUGH, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DEFONSO, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DEITRICH, FREDERICK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DEJOHN, TIMOTHY D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DELOIA, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DESALLE, ANTHONY D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DETTORE, LOUIS G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DEWHIRST, THEODORE E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DICARLO, PATSY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DICIANNO, SAMUEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DIETZ, PAUL D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DIFRISCHIA, JOSEPH M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DILLAN, JR, FRANK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, DISNEY, GEORGE G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PEIRCE JR, ROBERT N, DITTMAN, LARRY 1, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DOCCHIO, JEROME M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DOCCHIO, KENNETH D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DOMBECK, JOSEPH C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DOMINELLI, JOSEPH T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DONLEY, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DONNELL, ROBERT C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DOUGHERTY, GERALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DOUTT, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DRAUGHN, JIMMY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DUNCAN, JOEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DUNCAN, LON, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DUNLAP, JAMES E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, DURR, DAVID A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, EDDY, JOHN C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, EDINGER, DEWAYNE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, EICHLER, JOHN H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ELCHISON, JOHN A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, EMERT, T J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, EWING, WILLIAM D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FABYANIC, IVAN M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FALCSIK, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FARAONE, MARK A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FARKAS, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FARONE, MICHAEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FAZENBAKER, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FAZENBAKER, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FAZENBAKER, WILLIAM L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FEDRIZZI, ROBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, FELLNER, RICHARD P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   PEIRCE JR, ROBERT N, FELTON, JOHN C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FERRANTE, NICHOLAS J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FERRANTE, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FERRESE, ROBERT A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FERRIGNO, GARY R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FERRIGNO, JOE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FERRIGNO, SR, CHRIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FILIPPONE, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FILLIPELLI, RALPH A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FIORE, DANIEL A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FISHBURN, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FITZGERALD, CURTIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FITZGERALD, JOHN T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FLECHER, PHILLIP E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FLETCHER, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FLETCHER, WILLIAM D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FLORIE, ANTHONY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FOGG, ROSE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FORREST, CHARLES A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FORREST, DAVID B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FORTUNA, VICTOR N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FOSNAUGHT, SR, KEITH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FOTIA, VINCENT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FRABOTTA, MICHAEL L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FRANK, REBECCA E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FRASSO, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FRAY, RAYMOND, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FREDERICK, DAVID C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FRELIN, SR, RONALD J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, FRENCH, BRIAN P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    PEIRCE JR, ROBERT N, FRISK, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, FRUM, RICHARD G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, FUNARI, ERNEST, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, FUNDOTTS, FRANCIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, FUNKHOUSER, HOWARD P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GALIANO, RICHARD J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GALMARINI, ANTHONY D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GALMARINI, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GALMARINI, VICTOR A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GARDNER, DANNY R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GARROWAY, WILLIAM H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GATTO, RAYMOND, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GAVAN, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GAWELSKI, DONALD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GEARY, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GENTSY, GEORGE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GIBBONS, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GIBBONS, THOMAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GIBSON, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GILLETTE, FRANCIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GIZZI, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GLASSER, DENNIS L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GLOVER, LEONARD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GODLEWSKI, LUCIAN E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GORDON, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GORDON, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GORRELL, JERRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GORRELL, THERON, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GRAHAM, DANIEL M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068    PEIRCE JR, ROBERT N, GRAHAM, WILLIAM R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   PEIRCE JR, ROBERT N, GRANDINETTI, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST,
707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GRATER, GUY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GRECO, III, JOSEPH V, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GREENWALT, LEWIS O, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GREGORICH, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST,
707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GRETCH, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GUBISH, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GUERRERA, TONY P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, GUMAN, JOHN D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HABRLE, LOUIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HADDOX, DAVID D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HAFFEY, TERRANCE Z, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HAKE, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HALL, CLARENCE A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HALL, CLARK J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HALL, HUGH P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500,
PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HALL, WAYNE L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HAMILTON, LEMONT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST,
707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HAMILTON, WILFRED L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HARDEN, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HARDESTY, CHARLES R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HARDING, LEVI R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HARPER, PAUL L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HARRIS, GARY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HARRISON, KEITH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HARTZELL, RICHARD C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HASULAK, THEODORE G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST
STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HAVIS, FRANK E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HAYDEN, LARRY B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HAYNES, DANNY E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE
2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   PEIRCE JR, ROBERT N, HAZELTON, BEN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HEDGER, WINDLE F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HEINRICH, WARREN E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HELLE, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HERKO, HARRY D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HERKO, HERMAN F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HERTZOG, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HEYMANN, ERNEST, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HICKMAN, LOUIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HICKMAN, RAYMOND W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HICKMAN, WILLIAM D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HICKS, JOHN F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HIENZ, MARK R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HIGGINS, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HILL, CHARLES R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HILL, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HINDS, ROBERT W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HINZMAN, THOMAS J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOFFMAN, RALPH T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOGUE, ALBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOLCOMBE, JAMES V, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOLIDAY, ROBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOOVER, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOUK, JAMES E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOUK, LEROY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOUSCHOLDER, LEORY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HOWE, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HRABOSKY, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HRUSKA, MICHAEL A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HUDAK, DAVID M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   PEIRCE JR, ROBERT N, HUDAK, STEPHEN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HUDDY, GUY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HUDDY, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HUDDY, WAYNE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HUFFMAN, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, HUNTER, PAUL B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, ICENHOUR, HARRY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, IERULLO, JOSEPH C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, IGNATZ, FRED, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, INNOCENT, ANTHONY D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, IONELLI, REYNOLDS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JANOVICK, JAMES G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JASPER, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JEANNETTE, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JEFFCOAT, ARTHUR L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JEFFRIES, HARRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JEFFRIES, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JENDRYSIK, JOE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JENNINGS, JOHN A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JOHNS, JOHN R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JOHNS, RICHARD R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JOHNSON, JAMES N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JOHNSON, SIDNEY E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JONES, JR, ROOSEVELT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JONES, WAYNE S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JORDAN, JOHN E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JOSEPH, ALBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JURINA, ALBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JURY, FRANK L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, JURY, RANDOLPH P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PEIRCE JR, ROBERT N, KALISH, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KAPRALY, MICHAEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KASPAREK, OLDRICK C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KASPER, SAMUEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KEELER, JACK R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KEITH, L V, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KELLNER, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KERR, ROBERT A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KESTER, DALE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KETTERER, DALE C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KETTERER, DAVID C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KETTERER, HARRY R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KINESTON, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KING, EARL R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KING, WILLIE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KIRKHAM, GARY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KIRKPATRICK, FRED W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KIRKPATRICK, THOMAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KLAMIER, PAUL R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KLAMUT, FRANCIS J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KLIEM, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KLIEM, NICHOLAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KNIS, THOMAS M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KOGINOS, ANDREW, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KONDRASUK, JACK E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KOPRIVNAK, LARRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KOSIOR, OSWALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KOTOFF, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KOZOL, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, KRAYNAK, JOSEPH G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

**Svc Lst  Name and Address of Served Party**

21068   PEIRCE JR, ROBERT N, KRUPA, FRANK J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, KRUPA, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, KUMROW, HAROLD L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, KUSNIERZ, EDWARD F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, KUZMA, DONALD A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, KWOLEK, SR, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LACAVA, ANTHONY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LACAVA, JOSEPH H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAGALA, GIUSEPPE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LALLEMENT, JOHN D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAMENZA, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAMEY, SAMUEL E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAMPLE, KARL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANCE, LAWRENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANCE, RAYMOND, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANDIS, JOSEPH E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANDSBAUGH, ROBERT R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANE, EUGENE E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANEVE, FRANK C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANSBERRY, BARRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANSBERRY, KERMIT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LANSBERRY, PAUL J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAPATKA, JOSEPH M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LASKO, PETER A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LATINA, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAUDERBAUGH, PAUL R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAUGHREY, GERALD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAUTEN, BURT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LAWRENCE, WAYNE F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LEE, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   PEIRCE JR, ROBERT N, LEECH, ANDREW B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LEISIE, PAUL E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LENDICK, KENNETH S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LESLIE, WILLIAM D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LEWCHENKO, MARK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LEWIS, ALLEN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LINVILLE, LEMUEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LOCKE, EDWARD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LOCKE, ROBERT L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LOHRY, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LOMBARDO, GERALD A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LONNETT, RAYMOND V, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LURAGHI, JAMES L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LUTZ, FRED, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LUTZ, RALPH L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LUTZ, RICHARD C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LUTZ, RICHARD T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LUTZ, THOMAS W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, LYLES, CLIFTON E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MACIOGE, FREDERICK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MACKENSTEIN, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MAGANO, LOUIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MAIETTA, PETER, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MAJCHER, FRANCIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MAJORS, DENNIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MANGERIE, VINCENT A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MANN, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MANNA, BAPTIST, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MANNARINO, CLARENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, MARCELLO, CARMEN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PEIRCE JR, ROBERT N, MARCINKO, MICHAEL J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MARCUCCI, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MARINO, ANGELO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MARKS, RICHARD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MARTIN, GEORGE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MARTUCCI, JR, VITO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MATHEWS, HOWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MAXWELL, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MAZZANT, JACOB, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCBRIDE, ROBERT E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCANDLESS, DONALD J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCLAIN, ALBERT L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCLAIN, WILLIAM G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCLINTICK, TRACY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCLINTON, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCONAHY, ALBERT M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCOY, WILLIAM F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCROBIE, CHARLES E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCCULLOUGH, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCDONALD, ROBERT G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCEWEN, FRANCIS R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCGUCKIN, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCKINNEY, CLYDE A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCKINNEY, NORMAN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCKINNEY, THOMAS S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCLEOD, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MCNUTT, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MEANS, CHARLES W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MENDENHALL, CHARLES F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MENDENHALL, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | PEIRCE JR, ROBERT N, MENDENHALL, LESLIE E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MENDENHALL, THOMAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MESSICK, ROBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MESSINA, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, METZE, GEORGE R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MICCO, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MICHAELANGELO, SAMUEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLER, DENNIS W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLER, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLER, LEONARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLER, LESTER J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLER, LINFORD H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLER, WILLIAM M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLS, JR, EARL J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MILLS, SR, EARL J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MINNER, ROBERT E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MINNOCCI, MARTIN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MITCHELL, DENNIS W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MITCHELL, LAWRENCE C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MONACO, DAN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MONTANI, LAWRENCE A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MOONEY, JAMES J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MORRISON, DEAN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MORROW, CHARLES E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MORROW, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MOSER, JAMES L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MOTTER, DAVID L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MULIG, PAUL A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MUNDO, DOMENICO A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MURDOCK, ROBERT G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

WR Grace PI