| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PEIRCE JR, ROBERT N, MUSSEY, JOHN T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MYERS, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MYERS, ROBERT G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, MYERS, THOMAS W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NAGEL, GARY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NAVARRA, GILBERT N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NAVOLIO, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEAL, THOMAS W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEGHIU, PETE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NESTOR, ROY F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEUPAUER, NICK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEWMAN, FRANKLIN D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEWMAN, HARVEY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEWMAN, ROGER, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEWMAN, RUSSELL W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NEYMAN, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NICHOLSON, AVERILL W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NOCERA, ALBERT G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NOEL, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NORGE, JOHN J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NORTON, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, NYE, THOMAS R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, OBRIEN, WILLIAM G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, OLINGER, CLARENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, OLIVER, ALBERT H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ORAVITZ, RONALD G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, OTT, BRIAN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, OTTAVIANI, NORMAN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, OWOC, MARION W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PAAL, HANS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   PEIRCE JR, ROBERT N, PADOVANO, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PAGALOS, STEVE L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PALADINO, ANTHONY F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PALIMINO, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PALIPCHAK, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PALLERINO, ALBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PANARELLA, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PARENTE, ALFONZINO G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PARKER, GEORGE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PARTINGTON, JAMES M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PASQUALE, ALBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PASQUALE, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PASQUALE, LAWRENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PASQUALE, LAWRENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PASQUALE, MICHAEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PASQUALE, THEOODRE J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PATTERSON, RONALD H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PAULINICH, JACOB M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PAVELEK, ANDREW A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PAVKOVICH, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PAVKOVICH, THEODORE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PEFFER, DONALD R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PELAIA, MITCHELL S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PELLIGRENE, RUSSELL A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PELLONI, JOHN A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PERNO, JOHN L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PETERS, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PETERSON, ROGER, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PETRUCCI, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, PETRUCHA, ANTHONY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | PEIRCE JR, ROBERT N, PETTI, SR, HERMAN L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PFLUGH, ROBERT H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PHILLIPI, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PHILLIPS, ERNEST R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PIECHNIK, RAYMOND E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PIERI, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PIERI, RAYMOND, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PIPER, FRANCIS C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PISANI, CARLO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PISANI, JR, RALPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PISHIONERI, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PISTACHIO, JOSEPH C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PISUCA, THOMAS D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PITZER, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PODNAR, ROBERT C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POERIO, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POGOZELEC, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POGOZELEC, VICTOR, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POHOLSKY, THOMAS L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POOLE, GARY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PORADA, WILLIAM F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PORADA, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POUNDS, FRANKLIN J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POUNDS, RALPH L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POWELL, RICHARD P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POWELL, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, POWELL, SAMUEL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PREDWITCH, ROBERT S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRENTICE, GARY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRESTIA, FRANK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

| 21068 | PEIRCE JR, ROBERT N, PRESTOPINE, CARMEN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRESTOPINE, NATALE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRICE, AUBREY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRICE, RONALD C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRINCE, SAMUEL L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRITCHARD, KENNETH A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRITCHARD, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PROCOVICH, THOMAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PRONESTI, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PROYA, SAMUEL J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PROYA, THOMAS R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PSIK, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PSZENNY, ANTHONY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PSZENNY, THOMAS J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PUFFINBURGER, RONALD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PULLEO, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, PULLEO, SAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RACHUBA, EUGENE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RACHUBA, FRANK J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RACHUBA, JAMES R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RADICE, DALE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RAHNE, ERNEST E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RAMAN, JOSEPH R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RANDZA, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RAWL, EUGENE E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RECCE, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, RECTOR, HOWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, REDMOND, EARL D, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, REED, JAMES P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, REEHER, ALBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

Svc Lst  Name and Address of Served Party

---

21068  PEIRCE JR, ROBERT N, REESE, RICHARD A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, REMLER, THOMAS C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RENO, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RESTON, JAMES T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, REVETTI, GARY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RHODES, DAVID A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RHODES, LEROY B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RICE, CATHERINE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RICHARDS, DAVID E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RICHARDS, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RICHARDS, JON, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RITCHIE, DANIEL O, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROBERTS, JAMES R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROBINSON, ELLEN J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROBINSON, HERBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROBINSON, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROCCO, ANTHONY S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROCKYVICH, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RODGERS, FREDERICK W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RODGERS, MERYL C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROGERS, GEORGE A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROHRMANN, EDWARD R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROMAN, RAYMOND P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROSE, SR, JERRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROSS, RAYMOND L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROSSANO, JAMES B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROUSH, ROBERT E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROZZI, LOUIS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, ROZZO, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068  PEIRCE JR, ROBERT N, RUBINO, SAMUEL P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PEIRCE JR, ROBERT N, RUBY, DARRYL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, RUDESILL, CHARLES L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, RUFFALO, JR, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, RUGH, JR, WILLIAM J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, RUPCHAK, LAURENCE J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, RUSSO, ALBERT R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, RZICZNER, STAN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SABELLA, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SACCO, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SACER, DONALD S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SALLMEN, FRED A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SALLMEN, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SALPINI, ERNEST, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SANDERBECK, JOHN E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SANKEY, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SANTANGELO, VINCENT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SANTILLO, RAYMOND H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SAPP, DONALD R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SAPP, FRED, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SARAS, THOMAS L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHEIDEMANTLE, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHIAVONI, MARCELLO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHIMONSKY, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHRAMM, GEORGE A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHULTZ, SR, JOHN E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHUSTER, DELBERT E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHWARTZ, JAMES W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHWARTZ, JOHN H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCHWARTZ, KENNETH O, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SCIALDONE, SALVATORE V, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | PEIRCE JR, ROBERT N, SCIOTE, BRUNO J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SEARFOSS, JR, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SEARFOSS, SR, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SEE, EUGENE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SERJAK, ROBERT J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SESKO, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SETTLE, FREDRICK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHABLESKY, EDWARD J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHAFFER, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHAFFER, DENNIS L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHAFFER, ROBERT H, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHAFFER, RUSSELL L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHAFFER, THOMAS P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHALLENBERGER, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHALLENBERGER, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHANER, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHEETS, PAUL O, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHEFFIELD, WAULNOTH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHENESKY, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHINKE, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHINSKY, RAY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHOAF, DONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHOAFF, EUGENE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SHOAFF, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SIEVER, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SIMON, DAVID L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SIMPSON, PAUL E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SIPE, ROBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SISCO, STANLEY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SKOCZYLAS, JAMES T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PEIRCE JR, ROBERT N, SKOLNIK, JOHN E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SLAVIC, JR, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SMAIL, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SMILAK, DELBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SMILEK, RICHARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SMILEK, ROBERT F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SMITH, JR, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SMITH, TERRY R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SNAIR, CLARENCE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SNAIR, GARY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SNYDER, ROBERT P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SOKOLOSKI, DAVID R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SPAGINA, ANDRAS, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, SPEERHAS, KEITH E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STANTON, CARL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STAPLES, SR, THEODORE J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STASICK, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STEFURA, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STEFURA, PETER R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STEINBINDER, FRANK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STELTER, ROBERT B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STEVENSON, MILROY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STEWART, WILLIAM R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STILES, JR, JOSEPH E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STILLWAGON, ROBERT G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STOCKUNAS, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STOLE, WILLIAM J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STONER, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STOWE, ROBERT K, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, STOYANOFF, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   PEIRCE JR, ROBERT N, STRATI, MICHAEL A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, STRATTON, SR, WALTER, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, STROEBEL, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, STUBBEL, PAUL W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, STURGES, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, STURM, FRED, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SUDERS, HERBERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SULLIVAN, ALFRED, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SURGENAVIC, JOE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SURGENAVIC, STANLEY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SUTTON, JEFFREY T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SWOGER, CLYDE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, SWOGGER, CHAUNCEY P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TALLON, ANTHONY G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TANNER, GARY L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TATASEO, GERALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TATASEO, MEADE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TEPSICH, SAMUEL R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THOMAS, ANTHONY F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THOMAS, MARTIN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THOMPSON, DAVID L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THOMPSON, DOUGLASS F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THOMPSON, JAMES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THOMPSON, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THOMPSON, WILLIAM O, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, THORNE, C T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TILLIA, FRED, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TILLIA, JAMES B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TILLIA, KENNETH T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TOMASETTI, PATSY C, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   PEIRCE JR, ROBERT N, TOMEO, DOMENIC, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TOMON, JOHN M, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TORRENCE, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TORRENCE, HENRY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TOTERA, JAMES N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TOTH, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TOWNSEND, GEORGE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TRAUTVETTER, DARYL W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TREASURE, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TRITT, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TRIVILINO, PATSY J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TULLIO, NICHOLAS R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TUNNO, JOSEPH E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TURNBULL, ALVIN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TURNBULL, ROSE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, TURNBULL, VERN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, UEBELACKER, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, URAM, JAMES E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, URSIDA, DOMINIC, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, USLENGHI, RONALD J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VANSOVICH, ANTHONY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VANSOVICH, JOHN W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VAVRO, PAUL K, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VERES, JOHN J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VERES, JR, JOHN J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VERONE, MARK, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VESCENI, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VOGLER, LEROY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VOGLER, RANDALL L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

21068   PEIRCE JR, ROBERT N, VOLINIC, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | PEIRCE JR, ROBERT N, VRANA, JULIUS S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WACHTER, JOSEPH, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WAGONER, EUGENE K, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WALKER, RALPH W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WALL, SR, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WALLACE, LESTER L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WANSITLER, WILLIAM W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WARREN, JOHN R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WARRICK, RALPH G, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WASSERMAN, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WATT, IRA S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WEBER, GEORGE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WELCH, RONALD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WELSH, RONALD E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WELSH, ROY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WEST, DALE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WHITE, DAVID A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WHITE, JAMES L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WHITLATCH, DAVID, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WILEY, JR, FLOYD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WILLIAMS, EDWARD, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WILSON, GLENN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WILTROUT, GEORGE P, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WISBITH, JERRY E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WISBITH, LEO S, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WOLANSKI, THADDEUS B, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WOLFE, WILLIAM, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WOLOSYZN, MARTIN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WOOD, ORVILLE T, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WOODS, LAWRENCE F, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PEIRCE JR, ROBERT N, WOOLEY, ROBERT W, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WRIGHT, HARVEY, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, WYMER, ROBERT L, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YARIA, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YARO, RAYMOND A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YEAGER, GEORGE A, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YHELKA, DAVID N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YOHN, DAVE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YOUNG, ALTON, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YOUNG, BERT, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YOUNG, DALE E, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, YOUNG, DENNIS K, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZAGORSKI, CHARLES, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZAJAC, EUGENE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZENTZ, PAUL R, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZIAS, JOHN, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZIKELI, PAUL, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZOMBECK, WILLIAM J, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZONA, SILVESTRO, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZUBOVSKY, STEVE, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PEIRCE JR, ROBERT N, ZWIERYZNSKI, PETER, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 |
| 21068 | PELAEZ, PAUL, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | PELAIA, MITCHELL S, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | PELELA, ARTHUR, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | PELESKY, STEPHEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PELFREY, KENNETH L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PELFREY, KENNETH L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PELFREY, WILLIAM F, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | PELHAM, CHARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | PELIC, ANTHONY, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237 |
| 21068 | PELKEY, GERALD K, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  PELKEY, ROY L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PELKEY, SR, KENNETH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PELL, MYRTLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PELL, MYRTLE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PELLAND, GEORGE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PELLEGRIN, GERALD LEON, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  PELLEGRINO, SALVATORE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PELLEGRINO, SALVATORE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PELLETIER, ALFRED W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  PELLETIER, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PELLETIER, PHILLIP, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  PELLETIER, RENE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PELLETIER, ROLAND G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PELLETIER, RONALD F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  PELLICER, NICHOLAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PELLIGRENE, RUSSELL A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PELLIGRINO, ALFIO, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PELLILLO, ANDY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  PELLITIER, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  PELLITTERI, ANTHONY J, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068  PELLITTERI, ANTHONY J, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068  PELLITTERI, ANTHONY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  PELLITTERI, CARMEN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  PELLITTERI, CARMEN, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  PELLOAT, III, JACQUES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  PELLONI, JOHN A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PELO, ROBERT S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PELOQUIN, WILLIAM J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  PELOSO, LAWRENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PELPHREY, ROBERT K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PELRINE, ABRAHAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  PELT, C A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PELT, CHARLIE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PELTON, JAMES G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  PELTON, JOHN S, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  PELTON, LESLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

---

Svc Lst   Name and Address of Served Party

---

21068   PELTON, LESLIE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   PELTZER, BENSON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PELUSI, FRANK, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   PELUSO, FRANK J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PELUSO, NICHOLAS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PELUSO, PHILIP, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PELVAULINEOS, ROGER, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   PELZER, CHARLES J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PEMBER, CARL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEMBERTON, CLAY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   PEMBLE, ROBERT, SELIGER & MIKVA, LTD, 515 N MICHIGAN AVE, STE 500, CHICAGO, IL, 60611-3801

21068   PENA, ALVARO G, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   PENA, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENA, HENRY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENA, ISIDRO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENA, JESUS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENA, JR, MAURICIO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   PENA, JR, VICTOR, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   PENA, LOLO R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENA, LOLO R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   PENA, SR, JOSE, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21069   PENA, VELMA, ABRAHAM MOSS, 5350 S STAPLES, CORPUS CHRISTI, TX, 78411

21068   PENA, VELMA, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21069   PENA, VIDAL, PAUL C GARNER, ESQ, 30 VESEY STREET, 15TH FLOOR, NEW YORK, NY, 10007

21068   PENA, WILLIE T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PENA, WILLIE T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PENALBER, JR, BUSH H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PENALBER, JR, BUSH H, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   PENAMON, FANNIE M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PENAMON, FANNIE M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PENCE, CHARLES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PENCE, CHARLES R, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   PENCE, GEORGE W, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   PENCE, KENNETH L, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   PENCE, MARK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   PENCE, MARK, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   PENCE, SR, GERALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PENCHION, FREDDIE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PENCOLA, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PENDER, ALFRED, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENDER, CARL A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENDER, JOHN T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENDER, THOMAS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENDERGRAFF, IVAN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PENDERGRASS, JANIE V, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | PENDERGRASS, MATTHEW W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | PENDERGRAST, HUGHS M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | PENDERGRAST, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENDLETON, JR, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | PENDLETON, MARY M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PENDLETON, MARY M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | PENDLETON, RENNIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENDLETON, RUSSELL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | PENDLETON, WALDO F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENDLEY, MELBOURN E, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301 |
| 21068 | PENDLEY, RAYMOND D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENDLEY, RAYMOND, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | PENDLEY, WILLIAM E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENDLOSKY, JOHN J, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 |
| 21068 | PENDLUM, JOHN D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | PENDREY, RALPH A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | PENDREY, RALPH A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | PENDYGRAFT, DONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PENDYGRAFT, DONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PENDZICH, GEORGE L, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | PENHOLLOW, WILLIAM, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | PENHORWOOD, PHILLIP C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PENICK, JERRY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENIOWICH, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PENISTON, MARYLON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | PENIX, ROBERT H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | PENKALSKI, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENKALSKI, RONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PENLAND, LUTHER C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | PENLAND, SR., GLEN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENLEY, IVAN L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | PENN, ALBERT K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENN, ALTON L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PENN, AMELDA F, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | PENN, CHARLES W, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801 |
| 21068 | PENN, GWENDOLYN W, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | PENN, HERBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PENN, KENNETH K, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | PENN, LEDGER J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PENN, LEDGER J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PENN, OLIVER, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | PENN, OLIVER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENN, ROBERT L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | PENN, ROBERT L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21069 | PENN, SR, ALFONSO Z, LAW OFFICES OF PETER G ANGELOS, 201 S CLEVELAND AVENUE, HAGERSTOWN, MD, 21740 |
| 21068 | PENN, TOMMIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENNA, JOSEPH A, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | PENNA, LOUIS A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNA, PETE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNACCHIO, DENNIS A, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | PENNELL, BILLIE J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | PENNEY, CARL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENNEY, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENNEY, JOHN R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | PENNEY, JOHN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNEY, JOHN R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PENNINGER, M E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PENNINGER, M E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PENNINGS, HENRY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | PENNINGTON, AARON J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PENNINGTON, ANDREW, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENNINGTON, BILLY J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | PENNINGTON, BILLY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENNINGTON, BILLY, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | PENNINGTON, CARL, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21069 | PENNINGTON, CARL, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202 |
| 21068 | PENNINGTON, CHARLES V, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | PENNINGTON, CHARLES V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNINGTON, CHARLES V, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | PENNINGTON, DON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENNINGTON, DOYLE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | PENNINGTON, DOYLE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNINGTON, DOYLE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PENNINGTON, GENE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | PENNINGTON, GENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNINGTON, GENE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | PENNINGTON, GRADY C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENNINGTON, JACK C, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | PENNINGTON, JACK C, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | PENNINGTON, JACK C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PENNINGTON, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PENNINGTON, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | PENNINGTON, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNINGTON, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PENNINGTON, JESSIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PENNINGTON, JR, ROY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PENNINGTON, JR, ROY W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | PENNINGTON, JULIUS G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PENNINGTON, JULIUS G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PENNINGTON, LAFIR R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PENNINGTON, LEONARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PENNINGTON, LEONARD, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | PENNINGTON, MARVIN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PENNINGTON, MICKEY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | PENNINGTON, MICKEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PENNINGTON, MILLARD A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | PENNINGTON, RAY ALVIN, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | PENNINGTON, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PENNINGTON, ROBERT E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PENNINGTON, ROGER D, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | PENNINGTON, ROY S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   PENNINGTON, SR, GEORGE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENNINGTON, SR, GEORGE A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   PENNINGTON, THOMAS, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   PENNINGTON, VANIS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PENNMAN, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PENNY, ESEYO K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   PENNY, FREDERICK J  B, ARTHUR L. PETERSEN, 3604 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   PENNY, GERALD G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PENNY, GERALD G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PENNY, LAVERNE M, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   PENNY, SR, DONALD A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PENNY, SR, VERNON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PENNY, SR, VERNON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PENO, THEODORE C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   PENOUILH, SHIRLEY M, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   PENOUILH, SHIRLEY M, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21069   PENROD, DALE E, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101

21068   PENROD, DALE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PENROD, DAVID A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PENROD, JOHN L, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068   PENROD, ROMAN H, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   PENSON, DONALD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENSON, DONALD W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   PENTON, EDWARD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PENTON, JOHNNIE J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PENTON, JOSEPH R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PENTON, JOSEPH R, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   PENTON, LEVI J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PENTON, SR, JAMES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PENTON, SUSIE B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PENTZ, JOHN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PENWELL, EMERSON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PEOPLES, ALBERT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PEOPLES, BIRNIE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PEOPLES, CALVIN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PEOPLES, ELLEN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   PEOPLES, EMORY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

Svc Lst   Name and Address of Served Party

---

21068   PEOPLES, FRED L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   PEOPLES, HOWARD L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PEOPLES, JAMES L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PEOPLES, JAMES L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PEOPLES, JR, GRADY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PEOPLES, JR, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PEOPLES, JR, WILLIAM J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PEOPLES, RAYFORD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEOPLES, RICHARD, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   PEOPLES, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PEOPLES, RICHARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PEOPLES, ROGER DALE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PEOPLES, SR, CHARLES R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PEOPLES, SR, HERBERT, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   PEOPOLES, ALFRED J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PEOPOLES, ALFRED J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PEOTTER, SR, RAYMOND J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   PEPARAK, ANTHONY F, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   PEPARAK, ANTHONY F, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   PEPE, ANTHONY, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   PEPE, JAMES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   PEPE, SAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PEPICELLI, JAMES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   PEPIN, DORIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEPIN, RICHARD W, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PEPLINSKI, ROBERT F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   PEPLOWSKI, GEORGE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   PEPPER, PAUL E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PEPPERS, HOMER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEPPERS, HOMER L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   PEPPERS, KELVIN, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   PEPPERS, KELVIN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   PEPPERS, LARRY R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   PEPPERS, LARRY R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   PEPPERS, MELVIN, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   PEPPERS, SR, HOYT C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PERALES, ANDREW A, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PERALES, ANDREW A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   PERALEZ, ALFRED, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PERALTA, JOSE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERALTA, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PERAZA, JOSE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   PERCIFIELD, WALLACE G, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   PERCLE, STANLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PERCY, EDWARD L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERDEW, EDWARD M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERDUE, ELOISE W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PERDUE, ELOISE W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PERDUE, GEORGE D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   PERDUE, JACK S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERDUE, JAMES E, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   PERDUE, JOE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERDUE, KELLY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PERDUE, KELLY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PERDUE, LINDA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PERDUE, LINDA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PERDUE, MICHAEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERDUE, WILLIAM M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERE, JOHN H, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   PEREGOY, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PEREGRINE, MERLE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   PEREIRA, WILLIAM C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PERELLI, MARION J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   PEREMBA, RICHARD M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PEREZ, ABEL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEREZ, ADAN, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   PEREZ, ANDREW M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEREZ, ANGEL, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   PEREZ, ANTONIO G, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   PEREZ, ANTONIO W, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   PEREZ, ASILDO L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEREZ, BENITO A, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   PEREZ, CHARLES, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   PEREZ, CHARLES, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  PEREZ, DOMINGO C, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  PEREZ, DOMINGO G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEREZ, EDWIN A, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  PEREZ, FRED L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  PEREZ, GEORGE, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  PEREZ, GEORGE, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  PEREZ, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEREZ, GONZALO C, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  PEREZ, GREGORY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069  PEREZ, GUADALUPE S, 712 16TH ST, CORPUS CHRISTI, TX, 78401

21068  PEREZ, ISRAEL R, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  PEREZ, ISRAEL R, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  PEREZ, ISRAEL R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEREZ, JOE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  PEREZ, JOHN, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  PEREZ, JORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PEREZ, JOSE F, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  PEREZ, JOSE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEREZ, JOSEPH, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  PEREZ, LEE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  PEREZ, MANUEL E, HARRISON AND DEGARMO, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94102

21068  PEREZ, MANUEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PEREZ, MANUEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  PEREZ, RAMIRO G, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  PEREZ, RAMIRO G, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  PEREZ, RAMIRO G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEREZ, RAUL G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  PEREZ, SEVERIANO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  PEREZ, SR, DANIEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEREZ, TELESFORO S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PEREZ, THEODORE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  PEREZ, THOMAS L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PEREZ, TIMOTELLO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PERGIOVANNI, CLEMENT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PERGIOVANNI, CLEMENT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PERGRAM, ORVILLE LEE, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  PERKERSON, G R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PERKERSON, G R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | PERKEY, DONALD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PERKEY, MICHAEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PERKIN, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PERKINS, ADDISON EVERETTE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | PERKINS, ALLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | PERKINS, ANNE M, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | PERKINS, ANNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | PERKINS, AUBREY L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | PERKINS, AVERY W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | PERKINS, BILL D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | PERKINS, BOBBI W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PERKINS, BOOKER T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERKINS, CARTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERKINS, CHARLES E, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | PERKINS, CHARLES E, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | PERKINS, CHARLES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | PERKINS, CHARLES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21069 | PERKINS, CHARLIE, BAKER, JAMES, LAW OFFICES OF DANNY E CUPIT PC, PO BOX 22929, 304 N CONGRESS ST, JACKSON, MS, 39201-1601 |
| 21068 | PERKINS, CHARLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | PERKINS, CLIFFORD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PERKINS, COOLIDGE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PERKINS, DALLAS E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | PERKINS, DEWAIN A, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | PERKINS, DEWAIN A, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | PERKINS, DONALD R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | PERKINS, DONALD R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | PERKINS, FRED, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | PERKINS, FRED, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | PERKINS, GENE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERKINS, GEORGE W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | PERKINS, HERBERT E, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | PERKINS, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | PERKINS, JAMES L, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | PERKINS, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | PERKINS, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PERKINS, JAMES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PERKINS, JESSE M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | PERKINS, JOE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | PERKINS, JOEL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERKINS, JOHN W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | PERKINS, JOHN W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | PERKINS, JOHN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | PERKINS, JR, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERKINS, JR, EUGENE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | PERKINS, JR, JAMES, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PERKINS, JUDY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | PERKINS, LARRY D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | PERKINS, LELAND, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | PERKINS, LESSIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | PERKINS, MATTHEW D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PERKINS, MAX B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PERKINS, NATHAN, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | PERKINS, PAUL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | PERKINS, RANDY, WHYLAND & RICHMOND, LLP, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212 |
| 21068 | PERKINS, RICHARD E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PERKINS, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PERKINS, ROBERT J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | PERKINS, ROBERT J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PERKINS, ROBERT J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PERKINS, ROBERT J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | PERKINS, ROBERT S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21069 | PERKINS, ROBERT, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607 |
| 21068 | PERKINS, RONALD H, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21069 | PERKINS, RONALD H, ROBERT PEIRCE & ASSOCIATES, ROBERT PEIRCE, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1918 |
| 21068 | PERKINS, SAMUEL E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PERKINS, SAMUEL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | PERKINS, SR, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | PERKINS, SR, RUFUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | PERKINS, SR., GEORGE K, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 PERKINS, SR., GEORGE K, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 PERKINS, TERRANCE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PERKINS, TERRANCE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 PERKINS, TERRELL E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 PERKINS, TERRELL E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 PERKINS, TOMMY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 PERKINS, TOMMY L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068 PERKINS, VERBA L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 PERKINS, WALTER T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 PERKINS, WALTER T, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068 PERKINS, WALTER W, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068 PERKINS, WALTER W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 PERKINS, WALTER W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068 PERKINS, WALTER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068 PERKINS, WAYNE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 PERKINS, WILLIAM H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 PERKINS, WILLIAM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 PERKINS, WILLIAM, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 PERKINS, WILLIAM, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068 PERKINS, WILLIE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PERKINS, WILLIE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 PERKINS, WILLIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 PERKINSON, ROBERT, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068 PERKL, EDWARD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 PERKS, DON, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068 PERLEWITZ, HAROLD, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 PERLINE, JAMES V, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068 PERLINGER, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 PERLZAK, JR, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068 PERMAN, FRANK S, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068 PERMENTER, CHARLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 PERMENTER, JR, JULIAN M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 PERNELL, DORA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 PERNELL, GERALDINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 PERNELL, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 PERNELL, RICHARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 PERNELL, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 PERNESTTI, LAWRENCE F, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068 PERNICE, CARLTON A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 PERNICE, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068 PERNIOLA, RICHARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068 PERNIOLA, VINCENT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068 PERNO, JOHN L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 PEROLIO, GEORGE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068 PERONE, LOUIS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068 PEROT, BARBARA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 PEROT, P J, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068 PEROT, ROGER, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 PEROUTKA, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068 PERPALL, DANIEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068 PERRAULT, ROGER G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 PERRAULT, ROMEO L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 PERRAULT, RUSSELL R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068 PERRED, J RONALD, RADCLIFF, TRAVIS E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 PERRELL, FRANKLIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 PERRET, JR, ALWIN P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068 PERRET, SR, ARMEL, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069 PERRET, SR, ARMEL, TALBOT, CARMOUCHE, MARCHAND, PO BOX 759, GONZALES, LA, 70707

21068 PERRET, WILLIAM A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 PERRETT, JOE A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 PERRETT, JOE A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 PERRETT, JOE A, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068 PERRETTE, JAMES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068 PERRETTE, JOHN G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 PERRETTE, ROBERT T, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068 PERRI, ALBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 PERRI, ALBERT J, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068 PERRICONE, ANTHONY, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068 PERRICONE, BENNY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   PERRIGIN, RAIFORD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PERRIGIN, RUFORD A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PERRILLI, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD
        FLOOR, PITTSBURGH, PA, 15219

21068   PERRIN, ALMA D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS,
        39157-8659

21068   PERRIN, ALMA D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT,
        SC, 29465

21068   PERRIN, ALMA D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX,
        77017

21068   PERRIN, CHRISTINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PERRIN, LARRY J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   PERRIN, MARY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PERRIN, VIRGINIA L, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442
        MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   PERRINE, GARY R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND,
        OH, 44113-1998

21068   PERRINE, LARRY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PERRINE, LARRY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PERRINE, WALLACE V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PERRINE, WALLACE V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PERRINE, WILLIAM, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR,
        CHARLESTON, WV, 25301

21068   PERRIO, GEORGE W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL,
        PORT ARTHUR, TX, 77642

21068   PERRITT, DAVID, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL
        5TH FL, DALLAS, TX, 75204

21068   PERRITT, JODY W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
        PENSACOLA, FL, 32502

21068   PERRON, MALCOLM, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   PERRONE, KENNETH J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER
        DRIVE, WOODBRIDGE, NJ, 07095

21068   PERRONE, RALPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PERRONE, VINCENT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER
        DRIVE, WOODBRIDGE, NJ, 07095

21068   PERROTTA, PIETRO, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PERROTTI, PIETRO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX,
        76013-1620

21069   PERRY (DECEASED), EARL C, BOBBY LINTELMAN C/O JOHN SANDHOP, 407 CITIZENS BANK
        TOWER, PO BOX 8, BAYTOWN, TX, 77522

21068   PERRY SR., CARL E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH,
        BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   PERRY, ALFONZO, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS,
        MS, 39564

21068   PERRY, ALFRED M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERRY, ALFRED, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL
        5TH FL, DALLAS, TX, 75204

21068   PERRY, ANGELO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
        33146-1434

21068   PERRY, ANGELO, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-
        1246

21068   PERRY, ANNIE F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PERRY, ANNIE P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PERRY, ANTHONY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERRY, ARTHUR W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
        33146-1434

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   PERRY, BISHOP T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   PERRY, BISHOP T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERRY, BISHOP T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERRY, BRADY, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   PERRY, BRADY, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   PERRY, BRAXTON, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PERRY, BRAXTON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PERRY, BRYANT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PERRY, CARL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   PERRY, CARL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   PERRY, CAROLYN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PERRY, CAROLYN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERRY, CAROLYN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PERRY, CARROLL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PERRY, CECIL W, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PERRY, CECIL W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PERRY, CECIL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   PERRY, CHARLES K, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PERRY, CHARLES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   PERRY, CHARLES, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068   PERRY, CHARLES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PERRY, CHARLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERRY, CHESTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   PERRY, CHRISTINA, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068   PERRY, DAVID L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PERRY, DAVID W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PERRY, DONALD R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   PERRY, DONALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERRY, DUANE, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   PERRY, ELMORE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERRY, EMMA L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   PERRY, EMMA L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   PERRY, ERNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PERRY, ERNEST, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PERRY, FRANK, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PERRY, FRED, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | PERRY, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PERRY, GARRY R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | PERRY, GEORGE H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | PERRY, GEORGE W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | PERRY, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERRY, GEORGE, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | PERRY, GLEN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | PERRY, GLENN J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | PERRY, GLENNIS F, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | PERRY, GLENNIS F, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21069 | PERRY, GRADY F, N CALHOUN ANDERSON JR, PC, JENNIFER SIMS, 340 EISENHOWER DR BLDG 300 STE B, SAVANNAH, GA, 31406 |
| 21068 | PERRY, GREGG, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | PERRY, HAROLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERRY, HERMAN P, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301 |
| 21069 | PERRY, IVY L, BRANDENBURG & BRANDENBURG PC, 715 TIJERAS NW, ALBURQUERQUE, NM, 87102 |
| 21068 | PERRY, IVY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | PERRY, JAMES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | PERRY, JAMES H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | PERRY, JAMES L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERRY, JAMES L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | PERRY, JAMES W, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | PERRY, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PERRY, JAMES W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PERRY, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERRY, JAMES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PERRY, JASPER E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PERRY, JASPER E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | PERRY, JESSIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PERRY, JESSIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | PERRY, JOHN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERRY, JOHNNY T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | PERRY, JOSEPH A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PERRY, JOSEPH T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PERRY, JOSEPH, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | PERRY, JOSEPH, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |

Svc Lst  Name and Address of Served Party

---

21068  PERRY, JR, CZAR, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  PERRY, JR, ERNEST, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  PERRY, JR, HENRY E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  PERRY, JR, JESSE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  PERRY, JR, JOSEPH, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  PERRY, JR, LOUIS T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PERRY, JR, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PERRY, JR, WALTER, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  PERRY, JR, WILLIAM C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  PERRY, JR, WILLIAM T, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  PERRY, JR., SHAD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PERRY, JULIUS H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PERRY, KEITH C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  PERRY, KERMIT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  PERRY, LARRY, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  PERRY, LESLIE, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  PERRY, LESTER, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  PERRY, LESTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PERRY, LESTER, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  PERRY, LORETTA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PERRY, LORETTA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PERRY, LUCIUS B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  PERRY, MARY B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PERRY, MARY L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  PERRY, MARY L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  PERRY, MAUDIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  PERRY, MAUDIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  PERRY, MELVIN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PERRY, MICHAEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PERRY, MICHAEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PERRY, MILDRED M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PERRY, MILDRED M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  PERRY, MILTON C, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  PERRY, PAUL J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PERRY, PAUL T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PERRY, PAUL T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PERRY, PAUL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PERRY, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERRY, QUEEN L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PERRY, QUEEN L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PERRY, RALPH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERRY, RICHARD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   PERRY, ROBERT M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERRY, ROBERT T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PERRY, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERRY, ROSA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PERRY, SANFORD E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PERRY, SHERRILL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PERRY, SHERRILL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PERRY, SHIRLEY L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   PERRY, SHIRLEY L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   PERRY, SIDNEY W, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   PERRY, SR, EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERRY, SR, FRANCIS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERRY, SR, JAMES M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21069   PERRY, SR, JAMES M, LUCAS, ALVIS, KIRBY, 250 PARK PLACE TOWER, 2001 PARK PLACE NORTH, BIRMINGHAM, AL, 35203

21068   PERRY, SR, MACK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PERRY, SR, MACK E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   PERRY, SR, OCEANUS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PERRY, SR, PAUL E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PERRY, SR, PAUL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERRY, SR, PAUL E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PERRY, SR, WARDELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERRY, SR., FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PERRY, STEVE F, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   PERRY, TED, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   PERRY, THOMAS B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERRY, THOMAS B, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   PERRY, THOMAS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERRY, TOM, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PERRY, TRACY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PERRY, WILBUR L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PERRY, WILL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   PERRY, WILL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PERRY, WILLIAM T, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PERRY, WILLIAM, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   PERRY, WILLIE G, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   PERRY, WILLIE M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PERRY, WILLIE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PERRY, WILLIE M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PERRY, WILMA N, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   PERRYMAN, ARTHUR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PERRYMAN, BEATRICE D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PERRYMAN, CHARLOTTE R, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   PERRYMAN, ELGIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PERRYMAN, ELGIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PERRYMAN, FRANK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   PERRYMAN, GEORGE, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068   PERRYMAN, MARVIN P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PERRYMAN, MARVIN P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PERRYMAN, MARY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PERRYMAN, MARY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PERRYMAN, RANDOLPH, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   PERRYMAN, RANDOLPH, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   PERRYMAN, RANDOLPH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   PERRYMAN, SHELBY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERRYMAN, WAYNE A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   PERRYMAN, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   PERSALL, JACKIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PERSCHKE, WALTER C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PERSCHKE, WALTER C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   PERSELLO, AVELLINO, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   PERSER, J D, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PERSIANI, FRANK T, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PERSINGER, GENE R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   PERSINGER, GEORGE L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   PERSINGER, PAUL R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069   PERSKY, JOEL, SYLVESTER, GLORIA F, STANLEY MANDEL & IOLA, PO BOX 1858, HATTIESBURG, MS, 39403-1858

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    PERSOAGE, LORNE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    PERSON, BENJAMIN T, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    PERSON, BENJAMIN T, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    PERSON, JR, CHARLIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    PERSON, JR, TROY, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    PERSON, RUFUS, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    PERSONS, ALTON E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    PERSONS, CHARLES P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    PERSONS, FLORENCE S, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    PERSONS, GERALD J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    PERSONS, GLENN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    PERTELESI, QUINTO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    PERUGINI, JOSEPH D, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    PERUSHEK, LOUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    PESA, JOSEPH, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    PESCE, MICHAEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069    PESCHKO, RICHARD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068    PESHEK, GORDON, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068    PESHO, JR, LOUIS S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    PESINA, JR, JOHN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    PESINGER, HARRY A, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    PESONEN, MARTIN F, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068    PESTA, JOHN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    PESTER, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    PESTERFIELD, JAMES A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    PESTERFIELD, JAMES K, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    PESTERFIELD, ODIS, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    PESTERFIELD, ODIS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    PESTERFIELD, WILLIAM, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068    PETCOFF, NICK, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    PETCOFF, NICK, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068    PETE, HENRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  PETE, JIMMY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  PETE, SIDNEY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PETE, SR, MERTON G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  PETE, VICTORIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PETE, VICTORIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PETECCA, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD
       STE 1000, CLEVELAND, OH, 44115-1711

21068  PETECKI, THEODORE F, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING,
       442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  PETEFISH, HAROLD L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND,
       MS, 39157-8659

21068  PETELL, PAUL J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068  PETER, RUDOLPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PETER, RUDOLPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
       TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PETERKIN, COLEMAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST
       STE 2200, BALTIMORE, MD, 21201-3805

21068  PETERKIN, ERNEST, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE,
       MD, 21201-3101

21068  PETERMAN, ALICE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  PETERMAN, ALICE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  PETERMAN, DALE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA,
       94948-6169

21068  PETERMAN, JOHN R, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL,
       62095

21068  PETERMAN, VERNON L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID
       AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  PETERS SR., DANIEL G, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY
       PARK E 37TH FL, LOS ANGELES, CA, 90067

21068  PETERS, ANTHONY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT,
       SC, 29465

21068  PETERS, ARTHUR P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON,
       TX, 77017

21068  PETERS, BILL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE
       1000, CLEVELAND, OH, 44115-1711

21068  PETERS, BOBBIE J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA,
       70433

21068  PETERS, CHARLES R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA,
       70433

21068  PETERS, CHARLES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PETERS, CHARLES, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE,
       ELLWOOD CITY, PA, 16117

21068  PETERS, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  PETERS, CLEMILLE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA,
       70433

21068  PETERS, DANIEL H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO,
       NY, 14209

21068  PETERS, DENNY A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PETERS, DENNY A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
       TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PETERS, DERALD, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL,
       60607-5308

21069  PETERS, DONALD H, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE
       AVE STE 300, BUFFALO, NY, 14202-3901

21068  PETERS, DONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX,
       76013-1620

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PETERS, EARL R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERS, EDWARD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, ERNST L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   PETERS, FRED J, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   PETERS, FRED J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PETERS, GARY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PETERS, GEORGE G, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   PETERS, GEORGE R, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   PETERS, GEORGE R, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   PETERS, GEORGIA B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PETERS, GEORGIA B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PETERS, HAROLD C, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PETERS, HARRISON B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PETERS, HERMAN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   PETERS, HILTON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, HORACE, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   PETERS, ISAAC L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, JAMES E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   PETERS, JAMES P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, JAMES W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PETERS, JAMES W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PETERS, JAY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PETERS, JERRY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PETERS, JERRY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PETERS, JESSE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, JOHN M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, JOHN W, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   PETERS, JOHN W, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21069   PETERS, JOHN, ANGOTTI & STRAFACE, LC, 274 SPRUCE ST, MORGANTOWN, WV, 26505-7525

21068   PETERS, JOSEPH M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   PETERS, JOYCE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PETERS, JOYCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETERS, JOYCE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PETERS, JR, FREDDIE B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

WR Grace PI

Svc Lst  **Name and Address of Served Party**

21068   PETERS, JR, JOHN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, JR, NATHAN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PETERS, JR, NATHAN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PETERS, JR, NICHOLAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PETERS, JR, WILLIE B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, JR, WILLIE C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PETERS, KENNETH L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERS, KENNETH W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, LESLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, MATTIE J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PETERS, MATTIE J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PETERS, MERLE D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   PETERS, MIREE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, NICHOLAS T, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   PETERS, OSCAR, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, OTHA, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, PHILIP, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PETERS, RAYMOND, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PETERS, RAYMOND, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PETERS, RHODIA, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, RICHARD A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   PETERS, RICHARD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PETERS, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PETERS, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   PETERS, ROBERT, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   PETERS, RONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PETERS, RONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PETERS, RONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   PETERS, SHERMAN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   PETERS, SPERO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETERS, SR, FREDDIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   PETERS, THOMAS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERS, TOMMY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | PETERS, TOMMY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | PETERS, VELERA N, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | PETERS, VELERA N, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | PETERS, VELMA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | PETERS, VELMA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | PETERS, VICTOR L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | PETERS, VOLKERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | PETERS, WILLIAM M, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | PETERS, WILLIAM R, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614 |
| 21068 | PETERS, WILLIAM T, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | PETERS, WILLIAM Z, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | PETERS, WILLIE D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | PETERS, WILLIE E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | PETERS, WILLIE J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | PETERSEN, BART, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | PETERSEN, DONALD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | PETERSEN, EVERETT R, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21069 | PETERSEN, FRANKLIN A, THE LAW FIRM OF THOMAS KRAGH, 410 1ST STREET E, POLSON, MT, 59860 |
| 21069 | PETERSEN, FRANKLIN A, THOMPSON & BOECHLER, ONE NORTH 2ND ST STE 314, PO BOX 1932, FARGO, ND, 58107-1932 |
| 21068 | PETERSEN, FREDERICK S, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21069 | PETERSEN, JOHN F, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168 |
| 21068 | PETERSEN, JOHN F, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | PETERSON, ALBERT M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | PETERSON, ALVIE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PETERSON, ALVIE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PETERSON, ARTHUR L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | PETERSON, ARVIL P, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | PETERSON, BERNARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | PETERSON, BETTY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | PETERSON, BOBBY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | PETERSON, CHARLES M, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | PETERSON, CHARLIE O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | PETERSON, CURTIS W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | PETERSON, CURTIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    PETERSON, DALE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    PETERSON, DALE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    PETERSON, DONALD R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    PETERSON, DORIS P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PETERSON, EARNEST, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069    PETERSON, EDWARD L, BROWN & GOULD LLP, 7700 OLD GEORGETOWN RD STE 500, BETHESDA, MD, 20814-6204

21069    PETERSON, EDWARD L, THE LAW OFFICES OF PETER T ENSLEIN, P C, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20006

21068    PETERSON, ERNEST P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    PETERSON, FLOYD C, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068    PETERSON, FLOYD C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    PETERSON, FLOYD N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PETERSON, GAINES G, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21069    PETERSON, GAINES G, LUCAS, ALVIS, KIRBY, 250 PARK PLACE TOWER, 2001 PARK PLACE NORTH, BIRMINGHAM, AL, 35203

21068    PETERSON, GEORGE A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    PETERSON, GEORGE A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    PETERSON, GEORGE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    PETERSON, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    PETERSON, GLEN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    PETERSON, GLEN T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PETERSON, GROVER C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    PETERSON, HAROLD G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    PETERSON, HELEN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    PETERSON, HOWARD, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    PETERSON, J D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    PETERSON, J D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    PETERSON, JAMES J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    PETERSON, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    PETERSON, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069    PETERSON, JAMES, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307

21068    PETERSON, JIMMIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    PETERSON, JIMMIE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069    PETERSON, JOHN O, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168

21068    PETERSON, JOHN O, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068    PETERSON, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PETERSON, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   PETERSON, JOHN, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   PETERSON, JOSEPH F, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   PETERSON, JOSEPH F, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   PETERSON, JOSEPH, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   PETERSON, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PETERSON, JR, AMOS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERSON, JR, GEORGE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETERSON, JR, JIMMY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PETERSON, JR, JOHN F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PETERSON, KENNETH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETERSON, LARRY W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETERSON, LAWRENCE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   PETERSON, LAWRENCE, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   PETERSON, LEONARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PETERSON, LEONARD, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   PETERSON, LOREN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERSON, M C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PETERSON, MELVIN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PETERSON, PEARL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   PETERSON, RALPH A, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   PETERSON, RAYMOND A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERSON, RAYMOND A, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   PETERSON, RAYMOND A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETERSON, RAYMOND L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PETERSON, REUBEN F, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PETERSON, RICHARD, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35555

21068   PETERSON, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETERSON, RICHARD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   PETERSON, RICHARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PETERSON, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERSON, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PETERSON, ROBERT R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PETERSON, ROBERT S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETERSON, ROGER, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   PETERSON, RONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETERSON, RUBY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PETERSON, THEODORE, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   PETERSON, VANCE G, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   PETERSON, WALLACE J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PETERSON, WILLIAM, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   PETERSON, WILLIS L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PETESCH, FRANCIS E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   PETHTEL, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETIT, ANDREW V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETIT, ANDREW V, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   PETITO, GEORGE F, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   PETITT, ARVEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PETITT, JR, H J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   PETITTO, SAMUEL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   PETKOSEK, RONALD G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PETKOSEK, RONALD G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PETRAKOS, PETER G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PETRALIA, BOBBY LEROY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETRAS, EDWARD L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PETRAS, ROBERT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PETRAY, MELBOURNE R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   PETRAY, MELBOURNE R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PETRENELLA, VENCE, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   PETREY, JAMES T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PETREY, JERRY W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PETREY, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PETRICCIONE, JOSEPH, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   PETRICCIONE, MARTIN, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   PETRIE, EUGENE F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   PETRIE, RICHARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068  PETRILLO, ALBERT T, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  PETRINEC, MICHAEL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PETRINJAK, FRANK M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  PETRO, CARMEN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  PETRO, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  PETRO, RICHARD A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  PETRO, ROBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  PETROF, CHARLES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  PETROF, GEORGE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  PETROFF, SR, JOSEPH A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  PETRONE, JAMES, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  PETROS, GEORGE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069  PETROS, GEORGE, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068  PETROSKI, ADAM J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  PETROSKI, ADAM J, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  PETROSKY, JOHN T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PETROSKY, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PETROSKY, PHILLIP A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  PETROVICH, PAUL, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  PETRUCCI, ROBERT, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068  PETRUCCI, ROBERT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  PETRUCCIANI, DENO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PETRUCHA, ANTHONY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PETRUNGARO, JOE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  PETRUNO, EDWARD B, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  PETRUS, FRANCIS E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  PETRUSKA, GEORGE A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  PETRY, JOSEPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  PETRYLAK, MYKOLA, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PETRYSZAK, JOSEPH, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  PETRYSZAK, JOSEPH, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  PETSCH, PETER E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PETTAWAY, JESSE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  PETTAWAY, MARCUA, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  PETTAWAY, MARCUA, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  PETTAWAY, SR, JOSEPH E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PETTAWAY, THOMAS L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   PETTEGREW, LOWELL W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   PETTERSON, FRED E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   PETTERSON, THOMAS J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   PETTET SR., WILLIS R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PETTI, SR, HERMAN L, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   PETTIES, ALONZO C, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   PETTIETTE, RICKY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   PETTIFORD, LEONARD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PETTIFORD, LEONARD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PETTIFORD, SR, CLIFTON, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PETTIFORD, SR, CLIFTON, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PETTIGREW, EDDIE, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   PETTIGREW, MINNIE V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PETTIS, BRENDA F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PETTIS, BRENDA F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PETTIS, ERNEST W, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   PETTIS, PAUL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PETTIS, ROBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   PETTIS, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PETTIS, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PETTIS, WAYNE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PETTIT, FRANK H, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   PETTIT, HARRY F, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   PETTIT, JEROME, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   PETTIT, ORAL E, MITCHELL, JOHN R MITCHELL, 205 CAPITOL ST STE 301, CHARLESTON, WV, 25322

21068   PETTIT, SR, TEDDY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PETTREY, RONNIE K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETTRY, EUGENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PETTRY, JOHN F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PETTRY, JOHN F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PETTRY, PAUL A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PETTRY, PAUL A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PETTUS, JACK O, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PETTUS, MAURICE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PETTUS, MAURICE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PETTUS, ROLLIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PETTWAY, BILL Z, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   PETTWAY, ELOISE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PETTWAY, ELOISE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PETTWAY, EMMA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PETTWAY, EMMA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PETTWAY, JR, ALFRED C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PETTWAY, JR, ALFRED C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETTWAY, JR, ALFRED C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PETTWAY, JR, MARK, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   PETTWAY, JR, MARK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETTWAY, JR, MARK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PETTWAY, NAHORACE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PETTWAY, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PETTWAY, SANDY, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   PETTWAY, SANDY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   PETTWAY, SEARS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   PETTWAY, SEARS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETTWAY, SEARS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PETTWAY, WALTER R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PETTWAY, WALTER R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PETTWAY, WESLEY L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   PETTY, CARL E, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   PETTY, CARL E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   PETTY, CLARA G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   PETTY, DANNY D, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   PETTY, DONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   PETTY, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   PETTY, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PETTY, JOE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PETTY, RICHARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PETTY, ROGER D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   PETTY, RUBY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PETTY, RUBY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   PETTY, VIRGIL D, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068   PETTYGREW, JACK GORDON, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   PETYAK, JOHN S, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PEUGH, BARRY K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PEUGH, BARRY K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PEUGH, CHRISTI M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

Svc Lst   Name and Address of Served Party

---

21068   PEUGH, CHRISTI M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PEUGH, DOLA E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEUGH, ELSIE H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   PEUGH, ELSIE H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   PEUGH, JOHNNY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PEUGH, JOHNNY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PEUGH, MARY R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PEUGH, MARY R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PEUGH, TRAVIS A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PEUGH, TRAVIS A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   PEVAR, MAXWELL, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   PEVEHOUSE, THOMAS, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   PEVETO, WILLIAM, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   PEYREGNE, BRENDA R, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   PEYSEN, GERALD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PEYTON, BRIAN T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PEYTON, GERALD R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   PEYTON, III, CURTIS M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PEYTON, JOHN S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PEYTON, JOHN S, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   PEYTON, JOHN W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PEYTON, JOHN W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PEYTON, JR, CURTIS M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PEYTON, LARRY G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   PEYTON, REYNOLDS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   PEZZOLA, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   PFABE, CHARLES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   PFAFF, EDWARD J, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   PFAFF, KENNETH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   PFAFFENBACH, RAYMOND J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PFANDER, ALBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   PFAY, ARTHUR W, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   PFAY, ARTHUR W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PFEFFER, GILBERT C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   PFEFFER, KENNETH R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  PFEFFERKORN, CHARLES C, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069  PFEIFER & FABIAN PA, 326 ST PAUL PLACE, BALTIMORE, MD, 21201

21068  PFEIFER, ANTHONY, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  PFEIFER, GERALD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PFEIFER, GERALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  PFEIFER, GREGORY, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  PFEIFER, HARRY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  PFEIFER, MARVIN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PFEIFFER, CLIFFORD, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  PFEIFFER, JOHN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069  PFEIFFER, MILTON, GALEX TORTORETI & TOMES P C, 151 TICES LANE, EAST BRUNSWICK, NJ, 08816-2090

21068  PFEIFFER, ROBERT C, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PFEILER, JOHNNY, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  PFENNING, EVELYN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PFIEFFER, SR, WALTER E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PFIESTER, FREDERICK M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PFIESTER, JEANETTE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  PFLUGH, NEAL J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PFLUGH, RICHARD M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PFLUGH, ROBERT H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069  PFURR, EUGENE P, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068  PHAGAN, ONITA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  PHAGAN, ONITA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  PHAIR, LARRY T, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  PHALEN, JOSEPH D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  PHAMMACHANH, KINDA, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  PHAN, EDWARD J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  PHARES, DOROTHY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PHARES, JAMES C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  PHARES, MILLARD C, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068  PHARES, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PHARES, WILLIAM, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  PHARIS, HARVEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  PHARIS, WALDO, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  PHARISS, GERALD D, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

**Svc Lst   Name and Address of Served Party**

21068   PHARISS, GERALD D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   PHARR, BOBBY E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PHARR, BOBBY E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PHARR, GERALD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PHARR, JR, THOMAS E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   PHARR, RALPH C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PHARR, RALPH C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   PHARR, WILBOURN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PHARR, WILLIAM, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   PHARRIS, SR, WILLIAM L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PHEBUS, JAMES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PHELAN, GEORGE F, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PHELAN, MICHAEL D, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   PHELIX, GILBERT C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PHELPS, CHARLES L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   PHELPS, CHARLES L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   PHELPS, DAVID, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   PHELPS, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PHELPS, DENNIS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   PHELPS, GEORGE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   PHELPS, GERALD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PHELPS, GERALD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PHELPS, J L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PHELPS, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PHELPS, JOSEPH G, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   PHELPS, JR, ZEPHIE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   PHELPS, JR, ZEPHIE, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   PHELPS, JR., ESTELL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   PHELPS, KATIE M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   PHELPS, LAYTON, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PHELPS, LOUISE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   PHELPS, LOUISE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   PHELPS, MORGAN, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   PHELPS, MORGAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   PHELPS, NATHAN D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   PHELPS, NATHAN D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28
        BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   PHELPS, PATRICK, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   PHELPS, TERRY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE,
        MD, 21201-3101

21068   PHELPS, THOMAS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PHELPS, THOMAS R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE
        STREET, SUITE 1600, ATLANTA, GA, 30309

21068   PHELPS, THOMAS R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D,
        ATLANTA, GA, 30338-5169

21068   PHELPS, THOMAS R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28
        BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   PHELPS, WILLIAM B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
        33146-1434

21068   PHIFER, EMANUEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   PHIFER, EMANUEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   PHIFER, L C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL,
        32502

21068   PHIFER, ROBERT L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PHILBIN, GENE A, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PHILEN, GARY A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX
        550219 35222, BIRMINGHAM, AL, 35255

21069   PHILEN, GARY A, LUCAS, ALVIS, KIRBY, 250 PARK PLACE TOWER, 2001 PARK PLACE NORTH,
        BIRMINGHAM, AL, 35203

21068   PHILEN, ROBERT M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   PHILEN, ROBERT M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS,
        39201

21068   PHILHOWER, LOUIS P, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE
        200, BETHLEHEM, PA, 18018

21068   PHILIP, BRUCE A, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200,
        BETHLEHEM, PA, 18018

21068   PHILIP, RICHARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PHILIPPS, SR, HUBERT P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON
        RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PHILIPS, JR, BURLESON D, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX,
        78666

21068   PHILIPS, JR, BURLESON D, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-
        2479

21068   PHILIPS, JR, BURLESON D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   PHILIPS, PHILIP, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   PHILLABAUM, JR, HARLEY C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220
        HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   PHILLIP, ANTON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-
        1434

21068   PHILLIP, HARRY, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   PHILLIP, SR, JOSEPH P, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC,
        29812-0365

21068   PHILLIP, SYLBERT, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700,
        BALTIMORE, MD, 21201

21068   PHILLIPI, CHARLES, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE,
        ELLWOOD CITY, PA, 16117

21068   PHILLIPS, ALFRED D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   PHILLIPS, ALTON E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   PHILLIPS, ANDREW LEE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500
        VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   PHILLIPS, ANDREW LEE, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA
        BLVD E, CHARLESTON, WV, 25311-2413

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | PHILLIPS, ANTHONY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PHILLIPS, ARBIE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | PHILLIPS, ARTIS L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PHILLIPS, ARTIS L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | PHILLIPS, BARBARA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PHILLIPS, BARBARA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PHILLIPS, BARBARA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PHILLIPS, BENNETT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PHILLIPS, BETTY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PHILLIPS, BILLY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | PHILLIPS, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PHILLIPS, BILLY J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | PHILLIPS, BILLY W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PHILLIPS, BILLY W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PHILLIPS, BOBBIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | PHILLIPS, BOBBY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PHILLIPS, BRENDA, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | PHILLIPS, BRUCE A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | PHILLIPS, BUDDY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PHILLIPS, BUDDY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PHILLIPS, CALVIN A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | PHILLIPS, CHARLES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PHILLIPS, CHARLES F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | PHILLIPS, CHARLOTTE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21069 | PHILLIPS, CLARENCE, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025 |
| 21068 | PHILLIPS, CLAYTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | PHILLIPS, CLEO M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | PHILLIPS, CURTIS R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | PHILLIPS, CURTIS R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | PHILLIPS, DALE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | PHILLIPS, DALE J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | PHILLIPS, DANNY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | PHILLIPS, DANNY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | PHILLIPS, DANNY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | PHILLIPS, DANNY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | PHILLIPS, DANNY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | PHILLIPS, DARRELL J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | PHILLIPS, DARRELL J, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    PHILLIPS, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    PHILLIPS, DAVIS E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    PHILLIPS, DENNIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    PHILLIPS, DON E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    PHILLIPS, DONALD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PHILLIPS, DONALD M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    PHILLIPS, DONALD W, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    PHILLIPS, DOROTHY M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    PHILLIPS, EARL R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    PHILLIPS, ELVIS L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    PHILLIPS, ERNEST R, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    PHILLIPS, ESTORIA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PHILLIPS, ETHEL B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    PHILLIPS, ETHEL B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069    PHILLIPS, EUGENE L, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068    PHILLIPS, FANNIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    PHILLIPS, FANNIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    PHILLIPS, FANNIE S, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    PHILLIPS, FANNIE S, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    PHILLIPS, FAY R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    PHILLIPS, FLOREADA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    PHILLIPS, FLOREADA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    PHILLIPS, FLOYD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    PHILLIPS, FLOYD, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068    PHILLIPS, FRANK, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    PHILLIPS, FRANK, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    PHILLIPS, GARY K, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    PHILLIPS, GARY K, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    PHILLIPS, GEARY, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068    PHILLIPS, GENE H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    PHILLIPS, GENE R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    PHILLIPS, GEORGE F, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068    PHILLIPS, GEORGE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PHILLIPS, GEORGE W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PHILLIPS, GERALD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068    PHILLIPS, GERTHA, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    PHILLIPS, GLEN W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  PHILLIPS, GLENDLE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PHILLIPS, GOLDIE S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  PHILLIPS, GREER M, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  PHILLIPS, HAROLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PHILLIPS, HARRY G, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  PHILLIPS, HENRY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  PHILLIPS, HENRY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  PHILLIPS, HERMAN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  PHILLIPS, HUGH B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  PHILLIPS, J C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  PHILLIPS, J C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  PHILLIPS, JACK N, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  PHILLIPS, JACK R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  PHILLIPS, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PHILLIPS, JAMES A, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  PHILLIPS, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  PHILLIPS, JAMES E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  PHILLIPS, JAMES F, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068  PHILLIPS, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PHILLIPS, JAMES H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  PHILLIPS, JAMES R, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  PHILLIPS, JAMES V, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  PHILLIPS, JAMES W, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  PHILLIPS, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  PHILLIPS, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  PHILLIPS, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  PHILLIPS, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  PHILLIPS, JAMES, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  PHILLIPS, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  PHILLIPS, JAMES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  PHILLIPS, JAMES, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  PHILLIPS, JEROME W, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  PHILLIPS, JIMMY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  PHILLIPS, JIMMY D, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  PHILLIPS, JOANN, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  PHILLIPS, JOHN C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    PHILLIPS, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    PHILLIPS, JOHNNY E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    PHILLIPS, JOSEPH E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21069    PHILLIPS, JOYCE W, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

21068    PHILLIPS, JR, CHARLES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    PHILLIPS, JR, HAROLD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    PHILLIPS, JR, JOHN M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    PHILLIPS, JR, NATHAN O, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    PHILLIPS, JR, RAYMOND G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069    PHILLIPS, JR, RAYMOND W, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068    PHILLIPS, JR, ROBERT L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    PHILLIPS, JR, ROBERT L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    PHILLIPS, JR, WILLIE G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    PHILLIPS, JUDSON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    PHILLIPS, JUNIOR W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    PHILLIPS, JUNIOR W, ROSENTHAL, HARRY J ROSENTHAL, ESQ, 834 WEST CAPITOL STREET, JACKSON, MS, 39203

21068    PHILLIPS, KATHY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    PHILLIPS, KEVIN R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    PHILLIPS, L G, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    PHILLIPS, LARRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    PHILLIPS, LARRY, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    PHILLIPS, LLOYD D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    PHILLIPS, LONNIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    PHILLIPS, LOVIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    PHILLIPS, LURLINE E, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068    PHILLIPS, LUTHER R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069    PHILLIPS, M, MITCHELL, JOHN R MITCHELL, 205 CAPITOL ST STE 301, CHARLESTON, WV, 25322

21068    PHILLIPS, MACK C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    PHILLIPS, MARIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    PHILLIPS, MARTIN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    PHILLIPS, MARY J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    PHILLIPS, MARY J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    PHILLIPS, MARY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    PHILLIPS, MARY R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    PHILLIPS, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    PHILLIPS, MELVIN G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701