**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    REYES, ANGEL M, CAPPS, FOSTER, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CARRIGER, RONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CARTER, EDDIE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CARVER, SR, OTIS M, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CASH, CHARLES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CATES, THOMAS, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CHAFIN, GEORGE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CHAPLIN, LAWRENCE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CHAPMAN, KENNETH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CHRISTOPHER, ROBERT L, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CLANCY, BRIAN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CLARK, FRANK G, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CONLEY, EUGENE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, COX, HENRY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CROWE, JOHN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CRUMPTON, RICHARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CUMMINS, WINFORD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, CUNNINGHAM, JAMES J, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DACHSTEINER, WALTER, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DAVIS, CHARLES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DEAN, HARRY C, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DEHOFF, JIM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DEJARNETTE, JAMES W, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DEMOOR, JOSEPH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DOUGHERTY, JOSEPH T, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DRINNEN, FLOYD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DUNCAN, LAWRENCE D, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, DURHAM, CLINTON, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, EAKLOR, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, EDWARDS, JOHN W, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | REYES, ANGEL M, ELLIS, DANIEL E, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, ELLISON, ELLSWORTH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, ERBS, WILBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, EVANS, RALPH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FEKETE, MICHAEL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FIKE, RICHARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FINNEGAN, III, WILLIAM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FINNEGAN, MICHAEL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FIORUCCI, PAUL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FITZLER, NORMAN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FOGLE, TERRY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FORLINES, CECIL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FRAIZER, GERALD R, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FRANK, MELVIN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, FRISELLA, PETE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GAINES, EDWARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GAUSSELIN, WILLIAM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GEER, RONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GOULSTONE, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GRAY, ADRIN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GRAY, JOHN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GREEN, LAWRENCE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GREEN, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GRIBBLE, DON, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GRIFFIN, WALSA, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, GRIGSBY, FRANK, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, HABERSTROH, JOSEPH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, HAFER, WILLIAM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, HAMILTON, HAYWARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, HARRIS, WESLEY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   REYES, ANGEL M, HECKEL, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HELMS, SR, WALTER, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HENDLEY, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HENDRICKSON, DONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HENDRIX, TERRY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HESS, WILLIAM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HIGGINS, JOSEPH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HOOKS, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HORN, CHARLES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HUFF, BURL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HUGHES, DONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, HUNT, MELVIRN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, ILLINGER, HAROLD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, IRWIN, JOHN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JACKSON, WILBURN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JEN, SR, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JENNINGS, LEON, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JENSEN, DONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JETT, DONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JOHNSON, RALPH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JONES, CLIFFORD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, JORDAN, JOHN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, KARASE, WALTER, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, KENNEDY, ERAN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, KINNISON, SR, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, KJAR, NORMAN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, KLOECKNER, MELVIN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, KNIGHT, RICHARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, KNISELL, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LADY, LARRY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   REYES, ANGEL M, LANDA, HOWARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LANDRUM, RAMONA, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LARSON, LAWRENCE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LASTER, WILLIAM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LESLINE, EDWARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LIBERTON, JOSEPH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LINEBACK, ALAN A, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   REYES, ANGEL M, LOGAN, SR, MARTIN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LOUIS, LINDA, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, LUCAS, OTIS, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MABERY, WAYNE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MAHN, VINCENT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MANNINO, FRANCESCO, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MARESCHAL, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MAXEDON, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MCCLENDON, GEORGE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MCDUFFIE, SR, ARNOLD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MCGINNIS, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MCLAUGHLIN, JOSEPH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MCPHERRON, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MCWILLIAMS, KEITH W, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MEAD, KIAH, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MEREDITH, GEORGE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MOELLER, LEO, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MOORE, JR, GROVER, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MORRISON, ARNOLD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MOSER, CHRISTIAN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MOSS, CHARLES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MOTLEY, VERNON, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068   REYES, ANGEL M, MOYLAN, PATRICK, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | REYES, ANGEL M, NAYLOR, ROGER, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, NEAL, PAUL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, NICKELSON, RAYMOND, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, NIMMO, WILLIAM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, NITZ, JR, JAKE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, NOSTRANT, BURTON, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, OBRIEN, PATRICK, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, ORTMAN, PAUL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, OSBURN, LEIGHTON, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PALLARDY, ELBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PAUL, CURTIS, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PENNINGTON, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PERRY, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PETERSON, KENDALL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PITMAN, MELVIN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PLACK, THEODORE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PROPST, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, PURCELL, LARRY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, QUICK, DENNIS, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, RATHER, CORBITT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, REHLING, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, RIEBOLD, GEORGE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, RINGO, ROY F, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, ROBERTS, DONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, ROCKERS, DELMAR, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, ROGERS, CHARLES M, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, ROSE, VICTOR, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, RUZICKA, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SALAMON, ANTHONY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SAMPLE, DEAN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | REYES, ANGEL M, SANSEGRAW, HAROLD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SCHMAENG, GEORGE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SCHMELZ, JOHN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SCHMIDT, MIHALY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SCHMIDT, WALTER, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SCHMITT, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SELF, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SHELTON, RONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SMITH, ARTHUR, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SMITH, JIMMY R, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SMITH, LEE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SMITH, ORBEN L, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SNOOK, DONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SOAIB, ROBERT, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SPANEL, GEORGE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, STEMPLY, CHARLES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, STENSON, LEROY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, STRICKLAND, ELZIA, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SUNAILITUS, WILLIAM, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, SWEATT, JOHN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, TELTHORST, JR, ERWIN, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, TIPOLT, RICHARD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, TREGELLAS, NOEL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, TREINEN, THOMAS, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, UHLIG, GEORGE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, VANARSDALE, JERRY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, VIEHMANN, AL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, VIENHAGE, PATRICK, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, VILARDI, ALFRED, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |
| 21068 | REYES, ANGEL M, WALDREP, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 |

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    REYES, ANGEL M, WALLER, MERLE, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, WERTZ, JACK, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, WILLE, RONALD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, WILLIAMS, ROY, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, WILLIAMSON, JAMES, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, WILSON, ERNEST, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, WILSON, JACK, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, WOLF, ALOIS, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, YEAGER, CRAWFORD, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, ANGEL M, ZEISER, KARL, REYES & O SHEA, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117

21068    REYES, APOLINARIO, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    REYES, AUGUSTIN, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068    REYES, CARMELO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068    REYES, CHRIS A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    REYES, CHRIS A, SUMMERS & WYATT, 500 LINDSAY STREET, CHATTANOOGA, TN, 37403-3496

21068    REYES, DANIEL G, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    REYES, EUGENIO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068    REYES, HERMILO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    REYES, JOSE A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    REYES, JOSE M, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    REYES, JUAN, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    REYES, MANUEL R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    REYES, NAZARIO, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    REYES, NICHOLAS, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    REYES, PRAYEDES, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    REYES, RAFAEL O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    REYES, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    REYES, ROBERT, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    REYES, SR, FABIAN C, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    REYNA, ADAM R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    REYNA, ALBERT J, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068    REYNA, JULIAN, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    REYNA, LOUIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   REYNA, LOUIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   REYNA, MANUEL N, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   REYNA, OCTAVIO T, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   REYNA, PAS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   REYNA, WARREN, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   REYNA, WARREN, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   REYNAERT, MURIEL E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   REYNAR, CHARLETON T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   REYNAR, GEORGE E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   REYNARD, LESTER, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   REYNARD, LESTER, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   REYNARD, WILLIAM C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   REYNEN, WARREN M, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   REYNERSON, GARY G, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   REYNOLDS, ALBERT W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   REYNOLDS, ALBERT W, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   REYNOLDS, ALEX, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   REYNOLDS, ALEX, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   REYNOLDS, ANNA C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   REYNOLDS, ANNA R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   REYNOLDS, ANNA R, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   REYNOLDS, ARLIE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   REYNOLDS, ARTHUR L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   REYNOLDS, ARTHUR L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   REYNOLDS, BERNARD G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   REYNOLDS, BILLY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   REYNOLDS, BILLY S, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   REYNOLDS, BILLY S, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068   REYNOLDS, CARLTON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   REYNOLDS, CHARLES G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   REYNOLDS, CHARLES J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   REYNOLDS, CHARLES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   REYNOLDS, CLARENCE B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   REYNOLDS, CLARENCE, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   REYNOLDS, CLARENCE, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   REYNOLDS, CLARENCE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068  REYNOLDS, CLIFFORD M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  REYNOLDS, CLIFFORD M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  REYNOLDS, CLYDE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  REYNOLDS, CURTIS L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  REYNOLDS, DANIEL A, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  REYNOLDS, DANIEL A, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  REYNOLDS, DARRELL W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  REYNOLDS, DARRELL W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  REYNOLDS, DONALD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  REYNOLDS, DONALD, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068  REYNOLDS, EDWARD V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  REYNOLDS, EDWARD V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  REYNOLDS, ELMER J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  REYNOLDS, ELMER O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  REYNOLDS, ELOISE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  REYNOLDS, ELVIN F, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068  REYNOLDS, EVERETTE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  REYNOLDS, EVERETTE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  REYNOLDS, EZRA, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  REYNOLDS, FRANK A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  REYNOLDS, FREDERICK, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  REYNOLDS, FRENNIE W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  REYNOLDS, GEORGE L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  REYNOLDS, GEORGE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  REYNOLDS, GLENN E, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  REYNOLDS, GLENN E, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  REYNOLDS, HARRY E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  REYNOLDS, HARRY H, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  REYNOLDS, HARRY T, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068  REYNOLDS, HARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  REYNOLDS, HARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  REYNOLDS, HENRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  REYNOLDS, HERBERT, LAW OFFICES OF PETER G ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  REYNOLDS, HOMER, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  REYNOLDS, HOMER, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

Svc Lst  **Name and Address of Served Party**

21068   REYNOLDS, HUBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   REYNOLDS, HUEY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   REYNOLDS, HUEY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   REYNOLDS, HUGH, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   REYNOLDS, HUGH, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   REYNOLDS, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   REYNOLDS, JAMES C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   REYNOLDS, JAMES E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   REYNOLDS, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   REYNOLDS, JAMES E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   REYNOLDS, JAMES E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   REYNOLDS, JAMES G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   REYNOLDS, JAMES K, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   REYNOLDS, JAMES L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   REYNOLDS, JAMES M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   REYNOLDS, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   REYNOLDS, JEFFREY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   REYNOLDS, JEFFREY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   REYNOLDS, JEROME, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   REYNOLDS, JOHN H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   REYNOLDS, JOHNNY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   REYNOLDS, JOHNNY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   REYNOLDS, JOHNNY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   REYNOLDS, JOSEY M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   REYNOLDS, JR, STEPHEN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   REYNOLDS, LAWRENCE, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   REYNOLDS, LEE R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   REYNOLDS, LEON E, WHYLAND & RICHMOND, LLP, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   REYNOLDS, LEWIS, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   REYNOLDS, LOVEY, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068   REYNOLDS, LOVEY, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068   REYNOLDS, LOWELL A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   REYNOLDS, NAOMI, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   REYNOLDS, ODESSA R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

Svc Lst  **Name and Address of Served Party**

21068  REYNOLDS, ODESSA R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  REYNOLDS, OTIS O, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  REYNOLDS, PAUL M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  REYNOLDS, PAUL M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  REYNOLDS, RAYMOND, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  REYNOLDS, RICHARD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  REYNOLDS, RICHARD L, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  REYNOLDS, RICHARD R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  REYNOLDS, ROBERT A, SPEAR, WILDERMAN, BORISH, ENDY AND RUNCKEL PC, 230 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA, 19102

21068  REYNOLDS, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  REYNOLDS, ROBERT, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  REYNOLDS, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  REYNOLDS, ROBERT, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  REYNOLDS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  REYNOLDS, RONALD J, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068  REYNOLDS, RONALD J, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  REYNOLDS, RUTH M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  REYNOLDS, RUTH M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  REYNOLDS, SAMMIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  REYNOLDS, SAMUEL G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  REYNOLDS, SANTFORD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  REYNOLDS, SARA L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  REYNOLDS, SHARRON L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  REYNOLDS, SHARRON L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  REYNOLDS, SR, CHARLES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  REYNOLDS, SR, WALTER A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  REYNOLDS, TED A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  REYNOLDS, THAD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  REYNOLDS, THAD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  REYNOLDS, THAD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  REYNOLDS, THOMAS J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  REYNOLDS, THOMAS J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  REYNOLDS, THURMAN F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   REYNOLDS, VERN, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   REYNOLDS, WAYNE A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   REYNOLDS, WILBUR, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   REYNOLDS, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   REYNOLDS, WILLIAM, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   REYNOLDS, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   REYNOLDS, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   REYNOLDS, WILLIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   REYNOSA, MANUEL F, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   REYOME, RICHARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   REZENDES, MANUEL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   REZNICEK, JOSEPH, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   REZNICK, MATTHEW P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RHAMES, DONALD G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   RHAMES, DONALD G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   RHAMES, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RHATICAN, CYRIL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   RHEA, JESSE A, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   RHEA, JOSEPH B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RHEA, ROBERT C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RHEA, RONNIE Y, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RHEDIN, EUGENE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   RHEMS, WILLIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RHENWRICK, EUGENE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   RHEUBY, RALEIGH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RHEW, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   RHEW, RAYMOND B, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   RHINE, SR., RICHARD A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RHINEHART, EARL R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RHINEHART, EARL R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RHINES, HUBERT E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RHOADES, CLEVELAND E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   RHOADES, III, GEORGE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   RHOADES, JOE H, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   RHOADES, LLOYD D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   RHOADES, WALTER L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   RHOADES, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RHOADS, CLIFFORD W, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068   RHOADS, CLIFFORD W, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21069   RHOADS, JR (DECEASED), CLAUDE FRANK, PATRICIA RHOADS, 6314 SANDS, PASADENA, TX, 77505

21068   RHOADS, WILLIAM J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   RHOADS, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   RHOCK, HOWARD M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RHODA, HERMAN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RHODA, HERMAN D, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   RHODE, DALE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   RHODEN, DOROTHY B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   RHODEN, H A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RHODEN, H A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RHODEN, J C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHODEN, RICHARD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RHODEN, RICHARD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RHODEN, WILLLIAM H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   RHODES SR., JOSEPH L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   RHODES, A U, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   RHODES, ALONZER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   RHODES, ARNOLD W, HARVEY D PEYTON, ESQUIRE, PO BOX 216, 2602 FIRST AVENUE, NITRO, WV, 25143

21068   RHODES, BYRNIA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   RHODES, BYRNIA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   RHODES, C P, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   RHODES, CHARLES G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHODES, CHARLES W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RHODES, CHARLES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RHODES, CHARLEY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RHODES, CHARLEY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RHODES, CHARLIE, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   RHODES, CORDIS D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHODES, DAVID A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RHODES, DONALD R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

Svc Lst  **Name and Address of Served Party**

21068   RHODES, DWIGHT, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   RHODES, EDD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   RHODES, EDD, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   RHODES, EDWARD T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   RHODES, EUGENE W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   RHODES, HABERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RHODES, JAMES D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   RHODES, JAMES D, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   RHODES, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RHODES, JAMES L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   RHODES, JAMES, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   RHODES, JAMES, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   RHODES, JASPER R, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   RHODES, JASPER R, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   RHODES, JEFF, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RHODES, JEFF, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   RHODES, JESSE L, EDDINS & BENNETT LAW FIRM, 4000 TWIN CITY HIGHWAY, PORT ARTHUR, TX, 77640

21069   RHODES, JESSE L, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025

21068   RHODES, JOHN A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RHODES, JOHNNIE O, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   RHODES, JOSEPH A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   RHODES, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   RHODES, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   RHODES, JR, EZRA E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHODES, JR, FRED M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   RHODES, JR, FRED M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   RHODES, JR, WESLEY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHODES, LEROY B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RHODES, LOYD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   RHODES, MARTIN M, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   RHODES, MARTIN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RHODES, NORMAN K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHODES, PERCY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RHODES, RAYMOND J, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   RHODES, RILEY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RHODES, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

| 21068 | RHODES, RON H, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017 |

21068   RHODES, RON H, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   RHODES, ROOSEVELT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   RHODES, ROSCOE, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   RHODES, ROSCOE, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   RHODES, RUFUS E, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   RHODES, SR, EARL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   RHODES, SR, JAMES R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   RHODES, WELDON E, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

21069   RHODES, WELDON E, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068   RHODY, AARON, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   RHOME, JAMES R, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   RHONE, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   RHONE, KENNETH, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   RHONE, ROBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RHONE, WALTER L, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   RHONE, XENOPHON L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHONEY, JACK W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   RHOTON, SR, LENNY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RHUDY, BILLY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RHYMER, DONALD P, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   RHYMES, GARY C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   RHYMES, GARY C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   RHYMES, LEONARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   RHYMES, LEONARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   RHYNE, CHARLES W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RHYNE, GERALD A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   RHYNE, JOHN C, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   RHYNE, JOHN C, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   RHYNES, JERRELL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   RHYNES, JOHNNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069   RIALS, BILLY, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109

21068   RIBERTELLI, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   RIBLETT, ELEANOR J, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   RICARD, ALFRED J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   RICARD, ALFRED J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069   RICARD, KATHLEEN, O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, PC, 475 BRIDGE STREET, PO BOX 929, GROTON, CT, 06340

21068   RICARD, RAY, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   RICARD, RAY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   RICCI, EUGENE K, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   RICCI, GUISEPPE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   RICCI, MICHAEL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   RICCIARDELLO, FREDERICK, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   RICCIARDI, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   RICCIARDI, FRED, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   RICCIARDI, PAUL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   RICCIO, MICHAEL J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   RICE, ADELINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RICE, ALBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RICE, ALVIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   RICE, ANNIE P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   RICE, ARCHIE, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766

21068   RICE, ARTHUR, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RICE, AUDREY L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   RICE, AUDREY L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   RICE, BENJAMIN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   RICE, BETTY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   RICE, CALVIN C, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   RICE, CATHERINE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RICE, DAVID, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   RICE, DONALD, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   RICE, EARL, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   RICE, EARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RICE, EDMOND A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   RICE, EDWARD C, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   RICE, EDWARD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   RICE, ELLA R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RICE, ELLA R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RICE, EUGENE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RICE, EUGENE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   RICE, EUGENE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   RICE, FRANKIE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | RICE, GENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | RICE, GEORGE K, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | RICE, GEORGE K, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | RICE, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | RICE, GILBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | RICE, GILBERT T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | RICE, GREGORY D, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | RICE, HERBERT C, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | RICE, JAKE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RICE, JAKE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21069 | RICE, JAMES F, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206 |
| 21068 | RICE, JAMES T, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | RICE, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21069 | RICE, JANET L, ARNOLD, RODNEY, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 |
| 21069 | RICE, JANET L, BRASKERUD, KAARE O, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 |
| 21069 | RICE, JANET L, COOK, LOUIS A, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 |
| 21069 | RICE, JANET L, DALY, DENNIS, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 |
| 21069 | RICE, JANET L, FERRELL, STANLEY F, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 |
| 21069 | RICE, JANET L, GOODMAN, ALBERT LEE, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 |
| 21069 | RICE, JANET L, KINSMAN, DAVID J, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 |
| 21068 | RICE, JEFFIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | RICE, JEFFREY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21069 | RICE, JOHN B, LAW OFFICES OF PETER G ANGELOS, THE WANAMAKER BUILDING, 100 PENN SQUARE EAST SUITE 1050 TENTH FL, PHILADELPHIA, PA, 19107 |
| 21068 | RICE, JOHN W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | RICE, JOHN W, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | RICE, JOHNNY, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | RICE, JOSEPH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | RICE, JOSEPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | RICE, JOSEPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | RICE, JR, ALONZO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RICE, JR, CECIL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | RICE, JR, VERNON P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | RICE, KARLE E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | RICE, LARRY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | RICE, LOUIE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | RICE, MARY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    RICE, MERVIN R, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    RICE, MURPHY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    RICE, ORIS, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    RICE, PATRICK W, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    RICE, PAUL E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    RICE, PAUL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    RICE, PERCY R, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    RICE, PERCY R, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    RICE, PERCY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RICE, PERCY, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    RICE, RANDALL A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    RICE, RANDALL A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    RICE, RAY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RICE, RAY, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    RICE, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    RICE, ROBERT C, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    RICE, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    RICE, ROBERT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    RICE, RONALD B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069    RICE, RONALD W, NELSON J ROACH, 203 LINDA DRIVE, DAINGERFIELD, TX, 75638

21069    RICE, RONALD W, NIX, PATTERSON & ROACH, LLP, 2900 SAINT MICHAEL DRIVE, 5TH FLOOR, TEXARKANA, TX, 75503

21068    RICE, ROY R, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    RICE, ROY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    RICE, ROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    RICE, SAMUEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    RICE, SIDNEY, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068    RICE, SR, HARRY L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    RICE, SR, JOSEPH G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    RICE, STUART E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    RICE, TOMMIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RICE, TRAVIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    RICE, VERNON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    RICE, WILLIAM, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    RICE, WILLIAM, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    RICE, WILLIAM, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068    RICE, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    RICE, WILLIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    RICE, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    RICE, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069    RICH MYERS, HARTMAN, FRANCES, PAUL, REICH & MYERS, 1608 WALNUT ST STE 500, PHILADELPHIA, PA, 19103-5446

21068    RICH, ARNOLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RICH, ARNOLD, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    RICH, ARNOLD, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    RICH, BILL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    RICH, BILLY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    RICH, BILLY, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    RICH, BOBBY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    RICH, BOBBY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    RICH, BOBBY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    RICH, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    RICH, DANIEL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RICH, DANIEL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RICH, DENNIS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    RICH, DENNIS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    RICH, EDWIN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    RICH, GEORGE, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

21068    RICH, JENNY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    RICH, JENNY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    RICH, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    RICH, JR, ADRON L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    RICH, MARSHA, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    RICH, RUTH P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    RICH, RUTH P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    RICH, SYLVESTER, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    RICH, THOMAS R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    RICH, VERNON, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    RICH, WILLIAM S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RICH, WILLIAM S, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    RICH, WILLIAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    RICHARD, ALYRE J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    RICHARD, ANATOLE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    RICHARD, BOBBIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    RICHARD, BOBBIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    RICHARD, BOBBY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    RICHARD, CALVIN P, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    RICHARD, CIFFER L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    RICHARD, CLYDE P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | RICHARD, DALE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | RICHARD, DALLAS W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | RICHARD, DAVID L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RICHARD, DORAN J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | RICHARD, DUPRE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | RICHARD, EARLY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | RICHARD, EDWARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | RICHARD, FABIAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21069 | RICHARD, FLOYD JOHN, 2205 TANGLEWOOD, ORANGE, TX, 77630 |
| 21068 | RICHARD, HILERY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RICHARD, HORACE, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 |
| 21068 | RICHARD, J V, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | RICHARD, JACQUES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | RICHARD, JIMMIE L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | RICHARD, JOHN E, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | RICHARD, JOHN G, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | RICHARD, JOHN J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | RICHARD, JOHN J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | RICHARD, JOHN, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | RICHARD, JOHN, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | RICHARD, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RICHARD, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | RICHARD, JOSEPH C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | RICHARD, JOSEPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | RICHARD, JOSEPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | RICHARD, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | RICHARD, JOSHUA, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067 |
| 21068 | RICHARD, JOYCE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | RICHARD, JOYCE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | RICHARD, JR, ALBERT, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | RICHARD, JR, ALBERT, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | RICHARD, JR, JOHN L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | RICHARD, KENZIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | RICHARD, KENZIE M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | RICHARD, LARRY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | RICHARD, LENARD, 812 MLK PKWY, BEAUMONT, TX, 77701 |
| 21068 | RICHARD, LENARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21069 | RICHARD, LEROY, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630 |
| 21068 | RICHARD, LESTER J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | RICHARD, LLOYD J, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630 |
| 21068 | RICHARD, LOUIS P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | RICHARD, MICHAEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | RICHARD, MICHAEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | RICHARD, OVERTON, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | RICHARD, OVERTON, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | RICHARD, PATRICK F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | RICHARD, RALPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RICHARD, RALPH, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | RICHARD, RAYMOND, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | RICHARD, ROBERT A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | RICHARD, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RICHARD, ROBERT W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | RICHARD, RONALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | RICHARD, SIDWIN J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | RICHARD, SR, BURTON J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | RICHARD, SR, GEORGE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | RICHARD, SR, GEORGE, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | RICHARD, SR, JOHN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | RICHARD, SR, JOSEPH B, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | RICHARD, SR, JOSEPH M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | RICHARD, SR, JOSEPH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | RICHARD, SR, JOSEPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | RICHARD, STEPHEN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | RICHARD, W  R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | RICHARD, WAYNE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | RICHARD, WAYNE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | RICHARD, WILFORD R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | RICHARDS JR., HARRISON, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | RICHARDS, ALVIN L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | RICHARDS, AUBIE G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | RICHARDS, AUBIE G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | RICHARDS, BARBOUR F, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | RICHARDS, CHARLES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

Svc Lst  Name and Address of Served Party

21068   RICHARDS, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   RICHARDS, CLAYTON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   RICHARDS, CLIFFORD M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RICHARDS, DARRELL W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RICHARDS, DARRELL W, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   RICHARDS, DAVID E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RICHARDS, DAVID, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   RICHARDS, DON D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RICHARDS, DONALD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICHARDS, EDWARD M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RICHARDS, ELMER A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICHARDS, EUGENE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   RICHARDS, GLENN R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   RICHARDS, HERBERT R, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   RICHARDS, III, BENJAMIN F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RICHARDS, IVAN L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RICHARDS, IVAN L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RICHARDS, JACK, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   RICHARDS, JAMES L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   RICHARDS, JOHN W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   RICHARDS, JON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RICHARDS, JR, CHARLES H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RICHARDS, KENNETH L, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   RICHARDS, MARCY, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   RICHARDS, MICHAEL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RICHARDS, MICHAEL J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   RICHARDS, MICHAEL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   RICHARDS, OPAL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RICHARDS, OPAL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RICHARDS, ORLA F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   RICHARDS, PAUL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   RICHARDS, RALPH K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICHARDS, RAYMOND E, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   RICHARDS, ROBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   RICHARDS, ROBERT J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  Name and Address of Served Party

21068  RICHARDS, ROBERT J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  RICHARDS, ROY R, SHEPARD HOFFMAN LAW OFFICE, 36 S CHARLES STREET, SUITE 2200, BALTIMORE, MD, 21204-3106

21068  RICHARDS, THAXTON R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  RICHARDS, THOMAS R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  RICHARDS, THOMAS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069  RICHARDS, THOMAS, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068  RICHARDS, TRUMAN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHARDS, W D, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  RICHARDS, WALTER D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  RICHARDS, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHARDS, WILLIAM C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  RICHARDSON, ACY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069  RICHARDSON, ALBAN, LAW OFFICE OF DALE HANKS, DALE HANKS, 1240 ORLEANS ST, BEAUMONT, TX, 77701

21068  RICHARDSON, ALBERT B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  RICHARDSON, ALBERT B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  RICHARDSON, ALBERT, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  RICHARDSON, ALBERT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  RICHARDSON, ALLEN E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHARDSON, ALLINE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  RICHARDSON, ALLINE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  RICHARDSON, ALPHONSO, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHARDSON, ANNIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHARDSON, ARCHIE, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  RICHARDSON, ARTHUR M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHARDSON, B T, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  RICHARDSON, BENNIE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHARDSON, BERNICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  RICHARDSON, BETTY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  RICHARDSON, BETTY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  RICHARDSON, BLANNIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  RICHARDSON, BLANNIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  RICHARDSON, BOBBY E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  RICHARDSON, BOBBY E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | RICHARDSON, C H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | RICHARDSON, C H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | RICHARDSON, C H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | RICHARDSON, CALVIN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | RICHARDSON, CALVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | RICHARDSON, CAREY M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | RICHARDSON, CHARLES A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | RICHARDSON, CHARLIE A, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | RICHARDSON, CLAUDE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | RICHARDSON, DEBRA, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | RICHARDSON, DELTRA D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | RICHARDSON, DONALD M, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517 |
| 21068 | RICHARDSON, DONALD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | RICHARDSON, DONALD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | RICHARDSON, DUANE E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21069 | RICHARDSON, DUANE, WRIGHT, TOLLIVER, GUTHALS, P C, PO BOX 1977, BILLINGS, MT, 59103 |
| 21068 | RICHARDSON, EARNEST L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | RICHARDSON, EDDIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | RICHARDSON, EDDIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | RICHARDSON, EDWARD L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | RICHARDSON, EDWARD L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | RICHARDSON, ERIC T, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | RICHARDSON, ERNEST, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | RICHARDSON, ESSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | RICHARDSON, EVELYN R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | RICHARDSON, EVELYN R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | RICHARDSON, FLOYD D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | RICHARDSON, FRANKLIN D, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | RICHARDSON, FREDDIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | RICHARDSON, FREDDIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | RICHARDSON, FREDDIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | RICHARDSON, FREDDIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | RICHARDSON, GENE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | RICHARDSON, GEORGE W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   RICHARDSON, GEORGE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   RICHARDSON, GILBERT, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RICHARDSON, GLADYS M, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   RICHARDSON, GREGORY N, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   RICHARDSON, GROVER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   RICHARDSON, GROVER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   RICHARDSON, HARRY M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RICHARDSON, HARVEY, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   RICHARDSON, HARVEY, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   RICHARDSON, HARVEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICHARDSON, HARVEY, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   RICHARDSON, HENRY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RICHARDSON, HERMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICHARDSON, HOUSTON D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICHARDSON, HUGH M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RICHARDSON, JACK, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   RICHARDSON, JACK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RICHARDSON, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   RICHARDSON, JAMES B, WINCKLER & HARVEY, STE 222 BLDG 2, 4407 BEE CAVE RD, AUSTIN, TX, 78746-6410

21068   RICHARDSON, JAMES D, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   RICHARDSON, JAMES F, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   RICHARDSON, JAMES F, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   RICHARDSON, JAMES F, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RICHARDSON, JAMES L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   RICHARDSON, JAMES L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RICHARDSON, JAMES, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   RICHARDSON, JAMES, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   RICHARDSON, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   RICHARDSON, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   RICHARDSON, JERRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RICHARDSON, JERRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RICHARDSON, JESSIE F, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   RICHARDSON, JIMMY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   RICHARDSON, JOE BAILEY, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166

21068   RICHARDSON, JOE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   RICHARDSON, JOE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RICHARDSON, JOE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   RICHARDSON, JOE RUSHING, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166

**Svc Lst  Name and Address of Served Party**

21068  RICHARDSON, JOHN C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHARDSON, JOHN G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  RICHARDSON, JOHN R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  RICHARDSON, JOSEPH, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  RICHARDSON, JOYCE A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  RICHARDSON, JR, ALVIN E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  RICHARDSON, JR, ALVIN T, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  RICHARDSON, JR, EDDIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  RICHARDSON, JR, EDDIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  RICHARDSON, JR, FRED, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  RICHARDSON, JR, JOHN C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHARDSON, JR, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  RICHARDSON, JR, JOSEPH W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  RICHARDSON, JR, MILLER D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  RICHARDSON, JR, PAUL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  RICHARDSON, JR, WARDELL N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHARDSON, JR., ALVIN E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  RICHARDSON, JR., CAREY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  RICHARDSON, JR., EDDIE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  RICHARDSON, JR., OTIS L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  RICHARDSON, JULIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  RICHARDSON, KENNETH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHARDSON, KENNETH J, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068  RICHARDSON, KENNETH, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  RICHARDSON, LARRY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  RICHARDSON, LAWRENCE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  RICHARDSON, LEON, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  RICHARDSON, LEON, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  RICHARDSON, LESLIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  RICHARDSON, LESLIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  RICHARDSON, LLOYD J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHARDSON, LOYD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHARDSON, MARENA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHARDSON, MARJORIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

Svc Lst  Name and Address of Served Party

---

21068  RICHARDSON, MARJORIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  RICHARDSON, MARY C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  RICHARDSON, MARY C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  RICHARDSON, OGISE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  RICHARDSON, OLA C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  RICHARDSON, OLA C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  RICHARDSON, OTIS L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  RICHARDSON, PAUL D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  RICHARDSON, PAUL F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  RICHARDSON, PAUL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  RICHARDSON, PAUL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  RICHARDSON, PEARLIE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  RICHARDSON, RALPH L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  RICHARDSON, RAYMOND, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  RICHARDSON, RAYMOND, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  RICHARDSON, RAYMOND, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  RICHARDSON, REDMOND, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  RICHARDSON, RICHARD L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  RICHARDSON, RICHARD W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  RICHARDSON, ROBERT C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHARDSON, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHARDSON, ROBERT, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  RICHARDSON, RONALD G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  RICHARDSON, RONALD G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  RICHARDSON, RONALD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  RICHARDSON, RONALD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  RICHARDSON, RONNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  RICHARDSON, ROSE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHARDSON, RUSSELL H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  RICHARDSON, SALLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHARDSON, SAM L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  RICHARDSON, SAMMIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  RICHARDSON, SHIRLEY B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  RICHARDSON, SHIRLEY B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  RICHARDSON, SR, CARLOS J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  RICHARDSON, SR, ELMER D, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21069  RICHARDSON, SR, JOSEPH R, MARKS, O`NEILL, O`BRIAN & COURTNEY, KENNETH J POWELL, JR, ESQ, 1880 JOHN F KENNEDY BLVD STE 1200, PHILADELPHIA, PA, 19103

21068  RICHARDSON, SR., LAWRENCE I, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  RICHARDSON, SR., TAYLOR, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  RICHARDSON, SYLVIA M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  RICHARDSON, SYLVIA M, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  RICHARDSON, THOMAS J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  RICHARDSON, THOMAS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  RICHARDSON, THOMAS W, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068  RICHARDSON, THOMAS, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068  RICHARDSON, THOMAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  RICHARDSON, TIMOTHY R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  RICHARDSON, TONYA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  RICHARDSON, VIRGIL H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  RICHARDSON, VIRGIL H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  RICHARDSON, WILBUR L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  RICHARDSON, WILLIAM B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  RICHARDSON, WILLIAM C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  RICHARDSON, WILLIAM D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHARDSON, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  RICHARDSON, WILLIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  RICHARDSON, WILLIE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  RICHARDSON, WILLIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  RICHARDSON, WILLIE M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  RICHARDSON, WILLIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHARDSON, WILLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  RICHARDSON, WINNIE W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  RICHBOURG, BILLY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHER, PAUL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069  RICHER, WARREN, GERSTENSLAGER & OBERT, 6500 CREEKSIDE TRAIL, SOLON, OH, 44139

21068  RICHER, WARREN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  RICHERSON, GORDON, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  RICHESON, JOSEPH E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  RICHEY, ARNOLD L, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

Svc Lst  Name and Address of Served Party

21068  RICHEY, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  RICHEY, DORIS B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  RICHEY, DOROTHY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  RICHEY, DOROTHY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  RICHEY, EMMITT S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  RICHEY, JR, DANIEL C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  RICHEY, JR, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  RICHEY, RUSSELL S, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  RICHEY, SAMUEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  RICHEY, WILLIAM F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  RICHEY, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  RICHIE, ANNIE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHIE, ELBERT, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  RICHIE, KENNETH W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  RICHIE, KENNETH W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  RICHIE, WALTER L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  RICHIO, JESSIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  RICHLEY, BENJAMIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069  RICHMOND, BOBBIE L, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068  RICHMOND, BOBBIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  RICHMOND, CURTIS K, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  RICHMOND, DARNELL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  RICHMOND, EARL F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHMOND, EARL M, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  RICHMOND, FLETCHER, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  RICHMOND, FLOYD A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  RICHMOND, FRANCIS L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  RICHMOND, FRANCIS L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  RICHMOND, GEORGE E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  RICHMOND, GLEN H, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  RICHMOND, HAROLD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  RICHMOND, LEON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  RICHMOND, LEON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHMOND, QUINIS E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  RICHMOND, SAM, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068  RICHMOND, SHERWIN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Svc Lst  Name and Address of Served Party**

21068  RICHMOND, SR, MICHAEL L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHMOND, WILLIAM, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  RICHSON, ELUM, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  RICHSON, ELUM, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  RICHT, KARL, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  RICHTER, GEORGE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  RICHTER, WILLIAM F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICHTER, WILLIAM H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  RICIOPPO, FRANK J, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068  RICKARD, JOHNNY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  RICKARD, JR, ALBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  RICKARD, JR, G H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  RICKARD, ROBERT E, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  RICKARD, TODD S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  RICKEL, ARTHUR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  RICKEL, ARTHUR, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  RICKER, EDWARD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  RICKER, JOHN, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  RICKER, NOLAN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  RICKER, NOLAN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  RICKER, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  RICKER, THOMAS A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  RICKER, THOMAS A, LAW OFFICES OF PETER G ANGELOS, 63 HENDERSON AVE, CUMBERLAND, MD, 21502

21069  RICKERT, MARSHALL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068  RICKERT, SR., THOMAS A, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  RICKETT, III, LEONARD C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  RICKETT, III, LEONARD C, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  RICKETT, WALTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  RICKETT, WALTER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  RICKETTS, CLARENCE L, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  RICKETTS, CLARENCE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  RICKETTS, DANIEL D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  RICKETTS, JAMES J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   RICKETTS, LESLIE E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   RICKEY, GARY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   RICKEY, GARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RICKLES, JIMMY C, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   RICKMAN, AUDREE I, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RICKMAN, CARL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   RICKMAN, CARL, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   RICKMAN, JOE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   RICKMAN, JOE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   RICKMAN, MINNIS E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RICKMAN, RICHARD T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RICKS, ALICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   RICKS, ANDREW, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICKS, BETHELENE, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   RICKS, CHARLES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RICKS, CHARLIE R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RICKS, DAVID G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RICKS, DAVID G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RICKS, DONALD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   RICKS, FRANK A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICKS, GARY A, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   RICKS, GARY, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   RICKS, JAMES S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RICKS, JOHN H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   RICKS, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   RICKS, PAUL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   RICKS, SR, BILLY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RICKS, THOMAS L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RICKS, WILLIE, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   RICO, FRANCISCO C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RICO, JOHN J, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   RICO, SR, RAYMOND, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   RIDDELL, NORMA M, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068   RIDDELL, NORMA M, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068   RIDDELL, WILLIAM E, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | RIDDELL, WILLIAM E, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | RIDDICK, CHARLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | RIDDICK, CURTIS, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | RIDDICK, VERNON R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | RIDDLE, ALFORD C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | RIDDLE, BOBBY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | RIDDLE, CALVIN, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206 |
| 21068 | RIDDLE, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RIDDLE, FREDA G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | RIDDLE, HUGH F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | RIDDLE, JAMES F, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | RIDDLE, JERRY C, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | RIDDLE, JERRY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | RIDDLE, JIMMY F, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | RIDDLE, JIMMY F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | RIDDLE, JOHN A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | RIDDLE, JOHN A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | RIDDLE, JOHN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | RIDDLE, JR, JOHN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | RIDDLE, KENNETH W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RIDDLE, KENNETH W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | RIDDLE, MICHAEL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | RIDDLE, MICHAEL R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | RIDDLE, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | RIDDLE, ROBERT F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | RIDDLE, ROLAND, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | RIDDLE, RONDAH, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | RIDDLE, SR, JAMES D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | RIDDLE, THEODUR, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302 |
| 21068 | RIDDLEBARGER, ROGER D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | RIDDLEY, JOHN L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | RIDDLEY, JOHN L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | RIDEAU, CURRY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RIDEAU, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RIDEAU, SR, JOHNNY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | RIDEAUX, FREDERICK, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | RIDEAUX, JAMES, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | RIDEAUX, JOSEPH W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Svc Lst  Name and Address of Served Party**

21068   RIDEAUX, LAYTON J, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   RIDENHOUR, DONALD R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   RIDENHOUR, DONALD R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   RIDENHOUR, JAMES W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   RIDENHOUR, OTIS E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   RIDENOUR, CHARLES L, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   RIDENOUR, DONALD D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RIDENOUR, EUGENE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RIDENOUR, JAMES D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RIDENOUR, JAMES H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RIDENOUR, MACK H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RIDENOUR, RICHARD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RIDENOUR, ROBERT M, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RIDENOUR, SAM E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RIDENOUR, WILLIAM R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   RIDER, ALEX, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   RIDER, ALEX, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   RIDER, DONALD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIDER, EDWARD H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   RIDER, JOSEPH, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   RIDGE, JESSIE H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RIDGE, JESSIE H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RIDGE, LOWELL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIDGELY, DOUGLAS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RIDGEWAY, ALBERT L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   RIDGEWAY, CHARLES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RIDGEWAY, JOHN M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RIDGEWAY, LILLIAN P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   RIDGEWAY, NOAH S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RIDGEWAY, PERSHING W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RIDGEWAY, ROBERT L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   RIDGEWAY, SHIRLEY T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RIDGEWAY, SHIRLEY T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RIDGEWAY, SR, HARVEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIDGICK, RICHARD R, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   RIDGLE, WILLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

Svc Lst   Name and Address of Served Party

---

21068   RIDGLEY, MARION A, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   RIDGLEY, SR, THOMAS H, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   RIDGLEY, SR, THOMAS H, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   RIDGWAY, JAMES E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   RIDGWAY, JAMES E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   RIDING, GEORGE D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   RIDING, LEONARD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   RIDINGER, JOHN S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   RIDINGS, JACK D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069   RIDINGS, JAMES, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069   RIDINGS, JAMES, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068   RIDINGS, JAMES, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   RIDINGS, JERRY, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   RIDINGS, SHIRLEY M, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   RIDINGS, SR, RICHARD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   RIDLEY, BOBBY N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RIDLEY, BOBBY N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RIDLEY, HERSHEL D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIDLEY, HERSHEL D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   RIDLEY, JIMMY B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RIDLEY, JR, JOSEPH D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RIDLEY, PHIL, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069   RIDLEY, PHIL, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068   RIDLEY, ROSIE K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   RIDLEY, ROSIE K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   RIDLEY, SR, JAMES F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   RIECK, MARIAN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIECK, MARIAN R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   RIECK, RAYMOND W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   RIEDEL, FRED H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   RIEDINGER, JEFF, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109

21068   RIEDINGER, WILLIAM D, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   RIEDY, ROBERT J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   RIEFER, FRANCIS J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   RIEGAL, JANE E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   RIEGEL, RAYMOND, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   RIEL, GEORGE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RIEL, GEORGE E, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   RIELY, SR, GEORGE N, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   RIELY, SR, GEORGE N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RIELY, SR, GEORGE N, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   RIEMER, WILLIAM G, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RIENDEAU, LAURIEN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   RIES, RUSSELL R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   RIES, WILLIAM A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   RIESCHER, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   RIESCHER, FRANK, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068   RIESINGER, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RIESS, SR, DAVID L, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   RIESTERER, JOSEPH, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   RIESTRA, ENRIQUE, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   RIEVES, HAROLD, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   RIEVES, HAROLD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   RIFE, BOBBY, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   RIFE, WORLEY A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   RIFEWBURG, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   RIFFE, BILLY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RIFFE, BILLY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RIFFE, GLEN W, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   RIFFE, GOULD E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   RIFFE, KENNA, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   RIFFE, RUSSELL L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   RIFFEE, WINFRED D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   RIFFEY, WILLIAM, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   RIFFEY, WILLIAM, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   RIFFLE, CHARLES E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   RIFFLE, HAROLD W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

**Svc Lst  Name and Address of Served Party**

21068   RIFFLE, LARRY S, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21069   RIFFLE, RAYMOND E, HARVEY D PEYTON, ESQUIRE, PO BOX 216, 2602 FIRST AVENUE, NITRO, WV, 25143

21069   RIFFLE, RUSSELL, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084

21068   RIFFLE, RUSSELL, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   RIFFLE, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RIFKIN, JACK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   RIGAUD, ANTHONY A, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   RIGAUD, ANTHONY A, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   RIGBY, LELIA L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   RIGBY, LINWOOD, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   RIGBY, STEWART, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIGBY, STEWART, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   RIGELSKY, EILEEN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   RIGELSKY, FRANK A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   RIGGAN, CHARLES G, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   RIGGAN, THEODORE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RIGGAN, THEODORE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RIGGINS, DAVEY L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   RIGGINS, JOE N, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   RIGGINS, MAGGIE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   RIGGINS, MAGGIE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   RIGGINS, ROY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RIGGINS, ROY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RIGGIO, ERNEST A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   RIGGIO, FRED, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   RIGGLE, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   RIGGLE, EUGENE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   RIGGLE, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   RIGGLE, ROY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   RIGGLE, WALLACE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   RIGGLEMAN, JAMES D, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   RIGGLEMAN, JAMES D, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   RIGGS, CLYDE, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

**Svc Lst  Name and Address of Served Party**

21068   RIGGS, DALE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIGGS, FRED D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   RIGGS, HAROLD D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   RIGGS, JR, JOSEPH A, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   RIGGS, MELVIN E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   RIGGS, RALPH L, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   RIGGS, RALPH L, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21069   RIGGS, VERA R, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201

21068   RIGNEY, DEWEY, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   RIGNEY, JOHN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   RIGNEY, JOHN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   RIGNEY, SR, STANCE N, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   RIGNEY, SR, STANCE N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RIGNEY, SR, STANCE N, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   RIGNEY, THOMAS E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   RIGNEY, THOMAS E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   RIGSBY, JACK F, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   RIGSBY, JACK F, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   RIGSBY, JAMES C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RIGSBY, JAMES C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RIGSBY, LAPOLUM, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   RIGSBY, ROY E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   RIGSBY, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RIISE, PAUL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RIKARD, JANIE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   RIKLI, JR, JOHN, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   RILES, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   RILES, CLAUDE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   RILES, DOUGLAS H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   RILES, LULA C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   RILES, LULA C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   RILES, OBIA G, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   RILES, RETUS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   RILES, RETUS R, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   RILES, SEABORN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

Svc Lst  **Name and Address of Served Party**

---

21068   RILES, SEABORN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RILES, SEABORN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RILES, SEABORN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   RILEY, A P, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   RILEY, BRADFORD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RILEY, BRADFORD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RILEY, CALVIN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RILEY, CATHERINE, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   RILEY, CATHERINE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   RILEY, CHARLES, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   RILEY, CHARLES, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   RILEY, CHARLIE J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   RILEY, CLARENCE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RILEY, CLIFFORD D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RILEY, CLINTON D, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   RILEY, CLINTON D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   RILEY, D P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RILEY, DANNY L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   RILEY, DAVEY D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   RILEY, DAVID, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   RILEY, DAVID, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   RILEY, DENNIS H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   RILEY, EDDIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   RILEY, EDDIE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   RILEY, EDDIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   RILEY, EDITH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RILEY, ELIZABETH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   RILEY, ELIZABETH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   RILEY, ERNEST O, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   RILEY, FRED E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   RILEY, G L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   RILEY, GEORGE, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   RILEY, GRADY C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   RILEY, GRADY C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   RILEY, GUST N, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   RILEY, J MICHAEL, ADAMS, JR, JULIUS C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  RILEY, J MICHAEL, ALEXANDER, CARL R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069  RILEY, J MICHAEL, AMMONS, JR, JACK A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068  RILEY, J MICHAEL, ANDERSON, LYNDEN E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, ANDREWS, ARVIN L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, ANDREWS, CURTIS W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, ANTONE, RUDOLPH, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069  RILEY, J MICHAEL, ARENO, EUGENE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068  RILEY, J MICHAEL, ASKEW, GLENN F, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BABSON, BILLY M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BAILEY, SR, JERRY O, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BAKER, JOE L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BALLANCE, DAVID C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BARBER, JR, MELVIN, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BARBER, SMITH, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BARNES, MARION D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BARNES, PHILLIP E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BASS, BENNIE R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BEATTY, WILLIAM B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BECK, VERNON T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BELLFLOWER, EDWARD E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BENTON, BOBBY G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BIGGS, BILLY S, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BIGGS, CLARENCE E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BLANGO, EARL A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BOLDEN, PRIMES, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069  RILEY, J MICHAEL, BOONE, SR, ALVIS E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068  RILEY, J MICHAEL, BORDEAUX, JR, WILLIAM E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BORDEAUX, MARLON D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BORDEAUX, TYLON, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, BOWES, SR, JESSE C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   RILEY, J MICHAEL, BOWLIN, EUGENE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BOZEMAN, GEORGE M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BRADDOCK, ELLIS E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BRAME, WOOLARD H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BREWER, WILLIAM L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BRICKHOUSE, HARVEY E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BRIDGERS, ALFRED D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BRIDGES, NEWTON W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BRILL, BRUCE A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069   RILEY, J MICHAEL, BRITT, BOBBY W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068   RILEY, J MICHAEL, BRITT, E A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BROWN, HUEY L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BROWN, JERRY L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BROWN, SANFORD K, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BROWN, SR, MARVIN E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BROWN, WILLIAM E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BROWNIE, ERNEST L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BUIE, LEVANDA, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BULLOCK, CURTIS V, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BUNN, DOUGLAS, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BUNN, III, ROBERT E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BURNETTE, HUBERT B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, BUTTS, STACY W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, CAHOON, JR, JAMES L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, CALLIHAN, ANDREW A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, CALLIS, WILLIAM E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, CANADY, LLOYD R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, CARLISLE, WILLIAM C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, CARR, HERMAN L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, CARRAWAY, GERALD M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | RILEY, J MICHAEL, CARROLL, CHARLES R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CARROLL, EARLIE O, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CARTER, GARRETT R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CARTER, MACIE V, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21069 | RILEY, J MICHAEL, CASHWELL, LUTHER, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249 |
| 21069 | RILEY, J MICHAEL, CASHWELL, SR, WILLIE C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249 |
| 21068 | RILEY, J MICHAEL, CHESHIRE, WILBUR A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CHESSON, THEODORE R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CHILD, RONALD L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CLAIBORNE, JR, WENDELL C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CLEWIS, LAYTON, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COHEN, CHESTER L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COLEMAN, JULIUS, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COLEMAN, RUFUS, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COLTRAIN, JAMES H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CONGLETON, MARSHALL, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COOKE, SR, JOHN W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COOLEY, ELTON L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COOPER, HOMER C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COPELAND, DANIEL M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COPELAND, III, WILLIAM W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COTRAIN, JR, ARCHIE D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COVIL, JERRY W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, COX, CONRAD S, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CRAWFORD, GILMORE L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CRAWFORD, GILMORE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CRISCO, HENRY C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CROOM, JR, TROY W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CROOM, PATRICK R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, CROOMS, WILLIAM J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  RILEY, J MICHAEL, CROWDER, JOHN R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069  RILEY, J MICHAEL, CULVERHOUSE, SAMUEL H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068  RILEY, J MICHAEL, CUMBER, CHRISTOPHER, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, DANIELS, KENNETH, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, DAVENPORT, THOMAS L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, DAVIS, JAMES D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069  RILEY, J MICHAEL, DAVIS, JIMMIE R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21069  RILEY, J MICHAEL, DAVIS, SR, JOSEPH J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068  RILEY, J MICHAEL, DAVIS, WILLIAM L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, DIXON, ROBERT B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, DYSON, HARRY S, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, EDENS, PHILIP R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, EDWARDS, ELIJAH N, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, EDWARDS, JOSEPH J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, EDWARDS, SR, NORMAN S, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, ENGLEHART, RICHARD, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, ETHERIDGE, JOHN W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FAIRCLOTH, JAKIE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FLAKE, BOBBY R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FLOWERS, CHARLES N, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FLOWERS, DAVID M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FLOYD, BEN B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069  RILEY, J MICHAEL, FLYNN, SR, GEORGE C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068  RILEY, J MICHAEL, FREEMAN, DONALD E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FREEMAN, LEROY, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FULLWOOD, JAMES A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, FULTON, JUNIOR, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, GALLOWAY, WILLIAM G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, GARDNER, HENRY E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068  RILEY, J MICHAEL, GARNER, JR, LESLIE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   RILEY, J MICHAEL, GARRETT, HARRY L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GARRIS, JAMES L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GORE, HORACE W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069   RILEY, J MICHAEL, GOWER, WILLIAM H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068   RILEY, J MICHAEL, GRAHAM, EUGENE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GRAHAM, JESSIE F, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GRAHAM, SAMUEL L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GRAHAM, WALSTER, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GRAHAM, WILLIAM O, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GREENE, IRA T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GREENE, JR, ANDREW D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, GRIFFIN, LELA M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARDISON, JOSEPH H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARDISON, JR, ERNEST, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARDISON, JR, LOUIS B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARDISON, SR, LOUIS B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARDISON, SR, LOUIS, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARRELL, SR, JAMES E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARRELL, STEWART, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARRELSON, JESSE W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARRIS, ALFRED S, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARRIS, JR, J B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARRISON, BENNY E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARRISON, THADEOUS, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HARSH, WESLEY C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HAYES, CHESTER M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HEDGEBETH, WILLIAM H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HESTER, EWEN O, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HICKS, SR, PAT, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, HINES, J C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | RILEY, J MICHAEL, HINES, WILLIE L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HINSON, ELOISE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HOBBS, JOHN W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HOWARD, WILLIAM E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HOYLE, JIMMY B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HUFHAM, VERNE L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HUGGINS, WILLIAM L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HUGHES, RUDOLPH, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, HUMBLES, SR, JOSEPH T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, IRICK, WILLIAM, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JACKSON, ELDON, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JACKSON, JERRY T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JACKSON, TOMMY A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JANICKI, STANLEY J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JENKINS, ROBERT L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JETT, DENNIS D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JOHNSON, WILLIAM G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JONES, CLEONZA, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JONES, DWIGHT E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JONES, JAMES O, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JONES, JR, LLOYD W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JONES, ROBERT H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JONES, SR, SAM H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JONES, WILLIE J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, JORDAN, SR, WADE B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, KELLY, BRIAN, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, KENNEDY, LYNWOOD E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, KING, JUNIOUS N, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, KING, NONNIE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, KING, THELTON G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |

Svc Lst  Name and Address of Served Party

21068    RILEY, J MICHAEL, KING, WAYNE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, KINSEY, JOHN W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LAIRSEY, QUINCY, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LANE, JR, RICHARD B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069    RILEY, J MICHAEL, LANE, SR, NORRIS, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068    RILEY, J MICHAEL, LARKINS, JAMES C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LARKINS, JR, VICTOR M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069    RILEY, J MICHAEL, LASSITER, NEIL J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068    RILEY, J MICHAEL, LEWIS, CLAUDIUS M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LIGHTFOOT, THOMAS P, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LITTLE, JERRY W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LLOYD, CARL E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LONG, CHARLES A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LOWERY, SR, WILLIE C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, LYNN, JAMES E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MADRAY, DARRLY R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MADRAY, DARRYL R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MANNING, PHILLIP E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069    RILEY, J MICHAEL, MANNING, WILLIAM B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068    RILEY, J MICHAEL, MARLEY, GEORGE D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069    RILEY, J MICHAEL, MARTIN, JESSE C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068    RILEY, J MICHAEL, MCCAULEY, DAVID E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MCDONALD, GEORGE G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MCDUFFIE, BRADFORD, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MCKEITHAN, SR, PAUL L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MCNAIR, GENERAL J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MCNEIL, COLEMAN J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MEDLIN, RONALD A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MEGGS, ROBERT W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, MEISMER, KAY F, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   RILEY, J MICHAEL, MERCER, BOBBY G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MESSER, EDGAR R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MEYERS, SR, RUFUS W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MILLER, KENNETH L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MINTZ, SR, MURRAY R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MITCHELL, LARRY L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MODLIN, REXIE H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MOORE, JR, CREED E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MOORE, RICHARD E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MOORE, THOMAS O, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MORELAND, SR, EMORY, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MUNN, JR, CHARLES, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MURRAY, JAMES E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MYERS, KENNETH H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, MYERS, SR, DAVID J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, NANCE, JAMES E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, NETHERCUTT, HORACE E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, NICHOLS, VANGUS W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, NORMAN, SR, LOUIS E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, NORRIS, WILLARD I, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, NORRIS, WILLIE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PACE, GILLIS E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PARISHER, BILLY J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PATILLO, THERMON L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PATILLO, THERMON, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069   RILEY, J MICHAEL, PERKINS, JAMES L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068   RILEY, J MICHAEL, PERSON, BENJAMIN T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PETERSON, ALLEN B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PHELPS, CHARLES L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PHELPS, JR, ZEPHIE, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   RILEY, J MICHAEL, PHELPS, NATHAN D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PHELPS, THOMAS R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, POPE, GAIL S, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, POTTER, CARL D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, POTTER, JUDY P, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, POTTER, WILLIAM R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PRIEST, DAVID L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, PRIEST, JULIAN H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RABON, JAMES L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RABON, WILLIAM E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RACKLEY, LEWIS H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RAWLS, JOSEPH G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RAY, GRAHAM A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, REAVES, JAMES, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, REAVES, WILLIAM W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RESPESS, CALVIN, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RHEA, JESSE A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RHOME, JAMES R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RIDENHOUR, DONALD R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, ROBERSON, CECIL, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, ROBINSON, JOHN T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, ROGERS, KENNETH W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, ROGERS, MARION E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, ROGERSON, CHARLES C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, ROOK, WILLIAM, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, ROY, SR, WILLIAM H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, RYDER, THOMAS R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SANDERS, DAVID A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SANDY, DONALD L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SASSER, NORMAN, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   RILEY, J MICHAEL, SAWYER, ROGER M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SCOTT, WILLIAM D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SHAW, CHARLES H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SHAW, SR, LEROY, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SIBLEY, ALTON L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SING, THOMAS L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SKINNER, EDDIE M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SKIPPER, JR, DEWEY, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SLAY, JOHN M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SMITH, HARRY P, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SMITH, JOHN W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SMITH, RICHARD J, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SMITH, TED R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SOLES, KENNETH T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SPRUILL, JACK T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SQUIRES, HOWARD G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, STALLINGS, JAMES E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, STALLS, BOBBY G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, STEPHENS, JAMES B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, STEPHENS, JERRY, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, STEWART, JESSE P, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, STOTESBURY, EDWARD L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, STRICKLAND, ROBERT E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SULLIVAN, GARY L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SULLIVAN, LEWIS H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, SWAIN, WILLIAM W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069   RILEY, J MICHAEL, TARKINGTON, ELBERT T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068   RILEY, J MICHAEL, TARTE, DANIEL A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, TAYLOR, RONNIE G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068   RILEY, J MICHAEL, TEMPLETON, CARL M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | RILEY, J MICHAEL, THOMAS, ELEANOR, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, THOMAS, LONICE E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, THOMAS, SIDNEY B, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, THOMPSON, JR, JOSEPH A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, THORNTON, JR, KENNETH D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, TOWNSEND, ARTHUR R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, TRIPP, SR, SAMUEL W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, TROY, SAMUEL, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, TYLER, RAYMOND L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21069 | RILEY, J MICHAEL, WAGGONER, ARTHUR D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249 |
| 21068 | RILEY, J MICHAEL, WAITE, JOHN A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WALKER, JOSEPH M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WALKER, ROBERT H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WALKER, SR, ROY G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WALTERS, LENUE W, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WARD, FRANCIS G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WATSON, ARCHIE C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WEBB, JAMES A, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WELLS, ELWOOD R, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WEST, LENZOR, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WHITE, HOUSTON D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WHITE, JAY H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WHITE, PHILLIP C, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WILDER, JR, ELWOOD S, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WILLIAMS, GROVER G, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WILLIAMS, JR, JOHN H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WILLIAMS, LEON, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WILLIAMS, ROMAN H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WILLIAMSON, GARLAND E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |
| 21068 | RILEY, J MICHAEL, WILLIAMSON, MANLEY D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    RILEY, J MICHAEL, WILLIAMS, LISTON M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21069    RILEY, J MICHAEL, WILSON, BILLY H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1249

21068    RILEY, J MICHAEL, WILSON, JR, BOOKER T, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, WOOD, JR, JOHN E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, WOOD, RAYMOND H, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, WOOD, WALTER E, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, WOODARD, DURWOOD D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, WOOLARD, THOMAS L, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, WORRELL, RICHARD D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, WRIGHT, HARVEY M, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, YARBOROUGH, CARL F, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, YOPP, JR, ABBOTT D, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, J MICHAEL, YOUNG, JOSEPH, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255

21068    RILEY, JACK R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    RILEY, JACKIE O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    RILEY, JAMES F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069    RILEY, JAMES L, EARNSHAW, ELKWOOD MALL CENTER BLDG, #512, 42ND AND CENTER STREETS, OMAHA, NE, 68105

21068    RILEY, JAMES L, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068    RILEY, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    RILEY, JOHN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    RILEY, JOHN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    RILEY, JOHNNY L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    RILEY, JR, FLOYD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    RILEY, JR, W L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    RILEY, JR, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    RILEY, JR., BENJAMIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    RILEY, KENNETH E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    RILEY, KENNETH R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    RILEY, LARRY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    RILEY, LARRY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    RILEY, LARRY W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    RILEY, LARRY W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

WR Grace PI