**Exhibit 3 - WR PI Grace Mailing**

Svc Lst | Name and Address of Served Party

---

21068　SAKALARIOS, ANTHONY, MANNING, ALENE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MANNING, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MANSON, DAVID, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MANUEL, DOROTHY M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARSH, CHARLES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARSHALL, BILLIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARSHALL, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARSHALL, KATHY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARSHALL, LIZER A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTAR, JOHN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTER, TILTON B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTIN, HAZEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTIN, JERRY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTIN, LUTHER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTIN, RAYMOND L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTIN, ROY J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MARTIN, SUSIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MASCAGNI, FRANK C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MASK, EARNEST L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MASON, ROSA L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MASSENGALE, EDWARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MASSEY, WALTON H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MATHEWS, DOROTHY A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MATHEWS, JAMES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MATHEWS, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MATHIS, FRANCIS R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MATTHEWS, CARL M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MAULDIN, WILLARD, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MAXWELL, MELVIN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068　SAKALARIOS, ANTHONY, MAY, CLARA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  SAKALARIOS, ANTHONY, MAY, WILLIAM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MAYFIELD, JOHN W, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MAYNARD, ERVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MAYS, WALTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCALPIN, ROBBIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCANN, CAROLYN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCARTY, CURTIS R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCARTY, LEON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCARTY, MARGARET J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCLAIN, ROSS C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCLENDON, JOHN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCLENTON, AARON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCOOL, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCORD, SARAH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCORMICK, ANNIE B, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCOY, BOBBY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCOY, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCRARY, FAY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCULLARS, JIMMY C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCULLOUGH, TOMMIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCULLOUGH, ZACHARY B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCCULLUM, NAOMI, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDANIEL, FRED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDANIEL, GEORGE A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDONALD, DORIS, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDONALD, DOROTHY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDONALD, EMMA L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDONALD, EVELIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDONALD, GAYOLA D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAKALARIOS, ANTHONY, MCDONALD, MAMIE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SAKALARIOS, ANTHONY, MCDONALD, RAY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCDOUGLE, ANNIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCDUFFIE, JOHNETTE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCELHENEY, SAMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGAUGH, HAROLD D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGEE, LUVERGIE V, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGEE, RACHEL G, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGEE, RUTHIE P, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGILL, ALLIE O, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGINNIS, MARILYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGINNIS, MAURICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCGOWAN, BOBBY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCINTYRE, KARY W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCKEE, DORIS J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCKINLEY, DOROTHY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCKISSICK, JUANITA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCKISSICK, JULIA B, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLAIN, EARLENE P, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLAIN, IVA D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLAIN, STEVEN G, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLAURIN, DANNY R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLEMORE, JR, FREEMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLEMORE, SUVILLA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLENDON, BOBBY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLENDON, EDWARD G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLENDON, FREDA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLENDON, SYLVIA J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLEOD, LOUISE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLEOD, SHARON, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCLEROY, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, MCNAIR, CAROLYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCNAUGHTON, GERTIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCNEELY, HENRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCQUEEN, JOHNNY L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCRAE, ANNIE R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCRAE, JANIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCRAY, HENRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCSWAIN, CHARLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCSWAIN, DOLLIE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MCTIER, DONALD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MEADOWS, MAVIS U, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MEELER, SR, BOBBY J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MELTON, MARY K, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERCER, DANNY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERCER, RUPERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERRELL, BOBBY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERRILL, NED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERRITT, KAY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERRITT, LINDA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERRITT, MARY E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERRITT, RUTHIE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MERRITT, SANDRA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, METZ, LOYD R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MEWBOURN, LARRY P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MIDDLEBROOK, CARRIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MIDDLEBROOK, JOHNNIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MIDDLETON, JIM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MIKLIC, BOBBY N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILES, ANNIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILES, JOHNNY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, MILLER, AMOS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, ANDREW C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, ANNIE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, BILLY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, ELIZABETH, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, ELMON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, HERBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, NAPIER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, PATRICIA W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, WILLIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLER, ZELMA D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLS, JR, WILLIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLS, THOMAS R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILLSAP, JOHNNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILSAP, EDDIE C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILSAP, ROSENA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MILTON, WALTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MIMBS, MICKEY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MIMS, EUGENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MITCHELL, LEVI, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MITCHNER, JOHNNIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MIZELL, EARLINE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOBLEY, BILLY W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOBLEY, CHARLIE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOFFETT, JOHNNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOFFETT, LAMAR, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MONTFORD, MINNIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MONTGOMERY, CHARLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MONTGOMERY, LINDA S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MONTGOMERY, SYBLE P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, MOODY, AGNES, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOODY, DON E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOODY, ELLA M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOODY, EVERETTE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOODY, LEN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOODY, MYRTLE J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOODY, ROSA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOONEY, DOLLIE D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, CHARLENE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, CLARETHA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, CORA A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, DAN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, DONALD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, ELLAPHINE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, ERVIN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, KENNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, L T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, NANCY G, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, ROBERT G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORE, V J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOORMAN, BRENDA C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORGAN, ALICE C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORGAN, ESTELLA M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORGANFIELD, MATTHEW, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORRIS, CALVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORRIS, ELDON, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORRIS, JR., HERBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORRIS, RAY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MORTON, CLINTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOSLEY, RALPH L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, MOSLEY, ROBERT P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOSS, FRED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOSS, MARSHALL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOULDS, CARRIE E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOXLEY, JIMMY P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MOZINGO, EVELYN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MULLIKIN, CARRELL D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MULLIKIN, TOM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MULLINS, BUD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MULLIS, RALPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MURCHIE, JOHN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MURPHY, LESTER C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MURPHY, THOMAS B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MURRAY, RUTH, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MURRY, JOHNNIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MURRY, JR, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MUSGROVE, HOLLIS L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MYERS, ALVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MYERS, JR, LEONARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MYERS, WILSON, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MYLES, SR, MARSHALL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MYRICK, JR, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MYRICK, JUANITA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, MYRICK, SUSIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NANCE, BONNIE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NATIONS, RHODA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEAL, GRACE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NECESSARY, MARY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NELMS, CLIFFORD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NELSON, CHELLIE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SAKALARIOS, ANTHONY, NELSON, GLORIA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NELSON, RONALD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NESMITH, CHARLES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEVILLE, MARGARETTE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEWBY, MATTIE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEWELL, ANNIE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEWELL, EVELYN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEWELL, KAY F, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEWELL, SR, JIMMY C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NEWSOME, MARY L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NIBLETT, GEORGE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICHOLS, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICHOLSON, ALA D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICHOLSON, KATHERINE E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICHOLSON, KENNETH C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICHOLSON, LOIS A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICHOLSON, MAUDIE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICHOLSON, WILLIAM O, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NICKERSON, JOHN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NIX, BOBBY J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NIXON, JR, WINFORD B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NOBLE, JOE W, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NOBLES, BESSIE C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NOBLES, ROLAND L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NORMAN, HENRY H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NORRIS, VELVERLENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, NUNN, DORIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ODEN, FRANCES J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ODOM, BOBBIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ODOM, DONALD W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, ODOM, EDNA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ODOM, PATRICIA W, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, OLIVE, FRED C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, OLIVER, DOROTHY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ONEAL, MELBA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, OVERSTREET, WILLIAM D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, OWENS, BARBARA O, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, OWENS, CLYDE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, OWENS, EMMA J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PACLEY, ANNIE V, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAGE, MABLE A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAGE, MARTHA A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAIGE, RICHARD, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PALMER, MARY C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PALMER, PATSY A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAMPLIN, OPAL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARHAM, HELEN J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARISH, DONALD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, BETTY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, CENI P, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, CORNELIA J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, FANNIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, FLOYD G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, JAMES R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, JOHN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, MADELINE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, MARY B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKER, WILLIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKS, GWENDOLYN S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARKS, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SAKALARIOS, ANTHONY, PARRISH, RONALD E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PARROTT, ANITA C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAULK, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAYNE, JR, GEORGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAYNE, JR, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAYNE, LONNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAYNE, ROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAYTON, ARMIE J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAYTON, SHIRLIE A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PAYTON, W D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PEEBLES, GLORIA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PEEBLES, JOYCE H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PEEL, JAMES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PENNINGTON, HELEN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PENNYMAN, WESLEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PERKINS, DONALD R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PERRY, JR., SHAD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PERRY, JUANITA C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PERRY, MAUDIE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PERRYMAN, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PETERS, SARA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PETTY, SHIRLEY P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PETTY, WILLIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PHILLIPS, FANNIE S, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PHILLIPS, FLOREADA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PHILLIPS, JAMES A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PHILLIPS, JAMES F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PHILLIPS, JIMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PHILLIPS, JOHNNIE W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PHILLIPS, ROSIE E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, PICKENS, ROBERT J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PICKERING, HAZEL, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PICKERING, MARVIN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PIERCE, BOBBIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PIERCE, LAURA M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PIERSON, THEARTHER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PITTMAN, BETTY J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PITTS, CAROLYN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PITTS, GLORIA J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PITTS, LOUELLA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PITTS, OLLIE J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PITTS, ROBERT E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PITTS, RUEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PLANT, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POLK, AUDREY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POLK, RAY C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POOR, MARY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POPE, ARLENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POPE, LYNWOOD A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POPE, NETTIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PORTER, BEATRICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PORTER, DOROTHY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PORTER, SR, BENNIE C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PORTER, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POSEY, BOBBIE J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POSEY, MARTHA P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POSEY, MAXINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POSEY, ROGER L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POTTER, DON L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POUNDS, RUNETTE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | SAKALARIOS, ANTHONY, POWE, INEZ, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POWE, MAGGIE S, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POWELL, BETTY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POWELL, DONALD R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POWELL, FRANCES M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POWELL, JAMES T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, POWELL, ROBERT, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PRESTON, CATHERINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PRICE, BETTY L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PRIESTLEY, WILLIAM H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PRINCE, ORA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PRINGLE, WILBERT B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PRITCHARD, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PULLEN, JAMES G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PULLEN, LEAMON E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PULLIN, FLORA M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PURNELL, EDWARD J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PURVIS, EARL D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PURVIS, EFFIE Y, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PURVIS, ELWARD W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PURVIS, JOHN C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PURVIS, JOHN M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, PURVIS, MYRTLE D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RACHELS, LORING, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RADCLIFF, BEATRICE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAGLAND, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAILEY, ROSSIE H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAINBOLT, ERNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAINBOLT, GARY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAINEY, IVA L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, RAMSEY, JACKIE C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAMSEY, ROBERT, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RANKIN, ANNIE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RANSOM, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RANSOM, S L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RATCLIFFE, JR, ANDREW M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAVENCRAFT, HARLON K, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAWLS, ALBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAWLS, HERMAN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RAWLS, OLENE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, READ, PAUL E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, READIRS, EARNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REAGAN, BARBARA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REED, GEORGE T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REED, JOHN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REED, STYELLA M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REESE, ELIJAH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REESE, JANICE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REESE, JOHNNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REESE, LUTHER J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REESE, SR, HARRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REEVES, AUGUSTUS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REEVES, HOMER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REEVES, MILDRED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REGISTER, JERRY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REID, JANET E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, REYNOLDS, WANDA J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RHODES, C P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RHYMES, GARY C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RICE, SHIRLEY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

WR Grace PI

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SAKALARIOS, ANTHONY, RICE, TOMMY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RICHARDSON, CHARLES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RICHARDSON, JR., EDDIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RICKMAN, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RICKS, BERTOW, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RICKS, GEORGE W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RICKS, J W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RIDGELL, PHYLISTENE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RIGBY, LELIA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RILES, LULA C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, RISINGER, ELZIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERSON, DAVID T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERSON, JIMMY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERSON, JR., ROBERT M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERTS, AGNES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERTS, LAVONIA N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERTS, LOUISE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERTSON, GAVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBERTSON, HIRAM A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, CATO, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, JOHN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, JOHN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, LLOYD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, MARVIN F, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, MILTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, PATSY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, RUFUS W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, SR, BILLIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ROBINSON, VIVIAN M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   SAKALARIOS, ANTHONY, ROBINSON, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RODDEY, JR, EDWARD R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROGERS, COLBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROGERS, GAIL J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROGERS, JAMES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROGERS, JANICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROGERS, LORAN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROGERS, T A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROGERS, THOMAS D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROQUEMORE, WILLENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROSE, DAVID, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROSS, JOSEPH B, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROSS, PEARLENE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROUNDS, VERNICE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROUNTREE, JAMES A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROWE, FREDDY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROWELL, ESTELLE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROWELL, GLENDA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, ROWELL, KENNETH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUCKER, ARTHUR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUMPH, ELLEAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUSHING, MARVIN C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUSSELL, JANE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUSSELL, JERRY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUSSELL, JR., JAMES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUSSELL, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUTHERFORD, HENRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, RUTLEDGE, BOBBY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SANDERS, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SANDERS, DAVID, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SAKALARIOS, ANTHONY, SANDERS, FRANCES C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANDERS, HOWARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANDERS, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANDERS, JIMMY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANDERS, LONNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANDIFER, RUBY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANFORD, ETHEL, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANFORD, JACK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SANFORD, MYRTLE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SAULTERS, JESSIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SAUNDERS, ROBERT F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SAVAGE, GLORIA J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SCARBROUGH, JULIA F, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SCHELL, DOROTHY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SCOTT, GEORGE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SCOTT, JOHN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SCOTT, SYLVIA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SEARCY, HORACE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SEARCY, INEZ, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SEARCY, JOHN F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SEARS, ERMA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SEARS, RONNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SELLERS, PATSY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHARP, WILLIAM C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHATTLES, ELOM T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHAW, MARY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHEPHERD, DELLA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHEPHERD, FAYE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHERRON, CLARA P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHOCKEY, CLEO, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, SHOEMAKER, ROY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHOUPE, DONALD R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHOUPE, MARGIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHOWS, DONALD W, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHOWS, SELMA L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SHURDEN, JIMMIE C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIEFKEN, SHIRLEY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIGMAN, MANSON E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMMONS, CORA M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMMONS, TOMMIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMPSON, CLAUDE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMS, CHARLES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMS, EVELLE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMS, HERMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMS, JR, JESSIE C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIMS, MARY M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SINGLETARY, ANNIE A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SISK, ELLEN B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SIZEMORE, DONALD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SKINNER, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SLOAN, PATRICIA R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, ANNIE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, BENNIE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, BETTY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, BETTYNELL H, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, BOBBY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, CECIL R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, EARNEST C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, EMORY H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SMITH, FLORA E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   SAKALARIOS, ANTHONY, SMITH, HAROLD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, JR, EMMITT J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, JR, MILTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, JULIAN H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, KATRINA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, LIZZIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, MARY F, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, MARY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, MATTIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, ORRIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, ROMELLA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, VERL G, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, WILLIAM L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SMITH, WILLIE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SOLES, MICHAEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPEED, SOLOMON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPENCER, HOSEA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPENCER, LOUISE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPENCER, MORRELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPILLER, JR, HENRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPIRES, DWAIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPIRES, FREEMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPIRES, MURLINE H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPIVEY, JEWEL D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPRADLIN, HERMAN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, SPROUSE, JAMES C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STAMPER, C A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STAMPLEY, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STANFILL, POWELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   SAKALARIOS, ANTHONY, STANLEY, HERMAN D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STANLEY, LARRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STANLEY, LOUIS J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STANLEY, T J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STANSELL, TONY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STATEN, BENNIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEED, THOMAS E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEEN, JOE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEPHENS, HUBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEPHENS, JOHN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEPHENSON, DALE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEVENS, CURTIS C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEVENS, VIOLET E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEWART, BONNIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STEWART, GENETTA R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STIFF, ORLAIN R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STOKES, GASTON D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STOKLEY, LEROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STOVALL, ADELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STREET, ALMA J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STREET, DORIS E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STREET, MATTIE B, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRICKLAND, BILLY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRICKLAND, BURNICE R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRICKLAND, MOYE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRICKLAND, RAY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRICKLAND, RODNEY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRICKLAND, SAMUEL W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRIEFF, ALTON K, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, STRINGER, BETTY J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SAKALARIOS, ANTHONY, STRINGER, DANIEL T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, STROUD, MILDRED, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, STRUTCHEN, SR, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, STUART, JR, PHELPS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, STUBBS, FANNIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, STUCKEY, EMMA J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, STUTTS, SIDNEY C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SUDDETH, ELDRIDGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SUDDUTH, JR, EUELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SULLIVAN, RUBY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SULLIVAN, SR, ALONZO J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SUMNER, GARY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SUMRALL, ERMA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SUMRALL, RONALD E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SUTTON, GWENDOLYN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SUTTON, WAYNE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SWAN, MAXINE G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, SWINDOLL, HARLEY E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TABB, JERRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TANNER, CAROL B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TANNER, HAROLD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TANNER, JR, MARVIN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TANNER, MILDRED L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TARPLEY, WENDELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TAYLOR, CARL A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TAYLOR, CARRIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TAYLOR, CLARENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TAYLOR, CORA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TAYLOR, ELIZABETH C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TAYLOR, JR, SAMUEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    SAKALARIOS, ANTHONY, TAYLOR, WILLIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, TEAL, JOAN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, TEAL, WILBUR T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, TERRELL, LEO M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, TERRY, MILDRED, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, TERRY, WILLIAM A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, TEW, JR, EDGAR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THARP, LOIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THARPE, JOHN A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THIGPEN, ANNIE L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THIGPEN, AUDIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THIGPEN, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THIGPEN, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THIGPEN, HERBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THIGPEN, PEGGY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, ALFRED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, BARBARA N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, BILLY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, HOWARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, JAMES T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, K P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, L S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, LARRY T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, MARIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, ORETHA C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMAS, WILLIS R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMPSON, E J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMPSON, ELZIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, THOMPSON, HELEN M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, THOMPSON, JAMES R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THOMPSON, L T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THOMPSON, LEON V, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THOMPSON, MARY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THOMPSON, ROBERT R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THOMPSON, WILLIE J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THORNTON, CLARA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THORNTON, JOE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THRASH, JOHNIE G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, THURMAN, DANNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TILLMAN, JR, OTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TILSON, BILLY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TINDELL, MYRTLE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOLBERT, PHYLLIS, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOLLIVER, CURTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOOKES, ISAIAH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOWNSEND, EDWARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOWNSEND, FELTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOWNSEND, JUNIOR A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOWNSEND, LYNN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOWNSEND, SR., RAYFORD R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOWNSEND, THERMAN H, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TOWNSEND, WILLIE J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TRAINER, FRANKIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TRAVIS, BETTYE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TRAVIS, WILLIE A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TRAYLOR, MARY C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TREST, WILLIAM E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TRICE, CARL P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TRIPLETT, MARY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, TROTTER, MELVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TROUPE, INELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TUCKER, LUTHER H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TUCKER, MACK W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TUGGLE, ALBERT A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TUGGLE, JAMES K, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TURNER, BETTY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TURNER, DEWAYNE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TURNER, IDA M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TURNER, JR, I J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TURNER, WENDELL R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TYREE, GRADY G, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TYREE, MARY M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, TYSON, SARAH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ULIANO, JOSEPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, ULMER, KENNETH, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, UNDERWOOD, MATTIE G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, UPSHAW, MARXS C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, UPSHAW, OWEN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, UPSHAW, SHIRLEY J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, UPTON, ALICE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, UPTON, PAUL B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VANCE, HENRY H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VANCE, JOYCE C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VANDERFORD, VIVIAN M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VEAL, JOHN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VEALS, NATHANIEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VEASLEY, JUDY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VERNON, IRA C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, VESS, BARBARA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, VINSON, SR, WILLIAM E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WAGNER, ROBERT L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WAINWRIGHT, CHARLES M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WAITS, RANDOLPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALDROP, BRENDA P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, EDWINA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, ELAINE S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, GENNIE V, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, HENRY L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, HUEY P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, JAMES E, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, JEWELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, JR, JOHNNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, SAMELLA S, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, SOLOMON E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, TONNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, W S, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, WILLIE R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALKER, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALLACE, HELMA R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALLACE, RAY T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALLS, JR., IRA F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALTERS, ALMA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALTERS, CHARLES D, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALTERS, MYRTIS V, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WALTON, IRENE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WARD, FRANKLIN C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WARE, DENNIS L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WARE, JIMMY E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WARNOCK, HOLLIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, WARNOCK, LINDA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WARNOCK, MONTE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WARREN, JAMES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WARREN, TRAVIS E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WASHINGTON, ANNIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WASHINGTON, ARCEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WASHINGTON, GEORGINIA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATERS, WILLIAM, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATFORD, BILLIE F, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATKINS, ELSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATSON, JERRY L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATSON, LESTER F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATT, JOHNNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATTS, ALBERT C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WATTS, MARIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEATHERSBY, BILLY B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEATHERSBY, JR, ROBERT, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEAVER, SARAH D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEBB, HOLTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEEKS, GWEN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEEKS, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WELCH, FRANKIE P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WELCH, LEONA B, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WELCH, LUTHER J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WELCH, ROBERT O, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WELLS, JESSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WELLS, LINDA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEST, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WEST, VIRGINIA L, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHEAT, LAVERN J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SAKALARIOS, ANTHONY, WHEELER, LEO, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHIDBY, ALVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, DONALD W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, GEORGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, JERRY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, JOYCE A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, L C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, LEE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, REBECCA S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, SR., CHARLES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITE, TITUS M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITEHEAD, RAYMOND, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITFIELD, DERECK R, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITFIELD, SHIRLEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITTINGTON, CARL E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WHITTINGTON, EDNA F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WIGGINGS, ANTHONY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WIGGINS, AARON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILDER, HANARIETTA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILEY, JR, THOMAS P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILFORD, CLARICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILKERSON, EVA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILKES, JUDON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILKES, SUE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILKES, VIRGINIA A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILKINS, LUCILLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILKINSON, HELEN D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILKINSON, RUFUS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SAKALARIOS, ANTHONY, WILLIAMS, ARTHUR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Svc Lst   Name and Address of Served Party**

21068   SAKALARIOS, ANTHONY, WILLIAMS, BERNEDA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, DAVID R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, ELIZABETH M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, GUY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, HARRY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, JEANETTE M, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, JOHN E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, JR., GORDON B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, JUANITA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, MARY A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, MILDRED J, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, NATH, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, OLLIE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, ORA C, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, PAUL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, SUSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, TOMMIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMS, WILLIE A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMSON, BILLY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIAMSON, VIOLA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLINGHAM, EDDIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILLIS, JEFFERSON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, ANNIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, BETTY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, BILLY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, FAYE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, HAYBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, HUBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, JAMES A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WILSON, LINDA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   SAKALARIOS, ANTHONY, WILSON, PAULINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WINDHAM, TROY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WINSTON, JESSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WINTERS, JESSIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WISE, HORACE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOOD, BILLY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOOD, CHARLES N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOOD, OTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOOD, RUSSELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOODALL, DORIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOODARD, BETTY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOODELL, LOWERY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOODS, SR., WILLIAM M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOODS, VICTOR W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WOODWARD, HELEN, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WORBINGTON, CLAUDIA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WORKS, HERSHEL L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WORTHY, ANNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WORTHY, JR, GEORGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WORTHY, SIMMIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WRIGHT, ALFRED, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WRIGHT, DOROTHY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WRIGHT, EARLINE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WRIGHT, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WRIGHT, SR, JOHN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WRIGHT, SR, ROBERT B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, WRIGHT, WYLEY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, YAWN, SHELBY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, YEAGER, WAYNE, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAKALARIOS, ANTHONY, YELVERTON, PATRICIA A, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

WR Grace PI

**Svc Lst** **Name and Address of Served Party**

21068    SAKALARIOS, ANTHONY, YOUNG, ALBERTA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, YOUNG, BARBARA, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, YOUNG, FRANKIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, YOUNG, JOE N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, YOUNG, MARY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, YOUNG, REBA P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, YOUNG, WILLIAM B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKALARIOS, ANTHONY, YOUNGBLOOD, GEORGE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAKOUSKY, CECIL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    SAKOWSKI, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SALAAM, PONCE D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    SALAFIE, NICHOLAS J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    SALAMALEKIS, ANDY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    SALAMALEKIS, MANUEL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    SALAMALEKIS, VIRGINIA, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    SALAMON, ALAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SALAMON, ALEXANDER, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21069    SALAMONE, RICHARD, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068    SALAS, ELIU G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SALAS, ELIU, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SALAS, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    SALAS, LOUIS, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    SALAS, MICHAEL R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SALAS, MICHAEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SALATA, RAY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    SALATINO, ANTHONY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SALATINO, JAMES A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    SALATINO, MIKE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069    SALATINO, PETER A, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

21069    SALATINO, PETER A, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068    SALATINO, ROCCO J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SALAUN, LOUIS M, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SALAZAR, CARLOS, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21069   SALAZAR, FRANK, PO BOX 45182, RIO RANCHO, NM, 87124

21068   SALAZAR, GUADALUPE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SALAZAR, HENRY, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   SALAZAR, JANET, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   SALAZAR, JESSE, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   SALAZAR, JESSE, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21069   SALAZAR, JOSE O, WOODS & WOODS LAW OFFICES, 105 PONCE DE LEON AVE, ONE COMPTROLL, PO BOX 193600, SAN JUAN, PR, 00919-3600

21068   SALAZAR, JOSEPH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SALAZAR, JR, MARCOS, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   SALAZAR, JULIAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SALAZAR, SAMUEL, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   SALAZAR, SR, FRANK A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SALAZAR, TONY J, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   SALBURY, LONNIE R, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   SALCEDO, MODESTA C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SALCEDO, OSCAR P, THE LAW FIRM OF HARRISON VICKERS, HARRISON VICKERS, 5718 WESTHEIMER RD STE 1310, HOUSTON, TX, 77057

21068   SALDIVAR, RAUL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SALDNA, JESSE C, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   SALDUTTI, CARL, TIMBY & DILLON P C, PO BOX 99, 330 S STATE STREET, NEWTOWN, PA, 18940

21068   SALEEBY, EILEEN P, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SALERNO, ALPHONSO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SALERNO, JOAN A, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   SALERNO, RICHARD P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SALES, JR, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SALES, JR, WILLIAM, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   SALES, KENNETH L, ADKINS, CARL E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ALTENBERGER, JOSEPH, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ATZINGER, LOUIS E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BARCLAY, WRAY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BARNETT, EARL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BEAL, LESTER E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BEAN, RONNIE D, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

Svc Lst  Name and Address of Served Party

21068   SALES, KENNETH L, BELL, JERRY R, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BENDEL, JAMES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BEUTHER, KENNETH R, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BISH, JOHNNY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BLANDFORD, CLEMENT L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BLOUNT, JAMES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BOSTON, JACK B, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BOWLING, ELLIS L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BOYD, ROGER, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BRINDLEY, WILLIAM T, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BROOKS, ALFRED, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, BRYANT, RAYMOND L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CARDOSI, EUGENE K, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CARLSON, DAVID, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CARNEAL, PAUL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CASH, WILLIAM, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CHILDERS, DWIGHT, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CLOUD, JERRY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, COFFMAN, JAMES P, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, COLEY, KENNETH J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, COLLINS, JOHN M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, COMBS, VIRGIL F, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CONNOLLY, JOHN J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, COOPER, ROY J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, COX, OTIS, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, COYLE, CHARLES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, CREIGHTON, DAN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, DALLAS, LOWELL W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, DAUGHERTY, SR, GUS, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, DEATS, SR., RICHARD W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   SALES, KENNETH L, DECKER, WAND B, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, DORRIS, JAMES M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, DOWNS, JAMES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, DOYLE, CHARLES E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, DRIES, ROBERT J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, EDESTER, LEO, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, EDGE, JOSEPH C, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ELDER, CLARENCE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, FEMMER, FRANCIS N, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, FOSTER, JR, HENRY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, FOX, DAVID L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900
        WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, FOX, HERBERT, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, GARST, GUY M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, GILKEY, ROBERT L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HALL, BETTY E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HALL, BURL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900
        WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HENRY, ISHMEL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HEUGLIN, JOHN W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HOCKLEY, GLENN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HOLTHOUSER, WILLIAM R, SALES TILLMAN WALLBAUM CATLETT &
        SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HOPKINS, EDWARD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HOSKINSON, JR, MERNA C, SALES TILLMAN WALLBAUM CATLETT &
        SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, HUNTER, GEORGE W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, IVIE, RALPH J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, JACKSON, EDWARD L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, JACOBS, GEORGE L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, JACOBS, JOHN T, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
        1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, JEFFRIES, ROBERT E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, JOHNSON, ALBERT, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, JOHNSON, MORRIS M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
        PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

Svc Lst  Name and Address of Served Party

21068  SALES, KENNETH L, JOHNSON, STANLEY E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, JONES, PAUL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900
WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, JUTZ, JR, JOHN C, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, KIRBY, MARSHALL E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, KNIFFLEY, SR, JOHN W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, LAWSON, LUTHER H, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, LAWSON, RONALD E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, LUNSFORD, JR, ROY B, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, LYONS, JOHN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MADDUX, ALOYSIUS F, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MATTINGLY, NEGLY R, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MCRAE, JR, JOE E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MEYER, ROBERT H, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MILLER, FREDDIE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MILLER, JR, JAMES A, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MOTLEY, WILLIAM M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, MULLINS, WAYNE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, NORTON, BARRY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, OGBORN, LUTHER P, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, ONEY, RONNIE LEE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, PARROTT, JULIAN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, PENNINGTON, RAY ALVIN, SALES TILLMAN WALLBAUM CATLETT &
SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, PERGRAM, ORVILLE LEE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, PHILLIPS, JAMES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, POPE, GLENNA K, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, PROCTOR, ARLOS E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, PURCELL, LEE R, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC,
1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, RAGSDALE, GEORGE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, RATTERMAN, WALTER J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY
PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068  SALES, KENNETH L, RAY, LLOYD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900
WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

Svc Lst  Name and Address of Served Party

---

21068   SALES, KENNETH L, RAYMAN, JAMES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, REED, STEPHEN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, REHM, JAMES D, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, RENFROE, ERNEST, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, RHOADES, JOE H, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, RHODES, JAMES L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, RICE, PATRICK W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ROBINSON, DORRIS J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ROGERS, EDWARD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ROGERS, RALPH, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ROTHWELL, ELMORE C, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ROUNDTREE, WILLIAM C, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, ROY, ARMOND, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, RUPP, CARL B, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, RUSSELL, WENDELL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SALLEE, JAMES W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SALSBURY, MARVIN F, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SALVI, JOHN J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SAUNDERS, NAT G, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SCHENKENFELDER, LLOYD D, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SCHEPERS, DAVID B, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SCHIAVONE, DANIEL G, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SCHNEBLE, JR, WILLIAM J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SCHULTEN, JOHN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SCRUGGS, JOHN K, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SERGENT, ZELDA G, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SETTLES, CHARLES C, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SIMS, WALTER, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SINGER, JERRY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SALES, KENNETH L, SLEDD, HENRY J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SALES, KENNETH L, SMITH, CLARENCE E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, SMITH, HARMON J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, SMITH, RICHARD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, SMITH, RONALD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, SMITH, WILLIAM A, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, SOSH, HOMER, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, SPICER, JR, MURRAY P, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, STAMBAUGH, PHILLIP I, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, STANLEY, GARY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, STEWART, CLARENCE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, STOUT, ALLEN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, STOWERS, HARVEY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, STRANGE, JACK, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, TACKETT, ISADORE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, TAGUE, MARY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, THOMAS, JOHN H, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, THOMAS, WILLIAM J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, THOMPKINS, TERRELL V, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, THOMPSON, BILLY L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, THOMPSON, MARY F, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, TODD, JAMES L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, TOLER, WILLIAM J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, TRETTER, HARRY M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, TUCKER, FLOYD W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, VANCE, CHARLES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, VANDERPOOL, VERNON, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, VINCENT, MARVIN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, WALLACE, RONALD J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, WEDDINGTON, LONNIE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SALES, KENNETH L, WHITTAKER, HOWARD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    SALES, KENNETH L, WILCOXEN, CLYDE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, WILLIAMS, CLIFFORD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, WILLIAMS, JESSIE M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, WILSON, JAMES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, WITHERS, AVIS, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, WOODROME, JR, ANDREW, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, WOODS, JAMES P, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, WRIGHT, RAYMOND, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, YOUNG, CHARLES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, YOUNG, CLYDE V, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, ZAHN, WILTON J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALES, KENNETH L, ZIPPER, RAYMOND J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068    SALGADO, SR, DAVID T, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    SALIARIS, ANISTASIOS P, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    SALIARIS, ANISTASIOS P, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    SALIAS, HILARIO, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    SALIBA, MOSE M, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    SALIM, MABEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SALIM, MABEL, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    SALINAS, ALBERTO R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    SALINAS, AMANDO G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SALINAS, AMANDO G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    SALINAS, ARMANDO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    SALINAS, DON P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SALINAS, HOMERO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    SALINAS, HOMERS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SALINAS, JOSE R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    SALINAS, JR, DOMINGO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    SALINAS, MIKE, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068    SALINAS, NOE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SALINAS, RAYMUNDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SALINAS, REMIGIO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SALINAS, RUDOLPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SALINAS, SR, JOHNNY E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SALING, DAVID W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SALING, DAVID W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SALISBURY, JR, WILLIAM J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SALISBURY, WILLIAM A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069   SALISKI, PATRICIA, DEUTSCH ATKINS, ANDREW MOSKOWITZ, COURT PLAZA N 25 MAIN ST, HACKENSACK, NJ, 07601

21068   SALJANIN, NIKOLA, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   SALKELD, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SALKO SR., JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SALKOWITZ, THOMAS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21069   SALKOWSKI, GERALDINE D, BLAKE UHLIGG PA, 475 BROTHERHOOD BUILDING, KANSAS CITY, KS, 66101

21068   SALKOWSKI, GERALDINE D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SALLADAY, MILTON E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SALLADAY, MILTON E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SALLAS, CHARLES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SALLEE, JAMES W, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SALLESE, CARMEN F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SALLEY, GEORGE A, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   SALLEY, GEORGE A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SALLIE, JAMES E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SALLIS, EVA, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   SALLIS, EVA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SALLIS, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SALLMEN, FRED A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SALLMEN, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SALMI, KAINO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SALMI, OSWALD O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SALMIERI, FRANK, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068   SALMON, CHARLES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SALMON, CHARLES L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   SALMON, RONNIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   SALMON, RONNIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   SALMON, SR, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SALMONS, GLENNA M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SALMONS, MARVIN L, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | SALMONS, THOMAS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SALNIKOFF, MICHAEL, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | SALNIKOFF, MICHAEL, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | SALO, AARON, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | SALO, AARON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SALO, WAINO, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | SALOMON, AVERY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21069 | SALONY, JOHN A, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038 |
| 21068 | SALOPEK, FRANK J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SALPINI, ERNEST, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SALSBERRY, FRANK R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | SALSBERRY, FRANK R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SALSBURY, CARL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | SALSBURY, GLEN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SALSBURY, GLEN E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | SALSBURY, HARVEY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | SALSBURY, MARVIN F, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | SALSBURY, NORRIS D, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | SALSER, CHARLES M, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | SALSER, CHARLES M, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301 |
| 21068 | SALSER, JOHN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SALSER, RODERICK, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | SALTER, A B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SALTER, A B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SALTER, ALICE J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SALTER, ALICE J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SALTER, ARNETTA, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | SALTER, BART, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SALTER, BART, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SALTER, BOBBY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SALTER, BOBBY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SALTER, BONNIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SALTER, BONNIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SALTER, CHARLIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    SALTER, DICK C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SALTER, DONALD A, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068    SALTER, FRANCES R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SALTER, FRANCES R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SALTER, GRANT M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SALTER, HAROLD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SALTER, HAROLD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SALTER, HAROLD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069    SALTER, JAMES B, DELANEY & DESAUTELS, 80 WOLF ROAD, 6TH FLOOR, ALBANY, NY, 12205

21069    SALTER, JAMES B, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214

21068    SALTER, JAMES L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    SALTER, JERRY S, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SALTER, JESSIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SALTER, JOHN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SALTER, LARRY G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SALTER, LARRY G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SALTER, MABRIE G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    SALTER, MATTIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SALTER, MATTIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SALTER, OPAL J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SALTER, OPAL J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SALTER, ROBERT E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SALTER, SHARON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SALTER, WALTER E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    SALTERS, JR, AMOS, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068    SALTERS, JR, AMOS, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    SALTERS, JR, AMOS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SALTERS, PAUL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SALUD, NELSON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    SALVAGNO, JR, ALBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SALVATE, NUNZIO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SALVATO, JOSEPH J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    SALVATORE, ALFRED, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068    SALVATORE, BRUNO, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    SALVATORE, DOMINECK F, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    SALVATORE, DOMINECK F, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068    SALVATORE, EUTICHIO G, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    SALVERIO, MARIO, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068    SALVETTI, ALBERT, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    SALVETTI, ANTHONY, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068    SALVI, JOHN J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    SALVO, BENNY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    SALVO, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    SALVO, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    SALYAR, ROBERT, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    SALYER, MONTE, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    SALYERS, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SALZBURG, DONALD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    SALZBURG, JOHN, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068    SAM, HILTON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    SAM, JAMES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    SAM, JOHNNY, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    SAM, JOHNNY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SAMARITANI, GINO, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    SAMATUA, JOE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    SAMBORSKI, CASIMER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SAMBUCCI, JOSEPH, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068    SAMFORD, BARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    SAMFORD, JOE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    SAMFORD, JOE, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068    SAMFORD, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SAMFORD, JOE, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    SAMFORD, JOE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SAMFORD, WAYLAND, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    SAMIEK, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    SAMM, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    SAMMARCO, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SAMMARCO, JAMES V, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SAMMARTINO, ENRICO, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21069  SAMMLER, JOAN, ROTKO CRESHOFF, 200 LIPPINCOTT BUILDING, 227 SOUTH SIXTH STREET, PHILADELPHIA, PA, 19106

21068  SAMMONS, BENNIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SAMMONS, BENNIE R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  SAMMONS, DARRELL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  SAMMONS, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  SAMMONS, JESSE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SAMMONS, JOHNNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  SAMMONS, PRENTESS A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SAMMS, KENNETH E, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  SAMOLUK, SR., JOHN H, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068  SAMPEY, NORRIS, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  SAMPLE, ALBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SAMPLE, HARRY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SAMPLER, MARION E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SAMPLER, MARION E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SAMPLES, ALTON, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  SAMPLES, BUDDY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SAMPLES, CLYDE E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  SAMPLES, JAMES D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SAMPLES, JAMES D, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SAMPLES, KEITH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SAMPLES, MURL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SAMPLES, MURL, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SAMPLES, WILBERN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SAMPLEY, GLEN, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  SAMPOGNA, MIKE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SAMPSEL, ROY L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  SAMPSELL, PAUL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SAMPSELL, RALPH W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SAMPSON, BILLY C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SAMPSON, BURNELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SAMPSON, CASANDRA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAMPSON, CASANDRA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SAMPSON, CLEMENT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SAMPSON, CORRIE J, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SAMPSON, CURTIS C, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   SAMPSON, DANIEL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SAMPSON, DAVID L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SAMPSON, DONALD W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SAMPSON, EUGENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAMPSON, JAMES L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SAMPSON, JAMES L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SAMPSON, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAMPSON, JAMES W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SAMPSON, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAMPSON, JAMES W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SAMPSON, JESSIE L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SAMPSON, JESSIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAMPSON, JESSIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SAMPSON, JR, MCCLURIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SAMPSON, LAWRENCE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   SAMPSON, LUCIUS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SAMPSON, MARY L, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   SAMPSON, MCCLURIE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SAMPSON, MCCLURIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SAMPSON, MICHAEL E, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   SAMPSON, RIVERS, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SAMPSON, ROBERT L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SAMPSON, ROBERT L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SAMPSON, S J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SAMPSON, S J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SAMPSON, SR, DONALD R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SAMPSON, SR, WILLIE D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SAMPSON, TIMOTHY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069   SAMPSON, VAN A, GREG THOMPSON, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   SAMPSON, WILLIAM W, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SAMPY, JOSEPH L, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  SAMS, AMOS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SAMS, ARLIE R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  SAMS, FELIX, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SAMS, FELIX, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SAMS, HARLAN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SAMS, HELEN A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAMS, HELEN A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SAMS, JR, HERSHELL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SAMS, JR, HERSHELL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  SAMS, LINDA C, ADAMS, RICHARD J, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, BROWN, JR, EDWARD, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, BROWN, WALTER, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, COLLINS, JR, WILLIAM, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, CURRY, CALVIN, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, DAVIS, O C, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, FULLER, JAMES, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, HUDSON, JAMES T, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, JOHNSON, JOHN W, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, JONES, JOHNNIE J, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, JONES, JR, JOHN, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, SANDERS, GEORGE, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, STEPHENS, JAMES, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, STEWART, JAMES L, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, TURNER, HOWARD, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, WILLIAMS, ANDREW, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, WILLIAMS, BILLY, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21069  SAMS, LINDA C, WILLIAMS, EDDIE T, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542

21068  SAMS, RALPH E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069  SAMS, WILLIAM R, MITCHELL, JOHN R MITCHELL, 205 CAPITOL ST STE 301, CHARLESTON, WV, 25322

21068  SAMSEL, JAMES S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SAMSON, BETTY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    SAMSON, LESTER T, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068    SAMUEL, CHANNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SAMUEL, CHANNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SAMUEL, EARLEAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SAMUEL, EDWIN D, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    SAMUEL, EDWIN D, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    SAMUEL, FREDDIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069    SAMUEL, GENEVIA, 1515 LAKESIDE DE APT 1201, OAKLAND, CA, 94612

21068    SAMUEL, GENEVIA, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068    SAMUEL, JOHN W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SAMUEL, L G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SAMUEL, ORAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SAMUEL, ROBERT L, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    SAMUEL, S J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SAMUEL, S J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    SAMUEL, SAMUEL E, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    SAMUEL, SAMUEL E, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    SAMUEL, SR, OTIS, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    SAMUEL, SR, OTIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SAMUEL, SR, OTIS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SAMUEL, SR, WILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SAMUEL, SR, WILLIE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SAMUELS, JESSE L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SAMUELS, JOHN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SAMUELS, JOHN, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068    SAMUELS, JR, JERRY M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SAMUELS, MARC, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    SANACORE, VINCENT A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    SANBORN, JAMES T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SANCHEZ, ALBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    SANCHEZ, ALFREDO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    SANCHEZ, ALFREDO, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SANCHEZ, ANSELMO G, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SANCHEZ, ANTONIO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069   SANCHEZ, ARMANDO, ABRAHAM MOSS, 5350 S STAPLES, CORPUS CHRISTI, TX, 78411

21068   SANCHEZ, ARMANDO, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   SANCHEZ, DARRON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SANCHEZ, DIAMOND, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SANCHEZ, DIAMOND, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   SANCHEZ, EDWARD J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SANCHEZ, FIDENCIO O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SANCHEZ, FRANCISCO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   SANCHEZ, FRANK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SANCHEZ, FRED V, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   SANCHEZ, HUGH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SANCHEZ, HUMBERTO C, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   SANCHEZ, IGNACIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SANCHEZ, JOSE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SANCHEZ, JOSE A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SANCHEZ, JR, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SANCHEZ, JR, FRANK, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069   SANCHEZ, JR, ROSALIO, BRUEGGER & MCCULLOUGH, PC, TERRI CARPENTER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   SANCHEZ, JUSTO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   SANCHEZ, LUIS, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   SANCHEZ, MARIO G, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   SANCHEZ, PETE P, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   SANCHEZ, PETE P, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   SANCHEZ, RAMIRO, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   SANCHEZ, REMIGIO P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SANCHEZ, SR, DONALD A, BRANDENBURG & BRANDENBURG, 715 TIJERAS NW, ALBURQUERQUE, NM, 87102

21068   SANCHEZ, SR, DONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SANCHEZ, TRINIDAD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SANCHEZ, VALDO, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   SANCHEZ, VALDO, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   SANCHEZ, VALDO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SANCHEZ, YSIDRO, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   SAND, JOSEPH H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   SANDAHL, ROY S, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068   SANDBERG, KENNETH, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SANDEFUR, CECIL R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SANDEFUR, CECIL R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SANDEFUR, CHARLES E, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   SANDEFUR, CURTIS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SANDEFUR, GLORIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SANDEFUR, GLORIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SANDEFUR, PATRICK F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SANDEFUR, PATRICK F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SANDEFUR, VERA S, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SANDEFUR, VERA S, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SANDEL, JR, HENRY A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SANDEL, LEWIE F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SANDERBECK, JOHN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SANDERFORD, JR, ANDREW, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   SANDERFORD, O B, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   SANDERFORD, SR, ANDREW, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SANDERS, ALFRED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SANDERS, ARON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SANDERS, ARTHUR, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SANDERS, AUDREY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   SANDERS, AUDREY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   SANDERS, BENNIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SANDERS, BENNON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SANDERS, BILLY F, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SANDERS, BILLY F, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SANDERS, BILLY W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SANDERS, BILLY, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   SANDERS, BILLY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   SANDERS, BOBBY W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SANDERS, BOBBY W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SANDERS, BOBBY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SANDERS, CAROLYN R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SANDERS, CAROLYN R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SANDERS, CECIL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SANDERS, CHARLES D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SANDERS, CHARLES D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    SANDERS, CHARLES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SANDERS, CHARLES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SANDERS, CLARENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SANDERS, CLARENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SANDERS, CLIFFORD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SANDERS, CLYDE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SANDERS, DANIEL B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SANDERS, DAVID A, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068    SANDERS, DAVID D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SANDERS, DAVID W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SANDERS, DAVID W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SANDERS, DAVID, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SANDERS, DENNIS, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SANDERS, DENNIS, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SANDERS, DOCK A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SANDERS, DONEAL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    SANDERS, DOROTHY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    SANDERS, EDNA L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    SANDERS, EVA J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SANDERS, FLOYD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SANDERS, FLOYD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SANDERS, FRANCES C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SANDERS, FRANCES C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SANDERS, FRANK L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SANDERS, FRANK, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    SANDERS, FRED E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    SANDERS, FRED E, THE HENDLER LAW FIRM, PC, SCOTT M HENDLER, 816 CONGRESS AVE STE 1230, AUSTIN, TX, 78701

21068    SANDERS, FREDDIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SANDERS, GAIL P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SANDERS, GAIL P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SANDERS, GARY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    SANDERS, GENE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SANDERS, GENE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SANDERS, GEORGE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SANDERS, GEORGE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SANDERS, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SANDERS, GERLIE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SANDERS, GLENN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SANDERS, GLENN C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SANDERS, HARTHEL O, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  SANDERS, HARTHEL O, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SANDERS, HENRY L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  SANDERS, HENRY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SANDERS, HENRY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SANDERS, HERBERT, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  SANDERS, HOLLY W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SANDERS, HOLLY W, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068  SANDERS, IRMA L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SANDERS, IVENE, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068  SANDERS, J B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SANDERS, J C, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SANDERS, J C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SANDERS, J C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SANDERS, JACK D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANDERS, JACK D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SANDERS, JACK D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SANDERS, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANDERS, JAMES T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SANDERS, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SANDERS, JAMES W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SANDERS, JAMES W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  SANDERS, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SANDERS, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SANDERS, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SANDERS, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SANDERS, JARRELL, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  SANDERS, JERRY W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SANDERS, JIMMIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SANDERS, JIMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  SANDERS, JIMMY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SANDERS, JOE D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SANDERS, JOE L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SANDERS, JOHN G, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  SANDERS, JOHN H, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SANDERS, JOHN H, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | SANDERS, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SANDERS, JOHN L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | SANDERS, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SANDERS, JOHNNY, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21069 | SANDERS, JOHNNY, COXWELL & ASSOCIATES, PO BOX 1337, JACKSON, MS, 39215 |
| 21068 | SANDERS, JOSEPH, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | SANDERS, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SANDERS, JOSEPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SANDERS, JOSEPH, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | SANDERS, JOSEPHINE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | SANDERS, JOSEPHINE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | SANDERS, JR, CLARENCE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SANDERS, JR, COY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SANDERS, JR, HARVEY C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SANDERS, JR, JAY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SANDERS, JR, JESSIE R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SANDERS, JR, JESSIE R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | SANDERS, JR, LOUIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SANDERS, JR, LUCIOUS, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | SANDERS, JR, LUCIOUS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SANDERS, JR, LUCIOUS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | SANDERS, JR, WILLIE F, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | SANDERS, JULIUS L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SANDERS, JULIUS L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SANDERS, KENNETH E, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | SANDERS, KENNETH E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | SANDERS, KENNETH R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SANDERS, KENNETH W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SANDERS, L. K, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SANDERS, L. K, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SANDERS, LAWRENCE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SANDERS, LEARANCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SANDERS, LEARANCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SANDERS, LEE E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SANDERS, LEONARD, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | SANDERS, LEONARD, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SANDERS, LESSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SANDERS, LOIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SANDERS, LORENZO, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SANDERS, LORENZO, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SANDERS, M C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SANDERS, MAGGIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SANDERS, MARGARET, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SANDERS, MARGIE E, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638 |
| 21068 | SANDERS, MARIE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SANDERS, MARIE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SANDERS, MARK, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | SANDERS, MARVIN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | SANDERS, MARY G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SANDERS, MARY G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SANDERS, MARY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SANDERS, MARY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SANDERS, MARY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SANDERS, MATTIE B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SANDERS, MATTIE B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SANDERS, MAUDIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SANDERS, MAUDIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SANDERS, MCKINLEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SANDERS, MCKINLEY, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | SANDERS, MEM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | SANDERS, MEM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SANDERS, MILTON O, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | SANDERS, OSCAR, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SANDERS, PERRY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SANDERS, PERRY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | SANDERS, PHYLLIS, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | SANDERS, R C, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | SANDERS, RALPH F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SANDERS, RALPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SANDERS, RALPH, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | SANDERS, RALPH, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | SANDERS, RALPH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SANDERS, RAYBURN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SANDERS, RETHA, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | SANDERS, RICHARD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |