Svc Lst  **Name and Address of Served Party**

21068 SANDERS, RICHARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 SANDERS, ROBERT K, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068 SANDERS, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 SANDERS, ROBERT L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 SANDERS, ROBERT W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 SANDERS, ROY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 SANDERS, ROY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 SANDERS, RUTHIE M, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068 SANDERS, RUTHIE M, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068 SANDERS, SALLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 SANDERS, SALLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 SANDERS, SAMMIE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068 SANDERS, SIDNEY D, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068 SANDERS, SIDNEY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 SANDERS, SIDNEY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 SANDERS, SIMON, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068 SANDERS, SR, GERALD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068 SANDERS, SR, HAROLD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 SANDERS, SR, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 SANDERS, STANLEY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 SANDERS, T D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SANDERS, T D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 SANDERS, THEODA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 SANDERS, THOMAS J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SANDERS, THOMAS J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 SANDERS, THOMAS W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068 SANDERS, THOMAS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068 SANDERS, THOMAS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 SANDERS, THOMAS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 SANDERS, TOMMIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 SANDERS, TOMMIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 SANDERS, ULYSSES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 SANDERS, ULYSSES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 SANDERS, VINCENT, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 SANDERS, VIRGIL J, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  SANDERS, W. C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SANDERS, WILEY C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SANDERS, WILLIAM J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SANDERS, WILLIAM N, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SANDERS, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SANDERS, WILLIE D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SANDERS, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SANDERS, WILLIS G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SANDERS, WILLIS G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  SANDERSON, ARTHUR L, PAYNE & JONES, BUILDING C, COMMERCE TERRACE, 11000 KING STREET, SUITE 200, OVERLAND PARK, KS, 66210-1233

21068  SANDERSON, CHARLES W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SANDERSON, CURTIS R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SANDERSON, CURTIS R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SANDERSON, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SANDERSON, DURWARD C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SANDERSON, DURWARD C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  SANDERSON, ERNEST, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  SANDERSON, FLOYD R, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  SANDERSON, FLOYD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SANDERSON, GEORGE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SANDERSON, HENRY HAYWOOD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SANDERSON, JACKIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SANDERSON, JAMES W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SANDERSON, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  SANDERSON, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  SANDERSON, LINDSEY R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SANDERSON, LOIS, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  SANDERSON, RABURN A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SANDERSON, RALPH D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SANDERSON, RALPH D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  SANDERSON, RALPH D, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  SANDERSON, ROBERT E, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  SANDERSON, RUSSELL F, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  SANDIFER, ARCHIE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SANDIFER, CARTHAL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | SANDIFER, JAMES G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SANDIFER, JAMES G, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | SANDIFER, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SANDIFER, MATTHEW W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SANDIFER, SCOTT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | SANDIFER, SCOTT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SANDIFER, WILLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | SANDIFORD, WARREN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | SANDIFORD, WARREN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | SANDILLA, ANTHONY S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | SANDLER, CARY L, HARPER, GEORGE, BROOKMAN ROSENBERG BROWN & SANDLER, 30 SOUTH 15TH ST, 1 PENN SQ W 17TH FL, PHILADELPHIA, PA, 19102-4826 |
| 21069 | SANDLER, CARY L, NEWTON, JAMES, BROOKMAN ROSENBERG BROWN & SANDLER, 30 SOUTH 15TH ST, 1 PENN SQ W 17TH FL, PHILADELPHIA, PA, 19102-4826 |
| 21068 | SANDLIN, DAVID L, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | SANDLIN, DONALD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | SANDLIN, DONALD, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | SANDLIN, JACK, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SANDLIN, JAMES C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SANDLIN, MYRON L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SANDMAN, SAUL, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038 |
| 21068 | SANDMAN, SAUL, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925 |
| 21068 | SANDOE, CLYDE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SANDOE, CLYDE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SANDONAS, GEORGE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SANDORD, SYBLE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SANDORD, SYBLE R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | SANDOVAL, ERNESTO Z, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SANDOVAL, JESUS M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | SANDOVAL, RAY F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | SANDOVAL, ROBERT L, 4762 WILLOWICK DR, CORPUS CHRISTI, TX, 78413 |
| 21068 | SANDOW, FRANK, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | SANDRIDGE, JAMES W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | SANDRIDGE, SR, JAMES L, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |
| 21068 | SANDRIDGE, SR, JAMES L, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723 |
| 21068 | SANDS, CAROLYN A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SANDS, GEORGE T, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  SANDS, JOHN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANDS, JR, CHARLES J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SANDS, LEO, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  SANDS, OLIVER R, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  SANDS, ROY B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SANDS, ROY B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SANDS, STACEY D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SANDS, WALLER L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  SANDS, WILLIAM L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  SANDSRTOM, CARL, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  SANDSTROM, ALFRED T, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  SANDSTROM, BERNICE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  SANDSTROM, ERNEST, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SANDUSKY, SR., LAWRENCE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SANDY, JIM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SANDY, JOSEPH D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  SANDY, JOSEPH D, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068  SANDY, LORA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  SANDY, LORA, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068  SANE, LLOYD B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SANER, EDWARD H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SANERT, NILE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SANEY, CARLTON, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  SANFEDELE DEC`D., CHARLES, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068  SANFIEL, JUAN, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068  SANFORD, ALFONSO, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANFORD, AUDREY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANFORD, BERTHA M, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068  SANFORD, BILL J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SANFORD, BILLY J, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  SANFORD, BOBBY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SANFORD, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SANFORD, CARLIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANFORD, CHARLES K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANFORD, CORA B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SANFORD, CORA B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    SANFORD, EARL P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SANFORD, ETHEL, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SANFORD, ETHEL, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SANFORD, GARLAND, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SANFORD, GEORGE R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SANFORD, JACK A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SANFORD, JR, ASA J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SANFORD, JR, ASA J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    SANFORD, JR, WREATHER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SANFORD, KELLY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SANFORD, LUCILLE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SANFORD, LUCILLE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SANFORD, MYRTLE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SANFORD, MYRTLE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SANFORD, PAUL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SANFORD, RODNEY L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SANFORD, ROGER L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SANFORD, ROGER L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SANFORD, SIMON B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SANFORD, SR, ARNOLD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SANFORD, SR, WILLIAM M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    SANFORD, STEPHEN V, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SANFORD, STEPHEN V, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SANFORD, STERLING L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SANFORD, WILLIAM C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SANFORD, WILLIAM C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SANFORD, WILLIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SANFORD, WILLIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SANGER, BRUCE M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SANGES, JAMES C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SANICOLA, PETER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SANIGER, JOHN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    SANKEY, NED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SANKEY, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SANKS, CHARLIE W, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    SANKS, ROY C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SANKS, ROY C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

Svc Lst  Name and Address of Served Party

21068  SANNO, RICHARD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SANNO, RICHARD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SANQUIST, LLOYD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SANSBURN, CHARLES, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  SANSCHAGRIN, ROGER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SANSING, JAMES R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  SANSING, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SANSING, JAMES R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SANSING, JR, JOSEPH C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SANSOM, CLAYTON, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SANSOM, RUTHERFORD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SANSOM, RUTHERFORD, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  SANSON, DELORIS J, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  SANSON, JOSEPH D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SANSON, MICHAEL S, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  SANTACROCE, RICHARD J, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068  SANTAMARIA, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SANTAMONT, HOWARD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SANTANA, ABRAHAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SANTANA, GREGORY C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SANTANA, ORLANDO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068  SANTANA, OSCAR, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  SANTANGELO, COSMO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  SANTANGELO, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SANTANGELO, JOSEPH A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SANTANGELO, JOSEPH A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SANTANGELO, VINCENT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069  SANTARCANGELO, JOSEPH R, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068  SANTARELLI, JOHN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  SANTI, EUGENE, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  SANTIA, DANNY D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SANTIAGO, ANGEL, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  SANTIAGO, DIONISIO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SANTIAGO, GEORGE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SANTIAGO, JR, ULYSSES A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | SANTIAGO, JUAN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | SANTIAGO, OVIDIO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SANTIAGO, PABLO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SANTIAGO, RADAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SANTIAGO, RICHARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | SANTIAGO, RUBEN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | SANTIAGO, SIXTO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SANTIAGO, VICTOR, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | SANTILLI, ANTHONY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | SANTILLO, RAYMOND H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SANTINI, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SANTMEYER, MELVIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SANTO, FRANK, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SANTO, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SANTOLLA, ANGELO M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SANTOMERO, EDGAR, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651 |
| 21068 | SANTOMERO, LUIGI, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SANTONE, SR, JOHN G, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | SANTONI, MICHAEL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | SANTONI, WILLIAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SANTOR, RONALD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | SANTORA, JAMES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21069 | SANTORA, MIKE P, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301 |
| 21068 | SANTORA, SAM J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SANTORELLI, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SANTORRO, LOUIS, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | SANTOS, FELIX, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | SANTOS, IGNACIO, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 |
| 21068 | SANTOS, INA H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  SANTOS, JR, FIDENCIO D, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  SANTOS, JUAN E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SANTOS, JUAN V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SANTOS, LOUIS, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  SANTOS, LOUIS, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  SANTOS, RUDY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SANTSCHI, ALFRED, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  SANVILLE, RONALD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SANZANO, EMILIO M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SANZANO, EMILIO M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  SANZO, RONALD, DANAHER, TEDFORD, LAGNESE & NEAL, P C, 201 NORTH CHARLES STREET, SUITE 2402, BALTIMORE, MD, 21201

21068  SANZONE, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SANZOTTA, CARMEN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SANZOTTA, HELEN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SAPIEN, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SAPIEN, FRANCISCO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SAPIETA, JOHN P, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SAPP, ALMA L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SAPP, ALMA L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SAPP, DEWEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SAPP, DEWEY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SAPP, DONALD R, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SAPP, EDWARD W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  SAPP, FRED, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SAPP, HOMER, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SAPP, JACKIE W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SAPP, JACKIE W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SAPP, JAMES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SAPP, JAMES E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  SAPP, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SAPP, JOSEPH, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068  SAPP, JR, HERMAN W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  SAPP, JR., ODIS I, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SAPP, L M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SAPP, L M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    SAPP, LEON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SAPP, LEONARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SAPP, MARION, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SAPP, RAY F, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068    SAPP, ROGER G, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068    SAPP, SR, JAMES S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SAPP, TED C, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068    SAPP, WILLIAM H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SAPP, WILLIAM H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SAPP, WILLIAM, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SAPP, WILLIAM, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SAPPINGTON, MARR D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SARACENO, FRANK J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    SARAFIN, PATRICIA G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    SARAGOSA, LEOPOLDO, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068    SARAGOSSA, SR, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SARAMA, THADDUES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    SARANKO, ANDREW F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SARANTOPOULOS, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    SARANTOS, SARANTOS A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SARANTOS, SARANTOS A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SARAS, THOMAS L, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    SARASIEN, RICHARD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SARASIN, DENNIS C, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    SARCHIOTO, DOMINICK, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SARCHIOTO, DOMINICK, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SARCHIOTO, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SARDEN, JACOB, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SARGANIS, JAMES, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068    SARGENT, ARNOLD M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SARGENT, CHARLES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SARGENT, CLIFTON D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    SARGENT, DOUGLAS M, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068    SARGENT, DOUGLAS M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SARGENT, ELMER W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SARGENT, FRED, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | SARGENT, JAY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | SARGENT, LUTHER J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SARGENT, OSCAR C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | SARGENT, SIMON S, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212 |
| 21068 | SARGENT, STANLEY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21069 | SARIANO, RICHARD J, LAW OFFICES OF PETER G ANGELOS, 201 S CLEVELAND AVENUE, HAGERSTOWN, MD, 21740 |
| 21068 | SARK, CLYDE, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | SARLES, MARION J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SARLES, MARION J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SARNA, JAMES N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SARNER, RONALD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SAROSKY, GEORGE J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | SARPAS, LAWRENCE P, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | SARRO, GEORGE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | SARSON, RALPH W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SARTAIN, JOE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | SARTAIN, JOHN R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | SARTAIN, JOHN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SARTAIN, JOHN R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SARTAIN, LESTER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SARTIN, ATTIE D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | SARTIN, BILLY C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SARTIN, BILLY C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SARTIN, DAVID B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | SARTIN, JAMES E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SARTIN, JAMES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SARTIN, JOSEPH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | SARTORI, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SARVER, ALDIN L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | SARVER, RAYMOND, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219 |
| 21068 | SARVIS, SR, HOLLAND, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 |
| 21069 | SASH, ALVIN, BURROW & PARROTT L L P, 3500 CHEVRON TOWER, 1301 MCKINNEY, HOUSTON, TX, 77010 |
| 21068 | SASH, JR, ALEXANDER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SASH, JR, ALEXANDER, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21069 | SASKEN, JOHN, SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC, 1601 FIFTH AVE STE 2500, SEATTLE, WA, 98101 |

Svc Lst  Name and Address of Served Party

21068   SASS, ELMER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SASS, JOSEPH P, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   SASSER, BILLY H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SASSER, BILLY H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SASSER, DENWARD L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SASSER, DON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SASSER, DON W, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   SASSER, EDDIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SASSER, EDDIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SASSER, ELSE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SASSER, ELSE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SASSER, HERRELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SASSER, JESSE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SASSER, JOE, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   SASSER, JOE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SASSER, NORMAN, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SASSER, NORMAN, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   SASSER, NORMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SASSER, NORMAN, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   SASSER, ROGER L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SASSER, ROGER L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SASSO, ROBERT J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SASSO, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SATAVA, THOMAS R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SATCHELL, STANLEY K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SATCHER, D S, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SATCHER, MAE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SATCHER, MARY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SATCHER, MARY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SATCHER, MARY L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SATCHER, NELLIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SATCHER, NELLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SATCHER, THEODORE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SATCHER, WESLEY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SATCHER, WILLIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SATERY, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   SATHER, MARVIN, LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP, EMBARCADERO CENTER WEST, 30TH FLOOR, 275 BATTERY STREET, SAN FRANCISCO, CA, 94111

Svc Lst   **Name and Address of Served Party**

21069   SATHER, MARVIN, LUKINS & ANNIS, 1600 WASINGTON TRUST FINANCIAL CENTER, 717 SPRAGUE AVENUE, SPOKANE, WA, 99201-0466

21068   SATHREY, CAROLINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SATKIN, SAMUEL, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SATTERFIELD, EDRABELLE S, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   SATTERFIELD, HENRY D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SATTERFIELD, HUGH E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   SATTERFIELD, J L, NELSON J ROACH, 203 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   SATTERFIELD, JAMES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SATTERFIELD, LEE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SATTERLEY, JOSEPH D, ABELL, BEN S, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, ALLEN, SR, HAROLD R, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, ANDERSON, SR, MARTIN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, ARNETT, WILEY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, BASS, CHARLES J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, BLANTON, RUDOLPH, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, BRADLEY, FRANK L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, BROWN, SR, RONALD J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CARTER, JAMES T, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CASE, CHARLES A, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CAUDILL, PAUL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, COLLINS, HARRY J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, COLLINSWORTH, LAWRENCE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CONLEY, LOREAN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, COOPER, PAUL E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CORNELL, GARY E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CORUM, CHARLES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, COSBY, TEX, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CROFT, CHARLES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CROWE, GEORGE L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, CROWE, HOMER D, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, DANIEL, GLEN M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SATTERLEY, JOSEPH D, DAY, GARY LEE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, DEIBEL, CLIFFORD F, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, DILLMAN, JAKE G, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, DILLMAN, LEO, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, DRAKE, CLAY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, ELKINS, RAYMOND, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, ENIX, FREDDY B, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, EWING, HENRY C, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FAIRCLOTH, THOMAS, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FERGUSON, LOWELL H, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FINNEY, CHARLES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FOSTER, MARSHALL, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FOX, JR, GOLDEN P, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FREE, ERNEST G, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FREIBERT, SHERWOOD J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FRENCH, NORMAN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, FULNER, GEORGE E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, GRIFFITH, CHARLES E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HAAG, KEITH E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HAGAN, LARRY L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HAMILTON, EMORY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HARRIS, WILLIAM E, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HAYDEN, JAMES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HECK, CHARLES, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HEDGES, CHARLES T, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HEDGES, HOWARD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HEINTZMAN, GERALD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HINES, EUGENE, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HOBBS, RONALD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |
| 21068 | SATTERLEY, JOSEPH D, HOLTHOUSER, CHARLES T, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   SATTERLEY, JOSEPH D, HUFFMAN, ROBERT, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, HUTCHINS, CHARLES R, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, JOHNSON, ROBERT L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, JONES, JOSEPH H, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, JONES, MARION M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, JONES, WILLIAM, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, KING, ROBERT J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, KIRK, DONALD C, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, KRAMER, WILLIAM D, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, LATTIS, ELMER J, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, LEE, GEORGE L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, LUDWIG, DONALD, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, MARX, LOTHAR, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, MAY, PAUL W, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, MCCABE, GREGORY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, MCCARTY, J  K, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, MCELWAIN, NORMAN, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, MCGRAW, DAVID K, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, MEREDITH, CARLOS M, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, NELSON, JAMES A, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, PERRY, JR, WILLIAM T, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, REYNOLDS, EZRA, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, REYNOLDS, JAMES K, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, RICKERT, SR., THOMAS A, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLEY, JOSEPH D, SINKHORN, BOBBY, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254

21068   SATTERLY, RICHARD F, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SATTERWHITE, SR, JAMES, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   SATTERWHITE, WILLIAM, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SATTIEWHITE, MARY K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SATTIEWHITE, MARY K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SAUCE, JR, EPHRAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAUCEDA, GILBERTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAUCEDA, IGNACIO, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   SAUCEDA, PETE, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   SAUCEMAN, JACK S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SAUCER, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAUCER, ROY L, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   SAUCIER, BENSON, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   SAUCIER, BENSON, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   SAUCIER, BENSON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SAUCIER, CLINTON L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAUCIER, CLINTON L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SAUCIER, DEO J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SAUCIER, DEO J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   SAUCIER, DOUGLAS, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   SAUCIER, JOSIE M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SAUCIER, SR, JERRY E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SAUCIER, SR, PHILIP W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SAUCIER, SR, PHILIP W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   SAUCIER, STEVEN L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAUCIER, STEVEN L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SAUER, DONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SAUER, DONALD C, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   SAUER, EDWARD J, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   SAUER, JAMES J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SAUERWINE, SR, ARTHUR W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SAUERZOPF, JOHN, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SAUL, EVERETT L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SAUL, EVERETT L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SAUL, OLIVER E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SAUL, ROBERT L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SAUL, WALTER C, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SAULINO, THOMAS R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SAULMAN, HARRY E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | SAULS, ALONZO L, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701 |
| 21069 | SAULS, ALONZO L, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180 |
| 21068 | SAULS, CECIL R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SAULS, CHARLES F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SAULS, CHARLES F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SAULS, DOROTHY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SAULS, DOROTHY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SAULS, FRANKLIN D, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | SAULS, JERRY L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | SAULS, JERRY L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SAULSBERRY, JIMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | SAULSBERRY, JIMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SAULSBERRY, JIMMY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SAULSBERRY, JR, LOUIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SAULSBERRY, ROY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | SAULSBERRY, ROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SAULSBERRY, ROY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SAULSBERRY, SARAH P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SAULSBERRY, SARAH P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SAULSBERRY, SR, LOUIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | SAULSBERRY, SR, LOUIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SAULSBERRY, TELL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SAULSBERRY, TELL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SAULSBERRY, TURNER, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | SAULTERS, HAROLD T, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | SAULTERS, JESSIE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SAUNDERS, ALBERT, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | SAUNDERS, C H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SAUNDERS, C H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SAUNDERS, CECIL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | SAUNDERS, CHARLES M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SAUNDERS, CHARLES M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SAUNDERS, CLINTON J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SAUNDERS, EARL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   SAUNDERS, FRANKLIN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAUNDERS, FRANKLIN D, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   SAUNDERS, FRED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SAUNDERS, FRED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SAUNDERS, GLADYS E, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   SAUNDERS, GLADYS E, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   SAUNDERS, HAROLD B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SAUNDERS, HAROLD W, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   SAUNDERS, J A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAUNDERS, JOHN P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SAUNDERS, JOHN R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SAUNDERS, JOHN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   SAUNDERS, JOSEPH M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SAUNDERS, JR, MOSES L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SAUNDERS, JR, RICHARD M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SAUNDERS, MAXINE T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAUNDERS, NAT G, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SAUNDERS, NORMAN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SAUNDERS, RUTH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAUNDERS, TOMMIE K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   SAUNDERS, TOMMIE K, DINARDO, DINARDO & LUKASIK, P C, AKA DINARO METCHL & WYER, 2813 WEHRLE DR STE 12, WILLIAMSVILLE, NY, 14221-7384

21068   SAUNDERS, WILLIAM E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SAUNDERS, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAUR, ARTHUR F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAURBORN, JAMES E, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   SAURO JR., GORDON R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SAUSMAN, LARRY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SAUTER, KENNETH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SAVADGE, JR, SIMON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SAVAGE, ALICE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SAVAGE, BERTA W, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   SAVAGE, CARL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

Svc Lst  **Name and Address of Served Party**

21068 SAVAGE, CHARLES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068 SAVAGE, CLARENCE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 SAVAGE, DANIEL P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 SAVAGE, DONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SAVAGE, DONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 SAVAGE, DONALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 SAVAGE, DONALD, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 SAVAGE, DUDLEY E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068 SAVAGE, DUDLEY E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068 SAVAGE, EDWARD K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 SAVAGE, EDWARD K, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068 SAVAGE, FRANKLIN, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068 SAVAGE, GARY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SAVAGE, GARY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 SAVAGE, GERALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SAVAGE, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SAVAGE, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SAVAGE, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068 SAVAGE, JR, JAMES, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 SAVAGE, JR., JOSEPH F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 SAVAGE, LEROY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 SAVAGE, MARSHALL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 SAVAGE, MARTHA J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 SAVAGE, RAYMOND J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069 SAVAGE, RAYMOND J, WARSHAFSKY, ROTTER, TARNOFF, 839 N JEFFERSON STREET, MILWAUKEE, WI, 53202-3796

21068 SAVAGE, ROBERT C, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068 SAVAGE, SOLOMON, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 SAVAGE, SR, ARTHUR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 SAVAGE, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068 SAVAGE, WILLIS G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SAVAGE, WILLIS G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 SAVANICH, JR, DAVID B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SAVANNAH, OGIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 SAVANNAH, OGIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 SAVANT, JULIUS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 SAVANT, SR, GENE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068   SAVARD, LEO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SAVARD, RHODNEY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SAVARESE, KENNETH B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAVARINO, WILLIAM N, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SAVATTONE, JOE, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21069   SAVEDGE, RUFFIN H, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   SAVEDGE, RUFFIN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAVEDGE, RUFFIN H, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   SAVELL, BENJAMIN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAVINO, CIRO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   SAVINO, MICHAEL, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068   SAVIOR, PRENTISS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SAVOCA, TONI, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SAVOD, STEVEN J, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463

21068   SAVOIE, WILLIE, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   SAVOIE, WILLIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SAVOLA, JR, ALBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SAVOY, DONALD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SAVOY, FRANCIS, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   SAVOY, LOLAN J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SAVOY, PANCRATIUS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SAWCHUK, MERVIN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SAWICKI, RALPH E, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   SAWICKI, WALLACE R, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   SAWIN, RALPH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SAWINSKI, JACOB J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAWKA, EDWARD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   SAWYER, CHARLES T, LEONARD T JERNIGAN, JR, PO BOX 847, RALEIGH, NC, 27602

21068   SAWYER, CHARLES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAWYER, EDWARD T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SAWYER, EDWARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SAWYER, GEORGE A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SAWYER, HAROLD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SAWYER, HAROLD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SAWYER, HURBERT T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SAWYER, JAMES F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SAWYER, JANIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SAWYER, JANIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SAWYER, JOE H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   SAWYER, JR, ESKER JOSEPH, PO BOX 20463, BEAUMONT, TX, 77720

21068   SAWYER, JR, VIRGIL C, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   SAWYER, JR, VIRGIL C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SAWYER, LEA C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SAWYER, LENORA F, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   SAWYER, LINDSEY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SAWYER, LINDSEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAWYER, LOVELIST A, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   SAWYER, MELVIN J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SAWYER, MELVIN J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SAWYER, RAYSON B, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SAWYER, ROGER M, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SAWYER, ROGER M, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   SAWYER, ROY A, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   SAWYER, ROY A, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   SAWYER, ROY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAWYER, SR, ROBERT H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SAWYER, SR., DONALD V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SAWYER, WALTER A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SAWYERS, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAWYERS, JOHN, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   SAXBY, ALBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SAXE, GARY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SAXE, WILLIAM B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SAXON, ARNOLD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SAXON, CHESTER, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21069   SAXON, DONALD, J MICHAEL FITZGERALD, RR 1 BOX 85, FORT CALHOUN, NE, 68023

21068   SAXON, DONALD, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   SAXON, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SAXON, JR, WILLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SAXON, LEON, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   SAXON, RACHEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068  SAXON, RACHEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SAXTON, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  SAXTON, CHARLES, JENKINGS & JENKINS, P C, 604 WEST MAIN STREET, WAXAHACHIE, TX, 75168

21068  SAXTON, CHARLES, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  SAXTON, JR, MAJOR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SAXTON, SR, JOE N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SAYER, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SAYERS, JACKIE L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SAYERS, VORNE S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SAYES, JOE R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SAYLES, ERMA M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  SAYLES, LESLIE B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SAYLOR, DAVID, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  SAYLOR, JAMES E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SAYLOR, JR, ALVIN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SAYLOR, JR, HERBERT H, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068  SAYLOR, JUNIOR T, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  SAYLOR, LARRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SAYLOR, VERN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SAYNE, ALLEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SAYNE, ALLEN, PEIRCE RAYMOND OSTERHOUT WADE, CARLSON & COULTER P, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219

21068  SAYRE, FLOYD R, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068  SBARBORO, SHIRLEY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  SCAFELLA, RAYMOND A, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  SCAFELLA, RAYMOND A, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  SCAFFIDI, CARMELLO P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SCAFURO, CARMEN M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  SCAGGS, DONALD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SCAGGS, JAMES E, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068  SCAGGS, WILLIAM, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  SCAGLIONE, JOSEPH, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068  SCAGLIONE, JOSEPH, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068  SCAGLIONE, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

---

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  SCAGLIONE, RALPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCAIFE, GEORGE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SCAIFE, GEORGE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SCAIFE, JERRY D, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  SCALA, RALPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCALES, JOHN W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SCALES, JOHN W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SCALES, LEWIS R, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  SCALES, LEWIS R, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  SCALES, LEWIS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCALES, SR, WILLIAM J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SCALETTA, IGNAZIO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SCALI, PATSY J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SCALISE, JOSEPH F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCALLIONS, BETTY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SCALLIONS, BETTY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SCAMARDO, CHRISTOPHER J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SCAMINACI, MARGARET, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCANLAN, THOMAS P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCANLON, BILL, CLIMACO, LEFKOWITZ, PECA & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCANLON, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCANLON, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCANTLEN, DONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCARABINO, FRANK J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SCARBERRY, BELVA C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SCARBERRY, FRED, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SCARBERRY, FRED, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SCARBERRY, HOBART, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SCARBERRY, HOBART, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SCARBERRY, JAMES B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SCARBERRY, JAMES B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SCARBERRY, NELSON, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143

21068  SCARBERRY, RAYMOND THURLIN, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21069  SCARBERRY, RICKEY D, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068 SCARBOROUGH, BURNICE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SCARBOROUGH, FAYE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 SCARBOROUGH, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068 SCARBOROUGH, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 SCARBOROUGH, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 SCARBOROUGH, HAROLD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 SCARBOROUGH, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 SCARBOROUGH, JAMES E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 SCARBOROUGH, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SCARBOROUGH, JR, RICHARD, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 SCARBOROUGH, JR, RICHARD, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068 SCARBOROUGH, LAWRENCE D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21069 SCARBOROUGH, LESTER L, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068 SCARBOROUGH, LESTER L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069 SCARBOROUGH, LESTER L, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068 SCARBOROUGH, MOYE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SCARBOROUGH, MOYE D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069 SCARBOROUGH, WALTER R, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068 SCARBROUGH, EDGAR N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 SCARBROUGH, FAYE E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 SCARBROUGH, FELIX T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068 SCARBROUGH, JAMES R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 SCARBROUGH, JAMES R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 SCARBROUGH, JULIA F, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 SCARBROUGH, JULIA F, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 SCARBROUGH, KERRY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068 SCARBROUGH, KERRY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068 SCARBROUGH, KERRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069 SCARBROUGH, ROBERT, K HAYES CALLICUTT, 920 TRUSTMARK BUILDING, PO BOX 157, JACKSON, MS, 39205-0157

21069 SCARBROUGH, ROBERT, K HAYES CALLICUTT, PO BOX 157, JACKSON, MS, 39205-0157

21068 SCARBROUGH, WILLIAM C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SCARBROUGH, WILLIAM C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 SCARCELLA, DONALD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst   **Name and Address of Served Party**

21068   SCARCELLI, ANTHONY J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCARDINA, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCARDINO, JOSEPH M, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SCARFO, JOSEPH J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SCARINCI, JOHN, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   SCARLETT, SR, WILTON C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCARPA, MICHAEL F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCARPATO, LAWRENCE, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   SCARPONE, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SCATES, CLEO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCATES, SR, JOHN E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCATES, SR., JOHN E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SCHAAD, JOSEPH M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHAAF, CARL, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   SCHAAF, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCHAAF, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCHABER, CHARLES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCHABER, CHARLES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCHACHT, FREDERICK J, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   SCHAD, ROBERT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHAD, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHADEK, ALBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCHADER, ALBERT, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SCHADER, ALBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHADEWALD, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHADLER, ALBERT L, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   SCHADLER, JOSEPH L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHAEDEL, LAWRENCE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SCHAEFER, ALBERT C, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   SCHAEFER, LAURA, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCHAEFER, RAYMOND M, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   SCHAEFERS, EDWARD J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

**Svc Lst  Name and Address of Served Party**

21068   SCHAEFERS, EDWARD J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHAEFERS, EDWARD J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCHAEFFER, HECTOR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SCHAEFFER, NED H, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   SCHAEFFER, OTTO E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHAEFFER, OTTO E, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   SCHAEFFER, RAYMOND A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   SCHAEFFER, RICHARD R, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SCHAFER, BEN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHAFER, RUSSELL J, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21069   SCHAFF, JACK, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068   SCHAFFER, ALFRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHAFFER, EARL, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCHAFFER, FRANK J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SCHAFFER, FREDERICK L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHAFFER, RICHARD E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SCHAFFER, WILLIAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHAFFHAUSER, LOUIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   SCHAFGES, FRED C, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415

21068   SCHALK, GEORGE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHALKLE, ROBERT B, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   SCHALKLE, ROBERT, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068   SCHALL, DAVID E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHALLER, EDWARD S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHANE, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCHANKE, FRANK L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHANKEN, NORBERT P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHANTZ, JOHN, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SCHAPANSKY, ANNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHAPANSKY, JACOB, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHAPER, VICTOR, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SCHAPPER, JR, PEYTON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

**Svc Lst  Name and Address of Served Party**

21068    SCHARF, FRANCIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    SCHASSLER, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069    SCHATZ, FREDERICK K, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21068    SCHAUB, JEFFERSON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SCHAUER, EDWARD F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    SCHAUMAN, ALBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SCHAUMAN, III, JOHN E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    SCHEA, ELIZABETH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    SCHEARER, MELVIN, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21069    SCHEEL, CHARLES M, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068    SCHEEL, CHARLES M, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    SCHEEL, MARY A, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068    SCHEELER, LEO, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    SCHEERER, FREDERICK B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SCHEETZ, NORMAN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SCHEFFLER, GUS E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SCHEFFLER, GUSTAV R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SCHEFFNER, ROY A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    SCHEIBAL, ESTHER, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646

21068    SCHEIBE, FREDERICK R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    SCHEIBER, FRANCIS L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SCHEIBLE, LESLEY P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SCHEICHER, EUGENE F, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    SCHEIDEMANTLE, RONALD, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068    SCHELGEL, CHESTER, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069    SCHELL, ALVIN, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186

21069    SCHELL, ALVIN, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772

21068    SCHELL, JAMES S, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068    SCHELL, JAMES S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SCHELL, JR, CHARLES E, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    SCHELL, RICHARD C, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

Svc Lst  **Name and Address of Served Party**

21068   SCHELL, RICHARD C, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   SCHELL, RICHARD I, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   SCHELL, RICHARD I, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHELLENGER, BERNARD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHELLER, CHARLES, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   SCHELLHAMMER, CARL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SCHENCK, DAVID W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHENCK, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   SCHENCK, MARK, GERTLER, GERTLER, VINCENT & PLOTKIN, 127129 CARONDELET STREET, NEW ORLEANS, LA, 70130

21068   SCHENKENFELDER, LLOYD D, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SCHENKS, ARVEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHENKUS, CHARLES, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   SCHENKUS, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHENN, GEORGE C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SCHENN, GEORGE C, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   SCHEPERS, DAVID B, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SCHEPERS, LINUS O, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SCHEPIS, ANTHONY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21069   SCHERBAK, GEORGE J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   SCHERBERT, GORDON, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHERDT, NORMAN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   SCHERER, JACK, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHERGEN, MATTHIAS, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   SCHERTLE, SR, MICHAEL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHERZER, CONRAD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SCHETTINI, LOUIS, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   SCHETTINI, LOUIS, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21069   SCHETTLER, LARRY J, PETRUCELLI & PETRUCELLI, 328 W GENESEE ST, PO BOX AA, IRON RIVER, MI, 49935

21068   SCHEXENIDER, ROY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SCHEXNAYDER, DELBERT J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SCHEXNAYDER, EUGENE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   SCHEXNAYDER, EUGENE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SCHEXNAYDER, GEORGE, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   SCHEXNAYDER, JIMMY R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SCHEXNAYDER, JULES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SCHIAVONI, MARCELLO, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCHICATANO, ARTHUR C, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21069   SCHICATANO, SYLVESTER V, HEPFORD SWARTZ & MORGAN, PO BOX 889, 111 NORTH FRONT STREET, HARRISBURG, PA, 17108-0889

21068   SCHICK, EARL J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHICK, GERALD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHICK, JAMES D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCHICKNER, ELMER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHIEDEMEYER, SR, CYRIL J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHIEDO, DOMINIC A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SCHIEFELBEIN, ALBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SCHIEL, KURT D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCHIEL, KURT D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCHIEL, SR, FRED G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHIELDS, CHARLES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHIELE, GERALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHIERER, JAMES R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHIESS, CLIFFORD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHIESSER, JOHN M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHIFFINO, LOUIS F, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   SCHIFFMAN, JOSEPH W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SCHILDER, RUDOLPH, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   SCHILDMAN, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCHILLER, WALTER, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   SCHILLER, WALTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHILLING, HENRY L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   SCHILLING, HENRY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCHILLING, JAMES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SCHILLING, MARY E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SCHILLING, PAUL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SCHILLING, REGIS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SCHILLING, ROBERT R, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SCHILLING, ROBERT, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SCHILLING, WALTER J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHILLINGER, STEPHEN, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SCHILLINGS, WOODROW L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069  SCHILPP, ROBERT A, GOODMAN MEAGHER, 111 NORTH CHARLES STREET, BALTIMORE, MD, 21201

21068  SCHILZ, MERWIN C, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  SCHIMMING, JAMES C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHIMONSKY, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SCHINDL, KARL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SCHINDLER, CARL, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  SCHINDLER, CHRISTOPHER A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SCHINDLER, GERALD W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SCHINDLER, VERNON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SCHINGLE, WALTER C, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  SCHINKOETH, DAVID A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SCHINKOETH, DAVID A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SCHIPANI, SAMUEL A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHIPPER, GEORGE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SCHIPPER, GEORGE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SCHIRMER, FRANK, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  SCHIRO, ANTHONY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHIRRICK, RONALD J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHITTONE, FRANK J, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  SCHITTONE, FRANK J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  SCHKADE, GLENN WALTER, 2148 ORANGE ACRES, GROVES, TX, 77619

21068  SCHLADWEILER, ELSIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCHLADWEILER, ELSIE J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  SCHLEAPPI, FRED H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SCHLEAPPI, FRED H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SCHLECHTING, RAYMOND, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

Svc Lst  Name and Address of Served Party

21068   SCHLECHTING, RAYMOND, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   SCHLEGEL, JAMES, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   SCHLEGEL, STEVEN C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCHLEGEL, STEVEN C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCHLEICH, GARY A, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SCHLEICHER, PATRICK, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   SCHLEMBACH, JOSEPH, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   SCHLEMLEIN, ALBERT R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   SCHLESIER, WILLIAM, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SCHLESIER, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHLETTE, EMMETT W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SCHLETTE, EMMETT W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SCHLEUTER, ROY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCHLICHTER, JOANNE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHLICHTER, JOANNE, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   SCHLICK, GAYLORD O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHLINKERT, LEROY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHLINKERT, STEVE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHLINSKI, RICHARD, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068   SCHLOSSBERG, HARDY W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SCHLOSSER, TIM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SCHLOTTHOBER, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHLUNDT, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHLUNS, EARL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SCHLUNS, EARL C, HEIDMAN LAW FIRM, 701 PIERCE ST STE 200, SIOUX CITY, IA, 51102

21068   SCHLUNTZ, HAROLD F, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SCHLUTER, ARNOLD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHMAHL, JR, CARL, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SCHMALE, WILLIAM G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHMALFELET, ROBERT F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCHMALFELET, ROBERT F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCHMALZ, JR, FREDERICK W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SCHMALZ, THOMAS L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHMALZ, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   SCHMELICK, STEVE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SCHMELLING, ERROL T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SCHMELTZ, EUGENE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHMELZER, LAWRENCE R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHMICH, IDA M, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   SCHMID, JOHN E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   SCHMID, MITCHELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SCHMIDERER, III, LOUIS A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SCHMIDERER, JR, LOUIS A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SCHMIDKE, WALTER, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068   SCHMIDLAPP, FRANK, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SCHMIDLEY, ROBERT, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SCHMIDT, ALAN L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SCHMIDT, ALLEN J, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   SCHMIDT, ALLEN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHMIDT, CARL O, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SCHMIDT, DYRCK C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SCHMIDT, EDGAR B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHMIDT, EDWARD F, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   SCHMIDT, ERWIN F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHMIDT, FERDINARD V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHMIDT, FLOYD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   SCHMIDT, FRED J, NURENBERG, PLEVIN HELLER & MCCARTHY, 1370 ONTARIO STREET, 1ST FLOOR, CLEVELAND, OH, 44113

21068   SCHMIDT, GERHARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHMIDT, HARVEY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHMIDT, HELEN, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   SCHMIDT, HERMAN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCHMIDT, JACKIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCHMIDT, JEROME, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHMIDT, JOHN J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SCHMIDT, JOHN M, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   SCHMIDT, JOHN P, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SCHMIDT, JOHN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  SCHMIDT, JOHN W, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068  SCHMIDT, LESLIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SCHMIDT, NORMAN H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SCHMIDT, REINHOLD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SCHMIDT, RICHARD C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SCHMIDT, ROMAN, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  SCHMIDT, RONALD E, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  SCHMIDT, RONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHMIDT, RUSSELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHMIDT, THEODORE, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  SCHMIDT, THEODORE, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068  SCHMIDT, THOMAS R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  SCHMIEDECKE, RAYMOND, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  SCHMIEDECKE, RAYMOND, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SCHMIEDEN, REED R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHMIEDING, DENNIS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SCHMIEDL, PHIL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069  SCHMITH, GEORGE L, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068  SCHMITH, GEORGE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHMITT, CHARLES, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069  SCHMITT, GERALD E, THE POPHAM LAW FIRM, P C, 323 W 8TH STREET, SUITE 200, KANSAS CITY, MO, 64105

21069  SCHMITT, HARRY C, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

21069  SCHMITT, HARRY C, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068  SCHMITT, MARCEL N, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  SCHMITT, MARCEL N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SCHMITT, MARCEL N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SCHMITT, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069  SCHMITT, ROBERT L, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068  SCHMITTER, FRANCIS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCHMITTGEN, JR, FRANK, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  SCHMITZ, CAROL C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  SCHMITZ, FRANK, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

Svc Lst   Name and Address of Served Party

21068   SCHMITZ, GLENNON E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCHMITZ, GLENNON E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SCHMITZ, KENNETH A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHMITZ, RONALD, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SCHMUCK, HARLEY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SCHMUDLACH, GERALD W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHNALZER, EDWARD L, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SCHNALZER, RUDOLPH O, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SCHNEBLE, JR, WILLIAM J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SCHNEE, NEIL, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SCHNEEMAN, WILLIAM K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHNEIDER, ALBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHNEIDER, ANTHONY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCHNEIDER, DONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHNEIDER, EDWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHNEIDER, ELLIOT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHNEIDER, FRED C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHNEIDER, HEINZ, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   SCHNEIDER, HOWARD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHNEIDER, JEROME D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHNEIDER, JOHN J, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   SCHNEIDER, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHNEIDER, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SCHNEIDER, JR, ALFRED W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHNEIDER, LEO A, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   SCHNEIDER, LOUIS F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHNEIDER, LOUIS, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   SCHNEIDER, MARCUS, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   SCHNEIDER, NORBERT, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   SCHNEIDER, PHILIP R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHNEIDER, RICHARD L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SCHNEIDER, RICHARD L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SCHNEIDER, ROGER O, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940 |
| 21068 | SCHNEIDER, RUSSELL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | SCHNEIDER, SR., HERBERT F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | SCHNEIDER, WERNER F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SCHNEIDERWIND, WILLIAM J, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | SCHNELLE, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SCHNEXNAYDER, HARVEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | SCHNICK SR., CLIFFORD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SCHNIDT, SR, DONALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SCHNITKER, PAUL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SCHNITKER, WAYNE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SCHNITZHOFER, TOM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCHNITZLER, FRANK, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067 |
| 21069 | SCHNUPP, THOMAS E, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115 |
| 21068 | SCHOBER, JOHN J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SCHOBER, JOHN J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SCHOBL, HOWARD T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SCHOCH, RICHARD W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21069 | SCHOCK, JACOB M, HAXBY & SOMERS, 2403 WOODHURST DRIVE, FARIBAULT, MN, 55021-2226 |
| 21068 | SCHOECK, ARTHUR, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202 |
| 21068 | SCHOEN, JOSEPH E, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21069 | SCHOEN, MARK, JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, BRONX, NY, 10463 |
| 21068 | SCHOEN, WILLIAM O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCHOENBORN, JAMES O, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | SCHOENECKER, PAUL, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | SCHOENEGGE, RONALD W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCHOENER, ANTON F, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | SCHOENEWEIS, DENNIS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SCHOENEWEIS, DENNIS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SCHOENFELD, ROY H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | SCHOENFELD, WALTER H, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969 |
| 21068 | SCHOENICK, DELMAR H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |

Svc Lst  Name and Address of Served Party

21068  SCHOENICK, SR, DONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHOENINGER, RICHARD H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHOEPPS, FREDERICK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SCHOETTELKOTTE, HARRY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHOFIELD, DON W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  SCHOFIELD, GEORGE B, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  SCHOFIELD, RAYMOND, PETERSEN, ARTHUR L PETERSEN, PC, 3614 DAVENPORT AVENUE, SAGINAW, MI, 48608

21068  SCHOFIELD, SR, CLEVELAND, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  SCHOLAR, BETTINA, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  SCHOLLWILLIAMS, DENISE M, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  SCHOLNICK, ARNOLD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCHOMAKER, RICHARD A, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21069  SCHOMER, JR., JOHN, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068  SCHONFELD, MORTON P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHONWALD, ANDREW, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SCHOOLCRAFT, ARNOLD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SCHOOLCRAFT, FRENCH F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SCHOOLFIELD, JOHN N, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  SCHOOLFIELD, VIRGINIA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SCHOPF, JAMES C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SCHORNER, GREGORY L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  SCHOTT, JOHN, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  SCHOTT, THEODORE R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHOTT, WALTER A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHRADER, HERBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SCHRAEDER, DAVID A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHRAER, NORMAN W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  SCHRAFFA, VICTOR E, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  SCHRAM, CHARLES, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SCHRAMEK, DAVID W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHRAMM, DERLYN D, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  SCHRAMM, GEORGE A, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SCHRAMM, GILBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHRAMM, JR, GUS, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  SCHRAUFNAGLE, GALE P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SCHRAUTH, DANIEL L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SCHRECK, CARL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SCHRECKENGOST, CHARLES H, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  SCHRECKENGOST, CHARLES, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  SCHRECKENGOST, ELAINE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21069  SCHREFLER, ROBERT, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068  SCHREIBER, ALBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCHREIBER, ALBERT E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  SCHREIBER, CECIL, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  SCHREIBER, SR, JOHN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHREIBER, WILLIAM, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  SCHREIBER, WILLIAM, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  SCHREINER, DAVID L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHREINER, FRANK L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  SCHRETZMAN, CHARLES, SPEAR, WILDERMAN, BORISH, ENDY AND RUNCKEL PC, 230 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA, 19102

21068  SCHRETZMAN, CHARLES, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  SCHRIMP, VENICE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SCHROADER, RONNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SCHROCK, THOMAS E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SCHROEDER, CHARLES R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHROEDER, EDWARD G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SCHROEDER, ERWIN J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SCHROEDER, FRED H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SCHROEDER, HANS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHROEDER, JR, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SCHROEDER, RAYMOND, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  SCHROEDER, ROBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   SCHROEDER, ROBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHROEDER, SUE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCHROEDER, SUE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SCHROEDER, VICTOR, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   SCHROEFFEL, HELEN M, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SCHROM, JAMES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHROM, RICHARD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHROTKE, LAWSON A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCHUBERT, ADOLF, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCHUBERT, GEORGE, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SCHUBERT, HERMAN H, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21069   SCHUBERT, HERMAN H, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   SCHUBERT, KIM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCHUBERT, LAWRENCE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHUBKEGEL, ROGER E, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21069   SCHUBKEGEL, ROGER E, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   SCHUCHARD, ROBERT J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHUCHT, GERALD M, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHUCK, ROY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SCHUEGEL, JONIE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHUELER, CHARLES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCHUETRUM,SR, MARVIN J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCHUETZ, JOSEPH O, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   SCHUETZ, KARL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHUETZ, WAYNE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCHUETZE, PAUL, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SCHUETZE, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHUFF, HENRY C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHUFF, ROBERT E, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   SCHUFFERT, JR, WAYLAND C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SCHUH, JOSEPH G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SCHUL, EARSHAL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCHULER, BERNARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHULER, LEONARD, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068  SCHULER, ROBERT E, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SCHULLER, FRANK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHULLER, JOHN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SCHULSTROM, THOMAS, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  SCHULTE, RAYMOND, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068  SCHULTE, ROBERT, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068  SCHULTE, WILLIAM D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SCHULTEN, JOHN, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  SCHULTIES, JOHN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SCHULTIES, KENNETH, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SCHULTZ, ALAN D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  SCHULTZ, ALAN R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SCHULTZ, ALBERT, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SCHULTZ, ALBERT, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SCHULTZ, ALLEN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHULTZ, ARTHUR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCHULTZ, BARBARA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SCHULTZ, BERNARD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SCHULTZ, CARL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHULTZ, CHARLES W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHULTZ, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SCHULTZ, CORDIA T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SCHULTZ, DAVID D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SCHULTZ, DONALD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SCHULTZ, DONALD M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  SCHULTZ, DONALD M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SCHULTZ, DONALD M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SCHULTZ, DONALD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHULTZ, EDDIE P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SCHULTZ, EDWARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SCHULTZ, GEORGE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCHULTZ, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SCHULTZ, GEORGE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | SCHULTZ, GLENN C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SCHULTZ, HENRY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | SCHULTZ, IVAN A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | SCHULTZ, JACK H, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614 |
| 21068 | SCHULTZ, JACK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCHULTZ, JERRELL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | SCHULTZ, JERRY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | SCHULTZ, JOHN D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | SCHULTZ, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SCHULTZ, JR, HENRY A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SCHULTZ, JR, HERBERT H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SCHULTZ, JR, LOUIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SCHULTZ, LLOYD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | SCHULTZ, NORMAN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | SCHULTZ, NORMAN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | SCHULTZ, ORVILLE H, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | SCHULTZ, ORVILLE H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21069 | SCHULTZ, RICHARD L, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495 |
| 21068 | SCHULTZ, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SCHULTZ, ROBERT M, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | SCHULTZ, ROBERT, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | SCHULTZ, RONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SCHULTZ, RONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SCHULTZ, SR, JOHN E, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219 |
| 21068 | SCHULTZ, THOMAS V, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | SCHULTZ, THOMAS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21069 | SCHULTZ, WILLIAM, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038 |
| 21068 | SCHULTZE, GILBERT, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | SCHULYA, STEVE B, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969 |
| 21069 | SCHULZ, ALBERT, TIMBY & DILLON P C, PO BOX 99, 330 S STATE STREET, NEWTOWN, PA, 18940 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SCHULZ, DAVID, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SCHULZ, HANS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCHULZ, HANS W, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   SCHULZ, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHULZ, RICHARD C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCHULZE, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCHUM, EUGENE A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHUM, JR, SIMON P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SCHUMACHER, ADOLF, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SCHUMACI, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SCHUMAKER, CECIL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHUMAN, JACK, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   SCHUMANN, LAWRENCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCHUMANN, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHUMITSH, PAUL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHURMAN, FREDERICK R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHURMAN, FREDERICK R, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   SCHUSTER, DELBERT E, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21069   SCHUTT, EMANUEL, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21069   SCHUTTER, LEWAYNE O, THE LAW FIRM OF THOMAS KRAGH, 410 1ST STREET E, POLSON, MT, 59860

21069   SCHUTTER, LEWAYNE O, THOMPSON & BOECHLER, ONE NORTH 2ND ST STE 314, PO BOX 1932, FARGO, ND, 58107-1932

21068   SCHUTZENHOFER, JOSEPH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCHUYLER, SR, CHAN D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHWAB, DONALD L, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   SCHWAB, FERDINAND, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SCHWAB, RAY L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SCHWAB, ROBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SCHWAB, THOMAS F, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   SCHWAB, THOMAS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCHWAB, THOMAS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCHWAKE, WERNER H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SCHWALBACH, DOUG F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCHWALLS, BENJAMIN H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | SCHWALLS, BENJAMIN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SCHWAN, BILLIE G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SCHWANER, JACOB, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | SCHWARTZ, ALFRED, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651 |
| 21068 | SCHWARTZ, BENJAMIN, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038 |
| 21068 | SCHWARTZ, CHARLES S, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | SCHWARTZ, JAMES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SCHWARTZ, JOHN H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SCHWARTZ, JOHN L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCHWARTZ, JOHN M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | SCHWARTZ, JOHN M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21069 | SCHWARTZ, JOHN P, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206 |
| 21068 | SCHWARTZ, JOHN P, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | SCHWARTZ, JOSEPH E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SCHWARTZ, JOSEPH, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | SCHWARTZ, KENNETH O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SCHWARTZ, LOUIS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | SCHWARTZ, RONALD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | SCHWARTZ, SOL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | SCHWARTZ, WILLIAM K, ABERNATHY, PERCY, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ADAMS, CHARLES, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ADKINS, SR, BERNIE F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ALLEN, JAMES R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ALLEN, LUTHER L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ALLEN, RICHARD R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ALTON, RUSSELL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, AMMONS, JOSEPH P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, AMOS, ALLIE F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ANDERSON, HAROLD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ARBOGAST, PAULA N, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ARBOGAST, ROGER C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, ASH, BEVERLY J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ASHWORTH, GARY, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ASHWORTH, WANE C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, AUSTIN, HAROLD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BAILEY, GROVER E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BANEY, JAMES J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BANKO, JR, ANDREW, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BARKALOW, RUTH A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BARTON, RONALD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BASNETT, DONALD W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BEATTY, RALPH S, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BEEGLE, GEORGE E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BELL, TROY M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BELLOTTE, JR, ANTHONY J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BELVILLE, BERNARD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BERNOSKI, JR, WALTER P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BIAS, HERSHEL L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BILLITER, BILLY R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BISE, JR, JESSE A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BLACK, PAUL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BLAIR, SR, JOHN B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BLAKE, JAMES R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BLYTON, DEWAYNE G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BONAFIELD, JAMES E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BONNETTE, CLAUDE W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BONNETTE, THOMAS C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BOWE, HAROLD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BOYCE, DAVID W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BOYCE, LEONARD T, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, BRADLEY, JIMMY G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

Svc Lst  Name and Address of Served Party

21068   SCHWARTZ, WILLIAM K, BRAY, MERRILL C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BREEDEN, CLARENCE D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD
        E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BROCK, ARTHUR I, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BROWN, ROBERT R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BROWN, WILLARD W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BRYAN, JR, JOHN P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BURKHAMMER, EDITH N, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD
        E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BURKS, CLARENCE F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BURLEY, CARL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BURROWS, JR, EARL G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD
        E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, BURROWS, RUSSELL B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD
        E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CAMPBELL, BETTY J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CAPLINGER, SR, HARVEY W, HARVIT & SCHWARTZ LC, 2018 KANAWHA
        BLVD E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CAPUTO, CHARLES V, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CARNES, JAMES, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CARPENTER, EDKAR J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CARPENTER, WILLIAM O, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD
        E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CARR, LAWRENCE T, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CASTEEL, WILLIAM D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CASTO, JACKIE C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CHAMBERS, BURL L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CHAMBERS, CARL J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CHANCELLOR, GLEN E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CHEUVRONT, GARLAND J, HARVIT & SCHWARTZ LC, 2018 KANAWHA
        BLVD E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CHUTES, ALFRED G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CLARK, CARLOS, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CLARK, EDWIN R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CLENDENEN, GEORGE T, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD
        E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, CLENDENEN, II, JOHN F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD
        E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, COBB, EARNEST A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SCHWARTZ, WILLIAM K, COLLINS, RODNEY D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CONRAD, GERALD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, COOK, MARLIN, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CORDRAY, GARRY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CORK, ELLSWORTH R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, COSS, FRANCES D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, COSS, JOHN P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, COWAN, DENNIS M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, COX, EARL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CRAIG, WILLIAM J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CRAIGO, JAMES E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CRAWFORD, BERNARD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CREAMER, KENNETH F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CREEL, ANN A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CROOKSHANKS, KENNETH R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CROW, CHARLES W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, CSUTOROS, BILLY N, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DANIELS, SR, EDWARD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DANIELSON, ROBERT B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DANSER, EVERETT V, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DANSER, GERALD W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAVICH, MARY J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAVIS, CLYDE W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAVIS, JOHN W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAVIS, LENA P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAVIS, LLOYD K, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAVIS, ROBERT L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAVISSON, RICHARD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DAY, KATY R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DEBARR, WARREN W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, DEBERRY, ROGER D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DELLIGATTI, AGNES, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DEPUE, JACK D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DEVERICKS, DARRELL W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DIAL, LEON, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DILLARD, ROBERT L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DILLON, JIMMIE D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DILLY, BERNARD D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DONALDSON, DOROTHY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DORNON, SR, WALTER F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DUNAWAY, JR, VIRGIL, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DUNLAP, EDWARD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, DUNLAP, FRANCIS L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, EARL, ARNOLD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, EASTHAM, CHARLES R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, EDWARDS, FLAVY W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, EIDEMILLER, VIRGINIA J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ETLING, JOHN G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FERRELL, LEE A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FESLER, RAYMOND D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FISHER, PATRICIA A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FISHER, STEWART L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FORD, JUNIOR R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FOX, CHARLES L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FOX, JACKIE D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21069 | SCHWARTZ, WILLIAM K, FOX, JACKIE D, HARVIT & SCHWARTZ, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FOX, THOMAS A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FRANCIS, RUSSELL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FRANCIS, WILLIAM L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, FREEMAN, DARRELL C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

Svc Lst  Name and Address of Served Party

21068   SCHWARTZ, WILLIAM K, FRETWELL, DONALD V, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, FRIEND, EARL D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, FUMICH, FRANCIS E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GABRITCH, DONALD F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GARLOW, DONALD R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GARLOW, EDGAR F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GARNER, WAYNE C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GASPAR, FRANK, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GAULT, LELAND D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GIBSON, WILLIAM D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GIZZI, BETTY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GLOVER, BROOKS C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GOBBLE, WILLIAM D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GOFF, SR, TERRY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GOLDEN, EUNICE B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GOLDEN, MICHAEL D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GORMAN, JAMES, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GOSSETT, DENNY E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GREAR, DWAINE L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GROVER, DALTON B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GROVES, DAVID E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GROVES, EUGENE C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GUINN, PATRICIA A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, GUISEPPI, JULIUS M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, HAMRICK, GEORGE A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, HAMRICK, WILBERT E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, HANNA, PAUL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, HARBERT, DAVID K, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, HARDMAN, EDWARD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, HARRIS, JOHN E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E,
        CHARLESTON, WV, 25311-2204

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, HARSH, PASCAL W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HARTLEY, RICHARD M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HARTLEY, WILLIAM M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HATHAWAY, HOWARD W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HAYES, THEODORE C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HAYES, WILLIAM F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HAYNES, GARY N, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HEATER, LUTHER B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HEFLIN, JAMES E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HELM, RICHARD C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HELMIC, GENE F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HESS, WILLIAM E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HESTICK, JOSEPH, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HICKMAN, JR, RICHARD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HICKMAN, RICHARD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HILLING, DELBERT F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOFFMAN, IRA, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOGG, EDWARD J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOGSETT, PAUL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOLCOMB, SR, DAVID T, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOLCOMB, WILLIAM, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOLMES, DORIS E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOLMES, ROBERT R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOOD, ROBERT D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOVATTER, RICHARD H, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HOWLETT, PETER, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HUNT, LAWRENCE W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, HUTCHINSON, DELTA W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, INGRAM, WILLIAM R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JEFFRIES, ADA V, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, JOHNSON, JENNINGS, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JOHNSON, JOSEPH, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JONES, LESTER L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JONES, NORMA L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JONES, PAUL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JONES, WILLIAM L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JOSEPH, DOROTHY S, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, JOYCE, LYMAN B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KEEFOVER, PAUL R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KEITH, JIMMIE R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KELLAR, HAROLD M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KIDDER, CHARLES P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KILGORE, LEONARD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KINCAID, DANNY R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KINCAID, EDWARD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KINCAID, ROBERT T, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KING, HARLEY H, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KIRK, GEORGE W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KNIGHT, JOSEPH E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KNIGHT, WILBERT T, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KOON, PATTY A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KOZLOWSKI, RAYMOND, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, KRAFT, RICHARD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LAMB, SR, JOHN A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LAWSON, LARRY E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LAYTON, CHARLES L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LEACH, JR, LEWIS R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LEE, RALPH J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LEHOSIT, BERNARD J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LEMLEY, EDMUND L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SCHWARTZ, WILLIAM K, LENT, CHARLES W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LEULIETTE, JR, JOSEPH V, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LIFE, GILBERT H, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LOWE, JOHN W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LUCAS, ROU, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, LUPARDUS, ROY D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MABE, RICHARD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MACE, JAMES A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MALONE, MARY A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MANGUS, JERRY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MARPLE, JR, HARLEY M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MARSHALL, KENNETH, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MASSIE, SR, KENNETH L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MAYES, WILLIAM E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MAYNARD, PHILLIP A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCCLOY, WILLIAM J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCDONALD, GARY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCDONALD, LLOYD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCDONALD, MARVIN E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCGRANER, WILLIAM P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCLAIN, JACK W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCMULLEN, PAUL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCNABB, GENE R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCVANEY, ELTON R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MCVANEY, MARTHA A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MEASE, ROBERT L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MEEKS, GEORGE W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MELLERT, MERLIN E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MERRITT, CHARLES L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MILES, DONNA J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SCHWARTZ, WILLIAM K, MILLER, BETTY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MILLER, CHARLES F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MOLINA, JOSEPH P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MONELL, LOREA G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MOORE, MARY E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MORAN, RONALD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MORRIS, JAMES A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MORRIS, RAY F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MORRIS, RICHARD G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MORRISON, AUSTIN C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MOWREY, THOMAS L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MULLENAX, DANIEL M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MUNCHING, BETTY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MURPHY, SR, DONALD J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MURRAY, DANIEL J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, MYERS, MARY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, NAVARRO, DONALD K, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, NESTOR, DEWEY A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, NESTOR, REX B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, NEWBROUGH, ROBERT W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, NOTTINGHAM, VIRGINIA, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ODGEN, WARNER S, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, OLDAKER, RALPH E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, OLIVER, CHARLES D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, OPRON, TED M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PANASHY, JR, MATTHEW, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PANNELL, CHARLES D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PARKER, ROBERT G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PARRISH, CLINTON D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PARRISH, FLORENCE R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |