**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, PARSLEY, JAMES R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PARSONS, CARL W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PARSONS, ROBERT L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PENNINGTON, KENNETH, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PHARES, DON A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PHILLIPS, CHARLES E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PHILLIPS, FRED E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PHILSON, JOHN R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, POSTEN, ROBERT L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, POSTLETHWAIT, CLARENCE G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, POUNDSTONE, KAY F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PRATT, CLARENCE O, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PRESTON, HARVEY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PRIEST, CHARLES W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PRITT, JAMES G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PUTNEY, DELBERT, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, PYLES, FRED A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, QUEEN, LELAND L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, QUEEN, VIRGIL R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, QUERTINMONT, HENRY P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, REESMAN, CHARLES A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, REEVES, ROBERT E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, REICH, THURMAN A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RIBLETT, ELEANOR J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RICE, MERVIN R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RICE, SR, HARRY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RICHARDSON, GREGORY N, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RICHTER, SR, ELWOOD F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RIDGEWAY, ROBERT L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RIFFEE, CLARENCE, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, RIFFLE, HAROLD W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RIGGINS, DAVEY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RING, HERMAN H, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROBERTS, WILLIAM, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROBINSON, BETTY S, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROBINSON, MANUEL C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROGERS, HARRY M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROGERS, JR, HARRY M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROGERS, RAYMOND D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROSS, GWYNN D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROSS, HERSEL G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROSS, SR, GARY I, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROWE, BOBBY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, ROWE, WILLIAM B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RUBLE, PAUL R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RUTHERFORD, CONNIE J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, RUZISKA, THOMAS L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SALSER, CHARLES M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SAMPSON, CYRUS J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SANDS, GEORGE T, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SANSON, DELORIS J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SAURBORN, JAMES E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SAYRE, BYRON K, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SCHMIDT, FRANCIS C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SCHULTZ, JOHN W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SCUR, JOSEPH P, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SEWOCK, KATHLEEN B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHACKELFORD, RONNIE H, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHAW, LLOYD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHEPARD, HAROLD W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, SHINGLETON, DAVID E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHIPLEY, ETHRICH C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHIPLEY, JAMES R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHISLER, LLOYD C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHULTZ, CLAUDE J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SHUMAN, VELVA M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SIAS, DAVID A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SIMMONS, DAVID E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SINGLETON, RICHARD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SISSON, LINFORD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SKIDMORE, LYNN M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SLUSHER, EVELYN, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SLUSHER, ROGER R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SMARR, JR, FLOYD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SMITH, HAROLD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SMITH, JAMES W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SMITH, RUSSELL C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SNODGRASS, BARBARA J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SNYDER, MARTIN L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SORSAIA, MICHAEL A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SOVEL, DONALD V, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SPENCER, ARNOLD N, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SPROUSE, RONALD E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STANLEY, DENZIL H, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STANLEY, JOHN W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STEFANIZZI, DOMINICK E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STEVENS, OKEY W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STOGRAN, JOHN E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STONE, JAMES R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STOVER, LONNIE D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SCHWARTZ, WILLIAM K, STRINGER, DONALD C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STROEHMAN, SHIRLEY M, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, STROTHER, ORAL, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SUMMERS, JR, RAY, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SUPPA, JR, RAYMOND F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SWEARINGEN, GEORGE W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SWIGER, VELMA B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SWISHER, GARY W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, SWOGER, GEORGE R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TAYLOR, RITA A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TENNANT, DAVID B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TENNANT, JIMMY B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TENNANT, THOMAS A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, THOMAS, MICHAEL D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, THOMPSON, JAMES C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, THOMPSON, LARRY D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TILLMAN, WAYNE E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TOLLIVER, EDWARD, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TOMBLIN, JAMES F, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TOOTHMAN, JAMES E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TOWNSEND, MARVIN L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TOWNSEND, WALTER L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, TUCKER, SAMUEL R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, VANDYNE, HARRY R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, VANGILDER, DARRELL E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, VINCENT, DALE D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, VINES, ELBERT A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WADDY, FRANKLIN D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WAGONER, ELMER B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WAGONER, GENE E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SCHWARTZ, WILLIAM K, WALKER, CHARLIE, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WAMSLEY, EDITH G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WATKINS, CHARLES L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WATTS, MARY L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WAUGH, JACK A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WELLS, CHARLES R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WELLS, SR, DANIEL R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WENTZEL, HERBERT E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WEST, ARDEN E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WEST, JAMES W, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHALEY, LAURA L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHINNIE, SHELBY J, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHIPKEY, PAUL L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHITE, DONALD L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHITE, LEVON, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHITE, ROBERTA G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHITE, SR, RALPH L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHITEHOUSE, CHARLES E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WHITTINGTON, RAYMOND O, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WIBLIN, JOHN B, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WILLIAMS, ROGER L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WILLIAMS, RONALD D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WILSON, CECELIA A, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WILSON, JR, KEITH C, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WILSON, JR, PAUL N, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WINCE, DELBERT L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WINE, ROBERT E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WOOD, THOMAS E, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WOODS, SELBY R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |
| 21068 | SCHWARTZ, WILLIAM K, WOODY, LONNIE R, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   SCHWARTZ, WILLIAM K, WRIGHT, FELIX D, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, WRIGHT, RUTH, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, WYER, BURL L, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM K, YOHO, PAIGE G, HARVIT & SCHWARTZ LC, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204

21068   SCHWARTZ, WILLIAM S, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SCHWARZ, HERBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHWARZ, JOHN, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHWARZ, ROBERT, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SCHWARZ, STEPHEN G, SACHOK, SAMUEL W, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   SCHWARZ, STEPHEN G, TINKER, EARL, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068   SCHWEGMAN, BEN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHWEI, STEPHEN M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHWEITZER, DAVID W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SCHWEITZER, ERNEST W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCHWEITZER, JAMES D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCHWEITZER, JAMES W, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCHWENDIMAN, JAMES A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   SCHWINN, ADAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SCIABARRASI, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCIALDONE, SALVATORE V, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   SCIALFA, DOMINIC, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SCIARAFFA, JOSEPH, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SCIARROTTA, SALVATORE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   SCIBETTA, JOSEPH N, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SCIBETTI, CHARLES J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCIBETTI, CHARLES J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069   SCILLEY, WILLIAM D, THE LAW FIRM OF BOB FAIN, 10 N 27TH STREET, PO BOX 1018, BILLINGS, MT, 59103-1018

21068   SCILLIGO, CORNELIUS, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   SCIME, ANTHONY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCIME, CARMEN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCIME, MICHAEL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCIME, SANTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068   SCIMENES, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCIOSCIA, REGGIE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SCIOTE, BRUNO J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCISSUM, JR, ARTIMUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCITES, KENNETH, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SCITES, KENNETH, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SCIULLO, DONATO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCOFIELD, EARL W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SCOGGINS, AARON D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SCOGGINS, AARON D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCOGGINS, ALLEN D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SCOGGINS, ALLEN D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCOGGINS, AUBREY E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOGGINS, EARL J, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SCOGGINS, EARL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOGGINS, EARL J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SCOGGINS, ELMER L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SCOGGINS, HOUSTON L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SCOGGINS, HOUSTON L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOGGINS, HOUSTON L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOGGINS, JAMES W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   SCOGGINS, MYRIL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOGIN, FRED E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SCOGNA, PETER, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   SCOLA, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCOLERI, DANTE E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCONIERS, LINDA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SCONYERS, MADIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCONYERS, SEYMOUR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOPELITE, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SCORVER, HENRY, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SCOTKA, RICHARD A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SCOTT, ABRAHAM, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SCOTT, ALFORD, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   SCOTT, ALICE M, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   SCOTT, ALLEN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SCOTT, ANNIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SCOTT, ANNIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCOTT, ANNIE, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SCOTT, ARISE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SCOTT, ARMOR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, ARTHUR J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SCOTT, ARTHUR J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, ARTHUR J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SCOTT, ARTHUR J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SCOTT, BEATRICE G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, BEATRICE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCOTT, BEATRICE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SCOTT, BEN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21069   SCOTT, BENJAMIN, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027

21068   SCOTT, BESSIE C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SCOTT, BILLY J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SCOTT, BILLY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, BIZELL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOTT, BOBBY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, BURNELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, CALVIN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SCOTT, CARMINE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SCOTT, CECIL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCOTT, CHARLES B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, CHARLES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCOTT, CHARLES E, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   SCOTT, CHARLES F, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SCOTT, CHARLES G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SCOTT, CHARLES G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SCOTT, CHARLES J, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   SCOTT, CHARLES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, CHARLIE E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SCOTT, CHRISTEEN M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCOTT, CHRISTEEN M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069   SCOTT, CLAIBORNE, GIRARDI AND KEESE, 1126 WILSHIRE BLVD, LOS ANGELES, CA, 90017-1904

21068   SCOTT, CLARENCE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SCOTT, CLAYTON, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | SCOTT, CLAYTON, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | SCOTT, CLIFFORD H, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | SCOTT, CLIFTON W, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902 |
| 21068 | SCOTT, CLINTON L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SCOTT, CLINTON L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SCOTT, CORA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SCOTT, DAN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SCOTT, DAN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SCOTT, DANIEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | SCOTT, DAVID N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCOTT, DAVID R, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | SCOTT, DEBORAH, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | SCOTT, DEBORAH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SCOTT, DELL B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | SCOTT, DEWAYNE, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | SCOTT, DEWAYNE, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | SCOTT, DONALD M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SCOTT, DONALD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | SCOTT, DONALD, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | SCOTT, DORMAN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SCOTT, DOUGLAS W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SCOTT, DOUGLAS W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SCOTT, DURWARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCOTT, EARL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCOTT, EARL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | SCOTT, EDWARD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SCOTT, ELMER M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SCOTT, ELMER, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | SCOTT, ELMO, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | SCOTT, EMMA L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SCOTT, ESLELITA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SCOTT, FLOYD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SCOTT, FORREST C, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SCOTT, FORREST C, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21069   SCOTT, FRANCES, HAAS & GOLEMAN, LLP, PO BOX 3007, 729 NORTH FRAZIER, CONROE, TX, 77305

21068   SCOTT, FRANCIS M, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   SCOTT, FRANKIE A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SCOTT, FRED A, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   SCOTT, FRED D, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   SCOTT, FRED M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, FRED, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SCOTT, FRED, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SCOTT, FREDDIE L, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   SCOTT, FREDDIE L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SCOTT, FREDDIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCOTT, GABRIEL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SCOTT, GARY E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCOTT, GEORGE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, GEORGE W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SCOTT, GEORGE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, GEORGE W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, GEORGE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOTT, GEORGE, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   SCOTT, GEORGE, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   SCOTT, GEORGE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SCOTT, GILFORD L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SCOTT, GILFORD L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCOTT, GLORIA D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SCOTT, HANNAH, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SCOTT, HARIL H, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCOTT, HARVEY R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SCOTT, HELEN K, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SCOTT, HELEN K, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SCOTT, HENRY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SCOTT, HENRY, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SCOTT, HERB, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SCOTT, HERB, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, HERBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, HERMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

Svc Lst  **Name and Address of Served Party**

21068    SCOTT, HERMAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SCOTT, HOYLE W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SCOTT, HOYLE W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SCOTT, HUBERT T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21069    SCOTT, HUBERT T, LUCAS, ALVIS, KIRBY, 250 PARK PLACE TOWER, 2001 PARK PLACE NORTH, BIRMINGHAM, AL, 35203

21068    SCOTT, HULIE E, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068    SCOTT, HULIE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SCOTT, III, CHARLES M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    SCOTT, J C, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SCOTT, JAKE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SCOTT, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SCOTT, JAMES C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SCOTT, JAMES D, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    SCOTT, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SCOTT, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SCOTT, JAMES E, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    SCOTT, JAMES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SCOTT, JAMES P, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068    SCOTT, JAMES T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SCOTT, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    SCOTT, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SCOTT, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    SCOTT, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SCOTT, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SCOTT, JAMES, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    SCOTT, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SCOTT, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SCOTT, JANNIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    SCOTT, JANNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SCOTT, JANNIE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    SCOTT, JEDDIS L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SCOTT, JERRY R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    SCOTT, JERRY R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SCOTT, JERRY W, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    SCOTT, JERRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    SCOTT, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SCOTT, JERRY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SCOTT, JESSIE F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

Svc Lst  **Name and Address of Served Party**

21068  SCOTT, JIMMIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SCOTT, JIMMY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SCOTT, JOE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCOTT, JOE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCOTT, JOHN C, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  SCOTT, JOHN D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCOTT, JOHN D, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068  SCOTT, JOHN H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SCOTT, JOHN K, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SCOTT, JOHN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCOTT, JOHN T, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SCOTT, JOHN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  SCOTT, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  SCOTT, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SCOTT, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SCOTT, JOHNNIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCOTT, JOHNNY L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21069  SCOTT, JOSEPH P, LAW OFFICE OF POWELL & MINEHART, PC, 1923 WELSH RD, PHILADELPHIA, PA, 19115-4659

21069  SCOTT, JOSEPH P, LAW OFFICE OF POWELL & MINEHART, PC, 7600 CASTOR AVE, PHILADELPHIA, PA, 19152

21068  SCOTT, JOSEPH, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  SCOTT, JR, ALONZO, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  SCOTT, JR, CARRINGTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCOTT, JR, HENRY V, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  SCOTT, JR, JESSIE A, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  SCOTT, JR, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SCOTT, JR, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SCOTT, JR, JULIUS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SCOTT, JR, ROBERT A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SCOTT, JR, WALTER, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  SCOTT, JR, WALTER, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SCOTT, JR, WAVERLY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SCOTT, JR, WESLEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SCOTT, JR, WESLEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SCOTT, JR, WESLEY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  SCOTT, JR., SOLOMON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SCOTT, JR., SOLOMON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   SCOTT, KEN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SCOTT, LAFORIEST, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, LAMAR, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   SCOTT, LEAMON F, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   SCOTT, LEAMON F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, LEE C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, LEE C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOTT, LEO F, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   SCOTT, LEO F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SCOTT, LEONARD, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   SCOTT, LEROY P, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SCOTT, LEROY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCOTT, LEROY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCOTT, LESLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCOTT, LINNIE C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SCOTT, LINNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SCOTT, LINNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCOTT, LONNIE, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SCOTT, LORA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SCOTT, LORENZO, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   SCOTT, LOUIS E, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   SCOTT, LUKE B, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   SCOTT, MARTIN L, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   SCOTT, MARTIN L, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   SCOTT, MATTHEW, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SCOTT, MATTIE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SCOTT, MATTIE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCOTT, MAX R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SCOTT, MAX R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SCOTT, MAX R, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   SCOTT, MELVIN R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SCOTT, MICHAEL C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, MICHAEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOTT, MURRAY D, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   SCOTT, NATHANIEL O, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

Svc Lst  Name and Address of Served Party

21068   SCOTT, NATHANIEL O, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   SCOTT, NATHANIEL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   SCOTT, NOAH F, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   SCOTT, ODEAN N, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   SCOTT, ODEAN N, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   SCOTT, ODESSA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SCOTT, ODESSA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, OSCAR, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SCOTT, PAUL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SCOTT, PERCY, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SCOTT, PERCY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, PERCY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, PRECIOUS L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SCOTT, RAY M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SCOTT, RAYMOND L, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   SCOTT, RAYMOND P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, REEDE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCOTT, RETA L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SCOTT, RICHARD A, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068   SCOTT, RICHARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCOTT, RICHARD A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCOTT, RICHARD A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCOTT, RICHARD J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, RICHARD M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, RICHARD M, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   SCOTT, ROBERT B, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SCOTT, ROBERT E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SCOTT, ROBERT E, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SCOTT, ROBERT F, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   SCOTT, ROBERT J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SCOTT, ROBERT T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOTT, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCOTT, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

Svc Lst  Name and Address of Served Party

21068   SCOTT, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCOTT, ROBERT, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL,
        33131-3104

21068   SCOTT, RONALD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW
        BRUNSWICK, NJ, 08901

21068   SCOTT, ROOSEVELT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SCOTT, ROY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SCOTT, ROY P, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH,
        44113-1998

21068   SCOTT, ROYCE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCOTT, ROYCE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCOTT, RUSSELL D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, RUTH  EXEC, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL,
        LOS ANGELES, CA, 90017

21069   SCOTT, RUTH  EXEC, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   SCOTT, SAMUEL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, SAMUEL A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE
        STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SCOTT, SARAH E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SCOTT, SARAH E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SCOTT, SEGRET E, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   SCOTT, SEGRET E, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT
        STREET, JACKSON, MS, 39201

21068   SCOTT, SETH T, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR,
        KNOXVILLE, TN, 37919-3399

21068   SCOTT, SIDNEY, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS,
        LA, 70113-1114

21068   SCOTT, SINCLAIR, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA,
        31412

21068   SCOTT, SR, EMERY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, SR, FRANK, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SCOTT, SR, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL
        5TH FL, DALLAS, TX, 75204-2911

21068   SCOTT, SR, LEE D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL
        5TH FL, DALLAS, TX, 75204-2911

21068   SCOTT, SR, MCKINLEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SCOTT, SR, MCKINLEY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
        HATTIESBURG, MS, 39401

21068   SCOTT, SR., JAMES F, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SCOTT, SR., JAMES F, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SCOTT, STURGIS T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, TEDDY P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD
        STE 1000, CLEVELAND, OH, 44115-1711

21068   SCOTT, TOMMY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SCOTT, ULYSS G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SCOTT, ULYSS G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SCOTT, VESTER L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX
        550219 35222, BIRMINGHAM, AL, 35255

21068   SCOTT, VIRGIL M, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE,
        LOUISVILLE, KY, 40208

21068   SCOTT, WALTER B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
        PENSACOLA, FL, 32502

21068   SCOTT, WALTER V, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SCOTT, WALTER, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA,
        MS, 39567

Svc Lst  Name and Address of Served Party

21068   SCOTT, WALTER, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SCOTT, WAYNE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOTT, WAYNE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SCOTT, WAYNE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCOTT, WESLEY C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, WESLEY C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOTT, WESLEY W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOTT, WILLIAM C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCOTT, WILLIAM C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCOTT, WILLIAM D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SCOTT, WILLIAM D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SCOTT, WILLIAM D, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   SCOTT, WILLIAM F, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   SCOTT, WILLIAM H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SCOTT, WILLIAM H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SCOTT, WILLIAM J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SCOTT, WILLIAM J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SCOTT, WILLIAM L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SCOTT, WILLIAM, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SCOTT, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOTT, WILLIE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SCOTT, WILLIE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SCOTT, WILLIE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   SCOTT, WILMER, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SCOTT, WILMER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SCOTT, WILMER, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SCOTTEN, MYRON T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SCOTTO, LORETTO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SCOVAZZO, VITO A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCOVIL, MERTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SCOVILL, THOMAS D, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068   SCOVILLE, DANIEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SCOVILLE, DENNIS G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SCRAPE, JOE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    SCRAPE, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    SCREEN, THOMAS A, HERBERT B NEWBERG, ESQ , P C, LIPPINCOTT BUILDING, SUITE 200, 227 S 6TH STREET, PHILADELPHIA,, PA, 19106

21068    SCREEN, THOMAS A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SCREEN, THOMAS A, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068    SCREEN, THOMAS A, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068    SCREPTOCK, MARGARET A, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    SCREWS, QUEEN E, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    SCREWS, QUEEN E, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    SCRIBNER, HERBERT H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    SCRIBNER, JAMES D, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068    SCRIBNER, ROBERT, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068    SCRIBNER, ROBERT, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SCRIBNER, WALTER S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SCRIMIZZI, JOSEPH V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SCRIMPSHER, GEORGE A, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    SCRIMPSHER, GEORGE A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    SCRIMPSHIRE, JAMES D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SCRIMPSHIRE, JAMES D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SCRIMSHIRE, VIRGIL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SCRIPTER, EILEEN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068    SCRIVEN, LOUIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SCRIVEN, LOUIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SCRIVER, KEITH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SCROGGINS, CARROLL G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SCROGGINS, FLOYD, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    SCROGGINS, FRANK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SCROGGINS, HOWARD, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    SCROGGINS, JOANNE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SCROGGS, ALVIN C, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068    SCROGGS, CLINTON R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    SCROGUM, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SCRUBY, WALTER, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    SCRUGGS, CHARLES H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SCRUGGS, DARREL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21069 | SCRUGGS, DONALD, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143 |
| 21068 | SCRUGGS, ERNEST E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SCRUGGS, ERNEST E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SCRUGGS, GERALD G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SCRUGGS, GERALDINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SCRUGGS, GLENN E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | SCRUGGS, HARVEY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SCRUGGS, JOHN E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | SCRUGGS, JOHN F, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | SCRUGGS, JOHN K, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | SCRUGGS, JOSEPHINE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | SCRUGGS, JOSEPHINE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | SCRUGGS, KATHLEEN P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SCRUGGS, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCRUGGS, ROGER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SCRUGGS, RUBY L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | SCRUGGS, W J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SCRUGGS, W J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | SCRUPPI, DAVE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SCRUTON, HENRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SCUDDER, ROY E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | SCUDDY, BILLY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SCUDIER, ALBERT M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SCULLY, JOHN F, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | SCULLY, WADE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | SCULTHORPE, HARRY T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCURLOCK, TERRY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCURRY, JULIAN T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SCUTERI, PETER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | SCUTTER, DELTHA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SCUTTER, DELTHA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SEABOL, ROBERT A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | SEABOLT, RANCE, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 |

Svc Lst  **Name and Address of Served Party**

21068   SEABOLT, RANCE, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   SEABORN, KENNETH E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SEABOURN, BILLY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SEABROOK, PAUL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SEABROOKS, LOTTIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SEABROOKS, LOTTIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SEABROOKS, NELSON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SEABROOKS, NELSON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SEAGLE, CLINTON E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SEAGLE, HAROLD R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SEAGLE, HAROLD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SEAGLE, HAROLD R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SEAGLE, PAUL D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SEAGRIFF SR., JAMES M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SEAL, ALPHA, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SEAL, ALPHA, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   SEAL, BEEMAN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SEAL, BEEMAN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SEAL, BILLY O, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SEAL, CHRISTINE N, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, DENNIS H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SEAL, DENNIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, DONALD L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, EDWARD A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, ERVIN N, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, JAMES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SEAL, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SEAL, LARRY F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SEAL, LEON B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, ONEAL M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, PERRY I, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   SEAL, PERRY I, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, QUINCY W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, SIDNEY A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, SILMON O, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SEAL, THAYER, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

Svc Lst  Name and Address of Served Party

21068  SEAL, THAYER, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SEAL, TIMOTHY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEAL, VALERIE S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069  SEAL, VALERIE S, HOWARD, LAUDUMIEY, MANN, REED & HARDY, 839 ST CHARLES AVENUE, SUITE 306, NEW ORLEANS, LA, 70130-3715

21068  SEAL, WILBUR N, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEAL, WILLIAM C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEAL, WILLIAM T, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEAL, WILTON P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEALE, KENNETH R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEALE, LESLIE E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SEALES, ANNIE R, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  SEALES, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEALES, LLEWELYN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  SEALOCK, CAROLYN A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SEALOCK, CAROLYN A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SEALS JR., DELMAR R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SEALS SR., DELMAR R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SEALS, B V, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  SEALS, CARLTON H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEALS, CHARLES J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SEALS, CLAUDE J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  SEALS, DAVID W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SEALS, GEORGE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SEALS, GEORGE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SEALS, GEORGE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SEALS, GEORGE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SEALS, GEORGE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SEALS, J D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SEALS, JACKIE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SEALS, JACKIE L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEALS, JESSIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SEALS, JESSIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  SEALS, JOE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  SEALS, JR, ARTHUR, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEALS, JR, CLAYTON, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  SEALS, JR, COMER, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  SEALS, JR, COMER, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  SEALS, LAVON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  SEALS, LEVI B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SEALS, PORTER, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SEALS, ROBERT F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEALS, ROBERT L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SEALS, SAMUEL J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SEALS, SAMUEL J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  SEALS, VICTOR S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEALS, VICTOR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEALS, VICTOR, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  SEALS, WILLIAM H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEALS, WILLIAM L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEALS, WILLIAM O, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEALS, WILLIAM, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SEALS, WILLIAM, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  SEALS, WILLIE F, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SEALS, WILLIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SEALS, WILLIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  SEALY, ABNER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEALY, ABRETZ R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEALY, MARY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SEALY, SR, EDDIE W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SEAMAN, GEORGE H, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  SEAMES, HAROLD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEARCY, BARNETTE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SEARCY, BILLY J, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  SEARCY, FANNIE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SEARCY, FANNIE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SEARCY, GORMAN G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SEARCY, GORMAN G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SEARCY, HARVEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SEARCY, IONIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SEARCY, IONIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SEARCY, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  SEARCY, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  SEARCY, MAE O, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  SEARCY, ROSA M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

Svc Lst  **Name and Address of Served Party**

21068    SEARCY, ROSA M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SEARCY, SANDRA W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SEARCY, SANDRA W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SEARCY, SUE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    SEARCY, SUE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    SEARFOSS, JR, JOHN, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    SEARFOSS, SR, JOHN, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068    SEARING, HOWARD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    SEARING, RALPH E, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068    SEARL, JR, ELWOOD M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069    SEARLE, JAMES L, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965

21068    SEARS, BRYAN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SEARS, CHARLES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SEARS, DAVID R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SEARS, DOLINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SEARS, DOLINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SEARS, IRVIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SEARS, IRVIN, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    SEARS, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SEARS, JOSEPH E, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    SEARS, MICHAEL, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21069    SEARS, MORTON, PAUL FRANK & COLLINS PC, ONE CHURCH ST, PO BOX 1307, BURLINGTON, VT, 05402-1307

21069    SEARS, RANDALL L, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068    SEARS, RANDALL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SEARS, RAYMOND L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SEARS, SR., BOBBY H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SEASE, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SEAT, JERRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21069    SEATON, ADOLPH, SACKS SACKS, 150 BROADWAY 4TH FL, NEW YORK, NY, 10038

21069    SEATON, JAMES E, VLASTOS BROOKS HENLEY & DRELL PC, 300 S WOLCOTT SUITE 320, PO BOX 10, CASPER, WY, 82602

21068    SEATON, WARREN G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SEATON, WILLIAM E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    SEATS, JAMES, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    SEATS, MERLE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SEATS, MERLE, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    SEAUX, STANFORD, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

Svc Lst  Name and Address of Served Party

21068  SEAVERS, HERMAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SEAVERS, PAUL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  SEAWELL, WILBUR L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SEAY, EDDIE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SEAY, EDDIE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SEAY, GARY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SEAY, HENRY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SEAY, HENRY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SEAY, HOWARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEAY, JAMES L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SEAY, JOHN R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SEAY, JOHN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SEAY, JOHNNIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SEAY, JOHNNIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SEAY, MIKE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SEAY, MIKE F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  SEAY, SR, ALVIN P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  SEAY, WILLIE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SEAY, WILLIE E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SEBALD, MICHAEL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SEBALD, MICHAEL R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SEBASTIAN, WILLIAM H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SEBECKE, HENRIETTA, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  SEBEK, GERALD F, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SEBER, JOHN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SEBESTA, LEONARD T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  SEBESTYEN, FRANK, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21068  SEBOROWSKI, JOSEPH R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SEBREE, OSCAR H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SEBRING, JOHN P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SEBRING, JOHN P, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  SECHLER, NORMAN E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SECKEL, FRED, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SECKMAN, BRUCE B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SECKMAN, WILLIAM J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SECOR, HAROLD E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SECOR, WALTER, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SECORA, DALE F, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SECRET, JOHN B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SECRET, JOHN B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SEDA, ESMERALDO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   SEDACKO, JOSEPH J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SEDDON, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SEDDON, RICHARD, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   SEDELMEYER, PAUL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SEDLACEK, LYNN R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SEDLACEK, LYNN R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SEDLACEK, MARVIN E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   SEDLACKO, JOSEPH J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SEDLAK, WILLIAM J, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   SEDOTAL, REUBEN P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SEDRAN, MARINO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SEE, CHARLES, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   SEE, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SEE, EUGENE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   SEE, GARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SEE, VIRGIL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   SEE, VIRGIL, THE GREENE LAW FIRM, 300 HAMMONS PARKWAY, SUITE 603, SPRINGFIELD, MO, 65806

21068   SEEBACHER, RICHARD W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SEEBECKER, JOHN D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SEEBER, HARLAND, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SEEBER, HERBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SEEBER, SR, HAROLD P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SEECH, LOUIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SEEKERS, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SEEKFORD, MONROE M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SEELBACH, DAVID H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SEELE, JOHN, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   SEELE, MELVIN G, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

Svc Lst  Name and Address of Served Party

21068  SEELEY, GEORGE, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068  SEELEY, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SEELEY, ROBERT T, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  SEELY, ROBERT B, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  SEEMAN, ERNEST H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SEEMAN, ERNEST H, STANTON & SORENSEN, 22 N 3RD ST, CLEAR LAKE, IA, 50428-1811

21068  SEEP, FRANK E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SEES, ROBERT M, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  SEES, ROBERT M, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  SEESE, BILL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SEFNER, JOHN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SEGARS, BILLY S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SEGARS, BILLY S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SEGEDEN, MIKE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  SEGIET, JEROME, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  SEGIET, WILLIAM W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEGILIA, RUSSELL, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  SEGLER, HAROLD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SEGO, BILLY L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SEGRAVES, JOHN, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  SEGUIN, JOSEPH C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  SEGURA, ADELAIDO G, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  SEGURA, ALLEN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SEGURA, AMALIA, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  SEGURA, FELICITA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SEHORN, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SEIBERT, DAVE H, THE SUTTER LAW FIRM PLLC, 1598 KANAWHA BOULEVARD EAST, CHARLESTON, WV, 25311

21068  SEIBERT, FREDERICK D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  SEIBERT, HENRY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SEIBERT, JOHN H, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  SEIBERT, JOHN H, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  SEIBERT, JOHN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SEIBERT, TERRY M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  SEIBOLTS, RAYMOND, LUKINS & ANNIS, 1600 WASINGTON TRUST FINANCIAL CENTER, 717 SPRAGUE AVENUE, SPOKANE, WA, 99201-0466

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21069  SEID, FRED, LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA, 94965

21068  SEIDENBERG, HAROLD, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  SEIDICK, MICHAEL F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SEIDL, LEROY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEIDLER, ROBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  SEIDLER, RUDOLPH, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068  SEIDLITZ, ROY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SEIER, GEORGE A, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SEIFER, ARLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEIFERT, DENNIS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEIFERT, JOSEPH, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEIFERT, ROBERT F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SEIGER, DELMAR L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SEIGLER, SR, JOHN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEILACHER, GARY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEILER, EDWARD N, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEILER, JAMES, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068  SEILER, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SEILER, LINDA, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

21068  SEILEY, EARL, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  SEIS, ROBERT, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  SEITHEL, DONALD, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068  SEITZ, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEIVERD, SR, PAUL R, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  SEKANIC, MATTHEW, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  SEKANIC, MICHAEL, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068  SEKERAK, GEORGE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SEKLOCH, RODIMER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEKOSKI, GARY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SELBE, SR, DONALD R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  SELBEE, LUCIAN F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SELBY, CHARLES E, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  SELBY, HALBERT R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Svc Lst  Name and Address of Served Party**

21068    SELBY, HALBERT R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SELDOMRIDGE, JACK D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SELDON, ERNEST L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SELDON, KING, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069    SELEMBA, CHARLES, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068    SELENT, JACK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SELEPACK, MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SELEPEC, DONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SELEPEC, NICHOLAS M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SELESKA, OLGA, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068    SELESKY, JAMES R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    SELF, BENNY T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SELF, BENNY T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SELF, BOB E, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21069    SELF, DANNY, CONWAY & CONWAY, PO BOX 25, 124 WEST UNION STREET, HARTFORD, KY, 42347

21068    SELF, DANNY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SELF, DELORES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SELF, DELORES A, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068    SELF, DOROTHY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SELF, DOROTHY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SELF, EARLENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SELF, EARLENE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SELF, EUGENE T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SELF, GOLDEN T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SELF, GOLDEN T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069    SELF, JACK, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069    SELF, JACK, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068    SELF, JAMES D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    SELF, JERRY C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SELF, JOHN J, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    SELF, JOHN M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SELF, JOSE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    SELF, LEONARD C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SELF, LEONARD C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SELF, RALPH C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    SELF, RALPH C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  SELF, ROGER T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SELF, ROGER T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  SELF, SR, JAMES M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SELF, SR, JAMES M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  SELFRIDGE, KAREN C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SELIG, DANIEL R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SELIG, MELVIN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SELIN, HANS P, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SELINSKY, WALTER, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  SELINSKY, WALTER, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21069  SELK, ALBERT H, EARNSHAW, ELKWOOD MALL CENTER BLDG, #512, 42ND AND CENTER STREETS, OMAHA, NE, 68105

21068  SELK, ALBERT H, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068  SELL, ANGELA, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SELL, ANGELA, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  SELL, ELMER D, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  SELL, HAROLD A, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SELL, MICHAEL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SELLARDS, JAMES C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  SELLARS, IVORY H, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068  SELLARS, LARRY G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  SELLARS, MARTHA W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SELLARS, MARTHA W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SELLARS, PAUL D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  SELLERS, ALLEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SELLERS, BETTY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SELLERS, C F, MANDELL & WRIGHT PC, CHASE BUILDING, 712 MAIN STREET SUITE 1600, HOUSTON, TX, 77002-3297

21068  SELLERS, CECIL H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SELLERS, CLEVELAND, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SELLERS, DALE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SELLERS, DAVID E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SELLERS, EARL R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  SELLERS, EARL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  SELLERS, EARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SELLERS, FRANK L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SELLERS, GERALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SELLERS, HELEN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   SELLERS, HENRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SELLERS, JAMES L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SELLERS, JAMES L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SELLERS, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SELLERS, JAMES V, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SELLERS, JAMES V, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SELLERS, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SELLERS, JAMES, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SELLERS, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SELLERS, JOE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SELLERS, JOHN L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SELLERS, JOHNNY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SELLERS, JOHNNY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SELLERS, JR, CLAUDE T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SELLERS, JR, JOSEPH G, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   SELLERS, KATTYE B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SELLERS, KENNETH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SELLERS, LARRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SELLERS, LESTER R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SELLERS, LOUIE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SELLERS, LYNN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   SELLERS, LYNN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   SELLERS, MACK R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SELLERS, MACKIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SELLERS, MACKIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SELLERS, MIKE A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SELLERS, NEWTON E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SELLERS, NEWTON E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SELLERS, NEWTON E, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   SELLERS, RAYMOND, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SELLERS, RONNIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SELLERS, RONNIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SELLERS, SAMUEL P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SELLERS, SEBRON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SELLERS, THADDIS G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

Svc Lst   Name and Address of Served Party

21068   SELLERS, THOMAS J, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   SELLERS, THOMAS K, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SELLERS, THOMAS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SELLERS, THOMAS W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SELLERS, THOMAS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SELLERS, VELLA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SELLERS, VELLA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SELLERS, VELLA, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SELLERS, WILLIS D, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SELLMAN, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SELLMAN, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SELLMAN, SR, JAMES K, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SELLS SR., WILLIAM C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SELMAN, FRED U, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SELMAN, THOMAS A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SELMAN, THOMAS A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SELMON, CALVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SELMON, CALVIN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SELMON, JR, CORNELIUS, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SELMON, ROGER, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SELPH, OSCAR F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SELSER, RONDO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SELTENRIGHT, HOMER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SELTZER, JR, JOSEPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SELTZER, WILLIE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SELVAGE, PRINCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SELVAGE, PRINCE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SELVICK, MELVIN J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SELVIG, CLAUDETTE L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   SEMAN, THOMAS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SEMANOVICH, RICHARD J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SEMELSBERGER, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SEMICH, LAZAR, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SEMICH, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    SEMIEN, JR, FRANK, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    SEMIEN, JR, FRANK, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SEMILIA, ANTHONY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SEMILIA, ANTHONY, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    SEMINSKI, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    SEMKO, MICHAEL G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SEMMONT, JR, SAMUEL B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SEMOSKY, CHARLES C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SEMPLE, MARTIN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    SEMSKI, MICHAEL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SENCIC, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SENCIC, FRANK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SENDRA, STANLEY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    SENDRA, VINCENT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SENECHAL, VIOLA H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SENECHAL, VIOLA H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SENF, RAYMOND, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068    SENF, ROBERT, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068    SENFT, DAVID L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    SENGELE, LOUIS J, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    SENGELE, LOUIS J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    SENGER, BERNARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SENIOR, BURT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SENIOR, DEWITT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SENIOR, EARNEST, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    SENIOR, EARNEST, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SENIOR, EARNEST, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SENIOR, GEORGE H, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    SENIOR, JOSEPH, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    SENK, HARRY, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    SENMAN, WILLIAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    SENN, ALVIN, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068    SENN, JOHN B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

Svc Lst  Name and Address of Served Party

21068   SENN, MACK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SENN, MACK, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SENN, WENDELL L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SENN, WILLIE M, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SENN, WILLIE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SENNE, AUGUST L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SENNET, BEVERLY A, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SENNET, PRESTON J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SENNET, SR, ARTHUR, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21069   SENOVIO, FRANCISCO A, ROSE KLEIN & MARIAS LLP, BARBARA TAYLOR, 401 E OCEAN BLVD STE 301, LONG BEACH, CA, 90802

21068   SENS, MILTON C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SENSAT, CLAUDE M, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   SENSEL, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SENSENEY, ANTHONY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SENSENEY, SR, JOHN K, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SENTELLE, DOUGLAS G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SENTENO, ALBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SENTINELLA, SR, ALBERT M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SENTZ, CARL H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SENTZ, THOMAS E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SENUK, LANCE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21069   SENWESKY, JOHN P, ROTKO CRESHOFF, 200 LIPPINCOTT BUILDING, 227 SOUTH SIXTH STREET, PHILADELPHIA, PA, 19106

21068   SEPEDA, TONY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SEPIC, CAMILLO, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SEPICH, ALBERT J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   SEPPI, HIRAM L, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101

21068   SEPPI, HIRAM L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SEPULVADO, WILSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SEQUEIRA, DALE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   SERAD, JR, FRANCIS W, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21069   SERAFINE, LOUIS, GREENFIELD & ASSOCIATES, 1035 FIFTH AVENUE, PITTSBURGH, PA, 15219

21068   SERAFINE, LOUIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

Svc Lst  **Name and Address of Served Party**

21068   SERAO, THOMAS J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SERAS, VALDO R, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   SERD, JAMES, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SERDA, JR, MIGUEL R, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   SEREDA, SAM, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SERGENT, ZELDA G, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SERIGNE, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SERIN, STANLEY, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SERINO, NAZZARO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   SERIO, JOSEPH J, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038

21068   SERITTI, SR, ALFRED, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   SERJAK, ROBERT J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SERLING, MICHAEL B, AHERN, JR, JOHN C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ALFANO, ANTHONY P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ANDREWS, HENRY F, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ANTHONY, JOSEPH E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ARTHUR, JAMES R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ARTLEY, JOSEPH C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ASLANIAN, EDWARD, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ATKINSON, LEE R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BACHMAN, MICHAEL P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BAILEY, SR, AUTRY L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BALOGH, MIKE J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BARR, DONALD R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BATZ, WILLIAM, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BAUM, GERALD A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BELLANT, WILLIAM P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BETTS, WALTER R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BINKLEY, WILLIAM, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BLUHM, JAMES, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BONDY, CHARLES L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SERLING, MICHAEL B, BOSHELL, THOMAS R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BRADSAHW, VINCENT L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BRANCH, SR, ALLAN W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BREWER, HOMER, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BRIGGS, MARVIN L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BRIGGS, RICHARD R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BRITT, SR, JOHN W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BRULEY, EUGENE E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BURGESS, ARVID, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BUSH, WALTER J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BUTLER, JAMES A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BUTLER, WILLIAM A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, BYERS, WARREN N, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CAIN, JOYCE L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CALILLE, EDWARD, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CAPPS JR, ROGER K, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CASTLEMAN, WILLIAM G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CHARBONEAU, CLARENCE A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CHARLES, ALBERT E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CLARK, MARTIN R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CLISH, JOHN R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, COFFEY, THOMAS E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, COLE, JOHN, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, COLE, LAWRENCE E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CONANT, JOSEPH G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CORNELL, RONALD P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CRAIN, SAM, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CRAY, MELBOURNE D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CROO, RICHARD P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, CRUM, KENNETH, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    SERLING, MICHAEL B, DAVIDSON, ROBERT C, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, DAVIS, WILLIAM A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, DINGUS, ERNEST P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, DORRIS, JIMMIE L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, DOUGLAS, III, ERNEST, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, DRAHEIM, CLINTON E, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, DRAKE, PHILLIP A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, DUFOUR, WILLIAM J, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, EAGLE, LESLIE G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, ELSESSER, EARL B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, EVANS, GEORGE H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FEDRIZZI, ARTHUR, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FERGUSON, LEONARD R, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FERRIS, DALE W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE
406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FORBES, ROBERT D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FORD, JAMES A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE
406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FOWLER, RONALD G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FRASIER, LOUIS R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, FREDERICK, JAMES E, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GALLORO, JOSEPH R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GARDOCKI, FRANK J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GAZEL, DAVID M, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE
406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GLEESON, LEO J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GLODFELTY, EDWARD W, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GROOMS, JOHN R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GRYGINCZYK, EDMUND, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GUGUDIS, PETE K, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, GURGANUS, HARLIE, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, HACKWORTH, CHARLIE D, MICHAEL B SERLING PC, 280 N OLD WOODWARD
AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068    SERLING, MICHAEL B, HAHKA, LEROY E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE
STE 406, BIRMINGHAM, MI, 48009-5394

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SERLING, MICHAEL B, HALL, DAVID E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HALL, JR, WILLIAM T, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HALL, ROBERT, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HALL, WAYNE, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HARRIS, NATHAN G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HARTSELL, GERALD G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HEASLEY, RAYMOND W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HENRY, JUDGE, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HOLTON, FRANK, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HORVATH, ANDREW, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, HOUNSHELL, DUKE, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, IVES, HAROLD B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, JOHNSON, JAMES H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, JOHNSON, ROY A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, JONES, RAYMOND R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KALINOFF, STEVE, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KALSTEIN, FREDERICK W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KERR, EDWARD D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KHAZOUZ, ADNAN B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KIDD, RICHARD D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KOGUT, MICHAEL J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KORTH, JOHN F, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KOTFICA, GEORGE A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, KRAMER, RICHARD H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, LABEAU, RICHARD A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, LANE, PAUL W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, LARRY, JR, ROBERT, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, LAUZON, EDWARD A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, LEFEVERS, CLIFFORD L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, LEYLAND, VICTOR P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SERLING, MICHAEL B, LEZOTTE, JAMES A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, LOUDEN, MICHAEL R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MACLEAN, JR, PETER V, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MADDEN, JR, ROBERT G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MALINAO, JACOMO, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MANICK, SR, RUDOLPH C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MARTIN, RICHARD J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MATHIS, LEONARD Z, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MATOTA, JOHN, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MCCORMICK, HAROLD E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MEHRHOF, KARL R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MENDEZ, SAMUEL, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MENNA, GIUSEPPE, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MENNEL, ROY F, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MENZEL, LEE M, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MERRITT, GERALD G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MERVA, DENNIS L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MEXICO, HOWARD E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MIGDALEWICZ, GERALD, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MIRACLE JR, JOHN H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MOHLMAN, DONALD A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MOLNAR, STEVE E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MORAN, THOMAS L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MOSER, DONALD L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MOWRER, EMERSON E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, MULLINS, FRANKLIN, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, NOSEL, JOSEPH, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, OLNEY, RICHARD C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, PALMER, JOHN G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, PASTOR, MANUEL, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SERLING, MICHAEL B, PAVALOCK, JAMES J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, PELOQUIN, PETER J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, PEPPER, RAYMOND H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, PFAFF, WARREN M, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, PICKENS, CHARLES L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, PILON, DAVID J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, PUTZ, JAMES E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, RANK JR, LELAND E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, REDD, DONALD D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, REED, JAMES D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, REED, MARILYN, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, REID, BENJAMIN H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, RENO, ROBERT G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, REXFORD, EDWARD L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, RICKETT, NORMAN C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, RISCHERT, CHARLES A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ROBERTSON, DONALD, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ROBERTSON, THOMAS D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, RODRIGUEZ, LUIS R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ROGERS, JERRY D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ROOP, DAVID R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, ROUSH, EDWIN C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, RUELLE, DAVID F, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, RUSHFORD, WILLIAM J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, SALATA, MARTIN J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, SANFORD, ALONZO W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, SAWICKI, WALTER F, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, SCHAEFER, ALBERT C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, SCHIRRICK, DONALD E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

21068   SERLING, MICHAEL B, SCHMID, WALTER W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | SERLING, MICHAEL B, SCHWANDT, ALVIN E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SCOTT, WAYNE L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SHORES, PERRY L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SHRADER, CHARLES R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SINGO, J P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SLACK, HAROLD A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SMITH, GARY A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SMITH, HARRY B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SMITH, RENO V, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SMITH, WILLIE G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SMOLENSKI, WALTER B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SOLOVEY, WALTER, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SPOHN, ADEN W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STANGE, GEORGE R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STANLEY, JAMES W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STANLEY, KENNETH R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STARK, JAY A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STEINMAN, WILLMER, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STERNER, DONALD R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STEVENS, OLIVER, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STITT, DONALD V, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STITT, ROBERT L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STOVER, MONTAGUE P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STROS, JOHN R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, STURGELL, DONALD H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SUVEG, GEORGE S, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, SWICK, LAWRENCE A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, TESKE, ROBERT W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, THACKER, JOHN H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, TILLINGER, RAYMOND A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SERLING, MICHAEL B, TROMBLEY, RONALD A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, TRYON, LAWRENCE P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, UPDIKE, JAMES W, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VANCONANT, GERALD L, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VANOVER, DAVIS E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VANOVER, GUY E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VANOVER, RAY E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VANOVER, VERNON E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VARNER, THELBERT H, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VECCHIO, VICTOR J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, VREELAND, ROBERT E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WAHL, GERALD T, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WALBECQ, DONALD R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WALKER, JR, PATRICK A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WATSON, RAYMOND P, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WEIMER, ANTHONY J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WHITE, STUART A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WHITT, WILLIAM C, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WILCOX, JAMES R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WILEY, FREDERICK D, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WILSON, ROY, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WLUDYKA, JENNIFER A, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WOJCIK, LOUIS J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WOODARD, MALLOY R, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WRIGHT, JIMMY B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WRIGHT, JR, CLARENCE E, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, WYNN, BILLY G, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERLING, MICHAEL B, ZELENAK, III, JOSEPH J, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 |
| 21068 | SERNA, JOSE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SERNA, VINCENT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

Svc Lst  Name and Address of Served Party

---

21068   SERNA, VINCENT E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SERPAS, PHILIP H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SERRA, JOHN J, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21068   SERRAINO, ANTONIO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SERRANO, ANTONIO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SERRANO, CARLOS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   SERRANO, HECTOR R, COOPER, MITCH, CRAWFORD, 505 20TH STREET NORTH, 1100 FINANCIAL CENTER, BIRMINGHAM, AL, 35203-2605

21068   SERRANO, HECTOR R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SERRANO, LUIS, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   SERRANO, MARCELINO A, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SERRANO, RAFAEL, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068   SERRANO, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SERRATA, ARTURO R, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   SERRATO, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SERRE, LESTER V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SERROS, JUAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SERSEN, EDWARD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SERSTAD, RICHARD F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SERVICE, VIRGIL H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SERVICK, ROBERT P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SERVICK, ROBERT P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SERVIS, ERNEST J, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   SERWA, ANTONIO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SESKO, JOHN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SESOCK, JOHN V, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SESOCK, JOHN V, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SESSIONS, AARON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SESSIONS, AMOS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SESSIONS, FRANCES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SESSIONS, JAMES C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SESSIONS, JOSEPH E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SESSIONS, JR, AMOS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SESSIONS, LOY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    SESSIONS, LOY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    SESSIONS, MELVIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SESSIONS, WONDELL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    SESSOM, MILTON M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SESSOMS, JR, BOOKER T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SESSOMS, LINDBERG, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SETLIFF, KENNETH J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    SETLOCK, SR, GEORGE W, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    SETTER, LARRY D, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068    SETTIMIO, JOSEPH A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21069    SETTJE, MYRON, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109

21068    SETTLE, FREDRICK, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SETTLE, HUBERT M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    SETTLE, HUBERT M, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SETTLE, JOHN C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    SETTLE, JR, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SETTLE, RAYMOND L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SETTLE, VIRGIL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SETTLE, VIRGIL L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    SETTLEMIRES, LAURA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    SETTLEMIRES, LAURA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    SETTLES, CHARLES C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    SETZER, DURWOOD L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068    SETZER, HARRIET B, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    SEUBERT, JOSEPH W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SEUFFERT, ROBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SEVER, ANDREW, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SEVERA, JOSEPH W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    SEVERE, WILLIAM J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SEVERE, WILLIAM J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SEVERIN, EVELYN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SEVERIN, WALTER, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SEVERS, WILLIAMS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Svc Lst  Name and Address of Served Party**

21068   SEVERSON, CLAYTON, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   SEVERT, RICHARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SEVI, ULISSE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SEVIN, RUBY, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   SEWALL, RALPH, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SEWARD, SR, JAMES L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SEWELL, CHAMP C, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   SEWELL, DAVID, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SEWELL, EARL L, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   SEWELL, ELMER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SEWELL, HARLEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SEWELL, JAMES L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SEWELL, JAMES R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   SEWELL, JOHN H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SEWELL, JOHN H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SEWELL, LOUIS, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SEWELL, REUBEN S, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   SEWELL, WALTER W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SEWELL, WALTER W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SEWELL, WILLIAM N, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SEWER, LANELL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SEWOCK, KATHLEEN B, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   SEXTON, ANNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SEXTON, BILLY D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SEXTON, BILLY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SEXTON, BILLY D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SEXTON, BOBBY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SEXTON, CARL E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SEXTON, DONALD, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   SEXTON, ELLWOOD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SEXTON, ELVIN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SEXTON, FRANKLIN D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SEXTON, GILBERT P, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SEXTON, GILBERT P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

Svc Lst  Name and Address of Served Party

21068   SEXTON, GILBERT P, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   SEXTON, GRADY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SEXTON, HOBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SEXTON, IRA W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SEXTON, JAMES B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SEXTON, JAMES C, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   SEXTON, JOEY L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   SEXTON, JOHN E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SEXTON, KENNETH F, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SEXTON, KENNETH F, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SEXTON, LARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SEXTON, MARK, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SEXTON, MARY G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SEXTON, MARY G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SEXTON, ORAL D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SEXTON, OTTO, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SEXTON, ROBBIE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SEXTON, ROBERT E, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   SEXTON, ROBERT G, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   SEXTON, RUTH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SEXTON, RUTH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SEXTON, SR, EVERETT G, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SEXTON, SR, JOHN H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SEXTON, TIMOTHY K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SEXTON, WILLIE C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SEYDEL, GUY A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SEYDEL, GUY A, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   SEYFREID, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SEYFRIED, DENNIS C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SEYFRIED, GERALD E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SEYFRIED, TIMOTHY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SEYKORA, GREGORY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SEYMORE, CHALMER H, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   SEYMORE, LARRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SEYMOUR, ALDEN S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SEYMOUR, ALONZO, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

Svc Lst  Name and Address of Served Party

21068  SEYMOUR, ALONZO, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SEYMOUR, CHARLES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEYMOUR, DONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SEYMOUR, EMORY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SEYMOUR, EVELYN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SEYMOUR, EVELYN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SEYMOUR, FELTON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEYMOUR, FRED, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEYMOUR, FRED, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  SEYMOUR, FRED, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  SEYMOUR, HERMAN J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  SEYMOUR, MELVIN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SEYMOUR, RONALD G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEYMOUR, SR, ROBERT E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SEYS, JOHN R, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  SEYS, JOHN R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SFAKIANOS, JOHN C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SGOBBO, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SGUEGLIA, ANTHONY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SHAAR, PAUL R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SHABLESKY, EDWARD J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SHACK, ARCHIE J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  SHACKELFORD, HELEN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SHACKELFORD, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SHACKELFORD, JAMES L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SHACKELFORD, JOE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SHACKELFORD, JOE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SHACKELFORD, JR, HAROLD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SHACKELFORD, RAMON L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  SHACKELFORD, RONNIE H, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  SHACKELFORD, SAMUEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SHADBURN, BILLY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  SHADBURN, BILLY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  SHADBURN, PATRICK L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   SHADBURN, PATRICK L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SHADDIX, LEONARD B, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   SHADE, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SHADE, HENRY A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SHADE, HENRY A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SHADE, JOHN W, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SHADE, JOHN W, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   SHADE, SAMUEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SHADE, SR, ALBERT, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SHADE, SR, ALBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SHADE, SR, ALBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SHADOWENS, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SHADWICK, HAROLD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SHAFER, ARTHUR, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   SHAFER, CHESTER E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   SHAFER, CHESTER E, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068   SHAFER, CLYDE H, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21069   SHAFER, DONALD, FRANK BYERS II, ATTY, 3769 NORTH WOODFORD ST, DECATUR, IL, 62524

21068   SHAFER, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   SHAFER, DONALD, RONALD L CARPEL, 1930 HARRISON ST STE 503, HOLLYWOOD, FL, 33020

21068   SHAFER, DONALD, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   SHAFER, FRANKLIN D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SHAFER, FRANKLIN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SHAFER, HAROLD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SHAFER, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SHAFER, MARVIN R, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   SHAFER, WILLIAM M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SHAFER, WILLIAM M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SHAFFER, ALWOOD B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SHAFFER, CARL D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SHAFFER, CHARLES, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   SHAFFER, CURTIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SHAFFER, CURTIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SHAFFER, DENNIS L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SHAFFER, EARL B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SHAFFER, EARL B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

Svc Lst  Name and Address of Served Party

21068  SHAFFER, EDWARD R, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  SHAFFER, ERLDEAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SHAFFER, GORDON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  SHAFFER, GORDON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SHAFFER, JAMES E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  SHAFFER, JAMES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SHAFFER, JAMES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SHAFFER, JAMES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SHAFFER, JIMMY H, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SHAFFER, JR, EDGAR, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  SHAFFER, LEO A, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  SHAFFER, LEO A, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  SHAFFER, LEO D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SHAFFER, LONNIE E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SHAFFER, MOSE F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  SHAFFER, RALPH D, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  SHAFFER, RALPH E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SHAFFER, RANDOLPH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SHAFFER, ROBERT H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SHAFFER, ROBERT W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SHAFFER, ROBERT W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SHAFFER, ROBERT, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  SHAFFER, RUSSELL L, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SHAFFER, SHIRLEY E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SHAFFER, SR, ROBERT L, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  SHAFFER, THOMAS C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SHAFFER, THOMAS P, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SHAFFER, WILLIAM D, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  SHAFFERS, ORNA R, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  SHAFFERS, ORNA R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SHAFFETT, JOHNNY A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SHAFFETT, JOHNNY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

Svc Lst   Name and Address of Served Party

21068   SHAFFETT, THOMAS, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   SHAFFETT, WAYNE A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SHAFIER, WILLIAM C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SHAFNISKY, WILLIAM J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SHAFT, JR, WALTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SHAHAN, EARL, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   SHAHAN, EARL, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   SHAHAN, MELBOURNE L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   SHAHAN, MELBOURNE L, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   SHAHEEN, HAMID, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SHAIFER, MICHAEL, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   SHAIFER, MICHAEL, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   SHAIFER, MICHAEL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SHAIR, FRED, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SHAKESPEAR, LENA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SHAKESPEAR, LENA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SHAKESPEARE, JANICE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SHAKESPEARE, JANICE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SHAKESPEARE, KARL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SHAKESPERE, EDDIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SHAKESPERE, EDDIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SHAKIR, ROBERT M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SHAKOOR, SAHIB, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SHALLENBERGER, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SHALLENBERGER, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SHAMBLEY, MAXINE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SHAMBLEY, MAXINE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SHAMBLIN, DARRELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   SHAMBLIN, DARRELL, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   SHAMBLIN, JAMES M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SHAMBLIN, OTTIE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SHAMBLIN, OTTIE, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SHAMBLIN, PAULINE, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

Svc Lst  **Name and Address of Served Party**

21068  SHAMBLIN, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SHAMBLIN, RICHARD, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068  SHAMBLIN, RODNEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SHAMBLIN, RODNEY, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068  SHAMBO, DORA M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SHAMBRY, ROSIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SHAMBURGER, JESSIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  SHAMBURGER, JONATHAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SHAMM, JEFFERY L, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  SHAMM, JEFFERY L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  SHAMMO, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SHAMPO, VICTOR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SHANAHAN, DONALD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SHAND, STERLING, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SHANDOR, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SHANE, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SHANE, RONALD G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SHANER, GEORGE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SHANER, GEORGE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SHANER, HARRY F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SHANER, ROBERT D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SHANER, WILLIAM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SHANEY, PATRICIA L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SHANK, CHARLES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  SHANK, DALE L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068  SHANK, GEORGE M, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SHANK, JACKIE M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  SHANK, JR, CALVIN M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SHANKLE, DEAN E, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SHANKLE, ELLIS P, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  SHANKLE, ELLIS P, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SHANKLE, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SHANKLE, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SHANKLE, LAWRENCE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SHANKLE, LEARON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    SHANKLES, CHARLES R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    SHANKLIN, ROGER, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    SHANKLIN, SR, EDWARD E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    SHANKLIN, STANLEY R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    SHANKLIN, STANLEY R, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068    SHANKS, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SHANKS, CHARLES, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    SHANKS, DENNIS W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    SHANKS, GEORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SHANKS, JOE E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    SHANKS, JR, JOE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    SHANKS, JULIUS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SHANKS, KENNETH T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    SHANKWEILER, CHARLES F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    SHANLEY, GERALD L, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    SHANNON, BETTY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SHANNON, BETTY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SHANNON, BOBBY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SHANNON, BOBBY G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SHANNON, CLYDE C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    SHANNON, DENNIS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    SHANNON, EARL, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    SHANNON, GERALDINE A, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    SHANNON, HAROLD B, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    SHANNON, HAROLD H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069    SHANNON, JAMES D, COLEMAN, SHERWOOD J, SHANNON LAW FIRM, 100 W GALLATIN ST, HAZLEHURST, MS, 39083-3007

21068    SHANNON, JAMES M, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    SHANNON, JAMES, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    SHANNON, JEFF L, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068    SHANNON, JEFF L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    SHANNON, JOHN D, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    SHANNON, JR, LAURENCE S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SHANNON, JR, MALCOLM R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914