**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SMITH, JOSEPH T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SMITH, JOSEPH W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SMITH, JOSEPHINE H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SMITH, JOSEPHINE H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SMITH, JOSHUA, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SMITH, JR, AARON O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SMITH, JR, AARON O, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   SMITH, JR, AARON, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   SMITH, JR, ADAM, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, JR, ALBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, JR, ALVIN W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, JR, ALVIN W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   SMITH, JR, ANDERSON, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SMITH, JR, AUBREY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, BASIL C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SMITH, JR, BOYD, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   SMITH, JR, BOYD, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   SMITH, JR, CARL E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   SMITH, JR, CHARLES, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   SMITH, JR, CHARLIE L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SMITH, JR, CLYDE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, JR, CLYDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, DAVID, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SMITH, JR, DILLON, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SMITH, JR, DILLON, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SMITH, JR, EARLEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, JR, EDWARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMITH, JR, EDWIN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, EDWIN A, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SMITH, JR, EDWIN G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SMITH, JR, EMANUAL C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SMITH, JR, EMANUAL C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SMITH, JR, EMMITT J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SMITH, JR, EMMITT J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SMITH, JR, ERNEST, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, JR, FELIX L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SMITH, JR, FELIX L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   SMITH, JR, FRED F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SMITH, JR, FRED M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, FRED M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SMITH, JR, GEORGE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, JR, GROVER C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SMITH, JR, HARVEY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, HENRY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, JR, HENRY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SMITH, JR, HENRY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SMITH, JR, HOBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, HOWARD, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SMITH, JR, ISRAEL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SMITH, JR, JAMES W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SMITH, JR, JESSIE C, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21069   SMITH, JR, JOHN C, HARVEY D PEYTON, ESQUIRE, PO BOX 216, 2602 FIRST AVENUE, NITRO, WV, 25143

21068   SMITH, JR, JOHN D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SMITH, JR, JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, JR, JOHN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, JOHNNY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, JR, JOSEPH A, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SMITH, JR, JOSEPH C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMITH, JR, L B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, JR, LAWRENCE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SMITH, JR, LLOYD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SMITH, JR, P H, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SMITH, JR, PAUL, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   SMITH, JR, PAUL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SMITH, JR, RAY, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   SMITH, JR, ROBERT J, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   SMITH, JR, ROBERT J, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   SMITH, JR, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SMITH, JR, ROGERS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, JR, SHERMAN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, JR, TOM, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    SMITH, JR, WILL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    SMITH, JR, WILLAM B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SMITH, JR, WILLIAM C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SMITH, JR, WILLIAM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SMITH, JR, WILLIAM E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    SMITH, JR, WILLIAM H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SMITH, JR, WILLIAM L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SMITH, JR, WILLIAM L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SMITH, JR, WILLIAM S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, JR, WILLIAM T, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    SMITH, JR, WILLIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, JR, WILLIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, JR, ZACK T, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    SMITH, JR., CHANCE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SMITH, JR., CHANCE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SMITH, JR., EARNEST, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, JR., EARNEST, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, JR., JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, JR., JAMES E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, JR., JAMES P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SMITH, JR., JAMES P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SMITH, JR., JOHNNY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, JR., JOSEPH R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SMITH, JR., LEONARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, JR., LEONARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, JR., WILLIAM D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, JR., WILLIAM D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, JR., WILLIAM L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SMITH, JUANITA S, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SMITH, JUANITA S, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SMITH, JUDITH K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, JUDITH K, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SMITH, JUDITH N, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21069    SMITH, JUDSON D, SHEPARD HOFFMAN LAW OFFICE, 36 S CHARLES STREET, SUITE 2200, BALTIMORE, MD, 21204-3106

21068    SMITH, JULIA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, JULIAN R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | SMITH, JUNIOR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SMITH, JUNIOR L, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | SMITH, JUNIOUS C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SMITH, JUNIOUS C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SMITH, KATIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SMITH, KATIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SMITH, KATRINA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | SMITH, KATRINA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | SMITH, KEITH H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | SMITH, KEITH, BUSH LEWIS PLLC, 1240 ORLEANS ST, BEAUMONT, TX, 77701-3612 |
| 21068 | SMITH, KEN W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | SMITH, KENNETH A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, KENNETH G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | SMITH, KENNETH J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401 |
| 21068 | SMITH, KENNETH J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | SMITH, KENNETH L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | SMITH, KENNETH M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SMITH, KENNETH P, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | SMITH, KENNETH P, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 |
| 21068 | SMITH, KENNETH P, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | SMITH, KENNETH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SMITH, KENNETH W, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | SMITH, KENNETH W, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | SMITH, KENNETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, KENNETH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SMITH, KENNETH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, KENNETH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SMITH, KENNETH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SMITH, KERRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SMITH, KIDD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21069 | SMITH, KIM W, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701 |
| 21068 | SMITH, KIMBALL L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | SMITH, KIRBY, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216 |
| 21068 | SMITH, KIRBY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21069 | SMITH, KIRBY, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533 |
| 21068 | SMITH, L B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |

Svc Lst  **Name and Address of Served Party**

21068   SMITH, L D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, LANCE R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, LARRY B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SMITH, LARRY B, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SMITH, LARRY J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, LARRY J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, LARRY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, LARRY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, LARTHE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, LAURA L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, LAURA M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SMITH, LAVAUGHN T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, LAVAUGHN T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SMITH, LAVEL, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   SMITH, LAWRENCE C, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, LAWRENCE C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SMITH, LAWRENCE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, LAWRENCE P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SMITH, LAWRENCE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, LAWRENCE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, LAWRENCE W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, LAWRENCE, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   SMITH, LAWRENCE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, LAWRENCE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SMITH, LEE A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, LEE A, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   SMITH, LEE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SMITH, LELAND D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, LEO G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SMITH, LEO G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SMITH, LEO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, LEON J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SMITH, LEON W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   SMITH, LEON W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, LEONARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, LEONARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, LEROY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SMITH, LESTER C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SMITH, LESTER C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SMITH, LESTER F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, LESTER, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SMITH, LEVELL C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SMITH, LEVELL C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SMITH, LEVERT J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SMITH, LEVONA E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, LILLIAN N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, LILLLIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SMITH, LILLLIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SMITH, LINDA L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, LINDA, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, LINDA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SMITH, LINDA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SMITH, LINDA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, LIONEL D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMITH, LIZZIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SMITH, LIZZIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SMITH, LLOYD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, LLOYD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SMITH, LLOYD J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SMITH, LOAHMONE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, LOAHMONE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, LONNIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SMITH, LONNIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SMITH, LORENA B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SMITH, LORENA B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SMITH, LORRAINE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SMITH, LORRAINE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SMITH, LOUIS A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SMITH, LOUIS E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Svc Lst  Name and Address of Served Party**

21068    SMITH, LOUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SMITH, LOUVENIA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    SMITH, LOUVENIA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    SMITH, LOVELL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068    SMITH, LOVELL, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068    SMITH, LOWELL D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SMITH, LOYAL D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, LOYAL D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, LUCIAN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    SMITH, LULA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, LULA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, LULA W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, LULA W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, LUTHER D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    SMITH, LUTHER W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, LUTHER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SMITH, LYNDON O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SMITH, LYNDON O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SMITH, LYNELL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SMITH, LYNELL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SMITH, LYNN C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    SMITH, LYNN W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    SMITH, MADELINE, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    SMITH, MADELINE, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SMITH, MAE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, MAE G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, MAJOR B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SMITH, MAJOR B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SMITH, MALON A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SMITH, MALON A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SMITH, MAMIE J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SMITH, MAMIE J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SMITH, MAMIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, MAMIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, MANUEL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    SMITH, MARGARET E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SMITH, MARGARET E, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

Svc Lst  Name and Address of Served Party

21068    SMITH, MARGARET E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, MARGARET E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SMITH, MARGARET K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SMITH, MARIE P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, MARIE P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, MARILYN L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, MARILYN L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, MARION H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SMITH, MARTHA D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SMITH, MARTHA J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SMITH, MARTHA J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SMITH, MARTHA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, MARTIN N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SMITH, MARTIN N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SMITH, MARTIN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    SMITH, MARTIN W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    SMITH, MARVIN E, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068    SMITH, MARVIN E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, MARVIN L, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068    SMITH, MARVIN S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SMITH, MARVIN T, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SMITH, MARVIN T, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SMITH, MARY B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SMITH, MARY B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SMITH, MARY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, MARY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, MARY F, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SMITH, MARY F, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SMITH, MARY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, MARY J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, MARY O, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    SMITH, MARY W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, MATTIE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, MATTIE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, MATTIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SMITH, MATTIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SMITH, MAURICE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    SMITH, MAURICE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069    SMITH, MAXFIELD, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143

21068    SMITH, MELVIN J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    SMITH, MELVIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SMITH, MELVIN R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SMITH, MELVIN R, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068    SMITH, MELVIN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, MELVIN R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SMITH, MELVIN R, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068    SMITH, MELVIN, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SMITH, MELVIN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    SMITH, MELVIN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SMITH, MELVIN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    SMITH, MENOUS G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SMITH, MENOUS G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SMITH, MEROLD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    SMITH, MERRELL E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, MERRIAM A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SMITH, MICHAEL A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SMITH, MICHAEL A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SMITH, MICHAEL E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    SMITH, MICHAEL H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SMITH, MICHAEL K, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    SMITH, MICHAEL L, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068    SMITH, MICHAEL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SMITH, MIKE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    SMITH, MIKE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, MILDRED L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    SMITH, MILDRED, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    SMITH, MILTON L, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    SMITH, MINNIE H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SMITH, MINNIE H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SMITH, MOLLY S, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    SMITH, MORRIS W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SMITH, MORRIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, MORRIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, MOSEEVA D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, MOSEEVA D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, MOSES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SMITH, MYRTLE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, MYRTLE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, MYRTLE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

Svc Lst  Name and Address of Served Party

---

21068    SMITH, MYRTLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, MYRTLE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SMITH, NADINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, NADINE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SMITH, NADINE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SMITH, NANCY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, NANCY T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069    SMITH, NATHAN W, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068    SMITH, NAYON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    SMITH, NEALY L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    SMITH, NED L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SMITH, NED L, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    SMITH, NED W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SMITH, NED W, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    SMITH, NED W, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    SMITH, NED W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    SMITH, NEIL, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    SMITH, NELL G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, NELSON E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SMITH, NETTIE M, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    SMITH, NETTIE M, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    SMITH, NEWELL E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SMITH, NEWELL G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SMITH, NOAH L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SMITH, NOAH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, NOAH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, NORMAN D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    SMITH, NORMAN F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    SMITH, NORMAN F, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633

21068    SMITH, NORMAN J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SMITH, NORMAN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    SMITH, O V, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    SMITH, O W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SMITH, O W, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068    SMITH, ODELL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SMITH, ODELL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SMITH, OLIN W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    SMITH, OLIVER G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Svc Lst  Name and Address of Served Party**

21068   SMITH, OLIVER W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, OLIVER WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SMITH, OLIVER WILLIAM, TOCCI, PARKER & TOCCI, LLP, DOMINICK TOCCI, 1698 CENTRAL AVE, ALBANY, NY, 12205-4000

21068   SMITH, OLIVIA, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21069   SMITH, OPAL D, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT, 59901

21068   SMITH, ORVILLE R, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   SMITH, OSCAR L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, OSCAR L, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   SMITH, OSCAR L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   SMITH, OSCAR, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SMITH, OTHA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SMITH, OTIS W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   SMITH, OTIS W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SMITH, OUIDA F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SMITH, PATRICK D, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619

21068   SMITH, PAUL D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SMITH, PAUL D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SMITH, PAUL E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SMITH, PAUL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SMITH, PAUL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, PAUL, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   SMITH, PEARLINE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, PEGGY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, PEGGY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, PEGGY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, PERCY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, PERRY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, PERRY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, PETER J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, PETER J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, PHILHIOL M, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SMITH, PHILHIOL M, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SMITH, PHILIP E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SMITH, PHILIP E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   SMITH, PHILIP M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, PHILIP M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SMITH, PHILLIP, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SMITH, PHILLIP, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | SMITH, PHILLIP, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | SMITH, PHYLLIS L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SMITH, PHYLLIS L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SMITH, PRINIS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, PRISCILLA P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SMITH, PRISCILLA P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SMITH, RALPH W, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | SMITH, RALPH, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | SMITH, RANDALL E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | SMITH, RANDALL E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | SMITH, RANDALL W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, RANDALL W, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | SMITH, RANDALL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | SMITH, RANDY, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302 |
| 21068 | SMITH, RATA H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SMITH, RAY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | SMITH, RAY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, RAY, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | SMITH, RAYBURN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SMITH, RAYMON J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SMITH, RAYMOND D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, RAYMOND D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | SMITH, RAYMOND E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SMITH, RAYMOND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | SMITH, RAYMOND, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701 |
| 21068 | SMITH, RAYMOND, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SMITH, REBECCA, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SMITH, REBECCA, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SMITH, REDIC F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SMITH, REFA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SMITH, REFA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SMITH, RELLA, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, RETHA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SMITH, RETHA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SMITH, REVELL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SMITH, RHOBIE N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | SMITH, RICHARD B, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415 |
| 21068 | SMITH, RICHARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21069 | SMITH, RICHARD C, THE SUTTER LAW FIRM PLLC, 1598 KANAWHA BOULEVARD EAST, CHARLESTON, WV, 25311 |
| 21068 | SMITH, RICHARD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, RICHARD D, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | SMITH, RICHARD F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SMITH, RICHARD F, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | SMITH, RICHARD F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SMITH, RICHARD J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | SMITH, RICHARD J, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | SMITH, RICHARD L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SMITH, RICHARD L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SMITH, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21069 | SMITH, RICHARD, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902 |
| 21068 | SMITH, RICHARD, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | SMITH, RICHARD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SMITH, ROBERT A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SMITH, ROBERT A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, ROBERT A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SMITH, ROBERT C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, ROBERT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SMITH, ROBERT C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SMITH, ROBERT D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | SMITH, ROBERT D, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | SMITH, ROBERT E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SMITH, ROBERT E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | SMITH, ROBERT E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | SMITH, ROBERT F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | SMITH, ROBERT G, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | SMITH, ROBERT H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SMITH, ROBERT H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SMITH, ROBERT H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SMITH, ROBERT J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, ROBERT J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SMITH, ROBERT J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | SMITH, ROBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SMITH, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21069 | SMITH, ROBERT L, LAW OFFICES OF PETER G ANGELOS, 201 S CLEVELAND AVENUE, HAGERSTOWN, MD, 21740 |
| 21068 | SMITH, ROBERT L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SMITH, ROBERT L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | SMITH, ROBERT L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SMITH, ROBERT L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SMITH, ROBERT M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, ROBERT N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, ROBERT O, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | SMITH, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SMITH, ROBERT W, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302 |
| 21068 | SMITH, ROBERT W, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SMITH, ROBERT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SMITH, ROBERT, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | SMITH, ROBERT, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | SMITH, ROBERT, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, ROBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | SMITH, ROBERT, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | SMITH, ROBERT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | SMITH, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SMITH, RODNEY K, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899 |
| 21068 | SMITH, ROGER D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, ROGER H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, ROGER K, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SMITH, ROGER L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | SMITH, ROGER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21069 | SMITH, ROGER, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301 |
| 21068 | SMITH, ROMELLA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | SMITH, ROMELLA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | SMITH, RONALD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SMITH, RONALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SMITH, RONALD L, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712 |
| 21068 | SMITH, RONALD V, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | SMITH, RONALD W, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302 |
| 21068 | SMITH, RONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SMITH, RONALD, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   SMITH, RONNIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SMITH, ROOSEVELT, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SMITH, ROSCOE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, ROSEMARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, ROSIE L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SMITH, ROSIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, ROSS R, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   SMITH, ROY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SMITH, ROY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SMITH, ROY E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SMITH, ROY E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   SMITH, ROY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, ROY K, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SMITH, ROY L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SMITH, ROY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SMITH, ROY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, ROY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, ROY, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SMITH, ROYCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, ROYCE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SMITH, RUBEN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, RUBY G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SMITH, RUBY N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, RUBY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SMITH, RUBY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SMITH, RUE L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SMITH, RUFUS D, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   SMITH, RUFUS E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SMITH, RUFUS, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SMITH, RUSSEL G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SMITH, RUSSELL C, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   SMITH, RUSSELL D, LAW OFFICES OF PETER G ANGELOS, GOVERNOR´S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SMITH, RUSSELL E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, RUSSELL E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR´S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SMITH, RUSSELL L, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   SMITH, RUTHER, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, SADIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, SALLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, SAM A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

Svc Lst  Name and Address of Served Party

21068    SMITH, SAM, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    SMITH, SAMUEL C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SMITH, SAMUEL E, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    SMITH, SAMUEL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    SMITH, SAMUEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, SAMUEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, SANDRA B, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    SMITH, SANDRA B, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    SMITH, SANDRA E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SMITH, SANDRA E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SMITH, SANDRA J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SMITH, SANDRA J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SMITH, SANDY O, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068    SMITH, SARA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SMITH, SARA L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    SMITH, SARAH A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SMITH, SARAH A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SMITH, SARAH W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SMITH, SCEBELLE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SMITH, SEBASTIAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SMITH, SEBASTIAN, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    SMITH, SETH, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068    SMITH, SHANNON B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SMITH, SHELIA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, SHIRLEY M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    SMITH, SHIRLEY T, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    SMITH, SHIRLEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SMITH, SIM, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SMITH, SIM, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SMITH, SIMON B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SMITH, SIMON B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SMITH, SOLOMON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    SMITH, SPURGEON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069    SMITH, SR, ALLEN G, THE SIMON LAW FIRM, P C, 5630 YALE BLVD, DALLAS, TX, 75206

21068    SMITH, SR, ALPHONSO L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SMITH, SR, ALVIN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    SMITH, SR, ALVIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    SMITH, SR, ALVIN, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    SMITH, SR, BILLY J, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    SMITH, SR, BOBBY D, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SMITH, SR, BOBBY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, SR, BYRON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SMITH, SR, CHARLIE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | SMITH, SR, CLEVELAND E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, SR, CLYDE E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | SMITH, SR, CLYDE E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | SMITH, SR, CURTIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SMITH, SR, DANIEL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, SR, DAVID L, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | SMITH, SR, DEWEY F, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | SMITH, SR, DONALD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SMITH, SR, EMERALD, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SMITH, SR, EMMETT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | SMITH, SR, EMMETT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | SMITH, SR, ERNEST E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | SMITH, SR, FRANK O, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | SMITH, SR, HARDIE E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SMITH, SR, HAROLD B, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | SMITH, SR, HILTON, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | SMITH, SR, HILTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, SR, JAMES B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | SMITH, SR, JAMES H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SMITH, SR, JOHN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, SR, JOHN D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | SMITH, SR, JOHN N, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | SMITH, SR, MAURICE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, SR, MILES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SMITH, SR, PAUL P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, SR, RAY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21069 | SMITH, SR, RODNEY R, THOMAS A BAIZ, JR, SUITE 316, 600 CENTRAL PLAZA, GREAT FALLS, MT, 59401 |
| 21068 | SMITH, SR, ROOSEVELT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SMITH, SR, WILLIAM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, SR, WILLIAM H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | SMITH, SR, WILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, SR, WILTON, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | SMITH, SR., JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SMITH, SR., THOMAS A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SMITH, SR., THOMAS A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, SR., WILLIAM L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMITH, STANLEY C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMITH, STANLEY O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SMITH, STANLEY, GOLDBERG, PERSKY & WHITE PC, JOEL PERSKY, ESQ, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21069   SMITH, STANLEY, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025

21068   SMITH, STANLEY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SMITH, STANLEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   SMITH, STANLEY, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307

21068   SMITH, STEPHEN M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SMITH, STEPHEN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   SMITH, STEVEN M, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   SMITH, STEVEN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SMITH, STEVIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, STEWARD J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SMITH, STEWART, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   SMITH, SUE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, SYLVESTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SMITH, SYLVESTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, SYSVESTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, T R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SMITH, TARVER G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, TARVER G, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, TERRY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, THEODORE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, THEODORE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, THOMAS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069   SMITH, THOMAS A, NANKIN & VERMA PLLC, 888 SEVENTEENTH ST NW STE 700, WASHINGTON, DC, 20006

21068   SMITH, THOMAS C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, THOMAS E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SMITH, THOMAS E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, THOMAS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   SMITH, THOMAS E, GOLDBERG & PERSKY, 1030 5TH AVE, PITTSBURGH, PA, 15219-6219

21068   SMITH, THOMAS E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SMITH, THOMAS E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

Svc Lst   Name and Address of Served Party

21068   SMITH, THOMAS L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SMITH, THOMAS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, THOMAS R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069   SMITH, THOMAS R, HOWARD J CRESKOFF, 629 SPRUCE ST, PHILADELPHIA, PA, 19106-4113

21068   SMITH, THOMAS R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, THOMAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, THOMAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SMITH, THOMAS, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21069   SMITH, TILOUS, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, TILOUS, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069   SMITH, TILOUS, MS MUNICIPAL COURT MOSS POINT MUNICIPALITY, HON JIM DAVIS HULL, 4900 MAIN ST, MOSS POINT, MS, 39563-2735

21068   SMITH, TILOUS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   SMITH, TILOUS, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068   SMITH, TIMMY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   SMITH, TIMOTHY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, TIMOTHY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, TOMMIE C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SMITH, TOMMIE C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SMITH, TOMMIE J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SMITH, TOMMIE J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SMITH, TOMMIE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SMITH, TOMMIE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SMITH, TOMMY J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SMITH, TOMMY, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   SMITH, TONI D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, TONI D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, TOXEY, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   SMITH, TOXEY, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21069   SMITH, TOXEY, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, TOXEY, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069   SMITH, TOXEY, MS MUNICIPAL COURT MOSS POINT MUNICIPALITY, HON JIM DAVIS HULL, 4900 MAIN ST, MOSS POINT, MS, 39563-2735

21069   SMITH, TOXEY, PERKINS & FERRIS, PO BOX 570, MACON, MS, 39341

21069   SMITH, TOXEY, ROSENTHAL, HARRY J ROSENTHAL, ESQ, 834 WEST CAPITOL STREET, JACKSON, MS, 39203

21068   SMITH, TROY E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SMITH, TYNAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMITH, TYRONE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, TYRONE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, ULYSSESS E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

Svc Lst  Name and Address of Served Party

21068   SMITH, URILDA, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21069   SMITH, VAUGHN L, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068   SMITH, VAUGHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, VELMA M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, VERA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, VERBA, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SMITH, VERL G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SMITH, VERL G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SMITH, VERLIE O, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SMITH, VERLIE O, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SMITH, VERLYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, VERLYN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, VERNELL L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SMITH, VERNELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, VERNON M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, VERNON M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, VERNON T, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   SMITH, VERNON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, VESTER L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SMITH, VINCENT J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SMITH, VINCENT J, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   SMITH, VIRGIL O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SMITH, VIRGIL O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SMITH, VIRGINIA N, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, VIRGINIA N, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, VIRGINIA S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, VONCILE J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SMITH, W A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SMITH, W A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SMITH, W A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SMITH, W B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, W. H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, W. H, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, WALLACE B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SMITH, WALTER C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SMITH, WALTER E, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SMITH, WALTER L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SMITH, WALTER L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SMITH, WALTER L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SMITH, WALTER L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SMITH, WALTER N, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SMITH, WALTER R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SMITH, WALTER R, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SMITH, WALTON J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, WALTON J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SMITH, WASHINGTON, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068   SMITH, WASHINGTON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SMITH, WAYNE A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMITH, WAYNE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMITH, WAYNE G, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   SMITH, WAYNE G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, WAYNE I, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SMITH, WAYNE O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMITH, WAYNE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   SMITH, WENDELL J, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SMITH, WESTLY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SMITH, WILBURN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SMITH, WILLIAM A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   SMITH, WILLIAM A, SALES TILLMAN WALLBAUM, BILL MIRACLE, 325 W MAIN ST STE 1900, LOUISVILLE, KY, 40202

21068   SMITH, WILLIAM A, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   SMITH, WILLIAM A, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SMITH, WILLIAM B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, WILLIAM B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SMITH, WILLIAM B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, WILLIAM C, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SMITH, WILLIAM C, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   SMITH, WILLIAM D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SMITH, WILLIAM D, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SMITH, WILLIAM D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SMITH, WILLIAM D, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | SMITH, WILLIAM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, WILLIAM E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SMITH, WILLIAM E, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | SMITH, WILLIAM E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, WILLIAM E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | SMITH, WILLIAM E, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | SMITH, WILLIAM F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SMITH, WILLIAM F, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | SMITH, WILLIAM G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SMITH, WILLIAM G, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SMITH, WILLIAM H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SMITH, WILLIAM I, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SMITH, WILLIAM J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SMITH, WILLIAM J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | SMITH, WILLIAM J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SMITH, WILLIAM J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SMITH, WILLIAM J, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | SMITH, WILLIAM J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, WILLIAM L, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | SMITH, WILLIAM L, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362 |
| 21068 | SMITH, WILLIAM L, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | SMITH, WILLIAM L, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | SMITH, WILLIAM L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SMITH, WILLIAM M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SMITH, WILLIAM M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | SMITH, WILLIAM O, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180 |
| 21068 | SMITH, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SMITH, WILLIAM R, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | SMITH, WILLIAM U, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | SMITH, WILLIAM V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SMITH, WILLIAM V, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 |
| 21068 | SMITH, WILLIAM W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | SMITH, WILLIAM W, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

---

21068   SMITH, WILLIAM, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   SMITH, WILLIAM, LAW OFFICES OF STEPHEN C BALL, 20 N RAYMOND AVENUE, SUITE 350, PASADENA, CA, 91103

21068   SMITH, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SMITH, WILLIAM, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   SMITH, WILLIAM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SMITH, WILLIAM, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   SMITH, WILLIE B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SMITH, WILLIE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SMITH, WILLIE E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SMITH, WILLIE F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SMITH, WILLIE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SMITH, WILLIE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SMITH, WILLIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, WILLIE J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, WILLIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SMITH, WILLIE J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, WILLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SMITH, WILLIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SMITH, WILLIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SMITH, WILLIE M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SMITH, WILLIE M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SMITH, WILLIE O, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   SMITH, WILLIE O, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, WILLIE O, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, WILLIE V, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, WILLIE W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SMITH, WILLIE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMITH, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SMITH, WILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SMITH, WILLIE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   SMITH, WILLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SMITH, WILLIE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SMITH, WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SMITH, WILLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SMITH, WILLIE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SMITH, WINDELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  SMITH, WINDELL, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  SMITH, WISTER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SMITH, WOODROW W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SMITH, WOODROW W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  SMITH, WOODROW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SMITH, WYNEMA A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  SMITH, WYNEMA A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  SMITH, YOUNG H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SMITH, ZANE G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SMITH, ZEBEDEE, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  SMITH, ZED V, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068  SMITH, ZELLAWEEN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  SMITH, ZENO C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SMITH, ZOLA E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SMITHCALLOWAY, BESSIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  SMITHEE, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SMITHER, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SMITHERMAN, DANIEL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SMITHERMAN, EDDIE W, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  SMITHERMAN, J C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SMITHERMAN, JAMES F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SMITHERMAN, JAMES T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SMITHERMAN, JESSIE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SMITHERMAN, JR, HUGH R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SMITHERMAN, SR, HUGH R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SMITHERMAN, WALTER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SMITHERS, RICHARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SMITHEY, BILLY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SMITHEY, JR, REX, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  SMITHHART, MARY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SMITHHART, MARY A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SMITHHART, WALLACE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  SMITHHART, WALLACE J, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068  SMITHIGER, GERALD S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SMITHIGER, GERALD S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  SMITHKING, ESSIE M, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  SMITHKING, ESSIE M, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SMITHKING, ESSIE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SMITHSON, CHARLES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SMITHSON, THOMAS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SMOCK, HUGH K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SMOCK, JOHN H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SMOLAR, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  SMOLAR, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  SMOLARCZYK, WALTER, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21069  SMOLINSKI, ANTHONY C, GAINES STERN, 1700 OHIO SAVINGS PLAZA, CLEVELAND, OH, 44114

21069  SMOLINSKI, ANTHONY C, GAINES STERNE, 1350 EUCLID AVE, CLEVELAND, OH, 44115-1827

21068  SMOLINSKI, ANTHONY C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  SMOLKO, JOHN T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SMOLKO, STEPHEN F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SMOLOWITZ, HERMAN, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068  SMOLSNY, ALLEN H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SMOOT, DON E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SMOOT, JOE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SMOOT, JOE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SMOOT, JOHN M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  SMOOT, JOHN M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SMOOT, JOHN M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SMOOT, LEALER L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SMOOT, NATHANIEL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SMOOT, NATHANIEL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SMOOT, RALPH, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  SMOOT, RALPH, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SMOOT, SAMUEL L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SMOOT, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SMOOT, WILLLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SMOOTH, MONROE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SMOOTH, ORANGE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  SMOSNY, ALLEN H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069  SMOTHERMAN, RALPH L, CRAMER, CENTURY BUILDING, 312 SOUTH GAY STREET, KNOXVILLE, TN, 37902

21068  SMOTHERMAN, RALPH L, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  SMOTHERS, GILBERT E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   SMOTHERS, SAM, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   SMOUSE, LARRY W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMREKAR, ALBIN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMUGALA, SYLVESTER, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   SMULDERS, MARTIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SMULDERS, WILLIAM A, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SMUNDIN, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SMUTKO, JOHN P, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SMYLY, NELLIE G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SMYTH, FRANK, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   SMYTH, W  E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SMYTHE, JAMES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNABES, STANLEY L, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068   SNAIR, CLARENCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SNAIR, GARY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SNAPE, DONALD W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069   SNAPKA, ROMAN J, HOSSLEY & ASSOCIATES PLLC, 6440 NORTH CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX, 75206

21068   SNEAD, DAVID M, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   SNEAD, DORIS W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   SNEAD, FRED N, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   SNEAD, JERRY, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   SNEAD, JOSEPH G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SNEDDEN, THOMAS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SNEDEGAR, EARL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SNEDEGAR, SHERMAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNEE, DONALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SNEED, ARCHIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SNEED, ARCHIE R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SNEED, BOBBIE J, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   SNEED, CONNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SNEED, JIMMIE K, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   SNEED, LOUISE W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SNEED, LOUISE W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

Svc Lst   Name and Address of Served Party

---

21068   SNEED, ROGER, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   SNEED, ROOSEVELT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SNELGROVE, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNELL, A J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SNELL, A J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SNELL, FRANK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SNELL, JASPER, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   SNELL, MARY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SNELL, MARY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SNELL, NATHANIEL P, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SNELL, ROBERT K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNELL, SHELDON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   SNELL, SR, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SNELLGROVE, BRENDA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SNELLGROVE, JAMES E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SNELLING, WOODIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNELLINGS, FRANK A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SNELLINGS, HOWARD L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SNIDER, A G, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SNIDER, BARRY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SNIDER, BERNADINE V, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   SNIDER, CHARLESTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SNIDER, CHARLESTON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SNIDER, EDWARD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SNIDER, FLOYD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SNIDER, GLENN D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SNIDER, HYBART, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SNIDER, JACKSON H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SNIDER, JAMES F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SNIDER, LEONARD A, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   SNIDER, OLLIE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SNIDER, OLLIE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SNIDER, RALPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNIDER, ROBERT S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNIDER, THOMAS E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNIDER, TRAVIS A, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

Svc Lst  Name and Address of Served Party

21068   SNIDER, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNIEGOCKI, GILBERT P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SNIFFEN, RONALD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SNIPES, BENJAMIN F, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   SNIPES, BRADLEY H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNIPES, EUGENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SNIPES, EUGENE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SNIPES, HERMAN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SNIPES, JASPER, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SNIPES, JIM, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SNITZER, CARL F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SNODDERLY, DENNIS R, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   SNODDERLY, DENNIS R, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   SNODDERLY, SHERMAN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   SNODDERLY, SHERMAN E, LAW OFFICES OF PETER G ANGELOS, 63 HENDERSON AVE, CUMBERLAND, MD, 21502

21068   SNODDERLY, SHERMAN E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   SNODDY, CLINTON E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SNODDY, JIMMY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SNODGRASS, CLINTON G, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SNODGRASS, CLINTON G, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   SNODGRASS, ELMER E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SNODGRASS, ELMER E, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SNODGRASS, HAROLD D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SNODGRASS, RICHARD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNODGRASS, RICHARD L, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   SNOEK, WILHELMUS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SNOOK, EDGAR C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SNOOK, RAYMOND, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SNOOKS, III, RICHARD J, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   SNOW, CHARLES K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SNOW, CHARLES K, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SNOW, ESTER, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SNOW, HENRY E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Svc Lst  Name and Address of Served Party**

21068   SNOW, JAMES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   SNOW, LUTHER A, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SNOW, MEREDITH E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SNOW, NEIL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNOW, PHILIP J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   SNOW, ROBERT E, RALEIGH, SAYRE MARENO PURCELL, 10866 WILSHIRE BLVD , 4TH FLOOR, LOS ANGELES, CA, 90024

21069   SNOW, ROBERT E, SAYRE, MORENO, PURCELL & BOUCHER, 10366 WILSHIRE BOULEVARD, FOURTH FLOOR, LOS ANGELES, CA, 90024-4711

21068   SNOW, ROGER, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SNOW, ROGER, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   SNOW, SARA J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SNOW, SARA J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SNOW, SR, RONALD, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   SNOW, THEO H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SNOW, THEO H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SNOW, TONY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SNOW, WILLIAM C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SNOW, WILLIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SNOW, WILLIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SNOWBALL, SHERMAN K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNOWBALL, THOMAS A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNOWDEN, DONALD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SNOWDEN, JACK, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SNOWDEN, JACK, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SNOWDEN, JOHN T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SNOWDY, MAYNARD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SNOWDY, MAYNARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNUFFER, JERRY L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SNUFFER, JERRY L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SNUGGS, BETTY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   SNYDER, CHARLES D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SNYDER, CHARLES E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   SNYDER, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNYDER, CHARLES H, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

**Svc Lst  Name and Address of Served Party**

21068   SNYDER, CLAUDE A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNYDER, DAVID S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNYDER, DAVID, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   SNYDER, DAVID, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068   SNYDER, EDDIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SNYDER, EDDIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SNYDER, EDWIN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SNYDER, ELDRED J, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   SNYDER, ELWOOD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNYDER, ERNEST, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   SNYDER, EUGENE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   SNYDER, EVERETT B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SNYDER, EVERETT B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SNYDER, FRED M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNYDER, GERALD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNYDER, GLEN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SNYDER, HAROLD G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNYDER, JACK D, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068   SNYDER, JAMES C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SNYDER, JAMES G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SNYDER, JAMES L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SNYDER, JAMES L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNYDER, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNYDER, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SNYDER, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SNYDER, JOHN D, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   SNYDER, JR, FLOYD L, MICHAEL F GERMANO, PC, MICHAEL F GERMANO, 63 ATLANTIC AVE, BOSTON, MA, 02110

21068   SNYDER, JR, GEORGE A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNYDER, JR, LUTHER L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SNYDER, JR, LUTHER L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SNYDER, KENNETH C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SNYDER, LAURENCE G, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   SNYDER, LAWRENCE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SNYDER, LEE S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SNYDER, MALCOLM, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   SNYDER, MARTIN L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   SNYDER, MERVIN E, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   SNYDER, MICHAEL R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNYDER, MORRIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNYDER, PERCY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SNYDER, RALPH C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SNYDER, RANDALL L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   SNYDER, RICHARD E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SNYDER, RICHARD F, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SNYDER, ROBERT A, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SNYDER, ROBERT C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SNYDER, ROBERT C, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   SNYDER, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SNYDER, ROBERT P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SNYDER, ROGER L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SNYDER, RONALD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SNYDER, RONALD A, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   SNYDER, RONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SNYDER, RONNIE E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SNYDER, ROY D, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SNYDER, ROY P, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SNYDER, SAMUEL, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   SNYDER, STUART, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21069   SNYDER, THELMA, MICHAEL F GERMANO, PC, MICHAEL F GERMANO, 63 ATLANTIC AVE, BOSTON, MA, 02110

21068   SNYDER, THOMAS E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   SNYDER, THOMAS H, LAW OFFICES OF PETER G ANGELOS, 201 S CLEVELAND AVENUE, HAGERSTOWN, MD, 21740

21068   SNYDER, THOMAS W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SNYDER, THOMAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SNYDER, TODD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069  SNYDER, VIRGINIA, DEUTSCH ATKINS, ANDREW MOSKOWITZ, COURT PLAZA N 25 MAIN ST, HACKENSACK, NJ, 07601

21068  SNYDER, W E, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068  SNYDER, WILBUR D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  SNYDER, WILLIAM G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SNYDER, WILLIAM M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SNYDER, WILLIAM W, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  SNYDER, WILLIAM W, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  SNYDER, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SNYDER, WILLIAM, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  SNYDOR, JR., NORMAN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SNYE, HARVEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SOAPE, JIMMY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  SOAPE, SR, BURLEIGH E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068  SOAPE, SR, BURLEIGH E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SOARES, EDWARD, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  SOBERG, CLARENCE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SOBERS, FREDDIE A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SOBERS, JR, JOHN D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SOBLE, WILLIAM B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SOBOCINSKI, ANDREW, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SOCCI, DOMINIC, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  SOCCI, DOMINIC, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  SOCCI, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SOCCI, PETER C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  SOCCI, PETER C, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  SOCCI, PETER L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  SOCCI, PETER L, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  SOCCOA, LOUIS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SOCHOR, ROBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SOCHOROW, ESIN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SOCIA, ALBERT C, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  SOCIA, ALBERT C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SOCIA, DAVID J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | SOCIA, DOICE J, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | SOCIA, HERBERT D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOCKER, GEORGE T, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | SOCKS, SR, JAMES, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 |
| 21068 | SODERLUND, BENGT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SODKE, ADOLF, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 |
| 21068 | SOELTER, HAROLD, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | SOENS, THOMAS R, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | SOENS, THOMAS R, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | SOERENS, KENNETH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOGGE, EUGENE G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SOILEAU, EVAL, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | SOILEAU, JOSEPH, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | SOILEAU, JR, ODA, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | SOILEAU, KENNETH W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SOILEAU, LIDA, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | SOJOURNER, JACKIE, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | SOJOURNER, JACKIE, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | SOKOL, CLARENCE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SOKOL, MILENA, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | SOKOL, THOMAS R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SOKOLOSKI, DAVID R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SOKOLOSKI, WALTER P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOKOLOWSKI, ANTHONY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOKOLSKY, BERNARD G, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | SOL, EDDIE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SOLANO, ANTHONY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SOLARI, XAVIER, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027 |
| 21068 | SOLARIE, PAUL, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | SOLARZ, JR, CHESTER A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SOLAZZO, MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | SOLE, DANNY R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SOLES, BYRON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SOLES, KENNETH T, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | SOLES, KENNETH T, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | SOLEY, CLARENCE G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | SOLEY, CLARENCE G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | SOLEY, CLARENCE G, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21068 | SOLIDAY, GRANT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | SOLIDS, BENITO, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | SOLIE, PRESCOTT O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOLIMINI, VITO, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | SOLINAS, ALEX, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | SOLINSKY, MARGARET A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SOLIS, BALDEMAR, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | SOLIS, FLORENCIO, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | SOLIS, JOSE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | SOLIS, RAPHAEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | SOLIZ, GUADALUPE R, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517 |
| 21068 | SOLIZ, GUADALUPE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOLIZ, JESUS, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 |
| 21068 | SOLIZ, JULIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SOLIZ, LEONEL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | SOLIZ, LUIS R, ABRAHAM MOSS, 5350 S STAPLES, CORPUS CHRISTI, TX, 78411 |
| 21068 | SOLIZ, LUIS R, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | SOLIZ, SIPRIAN, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | SOLLARS, RICHARD K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOLLY, GERALD P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOLLY, WILLIAM H, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | SOLOMEN, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | SOLOMEN, DAVID, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | SOLOMON, ALMA C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | SOLOMON, ALMA C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | SOLOMON, ANDREW, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SOLOMON, ANDREW, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | SOLOMON, GEORGE G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SOLOMON, GEORGE G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SOLOMON, HARRY R, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334 |

**Svc Lst  Name and Address of Served Party**

21068   SOLOMON, HOWARD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   SOLOMON, JACK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SOLOMON, MARIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SOLOMON, MARIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SOLOMON, MARTIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SOLOMON, MICHAEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SOLOMON, NEAL L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   SOLOMON, SR, EDWARD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SOLOMON, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SOLORZANO, ALBERT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21069   SOLOW, LEONARD, LIPSITZ, GREEN, FAHRINGER, ROLL, SAILSBURY & CAMBR, 42 DELAWARE AVENUE, BUFFALO, NY, 14202-2401

21068   SOLOW, LEONARD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SOLT, JOHN C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SOLTIS, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SOLTIS, PAUL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SOLTIS, THEODORE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SOLTYS, ANDREW, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SOMA, GERALD V, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SOMERS, BILLY D, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   SOMERS, BILLY D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SOMERS, DONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SOMERSET, JOHN D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SOMERVILLE, ANDREW, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SOMERVILLE, CHARLES, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SOMERVILLE, EARNEST, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SOMERVILLE, FRED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SOMERVILLE, FRED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SOMERVILLE, GARY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SOMERVILLE, JEROME H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SOMERVILLE, JOHN A, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   SOMERVILLE, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SOMERVILLE, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SOMERVILLE, PRISCILLA L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SOMERVILLE, WARREN R, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  SOMMER, PAUL S, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SOMMER, WALTER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SOMMERS, EDWARD F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SOMMERS, JOHN A, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  SOMOZA, MIGUEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21069  SONDAY, ROBERT E, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068  SONDERGAARD, VERN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  SONDIKE, JOSEPH, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068  SONGE, JR, LEONARD J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SONGER, LOUIS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SONNENBERG, GREGORY H, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  SONNENSCHEIN, WERNER, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068  SONNENSCHEIN, WERNER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  SONNEVILLE, ELMER, HARRISON & HERRON, LLP, 2180 MONROE AVENUE, ROCHESTER, NY, 14618

21068  SONNIER, ELDON C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SONNIER, ELDRIDGE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  SONNIER, ELDRIDGE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SONNIER, HENRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SONNIER, HUEY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21069  SONNIER, JAMES K, DUGAS, LEBLANC, SOTILE, PO BOX 390, 406 HOUMAS STREET, DONALDSONVILLE, LA, 70346

21068  SONNIER, JAMES K, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SONNIER, JR, WESLEY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SONNIER, OPHE, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  SONNIER, PURVIS, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  SONNIER, RANDY P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SONNIER, RANDY P, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  SONNTAG, JR, FRED, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SONNTAG, SR, FREDERICK, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SOOS, JOSEPH F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SOOS, RONALD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  SOOY, RICHARD G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

Svc Lst   Name and Address of Served Party

21068   SOPER, HARLEN B, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   SOPER, JACK M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SOPER, NORMAN P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SOPER, ROY A, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   SOPHOCLEUS, SOPHOCLIS J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SOPKO, JR, GEORGE M, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SOPKO, JR, GEORGE M, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   SOPKO, MICHAEL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SOPLINSKI, CHARLES M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   SOPLOP, EDWARD E, LIPSITZ & PONTERIO LLC, 135 DELAWARE AVENUE, SUITE 506, BUFFALO, NY, 14202-2401

21068   SORANNO, JOSEPH L, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   SORANNO, JOSEPH L, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   SORCE, THOMAS A, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   SORDIAN, SAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SORDIAN, SAM, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21069   SORENSEN, DALE R, DONALD EARNSHAW, 512 ELKWOOD MALL, CENTER BUILDING, OMAHA, NE, 68105

21068   SORENSEN, DALE R, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   SORENSEN, JR., CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SORENSEN, NYRON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SORENSON, CHARLES, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21069   SORENSON, GEORGE O, ADAMS & CESARIO PA, 1550 E 79TH ST, SUITE 800, BLOOMINGTON, MN, 55425

21068   SORENSON, LEROY V, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   SORG, FRANK, SALES TILLMAN WALLBAUM, BILL MIRACLE, 325 W MAIN ST STE 1900, LOUISVILLE, KY, 40202

21068   SORIERO, MARIA, JOHN C BURLEY, 200 PALISADE AVENUE, CLIFFSIDE PARK, NJ, 07010

21068   SOROCKI, FRANCIS H, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   SOROKA, PETER 0, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SOROKOSKI, SYLVESTER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SOROKOSKI, SYLVESTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SOROKOWSKI, STAN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SOROKOWSKI, STAN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   SORRELL, JOSEPH L, THE LAW FIRM OF THOMAS KRAGH, 410 1ST STREET E, POLSON, MT, 59860

21069   SORRELL, JOSEPH L, THOMPSON & BOECHLER, ONE NORTH 2ND ST STE 314, PO BOX 1932, FARGO, ND, 58107-1932

21068   SORRELL, KENNETH D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    SORRELL, KENNETH D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    SORRELL, LONNIE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SORRELL, LONNIE R, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    SORRELLS, CHARLES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    SORRELLS, CHARLES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    SORRELLS, HENRY G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SORRELLS, HENRY G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SORRELLS, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SORRELLS, WILBUR, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    SORRELS, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SORRELS, JAMES E, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    SORRELS, SAM, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    SORRENTINO, ALBERT R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SORRENTINO, JOSEPH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SORRENTO, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    SORROW, JUANITA W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    SORRULS, VIRGIL H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    SORTINA, LOUIS T, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068    SORTINA, LOUIS T, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068    SORTINO, VINCENT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069    SOSA, JOSE, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068    SOSH, HOMER, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    SOSKE, GERALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    SOSSAMAN, EDGAR W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SOSSAMAN, T R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SOTELO, ARMANDO, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068    SOTER, PAUL W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    SOTHERDEN, HELEN E, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068    SOTO, ARNOLD, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068    SOTO, BALDEMAR G, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    SOTO, JULIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068    SOTO, LUIS O, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068    SOTO, MODESTO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SOTO, RICHARD B, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068    SOTO, RICHARD B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst  Name and Address of Served Party

21068   SOTTILE, JOSEPH, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SOUCHON, ROBERT H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SOUCHON, ROBERT H, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   SOUCY, ELSIME, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SOUDEN, RICHARD, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   SOUDER, DAVID W, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SOUDERS, WARREN R, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SOUED, ANTHONY, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21069   SOUKKALA, ROBERT, SIEBEN POLK LAVERDIERE JONES & HAWN, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033-2495

21068   SOUKUP, CHESTER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SOUKUP, DONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   SOULE, EUGENE E, HUMPHREY, FARRINGTON & MCCLAIN, P C, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, INDEPENDENCE, MO, 64051

21069   SOULE, EUGENE E, KLAMANN & HUBBARD, P A, 7101 COLLEGE BOULEVARD, SUITE 130, OVERLAND PARK, KS, 66210

21068   SOULE, ROBERT L, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   SOULE, RONALD D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SOULIER, DON, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   SOULIER, DON, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   SOUREK, JAMES, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SOURILE, DENNIS A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SOURISSEAU, HENRY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SOURNIGAN, ALBERTA F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SOUSA, LEE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SOUSA, LEE W, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   SOUTER, NEIL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SOUTH, BILLY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SOUTH, ESTILL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SOUTH, ESTILL R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SOUTH, JACKEY W, ALEXANDER, NAOMA, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, ANDERSON, FLOYD, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, ANDERSON, WALTER, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, ARMSTRONG, BENNY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, ATTWOOD, JAMES E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   SOUTH, JACKEY W, BAGGETT, RALPH M, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BAILEY, ELBERT R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BALLANCE, HUBERT E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BARRETT, DOROTHY D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BEAVER, WILLIAM F, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BELL, JAMES T, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BELL, LOUISE Q, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BELL, SR, HENRY J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BENNETT, VIRGLE J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BIRDNER, JAMES E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BISHOP, JAMES R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BLEDSOE, BOBBY E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BLEVINS, CHARLES, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BOLEN, JERRY W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BOLEN, VIOLA D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BONNER, VIRGIL, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BOYCE, BILLY R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BOYD, ROBERT E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BOYKIN, C J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES,
        LA, 70602-3010

21068   SOUTH, JACKEY W, BRAZIL, JOHN L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BRIDGES, JR, CURTIS, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BROWN, JAMES A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BROWN, WILLIE E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BUBBUS, OPAL, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BUCKINGHAM, LARRY T, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, BUSH, JOHN C, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES,
        LA, 70602-3010

21068   SOUTH, JACKEY W, BYERS, ROWAN, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, CALDWELL, JESSIE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, CARRINGTON, ROY A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, CARTER, JAMES W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
        CHARLES, LA, 70602-3010

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | SOUTH, JACKEY W, CASON, JOSEPH D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CHAMBERS, WALLACE R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CHILDS, ALLEN, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CISSELL, FREDA J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CLARK, KENNETH D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CLARY, O Q, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CLARY, OTIS, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CONE, JAMES R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, COOK, JESSIE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, COOK, ROBERT E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CORDER, JAMES H, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, CROSS, HENRY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, DANSBY, EARL L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, DARROUGH, EDWARD, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, DAVIDSON, SR, FRED K, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, DAVIS, BUNNIE J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, DAVIS, DELLA L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, DAVIS, ROMMIE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, DUCKWORTH, CARL R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, ELLIS, SHERWOOD V, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, EVANS, RONALD, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, FIELDS, JIMMY D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, FLEMING, HERMAN, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, FLOYD, BILLY C, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, FOLSE, EDDIE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, FORD, THOMAS E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, FOWLER, CHARLES, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, FRANKLIN, ROOSEVELT, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, GARRIS, ELTON A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, GATES, WILLIE H, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  SOUTH, JACKEY W, GOBER, PHILLIP E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GOINS, DAVIS L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GOODNIGHT, ALBERT H, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GRAY, ALVIN, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GREEN, DAVID C, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GREEN, ROY L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GREENLEE, LEWIS F, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GRELLE, NEVA J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GRIDER, BILLY R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, GROVES, LARRY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HAGANS, JR, ERNEST, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HALL, ALBERT, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HALL, ONEIDA, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HALTER, RONNY W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HAMMONTREE, J A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HARGIS, VAN, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HARRISON, RENDEL, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HAYWOOD, JIMMY C, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HELMS, JOE T, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HEMMITT, CALVIN, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HERREN, BRADY M, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HOLLAND, RALPH N, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HOOKS, BILL E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HOPKINS, RAY G, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HORTON, C H, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, HUNTER, CLAUDIA M, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, JACKS, MABLE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, JACKSON, SYLVESTER, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, JACOBS, CALVESTER, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, JAMES, MORRIS R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

Svc Lst  Name and Address of Served Party

21068   SOUTH, JACKEY W, JAMESON, JOHN K, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JEFFERS, JAMES T, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JENKINS, ARCHIE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JESTER, HERSCHEL, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JESTER, THOMAS J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JOHNSON, ELDER S, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JOHNSON, JANIE M, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JOHNSON, MARSHALL, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JOHNSON, TRAVIS E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JOHNSON, WILLIAM A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JOHNSON, WILLIE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JOHNSTON, JOHN F, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, JONES, EDWARD L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, KIMBRELL, BILLY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, KIMSEY, LLOYD, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, KING, JAMES D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, KING, LOUIE A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES,
LA, 70602-3010

21068   SOUTH, JACKEY W, KING, LUCILLE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES,
LA, 70602-3010

21068   SOUTH, JACKEY W, KIRK, HOWE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES,
LA, 70602-3010

21068   SOUTH, JACKEY W, LAWRENCE, WILLIAM R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LESTER, ELBERT F, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LEWIS, CHARLES, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LEWIS, LOEL, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES,
LA, 70602-3010

21068   SOUTH, JACKEY W, LEWIS, PEARLIE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LITES, J B, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA,
70602-3010

21068   SOUTH, JACKEY W, LOCKHART, BENNY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LUNDY, HARDY L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LUSBY, FERRELL B, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LUTRELL, VERNON, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

21068   SOUTH, JACKEY W, LYONS, FREDDIE B, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE
CHARLES, LA, 70602-3010

Svc Lst  Name and Address of Served Party
_____

21068    SOUTH, JACKEY W, MARCHAND, JR, MOISE J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MARTIN, FRED, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MAYER, JOSEPH F, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MAYS, BOOKER T, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MCCRORY, JACK, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MCCRORY, WALTER L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MCGOUGH, COY D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MCKNIGHT, JOE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MCLAUGHLIN, ROBERT, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, MOSS, JAMES W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, POWELL, JAMES, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, PRICE, RAY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, RANKIN, MICHAEL E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, RASH, ROY L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, RAY, JOHNNY L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, READ, VAUGHN A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, REIBE, FORREST W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, REYNOLDS, CLARENCE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, RIDDLE, JIMMY F, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, RILEY, CLINTON D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, ROBINSON, LEONARD A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, ROBINSON, REBA, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, RODGERS, J W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, ROGERS, EDWARD, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, ROGERS, WILLIAM J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, SALLEY, GEORGE A, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, SASSER, JOE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, SCOTT, GEORGE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, SHOEMAKER, JR, GENE M, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068    SOUTH, JACKEY W, SHORTER, CURLEE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SOUTH, JACKEY W, SHULTS, WILLIAM M, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SIMPSON, JAMES S, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SIVILS, AUBREY B, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SKODZENSKI, STANLEY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SLATER, RUDY, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SMITH, BENNIE D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SMITH, BETTY J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SMITH, DONALD C, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SMITH, OTIS W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SOCIA, ALBERT C, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, SPELLS, RONALD L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STELL, CHARLES, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STEWART, DANIEL B, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STEWART, JR, JOHN L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STOVALL, JOHNNIE D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STOVER, GEORGE J, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STOVER, LAVON, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STRICKLAND, ELMER L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, STRICKLAND, IRVIN, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, TANKSLEY, JR, LUTHER C, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, TAYLOR, FRANK, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, TAYLOR, THOMAS P, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, TEAGUE, JERRY W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, THOMAS, CLYDE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, THRASH, JR, ROBERT L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, TOMLIN, ISSAC R, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, TULLOS, JESSEE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, VANLANDINGHAM, DOYLE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, VIA, WILLIS E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |
| 21068 | SOUTH, JACKEY W, WARD, JIMMIE L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010 |

**Svc Lst  Name and Address of Served Party**

21068  SOUTH, JACKEY W, WARREN, BRUCE E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WARREN, THOMAS L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WATTS, CHLOE, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WEATHERLY, SR, RICHARD W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WHITAKER, CHARLES E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WHITE, JAMES D, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WILBURN, ROBERT, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WILLIAMS, ORION, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WILSON, D W, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WILSON, ROY E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WOOD, ROY G, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WOOLLEY, JOHN L, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WOOLLEY, MARION G, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WREYFORD, JAMES M, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JACKEY W, WRIGHT, TOMMIE E, LUNDY & DAVIS, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA, 70602-3010

21068  SOUTH, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SOUTH, PEGGY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  SOUTH, PEGGY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  SOUTH, THOMAS L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SOUTH, THOMAS L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SOUTHALL, C A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SOUTHALL, C A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  SOUTHALL, J D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SOUTHALL, J D, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  SOUTHALL, J D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SOUTHARD, JOHN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SOUTHARD, WALTER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  SOUTHCOMB, MICHAEL B, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  SOUTHERLAND, CLIFFORD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SOUTHERLAND, G H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SOUTHERLAND, HUBERT D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SOUTHERLAND, JAMES, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | SOUTHERLAND, WILLIS M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SOUTHERN, EARL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SOUTHERN, EARL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SOUTHERN, JOHN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SOUTHERN, JR, CHARLIE, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | SOUTHERN, JR, CHARLIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | SOUTHERN, RICHARD D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SOUTHERN, RICHARD D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SOUTHERN, SR, WILLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SOUTHERN, SR, WILLIE, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | SOUTHERN, WILLIAM L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SOUTHERN, WILLIE B, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | SOUTHERN, WILLIE B, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | SOUTHERS, ROBERT G, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | SOUTHWORTH, CLARENCE R, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | SOUTULLO, FRANCIS M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | SOUZA, ALFRED K, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 |
| 21068 | SOUZA, HENRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | SOVEY, JAMES F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | SOVINE, EDWARD A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SOWA, BERNARD L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21069 | SOWA, DORANN, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226 |
| 21068 | SOWARDS JR., CHARLES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SOWARDS, DONALD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SOWARDS, ERNEST E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | SOWARDS, HELEN, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701 |
| 21068 | SOWARDS, JOSEPH R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | SOWARDS, MCCLELLAN, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SOWARDS, PAUL D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | SOWARDS, RICHARD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21069 | SOWARDS, RICHARD L, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301 |
| 21068 | SOWDERS, DANNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | SOWELL, BOBBY E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SOWELL, CAROLYN, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | SOWELL, GENE D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Svc Lst  Name and Address of Served Party**

21068  SOWELL, GENE D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SOWELL, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SOWELL, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069  SOWELL, JOHNNY E, SHINGLES & SHINGLES, 161 WASHINGTON ST STE 1090, CONSHOHOCKEN, PA, 19428

21068  SOWERS, CHARLES F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SOWERS, EARL F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SOWERS, RONALD B, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SPACEK, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SPADAFORE, WILLIAM L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SPADE, DOUGLAS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  SPADE, JAMES A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SPADE, JAMES A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SPADONI, DOMINICK, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  SPAETH, BERNARD F, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069  SPAETH, HAROLD, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068  SPAETH, RICHARD B, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  SPAGINA, ANDRAS, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SPAGNOLO, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SPAIGHT, JOHN V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SPAIN, AUSTIN L, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  SPAIN, AUSTIN L, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068  SPAIN, BOYD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SPAIN, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SPAIN, HELEN M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SPAIN, MARY I, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SPAINE, DANIEL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SPAK, JOSEF, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SPALDING, PHILIP R, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  SPALLATSOS, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SPALTON, WILLIAM, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  SPAND, LEROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SPAND, LEROY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SPANG, JOSEPH W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | SPANGENBERG, HAROLD B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SPANGENBERG, HARVEY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SPANGENBERG, HARVEY L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | SPANGENBERG, JOAN, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | SPANGENBERG, PETER, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | SPANGLER, CHARLES R, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180 |
| 21068 | SPANGLER, SR, CEWARD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SPANGLER, SR, CEWARD R, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | SPANIOL, JOHN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SPANIOL, JOHN J, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 |
| 21068 | SPANN, CALVIN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | SPANN, DONALD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SPANN, FRANK J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SPANN, GERALD K, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | SPANN, HENRY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | SPANN, JAMES S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SPANN, JEAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SPANN, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | SPANN, LARRY J, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | SPANN, ORSON B, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | SPANN, ORSON B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | SPANN, ORSON B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SPANN, RONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | SPANO, III, SAM A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SPANO, PAT J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SPANO, SR, ANTHONY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SPARACINO, ANGELO G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | SPARACO, SABATO, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | SPARCO, FRANK E, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801 |
| 21068 | SPARKMAN, JOSEPH, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SPARKS, BOBBY L, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 |
| 21068 | SPARKS, CARL T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SPARKS, CHARLES C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | SPARKS, CHARLES E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SPARKS, CHARLES E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SPARKS, CHARLES G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  SPARKS, DAVID L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  SPARKS, EDWARD A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SPARKS, EDWARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SPARKS, FRED E, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069  SPARKS, GARRETT H, N CALHOUN ANDERSON JR, PC, JENNIFER SIMS, 340 EISENHOWER DR BLDG 300 STE B, SAVANNAH, GA, 31406

21068  SPARKS, GEORGE, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21069  SPARKS, GEORGE, DAVID J FRANSEN, 422 5TH AVE SE, ABERDEEN, SD, 57401

21069  SPARKS, JAMES, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068  SPARKS, JAN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SPARKS, JERRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SPARKS, JIMMY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SPARKS, JR, BILL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SPARKS, JR, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SPARKS, JR, THEODORE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SPARKS, JR., JOHN W, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  SPARKS, KATHLEEN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SPARKS, KIE N, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  SPARKS, LUCIUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SPARKS, LUCIUS, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  SPARKS, MADISON B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SPARKS, PAULINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SPARKS, PAULINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SPARKS, ROBERT E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SPARKS, ROBERT E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SPARKS, ROBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SPARKS, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  SPARKS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SPARKS, ROY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SPARKS, TED W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SPARKS, VICTOR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SPARKS, WILBERT L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SPARKS, WILBERT L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SPARKS, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SPARLING, WYNDHAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SPARROW, LAWRENCE, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  SPARROW, LAWRENCE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SPATES, CECIL, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  SPATES, SAMUEL H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SPATH, CLIFTON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805