**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 STEWART, BILLY W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 STEWART, BOBBIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 STEWART, BRENDA M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 STEWART, BRUCE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21069 STEWART, CARLTON, COOK & WALLACE, 4 HOUSTON CENTER, 1221 LAMAR, SUITE 1300, HOUSTON, TX, 77010-3073

21068 STEWART, CHARLES E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068 STEWART, CHARLES E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068 STEWART, CHARLES H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 STEWART, CHARLES H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 STEWART, CHARLES H, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068 STEWART, CHARLES H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 STEWART, CHARLES H, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068 STEWART, CHARLES M, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068 STEWART, CHARLES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068 STEWART, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 STEWART, CHARLES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068 STEWART, CHARLIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 STEWART, CHARLIE A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068 STEWART, CHESTER F, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 STEWART, CLARA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 STEWART, CLARENCE L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068 STEWART, CLARENCE, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068 STEWART, CLAUDE V, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068 STEWART, CLEO G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 STEWART, CLEO G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 STEWART, CLIFFORD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 STEWART, CLYDE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 STEWART, CURTIS, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068 STEWART, CURTIS, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068 STEWART, DAN B, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 STEWART, DANIEL B, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068 STEWART, DANIEL B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 STEWART, DANIEL T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 STEWART, DAVID T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | STEWART, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | STEWART, DOLGER, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | STEWART, DONALD E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | STEWART, DONALD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STEWART, DONALD E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | STEWART, DONALD J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | STEWART, DONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | STEWART, ELIZABETH L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | STEWART, ELLIS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | STEWART, ELLSWORTH L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | STEWART, ELMER J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | STEWART, EMORY D, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21068 | STEWART, ERNEST, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | STEWART, ESSEX, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | STEWART, EURY P, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | STEWART, FRANCES M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | STEWART, FRANCES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | STEWART, FRANKLIN M, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | STEWART, FREDDIE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | STEWART, FURMAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STEWART, FURMAN L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | STEWART, GARY D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21069 | STEWART, GEORGE T, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940 |
| 21068 | STEWART, GEORGE V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STEWART, GEORGE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | STEWART, GRIFFIN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | STEWART, GROVER, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | STEWART, GROVER, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | STEWART, HANSON R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | STEWART, HAROLD D, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | STEWART, HARPER C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | STEWART, HARPER C, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | STEWART, HARRY C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | STEWART, HARRY C, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | STEWART, HARRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | STEWART, HARRY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, HARVEY L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | STEWART, HENRIETTA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STEWART, HENRIETTA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, HOLLIS L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | STEWART, HOLLIS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | STEWART, HOLLIS L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STEWART, HOMER, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255 |
| 21068 | STEWART, II, EVERETT E, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067 |
| 21068 | STEWART, INEZ L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | STEWART, INEZ L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | STEWART, J T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | STEWART, J T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | STEWART, JAMES A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | STEWART, JAMES I, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | STEWART, JAMES L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | STEWART, JAMES L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | STEWART, JAMES M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | STEWART, JAMES M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | STEWART, JAMES N, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | STEWART, JAMES T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, JAMES T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | STEWART, JAMES T, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | STEWART, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STEWART, JAMES, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | STEWART, JERALD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STEWART, JESSE C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | STEWART, JESSE C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | STEWART, JESSE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STEWART, JESSE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, JIMMY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | STEWART, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STEWART, JOE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, JOHN E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | STEWART, JOHN H, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | STEWART, JOHN L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, JOHN L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | STEWART, JOHN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | STEWART, JOHNNIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | STEWART, JOHNNY G, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 |
| 21068 | STEWART, JOHNNY G, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | STEWART, JOHNNY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | STEWART, JOLLY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | STEWART, JOLLY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | STEWART, JON E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | STEWART, JR, ARCHIE V, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | STEWART, JR, CURTIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STEWART, JR, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STEWART, JR, JOHN D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | STEWART, JR, JOHN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | STEWART, JR, JOHN D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | STEWART, JR, JOHN L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | STEWART, JR, JOHN L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | STEWART, JR, PAUL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STEWART, JR, POLIE D, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | STEWART, JR, THOMAS J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STEWART, JR., PAUL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, JUNIOR E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | STEWART, JUNIOR J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | STEWART, KENNETH R, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | STEWART, KENNETH R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | STEWART, KENNETH W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STEWART, LARRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | STEWART, LARRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | STEWART, LEHMANN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | STEWART, LENORA S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STEWART, LEWIS C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | STEWART, LLOYD H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | STEWART, LONNIE S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | STEWART, LONNIE S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | STEWART, LUKE V, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |
| 21068 | STEWART, LYNN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21068 | STEWART, LYNWOOD L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   STEWART, MARGARET C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STEWART, MARTIN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STEWART, MARTIN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STEWART, MARY A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STEWART, MARY A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   STEWART, MARY K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STEWART, MARY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   STEWART, MARY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   STEWART, MAURICE D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   STEWART, MINNIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   STEWART, MURPHY J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   STEWART, MYRON J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   STEWART, NAOMI P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STEWART, NEAL C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   STEWART, OLEN A, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602

21068   STEWART, ORVILLE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STEWART, OSCAR, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STEWART, PAUL D, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   STEWART, PHILIP T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STEWART, REX G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STEWART, RICHARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STEWART, RICHARD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STEWART, ROBBIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STEWART, ROBBIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STEWART, ROBERT A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   STEWART, ROBERT A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   STEWART, ROBERT B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STEWART, ROBERT B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STEWART, ROBERT C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   STEWART, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STEWART, ROBERT F, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   STEWART, ROBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STEWART, ROBERT L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069   STEWART, ROBERT W, WHYLAND & RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068   STEWART, ROBERT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | STEWART, ROGER L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | STEWART, ROGER, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | STEWART, RONALD, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | STEWART, RONALD, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | STEWART, ROOSEVELT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STEWART, ROOSEVELT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, ROY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STEWART, ROY D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | STEWART, ROY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | STEWART, ROYCE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | STEWART, SAMUEL, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | STEWART, SARAH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | STEWART, SCOTTY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, SCOTTY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | STEWART, SR, BILLY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STEWART, SR, JOHN R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STEWART, SR, LESTER J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STEWART, SR, THOMAS J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STEWART, STANLEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STEWART, TARBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STEWART, TARBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, THOMAS, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | STEWART, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | STEWART, THOMAS, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 |
| 21068 | STEWART, THOMAS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | STEWART, TOMMIE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | STEWART, TOMMIE E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | STEWART, VICTOR R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | STEWART, VIRGIL J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | STEWART, WALTER M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | STEWART, WAYNE D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, WAYNE D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | STEWART, WAYNE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STEWART, WILBERT F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STEWART, WILLIAM E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | STEWART, WILLIAM E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | STEWART, WILLIAM G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | STEWART, WILLIAM H, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | STEWART, WILLIAM H, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | STEWART, WILLIAM R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | STEWART, WILLIAM T, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | STEWART, WILLIE D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21069 | STEWART, WILLIE D, HOWARD, LAUDUMIEY, MANN, REED & HARDY, 839 ST CHARLES AVENUE, SUITE 306, NEW ORLEANS, LA, 70130-3715 |
| 21068 | STEWART, WILLIE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STEWART, WILLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | STEWART, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | STEWART, WILMA K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | STEWART, WILMA K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | STEWART, WILTON R, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401 |
| 21068 | STEWART, WOODROW, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STEWART, WYLODINE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | STEWART, WYLOIDINE, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899 |
| 21068 | STEYER, SCOTT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21069 | STFRANCIS, JOSEPH, THE LAW FIRM OF STEVEN BARKLEY, 3560 DELAWARE, #305, BEAUMONT, TX, 77706 |
| 21068 | STGERMAIN, MERLIN J, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | STGERMAIN, MERLIN J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21069 | STGERMAIN, PAUL, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965 |
| 21068 | STHAIR, MICHAEL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | STHILAIRE, LEO J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STIB, ROBERT A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | STICE, RAYMOND, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825 |
| 21068 | STICK, LASZLO, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | STICKEL, OKEY ERNEST, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21069 | STICKELMEYER, JACOB, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006 |
| 21068 | STICKELMEYER, JACOB, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | STICKELMEYER, SR, WALLACE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | STICKELMEYER, SR, WALLACE W, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | STICKER, DONALD G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | STICKER, IRWIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | STICKLE, WAYNE, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | STICKLER, JR, RAYMOND, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |
| 21068 | STICKLER, LAWRENCE, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | STICKLES, CARRIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   STICKNEY, RICHARD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STICKNEY, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   STIDHAM, DANNY L, JAMES F HUMPHREYS & ASSOCIATES, 500 VIRGINIA ST E, 500 VIRGINIA ST E STE 800, CHARLESTON, WV, 25301-2125

21068   STIDHAM, DANNY L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   STIDHAM, ERNEST, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   STIDHAM, HARGUS, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   STIDHAM, JACK F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STIDHAM, TROY F, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   STIEFER, JOE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STIEGALL, LIONEL M, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   STIERHOFF, SR, GEORGE O, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069   STIEWERT, ALVIN EDWARD, 4401 47TH ST, LUBBOCK, TX, 79414

21068   STIFLE, LAWRENCE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STIGALL, JOHN, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   STIGLITZ, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   STIGLITZ, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   STILES, BILLY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   STILES, BOBBY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   STILES, CHARLES E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STILES, CLIFFORD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STILES, COLEN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STILES, EDWARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STILES, JOHN S, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   STILES, JOHN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   STILES, JR, JOSEPH E, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   STILES, LEE R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STILES, LU, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   STILES, LU, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   STILES, MARY, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   STILL, CLIFFORD J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STILL, CLIFFORD J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   STILL, EURGEAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STILL, EZEKIEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   STILL, ROBERT E, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   STILL, WILBERT V, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STILL, WILLIAM R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   STILL, WILLIE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   STILLE, GEORGE A, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   STILLER, MORTIMER, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   STILLS, BOBBY L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STILLS, SAMMY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   STILLWAGON, ROBERT G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STILLWELL, HERMON B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STILLWELL, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STILLWELL, JAMES E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STILLWELL, JR, H B, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STILLWELL, THOMAS, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   STILTNER, ALVA M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STILTNER, HAROLD, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   STILTNER, JR, CHARLES E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   STILWELL, H GREGORY, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   STILWELL, MARIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STILWELL, RAYMOND W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STIMAGE, SR, L J, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   STIMAGE, SR, L J, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   STIMAGE, SR, L J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   STIMMEL, DONALD E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STIMPSON, RAYMOND, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   STIMSON, MELVYN D, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   STINCHCOMB, NELLIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STINCHCOMB, NELLIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STINE, GLEN J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   STINE, HUBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STINE, JANE B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STINE, NICK A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STINEBAUGH, DAVID W, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   STINER, ELROYD, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   STINERT, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STINES, CHARLES S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STINES, LARKIN R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STINES, LARKIN R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STINGONE, ROCCO F, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   STINNETT, CARROLL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STINNETT, CHARLES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STINNETT, CHARLES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STINNETT, CLINT W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   STINNETT, CLINT W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   STINNETT, DANIEL, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   STINNETT, DANIEL, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   STINNETT, DANIEL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   STINSON, A J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   STINSON, CATHERINE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STINSON, CHARLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STINSON, CHARLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STINSON, DENNIS R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   STINSON, ELVIN E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STINSON, ELVIN E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STINSON, EUGENE, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   STINSON, EUGENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STINSON, EUGENE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   STINSON, GERALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STINSON, HAROLD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STINSON, J D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STINSON, JAMES P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STINSON, JAMES R, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   STINSON, LANIER A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STINSON, LANIER A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STINSON, LEWIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STINSON, LEWIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STINSON, MARVIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  STINSON, RONNIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  STINSON, THELMA L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  STINSON, ULYSSES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STIOKIS, LAWRENCE M, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  STIOKIS, LAWRENCE M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069  STIPANOVICH, RAY, EGAN, LEV & SIWICA, PA, 231 EAST COLONIAL DRIVE, ORLANDO, FL, 32801

21068  STIPELCOVICH, MELVIN A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  STIPSKY, ALAN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  STITCHER, DORIS I, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  STITCHER, DORIS I, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  STITCHER, WALTER G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  STITCHER, WALTER G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  STITES, MARION, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  STITES, MARION, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  STITH, RICKIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  STITH, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  STITH, ROBERT L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  STITH, ROBERT L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  STITT, EDWARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STITTS, HUBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  STIVEN, PRESTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  STIVERSON, WILLIAM J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STJOHN, DEBORAH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  STJOHN, JAMES H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STJOHN, LEONARD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  STJOHN, THOMAS C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STLOUIS, MARVIN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STLUKA, EMERY M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  STMARY, JR, ARSENE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  STOBAUGH, RICHARD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  STOCK, EDMUND, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  STOCK, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STOCK, HERBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  STOCK, LESLIE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STOCK, MICHAEL S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  STOCKDALE, ELIZA K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  STOCKDALE, ELIZA K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  STOCKER SR., GERALD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  STOCKER, RALPH W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  STOCKER, ROBERT R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  STOCKHAUS, EDWARD H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  STOCKLEY, ROBERT L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21069  STOCKLEY, ROBERT L, HARDIN, LEWIS, TABER & TUCKER, 1037 22ND ST SOUTH, BIRMINGHAM, AL, 35205

21068  STOCKMAN, CARLTON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STOCKMAN, GETTER M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  STOCKMAN, JIMMY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STOCKMAN, JIMMY G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STOCKMAN, JOHN, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  STOCKMAN, NORMAN M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  STOCKMAN, ROBERT R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  STOCKS, HENRY H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  STOCKSTILL, JR, JOHN M, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  STOCKSTILL, RICHARD, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068  STOCKTON, HAROLD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STOCKUNAS, CHARLES, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068  STODDARD, DENNIS L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STODDARD, DENNIS L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STODDARD, HARRY R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  STODDARD, JR, CHARLES W, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068  STODDARD, JR, CHARLES W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  STODDARD, PATRICIA A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  STODDARD, PATRICIA A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  STODDARD, RICHARD C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STODDARD, RICHARD C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STODDARD, RODNEY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  STODDARD, RODNEY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  STODOLA, THOMAS M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STOECKLE, LAWRENCE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  STOEGER, WALTER E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

Svc Lst  Name and Address of Served Party

---

21068    STOEMPL, PAUL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    STOESSEL, JR, WILLIAM M, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    STOEVER, DICKYE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOFFREGEN, CHARLES S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    STOFFREGEN, PAUL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOFFREGEN, PAUL E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    STOFFREGEN, SR, STEVE D, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    STOGDILL, CLIFFORD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STOGNER, ALTON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STOGNER, BUEL A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STOGNER, CHARLES, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    STOGNER, CHARLES, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    STOGNER, JERRY G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STOGNER, JEWEL, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    STOGNER, JEWEL, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    STOGNER, JR, GILES L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    STOGNER, LOUIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STOGNER, MARCUS R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    STOGNER, MELVIN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    STOGNER, MELVIN J, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766

21068    STOGNER, MILTON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STOGNER, PAUL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STOGNER, SR, GILES L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    STOGNER, TOXIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STOGSDILL, MELBURN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOIBRER, RICHARD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STOJANOVSKI, LUBOMIR, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068    STOKER, CARROLL E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOKER, CARROLL E, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    STOKER, CARROLL E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    STOKER, F G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    STOKER, F G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    STOKER, JERAL E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   STOKER, JERAL, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   STOKER, LINDY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STOKER, LINDY L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   STOKER, MANDEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STOKER, MANUEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STOKER, WILLIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STOKES, ALBERT L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   STOKES, ALBERT L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   STOKES, ARTHUR J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   STOKES, ARTHUR J, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   STOKES, CHARLES L, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068   STOKES, CHARLIE J, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   STOKES, CHARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   STOKES, CLARENCE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   STOKES, CLARENCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STOKES, CLARENCE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STOKES, CLAUDE G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   STOKES, CURTIS E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STOKES, CURTIS E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STOKES, DORINE, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   STOKES, DOROTHY K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STOKES, EDGAR, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   STOKES, EDWARD C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STOKES, EDWARD, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   STOKES, FRANK L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   STOKES, FRANK L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STOKES, GASTON D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   STOKES, HENRY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STOKES, IRBY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   STOKES, JOE P, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   STOKES, JOE P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   STOKES, JR, HENRY D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   STOKES, JR, RICHARD E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   STOKES, JR, THOMAS R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STOKES, LELAND W, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

Svc Lst  Name and Address of Served Party

21068  STOKES, LOUIS C, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  STOKES, LYNN G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  STOKES, LYNN G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  STOKES, MARGIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  STOKES, MILTON C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  STOKES, MILTON C, MITHOFF & JACKS, 111 CONGRESS AVENUE, SUITE 1010, AUSTIN, TX, 78701

21068  STOKES, NATHANIEL E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  STOKES, OPAL G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  STOKES, OPAL G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  STOKES, PAUL J, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068  STOKES, R T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STOKES, R T, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  STOKES, R T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  STOKES, RAY W, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  STOKES, ROBERT F, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  STOKES, SAMUEL G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STOKES, SR, CLAUSELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STOKES, WESLEY F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STOKES, WILLIAM D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STOKES, WOODROW W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  STOKES, WOODROW W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  STOKES, WOODROW W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  STOKES, ZIBA S, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  STOKES, ZIBA, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  STOKLAS, JAMES R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  STOKLEY, AVON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STOKLEY, HUBERT B, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  STOKLEY, LEROY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  STOKOWSKI, ROBERT J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  STOLE, WILLIAM J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STOLF, LEO D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STOLF, LEO D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  STOLL, JOHN M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  STOLMAN, CONRAD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  STOLTE, CECIL, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  STOLZE, JAMES, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  STOM, MICHAEL R, SAWATZKE, WILLIAM P, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068  STOMA, RACHEL K, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STOMCZEWSKI, ANTHONY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  STONE SR., WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  STONE, ARNOLD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STONE, BASIL O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  STONE, CARL E, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  STONE, CASPER A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STONE, CHARLES F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  STONE, CLARENCE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  STONE, CLARENCE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  STONE, DAVID M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STONE, DAVID N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069  STONE, DENNIS J, REGAN ZAMBRI & LONG, PLLC, 1919 M ST, NW STE 350, WASHINGTON, DC, 20036

21068  STONE, DON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  STONE, DONALD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STONE, DONALD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STONE, DONALD, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  STONE, ELMER R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  STONE, ELMER R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  STONE, ENOS E, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21069  STONE, ERNEST D, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068  STONE, ERWIN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STONE, FRED, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  STONE, FREDERICK L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  STONE, FREDERICK L, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  STONE, HAROLD D, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  STONE, HARRY F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STONE, HARRY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STONE, HARVEY J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  STONE, HERMAN M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STONE, HERMAN M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STONE, J C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STONE, JACK, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  STONE, JAMES L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STONE, JAMES L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STONE, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  STONE, JERRY C, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

Svc Lst  **Name and Address of Served Party**

21068   STONE, JOHN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STONE, JOHN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   STONE, JOSEPH A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STONE, JOSEPH A, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   STONE, JOSEPH E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STONE, JR, HUGH K, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   STONE, JR., ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STONE, JR., ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   STONE, KENNETH J, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   STONE, LAMAR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STONE, LORI, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STONE, LOYD R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   STONE, MARCUS G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STONE, MARCUS G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STONE, MARY K, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STONE, MEEK, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   STONE, MEEK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STONE, NORMAN, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   STONE, OLIVER D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   STONE, PETER D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STONE, RICHARD S, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   STONE, RICHARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   STONE, ROBERT E, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   STONE, ROGER D, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   STONE, ROGER D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STONE, ROY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STONE, ROY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STONE, RUFUS D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STONE, SIDNEY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   STONE, SR, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STONE, SR, WILLIAM Y, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STONE, VERLINE T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STONE, VERLINE T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STONE, WAYNE D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STONE, WILBUR L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   STONE, WILLIAM F, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   STONE, WILLIAM L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   STONE, WILLIAM R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STONEBRAKER, HARRY T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STONECIPHER, NATHAN K, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STONECIPHER, RICHARD D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STONER, ARTHUR, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STONER, BILLY G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STONER, DONNELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STONER, IRENE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   STONER, LILLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   STONER, ROBERT W, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   STONER, ROY E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   STONEROCK, JOHN F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STONES, JUNIOR H, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   STONESIFER, DON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STONEWALL, LEE W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   STOOKSBERRY, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STOOKSBURY, EARL W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STOPCHYCKI, LEON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   STORER, JOSEPH C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STORER, THOMAS, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   STORER, THOMAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STORER, TIM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STORER, WILLIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STORES, JR, HENRY N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STOREY, CARL, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   STOREY, CARL, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   STOREY, CARL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   STOREY, EDWARD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STOREY, GORDON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   STOREY, HELEN R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STOREY, HELEN R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STOREY, JOYCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STOREY, JOYCE, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   STOREY, JR, LAWRENCE B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Svc Lst  Name and Address of Served Party**

21068    STOREY, LORICE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    STOREY, MARY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    STOREY, MARY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    STOREY, RUTH B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    STOREY, RUTH B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    STOREY, VICTOR M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STORIE, DOUGLAS C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    STORIE, JOHN C, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    STORK, FRANK E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    STORK, STANLEY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    STORK, WESLEY, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068    STORK, WESLEY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    STORKS, MARY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    STORKS, MARY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    STORLAZZI, CEASAR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    STORM, JOHN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    STORM, MICHAEL R, BURKE, JOHN D, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068    STORM, MICHAEL R, ELL, MICHAEL W, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068    STORROW, KENT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STORTI, RICHARD W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STORTI, RUDY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STORY, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STORY, DANNY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    STORY, DANNY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    STORY, EDDIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    STORY, FRANK T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    STORY, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    STORY, JOSEPH E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    STORY, LARRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    STORY, RICHARD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    STOS, JOHN, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    STOTELMYER, JOSEPH R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    STOTESBURY, EDWARD, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    STOTESBURY, EDWARD, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    STOTLER, FRANCIS L, CUNNINGHAM LAW FIRM, 330 N SECOND AVENUE, PHOENIX, AZ, 85003-1517

21068    STOTLER, FRANCIS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   STOTLER, HERMAN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STOTLER, ROBERT L, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   STOTS, WILLIAM R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   STOTT, SR, BILL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STOTT, SR, BILL F, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   STOTTLEMIRE, ROBERT J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   STOTTLEMIRE, WILLIAM A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STOUDMIRE, WILLIAM L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STOUDT, CLAUDE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STOUDT, RICHARD M, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   STOUGH, BUFORD A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   STOUGH, JOHN P, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   STOUGH, JOHN P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STOUT, ALLEN, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   STOUT, BOBBY F, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   STOUT, BOBBY W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STOUT, CLAUDE W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STOUT, DON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STOUT, FRED, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STOUT, JACKIE, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   STOUT, JAMES L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   STOUT, JAMES R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069   STOUT, JAMES, CLARK, DEPEW & TRACEY, LTD, LLP, 440 LOUISIANA (LYRIC CENTER), 16TH FL, HOUSTON, TX, 77002

21068   STOUT, JOHN K, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STOUT, JR, RALPH, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   STOUT, LEONARD, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STOUT, MELVIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   STOUT, MELVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   STOUT, RICHARD B, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   STOUT, ROGER D, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   STOUT, ROGER D, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   STOUT, THEO M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   STOUT, THEO M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   STOUT, VERNON B, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STOUTAMIRE, J C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   STOUTE, JR, SIDNEY P, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   STOUTT, JIMMY L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069   STOVALL, DENNIS R, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068   STOVALL, DONALD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STOVALL, GARNET B, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   STOVALL, GAYLON B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STOVALL, IVALDIA A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STOVALL, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   STOVALL, JERRY D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   STOVALL, JERRY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   STOVALL, JOHNNIE D, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   STOVALL, JOHNNIE D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STOVALL, JR, FLOYD D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   STOVALL, JUDY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   STOVALL, SR, FLOYD D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   STOVER, BILLY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STOVER, DELTON R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   STOVER, DELTON R, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   STOVER, DONALD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STOVER, DONALD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STOVER, GEORGE J, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   STOVER, GEORGE J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069   STOVER, HAROLD, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   STOVER, IRA F, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   STOVER, JR, HERBERT O, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   STOVER, KEN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STOVER, KEN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STOVER, LAVON, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   STOVER, LAVON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STOVER, LEON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STOVER, LONNIE D, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   STOVER, O'NEAL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STOVER, ROBERT C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STOVER, SR, MOSE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   STOVER, SR, MOSE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STOVER, SR, MOSE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    STOVER, STANLEY H, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    STOWE, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOWE, LAWRENCE D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    STOWE, LAWRENCE D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    STOWE, ROBERT K, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    STOWELL, DONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    STOWELL, EARL  JR M, EVANS FEIST, 331 MILAM STREET, SHREVEPORT, LA, 71166

21069    STOWELL, EARL  JR M, WOODS, EVANS FEIST & MILLS, PO BOX 1784, SHREVEPORT, LA, 71166

21068    STOWELL, GEORGE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOWELL, LAWRENCE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOWELL, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STOWERS, HARVEY, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    STOWERS, IVAN H, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    STOWERS, JR, HUGH B, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    STOWERS, JR, HUGH B, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    STOWERS, THEODORE R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    STOWERS, THEODORE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    STOWES, SR, JACOB, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    STOWES, WILLIAM B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    STOWES, WILLIAM B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    STOYAKOVICH, JACOB M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STOYANOFF, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    STPIERRE, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STPIERRE, LOUREY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    STRABEL, EDWARD G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    STRACHAN, EDWARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    STRACHAN, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    STRACHAN, WILLIAM, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069    STRACK, GEORGE R, LIPSITZ & PONTERIO LLC, 135 DELAWARE AVENUE, SUITE 506, BUFFALO, NY, 14202-2401

21068    STRACKBEIN, DONALD D, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    STRACKBEIN, DONALD D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    STRACKE, GEORGE C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    STRADER, CHARLES W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069    STRADER, JUNIOR LEE, ELK & ELK, 6110 PARKLAND BLVD, MAYFIELD HEIGHTS, OH, 44124

21069    STRADER, JUNIOR LEE, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    STRADER, ROGER, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   STRADER, RUSSELL A, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STRAHAM, JAMES E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRAHAM, MYRTIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRAHAM, RONNIE W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRAHAM, WILLIAM H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRAHAN, CARROLL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRAHAN, DAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STRAHAN, LEVERT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRAHAN, LUCY A, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   STRAHAN, MILTON N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRAHAN, WILLIAM N, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   STRAHAN, WILLIAM N, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STRAHM, ROY, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   STRAHM, ROY, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   STRAHOSKY, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   STRAIGHT, ERVIN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   STRAIGHT, ERVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STRAIGHT, ERVIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STRAIGHT, MAMIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STRAIGHT, MAMIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STRAIGHT, RONALD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   STRAIGHT, TOM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STRAIN, CARLOS B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STRAIT, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STRAIT, JOYCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STRAITWELL, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STRAKA, JEROME L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   STRALEY, SR, PHILIP M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STRAM, MICHAEL R, ASMUSSEN, KAREN, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STRAM, MICHAEL R, HANSON, EDWARD I, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STRAMA, FRANZ, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069   STRAND, DWAINE L, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068   STRAND, DWAINE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   STRAND, JOHN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   STRANDELL, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STRANDELL, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STRANG, CLARENCE, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   STRANGE, ALLEN E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   STRANGE, EDWARD J, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   STRANGE, JACK, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   STRANGE, JAMES C, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   STRANGE, JAMES H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STRANGE, JAMES H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STRANGE, JOHN H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STRANGE, JOHN H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STRANGE, JOHNNIE H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   STRANGE, JR, WILLIAM G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STRANGE, RUSSELL G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STRANGE, ZEBBIE, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   STRANGE, ZEBBIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STRANGHOENER, WILLIAM, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   STRAPP, JR, SAMMIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STRAPP, JR, SAMMIE, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   STRASSBURGER, CLARENCE, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   STRASSELL, JOHN J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STRASSELL, JOHN J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STRATI, MICHAEL A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STRATMAN, CARL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STRATMAN, ROBERT F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STRATMAN, THOMAS, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   STRATTAN, LEONARD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STRATTON, CLARA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STRATTON, CLARA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STRATTON, DONALD, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   STRATTON, FRED, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   STRATTON, GEORGE S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STRATTON, GERALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | STRATTON, GERALD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906 |
| 21068 | STRATTON, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | STRATTON, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | STRATTON, KARL K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STRATTON, LARRY E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | STRATTON, LESLIE F, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21069 | STRATTON, LUTHER, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166 |
| 21068 | STRATTON, MARVIN R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | STRATTON, OLIVER C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | STRATTON, SR, WALTER, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21068 | STRAUB, HARRY A, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | STRAUCH, JOHN G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | STRAUCH, JOHN N, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | STRAUDER, EDWARD, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | STRAUDER, EDWARD, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | STRAUDER, JR, ALFRED, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | STRAUDER, JR, ALFRED, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | STRAUDER, WILLIE L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | STRAUDER, WILLIE L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | STRAUGHAN, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | STRAUGHAN, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | STRAUGHN, OLEN, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | STRAUGHTER, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STRAUGHTER, JOHN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STRAUGHTER, JOHN W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STRAUGHTER, LEMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | STRAUSBAUGH, LEO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21069 | STRAUSNER JR., PAUL, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846 |
| 21068 | STRAUSS, THOMAS J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | STRAUSSER, KENNETH, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | STRAWBRIDGE, DUEL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | STRAWBRIDGE, DUEL, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | STRAWBRIDGE, JOHNNY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STRAWBRIDGE, JOSEPH G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | STRAWN, CHARLES H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | STRAWN, CHARLES H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    STRAWN, HARLESS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STRAYER, EDWARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STRAYER, LARRY R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    STRAYER, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STREANO, RALPH V, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    STREBAKOWSKI, SIGMUND, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    STREBAKOWSKI, SIGMUND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    STREELER, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    STREET, ALMA J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    STREET, ALMA J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    STREET, CECIL M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    STREET, DORIS E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    STREET, DORIS E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    STREET, DOROTHY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    STREET, DOROTHY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    STREET, MATTIE B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    STREET, MATTIE B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    STREET, PAUL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    STREET, PHILIP M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    STREET, PHILIP M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    STREETER, HARRY H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STREETER, JACK W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    STREETER, JOHN W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    STREETMAN, CECIL F, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    STREETMAN, JR, JOHN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STREICHER, FRANK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069    STREIT, GEORGE, GALEX TORTORETI & TOMES P C, 151 TICES LANE, EAST BRUNSWICK, NJ, 08816-2090

21068    STREK, RONALD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STREM, MICHAEL, PRIHODA, OLIVER R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068    STREMKE, ROBERT A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    STRENCHOCK, PETER, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068    STRENGER, JOE E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STRENGTH, R. D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21069   STREPPA, JOHN C, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100
        PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107

21068   STREVEL, TEDFORD M, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401
        BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   STREY, ALLEN R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
        33146-1434

21068   STRIBICKI, PETER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS,
        39157-5134

21068   STRICKER, CHARLES B, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068   STRICKER, ELNORA, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA,
        94948-6169

21068   STRICKLAND, ALGERENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STRICKLAND, ASHLEY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL,
        33146-1434

21068   STRICKLAND, BARBARA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   STRICKLAND, BARBARA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   STRICKLAND, BARBARA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   STRICKLAND, BENNIE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRICKLAND, BURNICE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   STRICKLAND, BURNICE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787,
        BOONEVILLE, MS, 38829

21068   STRICKLAND, CARL E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   STRICKLAND, CARROL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN
        SPRINGS, MS, 39564

21068   STRICKLAND, CLIFFORD, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH
        FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   STRICKLAND, CLYDE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STRICKLAND, CYNTHIA G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   STRICKLAND, DAIRY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND,
        MS, 39157-5109

21068   STRICKLAND, DARRELL S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STRICKLAND, DARRELL S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500
        GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STRICKLAND, DAVID H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   STRICKLAND, DAVID H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS,
        39201

21068   STRICKLAND, DEBORAH B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   STRICKLAND, DEBORAH B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   STRICKLAND, DONALD E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
        PENSACOLA, FL, 32502

21068   STRICKLAND, ELMER L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-
        4126

21068   STRICKLAND, ELMER L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STRICKLAND, ELTON S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS,
        39095

21068   STRICKLAND, ELTON S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA,
        70764

21068   STRICKLAND, EMMA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON,
        MS, 39201

21068   STRICKLAND, EMMA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787,
        BOONEVILLE, MS, 38829

21068   STRICKLAND, FRED, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175,
        FARMINGTON HILLS, MI, 48334

21068   STRICKLAND, FRED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STRICKLAND, FRED, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET,
        HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21069    STRICKLAND, G E, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633

21068    STRICKLAND, GLEN G, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STRICKLAND, IRVIN, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    STRICKLAND, IRVIN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    STRICKLAND, ISAAC L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068    STRICKLAND, ISAAC L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068    STRICKLAND, JACOB, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    STRICKLAND, JAMES D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    STRICKLAND, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    STRICKLAND, JAMES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    STRICKLAND, JAMES L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    STRICKLAND, JAMES M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    STRICKLAND, JAMES M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    STRICKLAND, JAMES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    STRICKLAND, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STRICKLAND, JAMES W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    STRICKLAND, JOANN C, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    STRICKLAND, JOE N, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917

21068    STRICKLAND, JOE N, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068    STRICKLAND, JOE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STRICKLAND, JOE R, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    STRICKLAND, JOE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    STRICKLAND, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    STRICKLAND, JOE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068    STRICKLAND, JOHN B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STRICKLAND, JOSEPH L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    STRICKLAND, JOSEPH L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    STRICKLAND, JR, CARTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    STRICKLAND, JR, LEWIS C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069    STRICKLAND, JR., JAMES N, BICKHAM & MAGEE, 2729A PASS ROAD, BILOXI, MS, 39531

21068    STRICKLAND, JR., JAMES N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    STRICKLAND, JR., JAMES N, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933

21068    STRICKLAND, JULIUS, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    STRICKLAND, LAVELLE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    STRICKLAND, LAVELLE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    STRICKLAND, LLOYD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | STRICKLAND, LLOYD V, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | STRICKLAND, LUKE, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | STRICKLAND, LUTHER L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | STRICKLAND, LUTHER L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | STRICKLAND, MARVIN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | STRICKLAND, MARY D, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | STRICKLAND, MARY D, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | STRICKLAND, MICHAEL E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | STRICKLAND, MICHAEL E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | STRICKLAND, PATSY F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | STRICKLAND, PATSY F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | STRICKLAND, QUINTON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | STRICKLAND, RAY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | STRICKLAND, RAY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | STRICKLAND, REECE, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | STRICKLAND, ROBERT A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | STRICKLAND, ROBERT A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | STRICKLAND, ROBERT R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STRICKLAND, SIDNEY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | STRICKLAND, SR, BEN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STRICKLAND, SR, EDGAR L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | STRICKLAND, SR, FRED, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | STRICKLAND, SR, FRED, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702 |
| 21068 | STRICKLAND, SR, MARTIN B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | STRICKLAND, SR, MARTIN B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | STRICKLAND, THERON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | STRICKLAND, THERON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | STRICKLAND, TIMOTHY D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | STRICKLAND, TOMMIE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | STRICKLEN, LOREN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | STRICKLEN, PAUL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | STRICKLEN, PAUL, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045 |
| 21068 | STRICKLER, MELVIN T, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | STRICKLIN, BOBBY C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STRICKLIN, JR, ALFRED F, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | STRICKLIN, JR, ALFRED F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    STRICKLIN, JR, ALFRED F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    STRIEFF, ALTON K, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    STRIEFF, ALTON K, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    STRIEFF, ALTON O, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    STRIEFF, ALTON O, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    STRIFFLER, ALVA R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    STRIFFLER, WILLIAM F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    STRIGLE, JOHN C, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    STRIMEL, DONALD L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    STRINAGE, CLARENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    STRINAGE, CLARENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    STRINGER, ADRELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    STRINGER, ADRELL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    STRINGER, BERNIE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    STRINGER, BERNIE D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    STRINGER, BETTY J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    STRINGER, BETTY J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    STRINGER, BILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    STRINGER, CLIFFORD M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    STRINGER, DANIEL T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    STRINGER, DARRELL, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    STRINGER, DON, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    STRINGER, DON, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    STRINGER, DON, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068    STRINGER, ELROY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    STRINGER, EUGENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    STRINGER, FRANCES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    STRINGER, FRANCES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    STRINGER, GEORGE B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    STRINGER, GEORGE B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    STRINGER, HARREL R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    STRINGER, HENRY G, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    STRINGER, HOYT, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    STRINGER, JIMMIE C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   STRINGER, JOE N, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069   STRINGER, JOHN D, THE LAW FIRM OF HARRISON VICKERS, HARRISON VICKERS, 5718 WESTHEIMER RD STE 1310, HOUSTON, TX, 77057

21068   STRINGER, JOHN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRINGER, JULIA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STRINGER, JULIA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STRINGER, LOUIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRINGER, LOUIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRINGER, LUKE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   STRINGER, LYNN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STRINGER, MACK, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   STRINGER, MARIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   STRINGER, MARIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   STRINGER, MARVIN V, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   STRINGER, MARVIN V, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   STRINGER, MARVIN, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   STRINGER, MARY C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRINGER, MICHEAL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STRINGER, MICHEAL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   STRINGER, O C, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   STRINGER, ONNIE D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   STRINGER, OREE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   STRINGER, OREE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   STRINGER, ROMA D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   STRINGER, SR, FELTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STRINGER, WENDELL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   STRINGER, WILLIAM L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   STRINGER, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   STRINGER, WILLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   STRINGFELLOW SR., WILLIE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRINGFELLOW, DALE E, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   STRINGFELLOW, EARL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRINGFELLOW, EARL, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   STRINGFELLOW, HAROLD L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   STRINGFELLOW, HAROLD L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   STRINGFELLOW, JR, DAVID O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   STRIPLING, BILLY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STRIPLING, CHARLES, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   STRIPLING, MINOR W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STRITZ, MICHAEL J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   STROADE, KENNETH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STROBEL, JOHN A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   STROBEL, ROY J, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   STROBEL, ROY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STROBLE, JAVIN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   STROCK, CRAIG A, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   STROCK, CRAIG A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21069   STRODE, HOWARD W, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068   STRODE, LESTER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STROEBEL, PAUL, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   STROEHMAN, SHIRLEY M, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   STROEMPL, PAUL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STROHECKER, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   STROHM, CHARLES P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   STROHM, CHARLES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069   STROHM, STEPHEN C, GUS ROBBINS_PENNIMAN, ATTY, 673 MOHAWK ST, COLUMBUS, OH, 43206

21068   STROHMAN, RONALD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   STROHMEYER, ERNEST L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STROLLO, GEORGE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STROLLO, GEORGE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STROM, MICHAEL R, ADASCHECK, ARNOLD, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, BREHMER, SR, LEONARD W, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, DYMANYK, FLORENCE, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, HAIDER, KATHLEEN, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, HERMAN, DANIEL N, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, HORTELIUS, EDWARD W, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, HRUSKA, JOSEPH J, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, JOY, RALPH, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

21068   STROM, MICHAEL R, KIEFFER, LEONARD C, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | STROM, MICHAEL R, MEEMKEN, LEROY J, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | STROM, MICHAEL R, MURPHY, HARVEY L, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | STROM, MICHAEL R, PITZL, ROBERT P, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | STROM, MICHAEL R, SCHMITT, DONALD 0, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | STROM, MICHAEL R, SCHULTZ, ELEANOR, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | STROM, MICHAEL R, TRUCHINSKI, CHERYL, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | STROM, MICHAEL R, WEYEK, OLGA, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 |
| 21068 | STROM, RUDOLPH W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | STROMAN, BRENDA E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | STROMAN, BRENDA E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21069 | STROMBERG, REX, BRAYTON PURCELL & GEAGAN, 215 SOUTH STATE STREET, SUITE 900, SALT LAKE CITY, UT, 84111 |
| 21068 | STROMBERG, ROY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | STRONEY, JAMES J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | STRONG, ADA M, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | STRONG, ANDREW, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | STRONG, BILLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | STRONG, BILLY J, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083 |
| 21068 | STRONG, BILLY J, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120 |
| 21068 | STRONG, CHARLES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | STRONG, CLARENCE R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | STRONG, CLAYTON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | STRONG, CLEO, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | STRONG, ELLIS L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | STRONG, ELLIS L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | STRONG, FLOYD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | STRONG, IRA, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005 |
| 21068 | STRONG, IRA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | STRONG, JAMES C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | STRONG, JAMES C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | STRONG, JAMES E, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899 |
| 21068 | STRONG, JAMES G, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | STRONG, JAMES G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | STRONG, JAMES G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | STRONG, JOE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |

**Svc Lst  Name and Address of Served Party**

21068   STRONG, JOHN T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   STRONG, JONATHAN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   STRONG, L B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRONG, LINDA F, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   STRONG, RAYMOND, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   STRONG, SR, EUGENE A, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21069   STRONG, VERNON D, THE LAW FIRM OF MICHAEL GALLIGAN, THE PLAZA, SUITE 5, 300 WALNUT STREET, DES MOINES, IA, 50309

21069   STRONG, VERNON D, WEHR BERGER, 326 WEST THIRD STREET, SUITE 900, DAVENPORT, IA, 52801

21068   STRONG, WILLIAM G, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   STRONG, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   STRONG, WILLIE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STRONG, WILLIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   STRONG, WILLIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STROOP, GERALD S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   STROTHER, DONAL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STROTHER, ERMA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   STROTHER, ROBERT T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STROUD, ALFRED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069   STROUD, BILLY B, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068   STROUD, BILLY B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STROUD, BILLY B, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   STROUD, BILLY, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068   STROUD, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STROUD, GEORGE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   STROUD, HUBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   STROUD, HUBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   STROUD, HURSHELL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STROUD, JR, JULIAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STROUD, MARVIS Z, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   STROUD, MARVIS Z, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   STROUD, MARVIS Z, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   STROUD, MILDRED, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   STROUD, MILDRED, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   STROUD, MORRIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   STROUD, MORRIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STROUD, MURTIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   STROUD, MURTIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   STROUD, ROBERT H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   STROUGHTER, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   STROUGHTER, CHARLES E, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   STROUGHTER, JOHNNY H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   STROUP, JOSEPH L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   STROUPS, SR, LEONARD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   STROUPS, SR, LEONARD A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   STROUT, RAYMOND G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   STROWBRIDGE, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069   STROZ, FRANK, SILVERSMITH & FORCINA, L L C, 131 CONTINENTAL DRIVE, SUITE 108, NEWARK, DE, 19713

21068   STROZIER, CHARLES D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STROZIER, CHARLES D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STROZIER, GLEN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   STROZIER, RALPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STROZIER, SR, GEORGE M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   STROZIER, SR, GEORGE M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   STROZIER, WILLIAM L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   STROZIER, WILLIAM L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   STROZYKOWSKI, STANLEY J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STRUBE, CLARENCE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   STRUBE, CLARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STRUBINGER, ALBERT E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   STRUBLE, JIMMIE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   STRUBLE, RAYMOND, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069   STRUBLE, RAYMOND, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068   STRUBLE, RAYMOND, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   STRUCK, FRANK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   STRUENING, DONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   STRUFFOLINO, TIMOTHY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   STRUGGS, SR, JESSIE J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   STRUGGS, SR, JESSIE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  STRUGGS, SR, JESSIE J, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  STRUM, SHERWOOD E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  STRUNK, SIDNEY R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  STRUNK, STANFORD H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  STRUPE, MARION, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  STRUPE, MARION, JOHN J DUFFY & ASSOCIATES, 23823 LORAIN ROAD, SUITE 270, NORTH OLMSTED, OH, 44070

21068  STRUS, MICHAEL, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  STRUS, MICHAEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STRUTHERS, MERLIN, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  STRYKER, EDWARD J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  STRZALA, CLARENCE B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STRZELCZYK, GILBERT S, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  STRZELCZYK, GILBERT S, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  STTHOMAS, EDWARD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STUART, ALFRED, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  STUART, BRUNO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  STUART, EDWIN G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STUART, GEORGE A, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  STUART, JAMES L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  STUART, JAMES L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21069  STUART, JAMES, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069  STUART, JAMES, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068  STUART, JERRY D, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  STUART, JOHN R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STUART, JOHNNY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  STUART, JOHNNY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STUART, LADON, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  STUART, LAURA A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STUART, MICHAEL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  STUART, MICHAEL L, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068  STUART, R G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STUART, R G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STUART, SR, MICHAEL R, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

**Svc Lst  Name and Address of Served Party**

21068  STUART, THOMAS R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  STUART, TOM H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STUART, TOM H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STUART, VIRGIL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  STUART, VIRGIL, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  STUART, WILDA F, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069  STUBBART, DONALD P, WEHR BERGER, 326 WEST THIRD STREET, SUITE 900, DAVENPORT, IA, 52801

21068  STUBBEL, PAUL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STUBBLEFIELD, HILMAN, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  STUBBLEFIELD, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STUBBLEFIELD, ROBERT E, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  STUBBLEFIELD, STEVEN L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  STUBBLEFIELD, THOMAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STUBBLEFIELD, WILKER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  STUBBS, EDDIE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  STUBBS, FANNIE M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  STUBBS, FLOYD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  STUBBS, JR, WILLIAM J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  STUBBS, WILLARD J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STUBBS, WILLIAM A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STUBER, EDWARD C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  STUCK, PAUL E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  STUCK, PAUL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STUCK, PAUL E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  STUCKE, JOHN P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STUCKER, JOHN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STUCKER, JOHN A, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  STUCKEY, CAROL, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  STUCKEY, D H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  STUCKEY, EDWARD R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  STUCKEY, JAMES L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  STUCKEY, JAMES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  STUCKEY, JOE W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  STUCKEY, JOE W, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  STUCKEY, JR, JOHN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  STUCKEY, ROBERT P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068 STUCKMAN, JIMMY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068 STUDDARD, LELAND, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 STUDDARD, WILLIAM T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 STUDNICKI, DOLORES, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21069 STUEBCHEN, JACK R, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068 STUEMKE, JAY E, LAUZON, BERNARD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068 STUEMKE, JAY, OSBORNE, GEORGE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068 STUEMKE, JAY, POORE, RANDY, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068 STUEMKE, JAY, STERLING, JOHN, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068 STUEMKE, JAY, STEWART, ARTHUR, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21069 STUEMKE, JAY, TRISLER, RICHARD, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204-2472

21068 STUEMKE, JAY, VOLKMANN, WILLIAM, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068 STUEMKE, JAY, WINNER, LESLIE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068 STUEVER, LEO, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068 STUFANO, PASQUALE, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068 STUHMER, EDWIN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 STULA, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 STULA, GEORGE, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21069 STULL, ALFONSO, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068 STULL, HOMER F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 STULL, SR, WENDELL C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 STULTZ, WILLIAM M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068 STUMBAUGH, RICHARD, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068 STUMBAUGH, STEPHEN T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069 STUMBAUGH, STEPHEN T, HEIDMAN LAW FIRM, 701 PIERCE ST STE 200, SIOUX CITY, IA, 51102

21068 STUMKE, EDWIN C, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068 STUMKE, EDWIN C, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068 STUMP, DAVID J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 STUMP, MARK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 STUMP, SAM L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 STUMP, WEBSTER A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069 STUMP, WEBSTER A, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068 STUMPF, JOSEPH J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

Svc Lst  Name and Address of Served Party

21068  STUMPF, RUSSELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  STUMPFE, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  STUMPFF, DONALD L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  STUMPO, ERNEST M, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  STUPAK, JOSEPH C, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  STUPKA, ROBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069  STURDEVANT, ROBERT, KAESKEREEVES LLP, 6301 GASTON AVENUE, SUITE 735, DALLAS, TX, 75214

21068  STURDIFIN, HENRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  STURDIFIN, HENRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  STURDIVANT, DAVID L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  STURDIVANT, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  STURDIVANT, JO L, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  STURDIVANT, LAKE H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  STURDIVANT, LEONARD J, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  STURDIVANT, LISTON E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  STURGELL, JOSEPH, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  STURGELL, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STURGEON, BILL G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069  STURGEON, BILLY W, MICKEY BUCHANAN, 231 W COMMERCE ST, ASHDOWN, AR, 71822

21069  STURGEON, BILLY W, PATTON, TIDWELL & SCHROEDER, LLP, 4605 TEXAS BLVD, PO BOX 5398, TEXARKANA, TX, 75505-5398

21068  STURGEON, CHARLES G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  STURGEON, CHARLES G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STURGEON, DONALD A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  STURGEON, RONALD F, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068  STURGES, CAROL, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  STURGES, EDWIN P, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068  STURGES, JAMES, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  STURGILL, ERNEST D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  STURGILL, ERNEST D, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  STURGILL, VERNON L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR´S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  STURGIS, BETTY A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  STURGIS, BONNIE F, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 STURGIS, CARROLL H, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 STURGIS, IRA G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 STURKEN, JACK, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068 STURKEN, JACK, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068 STURM, FRED, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21069 STURM, JANET S, HOLLORAN & STEWART, PC, 1010 MARKET ST STE 1650, ST LOUIS, MO, 63101

21068 STUSKI, JOSEPH S, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068 STUTO, ANGELO, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068 STUTTS, JUANITA, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068 STUTTS, JUANITA, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068 STUTZMAN, LARRY J, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068 STUTZMAN, LARRY J, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068 STUTZMAN, ROMAN L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068 STYER, III, FRANK, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 STYFURAK, JOSEPH R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 STYLES, ESTLE, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068 STYLES, GUY F, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068 STYLES, HUBERT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 STYLES, RONNIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 STYRON, B W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 STYRON, B W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 STYRON, JR, SAMUEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 SUAREZ, ADRIAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 SUAREZ, ENRIQUE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 SUAREZ, JOSE, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068 SUAREZ, MARIO F, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068 SUAREZ, PAULINO A, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068 SUAREZ, PAULINO, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068 SUAREZ, PRIMITIVE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 SUAREZ, RUBEN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SUAZO, CHARLIE G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 SUBER, C E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SUBER, C E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

**Svc Lst  Name and Address of Served Party**

21068   SUBER, JOHN T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SUBIEL, GEORGE, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   SUBLETT, PHILLIP E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SUBOCK, MARION R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SUBOL, ANDREW, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SUCHKO, ROSEMARY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SUCHOMEL, RAYMOND, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21069   SUCKEY, JR, JOSEPH E, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21068   SUDAC, MIKE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SUDAC, MIKE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   SUDALTER, SAMUEL H, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SUDBERRY, RICKY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   SUDDETH, TROY E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SUDDETH, TROY E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SUDDUTH, MONTRESSOR, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SUDER, OGDEN L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SUDERS, HERBERT, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   SUDJIAN, JOHN D, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   SUDWEEKS, JACK E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SUEDERICK, ERNEST, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   SUEDERICK, ERNEST, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SUEHS, HOWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SUELL, ELROY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SUELL, MARY P, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   SUELL, MARY P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SUFFECOOL, HENRY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SUFFRON, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   SUFFY, GEORGE, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   SUFFY, GEORGE, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   SUFIAN, WILLARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SUFRICH, ALBERT E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SUFRICH, EDWARD R, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SUGGS, ALBERT L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068    SUGGS, ALBERT L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SUGGS, BENNY, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    SUGGS, DONALD F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21069    SUGGS, F  B, LAW OFFICE OF DALE HANKS, DALE HANKS, 1240 ORLEANS ST, BEAUMONT, TX, 77701

21068    SUGGS, ISOM A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SUGGS, JERRY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    SUGGS, JERRY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068    SUGGS, JOHN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SUGGS, LURLEAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SUGGS, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SUGGS, ROYAL J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    SUGGS, TOMMY A, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068    SUGGS, WARREN L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SUGGS, WARREN L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SUGGS, WILLIAM H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    SUGGS, YVONNE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    SUGGS, YVONNE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    SUHADOLINIK, PAUL C, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068    SUHAN JR., MICHAEL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SUHR, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069    SUIRE, JOHN, BAILEY TRUSTY & COOK, PO BOX 151, BATESVILLE, MS, 38606

21068    SUIT, FLOYD E, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    SUIT, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    SUITER, DANNY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SUITER, JERRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SUITER, MARVIN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069    SUITER, PAULINE T, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068    SUITER, PAULINE T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SUITER, PAULINE T, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21069    SUITER, WARD P, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068    SUITER, WARD P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    SUITER, WARD P, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068    SUITOR, JOHN D, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

**Svc Lst  Name and Address of Served Party**

21068   SUITOR, RICHARD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SUITT, JAMES C, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   SUITY, DANIEL T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SUK, THOMAS J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SUKALEC, GEORGE M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SUKANICK, JOHN, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   SUKEENA, RICHARD L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SUKOW, GEORGE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SUKRAW, DARRELL D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SUKRAW, DARRELL D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SULAK, JOE D, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   SULECKI, DENNIS B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SULECKI, DENNIS B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SULGROVE, ROY T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SULICK, JOHN E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   SULLENDER, ROHLIN E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SULLIES, JAMES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SULLINS, GLENN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SULLINS, RALPH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SULLINS, RALPH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SULLIVAN, ALFRED, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068   SULLIVAN, B C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   SULLIVAN, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SULLIVAN, BILLY J, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SULLIVAN, BUDDY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SULLIVAN, CARL D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SULLIVAN, CARL D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SULLIVAN, CARL N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SULLIVAN, CECIL H, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   SULLIVAN, CHARLES J, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   SULLIVAN, CHARLES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SULLIVAN, CHARLES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SULLIVAN, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SULLIVAN, CHARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SULLIVAN, CHRISTINE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

Svc Lst   Name and Address of Served Party

---

21068   SULLIVAN, CHRISTINE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SULLIVAN, COLUMBUS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SULLIVAN, DANNY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SULLIVAN, DANNY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SULLIVAN, DAVID F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SULLIVAN, DENNIS M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SULLIVAN, DONALD, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SULLIVAN, DONNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SULLIVAN, DORMAN C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SULLIVAN, ERNESTINE S, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   SULLIVAN, EUGENE A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SULLIVAN, EUGENE J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SULLIVAN, EUNICE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SULLIVAN, F J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SULLIVAN, FAYE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SULLIVAN, FLOYD, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SULLIVAN, FLOYD, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SULLIVAN, FRANK, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SULLIVAN, FRANK, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SULLIVAN, GARY L, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   SULLIVAN, HAL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SULLIVAN, HAROLD B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SULLIVAN, HELEN A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SULLIVAN, HELEN A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SULLIVAN, HOWARD D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SULLIVAN, HOWARD D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SULLIVAN, HUBERT, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SULLIVAN, HUBERT, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SULLIVAN, III, WILLIAM M, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   SULLIVAN, J L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SULLIVAN, J L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SULLIVAN, JAMES A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SULLIVAN, JAMES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SULLIVAN, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SULLIVAN, JAMES E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SULLIVAN, JAMES L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SULLIVAN, JAMES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SULLIVAN, JERRY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   SULLIVAN, JIMMIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SULLIVAN, JIMMIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SULLIVAN, JIMMIE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   SULLIVAN, JOE R, 5215 E MOUNTAIN RD, LONGVIEW, TX, 75604

21068   SULLIVAN, JOHN F, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   SULLIVAN, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SULLIVAN, JOHN L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SULLIVAN, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SULLIVAN, JOHN W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SULLIVAN, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SULLIVAN, JOHN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SULLIVAN, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SULLIVAN, JR, ALFRED G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SULLIVAN, JR, GUINN B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SULLIVAN, JR, R C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SULLIVAN, JUANITA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SULLIVAN, JUANITA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SULLIVAN, JUANITA, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   SULLIVAN, KENNETH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SULLIVAN, KENNETH R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   SULLIVAN, LARRY D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SULLIVAN, LAURA L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SULLIVAN, LAWRENCE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SULLIVAN, LEMON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SULLIVAN, LEMON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SULLIVAN, LEON, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   SULLIVAN, LEWIS H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SULLIVAN, LEWIS H, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   SULLIVAN, LINDA, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SULLIVAN, LINDA, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SULLIVAN, MARVIN R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SULLIVAN, MARVIN R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SULLIVAN, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    SULLIVAN, MICHAEL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    SULLIVAN, MICHAEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    SULLIVAN, MORRIS R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    SULLIVAN, PATRICK D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SULLIVAN, PATRICK, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    SULLIVAN, PAUL E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    SULLIVAN, RAYMOND P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    SULLIVAN, RAYMOND P, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068    SULLIVAN, RICHARD A, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068    SULLIVAN, ROBERT I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SULLIVAN, ROGER D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    SULLIVAN, RONALD G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    SULLIVAN, ROY W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    SULLIVAN, RUBY, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SULLIVAN, RUBY, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SULLIVAN, RUBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    SULLIVAN, SR, ALONZO J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    SULLIVAN, SR, ALONZO J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    SULLIVAN, SR, EMMETT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    SULLIVAN, SR, LEROY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    SULLIVAN, SR, W B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    SULLIVAN, SR, W B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    SULLIVAN, STEPHEN J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    SULLIVAN, TEFFORD, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068    SULLIVAN, THOMAS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    SULLIVAN, TILTON E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    SULLIVAN, TILTON E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    SULLIVAN, TIMOTHY, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    SULLIVAN, TOM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    SULLIVAN, VICTOR D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    SULLIVAN, VICTOR D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    SULLIVAN, WENDELL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    SULLIVAN, WILLIAM 5, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    SULLIVAN, WILLIAM 5, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    SULLIVAN, WILLIAM A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  Name and Address of Served Party

21068  SULLIVAN, WILLIAM A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SULLIVAN, WILLIAM E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SULLIVAN, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  SULLIVAN, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SULLIVAN, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SULLIVAN, WILLIAMLEDFORD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SULLIVENT, JOHN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SULLIVENT, JOHN R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  SULLLIVAN, H E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SULPIZIO, ALBERT D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SULSAR, HOWARD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SULSAR, HOWARD E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  SULTON, RUFUS L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SULZBACH, RICHARD G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  SUMBRY, EARNEST L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SUMBRY, EARNEST L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SUMERACKI, ARTHUR W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SUMERALL, JERRY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SUMERLIN, JOHN G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  SUMLER, ALTON E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SUMLIN, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SUMMER, BETTY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SUMMER, JIMMY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SUMMER, MURRAY, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SUMMERALL, PERCY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SUMMERALL, TRAVIS I, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SUMMERFIELD, JESSE L, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  SUMMERFIELD, JUNIOR M, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  SUMMERFIELD, ORA O, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SUMMERFORD, FRANK A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SUMMERLIN, C D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  SUMMERLIN, DONALD E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SUMMERLIN, FRANCIS C, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  SUMMERLIN, JEWEL A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SUMMERLIN, JEWEL A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SUMMERLIN, LOUIE V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  SUMMERLIN, MARY A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  SUMMERLIN, OSCAR H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SUMMERLIN, ROGER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SUMMERS, ARVLE, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | SUMMERS, BENNY L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | SUMMERS, CHARLES A, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | SUMMERS, CHARLES D, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | SUMMERS, CHARLES D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SUMMERS, CHARLES D, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | SUMMERS, CHARLES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | SUMMERS, CHESTER A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SUMMERS, CHESTER L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | SUMMERS, CLAUDE G, LAW OFFICES OF PETER G ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | SUMMERS, DAVID, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | SUMMERS, ERNEST K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SUMMERS, HERLEY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | SUMMERS, HERLEY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | SUMMERS, HERLEY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SUMMERS, JOHN H, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | SUMMERS, JOHN L, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778 |
| 21068 | SUMMERS, JOHN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SUMMERS, JR, R L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | SUMMERS, JR, RAY, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452 |
| 21068 | SUMMERS, LESTER C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SUMMERS, LESTER C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SUMMERS, LEWIS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SUMMERS, LLOYD R, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | SUMMERS, LLOYD R, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222 |
| 21068 | SUMMERS, MALLORY N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | SUMMERS, MARTHA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21069 | SUMMERS, MERRILL J, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006 |
| 21068 | SUMMERS, MERRILL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | SUMMERS, NETTIE, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | SUMMERS, OSBORNE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SUMMERS, RAY B, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SUMMERS, RAYMOND G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | SUMMERS, RICHARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | SUMMERS, ROBERT L, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | SUMMERS, RONALD, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SUMMERS, SR, TERRY L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SUMMERS, TED J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SUMMERSGILL, STEPHEN D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SUMMERVILLE, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SUMMERVILLE, MOSES, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   SUMMERVILLE, MOSES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SUMMEY, CLYDE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SUMMITT, BILLY R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SUMMITT, BILLY R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SUMMITT, BILLY R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   SUMNER, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SUMNER, JOHN W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SUMNER, JOHN W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SUMNER, JR, RONALD P, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SUMNER, PHILLIP W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SUMNER, PHILLIP W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SUMNER, ZEB, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SUMNERS, WILLIAM L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SUMPTER, EDDIE R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SUMPTER, JOHN C, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   SUMPTER, JOHN C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SUMPTER, JOHN C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SUMPTER, JOHN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SUMPTER, MARY, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   SUMRALL, ALLAN W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   SUMRALL, ALLAN W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SUMRALL, B L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SUMRALL, BOBBY H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SUMRALL, CHARLES E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SUMRALL, CHARLES E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SUMRALL, CHARLES E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SUMRALL, CHARLES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SUMRALL, CLEO, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SUMRALL, DAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Svc Lst  Name and Address of Served Party**

21068   SUMRALL, DAN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   SUMRALL, DONNA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   SUMRALL, ENOCH B, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SUMRALL, ERMA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SUMRALL, ERMA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   SUMRALL, FREDRICK E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SUMRALL, GLENN L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SUMRALL, GLENN L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SUMRALL, GRADY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SUMRALL, GRADY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SUMRALL, HARMON, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SUMRALL, HAROLD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SUMRALL, HILLARY S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SUMRALL, HOUSTON, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   SUMRALL, HOUSTON, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   SUMRALL, HOUSTON, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SUMRALL, JAMES R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SUMRALL, JAMES W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SUMRALL, JAMES W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SUMRALL, JERRY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SUMRALL, JERRY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SUMRALL, JERRY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   SUMRALL, JERRY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   SUMRALL, JOHN, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   SUMRALL, JR, BRUCE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SUMRALL, JR, BRUCE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SUMRALL, JR, FRANK A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SUMRALL, JUANITA S, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   SUMRALL, LARRY G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SUMRALL, LARRY G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SUMRALL, LESLIE L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   SUMRALL, MARTHA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   SUMRALL, ODIE F, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   SUMRALL, PAUL G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SUMRALL, PAUL G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SUMRALL, PAUL L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201