**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SUMRALL, RONALD E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  SUMRALL, RONALD E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  SUMRALL, RONALD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  SUMRALL, ROSA A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SUMRALL, ROSA A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SUMRALL, THOMAS L, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068  SUMRALL, WILLIAM G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SUMRALL, WILLIE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  SUMRALL, WILLIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  SUMSKI, EDMUND L, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SUMSKI, FRANCES C, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  SUMSKI, FRANCES C, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  SUND, DAVID, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  SUNDAY, BOBBY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  SUNDAY, KEITH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  SUNDAY, WILBUR, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SUNDAY, WILBUR, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SUNDAY, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SUNDBERG, ARNOLD A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SUNDBERG, LAWRENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SUNDEM, ARNE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SUNDEM, ARNE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SUNDERHAUS, FRANCIS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SUNDERMAN, LEWIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  SUNDSTROM, ELMER T, MICHAEL B SERLING, P C, 280 N WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009

21068  SUPKO, PAUL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SUPKO, PAUL R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SUPPA, JR, RAYMOND F, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  SUPPLE, PAUL, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  SURAFKA, JOSEPH J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SURANOFSKY, MILTON S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SURCHORSKI, EDWIN S, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SURGENOR, HERMAN R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SURICK, JOHN J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SURLES, ENOCH T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst   Name and Address of Served Party

21068   SURLES, ENOCH T, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   SURMA, CHARLES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SURMAN, LOUIS, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SUROVEC, EMIL J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SURRARRER, RAY K, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SURRATT, J W, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   SURRATT, JOHN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SURRATT, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SURRATT, JOHN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   SURRENCY, HARLEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SURRETT, CLIFFORD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SURRITT, WILLIAM F, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   SURY, FRANCIS P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   SURY, FRANCIS P, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068   SUSCO, EUGENE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SUSEL, STEPHEN F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SUSINKA, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SUSSMAN, ROBERT, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SUT, JOHN, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   SUT, JOHN, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   SUTCLIFFE, LEE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21069   SUTEMYER, EDWARD, RUBENSTEIN, 48 MERITORIA DRIVE, EAST WILLISTON, NY, 11596-2005

21068   SUTHARD, DONALD R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SUTHER, JACK W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SUTHERLAND, BENNY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SUTHERLAND, LARRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SUTHERLAND, LARRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SUTHERLAND, MICHAEL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SUTHERLAND, RAY T, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SUTHERLAND, RICHARD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SUTHERLAND, THOMAS L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SUTHERLIN, SR, WILLIAM E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   SUTKOWSKI, RAYMOND, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   SUTLIVE, GARY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   SUTOR, RONALD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SUTPHIN, ROBERT B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

Svc Lst  **Name and Address of Served Party**

21068    SUTTER, ALVIN A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SUTTER, CHARLES, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    SUTTER, JOHN E, ADAMS, ADRAIN D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ADAMS, CECIL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ADAMS, JAMES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ADKINS, OKEY Z, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ALIFF, ELBA, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, AMICK, WAYNE W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, AMOS, LAWRENCE K, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ANDERSON, WARREN, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ANGELUCCI, NITA, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ARNETT, EVERETT E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ARNETT, LOWELL G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ARNOLD, ROBERT L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ASBURY, JAMES W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ASH, DONALD R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, ASHLEY, SIDNEY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BAILEY, HOWARD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BALL, LESTER G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BALL, PAUL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BALLEYDIER, DONALD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BANDY, KENNETH G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BARBOUR, RICHARD K, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BARKER, TEDDY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BARNHART, JAMES O, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069    SUTTER, JOHN E, BARTELL, KENNETH, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21069    SUTTER, JOHN E, BATTICS, PATRICIA G, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068    SUTTER, JOHN E, BAXTER, STEVEN G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BECKETT, JUDY M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, BELCHER, RONALD R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SUTTER, JOHN E, BENNET JR, JESS, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BINION, RAY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BLANKENSHIP, CURTIS E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BLOEBAUM, BENJAMIN J, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BLOOMFIELD, MEREDITH D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BOGGESS, RUDY P, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BONIEY JR, SAMUEL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BOSLEY JR, OSIE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BOSTON, L E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BOYD JR, CHARLES E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BRITTON, JOHN M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BROWN, CLARENCE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BROWN, JERRY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BURDETTE, DONALD V, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, BURDETTE, LEO E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, BURNEY, EDWARD J, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, BURNS, ARLEY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CAHAL, GARY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CALDWELL, DONALD R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CAMERON, JOSEPH D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CANTERBURY, CLIFFORD W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CARPENTER, RAYMOND R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CARTER, JEFFREY A, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CASTO, CHARLES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CHAFFIN, ARNOLD E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CHAPMAN, LEROY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, CHINN, VERNON L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, COLE, NORMAN, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, COLLINS, CARSON, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, COLVIN, DONALD T, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | SUTTER, JOHN E, COPEN, LARRY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, CORNETTE, BERNARD F, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, COX, GARY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, CRAWFORD, VIRGIL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, CREMEANS, DONALD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, CROUSER, WILLIAM, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, CROWDER, RALPH, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, CRUMP, RUSSELL E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DALTON, LONNIE E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DAUGHERTY, FRENCH B, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DAUGHERTY, JERRY B, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DAVIS, JAMES P, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DAVIS, LAWRENCE R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DAVIS, PAUL R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DAWSON, DANIEL E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DERIFIELD, DALLAS, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21069 | SUTTER, JOHN E, DESHLER, HERMAN A, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314 |
| 21068 | SUTTER, JOHN E, DOBBINS, ALBERT G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DOSS, JAMES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DUFORE, HAROLD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, DYE, BETTES K, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, EASTHAM, BASIL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, EATON, KENNETH N, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21069 | SUTTER, JOHN E, ELARDO, JAMES A, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314 |
| 21068 | SUTTER, JOHN E, ELLIS, GALE B, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, ELLIS, PAUL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, ELSWICK, CLARENCE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, ERLEWINE, CASPER, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, ESTES, JOHN C, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, EVANS, JOHN, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   SUTTER, JOHN E, EVANS, MILLARD V, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FAHEY, JOHN D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FANNIN, PAUL D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FARMER, LYLE G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FELTY, ROBERT E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FINCHAM, DOYLE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FISHER, LARRY J, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FLEMING, PHILLIP, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FLINT, JR, CHARLES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FORBUSH, CHARLES E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FORTNER, GARRETT E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FOX, CHARLES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FRASHER, ROBERT F, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FRAZEE, DONALD E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FREEMAN, FRANK H, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, FULKS, LELAND, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, GATEWOOD, ARLETTE, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, GIBSON, DONALD R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, GOOD, CLINTON W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, GREENE, VIRGIL M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, GREINER, CHARLES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, GRIFFITH, ROGER W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, GRIMM, BARRY K, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, GUE, HURSTON, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, GUMBERT, WALTER B, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, HAINES, ROGER A, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, HALE, JAMES E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, HALL, JACKIE L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, HALL, ROGER L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, HAMILTON, CLYDE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

Svc Lst  Name and Address of Served Party

---

21068  SUTTER, JOHN E, HAMMOND, CHARLES G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HAMPTON JR, WOODROW, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HARRIS, RICHARD E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HARTMAN, ELMER, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HAUGHT, WILBUR D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HEABERLIN, DAVID O, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HEDRICK, HARRY L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HERN, HELEN M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HICKS, HENRY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HICKS, MAVIN E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HILL, WILLIAM C, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HILLARD, JACK, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HITE, JAKIE P, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HOLBERT, SHELBY M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HOLLEY, JULIAN R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HOLSTON, GEORGE G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HORN, JOHN K, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HOWARD, CLEVELAND C, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HOWARD, CRAIG, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HUFFMAN, WILLIAM E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HUMPHREY, MARK E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HUNT, BILL F, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, HUNT, HERBERT R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, JARVIS, IRA L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, JENKINS, GARY W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, JENKINS, JR, CLEVELAND, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, JENKINS, PAUL D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, JETT, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, JOHNSON, BILLY R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, JOHNSON, ROGER, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

**Svc Lst  Name and Address of Served Party**

21068    SUTTER, JOHN E, JONES, DANA D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, JONES, THOMAS W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21069    SUTTER, JOHN E, KAPELAN, HAROLD N, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR,
KNOXVILLE, TN, 37919-7314

21068    SUTTER, JOHN E, KAY, DONALD R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, KEARNS, RONNIE L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, KEEFER, WARREN, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, KELLY, WILFORD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, KILGORE, MAX, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, KINCAID, RAY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, KINGERY, REX, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, KITCHEN, CHARLES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, KNICELEY, GERALD L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21069    SUTTER, JOHN E, KOSS, RICHARD L, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR,
KNOXVILLE, TN, 37919-7314

21068    SUTTER, JOHN E, LAMBERT, JAMES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21069    SUTTER, JOHN E, LARSON, HAROLD J, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR,
KNOXVILLE, TN, 37919-7314

21068    SUTTER, JOHN E, LAUHON, HENRY L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, LAWRENCE, CHARLES R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, LAWRENTZ, RICHARD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, LAYNER, WILLIAM R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21069    SUTTER, JOHN E, LEE, GERALD, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR,
KNOXVILLE, TN, 37919-7314

21068    SUTTER, JOHN E, LEGG, CARL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, LEIBEE, JAMES R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, LEMASTER, EMIL E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, LIFE, JOHN H, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, LIFE, PATRICIA, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, LLOYD, LARRY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, LONG, DOUG, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON,
WV, 25311-2413

21068    SUTTER, JOHN E, LONGSHORE JR, SAMUEL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21068    SUTTER, JOHN E, LUCAS JR, CHARLES T, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E,
CHARLESTON, WV, 25311-2413

21069    SUTTER, JOHN E, LUITHLE, LLOY, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR,
KNOXVILLE, TN, 37919-7314

Svc Lst   Name and Address of Served Party

---

21068   SUTTER, JOHN E, LUSK JR, TOLLISON, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, MANIGAULT, KENNETH W, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, MARKEL, CHARLES L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MARKS, DONALD E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, MARTIN, EMIL J, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, MASON, EMMANUEL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MATHENY, GARY L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MATHEWS, CARL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MAYNARD, DONALD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MCCOY, JR, MARTIN, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, MCGAHA, J C, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, MCGUIRE, JAMES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MCKINNEY, OWEN C, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, MCLAREN, JOSEPHINE D, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, MCNURLIN JR, HARRY M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MCPEEK, TED R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MEADOR, FOY M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MEADOWS, DONALD E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MEEKS, RAYMOND E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MENSHOUSE, ADMIRAL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MENSHOUSE, AVRIL C, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MEYERS, PAUL S, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, MICHAELS, JADY, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, MILLER, FREDRICK, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, MITCHELL, VICKIE, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, MONTGOMERY, ROBERT L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MOORE, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MOORE, WILLIAM H, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MORRIS, CLIFFORD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, MOUNT, SR, ANTHONY E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | SUTTER, JOHN E, MUCK, JR, HARRY A, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, MULLINS, JAMES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, MURRAY, RONNIE D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, NAPIER, ALVIE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, NAYLOR, WOODROW, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, NEWHOUSE, HARLEY E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, NICHOLS, DONALD E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, NICHOLS, TOM, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21069 | SUTTER, JOHN E, NOLA, AUGUSTINE, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314 |
| 21068 | SUTTER, JOHN E, NUTTER, EDDIE D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, NUTTER, ROLAND R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, OLIVER, JAMES M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, OSBURN, JOSEPH G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PATTERSON, WILLIAM J, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PAULEY, ORVILLE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PAYNE, GREGORY K, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PAYTON, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PENNINGTON, ROGER, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PERRY, LARRY H, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PETTIT, ORAL E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PINCHIN SR, LEO, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PLUMMER, RONALD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, POPLIN, DAVID, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PORTER, GARY L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PREECE, GARY J, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PRESTON, FREDDY E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, PRICE, GEORGE W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, RAINES, EVERETT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, REDDEN, BONNY J, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, RHODES, DWIGHT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068  SUTTER, JOHN E, RIDDLE, THEODUR, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, RIGGLE, JR, CARL H, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, RIGGLE, PAUL E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, ROBERTS, JR, NORMAN, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, ROBINETTE, HOWARD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, ROGERS, JAMES A, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, ROSS, EDDIE L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, ROTHGEB, NATHAN R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, RUCKER, DENVER, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, RUCKER, RAYMOND, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, RUCKER, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, RULEN, JON D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SALLEY, ALFORD L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SAMONS, JR, ROLAND J, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SAMS, WILLIAM R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SAYRE, RALPH E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SCHOONOVER, ROSS J, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SCHRECKENGOST, CHARLES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SCOTT, GEORGE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SEIBERT, DAVID A, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SEXTON, EARL L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SHAMBLIN, VIRGIL L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SHY, DELBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SIMMONS, DAVID, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SIX, JAMES M, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SLAUGHTER, CLAUDE, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SMITH, CARL H, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SMITH, DONALD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SMITH, PATSY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  SUTTER, JOHN E, SMITH, RANDY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | SUTTER, JOHN E, SMITH, RICHARD C, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SMITH, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SMITH, ROGER, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SMITH, RONALD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SMOOT, LULA, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SNIDER, ROBERT W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SNYDER, CLIFFORD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SPARKS, FALDO, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SPEAR, DAVID, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SPENCE, RUSSELL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SPINDLER, RICHARD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SPRADLIN, DAVID R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, STEVENS, CHESTER D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, STEWART, ROGER L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, STIDHAM, EARL L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, STRASSBURG, ROBERT F, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21069 | SUTTER, JOHN E, STROZIER, WILLIAM L, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314 |
| 21068 | SUTTER, JOHN E, STURM, CECIL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SUTTLES, BENNY, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, SUTTON, SHIRL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, TAYLOR, BERNARD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, TAYLOR, CHARLES, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, TAYLOR, FLOYD W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, TAYLOR, RALPH L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, THORN, RICHARD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, TUTTLE, JOSEPH, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21069 | SUTTER, JOHN E, TYMA, JOANN, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314 |
| 21069 | SUTTER, JOHN E, TYRRELL, WALTER, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314 |
| 21068 | SUTTER, JOHN E, VANCLIEF, CHARLES R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | SUTTER, JOHN E, VARNER, LOREN L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   SUTTER, JOHN E, VERDULLA, ELICK, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WAGNER, RONALD H, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WALKER, CLIFFORD N, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WALTERS, RALPH T, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WATTS, HAL R, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WAUGH, KENNETH B, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WAYNE, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WEBB, JOHN W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WEBSTER, CHARLES C, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WEST, MILLARD T, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WEST, RONALD L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WESTFALL, EDWARD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WHITE, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WILKINSON, ROBERT, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21069   SUTTER, JOHN E, WILLIAMS, OSCAR, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21069   SUTTER, JOHN E, WILSON, DANIEL H, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314

21068   SUTTER, JOHN E, WIMBERLEY, FLOYD W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WISE, WAYNE W, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WISEMAN, DONALD, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WOODRUM, LARRY E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WOODS, GARY L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WOOLLARD, CHESTER L, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WORKMAN, SAMUEL, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WRIGHT, GARY D, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, WYANT, DALE E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, YOHO, WILLIAM G, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, JOHN E, YOST, ARTHUR, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   SUTTER, ROBERT, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   SUTTLE, EDWARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SUTTLE, EDWARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SUTTLE, RAYMOND, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

Svc Lst  Name and Address of Served Party

---

21068  SUTTLES, BENNY, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  SUTTLES, THERWAH G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SUTTON, AIRLETHIA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SUTTON, ALBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SUTTON, ALBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SUTTON, AMOS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SUTTON, AMOS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SUTTON, ARTHUR H, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068  SUTTON, BARBARA, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068  SUTTON, BILLY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SUTTON, CHESTER A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SUTTON, DALE G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SUTTON, DAVID H, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SUTTON, DAVID H, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SUTTON, DAVID, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SUTTON, DAVID, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  SUTTON, DELORES G, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SUTTON, DENNIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SUTTON, DENNIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SUTTON, DESSIE R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SUTTON, DONALD S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SUTTON, DONALD S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21069  SUTTON, DONALD W, COLDREN & FRANTZ, PO BOX 1013, PORTLAND, IN, 47371

21068  SUTTON, EDWIN P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  SUTTON, GARY L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SUTTON, GARY, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SUTTON, GWENDOLYN, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  SUTTON, GWENDOLYN, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  SUTTON, JACK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SUTTON, JAMES H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SUTTON, JAMES L, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  SUTTON, JAMES W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  SUTTON, JAMES W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SUTTON, JEFFREY T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SUTTON, JIMMY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  SUTTON, JOHN A, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  SUTTON, JOHN E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SUTTON, JOHN F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | SUTTON, JOHN F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SUTTON, JR, FREDERICK, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | SUTTON, JR, LAWRENCE, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | SUTTON, L A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SUTTON, L A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SUTTON, LELDON M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | SUTTON, LEROY E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | SUTTON, LESTER, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | SUTTON, MELBA L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | SUTTON, MELBA L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | SUTTON, PERCY J, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | SUTTON, PERCY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SUTTON, PERCY J, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | SUTTON, RALPH E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | SUTTON, RAYMOND E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR´S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | SUTTON, REGINALD M, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | SUTTON, ROBERT E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | SUTTON, SHIRL, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | SUTTON, SUZANNE T, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | SUTTON, TOMMIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | SUTTON, TOMMIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | SUTTON, WALTER C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | SUTTON, WESTLEY R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | SUTTON, WILLIE D, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | SUVER, JAMES A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | SVAGERA, JOSEPH R, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | SVATOPOLSKY, ALBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SVEJKOSKY, KENNETH, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027 |
| 21068 | SVENSON, WERNER F, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | SVETLIK, WILLIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | SVOBODA, HARRY, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | SVOBODA, HARRY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | SVOBODA, JAMES C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | SVOBODA, JAMES C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | SVOBODA, JOSEPH F, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | SVOBODA, JOSEPH F, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |

Svc Lst   Name and Address of Served Party

21068   SWACKHAMMER, ROBERT E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SWAFFORD, ALFRED S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SWAFFORD, ALFRED S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWAFFORD, BOBBY J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   SWAFFORD, DORSEY A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SWAFFORD, EDWARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SWAFFORD, EDWARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWAFFORD, JIMMY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SWAFFORD, JIMMY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWAFFORD, MARGARET L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAFFORD, MARGARET L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAFFORD, STEVE, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   SWAGERT, FRANCIS M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SWAGERT, FRANCIS M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SWAILS, ROSA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAILS, ROSA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAILS, WILLIAM G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SWAILS, WILLIAM G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SWAIM, ROBERT D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   SWAIN, ALICE P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SWAIN, BETTY S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, BETTY S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, BOBBIE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, BOBBIE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, DORIS M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, DORIS M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, DOROTHY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, DOROTHY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, ELWOOD L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SWAIN, JR, BENJAMIN F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SWAIN, JR, JOHNNY H, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   SWAIN, JUANITA W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, JUANITA W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, KINDNESS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, KINDNESS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, MCCERRY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, MCCERRY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, NELLIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWAIN, NELLIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWAIN, ROBERT S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  SWAIN, ROBERT S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWAIN, ROBERTA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SWAIN, ROBERTA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWAIN, TISHA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SWAIN, TISHA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWAIN, WALLACE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SWAIN, WALLACE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWAIN, WILLIAM W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  SWAIN, WILLIAM W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  SWAIN, WILLIE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SWAIN, WILLIE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWALLEY, WILLIAM C, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  SWALLOP, JAMES V, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  SWALLOP, JAMES V, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  SWALLOW, HERMAN, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068  SWALLOW, ROBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  SWALLOW, THOMAS J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SWAN, JIM C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SWAN, JR, EARL H, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  SWAN, JR, EARL H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SWAN, LEROY H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SWAN, PHILLIP D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SWAN, PHILLIP D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWAN, ROGER L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SWANBERG, CHESTER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SWANBERG, CHESTER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SWANCEY, ESSIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SWANCIGER, RALPH C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SWANDA, JOSEPH A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SWANDA, JOSEPH A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SWANEY, LAWRENCE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  SWANEY, MACK H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  SWANEY, ROBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SWANGO, STEVEN A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  SWANK, LESTER, WHYLAND & RICHMOND, LLP, 3300 VICKERY ROAD, NORTH SYRACUSE, NY, 13212

21068  SWANKLER SR., JAMES W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SWANKLER, THOMAS M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  SWANN, FRED W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

Svc Lst  **Name and Address of Served Party**

21068   SWANN, FRED W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWANN, JAMES F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SWANN, JOHN R, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   SWANN, MARIA T, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SWANN, SAMUEL G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SWANNER, CHARLES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SWANNER, EDGAR F, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   SWANNER, JERRY W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SWANNER, RUSSELL A, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   SWANNER, RUSSELL A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWANNER, RUSSELL A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069   SWANSEN, LAVERN, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902

21068   SWANSON, ARNOLD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWANSON, CALVIN, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   SWANSON, CARL D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   SWANSON, CARL F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SWANSON, EARL G, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068   SWANSON, FRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWANSON, FREDRICK S, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   SWANSON, HARRY J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SWANSON, HARVEY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   SWANSON, HERBERT M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SWANSON, JAMES A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SWANSON, MELVIN, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   SWANSON, ROGER L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SWANSON, SHIRLEY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SWANSON, SHIRLEY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SWANSON, SR, CARL D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   SWANSON, SR, TIMOTHY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SWANSON, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SWANZY, JOE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   SWARENS, LARRY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   SWARINGEN, DONALD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   SWARINGER, JR, JAMES P, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   SWART, SYBRAND, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   SWARTHOUT, HARLOWE D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   SWARTZ SR., FRANK S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SWARTZ, GEORGE W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   SWARTZ, PATRICIA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SWARTZ, ROBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   SWARTZ, SR, DONALD E, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068   SWARTZFAGER, JON A, ALLRED, WILLIAM, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, BARNETT, DOCTOR F, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, BEAN, WILLIE F, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, BEASLEY, EARL, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, BLACKBURN, CAREY, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, BROWNLEE, AUSTIN, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, BUCKLEY, THOMAS, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, COLEMAN, CLARENCE, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, CRAFT, KERNEY, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, CROSBY, EDWARD, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, DAUGHTRY, GLENN D, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, DYESS, HAROLD L, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, EVANS, CHARLIE, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, FLOYD, JR, WILLARD D, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, FLYNT, JESSE, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, FORD, JAMES R, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, GAVIN, LAWRENCE C, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, GRAVES, CHESTER, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, HALES, CECIL, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, HANKINS, JEAN, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, HARVEY, MATTHEW, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, HOLIFIELD, CHARLES, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, HOLLINGSWORTH, DALE C, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, HOWZE, SR, JERRY J, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068   SWARTZFAGER, JON A, INGRAM, HAROLD, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    SWARTZFAGER, JON A, IVEY, JAMES W, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, JOHNSON, ROBERT, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, JONES, CHARLES, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, JONES, JAMES B, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, JONES, JAMES E, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, JONES, JR, A, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, JONES, VERNON J, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, KING, MELVIN W, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, KITCHENS, JAMES D, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, LANG, JOE, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, LEGGETT, DONALD, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, LIVINGSTON, RAYMOND L, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, LOFTON, GRADY, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, LOFTON, OTHA, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, LOTT, GRAYSON, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, MAGEE, WILLIE, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, MCKINNON, HERMAN, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, MOFFETT, ROLLIE E, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, NIX, WILLIE, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, PARKER, LOUISE, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, PEARSON, LEWIS, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, PITTS, JOHN D, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, PRESLEY, GEORGE F, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, SANDERSON, JIM, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, SIMS, MINNIE L, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, SLADE, MARVIN, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, SMITH, FORREST L, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, STREET, JAMES, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, STREET, ROBERT, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068    SWARTZFAGER, JON A, TAYLOR, WILLIAM A, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

**Svc Lst  Name and Address of Served Party**

21068 SWARTZFAGER, JON A, TEMPLE, HAROLD L, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068 SWARTZFAGER, JON A, THIGPEN, JR, LESTER, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068 SWARTZFAGER, JON A, TURNER, WILLIE W, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068 SWARTZFAGER, JON A, WATSON, J T, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068 SWARTZFAGER, JON A, WINDHAM, JAMES B, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068 SWARTZFAGER, JON A, YELVERTON, JIMMY, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068 SWARTZFAGER, JON A, YOUNGBLOOD, TROY, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131

21068 SWASEY, GLENN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 SWAVELY, ROBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068 SWAYNE, KEITH, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 SWAYNE, KEITH, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 SWAYNE, SHANNON L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 SWEARENGIN, HOY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SWEARENGIN, HOY, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068 SWEARINGEN, CHARLES J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 SWEARINGEN, DAVID A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 SWEARINGEN, EDWARD B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 SWEARINGEN, ERIC V, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068 SWEARINGEN, ERIC V, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068 SWEARINGEN, FRANK, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068 SWEARINGEN, GARY A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 SWEARINGEN, GARY R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068 SWEARINGEN, JAMES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 SWEARINGEN, JIM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 SWEARINGEN, JR, JOHN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 SWEARINGEN, OTIS P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 SWEARINGEN, WESLEY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 SWEARINGEN, WESLEY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 SWEAT, CHARLES C, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068 SWEAT, HAROLD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 SWEAT, JERRY W, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068 SWEAT, JERRY W, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068 SWEAT, JR, MALCOLM, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068 SWEAT, LEONARD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

Svc Lst  Name and Address of Served Party

21068   SWEAT, WILLIAM C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SWEAT, WILLIAM C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWEATMAN, ALMA N, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   SWEATMAN, ALMA N, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   SWEATMAN, SR, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SWEATT, HOWELL B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SWEATT, JAMES H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600,
        PENSACOLA, FL, 32502

21068   SWEATT, JAMES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SWED, MARK A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SWED, MARK A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWEDICK, JOHN, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   SWEE, SR, FREDERICK R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   SWEEDEN, KENNETH, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA,
        MD, 21046

21068   SWEENEY, DENTON, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON,
        TX, 77017

21068   SWEENEY, DOUGLAS C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SWEENEY, EDWARD C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND,
        OH, 44113

21068   SWEENEY, EUGENE T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SWEENEY, EUGENE T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF
        TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWEENEY, FRANCIS J, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR,
        PITTSBURGH, PA, 15237

21068   SWEENEY, JAMES P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT
        PLEASANT, SC, 29465

21068   SWEENEY, JAMES P, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH,
        44113

21068   SWEENEY, JOHN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE,
        RIVERDALE, NY, 10463

21068   SWEENEY, JOHN, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   SWEENEY, MARY O, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE
        STREET, SUITE C, LAUREL, MS, 39440

21068   SWEENEY, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700,
        BALTIMORE, MD, 21201-3101

21068   SWEENEY, RONALD G, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N
        CHARLES ST, BALTIMORE, MD, 21201-3804

21069   SWEENEY, SHEEHAN & SPENCER, 1515 MARKET ST 19TH FL, PHILADELPHIA, PA, 19102

21068   SWEENEY, THOMAS F, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442
        MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   SWEENEY, THOMAS J, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   SWEENEY, THOMAS J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510,
        AUSTIN, TX, 78701-2479

21068   SWEENEY, THOMAS, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200,
        BETHLEHEM, PA, 18018-5721

21069   SWEENEY, WALTER, DEUTSCH ATKINS, ANDREW MOSKOWITZ, COURT PLAZA N 25 MAIN ST,
        HACKENSACK, NJ, 07601

21068   SWEENEY, WILLIAM, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY,
        10022-7651

21068   SWEESY, RICHARD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD
        STE 1000, CLEVELAND, OH, 44115-1711

21068   SWEET, BILLY S, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR,
        KNOXVILLE, TN, 37919-3399

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   SWEET, CLYDE N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   SWEET, KENNETH D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SWEET, LILLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   SWEET, REGINALD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   SWEETING, ARTHUR R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   SWEETING, ARTHUR R, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   SWEETMAN, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SWEETMAN, JOHN E, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   SWEETMAN, RONALD R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SWEEZY, IRENE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   SWEEZY, IRENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWEEZY, ISABELL L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWEGEL, JOHN C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   SWEIGARD, SR., CHARLES B, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   SWEITZER, FRED, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   SWEITZER, SR BRUCE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   SWENA, WILLIAM, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109

21068   SWENNEY, CARL C, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   SWENSON, DANIEL, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   SWENSON, JOSEPH J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SWENSON, JUDITH L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWEPSTON, HAROLD, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   SWEPSTON, KEVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWETT, ARTHUR C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   SWETZ, PAUL J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SWICEGOOD, GEORGE, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   SWICEGOOD, WILLIAM C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   SWICEGOOD, WILLIAM C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   SWICK, ALLEN, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   SWICORD, FELTON B, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   SWICORD, FELTON B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   SWIDOWSKI, FRANK, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068   SWIDRA, ANTHONY J, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   SWIETLIK, JEROME P, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21069   SWIETLIK, JEROME P, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024

21068   SWIFT, CLARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   SWIFT, HERBERT R, SALES TILLMAN WALLBAUM, BILL MIRACLE, 325 W MAIN ST STE 1900, LOUISVILLE, KY, 40202

21068   SWIFT, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   SWIFT, REBECCA E, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SWIFT, THEODORE S, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SWIFT, WALTER G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   SWIFT, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   SWIGER, DANNY E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   SWILKY, BARNEY, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   SWILLEY, RIDOLPH, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   SWILLEY, RIDOLPH, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   SWIM, FORREST S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   SWIM, LOWELL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   SWIM, ORVILLE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   SWINDAL, RUTH S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   SWINDAL, RUTH S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   SWINDELL, MELVIN E, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069   SWINDELL, MELVIN E, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068   SWINDELL, RAYMOND L, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   SWINDELL, WESLEY, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   SWINDELL, WILLIAM T, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   SWINDERMAN, JERRY A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   SWINDLE, ALFRED, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   SWINDLE, ALFRED, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   SWINDLE, CHESTER L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SWINDLE, CLARENCE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   SWINDLE, JOHN, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   SWINDLE, JOHN, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   SWINDLE, JR, CLAUDE C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   SWINDOLL, HARLEY E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   SWINDOLL, HARLEY E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

Svc Lst  Name and Address of Served Party

21068  SWINFORD, COY D, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  SWINFORD, HUGH C, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068  SWINFORD, PAUL D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SWINK, ADAM R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SWINK, CURTIS M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  SWINK, LONNIE F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SWINSINSKI, HENRY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SWINSON, EMMETT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  SWINSON, JESSIE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SWISHER, GARY W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  SWISHER, JR, BEN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SWISTOK, JOSEPH F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SWISTON, JOSEPH J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21069  SWITALA, THOMAS C, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068  SWITCHER, EDWARD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  SWITCHER, EDWARD, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  SWITT, WILLIAM, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  SWITT, WILLIAM, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  SWITZER, DONALD, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068  SWITZER, HOWARD D, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21069  SWITZER, MICHAEL J, THOMAS A BAIZ, JR, SUITE 316, 600 CENTRAL PLAZA, GREAT FALLS, MT, 59401

21068  SWITZER, OVID, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SWITZER, OVID, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWOAPE, WILLIAM T, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SWOGER, CLYDE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SWOGER, GEORGE R, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  SWOGGER, CALVIN W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SWOGGER, CHAUNCEY P, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SWOGGER, LAVERNE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  SWOGGER, LAVERNE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SWOPE, DANIEL L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SWOPE, DANIEL L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SWOPE, FRED W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

Svc Lst  Name and Address of Served Party

21068  SWORD, SR, CLYDE E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  SWORDS, GERALD, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  SWORDS, HERBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SWORDS, HERBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SWORDS, PHILLIP D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SWORDS, THELMA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  SWOVELAND, EARL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  SWOVELAND, EARL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  SWYMER, JAMES T, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  SWYMER, JAMES T, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  SYAS, III, EDWARD, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  SYAS, RAYMOND, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SYDNOR, JR., HEMPSAL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SYDNOR, STEPHEN, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  SYFERT, JOHN P, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  SYKES, ALFRED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  SYKES, CARRIE P, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SYKES, CARRIE P, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SYKES, DOUGLAS H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SYKES, JERRY A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  SYKES, JESSE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SYKES, JESSE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SYKES, JR, WILLIAM E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SYKES, MARGARET, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  SYKES, MARY M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  SYKES, MARY M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  SYKES, PAUL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  SYKES, RALPH L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  SYKES, SARAH N, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  SYKES, SARAH N, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  SYKES, SR, WARREN D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  SYKES, WILLIAM E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  SYKES, WILLIE L, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  SYLESTINE, DELSON, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

Svc Lst  **Name and Address of Served Party**

21068  SYLVE, ANTHONY, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068  SYLVE, ANTHONY, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068  SYLVER, LONNIE M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  SYLVEST, FRANCIS M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  SYLVEST, FRANCIS M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  SYLVESTER, BONNIE N, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  SYLVESTER, BONNIE N, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  SYLVESTER, EDWARD L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  SYLVESTER, EDWARD, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  SYLVESTER, GLORIA F, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  SYLVESTER, GLORIA F, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  SYLVESTER, JON, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  SYLVESTER, JOSEPH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  SYLVESTER, MELVIN E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  SYLVESTER, PAUL J, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  SYLVESTER, ROBERT J, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  SYLVESTER, ROBERT J, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  SYLVESTER, THOMAS C, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  SYLVESTER, THOMAS C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  SYMANNEK, ROLF, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SYMKOWICK, JOHN R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SYMON, DANIEL, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  SYMONDS, THEODORE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SYMOUR, LARRY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  SYMUTKO, III, ALEXANDER J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068  SYNK, ROY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SYPKO, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SYPULT, DWAYNE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  SYREK, M W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  SYREK, M W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  SYRJA, GERALD F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SYRJALE, MICHAEL O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SYRONEY, STANLEY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SYROTIUK, FREDERICK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SYTSMA, RICHARD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

**Svc Lst  Name and Address of Served Party**

---

21068  SYX, EDWIN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  SYX, JACKIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SYX, LARRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  SZABO, DONALD R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  SZABO, LOUIS, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SZACKA SR., GEORGE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SZAFASZ, CHESTER P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  SZAKACS, ROBERT F, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  SZAMBORSKI, ALBERT R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SZANTAI, FRANK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  SZCZEPANIK, HELENA, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SZCZEPANIK, JOHN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  SZCZEPANIK, JOHN, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  SZCZEPANSKI, STEVEN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  SZEKELY, TIBOR, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SZELIGA, LOUIS H, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SZEP, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  SZIVOS, ANDREW, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  SZMUTKO, DANIEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  SZOKA, GYULA, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21069  SZOKE, ALEX, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068  SZOPINSKI, GEORGE L, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  SZOSTEK, CHESTER J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  SZOT, ADOLPH P, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  SZPARAGA, EDWARD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  SZROM, JOHN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SZWABOWSKI, EDWARD S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  SZYCHNICKI, ADAM, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21069  SZYMANSKI, FRANK J, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068  SZYMANSKI, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TABARACCI, JERRY G, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068  TABARACCI, JERRY G, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   TABB, JERRY, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   TABB, LEROY, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   TABB, LEROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TABB, LEROY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TABB, SR, WILLIAM L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TABELING, ROBERT K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TABER, GERALDINE T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TABER, MARVIN A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TABER, ROBERT C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TABERS, BARNEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TABERS, DONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TABIN, THOMAS E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TABOL, BARRY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   TABOR, CARROLL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TABOR, FREDDIE J, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21069   TABOR, GUSTAVE, ARDOIN & TANET LAW FIRM, 3520 GENERAL DEGAULLE DRIVE, SUITE 1100, NEW ORLEANS, LA, 70114

21069   TABOR, GUSTAVE, THE LAW FIRM OF GEORGE COVERT, 9035 BLUEBONNET STE 2, BATON ROUGE, LA, 70810-2812

21068   TABOR, HOGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TABOR, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TABOR, JR, WALTER, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TABOR, KENNETH W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TABOR, MYRTLE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TABOR, ROLAND, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TABOR, THOMAS A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TABRON, JAMES O, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TACCARD, ROY, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   TACCHI, GUISEPPE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TACCONE, ANTHONY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TACCONI, DONALD, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068   TACEA, EARL J, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   TACEA, EARL J, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   TACKE, JR, GRANVILLE C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   TACKETT, CLARENCE, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   TACKETT, DON E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069   TACKETT, DONALD B, THE LAW FIRM OF HAL PITKOW, 138 N STATE ST, NEWTON, PA, 18940

21068   TACKETT, ELIZABETH C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TACKETT, ELIZABETH C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TACKETT, ELWOOD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TACKETT, GEORGE W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   TACKETT, GEORGE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TACKETT, HAROLD B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TACKETT, ISADORE, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   TACKETT, JAMES T, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   TACKETT, JOHN S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TACKETT, JR, CECIL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TACKETT, RANDALL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TACKETT, TERRY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TACKETT, TERRY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TACKETT, THOMAS E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TACKETT, THOMAS E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TACKETT, THOMAS F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TACKETT, TIMOTHY A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TACKETT, WARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TACKETT, WENDELL L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TACKETT, ZADE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TACKITT, THOMAS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TACKITT, THOMAS R, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TACORONTE, CRISTOBAL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TACY, CHARLES W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TACZEH, PATRICK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TADDIA, ANGELO R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TADIELLO, ARTHUR T, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   TAFF, EDWARD D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TAFF, WYLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAFFE, JOSEPH, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   TAFT, ROBERT A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TAFT, WILLIAM A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

Svc Lst  Name and Address of Served Party

---

21068  TAGAMI, HENRY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  TAGAMI, HENRY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  TAGAWA, TOSHIYUKI, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  TAGAWA, TOSHIYUKI, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  TAGERT, JACOB H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TAGERT, SIDNEY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAGGART, JAY L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TAGGART, JOHN HENRY, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068  TAGGART, JOHN HENRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TAGGER, WILLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAGLIABUE, PATRICK J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAGLIERI, CHARLES J, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068  TAGUE, MARY, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  TAHMOOSH, JOHN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  TAHMOOSH, JOHN, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  TAILLET, ERNEST C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAILLET, ERNEST C, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  TAIT, EDNA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069  TAIT, JAMES V, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068  TAIT, JAMES V, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  TAIT, JAMES V, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068  TAIT, JOHN W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  TAIT, LOUISE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAIT, LOUISE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAIT, THOMAS Q, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TAITE, EVELEAN H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAITE, EVELEAN H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAITE, MERILON, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  TAJC, ROBERT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  TAKACS, JR, RAYMOND M, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  TAKACS, RICHARD, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  TAKAHASHI, ISAMU, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  TAKAHASHI, ISAMU, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  TAKAYESU, ISAMU, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

**Svc Lst  Name and Address of Served Party**

21068   TAKAYESU, ISAMU, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   TAKOVICH, LOUIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   TALAMANTES, GUADALUPE, THE LAW FIRM OF HARRISON VICKERS, HARRISON VICKERS, 5718 WESTHEIMER RD STE 1310, HOUSTON, TX, 77057

21068   TALAMANTES, NELDA, ANDERSEN, RONALD, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, ARROWOOD, EDGAR, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, BAGIN, DANIEL, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, BARNES, THOMAS, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, MITCHELL, JOHN, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, PRINCE, RALEIGH, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, RHODES, CARL, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, RIDENOUR, PAULINE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, RIFFE, JAMES, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, STOUT, JAMES, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, SUDBERRY, RICHARD E, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21069   TALAMANTES, NELDA, SURRATT, AARON, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204-2472

21069   TALAMANTES, NELDA, THOMPSON, EARLINE, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204-2472

21068   TALAMANTES, NELDA, TUCKER, CLAUDE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALAMANTEZ, PEDRO T, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   TALAROVICH, PETER, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TALBERT, JERRY L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   TALBERT, JERRY L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   TALBERT, JIMMIE G, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   TALBERT, JR, ARTHUR, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   TALBERT, LORRAINE, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   TALBERT, PELLOM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TALBERT, TOMMIE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TALBERT, WILLIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TALBOOM, LAVERNE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TALBOT, ALDEN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TALBOT, JR, ROBERT E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TALBOT, MICHAEL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TALBOT, WILLIAM L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

---

21068  TALBOT, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TALBOT, WILLIAM, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  TALBOT, WILLIAM, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  TALBOTT, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TALBOTT, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TALCOF, HOWARD L, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  TALCOTT, CLIFFORD E, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  TALFORD, JANIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TALFORD, ROSS H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TALIAFERRO, JESSIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  TALIAFERRO, LLOYD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TALIAFERRO, LLOYD D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  TALIAFERRO, MONNIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  TALIAFERRO, NORMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TALIAFERRO, SR, NORMAN M, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TALIAFERRO, THOMAS P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TALIAFERRO, THOMAS P, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  TALIAN, CARL F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  TALIFERRO, ADDISON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TALKEN, JEROME B, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  TALLANT, SR, BOBBY H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TALLENT, BOYD A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  TALLENT, DEWEY, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068  TALLENT, DEWEY, ROCHELLE Z CATZ, PO BOX 62144, 6361 PRESIDENTIAL CT # B, FORT MYERS, FL, 33919

21068  TALLENT, MARTIN, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  TALLENT, MELVIN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TALLEY, BERKLEY J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TALLEY, CLARENCE E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TALLEY, CLARK L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TALLEY, DAVID A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TALLEY, FRANK, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TALLEY, JAMES D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TALLEY, JAMES D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TALLEY, JAMES R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TALLEY, JERRY R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  TALLEY, JIMMY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

Svc Lst  Name and Address of Served Party

21068   TALLEY, JOE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TALLEY, JOE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TALLEY, JR, J B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TALLEY, KENNETH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TALLEY, MICHAEL J, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   TALLEY, MICHAEL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TALLEY, MILTON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TALLEY, NORMAN S, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   TALLEY, NORMAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   TALLEY, REESE P, KAHN, 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA, 19103

21069   TALLEY, REESE P, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   TALLEY, RICHARD W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TALLEY, RONALD D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TALLEY, ROY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   TALLEY, RUSSELL J, GERTLER, GERTLER, VINCENT & PLOTKIN, 127129 CARONDELET STREET, NEW ORLEANS, LA, 70130

21068   TALLEY, WILEY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TALLEY, WILLIAM D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TALLEY, WILLIAM D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TALLHAMMER, NANDOR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TALLMADGE, FRANK A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   TALLMAN, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TALLMAN, CHARLES, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   TALLMAN, SR, EDWARD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TALLMAN, SR, FLOYD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TALLON, ANTHONY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TALMANTES, NELDA, PLESSINGER, BENNIE, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALMANTES, NELDA, PLUMMER, HENRY, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALMANTES, NELDA, PODOLNY, DANIEL, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALMANTES, NELDA, WHARTON, WARREN D, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALMANTES, NELDA, WHEELER, LARRY, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALMANTES, NELDA, WHEELER, ROBERT, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TALMUD, HERBERT A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TALTON, CLARENCE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TALTON, DEWITT, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   TALTON, HENRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

Svc Lst  **Name and Address of Served Party**

21068  TALTON, JEREMIAH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TAMANANA, MASATO, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  TAMANANA, MASATO, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  TAMANINI, ELEANOR, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TAMASHIRO, SHIGERU, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  TAMASHIRO, SHIGERU, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  TAMASI, ARTHUR P, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  TAMBLING, WILLIAM, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  TAMBLING, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAMEZ, ROBERT, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  TAMMARO, ALFRED, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  TAMMY SIMMONS, ANDERSON, HARRY C, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, AUSTIN, JOHN E, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, BARKER, JAMES, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, BEN, JAMES, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, BURCH, PHILLIP I, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, CLELAND, WILLIAM R, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, CONNELLY, JAMES, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, CORBIN, LEWIS C, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, DEBNAM, JR, PLUMMER, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, DESMOND, ROLAND S, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, DINICOLA, SR, GILBERT R, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, DUNKERLEY, JOHN F, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, ECKERT, GEORGE H, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, FAUVER, JR., HARRY S, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, FEARSON, RAY, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, FULFORD, ELTON L, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, GLADD, WALTER, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, GRIFFIN, JR, HERRINGTON, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068  TAMMY SIMMONS, HARRIS, THOMAS L, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

**Svc Lst  Name and Address of Served Party**

21068   TAMMY SIMMONS, HARTLEY, CURTIS J, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, HORN SR., EUGENE A, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, JACKSON, JR, JOSEPH, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, JOHNSON, JAMES R, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, LEBEAU, JEFFREY, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, MCCOY, WATSON, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, MILLER, JOHN, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300
        EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, MILLS, AMOS, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300
        EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, MISLOSKI, HENRY, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, MOORE, SR, JAMES, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, NAYLOR, FRANKLIN J, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, NOONE, THOMAS B, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, PAYNE, LLOYD C, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, PETERSON, JAMES M, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, QUISENBERRY, JOHN R, KOONZ MCKENNEY JOHNSON DEPAOLIS &
        LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, REYNOLDS, WALTER R, KOONZ MCKENNEY JOHNSON DEPAOLIS &
        LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, RIPPEON, ROBERT E, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, SMOTHERS, JOSEPH W, KOONZ MCKENNEY JOHNSON DEPAOLIS &
        LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, SONNEFELD, BERNARD C, KOONZ MCKENNEY JOHNSON DEPAOLIS &
        LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, STILTNER, OTTO, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, SZCZEPANSKI, HENRY, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, TALBERT, DARNEL W, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, WALKER, JAMES P, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, WASHINGTON, JAMES, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, WHEATLEY, JR, JAMES E, KOONZ MCKENNEY JOHNSON DEPAOLIS &
        LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TAMMY SIMMONS, WILLIAMS, BOSSIE W, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT,
        10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239

21068   TANAKA, CURTIS, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D,
        ATLANTA, GA, 30338-5169

21068   TANAKA, CURTIS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28
        BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   TANASKA, MICHAEL J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID
        AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TANATA, FREDERICK, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS,
        ND, 58201

Svc Lst  **Name and Address of Served Party**

21068   TANCER, MARTIN P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TANG, DONALD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21069   TANGNEY, EDWIN, FRANK BYERS II, ATTY, 3769 NORTH WOODFORD ST, DECATUR, IL, 62524

21068   TANGNEY, EDWIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TANGNEY, EDWIN, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   TANKARD, GEORGE, ALEXANDER, ALEXANDER, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TANKARD, GEORGE, THOMAS, GERALD E, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TANKARD, GEORGE, WAGNER, FRANK, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TANKARD, GEORGE, WIRTS, JOSEPH, WATERS & KRAUS, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472

21068   TANKER, OTIS C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TANKERSLEY, JAMES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TANKERSLEY, JAMES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TANKERSLEY, JIMMY E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TANKERSLEY, JOE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TANKERSLEY, KEVIN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TANKERSLEY, LARRY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TANKERSLEY, LARRY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TANKERSLEY, TOM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TANKERSLEY, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TANKESLY, PEGGY, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068   TANKESLY, PEGGY, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068   TANKO, JOHN R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TANKS, JIMMY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TANKS, JIMMY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TANKSLEY, JESSIE L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TANKSLEY, JR, LUTHER C, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   TANKSLEY, JR, LUTHER C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TANKSLEY, JR, WALTER E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TANKSLEY, JR, WALTER E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TANKSLEY, JR, WARDELL, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   TANKSLEY, WILLIE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   TANN, LOUIS, KLOVSKY, KUBY & HARRIS, 1620 LOCUST ST, PHILADELPHIA, PA, 19103-6305

21069   TANN, LOUIS, KLOVSKY, KUBY & HARRIS, 431 CHESTNUT ST STE 1017, PHILADELPHIA, PA, 19106-2426

21068   TANNEHILL, BOBBY R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | TANNEHILL, ROBERT D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TANNENBAUM, IRVING, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038 |
| 21068 | TANNENBAUM, IRVING, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925 |
| 21068 | TANNER, BENNY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | TANNER, CHARLES J, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | TANNER, CLEOTHA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | TANNER, CLEOTHA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | TANNER, CLEOTRA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | TANNER, CLEOTRA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | TANNER, COY S, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437 |
| 21068 | TANNER, DONALD R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | TANNER, EDWARD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | TANNER, EVERETT, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180 |
| 21068 | TANNER, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | TANNER, GARY L, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117 |
| 21069 | TANNER, GEORGE D, HARRISON, KEMP & JONES, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FL, LAS VEGAS, NV, 89109 |
| 21068 | TANNER, GEORGE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TANNER, GEORGE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | TANNER, GLORIA I, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | TANNER, GLORIA I, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | TANNER, HENRY J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | TANNER, HOWARD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TANNER, HOWARD D, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | TANNER, JAMES C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | TANNER, JAMES C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | TANNER, JAMES, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550 |
| 21068 | TANNER, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | TANNER, JEROME, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | TANNER, JOE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | TANNER, KENNETH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TANNER, LARRY G, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | TANNER, LYLE A, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | TANNER, MARION F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TANNER, MARTHA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | TANNER, MARTHA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

**Svc Lst  Name and Address of Served Party**

21068   TANNER, MILDRED L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TANNER, MYRTIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TANNER, NORMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   TANNER, ORVILLE L, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068   TANNER, OSCAR T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TANNER, OSCAR T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TANNER, PEARLIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TANNER, RAY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TANNER, ROBERT K, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   TANNER, ROBERT K, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   TANNER, SR, MARVIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TANNER, THEODORE R, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   TANNER, WADE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TANNER, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   TANNER, WILLIAM E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TANNER, WILLIAM H, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   TANNER, WILLIAM, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TANNER, WILLIAM, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   TANNER, WILLIAM, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TANNER, WILLIE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TANNER, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TANNER, WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TANSKI, STAN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TANT, BOBBY, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068   TANT, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TANTHOREY, THAD, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   TANTON, BILLY J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TANTON, WILLIAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TAPIA, JIMMY O, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   TAPIA, MARY H, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   TAPLEY, EPHRIAM H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TAPLEY, FAYE V, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TAPLEY, FAYE V, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TAPLEY, JERRY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAPLEY, JERRY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAPLEY, WILLIAM R, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   TAPLIN, JAMES, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   TAPLIN, JAMES, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   TAPLIN, ROOSEVELT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

Svc Lst  **Name and Address of Served Party**

21068    TAPP, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TAPP, BILLY J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    TAPP, CHARLES T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TAPP, CHARLES T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    TAPP, GORDON L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    TAPPER, NORMAN T, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    TAPSCOTT, CLAUD, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    TARABY, EMIL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TARANTO, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    TARASZKA, DANIEL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    TARDIF, WILFRED, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    TARDIFF, EDWARD R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    TARDIFF, LEO J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TARELLO, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    TARELTON, LAURA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    TARELTON, LAURA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    TARENCE, CONNIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TARESCO, BERNARD J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TARGAC, FRANK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TARJICK, RICHARD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    TARKINGTON, JAMES F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TARLETON, BILLY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    TARLETON, BILLY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    TARLETON, COLA, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TARLETON, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    TARLETON, JAMES E, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766

21068    TARLETON, JEAN F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TARLETON, ROGER A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    TARLETON, ROGER A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TARNER, FRANKLIN H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    TARNO, MALCOLM E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TARNO, MALCOLM E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    TARNOW, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    TARNOW, ROBERT, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    TARP, WALTER J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TARPEY, JOHN, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

**Svc Lst  Name and Address of Served Party**

21068   TARPLEY, DELMA, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TARPLEY, DELMA, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TARPLEY, DOLVIN K, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   TARPLEY, JOHN, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TARPLEY, JOHN, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TARPLEY, WENDELL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TARR, WILSON, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TARRANCE, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TARRANCE, JAMES M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TARRANT, FREDDIE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TARRANT, FREDDIE B, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TARRER, HAROLD M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TARRER, HAROLD M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TARSKI, JOSEPH, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TART, SELVA J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TARTER, DENNIS, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   TARTER, ERNEST, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TARVER, BILLY A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TARVER, BILLY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TARVER, BILLY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TARVER, CLAUDE E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TARVER, CLAUDE E, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   TARVER, CONEL D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   TARVER, EDWARD J, FEIST MILLS, 331 MILAM, 300 LAW CENTER, SHREVEPORT, LA, 71166

21069   TARVER, EDWARD J, WOODS, EVANS FEIST & MILLS, PO BOX 1784, SHREVEPORT, LA, 71166

21069   TARVER, ELVIN B, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068   TARVER, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TARVER, JERALD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TARVER, JERRY, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   TARVER, JERRY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   TARVER, JR, DAVE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TARVER, LARRY W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   TARVER, LONNIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TARVER, PHILLIP N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TARVER, PHILLIP N, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   TARVER, SR, FRANK, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TARVER, SR, JAMES H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TARVER, SR, ROBERT D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TARVIN, JON M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TARVIN, WILLIAM W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Svc Lst  Name and Address of Served Party**

21068  TARY, STEVEN T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TASH, DARRELL B, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  TASH, RANDAL E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  TASH, SR, WILLIAM H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  TASSA, ROBERT J, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  TASSEY, DAVID G, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  TASSEY, DAVID G, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  TASSIN, MERVIN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  TASTO, HARRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  TASWELL, III, JAMES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  TASY, LOUIS, LEVINSON AXELROD, WHEATON,, GRAYZEL, CAULFIELD, MARCOLU, 274 CHURCH ST, BELFORD, NJ, 07718-1581

21068  TATAR, FRANK A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  TATARYN, PHYLISS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TATASEO, GERALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TATASEO, MEADE, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068  TATE, BESSIE A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TATE, BESSIE A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069  TATE, BILLY B, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068  TATE, BILLY B, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069  TATE, BILLY B, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068  TATE, BOBBIE J, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  TATE, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TATE, CALVIN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  TATE, CURTIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TATE, DANNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  TATE, DEMMON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TATE, EDWARD L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TATE, EDWARD L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TATE, ELZIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TATE, GEORGE, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  TATE, GEORGE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TATE, GERALD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TATE, HERMAN, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  TATE, J L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TATE, J L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

Svc Lst  Name and Address of Served Party

---

21068    TATE, JACK E, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068    TATE, JACK E, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    TATE, JAMES I, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TATE, JAMES W, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    TATE, JOE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    TATE, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TATE, JOE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    TATE, JOHN, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    TATE, JOSEPH, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    TATE, JR, BEN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TATE, LESLIE C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069    TATE, MINNIE, GLASSER AND GLASSER, PLC, CROWN CENTER, 580 EAST MAIN ST STE 600, NORFOLK, VA, 23510

21068    TATE, MINNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TATE, NELESTER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    TATE, PEARLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    TATE, RALPH C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TATE, RAYMOND, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    TATE, ROBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    TATE, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    TATE, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    TATE, SR, LEE B, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    TATE, SR, VAN S, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    TATE, SR, VAN S, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    TATE, TRAVIS B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    TATE, WILLIAM N, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    TATE, WILLIAM W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TATE, WILLIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    TATE, WILLIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TATE, WINZLO, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    TATE, WRAYAL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TATE, WRAYAL L, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    TATER, JEROME E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TATERA, NORMAN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    TATGENHORST, WAYNE I, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TATMAN, MURPHY, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21069    TATMAN, RONALD, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | TATOM, CHARLES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TATOM, CHARLES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | TATRO, CLIFTON, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | TATROW, DUANE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TATSUTANI, THOMAS, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | TATSUTANI, THOMAS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | TATUM, AL, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |
| 21068 | TATUM, BENJAMIN F, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017 |
| 21068 | TATUM, CHARLES M, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | TATUM, CHARLES M, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | TATUM, CHARLIE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TATUM, CHARLIE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21069 | TATUM, COTRELL, 1004 GLENN, LUFKIN, TX, 75904 |
| 21068 | TATUM, FRANK, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | TATUM, HUDSON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | TATUM, JIMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | TATUM, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | TATUM, JR, CHARLES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TATUM, JR, SILAS M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | TATUM, JR, WALTON E, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | TATUM, JR, WALTON E, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | TATUM, KERMIT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | TATUM, KERMIT L, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602 |
| 21068 | TATUM, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | TATUM, RUSSELL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | TATUM, SIDNEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | TATUM, WEST, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | TATUN, II, FRED A, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | TATUN, II, FRED A, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | TAUBER, ERNEST, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | TAUBER, ERNEST, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | TAUBLER, HERBERT A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TAULBEE, HOWARD L, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |

Svc Lst  Name and Address of Served Party

21068   TAULBEE, HOWARD L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069   TAULBEE, HOWARD L, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068   TAULTON, JAMES, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TAULTON, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TAUNTON, AGNES M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TAUNTON, AGNES M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TAUNTON, HENRY M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TAUNTON, HENRY M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TAUNTON, JACKIE G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TAUNTON, JACKIE G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TAUNTON, JR., HENRY M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TAUNTON, JR., HENRY M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TAUNTON, RILEY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   TAUNTON, RILEY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAURASI JR., PAUL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   TAUSCH, LARRY L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   TAUSS, SR, ALFRED E, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TAUTRY, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TAVANO, JR, FRANK, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068   TAVARES, GUILHERME, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TAVE, GUINDELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAVENER, RONALD C, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   TAVENS CO L P A, JAMES E, HILL, FREEMAN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS CO LPA, JAMES E, FOSTER, MELVIN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS CO LPA, JAMES E, JONES, JR, ROBERT, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, ADAMS, JAMES R, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, BANKS, CLEMON, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, CEASOR, FRANK, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, CHECH, RICHARD, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, CHILDERS, EARL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, CLEMONS, JR, JAMES, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, COLLINS, MARCUS, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, COWAN, GEORGE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, CRAWFORD, JOHN T, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    TAVENS, JAMES E, DABNEY, JOE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, DAGOSTINO, ANGELO, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, DAGOSTINO, ONOFRIO, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, DEMBREE, DEWON, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, DENNISON, ELLIS, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, DIAMOND, JESSE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, DIXON, BENJAMIN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, DURHAM, CURTIS, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, EATON, ARCHIE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, ELLINGTON, CHARLES, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, EVERLY, BILL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, FLANIGAN, FAVIN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, FORD, BURL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, FORD, ERNEST, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, GARNER, JOHN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, GATSON, MACK, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, GIST, LEON, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, GREEN, CARL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, GREEN, FREDRICK, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, GREER, JAMES, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, GROAH, RODNEY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HALE, THEADORE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HALL, RUBEN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HAMBRIGHT, CLARENCE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE
         110, BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HAMBY, CHARLES, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HART, COLEMAN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HERRING, SR, EDGAR, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HOLLAND, HENRY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, HOOKS, LIMUEL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

21068    TAVENS, JAMES E, IVY, DAVE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
         BEACHWOOD, OH, 44122-4171

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | TAVENS, JAMES E, JACKSON, LEO, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JAMESON, JOHN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JEFFERSON, WILLIE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JENKINS, ULYSSES, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JOGAN, FRANK, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JOHNSON, JACK, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JOHNSON, JAMES D, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JOHNSON, WILLIE L, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JONES, RICHARD R, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JONES, WILLIE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, JOSEPH, MOTTIE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, KELLY, WILLIE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, KNAUSS, DEAN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, KUHN, LARRY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, LAPRADE, SAMUEL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, LEE, DENNIS, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, LEWIS, HOUSTON, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, LINSON, WILLIAM, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MARTIN, NOAH, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MAYES, SAMMIE, WELLBORN HOUSTON LLP, 300 W MAIN ST, HENDERSON, TX, 75652-3109 |
| 21068 | TAVENS, JAMES E, MCCALLA, LUTHER, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MCCLEAD, MAURICE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MCDONALD, SALLY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MCQUEEN, ZEBEDEE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MILLS, HARRY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MIMS, GEORGE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MOON, ALBERT, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MOORE, ALEX, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MOORE, ERNEST, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |
| 21068 | TAVENS, JAMES E, MYRICKS, JULIUS, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 |

Svc Lst  Name and Address of Served Party

---

21068  TAVENS, JAMES E, NOLEN, BOBBY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, OWENS, ELIJAH, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, PERKINS, RONALD, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, PINCHAK, JOHN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, PLACEK, PATRICK, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, PRICE, CLINTON, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, PRICE, RICHMOND, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, RHYM, CLARENCE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, RIGGINS, ENOCH, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, RIVES, OTIS, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, ROBERTS, CLARENCE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, ROBINSON, ANDREW, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, ROSS, JOHN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, ROSSETTI, RICHARD, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SALEEM, ELWOOD, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SEARCY, SAMUEL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SHARP, JAMES, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SHORTER, J C, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SHOULDERS, BOBBY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SIMMONS, HERSHEL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SIMS, FLOYD, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SMITH, ISIAH, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, SMITH, JAMES E, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, STANLEY, JIMMY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, TERRELL, WAYNE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, TESSMER, NEIL, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, THOMPSON, BENJAMIN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE
110, BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, TORRES, PEDRO, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, TYUS, DELDON, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

21068  TAVENS, JAMES E, WALKER, LOUIS, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110,
BEACHWOOD, OH, 44122-4171

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TAVENS, JAMES E, WALKER, THURMAN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WALLACE, ALONZO, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WATSON, CLARENCE, WELLBORN HOUSTON LLP, 300 W MAIN ST, HENDERSON, TX, 75652-3109

21068   TAVENS, JAMES E, WEBB, WILLA, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WHITE, LARRY, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WILCOX, GEORGE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WILCOXSON, CLARENCE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WOODS, ALFRED, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WOODS, GEORGE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, WOOLRIDGE, JOE, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, YOUNGBLOOD, CHARLES, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVENS, JAMES E, ZEVENBERGEN, JAN, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171

21068   TAVERNE, ARTHUR D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TAVERNIER, GEORGE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAWBUSH, JR, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TAWBUSH, RAY O, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TAWNEY, JR, LEWIS S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   TAYLOR (DECEASED), HB, ESTELLIE TAYLOR, 2723 DRAGONWICK, HOUSTON, TX, 77045

21069   TAYLOR (DECEASED), MYEE, DORIS STAFFORD, 618 SEA BEACH, DALLAS, TX, 75232

21069   TAYLOR II, ROBERT G, BOWLES, MARK, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, BRANDON, JUNIA, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, CHAPA, JAIME, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, GARCIA, LUIS, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, GARZA, ABERLARDO, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, GONZALES, PAUL, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, GRAJEDA, PEDRO, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, JONES, CHARLES, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, KELLEY, ISOM, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, PHILLIPS, FLOYD, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, QUIROGA, ROBERTO, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, SWINDELL, WESLEY, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

21069   TAYLOR II, ROBERT G, TISINO, SR, JOHN H, ROBERT G TAYLOR II PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806

**Svc Lst  Name and Address of Served Party**

21068   TAYLOR, A. C, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   TAYLOR, A. C, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TAYLOR, ADDIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, ADELINE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAYLOR, ADELINE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAYLOR, AIMEE C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   TAYLOR, AIMEE C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   TAYLOR, ALAN W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, ALAN W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, ALBERT W, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   TAYLOR, ALCIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, ALFONSO, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, ALFONSO, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, ALLEN R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, ALLEN, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   TAYLOR, ALONZO M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   TAYLOR, ALONZO M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   TAYLOR, ALVIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TAYLOR, ANTHONY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   TAYLOR, ANTHONY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069   TAYLOR, ANTHONY, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068   TAYLOR, AUSTIN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TAYLOR, AUSTIN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TAYLOR, B J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, B J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, BENJAMIN F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, BENJAMIN F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, BERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, BERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, BETTY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, BILL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, BILL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   TAYLOR, BILLY B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, BILLY B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, BILLY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TAYLOR, BILLY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, BILLY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201