**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  TAYLOR, BILLY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  TAYLOR, BOBBIE J, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  TAYLOR, BOBBY E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, BOBBY G, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  TAYLOR, BOBBY G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, BOBBY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, BOBBY L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  TAYLOR, BOBBY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, BOBBY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, BOBBY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  TAYLOR, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TAYLOR, BRENDA P, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, BRENDA P, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, BRYANT, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  TAYLOR, BURNAR, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TAYLOR, BURNAR, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TAYLOR, CALVIN E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  TAYLOR, CARL, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  TAYLOR, CARRIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TAYLOR, CARROLL D, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  TAYLOR, CARROLL D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, CARROLL D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TAYLOR, CECIL B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, CECIL B, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  TAYLOR, CECIL E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21069  TAYLOR, CECIL REX, 1008 TYRE ST, CARTHAGE, TX, 75633

21068  TAYLOR, CHARLES E, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  TAYLOR, CHARLES E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TAYLOR, CHARLES E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TAYLOR, CHARLES G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, CHARLES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, CHARLES H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  TAYLOR, CHARLES H, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  TAYLOR, CHARLES, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  TAYLOR, CHARLES, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

Svc Lst  Name and Address of Served Party

---

21068  TAYLOR, CHARLES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TAYLOR, CHARLES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  TAYLOR, CHARLES, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  TAYLOR, CHARLIE T, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TAYLOR, CHARLIE T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAYLOR, CHARLOTTE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, CHARLOTTE, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  TAYLOR, CHESTER D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TAYLOR, CHRISTINE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAYLOR, CLARENCE C, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  TAYLOR, CLARENCE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, CLARENCE C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TAYLOR, CLARENCE O, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  TAYLOR, CLARENCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAYLOR, CLARK W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  TAYLOR, CLAUDINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TAYLOR, CLAYTON E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TAYLOR, CLAYTON E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TAYLOR, CLEVTRIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TAYLOR, CLEVTRIS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAYLOR, CLIFTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TAYLOR, CLIFTON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAYLOR, CLINT W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  TAYLOR, CLYDE F, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  TAYLOR, CONSTANCE J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, CORA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  TAYLOR, CORA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  TAYLOR, COY V, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, COY V, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, CURTIS W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, CURTIS W, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  TAYLOR, DAN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  TAYLOR, DAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, DANNY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TAYLOR, DANNY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

---

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  TAYLOR, DARLENE, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  TAYLOR, DARRELL B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069  TAYLOR, DARRELL B, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068  TAYLOR, DAVID H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  TAYLOR, DAVID H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  TAYLOR, DAVID, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  TAYLOR, DELNO, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  TAYLOR, DELNO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, DELORES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAYLOR, DENNARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAYLOR, DENNIS, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  TAYLOR, DENNIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, DENZIL D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TAYLOR, DONALD C, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  TAYLOR, DRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, DRED, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21069  TAYLOR, DWAIN, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068  TAYLOR, DWIGHT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  TAYLOR, EARL J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  TAYLOR, EDITH L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, EDNA M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  TAYLOR, EDNA M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  TAYLOR, EDWARD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TAYLOR, ELDRIGE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, ELDRIGE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, ELMER L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, ELMER L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, EMERSON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TAYLOR, EMMITT F, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068  TAYLOR, EMMITT F, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  TAYLOR, ETTA M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TAYLOR, ETTA M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TAYLOR, EUGENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAYLOR, EUGENE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TAYLOR, EUGENE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TAYLOR, EULAS R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TAYLOR, EULAS R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, EUNICE, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   TAYLOR, EVERETT E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TAYLOR, FLORDIA B, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068   TAYLOR, FLORDIA B, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   TAYLOR, FLOYD W, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   TAYLOR, FLOYD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   TAYLOR, FORTE K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAYLOR, FRANK, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   TAYLOR, FRANK, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TAYLOR, FRANKLIN G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, FRED, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TAYLOR, FREDA K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, FREDERICK E, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   TAYLOR, FREDERICK E, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   TAYLOR, FREDERICK L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TAYLOR, GARY R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TAYLOR, GENE T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAYLOR, GENE T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TAYLOR, GENEVA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   TAYLOR, GENEVA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   TAYLOR, GEORGE C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TAYLOR, GEORGE G, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   TAYLOR, GEORGE R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TAYLOR, GEORGE R, WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   TAYLOR, GEORGE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TAYLOR, GEORGE W, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   TAYLOR, GEORGE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TAYLOR, GEORGE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TAYLOR, GEORGE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   TAYLOR, GERALD G, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TAYLOR, GERALD G, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   TAYLOR, GERTRUDE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   TAYLOR, GERTRUDE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

**Svc Lst  Name and Address of Served Party**

21069   TAYLOR, GLEN, ROSSBACH BRENNAN P C, 401 NORTH WASHINGTON STREET, PO BOX 8988, MISSOULA, MT, 59807

21069   TAYLOR, GLEN, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307

21068   TAYLOR, GUARY W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, GUARY W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, HAROLD A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   TAYLOR, HAROLD A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TAYLOR, HAROLD D, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   TAYLOR, HAROLD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TAYLOR, HAROLD R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TAYLOR, HELEN G, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   TAYLOR, HELEN, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   TAYLOR, HENRY, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   TAYLOR, HORACE E, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   TAYLOR, HORACE G, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TAYLOR, HOWARD R, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068   TAYLOR, IDA M, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   TAYLOR, III, GROVER T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   TAYLOR, III, SAMUEL S, CRESKOFF, BRAFF PINTO & WOHL, SUITE 510, THE CURTIS CENTER, SIXTH & WALNUT STREET, PHILADELPHIA, PA, 19106

21068   TAYLOR, IRA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAYLOR, ISIAH, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   TAYLOR, IVY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TAYLOR, J D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAYLOR, J D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAYLOR, JACK H, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   TAYLOR, JACK W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, JAMERSON D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, JAMES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   TAYLOR, JAMES D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   TAYLOR, JAMES E, THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   TAYLOR, JAMES F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   TAYLOR, JAMES H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, JAMES H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   TAYLOR, JAMES H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   TAYLOR, JAMES H, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   TAYLOR, JAMES H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   TAYLOR, JAMES H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TAYLOR, JAMES H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   TAYLOR, JAMES H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TAYLOR, JAMES L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TAYLOR, JAMES M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAYLOR, JAMES M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   TAYLOR, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAYLOR, JAMES M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TAYLOR, JAMES M, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   TAYLOR, JAMES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TAYLOR, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TAYLOR, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TAYLOR, JAMES, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TAYLOR, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   TAYLOR, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TAYLOR, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAYLOR, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TAYLOR, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TAYLOR, JANELLE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAYLOR, JANELLE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAYLOR, JEFF, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TAYLOR, JEFF, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TAYLOR, JEROME, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, JEROME, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   TAYLOR, JERRY G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAYLOR, JESSE M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TAYLOR, JIMMIE G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   TAYLOR, JIMMIE S, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   TAYLOR, JIMMY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAYLOR, JOE D, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068   TAYLOR, JOE M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TAYLOR, JOE M, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   TAYLOR, JOE N, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   TAYLOR, JOE N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAYLOR, JOE N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   TAYLOR, JOHN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, JOHN D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   TAYLOR, JOHN D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   TAYLOR, JOHN E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069   TAYLOR, JOHN E, ROSSBACH BRENNAN P C, 401 NORTH WASHINGTON STREET, PO BOX 8988, MISSOULA, MT, 59807

21068   TAYLOR, JOHN F, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   TAYLOR, JOHN J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TAYLOR, JOHN J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TAYLOR, JOHN R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAYLOR, JOHN R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   TAYLOR, JOHN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAYLOR, JOHN R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAYLOR, JOHN, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   TAYLOR, JOHN, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   TAYLOR, JOHN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TAYLOR, JON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TAYLOR, JOSEPH H, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TAYLOR, JOSEPH P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, JOSEPH P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, JOSEPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TAYLOR, JR, CURTIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, JR, DANIEL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAYLOR, JR, DANIEL C, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   TAYLOR, JR, DANIEL C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   TAYLOR, JR, GEORGE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TAYLOR, JR, GEORGE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TAYLOR, JR, GEORGE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   TAYLOR, JR, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TAYLOR, JR, GEORGE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   TAYLOR, JR, HERBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TAYLOR, JR, HOWARD W, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   TAYLOR, JR, JAMES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TAYLOR, JR, JOHN E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TAYLOR, JR, MAURICE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21069   TAYLOR, JR, ROBERT H, JEFFREY B SIMON, ESQ, 3232 MCKINNEY AVE STE 610, DALLAS, TX, 75204-2429

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   TAYLOR, JR, WILLIAM, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   TAYLOR, JR, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TAYLOR, JR, WILLIAM, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TAYLOR, JR., ALBERT B, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   TAYLOR, JUDGE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, KERNELL D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   TAYLOR, KERNELL D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TAYLOR, KERNELL D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   TAYLOR, KOLLETTE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, L C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAYLOR, L C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAYLOR, LADAN J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TAYLOR, LARRY D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TAYLOR, LAWRENCE L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   TAYLOR, LAWRENCE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TAYLOR, LEON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TAYLOR, LEON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   TAYLOR, LEONA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAYLOR, LEONA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAYLOR, LEONARD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TAYLOR, LEROY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TAYLOR, LESLIE, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   TAYLOR, LESLIE, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   TAYLOR, LESLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TAYLOR, LEWIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TAYLOR, LEWIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TAYLOR, LILLIAN C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TAYLOR, LILLIAN C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TAYLOR, LLOYD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, LOTTIE M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TAYLOR, LOUIE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, LOUIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TAYLOR, LOUVELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TAYLOR, LOWELL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAYLOR, LOWELL L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TAYLOR, LULA M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TAYLOR, LUTHER O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TAYLOR, LUTHER S, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   TAYLOR, LUTHER S, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | TAYLOR, LUTHER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | TAYLOR, MALCOLM B, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | TAYLOR, MARION D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | TAYLOR, MARION D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | TAYLOR, MARTIN L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | TAYLOR, MARTIN L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | TAYLOR, MATTIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | TAYLOR, MELBURN V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | TAYLOR, MELVIN J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | TAYLOR, MERLE D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | TAYLOR, MERVIN E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | TAYLOR, MICHAEL E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TAYLOR, MICHAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | TAYLOR, MILTON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | TAYLOR, O E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | TAYLOR, ODELL, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | TAYLOR, OLDIN J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | TAYLOR, OPAL, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | TAYLOR, OPAL, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | TAYLOR, OPEL D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | TAYLOR, OPEL D, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301 |
| 21068 | TAYLOR, OREE V, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | TAYLOR, OTIS D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | TAYLOR, PATRICIA A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | TAYLOR, PAUL D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | TAYLOR, PAUL D, ROSSBACH BRENNAN P C, 401 NORTH WASHINGTON STREET, PO BOX 8988, MISSOULA, MT, 59807 |
| 21068 | TAYLOR, PAUL E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101 |
| 21068 | TAYLOR, PAUL W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | TAYLOR, PAUL, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | TAYLOR, RALLIE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | TAYLOR, RALLIE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | TAYLOR, RALPH A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | TAYLOR, RALPH L, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007 |
| 21068 | TAYLOR, RALPH S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | TAYLOR, RANDY L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | TAYLOR, RAY A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TAYLOR, RAYMOND C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |

Svc Lst  **Name and Address of Served Party**

21068  TAYLOR, RAYMOND J, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  TAYLOR, RAYMOND T, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  TAYLOR, RAYMOND, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, REGINAL P, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  TAYLOR, REGINAL P, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  TAYLOR, REGINAL P, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TAYLOR, RICHARD D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TAYLOR, RICHARD E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  TAYLOR, RICHARD J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  TAYLOR, RICHARD K, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  TAYLOR, RICHARD L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  TAYLOR, RICHARD S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TAYLOR, RICHARD S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TAYLOR, RICHARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, RICHARD, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21069  TAYLOR, RICHARD, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069  TAYLOR, RICHARD, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068  TAYLOR, RICHARD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  TAYLOR, RITA A, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  TAYLOR, ROBERT C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TAYLOR, ROBERT E, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068  TAYLOR, ROBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  TAYLOR, ROBERT J, ROSSBACH BRENNAN P C, 401 NORTH WASHINGTON STREET, PO BOX 8988, MISSOULA, MT, 59807

21069  TAYLOR, ROBERT J, TRINE & METCALF, PC, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6390

21068  TAYLOR, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TAYLOR, ROBERT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TAYLOR, ROBERT L, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068  TAYLOR, ROBERT R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TAYLOR, ROBERT R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TAYLOR, ROBERT S, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TAYLOR, ROBERT S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAYLOR, ROBERT W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, ROBERT W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  TAYLOR, ROBERT W, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  TAYLOR, ROBERT, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068  TAYLOR, ROBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  TAYLOR, ROBERT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069  TAYLOR, ROBERT, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068  TAYLOR, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  TAYLOR, ROBERTA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, ROBERTA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, ROGER L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TAYLOR, ROGER L, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068  TAYLOR, ROMONA A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, RONALD S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TAYLOR, RONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  TAYLOR, RONNIE G, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  TAYLOR, RONNIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  TAYLOR, ROOSEVELT, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  TAYLOR, ROSIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, ROSIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, ROY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TAYLOR, ROY A, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21069  TAYLOR, ROY B, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027

21068  TAYLOR, ROY J, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  TAYLOR, ROY L, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068  TAYLOR, RUBY B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAYLOR, RUBY B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TAYLOR, RUFFIN, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  TAYLOR, SAMI I, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068  TAYLOR, SAMUEL M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, SAMUEL M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  TAYLOR, SAMUEL N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, SAMUEL N, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  TAYLOR, SAMUEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, SAMUEL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TAYLOR, SAMUEL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TAYLOR, SANDRA, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TAYLOR, SANDRA, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TAYLOR, SELDON, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  TAYLOR, SELLARD S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TAYLOR, SHERREL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  TAYLOR, SPENCER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TAYLOR, SR, B E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, SR, CHARLES V, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  TAYLOR, SR, CLARENCE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, SR, DAVID S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, SR, DONALD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, SR, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAYLOR, SR, JOSEPH L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  TAYLOR, SR, JOSEPH R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TAYLOR, SR, JULIUS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TAYLOR, SR, LEGREDIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, SR, LEON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, SR, ORVAL H, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  TAYLOR, SR, VICTOR F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, SR, WILLIE N, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TAYLOR, SR., ANDREW, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  TAYLOR, SR., JACK P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAYLOR, SR., JACK P, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TAYLOR, STANLEY J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  TAYLOR, STANLEY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TAYLOR, STEPHEN A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  TAYLOR, STEVE D, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  TAYLOR, STEVEN S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TAYLOR, SUSAN P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TAYLOR, TED L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, TERRY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  TAYLOR, TERRY, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068  TAYLOR, TEXANNA, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, TEXANNA, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  TAYLOR, TEXANNA, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  TAYLOR, THELMA R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TAYLOR, THELMA R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  TAYLOR, THOMAS E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TAYLOR, THOMAS J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TAYLOR, THOMAS P, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  TAYLOR, THOMAS P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  TAYLOR, THOMAS, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TAYLOR, THOMAS, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  TAYLOR, TIMOTHY E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TAYLOR, TOM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, TOMMIE D, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  TAYLOR, TOMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  TAYLOR, TOMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, TROY E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  TAYLOR, TROY, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  TAYLOR, VAUGHN H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, VAUGHN H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, WADRIE H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TAYLOR, WALLACE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  TAYLOR, WALLACE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TAYLOR, WALLACE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TAYLOR, WALTER K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TAYLOR, WALTER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TAYLOR, WALTER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TAYLOR, WENDALL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TAYLOR, WENDALL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TAYLOR, WESLEY E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  TAYLOR, WILBUR R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TAYLOR, WILBURN W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068  TAYLOR, WILFORD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TAYLOR, WILLIAM A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  TAYLOR, WILLIAM A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TAYLOR, WILLIAM A, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068  TAYLOR, WILLIAM A, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  TAYLOR, WILLIAM D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  TAYLOR, WILLIAM D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  TAYLOR, WILLIAM E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069  TAYLOR, WILLIAM J, ROSSBACH BRENNAN P C, 401 NORTH WASHINGTON STREET, PO BOX 8988, MISSOULA, MT, 59807

21068  TAYLOR, WILLIAM K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, WILLIAM K, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  TAYLOR, WILLIAM R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TAYLOR, WILLIAM, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

Svc Lst  Name and Address of Served Party

21068  TAYLOR, WILLIAMS J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  TAYLOR, WILLIAMS J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  TAYLOR, WILLIE B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TAYLOR, WILLIE B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  TAYLOR, WILLIE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TAYLOR, WILLIE C, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  TAYLOR, WILLIE S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TAYLOR, WILLIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  TAYLOR, WILLIE, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  TAYLOR, WILLIE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  TAYLOR, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TAYLOR, WILLIE, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068  TAYLOR, WILMA B, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21069  TAYLOR, WINSTON, DANAHER TEDFORD LAGNESE & NEAL, 21 OAK ST, HARTFORD, CT, 06106-8003

21069  TAYLOR, WINSTON, DANAHER TEDFORD LAGNESE & NEAL, 60 WASHINGTON STREET, HARTFORD, CT, 06106

21068  TAYLOR, WINSTON, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  TAYNTON, ARTHUR L, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068  TEACH, NORMAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TEACHEY, MANFRED, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  TEACHEY, MANFRED, SUMRELL, SUGG, CARMICHAEL, 416 POLLOCK ST, NEW BERN, NC, 28563

21068  TEACHEY, ROBERT, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  TEACHEY, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TEAGLE, JR, GEORGE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TEAGLE, RANDALL L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TEAGLE, RANDALL L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TEAGUE, BOBBY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  TEAGUE, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TEAGUE, DESMOND, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  TEAGUE, JERRY W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  TEAGUE, JERRY W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  TEAGUE, JOE L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TEAGUE, JOE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TEAGUE, JOHN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TEAGUE, KENNETH L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TEAGUE, LEWIS D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TEAGUE, LOUISE T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TEAGUE, LOUISE T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

Svc Lst  **Name and Address of Served Party**

21068  TEAGUE, LULA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  TEAGUE, MELVIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TEAGUE, RAYMOND, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068  TEAGUE, RAYMOND, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068  TEAGUE, ROBERT L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TEAGUE, ROBERT L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TEAGUE, ROBERT T, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  TEAGUE, WILL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TEAL, BOBBY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TEAL, BOBBY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TEAL, EARLENE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TEAL, HERMAN L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TEAL, HERMAN L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  TEAL, LOUIE E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TEAL, LOUIE E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  TEAL, MAMIE G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TEAL, MAMIE G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TEAL, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  TEAL, SR, STANLEY B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TEAL, WILLIAM H, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  TEAMER SR., JAMES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TEAMER, JR, WAYMON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TEAPO, GEORGE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  TEAQUE, WILL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TEASETT, CHARLIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  TEBBE, RAYMOND O, CLIMACO, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TEBBS, JAMES M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TEBEAU, KENNETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TEBO, GLENN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  TEBO, RAYMOND E, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  TEDDER, MALCOM Q, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TEDDER, MALCOM Q, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  TEDDER, WILLIAM, HOLLORAN & STEWART, PC, JAMES P HOLLORAN, 1010 MARKET ST STE 1650, ST. LOUIS, MO, 63101

21068  TEDDERS, PEARLINE, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TEDDERS, PEARLINE, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069  TEDESCO, DOMENIC, SKLARZ, EARLY & AVALLONE, 700 STATE ST, PO BOX 872, NEW HAVEN, CT, 06508

Svc Lst   Name and Address of Served Party

21068   TEDESCO, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TEDESCO, ROBERT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TEDFORD, JAMES R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   TEDFORD, MAE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TEDONE, STEPHEN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   TEDROW, HAL F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TEEL, BARBARA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TEEL, BARBARA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TEEL, CLIFFORD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TEEL, EZRA, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   TEEL, JAMES, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   TEEL, JOHN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TEEL, JOHN, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21069   TEEL, WALTER, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307

21068   TEER, JAMES W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TEER, THOMAS R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   TEETER, GLENN W, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068   TEETER, JR, JAMES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TEETER, SR, JAMES R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TEGLE, RONNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TEGLE, RONNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   TEHLE, MATTHEW F, THE LAW FIRM OF BOB FAIN, 10 N 27TH STREET, PO BOX 1018, BILLINGS, MT, 59103-1018

21068   TEIGEN, ROBERT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TEITEL, PHILLIP A, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   TEITEL, PHILLIP A, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   TEKAVCIC, LOUIS E, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   TEKELL, ALLIE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TEKIN, ELLIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TELANO, JR, CHRISTOPHER A, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TELATKO, FRANK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TELEFAIR, EVERETT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TELEFAIR, EVERETT, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   TELLEGEN, KENNETH, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068   TELLER, GERALD A, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   TELLES, LUIS A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

21068  TELLES, RODOLFO O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TELLES, VALENTINE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TELLIS, ALBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TELLIS, WILLIE J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TELLIS, WILLIE J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TELLOCK, MARVIN E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  TELYCENAS, BOLESLOVAS, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  TEMNICK, HARRY, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  TEMPLE, ALBERT R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TEMPLE, ALBERT R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TEMPLE, BILLY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TEMPLE, CHARLES J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  TEMPLE, CHARLES, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, THERESA MILLER, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103

21068  TEMPLE, EDWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TEMPLE, GEORGE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  TEMPLE, HILTON, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  TEMPLE, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  TEMPLE, JOHN C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TEMPLE, JOHN C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TEMPLE, JR, HARDY B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  TEMPLE, KENNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TEMPLE, KENNY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TEMPLE, MINNIE S, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TEMPLE, PAUL L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TEMPLE, PAUL L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TEMPLE, RANDAL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TEMPLE, RANDAL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  TEMPLE, RAYMOND H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TEMPLE, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TEMPLE, ROY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21069  TEMPLE, SR., JOHN N, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068  TEMPLE, TERRY C, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TEMPLE, TERRY C, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TEMPLE, THOMAS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  TEMPLE, VIRGIL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

**Svc Lst  Name and Address of Served Party**

21068  TEMPLE, WAYNE, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068  TEMPLE, WAYNE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TEMPLE, WILLIAM R, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  TEMPLEMAN, CARL J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  TEMPLEMAN, EDWARD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TEMPLES, EVERET, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TEMPLES, HILLION, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TEMPLES, HUBERT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TEMPLES, MELVIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  TEMPLES, MELVIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  TEMPLES, SHELTON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TEMPLET, BOBBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  TEMPLET, MACK J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TEMPLETON, BILLY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TEMPLETON, GEORGE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  TEMPLETON, JONNIE L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  TEMPLETON, LOLA S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TEMPLETON, LOLA S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TEMPLETON, ROBERT A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TEMPLETON, ROBERT A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TEMPLETON, ROBERT L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TEMPLETON, ROY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  TEMPLIN, HARVEY W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TEMPLIN, JR, WALTER E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TENAGLIA, ALBERT A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  TENAGLIA, JOHN J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TENANT, THELMA L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TENERIELLO, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  TENHOEVE, RAYMOND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TENINTY, DOUGLAS C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TENINTY, DOUGLAS C, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21069  TENNANT, JIMMY B, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068  TENNANT, ROBERT J, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  TENNANT, THOMAS A, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TENNER, CHARLIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TENNER, ISAAC, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   TENNER, ISAAC, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   TENNER, W C, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   TENNER, W C, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   TENNER, W C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TENNER, WENDELL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TENNESON, JAMES, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   TENNESSEE, MAURICE S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TENNEY, WILLIAM J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TENNEY, WILLIAM J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TENNIE, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TENNIS, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TENNYSON, I V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TENNYSON, I V, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   TENNYSON, I V, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   TENSLEY, ARTHUR J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TENSLEY, CHARLIE, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   TENSLEY, CHARLIE, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   TENSLEY, CHARLIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TEPLICA, TERENCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TEPLICA, TERENCE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TEPSICH, SAMUEL R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TERADA, SEIJI, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   TERADA, SEIJI, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   TERAN, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERCERO, LUIS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TERENO, DILLARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERHERST, CARL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TERHERST, CARL, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   TERHORST, JOHN H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TERLECKI, FRANK F, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   TERLECKY, ANDREW M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TERLOP, RUSSELL F, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   TERRACIANO, ANDREW, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068   TERRAL, WADE N, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

**Svc Lst  Name and Address of Served Party**

21068   TERRANOVA, FRANK J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   TERRANOVA, JAMES, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069   TERRANOVA, JAMES, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068   TERRANT, ROBERT, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   TERRELL SR., FLETCHER C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TERRELL, AUBREY I, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TERRELL, AUBREY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   TERRELL, BULLY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   TERRELL, BULLY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   TERRELL, CHARLES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TERRELL, CHARLES A, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   TERRELL, CHESTER, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TERRELL, CHESTER, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   TERRELL, EMMA C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TERRELL, EMMA C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TERRELL, GEORGE E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TERRELL, JACK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TERRELL, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TERRELL, JOHNNIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TERRELL, JOHNNY L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TERRELL, JR, JOSEPH, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   TERRELL, JR, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TERRELL, JR, JOSEPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TERRELL, KENNETH, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TERRELL, LARRY W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TERRELL, LAWRENCE R, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   TERRELL, LEO M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   TERRELL, LEO M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   TERRELL, MARVIN S, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TERRELL, PHIL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TERRELL, PHIL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TERRELL, RONNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TERRELL, RONNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TERRELL, SR, DAVID, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TERRELL, VERSIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TERRELL, VERSIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

Svc Lst   Name and Address of Served Party

---

21068   TERRELL, VERSIE L, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   TERRELL, WALTER W, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   TERRELL, WILLIAM H, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   TERRELL, WILLIAM H, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21069   TERRELL, WILLIS H, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   TERRILL, MURL K, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERRILLION, JAMES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERRILLION, WILSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERRIT, ALBERT P, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   TERRIT, ANTHONY, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   TERRIZZI, JAMES V, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TERRO, NOLANCE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TERRY, AUDIE G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TERRY, BERNARD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TERRY, BETTY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   TERRY, BILLY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERRY, CAROLYN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERRY, CAROLYN E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TERRY, CECIL A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TERRY, CECIL A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   TERRY, CHARLES D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TERRY, CHARLES D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TERRY, CHARLES D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TERRY, DANNY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   TERRY, DARRELL C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TERRY, DARRELL C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TERRY, DONALD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TERRY, DONALD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TERRY, EARL J, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TERRY, EDWARD, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   TERRY, FRED E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TERRY, FREDDIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TERRY, FREDDIE L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   TERRY, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TERRY, HERBERT H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   TERRY, II, HARLAN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TERRY, JAMES E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   TERRY, JAMES L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

Svc Lst  Name and Address of Served Party

21068    TERRY, JAMES L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    TERRY, JIMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    TERRY, JOE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TERRY, JOE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TERRY, JOE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    TERRY, JOE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TERRY, JOE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21069    TERRY, JONNIE, GREEN & BLACK LLP, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX, 77002

21068    TERRY, JR, JOE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    TERRY, JR, MOSES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TERRY, JR, SAMUEL S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    TERRY, JR, SAMUEL S, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068    TERRY, LOUISE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TERRY, MICHAEL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    TERRY, MILDRED, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    TERRY, MILDRED, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    TERRY, ODELL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    TERRY, RICHARD R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TERRY, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TERRY, ROBERT L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    TERRY, RODGER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    TERRY, SCOTTY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    TERRY, SR, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TERRY, SR, DARWIN M, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

21068    TERRY, SR, HARLAN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TERRY, SR, PAUL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TERRY, THOMAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    TERRY, THOMAS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    TERRY, THURMAN H, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    TERRY, TOM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    TERRY, TOM, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    TERRY, WILBERT J, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    TERRY, WILLIAM A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    TERRY, WILLIAM L, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    TERRY, WILLIAM R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TERRY, WILLIAM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    TERRY, WILLIAM, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    TERRY, WILLIE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    TERRY, WILVERNELL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TERUYA, SHIGEO, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    TERUYA, SHIGEO, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    TERVORT, NED H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TERWILLIGER, LESLIE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    TESAR, FRANK R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TESCH, ALFRED, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068    TESCHNER, HAROLD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TESCHNER, HAROLD, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    TESFAYOHANES, ANDREA, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    TESHACK, JACK, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068    TESLER, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TESSIER, LAWRENCE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TESSIER, PIERRE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TESSIER, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    TESTERMAN, CLYDE, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612

21068    TESTOLIN, THEODORE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TESTON, ERNEST L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    TETA, FELICE, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    TETEN, JERRY W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TETER, BETTY L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    TETER, CHARLES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TETI, FRANCESCO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069    TETRAULT, RAYMOND, THE LAW FIRM OF THOMAS KRAGH, 410 1ST STREET E, POLSON, MT, 59860

21069    TETRAULT, RAYMOND, THOMPSON & BOECHLER, ONE NORTH 2ND ST STE 314, PO BOX 1932, FARGO, ND, 58107-1932

21068    TEUSCHLER, THOMAS J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    TEW, ALLEN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TEW, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TEW, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TEW, JANET, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    TEW, JANET, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TEW, JR, JOSEPH H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TEW, JR, JOSEPH H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    TEW, NORMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

Svc Lst  Name and Address of Served Party

21068   TEW, NORMAN, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TEWART, DONALD, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   TEWART, DONALD, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   TEWART, MICHAEL S, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TEWELL, HARRY D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21069   TEWSLEY, JOHN A, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068   TEXADA, ROGER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TEXADA, ROGER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TEZENO, EARL S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THACKER, CLAUD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THACKER, DOROTHY P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   THACKER, DOROTHY P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   THACKER, ELTON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THACKER, EUGENE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   THACKER, EUGENE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   THACKER, GEORGE, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   THACKER, J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THACKER, J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THACKER, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THACKER, JOHNNIE H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THACKER, JOHNNIE H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THACKER, RODNEY D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   THACKER, ROGER A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   THAGGARD, NEAL A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THAGGARD, NEAL A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   THAMES, AUDREY B, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   THAMES, AUDREY B, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   THAMES, CHARLES L, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   THAMES, DAVID J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THAMES, E M, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   THAMES, HOWARD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   THAMES, IDA M, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   THAMES, JOHN A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   THAMES, JOHNNY P, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

Svc Lst  Name and Address of Served Party

---

21068    THAMES, JR, JOSEPH, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    THAMES, JR, OSCAR, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    THAMES, MABLE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    THAMES, OLEN M, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    THAMES, PERCY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THAMES, PERCY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    THAMES, RECIE F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    THAMES, RECIE F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    THAMES, SR, JOSEPH, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    THARP, CECIL C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THARP, CLORA E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THARP, CLORA E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    THARP, FORREST R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THARP, LILLIAN, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068    THARP, LILLIAN, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068    THARP, LOWELL, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068    THARP, PEGGY J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    THARP, PEGGY J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069    THARP, RICHARD L, LOMBARDI LAW FIRM, STEPHEN D LOMBARDI, 3737 WOODLAND AVE STE 130, WEST DESMOINE, IA, 50266

21069    THARP, RICHARD L, NYEMASTER, GOODE, VOIGTS, 700 WALNUT STREET, SUITE 1600, DES MOINES, IA, 50309

21068    THARP, RICHARD L, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    THARP, SR, JOHN, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068    THARPE, JOHNNIE A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    THARPE, JOHNNIE A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    THARPE, JR, CURTIS K, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    THARPE, MARTIN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    THARPE, SAMMIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THARPE, SAMMIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069    THATCHER, GENE, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068    THATCHER, JOHN M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    THAUVETTE, HUBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    THAUVETTE, PATRICK H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    THAXTON, RODNEY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THAXTON, RODNEY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THAYER, EARL A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    THAYER, GAIL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

---

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069    THE SHEIN LAW OFFICES, 121 SOUTH BROAD STREET 21ST FLOOR, PHILADELPHIA, PA, 19107

21068    THEALL, MHERLYN J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    THEDFORD, III, ANDREW, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THEDFORD, JUNIOR, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    THEDFORD, JUNIOR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THEDFORD, JUNIOR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THEDFORD, TRAVIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    THEDFORD, TRAVIS, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068    THEDFORD, W C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THEDFORD, W C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THEETGE, LEONARD, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    THEINER, HENRY, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    THEIRRY, IRVIN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    THEIRRY, IRVIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    THEISS, LAURENCE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THELANDER, ROLF, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    THELEN, JOHN P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    THEOBALD, ALTON E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    THEOPHILUS, ALBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    THERANCE, JOSEPH W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    THERIAULT, BRUCE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THERIAULT, NORMAN L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THERIOT, BRIAN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    THERIOT, CHARLES, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068    THERIOT, DEEDRA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    THERIOT, II, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    THERIOT, JOHN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THERIOT, RIVERS L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    THERIOT, SR, WILLIAM J, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    THERIOT, SYLVESTER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THEROUX, ROBERT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    THERRIAN, FRED, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    THERRIEN, LEO J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    THERRIEN, PHILIP E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THERRIEN, ROLAND, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THERRIEN, SR, WILLIAM N, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THEUS, VERDIS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THEWES, RICHARD E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  THEWES, RICHARD E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THIBEAULT, AIME G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  THIBEAUX, FRANZELLA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIBODAUX, DONALD P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  THIBODAUX, GORDON J, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  THIBODAUX, GORDON J, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  THIBODAUX, GORDON J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THIBODEAU, ARVID, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  THIBODEAUX, BERT J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIBODEAUX, DONALD, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  THIBODEAUX, EDDIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THIBODEAUX, EDDIE, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  THIBODEAUX, ERNEST J, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  THIBODEAUX, EUWELL, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  THIBODEAUX, HERBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  THIBODEAUX, III, JOHN R, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  THIBODEAUX, JOHN J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  THIBODEAUX, JOSEPH B, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  THIBODEAUX, JOSEPH H, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068  THIBODEAUX, JOSEPH, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  THIBODEAUX, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  THIBODEAUX, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  THIBODEAUX, JR, JAMES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  THIBODEAUX, LEROY J, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  THIBODEAUX, LEROY J, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  THIBODEAUX, LEROY L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  THIBODEAUX, LILIRS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  THIBODEAUX, MELVOLA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIBODEAUX, OGDEN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIBODEAUX, PAUL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIBODEAUX, PHILLIP, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  THIBODEAUX, ROBERT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIBODEAUX, ROBERT, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  THIBODEAUX, ROLAND, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  THIBODEAUX, SR, IRBY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THIBODEAUX, THOMAS R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THIBODEAUX, WHITNEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIBODEAUX, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THIEL, HEINZ W, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

**Svc Lst  Name and Address of Served Party**

21068   THIEL, HEINZ W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THIEL, ROY G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   THIEL, SR, HERMAN J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   THIEL, SR, HERMAN J, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068   THIELE, CHARLES, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THIELE, ELWIN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC, 29465

21068   THIELE, FRED, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   THIELE, MARTIN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   THIELE, REINHOLD W. A, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   THIELE, ROBERT, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   THIELEN, WILLIAM L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THIELEN, WILLIAM, LAW OFRRICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   THIELEN, WILLIAM, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   THIELMAN, ALBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THIEN, EDWARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   THIERHEIMER, TERRANCE, HERBERT B NEWBERG, ESQ , P C, LIPPINCOTT BUILDING, SUITE 200, 227 S 6TH STREET, PHILADELPHIA,, PA, 19106

21068   THIERHEIMER, TERRANCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THIERHEIMER, TERRANCE, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21068   THIERHEIMER, TERRANCE, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   THIERRY, ALLEN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   THIERRY, ARTHUR, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   THIERRY, IRVIN, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   THIERRY, IRVIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   THIERRY, LEO, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THIERRY, SR, FERDINAND, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   THIES, HOWARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   THIES, JAMES K, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   THIES, UWE W, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   THIESING, ALBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   THIGPEN, A C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   THIGPEN, ALBERT L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THIGPEN, ALBERT L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Svc Lst  Name and Address of Served Party**

21068    THIGPEN, ALFRED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    THIGPEN, ALICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    THIGPEN, ANNIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    THIGPEN, ANNIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    THIGPEN, ANTHONY A, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THIGPEN, AUDIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    THIGPEN, AUDIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    THIGPEN, CHARLES D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THIGPEN, DAN D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THIGPEN, DAN D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    THIGPEN, EARL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THIGPEN, EARL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    THIGPEN, EASIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THIGPEN, EASIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    THIGPEN, GEORGE T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THIGPEN, GEORGE T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    THIGPEN, HUGH F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    THIGPEN, JOHN E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THIGPEN, KING J, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    THIGPEN, LEEBERTHA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    THIGPEN, LEMUEL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THIGPEN, LEMUEL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    THIGPEN, LESTER E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THIGPEN, LESTER E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    THIGPEN, LOIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    THIGPEN, LORENZA, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    THIGPEN, MARGIE M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THIGPEN, MILTON L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    THIGPEN, RALPH, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    THIGPEN, SAMMIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    THIGPEN, SAMMIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    THIGPEN, SCOTT, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    THIGPEN, SCOTT, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    THIGPEN, SR, CHARLES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THIGPEN, SR, VERNON, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   THIGPEN, WILLIAM, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   THIGPEN, WILLIAM, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   THIGPIN, SR, ROBERT W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THIM, RICHARD K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THIME, ROBERT E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   THIMESCH, LAWRENCE, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   THINN, AL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   THINNES, WILLIAM R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069   THIRKILL, SYLVESTER, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068   THIRKILL, SYLVESTER, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   THOENNES, VICTOR M, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   THOENNES, VICTOR M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOM, ROBERT W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   THOMANN, WILLIAM, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21069   THOMAS & LIBOWITZ, P A, USF&G BUILDING, 100 LIGHT ST SUITE 1100, BALTIMORE, MD, 21202-1053

21068   THOMAS JR., JAMES J, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   THOMAS SR., THOMAS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   THOMAS, ABRAHAM, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   THOMAS, ADEN C, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   THOMAS, ALBERT, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   THOMAS, ALBERT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069   THOMAS, ALBERT, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068   THOMAS, ALFRED M, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THOMAS, ALLEN W, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   THOMAS, ALMA D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   THOMAS, ALTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   THOMAS, ALVIN J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   THOMAS, ANNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMAS, ANTHONY F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMAS, ANTHONY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THOMAS, ANTHONY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   THOMAS, ARLES C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THOMAS, ARLINDA, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   THOMAS, ARLINDA, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

**Svc Lst  Name and Address of Served Party**

21068  THOMAS, ARTHUR L, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  THOMAS, ARTHUR L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, ARTHUR L, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  THOMAS, ASELL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  THOMAS, BARNEY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  THOMAS, BARNEY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  THOMAS, BENJAMIN D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, BENJAMIN F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  THOMAS, BENJAMIN F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THOMAS, BENJAMIN L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  THOMAS, BENJAMIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  THOMAS, BENJAMIN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  THOMAS, BENNIE A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  THOMAS, BENNIE A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  THOMAS, BENNIE J, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  THOMAS, BENNIE, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068  THOMAS, BERNARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  THOMAS, BERNARD, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068  THOMAS, BILLY E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  THOMAS, BILLY E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  THOMAS, BILLY R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  THOMAS, BOB A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  THOMAS, BOBBIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  THOMAS, BOBBY, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  THOMAS, BOBBY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  THOMAS, BONNY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  THOMAS, BONNY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  THOMAS, BONZIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  THOMAS, BONZIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMAS, BONZIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THOMAS, BOOKER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  THOMAS, BOOKER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  THOMAS, BRAXTON, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  THOMAS, BRAXTON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMAS, C L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  THOMAS, C L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THOMAS, CARRIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | THOMAS, CARRIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THOMAS, CEDRIC, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMAS, CHARLES D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THOMAS, CHARLES D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THOMAS, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMAS, CHARLES E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THOMAS, CHARLES E, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | THOMAS, CHARLES F, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | THOMAS, CHARLES H, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMAS, CHARLES L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | THOMAS, CHARLES O, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMAS, CHARLES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21069 | THOMAS, CHARLES, CASEY, GERRY, CASEY, 110 LAUREL STREET, SAN DIEGO, CA, 92101-1486 |
| 21068 | THOMAS, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | THOMAS, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMAS, CHERYL A, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | THOMAS, CHESTER, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | THOMAS, CLARENCE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMAS, CLARENCE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, CLARENCE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | THOMAS, CLIFFORD J, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | THOMAS, CLIFFORD J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | THOMAS, CLIFTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMAS, CLIFTON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THOMAS, CLYDE L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | THOMAS, CLYDE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THOMAS, CONNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THOMAS, D C, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | THOMAS, DALLAS J, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | THOMAS, DANNIE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | THOMAS, DANNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | THOMAS, DANNY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, DARYL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMAS, DAVID E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THOMAS, DAVID N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, DAVID, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | THOMAS, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | THOMAS, DENSON W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THOMAS, DENTON R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | THOMAS, DENTON R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | THOMAS, DEVON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THOMAS, DONALD A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | THOMAS, DONALD R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THOMAS, DONALD R, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638 |
| 21068 | THOMAS, DONALD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | THOMAS, DORA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | THOMAS, DOUGLAS S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | THOMAS, DOUGLAS S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THOMAS, DUTCH A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THOMAS, EARL H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | THOMAS, EARL H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THOMAS, ED, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THOMAS, EDDIE F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THOMAS, EDDIE F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THOMAS, EDDIE L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | THOMAS, EDWARD J, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | THOMAS, EGBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | THOMAS, ELEANOR, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | THOMAS, ELIZABETH N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THOMAS, ELIZABETH N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THOMAS, ELLA M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, ELTON O, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THOMAS, ELZRA N, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | THOMAS, EMIL, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | THOMAS, EMIL, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222 |
| 21068 | THOMAS, EMMET, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | THOMAS, ERNEST L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | THOMAS, ERVIN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMAS, EUGENE D, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180 |
| 21068 | THOMAS, EUGENE F, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902 |
| 21069 | THOMAS, EUGENE J, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846 |
| 21068 | THOMAS, EUGENE, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | THOMAS, EZEKEL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | THOMAS, EZELL, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216 |
| 21068 | THOMAS, EZELL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21069 | THOMAS, EZELL, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533 |
| 21068 | THOMAS, FLOYD D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THOMAS, FLOYD J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | THOMAS, FLOYD J, WAGONER STEINBERG, 7445 AIRPORT HIGHWAY, HOLLAND, OH, 43528 |
| 21068 | THOMAS, FRANK W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, FRANKLIN K, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | THOMAS, FRED R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | THOMAS, FRED R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | THOMAS, FRED R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THOMAS, GAYLE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THOMAS, GAYLE L, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | THOMAS, GENNIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMAS, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, GEORGE J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21069 | THOMAS, GEORGE L, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084 |
| 21068 | THOMAS, GEORGE L, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | THOMAS, GEORGE N, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | THOMAS, GEORGE W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | THOMAS, GEORGE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911 |
| 21068 | THOMAS, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | THOMAS, GERALD F, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | THOMAS, GERALD H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | THOMAS, GERALD W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | THOMAS, GORDON C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THOMAS, HARB, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, HARLIE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, HARLIE B, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | THOMAS, HAROLD E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | THOMAS, HARVEY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THOMAS, HARVEY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THOMAS, HAZEL, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | THOMAS, HAZEL, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | THOMAS, HENRY F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMAS, HENRY M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMAS, HENRY, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225 |
| 21068 | THOMAS, HENRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |

**Svc Lst  Name and Address of Served Party**

---

21068  THOMAS, HENRY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  THOMAS, HENRY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  THOMAS, HERMAN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  THOMAS, HERSHEL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, HEZEKIAH, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  THOMAS, HEZEKIAH, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  THOMAS, HOLLY V, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  THOMAS, HOLLY V, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  THOMAS, HOSIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  THOMAS, HOWARD D, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  THOMAS, HOWARD D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMAS, HOWARD M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMAS, HOWARD, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  THOMAS, HOWARD, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  THOMAS, HUBERT H, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  THOMAS, HUGH L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, ISAC, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  THOMAS, ISAC, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  THOMAS, IVAN K, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  THOMAS, J D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  THOMAS, J L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  THOMAS, J L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THOMAS, JACK C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  THOMAS, JACK C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  THOMAS, JACK E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  THOMAS, JACK M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  THOMAS, JACK, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068  THOMAS, JAMES A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069  THOMAS, JAMES D, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068  THOMAS, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMAS, JAMES E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21069  THOMAS, JAMES E, DERR & ASSOCIATES, 200 N 3RD STREET, SUITE 8, PO BOX 1006, BOISE, ID, 83701-1006

21068  THOMAS, JAMES E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  THOMAS, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  THOMAS, JAMES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069  THOMAS, JAMES E, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | THOMAS, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | THOMAS, JAMES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THOMAS, JAMES E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | THOMAS, JAMES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THOMAS, JAMES E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | THOMAS, JAMES F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21069 | THOMAS, JAMES F, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766 |
| 21068 | THOMAS, JAMES F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THOMAS, JAMES H, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | THOMAS, JAMES H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | THOMAS, JAMES J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THOMAS, JAMES K, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THOMAS, JAMES L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | THOMAS, JAMES L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THOMAS, JAMES R, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | THOMAS, JAMES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | THOMAS, JAMES R, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | THOMAS, JAMES R, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | THOMAS, JAMES W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THOMAS, JAMES W, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | THOMAS, JAMES W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | THOMAS, JAMES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMAS, JAMES W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THOMAS, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | THOMAS, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMAS, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | THOMAS, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | THOMAS, JANET, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMAS, JEFFIE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21069 | THOMAS, JERRY A, MILES & STOCKBRIDGE, 10 LIGHT STREET, BALTIMORE, MD, 21202 |
| 21068 | THOMAS, JERRY K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THOMAS, JERRY W, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180 |
| 21068 | THOMAS, JESSIE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMAS, JIMMIE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THOMAS, JIMMY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    THOMAS, JOE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THOMAS, JOE E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    THOMAS, JOE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    THOMAS, JOE T, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    THOMAS, JOE, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    THOMAS, JOEL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    THOMAS, JOHN E, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    THOMAS, JOHN F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    THOMAS, JOHN H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    THOMAS, JOHN H, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    THOMAS, JOHN I, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THOMAS, JOHN L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    THOMAS, JOHN M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    THOMAS, JOHN M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THOMAS, JOHN M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THOMAS, JOHN O, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THOMAS, JOHN O, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    THOMAS, JOHN R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    THOMAS, JOHN R, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    THOMAS, JOHN W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    THOMAS, JOHN W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMAS, JOHN W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMAS, JOHN W, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    THOMAS, JOHN, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068    THOMAS, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    THOMAS, JOHN, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    THOMAS, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    THOMAS, JOHNNY P, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    THOMAS, JOHNNY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMAS, JOHNNY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMAS, JOSEPH DANIEL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    THOMAS, JOSEPH P, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    THOMAS, JOSEPH R, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    THOMAS, JOSEPH, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    THOMAS, JOSEPH, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

Svc Lst  Name and Address of Served Party

21068   THOMAS, JOSEPH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMAS, JOSEPH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THOMAS, JOSEPH, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   THOMAS, JOYCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMAS, JR, CLIFFORD, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   THOMAS, JR, CLIFFORD, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   THOMAS, JR, CLIFFORD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   THOMAS, JR, CLYDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMAS, JR, CLYDE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   THOMAS, JR, DAVID, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   THOMAS, JR, EDWARD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMAS, JR, ELLIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THOMAS, JR, FLOYD G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   THOMAS, JR, GEORGE C, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 19TH FL, PHILADELPHIA, PA, 19107

21068   THOMAS, JR, HARRY C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   THOMAS, JR, HERBERT, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   THOMAS, JR, HERBERT, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   THOMAS, JR, ISAAC, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   THOMAS, JR, ISAAC, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   THOMAS, JR, JACK, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   THOMAS, JR, JACK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMAS, JR, JACK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMAS, JR, JESSE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THOMAS, JR, JOHN W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   THOMAS, JR, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THOMAS, JR, JOHNNIE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMAS, JR, LEROY, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   THOMAS, JR, MORRIS T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMAS, JR, MOSES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   THOMAS, JR, OSCAR, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMAS, JR, OSCAR, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   THOMAS, JR, PHILIP, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   THOMAS, JR, PHILLIP, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THOMAS, JR, ROBERT L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   THOMAS, JR, W D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   THOMAS, JR., CHARLES L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   THOMAS, JR., JOHN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THOMAS, JUDITH A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    THOMAS, JUDITH A, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068    THOMAS, JUETTE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    THOMAS, JUNIOR B, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    THOMAS, KELLY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THOMAS, KENNETH A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    THOMAS, KENNETH A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    THOMAS, KENNETH M, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    THOMAS, KENNETH, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    THOMAS, KENNETH, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THOMAS, LAMAR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    THOMAS, LAMAR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    THOMAS, LARRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069    THOMAS, LAWRENCE, MALONEY MARTIN & MITCHELL LLP, 3401 ALLEN PARKWAY STE 100, HOUSTON, TX, 77019

21068    THOMAS, LEE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMAS, LEEROY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    THOMAS, LEO, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068    THOMAS, LEO, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    THOMAS, LEO, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    THOMAS, LEODA, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068    THOMAS, LEODA, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068    THOMAS, LEON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    THOMAS, LEONARD, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    THOMAS, LEONARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    THOMAS, LEROY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    THOMAS, LESTER, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THOMAS, LEWIS W, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    THOMAS, LEWIS W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THOMAS, LEWIS, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    THOMAS, LEWIS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THOMAS, LILLILE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THOMAS, LILLILE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    THOMAS, LLOYD R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THOMAS, LLOYD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    THOMAS, LOIS M, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

**Svc Lst  Name and Address of Served Party**

21068   THOMAS, LONA C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   THOMAS, LONA C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   THOMAS, LONICE E, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   THOMAS, LOREN E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   THOMAS, LORENE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMAS, LORENE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMAS, LOUIS C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   THOMAS, LOUIS E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   THOMAS, LOUIS E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THOMAS, LOUIS V, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   THOMAS, LOUIS V, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   THOMAS, LOUIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THOMAS, LOWELL, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   THOMAS, LUCIOUS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THOMAS, LUCIOUS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THOMAS, LUKE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THOMAS, LZETTA L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMAS, MACK W, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   THOMAS, MACK W, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   THOMAS, MARIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THOMAS, MARIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THOMAS, MARIE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMAS, MARION K, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   THOMAS, MARION, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   THOMAS, MARSHALL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMAS, MARTHA P, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   THOMAS, MARTIN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMAS, MARY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THOMAS, MARY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THOMAS, MARY B, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   THOMAS, MARY C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMAS, MARY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THOMAS, MARY H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMAS, MARY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THOMAS, MARY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THOMAS, MATTHEW, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   THOMAS, MATTIE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068  THOMAS, MAURICE A, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  THOMAS, MAURICE N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, MAURICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  THOMAS, MELTON, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  THOMAS, MELVIN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  THOMAS, MILBURN S, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  THOMAS, MILBURN S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMAS, MILTON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  THOMAS, MILTON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THOMAS, MINIA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  THOMAS, MINIA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  THOMAS, MORRIS, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  THOMAS, NATHANIEL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  THOMAS, NEWTON E, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  THOMAS, NONA B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  THOMAS, NONA B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  THOMAS, NORMAN H, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  THOMAS, NORMAN, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068  THOMAS, O C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  THOMAS, OFFIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  THOMAS, OFFIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THOMAS, OSCAR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  THOMAS, OSCAR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  THOMAS, OTIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  THOMAS, OTIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  THOMAS, PAUL D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, PAUL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  THOMAS, PAUL, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  THOMAS, PERRY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  THOMAS, PETER T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  THOMAS, PRESTON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  THOMAS, PRINCE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  THOMAS, PRINCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMAS, PROSTELL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  THOMAS, QUINTON, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  THOMAS, R A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMAS, RAY E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    THOMAS, RAYMOND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMAS, RAYMOND, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    THOMAS, RICHARD G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    THOMAS, RICHARD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    THOMAS, RICHARD N, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THOMAS, RICHARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    THOMAS, ROBERT C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THOMAS, ROBERT C, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    THOMAS, ROBERT D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    THOMAS, ROBERT D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    THOMAS, ROBERT D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THOMAS, ROBERT J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    THOMAS, ROBERT J, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068    THOMAS, ROBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    THOMAS, ROBERT L, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21069    THOMAS, ROBERT L, OAXACO BERNAL & ASSOCIATES, 1515 MONTANA AVENUE, EL PASO, TX, 79902

21068    THOMAS, ROBERT L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    THOMAS, ROBERT L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    THOMAS, ROBERT P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    THOMAS, ROBERT P, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068    THOMAS, ROBERT S, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THOMAS, ROBERT W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMAS, ROBERT W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    THOMAS, ROBERT W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMAS, ROBERT, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMAS, ROBERT, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMAS, ROBERT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THOMAS, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    THOMAS, ROGER F, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THOMAS, ROLAND, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    THOMAS, RONALD P, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068    THOMAS, RONALD R, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    THOMAS, RONALD R, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068    THOMAS, ROWLAND, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

**Svc Lst  Name and Address of Served Party**

21068  THOMAS, RUFUS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  THOMAS, RUSSELL L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  THOMAS, SADIE F, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  THOMAS, SADIE F, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  THOMAS, SAM J, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  THOMAS, SAM, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  THOMAS, SAMMIE D, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21069  THOMAS, SAMUEL J, MORGAN & MEYERS, COURTNEY MORGAN, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800

21068  THOMAS, SARAH R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THOMAS, SEVOLA, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  THOMAS, SHEILA H, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  THOMAS, SIDNEY B, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  THOMAS, SR, ALBERT E, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068  THOMAS, SR, ALBERT E, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068  THOMAS, SR, ALFRED E, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  THOMAS, SR, ALFRED, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  THOMAS, SR, ALFRED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMAS, SR, ALFRED, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  THOMAS, SR, ALMOUS, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  THOMAS, SR, CHARLES, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  THOMAS, SR, CHARLES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  THOMAS, SR, CLEO C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  THOMAS, SR, FRANK, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, SR, JAMES, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  THOMAS, SR, JOHN C, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  THOMAS, SR, JOHN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  THOMAS, SR, JOHN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  THOMAS, SR, LEON, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  THOMAS, SR, LESLIE, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  THOMAS, SR, LLOYD, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  THOMAS, SR, MICHAEL D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, SR, NELSON, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, SR, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMAS, SR, RUSSELL, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  THOMAS, SR, TROY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  THOMAS, SR, VIRGIL, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    THOMAS, SR, WILBERT, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    THOMAS, SR, WILLIE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THOMAS, SR, WILSON, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THOMAS, SR., JAMES, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    THOMAS, SR., JAMES, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    THOMAS, STANLEY H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMAS, STANLEY H, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    THOMAS, THELDO, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068    THOMAS, THEOPHILUS V, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    THOMAS, THEOPHILUS V, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    THOMAS, THOMAS G, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    THOMAS, TILDA M, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    THOMAS, TILDA M, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    THOMAS, TOMMIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THOMAS, TOMMIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    THOMAS, TOMMY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    THOMAS, TRUMAN E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    THOMAS, TYRONE P, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    THOMAS, TYRONE, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    THOMAS, VANCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    THOMAS, VELMA, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    THOMAS, VERNON R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    THOMAS, VERNON S, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    THOMAS, VESSIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    THOMAS, VIRGIL, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068    THOMAS, VIRGIL, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068    THOMAS, VIRGINIA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    THOMAS, WADE A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    THOMAS, WADE R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMAS, WADE R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMAS, WAYNE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THOMAS, WILBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THOMAS, WILLIAM E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    THOMAS, WILLIAM E, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068    THOMAS, WILLIAM E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THOMAS, WILLIAM J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    THOMAS, WILLIAM J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    THOMAS, WILLIAM MORRIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    THOMAS, WILLIAM O, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    THOMAS, WILLIAM O, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    THOMAS, WILLIAM P, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    THOMAS, WILLIAM R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    THOMAS, WILLIAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    THOMAS, WILLIAM, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068    THOMAS, WILLIAM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    THOMAS, WILLIAM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    THOMAS, WILLIAM, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068    THOMAS, WILLIAM, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    THOMAS, WILLIE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMAS, WILLIE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMAS, WILLIE G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMAS, WILLIE J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THOMAS, WILLIE R, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068    THOMAS, WILLIE R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    THOMAS, WILLIE S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    THOMAS, WILLIE S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THOMAS, WILLIE S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    THOMAS, WILLIE W, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    THOMAS, WILLIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    THOMAS, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    THOMAS, WILLIE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THOMAS, WILLIS R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    THOMAS, WILLIS R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    THOMAS, WILMA P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    THOMAS, WINSTON W, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    THOMAS, WOODROW, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THOMAS, WOODROW, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    THOMAS, YANCY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    THOMASON, BILLY V, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    THOMASON, BILLY V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    THOMASON, BILLY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    THOMASON, C O, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    THOMASON, C O, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   THOMASON, CARROLL, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068   THOMASON, DENVIL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   THOMASON, DENVIL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMASON, JAMES R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMASON, JERRY R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THOMASON, JERRY R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THOMASON, ROBERT O, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   THOMASON, WILLIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THOMASON, WILLIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THOMASSON, HASKELL G, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   THOMASSON, MARSHALL, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   THOMASTON, CHRISTINE S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THOMASTON, CHRISTINE S, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   THOMASTON, THOMAS H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THOME, THOMAS, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   THOMES, HENRY J, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   THOMLEY, ARTHUR, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   THOMLEY, ESTELENE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   THOMLEY, JAMES W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   THOMLEY, SYLVESTER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMLINSON, HENRY B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THOMPKIN, DAVID R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THOMPKINS, CORA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMPKINS, JOHNNY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMPKINS, TERRELL V, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   THOMPSON JR., ROBERT E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   THOMPSON, ALBERT C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMPSON, ALBERT C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THOMPSON, ALONZO, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   THOMPSON, ALONZO, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMPSON, ALONZO, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMPSON, ALVIN, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   THOMPSON, ANNIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   THOMPSON, ANNIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   THOMPSON, ANNIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068 THOMPSON, ARTHUR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 THOMPSON, ARTHUR, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 THOMPSON, AUBREY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 THOMPSON, AUBREY E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 THOMPSON, BEATRICE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, BEN F, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068 THOMPSON, BENJAMIN F, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068 THOMPSON, BENJAMIN H, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068 THOMPSON, BENNIE S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 THOMPSON, BENNIE S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 THOMPSON, BILLY L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068 THOMPSON, BILLY S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 THOMPSON, BOB L, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 THOMPSON, BOBBY H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 THOMPSON, BOBBY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068 THOMPSON, BOBBY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21069 THOMPSON, BRYAN H, WALTER UMPHREY LAW FIRM, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068 THOMPSON, BURRY G, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068 THOMPSON, C J, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068 THOMPSON, CALVIN, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 THOMPSON, CECIL B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 THOMPSON, CHARLES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, CHARLES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 THOMPSON, CHARLES P, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069 THOMPSON, CHARLES R, GRENFELL, SLEDGE & STEVENS PLLC, 1659 LELIA DRIVE, JACKSON, MS, 39216

21068 THOMPSON, CHARLES R, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21069 THOMPSON, CHARLES R, PAGE, MANNINO, PERESICH, DICKINSON & MCDERMOTT, PL, 759 VIEUX MARCHE` MALL, BILOXI, MS, 39533

21068 THOMPSON, CHARLES ROSS, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068 THOMPSON, CHARLES W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21069 THOMPSON, CHARLES, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701

21068 THOMPSON, CHARLES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 THOMPSON, CHARLES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 THOMPSON, CHARLES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068 THOMPSON, CHARLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 THOMPSON, CLAYTON L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 THOMPSON, CLEO E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068 THOMPSON, COSTER T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 THOMPSON, COTY W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068 THOMPSON, CURTIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068 THOMPSON, DALE R, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068 THOMPSON, DALE R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068 THOMPSON, DALE R, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 THOMPSON, DALE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069 THOMPSON, DALE, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068 THOMPSON, DARRELL G, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068 THOMPSON, DARRELL G, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, DARRELL G, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068 THOMPSON, DARWIN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 THOMPSON, DAVID E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 THOMPSON, DAVID E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 THOMPSON, DAVID E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, DAVID L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 THOMPSON, DAVID S, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069 THOMPSON, DAVID S, TALBOT, CARMOUCHE, MARCHAND, PO BOX 759, GONZALES, LA, 70707

21068 THOMPSON, DAVID W, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068 THOMPSON, DAVID, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 THOMPSON, DAVID, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068 THOMPSON, DELMER C, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068 THOMPSON, DENNIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 THOMPSON, DESSIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 THOMPSON, DESSIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 THOMPSON, DEWEY A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 THOMPSON, DON A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, DONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 THOMPSON, DONALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 THOMPSON, DONALD E, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    THOMPSON, DONALD, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334

21068    THOMPSON, DONALD, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    THOMPSON, DOROTHY M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    THOMPSON, DORSEY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMPSON, DORSEY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMPSON, DOUGLASS F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMPSON, E J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    THOMPSON, E J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    THOMPSON, EARL, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069    THOMPSON, EARL, LAW OFFICE OF THOMAS D THOMAS, 3100 DONALD DOUGLAS LOOP N STE 30-5, SANTA MONICA, CA, 90405

21068    THOMPSON, EARL, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068    THOMPSON, EARLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    THOMPSON, EARLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    THOMPSON, EARLINE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    THOMPSON, EDDIE, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068    THOMPSON, EDDIE, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068    THOMPSON, EDGAR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    THOMPSON, EDWIN Y, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    THOMPSON, ELIZABETH B, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    THOMPSON, ELIZABETH B, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    THOMPSON, ELOISE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    THOMPSON, EMMETT, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    THOMPSON, ERLE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMPSON, ERNEST, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    THOMPSON, EVAN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMPSON, EZAION, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THOMPSON, EZAION, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    THOMPSON, EZRA C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMPSON, FELTON T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    THOMPSON, FLOYD F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    THOMPSON, FRANCES C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    THOMPSON, FRANCES C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    THOMPSON, FRANK L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    THOMPSON, FRANK R, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    THOMPSON, FRED J, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   THOMPSON, GARY F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   THOMPSON, GARY J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   THOMPSON, GARY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMPSON, GARY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   THOMPSON, GARY, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701

21068   THOMPSON, GEORGE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   THOMPSON, GERALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THOMPSON, GLADSTONE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   THOMPSON, GLYNN M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069   THOMPSON, HARLEY, GREENFIELD, GREENFIELD & ASSOCIATES, 1035 FIFTH AVENUE, PITTSBURGH, PA, 15219

21068   THOMPSON, HARRY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THOMPSON, HARRY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   THOMPSON, HELEN M, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   THOMPSON, HELEN M, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   THOMPSON, HENRY H, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   THOMPSON, HERBERT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   THOMPSON, HERBERT, THE SEGAL LAW FIRM, 810 KANAWHA BOULEVARD, CHARLESTON, WV, 25301

21068   THOMPSON, HOMER A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMPSON, HOMER A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THOMPSON, HOUSTON, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   THOMPSON, HOUSTON, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   THOMPSON, HOWARD G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMPSON, HOWARD G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   THOMPSON, INEZ, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701

21069   THOMPSON, IRVING, BLATT & FALES, PO BOX 365, BARNWELL, SC, 29812

21068   THOMPSON, ISAAC M, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   THOMPSON, J D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMPSON, J T, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   THOMPSON, JACK BENNY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   THOMPSON, JACK H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   THOMPSON, JACK M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THOMPSON, JACK, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   THOMPSON, JACK, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THOMPSON, JACQUE W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THOMPSON, JAMES C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THOMPSON, JAMES C, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   THOMPSON, JAMES C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMPSON, JAMES D, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107