**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069  THOMPSON, JAMES D, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567

21068  THOMPSON, JAMES D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  THOMPSON, JAMES D, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069  THOMPSON, JAMES D, MS MUNICIPAL COURT MOSS POINT MUNICIPALITY, HON JIM DAVIS HULL, 4900 MAIN ST, MOSS POINT, MS, 39563-2735

21069  THOMPSON, JAMES D, PERKINS & FERRIS, PO BOX 570, MACON, MS, 39341

21069  THOMPSON, JAMES D, ROSENTHAL, HARRY J ROSENTHAL, ESQ, 834 WEST CAPITOL STREET, JACKSON, MS, 39203

21068  THOMPSON, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMPSON, JAMES E, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  THOMPSON, JAMES E, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068  THOMPSON, JAMES E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  THOMPSON, JAMES F, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  THOMPSON, JAMES H, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  THOMPSON, JAMES M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  THOMPSON, JAMES M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMPSON, JAMES M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THOMPSON, JAMES P, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  THOMPSON, JAMES R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  THOMPSON, JAMES R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  THOMPSON, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMPSON, JAMES R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THOMPSON, JAMES R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  THOMPSON, JAMES S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMPSON, JAMES W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMPSON, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMPSON, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  THOMPSON, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069  THOMPSON, JAMES, J MICHAEL FITZGERALD, RR 1 BOX 85, FORT CALHOUN, NE, 68023

21068  THOMPSON, JAMES, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  THOMPSON, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMPSON, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  THOMPSON, JAMES, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  THOMPSON, JEANE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMPSON, JERRY J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  THOMPSON, JERRY L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMPSON, JERRY L, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  THOMPSON, JERRY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  THOMPSON, JESSIE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | THOMPSON, JIM H, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | THOMPSON, JIMMIE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMPSON, JIMMIE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THOMPSON, JOE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | THOMPSON, JOE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMPSON, JOHN A, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334 |
| 21068 | THOMPSON, JOHN B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THOMPSON, JOHN F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | THOMPSON, JOHN I, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THOMPSON, JOHN J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THOMPSON, JOHN V, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THOMPSON, JOHN W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THOMPSON, JOHN, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638 |
| 21068 | THOMPSON, JORGE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | THOMPSON, JOSEPH N, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | THOMPSON, JOSEPH, LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612 |
| 21068 | THOMPSON, JOSEPH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THOMPSON, JOSIE A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | THOMPSON, JR, CLARENCE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | THOMPSON, JR, DELBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMPSON, JR, FRED, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THOMPSON, JR, GEORGE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMPSON, JR, HEREFORD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | THOMPSON, JR, HEREFORD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THOMPSON, JR, JOHN N, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | THOMPSON, JR, JOSEPH A, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | THOMPSON, JR, JOSEPH A, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | THOMPSON, JR, LEON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMPSON, JR, NEMIAH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMPSON, JR, ROBERT T, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | THOMPSON, JR, ROY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMPSON, JR, WALTER E, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21069 | THOMPSON, JR, WALTER E, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307 |
| 21068 | THOMPSON, JR, WILEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMPSON, JR, WILEY, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |

**Svc Lst   Name and Address of Served Party**

21068   THOMPSON, JR, WILLE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   THOMPSON, JR, WILLIAM A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THOMPSON, JR, WILSON, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   THOMPSON, JR., ARTHUR J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   THOMPSON, JR., CARL, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   THOMPSON, JR., CARL, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   THOMPSON, JR., NEMIAH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   THOMPSON, KENNETH E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THOMPSON, KENNETH E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THOMPSON, KENNETH L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   THOMPSON, KENNETH R, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   THOMPSON, KENNETH R, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   THOMPSON, L T, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THOMPSON, L T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   THOMPSON, LARRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THOMPSON, LEEGUSTHER, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THOMPSON, LELAND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMPSON, LEO B, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   THOMPSON, LEONARD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMPSON, LEONARD W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THOMPSON, LEROY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   THOMPSON, LEROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THOMPSON, LESTER C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   THOMPSON, LESTER C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   THOMPSON, LIZA M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THOMPSON, LIZA M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   THOMPSON, LIZZIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   THOMPSON, LIZZIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069   THOMPSON, LLOYD, CRIPPEN & CLINE LC, 10 WEST 100 S STE 425, SALT LAKE CITY, UT, 84101

21068   THOMPSON, LLOYD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THOMPSON, LLOYD, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   THOMPSON, LOUIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   THOMPSON, LOWELL M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THOMPSON, LOWELL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 THOMPSON, LUCIES D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068 THOMPSON, MAGDALINE J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 THOMPSON, MAGDALINE J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 THOMPSON, MANLEY A, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068 THOMPSON, MARGIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 THOMPSON, MARGIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 THOMPSON, MARK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068 THOMPSON, MARTHA S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 THOMPSON, MARTIN T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068 THOMPSON, MARVIN D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068 THOMPSON, MARY E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068 THOMPSON, MARY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 THOMPSON, MARY F, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068 THOMPSON, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 THOMPSON, MARY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 THOMPSON, MICHAEL B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, MICHAEL D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, MICHALE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 THOMPSON, NATHAN D, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068 THOMPSON, NORMAN C, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068 THOMPSON, NORRIS, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068 THOMPSON, NORVILLE E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068 THOMPSON, O`BRIEN F, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068 THOMPSON, OLLIE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 THOMPSON, OLLIE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 THOMPSON, OLLIS N, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068 THOMPSON, OLLIS N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 THOMPSON, OLLIS N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 THOMPSON, OMAR F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 THOMPSON, OWEN C, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068 THOMPSON, OWEN C, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068 THOMPSON, OWEN, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068 THOMPSON, OWEN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   THOMPSON, OWEN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THOMPSON, PATRICIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THOMPSON, PATRICK O, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   THOMPSON, PAUL M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMPSON, PAUL M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THOMPSON, PAUL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMPSON, PERRY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   THOMPSON, RALPH A, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   THOMPSON, RALPH C, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   THOMPSON, RALPH N, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   THOMPSON, RAY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMPSON, RAYMOND W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMPSON, REX R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMPSON, RICHARD A, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   THOMPSON, RICHARD A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   THOMPSON, RICHARD B, VENABLE & VENABLE, 205 S HOOVER BLVC, TAMPA, FL, 33609-3591

21069   THOMPSON, RICHARD B, VENABLE & VENABLE, 4902 ANDROS DR, TAMPA, FL, 33629-4802

21068   THOMPSON, RICHARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   THOMPSON, RICHARD E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   THOMPSON, RICHARD F, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   THOMPSON, RICHARD H, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   THOMPSON, RICHARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   THOMPSON, RICHARD, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   THOMPSON, RICHARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THOMPSON, ROBERT E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMPSON, ROBERT E, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068   THOMPSON, ROBERT E, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   THOMPSON, ROBERT J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   THOMPSON, ROBERT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THOMPSON, ROBERT J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   THOMPSON, ROBERT J, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   THOMPSON, ROBERT L, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   THOMPSON, ROBERT L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   THOMPSON, ROBERT L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   THOMPSON, ROBERT M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THOMPSON, ROBERT P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  THOMPSON, ROBERT P, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  THOMPSON, ROBERT W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  THOMPSON, ROBERT W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  THOMPSON, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMPSON, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  THOMPSON, ROBERT, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  THOMPSON, RONALD R, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  THOMPSON, RONALD, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068  THOMPSON, RONNIE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  THOMPSON, RONNIE, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068  THOMPSON, RONNIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  THOMPSON, ROSS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  THOMPSON, ROSS, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  THOMPSON, ROY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMPSON, ROY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  THOMPSON, RUSSELL R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  THOMPSON, RUTLEDGE B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  THOMPSON, SAMUEL E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  THOMPSON, SARAH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  THOMPSON, SARAH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  THOMPSON, SHEILA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  THOMPSON, SHEILA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMPSON, SR, CARL F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  THOMPSON, SR, CARL F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  THOMPSON, SR, CLIFFORD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  THOMPSON, SR, DAVID H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  THOMPSON, SR, ROY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  THOMPSON, STANLEY E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  THOMPSON, SYLVESTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  THOMPSON, SYLVESTER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069  THOMPSON, TEDDY, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068  THOMPSON, TERRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  THOMPSON, TERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  THOMPSON, TEX R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  THOMPSON, TEX R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | THOMPSON, THEODORE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THOMPSON, THERMAN, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | THOMPSON, THERMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THOMPSON, THERMAN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | THOMPSON, THURMOND U, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 |
| 21068 | THOMPSON, TIMOTHY R, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | THOMPSON, TONY B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMPSON, TONY B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THOMPSON, VALETTE, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | THOMPSON, VERNON W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THOMPSON, VICTOR, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | THOMPSON, VICTOR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THOMPSON, VINCENT, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | THOMPSON, VINSON L, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | THOMPSON, VIRGINIA A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMPSON, WADELL, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | THOMPSON, WALLACE, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THOMPSON, WALTER E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | THOMPSON, WILBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | THOMPSON, WILLIAM D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THOMPSON, WILLIAM E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | THOMPSON, WILLIAM M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THOMPSON, WILLIAM M, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | THOMPSON, WILLIAM O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | THOMPSON, WILLIAM, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | THOMPSON, WILLIAM, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801 |
| 21068 | THOMPSON, WILLIAMS D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THOMPSON, WILLIE A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THOMPSON, WILLIE J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | THOMPSON, WILLIE J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | THOMPSON, WILLIE M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THOMPSON, WILLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THOMPSON, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THOMPSON, WOODROW W, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | THOMPSON, WOODROW W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

Svc Lst  Name and Address of Served Party

21068   THOMPSON, YVONNE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   THOMPSON, YVONNE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   THOMPSON, ZESTER, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   THOMPSON, ZESTER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THOMPSON, ZESTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THOMS, WILLIAM E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   THONER, HAROLD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   THOR, WALTER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THORDARSON, HELGI, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068   THORDSRSON, CHARLOTTE, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21069   THORICHT, RICHARD L, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068   THORINGTON, RICHARD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   THORN, CHARLES R, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068   THORN, ENOS, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   THORN, ENOS, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   THORN, JAMES C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THORN, RICHARD H, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   THORN, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   THORN, WILLIAM R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   THORNBRUGH, CLOYCE D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   THORNBURG, HUGH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   THORNBURG, MARY E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THORNBURG, MARY E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THORNBURG, RAYMOND T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   THORNDYKE, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   THORNE, C T, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   THORNE, C T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   THORNE, CAROLYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   THORNE, CAROLYN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   THORNE, CECIL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   THORNE, CECIL, OWEN & GALLOWAY, PLLC, OWEN BLDG, 1414 25TH AVE, GULFPORT, MS, 39501-1933

21069   THORNE, CECIL, RICHARD F PATE & ASSOCIATES PC, PO DRAWER 1308, 56-58 S CONCEPTION ST, MOBILE, AL, 36633

21069   THORNE, CECIL, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | THORNE, GEORGE C, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | THORNE, RAYFORD, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | THORNE, RAYFORD, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | THORNEYCROFT, DONALD E, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | THORNHILL, GLENN H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | THORNHILL, GLENN H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | THORNHILL, HARRY C, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | THORNHILL, LESTER B, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | THORNHILL, ROBERT E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THORNHILL, RUBY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THORNHILL, RUBY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THORNHILL, SAM, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | THORNHILL, SAM, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | THORNHILL, SAM, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | THORNHILL, WALTER C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THORNHILL, WYNDALL L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | THORNHILL, WYNDALL L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | THORNLEY, DAVID, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | THORNLEY, LEO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THORNSBERRY, DOUGLAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | THORNSBERRY, EMIL, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | THORNTON, ANDREW B, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | THORNTON, CARL D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THORNTON, CARL D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THORNTON, CARL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THORNTON, CECIL R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THORNTON, CHARLIE L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | THORNTON, CLARA L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THORNTON, CLOIS E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THORNTON, CLOIS E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THORNTON, CLYDE L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | THORNTON, CLYDE L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THORNTON, DANNY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THORNTON, DARRELL R, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | THORNTON, DAVID C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Svc Lst  Name and Address of Served Party**

21068   THORNTON, DAVID J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   THORNTON, DORMAN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   THORNTON, DREXEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   THORNTON, EDWARD B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   THORNTON, EDWARD B, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   THORNTON, EDWARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   THORNTON, ELIJAH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   THORNTON, ERVIN, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   THORNTON, FENLEY, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   THORNTON, FRANK, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   THORNTON, GILBERT O, HARVEY D PEYTON, ESQUIRE, PO BOX 216, 2602 FIRST AVENUE, NITRO, WV, 25143

21068   THORNTON, HAROLD D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   THORNTON, HUSIE P, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   THORNTON, JACK L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   THORNTON, JESSIE E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   THORNTON, JOE M, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   THORNTON, JOHN W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   THORNTON, JOHNNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THORNTON, JOHNNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THORNTON, JR, BOBBY, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   THORNTON, JR, KENNETH D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   THORNTON, JR, KENNETH D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069   THORNTON, LONNIE, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAULSALITO, CA, 94965

21068   THORNTON, LUE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   THORNTON, LUE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   THORNTON, MARS D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   THORNTON, MICHAEL P, KIPPEN, JOHN H, THORNTON & NAUMES LLP, 100 SUMMER ST 30TH FL, BOSTON, MA, 02110-2106

21069   THORNTON, MICHAEL P, LEARY, JAMES W, THORNTON & NAUMES LLP, 100 SUMMER ST 30TH FL, BOSTON, MA, 02110-2106

21069   THORNTON, MICHAEL P, RAPP, JOSEPH W, THORNTON & NAUMES LLP, 100 SUMMER ST 30TH FL, BOSTON, MA, 02110-2106

21068   THORNTON, MILTON B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   THORNTON, PAUL D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   THORNTON, RAYMOND G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   THORNTON, RAYMOND G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

Svc Lst  Name and Address of Served Party

| 21068 | THORNTON, RICHARD S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THORNTON, ROBERT E, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | THORNTON, ROBERT T, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | THORNTON, ROBERT W, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | THORNTON, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | THORNTON, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THORNTON, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | THORNTON, RONNIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | THORNTON, ROSCOE, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401 |
| 21068 | THORNTON, ROY T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THORNTON, ROY T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THORNTON, RUTHIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THORNTON, SHIRLEY A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | THORNTON, SHIRLEY A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | THORNTON, SR, ROBERT H, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | THORNTON, TALMADGE W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THORNTON, THOMAS C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | THORNTON, THOMAS C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | THORNTON, THURMAN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THORNTON, THURMON, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437 |
| 21068 | THORNTON, WALTER, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | THORNTON, WILLIAM M, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | THORNTON, WINCE, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233 |
| 21068 | THORNTON, WINCE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THORP, KEITH, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | THORP, LEONDIUS N, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | THORP, LEONDIUS N, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 |
| 21068 | THORPE, FOSTER S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | THORPE, JOHN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THORPE, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THORPE, MELVIN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | THORPE, TEDDY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21069 | THORSON, HARRY A, KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS, 171 TWELFTH STREET, THIRD FLOOR, OAKLAND, CA, 94607 |
| 21068 | THORTON, CAROLYN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THORTON, CAROLYN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THORTON, KATIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | THORTON, MARVIN L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | THRALL, DONALD P, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | THRASH, ANDREW L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THRASH, BOBBY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THRASH, FRANCES C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THRASH, III, ELLIS, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | THRASH, JACK, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | THRASH, JAMES O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THRASH, JR, ROBERT L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | THRASH, JR, ROBERT L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | THRASH, PAUL N, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | THRASH, SR, LEROY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THRASHER, ARTHUR L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | THRASHER, ARTHUR L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | THRASHER, BOBBY R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THRASHER, CHARLES, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | THRASHER, DEBBIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THRASHER, DEBBIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THRASHER, JAMES A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THRASHER, JOHN E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | THRASHER, ROGER L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THRASHER, SR, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THRASHER, WILLIE K, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | THRASHER, WILLIE K, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | THREADGILL, BARBARA E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THREADGILL, BARBARA E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THREADGILL, CORINTH E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THREADGILL, JUANITA L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THREADGILL, LOUIS J, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666 |
| 21068 | THREADGILL, LOUIS J, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | THREADGILL, LOUIS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THREADGILL, LOYD H, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225 |
| 21068 | THREADGILL, LOYD H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | THREADGILL, ROSCOE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THREADGILL, SR, LIEUTENANT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THREATS, JOSEPH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | THREATT, ALICE O, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THREATT, ALICE O, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THREATT, HAROLD, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | THREATT, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | THREATT, THOMAS E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THREATT, THOMAS E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THRELKELD, BOBBY B, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704 |
| 21068 | THRELKELD, PEARL, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | THRELKELD, RICHARD B, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21069 | THRIFT, DON W, LUNDY & DAVIS, L L P, HIBERNIA TOWER, 501 BROAD STREET, PO BOX 3010, LAKE CHARLES, LA, 70602 |
| 21069 | THRIFT, JAMES, TREADWELL, STETLER, ET AL, 4001 TAMIAMI TRAIL NORTH, SUITE 250, NAPLES, FL, 33940 |
| 21068 | THRIFT, QUIDA T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THROCKMORTON, FRANCIS E, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | THROCKMORTON, FRANCIS E, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222 |
| 21068 | THRONE, BENNY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THRONE, EUGENE R, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | THROOP, WILLIAM, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | THROWER, FRANKIE E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | THROWER, GEORGE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | THROWER, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THROWER, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | THROWER, JR, ALVIN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | THROWER, JR, CLYDE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | THROWER, LEONARD A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | THROWER, LEONARD A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | THROWER, RONALD W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | THROWER, RONALD W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THRUSH, JR, LEONARD E, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | THUMM, CHESTER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | THURBER, EVERETT W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | THURMAN, BEAULAH, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | THURMAN, BEAULAH, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | THURMAN, DANNY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THURMAN, DAVID W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | THURMAN, DAVID, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | THURMAN, DAVID, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | THURMAN, DENNIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THURMAN, DENNIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THURMAN, GEORGE C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | THURMAN, GEORGE C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | THURMAN, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | THURMAN, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | THURMAN, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | THURMAN, JIMMY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | THURMAN, JIMMY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | THURMAN, JOHN D, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | THURMAN, LLOYD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | THURMAN, RALPH C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | THURMAN, ROBERT, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | THURMAN, WILBERT, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | THURMAN, WILBERT, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | THURMAN, WILLIE J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | THURMER, DALE A, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | THURMON, JAMES L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | THURMOND, KENNETH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | THURMOND, NATHANIEL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | THURMOND, SR., MILLER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | THURMOND, SR., MILLER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | THURMOND, WALTON P, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144 |
| 21069 | THURNER, ORVAL W, LAW OFFICES OF PETER G ANGELOS, THE JOHN WANAMAKER BLDG, 100 PENN SQUARE E STE 1050 - 10TH FL, PHILADELPHIA, PA, 19107 |
| 21068 | THURNTON, RUDY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | THURSBY, RODNEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | THURSTON, GLENN R, UNGERMAN & IOLA, 1323 EAST 71ST STREET SUITE 300, PO BOX 701917, TULSA, OK, 74170-1917 |
| 21068 | THURSTON, GLENN R, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21068 | THURSTON, WILLIAM, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | THURSTON, WILLIAM, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | THWEATT, ROBERT L, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046 |
| 21068 | THWEATT, ROBERT L, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | THYBERG, ROBERT, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046 |
| 21069 | TIBBETTS, ROBERT E, WILLIAMS & TRINE, P C, 1435 ARAPAHOE AVENUE, BOULDER, CO, 80302-6307 |
| 21068 | TIBBITS, ROBERT, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | TIBBITTS, CLEO L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIBBS, CLINTON, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TIBBS, FINAS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |

Svc Lst  Name and Address of Served Party

21068  TIBBS, JAMES C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TIBBS, JAMES K, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  TIBBS, JR, ROBERT L, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  TIBBS, JR, ROBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TIBBS, JR, ROBERT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TIBBS, STEPHEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TIBBS, TOM, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TIBBS, TOM, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TIBERIO JR., ANTHONY T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TICE, ART, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068  TICE, CHARLES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TICE, CHARLES A, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  TICE, DAVID H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TICE, DAVID H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TICE, EDWARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TICE, JAMES W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  TICE, JR, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TICE, MARION N, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038

21068  TICE, ROBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TICE, ROBERT L, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  TICE, ROY W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TICE, ROY W, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21069  TICHENOR, ROBERT E, MICHIE HAMLETT LOWRY RASMUSSEN & TWELL P C, 500 COURT SQUARE SUITE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22903-6298

21068  TICHENOR, ROBERT E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TICHENOR, ROBERT E, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  TICHNELL, ALFRED L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TICHNELL, ALFRED L, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  TICHNELL, ARNOLD R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TICKELL, MILES J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TICKLER, DIRK W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  TIDGWELL, JOHN L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TIDMORE, JOSEPH, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TIDMORE, LINDA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TIDMORE, ROBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | TIDSBURY, ROBERT, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | TIDWELL, ANNA B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | TIDWELL, ANNA B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | TIDWELL, ARTHUR, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | TIDWELL, BETTY A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | TIDWELL, BETTY A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | TIDWELL, CECIL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | TIDWELL, CLIFFORD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | TIDWELL, EARL E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIDWELL, EUGENE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | TIDWELL, EUGENE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | TIDWELL, FELTON H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | TIDWELL, FELTON H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | TIDWELL, FRANK D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | TIDWELL, GEORGE B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIDWELL, HARRY G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | TIDWELL, J. E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | TIDWELL, JAMES B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIDWELL, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIDWELL, JOHN B, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | TIDWELL, JR, JOE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | TIDWELL, JR, QUILLOUS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | TIDWELL, LEIGH A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | TIDWELL, LEIGH A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | TIDWELL, LEWIS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | TIDWELL, LYNN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | TIDWELL, MARLIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | TIDWELL, MYRTLE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | TIDWELL, MYRTLE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | TIDWELL, RADFORD O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIDWELL, RECER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TIDWELL, RONNIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | TIDWELL, RONNIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | TIDWELL, SARAH M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | TIDWELL, SIMON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TIDWELL, SR, BENJAMIN F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIDWELL, SR, QUILLIOUS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | TIDWELL, THOMAS E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TIDWELL, THOMAS E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | TIDWELL, WILLIAM C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    TIDWELL, WILLIAM H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TIDWELL, WILLIAM, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    TIEGEL, HAROLD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TIEGS, RONALD W, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068    TIEGS, RONALD W, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    TIEMANN, ROSS A, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068    TIERNAN, JOHN F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TIERNEY, CHARLES J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069    TIERNEY, GEORGE F, ROTKO CRESHOFF, 200 LIPPINCOTT BUILDING, 227 SOUTH SIXTH STREET, PHILADELPHIA, PA, 19106

21068    TIERNEY, HARLEY J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    TIERNEY, THOMAS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TIERNEY, THOMAS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    TIESO, JOSE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    TIFT, TILLMAN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    TIGERMAN, STEPHEN M, ACKERMAN, DAVID, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ALBAKRI, ALI M, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ALBERIGI, WILLIAM, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ALEXANDER, THURMAN L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ANDERSON, ROBERT R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ANDERSON, ROY W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21069    TIGERMAN, STEPHEN M, ARANDA, AURELIANO, HUMPHREY FARRINGTON & MCCLAIN PC, PO BOX 900, 221 W LEXINGTON AVE STE 400, INDEPENDENCE, MO, 64050-3722

21068    TIGERMAN, STEPHEN M, ASBORNO, MARIO V, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ATTAWAY, SR, BILLY G, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, BARRINEAU, WILLIAM O, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, BAYBACK, RODNEY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, BEASLEY, ALFRED, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, BEASLEY, ELMO, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, BECK, ROBERT J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, BECKER, WAYNE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, BEGGS, EUGENE L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

| 21068 | TIGERMAN, STEPHEN M, BERK, WILLIAM E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BICHLER, JACOB, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BILLINGS, WARREN H, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BITTLE, GERALD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BJERKE, HOWARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BLACK, ROBERT E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BLAKE, MERLE F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BOOK, WILLIAM, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BORGEN, WILLIAM, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BOUYEA, ROGER, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BRANDT, ARTHUR, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BRATTON, WILLIE T, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BRIGHAM, EDWIN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BRISCOE, TWILVER, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BROWN, BILLIE C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BROWN, GLEN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BROWN, JOHN T, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BROWN, LEONARD F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BUNCUM, JIMMIE L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BURKE, THOMAS R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BURNS, ROBERT, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, BURTON, MATTHEW, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, CABRAL, THOMAS F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, CARR, JR., CLARENCE C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, CASSOU, MARCEL, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, CASTOR, JAMES, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, CHASE, MAURICE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, CLINTON, RICHARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, COLLINS, FRANCIS G, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, COLWELL, PERRY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    TIGERMAN, STEPHEN M, COOKS, FELTON, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, COZBY, WILSON E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, CRAWFORD, SR, ROBERT R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21069    TIGERMAN, STEPHEN M, CURETTE, JOSEPH, HUMPHREY FARRINGTON & MCCLAIN PC, PO BOX 900, 221 W LEXINGTON AVE STE 400, INDEPENDENCE, MO, 64050-3722

21068    TIGERMAN, STEPHEN M, DEWEESE, DALL D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, DUNBAR, D D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, DYER, DALE E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ECKSTEIN, KENNETH G, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, EKBERG, JACK V, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ELLIS, DAVID L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ELLIS, STANLEY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ELSA, GEORGE T, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, EMMANUEL, JAMES, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ENROTH, TOIVO F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, EVERETT, LOUIS E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FAIR, JAY W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FAITH, MELVIN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FARLEY, RICHARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FISCHER, MCKINLEY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FLUSS, WILLIAM P, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21069    TIGERMAN, STEPHEN M, FORD, NORMAN, HAROWITZ & TIGERMAN  LLP, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068    TIGERMAN, STEPHEN M, FORREST, BILLY J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FORWARD, EDDIE C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FRANKLIN, FRED O, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, FREEMAN, ALFRED, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, GATTON, JERALD A, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, GAULT, LEROY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, GIBSON, DANNY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, GISHIZKY, LEV, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, GLADER, SIDNEY B, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TIGERMAN, STEPHEN M, GOLDSTEIN, ABRAHAM, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, GOMES, WILLIAM F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, GRAHAM, FRED, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, GREEN, FELICIA D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, GREEN, GROVER H, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, GRIZZLE, JESSY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, GROSSICH, HERBERT, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HAGAN, WILLIAM H, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HALE, JAMES L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HALLIGAN, ROBERT W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HAMMERLEE, RAYMOND, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HARMON, BARBARA L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HAY, WILLIAM F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HAYES, LESLIE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HAZELWOOD, C D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HEBERT, JAMES L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HENDERSON, HELEN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HOGUE, SR, RICHARD D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HOKE, WOODROW, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HUMMEL, HOWARD S, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HUNTER, FRANKLIN P, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, HYDE, EDWIN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, IGNE, ALFRED M, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, JACKSON, EUGENE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, JAMES, ROBERT, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, JAMES, THOMAS D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, JOHNSON, JR, JAMES, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, JOHNSON, NATHAN C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, JOHNSON, T. C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068   TIGERMAN, STEPHEN M, JONES, NORRIS, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | TIGERMAN, STEPHEN M, JUNIEL, ALBERT, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, KEELING, JR, OTTO, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, KEISCOME, RAYMOND R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, KENNEDY, ROBERT F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, KIRK, WILLIAM K, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, KRAFT, CLAUDE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, KUKAGA, MALO, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LANE, RUPERT O, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LAZAR, ABEL, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LEHMAN, HAROLD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LEWIS, VICTOR E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LILIENTHAL, ANNA M, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LIVINGSTON, PHILLIP, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LOCKETT, CHARLES L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LOGUE, JOHN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LOPES, CONFESSOR, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, LUKSYS, FRANCIS I, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MACDONALD, ROBERT, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MAKHOBEY, WALTER, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MANNING, RICHARD C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MANSELL, ROBERT T, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MARTIN, SR, FRANK R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MARTIN, STANLEY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MCCLOSKEY, CONNIE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MCCORMICK, JAMES A, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MCDANIEL, JOHN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MCDERMOTT, JAMES E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MCGIRR, THEODORE W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MCGREW, FRED R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MCLOUD, FRED, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | TIGERMAN, STEPHEN M, MEDEMA, WILLIAM, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MILES, LEE P, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MONTANO, JOHN H, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MOOREHOUSE, LAURENCE W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MORA, SALVADOR S, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MORENO, RALPH, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, MORRIS, FLORENCE J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, NAU, FRED, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, NELSON, DONALD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, NETTLES, ROOSEVELT, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, NEY, RICHARD E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, NICHOLS, CALVIN W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, NIX, DEAN A, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, NORBERG, JOHN G, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, OGDEN, RAYBURN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, ORTIZ, JOSE F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, OVERLY, ROBERT H, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PARK, JOHN Y, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PATUREL, RICHARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PERHAM, BILLIE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PERVY, EDWARD J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PETERSON, CARL, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PHILLIPS, DOYLE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PHILLIPS, PHILLIP, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PIRILLIS, CHRIS, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PISTOL, DALLAS M, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, POOL, GEORGE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, POZNANOVICH, JOHN J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PRENTICE, JOHN F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, PRESTON, RODNEY R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    TIGERMAN, STEPHEN M, PRICE, GEORGE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, PRICE, NORTON S, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, PRINGLE, CHARLES M, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, PULASKI, CHESTER C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, QUESADA, LOUIS, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, RANDLE, FRANK M, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, RANKIN, BRUCE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, REECE, REBECCA, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, RENNER, WARREN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, RICE, WILLIE H, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, RIVERA, CESAR, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ROBERTS, JAMES T, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ROBERTS, WILLIAM C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ROBINSON, FLOYD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ROBINSON, WALTER, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, RODKEY, EDWARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ROGERS, FLOYD E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ROLLING, ARLESTER, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, ROVAI, DOLORES, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, RUSSELL, DANIEL V, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SCHLINK, CLIFFORD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SCHMIDT, LEONARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SCHWARTZ, JOHN, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SCOTT, JOE L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SELLERS, DONALD D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SENKLE, LEROY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SHAFFER, DONALD E, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SHANNON, MICHAEL T, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SHARP, ULESS, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

21068    TIGERMAN, STEPHEN M, SIMONS, EDWARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | TIGERMAN, STEPHEN M, SLAIGHT, ROBERT M, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, SLATER, HENRY J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, SMITH, ALEXANDRIA J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, SMITH, GLEN V, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, SMITH, RICHARD J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, SMITH, RICHARD W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, SOLIS, FRANK, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, STANBERRY, TROY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, STANDIFER, JAMES A, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, STASHIN, FRANK, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, STITT, CARL, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, STROBEL, ROBERT F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, SVETIK, CHARLES R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, TATUM, ALMORD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, TEMPLE, RALPH, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, TERRY, ALLAN K, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, TERRY, ARCHIE D, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, THOMPSON, O`BRIEN F, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, THROWER, H  C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, TILLMAN, A C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, TORDJMAN, HENRI, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, TWETEN, KENNETH, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, VERKERK, OTTO W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, VIDULICK, FRANK, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WAECHTLER, SR, ARTHUR H, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WAGGONER, JOHN K, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WALDORF, VIRGIL J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WALLACE, LAWRENCE C, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WARRECKER, JULIE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WATSON, HENRY, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | TIGERMAN, STEPHEN M, WHEELER, RICHARD, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WHITE, FULTON, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WILLIAMS, ROBERT, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WILSON, SR, JOHN W, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WILSON, STEVE, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, WOONS, MATT J, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, YARNELL, ELMORE R, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGERMAN, STEPHEN M, YOUNG, SONNY L, WARTNICK LAW FIRM, 650 CALIFORNIA ST 15TH FL, SAN FRANCISCO, CA, 94108-2702 |
| 21068 | TIGGETT, ARTHUR, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | TIGHE, CHARLES H, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | TIGHE, JOHN L, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | TIGHE, THOMAS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | TIGHUE, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | TIGNER, JESSIE B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | TIGNER, JESSIE B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | TIGNER, OSCAR, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | TIGNOR, MARTHA A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | TIILI, DAVID, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | TIILI, DAVID, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | TIJERINA, HENRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | TIJERINA, HENRY, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | TIJERINA, QUINTO H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | TIJERINA, RUBEN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | TIJERINA, SR, JOE, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 |
| 21068 | TILBURY, ARTHUR S, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | TILDEN, ROBERT E, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | TILELLI, ORLANDO, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651 |
| 21068 | TILGHMAN, GEORGE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21068 | TILIAKOS, ANDREAS N, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TILIAKOS, MIKE N, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TILL, CALVIN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | TILLARD, JOHN N, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TILLELI, LOUIS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | TILLEMA, DANIEL W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TILLER, ELLIS, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | TILLER, GARNER, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TILLER, OTTIS R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |

**Svc Lst  Name and Address of Served Party**

21068    TILLER, WALLACE D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    TILLERY, BERRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TILLERY, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TILLERY, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TILLERY, LEE O, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    TILLERY, WALLACE F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    TILLETT, FRANK K, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    TILLEY, BILLY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TILLEY, BILLY G, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068    TILLEY, BILLY G, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    TILLEY, CHATERINE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TILLEY, DAVID, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    TILLEY, EDWIN H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    TILLEY, EDWIN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TILLEY, EDWIN H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    TILLEY, GLORIA J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TILLEY, MARTHA, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068    TILLEY, NELSON C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    TILLEY, NORMAN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    TILLI, SR, DENNIS B, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    TILLIA, FRED, FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA, 15219

21068    TILLIA, JAMES B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TILLIA, KENNETH T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TILLILE, FRANK J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TILLISON, BILLIE H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TILLISON, DONALD W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TILLISON, LARRY K, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TILLMAN, ALBERT W, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    TILLMAN, ALEX, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TILLMAN, BUNICE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    TILLMAN, CARRIE L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    TILLMAN, CARRIE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    TILLMAN, CHARLES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TILLMAN, CHARLES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TILLMAN, CLARENCE T, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    TILLMAN, ERNEST C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TILLMAN, ERNEST C, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   TILLMAN, GEORGE E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TILLMAN, GEORGE E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TILLMAN, GORDAN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TILLMAN, GORDAN R, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   TILLMAN, HOYT, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   TILLMAN, JOE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   TILLMAN, JOHN A, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   TILLMAN, JOHN A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TILLMAN, JR, NOBLE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TILLMAN, JR, WALTER E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TILLMAN, JR, WALTER E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   TILLMAN, KIZZELL, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TILLMAN, LAVELL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TILLMAN, LEON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   TILLMAN, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TILLMAN, ROLAND D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TILLMAN, ROLAND D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TILLMAN, WALTER C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TILLMAN, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   TILLMAN, WILLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TILLMON, LONNIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TILLMON, LONNIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   TILLMON, MACEO, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068   TILLOTSON, LEONARD C, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068   TILLY, JR, JOSEPH C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TILMAN, ROBERT, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TILSNER, RONALD M, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21069   TILSNER, RONALD M, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096

21068   TILSON, GEORGE C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TILSON, GEORGE C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TILSON, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TILSON, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TILTON, CHANNIE H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TILTON, EDWARD L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069   TILTON, FRANK, SIMMONSCOOPER LLC, RANDALL A BONO, 707 BERKSHIRE, EAST ALTON, IL, 62024

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | TIMBER, RALPH W, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | TIMBERLAKE, DONALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | TIMBERLAKE, DONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | TIMBERLAKE, EVERETT B, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | TIMBERLAKE, EVERETT B, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 |
| 21068 | TIMBERLAKE, VELMA, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | TIMBERMAN, BRUCE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TIMBS, LARRY R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | TIMBS, LARRY R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | TIMBS, RALPH R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | TIMBS, RALPH R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | TIMBS, WILLIAM B, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | TIMKO, GEORGE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | TIMKO, JAMES A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | TIMKO, MICHAEL, BEVAN & ASSOCIATES LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TIMM, EUGENE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | TIMM, EUGENE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | TIMM, GARY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TIMM, GERALD A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | TIMMER, BERNARD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | TIMMER, BERNARD, HEIDMAN LAW FIRM, 701 PIERCE ST STE 200, SIOUX CITY, IA, 51102 |
| 21068 | TIMMER, GEORGE H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | TIMMONS, ARTHUR J, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | TIMMONS, BEVERLY J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | TIMMONS, CHARLES R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TIMMONS, ELSIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TIMMONS, ELSIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | TIMMONS, FLOYD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | TIMMONS, JERRY W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TIMMONS, ORLANDO, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | TIMMONS, PERRY F, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |
| 21068 | TIMMONS, PERRY F, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | TIMMONS, PERRY F, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | TIMMONS, ROBERT E, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207 |

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   TIMMONS, ROBERT E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   TIMMONS, ROBERT E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   TIMMONS, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TIMMONS, WOODROW, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   TIMMRECK, ROBERT C, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   TIMMS, ALFRED, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TIMON, KEVIN, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   TIMPERIO, ANTHONY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TIMPONE, FRANK, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   TIMPONE, HENRY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   TIMPONE, HENRY, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   TIMS, BILLY J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TIMS, BILLY J, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   TIMS, JULION T, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068   TIMS, ROBERT E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TIMS, ROBERT E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   TIMS, VERLIE, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   TINCH, ETHEL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TINCHER, JAMES A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   TINCHER, THOMAS J, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   TINCHER, THOMAS J, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   TINCHER, TROY A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TINDELL, JIMMY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TINDELL, JIMMY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TINDELL, REX A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   TINDELL, REX A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   TINDLE, ROBERT, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   TINES, ANDERSON J, J WAYNE MUMPHREY, 109- A SMART PL, SLIDELL, LA, 70458

21068   TINES, ANDERSON J, LAW OFFICES OF GLENN E DIAZ, 2200 JACKSON BLVD, CHALMETTE, LA, 70043

21068   TINGEN, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TINGLE, EDWARD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TINGLE, EDWARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TINGLE, SR, HENRY E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TINGLE, THERMAN, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TINGLER, MILFORD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TINGLER, PERCY W, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TINGLER, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   TINGLER, SAMUEL L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    TINKER, EARL J, BLITMAN KING, 200 REYNOLDS ARCADE BLDG, 16 MAIN STREET EAST, ROCHESTER, NY, 14614

21068    TINKER, JAMES B, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    TINKER, WILLIAM K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TINKLE, JAMES E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TINKLE, JR, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    TINLEY, GLENN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TINLEY, GLENN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TINNEY, JOSEPHINE, THORNTON, EARLY & NAUMES, 100 SUMMER STREET, 30TH FLOOR, BOSTON, MA, 02110

21068    TINNEY, RICHARD L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    TINNON, CHARLOTTE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    TINSLEY, GARY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TINSLEY, GEORGE, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    TINSLEY, GEORGE, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    TINSLEY, JOSEPH L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TINSLEY, JR, BELMA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    TINSLEY, MICHAEL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TINSLEY, MICHAEL R, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068    TINSLEY, WALTER D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TINSMAN, WILLARD E, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068    TINSON, JR, ISAAC, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    TINUCCI, EUGENE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TIPELL, DONALD F, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068    TIPPETT, BETTY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    TIPPETT, CLARENCE L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TIPPETT, WILLIAM W, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068    TIPPIE, CHARLES, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TIPPINS, ANDREW, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TIPPINS, KENNTH G, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21069    TIPPINS, SAMUEL GLENN, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766

21068    TIPPS, BLASCO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TIPTON, BILLY N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TIPTON, CHARLES M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069    TIPTON, CLIFFORD ALLEN, 5412 JEFFREY ST, DICKINSON, TX, 77539

21068    TIPTON, DONALD J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TIPTON, DONALD J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TIPTON, FRANK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    TIPTON, GEORGE A, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068    TIPTON, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   TIPTON, JAMES, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   TIPTON, JR, MELVIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TIPTON, LEE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TIPTON, MONROE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TIPTON, MURPHY L, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   TIPTON, ROBERT D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TIPTON, STANLEY C, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   TIPTON, THOMAS C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TIPTON, TRACY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   TIRABASSI, GUIDO, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   TIRADO, RAMON, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   TIRCUIT, NATHAN E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   TIREY, TOMMY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TIRIOLO, FRANK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TIRONE, GIUSEPPE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TIRRELL, JR, HARTLEY L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TIRSCHMANN, KARL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TISCHER, JR, FRED W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   TISCHLER, ALBIN J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TISDALE, BARBARA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   TISDALE, BARBARA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   TISDALE, COLA L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   TISDALE, COLA L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   TISDALE, ERNEST R, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   TISDALE, FRED M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TISDALE, GLENN L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   TISDALE, JR, ARTHUR, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TISDALE, JR, ARTHUR, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   TISDALE, LAMAR L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   TISDELL, WINFRED, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TISINO, SR, JOHN H, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550

21068   TISLER, ANTHONY S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TISLER, GEORGE S, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TISLER, JOSEPH A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TISLER, JR, JOSEPH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TITLOW, BENJAMIN J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   TITMAS, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TITUS, EDWARD E, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   TITUS, HARVEY E, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   TITUS, HENRY C, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300

21068   TITUS, LESLIE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TITUS, LESLIE R, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   TITUS, RALPH, THE LAW FIRM OF ROBERT WEISENBERGER, HC 1 BOX 189, WESTKILL, NY, 12492

21068   TITUS, ROBERT J, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   TITUS, ROBERT L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TKACZYK, BOB, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TKALCEVIC, STEVE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TOAL, RAY G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TOBAR, BARTHOLOMEW H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   TOBAR, GAY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   TOBIA, CHARLES, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   TOBIAS (DECEASED), JOSE A, CARDONA TOBIAS, 12619 CRESTUALE, HOUSTON, TX, 77038

21068   TOBIAS, VIRGIL E, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   TOBIASON, NORMAN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   TOBIN, JOSE O, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   TOBIN, JR, RICHARD R, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   TOBIN, PETER, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   TOBLER, ERNEST, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   TOBOLSKI, JOHN A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   TOCHENIUK, PETER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TODARO, ANTHONY, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   TODD, ALLEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TODD, AZILEAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TODD, AZILEAN, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   TODD, BILLY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TODD, BILLY J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TODD, CHARLES D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TODD, CHARLES, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   TODD, EARNEST R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TODD, FREDRICK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TODD, GLORIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TODD, GROVER D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TODD, HAROLD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TODD, JAMES L, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   TODD, JAMES, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   TODD, JOE H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   TODD, JOHN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TODD, JOSEPH H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TODD, LEON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TODD, LUCIAN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   TODD, LUCIAN H, STANTON & SORENSEN, 22 N 3RD ST, CLEAR LAKE, IA, 50428-1811

21068   TODD, MATHIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TODD, MICHAEL W, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TODD, NORMAN, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21069   TODD, ROBERT L, 812 UNION ST, OAKLAND, CA, 94607

21068   TODD, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TODD, ROBERT L, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068   TODD, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   TODD, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TODD, ROBERT, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   TODD, ROBERT, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   TODD, ROGER, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   TODD, ROGER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TODD, ROGER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TODD, RONALD P, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TODD, ROSELL H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TODD, SR, EDWARD T, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   TODD, SR, ROBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TODD, VARON V, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   TODD, VARON V, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   TODD, WAYMON, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TODD, WAYMON, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TODD, WILLIAM D, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   TODD, WILLIAM G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Svc Lst  Name and Address of Served Party**

21068  TODD, WILLIAM L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TODD, WILLIAM L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  TODISMAN, CLOVIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  TODORA, SR, JOHN J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  TOHILL, JAMES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  TOKACH, LOUIS L, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  TOKAR, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TOKAR, JOSEPH, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  TOKARCHICK, ROBERT J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TOKARSKI, GERALD J, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069  TOKISH, MICHAEL W, HAXBY & SOMERS, 2403 WOODHURST DRIVE, FARIBAULT, MN, 55021-2226

21068  TOLAND, HOSEA, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  TOLAND, NEIL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  TOLAR, ALVIN R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  TOLAR, ALVIN R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  TOLAR, BILLY, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  TOLAR, JR, D A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  TOLAR, JR, D A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  TOLAR, JR, MURPHY, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  TOLAR, MARY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TOLAR, MARY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TOLBERT, ALICE M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  TOLBERT, ARNOLD, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  TOLBERT, BENNIE W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  TOLBERT, BILLY H, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  TOLBERT, BROYLE T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TOLBERT, BROYLE T, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068  TOLBERT, C R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  TOLBERT, CLYDE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TOLBERT, DOROTHY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TOLBERT, DOROTHY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TOLBERT, DOROTHY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069  TOLBERT, DOYLE R, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068  TOLBERT, ELLA, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  TOLBERT, FELTON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 TOLBERT, JESSE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 TOLBERT, JOHNNIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 TOLBERT, JOHNNIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 TOLBERT, JR, CLARENCE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 TOLBERT, JR, CLARENCE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 TOLBERT, JR, DAVID C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 TOLBERT, JR, DAVID C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 TOLBERT, LOUIS M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068 TOLBERT, LOUIS M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068 TOLBERT, LOVELACE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 TOLBERT, LOVELACE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 TOLBERT, LUCILLE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 TOLBERT, MATTHEW, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068 TOLBERT, MILTON L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 TOLBERT, PEGGY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 TOLBERT, PHYLLIS, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068 TOLBERT, PHYLLIS, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068 TOLBERT, RAY, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 TOLBERT, RAY, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 TOLBERT, SARAH R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 TOLBERT, SARAH R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 TOLBERT, THOMAS C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068 TOLBERT, WILLIAM, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068 TOLBERT, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 TOLBERT, WILLIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068 TOLBIRD, DONALD G, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068 TOLBIRD, LARRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068 TOLBIRD, THELMA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068 TOLCHIN, DAVID B, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068 TOLE, ADDLEY R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068 TOLEDO, ADOLFO, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068 TOLER, BOBBY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068 TOLER, BOBBY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 TOLER, ELNA M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068 TOLER, HAROLD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    TOLER, JOHN A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    TOLER, JR, JAMES E, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21069    TOLER, SR, JAMES, DAMICO & APGAR, 313 CAMPBELL AVE SW, PO BOX 1578, ROANOKE, VA, 24007-1578

21068    TOLER, WILLIAM J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    TOLES, CHARLIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    TOLES, WILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TOLIVER, ARTHUR E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    TOLIVER, ELIZABETH L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TOLIVER, ERNEST T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    TOLIVER, JOHN E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TOLIVER, JOHN E, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    TOLIVER, KENNETH D, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    TOLIVER, OSCAR D, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    TOLLEFSON, GERALD A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    TOLLEFSON, SR, ALFRED O, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    TOLLESON, CLARENCE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TOLLESON, EARL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    TOLLESON, EARL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    TOLLETT, JOE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TOLLETT, JOE D, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    TOLLEY, BOBBY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    TOLLEY, DONALD L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TOLLEY, JAMES M, SEGAL & DAVIS, L C, 810 KANAWHA BLVD, EAST, CHARLESTON, WV, 25301

21068    TOLLEY, PAUL T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TOLLEY, SR, HAYWARD D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TOLLISON, L E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TOLLISON, SHIRLEY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    TOLLISON, SHIRLEY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TOLLIVER SR., HERBERT, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    TOLLIVER, CARRIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069    TOLLIVER, EDDIE L, 9301 SUNNYSIDE ST, OAKLAND, CA, 94603

21068    TOLLIVER, EDDIE L, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068    TOLLIVER, EDWARD, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068    TOLLIVER, HENRY V, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    TOLLIVER, HENRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    TOLLIVER, HERBERT R, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    TOLLIVER, HERBERT R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TOLLIVER, HERBERT, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068    TOLLIVER, JAMES, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    TOLLIVER, WILLIE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TOLODZIECKI, JERRY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TOLOMEO, JACK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TOLPA, HENRY R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TOLSON, ANNA M, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    TOLSON, ROBERT C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TOMA, JACK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    TOMAINO, RALPH J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TOMAINO, RALPH J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TOMAJKO, SYLVESTER, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    TOMARELLI, RUSSELL J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    TOMAS, SR, CLARENCE J, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21069    TOMASCHIK, JOSEPH, TIMBY & DILLON P C, PO BOX 99, 330 S STATE STREET, NEWTOWN, PA, 18940

21068    TOMASELLI, VITO J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    TOMASELLO, THOMAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    TOMASETTI, PATSY C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TOMASHEWSKI, WILLIAM, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    TOMASI, URBAN T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TOMASIC, GEORGE, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21069    TOMASINO, LOUIS, GALEX TORTORETI & TOMES P C, 151 TICES LANE, EAST BRUNSWICK, NJ, 08816-2090

21068    TOMASKO, ROBERT, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    TOMASKOVIC, ROBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    TOMASOVICH, JOHN, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    TOMASYCK, EDWARD E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TOMASZEWSKI, RICHARD C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    TOMASZKIEWICZ, SAMUEL, EARNSHAW, ELKWOOD MALL CENTER BLDG, #512, 42ND AND CENTER STREETS, OMAHA, NE, 68105

21068    TOMASZKIEWICZ, SAMUEL, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068    TOMBLIN, LENFORD, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    TOMBLIN, ROBERT A, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

**Svc Lst  Name and Address of Served Party**

21068    TOMCZVK, RICHARD E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    TOME, DENNIS M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    TOMECHEK, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TOMEO, DOMENIC, FLORO & BELLISSIMO, PO BOX 588, 220 FIFTH AVENUE, ELLWOOD CITY, PA, 16117

21068    TOMICHICH, JOSIP, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068    TOMINIA, THOMAS, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    TOMITA, THOMAS, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    TOMITA, THOMAS, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    TOMKO, GEORGE M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TOMKO, SR, WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TOMLIN, CHARLES W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TOMLIN, CHARLES W, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TOMLIN, ISSAC R, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    TOMLIN, ISSAC R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    TOMLIN, JAMES O, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    TOMLIN, MARON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    TOMLIN, ROBERT N, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TOMLINSON, ANITA S, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TOMLINSON, LESTER, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068    TOMLINSON, RICKY L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TOMLINSON, RICKY L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TOMMASETTI, ALPHONSE, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163

21068    TOMON, JOHN M, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    TOMPKINS, DAVID R, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    TOMPKINS, HENRY O, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    TOMPKINS, JOHN D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    TOMPKINS, JOHN D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    TOMPKINS, JOSEPH, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    TOMPKINS, JR, JOHN D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    TOMPKINS, JR, JOHN D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21069    TOMPKINS, LABON, ANTONIO J TRAMONTANA ATTY AT LAW, 2116 FORSYTHE AVE, MONROE, LA, 71201

21068    TOMPKINS, LEROY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    TOMPKINS, RICHARD A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TOMPKINS, RICHARD A, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    TOMPLAIT, DENNIE G, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    TOMPLAIT, DONALD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  TOMPLAIT, GLADYS F, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  TOMS, BERLENE, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  TOMS, ROBERT L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068  TOMS, W J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TOMS, W J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TONACCHIO, DOMENICK J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TONDY, ANTHONY V, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TONELLA, JERRY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  TONER, RICHARD T, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  TONEY, A Z, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TONEY, A Z, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TONEY, CHARLES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TONEY, ETHEL M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TONEY, ETHEL M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TONEY, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  TONEY, JR, FRED L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TONEY, JR, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TONEY, JR, LESLIE A, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  TONEY, LEMUEL E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TONEY, MICHAEL, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  TONEY, MOSES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  TONEY, MOSES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  TONEY, PAUL F, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  TONEY, WOODROW, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  TONG, JR, OTIS, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TONG, JR, OTIS, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TONG, WILLIAM L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TONGE, ROBERT T, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068  TONGE, ROBERT T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TONGES, EDGAR K, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  TONOWSKI, LAWRENCE F, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  TONTODONATI, NICHOLAS, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  TONUCI, SR, ANTHONY G, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  TOOKE, JR (DECEASED), ROY HORACE, JESSIE MAE TOOOKE, 10 SWEET GUM, NEW CARNEY, TX, 77357

21068  TOOLE, JESSIE L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  TOOMBS, HERBERT L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    TOOMEY, DANIEL, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068    TOOMEY, EDMUND J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    TOOMEY, EMORY, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069    TOOMEY, JAMES M, RILEY, MCNULTY & HEWITT, 650 WASHINGTON RD STE 300, PITTSBURGH, PA, 15228-2713

21069    TOOMEY, JAMES M, RILEY, MCNULTY & HEWITT, P C, 460 COCHRAN ROAD, PITTSBURG, PA, 15228

21068    TOOMEY, JR, ANTHONY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TOOMEY, ROBERT D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TOOMEY, ROBERT D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069    TOOMEY, WILLIAM F, RILEY, BURKE & DONAHUE, LLP, ONE CORPORATE PLACE, 55 FERNCROFT ROAD, DANVERS, MA, 01923

21069    TOON, LLOYD, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068    TOON, LLOYD, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    TOON, WILLIAM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    TOONE, HERBERT A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TOOTHAKER, FRED W, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    TOPA, FRANK, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    TOPLAK, FRANK, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    TOPOLSKY, ALEX, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    TOPP, JOHN A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    TOPP, JOHN A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    TOPPER, DANIEL J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TOPPI, EDWARD A, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21069    TOPPI, UGO, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068    TOPPING, SR, ROBERT L, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    TOPPING, SR, ROBERT L, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    TOPPS, SILVERTON, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    TORANE, MARY L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    TORANE, MARY L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TORBERT, THOMAS S, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068    TORBERT, TYLOR, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TORBERT, WILLIE L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TORBETT, JAMES C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TORBETT, JAMES C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TORBETT, JAMES W, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068    TORBETT, LUTHER A, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    TORBOLI SR., ARTHUR T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   TORENCE, SR, DONALD W, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   TORENCE, SR, DONALD W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TORINE, LYLE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   TORK, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TORK, WILLIAM, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   TORLINE, CLIFFORD M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TORLINE, CLIFFORD M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TORMAN, CALVIN K, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   TORNAMBE, IGNACIO, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TORNATELA, RICK L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TORNATELA, RICK L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TORNINCASO, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TORO, HENRY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   TORO, HERIBERTO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   TOROK, JAMES, MAZUR & KITTEL PLLC, JAMIE SOBH, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334

21068   TORREJON, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TORREJON, JOSEPH, WARD, KEENAN & BARRETT PC, 3838 N CENTRAL AVE STE 1720, PHOENIX, AZ, 85012-1906

21068   TORRENCE, EDWARD, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   TORRENCE, EDWARD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   TORRENCE, ERVIN, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TORRENCE, HENRY, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   TORRENCE, HEZEKIAH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TORRENCE, ROBERT G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   TORRENCE, SR, DONALD W, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   TORRES, ADAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TORRES, ADAM, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   TORRES, ALFONSO, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   TORRES, ANGEL, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   TORRES, ANGEL, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   TORRES, ANTONIO V, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TORRES, BERNARDINO, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   TORRES, EUGENIO, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

**Svc Lst  Name and Address of Served Party**

21068    TORRES, FRANCISCO F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    TORRES, GILBERTO, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    TORRES, JUAN, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TORRES, LINO O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TORRES, LUIS I, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    TORRES, MICHAEL, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    TORRES, NICHOLAS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    TORRES, PEDRO, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    TORRES, PETER S, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    TORRES, PETER S, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    TORRES, REFUGIO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TORRES, RICHARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TORRES, ROSALIO D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068    TORRES, SANTIAGO, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TORRES, SR, FRANCISCO J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TORRES, TOMAS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TORRES, VICTOR, ROBERT J O`SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103

21068    TORREY, BENNIE M, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    TORREZ, CIRILO, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21069    TORREZ, CIRILO, RAMSEY ANDREWS, 1117 GROVE STREET, VICKSBURG, MS, 39180

21068    TORRIE, NATHAN, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    TORRIES, WILFRED J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    TORRISI, JAMES, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    TORSNEY, RICHARD, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    TORSON, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    TORTESSI, DONALD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TORTORICE, JAKE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068    TORTORICI, MICHAEL S, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068    TORUM, DOROTHY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TORZALA, TONY, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    TOSADORI, RONALD E, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068    TOSELLA, ROBERT, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    TOSTEN, EARL J, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   TOTARELLA, JOHN L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   TOTEN, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TOTEN, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TOTEN, JOHN A, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   TOTERA, JAMES N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TOTH, AMBROSE B, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   TOTH, AMBROSE B, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   TOTH, ARNOLD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   TOTH, CHARLES F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TOTH, EDWARD, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21069   TOTH, FRANK, LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902

21068   TOTH, GAY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TOTH, JOHN S, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   TOTH, JOHN W, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   TOTH, PAUL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   TOTH, RICHARD, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   TOTH, ROBERT E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TOTH, STEVEN, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TOTIN, ALBERT, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TOTIN, ALBERT, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

21068   TOTO, VINCENT, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TOTORICE, CHARLES M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TOTTEN, AUDREY V, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TOTTEN, CONWARD L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   TOTTEN, GEORGE H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   TOTTEN, JERRY, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21068   TOTTY, JAMES B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   TOTTY, JAMES B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21069   TOTTY, JERRY K, MONTGOMERY, TWIBELL, UPP & GREENE, 901 ST LOUIS STREET, SUITE 601, SPRINGFIELD, MO, 65806

21068   TOTTY, JERRY K, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TOTTY, WALKER S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TOUCHET, SR, DUDLEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TOUCHETTE, GEORGE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TOUCHETTE, GEORGE, UMPHREY, EDDINS & CARVER, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   TOUCHSTONE, ALMA M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  TOUCHSTONE, ALMA M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TOUCHSTONE, O D, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  TOUCHSTONE, TELSA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  TOUCHSTONE, TELSA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  TOUCHSTONE, WILMER, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  TOUCHSTONE, WILMER, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  TOUHEY, MICHAEL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  TOUHILL, JOHN A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  TOUNEENE, LYDIA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TOUPS, D L, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068  TOURNAY, ALVIN H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  TOURNE, MICHAEL C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  TOURVILLE, RONALD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TOUSIGNANT, LOUIS S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TOUSSAINT, HERBERT, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  TOUSSAINT, LEE A, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  TOWARD, BRENDA, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  TOWARD, BRENDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  TOWELL, CLIFFORD B, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  TOWER, RUFUS C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  TOWER, RUFUS C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  TOWER, SR, WENDELL H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  TOWERY, AMY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TOWERY, AMY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TOWERY, CAROL W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  TOWERY, CAROL W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  TOWERY, JAMES M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  TOWLER, CHARLEY, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068  TOWLER, EDSEL W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  TOWLER, JESSE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  TOWLES, BOBBIE J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  TOWLES, BOBBIE J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  TOWLES, JOHN C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  TOWLES, WILLIAM L, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  TOWNES, CHARLIE A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  TOWNLEY, BELTON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    TOWNLEY, BELTON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TOWNLEY, BILLY R, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068    TOWNLEY, LARRY I, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068    TOWNLEY, RAYMOND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TOWNS, HARVEY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069    TOWNS, JR, MAYFIELD, KOPSKY & ASSOCIATES, P C, 16020 SWINGLEY RIDGE ROAD, SUITE 130, CHESTERFIELD, MO, 63017-1410

21068    TOWNS, JR, MAYFIELD, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068    TOWNS, LILLIE W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    TOWNS, LILLIE W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    TOWNS, MARTIN K, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TOWNS, PAYTON L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    TOWNS, PAYTON L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    TOWNS, STERLING E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    TOWNSELL, WILLIAM C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    TOWNSEN, CLAUDE A, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    TOWNSEN, CLAUDE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TOWNSEN, CLAUDE A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    TOWNSEND, ARTHUR R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    TOWNSEND, ARTHUR R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    TOWNSEND, BETTIE A, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068    TOWNSEND, BETTIE D, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    TOWNSEND, CHARLES N, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    TOWNSEND, CHARLES R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    TOWNSEND, DAVE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TOWNSEND, DAVE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    TOWNSEND, DAVID W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    TOWNSEND, FELTON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    TOWNSEND, GEORGE G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    TOWNSEND, GEORGE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    TOWNSEND, HAROLD D, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    TOWNSEND, HAROLD D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    TOWNSEND, HAROLD E, FARACI & LANGE LLP, 400 CROSSROADS BLDG, TWO STATE STREET, ROCHESTER, NY, 14614

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | TOWNSEND, HELEN M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TOWNSEND, HELEN M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | TOWNSEND, HOLMES L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | TOWNSEND, HURLON, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126 |
| 21068 | TOWNSEND, JAMES E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | TOWNSEND, JAMES E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | TOWNSEND, JOHNNIE C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | TOWNSEND, JOHNNIE C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | TOWNSEND, JUNIOR A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | TOWNSEND, LILLIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | TOWNSEND, LILLIE, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | TOWNSEND, LOUIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | TOWNSEND, LOUIS, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | TOWNSEND, MELVIN H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | TOWNSEND, PASCAL A, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | TOWNSEND, PASCAL A, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | TOWNSEND, PASCAL A, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530 |
| 21068 | TOWNSEND, RICHARD, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105 |
| 21068 | TOWNSEND, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | TOWNSEND, ROBERT, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | TOWNSEND, ROBERT, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | TOWNSEND, ROYCE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TOWNSEND, ROYCE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | TOWNSEND, SR., RAYFORD R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | TOWNSEND, STROTHER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TOWNSEND, STROTHER, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208 |
| 21068 | TOWNSEND, THEODORE P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | TOWNSEND, THERMAN H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | TOWNSEND, THERMAN H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | TOWNSEND, THOMAS C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | TOWNSEND, THOMAS C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21069 | TOWNSEND, WALTER C, KLAMANN & HUBBARD, PA, JOHN M KLAMANN, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084 |
| 21068 | TOWNSEND, WALTER C, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |

**Svc Lst  Name and Address of Served Party**

21068   TOWNSEND, WANDELL W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TOWNSEND, WILLIAM T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TOWNSEND, WILLIE J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   TOWNSEND, WILLIE J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   TOWNSEND, WILLIE V, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TOWNSEND, WILLIE V, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TOWNSEND, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   TOWNSON, ROBERT L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TOWNZEN, RAY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   TOXEY, JOHN L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TOY, CHARLIE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TOY, CHARLIE D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   TOY, DONALD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TOY, RICHARD W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TRACER, MATTHEW A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TRACEY, BEN K, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   TRACEY, JAMES C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TRACEY, WARREN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TRACY, AMOS P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   TRACY, EARL D, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   TRACY, EDWARD F, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   TRACY, EDWARD F, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925

21068   TRACY, JOSEPH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TRACY, ROBERT G, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   TRADER, ARCHIE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068   TRADER, DENNIS W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TRADER, ERNEST A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TRAENDLY, JAMES H, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TRAFFANSTEDT, WILLIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   TRAFFORD, ARTHUR, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   TRAFFORD, ELMER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   TRAFFORD, ELMER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TRAFICANTE, AURELIO, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   TRAFICANTE, RICHARD, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   TRAFTON, RICHARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TRAFTON, WILLIAM G, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   TRAGESER, CHARLES, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   TRAGESER, CHARLES, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   TRAHAN, ABRA L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   TRAHAN, ALTON J, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   TRAHAN, ALTON J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   TRAHAN, BERNARD C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   TRAHAN, CURTIS C, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   TRAHAN, FRANCIS L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   TRAHAN, FRANCIS L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TRAHAN, FRANCIS L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   TRAHAN, HAROLD P, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   TRAHAN, JAMES H, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   TRAHAN, LEROY, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   TRAHAN, LOUGRIDE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   TRAHAN, M W, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   TRAHAN, MELVIN J, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   TRAHAN, RALPH J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   TRAHAN, RALPH J, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   TRAHAN, SR, BILLY R, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   TRAHAN, SR, BILLY R, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   TRAHAN, TOMMY R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   TRAIL, LEON R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   TRAIL, SR, ARON, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   TRAINER, MELTON, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   TRAINOR, GAYLE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   TRAINOR, JAMES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   TRAINOR, JOHN F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   TRAJKOV, VLADIMIR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   TRALA, THEODORE T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   TRALA, WILLIAM, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   TRAMELL, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   TRAMELL, DONALD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   TRAMMEI, DEXTER B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

Svc Lst  Name and Address of Served Party

21068    TRAMMEI, DEXTER B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TRAMMEL, FLOYD E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    TRAMMEL, GALE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TRAMMELL, ALTON, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    TRAMMELL, EDWARD L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    TRAMMELL, GEORGE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TRAMMELL, JAMES W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TRAMMELL, JESSEE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    TRAMMELL, JESSEE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TRAMMELL, JR., JAMES D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    TRAMMELL, JR., JAMES D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    TRAMMELL, LESLIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    TRAMMELL, LLOYD F, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    TRAMONTANA, ANTHONY G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    TRAMONTANA, ANTHONY G, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068    TRAMONTE JR., ANGELO, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068    TRAMONTE SR,, ANGELO V, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068    TRAMONTE, BERNITA, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068    TRAMONTE, JOSEPH J, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068    TRAMONTE, NATHAN, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068    TRANCHIDA, FRANK, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    TRANGUCH, ROBERT J, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    TRANI, LOUIS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    TRANICK, RICHARD J, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068    TRANMER, WILLIAM D, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068    TRANTHAM, ALVIN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    TRANTHAM, ALVIN L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    TRANTHAM, GRADY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    TRANTHAM, JOHN E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    TRANTHAM, JOHN E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    TRANTHAM, ROSA O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    TRANUM, CAROLYN W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TRANUM, CAROLYN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    TRAPANI, JOSEPH, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | TRAPP, LESTER A, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | TRAPP, UPTON, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | TRASATTI, FRANK L, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 |
| 21068 | TRASK, ALVIN P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TRASK, ALVIN P, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201 |
| 21068 | TRASK, GERALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TRASK, GERALD, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201 |
| 21068 | TRATZ, EDWARD, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TRAUGER, RICHARD F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | TRAUGOTT, EDWARD A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | TRAUTNER, EUGENE, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 |
| 21068 | TRAUTVETTER, DARYL W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21069 | TRAUTZ, ROBERT A, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115 |
| 21069 | TRAUX, NELSON R, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219 |
| 21068 | TRAVAGLINO, ROBERT G, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | TRAVER, III, WILLIAM, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | TRAVER, III, WILLIAM, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | TRAVERS, FRANK, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | TRAVERS, SR., MELVIN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | TRAVIS, BENJAMIN H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | TRAVIS, BENNIE L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | TRAVIS, BETTYE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | TRAVIS, BETTYE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | TRAVIS, CLAIRBORNE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | TRAVIS, CLAIRBORNE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | TRAVIS, EDGAR C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | TRAVIS, EDGAR C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | TRAVIS, FAYE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | TRAVIS, FAYE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | TRAVIS, JACK O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TRAVIS, JR, JOHN H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | TRAVIS, LARRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | TRAVIS, LESTER F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | TRAVIS, LESTER F, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113 |
| 21068 | TRAVIS, ROBERT D, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | TRAVIS, ROY W, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |