**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WALKER, JOE B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALKER, JOE B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALKER, JOE F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, JOHN D, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WALKER, JOHN T, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   WALKER, JOHN W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WALKER, JOHN W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   WALKER, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WALKER, JOHN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   WALKER, JOHN, TAFT TAFT & HAIGLER, 2217 STANTONSBURG ROAD, PO BOX 1766, GREENVILLE, NC, 27835-1766

21068   WALKER, JOHNNY, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   WALKER, JOHNNY, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WALKER, JOSEPH H, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALKER, JOSEPH M, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068   WALKER, JOSEPH, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   WALKER, JR, BARNEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, JR, CHARLIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WALKER, JR, CHARLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, JR, DAVID, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WALKER, JR, ERNEST W, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WALKER, JR, ERNEST, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WALKER, JR, ERNEST, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WALKER, JR, FREDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WALKER, JR, JAMES E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALKER, JR, JIMMY L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALKER, JR, OLICER, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   WALKER, JR, OLICER, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   WALKER, JR, OLLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WALKER, JR, OLLIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WALKER, JR, OLLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, JR, RAYMOND B, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   WALKER, JR, RAYMOND B, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   WALKER, JR, RICHARD, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WALKER, JR, WILLIAM, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WALKER, JR., ALTON, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

Svc Lst  **Name and Address of Served Party**

21068  WALKER, JR., ALTON, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WALKER, JR., EARL W, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  WALKER, JR., EARL W, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068  WALKER, JR., NELSON, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WALKER, JR., NELSON, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WALKER, JR., WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WALKER, JR., WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WALKER, JUANITA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WALKER, JULIA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068  WALKER, LARRY J, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068  WALKER, LARRY R, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WALKER, LARRY R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WALKER, LARRY, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WALKER, LARRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WALKER, LARRY, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WALKER, LARRY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WALKER, LAWRENCE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WALKER, LAWRENCE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WALKER, LEE C, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  WALKER, LEE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WALKER, LEE C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WALKER, LEON, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  WALKER, LEROY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WALKER, LEROY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WALKER, LESLIE D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WALKER, LLOYD L, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  WALKER, LLOYD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WALKER, LOUIE F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WALKER, LOUIE F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WALKER, LUTHER, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  WALKER, MAGERLINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WALKER, MAGERLINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WALKER, MARION E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WALKER, MARTHA J, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WALKER, MARTHA J, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WALKER, MARTIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WALKER, MARVIN D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  WALKER, MARVIN D, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   WALKER, MARVIN L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WALKER, MARVIN L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WALKER, MARVIN T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALKER, MARY I, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WALKER, MARY I, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WALKER, MARY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   WALKER, MAURICE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WALKER, MELTON G, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   WALKER, MELVIN E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WALKER, MELVIN S, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WALKER, MILTON C, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WALKER, MONROE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   WALKER, MORRIS R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, NATHAN E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WALKER, NATHANIEL, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   WALKER, NEDDIE D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WALKER, NELLE B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WALKER, NELLE B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WALKER, NELLIE F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WALKER, NELLIE F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WALKER, NELSON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WALKER, NEVERS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WALKER, O Z, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WALKER, PATRICIA Q, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   WALKER, PATRICIA Q, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   WALKER, PAUL L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WALKER, PERRY M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALKER, PERRY M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALKER, PETER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WALKER, PHYLLIS J, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   WALKER, PRISCILLA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, QUINCY L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WALKER, RALPH A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALKER, RALPH W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALKER, RALPH, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WALKER, RALPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WALKER, RAYFORD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WALKER, RAYFORD, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALKER, RAYMOND G, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | WALKER, RAYMOND, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | WALKER, RAYMOND, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21068 | WALKER, RAYMOND, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | WALKER, REBA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | WALKER, RHODA, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WALKER, RICHARD H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WALKER, RICHARD K, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301 |
| 21068 | WALKER, RICHARD K, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222 |
| 21068 | WALKER, RICHARD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WALKER, ROBE, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | WALKER, ROBERT D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | WALKER, ROBERT E, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | WALKER, ROBERT E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | WALKER, ROBERT E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | WALKER, ROBERT G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WALKER, ROBERT H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | WALKER, ROBERT H, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | WALKER, ROBERT J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WALKER, ROBERT L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | WALKER, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WALKER, ROBERT L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | WALKER, ROBERT L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | WALKER, ROBERT P, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102 |
| 21068 | WALKER, ROBERT P, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113 |
| 21068 | WALKER, ROBERT R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WALKER, ROBERT, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901 |
| 21068 | WALKER, ROBERT, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | WALKER, ROBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WALKER, ROBERT, WEITZ & LUXENBERG, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038 |
| 21068 | WALKER, ROLAND, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WALKER, ROSCOE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WALKER, ROSWITA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WALKER, RUFUS C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WALKER, SAMELLA S, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | WALKER, SAMELLA S, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WALKER, SAMUEL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WALKER, SAMUEL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WALKER, SHELBA C, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | WALKER, SR, BOBBY H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WALKER, SR, FREDDIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WALKER, SR, ISHMAEL, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | WALKER, SR, JACK L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WALKER, SR, JAMES, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | WALKER, SR, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WALKER, SR, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WALKER, SR, JOHN F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WALKER, SR, MELVIN R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WALKER, SR, REX E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | WALKER, SR, WALLACE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WALKER, SR, WALLACE R, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246 |
| 21068 | WALKER, SR, WALLACE W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WALKER, SR., DONALD F, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | WALKER, SR., DONALD F, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | WALKER, SR., JOHNNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WALKER, SR., JOHNNY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WALKER, SR., ROY J, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 |
| 21068 | WALKER, T B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WALKER, T B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WALKER, TERRY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | WALKER, THOMAS C, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | WALKER, THOMAS D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WALKER, THOMAS F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WALKER, THOMAS L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | WALKER, THOMAS, PEYTON PARENTI WHITTINGTON & FAHRENZ, 2801 FIRST AVENUE, PO BOX 216, NITRO, WV, 25143 |
| 21068 | WALKER, THOMAS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WALKER, TONNIE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WALKER, VAN O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WALKER, VERDA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | WALKER, VERNE, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611 |
| 21068 | WALKER, VICIE, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | WALKER, W S, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |

**Svc Lst  Name and Address of Served Party**

---

21068   WALKER, W S, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WALKER, WALTER, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   WALKER, WAYMON F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALKER, WAYNE D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WALKER, WAYNE D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WALKER, WAYNE J, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   WALKER, WAYNE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WALKER, WENDELL, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WALKER, WILL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, WILLARD A, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WALKER, WILLARD A, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WALKER, WILLIAM A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WALKER, WILLIAM C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WALKER, WILLIAM C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WALKER, WILLIAM H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WALKER, WILLIAM H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WALKER, WILLIAM H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WALKER, WILLIAM H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, WILLIAM H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WALKER, WILLIAM L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALKER, WILLIAM R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WALKER, WILLIAM S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   WALKER, WILLIAM, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   WALKER, WILLIAMSON M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WALKER, WILLIE C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WALKER, WILLIE C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WALKER, WILLIE R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WALKER, WILLIE R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WALKER, WILLIE W, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WALKER, WILLIE W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WALKER, WILLIE W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALKER, WILLIE, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   WALKER, WILLIS, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21069   WALKER, WT, 3956 PARK AVE, DENISON, TX, 75020

21068   WALKER, ZACHARIAH, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WALKER, ZACHARIAH, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21069   WALKER, ZANE M, SHINGLES & SHINGLES, 161 WASHINGTON ST STE 1090, CONSHOHOCKEN, PA, 19428

21068   WALKOWSKI, RAYMOND, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WALL, A L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALL, A L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALL, AUSTIN D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WALL, BOB J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WALL, CURTIS F, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   WALL, DENNIS, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21069   WALL, HARLAN N, CHAMBERS STEINER MAZUR ORNSTEIN & AMLIN, 1490 FIRST NATIONAL BLDG, DETROIT, MI, 48226

21068   WALL, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WALL, JAMES, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WALL, JAMES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALL, JERRY, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21069   WALL, JOHN, PROVIZER & PHILLIPS, ATTYS AT LAW, 30200 TELEGRAPH RD STE 200, BINGHAM FARMS, MI, 48025

21069   WALL, JOHN, WALTER UMPHREY LAW FIRM, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068   WALL, JR, ROBERT G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALL, LOFTIN, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   WALL, ODUS O, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   WALL, RICHARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WALL, SR, JOHN, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   WALL, STEVEN R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WALLACE, ALBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WALLACE, ALEXANDER D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALLACE, ALEXANDER D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALLACE, AMBROS E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALLACE, ANDREW J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALLACE, ANDREW, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WALLACE, ANDREW, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WALLACE, ANDREW, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WALLACE, BERNICE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALLACE, BERTHA, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   WALLACE, BETTY, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   WALLACE, BETTY, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   WALLACE, BOBBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WALLACE, CALVIN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   WALLACE, CARL D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WALLACE, CECIL D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WALLACE, CECIL D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WALLACE, CHARLES E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALLACE, CHARLES F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALLACE, CLAUDE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WALLACE, DARNELL, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068   WALLACE, DARRELL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   WALLACE, DAVID H, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   WALLACE, DAVID L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALLACE, DAVID, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   WALLACE, DEMSEY, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WALLACE, DEMSEY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALLACE, DORIS, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WALLACE, EARL W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WALLACE, EDWIN C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WALLACE, EDWIN C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WALLACE, ELISHA, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   WALLACE, ELISHA, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   WALLACE, ELMER B, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   WALLACE, ELTON, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WALLACE, EUGENE, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   WALLACE, FRANK, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FL, NEW YORK, NY, 10022-7651

21068   WALLACE, GEORGE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WALLACE, GEORGE W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21069   WALLACE, GEORGE W, THE LAW FIRM OF GEORGE COVERT, 9035 BLUEBONNET STE 2, BATON ROUGE, LA, 70810-2812

21068   WALLACE, GEORGE W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WALLACE, GERALD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WALLACE, GROVER V, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WALLACE, GROVER V, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALLACE, HAROLD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WALLACE, HELEN L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALLACE, HELMA R, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WALLACE, HELMA R, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WALLACE, JACK, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WALLACE, JACK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WALLACE, JACKIE L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALLACE, JACOB, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALLACE, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WALLACE, JAMES F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WALLACE, JAMES R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WALLACE, JAMES Z, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WALLACE, JAMES Z, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | WALLACE, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | WALLACE, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WALLACE, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WALLACE, JAMES, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | WALLACE, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WALLACE, JESSIE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | WALLACE, JOHN A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WALLACE, JOHN D, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | WALLACE, JOHN D, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | WALLACE, JOHN J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | WALLACE, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WALLACE, JOHNNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | WALLACE, JONNIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WALLACE, JOSEPH W, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113 |
| 21068 | WALLACE, JOSEPH W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WALLACE, JR, A W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | WALLACE, JR, CHARLES, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | WALLACE, JR, HIBERT, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 |
| 21068 | WALLACE, JR, ROBERT D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WALLACE, JR, WILLIAM H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WALLACE, KENNETH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WALLACE, KENNETH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WALLACE, KENNETH, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 |
| 21068 | WALLACE, LARRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WALLACE, LAWRENCE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | WALLACE, LEE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WALLACE, LELAND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WALLACE, LEROY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WALLACE, LESTER L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WALLACE, LESTER L, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21069   WALLACE, LESTER, EDWIN C MARTIN, JR, SUITE 100, 501 SHATTO PLACE, LOS ANGELES, CA, 90020-1747

21068   WALLACE, LILLIE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALLACE, LUTHER C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WALLACE, MAMIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   WALLACE, MAXIE, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068   WALLACE, MILFORD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WALLACE, MILTON L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WALLACE, MILTON, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALLACE, MITCHELL C, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WALLACE, NELLIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WALLACE, NELLIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WALLACE, OLIN C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21069   WALLACE, ORA, MARTENS, ICE, KLASS, LEGGHIO & ISRAEL PC, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837

21068   WALLACE, PAUL E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALLACE, PAUL E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALLACE, RAY D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALLACE, RAY D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALLACE, RAY R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WALLACE, REGINALD N, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WALLACE, REGINALD N, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068   WALLACE, RICHARD T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALLACE, ROBERT H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   WALLACE, ROBERT J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALLACE, ROBERT J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALLACE, ROBERT W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   WALLACE, ROBERT W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   WALLACE, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WALLACE, RODERICK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WALLACE, RONALD J, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   WALLACE, ROY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WALLACE, ROY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WALLACE, SAMUEL G, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WALLACE, SAMUEL G, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WALLACE, SANDRA K, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WALLACE, SANDRA K, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WALLACE, SR, HENRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALLACE, SR, JAMES A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WALLACE, SR, THOMAS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WALLACE, SR, THOMAS W, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   WALLACE, SR, ULYSSES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   WALLACE, SR., JOHN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALLACE, STANFORD L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALLACE, THOMAS J, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   WALLACE, THOMAS J, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   WALLACE, THOMAS L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WALLACE, THOMAS, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WALLACE, THOMAS, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALLACE, TOMMY G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WALLACE, VICTORIA B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WALLACE, VICTORIA B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WALLACE, W A, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   WALLACE, WILLIAM A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALLACE, WILLIAM H, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WALLACE, WILLIAM H, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   WALLACE, WILLIAM M, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WALLACE, WILLIAM, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068   WALLACE, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WALLACE, WILLIAM, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068   WALLACE, WILLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WALLACE, WILLIE, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   WALLACE, WILLIE, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   WALLACE, WOODROW L, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   WALLANDER, ALLAN, SIMKE, CHODOS & SASAKI, LLP, ROMAN SILBERFELD, 2049 CENTURY PARK E 37TH FL, LOS ANGELES, CA, 90067

21068   WALLEN, DENNIS, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WALLER, ALBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WALLER, ALBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WALLER, ANNIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WALLER, ANNIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WALLER, BOBBY, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WALLER, BOBBY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WALLER, CHARLES W, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068    WALLER, DONNIE W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WALLER, DONNIE W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WALLER, DOROTHY S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WALLER, GEORGE S, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    WALLER, GEORGE S, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    WALLER, IRIS R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    WALLER, IRIS R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    WALLER, JACK A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WALLER, JAMES B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WALLER, JAMES B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WALLER, JIMMY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WALLER, JR, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    WALLER, JR, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WALLER, LEWIS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WALLER, LEWIS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WALLER, LOUISE B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    WALLER, LOUISE B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    WALLER, MARSHA G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    WALLER, MARSHA G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    WALLER, PAUL L, JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899

21068    WALLER, RALPH, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    WALLER, RONNY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WALLER, RONNY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WALLER, SAMMIE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WALLER, SHERRYL, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WALLER, SHERRYL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WALLER, SR, CHARLIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    WALLER, SR, CHARLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WALLER, VIRGIL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WALLER, WILLIAM S, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    WALLER, ZAMAL, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    WALLES, HOMER, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    WALLEY, ALTON D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    WALLEY, ALTON D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WALLEY, AMIE R, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    WALLEY, AMIE R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WALLEY, AMIE R, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    WALLEY, BONCILE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WALLEY, BONCILE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WALLEY, CHARLES D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WALLEY, CHARLES D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WALLEY, CURTIS S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    WALLEY, GERALD E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WALLEY, HANNAH S, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    WALLEY, HAZEL D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    WALLEY, HAZEL D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WALLEY, JAMES M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WALLEY, JOYCE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    WALLEY, JOYCE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WALLEY, JR, ROY C, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    WALLEY, LESTER H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    WALLEY, LESTER H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WALLEY, PHOEBE Z, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    WALLEY, PHOEBE Z, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WALLEY, RAY, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    WALLEY, RONALD D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WALLEY, RONALD D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WALLEY, SAMUEL C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    WALLEY, SR, ROBERT G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WALLEY, WILLIAM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    WALLIN, JOSEPH THOMAS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WALLING, DELBERT L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WALLING, HENRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WALLING, RUTH, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WALLING, SONNY R, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    WALLINGFORD, JAMES D, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21069    WALLINGFORD, JAMES D, JEFFREY GLOSS & ASSOC., 2900 PSFS BUILDING, PHILADELPHIA, PA, 19107

21068    WALLIS, BERNARD A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    WALLIS, BERNARD A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    WALLS, ADAM, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    WALLS, BENJAMIN T, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    WALLS, BENJAMIN T, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    WALLS, CARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WALLS, CARLES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WALLS, COLIN, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | WALLS, DANNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | WALLS, DELORES M, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WALLS, DELORES M, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21069 | WALLS, DENNIS J, DONALD A MARSHALL, PC, DONALD A MARSHALL, 704 CHERRY CIRCLE, WYNNEWOOD, PA, 19096 |
| 21068 | WALLS, GEORGE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WALLS, GEORGE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WALLS, HOWARD E, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WALLS, HOWARD R, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WALLS, JAMES, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | WALLS, JEFFREY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | WALLS, JR., IRA F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WALLS, KEITH A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WALLS, M L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WALLS, NED, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329 |
| 21068 | WALLS, NED, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157 |
| 21068 | WALLS, NOVA E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | WALLS, NOVA E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | WALLS, ROBERT J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WALLS, ROLLA J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | WALLS, ROLLA J, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |
| 21068 | WALLS, RUSSELL, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | WALLS, SR, HOYET, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WALLS, THOMAS J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21069 | WALLWEBER, WILLIAM H, KLAMANN & HUBBARD, P A, 7101 COLLEGE BOULEVARD, SUITE 130, OVERLAND PARK, KS, 66210 |
| 21068 | WALLYA, JOSEPH J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WALMSLEY, SHIRLEY, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172 |
| 21068 | WALP, CHARLES E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | WALSER, CRAIG B, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | WALSH, ARTHUR T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | WALSH, BEATRICE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | WALSH, ED, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | WALSH, ED, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WALSH, GEORGE L, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21068 | WALSH, HENRY, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, HENRY, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | WALSH, JAMES D, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209 |
| 21068 | WALSH, JAMES P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891 |
| 21069 | WALSH, JAMES P, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038 |
| 21068 | WALSH, JAMES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WALSH, JAMES, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | WALSH, JANET, ACKERMAN, HAROLD E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ADKINS, BRUCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ADKINS, DANIEL W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, AIELLO, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ALDRICH, BOWMAN F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ALEXANDER, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ALTRICHTER, RICHARD T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, AMADIO, ANTHONY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, AMATO, VICTOR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, AMSLER, DOUGLAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ARCHIE, THOMAS E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BANIAK, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BARKER, HARRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BARLOW, SR., WILLIAM F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BATES, LEONARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, BELLUZZI, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, BENDEL, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BETANSKI, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BICKERDYKE, RALPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BICKLE, LEE W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BIDDLE, JACK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BILL, STANLEY L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BIRD, LAWRENCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BISHOP, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BLAIR, DELORES E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, BLAND, LESLIE C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BLANDFORD, CLEMENT L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BLANTON, RUDOLPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BLINEBURY, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BOGARDUS, MARTIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BONES, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, BONOMOLO, ANTHONY, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, BOWERS, FRANCIS W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BOWLING, ELLIS L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BOYCE, THEODORE H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BOYLE, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BOYLE, JOHN S, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BRADLEY, FRANK L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BRADLEY, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BRADY, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BREWER, WILLIAM A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BRODERICK, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BROOKS, ALFRED, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BROOKS, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BROWN, ARCHIBALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BROWN, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BRYANT, RAYMOND L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BUCHANAN, HENRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BUDD, HARRY D, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BUHEK, MARK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BULLOCK, CARL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BURGESS, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, BURNETTE, HERMAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CAMMARENE, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CAMPBELL, BENJAMIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, CAMPO, JR, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CAPERS, LEROY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CAPOZZI, SYLVESTER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CARDOSI, EUGENE K, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, CARPENTIERI, LOUIS A, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21069 | WALSH, JANET, CARROLL, EDWARD, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, CARTER, JAMES T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CASHMAN, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CASSIDY, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CATINO, ARTHUR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CAUDILL, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CHENAULT, MICHAEL T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CHIAROLANZA, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CHRISTMAS, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CLANCY, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CLAY, JAMES C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COFFMAN, JAMES P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COHEN, PINCUS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COLE, JOHN F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COLEMAN, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COLLINS, HARRY J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COLLINSWORTH, LAWRENCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CONLEY, LOREAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CONSUL, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CONTI, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COOPER, PAUL E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CORNELL, GARY E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, COSTELLO, THOMAS, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, COUGHLIN, EUGENE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, COVELLI, ALBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21069 | WALSH, JANET, COWAN, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, CRAVEN, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CROFT, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CROWE, HOMER D, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CULVER, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CUMMINGS, LEONARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CUMMINS, CHARLES M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CUTTITA, JAY K, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CWALINO, JOHN JR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, CZERW, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DALESSANDRO, DOMINIC, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAMICO, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DANGELO, ANTHONY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DANIEL, GLEN M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DANNIBALLE, ROBERT E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DANOWSKI, WILFRED E, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | WALSH, JANET, DANOWSKI, WILFRED E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DARDANELLI, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAVIS, ELI, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAVIS, GURCIE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAVIS, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAVIS, PRINCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAVIS, WALTER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAWSON, EDWARD T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAWSON, ELIZABETH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAY, GARY LEE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DAY, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEATS, SR., RICHARD W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DECKER, RAYMOND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEFEO, LUCIANO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, DELPIZZIO, PAUL M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEMARTELEIRE, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEMURO, SUSAN EXEC, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DENISON, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEPOULTER, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEVERALL, WALTER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEVINE, JR, JAMES F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEVINE, JR, THOMAS J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEVLIN, FLORENCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEVLIN, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DEWYER, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DIBONA, ENZE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DILL, GILBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DINOVA, NICHOLAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DIPAULO, DANTE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DOLBOW, WALTER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DORICCHI, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DORRIS, JAMES M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DORSEY, GOUGH A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DOUGHERTY, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DOUGHERTY, JOSEPH F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DOUGHERTY, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DOUGHERTY, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DOUGLAS, III, LESTER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DOYLE, CHARLES E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DRAKE, CLAY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DRIES, ROBERT J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, DUSEK, CHARLES, WELLBORN HOUSTON LLP, 300 W MAIN ST, HENDERSON, TX, 75652-3109 |
| 21068 | WALSH, JANET, ECK, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, EDESTER, LEO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, EDGE, JOSEPH C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ELDER, CLARENCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ELFRETH, DONALD C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ENGLEHART, JOSEPH A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, ENIX, FREDDY B, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, ESPOSITO, FRANK, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, EWING, CARL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, EWING, HENRY C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, FABIANO, ANTHONY, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, FABIANO, ANTHONY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FAIRCLOTH, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FANRAK, MARTIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FELDMAIER, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FEMMER, FRANCIS N, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FENAUGHTY, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FETTER, KENNETH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, FILKINS, CHARLES, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, FINLEY, DANIEL B, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FINNEY, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FISHER, JOSEPH J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, FITZSIMMONS, PHILIP, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, FLOOD, GEORGE J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, FOLEY, JOHN J, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, FORAKER, ORVAL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FOSTER, JR, HENRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FOX, DAVID L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FOX, HERBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FRANK, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FREIBERT, SHERWOOD J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FRENCH, NORMAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, FRENCH, WILLIE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, FRETZ, EUGENE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GABBERT, CHARLES A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GAFFNEY, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GALANTINO, NICHOLAS A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GALEZNIAK, ANDREW V, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GAMBINO, VINCENT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GAVIN, JAMES H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GEHMAN, WALTER W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GEIST, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GELNAW, EDWARD G, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GELNAW, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GERACI, AMEDEO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GERACITANO, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GIAMPAPA, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GIAMPIETRO, ROBERT C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GIANNONE, MATTHEW, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GIBBONS, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GILES, JR, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GILKEY, ROBERT L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOFUS, RAYMOND J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOFUS, RAYMOND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOLSON, BENNIE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOLT, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOODE, ORLANDO G, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOODE, ORLANDO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOURLEY, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GOVIN, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GRAHAM, WALTER A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GRANGER, HARVEY J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21069 | WALSH, JANET, GRAYS, BENNIE, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, GREEN, DAVID, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FL, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GRIFFIN, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GRIFFITH, CHARLES E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GROETZINGER, SR, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GROSS, HAROLD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GROSS, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, GUMILAR, HOWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HABERSTROH, CARL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HAGAN, LARRY L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HAIRSINE, GEORGE J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HALL, BETTY E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HALL, WILLIAM H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HAMMOND, PERCY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HANCHARICK, MARTIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HARRIS, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HARROLD, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HART, RAYMOND C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HART, ROBERT T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HARTMAN, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, HARTRANFT, WALTER, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 |
| 21068 | WALSH, JANET, HARTRANFT, WALTER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HATFIELD, STEVEN L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HATTON, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HAYDEN, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HAYES, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HEAPHY, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HEARN, JOSEPH J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HELLER, ALFRED, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | WALSH, JANET, HENRY, ISHMEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HENRY, JAMES P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HETHERINGTON, WALTER J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HILL, LAWRENCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOCK, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOCKLEY, GLENN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HODGES, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOLLENBECK, GARY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOLSTON, SAMUEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOLTHOUSER, WILLIAM R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOPKINS, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HORN, JOHN M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOSKINSON, JR, MERNA C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOTALING, HAROLD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HOUSEAL, FRED, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUBBARD, NOLAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUDSON, EARL L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUDSON, ELMORE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUDYMA, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUFFMAN, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUNN, PAUL F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUNTER, GEORGE W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, HUNTER, RAYMOND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, HUTH, ROBERT, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, HYSELL, ROBERT J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, IVERS, PATRICK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, IVIE, RALPH J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JACKSON, EDWARD L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JACKSON, THOMAS J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JACKSON, WILMER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, JACOBS, GEORGE L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JAMES, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JEFFRIES, ROBERT E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JENKINS, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JENSEN, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JOHNSON, ALBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JOHNSON, ASHVER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JOHNSON, MORRIS M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JOHNSON, ROBERT L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JOHNSON, STANLEY E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JONES, DUANE E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JONES, HOWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JONES, JR, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JONES, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JONES, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JORDAN, EDWARD H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JUBIC, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, JUTZ, JR, JOHN C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KAINER, FRED, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KAKAREKA, EDMUND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KANAUSS, WILLIAM H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KANOUFF, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KATZER, VICTOR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KAUTERMAN, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KEEBLER, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KEELEY, JAMES F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KEELEY, SR, RONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KELLER, OTIS H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KELLY, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, KELLY, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WALSH, JANET, KELLY, SR, JAMES A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KENDALL, ROLAND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KERN, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KERR, CATHERINE EXEC, GREITZER & LOCKS, 1500 WALNUT STREET 20TH
FLOOR, PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KEYES, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KIELBASA, GENE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KILLORAN, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KILPATRICK, ALBERT J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KILPATRICK, JAMES E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KING, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KIRBY, MARSHALL E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KLEIN, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KLINE, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KLINGE, OSCAR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KLINGE, RICHARD C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KNIFFLEY, SR, JOHN W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KNOWER, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KOCHERSPERGER, JR, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH
FLOOR, PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KOCHERSPERGER, SR, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH
FLOOR, PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KOHLER, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21069    WALSH, JANET, KOSKAN, SR, ALLEN J, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL,
PHILADELPHIA, PA, 19102-3510

21068    WALSH, JANET, KOVACIC, STEPHEN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KRAUSE, JONATHAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KRIMMELL, JR., HENRY H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH
FLOOR, PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KUPLEC, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KURTZ, NORMAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, KUZLA, TEKLA, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, LABOMBARD, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, LAPIER, GLENN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

21068    WALSH, JANET, LATTIS, ELMER J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
PHILADELPHIA, PA, 19102

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068  WALSH, JANET, LAVIN, JR, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LAVIN, SR, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LAWSON, JR., WILLIAM E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LAWSON, LUTHER H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LAWSON, RONALD E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LEE, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LEEDS, HENRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LEMOS, KATHERINE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LENSETH, KENNETH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LEONARD, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LETENDRE, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LEVIN, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LEWIS, CECIL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LEWIS, PATRICK F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LIBURDI, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LINN JR., HARRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LOCKWOOD SR., EDWARD WAYNE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LOESCH, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LOHNES, DAVID, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LOMAX, ROBERT J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LOMBARDO, ROBERT J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LOMBARDO, ROCCO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LONGHWAY, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LOVELESS, JR, GEORGE H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LUDWIG, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LUNSFORD, JR, ROY B, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LYNCH, ANDREW K, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068  WALSH, JANET, LYNCH, JOHN A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21069  WALSH, JANET, LYND, DON, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510

21068  WALSH, JANET, LYONS, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WALSH, JANET, LYONS, JR, LEROY H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MABAQUIAO, JOSE R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MACKAY, RAYMOND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MACKIN, SR., JAMES F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MACZKO, THOMAS C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MADDUX, ALOYSIUS F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MADIGAN, PETER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MAGEE, ANNE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MALONEY, DANIEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MALONEY, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21069   WALSH, JANET, MALONEY, EDWARD, LOCKS LAW FIRM PLLC, 110 E 55TH ST 12TH FL, NEW YORK, NY, 10022-4540

21068   WALSH, JANET, MANISCALCO, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MANTINE, ANTHONY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MANTZ, RICHARD D, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MANUCCI, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MARSHALEK, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MARTIN, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21069   WALSH, JANET, MASCOLO, FRANK, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510

21068   WALSH, JANET, MASON, JR., CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MASSETTI, MARINO J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MATOUS, LEO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MATTIA, MICHAEL S, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MATTINGLY, NEGLY R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21069   WALSH, JANET, MAZUR, LEONARD, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510

21068   WALSH, JANET, MCALLISTER, SR, ROSCOE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MCBRIDE, MICHAEL F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MCCAFFERY, HARRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MCCARTHY, JAMES P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MCCARTY, J. K, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, MCCORMICK, SHAWN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, MCCORMICK, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCCULLIN, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCDEVITT, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCDOWELL, HOWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCGURK, FRANCIS W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCHENRY, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCILVAINE, LLEWELLYN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCINTOSH, DANIEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCLAUGHLIN, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MCPHILEMY, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MEDEARIS, WESLEY C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MEDICO, JOHN F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MEEHAN, JR., THOMAS F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MEENAN, HARRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MELELLA, VINCENT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MELLOR JR., ROY W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MELLOR, DAVID W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MELNICK, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MEREDITH, CARLOS M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MESSICK, MILFORD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MESSINA, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MILLER, FREDDIE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MINNIAK, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MITCHELL, DAVID, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MOCCIA, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MONTELLO, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MOORE, BILLY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, MOORE, JOHN, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, MORAN, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, MORCHE, WILLIAM O, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    WALSH, JANET, MORRIS, MARTIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MOYLE, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MULCAHY, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MULDOON, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MULHERN, WILLIAM T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MULLIGAN, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MURR, JOHN L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MYERSCOUGH, ERIC SR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH
         FLOOR, PHILADELPHIA, PA, 19102

21068    WALSH, JANET, MYKYTYN, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NALBONE, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NASH, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NATAL, CELSO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NEES, RICHARD N, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NEILL, CLARENCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NELSON, JAMES A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NELSON, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NELSON, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NELSON, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NEVILLE, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, NORRIS, JAMES T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, OBRIEN, JOSEPH L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, OBRIEN, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, ODDY, LEONARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, OHARA, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, OLESKY, STANLEY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, OLIVER, TIMOTHY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, ONEY, RONNIE LEE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21068    WALSH, JANET, ORFIELD, JACK P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

21069    WALSH, JANET, ORRECHIA, JOHN, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA,
         PA, 19102-3510

21068    WALSH, JANET, OSHMAN, LEONARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR,
         PHILADELPHIA, PA, 19102

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, OUELETTE, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, OUSEY, WILLIAM E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PACCHIOLI, NICHOLAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PAGE, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PAPA, NICHOLAS N, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PARISI, ANTHONY J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PARR, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PARTRIDGE, WILLIAM T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PAVONE, VICTOR A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PEARCE, THORWALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PECA, JOSEPH J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PELLECHIA, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PEMBLE, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PENNA, DOMINICK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PENNINGTON, RAY ALVIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PEPPEL, DONALD R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PERGRAM, ORVILLE LEE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PERKINS, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PERRY, DAVID, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PERRY, JR, WILLIAM T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PETERSON, EDDIE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PETRICCIONE, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PETRICCIONE, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PETTIT, JEANNE M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PFEIFFER, CLIFFORD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PHELPS, JR., ESTELL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PHILLIPS, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PIERSON, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, POGSON, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, POLANSKY, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, POPE, GLENNA K, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, PREDMETSKY, JACOB, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, PRESTON, HARRY J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PRETE, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PRITCHARD, JOHN E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PROCTOR, ARLOS E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PROSCENO, JOSEPH P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, PUCCIO, DOMINICK, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, PUCYLOWSKI, EDWARD J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PURCELL, LEE R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PURCELL, THOMAS J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, PURCELL, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, QUINTAL, ALICE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RAAB, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RAFTOVICH, ANTHONY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RAGEN, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RAICZYK, STANLEY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RANDALL, III, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RANONIS, JOHN P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, READER, DAVID A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, REGAN, MICHAEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, REICHENBACH, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, REPKOE, MICHAEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, REX, DAVID, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, REYNOLDS, ROBERT A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RHOADES, THOMAS F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RHODES, JAMES L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RICHIE, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RICKERT, SR., THOMAS A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, RILEY, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

Svc Lst  **Name and Address of Served Party**

21068   WALSH, JANET, RILEY, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RILEY, ROSS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RIZZI, ALBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROBERTS SR., ANDREW L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROBERTS, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROBERTS, WILBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROBINSON, DORRIS J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROBINSON, JAMES J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROBINSON, JR., JOSEPH D, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RODRIGUES, LUIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROGERS, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROGERSON, WAYNE R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROLAND, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROTHWELL, ELMORE C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ROTOLI, ALBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RUFFOLO, DOMINIC, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RUGGERI, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RUMIG, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RUPP, CARL B, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, RUSHTON, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, SAGE, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, SAHRHAGE, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, SALLEE, JAMES W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, SALSBURY, MARVIN F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21069   WALSH, JANET, SALVATO, PHILIP, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510

21068   WALSH, JANET, SALVI, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, SANTIAGO, RICHARD, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523

21068   WALSH, JANET, SANTIAGO, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, SANTORO, LOUIS J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, SAUNDERS, NAT G, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WALSH, JANET, SAXTON, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCARPATI, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHEPERS, DAVID B, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHICK, JR., PETER J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHILLING, KARL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHIRALDI, DOMENICO, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102-3523 |
| 21068 | WALSH, JANET, SCHIRALDI, DOMENICO, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHLEGEL, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHLUPP, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHNEBLE, JR, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHNEIDER, NORBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHNEIDER, ROGER O, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHNEIDER, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHULTEN, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHUTT, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCHWENK, ARTHUR F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCOTT, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SCOTT, VIRGIL M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, SCOTTI, JOHN, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, SCRUGGS, JOHN K, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, SEERY, JOSEPH E, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21069 | WALSH, JANET, SEERY, JOSEPH E, LOCKS LAW FIRM PLLC, 110 E 55TH ST 12TH FL, NEW YORK, NY, 10022-4540 |
| 21068 | WALSH, JANET, SEIFERT, CLEMENT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SENEY, DAVID  JR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SENN, SR, STEPHEN F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SENN, STEPHEN F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SENN, STEPHEN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SERGENT, ZELDA G, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SHIRLEY, JOSEPH C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SHISLER, JAMES R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, SHORT, WALTER S, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SIANO, SUSAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SIM, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SIMPSON, SR, WALTER T, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SINNON, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SLAVINSKI, EDWARD J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SLAVINSKI, MARGARET M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SLEDD, HENRY J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SLONE, GRADEN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SMITH, ALAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SMITH, CLARENCE E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SMITH, HARRY A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SMITH, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SMITH, ROBERT E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SMITH, SR., FRANCIS J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SMITH, WILLIAM A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SNYDER JR., ERNEST J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SNYDER, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SNYDER, JR., WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SOBEL, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SOCKET, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SOUBIROU, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SPARKS, JOHN W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SPARKS, SR., THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SPATEA, JOSEPH JR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SPICER, JR, MURRAY P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SPIVACK, MARVIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SQUILLACE, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STAMBAUGH, PHILLIP I, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STANLEY, GARY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, STAUFFER, RUSSELL J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STEED, SR, EARNELL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STENGLIEN, CONRAD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STINE, FREDERICK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STONE, NORMAN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STRAIN, MICHAEL J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STRANGE, JACK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, STRICKLAND, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, SULLIVAN, JEROME V, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TABER, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TACKETT, ISADORE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TAGUE, MARY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TALLEY, REESE P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, TAPFAR, PHILIP, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, TAYLOR, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, THOMAS, JOHN H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, THOMAS, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, THOMPKINS, TERRELL V, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, THOMPSON, BILLY L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, THOMPSON, MARY F, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, THURMAN, ROBERT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TINGLE, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TITUS, RALPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TOBLER, EDWARD P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TOLER, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TOMLINSON, VINCENT, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TOUT, ARTHUR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TRACHUK, WALTER G, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TRAHAN, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TRAUX, NELSON R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, TRINCIA, JOSEPH A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TRUAK, JOSEPH, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TRUAX, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TUBIC, RAYMOND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, TULL, JOHN H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, UNGERER, RAYMOND M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, URBANSKI, VICTOR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, URON, HARRY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VALENTINO, WILLIAM E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VAN ALLEN, PETER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VANCE, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VANDERPOOL, VERNON, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VEASEY, RALPH R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, VEGA, CARLOS, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, VICKERS JR., THOMAS R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VIERING, ARTHUR, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VILEIKIS, ALBERT J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VISCOUNT, NICHOLAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, VIVONE, ANTHONY, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WADE, MARCELLA, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WADLINGER, EDWARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WAGNER, JOHN J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WALKER, WILLIE P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WALKER, WILLIE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WALLIN, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WARENDA, FRANK, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WARR, CHARLES O, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WATKINS, ALMON, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WATKINS, CARL R, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WATKINS, PAUL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALSH, JANET, WATSON, JAMES S, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WEAVER, DELVIN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WEINBERG, JOEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WENDLER, FRED W, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WENERD, HERBERT C, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WHEATLEY, ROBERT A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, WHITAKER, FREDERICK W, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, WHITE, DAVID E, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WHITE, THOMAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WHITE, WALTER P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WHITE, WAYNE A, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILDING, JOHN, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIAMS, CLIFFORD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIAMS, DELEVEN L, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIAMS, ERNEST M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIAMS, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIAMS, JESSIE M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIAMS, JOHNNIE M, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIAMS, WINDELL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIFORD, IRENE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILLIS, SAMUEL, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WILSON, JAMES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WINEGAR, DONALD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WINER, MORTON, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WIRBICKI, STANLEY J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WITHERS, CHARLES, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WOLLAVER, JAMES P, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21068 | WALSH, JANET, WOOD, GEORGE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |
| 21069 | WALSH, JANET, WOSK, GENE, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510 |
| 21068 | WALSH, JANET, WRIGHT, CLYDE D, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WALSH, JANET, WRIGHT, RAYMOND, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, YAISER, WILLIAM, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21069   WALSH, JANET, YARMOSH, PETER, GREITZER & LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3510

21068   WALSH, JANET, YEAGER, CHARLES H, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, YOUNG, BRUCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, YOUNG, WILLIAM J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, YURICK, LAWRENCE, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ZACKAVICH, RICHARD, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ZAFFARY, PETER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ZAHN, WILTON J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ZEHAL, NICHOLAS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ZENOSI, ALEXANDER, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ZIPPER, RAYMOND J, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JANET, ZWIERCAN, FRANCIS, GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102

21068   WALSH, JOHN B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WALSH, JOHN J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   WALSH, JOHN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WALSH, JOHN P, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WALSH, JOHN, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068   WALSH, JOHN, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   WALSH, JOSEPH A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALSH, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   WALSH, JR, WHITNEY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WALSH, KENNETH G, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   WALSH, MICHAEL D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WALSH, MICHAEL E, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   WALSH, MICHAEL E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WALSH, ODIS, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   WALSH, PATRICK, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WALSH, PATRICK, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   WALSH, ROBERT H, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

WR Grace PI

**Svc Lst  Name and Address of Served Party**

21068  WALSH, RONALD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  WALSH, SR., THOMAS C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WALSH, THOMAS J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WALSH, THOMAS P, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  WALSH, THOMAS, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  WALSTON, A J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  WALSTON, MARVIN R, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  WALSWORTH, PATRICIA, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  WALSWORTH, SHELBY E, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  WALTENBERG, CLAUDE A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  WALTER, DOROTHY, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  WALTER, EDWARD P, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WALTER, IDA L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WALTER, JOHN F, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WALTER, JR, JOHNNIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WALTER, JR, JOHNNIE, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  WALTER, KENNETH E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WALTER, LAURENCE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WALTER, RICHARD M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WALTER, RONALD, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068  WALTER, SR, GARY J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  WALTER, WORTH, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  WALTERS, ALFRED J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WALTERS, ALFRED, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WALTERS, ALMA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  WALTERS, ALMA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  WALTERS, ANTLY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WALTERS, ARTHUR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WALTERS, ARTHUR, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068  WALTERS, CHARLES D, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  WALTERS, CHARLES D, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  WALTERS, CHARLES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WALTERS, CLAUDE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    WALTERS, CLAUDE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WALTERS, DONALD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WALTERS, EDDY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068    WALTERS, EDDY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WALTERS, EDWARD L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    WALTERS, EDWARD L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    WALTERS, EDWARD L, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068    WALTERS, FRANK, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068    WALTERS, GEORGE M, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068    WALTERS, GEORGE M, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068    WALTERS, GERALD L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    WALTERS, GERALD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WALTERS, GERALD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WALTERS, GERALD, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WALTERS, HARRY A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    WALTERS, HOWARD L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    WALTERS, JACK C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    WALTERS, JAMES E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    WALTERS, JAMES E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    WALTERS, JAMES O, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    WALTERS, JAMES W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    WALTERS, JAMES W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    WALTERS, JAMES W, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    WALTERS, JAMES, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068    WALTERS, JIMMY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WALTERS, JOEL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WALTERS, JOHN C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WALTERS, JOHN D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    WALTERS, JOHN D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21069    WALTERS, JOHN F, ROBERT SULLIVAN, PO BOX 45, LAUREL, MS, 39441-0045

21068    WALTERS, JOHN R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    WALTERS, JOHN R, THOMAS D CARVER LAW OFFICES, 2103 E SUNSHINE ST, SPRINGFIELD, MO, 65804

21068    WALTERS, JOSEPH C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    WALTERS, JOSEPH, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068    WALTERS, JOSEPH, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WALTERS, JOSEPH, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    WALTERS, JOSEPH, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068    WALTERS, JR, AARON C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    WALTERS, JR, AARON C, THE LAW FIRM OF PAUL BENTON, 181 MAIN ST, BILOXI, MS, 39530

21068    WALTERS, JR, CLAIRBORNE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    WALTERS, JR, CLAIRBORNE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068    WALTERS, JR, EARL C, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    WALTERS, JR, MORRIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WALTERS, L V, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WALTERS, LAWRENCE L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068    WALTERS, LENUE W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068    WALTERS, LENUE W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068    WALTERS, LEONARD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    WALTERS, LEROY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069    WALTERS, LLOYD W, JAMES W OWENS, CHARTERED, PO BOX 2757, 730 CLARK STREET, PADUCAH, KY, 42002-2757

21068    WALTERS, LOUIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    WALTERS, MARTIN A, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    WALTERS, MAX W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068    WALTERS, MYRTIS V, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    WALTERS, MYRTIS V, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WALTERS, NITA S, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068    WALTERS, NORA J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WALTERS, O C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WALTERS, RALLY F, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068    WALTERS, RAYMOND, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    WALTERS, RICHARD C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    WALTERS, ROBERT C, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068    WALTERS, ROBERT E, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068    WALTERS, ROBERT E, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068    WALTERS, ROBERT G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WALTERS, ROBERT G, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WALTERS, ROBERT J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WALTERS, ROBERT J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WALTERS, ROBERT, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | WALTERS, RONALD E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WALTERS, RONALD E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WALTERS, RONALD, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | WALTERS, SARAH B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WALTERS, SR, ERNEST E, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | WALTERS, SR, JAMES, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | WALTERS, SR, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WALTERS, SR, JAMES, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | WALTERS, TERRENCE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | WALTERS, TERRY W, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | WALTERS, THOMAS J, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | WALTERS, THOMAS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WALTERS, THOMAS, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | WALTERS, VERNON, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WALTERS, VICK, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | WALTERS, WANDA D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WALTERS, WARREN H, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 |
| 21068 | WALTERS, WILLIAM B, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | WALTERS, WILLIAM G, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21069 | WALTERS, WILLIAM, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027 |
| 21068 | WALTERS, WOODROW R, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WALTERS, WOODROW R, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WALTERS, ZELDA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | WALTERS, ZELDA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | WALTHALL, CLUSTER, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | WALTHALL, RUSSELL, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053 |
| 21069 | WALTHER, GEORGE, LANDRY & SWARR, LLC, 1010 COMMON ST STE 2050, NEW ORLEANS, LA, 70112 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  WALTHER, GORDEAN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WALTHOUR, ERNEST, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WALTHROP, CHARLES G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WALTMAN, LEROY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  WALTMAN, MERLENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WALTMAN, ROBERT B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  WALTMAN, WILLIAM A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WALTMAN, WILLIAM T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WALTMAN, WILLIAM T, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  WALTMON, PEGGY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WALTON, ALFORD T, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WALTON, ANNIE M, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  WALTON, BARBARA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WALTON, BAXTER, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WALTON, BAXTER, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WALTON, BETTY O, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WALTON, BETTY O, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WALTON, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WALTON, CLARENCE E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WALTON, CLARENCE E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WALTON, COLEMAN D, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  WALTON, DANIEL T, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WALTON, DANIEL, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  WALTON, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WALTON, FRANK, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  WALTON, FRANK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WALTON, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WALTON, FRANKLIN J, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  WALTON, FREEMAN, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  WALTON, GEORGE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WALTON, HAZEL J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WALTON, HAZEL V, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WALTON, JAMES, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  WALTON, JERRY R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  WALTON, JERRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  WALTON, JERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

Svc Lst  Name and Address of Served Party

21068   WALTON, JERRY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WALTON, JOHN E, CUMBEST, CUMBEST, HUNTER & McCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WALTON, JOHN E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WALTON, JOHN, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   WALTON, JR, BAXTER, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WALTON, KENNETH G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALTON, KENNETH L, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WALTON, LAWRENCE, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   WALTON, LONZIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WALTON, LONZIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WALTON, MARY G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALTON, MICHAEL K, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   WALTON, MINNIE L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   WALTON, MINNIE L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   WALTON, MONROE K, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WALTON, MONROE K, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WALTON, ODIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   WALTON, PATRICIA L, THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVENUE, ORANGE, TX, 77630

21068   WALTON, PRESTON, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   WALTON, ROBIE L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WALTON, RONALD F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALTON, SAMUEL T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALTON, SARA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WALTON, SARA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WALTON, SR, EDWARD J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALTON, SR, THOMAS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALTON, THELMA L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WALTON, THOMAS A, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   WALTON, THOMAS E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WALTON, THOMAS, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   WALTON, WILLIAM F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WALTZ, EMERSON V, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   WALTZ, EMERSON V, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

21068   WALTZ, FRANKLIN C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WALTZ, FRANKLIN C, COLLINS COLLINS, 267 NORTH ST, BUFFALO, NY, 14201

21068   WALWORTH, SHELBY R, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WALWORTH, SHELBY R, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WAMALING, JR, CHARLES T, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  WAMBACH, RONALD N, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  WAMBLE, REUBEN W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WAMBOLD, GEORGE F, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  WAMBOLD, JOHN A, TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BUILDING, 330 SOUTH STATE STREET, NEWTOWN, PA, 18940

21068  WAMNESS, ARTHUR, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  WAMPLER, ANDREW, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  WAMPLER, LEONARD C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WAMPLER, LESTER, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WAMPLER, SAMMY I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WAMSLEY, EDITH G, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  WAMSLEY, GRACE P, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WAMSLEY, GRACE P, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  WAMSLEY, RODNEY L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  WANDEL, CHARLES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  WANDS, JR, JAMES, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

21068  WANGLE, NELLIE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WANGLE, NELLIE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WANK, GLENN L, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  WANKE, LARRY, BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549

21068  WANN, ANDREW, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WANNAGE, JR, EDWARD, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068  WANNAGE, JR, EDWARD, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  WANNAGE, JR, EDWARD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WANNEMACHER, WILLIAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WANNER, CARL R, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  WANNER, RICHARD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21069  WANNER, THOMAS, KOPSKY & ASSOCIATES, P C, 16020 SWINGLEY RIDGE ROAD, SUITE 130, CHESTERFIELD, MO, 63017-1410

21068  WANNER, THOMAS, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  WANSITLER, WILLIAM W, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WANSTREET, HUGH, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  WANSTREET, HUGH, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  WANZEL, THOMAS F, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  WAPENSKI, JOSEPH, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  WAPPLER, MARVIN, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  WARBINGTON, CARL H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  WARBINGTON, ROBERT D, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  WARBURTON, WESLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WARCHOLA, RAYMOND, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  WARD, ALEX J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069  WARD, ARTHUR B, HARTER, SECREST & EMERY LLP, 1600 BAUSCH & LOMB PLACE, ROCHESTER, NY, 14604-2711

21068  WARD, BENNIE, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  WARD, BENNIE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WARD, BENNIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WARD, BERTHA F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WARD, BILLY F, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WARD, BILLY F, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WARD, BOB W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WARD, BOB W, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  WARD, CARL R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WARD, CARL R, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WARD, CECIL C, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  WARD, CECIL C, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  WARD, CHARLES E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WARD, CHARLES E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WARD, CHARLES E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WARD, CHARLES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WARD, CHARLES E, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  WARD, CHARLES T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WARD, CHARLES, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  WARD, CHESTER R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WARD, CLAUDE, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  WARD, DON, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  WARD, DONALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WARD, DOUGLAS L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WARD, DOUGLAS L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WARD, DOYLE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WARD, EARL, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WARD, EUGENE H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WARD, EUGENE H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WARD, EUGENE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WARD, FANNIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WARD, FANNIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WARD, FRANCES F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WARD, FRANCES T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WARD, FRANCES T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WARD, FRANCIS G, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WARD, FRANCIS G, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   WARD, GARY H, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068   WARD, GEORGE C, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WARD, GEORGE C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WARD, GEORGE C, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WARD, GEORGE J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WARD, GEORGE, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025

21068   WARD, GERALD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   WARD, GREER M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WARD, HAROLD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WARD, HENRY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WARD, HENRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WARD, HERSHEL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WARD, HERSHEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WARD, HERSHEL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21069   WARD, JAMES B, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-2401

21068   WARD, JAMES C, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   WARD, JAMES D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WARD, JAMES E, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   WARD, JAMES E, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WARD, JAMES E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WARD, JAMES H, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WARD, JAMES H, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WARD, JAMES L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WARD, JAMES L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WARD, JAMES M, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   WARD, JAMES P, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WARD, JAMES P, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WARD, JAMES P, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  WARD, JAMES R, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  WARD, JAMES V, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068  WARD, JAMES V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WARD, JAMES V, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  WARD, JAMES W, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068  WARD, JAMES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WARD, JAMES W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WARD, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  WARD, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WARD, JAMES, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  WARD, JAMES, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WARD, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WARD, JAMES, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WARD, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WARD, JEROME, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  WARD, JERRY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  WARD, JIM W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  WARD, JIM W, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  WARD, JIMMIE L, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068  WARD, JIMMIE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  WARD, JOHN I, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WARD, JOHN N, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068  WARD, JOSEPH F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WARD, JOSEPH L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WARD, JOSEPH R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WARD, JR, CHARLES L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  WARD, JR, ELLIS, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  WARD, JR, JAMES, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WARD, JR, JAMES, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WARD, JR, WILLIAM T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WARD, KENNETH B, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  WARD, KENNETH C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WARD, KENNETH C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WARD, LARRY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WARD, LARRY D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068  WARD, LEMUEL, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  WARD, LEON A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WARD, LESSIE, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501 |
| 21068 | WARD, LESSIE, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 |
| 21068 | WARD, LESSIE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | WARD, LLEWELLYN B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WARD, MACKEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WARD, MARY F, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WARD, MARY F, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WARD, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WARD, MCARTHUR, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | WARD, MELVIN, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WARD, MILES T, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 |
| 21068 | WARD, MILES T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WARD, MILES T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WARD, MILES T, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 |
| 21068 | WARD, MORRIS, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | WARD, MYRTLE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WARD, NADINE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | WARD, NATHANIEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WARD, NATHANIEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WARD, NAZAREEN, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 |
| 21068 | WARD, PAUL J, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | WARD, PAUL R, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 |
| 21068 | WARD, PERCY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WARD, PETER, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | WARD, PRICE D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WARD, RALPH H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WARD, RALPH H, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | WARD, RALPH, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WARD, RAY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21069 | WARD, RAYMOND G, ZIFF WEIERMILLER, 303 WILLIAM STREET, PO BOX 1338, ELMIRA, NY, 14902 |
| 21068 | WARD, RAYMOND M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | WARD, RICHARD H, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401 |
| 21068 | WARD, RICHARD K, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | WARD, RICHARD L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WARD, ROBERT B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WARD, ROBERT D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WARD, ROBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WARD, RUBY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WARD, RUBY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WARD, RUBY L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | WARD, RUBY L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | WARD, RUFUS L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WARD, SAM L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WARD, SAMUEL D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WARD, SARAH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WARD, SEARS, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | WARD, SR, ALLEN F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WARD, SR, JOHN D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WARD, SR, PHILIP H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | WARD, SR., WILLIAM C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | WARD, SR., WILLIAM C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | WARD, THOMAS G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | WARD, THOMAS G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | WARD, TOMMY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WARD, WALTER E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WARD, WALTER G, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21069 | WARD, WILBURN, THE FLOYD LAW FIRM PC, 8151 CLAYTON RD STE 202, ST. LOUIS, MO, 63117-1103 |
| 21068 | WARD, WILLIAM D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WARD, WILLIAM D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WARD, WILLIAM H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WARD, WILLIAM T, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103 |
| 21068 | WARD, WILLIAM, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 |
| 21068 | WARD, WILLIE C, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | WARD, WILLIE J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WARD, WILLIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WARD, WILLIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WARD, WILLLIE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WARDANSKI, THOMAS A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WARDEN, JOSEPH F, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WARDEN, JOSEPH F, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | WARDEN, THOMAS, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | WARDHAUGH, WALTER, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | WARDLAW, W R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WARDLAW, W R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | WARDLE, JUDITH, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | WARDLEY, SYLVESTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WARDLEY, SYLVESTER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |