**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21069    WERLEY, RODNEY, HAMBURG RUBIN MULLIN MAXELL & LUPIN PC, 375 MORRIS ROAD, PO BOX 1479, LANSDALE, PA, 19446-0773

21069    WERLEY, RODNEY, LEVIN, FISHBEIN, SEDRAN & BERMAN, ARNOLD LEVIN, MICHAEL FISHBEIN, 510 WALNUT ST STE 500, PHILADELPHIA, PA, 19106-3697

21068    WERNDL, GERALD, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068    WERNER, ALEX, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    WERNER, ARTHUR, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    WERNER, GEORGE J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    WERNER, HUB, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    WERNER, JOHN G, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068    WERNER, MARK R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WERNER, NATHAN R, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068    WERNER, RALPH J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    WERNER, RICHARD H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    WERNER, WALLACE F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WERNER, WILLIAM W, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068    WERNETH, W H, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WERT, JERRY E, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068    WERT, SCOTT W, ABDULLAH, FARD K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ABDULLAH, MUHAMMAD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ABNER, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ABOLOS, JR, PETE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ABRON, JR, JONAS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ACOSTA, REFUGIO T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ACUNA, ISMAEL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS JR, KARIA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS, CARRIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS, EZRA L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS, FRANK N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS, GRANVILLE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS, HAROLD G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS, JAMES W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ADAMS, JR, KARIA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  WERT, SCOTT W, ADAMS, JR, THURMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ADAMS, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ADAMS, THOMAS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ADDINGTON, JR, JOHN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ADDINGTON, WALTER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ADKINS, JERRY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ADKINS, JIMMIE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AGUILAR, NINOTO R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AGUILLON, CEFERINO S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AGUIRRE, JOSE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AGUIRRE, NARCISO C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AHEARN, MICHAEL S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AIGNER, KENNETH D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AINSWORTH, NOLAN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALANIZ, PAUL G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALBERTH, RUBY A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALBERTSON, LARRY A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALBRIGHT, SR, CARL C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALCALA, ADOLPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALCOCER, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALCOCER, VICTOR E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALCORN, JAMES T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEJANDRE, GILBERTO S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEJANDRO, HOMERO G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEJANDRO, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEXANDER, ADA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEXANDER, CHARLIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEXANDER, FLOYD W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEXANDER, JOHN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ALEXANDER, JOHNNY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, ALEXANDER, JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALEXANDER, JR, NOLAN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALEXANDER, JR, RALPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALEXANDER, NOLAN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALEXANDER, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALEXANDER, SR, CHARLES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALFARO, FRANK R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALFARO, VINCENTE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALFORD, JIMMY N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALFRED, RAYMOND, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLDREDGE, ALBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN JR, EMIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, DELBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, EUNICE O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, HAROLD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, J B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, JOHN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, JR, EMIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, LEONARD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, ODIE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, SR, EMIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLEN, SR, ORVILLE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLISON, BERT A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLISON, LADELL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALLMON, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALMAGUER, DAMIAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALMAGUER, IGNACIO O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALMANZA, MANUEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALMEIDA, CANDIDO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, ALSBROOKS, KELVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALSBROOKS, OREN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALTENBAUGH, DAVID B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALVA, PAUL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALVAREZ, DIONICIO G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALVAREZ, JESUS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALVAREZ, LINO F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ALVAREZ, SR, SIMON A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, AMASON, ELMAR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, AMIDON, CARL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, AMON, JOHN G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERS, DONALD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, ARTHUR L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, FORREST, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, GEORGE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, HILL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, ISHMAEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, JAMES T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, JEFF M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, JR, JEFF D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, LEWIS J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, MELTON H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, MELVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, OBERT S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, OLIVER W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, SCOTTY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, SR, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, THEOTIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, WILLIE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ANDERSON, WILLIE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

Svc Lst  **Name and Address of Served Party**

21068  WERT, SCOTT W, ANDERWALD, JAMES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANDERWALD, SR, JAMES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANDES, EARL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANDRADE, SR, GILBERTO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANDREWS, EDWIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANDRUS, WELDON F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANGLIN, BILLY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANGLIN, MEREDITH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANTHIS, SR, J T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANTHONY, HARRY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ANTOINE, SR, ERNEST, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, APPEL, ARTHUR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, APPELT, JR, CHARLES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARBUCKLE, GENE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARCE, MIGUEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARCENEAUX, WARREN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARCENEAUX, WOODROW, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARDOIN, JR, FRANK L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARLINE, HERMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARMSTRONG, CHARLES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARMSTRONG, DORSEY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARMSTRONG, LYNN G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARMSTRONG, ROY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARMSTRONG, WALTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARMSTRONG, WILLIAM G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARNIC, CLOIS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARNOLD, JOSEPH B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARNOLD, ROY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARREDONDO, ANTONIO A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARRIOLA, ELSIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

Svc Lst  **Name and Address of Served Party**

21068  WERT, SCOTT W, ARTERBERRY, SHEDRICK, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARTERBURN, ADRIAN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ARY, JR, W E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ASH, CLEON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ASH, JR, TOMMIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ASHCRAFT, DELBERT D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ASHCRAFT, JOHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ASHMORE, JR., ARTHUR J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ASTON, HAROLD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ATCHISON, JIMMIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ATKINSON, ERNESTO M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ATKINSON, ZEPHANIAH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ATTAWAY, DAVID E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ATWOOD, JR, ADOLPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, ATZENHOFFER, THOMAS D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AULDS, TOMMY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AUSTIN, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AUSTIN, TIMOTHY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AUSTIN, WILLIAM R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AUTREY, WEYMAN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AUVENSHINE, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AVANT, JR, CARL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AVILA, SIMON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AVINA, RAMON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AYALA, ALONSO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AYALA, HENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AYALA, JOSE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AYALA, SR, LUIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AYDELOTT, GERALD B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, AYO, GODFREY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WERT, SCOTT W, AYRES, MARCUS A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BABB, ARCHA L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BABERS, LEE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BABERS, WILLIEM C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BABINEAUX, THOMAS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BABINO, GARY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BACA, LEROY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BACA, MELVIN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAEZ, JUAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAEZ, MACARIO L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAGGETT, DAVID A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAGGETT, JOEL L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAGGETT, JOHN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAIER, DAVID E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAIER, DOROTHY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAILEY, BRYANT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAILEY, GUY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAILEY, HENRY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAILEY, IRA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAILEY, JR, ARTHUR J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAILEY, JR, BRYANT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAILEY, MAURICE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAIN, FLOYD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAKER, ALFONSO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAKER, ARTHUR H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAKER, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAKER, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAKER, JERALD W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAKER, LARNEY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAKER, MARY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   WERT, SCOTT W, BAKER, NATHAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BAKER, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BAKER, SR, BURNIS P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BAKER, WAYMON H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALDERAS, LUIS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALDERAZ, LEONEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALDUCCI, GENO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALDWIN, ROE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALDWIN, TERRY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALLARD, R D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALLARD, VERNON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALLENGER, ROGER E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALLEW, WILEY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BALUSEK, ALTON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANANO, LYNN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANDOR, STANLEY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANKS, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANKS, ELBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANKS, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANKS, JIMMIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANKS, JOHNNIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANKS, ROBERT D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANKS, SR, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANNERT, ROBERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BANTA, LARRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARBEE, NEAL H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARBER, ROY N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARBER, SR, WILLIAM C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARBORAK, SR, ARTHUR F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BAREFIELD, VERNELL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   WERT, SCOTT W, BARES, JOHN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARGER, CHESTER A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARGER, EDWARD Z, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARKER, BETTY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARKER, BOBBY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARKER, CICERO W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARKER, LEROY A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARKER, ORVILLE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARKER, WORLEY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARKETT, THOMAS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNES, DAVID D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNES, GEORGE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNES, GLADYS A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNES, LEON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNES, RICHARD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNES, W D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNETT, GEORGE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNETT, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNETT, WILLIAM C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNHART, DAVID N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNHART, EUGENE O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARNHART, HOLLIS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARRAS, MORRIS J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARRIENTES, JOE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARRIENTEZ, RAYNALDO F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARRIENTOS, FRUTOSO A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARRINGER, RAYMOND J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARRIOS, SR, HENRY O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARRON, JOHNNIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BARROW, HAROLD G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, BARRY, GERALD M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BARTEE, J C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BARTEK, DAVID A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BARTON, EMORY Y, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BARTON, FOWLER D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BARTON, HOUSTON M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BARTON, JR, HERMAN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BARTON, SR, RONALD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BASS, CLARENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BASS, GEORGE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BASS, JACK H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BASS, MARION D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BASSETT, LEON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BASSHAM, JERRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATEK, JEFFREY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATES, JR, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATES, WILLIAM L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATISTE, GEORGE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATISTE, HEBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATISTE, PAUL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATTEN, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATTIES, EDDIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATTIES, JOHNNIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATTLE, CARL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATTLES, SR, BURL O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BATY, FINIS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAURAX, ASHTON D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAXTER, JAMES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAXTER, WILLIAM S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAYLOCK, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WERT, SCOTT W, BAYLOCK, EARLIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BAZOON, RAY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEACHLER, FRANK E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEAIRD, JAMES G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEALL, BENNIE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEALSWILLIAMS, EDITH A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEAM, AMMON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEARD, DAVID W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEARD, JR, CHARLES N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEASLEY, JAMES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEASLEY, RALPH E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEASLEY, RICHARD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEATTY, GORDON L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEAUCHAMP, STEVEN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEAUDRY, ROBERT H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEAUMONT, FLORENCE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEAVER, JOHN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEAVERS, FLOYD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BECK SR, ROY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BECK, GERALD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BECK, SR, ROY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BECKER, MELVIN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BECKWITH, NORMAN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEELER, TOMMY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEENE, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEENE, WILLIAM L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BEISH, RAYMOND O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELIN, FRANCIS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELK, SR, JOSEPH E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELL, ALBERT A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, BELL, BOBBIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELL, CHARLES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELL, CURTIS G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELL, JR, SAMUEL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELL, JR, WILLIAM E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELL, SR, HENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELLAH, JR, GUY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELLE, JIM H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELLMYER, RUSSELL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BELT, JOHNNY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENGSCH, ALTON H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETSEN, HENRY B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, ALVIS J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, BUFORD F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, COODY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, DORA L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, EDWARD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, JOE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, JOHNELL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, MARSHALL L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, MORRIS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNETT, ROBERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENNISON, JOHN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENSON, BILLY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENSON, THOMAS N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENTLEY, GERALD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENTLEY, KENNETH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENTLY, ANTHONY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BENTON, WILLIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BERGARA, JUAN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

WR Grace PI

Svc Lst  **Name and Address of Served Party**

21068   WERT, SCOTT W, BERGER, NEWELL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERGERON, JOSEPH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERGIN, LEO J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERLANGA, TRINIDAD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERNARD, KENNETH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERNARD, LAQUINCA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERRY, DALE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERRY, FRANKLIN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERRY, HORACE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERRY, JR, AUSTIN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERRYHILL, CHARLES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERRYMAN, HERSHEL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERRYMAN, JAMES K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERTRAM, WILLIAM H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERTRAND, ERNEST J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BERTRAND, LEE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BESSIRE, JORENE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BETHEA, TOMMY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BETTS, O D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BETTS, WILLIE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BEVERLY, JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BIBBS, A V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BIBBS, RALPH A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BICE, HERMAN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BICKLEY, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BIEHLE, ROBERT R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BIGGERS, HERMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BILLINGS, SR, BOBBY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BIRCH, RAYMOND C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BIRD, DOUGLAS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WERT, SCOTT W, BIRD, SR, EDWIN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BISHOP, GROVER C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BISOR, JR, PLAS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BIVENS, SR, JERRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACK, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACK, JR, BILLIE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACKBURN, J P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACKBURN, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACKLOCK, BILLY F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACKMON, JR, ERNEST, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACKMON, JR, H B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACKMON, LOUIS V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLACKMON, WEBSTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLAHA, BERNARD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLAKE, BOYD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLALOCK, ROGER D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLANCO, JOHN V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLAND, NOLAN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLAND, ROYLENE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLAND, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLANKENSHIP, BOBBY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLANKENSHIP, TRAVIS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLAYLOCK, JR, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLEDSOE, ALLENE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLEDSOE, BERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLONDELL, GEORGE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLUE, EARNEST, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLUE, GERALD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BLUNT, CARL J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOATMAN, JR, JAMES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, BOATMAN, KENNETH N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOB, LAWRENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOBADILLA, FRANCISCO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOCK, RICHARD B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BODNAR, JOSEPH E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOGANY, JR, LLOYD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOGGUS, JR, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOLT, HAROLD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOLTON, BOBBY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOLTON, TYRONE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOND, CHARLES O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BONDS, ROGER W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BONDURANT, JERALD N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BONNER, DAVID G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BONNER, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BONNER, SYLVESTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BONNER, ZELMA S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BONTON, WALTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOONE, JR, CHESTER M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOORTZ, JR, EDWIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOOTH, JUNIOUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BORDELON, GLORIA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BORDEN, CARNETT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BORDEN, RAYMOND D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOREN, BETTY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOREN, FLOYD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOREN, GERRY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BOREN, RODNEY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BORREGO, JR, MARTIN P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BORREGO, ROGER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   WERT, SCOTT W, BOSMAN, JR., ALBERT G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOSQUEZ, THOMAS B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOSSHARD, FRED W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOSSIER, BERNARD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOSWAK, MICHAEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOUBEL, GEORGE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOUDREAUX, SANDERS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOUDREAUX, THOMAS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOUDWIN, WALTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOURQUE, ALPHE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOURQUE, JOSEPH P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOWDION, ALTON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOWER, EDDY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOWERS, BRENT W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOWERS, DONALD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOWIE, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOWMAN, BILLY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOWYER, DAN K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOX, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYCE, JOHN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYD, FLOYD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYD, JR, JIMMIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYD, SR, RUSSELL T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYETT, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYINGTON, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYKIN, OMEGA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOYLES, NESBIT A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOZANT, BARBARA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOZANT, JR, FORREST E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, BOZEMAN, CECIL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, BRADFORD, CHARLES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADFORD, HUBERT A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADLEY, HERBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADLEY, RUDOLPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADLEY, SR, NERO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADSHAW, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADSHAW, WILLLIAM R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADY, LEE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRADY, TOMMIE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAGER, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRALY, PAUL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANCH, EARL M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANCH, JESSIE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANCH, JOHN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANCH, NATHAN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANCH, VICTOR C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANCH, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANNON, THANIEL C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANSON, CLARENCE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRANSTETTER, LENDAL L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRASS, LARRY B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRATTON, ANNA B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAUER, TOMMY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAUN, ALLEN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAUN, JOAN I, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAUNAGEL, ALBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAUNAGEL, JOE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAUNSDORF, JOHN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAY, DAVID, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRAY, EARL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, BRAZLE, JR, GORDON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BREAUX, BOBBY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BREAUX, RAYMOND P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BREAUX, ROY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BREEN, GERALD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BREEN, JEROLD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BREMER, JOHN F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRENT, JAMES W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BREWER, VERNON R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRIDWELL, CHARLES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRIEDEN, GUS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRIGANCE, JERRY N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRIGHT, GEORGIA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRINAC, ALVIN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRISBY, LEE O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRISCOE, CAROL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRISCOE, EDWARD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRISTER, FRANK N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRISTER, SR, ROBERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRITAIN, LLOYD F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRITTNACHER, JR, ERVIN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROADDUS, THEODORE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROADHEAD, JOHN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROADNEAUX, SARAH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROADWAY, JACK, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROD, JR, M L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRODERSON, HOWARD P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROGDON, HERBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROOKS, CLEO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROOKS, HENRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | WERT, SCOTT W, BROOKS, JOHNNIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROOKS, JOHNNY B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROOKS, JR, JOHNNY B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROOKS, JR, WOODROW N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROOKS, ROBERT G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROUSSARD, ERWIN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROUSSARD, SIDNEY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, BOYCE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, CARL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, CHARLIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, CLOUDY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, DOROTHY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, EARL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, EARL T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, EARNEST W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, ERDIS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, GEORGE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, GLYN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, HARLAN G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, HAROLD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, HASKELL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, HERMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, HOLLIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, III, JOHN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, JAMES O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, JAMES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, JOE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BROWN, JOE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

Svc Lst  Name and Address of Served Party

21068  WERT, SCOTT W, BROWN, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, JR, CHARLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, JR, JOSEPH E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, JR, OLIVER C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, JR., JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, LEVELL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, MILLAGE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, OLIVER R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, RAYMOND, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, ROBERT F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, SR, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, SR, JERALD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, SR, JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, SR, KERMIT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, SR, LLOYD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, W A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, WILBURN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, WILLIAM H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, WILLIE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, WILLIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWN, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWNING, HARVEY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROWNING, KENNETH D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROYLES, THOMAS P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BROZ, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BRUMBELOW, RAYMOND A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, BRUMFIELD, PRIMIK, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, BRUNDRETT, LEYTON A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRUNE, MAX E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRUNER, HOMER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRUNSON, JR, CLYDE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRYAN, HUBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRYAN, NORMAN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRYAN, ROY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRYANT, JR, M T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRYANT, LANNAS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRYANT, MARVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRYMER, JOSEPH C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BRZOVSKIS, ANTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUCHANAN, FRANK W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUCKALEW, CONNIE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUCKALEW, WINSTON M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUCKLEY, EVERETT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUCKLEY, WILLIAM F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUERGER, ROBERT W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUFFINGTON, LEARCIE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUNDRICK, SR, WILLIAM R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUNN, III, JOSEPH F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURCH, DONNIE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURCH, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURCH, JOHNNY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURGE, III, WILLIAM J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURGESS, NORWIN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURK, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKE, EUGENE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKE, GERALD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKE, JAMES P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WERT, SCOTT W, BURKE, JR, MORRIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKES, JR, NORMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKHALTER, JAMES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKS, HENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKS, JESSIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKS, JR, HENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURKS, SR, J C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURLESON, RONALD G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURLESON, SR, WILLIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURLIN, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNES, THOMAS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNETT, AUDLEY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNETT, DARRELL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNETT, HOLLIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNETT, LEON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, BOBBY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, EUGENE V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, EVAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, FRED M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, JOHN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, JR, JOHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, ROY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, WILLIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNS, WOODROW O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNSIDE, BURNIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURNSIDE, DOREEN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURRIS, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURSIAGA, JUAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURT, SR, GEORGE S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURTON, ROBERT F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, BURTON, ROBERT W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BURTON, W D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSBY, MAURICE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSCH, KENNETH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSH, BETTY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSH, JR, EZRA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSH, JR, PHILLIP C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSH, SAM E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSSELLE, OPAL G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUSSETTE, VERNIS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUTLER, DENNIS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUTLER, JAMES B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUTLER, JR, EDDIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUTLER, MAXINE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUTLER, WILLIAM L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BUTTS, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BYNUM, TIMMY A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BYRD, ARTHUR J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BYRD, RAYMOND D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, BYRD, SR, DOUGLAS A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CABASOS, JULIO F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CABELLO, LIBRADO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CADE, ROBERT S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CADENA, TOMAS P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAILLOUET, SR, RICHARD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAIN, RONALD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CALAWAY, STEPHEN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CALDER, RICHARD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CALDWELL, JR, JACK C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CALDWELL, MYRON C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Svc Lst   Name and Address of Served Party**

21068   WERT, SCOTT W, CALDWELL, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALDWELL, SR, FOSTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALENDER, BERNICE P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALHOUN, DARWIN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALHOUN, DONNA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALHOUN, J B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALHOUN, JR, CLARENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALHOUN, LONNIE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALHOUN, TERRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALHOUN, TERRY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALIP, SR, LAWRENCE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALLAWAY, MONTIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALLIER, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CALMA, LEONARD V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMACHO, SR, CARMEL S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMERON, DON P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMMACK, JERRY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMP, HORACE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, ALVIS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, DENNIS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, DOYLE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, ELVIN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, GLENN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, HERBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, JOHNNIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, SR, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPBELL, TOMMIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPOS, III, ESEQUIEL M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPOS, NICK, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CAMPOS, RUBEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, CANNON, LONNIE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CANO, IRMA S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CANTRELL, JR, CHARLES T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CANTU, DANIEL Y, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CANTU, JESUS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CANTU, OSBALDO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CANTUE, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAPELLA, JAMES N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAPERS, JAMES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAPISTRAN, RODOLFO C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAPLES, PRENTICE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAPPS, HICKEY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAPUANO, NICHOLAS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARAWAY, JOHN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARBAJAL, VICTOR M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARDENAS, LOIS I, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARDENAS, LOUIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARDENAS, MAXIMO B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARDONA, JOSE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARDWELL, GARLAN O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARDWELL, GILBERT H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAREY, CHARLES J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAREY, CLAUDE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAREY, ROBERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARLISLE, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARLSON, WARREN O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARLTON, KENNETH R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARMONA, ESTEBAN S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARMONA, JOSE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARMONA, LUPE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068　WERT, SCOTT W, CARMOUCHE, JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARNEY, KENNETH R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARNLEY, WARREN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARODINE, AURTIS B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CAROTHERS, JR, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARPENTER, EARL H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARPENTER, ERWIN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARPENTER, MAX L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARPENTER, RUSSELL K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARR, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARR, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARR, THEODORE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARRELL, CLARENCE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARRIER, JACK B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARRINGTON, BILLY F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARRISALEZ, JOSE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARROLL, L D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARROLL, LAWRENCE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARROLL, THOMAS V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARRUTHERS, BETTY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARSON, DONALD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARSON, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARSON, SR, JOHN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARTER, ARTHUR H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARTER, EDWARD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARTER, ELMER R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARTER, GERALD B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARTER, HERMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARTER, II, COLUMBUS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068　WERT, SCOTT W, CARTER, KENNETH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WERT, SCOTT W, CARTER, LEE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARTER, SR, HAYWOOD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARTER, VERNON E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARTER, VIRGINIA W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARTRITE, LEONARD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CARTWRIGHT, GEORGE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASAREZ, VENTURA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASAS, PERFECTO N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASEY, ALVIN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASEY, MITCHELL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASEY, SR, MITCHELL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASH, M C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASHAW, TOMMY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTEEL, WILLIE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTELLANO, SR, JOHN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTILLO, ANECLETO S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTILLO, FAUSTINO P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTILLO, JOSE S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTILLO, TOM G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTILLO, VICTOR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTLEBERRY, JR, CHESTER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CASTRO, BASIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CATES, JOHN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CATHEY, BOBBY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CATHEY, SR, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CATLEY, SR, HORACE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAUDILL, HAROLD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAULEY, TOMMY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAUSEY, ALVAH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAVALIER, EMMETT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, CAVAZOS, RUDOLPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAVINESS, RAYMOND R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CAVNAR, ORVILLE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CEARCY, WILLIE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CENTENO, LUIS B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CESSAC, CHARLES W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAFFIN, WILLIAM F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAIRES, JR., ORUS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAMBERS, LARRY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAMBERS, TRAVIS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAMPAGNE, PAUL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAMPION, RALPH W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHANDLER, ATHER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHANDLER, BOBBY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHANDLER, JACKIE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHANEY, EDDIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHANEY, SHEILA L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPA, ABEL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPA, MERADO O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPARRO, ERASNO J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPMAN (DECEASED), CHARLES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPMAN, DOYLE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPMAN, JAMES T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPMAN, JOSEPH W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPMAN, THOMAS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPPELL, JACK, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPPELL, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHAPPUIS, JR, EDWARD R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHARGOIS, JOHN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CHARGOIS, SR, CARL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WERT, SCOTT W, CHARGOIS, WALLACE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHARLES, BLONNIE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHARLES, CLARENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHARLES, SR, DANIEL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHARRY, RONALD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHATAGNIER, PATRICK L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHATHAM, ROBERT G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHATMAN, WALLACE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHATMON, CURTIS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHAUDIER, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHAVER, S L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHAVERS, LEE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHAVEZ, JR, JESSE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHAVEZ, MIGUEL V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHAVIS, CHAVIS (DECEASED), FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHAVIS, JOSEPH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHEATHAM, EARL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHEEK, FRANK A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHEEK, RICHARD H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHEEVES, SR, LOUIS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHERRY, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHESSER, FLOYD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHESTER, SR, HARRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHIASSON, WALTER R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHILDRESS, RUDOLPH K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHILDS, GLEN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHILDS, SR, WILLIE O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHIMNEY, RAYFORD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHITWOOD, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, CHIUMINETTA, SR, ALBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

Svc Lst  Name and Address of Served Party

---

21068  WERT, SCOTT W, CHOATE, THOMAS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHOICE, RAYFUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHOICE, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHOPANE, SR, WILMER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHRISTENSEN, JAMES K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHRISTIAN, JR, PHILIP, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHRISTIAN, LEO P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHUMBLEY, CLYDE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CHURCH, LEAVELLA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CISNEROS, DANIEL G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CISNEROS, SEFERINO M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLAIBORNE, WILLIAM B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLAKLEY, SOLOMON L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLANTON, DANIEL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, BENNIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, BILLY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, CHARLES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, CLARK (DECEASED), FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, EARL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, EDWIN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, JESSIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, JOHN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, JR, ARTHUR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, LEO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, RUSSELL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, SAMUEL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, SR, LEO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, TONY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, WALTER E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

Svc Lst  Name and Address of Served Party

21068  WERT, SCOTT W, CLARK, WALTER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLARK, WILLIE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLAWSON, JOHNNY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLAXTON, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLAXTON, LEO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLAY, THOMAS F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLAYTON, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLEMENT, EARL J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLEMENT, MATTHEW, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLEMONS, LAWRENCE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLEPPER, TOMMY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLEVELAND, JR, CLARENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLIFTON, RICHARD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLINKSCALES, FRANK E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLINTON, ATLENE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLIPPA, LIONEL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLIVER, JR, ALFRED E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLOUD, PERRY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLOWER, JR, GEORGE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CLOWERS, ROBERT C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COATES, JOE N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COATS, MORRIS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COBB, JOHN S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COBB, THOMAS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COBB, TYRUS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COBURN, CHESTER H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COCHRAN, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COCHRAN, THOMAS D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COCKRELL, DAVID E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COFFEY, CHARLES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 WERT, SCOTT W, COFIELD, JR, WILLIAM O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COFIELD, WILLIAM O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COKER, DENNIS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COKER, JASPER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLBERT, JR, COMMIE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLBERT, RUIE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLE, ALBERT S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLE, CURTIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLE, DONALD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLE, ELRIGE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLE, FRED, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLE, JR, ELRIGE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLE, ROY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEGROVE, BILLY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, ALTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, HUBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, LARK W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, MELVIN T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, RAYMOND, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, RUTHIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, VERNON L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLEMAN, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLIER, NORMAN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLINS, ARTHUR C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLINS, BOB A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLINS, DOROTHY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLINS, FLOYD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLINS, FREDDY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLINS, MELVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068 WERT, SCOTT W, COLLINS, ONNIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

Svc Lst  Name and Address of Served Party

21068  WERT, SCOTT W, COLLINS, WILLIE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COLTER, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COLUNGA, LUIS F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COLUNGA, RAUL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COLWELL, GAYLOR R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COMACHO, CANDELARIO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COMBS, JOHN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COMBS, WILLIAM L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COMEAUX, JR, JOHN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COMMIATO, SAM S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONAWAY, KENNETH A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONCES, JR, GEORGE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONCES, LAWRENCE V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONE, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONLEY, EARNEST D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONLEY, SHIRLEY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONNELL, PAUL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONNER, LEWIS T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONRAD, CHARLES G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONREUX, DALE S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CONTRERAS, ELEAZAR C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, ALLAN O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, ANNIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, CHARLES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, EDDIE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, FRED W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, HARVEY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, J D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, COOK, JERRY K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, COOK, JOHNNY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOK, JR, GAYLE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOK, JULIUS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOK, RICHARD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOK, RICHARD R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOK, TROY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOK, VICTOR B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOKE, ALLAN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOLEY, FINIS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COON, JOHN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, DALE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, HARRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, JERRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, JOE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, JOHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, JOHN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, JR, KIRBY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, MARVIN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, ROBERT F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, SR, CLEASTER J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOPER, WALTER R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COOTS, WOODROW W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COPELAND, DOYLE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, COPELAND, WILLIAM T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CORDER, WESLEY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CORDERO, REYES G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CORMIER, ALBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CORMIER, CLIFTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CORMIER, IVY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WERT, SCOTT W, CORMIER, JOSEPH B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORMIER, SR, AGIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORNELL, JOHN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORNETT, MACK A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORRIE, HENRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORTES, JR, EDWARD R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORTES, JR, MANUEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORTES, NEFTALI, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORTEZ, DIEGO G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CORTEZ, ROY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COSBY, VONNIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COTTEN, JOHN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COTTER, TEDDY O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COTTON, JR, ROY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COTTON, LENA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COUCH, DOYLE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COUCH, GORDON L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COUCH, MARVIN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COURTNEY, ALLEN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COURTNEY, GEORGE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COVINGTON, MICHAEL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COWARD, BILLY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COWART, JOHN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COX, DONALD R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COX, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COX, JIMMY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, COX, JR, DEWEY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CRADDOCK, EARL C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CRAFT, GEORGE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, CRAFT, HOWARD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, CRAIN, CHARLES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAMER, CHARLES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRANE, CHARLES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRANK, PAUL P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAVEN, JOHN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAWFORD, BILLIE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAWFORD, CHARLES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAWFORD, CURTIS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAWFORD, JIMMIE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAWFORD, JOE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRAWFORD, PAUL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CREWS, RICKEY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRISMORE, OLIVER H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRISP, JR, MONROE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRISP, ROBERT R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRISS, DONALD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRISS, SR, HENRY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRISS, WILLIEDEE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRISWELL, TIMOTHY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROLEY, JACK D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROLEY, JEROLD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROMAR, JOHN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROMEANS, CECIL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROMER, BOBBY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROMER, CHARLES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROSBY, CARL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROSBY, JOE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROSS, AUGUSTA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROSS, CYRUS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROUCH, JR, CARL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, CROUCH, THOMAS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROW, SAMMY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROWDER, MARGARET A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CROWE, ETHERIDGE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRUMPTON, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRUTCHER, SR, WILLIAM D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRUZ, ALEJANDRO T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CRUZ, JR, HENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUCCIA, ANTHONY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUELLAR, JAMES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUELLAR, JR, RAY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUELLAR, LIONEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CULBERSON, ORVAL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CULBREATH, SR, ALFRED B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CULBRETH, ALFRED B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CULBRETH, SR, ALBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CULPEPPER, JR, JERRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CULPEPPER, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUMBY, WILLIE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUMMINS, JERRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUMMINS, WAYLAND, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUNNINGHAM, CHARLIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUNNINGHAM, GENE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUNNINGHAM, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUNNINGHAM, JR, ROLLIE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUNNINGHAM, KENNETH S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CUNNINGHAM, SAMUEL T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CURB, SOPHIA L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CURRY, CURTIS P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, CURRY, HILTRY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WERT, SCOTT W, CURRY, JAMES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CURTIS, BOBBY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CURTIS, HENRY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CURTIS, WILLIAM L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, CYPERT, JAMES T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DABNEY, RAYMOND E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DACUS, FOY A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAFFT, JR, GOVERNOR C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAHLSTROM, DONALD G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAHLSTROM, EDWARD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAIGLE, ROBERT D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAILEY, DARRELL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAILEY, GEORGE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAILEY, GERALD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAILY, EARL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANCE, CHARLES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIEL, EARL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIEL, JR, HOWARD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIEL, LUTHER B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, CALVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, CLYDE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, HUBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, JAMES V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, OTIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, RAY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, SR, ROLAND J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, TYREE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANIELS, ULYSSES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANNA, NANCY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DANNAHAUS, HARVEY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068  WERT, SCOTT W, DARDEN, CARLISS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARDEN, QUINCEY B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARDEN, SR, RAYMOND H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARDEN, VIRGIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARDIN, JAMES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARILEK, BERNICE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARJEAN, HERBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARLING, DENNY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARNELL, BERNARD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARRINGTON, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DARSEY, JULIAN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DATEL, JOHN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAUGHERTY, JR, JOHN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAUPHINE, JOSEPH A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVENPORT, FLOYD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVENPORT, J D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVENPORT, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVENPORT, SR, ALMOND L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVID, DONALD R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIDSON, CARROLL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIDSON, HOLLIE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIDSON, JOHNIE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIDSON, JR., WILLIE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIDSON, LARRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIDSON, MORRIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIDSON, PHILLIP N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIS JR, FRED J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIS, ARON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIS, AUTRY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, DAVIS, BOBBY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Svc Lst  Name and Address of Served Party**

21068    WERT, SCOTT W, DAVIS, CAROL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, CHARLES W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, CLARENCE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, EARL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, ELTON B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, FRANCIS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, FRED J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JERRY N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JIMMIE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JR, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JR, JAMES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JR, MACK, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JR, R C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JR, WALTER G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JR, WILLIAM R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JR, WILLIE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, JULIUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, KENNETH O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, LEE V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, LOTTIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, LUTHER E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, RAFORD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, ROY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, SR, EDDIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, THOMAS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, THOMAS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, VINCENT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, WILEY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, WILLIE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, DAVIS, WILLIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, DAWSON, ENOS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAWSON, JR, ARTIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAWSON, TOMMIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAWSON, WILLIAM C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAY, CHORSEN F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAY, CLARENCE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAY, D W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAY, OSCAR G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAY, WALTER A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DAY, WILLIAM E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEALEJANDRO, JUAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEAN, LAWRENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEAN, LEE V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEAN, LOYD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEAN, VIRGIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEARDORFF, BONARD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEAS, NATHAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEASON, BILLY T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEASON, CLARENCE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEBERRY, THOMAS G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEBOSE, JAMES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DECAIRES, GEORGE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DECKER, WILLIAM D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DECOU, ESTA L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEEN, EDWIN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DEESE, JR, WILLIE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DELACRUZ, IGNACIO B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DELACRUZ, JESSE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DELAGARZA, ALMANZOR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DELAGARZA, PEDRO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WERT, SCOTT W, DELANY, DONALD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELAPAZ, BERNARDO R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELAPAZ, JUAN V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELAROSA, ALFREDO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELARRIVA, PATSY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELBOSQUE, DOMINGO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELBOSQUE, EVA T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELEON, FEDERICO R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELEON, JOHN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELEON, LUCIANO T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELEON, MAGIN T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELEON, SR, JESSIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELEON, SR, ONUEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELGADO, JR, MARTIN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELGADO, RAUL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELOSSANTOS, JESUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DELOSSANTOS, PEDRO R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DEMOUCHET, CLARENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DEMOURELLE, CHARLES S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DEMPSEY, ALBERT T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENBY, JACK W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENHAM, WILLIAM T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENMAN, TRUMAN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENNING, JR, THEODORE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENNISON, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENSON, ARTHISUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENSON, JAMES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENSON, JETHAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENT, ALMER J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DENT, BLONNIE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

21068   WERT, SCOTT W, DENTON, JOE N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DEPAU, CARLOS S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DEPENBROCK, JR, MILFRED A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DERR, GEORGE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DERR, WILBURN F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DERRICK, GEORGE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DESMOND, SR, SAMMY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DEVRIES, GEORGE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DEWEY, DALE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DHEIL, VICTOR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIAZ, JR, JOSE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIAZ, NICHOLAS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DICKERSON, RONALD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DICKERSON, RUSSELL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DICKEY, BILLY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DICKIE, HORACE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DICKSON, JR, JAMES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIERKSON, DERALD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIKES, LOWELL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DILGER, HAROLD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DILLARD, JAMES I, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DION, JR, THOMAS G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DISMUKE, FRANK D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIVIN, LEO L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIVINEY, DAVID R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIX, TIMOTHY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIXON JR, RICHARD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIXON, DANNY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIXON, J C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DIXON, JR, RICHARD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, DIXON, ROBERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DIXON, SR, ANDREW L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DIXON, WANDA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DIXON, WILLIAM R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DLABAY, SR, CLEBURNE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOBBS, DEVAUGHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DODD, JR, ALBERT A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DODSON, BOBBY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DODSON, BYRON D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOERGE, GAIL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOGGETT, BOBBY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOGGETT, JOHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOHERTY, EDMUND G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOMINGUE, CECIL J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOMINGUEZ, HENRY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOMINGUEZ, TOMAS A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOMINICK, EUGENE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOMINO, ELBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONAHOE, JULIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONALDSON, BARBARA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONALDSON, HAZEL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONEY, HAROLD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONEY, RUBY A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONNELL, WESLEY P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONOHO, THOMAS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DONOVAN, WALTER J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DORECK, NORMAN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DORRIS, ERNEST L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DORSEY, JR, JAMES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOSIER, CHARLES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, DOSIER, JOE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOSS, CHARLES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOSSEY, DEAN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOTSON, ERNEST G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOTSON, JR, LAWYER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOUGLAS, HARRY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOVE, JURLEE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOW, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOWDEN, BERNARD M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOWDEN, EDWIN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOWIES, RALPH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOYLE, DAVID D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOYLE, MACHENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOYLE, NORMAN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOYLE, SR, CURTIS D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DOZA, WILLIVAE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DRAKE, GENE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DRAKER, JAMES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DRISKILL, GARLAND E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DROUILLARD, MARY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DROUILLARD, ROBERT P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUBOIS, MELVIN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUBOSE, JESSE K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUCKWORTH, ATHER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUCKWORTH, MARGARET P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUCOTE, SR, ALVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUCY, JR, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUDLEY, CHARLES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUDLEY, GORDON G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUDLEY, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, DUFF, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUFF, SR, DURWOOD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUFFIELD, ERNEST L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUFFY, EDDIE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUGAT, LEONARD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUHON, SR, RONALD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUHON, WILSON J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUIRDEN, SR, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUKE, FRANK P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DULANEY, EVERETT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUMAS, AUSTIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUMAS, PAUL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUMES, JR, JAMES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUMESNIL, JR, FELIX J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNCAN, CECIL L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNCAN, DAVID G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNCAN, THOMAS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNHAM, SR, JOSEPH N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNLAP, MARY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, CLYDE V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, GARY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, LEVI D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, MELVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, SR, TREADWELL S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, WILLIAM D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, WILLIAM K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUNN, WILLIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DUPREE, PHILLIP J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DURAN, JOE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, DURAN, NATIVIDA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

Svc Lst  Name and Address of Served Party

21068   WERT, SCOTT W, DURHAM, ALBERT P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURHAM, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURHAM, JOHN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURHAM, JR, EARLIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURHAM, RALPH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURHAM, RALPH S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURISOE, THOMAS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURISSEAU, LARRY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURR, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DURRIN, LAWRENCE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DUSON, WILLIAM E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DWORACZYK, CELESTINE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DYAS, GROVER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DYE, LESTER P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DYER, CLYDE N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DYER, DAVIS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DZIEDZIC, JOHN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, DZIUK, ROBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EALEY, VENA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EASLEY, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EASON, FLOYCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EASON, JERRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EASON, LAFAYETTE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EASTER, TROY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EATON, RICHARD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EAVES, DAVID B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EBERSPACHER, LESLIE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, ECHOLS, ORVILLE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDDINGS, SELMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDDINS, RONNIE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WERT, SCOTT W, EDEN, WILBUR L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDENS, SR, JOHN N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDGIN, MANUEL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDMOND, CLINTON J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDMONDS, JR, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDMONDS, SR, JOHNNIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, ALVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, CHARLES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, EARL C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, GLORIA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, JESSE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, JR, SAM B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, KENNETH H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, LESTER J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, MELVIN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, PERRY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, PRESTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, RAYMOND A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, ROSS S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, SR., LLOYD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, WILLIAM M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EDWARDS, WILLIE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EGGEMEYER, NORBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EGO, II, HERBERT J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, EICHLER, CLIFFORD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, ELDER, TOM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, ELDRIDGE, ANNA N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, ELDRIDGE, NOLAN G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, ELIAZ, DONASIANO A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, ELLINGTON, E W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | WERT, SCOTT W, ELLINGTON, GLENN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIOTT, JR, OSCAR W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIOTT, ROBERT W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, CLARENCE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, EUNICE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, JESSIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, JOHNNIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, JR, JESSE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, JR, JOHN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, LAWRENCE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, MYRON V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, WARREN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, WILLIAM D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLIS, WOODROW W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELLISOR, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELMORE, HARRY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELMORE, KENNETH M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELMORE, TOM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELS, STANLEY N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ELY, WILBURN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EMERSON, JOHN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EMERSON, KENNETH D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EMERSON, SR, RICHARD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EMMITE, ANTHONY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EMMITE, JOSEPH P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENDERSBEE, ARA E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENDSLEY, J B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENGLAND, RODNEY V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENGLETT, JIMMIE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENGLISH, CHARLIE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, ENGLISH, TRUITT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENLOE, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENLOE, GLEN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENMON, FRANCIS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENRIQUEZ, JR, SALOME, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ENSLEY, CLINTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EPHRAIM, WILLIE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EPPERSON, REGINALD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EREVIA, MATILDE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ERNST, DANIEL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ERVIN, PRESTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ERWIN, BENNIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ERZEN, LEMUAL C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ESCALANTE, AMBROSIO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ESPARZA, REYNALDO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ESPINOSA, ALFREDO G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ESPY, LAMON C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ESQUEDA, SR, JOSE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ESQUIVEL, JOSE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ESTERAK, KENNETH W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ETHERIDGE, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ETHREDGE, WALLACE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ETHRIDGE, JR, LENNIS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, ETIENNE, JR, WILFRED, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EUBANKS, JACK O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EVANS, BRAD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EVANS, CARL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EVANS, HENDERSON S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EVANS, JERRY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, EVANS, JR, WOODROW, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |