**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, SWANSON, BOBBY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SWEET, JESSE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SWINDELL, BILLY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SWINDELL, KELLY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SWINFORD, JR, FRANK L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SWINFORD, WYMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SWINNEY, ANDREW J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SYLVESTER, WILLIAM E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SYLVESTER, WYLAND F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SYMONDS, IRMA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, SZOPENSKE, CLARENCE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TABOR, HOMER W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TACKETT, JIMMY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TACKETT, MARGARET, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAFELSKI, RAY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TALBOTT, JR, THOMAS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TALLANT, EUGENE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TALLMAN, FRANCIS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TANTON, ELMER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TARPLEY, E T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TARVER, DOYLE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TASSIN, SYLVIAN V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TATE, WARDELL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TATUM, JAKE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAVARES, JESSE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAVAREZ (DECEASED), LUS H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, CECIL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, CECIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, EDWARD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | WERT, SCOTT W, TAYLOR, ELVIN P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, HARRY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, JOE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, JR, DANIEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, JR, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, JR, WILLIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, KENNETH J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, PEGGY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, REUBEN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, RONALD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, SR, GERALD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, TED, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TAYLOR, WESLEY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEAGUE, DONALD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEAGUE, JR, HERMAN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEAGUE, LARRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEAL, TOMMIE N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEDDER, BOBBY K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEDFORD, HARLAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TELG, OSCAR E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEMPLETON, DELBERT W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TEMPLETON, HULEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TENNISON, GRAHAM B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TENNISON, HILLYARD W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TENNISON, SYLVESTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TERAN, LUCIANO D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TERPE, DOROTHY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TERRELL, CLARENCE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TERRELL, LUTHER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 21068 | WERT, SCOTT W, TERRY, ALLEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TERRY, BILLY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TERRY, THOMAS N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THEDFORD, RUSSELL H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THEISS, CHARLES W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THERIOT, GILBERT C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THERIOT, SR, GILBERT C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THIBODAUX, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THIBODAUX, PAUL G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, ALBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, ALLEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, ALVIN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, ANDERSON J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, ARTHUR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, CARL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, DEARL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, FLOYD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, GEORGE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, HAROLD N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, HERCHEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, HUBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JACK C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JAMES W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JAY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JOHN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JR, ALEX, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JR, ALONZO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, JR, FRANKLIN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THOMAS, L C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

WR Grace PI

Svc Lst  Name and Address of Served Party

---

21068   WERT, SCOTT W, THOMAS, LEO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, LEWIS H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, LEWIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, LONNIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, ROLAND R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, ROOSEVELT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, SHERMAN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, SR, HOSEA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, SR, JACK C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, THOMAS (DECEASED), FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, WENDELL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMAS, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, ANTHONY B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, DAVID, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, DEAN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, EVELYN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, HILMON P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, I G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, JOHN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, JR, HUGH D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, KERNEY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, LEHOMA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, LEWIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, LON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, MELVIN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, PRESTON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, RICHARD J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, THOMPSON, SR, PATRICK E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WERT, SCOTT W, THORN, THORN (DECEASED), FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNE, FRANCIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNE, WILLIAM H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNELL, DELIA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNLEY, GARY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, ARON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, ARVIN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, BOBBY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, CLAYTON E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, HAROLD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, JR, BEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, JR, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, JR, WILLIE V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, RUTH M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORNTON, SR, EUGENE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THORP, JAMES W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THRNTON, JR, BEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, THRUSTON, BRITTIAN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIBBS, ELMER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TICE, RONALD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIDWELL, BILLY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIDWELL, DORA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIDWELL, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIDWELL, KENNETH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TILLAR, GEORGE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TILLEY, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TILLEY, SR, RICHARD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIMES, CLARENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TINKER, RAY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TINSLEY, HAROLD M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, TIPPENS, ELLA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIPPS, JR, J C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIPTON, DON A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIPTON, JAMES H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TISCHLER, DAVID N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TISINO, SR, FELTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TIZZANO, CHARLES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOBIAS, JOHN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TODD, DON G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TODD, PAUL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TODD, PERDOM E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOLER, ROBERT G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOLIVER, JR, JOHN H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOLLEY, RONALD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOMBLIN, HAROLD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOMLINSON, H P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOMPKINS, JOE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOMPKINS, JOSEPH O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOMPKINS, TOMMIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TONEY, A C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TOOMBS, CLYDE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, ANICETO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, BEN O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, GUMESINDO F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, JESUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, JOSE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, JOSE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, JOSEFINA C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, JR, AUGUSTINE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TORRES, NARDO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Svc Lst  Name and Address of Served Party**

21068    WERT, SCOTT W, TOWER, ALLENE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TOWNSEND, TOMMY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRACY, CORNELIUS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAHAN, ANDREW A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAHAN, JAMES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAINER, NORMAN G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAMMELL, DOROTHY I, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAMMELL, TRUETT B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRANSIER, STANLEY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRANT, SAMUEL G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAPANI, ANTHONY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAUBER, CHARLES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRAVIS, JAMES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREADWAY, JEFFERSON C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREADWAY, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREADWAY, SR, ROY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREADWELL, EDMOND L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREICHEL, RICHARD W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREJO, JOSE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, ANTONIO G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, ARTURO C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, AVELARDO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, GEORGE O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, JOAQUIN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, JR, EPIGMENIO G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, SANTOS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TREVINO, SR, JESSE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRILLIUS, GILBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRINIDAD, MANUEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, TRISTAN, ISIDRO R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, TRNCAK, JOE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TROCHESSET, JR, KENNETH P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TROTTER, BOBBY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TROUT, ARNOLD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TRUELL, RICHARD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TRUJILLO, JOSE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TRUMP, HOWARD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TRYON, ALFRED C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TUCKER, BILLY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TUCKER, BOBBY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TUCKER, CARY B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TUCKER, JR, ROBY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TUCKER, NORMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TULLY, ORVAL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURBEVILLE, ROBERT R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURMAN, DAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, EMMITT Y, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, GENE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, HENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JOE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JOE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JOHN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JR, AARON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JR, BUSTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JR, HENRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, JR, MARVIN V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, KENNETH H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, MARTIN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, TURNER, MARVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

Svc Lst  Name and Address of Served Party

21068  WERT, SCOTT W, TURNER, MILTON R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, TURNER, ROSIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, TURNER, SR, HERMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, TURNER, TERRY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, TURNER, WILSON T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, TWIST, GLEN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, TYSON, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UBIAS, JOSE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UILKIE, ED S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UNBEHAGEN, JOHN G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UNDERWOOD, PAUL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UPCHURCH, OLIVER J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UPSHAW, ETHERINE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UPSHAW, ORAN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, URBANEK, SR, JEROME C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, URESTI, JESUS P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, URIAS, ALVARO C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, USHER, SR, RAYMOND N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, USSERY, THOMAS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, UTLEY, JR, JOHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VACULIN, EMIL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VAILLANT, EARL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALDERRAMA, ALFRED C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALDEZ, JUAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALDEZ, SR, BENJAMIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALDEZ, STEVE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALENZUELA, ABEL G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALENZUELA, ARMANDO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALENZUELA, FRANK F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, VALENZUELA, JUAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WERT, SCOTT W, VALVERDE, NOE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANCE, CLYDE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANCE, JESS W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANDERGRIFF, MARTIN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANDEWATER, ORMAND T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANHOY, GALE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANMETER, ROBERT C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANN, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VANVLECK, PETER A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VARNER, HOWARD P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VASQUEZ, EMERICO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VASQUEZ, JOSEPH R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VAUGHAN, SCOTT G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VAUGHN, FREEMAN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VEASEY, JR, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VEASEY, MATTIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VEASEY, SR, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VELA, IRINIO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VELASQUEZ, EUSEBIO A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VELASQUEZ, JULIAN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VELIZ, ANDREW V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VENABLE, EULICE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VENZANT, MANUEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VERASTEGUI, FELIX, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VERNON, TROY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VESTAL, WAYMON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VETETO, DANA E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VICKERS, LARRY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VICKERY, CLIFFORD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VIDRINE, JR, LOUIS A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

WR Grace PI

Svc Lst  Name and Address of Served Party

21068   WERT, SCOTT W, VIERA, DAVID G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLAGOMEZ, RAFAEL A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLALOBOS, SR, BENINGNO A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLAREAL, DOMINGO M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLARREAL, CAYETANO S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLARREAL, IGNACIO V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLARREAL, JOSE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLARREAL, MARTIN M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VILLARREAL, RAFAEL G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VINCENT, KENNETH F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VINCENT, TRAVIS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VINES, ALTON J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VINEYARD, WESLEY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VINING, EDWARD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VINSON, HERMAN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VISSAGE, WILLIAM B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VITAL, JR, LARRY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VIVIAN, ERNEST C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VOGT, THOMAS F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VOSSLER, ARTHUR L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VRANA, FRANKIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, VYVIAL, ALLEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADDY, EARL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADDY, ROLAND S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADE, COLLIS R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADE, JESSE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADE, RALPH E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADE, RAY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADLINGTON, BAILEY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WADSWORTH, CECIL H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, WAGES, JACK R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAGES, VIRGIL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAGNER, EUGENE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAGNER, JERRY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAGNER, JR, ALTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAGNER, SR, JIMMIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAGSTAFF, HOMER B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAGSTAFF, HUE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAITES, ALBERT B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALDEN, WILLARD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALDRON, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, ARTHUR J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, BURNICE G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, CARL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, DEWEY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, DONNIE S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, FRANKLIN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, GERALD G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, JACKIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, JIM D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, JR, ANDREW, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, JR, JESSE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, JR, JOHNNIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, MATTIE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, ODESSA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, PERCY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, PETER H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, WILBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALKER, WILLIE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WERT, SCOTT W, WALL, EDWARD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLACE, BARBARA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLACE, CECIL F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLACE, CHARLES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLACE, JOSEPH O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLACE, LOVEN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLACE, PERRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLACE, WADE K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLEY, ERNEST H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALLS, RODGER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALSH, MICHAEL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALTERS, FLOYD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALTON, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WALTON, JR, MANUEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARCHESICK, CHARLIE P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARD, DORNAL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARD, JAMES, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARD, MELVIN T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARD, PHILIP C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARDEN, CHESTER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARE, BILL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARE, LARRY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARE, SAUL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARNER, JOE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARNER, RAYMOND L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARREN, J P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARREN, LEROY O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARREN, LEVESTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARREN, SAMMIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WARREN, WARREN (DECEASED), FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WERT, SCOTT W, WASHINGTON, ALLEN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, BETTY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, CURBY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, HENRY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, JR, COAKIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, JR, EUGENE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, NAMON J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, OPHELIA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, ROOSEVELT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASHINGTON, SR, LEON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WASSON, JOLLEY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATERS, CHARLES G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATERS, DONALD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATERS, JESSIE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATKINS, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATKINS, JR, GEORGE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATKINS, ROY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATKINS, SR, ERMUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, A C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, ARTHUR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, DOLE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, FRANK W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, HAROLD E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, JONAR, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, LESTER T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, ROBERT P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATSON, SAMUEL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATTENGEL, LYSTA H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATTERS, CLINTON R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, WATTS, CARL L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | WERT, SCOTT W, WATTS, DAN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WAYCHOFF, ROY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEATHERLY, BOBBY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEATHERLY, JAMES V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEAVER, ALBERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEAVER, BILLY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEAVER, PAUL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEAVER, THOMAS C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEAVER, WILLIAM E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEBB, JR, CARL M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEBB, O`NEAL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEBB, ROY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEBER, LARRY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEBSTER, ARTHUR L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEBSTER, ERNEST M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEHUNT, BENNIE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEIBEL, BENNY F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEIDIG, FRANKLIN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEIR, JAMES L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEIS, FRANCIS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELCH, HENRY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELCH, RUDY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELCH, SR, CLYDE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELDON, JR, TIMOTHY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELLMAN, ROY C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELLS, JR, BENNIE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELLS, JR, HERMAN V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELLS, LUCIUS O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WELSH, CARL J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WERNLEY, THOMAS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, WESLEY, RAVEY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEST, JAMES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WEST, KENNETH R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WESTBROOK, AURVEL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WESTBROOK, ISAAC T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WESTON, JUDSON H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHALEY, WILLIE V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHATLEY, HUEY P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHEATON, LAWRENCE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHEELER, ALLEN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHEELER, DONNIE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHEELER, LLOYD D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHEELER, SR, JOSEPH K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHEELER, THOMAS P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHIGHAM, WILLIAM F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITAKER, CHARLES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITAKER, CLEVELAND B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITAKER, COMER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, AMBRA G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, BILLY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, DELORES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, FLOYD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, HERMAN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, HERSHELL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, JOHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, JR, BENJAMIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, JR, POSTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, MARION F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, ROY A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, SR, SAMMIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, WHITE, SR, VICTOR E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITE, WILBUR G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITELAW, JR, ALEXANDER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITESIDE, JOHN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITFIELD, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITLEY, DAVID C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITLEY, FRANCIS S, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITLEY, WILLIAM T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITLOCK, JOSEPH L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITTINGTON, WILLIAM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITWORTH, SR, GERALD R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WHITWORTH, VERNIS H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WICKER, TERRY E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WIER, JR, WARNER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WIEST, EMMIT R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WIGGINS, JOHN I, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILBURN, JR, EARNEST M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILDER, PAUL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILEY, WILLIAM P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILHELM, JOHNNIE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKERSON, CARROLL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKERSON, HOUSTON O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKERSON, JOHNNIE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKERSON, KELLIS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKERSON, SR, LAWRENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKES, JR, SINGLETON E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKINS, JOHN D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKINSON, HOLLIS J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKS, EZELL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILKS, JR, ALBERT A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WERT, SCOTT W, WILLBANKS, COMPTON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, AMOS L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, CARL E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, CHARLEY H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, CLARENCE B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, EDWIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, FARRIS A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, FRANK I, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, FRED, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, GEORGE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, GORDON E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, HAROLD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JACK H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JACOB, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JAMES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JAMES C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JAMES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JAMES T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JESSE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, GEORGE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, JAMES M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, JEFFERSON R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, NATHAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, RAYMOND, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, ROBERT D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, ROGER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, JR, WALTER G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WILLIAMS, KENNETH W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WERT, SCOTT W, WILLIAMS, LARRY D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, LAWRENCE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, LEROY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, LEWIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, MILTON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, RAYMOND R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, SR, IRA, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, SR, JAMES T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, SR, RAYMOND R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, SR, VANDERVELT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, SR., JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, THEODORE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, THOURSDON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, TIMOTHY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, TOMMY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, TRAVIS J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, VERA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, VERDELL M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, VERNON O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, WILLIE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, WINFIELD G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, WINFRED W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMS, WINSTON J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMSON, JAMES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMSON, MADELYN K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIAMSON, MAURICE R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLINGHAM, WILEY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIS, JOE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIS, LLOYD W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

Svc Lst  Name and Address of Served Party

---

21068  WERT, SCOTT W, WILLIS, OWEN L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIS, ROBERT E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLIS, ROY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLMON, CHARLES F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLOUGHBY, SR, HENRY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILLS, GRADY, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, BOBBY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, CHARLES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, DON H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, EARL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, EARNEST, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, HOMER D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, JOE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, JOHN B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, JR, CECIL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, JR, JESSIE W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, JR, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, LANGHAM Y, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, NATHANIEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, RICHARD C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, SR, JOHN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WILSON, SUSAN A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WINDHAM, CHARLES P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WINDHAM, WILEY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WINDOM,JR, THOMAS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WINFREY, RUFUS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WINKLE, DEE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WINLAND, HARLEY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WINTERBAUER, BILLY G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068  WERT, SCOTT W, WISCHNEWSKY, FRED J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, WISE, JOHN T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WISNIESKI, CHARLES E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WISNIESKI, CHARLIE E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WITCHER, WINFORD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WITT, JR, JOHN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WITT, WILLIAM C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WITZSCHE, JR, JOSEPH W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOFFORD, MARY O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOFFORD, ROGER L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOLFE, JEWEL D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOMBLE, LEE A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, CLINTON W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, DICK R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, EUGENE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, JOE H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, LONNIE T, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, MELVIN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, ROBERT A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOD, THOMAS G, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODARD, JACK F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODARD, LAWRENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODFIN, ROBERT N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODKINS, JR, JIM, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODKINS, SR, ALVIN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODLEY, JEREMIAH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODLEY, SR, JERRY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODS, ARELLA J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODS, EUGENE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODS, JIMMY R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODS, JOSEPH, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WERT, SCOTT W, WOODS, LAWRENCE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODS, NATHANIEL L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODSON, NELSON, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODWARD, WILLIAM U, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOODWORTH, WILLIAM R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOOSTER, JR, WINFREE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WORK, JR, ARTHUR L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WORKS, BELTON D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WORTHAM, DWAYNE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WOTTRICH, KENNETH H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, ARLUSTER, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, BURT R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, CARL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, CHARLES A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, EDGAR H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, FRANK, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, HARLEY M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, JAMES R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, JOHNNY W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, JR, JAMES J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, JR, JOHN E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, LAYTON L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, ROBERT D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, ROY L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WRIGHT, WILBER B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WROBLESKI, JR, ALEX W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WUENSCH, OLIVER W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WYATT (DECEASED), AMOS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, WYATT, GEORGE J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |
| 21068 | WERT, SCOTT W, YANCEY, ALAN R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   WERT, SCOTT W, YANCY, BOBBY J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YANEZ, JR, FELIX H, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YARBROUGH, DAVID F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YARBROUGH, DONNIE N, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YARDLEY, ROBERT, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YBARRA, ESIQUIO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YNIGUEZ, FLORENTINO V, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOAKUM, HOWARD, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YORK, LAWRENCE K, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YORK, WILLIAM D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, BONNER B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, DONALD R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, ERNEST P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, GLEN O, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, II, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, JOE, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, JOHN J, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, JR, CHARLES D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, JR, HUGH B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, LAWRENCE C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, MARTIN C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, MARTIN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, OLLIE L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, SR, ARTHUR L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, SR, J Y, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, VERNON L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNG, WILLIAM P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNGBLOOD, ALFRED P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068   WERT, SCOTT W, YOUNGBLOOD, CHARLIE D, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    WERT, SCOTT W, YZAGUIRRE, FIDEL R, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAGORIANOS, CHRISTOS E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAMBRANO, YSMAEL, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAMORA, JUAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAMORA, PEDRO, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAMZOW, ARLON C, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAMZOW, PATRICIA M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZANN, RICHARD L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAPATA, JR, ALFONSO P, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAPATA, SR, SANTOS M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAPOTOSCHNY, NICHOLAS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAVALA, JOSE M, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZAVALLA, LOUIS, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZEIGLER, ROBERT L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZIEGLER, EARL W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZIENTEK, DANIEL B, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZIENTEK, FRANK A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZIESEMER, JR, HERMAN, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZIESEMER, WALTER A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZIEVERT, SR, RAYMOND E, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZIRLOTT, GEORGE F, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZULLIG, FLOYD A, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZUMWALT, DARREL L, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERT, SCOTT W, ZWAHR, MERVIN W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901

21068    WERTS, CHARLES D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WERTZ, CHARLES M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    WERTZ, DAVID, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WERTZ, MARIETTA L, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068    WERTZBAUGHER, ORVILLE C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WERTZBAUGHER, ORVILLE C, ROBSON LAW OFFICE, 483 MCKINLEY VIEW DRIVE, FAIRBANKS, AK, 99712

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  WERWAGE, JACK A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WESLEY, ALONZO L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WESLEY, BOBBY J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WESLEY, BOBBY J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WESLEY, BOOKER T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WESLEY, CHARLES F, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  WESLEY, EDDIE L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068  WESLEY, HOMER E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WESLEY, JAMES R, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WESLEY, LARRY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WESLEY, ROBERT H, ROSE KLEIN & MARIAS LLP, DEBRA GORMAN, 801 S GRAND AVE 18TH FL, LOS ANGELES, CA, 90017

21069  WESLEY, SR, JOHN, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019

21068  WESLEY, WAYNE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  WESLEY, WILLIAM W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WESNEY, ROBERT A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  WESOLEK, DENNIS M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  WESOLOSKI, WALTER J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WESOLOWSKI, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  WESOLOWSKI, STEPHEN, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068  WESOLOWSKI, STEPHEN, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068  WESSINGER, DOUGLAS C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WESSINGER, DOUGLAS C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WESSNER, WESLEY C, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  WESSON, CHARLES R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WESSON, FLORA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WESSON, FLORA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WESSON, HAROLD L, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WESSON, HAROLD L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WESSON, LEVI, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WESSON, ROBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WESSON, SR, THOMAS R, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WESSON, WILLIAM, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WEST, ADAM B, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WEST, ALBERT B, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WEST, ALIZE, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WEST, ALLEN S, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   WEST, ALVIN J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WEST, ARDEN E, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   WEST, BARBARA, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   WEST, BEN H, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   WEST, BENJAMIN H, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WEST, BERNARD L, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WEST, BERNARD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   WEST, BETTY J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WEST, BILLY C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WEST, BILLY, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WEST, BILLY, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   WEST, BOBBY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WEST, CHARLES C, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WEST, CHARLES C, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WEST, COLUMBUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WEST, DALE, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068   WEST, DARRELL K, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   WEST, DONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WEST, ERNEST C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WEST, ERNEST C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WEST, EUGENE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WEST, EVERETT J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WEST, FINLEY, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WEST, FLOYD B, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WEST, FRANK M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   WEST, FRANKLIN, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WEST, FRANKLIN, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WEST, GEORGE N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WEST, GEORGE W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WEST, GEORGE W, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   WEST, GLORIA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WEST, GLORIA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WEST, GREGORY A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WEST, H T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WEST, H T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WEST, HAROLD E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WEST, HAROLD E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WEST, HELEN M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WEST, HELEN M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WEST, HENRY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WEST, HENRY T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WEST, HENRY T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WEST, HENRY T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WEST, HENRY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WEST, HERMAN, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   WEST, HERMAN, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   WEST, HERMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WEST, HOWARD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WEST, HOWARD E, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WEST, J T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WEST, JACQUELINE D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WEST, JACQUELINE D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WEST, JAMES H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WEST, JAMES W, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   WEST, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WEST, JERRY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WEST, JERRY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WEST, JIM, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   WEST, JOHN K, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WEST, JOHN, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   WEST, JR, CHESTER D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WEST, JR, DWIGHT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WEST, JUNIUS, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   WEST, K C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WEST, LEON E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WEST, LEON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WEST, LEON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WEST, LEWIS T, LAW OFFICES OF SHEPARD HOFFMAN, 4514 COLE AVE STE 806, DALLAS, TX, 75205-4172

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WEST, LOIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WEST, LUTHER T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WEST, LUTHER T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WEST, MEARL F, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 |
| 21068 | WEST, MELVIN, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |
| 21068 | WEST, PERRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WEST, RALPH J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WEST, RAYMOND, GREER, HERZ & ADAMS, ONE MOODY PLAZA, 18TH FLOOR, GALVESTON, TX, 77550 |
| 21068 | WEST, RAYMOND, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WEST, RICHARD A, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362 |
| 21068 | WEST, RICHARD A, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 |
| 21068 | WEST, RICHARD D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | WEST, RICHARD, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349 |
| 21068 | WEST, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WEST, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | WEST, ROBERT, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | WEST, ROBERT, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | WEST, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WEST, ROBERT, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 |
| 21068 | WEST, SAMUEL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WEST, SAMUEL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WEST, SAVANNAH J, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | WEST, SILAS E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | WEST, SR, ALLEN E, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642 |
| 21068 | WEST, SR, EARL G, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | WEST, SR, GRADY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WEST, SR, J T, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WEST, SR, J T, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WEST, SR, JACK D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WEST, SR, JACK D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WEST, SR, JIMMY S, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015 |
| 21068 | WEST, SR, PRENTICE A, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 |
| 21068 | WEST, SR, PRENTICE A, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968 |

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WEST, SR., JAMES WILLIAM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WEST, SR., JAMES WILLIAM, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825 |
| 21068 | WEST, SR., JAMES WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WEST, STAFFORD P, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WEST, STAFFORD P, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WEST, THOMAS, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 |
| 21068 | WEST, VERNON E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WEST, VIRGINIA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | WEST, VIRGINIA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | WEST, WILLIAM A, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | WEST, WILLIAM C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WEST, WILLIAM C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | WEST, WILLIE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21069 | WEST, ZENO, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902 |
| 21068 | WESTBERG, JAMES, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | WESTBERG, JAMES, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | WESTBERRY, HOMER O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WESTBROOK, ALICE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WESTBROOK, FESS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21069 | WESTBROOK, JAMES G, LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HIGHWAY, SUITE 105, MIAMI, FL, 33186 |
| 21069 | WESTBROOK, JAMES G, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, MIAMI, FL, 33133-3772 |
| 21068 | WESTBROOK, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201 |
| 21068 | WESTBROOK, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | WESTBROOK, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | WESTBROOK, JR, ELMORE C, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21069 | WESTBROOK, MOSES, STERNS & WALKER, GERALD C STERNS CLOCKTOWER BLDG, 901 CLAY ST, OAKLAND, CA, 94607 |
| 21068 | WESTBROOK, PAUL, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | WESTBROOK, PERRY W, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 |
| 21068 | WESTBROOK, RAYMOND, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WESTBROOK, RAYMOND, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WESTBROOK, RUBY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WESTBROOK, W L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WESTBROOK, W L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

Svc Lst  Name and Address of Served Party

21068   WESTBROOK, WOODIE S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WESTBROOK, WOODIE S, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   WESTBROOKES, LENWORTH B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WESTBROOKS, ERNEST, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   WESTBURY, KENNETH C, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WESTBURY, KENNETH C, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WESTCOTT, EARL C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WESTCOTT, EDDIE E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WESTCOTT, EDDIE E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WESTCOTT, RONALD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WESTCOTT, ROY M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WESTENDICK, DAVID, FITZGERALD AND ASSOCIATES, 1776 N PINE ISLAND ROAD, SUITE 208, PLANTATION, FL, 33322

21068   WESTER, ALFRED L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WESTER, ALFRED L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WESTER, EUGENE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WESTERBERG, DONALD R, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WESTERBERG, DONALD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WESTERBERG, DONALD, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   WESTERDALE, ARNOLD, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   WESTERFIELD, MAURICE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   WESTERHOLD, CHARLES E, BRANDENBURG & BRANDENBURG PC, 715 TIJERAS NW, ALBURQUERQUE, NM, 87102

21068   WESTERHOLD, CHARLES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WESTERLUND, RICHARD J, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   WESTERMAN, ROBERT T, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WESTERN, GAYNOR, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WESTERN, KELLY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WESTERN, MACK J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WESTERVELT, JAMES R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WESTFALL, ARTHUR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WESTFALL, CALVIN, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   WESTFALL, EDWARD D, JOHN R MITCHELL, LC, 206 BERKLEY ST, CHARLESTON, WV, 25302

21068   WESTFALL, JOE, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   WESTFALL, JOHN A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   WESTFALL, JOHN A, WAGONER STEINBERG, 7445 AIRPORT HIGHWAY, HOLLAND, OH, 43528

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WESTFORTH, GEORGE A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WESTHOFF, JOSEPH, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068   WESTLEY, GEORGE W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WESTLEY, GEORGE W, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WESTMAN, GORDON W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WESTMORELAND, WILLIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WESTON, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WESTON, FLOYD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WESTON, ROBERT D, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068   WESTON, ROBERT D, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   WESTON, ROBERT J, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   WESTON, ROY, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920

21068   WESTON, SR, WILLIAM G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WESTON, SR, WILLIAM G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WESTON, THEODORE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WESTON, THOMAS D, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   WESTOVER, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069   WESTOVER, THOMAS M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER, 5905 HARFORD ROAD, BALTIMORE, MD, 21214-1846

21068   WESTPHAL, EDWARD W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WESTPHAL, RICHARD M, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068   WESTPHAL, RICHARD M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WESTRICK, DARWIN, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   WESTRICK, JOSEPH, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WESTROPE, EUGENE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WESTROPE, EUGENE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WESTROPE, SR, JAMES T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WESTROPE, SR., JAMES T, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WESTRY, JR, WILLIE E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WESTRY, SAM, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WESTRY, SAM, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WESTVEER, ARTHUR E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WESTWOOD, WILBUR H, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

**Svc Lst   Name and Address of Served Party**

21068   WETHERS, GEORGE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WETHINGTON, JERRY A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WETTER, CHARLES H, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   WETZEL, DANIEL B, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087

21068   WETZEL, FRED C, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WETZEL, LEROY, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   WETZEL, PAUL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WETZEL, RUSSELL, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST, BALTIMORE, MD, 21201-3804

21068   WETZEL, WARREN D, SCOPELITIS GARVIN LIGHT & HARSON PC, 10 WEST MARKET ST STE 1500, INDIANAPOLIS, IN, 46204-2968

21068   WEYDENER JR., HOWARD, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WEYENBERG, RICHARD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   WEYENBERG, ROBERT C, LYONS & RANTA LLP, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005

21068   WEYENBERG, ROBERT C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WEYER, ARTHUR, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WEYERS, RONALD J, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   WEYGANT, ARTHUR, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   WEYH, VERYLE C, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21069   WEYKAMP, PAUL A, RIGNEY, RUTHERFORD, LAW OFFICES OF PAUL A WEYKAMP, 110 SAINT PAUL ST STE 201, BALTIMORE, MD, 21202-1700

21068   WHALEN, JOHN, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   WHALEN, PATRICK, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WHALEN, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHALEN, WINFORD W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHALEY, AMOS, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHALEY, ARRIE S, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHALEY, ARRIE S, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHALEY, CHARLES L, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   WHALEY, GEORGE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   WHALEY, GEORGE, THE FORCENO LAW FIRM, RAYMOND P FORCENO, ATTY, 1000 THE PHILADELPHIA BOURSE, PHILADELPHIA, PA, 19106

21068   WHALEY, GERDES C, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   WHALEY, JERRY T, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   WHALEY, JERRY T, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   WHALEY, JIMMY, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   WHALEY, KENNETH H, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

Svc Lst  **Name and Address of Served Party**

21068   WHALEY, LAURA L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   WHALEY, LEON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHALEY, LEON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHALEY, MAYO, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068   WHALEY, MELBA J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHALEY, MURRELL E, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WHALEY, RICHARD W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHALEY, ROBERT, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   WHALEY, ROY C, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   WHALEY, ZAC S, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WHALEY, ZAC S, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WHARTON, PAUL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WHATLEY, CHARLIE, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   WHATLEY, CURTIS W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHATLEY, CURTIS W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHATLEY, DRISCAL G, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   WHATLEY, EDWARD G, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   WHATLEY, HERSHELL S, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHATLEY, JR, GEORGE M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHATLEY, LILLIE M, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHATLEY, OTIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WHATLEY, RALPH E, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   WHEAT, ALONZO, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   WHEAT, CONARD, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068   WHEAT, EARL E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, FORD R, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WHEAT, GARY D, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, HAROLD G, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, JAMES, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, JOSEPH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, JR, JOSEPH T, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   WHEAT, LAVERN J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WHEAT, LAVERN J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WHEAT, LOIS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WHEAT, MARK, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   WHEAT, MICHAEL, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WHEAT, MONROE G, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WHEAT, O K, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WHEAT, ODA L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, RAMONA G, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WHEAT, RAMONA G, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WHEAT, RAYMOND, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHEAT, RAYMOND, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHEAT, SHIRLEY J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, SIDNEY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHEAT, THOMAS E, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068   WHEAT, WALLACE V, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113

21068   WHEAT, WALLACE V, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHEAT, WALTON, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WHEAT, WALTON, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WHEATLEY, ARNOLD M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WHEATLEY, KENNETH E, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WHEATLEY, LLOYD, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   WHEATLEY, RICHARD, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WHEATLEY, ROBERT A, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068   WHEATLEY, WILLIAM H, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WHEATLEY, WILLIAM J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHEATLEY, WILLIAM J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHEATON, EDWARD, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   WHEATON, GEORGIA M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WHEDBEE, HAROLD, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WHEDBEE, HAROLD, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   WHEELDON, HUGH, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   WHEELER, AMANDA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WHEELER, ANGUS, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   WHEELER, BENJAMIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WHEELER, BILLY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   WHEELER, BILLY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

**Svc Lst  Name and Address of Served Party**

21068   WHEELER, CHARLES T, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WHEELER, CHARLES T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHEELER, CHARLES T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WHEELER, CLAYTON A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHEELER, CLAYTON A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHEELER, CLIFTON M, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHEELER, CLYDE, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   WHEELER, DARRELL, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21069   WHEELER, DONALD B, VISSE & YANEZ, LLP, JOSEPH M VISSE, 1335 SUTTER ST 2ND FL, SAN FRANCISCO, CA, 94109-5415

21068   WHEELER, DONALD, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WHEELER, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHEELER, DONALD, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068   WHEELER, DONNA, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21069   WHEELER, DONNA, YOUNG REVERMAN & NAPIER CO LPA, 1014 VINE STREET SUITE 2400, CINCINNATI, OH, 45202

21068   WHEELER, EMMITT E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WHEELER, EMMITT E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WHEELER, FESTUS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHEELER, GARFIELD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   WHEELER, GARFIELD, THE LAW FIRM OF THOMAS SAYRE, PO BOX 627, CLENDENIN, WV, 25045

21068   WHEELER, GEORGE L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   WHEELER, GERALD, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WHEELER, GERRY, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   WHEELER, GERRY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHEELER, GRANT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WHEELER, GRANT, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WHEELER, HENRY F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WHEELER, HOBERT B, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068   WHEELER, J E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHEELER, J E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHEELER, JAMES A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHEELER, JANE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHEELER, JANE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHEELER, JERRY E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WHEELER, JERRY E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WHEELER, JERRY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WHEELER, JERRY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WHEELER, JOE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    WHEELER, JOHN, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068    WHEELER, JOHN, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WHEELER, JOYCE H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    WHEELER, JOYCE H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WHEELER, JOYCE H, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    WHEELER, JR, HOWARD B, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068    WHEELER, K L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WHEELER, K L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WHEELER, KENNETH C, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WHEELER, LARRY G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    WHEELER, LARRY L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    WHEELER, LARRY L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21069    WHEELER, LARRY, HAAS & GOLEMAN, LLP, PO BOX 3007, 729 NORTH FRAZIER, CONROE, TX, 77305

21069    WHEELER, LEE, THE LAW FIRM OF DAVID SHAW, 94 PROSPECT STREET, PO BOX 3552, NEW HAVEN, CT, 06525

21068    WHEELER, LENORD, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    WHEELER, LENORD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WHEELER, LENORD, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    WHEELER, LEONARD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WHEELER, LEROY, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    WHEELER, LOLA, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    WHEELER, MAJOR A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WHEELER, MARVIN J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WHEELER, MARY H, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068    WHEELER, MINNIE B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WHEELER, MINNIE B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WHEELER, PERCY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WHEELER, PHILIP C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WHEELER, RICHARD F, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    WHEELER, RICHARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    WHEELER, ROBERT A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    WHEELER, ROBERT S, CASCINO VAUGHAN LAW OFFICES, LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308

21068    WHEELER, RODIS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WHEELER, RODIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069    WHEELER, RONALD, NELSON J ROACH, 203 LINDA DRIVE, DAINGERFIELD, TX, 75638

21069    WHEELER, RONALD, NIX, PATTERSON & ROACH, LLP, 2900 SAINT MICHAEL DRIVE, 5TH FLOOR, TEXARKANA, TX, 75503

21068    WHEELER, ROY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

WR Grace PI

Svc Lst  Name and Address of Served Party

21068  WHEELER, RUBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  WHEELER, SAMUEL L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WHEELER, SR, JOHNNY O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHEELER, SR, LEROY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WHEELER, SR, THOMAS J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WHEELER, SR, THOMAS J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WHEELER, SR, TOMMY, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068  WHEELER, STEWART, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHEELER, SYLVIA R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WHEELER, TOM, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHEELER, TYREE, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068  WHEELER, TYREE, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  WHEELER, TYREE, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WHEELER, VERNON, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHEELER, W D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHEELER, W D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WHEELER, WAYNE L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WHEELER, WAYNE L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WHEELER, WILLIAM A, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WHEELER, WILLIAM P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  WHEELER, WILMER, ANDERSON & HOWELL, 2029 N 3RD STREET, JACKSONVILLE BEACH, FL, 32250

21068  WHEELER, WILMER, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210

21068  WHEELER, WILMER, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  WHEELER, ZANE G, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  WHEELES, RAYMOND B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WHEELESS, FRANCES, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WHEELESS, FRANCES, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WHEELESS, HELEN, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WHEELESS, HELEN, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WHEELESS, JAMES E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WHEELESS, JAMES E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WHEELHOUSE, RICHARD T, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHEELHOUSE, RICHARD T, PATTEN WORNOM HATTEN & DIAMONSTEIN L C, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVENUE, SUITE 360, NEWPORT NEWS, VA, 23602

21068  WHEELING, VIRGINIA D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WHEELING, VIRGINIA D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WHEELIS, ELBERT D, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WHEELOCK, ALLISON G, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  WHEERLER, RICHARD, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  WHELAN, CHARLES A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  WHELAN, GEORGE T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WHELCHEL, JEFF, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WHELCHEL, JEFF, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WHELCHEL, NEAL A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WHELESS, GLENN C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHELLER, ROOSEVELT, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  WHELLER, ROOSEVELT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHELLER, ROOSEVELT, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  WHELPLEY, GUY M, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068  WHENT, RAYMOND, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHENT, RAYMOND, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WHERLEY, JR, AUBURN V, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068  WHERRY, CHARLIE, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068  WHERRY, NORMA B, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068  WHERRY, NORMA B, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068  WHERRY, NORMA B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHETSEL, ED, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  WHETSELL, MERVIN D, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WHETSTONE, JAMES A, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  WHETSTONE, JAMES A, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  WHETSTONE, ODELL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WHETSTONE, OTHA M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHETZEL, CHARLES L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068  WHETZEL, CURTIS O, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068  WHIDBY, CHARLES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHIDDEN, ROY E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  WHIDDEN, WILLIAM, RATINER, REYES & O'SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068  WHIDDON, HENRY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHIDDON, WENDALL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHIDDON, WENDALL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WHIGHAM, JAMES B, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WHIGHAM, JAMES B, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WHIGHAM, JAMES E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  WHIGHAM, JAMES E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WHIGHAM, JR, OLLIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WHIGHAM, JR, OLLIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WHINERY, JIM, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  WHINNIE, SHELBY J, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  WHIPPLE, HERBERT, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WHIPPLE, J W, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  WHIPPLE, J W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHISENANT, DOLORES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHISENANT, FRANK E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHISENANT, JR, CHARLES E, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  WHISENANT, LARRY G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WHISENANT, MERRILL E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  WHISENANT, NORRIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHISENANT, R V, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WHISENANT, SR, AZELL, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHISENHUNT, BERNIE, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  WHISENHUNT, BILLY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  WHISENHUNT, BILLY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHISENHUNT, CARL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WHISENHUNT, DOYLE, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107

21068  WHISENHUNT, GENE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHISENHUNT, JR, NOVA W, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  WHISENHUNT, SR, BERNIE G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHISENHUNT, WILLIAM J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHISKER, DAVID, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  WHISMAN, RUSSELL D, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  WHISNANT, GEORGE P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHISNANT, GEORGE P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WHISNANT, JR, WILLIS N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WHISONANT, GARFIELD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WHISTENANT, MELVIN A, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WHISTENANT, MELVIN A, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WHISTLE, CLARENCE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  WHISTLER, ROSS, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  WHITACRE, JAMES J, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502

21068  WHITAKER, AARON E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WHITAKER, CHARLES E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WHITAKER, CHARLES E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WHITAKER, CLAYTON A, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WHITAKER, COLLINS, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WHITAKER, DIANNE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHITAKER, DWIGHT L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WHITAKER, DWIGHT L, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   WHITAKER, ELAINE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WHITAKER, FREDERICK, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WHITAKER, HERMAN L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITAKER, JAMES C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WHITAKER, JEWEL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WHITAKER, JOE, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   WHITAKER, JOHN W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHITAKER, JOHN W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHITAKER, JR, HAROLD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WHITAKER, JR, ISAAC L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WHITAKER, JR, LOUIE, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   WHITAKER, JR, RAYMOND, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WHITAKER, LEE A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHITAKER, LEE A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHITAKER, LEE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITAKER, LELON A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITAKER, LELON A, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068   WHITAKER, LELON A, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   WHITAKER, LLOYD A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITAKER, MAJOR J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WHITAKER, MARY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   WHITAKER, MARY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   WHITAKER, MELVIN A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069   WHITAKER, MELVIN, NELSON J ROACH, 203 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068   WHITAKER, PEGGY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHITAKER, PEGGY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHITAKER, QUINTON H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WHITAKER, RONALD P, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHITAKER, RUFUS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITAKER, SAMUEL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  WHITAKER, SR, HAROLD, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  WHITAKER, SR., JERRY W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WHITAKER, SR., JERRY W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WHITAKER, WAYNE T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WHITAKER, WILBURN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WHITAKER, WILBURN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WHITAKER, WILLIAM T, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHITBY, JOHN L, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21068  WHITBY, KENNETH E, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018

21069  WHITE (DECEASED), RONNIE M, SUE WHITE, 7201 SPENCER HWY #353, PASADENA, TX, 77505

21068  WHITE JR., ROY, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  WHITE, A J, WISENBAKER & BROOKS, LLP, PO BOX 9545, 313 WEST YORK ST, SAVANNAH, GA, 31412

21068  WHITE, AARON B, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHITE, AARON B, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WHITE, AARON C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WHITE, AARON L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WHITE, AARON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, AARON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WHITE, AGNES G, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WHITE, AGNES G, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WHITE, ALLEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  WHITE, ALLEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHITE, ALLEN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WHITE, ANDERSON J, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068  WHITE, ANDERSON J, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  WHITE, ANNIE B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WHITE, ANNIE N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHITE, ARTHUR A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHITE, ARTHUR A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WHITE, ARTHUR D, VASOS LAWW OFFICES, 707 MINNESOTA AVE STE M3, KANSAS CITY, KS, 66101

21068  WHITE, ARTHUR L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WHITE, ARTHUR L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  WHITE, ARTHUR L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, ARTHUR, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WHITE, AUDREY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHITE, AUDREY D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  WHITE, AUGUSTUS, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WHITE, BELTON W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

**Svc Lst  Name and Address of Served Party**

21068    WHITE, BERTHA M, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068    WHITE, BERTHA M, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068    WHITE, BESTER O, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    WHITE, BETTY A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    WHITE, BETTY A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    WHITE, BILLY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WHITE, BILLY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WHITE, BILLY F, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WHITE, BILLY F, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068    WHITE, BILLY G, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019

21068    WHITE, BILLY J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WHITE, BILLY L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068    WHITE, BILLY R, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WHITE, BILLY W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WHITE, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WHITE, BLANCHE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    WHITE, BOB, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068    WHITE, BOBBIE H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WHITE, BOBBIE H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WHITE, BOBBIE J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068    WHITE, BOBBIE J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068    WHITE, BOBBY J, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068    WHITE, BOBBY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WHITE, BONNIE A, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068    WHITE, BRACEY J, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068    WHITE, BURL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WHITE, BURYL B, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WHITE, BUSTER L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068    WHITE, C B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WHITE, C B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WHITE, CAROLYN, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068    WHITE, CAROLYN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WHITE, CAROLYN, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    WHITE, CARROLL J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069    WHITE, CARSON, GOLDBERG, PERSKY & WHITE PC, JOEL PERSKY, ESQ, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602

21068    WHITE, CATHERINE, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068    WHITE, CECIL M, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WHITE, CEDELL, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WHITE, CEDELL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069   WHITE, CHARLES B, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019

21068   WHITE, CHARLES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITE, CHARLES E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WHITE, CHARLES J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WHITE, CHARLES L, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WHITE, CHARLES O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHITE, CHARLES, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   WHITE, CHARLES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WHITE, CHARLES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WHITE, CHARLIE E, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WHITE, CHARLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHITE, CHARLIE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WHITE, CHARLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21069   WHITE, CHERYL L, HALSEMA, THOMAS G, BRENT COON & ASSOCIATES, 44 MONTGOMERY ST STE 800, SAN FRANCISCO, CA, 94104-4620

21069   WHITE, CHERYL L, PALMER, DANIEL F, BRENT COON & ASSOCIATES, 44 MONTGOMERY ST STE 800, SAN FRANCISCO, CA, 94104-4620

21068   WHITE, CHRIS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WHITE, CLARENCE W, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412

21068   WHITE, CLARENCE, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   WHITE, CLAUDE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITE, CLAUDE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHITE, CLAUDE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHITE, CLEO, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WHITE, CLEO, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WHITE, CLEVELAND W, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   WHITE, CLEVELAND W, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WHITE, CLEVELAND W, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WHITE, CLIFFORD R, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WHITE, CLIFFORD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITE, CLIFFORD, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068   WHITE, CLIFTON F, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WHITE, CONNER E, ELIZABETH ANN ROWLAND, ATTY, 312 SOUTH GAY ST, KNOXVILLE, TN, 37902

21068   WHITE, CURTIS R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHITE, CURTIS, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WHITE, CURTIS, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WHITE, DALE W, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WHITE, DALE W, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WHITE, DAMON L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WHITE, DAUSIE, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WHITE, DAUSIE, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WHITE, DAVID A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHITE, DAVID A, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  WHITE, DAVID K, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WHITE, DAVID N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHITE, DAVID N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WHITE, DAVID, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  WHITE, DAVID, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  WHITE, DAVID, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068  WHITE, DELMAS L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WHITE, DENVER R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068  WHITE, DERONE B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHITE, DONALD E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21069  WHITE, DONALD EXEC, KNAPP, 1109 QUAIL STREET, NEWPORT BEACH, CA, 92660`

21069  WHITE, DONALD R, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068  WHITE, DONALD R, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068  WHITE, DONALD W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WHITE, DONALD, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHITE, DONALD, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WHITE, DONLEY J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WHITE, DORIS G, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WHITE, DORIS G, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WHITE, DORIS W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  WHITE, DOROTHY L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068  WHITE, DOROTHY L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHITE, DOROTHY L, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068  WHITE, DOROTHY L, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  WHITE, EARL, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  WHITE, EARLY, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068  WHITE, EDDIE R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WHITE, EDWARD E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHITE, EDWARD L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

Svc Lst   Name and Address of Served Party

21068   WHITE, EDWARD L, GEORGE R GUINN, PS, 605 EAST HOLLAND AVE STE 113, SPOKANE, WA, 99218-1246

21068   WHITE, EDWARD, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WHITE, ELIZABETH, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   WHITE, EMMA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHITE, EMMA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHITE, EMMITT, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WHITE, ESTELLA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHITE, ESTELLA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHITE, EUGENE, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   WHITE, EUGENE, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   WHITE, EUGENE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITE, EUGENE, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WHITE, FELIX, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   WHITE, FELIX, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068   WHITE, FLOYD, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   WHITE, FLOYD, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   WHITE, FRANCIS M, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WHITE, FRANCIS P, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WHITE, FRANCIS W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WHITE, FRANK D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WHITE, FRANK D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHITE, FRANK D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WHITE, FRANK, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WHITE, FRANK, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   WHITE, FRED D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WHITE, FRED E, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WHITE, FRED, FITZGERALD & ASSOCIATES, 1484 GREENBRIER PL, CHARLOTTESVILLE, VA, 22901

21068   WHITE, FRED, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WHITE, FREDERICK, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21069   WHITE, G B, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068   WHITE, GARNET W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITE, GARY L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WHITE, GARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WHITE, GAVIN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   WHITE, GENE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  WHITE, GEORGE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WHITE, GEORGE M, ROBERT SWEENEY CO, LPA, 55 PUBLIC SQUARE STE 1500, CLEVELAND, OH, 44113

21068  WHITE, GEORGE W, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  WHITE, GEORGE W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WHITE, GEORGE W, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  WHITE, GLENN C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WHITE, GRADY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WHITE, GRADY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, GRADY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WHITE, HAROLD A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WHITE, HAROLD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHITE, HASKLE A, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068  WHITE, HENRY A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WHITE, HERBERT C, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  WHITE, HERBERT D, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  WHITE, HERBERT E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WHITE, HERBERT E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WHITE, HERBERT, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  WHITE, HERMAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WHITE, HOLLIS B, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WHITE, HOUSTON D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068  WHITE, HOUSTON D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  WHITE, HUGH P, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  WHITE, HUGH P, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21069  WHITE, II, JODIE, SIMMONSCOOPER LLC, RANDALL A BONO, 707 BERKSHIRE, EAST ALTON, IL, 62024

21068  WHITE, ISAAC, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WHITE, ISAAC, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WHITE, ISAAC, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WHITE, J D, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WHITE, J D, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WHITE, J W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WHITE, JACK O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21069  WHITE, JACK, J MICHAEL FITZGERALD, RR 1 BOX 85, FORT CALHOUN, NE, 68023

21068  WHITE, JACK, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068  WHITE, JACK, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, JACK, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WHITE, JACK, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068   WHITE, JACKY H, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WHITE, JAMES C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHITE, JAMES D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITE, JAMES D, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WHITE, JAMES D, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   WHITE, JAMES D, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069   WHITE, JAMES E, BERGER JAMES & GAMMAGE, 110 S TAYLOR ST, SOUTH BEND, IN, 46601

21068   WHITE, JAMES E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHITE, JAMES E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WHITE, JAMES E, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   WHITE, JAMES E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHITE, JAMES G, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WHITE, JAMES H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WHITE, JAMES H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WHITE, JAMES L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHITE, JAMES L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHITE, JAMES W, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WHITE, JAMES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WHITE, JAMES, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068   WHITE, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069   WHITE, JAMES, J MICHAEL FITZGERALD, RR 1 BOX 85, FORT CALHOUN, NE, 68023

21068   WHITE, JAMES, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068   WHITE, JAMES, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   WHITE, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHITE, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WHITE, JAMES, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WHITE, JAMES, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204

21068   WHITE, JAMES, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   WHITE, JANE E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WHITE, JANE E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WHITE, JANIS R, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   WHITE, JANIS R, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   WHITE, JAY H, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WHITE, JAY H, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   WHITE, JEFFERY G, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WHITE, JEFFIE E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WHITE, JEFFRIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WHITE, JERRY, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WHITE, JESSE C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WHITE, JESSIE E, BRUSCATO, TRAMONTANA & WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA, 71207

21068   WHITE, JESSIE E, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WHITE, JESSIE E, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WHITE, JESSIE P, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WHITE, JESSIE P, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WHITE, JESSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WHITE, JIM, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   WHITE, JIMMY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHITE, JIMMY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WHITE, JIMMY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WHITE, JIMMY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHITE, JOE I, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WHITE, JOE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WHITE, JOEL B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHITE, JOEL B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHITE, JOHN C, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   WHITE, JOHN E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WHITE, JOHN H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WHITE, JOHN M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WHITE, JOHN M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WHITE, JOHN S, LAW OFIC STUART CALWELL, PLLC, 405 CAPITOL ST STE 607, CHARLESTON, WV, 25301-1778

21068   WHITE, JOHN T, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHITE, JOHN T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHITE, JOHN T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHITE, JOHN W, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WHITE, JOHN W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WHITE, JOHN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WHITE, JOHNNIE L, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   WHITE, JOHNNY G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WHITE, JOHNNY G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WHITE, JOHNNY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WHITE, JOHNNY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WHITE, JONATHAN, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   WHITE, JOSEPH K, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   WHITE, JOSEPH W, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068   WHITE, JOYCE A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  WHITE, JOYCE A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  WHITE, JR, BENNIE D, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  WHITE, JR, CLAUDE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHITE, JR, JAMES, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068  WHITE, JR, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, JR, JAMES, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

21068  WHITE, JR, JESSIE R, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  WHITE, JR, LAWRENCE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WHITE, JR, LAWRENCE, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068  WHITE, JR, PAT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WHITE, JR, ROBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHITE, JR, THOMAS S, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21069  WHITE, JR, WALTER, SCRUGGS, MILLETTE, BOZEMAN & DENT, PA, PO BOX 1425, 734 DELMAS AVENUE, PASCAGOULA, MS, 39568-1425

21068  WHITE, JR., JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21069  WHITE, JUDY M, GORDON MYERS, 727 WATTS AVE, PASCAGOULA, MS, 39567

21068  WHITE, JUDY M, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069  WHITE, JUDY M, MS MUNICIPAL COURT MOSS POINT MUNICIPALITY, HON JIM DAVIS HULL, 4900 MAIN ST, MOSS POINT, MS, 39563-2735

21068  WHITE, JUDY M, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069  WHITE, JUDY M, THE LAW FIRM OF WM WILSON, JR, 2506 LAKELAND DRIVE, SUITE 500, P O DRAWER 16689, JACKSON, MS, 39236

21068  WHITE, JULIA G, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WHITE, LAWRENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, LAWRENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WHITE, LAWRENCE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068  WHITE, LEALON D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  WHITE, LEON O, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, LEON O, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WHITE, LEONARD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WHITE, LEONARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WHITE, LEONARD, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WHITE, LEROY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WHITE, LEROY, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WHITE, LESTER L, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  WHITE, LESTER R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WHITE, LIAS, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WHITE, LIAS, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WHITE, LILLIE A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WHITE, LILLIE A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WHITE, LINDA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WHITE, LINDA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WHITE, LINDY V, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | WHITE, LINDY V, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WHITE, LLOYD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WHITE, LOLA, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WHITE, LOLA, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WHITE, LONNIE J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567 |
| 21068 | WHITE, LONNIE J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008 |
| 21068 | WHITE, LONNIE R, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WHITE, LONNIE R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WHITE, LOUIS, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | WHITE, MANUEL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WHITE, MANUEL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WHITE, MARION D, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WHITE, MARY K, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WHITE, MARY L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | WHITE, MARY L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | WHITE, MARY L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | WHITE, MARY M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WHITE, MARY M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WHITE, MARY R, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WHITE, MARY S, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | WHITE, MARY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WHITE, MARYLAND, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104 |
| 21068 | WHITE, MAURICE, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | WHITE, MELVIN D, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809 |
| 21068 | WHITE, MELVIN D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437 |
| 21068 | WHITE, MICHAEL D, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202 |
| 21068 | WHITE, MICHAEL J, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | WHITE, MILDRED, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WHITE, MILDRED, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WHITE, MILTON E, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WHITE, MILTON J, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | WHITE, NATHAN N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WHITE, NATHAN N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WHITE, NATHANIEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WHITE, NATHANIEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WHITE, NEIL F, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |