**Exhibit 3 - WR PI Grace Mailing**

Svc Lst | Name and Address of Served Party
--- | ---

21068   WILLIAMS, LUCILLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMS, LUCILLE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMS, LUNDY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMS, LUNDY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMS, M A, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   WILLIAMS, M C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIAMS, MACEO, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, MAE C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIAMS, MAE C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIAMS, MAJOR, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WILLIAMS, MAJOR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIAMS, MAJOR, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   WILLIAMS, MALCOM, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WILLIAMS, MAMIE L, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WILLIAMS, MAMIE L, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIAMS, MANZIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, MANZIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, MARGARET, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WILLIAMS, MARION, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIAMS, MARSHALL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WILLIAMS, MARSHALL, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WILLIAMS, MARSHALL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIAMS, MARSHALL, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMS, MARSHALL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WILLIAMS, MARSHALL, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, MARSHALL, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, MARTHA F, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIAMS, MARTHA M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIAMS, MARTHA M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIAMS, MARTIN D, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WILLIAMS, MARTIN D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIAMS, MARTIN D, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WILLIAMS, MARTINUS, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIAMS, MARTINUS, THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVENUE, SUITE 1820, NEW ORLEANS, LA, 70113

21068   WILLIAMS, MARY A, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068  WILLIAMS, MARY A, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  WILLIAMS, MARY E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WILLIAMS, MARY E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WILLIAMS, MARY L, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068  WILLIAMS, MARY L, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068  WILLIAMS, MARY S, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WILLIAMS, MARY S, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WILLIAMS, MARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILLIAMS, MARY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILLIAMS, MASSEY L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILLIAMS, MAURICE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILLIAMS, MAURINE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILLIAMS, MAURINE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILLIAMS, MAZELLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILLIAMS, MAZELLE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILLIAMS, MCARTHUR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILLIAMS, MCARTHUR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILLIAMS, MCCOY, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WILLIAMS, MCCOY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WILLIAMS, MELVIN C, NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638

21068  WILLIAMS, MELVIN L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WILLIAMS, MELVIN R, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  WILLIAMS, MELVIN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  WILLIAMS, MICHAEL C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILLIAMS, MICHAEL E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WILLIAMS, MICHAEL W, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  WILLIAMS, MICHAEL, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILLIAMS, MICHAEL, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILLIAMS, MICHAEL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILLIAMS, MILDRED J, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  WILLIAMS, MILDRED J, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  WILLIAMS, MILDRED L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, MILLIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILLIAMS, MILTON, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WILLIAMS, MILTON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILLIAMS, MILTON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   **Name and Address of Served Party**

21068   WILLIAMS, MINNIE L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WILLIAMS, MINNIE L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WILLIAMS, MOLLIE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   WILLIAMS, MORRIS H, BRUEGGER & MCCULLOUGH, PC, TERRI CARPENTER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068   WILLIAMS, MORRIS H, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320

21068   WILLIAMS, MOSES, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WILLIAMS, MURRAY L, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   WILLIAMS, MYRON E, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, NAPOLEAN, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMS, NAPOLEAN, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMS, NATH, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WILLIAMS, NATH, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIAMS, NATHAN, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   WILLIAMS, NEAL T, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMS, NEAL T, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMS, NEAL, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   WILLIAMS, NELLIE D, ANTHONY L TOMBLIN, 224 NORTH GUADALUPE, SAM MARCOS, TX, 78666

21068   WILLIAMS, NELLIE D, ANTHONY L TOMBLIN, 816 CONGRESS STE 1510, AUSTIN, TX, 78701-2479

21068   WILLIAMS, NELLIE D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIAMS, NEWTON D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIAMS, NICHOLAS O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIAMS, NICHOLAS O, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   WILLIAMS, NONZIE T, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILLIAMS, NORMAN, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIAMS, NORMAN, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIAMS, ODELL, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   WILLIAMS, OLIVIA, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WILLIAMS, OLLIE J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WILLIAMS, OLLIE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WILLIAMS, OLLIE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIAMS, OLONZIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, ORA C, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WILLIAMS, ORA C, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIAMS, ORAN H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIAMS, ORAN H, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   WILLIAMS, ORION, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WILLIAMS, ORION, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068 WILLIAMS, OSCAR L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068 WILLIAMS, OSCAR L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068 WILLIAMS, OSCAR, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068 WILLIAMS, OSCAR, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 WILLIAMS, OSCAR, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 WILLIAMS, OSCAR, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068 WILLIAMS, OSTRANDA B, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068 WILLIAMS, OTIS C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068 WILLIAMS, OTIS R, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068 WILLIAMS, OTIS R, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 WILLIAMS, OTTA C, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068 WILLIAMS, OTTA C, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21069 WILLIAMS, OWEN G, ROTKO CRESHOFF, 200 LIPPINCOTT BUILDING, 227 SOUTH SIXTH STREET, PHILADELPHIA, PA, 19106

21068 WILLIAMS, OWEN, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068 WILLIAMS, OWEN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 WILLIAMS, OWEN, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068 WILLIAMS, PAUL E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068 WILLIAMS, PAUL E, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068 WILLIAMS, PAUL K, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068 WILLIAMS, PAUL L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068 WILLIAMS, PAUL, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 WILLIAMS, PAUL, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068 WILLIAMS, PAUL, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068 WILLIAMS, PAUL, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068 WILLIAMS, PERCY B, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068 WILLIAMS, PERCY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068 WILLIAMS, PERCY L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068 WILLIAMS, PERRY, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068 WILLIAMS, PHIL, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068 WILLIAMS, PHIL, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068 WILLIAMS, PHILIP B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 WILLIAMS, PHILLIP, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068 WILLIAMS, PHILLIP, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068 WILLIAMS, PHLESTER, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

Svc Lst  Name and Address of Served Party

21068   WILLIAMS, PHOEBE, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   WILLIAMS, PLEZ, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMS, PLEZ, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMS, PRESTON, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, R B, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMS, R B, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMS, R L, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   WILLIAMS, R. L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILLIAMS, R. L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILLIAMS, RAIFORD, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIAMS, RALPH B, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WILLIAMS, RALPH W, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMS, RALPH, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WILLIAMS, RALPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMS, RALPH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMS, RANCIE M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIAMS, RANDY, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068   WILLIAMS, RANDY, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068   WILLIAMS, RANDY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILLIAMS, RAY N, DONNI E YOUNG, ESQ, 600 CARONDELET STREET, SUITE 900, NEW ORLEANS, LA, 70180

21068   WILLIAMS, RAYMOND E, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WILLIAMS, RAYMOND L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIAMS, RAYMOND L, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925

21068   WILLIAMS, RAYMOND, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIAMS, RAYMOND, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, RAYMOND, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, REGINALD, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMS, REUBEN, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   WILLIAMS, RICARDO L, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068   WILLIAMS, RICHARD E, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILLIAMS, RICHARD J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WILLIAMS, RICHARD L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WILLIAMS, RICHARD, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   WILLIAMS, RICHARD, LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149

21068   WILLIAMS, RICHARD, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   WILLIAMS, RICHMAND J, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

**Svc Lst  Name and Address of Served Party**

21068   WILLIAMS, RICHMAND J, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WILLIAMS, RICKY A, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIAMS, ROBERT A, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIAMS, ROBERT A, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMS, ROBERT A, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMS, ROBERT B, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILLIAMS, ROBERT B, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILLIAMS, ROBERT C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILLIAMS, ROBERT C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIAMS, ROBERT C, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, ROBERT C, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, ROBERT E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21069   WILLIAMS, ROBERT E, BILBREY & HYLLA, PC, 8724 PIN OAK ROAD, EDWARDSVILLE, IL, 62025

21068   WILLIAMS, ROBERT E, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WILLIAMS, ROBERT E, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WILLIAMS, ROBERT E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILLIAMS, ROBERT E, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILLIAMS, ROBERT E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILLIAMS, ROBERT E, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201

21068   WILLIAMS, ROBERT E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMS, ROBERT E, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMS, ROBERT E, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WILLIAMS, ROBERT E, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   WILLIAMS, ROBERT E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMS, ROBERT E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIAMS, ROBERT G, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMS, ROBERT G, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMS, ROBERT J, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WILLIAMS, ROBERT L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WILLIAMS, ROBERT L, LAW OFFICES OF PETER G ANGELOS, GOVERNOR`S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   WILLIAMS, ROBERT L, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WILLIAMS, ROBERT L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMS, ROBERT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMS, ROBERT L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMS, ROBERT T, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILLIAMS, ROBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMS, ROBERT, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WILLIAMS, ROBERT, LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES STREET, SUITE 1700, BALTIMORE, MD, 21201 |
| 21068 | WILLIAMS, ROBERT, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | WILLIAMS, ROBERT, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WILLIAMS, ROBERT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WILLIAMS, ROBERT, PETER G ANGELOS, 63 HENDERSON AVENUE, CUMBERLAND, MD, 21502 |
| 21068 | WILLIAMS, ROBERT, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMS, ROBERT, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WILLIAMS, ROBERT, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 |
| 21068 | WILLIAMS, ROBERT, THE MIDDLETON FIRM LLC, JANE WALDNER, 58 E BROAD ST, SAVANNAH, GA, 31412 |
| 21068 | WILLIAMS, ROBERT, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | WILLIAMS, ROBERT, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 |
| 21069 | WILLIAMS, ROGER DALE, 2010 CR 428, ANGLETON, TX, 77515 |
| 21068 | WILLIAMS, ROGER, GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025 |
| 21068 | WILLIAMS, ROGER, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WILLIAMS, ROGER, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WILLIAMS, RONALD L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WILLIAMS, RONALD L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WILLIAMS, RONALD W, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 |
| 21068 | WILLIAMS, RONALD W, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439 |
| 21068 | WILLIAMS, RONNIE H, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 |
| 21069 | WILLIAMS, RONNIE J, PHILPOT LAW FIRM, PA, 115 BROADUS AVE, GREENVILLE, SC, 29601 |
| 21068 | WILLIAMS, ROOSEVELT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WILLIAMS, ROOSEVELT, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMS, ROOSEVELT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WILLIAMS, ROSIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WILLIAMS, ROSSY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | WILLIAMS, ROWENA S, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 |
| 21068 | WILLIAMS, ROXY, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 |
| 21068 | WILLIAMS, ROY B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMS, ROY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILLIAMS, ROY D, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 |
| 21068 | WILLIAMS, ROY D, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095 |
| 21068 | WILLIAMS, ROY, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703 |
| 21068 | WILLIAMS, ROY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | WILLIAMS, ROY, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | WILLIAMS, RUBIN, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | WILLIAMS, RUBY L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | WILLIAMS, RUDOLPH, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WILLIAMS, RUDOLPH, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WILLIAMS, RUEL C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WILLIAMS, RUFUS F, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255 |
| 21068 | WILLIAMS, RUFUS, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WILLIAMS, RUFUS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WILLIAMS, RUFUS, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | WILLIAMS, RUFUS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WILLIAMS, RUFUS, WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 |
| 21068 | WILLIAMS, RUGY P, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 |
| 21068 | WILLIAMS, RUGY P, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829 |
| 21068 | WILLIAMS, RUSSELL R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMS, RUSSELL R, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21069 | WILLIAMS, RUTH, KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701 |
| 21068 | WILLIAMS, S T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMS, SADIE H, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | WILLIAMS, SADIE H, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | WILLIAMS, SADIE M, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WILLIAMS, SADIE M, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WILLIAMS, SAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WILLIAMS, SAM, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653 |
| 21068 | WILLIAMS, SAMMIE L, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | WILLIAMS, SAMMIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILLIAMS, SAMMY A, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMS, SAMPSON, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | WILLIAMS, SAMUEL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046 |
| 21068 | WILLIAMS, SAMUEL, LEWIS & SCHOLNICK, 555 SOUTH FLOWER ST STE 4220, LOS ANGELES, CA, 90071-2300 |
| 21068 | WILLIAMS, SAMUEL, THOMAS J YOUNG, SUITE 900, 333 NORTH PENNSYLVANIA STREET, INDIANAPOLIS, IN, 46204 |
| 21068 | WILLIAMS, SARAH J, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WILLIAMS, SHELBY C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILLIAMS, SOLOMAN, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILLIAMS, SOLOMAN, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309 |
| 21068 | WILLIAMS, SR, A G, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |

**Exhibit 3 - WR PI Grace Mailing**

---

**Svc Lst  Name and Address of Served Party**

---

| | |
|---|---|
| 21068 | WILLIAMS, SR, ALFONZIA, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502 |
| 21068 | WILLIAMS, SR, ARCHIE A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILLIAMS, SR, BEN, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 |
| 21068 | WILLIAMS, SR, BRASKA, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WILLIAMS, SR, CHARLES D, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 |
| 21068 | WILLIAMS, SR, CORRIE F, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169 |
| 21068 | WILLIAMS, SR, CORRIE F, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465 |
| 21068 | WILLIAMS, SR, DELOS R, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WILLIAMS, SR, DONALD B, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMS, SR, EDDIE, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | WILLIAMS, SR, ELLIOT, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113 |
| 21068 | WILLIAMS, SR, ELLIOT, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WILLIAMS, SR, ERNEST J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMS, SR, EUGENE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILLIAMS, SR, FREDDIE C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232 |
| 21068 | WILLIAMS, SR, GENERAL, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WILLIAMS, SR, HUMPHREY, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WILLIAMS, SR, ISAAC, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WILLIAMS, SR, JAMES H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILLIAMS, SR, JOE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WILLIAMS, SR, KERMIT K, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WILLIAMS, SR, LARRY D, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21069 | WILLIAMS, SR, LEE S, WHITEFORD TAYLOR PRESTONS, 7 SAINT PAUL ST, BALTIMORE, MD, 21202-1626 |
| 21068 | WILLIAMS, SR, LEE V, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WILLIAMS, SR, LEROY, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 |
| 21068 | WILLIAMS, SR, LOUIS, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMS, SR, MARION F, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WILLIAMS, SR, RAYMOND T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMS, SR, RAYMOND, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293 |
| 21068 | WILLIAMS, SR, RAYMOND, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053 |
| 21068 | WILLIAMS, SR, RICHARD E, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 |
| 21068 | WILLIAMS, SR, ROBERT D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMS, SR, TYRONE C, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |

---

**Svc Lst  Name and Address of Served Party**

21068   WILLIAMS, SR, TYRONE C, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   WILLIAMS, SR, WILBERT, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILLIAMS, SR., CHARLES C, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILLIAMS, SR., CHARLES C, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILLIAMS, SR., MACK D, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILLIAMS, STAN, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   WILLIAMS, STEPHEN A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIAMS, STEPHEN, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   WILLIAMS, STEVE, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WILLIAMS, SUSIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMS, SYDNEY H, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, SYLVESTER D, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, SYLVESTER, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMS, T E, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMS, T E, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMS, TED A, WALLACE AND GRAHAM P A, 525 NORTH MAIN STREET, SALISBURY, NC, 28144

21068   WILLIAMS, TED W, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIAMS, TED, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMS, TERRY L, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   WILLIAMS, THEODORE F, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WILLIAMS, THEODORE F, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WILLIAMS, THEODORE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WILLIAMS, THEOPLAS H, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WILLIAMS, THEOPLAS H, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WILLIAMS, THERESA A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIAMS, THERESA A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIAMS, THOMAS C, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068   WILLIAMS, THOMAS E, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILLIAMS, THOMAS E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIAMS, THOMAS E, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILLIAMS, THOMAS E, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068   WILLIAMS, THOMAS G, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMS, THOMAS J, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMS, THOMAS J, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMS, THOMAS L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WILLIAMS, THOMAS L, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

Svc Lst  Name and Address of Served Party

21068  WILLIAMS, THOMAS L, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068  WILLIAMS, THOMAS L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, THOMAS N, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, THOMAS, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068  WILLIAMS, TIM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILLIAMS, TOM, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21069  WILLIAMS, TOM, WALTER UMPHREY LAW FIRM, PO BOX 4905, 490 PARK STREET, BEAUMONT, TX, 77704

21068  WILLIAMS, TOMMIE, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068  WILLIAMS, TOMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WILLIAMS, TOMMY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  WILLIAMS, TONY W, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WILLIAMS, TROY, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068  WILLIAMS, TROY, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  WILLIAMS, TROY, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068  WILLIAMS, TROY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  WILLIAMS, TYRONE B, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WILLIAMS, ULYSSES, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WILLIAMS, VAN O, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILLIAMS, VERA M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, VERNON, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, VIRGIL, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WILLIAMS, VIRGINA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILLIAMS, VIRGINIA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, WALLACE M, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21069  WILLIAMS, WALLACE M, PO BOX 1620, ALAMEDA, CA, 94501

21068  WILLIAMS, WALLACE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068  WILLIAMS, WALTER L, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069  WILLIAMS, WALTER L, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA L, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901

21068  WILLIAMS, WALTER W, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WILLIAMS, WALTER W, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WILLIAMS, WALTER, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WILLIAMS, WALTER, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILLIAMS, WALTER, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WILLIAMS, WALTER, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, WALTER, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILLIAMS, WAYMOND, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  WILLIAMS, WELDEN S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21069  WILLIAMS, WELTON, ARDELL WILLIAMS, 528 FULTON ST, ELIZABETH, NJ, 07206-1222

21068  WILLIAMS, WELTON, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILLIAMS, WENDELL P, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  WILLIAMS, WENDELL W, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILLIAMS, WESLEY, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILLIAMS, WESTLEY D, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21069  WILLIAMS, WILBERT, SHAPIRO & SHAPIRO, 1820 FIRST FEDERAL PLAZA, ROCHESTER, NY, 14614

21068  WILLIAMS, WILBERT, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068  WILLIAMS, WILBUR E, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603

21068  WILLIAMS, WILBUR E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILLIAMS, WILBUR, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068  WILLIAMS, WILBURN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WILLIAMS, WILDA J, COTHREN LAW FIRM, PO BOX 1329, 820 NORTH STATE STREET, JACKSON, MS, 39215-1329

21068  WILLIAMS, WILDA J, THE GIBSON LAW FIRM, CHASTITY HEARD, 447 NORTHPARK DR, RIDGELAND, MS, 39157

21068  WILLIAMS, WILEY, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068  WILLIAMS, WILFRED, DAVID C THOMPSON ATTY AT LAW PC, 321 KITTSON AVE, GRAND FORKS, ND, 58201

21068  WILLIAMS, WILIE, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WILLIAMS, WILLARD H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068  WILLIAMS, WILLIAM A, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069  WILLIAMS, WILLIAM B, POWELL & MINEHART P C, 1923 WELSH ROAD, PHILADELPHIA, PA, 19115

21068  WILLIAMS, WILLIAM C, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068  WILLIAMS, WILLIAM L, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068  WILLIAMS, WILLIAM L, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068  WILLIAMS, WILLIAM, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21069  WILLIAMS, WILLIE D, FOX, SCHECHTER & EISENMAN, 525 WEBSTER, HOUSTON, TX, 77002

21069  WILLIAMS, WILLIE D, HAROLD J EISENMANN, PC, 2000 W LOOP SOUTH STE 1930, HOUSTON, TX, 77027

21068  WILLIAMS, WILLIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WILLIAMS, WILLIE E, LAW OFFICE OF JOSEPH F BRUEGGER, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231

21068  WILLIAMS, WILLIE H, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WILLIAMS, WILLIE M, BLACKMON & BLACKMON, PLLC, 712 E PEACE ST, CANTON, MS, 39046

21068  WILLIAMS, WILLIE M, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  WILLIAMS, WILLIE R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILLIAMS, WILLIE R, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WILLIAMS, WILLIE R, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21069  WILLIAMS, WILLIE T, WASSERWALD BOATNER, 315 WEST NINTH ST STE 600, LOS ANGELES, CA, 90015

21068  WILLIAMS, WILLIE, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WILLIAMS, WILLIE, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WILLIAMS, WILLIE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069    WILLIAMS, WILLIE, SHAPIRO & SHAPIRO, 1820 FIRST FEDERAL PLAZA, ROCHESTER, NY, 14614

21068    WILLIAMS, WILLIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WILLIAMS, WILLIE, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WILLIAMS, WILLIE, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068    WILLIAMS, WILMA, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068    WILLIAMS, WILMER, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068    WILLIAMS, WILSTON, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    WILLIAMS, WOODIE, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068    WILLIAMS, WYLENE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WILLIAMS, WYLENE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILLIAMS, YVONNE B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WILLIAMS, YVONNE B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILLIAMS,SR., EARL P, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    WILLIAMS,SR., JAMES E, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    WILLIAMSON, ALBERT J, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WILLIAMSON, ALINE M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068    WILLIAMSON, ALLEN N, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WILLIAMSON, ALLEN N, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILLIAMSON, ALVIN L, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068    WILLIAMSON, BILLY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WILLIAMSON, BILLY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WILLIAMSON, BOBBY G, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILLIAMSON, BOBBY G, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WILLIAMSON, BOOKER T, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WILLIAMSON, C W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILLIAMSON, CHARLES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WILLIAMSON, CHARLES, MIDDLETON & MIXSON, P C, 58 E BROAD ST, SAVANNAH, GA, 31401

21068    WILLIAMSON, CLARENCE D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    WILLIAMSON, CLAUDE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    WILLIAMSON, CONNIE L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    WILLIAMSON, DAVID, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    WILLIAMSON, DONALD D, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILLIAMSON, DONALD T, LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD STREET, SUITE 200, BETHLEHEM, PA, 18018 |
| 21068 | WILLIAMSON, DONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620 |
| 21068 | WILLIAMSON, DONNIE, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365 |
| 21068 | WILLIAMSON, DORMAN B, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | WILLIAMSON, DORMAN B, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | WILLIAMSON, EARL G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WILLIAMSON, EDWARD, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | WILLIAMSON, ELLIS S, JONES GRANGER, PO BOX 4340, HOUSTON, TX, 77210 |
| 21068 | WILLIAMSON, ELLIS S, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365 |
| 21068 | WILLIAMSON, ELVA D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WILLIAMSON, FORREST L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMSON, FRANCES V, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMSON, FRANK J, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067 |
| 21068 | WILLIAMSON, GARY, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201 |
| 21068 | WILLIAMSON, GEORGE A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WILLIAMSON, GEORGE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMSON, HAROLD D, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998 |
| 21068 | WILLIAMSON, HARRY L, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805 |
| 21068 | WILLIAMSON, HOWARD, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568 |
| 21068 | WILLIAMSON, HOWARD, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WILLIAMSON, J D, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069 |
| 21068 | WILLIAMSON, J H, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WILLIAMSON, J H, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | WILLIAMSON, JACK, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | WILLIAMSON, JACK, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21068 | WILLIAMSON, JAMES E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WILLIAMSON, JAMES E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WILLIAMSON, JAMES R, JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 |
| 21068 | WILLIAMSON, JEAN C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WILLIAMSON, JEAN C, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | WILLIAMSON, JEAN C, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | WILLIAMSON, JERRY D, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WILLIAMSON, JERRY D, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WILLIAMSON, JESSIE J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 |
| 21068 | WILLIAMSON, JESSIE, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 |
| 21068 | WILLIAMSON, JIMMY D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 |
| 21068 | WILLIAMSON, JIMMY D, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |

**Svc Lst   Name and Address of Served Party**

21068   WILLIAMSON, JOHN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WILLIAMSON, JOHNNY, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIAMSON, JOHNNY, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIAMSON, JOYCE L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMSON, JOYCE L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMSON, L M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WILLIAMSON, LEE K, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILLIAMSON, LEROY, KRAFT, PALMER, DAVIES, PLLC, 720 THIRD AVE STE 1510, SEATTLE, WA, 98104-1825

21068   WILLIAMSON, LLOYD G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIAMSON, MACK H, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WILLIAMSON, MACK H, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIAMSON, MANLEY D, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WILLIAMSON, MANLEY D, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   WILLIAMSON, MARION, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WILLIAMSON, MARION, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIAMSON, MELVIN, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILLIAMSON, NORA R, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMSON, O L, LISTON & LANCASTER, P A, 304 N CONGRESS ST, JACKSON, MS, 39225

21068   WILLIAMSON, O L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WILLIAMSON, RALPH, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068   WILLIAMSON, RALPH, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068   WILLIAMSON, RICHARD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIAMSON, ROBERT L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIAMSON, ROBERT, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIAMSON, RODNEY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIAMSON, RODNEY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIAMSON, ROLAND L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMSON, ROY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WILLIAMSON, RUDOLPH R, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIAMSON, RUSSELL D, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   WILLIAMSON, SHELBY J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIAMSON, SR, GEOFFREY R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIAMSON, SR, JAMES V, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WILLIAMSON, VASSILI N, LAW OFFICES OF PETER G ANGELOS, GOVERNOR'S PLAZA SOUTH, BUILDING 3 SUIT, 2001 N FRONT STREET, HARRISBURG, PA, 17102

21068   WILLIAMSON, VERNON J, CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109

21068   WILLIAMSON, VIOLA, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILLIAMSON, VIOLA, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIAMSON, WADENE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMSON, WILLIAM R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIAMSON, WILLIE A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WILLIAMSON, WILLIE A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIAMSON, WILLIE A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIAMSON, WILLIE L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WILLIAMSON, WILLIE L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIAMSON, WILLIE L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WILLIE, BEVERLY, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILLIE, RAYMOND, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIFORD, CHARLES H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21069   WILLIFORD, IRENE, ROSENBERG KIRSHNER, 1500 GRANT BUILDING, PITTSBURGH, PA, 15219

21068   WILLIFORD, JESSE J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIFORD, MORRIS J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIFORD, SAMUEL, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068   WILLIFORD, VIOLA T, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIFORD, WILLIE H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLINGHAM, CHARLEY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILLINGHAM, J S, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLINGHAM, JERRY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLINGHAM, MELVIN T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLINGHAM, R B, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLINGHAM, SR, LAMAR, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLINGHAM, WARDELL, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WILLIS, ALBERT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIS, ALBERT, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068   WILLIS, ALBERT, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068   WILLIS, ALBERT, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIS, ANNIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIS, ANNIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIS, BENJAMIN F, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIS, BILLY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIS, BILLY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILLIS, BILLY W, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIS, BILLY W, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIS, CARL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILLIS, CATHERINE, WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095

21068   WILLIS, CLARENCE Z, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21069   WILLIS, CLARENCE, MONTGOMERY, TWIBELL, UPP & GREENE, 901 ST LOUIS STREET, SUITE 601, SPRINGFIELD, MO, 65806

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    WILLIS, CLARENCE, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WILLIS, CLAUDIA B, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    WILLIS, CLINTON D, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068    WILLIS, CLINTON D, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068    WILLIS, CLYDE L, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    WILLIS, CLYDE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILLIS, DOYLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILLIS, ELAYNE H, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    WILLIS, ELIJAH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WILLIS, ELIZABETH, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068    WILLIS, ERVIN R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    WILLIS, FERDINAND C, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068    WILLIS, FRANK, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068    WILLIS, GARNELL, FRANKOVICH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WILLIS, GARNELL, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WILLIS, GARY C, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WILLIS, GARY, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068    WILLIS, GEORGE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068    WILLIS, GLEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WILLIS, GLORIA J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WILLIS, GLORIA J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILLIS, HANDY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WILLIS, ISAAC, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WILLIS, J M, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WILLIS, J M, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WILLIS, JAMES D, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068    WILLIS, JAMES D, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WILLIS, JAMES F, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WILLIS, JAMES, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068    WILLIS, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068    WILLIS, JAMES, WELLBORN, HOUSTON, ADKISON, 300 W MAIN ST, HENDERSON, TX, 75653

21068    WILLIS, JESSE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WILLIS, JIMMIE E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WILLIS, JOHN H, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068    WILLIS, JOHN H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WILLIS, JOHN H, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WILLIS, JOSEPH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILLIS, JOSEPH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WILLIS, JR, ERNEST, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   WILLIS, JR, HYLEMON J, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21069   WILLIS, JUAN ENNIS, 2307 ALTA MIRA DR, TYLER, TX, 75701

21068   WILLIS, JULIAN, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIS, LAMAR, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIS, LEONARD R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068   WILLIS, LEROY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIS, LEROY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIS, LESSIE P, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILLIS, LLOYD A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIS, LOIS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIS, LORENE M, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   WILLIS, LORENE M, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   WILLIS, LOUIS, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   WILLIS, LOUISE C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIS, MARK W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIS, MATTIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLIS, MINNIE F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLIS, MINNIE F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLIS, OREN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIS, PATRICK J, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILLIS, PETER, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLIS, POLLARD, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLIS, POLLARD, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILLIS, ROBERT H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLIS, ROBERT S, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILLIS, ROBERT, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILLIS, RONALD R, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILLIS, RONALD R, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILLIS, RONALD, CHRIS PARKS AND ASSOCIATES, CHRIS PARKS, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642

21068   WILLIS, SAUL J, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILLIS, SIDNEY, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   WILLIS, SR, FRANK, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILLIS, SR, HENRY B, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   WILLIS, SR, MARVIN B, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   WILLIS, TEDDY, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   WILLIS, TERRY, FRAZER DAVIDSON, P A, 120 N CONGRESS STREET, SUITE 1225, JACKSON, MS, 39201

21068   WILLIS, TERRY, THE LANGSTON LAW FIRM, PA, 100 SOUTH MAIN ST, PO BOX 787, BOONEVILLE, MS, 38829

**Svc Lst  Name and Address of Served Party**

21068   WILLIS, THOMAS S, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILLIS, WALTER L, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WILLIS, WALTER L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLIS, WALTER L, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WILLIS, WILLIAM, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILLISON, TIMOTHY J, LAUDIG GEORGE RUTHERFORD & SIPES, 600 INLAND BUILDING, 156 E MARKET STREET, INDIANAPOLIS, IN, 46204

21068   WILLITON, WAYNE, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WILLITS, RALPH, WATERS & KRAUS, LLP, 10015 OLD COLUMBIA RD STE B-215, COLUMBIA, MD, 21046

21069   WILLITS, THOMAS E, LAW OFFICES OF JAMES D BURNS, 2200 FOURTH AVENUE, SEATTLE, WA, 98121

21068   WILLMAN & ARNOLD, LLP, PO BOX 15276, 705 MCKNIGHT PARK DR, PITTSBURGH, PA, 15237

21068   WILLMARTH, OLIVER H, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068   WILLOUGHBY, ALLEN C, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WILLOUGHBY, DONALD E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLOUGHBY, EDDIE D, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WILLOUGHBY, JOSEPH M, ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002

21068   WILLOUGHBY, JR, JOHN, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILLOW, ROBERT W, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068   WILLRICH, SHIRLEY, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068   WILLS, ANNIE L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLS, AUGUSTUS, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILLS, CALVIN E, LAW OFFICES OF PETER G ANGELOS PC, 60 WEST BROAD ST STE 200, BETHLEHEM, PA, 18018-5721

21068   WILLS, DAVID C, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   WILLS, DAVID L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   WILLS, DENNIS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILLS, GARY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLS, GARY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLS, GEORGE, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLS, JOHN C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILLS, JOHN C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILLS, JOHNNIE FRANCIS, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WILLS, LEONARD, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILLS, RALPH, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILLS, VERLIN L, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   WILLS, WILLIAM H, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLS, WILLIAM R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILLSEY, FRANK M, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WILLSIE, SUMMER R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   WILLSON, ROBERT, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   WILMES, PHILLIP A, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WILMES, STANLEY D, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILMONT, A J, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   WILMONT, LEONARD, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068   WILMORE, LIZZIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILMORE, THOMAS, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068   WILMOT, THOMAS, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   WILMOT, WILLIAM, WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306

21068   WILRIDGE, HOUSTON, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSDON, JAMES, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068   WILSHIRE, ROBERT R, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21069   WILSON SR., JAMES E, MILLS, TIMMONS, PO BOX 1784, SHREVEPORT, LA, 71166

21068   WILSON, AARON, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILSON, AARON, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILSON, ABE, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILSON, ALBERT D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, ALBERT E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, ALBERT G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   WILSON, ALBERT J, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WILSON, ALBERT, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WILSON, ALEXANDER, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068   WILSON, ALFRED E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WILSON, ALFRED J, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, ALFRED, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILSON, ALLAN P, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067

21068   WILSON, ALLAN P, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934

21068   WILSON, ALONZO, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068   WILSON, ALVIN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, ALVIN, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068   WILSON, ALZADA C, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WILSON, ANDREW J, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, ANGULIN S, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILSON, ANGULIN S, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILSON, ANTHONY E, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILSON, ARTHUR L, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILSON, ARTHUR R, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, ARTHUR, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, ARTHUR, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILSON, ARTHUR, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068  WILSON, AUGUSTUS, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILSON, AUTHUR T, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, BENNIE, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068  WILSON, BENNIE, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068  WILSON, BETTY A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, BETTY A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, BETTY L, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068  WILSON, BETTYE E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILSON, BILLY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, BILLY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, BILLY H, MARTIN & JONES, CLINT W SITTON, ATTY, 410 GLENWOOD AVE STE 200, RELEIGH, NC, 27603-1255

21068  WILSON, BILLY H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILSON, BILLY J, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WILSON, BILLY J, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WILSON, BILLY W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, BILLY W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILSON, BISHOP, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068  WILSON, BOBBIE H, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  WILSON, BOBBIE H, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILSON, BOBBIE H, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WILSON, BOBBY, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068  WILSON, BRENDA, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068  WILSON, BRENDA, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILSON, BRENDA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILSON, BRYANT L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILSON, BUDDY R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WILSON, BURNIE, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WILSON, C M, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  WILSON, CALVIN, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILSON, CARL E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068  WILSON, CARL E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WILSON, CAROL G, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WILSON, CAROL G, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WILSON, CECELIA A, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068  WILSON, CELINE, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WILSON, CHARLES D, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, CHARLES E, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WILSON, CHARLES E, SUTTER & ENSLEIN, 1738 WISCONSIN AVENUE, N W, WASHINGTON, DC, 20007

21068   WILSON, CHARLES F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILSON, CHARLES F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILSON, CHARLES H, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILSON, CHARLES H, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, CHARLES L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILSON, CHARLES N, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, CHARLES R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, CHARLES W, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, CHARLES W, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, CHARLES, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, CHARLES, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   WILSON, CHARLES, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21069   WILSON, CHARLIE, LAW OFFICE OF JILL K KUSWA, 4491 VOYAGER DR, FRISCO, TX, 75034-7542

21068   WILSON, CHESTER, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   WILSON, CLARENCE B, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WILSON, CLARENCE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, CLARENCE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, CLAUD, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILSON, CLEVELAND, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068   WILSON, CLEVELAND, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, CLISBY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, CLYDE K, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21069   WILSON, CLYDE K, ROBERT PEIRCE & ASSOCIATES, ROBERT PEIRCE, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1918

21068   WILSON, CORNELIUS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, CORNELIUS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, CURTIS D, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, CURTIS, LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVENUE, BEAUMONT, TX, 77701

21068   WILSON, CURTIS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, D W, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068   WILSON, D W, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILSON, DAN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILSON, DANA, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

21068   WILSON, DANIEL H, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, DANIEL R, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILSON, DANIEL R, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILSON, DAVID A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, DAVID F, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068   WILSON, DAVID L, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   WILSON, DAVID, RATINER, REYES & O`SHEA, P A, 1101 BRICKELL AVENUE, #1601, MIAMI, FL, 33131-3104

21068   WILSON, DAWN, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WILSON, DESOLA C, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, DIANE R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, DON A, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, DONALD H, PARRON LAW FRIM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643

21068   WILSON, DONALD R, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804

21068   WILSON, DONALD R, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068   WILSON, DONALD W, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, DONALD, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068   WILSON, DONALD, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068   WILSON, DONALD, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, DONALD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WILSON, DOROTHY J, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILSON, DOROTHY J, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILSON, DOROTHY, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, DOUGLAS, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068   WILSON, DOUGLAS, MCDONOUGH DIGBY, 245 E WATER ST, SYRACUSE, NY, 13202

21068   WILSON, EARL, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, EARLINE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, EARMY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, EDWARD R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, EDWARD, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILSON, EDWARD, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, EDWIN K, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311

21068   WILSON, EDWIN K, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   WILSON, EDWIN T, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILSON, EDWIN T, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILSON, ELDRED T, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, ELGIN, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, ELGIN, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, ELLIS, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, ELWILLIE G, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, EMANUEL, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WILSON, ERIC, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   WILSON, ERIC, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  WILSON, ERIC, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  WILSON, ERNEST G, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WILSON, ERNEST, DAVIS & FEDER, 1712 15TH ST, GULFPORT, MS, 39501

21068  WILSON, ERNEST, MCPHERSON MONK HUGHES BRADLEY & WIMBERLY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642

21068  WILSON, ERNEST, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068  WILSON, ERON, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21069  WILSON, ERVIN C, 1122 28TH ST, OAKLAND, CA, 94608

21068  WILSON, ERVIN C, MARY ALEXANDER & ASSOCIATES, P C, 44 MONTGOMERY STREET, SUITE 1303, SAN FRANCISCO, CA, 94104

21068  WILSON, ETHEL M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILSON, ETHEL M, NEGEM & BICKHAM, 440 S VINE AVENUE, TYLER, TX, 75702

21068  WILSON, EUGENE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, EUGENE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, FAYE, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068  WILSON, FAYE, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068  WILSON, FLEM, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, FLEM, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILSON, FLOYD D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILSON, FRANCES, LANGSTON, FRAZER, SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  WILSON, FRANCIS J, GARVIN LAW FIRM, PROFESSIONAL CENTER, 17 PARK PL, BELLEVILLE, IL, 62226-2969

21068  WILSON, FRANK A, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  WILSON, FRANK A, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WILSON, FRANK L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, FRANK L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, FRANK L, THOMAS & LIBOWITZ, P A, USF&G BUILDING SUITE 1100, 100 LIGHT STREET, BALTIMORE, MD, 21202-1053

21068  WILSON, FRANK, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WILSON, FRANK, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILSON, FRED D, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WILSON, FRED, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068  WILSON, FRED, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  WILSON, FREDRICK D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WILSON, GARRIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WILSON, GARY P, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WILSON, GARY P, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WILSON, GARY W, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068  WILSON, GARY, GORDON J DILL, P S C, 1527 CENTRAL AVENUE, ASHLAND, KY, 41105

21068  WILSON, GARY, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILSON, GENE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  WILSON, GEORGE C, ZAMLER, MELLEN & SHIFFMAN, P C, 23077 GREENFIELD, SUITE 557, SOUTHFIELD, MI, 48075

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WILSON, GEORGE D, PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103

21068    WILSON, GEORGE E, J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443

21068    WILSON, GEORGE E, THE LANGSTON LAW FIRM, PA, JOSEPH C LANGSTON, PO BOX 787, BOONEVILLE, MS, 38829

21068    WILSON, GEORGE F, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068    WILSON, GEORGE R, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WILSON, GEORGE T, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068    WILSON, GERALD L, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21068    WILSON, GLENDA F, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WILSON, GLENDA F, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILSON, GLENN, JOSEPH S BELLISSIMO, ESQUIRE, PO BOX 8221, R R #3 LINDEN AVENUE, ELLWOOD CITY, PA, 16117

21068    WILSON, GLENN, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068    WILSON, GLYN A, MCKERNAN LAW FIRM, JOSEPH J MCKERNAN, ESQ, 8710 JEFFERSON HWY, BATON ROUGE, LA, 70809-2233

21068    WILSON, GLYN A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILSON, GORDON, DUKE LAW FIRM, DAVID DUKE, ATTY, 236 WESTVIEW TRCE, ARLINGTON, TX, 76013-1620

21068    WILSON, GUSSIE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILSON, GUSSIE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WILSON, GWEN M, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21069    WILSON, HARRY L, CAMPBELL, CHERRY, HARRISON, DAVIS, DOVE, 5 RITCHIE ROAD, WACO, TX, 76712

21068    WILSON, HARRY L, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WILSON, HARRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068    WILSON, HENRY A, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068    WILSON, HENRY J, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068    WILSON, HENRY M, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    WILSON, HENRY, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21069    WILSON, HENRY, FITZGERALD, PFUNDSTEIN & ASSOCIATES, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA, 22902

21068    WILSON, HENRY, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068    WILSON, HOWARD B, LAW OFFICES OF JERRY NEIL PAUL, 5716 CORSA AVENUE, SUITE 203, WESTLAKE VILLAGE, CA, 91362

21068    WILSON, HOWARD B, PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749

21068    WILSON, HOWARD L, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068    WILSON, HOWARD N, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068    WILSON, HULEN R, MICHAEL DORAN & ASSOCIATES, P C, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068    WILSON, HURLEY, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068    WILSON, IRVING, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILSON, IRVING, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WILSON, ISAIAH, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, ISAIAH, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILSON, J D, PARKER & PARKS L L P, ONE PLAZA SQUARE, PORT ARTHUR, TX, 77642

21068  WILSON, J D, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068  WILSON, J L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, J L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, J T, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILSON, JACK A, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, JACK A, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, JACK, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILSON, JACK, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068  WILSON, JACKIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069  WILSON, JACOB, BODIE, NAGLE, DOLINA, SMITH & HOBBS, P A, TOWNSON OFFICE, 21 W SUSQUEHANNA AVE, TOWSON, MD, 21204-5279

21068  WILSON, JAMES C, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068  WILSON, JAMES D, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068  WILSON, JAMES E, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068  WILSON, JAMES E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WILSON, JAMES E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, JAMES E, TRAVIS BUCKLEY PA, 201 FRONT ST, ELLISVILLE, MS, 39437

21068  WILSON, JAMES G, ANDERSON COE & KING LLP, 201 NORTH CHARLES ST STE 2000, BALTIMORE, MD, 21201-4124

21068  WILSON, JAMES G, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068  WILSON, JAMES G, SKEEN GOLDMAN LLP, ROBERT G SKEEN, ESQ, 11 E LEXINGON ST STE 400, BALTIMORE, MD, 21202-1723

21068  WILSON, JAMES I, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  WILSON, JAMES L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, JAMES L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, JAMES M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WILSON, JAMES M, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068  WILSON, JAMES R, GILLENWATER NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN, 37919-6015

21068  WILSON, JAMES W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WILSON, JAMES, BERGMAN & FROCKT, 614 1ST AVE 4TH FL, SEATTLE, WA, 98104-2233

21068  WILSON, JAMES, BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451

21068  WILSON, JAMES, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WILSON, JAMES, MARTIN & KIEKLAK, 2059 N GREEN ACRES RD, FAYETTEVILLE, AR, 72703

21068  WILSON, JAMES, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, JAMES, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILSON, JAMES, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638

21068  WILSON, JAMES, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068  WILSON, JAMES, SEGAL STEWART CUTLER LINDSEY JONES & BERRY PPLC, 515 PARK AVE, LOUISVILLE, KY, 40208

21068  WILSON, JAMES, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, JAMES, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 |
| 21068 | WILSON, JAMES, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 |
| 21068 | WILSON, JAY H, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433 |
| 21068 | WILSON, JEAN E, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WILSON, JEAN E, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WILSON, JEANETTE, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WILSON, JERRY D, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILSON, JERRY M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WILSON, JERRY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WILSON, JESSE L, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WILSON, JESSIE J, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062 |
| 21068 | WILSON, JESSIE J, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219 |
| 21068 | WILSON, JESSIE M, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422 |
| 21068 | WILSON, JIM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WILSON, JIMMIE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WILSON, JIMMIE, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 |
| 21068 | WILSON, JIMMIE, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 |
| 21068 | WILSON, JIMMY, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 |
| 21068 | WILSON, JIMMY, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764 |
| 21068 | WILSON, JOE A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201 |
| 21068 | WILSON, JOE E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 |
| 21068 | WILSON, JOE F, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | WILSON, JOE F, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479 |
| 21068 | WILSON, JOE S, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002 |
| 21069 | WILSON, JOE, MANDELL & WRIGHT PC, CHASE BUILDING, 712 MAIN STREET SUITE 1600, HOUSTON, TX, 77002-3297 |
| 21068 | WILSON, JOHN C, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567 |
| 21068 | WILSON, JOHN E, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 |
| 21068 | WILSON, JOHN J, NESS MOTLEY LOADHOLT RICHARDSON & POOLE, 321 SOUTH MAIN STREET, PO BOX 6067, PROVIDENCE, RI, 02940-6067 |
| 21068 | WILSON, JOHN J, THE LAW FIRM OF JON GELMAN, PO BOX 934, 1455 VALLEY ROAD, WAYNE, NJ, 07474-0934 |
| 21068 | WILSON, JOHN L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 |
| 21068 | WILSON, JOHN L, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018 |
| 21068 | WILSON, JOHN L, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201 |
| 21068 | WILSON, JOHN M, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399 |
| 21068 | WILSON, JOHN R, MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 |
| 21068 | WILSON, JOHN R, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465 |
| 21068 | WILSON, JOHN W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711 |
| 21068 | WILSON, JOHN, DAVID M LIPMAN, P A, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WILSON, JOHNNIE, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WILSON, JOHNNY E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, JOHNNY, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   WILSON, JOSEPH D, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, JOSEPH R, LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE, FIRST FLOOR, KNOXVILLE, TN, 37919-3399

21068   WILSON, JOSEPH, RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122

21068   WILSON, JR, ALLEN, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, JR, ALLEN, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILSON, JR, BERNARD F, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   WILSON, JR, BERNARD F, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068   WILSON, JR, BOOKER T, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WILSON, JR, BOOKER T, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   WILSON, JR, CARL, CUMBEST, CUMBEST, HUNTER & MCCORMICK, 729 WATTS AVE, PASCAGOULA, MS, 39567

21068   WILSON, JR, CARL, RICHARD F SCRUGGS, PA, 120A COURTHOUSE SQ, OXFORD, MS, 38655-4008

21068   WILSON, JR, CLARENCE W, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, JR, EARL D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, JR, EDWARD, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   WILSON, JR, EDWARD, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WILSON, JR, GEORGE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, JR, GEORGE L, DOFFERMYRE, SHIELDS, CANFIELD, KNOWLES & DEVEINE, 1355 PEACHTREE STREET, SUITE 1600, ATLANTA, GA, 30309

21068   WILSON, JR, GEORGE, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WILSON, JR, HENRY, SHANNON LAW FIRM PLLC, SELENA JOHNSON, 100 W GALLATIN ST, HAZELHURST, MS, 39083

21068   WILSON, JR, HENRY, THE LAW FIRM OF BOBBY COX, 604 FRANKLIN ST, NATCHEZ, MS, 39120

21068   WILSON, JR, J B, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068   WILSON, JR, J B, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, JR, J B, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068   WILSON, JR, JAMES T, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WILSON, JR, JOHN, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, JR, JOHNNY L, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, JR, KEITH C, WILSON & BAILEY, 122 COURT AVENUE, PO BOX 1310, WESTON, WV, 26452

21068   WILSON, JR, NOLAN J, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, JR, OSCAR C, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WILSON, JR, PAUL N, MOTLEY & RICE, LLC, 1750 JACKSON ST, PO BOX 365, BRANWELL, SC, 29812-0365

21068   WILSON, JR, THOMAS, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, JR, WILLIAM E, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

21068   WILSON, JR, WILLIAM E, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WILSON, JR, WILLIAM M, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WILSON, JR, WILLIAM O, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, JR, WILLIAM, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901

21068   WILSON, JR, WILLIE E, THE LAW FIRM OF JON SWARTZFAGER, PO BOX 131, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440

21068   WILSON, JR, WOODROW, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILSON, JR., HENRY, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, JR., HENRY, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, JR., JOHNNY L, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, JR., THOMAS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, KATHLEEN, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WILSON, KENNETH B, LAW OFFICES OF PETER G ANGELOS, 1300 N MARKET STREET, WILMINGTON, DE, 19801

21069   WILSON, KENNETH J, RICHARDSON, PATRICK & BRICKMAN, 1730 JACKSON ST, BARNWELL, SC, 29812-1546

21068   WILSON, KENNETH L, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068   WILSON, KENNETH W, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILSON, KENNETH, ARLEGE & LEBLANC, 5353 ESSEN LANE, THE ESSEN CENTER, STE 420, BATON ROUGE, LA, 70809

21068   WILSON, KENNETH, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, KENNETH, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILSON, KENNETH, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WILSON, KEVIN K, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   WILSON, KEVIN K, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   WILSON, KIM, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068   WILSON, L C, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, LARRY D, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, LAWRENCE A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   WILSON, LAWRENCE, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, LAWSON N, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434

21068   WILSON, LEAMON O, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068   WILSON, LEON L, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   WILSON, LEON, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, LEON, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, LEROY G, CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO L P A, 1228 EUCLID AVENUE, SUITE 900, CLEVELAND, OH, 44115-1891

21068   WILSON, LEROY, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068   WILSON, LESTER L, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21068   WILSON, LESTER L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, LILLIAN T, RICHARD H BISCHOFF PC, PO DRAWER 1269, THOMASTON, GA, 30286-0018

**Svc Lst  Name and Address of Served Party**

21068  WILSON, LILLIAN T, THE LAW FIRM OF CRYMES PITTMAN, 410 S PRESIDENT ST, JACKSON, MS, 39201

21068  WILSON, LINDA, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  WILSON, LIONEL A, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

21068  WILSON, LISA, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068  WILSON, LONNIE C, WM ROBERTS WILSON, JR PA, NATASHA R MITCHELL, 213 KATHERINE DR, FLOWOOD, MS, 39232

21068  WILSON, LOUIS L, MAPLES & LOMAX, P A, 2502 MARKET ST, PASCAGOULA, MS, 39568

21068  WILSON, LOYD A, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WILSON, LYNN W, LANGSTON SWEET & FREESE, PO BOX 23307, 201 N PRESIDENT STREET, JACKSON, MS, 39201

21068  WILSON, M O, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068  WILSON, M O, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068  WILSON, M T, ODOM & ELLIOT, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067

21068  WILSON, MADISON J, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068  WILSON, MAMIE, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, MAMIE, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, MARGIE L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, MARGIE L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, MARION S, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659

21068  WILSON, MARION S, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068  WILSON, MARION S, WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017

21068  WILSON, MARION, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068  WILSON, MARION, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204-2911

21068  WILSON, MARVIN E, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068  WILSON, MARVIN M, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068  WILSON, MARVIN N, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068  WILSON, MARY C, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068  WILSON, MARY C, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068  WILSON, MARY E, RANCE N ULMER, 432B HIGHWAY 18, BAY SPRINGS, MS, 39422

21068  WILSON, MARY N, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068  WILSON, MARY N, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068  WILSON, MARY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068  WILSON, MAYFORD R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068  WILSON, MELINDA, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068  WILSON, MELINDA, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068  WILSON, MELVIN, THE LANIER LAW FIRM PC, ASTRIA A RACHAL, 6810 FM 1960 W, HOUSTON, TX, 77069

21068  WILSON, MERVIN, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068  WILSON, MICHAEL, DAVID M WEINFELD ESQ, 301 JENKINTOWN PLAZA BLDG, 101 GREENWOOD AVE, JENKINTOWN, PA, 19046

21068  WILSON, MICHAEL, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068  WILSON, MICHAEL, YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108

Svc Lst  **Name and Address of Served Party**

21068   WILSON, MILAS, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WILSON, MILAS, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, MILAS, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, MORTIMER, THE LAW FIRM OF TERRENCE JOHNSON, 455 EAST ILLINOIS STREET, SUITE 361, CHICAGO, IL, 60611

21068   WILSON, MYRTIS L, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILSON, NILE J, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, NORMAN C, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, OLLIE L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, OSCAR D, JOHN F DILLON PC, 81174 JIM LOYD ROAD, FOLSOM, LA, 70437

21068   WILSON, OSCAR D, MOTLEY & RICE LLC, 1750 JACKSON ST, PO BOX 365, BARNWELL, SC, 29812-0365

21068   WILSON, PAT M, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, PATRICIA, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILSON, PAUL A, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, PAUL A, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204

21068   WILSON, PAUL E, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, PAUL T, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILSON, PAUL T, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILSON, PAUL, WILLIAM C FIELD, 608 VIRGINIA STREET EAST, SECOND FLOOR, CHARLESTON, WV, 25301

21068   WILSON, PERRY, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, PETER, BALDWIN & BALDWIN, 400 W HOUSTON ST, PO BOX 1349, MARSHALL, TX, 75671-1349

21068   WILSON, PETER, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, PHILLIP, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, PLEAS E, THE CARLILE LAW FIRM, LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260

21068   WILSON, POLE, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068   WILSON, POLE, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068   WILSON, RALPH R, GOLDBERG PERSKY JENNINGS & WHITE P C, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219

21068   WILSON, RANDY N, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILSON, RANDY N, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILSON, RAY H, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   WILSON, RAY H, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   WILSON, RAYMOND F, DORAN & MURPHY, LLP, 1234 DELAWARE AVENUE, BUFFALO, NY, 14209

21068   WILSON, REGINALD, CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI, CO LP, 1220 HURON RD STE 1000, CLEVELAND, OH, 44115-1711

21068   WILSON, REMUS, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILSON, RICHARD C, BRAYTON & PURCELL, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169

21068   WILSON, RICHARD E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WILSON, RICHARD L, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, RICHARD L, MANLEY BURKE LIPTON & COOK, 225 WEST COURT STREET, CINCINNATI, OH, 45202

21068   WILSON, RICHARD L, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068    WILSON, RICHARD M, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WILSON, RICHARD, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068    WILSON, RICHARD, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564

21068    WILSON, RITA, THE LAW OFFICES OF DAVID MCQUADE LIEBOWITZ, PC, 111 SOLEDAD ST STE 2000, SAN ANTONIO, TX, 78205-2293

21068    WILSON, ROBERT E, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WILSON, ROBERT E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILSON, ROBERT E, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401

21068    WILSON, ROBERT L, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WILSON, ROBERT L, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21069    WILSON, ROBERT L, LAW OFFICES OF G PATTERSON KEAHEY, ONE INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2636

21068    WILSON, ROBERT L, LAW OFFICES OF JEFFREY G CASURELLA, 3350 RIVERWOOD PKWY STE 1900, ATLANTA, GA, 30339

21068    WILSON, ROBERT L, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068    WILSON, ROBERT L, THE LAW OFFICES OF DAVID T COBB, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134

21068    WILSON, ROBERT P, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434

21068    WILSON, ROBERT W, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WILSON, ROBERT W, SIMMONS FIRM, L L C, 301 EVANS SUITE 300, PO BOX 559, WOOD RIVER, IL, 62095

21068    WILSON, ROBERT, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WILSON, ROBERT, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068    WILSON, ROBERT, BRAYTON PURCELL, 222 RUSH LANDING ROAD, NOVATO, CA, 94945

21068    WILSON, ROBERT, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826

21068    WILSON, ROBERT, COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602

21068    WILSON, ROBERT, JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125

21069    WILSON, ROBERT, JEFFREY GLOSS & ASSOC., 2900 PSFS BUILDING, PHILADELPHIA, PA, 19107

21068    WILSON, ROBERT, LAKIN LAW FIRM, 301 EVANS AVENUE, PO BOX 27, WOOD RIVER, IL, 62095-0027

21068    WILSON, ROBERT, LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463

21068    WILSON, ROBERT, THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413

21068    WILSON, ROGER, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068    WILSON, ROGER, TOMBLIN CARNES MCCORMACK LLP, 816 CONGRESS AVE STE 1510, AUSTIN, TX, 78701-2479

21068    WILSON, RONALD E, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21069    WILSON, RONALD, HOSSLEY & ASSOCIATES PLLC, 6440 NORTH CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX, 75206

21068    WILSON, ROSA B, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068    WILSON, ROSA B, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068    WILSON, ROY E, BARTON & WILLIAMS, PA, 3007 MAGNOLIA ST, PASCAGOULA, MS, 39567-4126

21068    WILSON, ROY E, MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914

21068    WILSON, ROY E, VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083

21068    WILSON, ROY L, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, ROY M, LAW OFRFICES OF SCOTT G MONGE, 1858 INDEPENDENCE SQ STE D, ATLANTA, GA, 30338-5169

21068   WILSON, ROY M, NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE, PO BOX 1792, 28 BRIDGESIDE BLVD, MT PLEASANT, SC, 29465

21068   WILSON, ROY R, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, ROY, BEVAN & ECONOMUS, 10360 NORTHFIELD ROAD, NORTHFIELD, OH, 44067

21068   WILSON, ROY, VONACHEN, LAWLESS, TRAGER & SLEVIN, TWIN TOWERS PLAZA, 456 FULTON STREET, SUITE 425, PEORIA, IL, 61602

21068   WILSON, RUBY D, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WILSON, SAINT E, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WILSON, SAM A, ENVIRONMENTAL LITIGATION GROUP, P C, 3529 7TH AVENUE, SOUTH, PO BOX 550219 35222, BIRMINGHAM, AL, 35255

21068   WILSON, SAM A, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, SAM A, REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701

21068   WILSON, SAM, TAYLOR & CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX, 77002

21068   WILSON, SAMUEL, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILSON, SEDGWICK P, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILSON, SHELIA A, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILSON, SHELIA A, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILSON, SHERRIAN, PROVOST & UMPHREY, 490 PARK ST, BEAUMONT, TX, 77701

21068   WILSON, SHERRY R, MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114

21068   WILSON, SR, COLLIE E, LAW OFFC PETER G ANGELOS, ONE CHARLES CENTER, 100 N CHARLES ST STE 2200, BALTIMORE, MD, 21201-3805

21068   WILSON, SR, EUGENE, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204

21068   WILSON, SR, HENRY, PRITCHARD LAW FIRM, 934 JACKSON AVE, PASCAGOULA, MS, 39567

21068   WILSON, SR, MOSE, ROBERT E SWEENEY CO L P A, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH, 44113-1998

21068   WILSON, SR, OTIS N, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, SR, ROBERT F, BERNSTEIN, BERNSTEIN & HARRISON, 1600 MARKET STREET, SUITE 2500, PHILADELPHIA, PA, 19103

21068   WILSON, SR, RONALD L, MOTLEY & RICE, LLC, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC, 29465

21068   WILSON, SR, THOMAS F, LEVIN, MIDDLEBROOKS, THOMAS, ET AL, 316 S BAYLEN ST STE 600, PENSACOLA, FL, 32502

21068   WILSON, SR, TUNSTALL I, EAVES LAW FIRM, 101 NORTH STATE STREET, JACKSON, MS, 39201

21068   WILSON, SR., ROBERT L, DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401

21068   WILSON, SR., ROBERT L, JOHN M SIMS, PO BOX 6814, HEIDELBERG, MS, 39439

21068   WILSON, STANLEY, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281

21068   WILSON, STEPHEN R, HOSTLER SEGAL, 810 KANAWA BLVD, CHARLESTON, WV, 25301

21068   WILSON, STEPHEN R, RILEY & DEFALICE, P C, FOUR GATEWAY CENTER, SUITE 2150, PITTSBURGH, PA, 15222

21068   WILSON, SUSIE M, HOWARD & REED, PO BOX 1030, 516 N COLUMBIA STREET, COVINGTON, LA, 70433

21068   WILSON, TALLIE, FRANKOVITCH & ANETAKIS, 337 PENCO ROAD, WEIRTON, WV, 26062

21068   WILSON, TALLIE, PEIRCE RAYMOND OSTERHOUT WADE CARLSON & COULTER P, 2500 GULF TOWER, 707 GRANT STREET, PITTSBURGH, PA, 15219

21068   WILSON, THELMA L, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095

21068   WILSON, THELMA L, THE LAW FIRM OF PATRICK PENDLEY, 24110 EDEN ST, PLAQUEMINE, LA, 70764

21068   WILSON, THELMA, PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157

21068   WILSON, THEODORE, LAW OFFICES OF PETER NICHOLL, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS A, LEBLANC & WADDELL, C/O SILBER PEARLMAN/MIKE HANNER, 2711 N HASKELL 5TH FL, DALLAS, TX, 75204 |
| 21068 | WILSON, THOMAS K, THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 |
| 21068 | WILSON, THOMAS M, ABBADINI, JAMES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABBADINI, RENO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABBADINI, VINCENT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABBATE, JOSEPH J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABBITT, RONALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABBOTT, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABBOTT, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABDULAH, HASSAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABDULAH, HASSAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABEL, DAVID P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABEL, GLENDON C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABEL, HOWARD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABEL, LARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABER, DONALD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABERNATHY, WILBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABIRACHED, RAYMOND, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABLES, WARREN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABNER, CLARENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABNER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABNER, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABRAHAM, PAUL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABRAHAM, PAUL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABRAMS, LEE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABRAMS, PAUL P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ABROM, FORTUNE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACCETTURA, MUZIO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACEY, SR, WILTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACHS, NICHOLAS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, ACKERMAN, GERALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACKERMAN, HAROLD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACKERMAN, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACKLEY, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACKLEY, JAMES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACKLIN, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACKWRIGHT, HOMER S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACOFF, ABRAHAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACOFF, ABRAHAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACOFF, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACOFF, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ACREE, RICHARD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAIR, OTIS D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMCZYK, LEONARD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, ARTHUR J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, BERNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, CHARLES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, CLARENCE H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, CLARENCE H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, DALE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, DALE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, DANIEL B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, DEWEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, DONALD K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, DONNA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, EARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, ELIJAH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADAMS, ELIJAH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, ADAMS, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, GEORGE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, GERALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, GROVER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, HERMAN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, HERMAN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, IDA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
         OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, JAMES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, JOHN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, LEWIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, MAJOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, MICHAEL S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, MICHAEL S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, MILDRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, MINNIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, OSCAR W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, RICHARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, ROLAND J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, ROLAND J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, RONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, RONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, SR, ROOSEVELT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMS, WILLARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADAMSKY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADDESSI, NICHOLAS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ADDIS, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, ADDIS, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADEGER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADERHOLT, RALPH C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADERS, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, DAVID S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, DELMAS E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, DENVER O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, ELIJAH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, GARY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, GEORGE S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, GLEN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, HARLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, LUTHER W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, PAUL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, PAUL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADKINS, RICHARD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADOLPH, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADOLPH, ROBERT G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ADZEMA, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AEH, GERALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AFI, AMIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGARDI, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGAZZI, FRED C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGEE, CLINT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGEE, CLINT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGEE, RONALD F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGEE, RONALD F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGEE, SR, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AGEE, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  **Name and Address of Served Party**

21068   WILSON, THOMAS M, AGEE, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGERTER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGOSTA, ROBERTA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGOSTO, ROBERTO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGRUSTI, ROCCO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGRUSTI, ROCCO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGUILAR, ELIAS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGUILAR, JUAN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AGUILAR, JUAN S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AHART, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AHLADIS, JAMES N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AHMED, MOHAMED B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AHMED, MOHAMED B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AHO, WILLIAM W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AHOLT, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AHRENS, JERRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AIELLO, KARL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AIKENS, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AILES, HENRY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AIMAN, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AINGE, THOMAS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AIRAUDI, AMBROSE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALANEN, ROY L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALBERT, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALBERT, DONALD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALBRIGHT, CHARLES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALBRIGHT, DONALD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALBRIGHT, HAROLD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALBRIGHT, LAWRENCE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALBRIGHT, RONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, ALBRITTON, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALCOCK, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDAN, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, ALDERMAN, EUGENE H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDERMAN, EUGENE H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDERMAN, EUGENE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDERMAN, GERALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDERMAN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDRICH, DAVID G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDRIDGE, EPHRIAM T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDRIDGE, MANUEL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALDRIDGE, TERRY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALESAFIS, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALESHIRE, ESTEL C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEWELT, BERNARD F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEWELT, JOSEPH P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, CLANCY D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, ERNEST, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, EUGENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, GARNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, GEORGE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, JOHN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, PAUL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, RUDOLPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALEXANDER, RUFUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, ALEXANDER, THOMAS E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALEXANDER, WILLIAM S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALFORD, JAMES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALFORD, JERRY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALFORD, THOMAS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALGUIRE, CHESTER W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALHADI, AHEMD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALI, YUSUF, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALI, YUSUF, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALICEA, ALFREDA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALICEA, ALFREDA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALICEA, ALFREDO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALIOTA, SALVATORE I, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLAH, YUSUF A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLAN, WILLIAM T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLARD, JR, LLOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, BENJAMIN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, BENJAMIN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, BERNARD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, BERNARD R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, CLAUDE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, CLAUDE B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, DAVID H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, GEORGE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, HAROLD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, HORACE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, HORACE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, ALLEN, HORACE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, JIMMY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, JOHNNIE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, KENNETH D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, LEO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, SR, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, SR, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, STANDLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, WILLIAM H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEN, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLEY, ARVIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLGEYER, BERNARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLI, JESSE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLI, JESSE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLISON, DON W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLISON, EUGENE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLISON, GILBERT D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLMAN, BOBBY B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLMAN, DONALD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLMAN, ROLAND, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ALLRED, FRED D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, THOMAS M, ALLRED, TED E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALM, SCOTT F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALMBURG, CHARLES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALOI, TONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALOIA, WILLIAM B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALSTON, DAVID P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALSTON, DAVID P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALSTON, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALSTON, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALTHOFF, LAWRENCE F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALTICE, WILLIAM T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALTIERI, ED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALTIERI, GAETANO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALVARADO, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALVARADO, DAVID L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ALVARADO, LORENZO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMATO, DOMINIC J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMATO, RONALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMBERS, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMBERS, WALTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMBROSO, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMBROSO, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMBROSY, STANLEY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMBURGEY, SHELLY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMEDURI, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMENDOLEA, RICHARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMENDOLEA, SILVIO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMERSON, CURLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMERSON, CURLEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AMIDON, EUGENE K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068  WILSON, THOMAS M, AMIDON, EUGENE K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, AMISON, WILLIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, AMISON, WILLIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, AMISS, JOSEPH W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, AMOS, MICHAEL G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANASTIS, ALBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANCERSON, PRINCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDAMASARIS, TOM J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDASKO, STEPHEN G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERANIN, MICHAEL R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERS, CLARENCE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERS, JIMMIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSAVAGE, JOSEPH T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSEN, DENNIS C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSEN, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, BOBBY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, CALVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, CALVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, CHARLES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, CHARLES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, CHARLES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, CHARLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, DON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, DONAVAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, EDWARD P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, ERNEST, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, GARY E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ANDERSON, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, ANDERSON, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, HAROLD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, HAROLD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, HARVEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JAMES M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JAMES O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JERRY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JESSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JESSE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JESSIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JOE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JOYCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JR, HENRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JR, HENRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JR, JAMES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JR, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JR, JOHN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JR, ROBERT O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, JR, URVAN S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, NORMAN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, RICHARD R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, ROSE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, ANDERSON, RUSSELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, RUSSELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, SR, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, SR, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, THEODORE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, THEODORE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, THOMAS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, WALLACE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, WILLIAM C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDERSON, WILLIS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDES, SR, LEONARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDIE, JOSEPH M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDIE, JOSEPH M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDIO, ANTHONY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDIO, JOSEPH M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDRASKO, FRANCIS M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDRASKO, WILLIAM F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDRESKY, GARY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDRESKY, GARY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, ADOLPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, EDWIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, GARY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, NORWOOD W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, PETTIGREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, R. C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, RAYMOND J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ANDREWS, SHIRLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, THOMAS M, ANDREWS, WAYNE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANDRICK, JAMES N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANDRICK, JAMES N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANDRICK, ROGER L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANDRUS, ANTHONY P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANDRUS, ANTHONY P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANDRZEJEWSKI, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANERINO, LEROY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANESCHECK, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANGELL, RAY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANKROM, KARL B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANNOOR, SOLOMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANOBILE, ROCCO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANSHUTZ, DANIEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTALIK, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTHONY, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTHONY, GERALD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTHONY, JOHN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTHONY, WILLIE G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTIO, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTIO, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTOLIK, SR, DENNIS G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTONAS, ANTONIOS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTONINI, RENZO P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANTOS, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANUCI, FRANK R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANZEBINO, CARMEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ANZELLOTTI, JOSEPH R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AOWAD, FRANCIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, APONTE, JOSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, APONTE, JOSE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, APOSTALIDES, MICHAEL G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, APPERSON, CURTIS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, APPLE, WILLIAM H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, APPLEGARTH, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, APPLEGARTH, ROBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, APTHORPE, TERRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, APTHORPE, TERRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARBOGAST, ARTHUR R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARBOGAST, DELMAR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARBUCKLE, ALOYSIUS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARCURIE, EUGENE F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARDEN, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARDITI, JOSEPH S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARENDAS, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARENDEC, DENNIS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARKSEY, RONALD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARLIDSEN, ROGER A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMITAGE, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSBRUSTER, ALLEN G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSBRUSTER, WILLIAM A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTEAD, CHESTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTEAD, SR, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, CHARLES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, CHARLES M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, CHARLES M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, GORDON C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, JIM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, PATRICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, PATRICK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, ARMSTRONG, ROBERT D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARMSTRONG, WILSON D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNETT, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNETT, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNETT, JR, JAMES K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNETT, OTTIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, BOYD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, CARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, CARLOS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, CARLOS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, CLINTON M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, DONALD C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, EDWIN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, HERMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, JOE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, LONNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, LONNIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, MARSHALL W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, ORVILLE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, ORVILLE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, ROBERT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, RUFUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, RUFUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOLD, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNOWITZ, MORRIS H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNWINE, ARCHIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARNWINE, ARCHIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, AROCHO, ERNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARRINGTON, CHAT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARRINGTON, CHESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARRINGTON, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARRINGTON, JAMES D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARRINGTON, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARROWOOD, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARTHALONY, KEITH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARTHUR, RALPH J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARTHURS, CHARLES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARTIDELLO, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARTIDELLO, LOUIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARTMAN, EVERETT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ARTWELL, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASBERRY, ELFONZIA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASBURY, JAMES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASBURY, JR, JAMES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASH, BILL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHBAUGH, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHE, RICHARD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHFORD, A J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHFORD, A J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHLEY, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHLEY, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHTON, ROYAL S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHTON, ROYAL S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASHWORTH, RONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASIALA, ONNIE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASIKAINEN, ROBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, ASKEW, D L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, ASMANN, RICHARD V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ASSALONE, VINCENT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ASTA, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATAMAN, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATANASKOVIC, MOMCILO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATCHISON, ALFRED P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATHENS, ALEX, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
         OH, 44114-1503

21068   WILSON, THOMAS M, ATHERTON, CHARLES S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATHEY, LAWRENCE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINS, CHARLES T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINS, GLENN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINS, JANET, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINS, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINS, KENNETH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINS, WAYNE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINSON, GLORIA M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINSON, HAROLD 4, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINSON, HIRAM N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINSON, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATKINSON, WILLIAM M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ATTAREB, GAMAL N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUER, SR, LARRY J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUGENSTEIN, ARTHUR L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUGENSTEIN, ARTHUR L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUGUSTINE, ALVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUGUSTINE, JOSEPH F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUGUSTINE, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUGUSTINE, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AUGUSTINE, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AURAND, DON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503