**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, AURIN, DONALD K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AURIN, DONALD K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSBROOKS, ROMANO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSBROOKS, ROMANO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, ALFRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, CASTILLA A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, CHARLES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, CHARLES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, DONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, ERNEST, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, GEORGE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, MILLER C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, MILTON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, RALPH G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, RICHARD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, RICHARD C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AUSTIN, WILLIE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AVALE, JAIME, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AVENTINO, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AVERY, J D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AVERY, JACK T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AVERY, JACK T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AVERY, SALOMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, AVERY, SALOMON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  Name and Address of Served Party

---

21068   WILSON, THOMAS M, AVERY, SOLOMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AVERY, TIMOTHY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AWE, FRANK S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AXEL, HAROLD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AYERS, WALTER J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AYERS, WALTER J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AYMAR, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AZIZ, ALPHONSO O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AZIZ, ALPHONSO O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AZIZ, LYDIA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, AZURE, LEO G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAACH, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAAL, JOHN G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABB, FRANKLIN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABER, LEO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABIGOFF, GEORGE P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABINCHAK, JOHN N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABINCHAK, JOHN N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABINCHEK, JOHN N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABINCHEK, JOHN N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BABUS, FINLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACANI, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACHA, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACHTEL, WILLIAM D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACIK, ROBERT T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACK, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACK, ZEBEDEE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACK, ZEBEDEE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACKUS, EVERETT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BACKUS, EVERETT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

---

21068    WILSON, THOMAS M, BACON, ARTHUR J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BADE, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BADEN, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BADGER, EARL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BADURIK, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAER, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAGGS, ARTHUR E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAGLEY, DEWEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAGLEY, DEWEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAGO, RALPH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAHEN, DAVID M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAHLS, CARL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068    WILSON, THOMAS M, BAILES, JOHN K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, AMOS F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, CARL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, CARL L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, DANA M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, DENNIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, ELAINE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, JR, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, JR, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, JR, LEON L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, LESTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, MILLER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, MURRAY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, MURRAY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, ROBERT T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

21068    WILSON, THOMAS M, BAILEY, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, WILLIAM J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, WILLIE G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, WILLIE G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAILEY, WILLIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAINES, ROBBIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAIRD, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAISDEN, COLIN T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAISDEN, LARRY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAJNOK, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAJNOK, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKALETZ, ALEX, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, ALLEN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, BENJAMIN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, BENJAMIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, BRUCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, CLARENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, DANNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, DAVID C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, DOUGLAS R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, DOUGLAS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, DOYLE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, DOYLE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, FREDERICK C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, FREDERICK C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, GEORGE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAKER, HELEN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   WILSON, THOMAS M, BAKER, HUBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, HUBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, ISSAC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JAMES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JEFFREY M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JERRY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, JERRY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, MELVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, MELVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, PRESTON E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, RONALD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, ROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, RUSSELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, STANLEY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, THOMAS R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, WARREN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKER, WILLIE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKO, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKSA, ELIZABETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAKSA, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALAS, BALOGH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALCAM, SR, RICHARD D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALCH, ALLEN C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, BALCIK, JOSEPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, FRANCIS R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, FREDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, HOMER G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, MARY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, MARY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, RICHARD D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, RUSSELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, V M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BALDWIN, WILLARD C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALES, RUSSELL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALFOUR, MOSE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALINT, DANIEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALKO, HARRY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, CLARENCE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, JAMES S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, KENNETH F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, RICHARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALL, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALLARD, DAVID E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALLARD, ZANNIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALLATORE, VINCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALLAY, EDWIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BALLMER, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALLOG, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BALLUCK, CARL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BALLWANZ, ED C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BALOG, LOUIS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BALSLEY, MERRILL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BALTAS, STEVE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BALUCH, RONALD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BALUTA, JOSEPH W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BALWIN, JERRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BAMBER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BAMMERLIN, RONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANAS, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANAS, JOSEPH P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANASIEWICZ, FRANK R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANASZAK, JR, LEO H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANCROFT, A C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANDY, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANDY, JAMES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANES, II, JAMES S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANIA, JOHN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANILOVICH, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKHEAD, CALVIN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKHEAD, CALVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKHEAD, CALVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKHEAD, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKOWSKY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKOWSKY, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, BURNEST E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, BURNEST E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, DAMON D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, DELANO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, EUGENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, BANKS, EUGENE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, GARY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, GERALD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, JAMES O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, JOHNNY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, JR, CLEMEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, LUTHER B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, VINCENT B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, WAYNE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BANKS, WAYNE C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BAPTISTE, DECOSTA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BAPTISTE, DECOSTA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARAJAS, PASCUAL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARAN, ADAM J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARAN, MICHAEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARB, GLEN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBEE, FREDERICK A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBEE, LEWIS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, BERTHA B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, BUDDY C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, FRANK B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, GEORGE S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, HAROLD N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, III, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, LLOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBER, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBOUR, RAYMOND, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARBOUR, RAYMOND, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   WILSON, THOMAS M, BARD, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARGERHUFF, BRUCE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARHAM, BOYDE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARHAM, OWEN C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARHAM, OWEN C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARHAMS, ARTHUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, DAVID E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, DAVID E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, DEARL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, DENNIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, DENNIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, GARY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, GARY E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, HARRY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, J B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, JACK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, JR, THOMAS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, MARIANN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKER, SAMUEL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKHAMMER, CHARLES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKLEY, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKLEY, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKSDALE, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKSDALE, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARKSDALE, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARLAGE, WILLIAM B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARLIK, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARLOW, GUY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BARLOW, RUSSELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARLOW, RUSSELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNA, BEN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BARNARD, L D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BARNARD, SHANNON L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNARD, SHANNON L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, ASA L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, ASA L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, ASA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, CLIFTON C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, DARIS B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, DOROTHY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, RUFUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, RUFUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, THEODIS C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, VAN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, WALTER J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, WALTER J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, WARREN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNES, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNETT, CAMILLA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNETT, CLYDE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNETT, DALE F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNETT, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNETT, JOHN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BARNETT, JONAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068  WILSON, THOMAS M, BARNETT, NORMAN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNETT, NORMAN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNETT, WILLIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNETT, WILLIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNHART, GAROLD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNHART, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNUM, CHARLES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNUM, RICHARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARNWELL, BOBBY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARON, GEORGE V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARONI, LESTER R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARONIE, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARONIE, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARR, ELMER N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARR, SR, JOEL K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARREDA, GLYNBRUCE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARREN, OLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRES, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRETT, ARNOLD B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRETT, ARNOLD B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRETT, CARL B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRETT, CLYDE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRETT, GERRY W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRETT, ROBERT F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRINGER, CLARENCE O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRINO, LEMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRON, ESCOLA K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRON, SR, ARTHUR G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRON, SR, ARTHUR G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BARRON, WILLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BARRY, CHARLES P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARRY, JAMES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARRY, LAFAYETTE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARRY, NORMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTELL, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTH, HENRY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTHELEMY, DAVID L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTHOLOMEW, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTLES, HAROLD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTLEY, JIMMY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTOE, RAY I, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTOLEC, EDWARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTOLOMEO, ALDO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTON, EARL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTON, JACK H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTON, MICHAEL T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTON, RAYMOND J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTON, WILLIAM A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTON, WILLIAM G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTON, WILLIAM G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTOS, JOE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARTOS, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARVINCAK, MICHAEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BARZOWSKI, HENRY G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BASHAM, CARLOS E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BASHARA, THOMAS G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BASICH, GEORGE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BASINGER, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BASINGER, LEROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BASISTA, RONALD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WILSON, THOMAS M, BASKIN, RAYFORD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASKIN, RAYFORD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASKIN, SR, CLIFTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASKIN, SR, CLIFTON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASS, ELMER J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASS, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASS, WILLIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASSAR, JOSEPH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASSETT, MAYNARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASSO, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASSO, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAST, WILBERT H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASTES, MCLENDON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BASTIN, EARL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATCHO, TOM W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATCHO, TOM W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATEMA, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATEMAN, DALE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, CARL H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, CARROLL M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, HARRY E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, JESSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, JR, DORSEY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, LANDIS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, NEAL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, NEAL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, PAUL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068    WILSON, THOMAS M, BATES, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, ROSS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, STUART C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, STUART C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, YANCIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, YANCIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATES, YANICE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATH, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATT, VINCENT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTAGLIA, MICHAEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTICS, PATRICIA G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTIES, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTJES, MARTIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTLE, FRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTLE, JR, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTLES, ELLIS L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BATTYANYI, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUER, FRED G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUER, GLENN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUER, JOSEPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUER, JOSEPH T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUER, JOSEPH T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUER, STEVE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUGH, EARLIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUGHMAN, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUGHMAN, RICHARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUMEISTER, NELSON G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUMGARTEN, DALE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BAUMGARTNER, DAVID R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

---

21068   WILSON, THOMAS M, BAUN, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAUS, DONALD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAUS, DONALD C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAUTERS, ROBERT G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAVELY, SANDY P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAXA, LOUIS E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAXA, LOUIS E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BAXLEY, RICHARD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAXLEY, RICHARD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAXTER, GERALD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAXTER, JOANN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAXTER, MELVIN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAXTER, SR, HENRY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAYER, RICHARD B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAYLIFF, RICHARD D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAYS, LEO E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BAZEN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACH, ALFRED D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACH, ALFRED G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACH, DENNIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACH, EDWIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACH, EDWIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BEACH, WILLIAM H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACHAM, HARVEY H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACHAM, HARVEY H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACHAM, JR, ARRILOUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACHLER, DONALD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACHMAN, JR, ARRILOUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE
        1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACHMAN, JR, ARRILOUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEACON, SR, KENNETH G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, THOMAS M, BEAL, STANLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEALE, JR, MARSHALL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEALE, MARSHALL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEALE, MARSHALL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEALE, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEALE, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEALER, H B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEALL, WILLIAM S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEAM, FRANK A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEAMON, R L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEAN, NARIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEARD, CHARLES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEARD, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEARD, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEARDEN, ERNEST E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEARDEN, VICTOR S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEARDMAN, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEASLEY, JESSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEASLEY, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEASLEY, RUDOLPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEASLEY, VERNON F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATTY, BARTHOL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATTY, BARTHOL M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATTY, HERBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATTY, HUGH K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATTY, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATTY, WILLIAM A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATTY, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATY, HENRY P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BEATY, HENRY P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BEAUDETTE, RICHARD T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAUMONT, MILTON P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAUPREZ, DANNY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAUREGARD, RICH J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAVER, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAVER, JR, NAPOLEON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAVER, SR, WILBUR C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAVER, WALTER H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAVERS, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BEAVERS, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECHER, HAROLD F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECHTEL, GLEN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECHTEL, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECK, DAVID A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECK, DONALD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECK, MACK A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKA, LARRY S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, DAVID E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, JAMES N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, JAMES N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, ROBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKER, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKETT, DANIEL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKLER, LEONARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKMANN, GILBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKMANN, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BECKNER, CLARENCE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, BECKS, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BECKWITH, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BECKWITH, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDARD, DAVID A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDDARD, EMORSE G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDENBAUGH, CLYDE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDNAR, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDNAR, PETE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDNAREK, STEVE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDNARIK, MICHAEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEDNARIK, MICHAEL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEE, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BEELER, CAMERON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEENE, THOMAS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEER, DONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BEERE, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEERS, GEORGE H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEERS, GEORGE H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEERS, RALPH L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEETS, C R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BEGOON, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEHANAN, CARL L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEHANNA, GROVER L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEHANNA, GROVER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEHON, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEIERLE, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEJARANO, BALDEMAR L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEKELESKI, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELANGER, HENRY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCHER, DONALD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BELCHER, JR, ALFRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCHER, REGINALD H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCHER, REGINALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCHER, REGINALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCHER, RUFUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCHER, RUFUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCIK, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELCIK, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELINKA, BENJAMIN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELKNAP, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELKO, EDWARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, A D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, ALLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, BETTIE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, BOBBY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, BOBBY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, CHARLES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, CHARLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, DONALD N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, ELMER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, ELMER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, FRANKLIN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, FREDERICK J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, GENEVA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, HERBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, JAMES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BELL, JOHN S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, MARION A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, MERTON J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, OTREY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, REDONIA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, REDONIA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, ROBERT D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, SR, RONALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, SR, RONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, TOY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, WAYNE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, WAYNE D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, WAYNE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, WEYNOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELL, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELLAMY, MARTIN V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELLENIR, KENNETH J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELLEVILLE, FLOYD F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELLINGAR, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELLNER, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELLOWS, HAROLD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELMORE, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELOTE, HARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELSER, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELSER, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELSER, ROSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELTRAME, JAMES S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BELTZ, BYRON R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENAMON, VIRGIL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENCHIA, ERIC A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, THOMAS M, BENDER, EARL T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENDER, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENDER, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENEDEK, STEVE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENEDICT, JAMES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENEDICT, JR, ADOLPHUS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENEFIELD, PAUL H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENEFIELD, PAUL H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENFORD, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENGE, OTIS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENGE, OTIS D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENGSTON, PETER J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENGTSON, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENIEN, ROGER L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENIGNI, FRANK A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENIN, KENNETH H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENISON, JESSIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENJAMIN, CLAUDE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENJAMIN, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENJAMIN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, ALLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, ALLIE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, BENJAMIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, CHARLES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, CHESTER H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, CLINTON L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, ELMER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, HAROLD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENNETT, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BENNETT, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, JIM L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, JR., GEORGE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, LEON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, LEWIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, LLOYD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, LLOYD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNETT, RONALD F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENNIE, WOODROW W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENORE, DONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSCHOTER, LAMBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSHOFF, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSIE, FRED A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSIE, LEO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSON, CHARLENE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSON, CHARLES I, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSON, JR, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSON, MARGARET A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSON, RAYMOND, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENSON, WILLIAM R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTLEY, BRUCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTLEY, HILLARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTLEY, JOHNNY F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTLEY, JUNIOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTLEY, JUNIOR, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTLEY, SR, BENJAMIN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTLEY, TOM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTON, BETTY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BENTON, HARVEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, THOMAS M, BENTON, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENTON, MARIAN V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENTON, WARDELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENTON, WARDELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENTZ, LYLE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BENZ, LOUIS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEPLER, W R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERCEGEAY, VALMON J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERDA, JOE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERDA, JOE A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERDJAR, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERECZ, RONALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERENDT, GEORGE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERENDT, GEORGE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERENDT, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERENDT, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERENDT, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERENO, CHARLES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERENS, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERG, C E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERG, C E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERG, EDWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERG, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERG, WARNER C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERGER, B S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERGER, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERGERON, WILFRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERGERON, WILFRED, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERGLOF, RICHARD S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERGLUND, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst**  **Name and Address of Served Party**

21068   WILSON, THOMAS M, BERINI, LOUIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERKENSTOCK, BILL W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERKLEY, RAYBERN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERNARD, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERNATAS, CHARLES J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERNATOWICZ, FRANCIS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERNHARDT, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERNINGER, JOSEPH W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERNT, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERNT, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERO, CHARLES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRETTA, RUDY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERROTERAN, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, BERT O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, JOHN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, ROLAND W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, ROLAND W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, SHELBY P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERRY, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERTELLI, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERTOLINI, CHARLES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERYL, DORNON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BERZANSKY, FRANK D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BESCAK, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BESCAK, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BESCHONER, KAREN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BESHIRE, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BESONG, JR, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WILSON, THOMAS M, BESONG, JR, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BESS, EARL G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BESS, GERALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEST, CARL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEST, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEST, FRANCIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEST, RAY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BESTIC, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BESWETHERICK, JOEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BESWETHERICK, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETNAR, KENNETH J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTRIDGE, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTRIDGE, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTS, ANN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTS, CALVESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTS, CALVESTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTS, CARY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTS, MICHAEL C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETTS, SR, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BETZ, DUANE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEUTHIEN, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVACQUA, JAMES V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVAN, EARL R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVAN, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVEL, OTIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVEL, VICTOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVERIDGE, LELAND O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVERLEY, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVERLY, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, BEVERLY, KING J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BEVLY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEVLY, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BEY, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH,
44114-1503

21068   WILSON, THOMAS M, BEYER, PHILIP J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEYERS, RAY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BEZET, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BIACOFSKY, ALBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIACOFSKY, ALBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIANCO, ARCHIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIANCO, RALPH W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIASTRO, ANTHONY F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIBB, JERRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIBB, LEONARD S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIBB, LEONARD S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIBBS, WILLIE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIBBS, WILLIE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, BIBLEY, ROBERT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIBLEY, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICA, DONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICKEL, RONALD M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICKERSTAFF, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE
1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICKERSTAFF, WILLIAM R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICKERTON, HARRY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICKERTON, HARRY M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICKFORD, TRACY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BICKFORD, TRACY A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIDDINGS, BOBBY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIDDINGS, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIDDLE, JR, CHARLES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BIDDLE, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  WILSON, THOMAS M, BIDLACK, GERRY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIDLACK, NORMAN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIDLACK, RICHARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIDWELL, FLOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIEJ, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIESIADA, LOUIS F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIESIADA, STANLEY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGBEE, DAVID J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGGINS, NATHANIEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGGS, BOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGGS, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGGS, EARL F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGGS, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGGS, WALTER L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIGMAN, DAVID A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILAS, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILEY, CHARLES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILISKI, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILLEC, EDWARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILLEY, JOSEPH C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILLINGSLEY, STEWART, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILLMAN, ARTHUR L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BILLOCK, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BINDEL, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BING, RICHARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BINGHAM, EARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIRCHAK, JOE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIRCHAK, JOE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIRD, ALAN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BIRD, JERRY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BIRD, RODGER W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIRDSONG, DAVID E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIRDWELL, LARRY J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIRKS, WESLEY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIROS, JOSEPH J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIROS, JOSEPH J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIRSKOVICH, FRANK S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISCHOF, MATTHIAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISCHOFF, JOHN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISE, JAMES D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISE, JAMES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISH, WALTER A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISHOFF, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISHOP, ALICE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISHOP, EDWIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISHOP, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISHOP, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISSLER, GARY K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISSLER, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BISSON, DALE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BITO, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIVENS, BARBARA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIVENS, EDWIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIVINGS, VERNON J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIVINS, HATTIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIVINS, JR, PERCY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIZEK, JR, STANLEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIZUB, JOHN S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIZUB, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BIZYK, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, BLACHANIEC, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, BENJAMIN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, BENJAMIN F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, BILLY G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, CONNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, DONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, EUGENE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, FREDDIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, FREDDIE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, HAROLD D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, HOWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, ISAAC W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, ISAAC W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, ISSAC W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, LEROY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, LEROY W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, PHILIP, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, RALPH W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, RONALD K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACK, RUBY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKBURN, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKBURN, JR, ALEXANDER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKBURN, MELVIN G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKBURN, MELVIN G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKBURN, NORMAN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKLEDGE, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BLACKMON, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKMON, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKWELDER, HAL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKWELL, CHARLES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKWELL, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKWELL, ELMER R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKWELL, JERRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKWELL, LEON M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLACKWELL, LEON M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAGG, PAUL W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAHOFSKI, FRANK J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAIR, GENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAIR, LARRY B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAIR, THOMAS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKE, BERNARD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKE, JOSEPH L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKE, PAUL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKE, PHILIP C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKE, R E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKE, RAY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKE, RUEBEN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKELY, CLARENCE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAKELY, HERMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLALOCK, ROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANCHARD, CURTIS O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANCHARD, ROBERT V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAND, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANK, JAMES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANKENSHIP, BOBBY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANKENSHIP, FRANK E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BLANKENSHIP, FRANK E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANKENSHIP, JAMES G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANTON, BIGIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANTON, HUBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLANTON, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLASER, DONALD B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAYLOCK, HOLLIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAYLOCK, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAZEK, THOMAS R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAZEK, THOMAS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLAZINA, RUDOLPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, AVERY G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, BENNY J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, CLARENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, JIMMIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, ROY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, THEODORE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEVINS, THEODORE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLEWETT, RALEIGH E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLINE, GERALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOCHER, GERALD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOCHO, JOHN P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOCHO, JOHN P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOODWORTH, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOODWORTH, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOOM, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOOM, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOOM, STEPHEN I, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOOMFIELD, WILLARD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BLOSE, IVAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOSSER, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOSSER, DAVID T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOUNT, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLOXSON, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLUM, GARY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLUM, GARY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLUNK, BARRY H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLUNT, CASEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLUNT, CASEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLUSE, NOEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLUST, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLYLY, EDWARD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLYSTONE, HOMER E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BLYSTONE, HOMER E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOAK, ROBERT T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOAN, LATTA B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOARD, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOARDWINE, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOARDWINE, WALT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOASTON, BESSIE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOASTON, BESSIE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOATMAN, GEORGE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOATWRIGHT, JAMES P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOATWRIGHT, JAMES P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOBICH, NICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOBIK, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOCCIA, RICHARD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOCK, EDWARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOCK, EDWARD W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BOCK, RONALD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114 |
| 21068 | WILSON, THOMAS M, BOCZKOWSKI, LEON V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODAK, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODDIE, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODDY, CHARLES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODDY, JAMES D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODDY, JAMES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODELL, LAWRENCE C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODI, DAN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODIFORD, LOWERY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODIFORD, ROBERT V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BODNAR, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOEDDEKER, ROBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOER, MARTINUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOERUP, JR, RAYMOND H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGDZIEWICZ, FRANK J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGGS, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGGS, ROLAND C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGGS, ROLAND C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGGS, TENNYSON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGNA, ED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGOIAN, RONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGOVICH, JAMES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOGOVITCH, JOE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHACH, WILLIAM M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHANNON, EUGENE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHANNON, EUGENE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHLEN, DAVID R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHLES, WILLIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHNA, GEORGE P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BOHNE, EUGENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHON, ERWIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOHON, GORDON C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOILA, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOISE, GEORGE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOIVIN, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOJARSKI, THEODORE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOKAR, DAVID E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOKROS, LOUIS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLAR, WILLIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLAS, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLCHALK, CHARLES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLCHI, CARL R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLDEN, JESSIE P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLEN, BOBBY N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLEN, I E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLEN, SR, BRUCE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLER, BERNARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLER, SAMMY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLEY, WILLARD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLIN, ANDREW R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLINA, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLLING, BARBARA H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLT, DAVID B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLTON, RONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLTZ, LLOYD T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLYARD, DORSEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLYARD, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLYARD, EDWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOLYARD, LESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BOMBA, RUDY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOMIA, WILLIAM D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOMMER, RAYMOND G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BON, WILLIAM A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONAFACCHI, LARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONANNO, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONANNO, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONAZZA, ROBERT B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONCOSKI, JR, PETER P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOND, JAMES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOND, JAMES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOND, RANDY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONDI, JOSEPH S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONDRA, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONDS, FRANKLIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONDS, FRANKLIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONDS, JOHNNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONELLI, HARRY H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONFIGLIO, SHIRLEY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONHAM, ROY E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONHOFF, DON E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONHOFF, DON E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONILLAS, ELIGIO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONILLAS, ELIGLO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONILLAS, ELIGLO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONIN, RALPH T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONINI, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONISH, GABRIEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONISH, STANLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BONISH, STANLEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BONK, DENNIS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONN, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONN, SR, LEO G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, BETTIE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, BILLIE C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, HORACE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, JAMES O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, JOHN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, LORICE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, LORICE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, SHIRLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, SHIRLEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, WILLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNER, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNETTE, HAROLD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONNETTE, HAROLD M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONORA, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONSUTTO, LEE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BONTEMPT, PAUL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOE, CHARLES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOHER, FRANK C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOI, CHARLES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOK, JAMES S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOKER, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOKER, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOKER, HERMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOKER, JEAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOKER, LEATCH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOKER, SHERMAN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOOKER, SHERMAN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | WILSON, THOMAS M, BOOM, ERNESTINE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOM, ERNESTINE B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOONE, CHARLES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOONE, CHARLES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOONE, FRANKLIN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOONE, HAROLD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOSE, RICHARD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOSE, RICHARD H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTH, CHESTER C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTH, EDWARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTH, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTH, JOHN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTH, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTH, ROBERT R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTH, SAMUEL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTHE, FRAZIER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOOTHE, JOHN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORCZUCH, RICHARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORDEN, RICHARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOREL, LAWRENCE C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOREMAN, DONALD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORER, DAVID M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORER, ROBERT H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORGIA, CHARLES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORGMAN, DONALD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORK, MICHAEL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORK, MICHAEL D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORLIE, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOROWY, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BORROR, CHARLES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WILSON, THOMAS M, BORSOS, DANIEL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BORTON, JERRY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BORTON, JERRY L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BORTS, HOWARD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BORUCH, JOHN P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSCOE, VICTOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSKO, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSKO, JOHN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BOSLEY, JOHN T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSLEY, JOHN T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSS, ROBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSTIC, JOE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSTIC, JOE M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BOSTIC, MELVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSTICK, JAMES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSTICK, JAMES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSTICK, WILLIAM C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSTON, JAMES P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSWELL, DOUGLAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOSWORTH, ARTHUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOTHELL, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOTKIN, SR, PAUL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOTSKO, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOTT, DANIEL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BOTT, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOTTOMLEY, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOTWINSKI, BEN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOUGHMAN, CHARLES I, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOULIS, ARTHUR J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOUNCE, NEILAN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BOURGEOIS, LAWRENCE A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOURN, GERALD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOURN, MICHAEL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOUYER, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWDEN, BEN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWE, DAVID P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWEN, CURTIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWEN, CURTIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWEN, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWEN, OLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWEN, WILBUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWENS, ARTHUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWENS, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, JACK D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, JEFFREY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, MAX, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, NORMAN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, RALPH D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWERS, ROGER D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWIE, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWIE, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLES, JAMES O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLES, JAMES O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLES, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLES, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLES, L D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLES, MARION W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLIN, MARSHEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BOWLING, HARRY M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLING, HORACE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLING, HORACE C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWLING, WILLIE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWMAN, ALFRED, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWMAN, GARY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWMAN, JOHN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWMAN, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWMAN, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWMAN, WILLIAM G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWSER, FLORENCE I, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWSER, GORDON D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWSER, MILTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWSER, RONALD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWSER, WILLIAM J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWSER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOWSER, WILLIE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOX, EUGENE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, JAMES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, JAMES M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, JAMES S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, JOSEPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, JOSEPH A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, JR, ROMAN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, LATHORA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, ROBERT T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, ROBERT T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, S V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BOYD, S V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, BOYD, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYD, SAMUEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BOYD, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYD, WILLIE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYE, DONALD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYE, DONALD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYER, BERNARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYER, HAROLD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYER, HAROLD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYKIN, ARTURO S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYKIN, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYKIN, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYKINS, EMORY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYLAN, RICHARD W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYLAN, ROBERT B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYLE, DANIEL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYLE, ERNEST A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYLE, RICHARD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYLES, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYT, FLETCHER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOYT, FLETCHER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOZICKOVICH, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOZICKOVICH, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BOZIS, JOHN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BRABSON, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRACAGLIA, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRACERO, CECILIO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRACKENBURY, RICHARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE
        1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRACKENBURY, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRADDIX, RICHARD S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, BRADDOCK, LEON C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADEN, TERRY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADFORD, JOHNES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADISH, THOMAS H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLER, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, ALAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, CLIFFORD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, DWAYNE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, FRED E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, LEON V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, LOVELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, LOVELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADLEY, WILLIE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADSHAW, CLARENCE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADSHAW, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADSHAW, THEDFORD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADY, ISAAC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADY, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADY, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADY, SIMMIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADY, SR, LENNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADY, SR, LENNIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRADY, SR, LINNIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRAEGELMANN, RALPH W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRAESSLER, EMERY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRAGDON, JR, FRED R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRAGG, CURTIS C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRAGG, GLENNIS O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  **Name and Address of Served Party**

21068  WILSON, THOMAS M, BRAGG, MELVIN K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAGG, ROY B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAGG, ROY B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAGG, THOMAS E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAGGS, CLEMMIE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAILER, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAILER, JOHN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAKE, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAKE, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRALEY, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRALLER, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANCH, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANCH, WAYMAN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANCH, WILLIAM T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANCHEAU, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAND, JACQUE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAND, WILLIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANDMUELLER, JOHN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANDON, SR., JAMES K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANDT, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANHAM, BERNIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANT, LEWIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANTLEY, CLARENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANTLEY, CLARENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANTLEY, LOUIS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRANTLEY, LOUIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRASE, HAROLD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRASFIELD, OTIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRASFIELD, OTIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRASHEAR, LEONARD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068  WILSON, THOMAS M, BRASHER, BILLY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRATTON, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRATTON, JOHN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAUCHLE, EARL S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAULT, PIERRE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAUND, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAUSEWETTER, UWE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAWDY, THEODORE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAWDY, THEODORE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAXTON, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAXTON, ROOSEVELT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAY, EDGAR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAY, FREDDIE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAYLOCK, EUGENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAZILE, LOSTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRAZILE, LOSTON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREAUX, JOHN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREDE, WOLFGANG, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREEDEN, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREEDEN, DAVID L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREEDEN, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREEDLOVE, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREEDLOVE, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREHON, SR, JOHN V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREHON, SR, JOHN V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREIDING, THOMAS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BREKOSKI, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRENDZA, WILLIAM T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRENNAN, FRANCIS P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, BRENNAN, JAMES G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BRENNAN, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRENNEMAN, ROLAND W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRENNER, THEODORE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRENO, ROBERT G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRENSKELLE, TED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRENSKELLE, TED, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRENTAR, JOHN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREST, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRETTI, RALPH W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWER, BOBBIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWER, BRACKEN G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWER, FRANK C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWER, GARY L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWER, STANLEY C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWER, THOMAS N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWER, TOMMIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWSTER, CARL V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWSTER, DENNIS F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWSTER, DENNIS F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWSTER, MERTON J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWSTER, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWTON, SR, WILLIE K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BREWTON, THOMAS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRICE, JESSIE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRICKER, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGE, STUART E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, DEWEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, EDDIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, FLOYD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BRIDGES, HENRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, HOLLIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, LARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGES, WILLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGETT, ADOLPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIDGETT, ADOLPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIERS, THOMAS F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIERS, THOMAS F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGADIER, BRUCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGADIER, FREDERICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGDON, LAMAR, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGGS, FRED A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGGS, FRED A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGGS, JR., JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGGS, MARVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGGS, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGGS, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGHT, JAMES D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGHT, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIGHT, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRILL, FREDERICK A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRILL, RALPH D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRIMAGE, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRINER, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRINGARD, HERBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRINKLEY, DEWEY S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRINSON, FRANKIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRISTER, JR, JESSE C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BRISTOW, AMMER G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WILSON, THOMAS M, BRITTEN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRITTON, VIRGIL L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROACH, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROACH, JR, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROADDUS, WELBY C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROADNAX, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROADNAX, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROCIOUS, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROCK, B J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROCK, B J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROCK, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROCK, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROCK, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROCK, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROEMSEN, EDWARD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROGDON, DELBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROGDON, HAYES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROGDON, HAYES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROGDON, PHILIP A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROGDON, PHILIP A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROMACK, STEPHEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRONER, RANDOLPH J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRONSTEIN, MARTIN I, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROOKE, ROBERT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROOKINS, FRANKLIN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROOKS, ALBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROOKS, ALLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROOKS, ALLEN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROOKS, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROOKS, DALE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, BROOKS, DONNIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, EUGENE V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, HENRY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, JEWEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, JR, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, MORRIS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, RAYMOND J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, RAYMOND, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, SR, RICHARD P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOKS, WILLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOME, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROOME, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROSKY, DAVID R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROSS, JOSEPH R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, AARON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ABRAM A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ALEX, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, AMOS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, AMOS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ANDERSON C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ANDERSON C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ANDREW, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, BETTY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, BOBBY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, BOOKER T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, BOOKER T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst   Name and Address of Served Party**

21068   WILSON, THOMAS M, BROWN, BOOKER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CARL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CARLOS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CHARLES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CHARLES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CHARLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CHARLIE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CHARLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CLARENCE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CLARENCE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CLYDE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CLYDE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, CLYDE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, DELMAR E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, DERRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, DONALD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, DONALD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, DONALD P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EARL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EARL M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EDDIE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EDGAR C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EDGAR C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EDMOND B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EDMOND B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EDWARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, EUGENE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, FRANKLIN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, FREDERICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BROWN, GEORGE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, GEORGE A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, GLORIA G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, GLORIA G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, HENRY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, HENRY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, HENRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, HENRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, HERBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, HUNTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, ISAAC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, ISAAC, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, J A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JACK D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JEROME, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JESSE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JESSIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JOHN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, JOHN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503