**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BROWN, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JOSEPH R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JR, ARTHUR I, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JR, EASTER P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JR, EDWARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JR, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JR, LEWIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JR, WALTER W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, JR, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, KENNETH P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, KENNETH P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, KENNETH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, L M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, L M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, L V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LANDON P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LARRY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LEON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LEON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LONNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LORENE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LOUIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, LUTHER W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BROWN, MARVIN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, MATTHEW L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, MATTHEW L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, MICHAEL G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, MICHAEL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, MICHAEL S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, MICHAEL S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, MINNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, NORMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, NORMAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, OCIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, RAY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, RICHARD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ROBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, RONALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, ROSEMARY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, RUSSELL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, SAM H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, SAM H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, SAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, SAMUEL F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, SAMUEL F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, SR, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, STEPHEN C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, STOKES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, THEODORE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BROWN, THORNTON D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BROWN, TOMMY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, TYREE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, WILBERT M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, WILLIAM M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWN, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWNELLER, LARRY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWNING, DWIGHT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWNING, JR, MAJOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWNING, RICHARD T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWNING, THOMAS C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWNLEE, EDGAR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWNRIDGE, ROSS D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BROWSKI, FRANCIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUBAKER, EDWIN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUCE, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUCE, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUCE, JR, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUCHKO, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUDER, HAROLD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUENING, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUENING, WILLIAM C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUMBAUGH, THOMAS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNAN, JOHN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNDAGE, VADA R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNER, JAMES K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNETTA, JOHN P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNNER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNNETT, FRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNNETT, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WILSON, THOMAS M, BRUNNING, JIMMY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNO, ENEA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNO, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNO, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNO, ROLAND, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNS, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUNSON, WILLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUSH, ROY F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUSIE, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUST, KENT M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUTCHER, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUTON, MELVIN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUTON, MELVIN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUZAS, ANTHONY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRUZAS, ANTHONY E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYAN, DORSEY C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, ALTON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CALVIN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CHARLES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CLARENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CLARENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CLIFFORD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CLYDE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, CLYDE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, DAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, DAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, FREDERICK J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, FREDERICK J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, GORDON J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, THOMAS M, BRYANT, HERBERY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, HOLLIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, HOWARD B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, HOWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, IRIE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, IRIE B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, JAMES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, JAMES M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, JR, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, MOZELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, NORMAN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, NORRIS H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, NORRIS H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, ROGER D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYANT, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYCE, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYSON, ELLIOT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYSON, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRYSON, LOUISE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BRZEZINSKI, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUBNIAK, ANTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUCCERI, RICHARD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUCCI, RAYMOND N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUCCI, RAYMOND N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUCCINO, DONATO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUCHANAN, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, BUCHNANAN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCHOLZ, ROLAND L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCK, EUGENE F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCK, EUGENE F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKHANNON, WILLIE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKINGHAM, ROGER L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKINGHAM, ROGER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLAND, JR, BRADY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLAND, ROBERT C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLAND, ROBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLEY, DENNIS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLEY, DONALD P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLEY, DONALD P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLEY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLEY, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLEY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKLEY, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKOSH, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCKOSH, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUCZEK, WALTER E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUDD, NORMAN G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUDD, VICTOR C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUDETICH, MARK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUDNER, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUEGE, LARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUEHLER, WILLIAM R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUEHNER, KENNETH F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUFFORD, DWIGHT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUFFORD, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUGA, BILL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, BUHITE, RICHARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUHITE, RICHARD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUHLER, JACK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUIE, ARTHUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULAS, RICHARD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULAS, RICHARD H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULATKO, MIKE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULATKO, SAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULATKO, SAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULGER, ALONZO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULGER, ALONZO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULICK, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLARD, FRED W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLARD, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLARD, WILLIAM S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLEN, RONALD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLOCK, CLARENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLOCK, CLARENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLOCK, GERALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLOCK, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLOCK, JESSE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLOCK, JESSE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BULLOCK, SAMUEL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUMGARDNER, MAX C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNCE, DENNIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNDY, ED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNDY, HAROLD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNDY, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNEA, DAVID P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNETTA, STEVE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, BUNETTA, STEVE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNGARD, FRANK J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNGARD, JAMES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNKLEY, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNKLEY, JR, SENTENIAL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNKLEY, JR, SENTENIAL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNN, ALPHONSO L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNN, LLOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNOFSKY, EDWARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNTING, HERSCHEL R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNTING, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUNTON, JOSEPH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUONAVOLONTA, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE
        1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUONOCORE, ERNEST J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURCHETT, DEWELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURCHETT, FLEM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURCHILL, THOMAS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURCHILL, THOMAS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURD, HERMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURDELL, DAVID K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURDELL, DAVID K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURDO, RONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURELL, JAMES N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURFORD, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURGAN, ALFRED C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURGE, JOHN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, BURGE, ROY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURGESS, ART, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURGESS, BOYKIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURGESS, RONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BURGOS, JOSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURGOS, MARTIN O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURGOS, MARTIN O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURICH, RICHARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURK, JOHN C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURK, ROY G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, EDWARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, EDWARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, FRANCIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, HAROLD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, JOHN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, KENNETH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, MORRIS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, MORRIS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKE, THOMAS M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKETT, TOM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKEY, BARON R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKHALTER, ERWIN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKHAMMER, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKHART, JACOB D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKHART, JACOB D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKHOLDER, ROBERT H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKLAND, THEODORE G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKLEY, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKS, DEMETRIUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKS, EDWARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKS, NATHANIEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURKS, TOMMY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BURLESON, TOMMY M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURLESON, TOMMY M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNCHEK, LEONARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNCHEK, LEONARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNER, MELVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNER, MELVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNER, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNETT, SR, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNETTE, RODGER D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, DON C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, EDWARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, EDWARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, NORMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, NORMAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, WILLIAM R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNEY, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNHAM, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, ALEX J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, ALFRED J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, ALVIN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, AUDREY N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, AUDREY N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, CARL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, FRANK L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, LOREN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, MARTIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

WR Grace PI

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, BURNS, RICHARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNS, WAYNE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURNSIDE, DONALD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURRELL, ROOSEVELT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURRELL, TROYCE H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURRESS, BENJAMIN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURRESS, BENJAMIN F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURRIS, FREDERICK A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURRIS, PAUL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURRIS, PAUL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURROUGHS, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURROWS, RANDAL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURROWS, THOMAS C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURROWS, WILLIAM W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURT, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURT, NAPOLEON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURT, NAPOLEON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURT, RONALD I, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURT, SR, RUSSELL D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURT, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, BENNIE P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, BENNY P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, BENNY P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, BOOKER T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, GEORGE T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, JOHNNY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, JR, ANDERSON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, JR, ANDERSON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, RICHARD P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BURTON, RICHARD P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst   Name and Address of Served Party**

21068   WILSON, THOMAS M, BURTON, TYRON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURTON, VONELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURTON, VONELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURTSCHER, EUGENE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURY, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURY, ANDREW, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BURY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSDIECKER, WALTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSER, CARL G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, ALAN K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, ALAN K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, DANIEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, DANIEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, JOHN B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, LENNILL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, LENNILL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, LEONARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, MILTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, MILTON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSH, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUSKIRK, SR, CARL B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUTCHER, CLARENCE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUTCHER, DANNY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUTCHER, FRANKLIN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUTCHER, FRENCH N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUTLER, CORNELIUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUTLER, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, BUTLER, EDDIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BUTLER, GEORGE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, GLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, GLEN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, NEVELTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, RAYMOND B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, RUSSELL W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, SAMUEL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTLER, SLYVESTER K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTTRY, ALBERT M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTTS, EUGENE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUTZ, RICHARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUXTON, CAROLINE S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUXTON, DWIGHT V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BUZEK, GARY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYERLINE, WEBSTER M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYERLY, WAYNE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYERS, DOHRMAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYERS, GLEN T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYERS, GLEN T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYHAM, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYHAM, WILLIAM L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYKAWSKY, HENRY J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYNDAS, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYNDAS, JAMES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, BYRD, BURGESS L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, BURGESS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, ELLIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, GLEN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, JAMES D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, JESSE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, JESSE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, JR, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, LARNA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, SR, CHARLES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRD, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRNE, ED P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYRNE, TERRENCE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BYUS, RONNIE D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BZINAK, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, BZINAK, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CABALLERO, ALFREDO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CABRERA, JUAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CABRERA, JUAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CADE, RONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAFFAN, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAFFEY, MARVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAFFIE, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAFFIE, JAMES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAFFIE, JOE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAFRELLI, ALBERT R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAHILL, JAMES J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAIGER, BRIAN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAILOTTO, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst   Name and Address of Served Party

---

21068   WILSON, THOMAS M, CAIN, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAIN, JR, IRA J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAIN, RONNIE A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALABRETTE, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALABRIA, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALABRIA, SAMUEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALAPA, FRANK F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALARUSSO, MICHAEL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDERHEAD, GARNETTE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDERON, PHILIP M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, BRIAN K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, BRIAN K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, JR, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, JR, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, JR, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, OWEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, OWEN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, SAMUEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALDWELL, WILLIE C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALER, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALER, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALHOUN, ALPHONSO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALHOUN, CLINTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALHOUN, CLINTON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALHOUN, JOHN C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALHOUN, JULIA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   WILSON, THOMAS M, CALHOUN, LEE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALHOUN, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALHOUN, LEROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALIPARE, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLAHAN, JR, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLAHAN, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLAHAN, MICHAEL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLAHAN, MICHAEL D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLAHAN, RUSSELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLEJA, JOSEPH D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLENS, RENE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLOW, MITCHEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLOW, MITCHEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALLOWAY, HARRISON R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALOMENI, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALPAS, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALVERT, CHARLES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALVIN, CHARLES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CALVIN, SHERLAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMCEL, ANGELO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMCEL, ANGELO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMEL, SR, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMEL, SR, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPANA, DAVID D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ALBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ALBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ALFONSO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ALFONSO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, CHARLES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, DARRELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, THOMAS M, CAMPBELL, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, EARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, EARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ERNEST, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, HARVEY H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, HARVEY H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, HUGHES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, JAMES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, JOHN P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, JOSEPH B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, PAUL T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, PEARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ROBERT R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, ROY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, STANLEY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPBELL, WILLIE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMPITELLI, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAMUSO, EUGENE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CANALE, JACK L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CANALES, EFRAIN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CANAN, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CANCRO, P. ANTHONY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CANGEY, RALPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CANN, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst    Name and Address of Served Party

21068    WILSON, THOMAS M, CANNAVINE, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CANNAVINE, JOHN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CANTER, CARL W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CANTLEY, HARRY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CANTOLA, ALBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CANTU, HENRY G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPASSO, LOUIS A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPATOSTO, ORNELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPLINGER, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPORASO, ROCCO A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPORICCIO, PETER R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPORICCIO, PETER R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPORLETT, RON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPOZZI, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPOZZI, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPPELLETTY, PHILLIP A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPPICCIE, FLORENCE F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPRA, RENO P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPRA, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CAPUDER, ALVIN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARABABLO, RAFAEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARABALLO, RAFAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARABALLO, RAFAEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARACCIOLO, FRED J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARANO, CARL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARANO, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARAS, JAMES G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARBENIA, PAUL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARBERRY, MILLARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CARBON, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   WILSON, THOMAS M, CARD, CHARLES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARD, CHARLES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARD, FREDERICK W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARD, FREDERICK W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDAMONE, FRANCIS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDAMONE, FRANCIS D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDAMONE, JOHN B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDAMONE, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDARELLI, EUGENE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDEN, THOMAS E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDER, JR, HARRY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDER, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDER, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDERA, NICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARDONA, CANDIDO R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAREY, IRVIN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAREY, RALPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CAREY, RAYMOND G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARFOLO, NICK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARGILL, HUBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARIK, EDWARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARKIDO, JOSEPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARL, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARL, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLILE, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLILE, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLISLE, CHARLIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLISLE, CHARLIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLOMAGNO, ULISES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLONE, JAMES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

---

Svc Lst  Name and Address of Served Party

---

21068   WILSON, THOMAS M, CARLSEN, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLSON, DAVID J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLSON, DENNIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLSON, ERNEST, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLSON, PHILIP R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLSON, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLTON, BERYL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARLTON, BERYL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARMACK, JAMES O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARMENDY, JOSEPH M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARMICHAEL, GLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNAHAN, ROBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNATHAN, T L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNATHAN, T L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNEGIE, SR, JOE D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNER, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNER, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNES, ALFRED B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNES, ARTHUR L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNES, HENRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNEY, GERARD P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNEY, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNY, GERARD P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARNY, GERARD P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, BENNY A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, BESSIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, DALE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, DELMAS F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068   WILSON, THOMAS M, CARPENTER, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, JOHN V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, ROBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, THOMAS M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, WILLIAM R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARPENTER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, HOMAR O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, RICHARD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, ROBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, ROBERT V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, ROY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, ROY J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARR, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARRICK, DONALD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARRICO, SR, HERBERT V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARRIER, JOSEPH E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARRION, VICTOR M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARRION, VICTOR M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, BENJAMIN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, DAVID W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, GEORGE G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, JAMES D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, JAMES M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, KENNETH D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, MARK J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROLL, ROGER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CARROTHERS, THOMAS A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, CARSON, DEWEY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARSON, JR, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARSON, JR, RALPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARSON, LEONZA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARSON, THOMAS R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARSWELL, HAROLD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, AMOS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, AMOS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, BENJAMIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, CHARLES S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, CLIFFORD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, CLIFTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, CLIFTON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, CLYDE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, DAN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, DOUGLAS E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, DUANE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, DUANE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, EDDIE O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, EDWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, GARVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, GERALD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, III, DONALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, III, DONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CARTER, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068  WILSON, THOMAS M, CARTER, JESSE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, JESSE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, JR, ARMSTEAD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, JR, HARMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, LEO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, LEO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, LEONA H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, LUMPFORD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, LUMPFORD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, RICHARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, RONELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, RONELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, RUFUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, RUFUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, RUSSELL H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, RUSSELL H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTER, WANDA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTWRIGHT, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTWRIGHT, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTY, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARTY, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARUSO, ALEXANDER D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARUSO, GEORGE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARUSO, GEORGE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARUSO, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CARVER, LESTER E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CASALINI, ALDO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CASANTA, RAY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

| | |
|---|---|
| 21068 | WILSON, THOMAS M, CASCARELLI, RALPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASE, JR, MAX L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASEY, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASEY, MARTIN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASEY, PAUL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASILLAS, LUCIO S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASMER, DANIEL R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASSELL, VONCILE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASSIDY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASSIDY, TOM A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTAGNA, DENNIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTELLANO, PATSY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTELLO, RONALD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTERLINE, EARL S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTILLO, ALFRADO G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTISLO, JUAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTO, PAUL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTO, TOMMY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTOR, STUART E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTRO, FREDERICK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CASTRO, MANUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATALDO, DANTIEL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATALINE, JOHN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATANESE, SAMUEL F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATANZARO, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATAR, DIANA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATERINO, JOHN B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATERINO, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATHCART, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATHEY, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, CATHEY, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATHEY, DESEY B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATHEY, ELLIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATHEY, ELLIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATO, EARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATO, EARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATO, SR, ARMENIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATO, SR, ARMENIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATRON, CURT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CATTRON, WAYNE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAUCHI, NICHOLAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAUDILL, HOBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAUDILL, SR, LUTHER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAUDULLO, ANTHONY S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAUDULLO, VICTOR A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAUSEY, IRA L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAUSIN, JR, HENRY J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAVER, FAMOUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAVER, FAMOUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAVER, JESSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAVOR, CHARLES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAWLEY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CAYTON, JR, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CEBAK, RICHARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CEBULSKI, VALENTINE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CECCARELLI, FRANK E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CECCHINI, RICHARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CECIL, MARION E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CEDAR, DAVID P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst  Name and Address of Served Party**

21068    WILSON, THOMAS M, CEJA, HENRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CELLA, DAN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CENE, BERT R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CENTAFANTI, NORMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CENTERELLI, JOSEPH C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CENTRACCHIO, ROBERT F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CERA, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CERETT, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CERVAC, JACK A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CERVENY, SR, ALBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHADDOCK, LLOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHADIMA, DARRELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHADWICK, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAFFEE, LEON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAFFIN, BENJAMIN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAFFIN, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAFFIN, WILLIAM H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAILLIER, THOMAS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAKEY, SAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAKIRIS, PETER D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHALFIN, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHALONER, CHARLES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHALTRY, ROBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAMBERS, BEN G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAMBERS, HAROLD H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAMBERS, JACQUELINE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAMBERS, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAMBERS, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAMBERS, JESSE P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CHAMBERS, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

| | |
|---|---|
| 21068 | WILSON, THOMAS M, CHAMBERS, MELVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAMBERS, MELVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAMBERS, RAYMOND, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAMBERS, ROBERT S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAMBERS, SHERL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAMBERS, THOMAS C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAMBERS, TODDY M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANCE, WENDALL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANCE, WENDALL M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANDLER, DENNIS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANDLER, JR, GEORGE H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANEY, EUGENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANEY, RICHARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANEY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANEY, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHANOSKI, EDWARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPAS, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, ARTHUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, GEORGE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, HOMER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, KEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, LOUIS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, NORMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPMAN, NORMAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPPEL, CHARLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPPEL, CHARLIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPPELEAR, DON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAPPELL, EMMETT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHAREK, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, CHARLTON, JAMES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHARNAWSKA, JOSEPH C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHARNOKY, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHARTERS, JAMES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHASE, CARLYLE F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHASKO, PHIL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHASKO, PHIL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, CHASTAIN, RONALD M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATBURN, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMAN, AUTHER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMAN, HOMER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMAN, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMAN, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMAN, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMAN, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMAN, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMON, ERNEST S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHATMON, ERNEST S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHAVEZ, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHAVEZ, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHEAIRS, CURTIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHEAIRS, CURTIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHEAP, ARTHUR L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHEARS, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHECCA, JOSEPH N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHEEKS, EARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHEEKS, EARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, CHELADYN, BERNARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHENAULT, CHARLES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CHEPESKA, NICK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, CHEREDAR, STEPHEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHEREDAR, STEPHEN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHERICO, LEON R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHERNISKY, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHERPACK, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHERRY, TIMOTHY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHESLA, GERALD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHESLAK, JOSEPH W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHESNEY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHESTNUT, HERMAN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHESTNUT, KENNETH R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHETNEY, MICHAEL A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHEVRONT, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHIC, JOHN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHICK, JR, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHICK, JR, JOHN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHIERA, JOSEPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDREY, JOHN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDREY, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, BARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, BARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, DONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, LEE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, LEE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, MILLER L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILDS, MILLER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILES, NORMAN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHILTON, RICHARD M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CHIMILE, JOHN O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  WILSON, THOMAS M, CHIODY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHIRHART, ROGER C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHIRI, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHISMAR, STEPHEN V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHIZMAR, MARTIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHIZMAR, RUDY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHLYSTA, WALTER M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHMIEL, PHILLIP J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHOLIPSKI, THOMAS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHOLOWEWITSCH, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHOMA, ELLA M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHORAK, GEORGE N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHORAK, NICHOLAS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTEN, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTEN, TOM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, JOSEPH M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, JOSEPH M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, ODIES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, ODIES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, OMAR E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, OMAR E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, OMAR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTIAN, OMAR, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTO, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTOPHER, JOSEPH F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRISTY, THEODORA M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRONISTER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHRONOSKI, CHESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHUEY, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHUMBLEY, RONALD I, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, THOMAS M, CHUPPA, DONALD R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCH, ARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCH, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCH, ESTIL B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCH, FRED, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCH, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCH, LEROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCHIN, ALEXANDER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURCHIN, ALEXANDER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHURILLA, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CHVALA, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIANFARANI, LORETO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIANO, ARTHUR T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIARCELLO, MARK A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CICCI, EMIL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CICCOLELLI, BEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CICCOLELLI, DOMINIC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CICCONE, GIOVANNI, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CICCONI, MARIO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CICORA, THOMAS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIFALDE, MARY G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIFRA, JR, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIKA, DOLORES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIKOVICH, BETTY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIKOVICH, BETTY A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIMIGLIA, MICHAEL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CINDRIC, ANDREW J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CINDRIC, ANDREW J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CINGEL, JOSEPH R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CIRCOLA, MIKE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, CIRCOLA, MIKE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CIRELLI, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CIRELLI, LINDA L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CIRICOLA, MIKE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CIRILLO, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CIRILLO, JR, LARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CISMAS, VALERI, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CISSELL, STEPHAN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CIUCEVICH, WALTER C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLABURN, SAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLAPPER, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLAPSDALE, PAUL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARDY, DONALD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARDY, DONALD R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARETT, HENRY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARETT, HENRY A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARETT, JR, HENRY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARETT, JR, HENRY A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, ALVIN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, CATHERINE S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, CHARLES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, CHARLES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, DAVID B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, DAVID E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, DAVID R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, DOUGLAS D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, FLOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, FLOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, GEORGE T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, GEORGEANNA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, CLARK, GERALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, HARLEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, HORLICE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JACK R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JACK R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JAMES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JOHN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, JR, GROVER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, KENNETH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, KENNETH P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, KENNETH P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, LARRY W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, LEE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, LEE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, LEO H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, LONNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, ROBERT H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, SANDERS L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, SANDERS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, STANLEY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, THOMAS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, THOMAS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, TOM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, WILLIAM F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CLARK, WILLIAM H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

21068    WILSON, THOMAS M, CLARKE, ISAAC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLARKE, LYNDON D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLARKE, WILLIAM B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLARKE, WILLIAM B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLARKSON, THOMAS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLAY, EDWARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLAY, LARRY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLAY, WALTER R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLAYCOMB, DONALD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLAYTON, FRANKLIN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEARY, HERBERT T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEAVELAND, JAMES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEAVES, HOMER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEAVES, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENS, HAROLD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENT, ARTHUR H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENTE, ALBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENTS, CLARENCE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENTS, LARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENTS, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENTZ, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMENTZ, GREGORY F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEMONS, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLENDENIN, MARION O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEPPE, BERNARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEVELAND, MARK E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEVENGER, LLOYD B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEVER, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLEVINGER, LONNIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CLICK, BUFORD V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, THOMAS M, CLICK, BUFORD V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLIFF, SR, JAMES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLIFTON, CLAUDE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINE, CHARLES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINE, PHILLIP L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINKSCALE, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINKSCALE, EDWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINKSCALE, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINKSCALE, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINKSCALES, JOHN T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINKSCALES, JOHN T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLINTON, JR, ANSON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLOPTON, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLOW, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLOWER, HAROLD C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CLUTTER, BRADY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CMUNT, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CMUNT, LINDA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COATS, ALFRED E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COATS, EDDIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COATS, EDDIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068  WILSON, THOMAS M, COATS, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COATS, GEORGE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COATS, W C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068  WILSON, THOMAS M, COBB, CHARLES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBB, EDSEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBB, J C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068  WILSON, THOMAS M, COBBIN, CORNILIOUS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBBIN, CORNILIOUS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBBIN, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, THOMAS M, COBBIN, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBE, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBURN, DELBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBURN, DON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBURN, GEORGE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COBURN, WINSTON T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COCHRAN, GUS E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COCKERHAM, WILLIAM C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CODA, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CODDINGTON, PAUL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CODDINGTON, PAUL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CODY, JAMES T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COE, CHARLES K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COE, CHARLES K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFFER, JULIA B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFFEY, HOWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFFEY, KENNETH S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFFEY, RUFUS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFFMAN, REED A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFFMAN, REED A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFIELD, ARTHUR J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFIELD, JOE F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COFIELD, WILLIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COGAR, GAIL A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COGAR, PHILIP J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COGLEY, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COGLEY, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COHEN, DONELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COHEN, FRED C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COKAIN, RUSS P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |
| 21068 | WILSON, THOMAS M, COKER, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLALILLO, ATTILIO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLALUCA, ATTILIO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLANGELO, ARTHUR S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLANTUONO, LOUIS P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLBERT, DARNELL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, EVERETT F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, EVERETT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, GRANT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, GRANT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, HARRY B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, MILTON T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, PULUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, PULUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, RICHARD T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLE, ROBERT F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEFF, WILLIAM D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, ALFONZA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, FILMORE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, GUY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, HILLMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, HILLMAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JOHN B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JOHN O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JOHN O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JOHN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, COLEMAN, JR, ROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, JR, ROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, KEITH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, NEAL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, PHIL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, ROOSEVELT C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, ROOSEVELT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, SIMMIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, STARLING, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, STARLING, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, WILLIE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, WILLIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEMAN, WILLIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLES, MAYNARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLES, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLETTI, LAWRENCE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEY, ELIJAH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLEY, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLFER, HENRY F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLETT, LENICE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLIER, ANDERSON L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLIER, ARBY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLIER, ARBY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLIER, DAVE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLIER, FRED A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLIER, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLINS, ALAN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   WILSON, THOMAS M, COLLINS, ALAN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, ARTHUR L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, BESSIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, BOBBY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, CHARLES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, CHARLES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, CHARLES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, CLAUD W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, DANIEL A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, DAVID H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, FREDERICK E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, GRACIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, HARLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, HOMER M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JAMES I, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JAMES I, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JAMES P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JOHN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, KENNETH H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, ROLAND E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, ROLAND E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, VERINAL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COLLINS, WILLIAM H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, COLLINS, WILLIAM H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLINS, WOODROW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLINSWORTH, DOUGLAS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLISE, DAVID G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLISE, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLOM, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLLOM, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLOMBO, GIOVANNI R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLON, ALEJANDRO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLON, ALEJANDRO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLONNA, PHILIP, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLONROSADO, ERNESTO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLONROSADO, ERNESTO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLOSIMO, RUSSELL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLSON, JAMES M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLSON, JAMES M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLSTON, VIRGIL B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLUCCI, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLUCCI, ERNEST, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLUCCI, PAUL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLVIN, JAMES B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLVIN, JAMES B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLVIN, JAMES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLVIN, SR, GEORGE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COLWELL, CLIFFORD V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COMBS, ASBERY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COMBS, EARL B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COMBS, ROGER D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COMBS, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COMER, EDWARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068  WILSON, THOMAS M, COMMISSO, JOSEPH M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COMMISSO, JOSEPH M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COMO, NINO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COMPTON, CHARLES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COMPTON, GEORGIA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COMPTON, GEORGIA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONARD, RICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONDE, RUDOLPH D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONDE, RUDOLPH D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONDON, FRANK A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONDUPA, MIKE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONDUPA, MIKE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONDUPI, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONDUPI, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONFLITTI, JERRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONGEMI, LUCILLE V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONGRESS, RANCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONGRESS, SIMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONKLIN, RAY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONKLIN, RAY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONLEY, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONLEY, THURMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONLEY, WILLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONLEY, WILLIE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONLON, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONNELL, FRANCIS T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONNELL, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONNELLY, JOHN T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONNELLY, ROBERT V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CONNELLY, ROBERT V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, CONNELLY, THOMAS F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNER, FRANK S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNER, FRANK S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNER, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNER, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNER, STONEWALL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNOLLY, RAYMOND J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNOLLY, RAYMOND J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNOLLY, THOMAS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONNOR, RICHARD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONRAD, FLOYD B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONRAD, OTIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONRAD, RONALD O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONSTANT, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONSTANT, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONTI, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONTOIS, DENNIS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONTRUCCI, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONVIS, ALAN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONWAY, CONLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONWAY, CONLEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONWAY, GEORGE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONWAY, GEORGE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONWAY, JAMES B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONWAY, JAMES M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CONWILL, METHIES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOK, ARTHUR W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOK, BILL W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOK, CALVIN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOK, DAVID R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
| --- | --- |

21068  WILSON, THOMAS M, COOK, EARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, ELVIS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, FOORT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, FOORT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, FOORT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, FOORT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, HARLESS G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, JR, ROOSEVELT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, L C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, MELVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, ROBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, ROBERT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOK, WILLIAM D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOL, HARTSEL G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOL, HARTSEL G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COON, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COONCE, CHARLES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, BETTY L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, CHARLES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, CYNCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, HAROLD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JAMES J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JOHN C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JOSEPH B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, COOPER, JOSEPH B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, COOPER, LOUIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, MARVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, MARVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, MELVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, MURRAY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, MURRAY A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, OTHA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, OTHA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, SYLVESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, THELMA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, VINCENT F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, WILL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, WILLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COOPER, WILLIE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPANIC, DENNIS M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPANIC, KEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, JAMES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, JAMES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, JAMES N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, KENNETH K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, MARION, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPELAND, MARION, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, COPPLER, RICHARD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CORACCIO, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CORATTO, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, CORBETT, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORBETT, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORBI, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORBI, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, CORCORAN, JAMES J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORDELL, JR, HARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORDIER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORDOVA, ELIAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORDRAY, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORE, ATILIO S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORENO, RALPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORESSEL, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COREY, MURVAL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORFIAS, GEORGE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORLEY, ANDERSON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORLEY, ANDERSON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORLEY, CLAYTON U, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORLISS, KENNETH L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORNELIUS, CHARLOTTE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE
        1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORNELIUS, RAYMOND P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORNELL, CHARLES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORNELL, CHARLES J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORNELL, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORNETT, RICKEY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORONADO, JESSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORPENING, WILLIAM H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORRADO, ROSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORREA, PETE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORRIGAN, PATRICK J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CORSO, ANTHONY N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068    WILSON, THOMAS M, CORTEVILLE, WAYNE G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CORTEZ, HORACE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CORTZPEREZ, MANUEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSIC, MIRKO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSIC, MIRKO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSPER, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSPER, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSS, JAMES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSS, JAMES F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSSIN, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTANZO, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTAS, CLEM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTELLO, MICHAEL G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTIGAN, FRANCIS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTLOW, PATRICK A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTON, GLAD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTON, GLAD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COSTON, HERB, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTON, KENNETH W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTON, THEODORE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTRELL, ARTHUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTRELL, ARTHUR, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTRELL, DENNIS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTRELL, LINDBURGH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTRELL, LINDBURGH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTRILL, JERRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COTTRILL, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COUGHRAN, SR, KENNETH O, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COULTAS, STEVEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, COUNCIL, MANUEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, COUNCIL, MANUEL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COURSON, HAROLD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COURTNEY, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COURTNEY, KEN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COURTNEY, KEN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSAR, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSAR, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSER, DAVID N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSER, DAVID N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSER, ROBERT P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSER, ROBERT P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSIN, HARMILEE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSIN, HARMILEE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSIN, JR, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSIN, JR, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSIN, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSIN, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUSINO, RALPH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUTURE, PHILIP E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COUTURIER, CHRISTOPHER P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COVINGTON, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWAN, HENRY C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWAN, NATHANIEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWARD, FRANK R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWARD, FRANK R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWARD, FRED H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWARD, SR, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWARD, SR, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWART, JOEL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWART, ROBERT T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst   Name and Address of Served Party**

21068   WILSON, THOMAS M, COWELL, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWLES, CARL H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWLIN, CHARLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COWLIN, CHARLIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, DOYLE K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, GLENN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, IRETHA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, COX, JAMES T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, COX, LARRY G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, RAMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, RAMON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, COX, RAY F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH,
        44114-1503

21068   WILSON, THOMAS M, COX, RAYMOND S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, SAMUEL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, SR, RUSSELL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COX, THOMAS E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, COX, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, COXE, SR, SYLVESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COXE, SR, SYLVESTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COY, LARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH,
        44114-1503

21068   WILSON, THOMAS M, COYLE, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COYLE, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, COYNE, JOHN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, COZART, LEONARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CRABB, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CRABLE, GARY N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CRABTREE, MILLARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CRABTREE, MILLARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, THOMAS M, CRABTREE, RAY E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRADDOLPH, ELMON E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAFT, HENRY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAFT, RONALD S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAFT, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIG, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIG, ANDREW, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIG, CHESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIG, CHESTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIG, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIGHEAD, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIGHEAD, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIL, CHESTER B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAIN, STEPHEN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAMER, HAROLD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAMER, MILTON W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAMER, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAMER, WILLIAM L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRANE, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRANE, TALMON L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAVEN, CHARLES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAVENS, HUEY H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAVENS, SR, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAWFORD, CEFUL H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAWFORD, CHARLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAWFORD, ELAINE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAWFORD, FLOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAWFORD, JACK R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAWFORD, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CRAWFORD, JOHN T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, CRAWFORD, JOHN T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, JR, ELMO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, JR, ELMO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, PHILLIP B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, PHILLIP B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, RAYMOND J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, ROY D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, W W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, WALLACE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWFORD, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRAWLEY, JOE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREAMER, ERVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREAMER, SR., DONALD S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREATORE, RONALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREATURO, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREECH, BILLY D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRENSHAW, ERSKINE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRENSHAW, ERSKINE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRENSHAW, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRENSHAW, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRENSHAW, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRENSHAW, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREW, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREWS, DANNY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CREWS, GEORGE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRIBBS, JOHN N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRICKARD, PETER M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRIGGER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |