**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

21068    WILSON, THOMAS M, CRIGGER, JERRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRIM, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRISCIONE, RALPH P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRISLER, STEVE P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRISMAN, FRANCIS B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRISP, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRISP, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRIST, CLAUDE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRITELLI, BENJAMIN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROCK, FRANCIS H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROCKER, DORAL W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROFF, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
         OH, 44114-1503

21068    WILSON, THOMAS M, CROFT, JR, ANDREW T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROFT, LEON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROFT, LEON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
         OH, 44114-1503

21068    WILSON, THOMAS M, CROKIE, GEORGE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROMELY, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRONE, HOWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CRONINGER, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROOKS, OKEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROOKS, OKEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
         OH, 44114-1503

21068    WILSON, THOMAS M, CROOM, JESSIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
         OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, BENNIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, BENNIE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, CARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
         OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, EDWARD K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, EDWARD K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, EDWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, CROSBY, LEVERNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
         CLEVELAND, OH, 44114-1503

Svc Lst  **Name and Address of Served Party**

21068   WILSON, THOMAS M, CROSBY, LEVERNIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSBY, SAMUEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSBY, SAMUEL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSBY, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSBY, SAMUEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, E A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, FORD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, GEORGE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, ISAAC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, JR, WILLIAM C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, MILTON B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, RANDOLPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, RICK R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSS, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROSTON, AMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROTHERS, LEE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROTTINGER, DONALD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROTTINGER, DONALD H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROTTS, JIMMY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROUCH, CHARLES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROUCH, WILLIAM D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROW, JAMES B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROW, JAMES B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROWDER, DOUGLAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROWDER, JESSE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROWDER, RICHARD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROWE, NEIL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CROWE, RONALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, CROWE, WILLIAM J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CROWLEY, CARL D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CROWLEY, EARL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUISE, RONALD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUM, GARY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUM, JR, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUM, JR, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUM, WILLIAM N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUM, WILLIAM N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUMB, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUMB, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUMP, ELKIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUMP, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUTCHFIELD, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUTCHFIELD, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUTCHFIELD, DERONUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUTCHFIELD, DERONUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUZ, ENGRACIA B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUZ, JR, RUFINO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUZ, JUAN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUZ, JUAN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUZ, ROSARIO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUZ, RUFINO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRUZ, RUFINO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CRYSLER, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CSERNIK, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CSERNIK, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CSISZER, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CULBERT, B G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CULLOM, GEORGE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst   Name and Address of Served Party

---

21068   WILSON, THOMAS M, CULP, OCTROUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CULVERHOUSE, KENNETH W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMBO, LEONARD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, ALAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, ALAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, HERSCHEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, JOSEPH T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, JR, NEAL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, PETER W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, ROBERT S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUMMINGS, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNIN, FREDERICK M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, CHARLES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, DONALD R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, EDWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, NORMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, SR, WILLIAM L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, STEELE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUNNINGHAM, WILLIAM E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUPP, EARL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CUPPETT, NEAL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CURGIL, ISIAH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, CURGIL, ISIAH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, CURLEE, CULLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURLEY, JAMES T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURREY, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRINGTON, WILMER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, CALVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, CALVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, JAMES B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, JAMES B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, JOHN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, POLLARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, RONALD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURRY, THEOTIS H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, DANIEL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, DON R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, JAMES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, ORLO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, ORLO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, PAUL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, ROBERT H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, ROBERT H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTIS, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CURTS, EDWARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUSIMANO, JOHN P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUSSON, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUSSON, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUSTER, GILBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUSTER, PATRICIA J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUTLIP, EUGENE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUTLIP, THOMAS A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, CUTRE, RONALD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  Name and Address of Served Party

---

21068  WILSON, THOMAS M, CUTRIGHT, OTICE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CUTRIGHT, RUBEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CUTRONE, SR, DOMINIC A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CUTWRIGHT, DAVIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CYPHER, JR, CHARLES B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CYWINSKI, JOHN C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CZARNECKI, JOSEPH F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CZARNECKI, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CZEGLEDY, PAUL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CZERNY, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CZINA, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, CZYZCKI, SUSAN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DABATO, JERRY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DABILA, JOE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DABNEY, CLYDE H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DABROWSKI, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DABROWSKI, ANTHONY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DADE, GEORGIA M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DADE, LAVAL P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAFFNER, SR, FRANK J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAGER, DARWIN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAGUE, RICHARD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAHL, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAIGNAULT, EUGENE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAILEY, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAILEY, DAVID, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAILEY, EDWARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAILEY, PATRICK M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAILEY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DAIRYMPLE, WILLIAM T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, DALES, CHARLES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALES, LODGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALEY, CLIFFORD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALEY, THOMAS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALEY, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALLEY, THOMAS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALTON, DELMOS F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALTON, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALTON, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALTON, LUTHER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALTON, RICHARD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DALY, DONALD R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMELIO, JOSEPH M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMELIO, JOSEPH M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMERON, STANLEY W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICO, DAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICO, DANIEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICO, DANIEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICO, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICO, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICO, NICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICO, PETER J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMICONE, JOHN V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMMAN, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMOUS, JUNIOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMRON, BOBBY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMRON, ROY C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMRON, ROY C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAMSCHRODER, ROGER W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAN, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068  WILSON, THOMAS M, DANCKAERT, RODGER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANCY, AARON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANCY, AARON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
       OH, 44114-1503

21068  WILSON, THOMAS M, DANCY, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANCY, N C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
       OH, 44114-1503

21068  WILSON, THOMAS M, DANDRIDGE, BILLY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANES, JOHN T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANGERFIELD, JOSEPH N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANICIC, DONALD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANICIC, DONALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANICKI, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANICKI, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
       OH, 44114-1503

21068  WILSON, THOMAS M, DANIEL, CHARLES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIEL, CLAUDE H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIEL, CLIFTON C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIEL, CLIFTON C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIEL, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIEL, FREDDIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIEL, IDOLO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
       OH, 44114-1503

21068  WILSON, THOMAS M, DANIELOWICZ, STEPHEN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, BRUCE N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, ELROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, FREDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, FREDDIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, HUEY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, LAURENCE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, DANIELS, ROBERT D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
       CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, DANIELS, ROBERT D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANIELS, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANIELS, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANIELSON, FLOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANKO, STEVE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANKO, STEVE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANKO, WALTER E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANN, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANNALS, III, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANNALS, III, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANNEMILLER, GEORGE A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANNER, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANNER, RONALD F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DANOS, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAPRON, PAUL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DARDEN, JR, SYLVESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DARLING, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DARLING, RICHARD R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DARMOND, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DARMOND, HARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DARR, EDWARD T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DARR, ROY A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DASCOLI, JOSEPH M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DASS, RICHARD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DATA, WILLIAM A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAUCETTE, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAUGHERTY, DONALD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAUGHERTY, DONNIE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAUGHERTY, RANDELL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAULTON, DENVER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, DAUS, LOUIS K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAUS, LOUIS K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVANZO, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVENPORT, CALVIN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVENPORT, ROBY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVID, JR, ALVIN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDIAN, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDSON, JOHN G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDSON, LEO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDSON, PHILIP, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDSON, RAYMOND, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDSON, RAYMOND, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDSON, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIDSON, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIEAU, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIES, DONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVILA, PRISCILIANO R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ANDREW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ARNA C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ARTHUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, CHARLES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, CHARLES H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, CHARLES M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, CLARENCE A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, CLAUDE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, CLIFTON L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, DAVID A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, EARL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, EARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

Svc Lst  **Name and Address of Served Party**

21068   WILSON, THOMAS M, DAVIS, EDSEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, EDWARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ELDRED E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ERIC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, EUGENE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, FRANCES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, GEORGE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, GERALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, HAROLD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, HAROLD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, HAROLD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JAMES C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JAMES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JAMES D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JASPER W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JERRY P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JESSIE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JESSIE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOHN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOHN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, JR, ARTHUR R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, DAVIS, JR, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, JR, EDDIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, JR, JERRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, JR, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, JR., LUTHER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, LEE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, LEE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, LEONARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, LOUIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, LUMARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, LUMARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, MARIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, MARLENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, NORMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, O C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, O C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, PATRICIA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, PATRICIA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, RICHARD H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, RICHARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, RICHARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ROBERT C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ROBERT F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ROBERT F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ROBERT G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ROBERT G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAVIS, ROBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068   WILSON, THOMAS M, DAVIS, ROBERT N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ROGER L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ROGER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, RONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, RONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ROOSEVELT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, ROOSEVELT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, SADIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, SAMUEL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, SONDRA M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, TYRONE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, VERGIL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, VOLGUE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, VOLGUE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WADE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WADE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WILBUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WILLIAM C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WILLIAM D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVIS, WINFIELD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVISON, ROBERT M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVLIA, JULIO M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVLIA, JULIO M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAVY, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAWKINS, LEE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DAWSON, EDWARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, DAWSON, EUGENE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, EUGENE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, JAMES N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, JAMES N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, MATTHEW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, MATTHEW, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, MOSELLE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, MOSELLE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, ORVILLE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, WEYMAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, WEYMAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, WILLIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAWSON, WILLIE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAY, DAVID D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAYE, CURTIS O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAYE, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAYE, EDDIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAYE, FRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAYE, FRED, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAYTON, KRAIG B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DAYTON, KRAIG B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DE PAULI, JOHN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEAL, RICHARD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEAL, RICHARD C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEAN, GAIL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEAN, HERMAN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEAN, HERMAN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEAN, JAMES H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|

21068    WILSON, THOMAS M, DEAN, MICHAEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEAN, RONALD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEARINGER, DONALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEARTH, RICHARD N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEATON, ROBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEATON, WILLIAM G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEATRICK, DANIEL F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBEE, RAYMOND, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBERNARD, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBERRY, MARVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBLISS, FRANK E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBOL, MARTIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBOUSE, LEEMON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBOUSE, LEEMON, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DEBRUYN, NEIL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECAPIO, SUNDAY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECAPRIO, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECARLO, MICHAEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECEMBLY, PERRY G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECEMBLY, PERRY G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECHELLIS, JAMES V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECHICCO, PHILIP R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKARD, CHARLES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKARD, DONALD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKARD, RALPH E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKER, BLAINE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKER, CLARENCE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKER, DOUGLAS L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKER, JOHN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DECKER, RONALD P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---|---|
| 21068 | WILSON, THOMAS M, DECKER, THOMAS L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DECKER, THOMAS L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DECONEILIS, ANTONETTE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DECREDICO, ANTHONY B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DECREDICO, ANTHONY B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEEL, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEEMER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEEMER, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEEMER, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEER, PETER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEER, PETER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEERE, RICHARD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEETER, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEETER, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEFABBO, HENRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEFABIO, ROCCO S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEFUR, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEGEORGE, ANTHONY D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEGER, DAVID P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEGLER, DON L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEGLER, WILLIAM R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEGOEDE, JOE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEGUTIS, VICTOR V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEHART, PAUL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEHOLLANDER, RAYMOND A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEJESUS, HERMENEGILDO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEJESUS, LUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEJESUS, SANTO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEJESUS, SANTO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DEJOVINE, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068    WILSON, THOMAS M, DELANEY, ALVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELANEY, DONALD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELANEY, JAMES G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELANEY, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELANEY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELAROSA, ROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELAUGHTER, RAY K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELAY, GLENN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELEGRAM, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELEO, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELEY, EDWARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELFINO, JOHN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELFIORE, JAMES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELFIORE, JAMES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELFRE, ANGELO A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELFRE, GABRIEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELGADO, JOSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELGADO, JOSE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELGADO, JR, PAUL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELGADO, JR, PAUL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELGENIO, ANGELO J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELGENIO, SAM J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELGUIDICE, JOSEPH J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELIA, DONALD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELISIO, MATTHEW, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELISIO, PAUL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELK, JOSEPH L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELLETRO, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELMONICO, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068    WILSON, THOMAS M, DELOACH, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

---

21068   WILSON, THOMAS M, DELOACH, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELOACH, RUDOLPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELOACH, RUDOLPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELONG, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELOST, WILLIAM D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELPHIA, RONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELUCA, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELUCCA, ANTHONY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELUCCA, FRED J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DELVALLE, GREGERIO F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMARCO, DAVID L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMARCO, DAVID L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMARCO, JOE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMERS, GEORGE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMERS, JR, FRANCIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMERY, BUETINE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMERY, BUETINE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMERY, MATTIE V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMERY, MATTIE V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMETRIADES, NICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMICHELE, JOSEPH D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMOCKO, STEVE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMPSEY, DAVID P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEMPSEY, RICHARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENEVE, FRANCIS A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENEVE, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENHART, WILLIAM E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENING, WADE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENK, HOWARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENMEADE, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WILSON, THOMAS M, DENMEADE, DONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENMEADE, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENMEADE, HARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNA, HOWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNA, ROBERT D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNES, WADE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNING, DANIEL M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNIS, ARCHIE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNIS, ERNEST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNIS, EVERETT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNIS, EVERETT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNIS, HENRY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNIS, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNIS, JESSIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNISON, GEORGE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENNISON, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENSON, ARTHUR L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENSON, ARTHUR L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENT, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENT, JR, JOHN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENT, LEWER F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENT, LEWER F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENT, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENT, TED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DENT, THEODORE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPASCALE, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPASCALE, JOSEPH M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPASCALE, JOSEPH M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPASQUALE, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPEEL, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  **Name and Address of Served Party**

21068   WILSON, THOMAS M, DEPIETRO, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPIETRO, MICHAEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPIZZO, CARL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPP, BYRON M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEPP, BYRON M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DERIEMAECKER, ALBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DERMO, MARIO S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEROSE, JAMES P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEROSE, JAMES P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DERR, STEPHEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DERRICO, WILLIE C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DERUSHA, GRANT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DESCH, CARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DESIMONE, LOUIS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DESIMONE, SALVATORE V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DESJARDINE, PAUL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DESTEFAN, LOUIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DETORO, HENRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DETTER, ALLEN G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEUTSCH, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVANEY, EILEEN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVAUGHN, BARBARA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVAUGHN, MARVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVAUGHN, MARVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVERICKS, ERNEST F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVERONICA, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVERONICA, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVINCENT, VINCENT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVINCENT, VINCENT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVISSER, ADRIAN P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, DEVISSER, HENRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVITE, RALPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEVLIN, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEWALT, JAQUELYN A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEWITT, FRANKLIN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEWITTE, DONALD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEXTER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEXTER, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEXTER, KENNETH W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEYLING, RICHARD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DEZWAAN, MILT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DHEIN, DAVID P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DHEIN, WILLIAM A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIAMOND, DANIEL P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIAMOND, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIAMOND, VONDAL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIANA, ROBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIAS, ALLEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIAS, JOE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIAZ, FRANK O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIAZ, SR, FRANCISCO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIBACCO, JOHN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIBBLE, HOWARD F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIBENEDETTO, LUCIANO R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIBIASE, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIBILEO, ANGELO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICARLO, NICOLA, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICILLO, NICHOLAS J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICILLO, NICHOLAS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICIOCCIO, JOHN C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, DICIOCCIO, JOHN C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICIOCCIO, PAT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICIOCCIO, PAT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICK, FRED J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKEN, BILLY G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKERHOOF, DALE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKERSON, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKERSON, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKERSON, MCKINLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKERSON, ROSCOE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKERSON, ROSCOE A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKERSON, WILLIAM R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKEY, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKEY, CHARLES A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKEY, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKEY, GLEN W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKEY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKEY, WILLIAM M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DICKSON, RONALD S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIDOMENICO, DONATO J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIEDERICHS, LEONARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIEDRICH, CARL W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIEHL, STEPHEN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIEHL, STEPHEN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIELEMAN, PIERRE G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIENES, STEPHEN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIENES, STEPHEN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIETZ, ARTHUR B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIFFENDAL, RODNEY K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIFRANGIA, JOHN T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, DIGBY, ARTHUR, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIGIACOMO, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIJURISICH, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILISIO, HARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILISIO, KURT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILL, ROBERT E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILL, ROBERT E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLARD, LESLIE G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLE, MACK H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLEY, DALE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLEY, DALE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLLINGER, TERRY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLLINGER, TERRY E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLON, ALLEN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLON, BRIDGET, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLON, BUFFORD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLON, HERSHEL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLON, HERSHEL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLON, HOWARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLSIO, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLSIO, HARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLSIO, KURT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILLSIO, KURT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DILORENZO, FRANK S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIMARIO, JOSEPH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIMENGO, MARINO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIMIELE, ROSARIO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIMODICA, PAUL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DINUNNO, BENJAMIN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIONNE, VERNON F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, DIPASQUA, FRANK R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIPASQUA, FRANK R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIPIERO, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIPILLO, GUY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIPUCCIO, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIPUCCIO, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIRDA, JR, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIRDA, ROBERT S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIRIENZO, FELIX C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIROCCO, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIROCCO, LOUIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIRST, HAROLD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISBROW, ROBERT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISBROW, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISCENZA, JOHN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISHER, DONALD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISHER, DONALD A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISKIN, TOM P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISMUKE, ISABELLA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISTELRATH, FRED H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISTELRATH, FRED H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DISTLER, BARRY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DITHOMAS, LOUIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DITHOMAS, LOUIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DITOMMASO, ANTONIO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DITOMMASO, LEONARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DITTENBER, ROGER W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIULUS, LEWIS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIVENS, CHARLES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DIVITO, LORENZO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  **Name and Address of Served Party**

21068   WILSON, THOMAS M, DIVIZIO, GEORGE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, ARDEN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, ARDEN L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, CHARLES V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, CHARLES V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, CLARK L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, EDWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, JR, GRANT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, LAVERNE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, LESLIE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, MAYNARD C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, NATHANIEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, NATHANIEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, OCIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, ROBERT M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DIXON, RON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DIYORIO, RAYMOND, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOBAY, ROBERT G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOBAY, ROBERT G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOBBINS, BRUCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOBROWSKI, FRANK L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOBRSKI, VINCENT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOBSON, ORVIL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOCKERY, CARL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DODD, BURTON C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DODD, DAVID M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DODD, DAVID M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DODDER, GORDON E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DODDS, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst    Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, DODGE, ELMA J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DODSON, ROBERT A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DODSON, ROY D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLAN, DONALD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLAND, DONALD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLFI, ALBERT R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLGOS, FRANK A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLIN, FRANKLIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLIN, GLEN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLIN, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLLAR, JAMES G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLLMAN, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOLOSICH, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMAGALSKI, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMBELEK, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMBROWSKI, NORBERT K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMICO, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMINECK, WILLIAM H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMINIAK, VINCENT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMINIAK, VINCENT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMINSKI, JOHN C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMKE, NORMAN G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMKE, NORMAN G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOMOS, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONAHEY, ERNEST H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONAHUE, CHARLES P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONAHUE, WALLACE F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONAHUE, WALLACE F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALD, L H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALDSON, ALFRED T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, DONALDSON, GRADIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALDSON, GRADIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALDSON, JEANETTE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALDSON, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALDSON, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALDSON, RUFUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONALDSON, RUFUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONATELLI, ALFRED W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONATELLI, BENJAMIN D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONATELLI, BENJAMIN D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONATIELLO, ENRICO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONELY, ALLEN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONKIN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONLEY, WILL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONLEY, WILL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONNADIO, ANTHONY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONNELL, CLYDE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONNELL, CLYDE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONNELLY, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONNELLY, WALTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONOVAN, FRANCIS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONOVAN, JERRY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONOVAN, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONOVAN, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONOVAN, RAYMOND F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DONOVAN, ROBERT T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOOLIN, RICHARD F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DOOLIN, RICHARD F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DORAN, GERALD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DORASKI, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, DORBISH, EDWARD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORNACK, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORRIS, CLARENCE S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORSEY, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORSEY, EDGAR E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORSEY, FRANK L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORSEY, J E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORSEY, MARVA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DORSTEN, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOSS, LONNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, ALVAH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, DANNY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, DONALD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, LEWIS C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, LEWIS C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTSON, WILLIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DOTY, ALBERT J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTY, ALBERT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
        OH, 44114-1503

21068   WILSON, THOMAS M, DOTY, ROBERT K, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOTY, ROBERT K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGHERTY, DAVID E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, DAVID F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, EUGENE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, EUGENE B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, MARK W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, OTIS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
        CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

---

21068   WILSON, THOMAS M, DOUGLAS, TOMMY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, VERONICA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUGLAS, WINSTON D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUROUJALIAN, ANDREW, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOUTT, GEORGE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOVALOVSKY, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOVALOVSKY, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOVALOVSKY, WILLIAM F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOVALOVSKY, WILLIAM F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOVE, ROBERT B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOVE, ROBERT B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOVER, RALPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWDELL, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWDELL, VANDERBELT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWELL, WILLIE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWELL, WILLIE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWERS, ELZA C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWLER, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWNES, PATRICK J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWNEY, KENNETH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOWNS, TAYLOR H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOXEY, GARY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOYEN, JOHN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOYLE, HOWARD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOYLE, PHILLIP D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOYLE, THOMAS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DOYLE, THOMAS W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAEGER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAGICH, MARTIN N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAGOUN, MICHAEL W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

---

21068   WILSON, THOMAS M, DRAHUS, GERALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAHUS, GERALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, ANDREW G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, CLEOPHUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, FRANK W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, JR, ALBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, JR, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, KENNETH R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, MICHAEL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKE, STANLEY T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAKULICH, GEORGE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAPACH, STEPHEN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAPER, LINDA N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAVES, CHARLES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAVES, MILTON F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAVES, MILTON F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAWKULICH, ELI, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAZDIK, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRAZENOVICH, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DREHER, JESSE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRENKHAHN, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRESP, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRINKARD, DANIEL W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRIPPS, LAWSON E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRISCAL, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRISCAL, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, DRISCOLL, ALEXANDER J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRISCOLL, ALEXANDER J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRISCOLL, KEVIN J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRISCOLL, OTIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRISCOLL, OTIS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRIVER, MICHAEL W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRIVER, MICHAEL W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRIVER, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRNEK, RONALD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRONEBARGER, KEN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DROPIK, FRANK S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DROSSOS, HARRY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DROTAR, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DROTAR, MICHAEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DROUILLARD, DONALD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DROUILLARD, LAWRENCE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRUGA, CHARLES A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRUGAN, JOHN F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRUMMER, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRUMMER, LEROY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRUMMER, STONEWALL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRUMMER, STONEWALL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DRYE, FLOYD H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUBLIN, ALBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUBLIN, ALBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUBOWSKY, HAROLD S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUCHETEAU, JAMES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUCHETEAU, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUCHNOWSKI, ALLEN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUCK, FREDDIE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst   Name and Address of Served Party**

21068   WILSON, THOMAS M, DUCK, FREDDIE B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUCKWORTH, ALBERT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDA, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDA, MICHAEL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDA, WALTER A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDECK, WILLIAM H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDEK, DANIEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDINEC, CALVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDLEY, HAROLD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDLEY, HAROLD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDLEY, SILAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDLEY, SILAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDLEY, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUDYCZ, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUERING, WALTER W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFF, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFF, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFF, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFFIN, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFFIN, MICHAEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFFORD, KENNETH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFFORD, RAYMOND C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFFY, WILLIAM M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUFFY, WILLIAM R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUGAN, RICHARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUGAN, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUGDALE, JR, LEO E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUGGAN, FRANCIS X, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUGGINS, WILLIAM J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUKE, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068   WILSON, THOMAS M, DUKE, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUKES, CALVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUKES, EDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUKES, EDDIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DULOVIC, EDWARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DULYA, STEVE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUMAS, LELAND H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUMOUHIN, JAMES S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNAWAY, ARCHIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNBAR, HELEN C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNBAR, WILLIAM M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, CHARLES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, CHARLES W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, FLOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, FLOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, GLENN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, LAWRENCE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, LAWRENCE O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, TED J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, TOMMY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCAN, TOMMY L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNCANSON, ALEXANDER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNDON, RICHARD B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNEGAN, CLAIR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNFEE, JAMES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNFEE, JAMES J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNKINS, JOHNNY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNLAP, DAVID R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUNLAP, JESSE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, DUNLAP, KENNETH R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNMIRE, RALPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNMIRE, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNMIRE, SAMUEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNMYER, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNN, SR, CARL D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNNIGAN, MICHAEL D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNNIGAN, RICHARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNNING, WALTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUNNING, WALTER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUQUETTE, LUCIEN C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURBIN, SR, ALBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURBIN, SR, ALBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURHAM, CURTIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURHAM, DENNIS P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURHAM, JOHN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURHAM, JOHN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURHAM, JR, ANTHONY B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURHAM, RODNEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURKIN, JAMES J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURKIN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURKIN, LINDA R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURKOS, JOSEPH F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURKOS, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURKOTA, LARRY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURKOTA, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUROCHER, KYLE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DUROCHER, KYLE J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, DURSO, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, DUSA, FRANK A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUSZYNSKI, JOSEPH M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUTKO, LAWRENCE P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUTY, GERALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUVALL, ALVIN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUVALL, ALVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUVALL, KENNETH E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUVERNEAY, JIMMY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DUZAN, JOSEPH C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DVORAK, RICHARD F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DWAN, PAT J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DWYER, MICHAEL J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DWYER, THOMAS P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYE, SARAH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYER, JOHN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYER, MAX E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYER, MAX E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYKES, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYKES, MARSHA E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYMINSKI, PETER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYMINSKI, PETER, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYOUS, JEFF, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DYSON, TOM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DZIAK, FRED, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DZIAK, TIMOTHY P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DZIKOWICZ, ROBERT M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, DZIKOWICZ, ROBERT M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EADE, FLOYD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EADS, BOBBY W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EADY, RALPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, EADY, RALPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EAKINS, JOSH A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EARL, RICHARD C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EARLEY, ANITA L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EARLEY, FLOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EARLEY, MICHAEL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EARLY, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EARLY, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EASDON, HENRY B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EASSON, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EAST, CARL E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EAST, GARNIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EASTER, ROBERT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EASTERDAY, GARY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EASTLUND, MORRIS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EASTMAN, CARL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EATON, LAWRENCE O, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBELING, DANIEL S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBENGER, JOHN S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBERHARDT, WILLIAM J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBERLY, RONALD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBERSOLE, FLOYD R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBERSOLE, JACK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBERT, GORDON E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBERT, LLOYD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBERT, LLOYD W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBINGER, FRED C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBOCH, JR, CHARLES B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBOCH, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EBOCH, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, EBOSH, LOUIS A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ECHOLS, EDGAR L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ECHOLS, EDGAR L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ECHOLS, JR, JAMES P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ECHOLS, JR, JAMES P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ECKERT, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ECKHARDT, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ECONOMOS, NICK Z, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDDINGTON, HERBERT C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDDINGTON, HERBERT C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDDY, JOE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDDY, LEONARD E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDELINSKY, RICHARD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDER, RONALD W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDIE, LEE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDINGTON, FRANK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDINGTON, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDINGTON, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDINGTON, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDLING, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDLING, GEORGE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMOND, HARLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMOND, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMOND, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMONDS, WILLIAM D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMONDSON, ROBERT P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMONDSON, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMONDSON, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDMONSON, LESLEY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EDSENGA, JAMES E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

WR Grace PI

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, EDSENGA, KENNETH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, CLYDE H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, CLYDE H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, DAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, DAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, DAVID B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, DONALD G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, DONALD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, ETHAN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, ETHAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, HARVEY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, III, GENTS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, JOHN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, JOSEPH L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, JR, GUSTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, MARIAN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, RONALD D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, SR, ISAAC, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, SR, ISAAC, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, SR, JACK V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, TONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARDS, TONY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARS, MARION, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EDWARS, MARION, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EFAW, HERBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EFFINGERT, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EFFINGERT, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, EFFINITE, PATSY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, EFORD, OTIS W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EGAN, SR, SAMUEL T, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EGENDOEFER, EUGENE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EGGLESTON, MARY E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EHERT, DALE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EHMKE, WILBUR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EHRET, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EHRMAN, CARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EICHENLAUB, RALPH C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EICHHORN, JEROME J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EINSELE, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EISOM, WILLIAM N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EISOM, WILLIAM N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EKLEBERRY, KEITH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EKLICH, LEWIS P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EKLICH, LEWIS P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELAM, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELAM, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, ELAMIN, SAAD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELCOCK, LESLIE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELDER, EDNA L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELEGEERT, THOMAS C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELFRITZ, WILLIAM M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELFRITZ, WILLIAM M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELHAKIM, JAMAL A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELHAKIM, JAMAL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELKINS, BOB, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELKINS, ORAL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELKO, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ELLEDGE, CHARLES W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

21068  WILSON, THOMAS M, ELLERBROCH, NORBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLERTSON, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLINGTON, JACK L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLINGTON, JACK L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIOTT, BRIAN M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIOTT, COY, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIOTT, ELIJAH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIOTT, HAROLD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIOTT, MICHAEL L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIOTT, THOMAS C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, BILLY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, CHARLIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, CHARLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, CHARLIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, CONRAD H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, DELBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, JOE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, JOHNNIE L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, JOHNNIE L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, LEROY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, LEROY W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, RONALD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, THOMAS R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLIS, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLISON, CHARLEROL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLISON, PAUL E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLSWORTH, ALBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELLSWORTH, EUGENE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELROD, DAVID, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

21068  WILSON, THOMAS M, ELSTON, KENNETH P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELTRINGHAM, NORMAN L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ELZOKARI, NAGI H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMAHISER, RODERICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMBRY, HARVEY A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMCH, RICK W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMERICK, GEORGE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMERSON, JR, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMERSON, JR, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMERSON, PAUL L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMERSON, RALPH J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMGE, RICHARD, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMIGH, THOMAS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, EMORY, MICHAEL A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENDERTON, JOSEPH H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENDERTON, JOSEPH H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENDICOTT, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGDAHL, ROBERT F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGEL, RICHARD G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGELMAN, CHARLES G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGFEHR, JR, WILLIAM F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGLE, GARY G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGLE, SHIRLEY B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGLE, SHIRLEY B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGLER, PAUL F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGLISH, WAYNE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENGRAM, ROOSEVELT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENNIS, IVERY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENNIS, IVERY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, ENRIGHT, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

**Svc Lst**  **Name and Address of Served Party**

21068   WILSON, THOMAS M, ENRIGHT, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ENSIGM, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EPLEY, SR, JERRY L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EPPARD, RUDOLPH C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EPPERSON, CHARLES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EPPS, JIM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EPPS, LEROY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERCEVIC, VICTOR, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERDMAN, RONALD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERHARDT, WILLIAM B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERHARDT, WILLIAM B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERICK, THOMAS D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERICKSON, ERIC H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERICKSON, RICHARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERICKSON, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERICKSON, ROBERT, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERKARD, SAMUEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERKARD, SAMUEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERNST, JAMES N, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERRERA, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERVIN, ALEX, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERVIN, JR, RAYMOND, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERVIN, JR, RAYMOND, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERVIN, SR, WILLIAM D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERVIN, STUART E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERVIN, TAYLOR L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERWIN, HERBERT G, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERWIN, RICHARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ERWIN, RICHARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESCAMILLA, JR, FRANK, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, ESKEL, ALLAN V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESPARRA, PORFIRIO, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESPARRA, PORFIRIO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESPER, JOHN M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESPOSITO, MICHAEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESQUIBEL, BENNY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESTELL, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESTEP, RONNIE G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESTERS, BUDDY D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESTES, JOSEPH L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESTLACK, CARL G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESTOK, MICHAEL R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESTOK, MICHAEL R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESWAY, PATRICK E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ESWAY, PATRICK E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ETTO, EDWARD T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, ETTO, RICHARD J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EUTSEY, EUGENE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVAKICH, PAUL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANGELISTA, ANTONIO V, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANGELISTO, JELDO J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANGELISTO, JELDO J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, BOBBY R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, BUSTER B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, CARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, CLARENCE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, DIT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, DONALD M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, DONALD M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, JOHN H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst   Name and Address of Served Party

---

21068   WILSON, THOMAS M, EVANS, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, JOHN W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, JOHNNIE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, JR, EARL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, LORI, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, NATHANIEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, OLLIE B, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, ROBERT W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, RONALD F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, RONALD F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, SR, DUANE E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, STANLEY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVANS, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVERAGE, OTHA L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVERAGE, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVERETT, A V, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVERETT, DEBRA, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVERETT, FRED M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVERETT, WALLACE J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EVERLY, RICHARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EWELL, DEFOREST, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EWING, EDWARD L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EWING, EDWARD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EWING, JOHN R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EWING, JOHN R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EWING, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EXCELL, LLOYD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, EZELL, ROOSEVELT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Svc Lst  Name and Address of Served Party**

21068   WILSON, THOMAS M, EZZI, JOSEPH R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABIANO, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABIN, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABIN, JOHN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABINY, FRANK J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABJANCIC, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABRIZIO, AMERICO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABRIZIO, HENRY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FABRY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FACCHIANO, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FACH, KURT W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FACTOR, JOHN H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FADDIS, JOHN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FADELL, DOMENIC N, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAGAN, ANTHONY, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAGERT, RALPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAGERT, RALPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAHNHORST, RONALD J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIOLA, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIOLA, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIOLA, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIOLA, MICHAEL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIR, ROBERT D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIRBANKS, MARVIN, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIRBOURN, BERNIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIRCLOTH, GARY R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIRLEY, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIRLY, WILLIAM A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAIRLY, WILLIAM A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FALCHECK, MICHAEL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

---

21068   WILSON, THOMAS M, FALCONE, ANTHONY J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FALISH, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FALISH, THOMAS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FALK, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, FALKENSTEIN, TERRY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FALKNER, LEE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FALL, ADAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, FALOON, SR., GEORGE D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FALWOOD, CLIFTON, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAMAGELTTO, JOHN E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FAMILETTI, MICHAEL J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FANKHAUSER, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FANNING, BOOKER T, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FANT, VOLLIE E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARKAS, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARMER, BILL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARMER, JAMES G, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARMER, JAMES L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARMER, JR, CHESTER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARMER, NICKIE D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARNHAM, CHARLES S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARONE, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARRELL, CARL, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND,
OH, 44114-1503

21068   WILSON, THOMAS M, FARRELL, LILLIAN E, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARRELL, STEPHEN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARRIS, J K, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH,
44114-1503

21068   WILSON, THOMAS M, FARRIS, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARRISH, SR, DANIEL L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARRISH, SR, DANIEL L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FARRUGGIA, THOMAS R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901,
CLEVELAND, OH, 44114-1503

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 21068 | WILSON, THOMAS M, FARSON, WILLIE R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FARSON, WILLIE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FARTELLY, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FASICK, JIM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FASICK, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FASON, WILLIE R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FATA, FRANK L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FAUCETTE, ARTIS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FAUCETTE, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FAULKNER, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FAUSTINO, VERA L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FAXON, HERBERT F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FAY, ALBERT M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FAY, ROBERT A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEALKO, JOHN S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEAR, GEORGE A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEARS, MALACHI, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEARS, MALACHI, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEARS, MCCALLION, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEARS, MCCALLION, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEATHERSTON, JAMES L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEBRES, JESUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEBRES, JESUS, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEDELE, JAMES F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEDEROFF, LAWRENCE, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEISER, ROBERT D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEISER, ROBERT D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FELA, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FELBER, ANTHONY J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FELIZZATTO, ALBINO, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Svc Lst  Name and Address of Served Party**

21068  WILSON, THOMAS M, FELLENSTEIN, GERALD L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FELLOWS, ALBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FELLOWS, CLARENCE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FELLOWS, EUGENE P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FELLOWS, GERALD F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FELTON, GARY L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FELTS, JACK R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FENCHEL, BILL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FENCHEL, JACK L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FENDERSON, WILLIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FENKER, FRANK J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FENNELL, HOWARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FENTRESS, PAUL M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERENC, RONALD S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERENC, RONALD S, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERENCE, WILLIAM L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERENCHAK, JOHN J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, EVELYN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, JAMES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, JOHN B, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, JOHN, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, PETER, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, RAY C, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, ROGER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERGUSON, WALTER L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERN, JAMES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERN, JAMES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERN, WILLIAM, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERRAND, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068  WILSON, THOMAS M, FERRARI, JULIUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

**Exhibit 3 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 21068 | WILSON, THOMAS M, FERRARINI, SILVIO A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERREBEE, EDGAR R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRELL, DALLAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRELL, FREDDIE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRELL, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRELL, JOSEPH H, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRELL, JOSEPH H, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRERI, NICK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRIS, LAURA R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRIS, LAURA R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRIS, WENZEL D, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRIS, WENZEL D, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRITTO, THOMAS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FERRY, SR, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FESS, CRAIG S, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FETKO, BILL, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FETZER, BENNY W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FETZER, CLYDE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FEW, LAWRENCE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FICARRA, ELISEUS, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FICKES, HAROLD E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FICORILLI, JOSEPH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FICORILLI, JOSEPH, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FIDDLER, JAMES R, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FIDLER, LARRY L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FIELD, LAWRENCE W, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FIELDS, CHARLES J, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FIELDS, CHARLES R, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FIELDS, CHARLES, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |
| 21068 | WILSON, THOMAS M, FIELDS, CHARLES, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 |

**Exhibit 3 - WR PI Grace Mailing**

Svc Lst  Name and Address of Served Party

21068   WILSON, THOMAS M, FIELDS, EWING F, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIELDS, EWING F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIELDS, ROBERT L, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIELDS, ROBERT L, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIELDSON, RICHARD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIELY, EDWIN A, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIFE, GEORGE W, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIFE, PHILIP, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIFE, PHILLIP, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIFE, PHILLIP, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIGLER, FRANCES P, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIKE, GEORGE F, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FIKES, JANIE M, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILACCIO, LOUIS J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILAKOSKI, STEVE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILBY, ROBERT, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILE, BERNARD A, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILE, CHARLES E, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILIMONUK, STEVE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILIP, WILLIAM, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILIPAS, MARK, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILIZETTI, JAMES C, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILIZETTI, LEO J, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FILLMORE, HAROLD M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FINAZZO, JOSEPH P, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FINCH, GEORGE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FINCH, SARAH, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FINCHAM, DOYLE, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FINCHMAN, DONALD, KELLEY & FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503

21068   WILSON, THOMAS M, FINCHUM, JR, JAMES M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503