IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Related to Docket Nos. 14597** |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER FOR ADJUDICATION OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

1. At the June 25, 2007 Omnibus Hearing, the Court and the parties involved discussed holding the argument on Debtors' Summary Judgment Motion re Canadian Limitations Period Objections [Docket No. 14597] ("Debtors' Canadian Summary Judgment Motion") on August 1, 2007. The Court directed the parties to discuss a schedule that would permit the argument date to take place on August 1, 2007.

2. The parties subsequently conferred and consulted and determined that more time was necessary before the argument could be held. The parties agreed that the argument on Debtors' Canadian Statute of Limitations Motion should be scheduled for September 10, 2007 at 9:00 a.m. until noon, the date previously set aside for an Asbestos PD Claims Status Conference, if necessary. The parties informed the Court of that date at the July 23, 2007 Omnibus Hearing.

3. Debtors have prepared the attached Scheduling Order to capture the scheduling of the September 10, 2007 argument date for Debtors' Canadian Summary Judgment Motion.

4. Debtors request that the Court enter the attached Scheduling Order at its earliest convenience.

Dated: August 10, 2007

        REED SMITH LLP
        James J. Restivo, Jr.
        Lawrence E. Flatley
        Douglas E. Cameron
        Traci S. Rea
        435 Sixth Avenue
        Pittsburgh, PA  15219
        (412) 288-3131

        and

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Lisa G. Esayian
        Janet S. Baer
        Samuel Blatnick
        200 East Randolph Drive
        Chicago, IL  60601
        (312) 861-2000

        and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession