IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 13th day of August, 2007, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**Certification of Counsel Regarding Scheduling Order for Adjudication of
Certain Asbestos Property Damage Claims.**

James E. O'Neill (Bar No. 4042)

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC  20007

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

**PD Claimants Overnight Service List**
Case No. 01-01139 (JKF)
Document No. 121006.2
21 – Overnight Delivery


*Overnight Delivery*
Gerald George, Esquire
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, CA 94105-2228

*Overnight Delivery*
Avrum J Rosen, Esquire
38 New St.
Huntington, NY 11743

*Overnight Delivery*
Robert C McCall, Esquire
Baggett McCall & Burgess
3006 Country Club Rd
Lake Charles, LA 70605

*Overnight Delivery*
Fred H Sutherland, Esquire
Beard & Sutherland
400 Travis St. Ste. 1610
Shreveport, LA 71101-5564

*Overnight Delivery*
William L Adams, Esquire
County Of Sonoma Office Of County
Counsel
575 Administration Dr Rm 105a
Santa Rosa, CA 95403

*Overnight Delivery*
Martin Dies, Esquire
Dies & Hile LLP
1601 Rio Grande Suite 330
Austin, TX 78701

*Overnight Delivery*
Jack A Grant, Esquire
Grant & Barrow
238 Huey P Long Ave.
Gretna, LA 70054

*Overnight Delivery*
Steven Mandelsberg, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, New York 10022

*Overnight Delivery*
Kenneth F Sills, Esquire
Hammonds & Sills Quad
1111 S. Foster Dr. Ste. C
Baton Rouge, LA 70806

*Overnight Delivery*
Steven E Crick, Esquire
Humphrey Farrington & McClain
221 W. Lexington Suite 400
Independence, MO 64051

*Overnight Delivery*
Joseph Digiuseppe, Esquire
Law Department City Of Philadelphia One
Parkway
1515 Arch St. 15th Flr.
Philadelphia, PA 19102

*Overnight Delivery*
Anne McGinness Kearse, Esquire
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464

*Overnight Delivery*
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel,
LLP
3 Mill Road, Suite 306A
Wilmington, DE  19806

*Overnight Delivery*
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel,
LLP
1617 John F. Kennedy Blvd.
One Penn Center, 19th Floor
Philadelphia, PA 19103-1895

*Overnight Delivery*
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
LLC
1037 Chuck Dawley Blvd. Bldg. A
Mount Pleasant, SC 29464

*Overnight Delivery*
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC
Headquarters Plaza
One Speedwell Ave
Morristown, NJ 07962

*Overnight Delivery*
(Counsel for Laborers Untion)
Richard L Stoper Jr. , Esquire
Susan L. Gragel, Esquire
Rotatori Bender Gragel Stoper & Alexander
Co LPA
800 Leader Bldg
526 Superior Ave E
Cleveland, OH 44114-1498

*Overnight Delivery*
Daniel A Speights, Esquire
Speights & Runyan
200 Jackson Ave East
Hampton, SC 29924

*Overnight Delivery*
Christopher D Loizides
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

*Overnight Delivery*
Peter Lee, Esquire
The Burlington Northern & Santa Fe
Railway
2500 Lou Menk Drive
Fort Worth, TX 76131

*Overnight Delivery*
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131