# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD

## APRIL 1, 2007 THROUGH JUNE 30, 2007

1.      Notice Planning –3.1 hours ($1,345.00)

During the Application Period, the Applicant researched source books on consumer behavior, reviewed documentation regarding constructive notice and attended to correspondence regarding hearing outcome on constructive notice issues.

664521