Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2007

Attachment B
To Fee Application

Summary of PwC's Fees By Professional
May 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $690.83 | 9.1 | $ 6,286.55 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 4.1 | $ 2,511.41 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 5.0 | $ 1,968.75 |
| Bradley D Hudson | Audit Senior Manager | 10 | Integrated Audit | $685.11 | 1.7 | $ 1,164.69 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 31.5 | $ 12,398.40 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $303.94 | 43.0 | $ 13,069.42 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 16.0 | $ 4,284.00 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 38.0 | $ 8,272.98 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $218.68 | 62.3 | $ 13,623.76 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 4.8 | $ 1,015.49 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 7.8 | $ 1,474.20 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.29 | 24.3 | $ 3,676.35 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $138.99 | 45.9 | $ 6,379.64 |
| Youhan Lee | Audit Associate | 1.5 | Integrated Audit | $152.87 | 7.0 | $ 1,070.09 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.62 | 77.0 | $ 9,133.74 |
| TOTAL | | | | | 377.5 | $ 86,329.47 |

{02411}

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals: 45    $ 7,528.01

Summary of PwC's Fees By Project Category:
May 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 45 | $7,528.01 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

{02411}

| | | | |
|---|---|---|---|
| 19-Tax Litigation | | | |
| 20-Travel- Non-working | | | |
| 21-Valuation | | | |
| 22-ZAI Science Trial | | | |
| 23-ZAI Science Trial- Expenses | | | |
| 24-Other | | | |
| 25-Accounting/Auditing | 377.5 | | $86,329.47 |
| 26-Business Analysis | | | |
| 27-Corporate Finance | | | |
| 28-Data Analysis | | | |
| TOTAL: | 422.5 | | $93,857.48 |

Expense Summary
May 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $302.21 |
| Lodging | N/A | $0 |
| Sundry | N/A | $0 |
| Business Meals | N/A | $293.68 |
| TOTAL: | | $595.89 |

{02411}