# EXHIBIT - A

**WR Grace and Co.**
Fee Application Preparation
Month ended May 31, 2007

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Stacy Berkowitz** | | | | |
| 5/23/2007 | 1.0 | Time to prepare invoices | $ 103.32 | $ 103.32 |
| 5/24/2007 | 1.0 | Time doing analysis of expenses | $ 103.32 | $ 103.32 |
| | **2.0** | | | |
| **Name: Melissa Noel** | | | | |
| 5/1/2007 | 1.5 | preparing fee application | $ 118.08 | $ 177.12 |
| 5/3/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 5/15/2007 | 3.0 | preparing fee application | $ 118.08 | $ 354.24 |
| 5/22/2007 | 3.0 | preparing fee application | $ 118.08 | $ 354.24 |
| 5/24/2007 | 2.0 | preparing fee application | $ 118.08 | $ 236.16 |
| 5/29/2007 | 2.0 | preparing fee application | $ 118.08 | $ 236.16 |
| | **12.5** | | | |
| **Name: Marvin de Guzman** | | | | |
| 5/11/2007 | 4.0 | Review of bankruptcy reports and timesheets | $ 303.94 | $ 1,215.76 |
| 5/15/2007 | 1.0 | Review of bankruptcy reports quarterly applications | $ 303.94 | $ 303.94 |
| 5/16/2007 | 2.0 | Review of bankruptcy reports quarterly applications | $ 303.94 | $ 607.88 |
| 5/17/2007 | 2.0 | Review of bankruptcy reports quarterly applications | $ 303.94 | $ 607.88 |
| | **9.0** | | | |
| **Name: Pamela Barkley** | | | | |
| 5/11/2007 | 4.0 | Working on the quarterly fee application | $ 217.71 | $ 870.84 |
| 5/22/2007 | 2.0 | Reviewing February fee application to the bankruptcy court | $ 217.71 | $ 435.42 |
| 5/22/2007 | 1.5 | Reviewing the March fee application to the bankruptcy court | $ 217.71 | $ 326.57 |
| | **7.5** | | | |
| **Name: Michael Noone** | | | | |
| 5/16/2007 | 1.0 | Tying fee and expense totals for quarterly fee application | $ 103.32 | $ 103.32 |
| 5/17/2007 | 2.0 | Tying fee and expense totals for quarterly fee application, editing and proof reading fee application documents. | $ 103.32 | $ 206.64 |
| | **3.0** | | | |
| **Name: Olga Zelenova** | | | | |
| 5/25/2007 | 4.0 | Analysis and time transfer schedule, reconciliation of unbillable time | $ 103.32 | $ 413.28 |
| | **4.0** | | | |
| **Name: Adam Lueck** | | | | |
| 5/16/2007 | 2.0 | I am reviewing February time spreadsheets for the bankruptcy authorization process. | $ 118.62 | $ 237.24 |
| | **2.0** | | | |
| **Name: Barry Buchholz** | | | | |
| 5/18/2007 | 5.0 | Time to prepare application fee | $ 103.32 | $ 516.60 |
| | **5.0** | | | |
| | | | | $ 7,528.01 |
| **Totals** | **45.0** | Total Grace Time Tracking Charged Hours | | |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $690.83 | 9.1 | $ 6,286.55 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 4.1 | $ 2,511.41 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 5.0 | $ 1,968.75 |
| Bradley D Hudson | Audit Senior Manager | 10 | Integrated Audit | $685.11 | 1.7 | $ 1,164.69 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 31.5 | $ 12,398.40 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $303.94 | 43.0 | $ 13,069.42 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 16.0 | $ 4,284.00 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 38.0 | $ 8,272.98 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $218.68 | 62.3 | $ 13,623.76 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 4.8 | $ 1,015.49 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 7.8 | $ 1,474.20 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.29 | 24.3 | $ 3,676.35 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $138.99 | 45.9 | $ 6,379.64 |
| Youhan Lee | Audit Associate | 1.5 | Integrated Audit | $152.87 | 7.0 | $ 1,070.09 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.62 | 77.0 | $ 9,133.74 |
| | | TOTAL | | | 377.5 | $ 86,329.47 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: William T. Bishop, Jr.** | | |
| 5/2/2007 | 2.0 | Review audit committee and board meeting packages |
| 5/3/2007 | 1.5 | Attend audit committee meeting |
| 5/3/2007 | 1.0 | Attend audit committee preparation meeting with B Tarola, B Kenny, E Bull, B Dockman (Grace), C |
| 5/6/2007 | 0.3 | Review revised draft of Form 10-Q |
| 5/7/2007 | 2.7 | Review quarter review file |
| 5/18/2007 | 1.0 | Discuss audit planning with P Barkley (PwC) |
| 5/31/2007 | 0.6 | Discuss current issues with B Tarola (Grace) |
| | **9.1** | **Total Grace Integrated Audit Charged Hours** |
| | **9.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: John Newstead** | | |
| 5/1/2007 | 0.9 | review of planning documents |
| 5/3/2007 | 0.7 | consideration of budget in relation to regulatory changes |
| 5/9/2007 | 1.5 | review of budget estimates and approach |
| 5/30/2007 | 0.6 | emails regarding testing approach |
|  | 0.4 | conversation with J Van Wyk PwC re client meetings |
|  | **4.1** | **Total Grace Integrated Audit Charged Hours** |
|  | **4.1** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended May 31, 2007

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name: Bonnie Shub-Gayer**

| 5/1/2007 | 2.5 | Grace FIN 48 work |
| 5/2/2007 | 2.5 | Grace FIN 48 work |

| | 5.0 | Total Grace Integrated Audit Charged Hours |

| | 5.0 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended May 31, 2007

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Bradley Hudson** | | |
| 5/17/2007 | 1.5 | Performed technical research on proper segment reporting |
| 5/24/2007 | 0.2 | Discussed proper segment reporting with Doug Parker - Senior Manager |
| | **1.7** | Total Grace Integrated Audit Charged Hours |
| | **1.7** | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Douglas Parker** | | |
| 5/3/2007 | 3.0 | Prepare for and attend Grace Audit Committee meeting |
| 5/3/2007 | 1.0 | Review 1Q 2007 From 10-Q |
| 5/8/2007 | 4.0 | Review 2006 control matrices |
| 5/11/2007 | 1.5 | Meeting with Grace IA regarding 2007 404 planning (E. Bull) |
| 5/11/2007 | 3.5 | Review 2006 control matrices |
| 5/11/2007 | 2.0 | Review of staff work - quarterly review procedures and analytics |
| 5/11/2007 | 1.0 | Review of inter-office correspondence |
| 5/14/2007 | 2.5 | 2007 audit planning |
| 5/17/2007 | 5.0 | 2007 audit planning |
| 5/23/2007 | 2.0 | Correspondence with PwC Germany regarding 2007 audit |
| 5/25/2007 | 1.0 | 2007 audit planning |
| 5/29/2007 | 3.5 | 2007 audit planning |
| 5/31/2007 | 1.5 | 2007 audit planning |
| | **31.5** | **Total Grace Integrated Audit Charged Hours** |
| | **31.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Marvin deGuzman** | | |
| 5/1/2007 | 1.0 | Drafting and review of management representation letter for Q1 |
| 5/1/2007 | 7.0 | Review of 1st quarter work |
| 5/2/2007 | 2.0 | Review and coordination of review on the latest draft of the 10Q |
| 5/2/2007 | 7.0 | Review of 1st quarter work |
| 5/3/2007 | 2.0 | Review of 1Q review opinion and other letters to be signed of by management |
| 5/3/2007 | 6.0 | Review of 1st quarter work |
| 5/7/2007 | 8.0 | Review of 1st quarter database |
| 5/8/2007 | 8.0 | Review of 1st quarter database |
| 5/9/2007 | 2.0 | Review and archiving of 1st quarter database |
|  | **43.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **43.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Daniel Spratt** | | |
| 5/1/2007 | 3.0 | Tax provision review documentation. |
| 5/2/2007 | 3.0 | Tax provision review documentation. |
| 5/3/2007 | 3.0 | Tax provision review documentation. |
| 5/7/2007 | 4.0 | Tax provision review documentation. |
| 5/8/2007 | 3.0 | Tax provision review documentation. |
| | **16.0** | **Total Grace Integrated Audit Charged Hours** |
| | **16.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Pamela Barkley** | | |
| 5/7/2007 | 2.0 | Reading through the 10-Q for the first quarter |
| | 2.0 | Reviewing steps in the database for 1st Quarter |
| | 2.5 | Working on SAP to SOAR binder tie out |
| 5/8/2007 | 2.0 | Reviewing steps in the database |
| | 2.0 | Reviewing and working on the Audit Strategy memo for 2007 audit |
| 5/9/2007 | 2.0 | Reviewing the Control matrices |
| | 2.0 | Reviewing the international letter guidance |
| | 2.0 | Reviewing the 1st Quarter database |
| 5/10/2007 | 1.0 | Putting together a list of international partner contact list |
| | 1.0 | Putting together the first quarter external binder |
| | 2.0 | Working on international letter |
| 5/11/2007 | 1.0 | Reviewing key controls to be tested |
| 5/21/2007 | 2.0 | Preparing audit strategy memo |
| | 1.0 | Preparing the 2Q database |
| | 1.0 | Preparing a budget for the grace audit |
| 5/22/2007 | 0.5 | Reading the bankruptcy news report |
| 5/23/2007 | 1.0 | Reading through the realignment of the segment groups |
| | 2.0 | Reading guidance on AS 5 |
| | 1.0 | Reviewing key controls for high, medium, low risk |
| 5/24/2007 | 2.0 | Working on the Grace reconciliation for 2005 audit |
| | 2.0 | Working on key controls for high, medium, low risk |
| 5/25/2007 | 2.0 | Reviewing the reconciliation from R.Niece (PwC) on the 2005 audit fee |
| | 2.0 | Working on a Grace budget for the 2007 audit |
| | **38.0** | **Total Grace Integrated Audit Charged Hours** |
| | **38.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Maria Afuang** | | |
| 5/1/2007 | 0.8 | Discuss with Dena Nolte (Grace) regarding inventory analytics |
| | 1.9 | Review memo on state college severance |
| | 2.9 | Review inventory worldwide analytics |
| | 3.4 | Document LIFO Calculation in the database |
| 5/2/2007 | 0.8 | Review list of contracts and contact legal department to arrange meeting |
| | 2.1 | Document completion steps in the database |
| | 6.1 | Document Inventory analytics |
| 5/3/2007 | 0.3 | Discuss with Trent Walkeltt (Grace) regarding follow up question on inventory |
| | 0.4 | Review QRP checklist |
| | 3.1 | Document summary of significant matters in the database |
| | 1.9 | Review first quarter contracts |
| | 3.3 | Research on Davison LIFO effect and document in the database |
| 5/4/2007 | 0.3 | Follow up with Salena Anderson (Grace) regarding adjustments in prior year |
| | 1.5 | Review revised draft of 10-Q |
| | 2.8 | Document results of contracts testing |
| | 3.4 | Document pension tie out |
| 5/7/2007 | 3.9 | Document completion steps in the database |
| | 0.4 | Update open items list |
| | 4.1 | Review audit committee package and document in the database |
| | 0.9 | Discuss with Tom Dyer (Grace) regarding open items |
| 5/8/2007 | 2.2 | Finalize Pension documentation in the database |
| | 3.1 | Finalize documentation of State College Severance |
| | 0.5 | Discuss with Tom Dyer (Grace) regarding subsequent events |
| | 4.2 | Finalize Pension tie out in the 10-Q |
| 5/9/2007 | 2.0 | Review external workpapers |
| | 4.0 | Arrange external loose files |
| | 1.5 | Review final draft of 10-Q |
| | 0.5 | Follow up with Tom Dyer (Grace) on the 10-Q |
| | **62.3** | **Total Grace Integrated Audit Charged Hours** |
| | **62.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Cindy Y Chen** | | |
| 5/17/2007 | 4.8 | Meeting with Shrini Vanga (WR Grace) and G. Covenington (WR Grace) to perform walkthough for the implementation of SAP version 5. |
| | 4.8 | **Total Grace Integrated Audit Charged Hours** |
| | 4.8 | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Mohamed Yasin** | | |
| 5/1/2007 | 2.0 | FY 2007 Q1 Foreign Tax Provision and FIN 48 |
| 5/2/2007 | 1.8 | FY 2007 Q1 Foreign Tax Provision and FIN 48 |
| 5/3/2007 | 4.0 | FY 2007 Q1 Foreign Tax Provision and FIN 48 |
| | 7.8 | Total Grace Integrated Audit Charged Hours |
| | 7.8 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Erica Margolius** | | |
| 5/1/2007 | 2.5 | Review foreign balance sheet fluctuation responses. |
| 5/1/2007 | 1.0 | Email M. Sheltnitz, Grace, on Brazil entity balance sheet fluctuation. Review response and update documentation accordingly. |
| 5/1/2007 | 3.0 | Complete documentation of analytical procedures, including worldwide Davison analytics, foreign balance sheet analytics, and consolidated trial balance analytical procedures. |
| 5/1/2007 | 1.5 | Complete corporate trial balance analytical procedures. |
| 5/2/2007 | 1.0 | Create and document the first quarter quality review partner checklist. |
| 5/2/2007 | 0.5 | Address notes in the database. |
| 5/4/2007 | 2.0 | Review Q2 legal letter. Draft comments and send to D. Armstrong, Grace, to update and complete final legal letter. |
| 5/6/2007 | 3.0 | Perform review of FIN 48 schedules. Create critical matter document. Begin documenting in step. |
| 5/7/2007 | 1.0 | Document responess to questions on meeting minutes for the first quarter. |
|  | 1.0 | Perform review of interest expense. |
| 5/8/2007 | 3.0 | Complete FIN 48 critical matter and documentation in the database. |
|  | 2.0 | Complete FIN 48 step and documentation in the database. |
| 5/8/2007 | 0.5 | Coordinate completion of FIN 48 step by tax team. |
| 5/9/2007 | 1.0 | Obtain signed legal letter from D. Armstrong, Grace. Document in database, create external workpaper, and mark completed. |
| 5/29/2007 | 1.0 | Update 2007 Independence database for PwC SPA team. |
| 5/31/2007 | 0.3 | Perform search to locate 1994 Puerto Rico Darex file. |
|  | **24.3** | **Total Grace Integrated Audit Charged Hours** |
|  | **24.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Linda Keorlet** | | |
| 5/1/2007 | 1.0 | Review net investment hedge documentation received from Grace originating from Bank of America and update documentation |
|  | 5.5 | Complete Grace first quarter disclosure checklist |
| 5/2/2007 | 0.9 | Perform tie out of Management's Discussion & Analysis section of 10Q - Description of Core Business - draft #3 |
|  | 1.2 | Perform tie out of Management's Discussion & Analysis section of 10Q - Voluntary Filing - draft #3 |
|  | 0.6 | Perform tie out of Management's Discussion & Analysis section of 10Q - Critical Estimates - draft #3 |
|  | 1.1 | Perform tie out of Management's Discussion & Analysis section of 10Q - Summary Financial Information - draft #3 |
|  | 2.4 | Perform tie out of Management's Discussion & Analysis section of 10Q - Grace Overview - draft #3 |
|  | 2.8 | Perform tie out of Management's Discussion & Analysis section of 10Q - Operating Segment Overview - draft #3 |
| 5/3/2007 | 1.2 | Perform tie out of Management's Discussion & Analysis section of 10Q - Noncore Liabilities - draft #3 |
|  | 1.5 | Perform tie out of Management's Discussion & Analysis section of 10Q - Plan of Reorganization - draft #3 |
|  | 2.0 | Perform tie out of Management's Discussion & Analysis section of 10Q - Proforma - draft #3 |
|  | 1.8 | Perform tie out of Management's Discussion & Analysis section of 10Q - Financial Condition - draft #3 |
| 5/4/2007 | 1.6 | Perform tie out of Management's Discussion & Analysis section of 10Q - Analysis of Cash Flows - draft #3 |
|  | 1.4 | Perform tie out of Management's Discussion & Analysis section of 10Q - Item 3 - draft #3 |
|  | 1.5 | Prepare opinion, letter to CEO, and consent for filing using templates for first quarter |
| 5/7/2007 | 6.9 | Update tie out of draft #3 for changes made in draft #4 - Management's Discussion & Analysis section |
| 5/8/2007 | 0.7 | Review and update open items list for first quarter review |
|  | 1.0 | Rename Q1 database in system to reflect review work performed |
|  | 0.3 | Review factiva news articles on WR Grace |
|  | 1.0 | Discuss FCC contract with D.Nolte (Grace) |
|  | 4.0 | Follow-up on all changes to first quarter 10Q, ensure tie-out is complete and all support is correctly filed |
|  | 1.5 | Review and document client prepared financial disclosure checklist |
| 5/11/2007 | 4.0 | Ensure all tie out notes and tickmarks are transferred to final version for archive |
|  | **45.9** | **Total Grace Integrated Audit Charged Hours** |
|  | **45.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Youhan Lee** | | |
| 5/16/2007 | 1.0 | Preparing Meeting agenda and reviewing SAP Upgrade Project plan |
| 5/17/2007 | 1.5 | Meeting with Cindy(PWC), Srini Vanga (Grace) and Greg Covington (Grace) for SAP Upgrade meeting. |
| 5/17/2007 | 1.5 | Compiling Request list for SAP Upgrade Testing |
| 5/29/2007 | 3 | Preparing SAP Upgrade (ITGC DEV Step) and Controls Testing Matrix |
| | **7.0** | **Total Grace Integrated Audit Charged Hours** |
| | **7.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Adam Lueck** | | |
| 5/1/2007 | 6.0 | I am reviewing earning per share and weighted average shares calculations. |
| | 4.0 | I am reviewing interest expense calculations and documenting the results. |
| 5/2/2007 | 3.0 | I am testing core and noncore costs. |
| | 3.0 | I am documenting the results of the Core and noncore costs review. |
| | 1.0 | I am testing and documenting the results of the Davison revenues review. |
| 5/3/2007 | 3.0 | I am testing and documenting the results of the Davison accounts receivable review. |
| | 3.0 | I am testing and documenting the results of the Davison revenues review. |
| | 2.0 | I am tieing out the 10Q. |
| | 1.0 | I am meeting with Dena Nolte (Grace) and Larry Marchman (Grace) regarding Davison revenues and accounts receivable. |
| 5/4/2007 | 1.0 | I am updating the Davison accounts receivable review. |
| | 4.0 | I am testing and documenting the results of the Davison revenues review. |
| | 3.0 | I am tieing out the 10Q. |
| 5/6/2007 | 2.0 | I am updating the Davison revenues review. |
| | 0.5 | I am updating the non-core expense review. |
| | 0.5 | I am tieing out the 10Q. |
| 5/7/2007 | 5.0 | I am tieing out the 10Q. |
| | 4.0 | I am updating documentation in response to notes provided by audit team members |
| 5/8/2007 | 9.0 | I am tieing out the 10Q. |
| 5/9/2007 | 5.0 | I am tieing out the 10Q. |
| 5/10/2007 | 8.0 | I am tieing out the 10Q. |
| 5/11/2007 | 4.0 | I am researching W.R. Grace company locations and company codes and updating the Grace's SOAR Trial Balance with the information. |
| 5/13/2007 | 0.5 | I am researching W.R. Grace company locations and company codes and updating the Grace's SOAR Trial Balance with the information. |
| 5/14/2007 | 0.5 | I am researching German standards regarding Accounts Receivable write-offs in response to a request by Larry Marchman (Grace). |
| 5/16/2007 | 3.0 | I am researching German standards regarding Accounts Receivable write-offs in response to a request by Larry Marchman (Grace). |
| 5/29/2007 | 1.0 | I am reviewing Grace control matrices in preparation for the 2007 integrated audit. |
| | **77.0** | **Total Grace Integrated Audit Charged Hours** |
| | **77.0** | **Total Hours** |