# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 5/3/07 | $ 18.00 | | | | Parking in Washington, D.C. for audit committee meeting |
| | Integrated Audit | 5/31/07 | | | | $ 46.44 | Audit team lunch at Michael's Pub - M Hornbeck and A Lueck (PwC) |
| George B. Baccash | Integrated Audit | 4/8/07 | | | | $ 29.97 | Lunch Attendees: Alan Gibbons, WR Grace, Bonnie Shub-Gayer, Dan Sprait, George Baccash. To discuss QI disclosures and transfer pricing issues. Location: Millers Boca Ale House in Boca Raton FL |
| | | 4/16/07 | | | | $ 28.27 | Lunch Attendees: Alan Gibbons, WR Grace, Bonnie Shub-Gayer, Dan Sprait, George Baccash. To discuss QI disclosures and transfer pricing issues. Location: 5 Spice in Boca Raton FL |
| Marvin de Guzman | Integrated audit | 5/1/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles - 8 miles*.485) |
| | Integrated audit | 5/2/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles - 8 miles*.485) |
| | Integrated audit | 5/3/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles - 8 miles*.485) |
| | Integrated audit | 5/7/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles - 8 miles*.485) |
| | Integrated audit | 5/10/07 | | | | $ 147.00 | Meals with the audit team with Doug Parker, Jo Aluang, etc. |
| | Integrated audit | 5/11/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles - 8 miles*.485) |
| Maria J Aluang | Integrated audit | 5/1/07 | $ 9.70 | | | | Mileage in excess of normal commute ((52-32)*.485) |
| | Integrated audit | 5/2/07 | $ 9.70 | | | | Mileage in excess of normal commute ((52-32)*.485) |
| | Integrated audit | 5/3/07 | $ 9.70 | | | | Mileage in excess of normal commute ((52-32)*.485) |
| | Integrated audit | 5/4/07 | $ 9.70 | | | | Mileage in excess of normal commute ((52-32)*.485) |
| | Integrated audit | 5/7/07 | $ 9.70 | | | | Mileage in excess of normal commute ((52-32)*.485) |
| | Integrated audit | 5/8/07 | $ 9.70 | | | | Mileage in excess of normal commute ((52-32)*.485) |
| | Integrated audit | 5/9/07 | $ 9.70 | | | | Mileage in excess of normal commute ((52-32)*.485) |
| Youhan Lee | Integrated Audit | 5/17/07 | $ 36.86 | | | | Mileage for travel to client minus normal commute; Vienna to Columbia |
| Adam Lueck | Integrated Audit | 5/12/2007 | | | | $ 43.00 | Expenses incurred for W.R. Grace audit team lunch. |
| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | $ 595.89 | $ 302.21 | $ - | $ - | $ 293.68 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended May 31, 2007**

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 5/3/07 | Audit Partner | $ 18.00 | Parking in Washington, D. C. for audit committee meeting |
| | 5/31/07 | Audit Partner | $ 45.44 | Audit team lunch at Michael's Pub – M Hornbeck and A Lueck (PwC) |
| | | | $ 63.44 | |
| George B Baccash | 4/9/07 | Tax Partner | $ 29.97 | Lunch Attendees: Alan Gibbons, WR Grace. Bonnie Shub-Gayer, Dan Spratt, George Baccash. To discuss Q1 disclosures and transfer pricing issues. Location: Millers Boca Ale House in Boca Raton FL |
| | 4/16/07 | Tax Partner | $ 28.27 | Lunch Attendees: Alan Gibbons, WR Grace. Bonnie Shub-Gayer, Dan Spratt, George Baccash. To discuss Q1 disclosures and transfer pricing issues. Location: 5 Spice in Boca Raton FL |
| | | | $ 58.24 | |
| Marvin de Guzman | 5/1/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 5/2/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 5/3/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 5/7/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 5/10/07 | Audit Manager | $ 147.00 | Meals with the audit team with Doug Parker, Jo Afuang, etc. |
| | 5/11/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | $ 326.45 | |
| Maria J Afuang | 5/1/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute ((52-32)*.485) |
| | 5/2/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute ((52-32)*.485) |
| | 5/3/07 | Audit Senior Associate | $ 9.70 | Mileage in excess of normal commute ((52-32)*.485) |
| | 5/4/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute ((52-32)*.485) |
| | 5/7/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute ((52-32)*.485) |
| | 5/8/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute ((52-32)*.485) |
| | 5/9/07 | Audit Senior Associate | $ 9.70 | Mileage in excess of normal commute ((52-32)*.485) |
| | | | $ 67.90 | |
| Youhan Lee | 5/17/07 | Audit Manager | $ 36.86 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | | | $ 36.86 | |
| Adam Lueck | 5/1/2007 | Audit Associate | $ 43.00 | Expenses incurred for W.R. Grace audit team lunch. |
| | | | $ 43.00 | |
| | | Grand Total | $ 595.89 | |