**Attachment B**
**To Fee Application**

Summary of PwC's Fees By Professional
June 2007

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 10.5 | $ 7,193.66 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 2.8 | $ 1,715.11 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 2.0 | $ 1,176.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 1.0 | $ 393.75 |
| Tim Dreyer | Director | 35 | Integrated Audit | $519.75 | 2.0 | $ 1,039.50 |
| Bradley D Hudson | Audit Senior Manager | 10 | Integrated Audit | $685.12 | 0.6 | $ 411.07 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 20.0 | $ 7,872.00 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $285.36 | 0.5 | $ 142.68 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 6.0 | $ 1,606.50 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 73.5 | $ 16,001.69 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $147.60 | 8.0 | $ 1,180.80 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.29 | 10.8 | $ 1,633.93 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.08 | 4.0 | $ 472.32 |
| Ovais Anwar | Intern | <1 | Integrated Audit | $88.56 | 2.5 | $ 221.40 |
| | | | TOTAL | | 144.2 | $ 41,060.41 |

{02411}

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 35.3 | $ 4,173.84 |

## Summary of PwC's Fees By Project Category:
### June 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 35.3 | $4,173.84 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

{02411}

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 144.2 | $41,060.41 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 179.5 | $45,234.25 |

Expense Summary
June 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $38.80 |
| Lodging | N/A | $0 |
| Sundry | N/A | $21.00 |
| Business Meals | N/A | $187.36 |
| TOTAL: | | $247.16 |

{02411}