# EXHIBIT- A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended June 30, 2007**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| FEE APPLICATION PREPARATION | | | | |
| **Name: Stacy Berkowitz** | | | | |
| 6/8/2007 | 0.5 | time sheet discrepancies | $ 101.03 | $ 50.52 |
| 6/11/2007 | 1.0 | invoices and cash application spreadsheets | $ 101.03 | $ 101.03 |
| 6/12/2007 | 1.0 | invoices and analysis including running reports | $ 101.03 | $ 101.03 |
| 6/20/2007 | 0.5 | josef van wyke expense analysis | $ 101.03 | $ 50.52 |
| 6/21/2007 | 0.3 | josef van wyke expense analysis | $ 101.03 | $ 30.31 |
| | 3.3 | | | |
| **Name: Melissa Noel** | | | | |
| 6/4/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 6/6/2007 | 3.0 | preparing fee application | $ 118.08 | $ 354.24 |
| 6/7/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 6/11/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 6/12/2007 | 2.0 | preparing fee application | $ 118.08 | $ 236.16 |
| 6/14/2007 | 1.5 | preparing fee application | $ 118.08 | $ 177.12 |
| 6/18/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 6/19/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 6/21/2007 | 1.5 | preparing fee application | $ 118.08 | $ 177.12 |
| 6/22/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 6/25/2007 | 1.0 | preparing fee application | $ 118.08 | $ 118.08 |
| 6/26/2007 | 4.0 | preparing fee application | $ 118.08 | $ 472.32 |
| 6/27/2007 | 2.0 | preparing fee application | $ 118.08 | $ 236.16 |
| | 21.0 | | | |
| **Name: Pamela Barkley** | | | | |
| 6/12/2007 | 2.0 | Working on time reporting for April | $ 217.71 | $ 435.42 |
| | 2.0 | | | |
| **Name: Olga Zelenova** | | | | |
| 6/1/2007 | 1.0 | WBS 261265001, Time analysis for time transfer | $ 103.32 | $ 103.32 |
| 6/5/2007 | 2.0 | WBS 261265001,LOS time transfer appoval form and analysis | $ 103.32 | $ 206.64 |
| 6/15/2007 | 3.0 | WBS 261265001,processed time transferes | $ 103.32 | $ 309.96 |
| | 6.0 | | | |
| **Name: Menefee Bagnal** | | | | |
| 6/28/2007 | 1.0 | Year end processing reporting for WR Grace. | $ 103.32 | $ 103.32 |
| | 1.0 | | | |
| **Name: Nicolette Bouwer** | | | | |
| 6/8/2007 | 1.5 | Update the Time Transfer Schedule required to submit to LoS Finance for their review and approval before processing the transactions in GFS. | $ 101.05 | $ 151.58 |
| 6/15/2007 | 0.5 | Update and finalize draft invoices regarding February 2007 and March 2007 in GFS. | $ 101.05 | $ 50.53 |
| | 2.0 | | | |
| **Totals** | 35.3 | **Total Grace Time Tracking Charged Hours** | | $ 4,173.84 |

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended June 30, 2007**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 10.5 | $ 7,193.66 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 2.8 | $ 1,715.11 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 2.0 | $ 1,176.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 1.0 | $ 393.75 |
| Tim Dreyer | Director | 35 | Integrated Audit | $519.75 | 2.0 | $ 1,039.50 |
| Bradley D Hudson | Audit Senior Manager | 10 | Integrated Audit | $685.12 | 0.6 | $ 411.07 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 20.0 | $ 7,872.00 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $285.36 | 0.5 | $ 142.68 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 6.0 | $ 1,606.50 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 73.5 | $ 16,001.69 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $147.60 | 8.0 | $ 1,180.80 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.29 | 10.8 | $ 1,633.93 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.08 | 4.0 | $ 472.32 |
| Ovais Anwar | Intern | <1 | Integrated Audit | $88.56 | 2.5 | $ 221.40 |
| | | TOTAL | | | 144.2 | $ 41,060.41 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: William T. Bishop, Jr.** | | |
| 6/12/2007 | 0.8 | Discuss audit status and planning with D Parker and P Barkley (PwC) |
| 6/12/2007 | 0.7 | Discuss bankruptcy status with B Tarola (Grace) |
| 6/14/2007 | 0.7 | Discuss Grace's project status related to XBRL financial statement reporting with T Dyer, K Blood (Grace), D Parker and P Barkley (PwC) |
| 6/14/2007 | 1.3 | Read background information relating to XBRL financial statement reporting |
| 6/14/2007 | 1.0 | Discuss XBRL project plan with D Parker and P Barkley (PwC) |
| 6/14/2007 | 1.0 | Discuss audit issues with D Parker (PwC) |
| 6/18/2007 | 1.0 | Discuss XBRL attestation with D Sharpe, N Miller, D Parker, P Barkley and E Margolius (PwC) |
| 6/20/2007 | 2.0 | Read asbestos liability estimation reports |
| 6/22/2007 | 0.5 | Discuss asbestos estimation process with B Tarola (Grace) |
| 6/25/2007 | 0.5 | Discuss engagement planning with P Barkley (PwC) |
| 6/25/2007 | 0.5 | Read Bankruptcy News |
| 6/27/2007 | 0.5 | Discuss audit issues with D Parker (PwC) |
| | **10.5** | **Total Grace Integrated Audit Charged Hours** |
| | **10.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: John Newstead** | | |
| 6/13/2007 | 1.1 | gaining an understanding of the SAP upgrade |
| 6/20/2007 | 0.6 | emails related to planning |
| 6/22/2007 | 1.1 | planning meeting with J Van Wyk (pwc) |
| | **2.8** | **Total Grace Integrated Audit Charged Hours** |
| | **2.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: George Baccash** | | |
| **6/26/2007** | 2.0 | Lunch meeting to discuss Q2 Planning with Alan Gibbons, VP Tax, Elyse Falon, Sr. VP Tax from WR Grace and from PwC: Bonnie Shub-Gayer, Director and Danier Spratt, Manager. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Bonnie Shub-Gayer** | | |
| 6/26/2007 | 1.0 | WR Grace - Meeting with the client |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Tim Dreyer** | | |
| 6/27/2007 | 2.0 | review of complex accrued interest charges for both over payment and underpayment interest on a number of open year Internal Revenue Service audits. This review was requested by Alan Gibbons. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Bradley Hudson** | | |
| 6/4/2007 | 0.5 | Discussed proper segment reporting with Doug Parker - Senior Manager |
| 6/13/2007 | 0.1 | Discussed proper segment reporting with Doug Parker - Senior Manager |
| | **0.6** | **Total Grace Integrated Audit Charged Hours** |
| | **0.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Douglas Parker** | | |
| 6/7/2007 | 2.0 | 2007 audit planning including risk assessment and scoping |
| 6/11/2007 | 1.0 | Review 2006 summary plan and results forms |
| 6/12/2007 | 1.5 | Review 2006 summary plan and results forms |
| 6/13/2007 | 3.5 | Review 1Q SOAR and location / significant account scopings |
| 6/13/2007 | 2.5 | Detailed review of SPA assignments and test plan |
| 6/14/2007 | 1.5 | Meeting with Grace regarding windfall tax benefit accounting (Dockman; Dyer; Gibbons; Russell) |
| 6/14/2007 | 3.5 | Research and evaluate tax matters associated with option exercises |
| 6/18/2007 | 1.0 | Internal PwC meeting to discuss 2007 planning (Barkley; de Guzman) |
| 6/18/2007 | 1.0 | 2007 audit planning including risk assessment and scoping |
| 6/19/2007 | 1.5 | 2Q 2007 planning / review of Chapter 11-related news |
| 6/20/2007 | 1.0 | 2007 audit planning including risk assessment and scoping |
| | **20.0** | **Total Grace Integrated Audit Charged Hours** |
| | **20.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Josef Van Wyk** | | |
| 6/22/2007 | 0.5 | Planning Meeting for WR Grace with Cindy Chen and John Newstead |
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Daniel Spratt** | | |
| 6/26/2007 | 6.0 | Tax provision meeting to discuss Q2 and year end planning at grace and follow up discussions with pwc tax. |
| | **6.0** | **Total Grace Integrated Audit Charged Hours** |
| | **6.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Pamela Barkley** | | |
| 6/11/2007 | 1.5 | Working on responsibility matrix for the 2007 audit |
| | 1.0 | Researching on the past audit of Puerto Rico Cairbe audit |
| | 0.5 | Reading the Grace Bankruptcy news |
| | 1.0 | Reading internal audit's report on Ajax, Canada |
| 6/12/2007 | 1.0 | Working on the responsibility matrix for the 2nd Quarter |
| | 1.0 | Working on the planning section of the 2nd quarter database |
| 6/13/2007 | 2.0 | Working on the planning section of the year end database |
| | 1.0 | Working on the planning section of the 2nd quarter |
| | 1.0 | Reviewing controls to test for 2007 audit |
| 6/14/2007 | 1.0 | Meeting with T.Dyer (Grace) |
| | 1.0 | Reading through the definitions of the XBRL coding |
| | 2.0 | Reviewing controls to test for 2007 audit |
| | 0.5 | Reviewing the Germany receivables issue |
| | 1.0 | Preparing the 2nd Quarter PBC Listing |
| | 2.0 | Reading through the Audit Committee Reporter |
| | 0.5 | Reviewing the 2nd Quarter Database |
| 6/18/2007 | 2.0 | Meeting on XBRL with T. Dyer (Grace) |
| | 1.0 | Reviewing the year end database |
| | 2.0 | Working the budget for the 2007 audit |
| | 1.0 | Reviewing the international letter to be sent out |
| | 2.0 | Working on the planning of the 2nd Quarter |
| 6/19/2007 | 2.0 | Review with O.Anwar (PwC) on the Grace Business |
| | 1.0 | Putting together the domestic engagement team contact listing |
| | 1.0 | Reviewing the independence database |
| | 2.0 | Reviewing the XBRL documents |
| | 1.0 | Preparing an engagement letter for the XBRL audit |
| | 1.0 | Working in the year end database |
| 6/20/2007 | 3.0 | Working in the planning section of the year end database |
| | 1.0 | Reviewing the new fraud risks for the planning of the audit |
| | 2.0 | Working on the international planning and matching it up with the SOAR report |
| | 1.0 | Putting together the international partners contact list |
| | 1.0 | Working on the budget for 2007 audit |
| 6/21/2007 | 2.0 | Reading on the XBRL reporting |
| | 1.0 | Researching the disposal of the washcoat business |
| | 3.0 | Working in the planning section of the year end database |
| 6/22/2007 | 2.0 | Meeting on XBRL to work on audit plan |
| | 2.0 | Reviewing the controls for 404 testing |
| | 1.0 | Reviewing the first quarter database |
| | 1.0 | Reviewing factiva articles for the 2nd quarter |
| | 2.0 | Working on planning for the 2007 audit |
| 6/25/2007 | 0.5 | Reading the bankruptcy news report |
| | 3.0 | Reviewing the flow charts and matrices of controls testing |
| | 2.0 | Working on the planning section of the database |
| | 2.5 | working on the planning for the 2007 audit |
| 6/26/2007 | 2.0 | Researching FAS 144 and severance accounting |
| | 1.0 | Researching LIFO reserve |
| | 1.0 | Working on the 2nd quarter planning section |
| 6/28/2007 | 2.0 | Reading through the Washcoat contract |
| | 1.0 | Reading through the patent sale contract |
| | 2.5 | Working on the planning section of the year end database |
| | 73.5 | **Total Grace Integrated Audit Charged Hours** |
| | 73.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Nicole Heisler** | | |
| 6/6/2006 | 2.0 | gathering/requesting SAP upgrade information for testing over the D&I controls |
| 6/7/2007 | 3.0 | testing of SAP upgrade for the D&I controls |
| 6/8/2007 | 2.0 | testing of SAP upgrade for the D&I controls |
| 6/11/2007 | 1.0 | requesting SAP upgrade evidence for testing over the D&I controls |
| | **8.0** | **Total Grace Integrated Audit Charged Hours** |
| | **8.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Erica Margolius** | | |
| 6/1/2007 | 0.6 | Perform search to locate 1994 Puerto Rico Darex file. |
| 6/6/2007 | 0.8 | Perform search to locate 1994 Puerto Rico Darex file. |
| 6/7/2007 | 0.2 | Perform search to locate 1994 Puerto Rico Darex file. |
| 6/11/2007 | 0.2 | Review and provide D. Armstrong, Grace, Morrison & Foerster legal letter. |
| 6/14/2007 | 1.0 | Review client document request list for second quarter review. Send comments to P. Barkley, PwC. |
| 6/18/2007 | 2.5 | Create and deploy the second quarter Grace database. |
| 6/18/2007 | 2.5 | Build workplan for fiscal year 2007 year end Grace database. |
| 6/18/2007 | 0.5 | Continue to format year end 2007 WR Grace database. |
| 6/18/2007 | 1.5 | Perform research on XBRL in preparation for meeting. Participate in XBRL planning call with P. Barkley, D. Sharpe, D. Parker, and B. Bishop, PwC for Grace XBRL attestation. |
| 6/22/2007 | 1.0 | Participate in XBRL planning call with P. Barkley and D. Yorkavich, PwC, for Grace attestation. |
| | **10.8** | **Total Grace Integrated Audit Charged Hours** |
| | **10.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Adam Lueck** | | |
| 6/6/2007 | 1.0 | I am traveling to Baltimore to deposit Grace's December and January audit fees (50% travel time) |
| 6/21/2007 | 2.0 | I am updating the Q1 2007 Grace Trial Balance to include all company codes and company locations. |
| 6/25/2007 | 0.5 | I am meeting with Salena Anderson (Grace) regarding missing Grace company codes on the Q1 2007 Trial Balance. |
| 6/26/2007 | 0.2 | I am instrutcting Ovais Anwar (PwC) on creating PwC's international contact list |
| | 0.3 | I am reviewing PwC's international contact list prepared by Ovais Anwar (PwC). |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Ovais Anwar** | | |
| 6/19/2007 | 1.5 | I am researching WR Grace to obtain understanding of the company. |
| 6/20/2007 | 1.0 | I am updating contact list of Grace and PwC employees. |
| | **2.5** | **Total Grace Integrated Audit Charged Hours** |
| | **2.5** | **Total Hours** |