# EXHIBIT- B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 6/14/07 | | | | $ 99.86 | Audit team lunch at Michael's Pub - D Parker, P Barkley, M Hornbeck and A Lueck (PwC) |
| | Integrated Audit | 6/25/07 | | | | $ 87.50 | Audit team lunch at PF Chang - P Barkley, O Anwar, M Hornbeck and A Lueck (PwC) |
| Josef Van Wyk | Integrated audit | 6/22/07 | $ 38.80 | | | | Planning meeting for WR Grace with Cindy Chen and John Newstead |
| Pamela Barkley | Integrated Audit | 6/5/07 | | | $ 21.00 | | UPS overnight Charges to courts |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 247.16 | $ 38.80 | $ - | $ 21.00 | $ 187.36 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended June 30, 2007

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| **William T. Bishop** | 6/14/07 | Audit Partner | $ | 99.86 | Audit team lunch at Michael's Pub - D Parker, P Barkley, M Hornbeck and A Lueck (PwC) |
| | 6/25/07 | Audit Partner | $ | 87.50 | Audit team lunch at PF Chang - P Barkley, O Anwar, M Hornbeck and A Lueck (PwC) |
| | | | | $187.36 | |
| **Josef Van Wyk** | 6/22/07 | Audit Manager | $ | 38.80 | Planning meeting for WR Grace with Cindy Chen and John Newstead |
| | | | $ | 38.80 | |
| **Pamela Barkley** | 6/5/07 | Audit Senior Associate | $ | 21.00 | UPS overnight charges to courts |
| | | | $ | 21.00 | |