# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 21, 2007 | INVOICE: | 217961 |

MATTER:  CLAIMANTS COMMITTEE

| | | |
|---|---|---|
| c/o Peter Van N. Lockwood, Esq. | DATE: | June 21, 2007 |
| Caplin & Drysdale | MATTER: | 100055.WRG01 |
| One Thomas Circle | INVOICE: | 217961 |
| Washington, DC 20005 | | |

MATTER:  CLAIMANTS COMMITTEE                                           Robert M Horkovich

**PROFESSIONAL SERVICES through 05/31/07**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/02/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 4.20 |
| 05/08/07 | Reviewed and revised time entries. | W011 | ACS | 0.40 |
| 05/14/07 | Follow-up on billing issues. | W011 | ACS | 0.30 |
| 05/14/07 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 05/17/07 | Further revisions to time entries. | W011 | ACS | 0.20 |
| 05/18/07 | Finalized time entries and forwarded same to co-counsel. | W011 | ACS | 0.20 |
| 05/18/07 | Review, analysis and organization of case materials. | W001 | NJB | 1.00 |
| 05/21/07 | Review and comment upon fee applications. | W011 | RYC | 0.30 |
| 05/30/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 4.40 |

**TOTAL FEES:**                                                                                        $6,800.50

**FEE SUMMARY**

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 210.00 | 1.30 | 273.00 |
| Nicholas J Balsdon | 150.00 | 1.00 | 150.00 |
| Robert M Horkovich | 725.00 | 8.60 | 6,235.00 |
| Robert Y Chung | 475.00 | 0.30 | 142.50 |
| **TOTAL FEES:** | | | **$6,800.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                       MATTER:        100055.WRG01

June 21, 2007                                         INVOICE:           217961

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

ACTIVITY CODE: W001    Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Nicholas J Balsdon | 1.00 | 150.00 |
| **TOTAL:** | **1.00** | **150.00** |

ACTIVITY CODE: W011    Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 1.30 | 273.00 |
| Robert Y Chung | 0.30 | 142.50 |
| **TOTAL:** | **1.60** | **415.50** |

ACTIVITY CODE: W014    Hearing

|  | HOURS | TOTALS |
|---|---:|---:|
| Robert M Horkovich | 8.60 | 6,235.00 |
| **TOTAL:** | **8.60** | **6,235.00** |

**TOTAL LEGAL FEES**                                                    **$6,800.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                                 MATTER:     100055.WRG01

June 21, 2007                                                  INVOICE:         217961

**COSTS through 05/31/07**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/14/07 | LIBRARY & LEGAL RESEARCH - - VENDOR: American Express - 2006 Annual A&E special report, asbestos & environmental losses rose during 2005 as asbestos funding neared completion for I. Feldgreber (A.M. Best) | E124 | 151.73 |
| 05/14/07 | LIBRARY & LEGAL RESEARCH - - VENDOR: American Express - Custom report for I. Feldgreber | E124 | 1,200.00 |
| **TOTAL COSTS:** | | | **$1,351.73** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| LB | LIBRARY & LEGAL RESEARCH | 1,351.73 |
| | **TOTAL COSTS:** | **$1,351.73** |