```
Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                               HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
 04/10/07  Relles   / (07) Committee, Creditors'          1.9    807.50
 #5302     analyze withdrawals, email Wehner           425.00

 04/20/07  Relles   / (07) Committee, Creditors'          0.3    127.50
 #5345     telephone Wehner re: Rust "GAR" and "FAR" files 425.00

 04/24/07  Relles   / (07) Committee, Creditors'          0.5    212.50
 #5349     telephone Wehner re: Zaremby deposition     425.00
```

{D0087084.1 }

Date: 05/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 2

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 04/01/07 #5801 | Brelsford / (28) Data Analysis<br>standardize names for matching | 0.3<br>220.00 | 66.00 |
| 04/01/07 #5802 | Brelsford / (28) Data Analysis<br>standardize firms for matching | 0.4<br>220.00 | 88.00 |
| 04/02/07 #5803 | Brelsford / (28) Data Analysis<br>standardize names for matching | 0.5<br>220.00 | 110.00 |
| 04/02/07 #5804 | Brelsford / (28) Data Analysis<br>standardize firms for matching | 3.3<br>220.00 | 726.00 |
| 04/02/07 #5101 | Peterson  / (28) Data Analysis<br>review comments on KPMG epidemiological forecasts | 1.0<br>700.00 | 700.00 |
| 04/03/07 #5102 | Peterson  / (28) Data Analysis<br>review Bernick briefing materials | 0.6<br>700.00 | 420.00 |
| 04/03/07 #5103 | Peterson  / (28) Data Analysis<br>work on report | 2.7<br>700.00 | 1890.00 |
| 04/04/07 #5805 | Brelsford / (28) Data Analysis<br>standardize firms for matching | 2.8<br>220.00 | 616.00 |
| 04/04/07 #5104 | Peterson  / (28) Data Analysis<br>work on report | 4.7<br>700.00 | 3290.00 |
| 04/04/07 #5105 | Peterson  / (28) Data Analysis<br>review Grace response to motion on navigable<br>database | 1.1<br>700.00 | 770.00 |
| 04/05/07 #5106 | Peterson  / (28) Data Analysis<br>work on report | 3.9<br>700.00 | 2730.00 |
| 04/06/07 #5806 | Brelsford / (28) Data Analysis<br>standardize firms for matching | 2.5<br>220.00 | 550.00 |
| 04/06/07 #5107 | Peterson  / (28) Data Analysis<br>work on report | 5.9<br>700.00 | 4130.00 |
| 04/07/07 #5108 | Peterson  / (28) Data Analysis<br>work on report | 4.8<br>700.00 | 3360.00 |
| 04/09/07 #5301 | Relles    / (28) Data Analysis<br>review email from previous week | 0.6<br>425.00 | 255.00 |

Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 3

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/10/07 #5109 | Peterson  / (28) Data Analysis<br>review information on withdrawn claim: review Relles email re: Rust's coding of withdrawn claims and other issues | 1.1<br>700.00 | 770.00 |
| 04/10/07 #5110 | Peterson  / (28) Data Analysis<br>review PIQ, POC data | 1.8<br>700.00 | 1260.00 |
| 04/11/07 #5807 | Brelsford / (28) Data Analysis<br>telephone Relles re: crosstabs, firm standardization | 0.6<br>220.00 | 132.00 |
| 04/11/07 #5808 | Brelsford / (28) Data Analysis<br>run crosstabs on data files | 1.3<br>220.00 | 286.00 |
| 04/11/07 #5809 | Brelsford / (28) Data Analysis<br>standardize firms for matching | 0.3<br>220.00 | 66.00 |
| 04/11/07 #5810 | Brelsford / (28) Data Analysis<br>work on firms matching | 3.1<br>220.00 | 682.00 |
| 04/11/07 #5111 | Peterson  / (28) Data Analysis<br>telephone Relles (.3) re: judgments; review data on judgments (1.0) | 1.3<br>700.00 | 910.00 |
| 04/11/07 #5112 | Peterson  / (28) Data Analysis<br>work on report | 3.8<br>700.00 | 2660.00 |
| 04/11/07 #5113 | Peterson  / (28) Data Analysis<br>review alternative estimates of settlement values (2.3); telephone Relles (.3) re: same | 2.6<br>700.00 | 1820.00 |
| 04/11/07 #5303 | Relles   / (28) Data Analysis<br>telephone Brelsford re: matching | 0.6<br>425.00 | 255.00 |
| 04/11/07 #5304 | Relles   / (28) Data Analysis<br>receive and process updated data from Rust | 4.6<br>425.00 | 1955.00 |
| 04/11/07 #5305 | Relles   / (28) Data Analysis<br>telephone Peterson re: judgments | 0.3<br>425.00 | 127.50 |
| 04/11/07 #5306 | Relles   / (28) Data Analysis<br>retrieve judgment summaries data and send to Peterson | 0.3<br>425.00 | 127.50 |

```
Date: 05/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 4

            W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
04/11/07  Relles    / (28) Data Analysis                      0.3    127.50
#5307     telephone Peterson re: alternative estimates of   425.00
          settlement values

04/12/07  Brelsford / (28) Data Analysis                      0.8    176.00
#5811     work on firms matching                            220.00

04/12/07  Peterson  / (28) Data Analysis                      2.3   1610.00
#5114     telephone Relles re: review summary tables         700.00
          concerning Kirkland-Ellis list of Meso claims (.3);
          review tables (2.0)

04/12/07  Peterson  / (28) Data Analysis                      1.5   1050.00
#5115     review data on pending mesothelioma claims (1.1);  700.00
          telephone Relles (.4)

04/12/07  Relles    / (28) Data Analysis                      1.8    765.00
#5308     update analytical data files based on latest Rust  425.00
          shipments

04/12/07  Relles    / (28) Data Analysis                      2.7   1147.50
#5309     link Kirkland-Ellis list of Meso claims, build     425.00
          summary tables

04/12/07  Relles    / (28) Data Analysis                      0.3    127.50
#5310     telephone Peterson re: review summary tables       425.00
          concerning Kirkland-Ellis list of Meso claims

04/12/07  Relles    / (28) Data Analysis                      0.4    170.00
#5311     telephone Peterson re: data on pending mesothelioma 425.00
          claims

04/13/07  Brelsford / (28) Data Analysis                      0.9    198.00
#5812     work on firms and names matching                   220.00

04/13/07  Peterson  / (28) Data Analysis                      0.5    350.00
#5116     telephone Relles re: K-E mesos                     700.00

04/13/07  Peterson  / (28) Data Analysis                      5.7   3990.00
#5117     work on report                                     700.00

04/13/07  Relles    / (28) Data Analysis                      0.6    255.00
#5312     email Brelsford re: matching                       425.00
```

```
Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

            W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
04/13/07  Relles   / (28) Data Analysis                      1.4    595.00
#5313     update tables describing questionnaire receipts and 425.00
          estimates of claims by disease, compose memos
          summarizing status of Rust data

04/13/07  Relles   / (28) Data Analysis                      1.8    765.00
#5314     begin reprocessing pre-bankruptcy data for        425.00
          duplicates identification

04/13/07  Relles   / (28) Data Analysis                      0.5    212.50
#5315     telephone Peterson re: K-E mesos                   425.00

04/13/07  Relles   / (28) Data Analysis                      2.4   1020.00
#5316     work on duplicates identification software         425.00

04/13/07  Relles   / (28) Data Analysis                      3.8   1615.00
#5317     work on duplicates identification, update analytical 425.00
          files that depend on duplicates

04/13/07  Relles   / (28) Data Analysis                      1.0    425.00
#5318     analyze cases identified as duplicates, examine    425.00
          matched and unmatched cases

04/13/07  Relles   / (28) Data Analysis                      1.4    595.00
#5319     work on report                                     425.00

04/14/07  Peterson / (28) Data Analysis                      7.3   5110.00
#5118     work on report                                     700.00

04/14/07  Relles   / (28) Data Analysis                      1.0    425.00
#5320     process new dvd for translation to analytical files 425.00

04/14/07  Relles   / (28) Data Analysis                      0.8    340.00
#5321     process new images hard disk, assess differences   425.00
          from old files

04/14/07  Relles   / (28) Data Analysis                      4.4   1870.00
#5322     work on matching Manville data to history file     425.00

04/14/07  Relles   / (28) Data Analysis                      3.5   1487.50
#5323     analyze matched cases, examine matched and unmatched 425.00
          cases

04/14/07  Relles   / (28) Data Analysis                      2.0    850.00
#5324     rebuild all analysis files                         425.00
```

Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/14/07 Relles / (28) Data Analysis<br>#5325    rerun projections | | 1.7<br>425.00 | 722.50 |
| 04/15/07 Brelsford / (28) Data Analysis<br>#5813    telephone Relles re: matching algorithms | | 0.7<br>220.00 | 154.00 |
| 04/15/07 Brelsford / (28) Data Analysis<br>#5814    work on matching algorithms | | 1.3<br>220.00 | 286.00 |
| 04/15/07 Ebener / (28) Data Analysis<br>#5601    resolve discrepancies | | 3.0<br>300.00 | 900.00 |
| 04/15/07 Ebener / (28) Data Analysis<br>#5602    resolve discrepancies | | 2.0<br>300.00 | 600.00 |
| 04/15/07 Peterson / (28) Data Analysis<br>#5119    work on report | | 2.7<br>700.00 | 1890.00 |
| 04/15/07 Peterson / (28) Data Analysis<br>#5120    telephone Relles re: discuss report | | 1.0<br>700.00 | 700.00 |
| 04/15/07 Peterson / (28) Data Analysis<br>#5121    telephone Relles re: rerunning analyses with new<br>         data (.5); review new results (1.1) | | 1.6<br>700.00 | 1120.00 |
| 04/15/07 Relles / (28) Data Analysis<br>#5326    work on report | | 4.6<br>425.00 | 1955.00 |
| 04/15/07 Relles / (28) Data Analysis<br>#5327    telephone Peterson re: discuss report | | 1.0<br>425.00 | 425.00 |
| 04/15/07 Relles / (28) Data Analysis<br>#5328    backup all data files | | 1.9<br>425.00 | 807.50 |
| 04/15/07 Relles / (28) Data Analysis<br>#5329    examine differences in image files from what was<br>         sent to Verus | | 3.5<br>425.00 | 1487.50 |
| 04/15/07 Relles / (28) Data Analysis<br>#5330    identify shipments to Verus where things have<br>         changed, produce new pdfs | | 1.6<br>425.00 | 680.00 |
| 04/15/07 Relles / (28) Data Analysis<br>#5331    telephone Brelsford re: duplicates, linking to<br>         Manville | | 0.7<br>425.00 | 297.50 |

```
Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 7

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
04/15/07  Relles   / (28) Data Analysis                  0.5    212.50
#5332     telephone Peterson re: rerunning analyses with new  425.00
          data

04/15/07  Relles   / (28) Data Analysis                  0.5    212.50
#5333     run regressions, review output              425.00

04/16/07  Brelsford / (28) Data Analysis                 1.0    220.00
#5815     work on matching algorithms                 220.00

04/16/07  Brelsford / (28) Data Analysis                 0.9    198.00
#5816     telephone Relles re: matching algorithms    220.00

04/16/07  Brelsford / (28) Data Analysis                 0.7    154.00
#5817     work on matching algorithms                 220.00

04/16/07  Brelsford / (28) Data Analysis                 0.8    176.00
#5818     work on matching algorithms                 220.00

04/16/07  Brelsford / (28) Data Analysis                 0.7    154.00
#5819     work on matching algorithms                 220.00

04/16/07  Peterson  / (28) Data Analysis                 3.8   2660.00
#5122     review financial statements by asbestos defendants  700.00

04/16/07  Relles   / (28) Data Analysis                  0.9    382.50
#5334     telephone Brelsford re: duplicates identification  425.00
          methods

04/16/07  Relles   / (28) Data Analysis                  1.8    765.00
#5335     process latest Rust data                    425.00

04/16/07  Relles   / (28) Data Analysis                  1.0    425.00
#5336     tabulate results of latest Rust shipments   425.00

04/16/07  Relles   / (28) Data Analysis                  1.5    637.50
#5337     re-examine analysis files in light of latest Rust  425.00
          shipments

04/17/07  Brelsford / (28) Data Analysis                 0.4     88.00
#5820     work on tables for report                   220.00

04/17/07  Peterson  / (28) Data Analysis                 1.3    910.00
#5123     telephone Relles re: go over tables         700.00
```

{D0087084.1 }

Date: 05/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

                    W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/17/07 #5124 | Peterson  / (28) Data Analysis work on report | 8.8 700.00 | 6160.00 |
| 04/17/07 #5338 | Relles   / (28) Data Analysis develop tables for report | 2.5 425.00 | 1062.50 |
| 04/17/07 #5339 | Relles   / (28) Data Analysis telephone Peterson re: go over tables | 1.3 425.00 | 552.50 |
| 04/17/07 #5340 | Relles   / (28) Data Analysis add tables to report,  work on text of report | 6.4 425.00 | 2720.00 |
| 04/17/07 #5341 | Relles   / (28) Data Analysis run additional projections | 1.2 425.00 | 510.00 |
| 04/18/07 #5821 | Brelsford / (28) Data Analysis work on crosstabs for report | 2.7 220.00 | 594.00 |
| 04/18/07 #5603 | Ebener   / (28) Data Analysis resolve discrepancies | 2.0 300.00 | 600.00 |
| 04/18/07 #5125 | Peterson  / (28) Data Analysis work on report | 10.6 700.00 | 7420.00 |
| 04/18/07 #5342 | Relles   / (28) Data Analysis work on report: modify text, revise and run projections, develop tables, insert tables into report | 14.0 425.00 | 5950.00 |
| 04/19/07 #5604 | Ebener   / (28) Data Analysis update files and email to Relles | 2.0 300.00 | 600.00 |
| 04/19/07 #5126 | Peterson  / (28) Data Analysis review draft of report | 4.0 700.00 | 2800.00 |
| 04/19/07 #5343 | Relles   / (28) Data Analysis work on report: modify text, revise and run projections, develop tables, insert tables into report | 12.0 425.00 | 5100.00 |
| 04/20/07 #5127 | Peterson  / (28) Data Analysis work on report | 3.1 700.00 | 2170.00 |
| 04/20/07 #5344 | Relles   / (28) Data Analysis work on report | 1.0 425.00 | 425.00 |

```
Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

          W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
----------------------------------------------------------------------------
04/20/07  Relles   / (28) Data Analysis                     1.8     765.00
#5346     revise computations for report                 425.00

04/20/07  Relles   / (28) Data Analysis                     5.7    2422.50
#5347     work on report                                 425.00

04/21/07  Brelsford / (28) Data Analysis                    0.2      44.00
#5822     work on crosstabs for report                   220.00

04/21/07  Relles   / (28) Data Analysis                     1.0     425.00
#5348     modify treatment of liquidated claims in projections 425.00

04/24/07  Peterson / (28) Data Analysis                     5.3    3710.00
#5128     work on report                                 700.00

04/24/07  Relles   / (28) Data Analysis                     5.7    2422.50
#5350     work on supplementary analyses for report      425.00

04/25/07  Peterson / (28) Data Analysis                     2.3    1610.00
#5129     work on report                                 700.00

04/25/07  Relles   / (28) Data Analysis                     5.5    2337.50
#5351     clean up jury verdict data                     425.00

04/26/07  Ebener   / (28) Data Analysis                     0.4     120.00
#5605     review workbook and telephone Relles           300.00

04/26/07  Peterson / (28) Data Analysis                     6.3    4410.00
#5130     review  report                                 700.00

04/26/07  Relles   / (28) Data Analysis                     4.7    1997.50
#5352     work on updating report                        425.00

04/26/07  Relles   / (28) Data Analysis                     2.9    1232.50
#5353     work on jury verdict data                      425.00

04/26/07  Relles   / (28) Data Analysis                     1.0     425.00
#5354     prepare files for Ebener review                425.00

04/26/07  Relles   / (28) Data Analysis                     0.4     170.00
#5355     telephone Ebener re: duplicates in jury verdict data 425.00

04/27/07  Ebener   / (28) Data Analysis                     1.5     450.00
#5606     check Duplicates                               300.00
```

```
Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 10

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
04/27/07  Peterson  / (28) Data Analysis                   6.1  4270.00
#5131     work on report                               700.00

04/27/07  Relles    / (28) Data Analysis                   4.4  1870.00
#5356     work on updating jury verdict data for report 425.00

04/28/07  Ebener    / (28) Data Analysis                   1.5   450.00
#5607     check Duplicates, update file and email to Relles 300.00

04/28/07  Ebener    / (28) Data Analysis                   0.5   150.00
#5608     telephone Relles about email and file updates  300.00

04/28/07  Ebener    / (28) Data Analysis                   0.3    90.00
#5609     sort current file to ID large verdicts in last batch 300.00
          and locate volumes

04/28/07  Relles    / (28) Data Analysis                   0.5   212.50
#5357     telephone Ebener re: cleaning jury verdict data 425.00

04/29/07  Ebener    / (28) Data Analysis                   0.3    90.00
#5610     check large verdicts in last batch            300.00

04/29/07  Peterson  / (28) Data Analysis                   3.1  2170.00
#5132     work on report                               700.00

04/29/07  Relles    / (28) Data Analysis                   3.8  1615.00
#5358     work on updating jury verdict data for report 425.00

04/30/07  Ebener    / (28) Data Analysis                   0.3    90.00
#5611     telephone Relles about large verdict check    300.00

04/30/07  Peterson  / (28) Data Analysis                   0.4   280.00
#5133     telephone Relles re: report                  700.00

04/30/07  Peterson  / (28) Data Analysis                   7.3  5110.00
#5134     work on report                               700.00

04/30/07  Relles    / (28) Data Analysis                   0.3   127.50
#5359     telephone Ebener re: problems with data       425.00

04/30/07  Relles    / (28) Data Analysis                   0.4   170.00
#5360     telephone Peterson re: report                425.00

04/30/07  Relles    / (28) Data Analysis                   1.8   765.00
#5361     review status of report, status of analysis  425.00
```

```
Date: 05/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 11

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 04/30/07  Relles    / (28) Data Analysis               3.6    1530.00
 #5362     work on sensitivity analysis              425.00
------------------------------------------------------------------------------
```

Date: 05/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

            W. R. Grace

        Summary Of Time Charges, By Month and Activity
                April 2007 - April 2007

| MONTH | ACTIVITY | HOURS | AMOUNT |
|-------|----------|-------|--------|
| April | - (07) Committee, Creditors' | 2.7 | 1147.50 |
| April | - (28) Data Analysis | 299.9 | 153444.00 |
| April | - (99) Total | 302.6 | 154591.50 |
| | | | |
| Total | - (07) Committee, Creditors' | 2.7 | 1147.50 |
| Total | - (28) Data Analysis | 299.9 | 153444.00 |
| Total | - (99) Total | 302.6 | 154591.50 |

{D0087084.1 }

Date: 05/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

                W. R. Grace

            Summary Of Time Charges, By Month and Person
                    April 2007 - April 2007

MONTH       PERSON                                   HOURS    AMOUNT
--------------------------------------------------------------------
April      - Relles                                 142.3   60477.50
April      - Peterson                               120.3   84210.00
April      - Ebener                                  13.8    4140.00
April      - Brelsford                               26.2    5764.00
April      - Total                                  302.6  154591.50

Total      - Relles                                 142.3   60477.50
Total      - Peterson                               120.3   84210.00
Total      - Ebener                                  13.8    4140.00
Total      - Brelsford                               26.2    5764.00
Total      - Total                                  302.6  154591.50

--------------------------------------------------------------------------------

Date: 05/30/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14

                    W. R. Grace

             Summary Of Time Charges, By Activity, Month, and Person
                      April 2007 - April 2007

MONTH       PERSON                        HOURS    RATE    AMOUNT
--------------------------------------------------------------------------
(07) Committee, Creditors'

April      - Relles                          2.7   425.   1147.50

(28) Data Analysis

April      - Relles                        139.6   425.   59330.00
April      - Peterson                      120.3   700.   84210.00
April      - Ebener                         13.8   300.   4140.00
April      - Brelsford                      26.2   220.   5764.00

--------------------------------------------------------------------------

{D0087084.1 }