```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                                Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/02/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    170.00
 #5503      telephone Eveland re: analyzing additional Verus      425.00
            samples
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 2

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 05/01/07  Peterson   / (07) Committee, Creditors'              0.7       490.00
 #5301     Telephone Wehner re: jury verdict data (.4);       700.00
           telephone Relles re same (.3)

 05/09/07  Relles     / (07) Committee, Creditors'              0.3       127.50
 #5519     correspond with Wehner re: Grace verdict information 425.00

 05/14/07  Relles     / (07) Committee, Creditors'              0.3       127.50
 #5527     review "Asbestos Changes" article sent by Finch    425.00
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 3

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 05/01/07  Relles    / (28) Data Analysis                      3.2    1360.00
 #5501     work on jury verdict data                         425.00

 05/01/07  Relles    / (28) Data Analysis                      0.4     170.00
 #5502     Telephone Peterson re: jury verdict data          425.00

 05/03/07  Relles    / (28) Data Analysis                      1.3     552.50
 #5504     select sample of unknown diseases for addition Verus 425.00
           processing

 05/03/07  Relles    / (28) Data Analysis                      2.0     850.00
 #5505     build pdfs for unknown disease sample and send to  425.00
           Verus

 05/04/07  Peterson  / (28) Data Analysis                      4.2    2940.00
 #5302     Work on report                                    700.00

 05/04/07  Relles    / (28) Data Analysis                      0.8     340.00
 #5506     work on jury verdict data                         425.00

 05/05/07  Ebener    / (28) Data Analysis                      0.3      90.00
 #5801     review spreadsheet from Relles                    300.00

 05/05/07  Relles    / (28) Data Analysis                      1.5     637.50
 #5507     jury verdict edits                                425.00

 05/06/07  Ebener    / (28) Data Analysis                      1.8     540.00
 #5802     look up sample of  audit list cases               300.00

 05/06/07  Peterson  / (28) Data Analysis                      5.3    3710.00
 #5303     Work on report                                    700.00

 05/06/07  Peterson  / (28) Data Analysis                      8.1    5670.00
 #5304     Work on report                                    700.00

 05/06/07  Peterson  / (28) Data Analysis                      1.0     700.00
 #5305     Telephone Relles (several calls) re: analyses for 700.00
           report

 05/06/07  Relles    / (28) Data Analysis                      3.0    1275.00
 #5508     review methods for transitioning open claims,     425.00
           replicate old results

 05/06/07  Relles    / (28) Data Analysis                      1.5     637.50
 #5509     run more consistency checks on jury verdict data  425.00
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 4

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 05/06/07  Relles    / (28) Data Analysis                    4.0     1700.00
 #5510     work on revisions to report                     425.00

 05/06/07  Relles    / (28) Data Analysis                    1.0      425.00
 #5511     Telephone Peterson (several calls) re: analyses for 425.00
           report

 05/07/07  Peterson  / (28) Data Analysis                    5.9     4130.00
 #5306     Work on report                                  700.00

 05/07/07  Relles    / (28) Data Analysis                    4.9     2082.50
 #5512     work on developing graphics and tables for report 425.00

 05/08/07  Peterson  / (28) Data Analysis                    6.8     4760.00
 #5307     Work on report                                  700.00

 05/08/07  Relles    / (28) Data Analysis                    2.3      977.50
 #5513     additional work on developing graphics and tables 425.00
           for report

 05/08/07  Relles    / (28) Data Analysis                    1.5      637.50
 #5514     examine recent increases in Manville Trust filings 425.00
           to adjust increasing propensity to sue models

 05/08/07  Relles    / (28) Data Analysis                    1.5      637.50
 #5515     prepare navigable database for conversion to    425.00
           analytic files

 05/08/07  Relles    / (28) Data Analysis                    2.0      850.00
 #5516     examine latest information on image disk        425.00

 05/08/07  Relles    / (28) Data Analysis                    1.8      765.00
 #5517     work on developing final duplicates identification 425.00
           models

 05/09/07  Peterson  / (28) Data Analysis                    4.0     2800.00
 #5308     Work on report                                  700.00

 05/09/07  Relles    / (28) Data Analysis                    1.2      510.00
 #5518     organize latest Rust data for downloading      425.00

 05/09/07  Relles    / (28) Data Analysis                    4.7     1997.50
 #5520     work on developing final duplicates identification 425.00
           models
```

{D0089017.1 }

```
Date: 06/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 5

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 05/10/07  Relles    / (28) Data Analysis                      1.8     765.00
 #5521     work on matching history and Rust data            425.00

 05/11/07  Ebener    / (28) Data Analysis                      2.0     600.00
 #5803     analyze audit list cases against prior lists      300.00

 05/12/07  Peterson  / (28) Data Analysis                      4.6    3220.00
 #5309     Work on report                                    700.00

 05/12/07  Relles    / (28) Data Analysis                      2.0     850.00
 #5522     process latest Rust data, compare old and new    425.00

 05/12/07  Relles    / (28) Data Analysis                      2.4    1020.00
 #5523     Work on report                                    425.00

 05/13/07  Peterson  / (28) Data Analysis                      3.2    2240.00
 #5310     Work on report                                    700.00

 05/13/07  Relles    / (28) Data Analysis                      3.6    1530.00
 #5524     complete processing of latest Rust data, summarize 425.00
           differences between old and new shipments

 05/13/07  Relles    / (28) Data Analysis                      2.8    1190.00
 #5525     work on matching history and Rust data with new   425.00
           datasets

 05/14/07  Peterson  / (28) Data Analysis                      4.2    2940.00
 #5311     Work on report                                    700.00

 05/14/07  Relles    / (28) Data Analysis                      2.0     850.00
 #5526     review Peterson's changes to Grace report, plan   425.00
           revisions to report

 05/15/07  Ebener    / (28) Data Analysis                      2.0     600.00
 #5804     search audit list cases                           300.00

 05/15/07  Peterson  / (28) Data Analysis                      7.1    4970.00
 #5312     Work on report                                    700.00

 05/15/07  Relles    / (28) Data Analysis                      2.5    1062.50
 #5528     link history analysis file with Rust data; determine 425.00
           differences between responding and non-responding
           claimants

 05/16/07  Peterson  / (28) Data Analysis                      5.1    3570.00
 #5313     Work on report                                    700.00
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 6

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 05/16/07  Relles    / (28) Data Analysis                     3.2    1360.00
 #5529     Work on report                                   425.00

 05/17/07  Peterson  / (28) Data Analysis                     7.1    4970.00
 #5314     Work on report                                   700.00

 05/17/07  Relles    / (28) Data Analysis                     1.6     680.00
 #5530     work on sensitivity analysis: run projections with 425.00
           alternative dollar values

 05/17/07  Relles    / (28) Data Analysis                     3.0    1275.00
 #5531     Work on report                                   425.00

 05/18/07  Peterson  / (28) Data Analysis                     8.8    6160.00
 #5315     Work on report                                   700.00

 05/18/07  Relles    / (28) Data Analysis                     4.0    1700.00
 #5532     work on sensitivity analysis: run computations,  425.00
           create first draft of Section

 05/18/07  Relles    / (28) Data Analysis                     2.2     935.00
 #5533     Work on report                                   425.00

 05/19/07  Peterson  / (28) Data Analysis                     3.8    2660.00
 #5316     Work on report                                   700.00

 05/19/07  Relles    / (28) Data Analysis                     1.8     765.00
 #5534     Work on report                                   425.00

 05/20/07  Peterson  / (28) Data Analysis                     2.8    1960.00
 #5317     Work on report                                   700.00

 05/20/07  Relles    / (28) Data Analysis                     5.5    2337.50
 #5535     work on sensitivity analysis: vary the definition of 425.00
           stale claims by integrating the Rust and history
           data

 05/21/07  Peterson  / (28) Data Analysis                     0.6     420.00
 #5318     telephone Relles re: sensitivity analyses        700.00

 05/21/07  Peterson  / (28) Data Analysis                     6.3    4410.00
 #5319     Work on report                                   700.00
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 7

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/21/07  Relles    / (28) Data Analysis                        3.2   1360.00
 #5536     additional work on sensitivity analysis: vary the   425.00
           definition of stale claims by integrating the Rust
           and history data

 05/21/07  Relles    / (28) Data Analysis                        0.6    255.00
 #5537     telephone Peterson re: sensitivity analyses         425.00

 05/21/07  Relles    / (28) Data Analysis                        1.2    510.00
 #5538     work on sensitivity analysis tables and text        425.00

 05/21/07  Relles    / (28) Data Analysis                        2.5   1062.50
 #5539     summarize current Rust data and its linkages with   425.00
           history data

 05/22/07  Peterson  / (28) Data Analysis                        4.2   2940.00
 #5320     Work on report                                      700.00

 05/22/07  Relles    / (28) Data Analysis                        2.4   1020.00
 #5540     work on report                                      425.00

 05/23/07  Peterson  / (28) Data Analysis                        6.5   4550.00
 #5321     Work on report                                      700.00

 05/23/07  Relles    / (28) Data Analysis                        2.0    850.00
 #5541     work on report                                      425.00

 05/24/07  Peterson  / (28) Data Analysis                        5.1   3570.00
 #5322     Work on report                                      700.00

 05/24/07  Relles    / (28) Data Analysis                        3.4   1445.00
 #5542     work on report                                      425.00

 05/25/07  Peterson  / (28) Data Analysis                        5.8   4060.00
 #5323     Work on report                                      700.00

 05/25/07  Relles    / (28) Data Analysis                        3.4   1445.00
 #5543     work on report                                      425.00

 05/26/07  Peterson  / (28) Data Analysis                        7.2   5040.00
 #5324     Work on report                                      700.00

 05/26/07  Relles    / (28) Data Analysis                        5.6   2380.00
 #5544     work on report, develop draft of executive summary,425.00
           work on tables and graphics
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 8

                    W. R. Grace


Date/Slip# Description                                HOURS/RATE     AMOUNT
-----------------------------------------------------------------------------
 05/27/07  Peterson  / (28) Data Analysis                   6.8     4760.00
 #5325     Work on report                                 700.00

 05/27/07  Relles    / (28) Data Analysis                   4.9     2082.50
 #5545     work on tables and graphics for report        425.00

 05/28/07  Peterson  / (28) Data Analysis                   6.2     4340.00
 #5326     Work on report                                 700.00

 05/28/07  Peterson  / (28) Data Analysis                   1.3      910.00
 #5327     Read WRG motion                                700.00

 05/28/07  Relles    / (28) Data Analysis                   4.5     1912.50
 #5546     work on report                                 425.00

 05/29/07  Peterson  / (28) Data Analysis                   9.3     6510.00
 #5328     Work on report                                 700.00

 05/29/07  Relles    / (28) Data Analysis                   5.0     2125.00
 #5547     work on report                                 425.00

 05/30/07  Peterson  / (28) Data Analysis                   7.8     5460.00
 #5329     Work on report                                 700.00

 05/30/07  Relles    / (28) Data Analysis                   3.7     1572.50
 #5548     work on report                                 425.00

 05/31/07  Peterson  / (28) Data Analysis                   5.9     4130.00
 #5330     Work on report                                 700.00
-----------------------------------------------------------------------------
```

{D0089017.1 }

```
Date: 06/30/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 9

                              W. R. Grace

                Summary Of Time Charges, By Month and Activity
                           May 2007 - May 2007

    MONTH        ACTIVITY                                       HOURS    AMOUNT
    ----------------------------------------------------------------------------
    May      - (05) Claims Anal Objectn/Resolutn (Asbest)         0.4    170.00
    May      - (07) Committee, Creditors'                         1.3    745.00
    May      - (28) Data Analysis                               280.5 161075.00
    May      - (99) Total                                       282.2 161990.00

    Total    - (05) Claims Anal Objectn/Resolutn (Asbest)         0.4    170.00
    Total    - (07) Committee, Creditors'                         1.3    745.00
    Total    - (28) Data Analysis                               280.5 161075.00
    Total    - (99) Total                                       282.2 161990.00

--------------------------------------------------------------------------------
```

{D0089017.1 }

```
Date: 06/30/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 10

                 W. R. Grace

              Summary Of Time Charges, By Month and Person
                      May 2007 - May 2007

  MONTH       PERSON                                          HOURS     AMOUNT
  ----------------------------------------------------------------------------
  May        - Relles                                         120.4   51170.00
  May        - Peterson                                       155.7  108990.00
  May        - Ebener                                           6.1    1830.00
  May        - Total                                          282.2  161990.00

  Total      - Relles                                         120.4   51170.00
  Total      - Peterson                                       155.7  108990.00
  Total      - Ebener                                           6.1    1830.00
  Total      - Total                                          282.2  161990.00

  ----------------------------------------------------------------------------
```

{D0089017.1 }

```
Date: 06/30/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 11

                  W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                         May 2007 - May 2007

 MONTH      PERSON                                HOURS    RATE     AMOUNT
 ------------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 May      - Relles                                  0.4    425.      170.00

 (07) Committee, Creditors'

 May      - Relles                                  0.6    425.      255.00
 May      - Peterson                                0.7    700.      490.00

 (28) Data Analysis

 May      - Relles                                119.4    425.    50745.00
 May      - Peterson                              155.0    700.   108500.00
 May      - Ebener                                  6.1    300.     1830.00

 ------------------------------------------------------------------------------
```

{D0089017.1 }