W. R. Grace, Inc. % Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, New York 10022

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/20/07 #5745 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) review ARPC hard disk, organize files | 2.5 425.00 | 1062.50 |
| 06/20/07 #5748 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) work with Totten to convert the ARPC sas files to usable form | 1.3 425.00 | 552.50 |
| 06/22/07 #5749 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Eveland re: ARPC / Nera reports | 0.3 425.00 | 127.50 |
| 06/25/07 #5751 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Totten re: ARPC dataset | 0.7 425.00 | 297.50 |
| 06/25/07 #6401 | Totten / (05) Claims Anal Objectn/Resolutn (Asbest) telephone Relles re: ARPC dataset | 0.7 200.00 | 140.00 |
| 06/25/07 #6402 | Totten / (05) Claims Anal Objectn/Resolutn (Asbest) convert ARPC's SAS datasets to ascii | 3.5 200.00 | 700.00 |
| 06/26/07 #6403 | Totten / (05) Claims Anal Objectn/Resolutn (Asbest) convert ARPC's Access datasets to ascii | 3.0 200.00 | 600.00 |
| 06/27/07 #6404 | Totten / (05) Claims Anal Objectn/Resolutn (Asbest) analyze contents of ARPC's SAS programs | 2.3 200.00 | 460.00 |
| 06/28/07 #6015 | Ebener / (05) Claims Anal Objectn/Resolutn (Asbest) Email Relles to request ARPC materials | 0.1 300.00 | 30.00 |
| 06/28/07 #6016 | Ebener / (05) Claims Anal Objectn/Resolutn (Asbest) Read ARPC report | 1.6 300.00 | 480.00 |
| 06/28/07 #5527 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review Florence materials | 1.2 700.00 | 840.00 |
| 06/28/07 #5528 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Telephone Ebener re: ARPC study | 0.5 700.00 | 350.00 |
| 06/28/07 #5752 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) convert and review ARPC files | 1.7 425.00 | 722.50 |
| 06/28/07 #6405 | Totten / (05) Claims Anal Objectn/Resolutn (Asbest) analyze contents of ARPC's SAS programs | 2.0 200.00 | 400.00 |

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/29/07 #6019 | Ebener / (05) Claims Anal Objectn/Resolutn (Asbest) Email Peterson and Relles about meeting and ARPC materials | 0.1 300.00 | 30.00 |
| 06/29/07 #5529 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review Florence report | 3.5 700.00 | 2450.00 |
| 06/29/07 #5530 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review Florence materials | 3.2 700.00 | 2240.00 |
| 06/29/07 #5754 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) read Florence report | 1.0 425.00 | 425.00 |
| 06/29/07 #5755 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) review data from ARPC | 1.6 425.00 | 680.00 |
| 06/30/07 #5532 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) Review Florence materials | 3.2 700.00 | 2240.00 |
| 06/30/07 #5757 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) review data from ARPC | 5.0 425.00 | 2125.00 |
| 06/30/07 #5758 | Relles / (05) Claims Anal Objectn/Resolutn (Asbest) review ARPC report | 1.0 425.00 | 425.00 |
| 06/30/07 #6406 | Totten / (05) Claims Anal Objectn/Resolutn (Asbest) run ARPC's SAS programs to generate additional outputs necessary to understand ARPC's analysis | 1.6 200.00 | 320.00 |

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/04/07<br>#5507 | Peterson / (07) Committee, Creditors'<br>Conference call re: report: Finch, Relles, Wehner | 1.0<br>700.00 | 700.00 |
| 06/04/07<br>#5707 | Relles / (07) Committee, Creditors'<br>Conference call re: report: Finch, Peterson, Wehner | 1.0<br>425.00 | 425.00 |
| 06/19/07<br>#5743 | Relles / (07) Committee, Creditors'<br>sample PIQs for Snyder, produce extra copies of documentation for Wehner | 2.1<br>425.00 | 892.50 |
| 06/29/07<br>#5531 | Peterson / (07) Committee, Creditors'<br>conference call with Finch, Slocombe, Relles, and Wehner re: rebuttal strategy | 0.9<br>700.00 | 630.00 |
| 06/29/07<br>#5756 | Relles / (07) Committee, Creditors'<br>conference call with Finch, Slocombe, Peterson, and Wehner re: rebuttal strategy | 0.9<br>425.00 | 382.50 |

Date: 08/03/07 Legal Analysis Systems, Inc.
Time: 10:00am Page 4

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/01/07<br>#5502 | Peterson / (14) Hearings<br>Review Siegel deposition | 1.6<br>700.00 | 1120.00 |
| 06/02/07<br>#5503 | Peterson / (14) Hearings<br>Review Siegel deposition | 2.9<br>700.00 | 2030.00 |

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/01/07 #5501 | Peterson / (28) Data Analysis<br>Work on report | 11.2<br>700.00 | 7840.00 |
| 06/01/07 #5701 | Relles / (28) Data Analysis<br>generate all graphics in report based on latest databases | 5.8<br>425.00 | 2465.00 |
| 06/01/07 #5702 | Relles / (28) Data Analysis<br>work on report | 4.0<br>425.00 | 1700.00 |
| 06/02/07 #5504 | Peterson / (28) Data Analysis<br>Work on report | 9.7<br>700.00 | 6790.00 |
| 06/02/07 #5703 | Relles / (28) Data Analysis<br>work on report | 8.8<br>425.00 | 3740.00 |
| 06/03/07 #5505 | Peterson / (28) Data Analysis<br>Work on report | 12.3<br>700.00 | 8610.00 |
| 06/03/07 #5704 | Relles / (28) Data Analysis<br>update all computations related to sensitivity analyses | 1.4<br>425.00 | 595.00 |
| 06/03/07 #5705 | Relles / (28) Data Analysis<br>work on report | 6.7<br>425.00 | 2847.50 |
| 06/04/07 #5506 | Peterson / (28) Data Analysis<br>Work on report | 10.9<br>700.00 | 7630.00 |
| 06/04/07 #5706 | Relles / (28) Data Analysis<br>rerun projections, develop additional graphics | 2.0<br>425.00 | 850.00 |
| 06/04/07 #5708 | Relles / (28) Data Analysis<br>work on report | 5.4<br>425.00 | 2295.00 |
| 06/05/07 #5508 | Peterson / (28) Data Analysis<br>Work on report | 13.1<br>700.00 | 9170.00 |
| 06/05/07 #5509 | Peterson / (28) Data Analysis<br>Review verdict data | 1.4<br>700.00 | 980.00 |
| 06/05/07 #5709 | Relles / (28) Data Analysis<br>develop additional graphics | 2.5<br>425.00 | 1062.50 |
| 06/05/07 #5710 | Relles / (28) Data Analysis<br>work on report | 6.0<br>425.00 | 2550.00 |

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/06/07 #5510 | Peterson / (28) Data Analysis<br>Work on report | 13.1<br>700.00 | 9170.00 |
| 06/06/07 #5711 | Relles / (28) Data Analysis<br>work on report | 2.5<br>425.00 | 1062.50 |
| 06/07/07 #5511 | Peterson / (28) Data Analysis<br>Work on report | 12.6<br>700.00 | 8820.00 |
| 06/07/07 #5712 | Relles / (28) Data Analysis<br>telephone Radecki (.3), rerun projections with Radecki's discount rates (2.1) | 2.4<br>425.00 | 1020.00 |
| 06/07/07 #5713 | Relles / (28) Data Analysis<br>update report based on new discount rates | 1.6<br>425.00 | 680.00 |
| 06/07/07 #5714 | Relles / (28) Data Analysis<br>work on report | 3.5<br>425.00 | 1487.50 |
| 06/08/07 #5512 | Peterson / (28) Data Analysis<br>Work on report | 10.2<br>700.00 | 7140.00 |
| 06/08/07 #5715 | Relles / (28) Data Analysis<br>work on report | 8.0<br>425.00 | 3400.00 |
| 06/09/07 #5513 | Peterson / (28) Data Analysis<br>Work on report | 11.2<br>700.00 | 7840.00 |
| 06/09/07 #5716 | Relles / (28) Data Analysis<br>examine latest Verus data | 2.4<br>425.00 | 1020.00 |
| 06/10/07 #6001 | Ebener / (28) Data Analysis<br>review spreadsheet from Relles | 0.5<br>300.00 | 150.00 |
| 06/10/07 #5514 | Peterson / (28) Data Analysis<br>Work on report | 12.7<br>700.00 | 8890.00 |
| 06/10/07 #5717 | Relles / (28) Data Analysis<br>update analysis of Grace judgments | 1.2<br>425.00 | 510.00 |
| 06/10/07 #5718 | Relles / (28) Data Analysis<br>update text of report to deal with Grace judgments | 1.0<br>425.00 | 425.00 |
| 06/10/07 #5719 | Relles / (28) Data Analysis<br>work on report | 4.0<br>425.00 | 1700.00 |

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/11/07 #6002 | Ebener / (28) Data Analysis phone Relles about new audit spreadsheet | 0.1 300.00 | 30.00 |
| 06/11/07 #5515 | Peterson / (28) Data Analysis Work on report | 14.0 700.00 | 9800.00 |
| 06/11/07 #5516 | Peterson / (28) Data Analysis Conference call with lawyers re: report | 1.5 700.00 | 1050.00 |
| 06/11/07 #5720 | Relles / (28) Data Analysis update stale claims analysis | 1.5 425.00 | 637.50 |
| 06/11/07 #5721 | Relles / (28) Data Analysis update stale claims graphics | 0.7 425.00 | 297.50 |
| 06/11/07 #5722 | Relles / (28) Data Analysis work on report | 6.0 425.00 | 2550.00 |
| 06/11/07 #5723 | Relles / (28) Data Analysis phone Ebener about new audit spreadsheet | 0.1 425.00 | 42.50 |
| 06/12/07 #6003 | Ebener / (28) Data Analysis telephone Relles re: data problems | 0.6 300.00 | 180.00 |
| 06/12/07 #6004 | Ebener / (28) Data Analysis check exclusion records | 1.5 300.00 | 450.00 |
| 06/12/07 #5517 | Peterson / (28) Data Analysis Work on report | 13.2 700.00 | 9240.00 |
| 06/12/07 #5724 | Relles / (28) Data Analysis telephone Ebener re: data problems | 0.6 425.00 | 255.00 |
| 06/12/07 #5725 | Relles / (28) Data Analysis prepare spreadsheets for Ebener review to solve problems | 1.5 425.00 | 637.50 |
| 06/12/07 #5726 | Relles / (28) Data Analysis work on report graphics | 0.5 425.00 | 212.50 |
| 06/12/07 #5727 | Relles / (28) Data Analysis work on text of report | 7.3 425.00 | 3102.50 |
| 06/13/07 #6005 | Ebener / (28) Data Analysis check exclusion records | 1.5 300.00 | 450.00 |

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/13/07 #6006 | Ebener / (28) Data Analysis send exclusion check results to Relles | 0.1 300.00 | 30.00 |
| 06/13/07 #6007 | Ebener / (28) Data Analysis telephone Relles to confirm email receipt and verify next set of checks | 0.1 300.00 | 30.00 |
| 06/13/07 #5518 | Peterson / (28) Data Analysis Work on report | 13.8 700.00 | 9660.00 |
| 06/13/07 #5519 | Peterson / (28) Data Analysis telephone Relles re: graphics to describe verdict trends | 0.3 700.00 | 210.00 |
| 06/13/07 #5728 | Relles / (28) Data Analysis work on report | 3.8 425.00 | 1615.00 |
| 06/13/07 #5729 | Relles / (28) Data Analysis develop graphics to describe Mealeys trends (1.0); telephone Peterson (.3) re: same | 1.3 425.00 | 552.50 |
| 06/13/07 #5730 | Relles / (28) Data Analysis telephone Ebener re: data problems | 0.2 425.00 | 85.00 |
| 06/13/07 #5731 | Relles / (28) Data Analysis prepare spreadsheets for Ebener review to solve problems | 2.0 425.00 | 850.00 |
| 06/14/07 #6008 | Ebener / (28) Data Analysis surname only check | 1.0 300.00 | 300.00 |
| 06/14/07 #6009 | Ebener / (28) Data Analysis send surname only check results to Relles | 0.1 300.00 | 30.00 |
| 06/14/07 #5520 | Peterson / (28) Data Analysis Work on report | 11.6 700.00 | 8120.00 |
| 06/14/07 #5732 | Relles / (28) Data Analysis produce draft of report for distribution to attorneys | 2.0 425.00 | 850.00 |
| 06/14/07 #5733 | Relles / (28) Data Analysis read report, check consistency between text and tables | 3.6 425.00 | 1530.00 |

Date: 08/03/07 Legal Analysis Systems, Inc.
Time: 10:00am 

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/15/07<br>#6010 | Ebener / (28) Data Analysis<br>email Relles about results | 0.1<br>300.00 | 30.00 |
| 06/15/07<br>#5521 | Peterson / (28) Data Analysis<br>Work on report and backup | 10.6<br>700.00 | 7420.00 |
| 06/15/07<br>#5734 | Relles / (28) Data Analysis<br>work on report | 5.6<br>425.00 | 2380.00 |
| 06/15/07<br>#5735 | Relles / (28) Data Analysis<br>assemble details on critique of Bates, review Bates' files | 3.4<br>425.00 | 1445.00 |
| 06/16/07<br>#6011 | Ebener / (28) Data Analysis<br>prepare JV documentation | 1.0<br>300.00 | 300.00 |
| 06/16/07<br>#5522 | Peterson / (28) Data Analysis<br>Review report and backup | 6.2<br>700.00 | 4340.00 |
| 06/16/07<br>#5736 | Relles / (28) Data Analysis<br>set up Peterson mail files for review in preparing documentation | 1.2<br>425.00 | 510.00 |
| 06/16/07<br>#5737 | Relles / (28) Data Analysis<br>review files relied upon, produce documentation | 7.6<br>425.00 | 3230.00 |
| 06/17/07<br>#6012 | Ebener / (28) Data Analysis<br>prepare JV documentation | 0.5<br>300.00 | 150.00 |
| 06/17/07<br>#5523 | Peterson / (28) Data Analysis<br>Work on providing backup for report | 4.5<br>700.00 | 3150.00 |
| 06/17/07<br>#5524 | Peterson / (28) Data Analysis<br>Review report and backup | 4.3<br>700.00 | 3010.00 |
| 06/17/07<br>#5738 | Relles / (28) Data Analysis<br>work on documentation for files | 6.0<br>425.00 | 2550.00 |
| 06/17/07<br>#5739 | Relles / (28) Data Analysis<br>work on report | 3.0<br>425.00 | 1275.00 |
| 06/18/07<br>#6013 | Ebener / (28) Data Analysis<br>email JV documentation draft to Peterson, Relles | 0.1<br>300.00 | 30.00 |
| 06/18/07<br>#5525 | Peterson / (28) Data Analysis<br>work on final draft of report | 3.5<br>700.00 | 2450.00 |

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/18/07 #5740 | Relles / (28) Data Analysis work on final documentation for files | 5.5 425.00 | 2337.50 |
| 06/18/07 #5741 | Relles / (28) Data Analysis run additional checks of numbers in tables | 1.2 425.00 | 510.00 |
| 06/18/07 #5742 | Relles / (28) Data Analysis work on final draft of report | 1.5 425.00 | 637.50 |
| 06/19/07 #5744 | Relles / (28) Data Analysis review Grace expert reports | 2.3 425.00 | 977.50 |
| 06/20/07 #5526 | Peterson / (28) Data Analysis Telephone Relles: review closed claims records | 1.0 700.00 | 700.00 |
| 06/20/07 #5746 | Relles / (28) Data Analysis send summary memorandum to Caplin-Drysdale re: contents of hard disk | 0.4 425.00 | 170.00 |
| 06/20/07 #5747 | Relles / (28) Data Analysis Telephone Peterson: review closed claims records | 1.0 425.00 | 425.00 |
| 06/25/07 #5750 | Relles / (28) Data Analysis investigate and respond to question from Kirkland-Ellis | 1.5 425.00 | 637.50 |
| 06/28/07 #6014 | Ebener / (28) Data Analysis Telephone Peterson about rebuttal | 0.5 300.00 | 150.00 |
| 06/28/07 #6017 | Ebener / (28) Data Analysis Email Peterson about conference call | 0.1 300.00 | 30.00 |
| 06/29/07 #6018 | Ebener / (28) Data Analysis Conference Call about rebuttal report | 0.9 300.00 | 270.00 |
| 06/29/07 #6020 | Ebener / (28) Data Analysis Download sample materials | 0.3 300.00 | 90.00 |
| 06/29/07 #5753 | Relles / (28) Data Analysis sample closed claims, send to Ebener | 0.5 425.00 | 212.50 |
| 06/30/07 #5533 | Peterson / (28) Data Analysis Work on rebuttal report | 3.6 700.00 | 2520.00 |

Date: 08/03/07 Legal Analysis Systems, Inc.
Time: 10:00am 

W. R. Grace

Summary Of Time Charges, By Month and Activity
June 2007 - June 2007

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| June | - (05) Claims Anal Objectn/Resolutn (Asbest) | 41.6 | 17697.50 |
| June | - (07) Committee, Creditors' | 5.9 | 3030.00 |
| June | - (14) Hearings | 4.5 | 3150.00 |
| June | - (28) Data Analysis | 356.5 | 207175.00 |
| June | - (99) Total | 408.5 | 231052.50 |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 41.6 | 17697.50 |
| Total | - (07) Committee, Creditors' | 5.9 | 3030.00 |
| Total | - (14) Hearings | 4.5 | 3150.00 |
| Total | - (28) Data Analysis | 356.5 | 207175.00 |
| Total | - (99) Total | 408.5 | 231052.50 |

---

W. R. Grace

Summary Of Time Charges, By Month and Person
June 2007 - June 2007

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| June | - Relles | 160.1 | 68042.50 |
| June | - Peterson | 224.5 | 157150.00 |
| June | - Totten | 13.1 | 2620.00 |
| June | - Ebener | 10.8 | 3240.00 |
| June | - Total | 408.5 | 231052.50 |
| | | | |
| Total | - Relles | 160.1 | 68042.50 |
| Total | - Peterson | 224.5 | 157150.00 |
| Total | - Totten | 13.1 | 2620.00 |
| Total | - Ebener | 10.8 | 3240.00 |
| Total | - Total | 408.5 | 231052.50 |

W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
June 2007 - June 2007

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| June | - Relles | 15.1 | 425. | 6417.50 |
| June | - Peterson | 11.6 | 700. | 8120.00 |
| June | - Totten | 13.1 | 200. | 2620.00 |
| June | - Ebener | 1.8 | 300. | 540.00 |
| (07) Committee, Creditors' | | | | |
| June | - Relles | 4.0 | 425. | 1700.00 |
| June | - Peterson | 1.9 | 700. | 1330.00 |
| (14) Hearings | | | | |
| June | - Peterson | 4.5 | 700. | 3150.00 |
| (28) Data Analysis | | | | |
| June | - Relles | 141.0 | 425. | 59925.00 |
| June | - Peterson | 206.5 | 700. | 144550.00 |
| June | - Ebener | 9.0 | 300. | 2700.00 |

---

W. R. Grace

EXPENSES

| | |
|---|---|
| Acquisition and use of Manville Data | $12,500.00 |

---

Supporting Detail

| | |
|---|---|
| License fee for use of Manville data (Paragraph 3.1, below, shared equally among 4 clients) | $2,500.00 |
| Royalty fee for use of Manville data (Paragraph 3.2) | $10,000.00 |
| | $12,500.00 |

Data License Agreement between the Claims Resolution Management Corporation ("CRMC"), 3110 Fairview Park Drive, Suite 200, P.O. Box 12003, Falls Church, VA 22042-0683, and Legal Analysis Systems, Inc., 970 Calle Arroyo, Thousand Oaks, CA 91360 ("Licensee"):

3.1 License Fee
Licensee will pay to the CRMC a $10,000.00 License Fee for use of the Manville Trust Data.

3.2 Royalties

In addition to the License Fee described in Paragraph 3.1, Licensee will pay to the CRMC a royalty of $10,000.00 for each client of Licensee's for which Licensee performs consulting or other services that include use of the Manville Trust Data ("Royalties"). Upon written request, but not more than once every three months during the term hereof, Licensee will provide to the CRMC an affidavit sworn by an officer, partner, or principal of Licensee listing each of Licensee's customers for which Licensee has performed consulting work or other services that included use of the Manville Trust Data.

---