Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2007 through March 31, 2007

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct-Dec 2006 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 10.0 | 488.9 | 498.9 | 0.0 | 498.9 |
| 11 | Fee Applications, Applicant | 12.5 | 831.1 | 843.6 | 249.0 | 1,092.6 |
| 14 | Hearings | 2.9 | 65.0 | 67.9 | 0.0 | 67.9 |
| 20 | Travel - Non-working | 0.0 | 221.8 | 221.8 | 0.0 | 221.8 |
| 24 | Other | 1.0 | 161.0 | 162.0 | 5,058.2 | 5,220.2 |
| 26 | Business Analysis (for financial advisors) | 20.0 | 1,031.0 | 1,051.0 | 0.0 | 1,051.0 |
| 27 | Corporate Finance (for financial advisors) | 0.0 | 2,244.1 | 2,244.1 | 0.0 | 2,244.1 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
|   | TOTAL | 46.4 | 5,550.1 | 5,596.5 | 5,307.2 | 10,903.7 |

Case 01-01139-AMC    Doc 16561-2    Filed 08/14/07    Page 2 of 5

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2007 through March 31, 2007**

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Mike Gries, Founding Member | 0.1 |
| Gregory Boyer, Managing Director | 44.7 |
| Rayan Hashmi, Analyst | 1.6 |
| **TOTAL** | **46.4** |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2007 through March 31, 2007

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 01/04/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 01/17/07 | 26 | 2.5 | review Grace's pension funding notice and related materials |
| WR Grace | G. Boyer | 01/18/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 01/18/07 | 26 | 0.5 | correspondence with JS and investigation of requested information |
| WR Grace | G. Boyer | 01/25/07 | 26 | 1.5 | review materials on exclusivity distributed by JS |
| WR Grace | G. Boyer | 01/25/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 01/30/07 | 14 | 2.5 | review transcript on exclusivity appeal |
| WR Grace | G. Boyer | 02/05/07 | 24 | 0.1 | review correspondence from JS |
| WR Grace | G. Boyer | 02/07/07 | 11 | 4.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/07/07 | 14 | 0.1 | Review order regarding the 2/21 conference |
| WR Grace | G. Boyer | 02/08/07 | 11 | 3.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/08/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 02/09/07 | 11 | 3.5 | Preparation of fee application |
| WR Grace | G. Boyer | 02/12/07 | 24 | 0.1 | Correspondence re: case status |
| WR Grace | M. Gries | 02/12/07 | 24 | 0.1 | Correspondence re: case status |
| WR Grace | G. Boyer | 02/13/07 | 11 | 0.5 | correspondence with RH re: fee applications |
| WR Grace | R. Hashmi | 02/13/07 | 11 | 0.5 | correspondence with GB re: fee applications |
| WR Grace | R. Hashmi | 02/13/07 | 11 | 0.5 | Sending required information for fee applications |
| WR Grace | R. Hashmi | 02/13/07 | 11 | 0.1 | Correspondence with M Hedden re: fee application |
| WR Grace | G. Boyer | 02/14/07 | 11 | 0.2 | Correspondence with M. Hedden re: Fee applications |
| WR Grace | G. Boyer | 02/15/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 02/20/07 | 26 | 5.0 | Grace's operating plan meeting |
| WR Grace | G. Boyer | 02/21/07 | 24 | 0.1 | Correspondence with RH re: research of article |
| WR Grace | G. Boyer | 02/21/07 | 24 | 0.1 | review article on asbestos bankruptcies |
| WR Grace | G. Boyer | 02/21/07 | 14 | 0.1 | review agenda for Monday's hearing |
| WR Grace | G. Boyer | 02/21/07 | 14 | 0.1 | review correspondence from JS re: Grace's omnibus hearing |
| WR Grace | R. Hashmi | 02/21/07 | 24 | 0.5 | Correspondence with GB re: research of article and performed article search |
| WR Grace | G. Boyer | 02/22/07 | 26 | 2.5 | review of materials received from Grace's operating plan meeting |
| WR Grace | G. Boyer | 02/26/07 | 14 | 0.1 | review correspondence from TT re: omnibus hearing |
| WR Grace | G. Boyer | 03/01/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 03/08/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 03/15/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 03/19/07 | 26 | 2.5 | review material regarding taxes |
| WR Grace | G. Boyer | 03/19/07 | 11 | 0.2 | review correspondence from fee examiner |
| WR Grace | G. Boyer | 03/21/07 | 26 | 3.5 | review of Grace's 10K |
| WR Grace | G. Boyer | 03/22/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 03/26/07 | 26 | 2.0 | review material regarding taxes |
| WR Grace | G. Boyer | 03/29/07 | 7 | 1.0 | committee call |

46.4 Total Hours

8/14/2007

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2007 through March 31, 2007**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Grand Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RH | Rayaan Hashmi, Analyst -- CDG |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |