Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2007 through June 30, 2007

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct-Dec 2006 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 8.5 | 498.9 | 507.4 | 0.0 | 507.4 |
| 11 | Fee Applications, Applicant | 0.4 | 843.6 | 844.0 | 249.0 | 1,093.0 |
| 14 | Hearings | 12.2 | 67.9 | 80.1 | 0.0 | 80.1 |
| 20 | Travel - Non-working | 0.0 | 221.8 | 221.8 | 0.0 | 221.8 |
| 24 | Other | 0.5 | 162.0 | 162.5 | 5,058.2 | 5,220.7 |
| 26 | Business Analysis (for financial advisors) | 15.1 | 1,051.0 | 1,066.1 | 0.0 | 1,066.1 |
| 27 | Corporate Finance (for financial advisors) | 51.4 | 2,244.1 | 2,295.5 | 0.0 | 2,295.5 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
|  | TOTAL | 88.1 | 5,596.5 | 5,684.6 | 5,307.2 | 10,991.8 |

<u>Exhibit A</u>

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2007 through June 30, 2007

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 65.5 |
| Rayan Hashmi, Analyst | 18.0 |
| Kevin Glodowski, Analyst | 4.6 |
| **TOTAL** | **88.1** |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2007 through June 30, 2007

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/04/07 | 26 | 0.1 | correspondence re: 1st quarter operating results |
| WR Grace | G. Boyer | 04/05/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 04/09/07 | 24 | 0.1 | review correspondence from JS |
| WR Grace | G. Boyer | 04/12/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 04/12/07 | 14 | 0.3 | review modified scheduling order |
| WR Grace | G. Boyer | 04/13/07 | 14 | 0.1 | review correspondence from MK re: Grace PI hearing |
| WR Grace | G. Boyer | 04/18/07 | 14 | 2.5 | review transcripts from 4/9 hearing |
| WR Grace | G. Boyer | 04/18/07 | 24 | 0.1 | review correspondence from JS |
| WR Grace | G. Boyer | 04/19/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 04/23/07 | 26 | 0.1 | review email regarding 1st qtr operating results call |
| WR Grace | G. Boyer | 04/25/07 | 14 | 0.1 | review correspondence from JS re: Hearing agenda |
| WR Grace | G. Boyer | 04/26/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 04/26/07 | 27 | 0.5 | review correspondence on project Gemini |
| WR Grace | G. Boyer | 04/26/07 | 14 | 0.4 | review correspondence from JS re: PD status conference |
| WR Grace | G. Boyer | 04/26/07 | 27 | 0.2 | correspondence with SB and MK re: Project Gemini |
| WR Grace | G. Boyer | 04/26/07 | 14 | 0.1 | review correspondence regarding status conference |
| WR Grace | G. Boyer | 04/27/07 | 27 | 1.5 | prepare analysis on project Gemini |
| WR Grace | G. Boyer | 04/27/07 | 14 | 0.1 | review correspondence from JS re: 4/23 & 4/24 hearing transcript |
| WR Grace | G. Boyer | 04/30/07 | 14 | 3.0 | review 4/23 & 4/24 hearing transcript |
| WR Grace | G. Boyer | 05/04/07 | 14 | 0.1 | review correspondence regarding carryover of certain matters to the May 8th hearing |
| WR Grace | G. Boyer | 05/04/07 | 14 | 0.1 | review correspondence from JS re: 5/9 hearing |
| WR Grace | G. Boyer | 05/07/07 | 14 | 1.5 | review correspondence concerning and transcript from the 5/2 hearing |
| WR Grace | G. Boyer | 05/09/07 | 26 | 1.0 | review Grace's 10Q filing |
| WR Grace | G. Boyer | 05/09/07 | 14 | 0.2 | review correspondence from MK re: Grace PI hearing |
| WR Grace | G. Boyer | 05/14/07 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 05/15/07 | 26 | 3.0 | review pension funding motions |
| WR Grace | G. Boyer | 05/15/07 | 14 | 0.1 | review 5/21 hearing agenda |
| WR Grace | G. Boyer | 05/16/07 | 27 | 1.5 | review the draft sale motion for project Gemini |
| WR Grace | G. Boyer | 05/16/07 | 27 | 0.1 | review correspondence from JOC re: project Gemini |
| WR Grace | G. Boyer | 05/17/07 | 26 | 2.5 | preparation of 1st qtr operating results call |
| WR Grace | G. Boyer | 05/17/07 | 11 | 0.3 | correspondence with M. Hedden re: fee application |
| WR Grace | G. Boyer | 05/18/07 | 27 | 3.0 | review project Gemini agreement |
| WR Grace | G. Boyer | 05/18/07 | 26 | 1.0 | 1st qtr operating results call |
| WR Grace | G. Boyer | 05/18/07 | 27 | 0.5 | correspondence with MK re: project Gemini |
| WR Grace | G. Boyer | 05/18/07 | 27 | 0.1 | review correspondence from JOC re: project Gemini |
| WR Grace | G. Boyer | 05/18/07 | 11 | 0.1 | correspondence with M. Hedden re: fee application |
| WR Grace | G. Boyer | 05/21/07 | 27 | 2.5 | review of materials on Project Gemini |
| WR Grace | G. Boyer | 05/22/07 | 27 | 1.0 | preparation of analysis on Project Gemini |
| WR Grace | G. Boyer | 05/22/07 | 27 | 0.2 | update from JOC re: project Gemini |
| WR Grace | G. Boyer | 05/24/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 05/24/07 | 14 | 0.1 | review of correspondence from MK re: Siegel deposition |
| WR Grace | G. Boyer | 05/24/07 | 14 | 0.1 | review 5/30 hearing agenda |
| WR Grace | G. Boyer | 05/25/07 | 14 | 0.1 | review agenda for May 30th hearing |
| WR Grace | G. Boyer | 05/29/07 | 26 | 0.1 | correspondence with JS re: pension |
| WR Grace | G. Boyer | 05/30/07 | 26 | 1.0 | review Watson Wyatt analysis |
| WR Grace | G. Boyer | 05/30/07 | 24 | 0.1 | review correspondence from JS |
| WR Grace | G. Boyer | 05/30/07 | 24 | 0.1 | review correspondence from JS |
| WR Grace | G. Boyer | 05/31/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 06/06/07 | 26 | 1.0 | review actuarial reports |
| WR Grace | G. Boyer | 06/07/07 | 14 | 1.5 | review 5/230 hearing transcript |
| WR Grace | G. Boyer | 06/07/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 06/12/07 | 27 | 1.5 | review PI Expert reports |
| WR Grace | G. Boyer | 06/19/07 | 27 | 2.5 | review documents relating to Project Gemini |
| WR Grace | G. Boyer | 06/19/07 | 27 | 0.5 | review motion to extend exclusivity |
| WR Grace | G. Boyer | 06/19/07 | 14 | 0.2 | Review 6/25 & 6/26 hearing agendas |
| WR Grace | G. Boyer | 06/20/07 | 27 | 0.1 | correspondence with JS re: Project Gemini |
| WR Grace | G. Boyer | 06/21/07 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 06/21/07 | 27 | 0.1 | review correspondence from MK re: PI expert reports |
| WR Grace | G. Boyer | 06/21/07 | 27 | 0.1 | correspondence with MK re: committee member question |
| WR Grace | G. Boyer | 06/22/07 | 27 | 0.5 | discussion on Grace valuation analysis |
| WR Grace | R. Hashmi | 06/22/07 | 27 | 0.5 | discussion on Grace valuation analysis |
| WR Grace | G. Boyer | 06/24/07 | 27 | 1.0 | review valuation analysis |
| WR Grace | G. Boyer | 06/24/07 | 27 | 1.0 | preparation of analysis of Project Gemini for committee |
| WR Grace | G. Boyer | 06/24/07 | 27 | 0.5 | correspondence with RH re: valuation analysis |
| WR Grace | R. Hashmi | 06/24/07 | 27 | 10.0 | Preparation of valuation analysis |
| WR Grace | R. Hashmi | 06/24/07 | 27 | 0.5 | correspondence with GB re: valuation analysis |
| WR Grace | G. Boyer | 06/25/07 | 27 | 1.5 | Correspondence with MK and review of information to answer committee member question |
| WR Grace | G. Boyer | 06/25/07 | 27 | 1.0 | preparation of analysis of Project Gemini for committee |
| WR Grace | G. Boyer | 06/25/07 | 27 | 1.0 | call with JOC and Grace re: Project Gemini |
| WR Grace | G. Boyer | 06/25/07 | 27 | 1.0 | correspondence with MK re: solvency |
| WR Grace | G. Boyer | 06/25/07 | 27 | 0.1 | review correspondence from JOC re: Project Gemini |
| WR Grace | G. Boyer | 06/26/07 | 27 | 4.0 | preparation of analysis of Project Gemini for committee |
| WR Grace | G. Boyer | 06/26/07 | 26 | 0.1 | Conversation with JS re: exclusivity |
| WR Grace | G. Boyer | 06/27/07 | 27 | 5.0 | preparation of analysis of Project Gemini for committee |
| WR Grace | G. Boyer | 06/27/07 | 14 | 0.1 | review correspondence from MK re: Grace hearing |
| WR Grace | R. Hashmi | 06/27/07 | 27 | 2.0 | Preparation of valuation analysis |
| WR Grace | G. Boyer | 06/28/07 | 27 | 0.8 | Review valuation analysis |
| WR Grace | G. Boyer | 06/28/07 | 27 | 0.1 | review correspondence from MK re: project Gemini |
| WR Grace | G. Boyer | 06/28/07 | 26 | 0.1 | conversation with KG re: research |
| WR Grace | K. Glodowski | 06/28/07 | 26 | 0.1 | conversation with GB re: research |

Exhibit A

## *Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2007 through June 30, 2007

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | R. Hashmi | 06/28/07 | 27 | 5.0 | Preparation of valuation analysis |
| WR Grace | G. Boyer | 06/29/07 | 14 | 1.5 | review transcript for 6/25 hearing |
| WR Grace | G. Boyer | 06/29/07 | 26 | 0.5 | conversation with KG re: research |
| WR Grace | G. Boyer | 06/29/07 | 24 | 0.1 | review correspondence from JS re: exclusivity |
| WR Grace | K. Glodowski | 06/29/07 | 26 | 4.0 | research of the chemicals industry and comparable company trading multiples |
| WR Grace | K. Glodowski | 06/29/07 | 26 | 0.5 | conversation with GB re: research |

88.1 Total Hours

8/14/2007

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2007 through June 30, 2007**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 6/24/07 | | | 20.00 | | | | 20.00 |
| **G. Boyer Total** | | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | **20.00** |
| | | | | | | | | |
| **Grand Total** | | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | **20.00** |

| LEGEND | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RH | Rayaan Hashmi, Analyst -- CDG |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |