# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2007 THROUGH APRIL 30, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 10.4 | $5,304.00 |
| | | | | | |
| TOTAL | | | | 10.4 | $5,304.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2007
Invoice No.: 386870
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through April 30, 2007

|  |  |
|---|---:|
| Fees | $5,304.00 |
| **Total Fees and Disbursements** | **$5,304.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 386870  
May 28, 2007  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/12/07 | Jaffe | Reviewing, revising draft response to EPA comments on draft work plan and telephone conference and e-mail with Ms. Johns regarding same. | 1.1 |
| 04/23/07 | Jaffe | Research regarding ARARs issue and telephone conference with Ms. Johns regarding same (2.4). | 2.4 |
| 04/24/07 | Jaffe | Research regarding ARARs issue and memorandum to client regarding same (4.3). | 4.3 |
| 04/25/07 | Jaffe | Reviewing ARARs issues and e-mails with team regarding same (1.6). | 1.6 |
| 04/26/07 | Jaffe | E-mails with team regarding letter to EPA (0.8); telephone conference with Ms. Johns regarding same (0.2). | 1.0 |
|  |  | **Total Hours** | **10.4** |

| | |
|---|---|
| Matter No.: 08743.00088 | Invoice No.: 386870 |
| Re: Acton Site OU3 | May 28, 2007 |
| | Page 3 |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 10.4 |

| | |
|---|---|
| Total Fees | $5,304.00 |

| | |
|---|---|
| Total Fees | $5,304.00 |
| Total Fees and Disbursements | $5,304.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2007
Invoice No.: 386870
Matter No.: 08743.00088

Re:   Acton Site OU3

**Total Fees and Disbursements**     **$5,304.00**

Remittance Address:
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

Fed-Ex Remittance Address:
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 386870
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 2.5 | $1,275.00 |
| | | | | | |
| **TOTAL** | | | | **2.5** | **$1,275.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2007
Invoice No.: 386873
Matter No.: 08743.00100

Re:    **Woburn Lease Environmental Issues**

For Professional Services rendered through April 30, 2007

|  |  |
|---|---|
| Fees | $1,275.00 |
| **Total Fees and Disbursements** | **$1,275.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

Matter No.: 08743.00100　　　　　　　　　　　　　　　　　Invoice No.: 386873
Re: Woburn Lease Environmental Issues　　　　　　　　　　　　　May 28, 2007
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/26/07 | Jaffe | Reviewing, revising draft Guswa report and e-mails with team regarding same (1.7). | 1.7 |
| 04/30/07 | Jaffe | Reviewing, revised draft RW-22 report and e-mails with team (0.8). | 0.8 |
| | | **Total Hours** | **2.5** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 386873
May 28, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 2.5 |

| | |
|---|---|
| Total Fees | $1,275.00 |

| | |
|---|---|
| Total Fees | $1,275.00 |
| Total Fees and Disbursements | $1,275.00 |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2007
Invoice No.: 386873
Matter No.: 08743.00100

Re:   Woburn Lease Environmental Issues

Total Fees and Disbursements         $1,275.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 386873
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company