# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>,[1] | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF JUNE 1, 2007 THROUGH JUNE 30, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace 0Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 51 - Daramic NOR

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.2 | $612.00 |
| | | | | | |
| **TOTAL** | | | | **1.2** | **$612.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

July 31, 2007
Invoice No.: 392870
Matter No.: 08743.00051

**Re:   DARAMAC NOR**

For Professional Services rendered through June 30, 2007

|  |  |
|---|---|
| Fees | $612.00 |
| **Total Fees and Disbursements** | **$612.00** |

Matter No.: 08743.00051
Re: DARAMAC NOR

Invoice No.: 392870
July 31, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/11/07 | Jaffe | Telephone conference with Mr. Bucens, Mr. Collins, Ms. Duff, Ms. Johns and prepare for same (0.6). | 0.6 |
| 06/13/07 | Jaffe | Telephone conference and e-mail with Ms. Duff (0.6). | 0.6 |
| | | **Total Hours** | **1.2** |

Matter No.: 08743.00051
Re: DARAMAC NOR

Invoice No.: 392870
July 31, 2007
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 1.2 |

**Total Fees**                                   $612.00

**Total Fees**                                   $612.00
**Total Fees and Disbursements**                 <u>$612.00</u>



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

July 31, 2007
Invoice No.: 392870
Matter No.: 08743.00051

Re:    **DARAMAC NOR**

**Total Fees and Disbursements**          **$612.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00051, **Invoice #:** 392870
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 88 - Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 5.4 | $2,754.00 |
| | | | | | |
| **TOTAL** | | | | **5.4** | **$2,754.00** |

**Expenses**

| Description | Total |
|---|---|
| Photocopies | $ 10.50 |
| | |
| **TOTAL** | **$ 10.50** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392389
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through June 30, 2007

| | |
|---|---|
| Fees | $2,754.00 |
| Disbursements | 10.50 |
| **Total Fees and Disbursements** | **$2,764.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 392389
July 30, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/06/07 | Jaffe | E-mails with team regarding schedule for deliverables (0.3). | 0.3 |
| 06/07/07 | Jaffe | E-mail to Ms. Duff (0.3). | 0.3 |
| 06/08/07 | Jaffe | E-mails with team (0.4). | 0.4 |
| 06/11/07 | Jaffe | Review, revise revised draft work plan (1.1). | 1.1 |
| 06/12/07 | Jaffe | Review, revise revised draft sediment work plan (1.5); e-mails with team regarding deed restriction issue (0.5). | 2.0 |
| 06/13/07 | Jaffe | E-mails regarding draft work plan (0.4). | 0.4 |
| 06/14/07 | Jaffe | Revise revised sediment work plan (0.8). | 0.8 |
| 06/15/07 | Jaffe | E-mails with Ms. Duff (0.1). | 0.1 |
| | | **Total Hours** | **5.4** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 392389
July 30, 2007
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|----------------|-----------|
| Jaffe | 5.4 |

| | |
|---|---|
| **Total Fees** | **$2,754.00** |

## Disbursement Summary

| **Date** | | **Amount** |
|----------|---|-----------|
| 06/30/07 | In-House Color Photocopying | 10.50 |
| | **Total Disbursements** | **$10.50** |

| | |
|---|---|
| **Total Fees** | **$2,754.00** |
| **Total Disbursements** | **10.50** |
| **Total Fees and Disbursements** | **$2,764.50** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392389
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**          **$2,764.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt |
| | Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 392389
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

**Matter 93 - Concord Landfill Closure**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 2.1 | $1,071.00 |
| | | | | | |
| TOTAL | | | | 2.1 | $1,071.00 |



# FOLEY
# HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392390
Matter No.: 08743.00093

**Re:**    **Concord Landfill Closure**

For Professional Services rendered through June 30, 2007

Fees                                        $1,071.00

**Total Fees and Disbursements**            <u>**$1,071.00**</u>

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 392390
July 30, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/28/07 | Jaffe | Review, revise draft Phase IV report (1.2). | 1.2 |
| 06/29/07 | Jaffe | Review, revise draft Phase IV status report; email to Ms. Johns regarding same (0.9). | 0.9 |
| | | **Total Hours** | **2.1** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 392390
July 30, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | |
|---|---|---|
| Jaffe | 2.1 | |
| **Total Fees** | | **$1,071.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,071.00** |
| **Total Fees and Disbursements** | | **$1,071.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392390
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

**Total Fees and Disbursements**            **$1,071.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 392390
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 100 - Woburn Lease Environmental Issues**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 0.9 | $459.00 |
| | | | | | |
| **TOTAL** | | | | **0.9** | **$459.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392391
Matter No.: 08743.00100

**Re:**    **Woburn Lease Environmental Issues**

For Professional Services rendered through June 30, 2007

| | |
|---|---|
| Fees | $459.00 |
| **Total Fees and Disbursements** | **$459.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 392391
July 30, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/07/07 | Jaffe | Review final RW-22 and soil investigation reports (0.9). | 0.9 |
| | | **Total Hours** | **0.9** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 392391
July 30, 2007
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 0.9 |

|  |  |
|--|--|
| **Total Fees** | **$459.00** |

| | |
|--|--|
| **Total Fees** | $459.00 |
| **Total Fees and Disbursements** | **$459.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392391
Matter No.: 08743.00100

Re:   **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**                    **$459.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 392391
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Rice | Paralegal | Bankruptcy | $190.00 | 0.6 | $114.00 |
| | | | | | |
| TOTAL | | | | 0.6 | $114.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 15.60 |
| | |
| TOTAL | $ 15.60 |



FOLEY
HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392393
Matter No.: 08743.00101

**Re:     Bankruptcy Matters**

For Professional Services rendered through June 30, 2007

| | |
|---|---|
| Fees | $114.00 |
| Disbursements | 15.60 |
| **Total Fees and Disbursements** | **$129.60** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 392393
July 30, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/27/07 | Rice | Review docket in preparation for monthly fee application (0.1). | 0.1 |
| 06/28/07 | Rice | Review and file monthly fee application (0.5). | 0.5 |
| | | **Total Hours** | **0.6** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 392393
July 30, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Rice | 0.6 |

| | |
|---|---|
| **Total Fees** | **$114.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/30/07 | In-House Photocopying | 15.60 |

| | |
|---|---|
| **Total Disbursements** | **$15.60** |

| | |
|---|---|
| **Total Fees** | **$114.00** |
| **Total Disbursements** | **15.60** |
| **Total Fees and Disbursements** | **$129.60** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392393
Matter No.: 08743.00101

**Re:**    **Bankruptcy Matters**

**Total Fees and Disbursements**              **$129.60**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 392393
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 – Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 2.6 | $1,326.00 |
| | | | | | |
| **TOTAL** | | | | **2.6** | **$1,326.00** |



**FOLEY
HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392394
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through June 30, 2007

|  |  |
|---|---|
| Fees | $1,326.00 |
| **Total Fees and Disbursements** | **$1,326.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 392394
July 30, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| 06/01/07 | Jaffe | Telephone conference with team regarding Walpole site and prepare for same (1.1). | 1.1 |
| 06/04/07 | Jaffe | Review Walpole summary documents (0.6). | 0.6 |
| 06/05/07 | Jaffe | E-mails with team and review site summary (0.9). | 0.9 |
| | | **Total Hours** | **2.6** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 392394
July 30, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 2.6 |

| | |
|---|---|
| **Total Fees** | **$1,326.00** |

| | |
|---|---|
| **Total Fees** | **$1,326.00** |
| **Total Fees and Disbursements** | **$1,326.00** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2007
Invoice No.: 392394
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$1,326.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 392394
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company