# EXHIBIT 2

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

---

**IMPORTANT REMINDERS**

---

- Each Questionnaire has been assigned a unique claimant identification number. Please use Questionnaires only for the claimant listed on the front cover.

- Your completed and signed Questionnaire, together with copies of your supporting documentation, must be sent via U.S. Mail or other carrier so that it is received by January 12, 2006 to:

  Rust Consulting, Inc.
  Claims Processing Agent
  Re: W. R. Grace & Co. Bankruptcy
  201 S. Lyndale Avenue
  P.O. Box 1620
  Faribault, MN 55021

- A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

- Complete your Questionnaire in blue or black ink to facilitate processing.

- Be sure to retain copies of all materials sent to the Claims Processing Agent, including a copy of your completed Questionnaire.

- For your convenience, additional copies of Part II, Part III, Part IV, Part V and Part VI of the Questionnaire have been included in this packet as Appendices C, D, E, F and G.

- If you have any questions concerning the Questionnaire, you should contact your attorney. The Claims Processing Agent cannot answer questions about the completion of this Questionnaire.

- If you need additional copies of the Questionnaire, you can contact the Claims Processing Agent by calling 1-800-432-1909 or by mail at the address listed above.