# EXHIBIT 5

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
| --- |

**Name of Claimant:** _____ **Last 4 Digits of SSN:** __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.   **Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma

☐ Asbestosis                                         ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease                    ☐ Clinically Severe Asbestosis

   **a.   Mesothelioma:**   If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

☐ diagnosis from a pathologist certified by the American Board of Pathology

☐ diagnosis from a second pathologist certified by the American Board of Pathology

☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

☐ other (please specify):_____

   **b.   Asbestos-Related Lung Cancer:**   If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify):_____

1

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

c.  **Other Cancer:**

    (i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

        ☐ colon      ☐ pharyngeal      ☐ esophageal      ☐ laryngeal      ☐ stomach cancer

        ☐ other, please specify: _____

    (ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

        ☐ findings by a pathologist certified by the American Board of Pathology

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis determined by pathology

        ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

        ☐ other (please specify): _____

d.  **Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

    ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

    ☐ asbestosis determined by pathology

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

    ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

    ☐ other (please specify): _____

**APPENDIX C**

**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

**Name of Claimant:** _____    **Last 4 Digits of SSN:**  __ __ __ __

    **e.**  **Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

      ☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

      ☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

      ☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

      ☐  asbestosis determined by pathology

      ☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

      ☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

      ☐  other (please specify): _____

    **f.**  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

      ☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

      ☐  diagnosis determined by pathology

      ☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

      ☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

      ☐  a chest x-ray reading  other than those described above

      ☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

      ☐  a pulmonary function test other than that discussed above

      ☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

      ☐  a CT Scan or similar testing

      ☐  a diagnosis other than those above

      ☐  other (please specify): _____

3

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II:  ASBESTOS-RELATED CONDITION(S)**

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

**2.    Information Regarding Diagnosis**

**Date of Diagnosis:** ................................................................... __ __ / __ __ / __ __ __ __

**Diagnosing Doctor's Name:** _____

**Diagnosing Doctor's Specialty:** _____

**Diagnosing Doctor's Mailing Address:** _____
Address

_____
City                                                      State/Province                                      Zip/Postal Code

**Diagnosing Doctor's Daytime Telephone Number:** ....................... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ........................................................ ☐ Yes   ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ..................... ☐ Yes   ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes   ☐ No

Was the diagnosing doctor referred to you by counsel? .................................................. ☐ Yes   ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ...................... ☐ Yes   ☐ No

*If yes, please explain:* _____

_____

**Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?** ........................................................... ☐ Yes   ☐ No

**Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ................................................................................. ☐ Yes   ☐ No

**Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?** .................................................................................. ☐ Yes   ☐ No

**Did the diagnosing doctor perform a physical examination?** ............................................ ☐ Yes   ☐ No

**Do you currently use tobacco products?** ................................................................ ☐ Yes   ☐ No

**Have you ever used tobacco products?** ................................................................. ☐ Yes   ☐ No

***If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:***

☐   **Cigarettes**          **Packs Per Day (half pack = .5)** _____    **Start Year** __ __ __ __   **End Year** __ __ __ __

☐   **Cigars**              **Cigars Per Day** _____           **Start Year** __ __ __ __   **End Year** __ __ __ __

    ☐   **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____
              **Amount Per Day** _____              **Start Year** __ __ __ __   **End Year** __ __ __ __

**Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")?** ................... ☐ Yes   ☐ No

***If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:***

_____

**3.    Information Regarding Chest X-Ray**

**Please check the box next to the applicable location where your chest x-ray was taken (check one):**

☐   Mobile laboratory   ☐ Job site   ☐ Union Hall   ☐ Doctor office   ☐ Hospital   ☐ Other: _____

**Address where chest x-ray taken:** _____
Address

_____
City                                                      State/Province                                      Zip/Postal Code

*page 43 of 5668*

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

**Name of Claimant:** _____   **Last 4 Digits of SSN:** __ __ __ __

**4.   Information Regarding Chest X-Ray Reading**

**Date of Reading:** __ __ / __ __ / __ __ __ __        **ILO score:** _____

**Name of Reader:** _____

**Reader's Daytime Telephone Number:** ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

**Reader's Mailing Address:** _____
<span style="padding-left:2em">Address</span>

_____
City                                    State/Province                        Zip/Postal Code

**With respect to your relationship to the reader, check all applicable boxes:**

Was the reader paid for the services that he/she performed ........................_____ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed*: _____

Did you retain counsel in order to receive any of the services performed by the reader? ............ ☐ Yes  ☐ No

Was the reader referred to you by counsel?........................................................ ☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? ........................ ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**

........................................................................................................ ☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation,  specialty, and the method through which the reading was made:* _____

**5.   Information Regarding Pulmonary Function Test:** ...............................**Date of Test:** __ __ / __ __ / __ __ __ __

**List your height in feet and inches when test given:** ........................................ _____ ft _____ inches

**List your weight in pounds when test given:** ........................................................ _____ lbs

**Total Lung Capacity (TLC):** ........................................................................ _____ % of predicted

**Forced Vital Capacity (FVC):** ...................................................................... _____ % of predicted

**FEV1/FVC Ratio:** ...................................................................................... _____ % of predicted

**Name of Doctor Performing Test (if applicable):** _____

**Doctor's Specialty:** _____

**Name of Clinician Performing Test (if applicable):** _____

**Testing Doctor or Clinician's Mailing Address:** _____
<span style="padding-left:2em">Address</span>

_____
City                                    State/Province                        Zip/Postal Code

**Testing Doctor or Clinician's Daytime Telephone Number:** ...................... ( __ __ __ ) __ __ __ - __ __ __ __

**Name of Doctor Interpreting Test:** _____

**Doctor's Specialty:** _____

**Interpreting Doctor's Mailing Address:** _____
<span style="padding-left:2em">Address</span>

_____
City                                    State/Province                        Zip/Postal Code..

**Interpreting Doctor's Daytime Telephone Number:** ...................... ( __ __ __ ) __ __ __ - __ __ __ __

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

## PART II:  ASBESTOS-RELATED CONDITION(S)

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician?..........................................☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? .................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*._____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?..☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel? .................................................................☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?**........................................................................................☐ Yes  ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ..................................................................................................☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed?......................................................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ...........................☐ Yes  ☐ No

Was the doctor referred to you by counsel?...............................................................................................☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .........................................☐ Yes  ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**.............................☐ Yes  ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report:...............................................................  __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                               Address

City                                   State/Province            Zip/Postal Code

Doctor's Daytime Telephone Number: ......................................... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? ..................................................................................................☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed?......................................................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ...........................☐ Yes  ☐ No

Was the doctor referred to you by counsel?...............................................................................................☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .........................................☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

..................................................................................................................................................☐ Yes  ☐ No

6

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

7.  **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**

.................................................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____

**Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____
Address

_____
City                                                              State/Province                                   Zip/Postal Code

**Treating Doctor's Daytime Telephone number:** ............................... ( __ __ __ ) __ __ __ - __ __ __ __

**Was the doctor paid for the services that he/she performed?**................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* ._____

**Did you retain counsel in order to receive any of the services performed by the doctor?** .................... ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

7

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  **Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma

☐ Asbestosis          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease          ☐ Clinically Severe Asbestosis

   **a.  Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

   ☐ diagnosis from a pathologist certified by the American Board of Pathology

   ☐ diagnosis from a second pathologist certified by the American Board of Pathology

   ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

   ☐ other (please specify):_____

   **b.  Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

   ☐ findings by a pathologist certified by the American Board of Pathology

   ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

   ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

   ☐ evidence of asbestosis determined by pathology

   ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

   ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

   ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

   ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

   ☐ other (please specify):_____

1

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

Name of Claimant: _____  Last 4 Digits of SSN: __ __ __ __

**c.  Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon        ☐ pharyngeal        ☐ esophageal        ☐ laryngeal        ☐ stomach cancer

☐ other, please specify: _____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

**d.  Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

APPENDIX C
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

**e.**   **Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   asbestosis determined by pathology

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐   other (please specify): _____

**f.**   **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   diagnosis determined by pathology

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  other than those described above

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a pulmonary function test other than that discussed above

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐   a CT Scan or similar testing

☐   a diagnosis other than those above

☐   other (please specify): _____

3

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
| --- |

**Name of Claimant:** _____   **Last 4 Digits of SSN:** __ __ __ __

**2.   Information Regarding Diagnosis**

**Date of Diagnosis:** ................................................................. __ __ / __ __ / __ __ __ __

**Diagnosing Doctor's Name:** _____

**Diagnosing Doctor's Specialty:** _____

**Diagnosing Doctor's Mailing Address:** _____

_____
Address

_____
City                                             State/Province                                Zip/Postal Code

**Diagnosing Doctor's Daytime Telephone Number:** ........................ ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ........................................................... ☐ Yes   ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ..................... ☐ Yes   ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes   ☐ No

Was the diagnosing doctor referred to you by counsel? ....................................................... ☐ Yes   ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ..................... ☐ Yes   ☐ No

*If yes, please explain:* _____

_____

**Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?** ........................................................... ☐ Yes   ☐ No

**Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ................................................................................. ☐ Yes   ☐ No

**Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?** ................................................................................. ☐ Yes   ☐ No

**Did the diagnosing doctor perform a physical examination?** ....................................... ☐ Yes   ☐ No

**Do you currently use tobacco products?** ....................................................... ☐ Yes   ☐ No

**Have you ever used tobacco products?** ........................................................ ☐ Yes   ☐ No

***If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:***

☐ **Cigarettes**        **Packs Per Day (half pack = .5)** _____   **Start Year** __ __ __ __   **End Year** __ __ __ __

☐ **Cigars**        **Cigars Per Day** _____        **Start Year** __ __ __ __   **End Year** __ __ __ __

☐ **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____

**Amount Per Day** _____        **Start Year** __ __ __ __   **End Year** __ __ __ __

**Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")?** ................. ☐ Yes   ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

**3.   Information Regarding Chest X-Ray**

**Please check the box next to the applicable location where your chest x-ray was taken (check one):**

☐ Mobile laboratory   ☐ Job site   ☐ Union Hall   ☐ Doctor office   ☐ Hospital   ☐ Other: _____

**Address where chest x-ray taken:** _____
Address

_____
City                                             State/Province                                Zip/Postal Code

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
| --- |

**Name of Claimant:** _____  **Last 4 Digits of SSN:** __ __ __ __

**4.**   **Information Regarding Chest X-Ray Reading**

**Date of Reading:**  __ __ / __ __ / __ __ __ __         **ILO score:** _____

**Name of Reader:** _____

**Reader's Daytime Telephone Number:** ....................................... ( __ __ __ ) __ __ __ - __ __ __ __

**Reader's Mailing Address:** _____
                              Address

_____
City                                                State/Province                    Zip/Postal Code

**With respect to your relationship to the reader, check all applicable boxes:**

Was the reader paid for the services that he/she performed ..................._____  ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed*: _____

Did you retain counsel in order to receive any of the services performed by the reader? ...........  ☐ Yes  ☐ No

Was the reader referred to you by counsel?...........................................................  ☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? ...................  ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**

.......................................................................................................................  ☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation,  specialty, and the method through which the reading was made:* _____

**5.**   **Information Regarding Pulmonary Function Test:** ...............................**Date of Test:**  __ __ / __ __ / __ __ __ __

**List your height in feet and inches when test given:** ....................................... _____ **ft** _____ **inches**

**List your weight in pounds when test given:** ......................................................... _____ **lbs**

**Total Lung Capacity (TLC):** ................................................................................ _____ **% of predicted**

**Forced Vital Capacity (FVC):** ............................................................................. _____ **% of predicted**

**FEV1/FVC Ratio:** ................................................................................................ _____ **% of predicted**

**Name of Doctor Performing Test (if applicable):** _____

**Doctor's Specialty:** _____

**Name of Clinician Performing Test (if applicable):** _____

**Testing Doctor or Clinician's Mailing Address:** _____
                                                  Address

_____
City                                                State/Province                    Zip/Postal Code

**Testing Doctor or Clinician's Daytime Telephone Number:** ....................... ( __ __ __ ) __ __ __ - __ __ __ __

**Name of Doctor Interpreting Test:** _____

**Doctor's Specialty:** _____

**Interpreting Doctor's Mailing Address:** _____
                                           Address

_____
City                                                State/Province                    Zip/Postal Code..

**Interpreting Doctor's Daytime Telephone Number:** ........................... ( __ __ __ ) __ __ __ - __ __ __ __

5

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician?.........................................☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ...............................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*._____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?..☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ................................................................☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............☐ Yes ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?**.........................................................................................☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? .................................................................................................☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?...................................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..........................☐ Yes ☐ No

Was the doctor referred to you by counsel?.............................................................................................☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................................☐ Yes ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**...........................☐ Yes ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report:.................................................................... __ __ / __ __ / __ __ __ __

**Findings:** _____

**Name of Doctor Issuing Report:** _____

**Doctor's Specialty:** _____

**Doctor's Mailing Address:** _____
　　　　　　　　　　　　　Address

City　　　　　　　　　　　　　　　　State/Province　　　　　　　Zip/Postal Code

**Doctor's Daytime Telephone Number:** ...................................... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? .................................................................................................☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?...................................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..........................☐ Yes ☐ No

Was the doctor referred to you by counsel?.............................................................................................☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................................☐ Yes ☐ No

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

.................................................................................................................................................☐ Yes ☐ No

6

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

**Name of Claimant:** _____  **Last 4 Digits of SSN:** __ __ __ __

7. **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**
.................................................................................................................................................☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____

**Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____
                                                                 Address

_____
City                                                              State/Province                              Zip/Postal Code

**Treating Doctor's Daytime Telephone number:** ............................. ( __ __ __ ) __ __ __ - __ __ __ __

**Was the doctor paid for the services that he/she performed?**.................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* ._____

**Did you retain counsel in order to receive any of the services performed by the doctor?** ....................☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

7

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX D**
**Additional Copies of Part III of the Questionnaire**    Name of Claimant: _____    Last 4 Digits of SSN: _____

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)  A worker who personally mixed Grace asbestos-containing products

(b)  A worker who personally removed or cut Grace asbestos-containing products

(c)  A worker who personally installed Grace asbestos-containing products

(d)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f)  If other, please specify.

**Site of Exposure:**

Site Name: _____    Location: _____

Site Type: ☐ Residence  ☐ Business    Site Owner: _____

Employer During Exposure: _____    Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code *If Code 59, specify.* | Industry Code *If Code 118, specify.* | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? *If Yes, please indicate your regular proximity to such areas* | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

**APPENDIX D**

**Additional Copies of Part III of the Questionnaire**    Name of Claimant: _____    Last 4 Digits of SSN: ___ ___ ___ ___

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure: and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(d)  A worker who personally mixed Grace asbestos-containing products

(e)  A worker who personally removed or cut Grace asbestos-containing products

(f)  A worker who personally installed Grace asbestos-containing products

(g)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(h)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(i)  If other, please specify.

**Site of Exposure:**

Site Name: _____    Location: _____

Site Type:  ☐ Residence   ☐ Business    Site Owner: _____

Employer During Exposure: _____    Unions of which you were a member during your employment: _____

| Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code *If Code 59, specify.* | Industry Code *If Code 118, specify.* | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? *If Yes, please indicate your regular proximity to such areas* | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

**APPENDIX E**
**Additional Copies of Part IV of the Questionnaire**

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

**Name of Claimant:** _____   **Last 4 Digits of SSN:** __ __ __ __

1. **Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?**..............................................................................................☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. **Please indicate the following information regarding the other injured person:**

   **Name of Other Injured Person:** _____   **Gender:** ☐ Male ☐ Female

   **Last Four Digits of Social Security Number:** __ __ __ __   **Birth Date:** __ __ / __ __ / __ __

3. **What is your Relationship to Other Injured Person:**....................................................☐ Spouse ☐ Child ☐ Other

4. **Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:**

   _____

5. **Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:**
   **From:** __ __ / __ __ / __ __ __ __   **To:** __ __ / __ __ / __ __ __ __

6. **Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:**

   _____

7. **Has the Other Injured Person filed a lawsuit related to his/her exposure?** .............................................☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   **Caption:** _____

   **Case Number:** _____   **File Date:** __ __ / __ __ / __ __ __ __

   **Court Name:** _____

8. **Nature of Your Own Exposure to Grace Asbestos-Containing Product:**

   _____

9. **Dates of Your Own Exposure to Grace Asbestos-Containing Product:**
   **From:** __ __ / __ __ / __ __ __ __   **To:** __ __ / __ __ / __ __ __ __

10. **Your Basis for Identification of Asbestos-Containing Product as Grace Product:**

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**APPENDIX E**
**Additional Copies of Part IV of the Questionnaire**

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

**Name of Claimant:** _____   **Last 4 Digits of SSN:** __ __ __ __

1. **Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?** ..................................................... ☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. **Please indicate the following information regarding the other injured person:**

   **Name of Other Injured Person:** _____ **Gender:** ☐ Male ☐ Female

   **Last Four Digits of Social Security Number:** __ __ __ __    **Birth Date:** __ __ / __ __ / __ __

3. **What is your Relationship to Other Injured Person:** ................................... ☐ Spouse ☐ Child ☐ Other

4. **Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:**

   _____

5. **Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:**
   **From:** __ __ / __ __ / __ __ __ __   **To:** __ __ / __ __ / __ __ __ __

6. **Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:**

   _____

7. **Has the Other Injured Person filed a lawsuit related to his/her exposure?** ........................... ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   **Caption:** _____

   **Case Number:** _____   **File Date:** __ __ / __ __ / __ __ __ __

   **Court Name:** _____

8. **Nature of Your Own Exposure to Grace Asbestos-Containing Product:**

   _____

9. **Dates of Your Own Exposure to Grace Asbestos-Containing Product:**
   **From:** __ __ / __ __ / __ __ __ __   **To:** __ __ / __ __ / __ __ __ __

10. **Your Basis for Identification of Asbestos-Containing Product as Grace Product:**

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**APPENDIX F**

**Additional Copies of Part V of the Questionnaire    Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products
(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: _____ | | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** | Job 1 Description: | | | | | | |
| Site Name: _____ | Job 2 Description: | | | | | | |
| Address: _____ | | | | | | | |
| City and State: _____ | Job 3 Description: | | | | | | |
| Site Owner: _____ | | | | | | | |
| **Site of Exposure 2** | Job 1 Description: | | | | | | |
| Site Name: _____ | Job 2 Description: | | | | | | |
| Address: _____ | | | | | | | |
| City and State: _____ | Job 3 Description: | | | | | | |
| Site Owner: _____ | | | | | | | |
| **Site of Exposure 3** | Job 1 Description: | | | | | | |
| Site Name: _____ | Job 2 Description: | | | | | | |
| Address: _____ | | | | | | | |
| City and State: _____ | Job 3 Description: | | | | | | |
| Site Owner: _____ | | | | | | | |

# APPENDIX F

**Additional Copies of Part V of the Questionnaire**     **Name of Claimant:** _____     **Last 4 Digits of SSN:** ___ __ ___

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(d) A worker who personally mixed Non-Grace asbestos-containing products
(e) A worker who personally removed or cut Non-Grace asbestos-containing products
(f) A worker who personally installed Non-Grace asbestos-containing products

(g) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(h) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(i) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code *If Code 59, specify:* | Industry Code *If Code 118, specify:* | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? *If Yes, please indicate your regular proximity to such areas* | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** Job 1 Description: | | | | | | |
| Site Name: Job 2 Description: | | | | | | |
| Address: Job 3 Description: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| **Site of Exposure 2** Job 1 Description: | | | | | | |
| Site Name: Job 2 Description: | | | | | | |
| Address: Job 3 Description: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| **Site of Exposure 3** Job 1 Description: | | | | | | |
| Site Name: Job 2 Description: | | | | | | |
| Address: Job 3 Description: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |

**APPENDIX G**
**Additional Copies of Part VI of the Questionnaire**

**PART VI:  EMPLOYMENT HISTORY**

**Name of Claimant:** _____    **Last 4 Digits of SSN:**  __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment.  For each job, include your employer, location of employment, and dates of employment.  Only include jobs at which you worked for at least one month.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____  If Code 59, specify: . _____

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:**  __ __ / __ __ / __ __ __ __

**Location:** _____
              Address

_____
City                                         State/Province                    Zip/Postal Code


**Occupation Code:** _____  If Code 59, specify: . _____

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:**  __ __ / __ __ / __ __ __ __

**Location:** _____
              Address

_____
City                                         State/Province                    Zip/Postal Code


**Occupation Code:** _____  If Code 59, specify: . _____

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:**  __ __ / __ __ / __ __ __ __

**Location:** _____
              Address

_____
City                                         State/Province                    Zip/Postal Code


**Occupation Code:** _____  If Code 59, specify: . _____

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:**  __ __ / __ __ / __ __ __ __

**Location:** _____
              Address

_____
City                                         State/Province                    Zip/Postal Code

**APPENDIX G**
**Additional Copies of Part VI of the Questionnaire**

**PART VI:  EMPLOYMENT HISTORY**

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment.  For each job, include your employer, location of employment, and dates of employment.  Only include jobs at which you worked for at least one month.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____
City                        State/Province         Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____
City                        State/Province         Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____
City                        State/Province         Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____
City                        State/Province         Zip/Postal Code