# EXHIBIT 7

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Barbara Mack Harding
To Call Writer Directly:
202 879-5081
bharding@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 879-5200

December 29, 2005

**Via First Class Mail**

      Re:   W.R. Grace Bankruptcy

Dear Counsel:

     Enclosed please find an order issued by the United States Bankruptcy Court on December 21, 2005, granting all persons holding an Asbestos PI Pre-Petition Litigation Claim against W.R. Grace an additional **60** days to complete and return the W.R. Grace Personal Injury Questionnaire ("Questionnaire"). The new deadline for completing and returning the Questionnaire is **March 13, 2006**.

     Please note that due to a typographical error, the enclosed order reads March 13, 2005. The Court is expected to issue a revised order. You will receive a copy of the revised order stating the correct date at that time.

     Sincerely,

Barbara M. Harding / ack

Barbara Mack Harding

BMH/gs

Chicago      London      Los Angeles      Munich      New York      San Francisco