**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $580.74 |
| Outside Local Deliveries | $124.20 |
| Research Material | $350.01 |
| Professional Fees & Expert Witness Fees | $282,019.56 |
| Charge of Cell and/or Home Phone Useage | $222.06 |
| Air & Train Transportation | $13,161.70 |
| Meals Related to Travel | $733.87 |
| Conference Meals | $487.90 |
| Court Reporting/Transcript Service | $7,909.45 |
| Outside Photocopying/Duplication Service | $6,449.64 |
| Miscellaneous: Client Advances | $39.00 |
| Travel Expenses - Hotel Charges | $4,851.20 |
| Travel Expenses - Ground Transportation | $3,729.76 |
| Travel Expenses - LD Calls on Hotel Bill | $56.60 |
| Local Transportation - DC | $192.05 |
| Database Research | $16,394.12 |
| Xeroxing | $6,039.70 |
| Postage & Air Freight | $512.35 |
| Telecopier/Equitrac | $39.30 |
| Long Distance-Equitrac In-House | $34.99 |
| NYO Long Distance Telephone | $681.00 |
| **Total for Report** | **$344,609.20** |

{D0090767.1 }