IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-FIFTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2007 THROUGH JUNE 30, 2007**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2007 through June 30, 2007

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $1,049,915.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $344,609.20

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $839,932.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $344,609.20

Total Amount of Holdback Fees Sought for applicable period:  $209,983.00

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2007 THROUGH JUNE 30, 2007**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 6/04/07; 15952 | 4/1/07-4/30/07 | $283,122.80 (80% of $353,903.50) | $84,829.83 | $283,122.80 (80% of $353,903.50) | $8,4829.83 |
| 6/29/07; 16201 | 5/1/07-5/31/07 | $326,567.60 (80% of $408,209.50) | $131,750.91 | **Pending** | **Pending** |
| 8/1/07; 16457 | 6/1/07-6/30/07 | $230,241.60 (80% of $287,802.00) | $128,028.46 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June, 2007 Hours | Cumulative April to June, 2007 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | 10.2 | $ 7,711.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .0 | .00 | 17.4 | 7,615.00 |
| Case Administration | 233.2 | 49,547.00 | 3,041.6 | 730,189.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 37.6 | 30,044.50 | 1,667.6 | 613,130.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .4 | 320.00 | 13.3 | 8,229.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 3.1 | 2,712.50 | 110.1 | 66,737.50 |
| Employee Benefits/Pension | .2 | 175.00 | 14.3 | 8,742.00 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | .6 | 480.00 | 55.4 | 25,129.00 |
| Fee Applications, Applicant | 17.0 | 6,165.00 | 437.4 | 117,286.00 |
| Fee Applications, Others | .7 | 430.00 | 117.4 | 44,991.50 |
| Financing | .3 | 262.50 | 5.3 | 4,437.00 |
| Hearings | 7.9 | 6,387.50 | 156.6 | 107,595.50 |
| Litigation and Litigation Consulting | 2,002.6 | 903,751.50 | 10,822.5 | 4,238,274.50 |
| Plan & Disclosure Statement | 81.4 | 29,461.00 | 844.3 | 395,595.50 |
| Relief from Stay Proceedings | .0 | .00 | 2.6 | 1,648.00 |
| Tax Issues | 1.4 | 777.00 | 90.6 | 35,618.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 58.2 | 17,865.50 | 788.5 | 181,288.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 3.2 | 1,536.00 | 49.5 | 21,731.50 |
| **Totals** | **2,447.8** | **$1,049,915.00** | **18,333.7** | **$6,644,680.00** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/07 – 6/30/07 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 16,394.12 | $ 178,253.46 |
| Research Material | 350.01 | 7,800.63 |
| Air Freight & Express Mail | 580.74 | 16,541.22 |
| Outside Local Deliveries | 124.20 | 1,337.34 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 487.90 | 4,465.34 |
| Outside Photocopy Service | 6,449.64 | 184,356.62 |
| Professional Fees & Expert Witness Fees | 282,019.56 | 606,890.02 |
| Court Reporting/Transcript Service | 7,909.45 | 29,520.76 |
| Miscellaneous Client Advances | 39.00 | 2,947.29 |
| Air & Train Transportation | 13,161.70 | 104,483.79 |
| Meals Related to Travel | 733.87 | 11,228.31 |
| Travel Expenses – Hotel Charges | 4,851.20 | 32,135.27 |
| Travel Expenses – Ground Transportation | 3,729.76 | 19,133.56 |
| Travel Expenses – Miscellaneous | .00 | 227.49 |
| Travel Expenses – LD Calls on Hotel Bill | 56.60 | 1,218.31 |
| Local Transportation - DC | 192.05 | 921.10 |
| Local Transportation – NY | .00 | 384.39 |
| Xeroxing | 6,039.70 | 64,344.65 |
| Postage | 512.35 | 699.05 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 39.30 | 2,376.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 34.99 | 2,090.06 |
| NYO Long Distance Telephone | 681.00 | 7,755.53 |
| Use of Cell/Home Phone | 222.06 | 1,390.44 |
| **TOTAL** | **$ 344,609.20** | **$ 1,281,784.67** |