IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: September 5, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S SIXTY-NINTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/417649

# **EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2007

Bill Number 07956
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through June 30, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 06/01/07 | RAM | Read product binders for application instructions; conference with in-house counsel and MTM re: same and what documents were produced to certain plaintiffs' attorneys from the repository. Read MTM's memo re: past document productions (.3). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.40 Hrs | $110.00 |
| 06/01/07 | MTM | Conference with RAM and telephone call to in-house counsel re: product issues and prior document productions at Winthrop Square repository (.3); work on prior production issue (2.9); email to in-house counsel re: same (.3). | 3.50 Hrs | $840.00 |
| 06/02/07 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $110.00 |
| 06/04/07 | RAM | Select product brochures containing application instructions for copying. | 0.30 Hrs | $82.50 |
| 06/04/07 | MTM | Conference with ARA re: project for in-house counsel re: document production history (.4); conference with ARA re: review of inventories re: proposed Boston document review by criminal defense counsels (.2); work on project for in-house counsel re: prior document productions in Boston (1.0). | 1.60 Hrs | $384.00 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 06/04/07 | ARA | Telephone call from MTM re: history of productions for in-house counsel (.4). Telephone call to Merrill and receipt of product binders from Merrill (.3). Telephone call from MTM re: future Boston review of documents by criminal defense attorneys (.2); review inventories (.5). | 1.40 Hrs | $140.00 |
| 06/05/07 | RAM | Read selected documents filed in bankruptcy court (2.0). Conference with MEV re: selecting product brochures to be sent to K&E (.1). | 2.10 Hrs | $577.50 |
| 06/05/07 | ARA | Locate plant binders and arrange for binders to be copied; oversee pick-up by Merrill Corp. (.5); locate deposition transcripts and forward them to K&E (1.0). | 1.50 Hrs | $150.00 |
| 06/06/07 | MTM | Work on project for in-house counsel re: history of document productions in Boston (2.2); receipt and review of additional product binders and letter to K&E counsel re: same (.1); email from separate K&E counsel re: product binders (1); response to same (.2). | 2.60 Hrs | $624.00 |
| 06/06/07 | ARA | Receipt of original plant binders from Merrill Corp. (.2). Review Cambridge and Winthrop Square inventories to locate boxes of documents requested by criminal defense attorneys (4.0). | 4.20 Hrs | $420.00 |
| 06/06/07 | MEV | Review and organize product brochures. | 2.50 Hrs | $250.00 |
| 06/07/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $55.00 |
| 06/07/07 | MTM | Receipt and review of email and list of documents of interest from criminal defense counsel's paralegal re: upcoming Boston review (1.5); conference with ARA re: same (.8). | 2.30 Hrs | $552.00 |
| 06/07/07 | ARA | Continue to review Cambridge and Winthrop Square inventories to locate boxes of documents for criminal defense attorneys (5.9); conference with MTM re: same (.8). | 6.70 Hrs | $670.00 |
| 06/08/07 | MTM | Work on document production history project for in-house counsel. | 1.20 Hrs | $288.00 |
| 06/08/07 | ARA | Document control (4.0). Per MTM's request, review production files and Recordkeeper files re: dates we produced documents to certain plaintiffs attorneys (1.0). | 5.00 Hrs | $500.00 |
| 06/09/07 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $27.50 |
| 06/11/07 | MTM | Prepare for production of documents to criminal defense defendant's counsel. | 0.50 Hrs | $120.00 |
| 06/12/07 | RAM | Review brochures (.3); draft letter to Kirkland Ellis attorney and forward brochures to her (.2). Read memo identifying cases in which certain expert testified when Grace was a defendant (.1). | 0.60 Hrs | $165.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 06/14/07 | MTM | Search with ARA for Cambridge boxes sought by criminal defense counsel re: production next week (2.3). Email to Mayer Brown counsel re: same (.4). | 2.70 Hrs | $648.00 |
| 06/14/07 | ARA | Telephone call from MTM and meeting with MTM re: criminal defense attorney review at the repository (.9); confirm location of boxes in the repository to be reviewed (1.8); identify location of boxes to be sent to the repository from Grace, Cambridge and arrange for pick-up re: same (1.0). | 3.70 Hrs | $370.00 |
| 06/15/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.2). | 0.40 Hrs | $110.00 |
| 06/15/07 | MTM | Telephone call from ARA in Cambridge re: boxes for review next week (.3). Work on list of all document productions at Winthrop Square for in-house counsel (2.2). Prepare repository for production next week to criminal defense counsel (1.2). | 3.70 Hrs | $888.00 |
| 06/15/07 | ARA | To Grace Cambridge to locate and review boxes of documents re: criminal defense attorney review (3.5); oversee pick-up and delivery of boxes to Winthrop Square repository (2.0); telephone call to MTM re: same (.3). | 5.80 Hrs | $580.00 |
| 06/18/07 | MTM | Work on document production project for in-house Grace counsel. | 0.80 Hrs | $192.00 |
| 06/18/07 | ARA | Prepare documents for criminal defense attorney's review (.3). Document control (.5). | 0.80 Hrs | $80.00 |
| 06/19/07 | RAM | Emails from/to Kirkland Ellis attorney that product brochures have been in the repository for many years. | 0.10 Hrs | $27.50 |
| 06/19/07 | MTM | Meeting with criminal defense counsel at Winthrop Square re: document production (1.1); conference with ARA re: questions from reviewers at Winthrop Square (.3); email to Holme Roberts paralegal re: question from reviewers re: photos (.2). | 1.60 Hrs | $384.00 |
| 06/19/07 | ARA | Monitor/assist with production to criminal defense counsel (7.5); conference with MTM re: same (.3). | 7.80 Hrs | $780.00 |
| 06/20/07 | MTM | Conference with counsel re: document production at Winthrop Square. | 1.50 Hrs | $360.00 |
| 06/20/07 | ARA | Monitor/assist with production to criminal defense counsel. | 7.60 Hrs | $760.00 |
| 06/21/07 | RAM | Conference with MTM re: request from criminal defense attorney to review old material from CPD library. | 0.10 Hrs | $27.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 06/21/07 | MTM | Conference with ARA re: questions from criminal defense counsel re: documents at repository (.5); conference with ARA re: wind up of document review (.6); telephone call to audio expert re: tape of expert's presentation (.5). | 1.60 Hrs | $384.00 |
| 06/21/07 | ARA | Monitor/assist with production to criminal defense counsel (5.9); conferences with MTM re: same (1.1). | 7.00 Hrs | $700.00 |
| 06/22/07 | RAM | Conference with MTM to suggest company to analyze audio tape. | 0.10 Hrs | $27.50 |
| 06/22/07 | MTM | Listen to tapes of expert's presentation identified by criminal defense counsel (.2). Conference with RAM re: analysis of same (.1). | 0.30 Hrs | $72.00 |
| 06/22/07 | ARA | Per MTM's telephone request, produce micro tape to MTM re: criminal defense counsel's document review (.4). Prepare documents for scanning (5.4). Inventory boxes of documents and oversee pick up of documents by copy service (.3). | 6.10 Hrs | $610.00 |
| 06/25/07 | MTM | Telephone call to second audio expert re: expert's presentation tape (.6); telephone call to K&E counsel re: production to criminal defense counsel (.4); conference with ARA re: same (.4); receipt and review of email from criminal defense counsel re: recent document production (.2). | 1.60 Hrs | $384.00 |
| 06/25/07 | ARA | Conference with copy service re: scanning project (.3); continue to prepare documents for scanning (2.7); check boxes of tagged documents at Merrill for x-ray reports (1.0). Review and produce library inventory to MTM (.4). Conference with MTM re: production to criminal defense attorney (.4). | 4.80 Hrs | $480.00 |
| 06/26/07 | MTM | Work on questions from criminal defense counsel re: recent document review (2.3); telephone call to K&E counsel re: same (.2). | 2.50 Hrs | $600.00 |
| 06/26/07 | ARA | Inventory boxes of documents tagged for copying by criminal defense counsel (3.0); review medical library materials and discussion with MTM re: criminal defense counsel's review (.5). | 3.50 Hrs | $350.00 |
| 06/27/07 | ARA | Return library inventory to the Winthrop Square information binder (.3). Return boxes reviewed to repository (.8). Determine which boxes will be returned to WRG Cambridge (3.8). Telephone calls to and from MTM re: scanning x-ray reports (.2). Determine where photos belong re: criminal defense counsel's review (.4). Document control (.4). | 5.90 Hrs | $590.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 06/28/07 | ARA | Check with MB re: x-ray report; telephone call to Merrill re: continuing to scan x-ray reports. | 0.30 Hrs | $30.00 |
| 06/30/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $82.50 |
| | | TOTAL LEGAL SERVICES | | $15,582.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 5.10 Hrs | 275/hr | $1,402.50 |
| MATTHEW T. MURPHY | 28.00 Hrs | 240/hr | $6,720.00 |
| ANGELA R. ANDERSON | 72.10 Hrs | 100/hr | $7,210.00 |
| MARCI E. VANDERHEIDE | 2.50 Hrs | 100/hr | $250.00 |
| | 107.70 Hrs | | $15,582.50 |

TOTAL THIS BILL    $15,582.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2007

Bill Number 07957
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through June 30, 2007

| Date | Atty | Description | Time | Value |
| --- | --- | --- | --- | --- |
| 06/04/07 | RAM | Work on April fee application (.7). Send it to in-house counsels to review (.1). | 0.80 Hrs | $220.00 |
| 06/05/07 | RAM | Telephone conference with in-house counsel re: fee application. | 0.05 Hrs | No charge |
| 06/06/07 | RAM | Work on April Fee application. | 0.20 Hrs | $55.00 |
| 06/07/07 | RAM | Finalize April fee application; send it to Delaware counsel to file. | 0.20 Hrs | $55.00 |
| 06/15/07 | RAM | Read fee auditor's combined final report re: 23rd interim period. | 0.05 Hrs | No charge |
| 06/25/07 | RAM | Work on May fee application. | 0.60 Hrs | $165.00 |
| 06/27/07 | RAM | Work on May fee application (.2). Send it to in-house counsels to review (.1). | 0.30 Hrs | $82.50 |
| | | TOTAL LEGAL SERVICES | | $577.50 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.10 Hrs | 275/hr | $577.50 |
| ROBERT A. MURPHY | 0.10 Hrs | 275/hr | No charge |
| | 2.20 Hrs | | $577.50 |

TOTAL THIS BILL $577.50

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2007

Bill Number 07958
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2007

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 06/12/07 | To Kirkland & Ellis Attorney (3 Packages) from Casner and Edwards on 05/30/07 by MTM. | 201.40 |
| 06/12/07 | To 655 Fifteenth St., Kirkland & Ellis Attorney from Casner and Edwards on 05/16/07 by MTM. | 16.02 |
| 06/28/07 | To 655 Fifteenth Street, Kirkland & Ellis Attorney from Casner and Edwards on 05/21/07 by MTM. | 83.56 |
| 06/28/07 | To 735 6th Ave. Reed Smith LLP Attorney from Casner and Edwards on 05/18/07 by MTM. | 27.83 |
| 06/28/07 | To 655 Fifteenth Street, Kirkland & Ellis Attorney from Casner and Edwards on 06/12/07 by RAM. | 31.55 |
| 06/28/07 | To 655 Fifteenth Street, Washington D.C., Kirkland & Ellis Attorney from Casner & Edwards on 06/06/07 by MTM. | 28.45 |
| | | $388.81 |

OUTSIDE PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 06/05/07 | MERRILL COMM - 5/17/07-Copy of Libby personnel file requested by in-house counsel. | 40.72 |
| | | $40.72 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2007

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/05/07 | 3 copies at .10 per copy | 0.30 | |
| 06/12/07 | 266 copies at .10 per copy | 26.60 | |
| 06/14/07 | 20 copies at .10 per copy | 2.00 | |
| 06/14/07 | 10 copies at .10per copy | 1.00 | |
| 06/15/07 | 19 copies at .10per copy | 1.90 | |
| | | | $31.80 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 06/21/07 | 329 | 5087525608 | 0.66 | |
| | | | | $0.66 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 06/01/07 | Rent and utilities for document repository at One Winthrop Square - June 2007. | 10,134.00 | |
| | | | $10,134.00 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 06/05/07 | RECORDKEEPER ARCHIVE-5/01/07-05/31/07. | 402.60 | |
| | | | $402.60 |
| | | TOTAL DISBURSEMENTS | $10,998.59 |
| | | TOTAL THIS BILL | $10,998.59 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 3, 2007

Bill Number 07959
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through June 30, 2007

### FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 06/12/07 | To 919 North Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 05/11/07 by RAM. | 20.82 |
| 06/28/07 | To 919 North Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner & Edwards on 06/07/07 by RAM. | 14.91 |
| | | $35.73 |
| | TOTAL DISBURSEMENTS | $35.73 |
| | TOTAL THIS BILL | $35.73 |