**Motley Rice LLC**
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
April 10, 2007

**Invoice No.**
1224089

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE   19801

---

**Re:** W.R. Grace Asbestos Claimants Committee (999604-12)
   ACC

| | |
|---|---:|
| Professional Services Through  03/31/07 | |
| As per Time Exhibit Attached............................................................ | $0.00 |
| Costs Through  03/31/07 | |
| Postage Charges                                   9.81 | |
| Total Costs............................................................................................. | $9.81 |
|    Total Invoice..................................................................................... | $9.81 |

# Charges Exhibit

Re: W.R. Grace Asbestos Claimants Committee (999604-12)
Invoice for charges rendered through 03/31/07

**Invoice No.**
1224089

| Date | Charge Description | | | Amount |
|---|---|---|---|---|
| **Postage Charges** | | | | |
| 02/23/07 | FedEx-JUDY SCOLNIK, Motley Rice LLC to Jodye Marvin, CRMC on 20061212 (791599529874) | 0.00 | 0.00 | 9.81 |
| | Total | 0.00 | 0.00 | 9.81 |
| | **Total** | | | **9.81** |