# Motley Rice LLC

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
July 26, 2007

**Invoice No.**
1246800

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

**Re:** W.R. Grace (999604-12)
  Asbestos Claimants Committee

|  |  |  |
|---|---|---|
| Professional Services Through | | |
| As per Time Exhibit Attached............................................................... | | $0.00 |
| Costs Through 07/18/07 | | |
| Out of Town Travel | 613.44 | |
| Travel Expense | 466.80 | |
| Total Costs............................................................................................... | | $1,080.24 |
| Total Invoice....................................................................................... | | $1,080.24 |

## Payable Expense Exhibit
Re: W.R. Grace (999604-12)
Invoice for charges rendered through 07/18/07

**Invoice No. 1246800**

| Date | Description | Check | Amount |
|---|---|---|---|
| **Out of Town Travel** | | | |
| 05/10/07 | Joseph F. Rice-Travel to NY for meeting with Nate Finch - hotel charge | 24499 | 400.86 |
| 05/16/07 | Joseph F. Rice-Travel to NY for meeting w/Nate Finch - car charge | 24700 | 120.00 |
| 05/21/07 | Joseph F. Rice-Travel to NY for meeting w/Nate Finch - dinner | 24810 | 92.58 |
| **Travel Expense** | | | |
| 05/01/07 | Airfare -Travel from Charleston, SC to Teterboro, NJ to Newburgh, NY May 1, 2007. | 182 | 233.40 |
| 05/04/07 | Airfare -Travel from Newburgh, NY to Teterboro, NJ to Charleston, SC May 4, 2007. | 183 | 233.40 |
| | **Total** | | **1,080.24** |

THE LONDON NYC

151 WEST 54TH STREET, NEW YORK, NY 10019
T 212.307.5000   F 212.468.8747
WWW.THELONDONNYC.COM

| FOLIO NO. | ROOM NO. | GUEST NO. |
|---|---|---|
| 20B566 | 0502 | 2070LD |

| RATE/PACKAGE | NO. IN PARTY | DEPOSIT REC'D |
|---|---|---|
| 508.00 | 1 | 0.00 |

**RATE/PACKAGE DESCRIPTION**
iHotelier POTLB

**NAME AND ADDRESS**
Rice, Joseph

| ARRIVAL DATE | DEPARTURE DATE |
|---|---|
| 05/01/07 | 05/03/07 |

**ADDITIONAL INFORMATION**

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 05/01/07 | iHotelier POTLB | 475.00 | 350.00 |
| 05/01/07 | State Sales Tax | 39.78 | 29.31 |
| 05/01/07 | City Tax | 23.75 | 17.50 |
| 05/01/07 | Occupancy and Javits Tax | 5.50 | 4.05 |
| 05/02/07 | iHotelier POTLB | 541.00 | |
| 05/02/07 | State Sales Tax | 45.31 | |
| 05/02/07 | City Tax | 27.05 | $400.86 |
| 05/02/07 | Occupancy and Javits Tax | 5.50 | |
| | Subtotals | $ 1162.89 | 0.00 |
| | BALANCE DUE | $ 1162.89 | |

Thank you for staying at The LONDON NYC Hotel

WRG

agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges.
also agree that all charges contained in this account are correct and any disputes or requests for copies of charges be made within five days after my departure.

IGNATURE _____

reve, Daphne

**From:** Manny Domingues [mdlimousine@hotmail.com]
**Sent:** Saturday, May 12, 2007 1:18 PM
**To:** Greve, Daphne
**Subject:** Trip #107185 Receipt

### THANK YOU FOR CHOOSING MD LIMOUSINE LLC

## TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 107185 | Passenger: | JOSEPH F. RICE |
| Reference #: | | Num of Passengers: | 2 |
| Pick-Up Time: | 06:30PM | Drop-Off Time: | 07:30PM |
| Trip Date: | Tuesday May 1, 2007 | Reserved By: | SELF |
| Service Type: | 7 PAX SUV | Trip Description: | TETERBORO/NYC |

**Routing & Pick-Up / Drop-Off Details:**

TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
DROP OFF NEW YORK CITY, NY
SUV RATE $95.00 +20% GRATUITY+ PARKING+TOLLS

**Trip Charges:**

| | |
|---|---|
| Basic Rate: | $95.00 |
| Parking: | $0.00 |
| Tolls: | $8.00 |
| Waiting Time: | $75.00 |
| Early/Late Hour: | $0.00 |
| Extra Stops: | $20.00 |
| Holiday/Misc: | $0.00 |
| Gratuity: | $38.00 |
| Discount: | $0.00 |
| Tax/GST: | $0.00 |
| County Tax: | $0.00    0.00% |
| Miscellaneous: | $0.00 |
| TRIP TOTAL: | $236.00 |
| Administration Fee: | $0.00 |
| TOTAL DUE: | $0.00 |



Bill WRG
$120

**Payments Received:** 05/12/2007 PMT: AMEX XXXXXXXXXX1001 Check/Auth# 246379 $236.00

**PAYMENT:** Credit Card

MD LIMOUSINE LLC
435 KEARNY AVE.
KEARNY, NJ 07032
201.246.8002 Phone

5/15/2007

| 05/01/07 | SPRING STREET NATURA NEW YORK    NY | | 92.58 |
| --- | --- | --- | --- |
| | EATING PLACE RESTAURANT | | |
| | FOOD-BEV | 76.58 | |
| | TIP | 16.00 | |

*dinner w/ Nate Finch - WRG*

| 05/06/07 | SHELL OIL    MT PLEASANT    SC | 75.00 |
| --- | --- | --- |
| | 53960600103127466000933 | |
| | ROC No. 0314047ISL | |

**Total Due in Full Activity**                                                                                                   12,046.21

---

**Important Notice**

**Information on Flexible Payment Features**

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 14.15%, the DPR is 0.0388%

Please refer to page 2 for further important information regarding your account


**Expedia.com**

½ WRG
$466.80

**Total price for this trip: $933.60**

I have a coupon.   What's a coupon?

| Summary |
|---|
| 1 Ticket / Roundtrip |
| CHS Charleston to |
| JFK New York |
| Leave:    Mon 23-Jul |
| Return:   Wed 25-Jul |
| 1 adult      $830.70 |
| Taxes & Fees    $97.90 |
| Booking Fee     $5.00 |
| Total       $933.60 |

**QUESTIONS?**

- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

### 1 Review the flight details

**Mon 23-Jul-07**

| | | | |
|---|---|---|---|
| **Charleston** (CHS) | to | **Washington DC** (IAD) | 443 mi (713 km) |
| Depart 6:00 am | | Arrive 7:32 am | Duration: 1hr 32mn |

**US AIRWAYS**
Flight: **7842**
Operated by: UNITED EXPRESS/MESA AIRLINES

Economy/Coach Class, Embraer RJ145

| | | | |
|---|---|---|---|
| **Washington DC** (IAD) | to | **New York** (JFK) | 215 mi (346 km) |
| Depart 8:16 am | | Arrive 9:33 am Terminal 7 | Duration: 1hr 17mn |

**US AIRWAYS**
Flight: **7515**
Operated by: UNITED EXPRESS/SHUTTLE AMERICA

Economy/Coach Class, EMBRAER 170

Total distance: 658 mi (1,059 km)      Total duration: 2hr 49mn (3hr 33mn with connectio

**Wed 25-Jul-07**

| | | | |
|---|---|---|---|
| **New York** (JFK) | to | **Charlotte** (CLT) | 538 mi (866 km) |
| Depart 3:59 pm Terminal 7 | | Arrive 5:41 pm | Duration: 1hr 42mn |

**US AIRWAYS**
Flight: **2619**
Operated by: MESA DBA AMERICA WEST EXPRESS

Economy/Coach Class, CR9

| | | | |
|---|---|---|---|
| **Charlotte** (CLT) | to | **Charleston** (CHS) | 169 mi (272 km) |
| Depart 6:49 pm | | Arrive 7:46 pm | Duration: 0hr 57mn |

**US AIRWAYS**
Flight: **2666**
Operated by: MESA DBA AMERICA WEST EXPRESS

Economy/Coach Class, CR9

Total distance: 707 mi (1,138 km)      Total duration: 2hr 39mn (3hr 47mn with connectio

***Tip:*** **Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.**

### Add a hotel and save

Expedia recommended hote

 **Westin New York Times Square** ☆☆☆☆ New York
▶More lodging info
Flight + 2 nights hotel    $2,034.97 total
▶ Add this hotel to trip
Your best price, guaranteed!

 **Sofitel New York** ☆☆☆☆ New York
▶More lodging info
Flight + 2 nights hotel    $2,034.37 total
▶ Add this hotel to trip
Your best price, guaranteed!

 **Tribeca Grand Hote** ☆☆☆☆ New York
▶More lodging info
Flight + 2 nights hotel    $1,967. to
▶ Add this hotel to trip
Your best price, guaranteed!