# KAZAN-McCLAIN, ABRAMS, LYONS,
# FARRISE & GREENWOOD

*A Professional Law Corporation*

Steven Kazan
David M. McClain
Denise Abrams
Dianna Lyons
Simona A. Farrise, LL.M
Gordon D. Greenwood

171 Twelfth Street, Third Floor
Oakland, California 94607
(510) 302-1000 • (510) 465-7728
FAX: (510) 835-4913
e-mail: postmaster@kazanlaw.com
www.kazanlaw.com

Of Counsel
Frances C. Schreiberg
James L. Oberman*

Andrea Huston
Petra DeJesus
Ian A. Rivamonte
Matthew L. Thiel
Barbra Ferre
Justin A. Bosl
Ariel D. Clark

May 31, 2007

**Via UPS Second Day Air**

B. Thomas Florence, Esq.
ARPC, Inc.
1220 – 19th Street, NW, Suite 700
Washington, DC 20036

Re:   **W.R. Grace Asbestos Personal Injury Claimants Committee**

Dear Mr. Florence:

Enclosed are copies of Steven Kazan's receipts for the following expenses incurred in connection with the May 3, 2007 meeting in New York, NY:

| | |
|---|---:|
| United Airlines (round trip SFO-JFK, refundable coach fare) | $1,448.80 |
|     one-third ($496.27) to be paid by WRG | |
| Hotel Elysee | 337.96 |
|     one-third ($112.65) to be paid by WRG | |
| Charge & Ride | 144.84 |
|     one-third ($48.28) to be paid by WRG | |
| Skypark | 42.47 |
|     one-third ($14.16) to be paid by WRG | |
| Mileage (23.2 miles x 2 = 46.4 x $0.485) | 22.50 |
|     one-third ($7.50) to be paid by WRG | |
| Bridge toll | 4.00 |
|     one-third ($1.33) to be paid by WRG | |
| Total: | $2,040.57 |

**The total reimbursement amount requested from W.R. Grace is $680.19.**

Mr. Kazan's hourly expenses incurred are as follows:

| Subject | Date | Time |
|---|---|---|
| Travel Time | 5/2/2007 | 8.00 hours |
| W.R. Grace Meeting | 5/3/2007 | 2.00 hours |
| Travel Time | 5/3/2007 | 10.50 hours |
| Total time: 20.5 hours (one-half travel time to WRG) | | 11.25 hours |

SKAZAN/298530.1

*Certified Appellate Specialist, The State Bar of California Board of Legal Specialization

B. Thomas Florence, Esq.
ARPC, Inc.
May 31, 2007
Page 2

Thank you for your anticipated attention.

Very truly yours,

Terry E. Roy
Secretary to Steven Kazan

Enclosures

cc:  Philip E. Milch Esq.
     Campbell & Levine

Your selected itinerary

Wed, May 02, 2007 - San Francisco, CA (SFO) to New York, NY (JFK)
Thu, May 03 2007 - New York, NY (JFK) to San Francisco, CA (SFO)

Price per adult USD 1,488.80      View price breakdown      Select
                                  View fare rules

| Flight | Airports/times | Stops | Duration/equipment | More information |
|---|---|---|---|---|
| United 8 | Depart: SFO<br>May 2 12:45 PM<br>Arrive: JFK<br>May 2 09:22 PM | Non-stop | 5h 37m<br>Boeing 757-200 | Show flight details<br>View seat map<br>p5• premium service |
| United 17 | Depart: JFK<br>May 3 05:35 PM<br>Arrive: SFO<br>May 3 09:20 PM | Non-stop | 6h 45m<br>Boeing 757-200 | Show flight details<br>View seat map<br>p5• premium service |

*fully refundable coach fare UAL* [handwritten]

Page No  1

# HOTEL ELYSÉE

60 East 54th Street • New York NY 10022
Tel 212 753 1066 • Fax 212 980 9278

| | | |
|---|---|---|
| GUEST NAME | Steve Kazan | |
| | CAPLIN AND DRYSDALE | |

ROOM NUMBER: 65
FOLIO NUMBER: R1D70A
GROUP NUMBER:
NO. OF GUESTS: 1
RATE: 295.00

CC #       CL #       CLERK:

ARRIVE: 05/02/07   TIME: 09:52 PM   DEPART: 05/03/07   TIME: 09:46:05   STATUS FOL

| DATE | DESCRIPTION | | | CHARGES | CREDITS |
|---|---|---|---|---|---|
| 05/02/07 | ROOM CHARGE | 65 | | $295.00 | $0.00 |
| 05/02/07 | SALES TAX | 65t | Sales Tax | $24.71 | $0.00 |
| 05/02/07 | OCCUPANCY TAX | 65t | Occupancy Tax | $2.00 | $0.00 |
| 05/02/07 | NYC HOTEL UNIT FEE | 65t | NYC HOTEL UNIT FEE | $1.50 | $0.00 |
| 05/02/07 | CITY TAX | 65t | City Tax | $14.75 | $0.00 |

Folio Balance:   $337.96



**Charge & Ride**
**47-01 Vernon Boulevard Long Island City**
**New York, NY 11101**
**Phone : 718-392-5200  Fax : 718-392-9180**

KAZAN MCCLAIN , ET AL
171 12 ST
3RD FLOOR
OAKLAND, CA 94607

Account#        : 91500
Invoice#        : 896114
Inv Date        : 05/15/07
Net Terms       : 30 days
Page#           : Page 1 of 1

| oucher# / ehicle# | Date / Time | Passenger Name / UDF | Pickup / Destination | Vch Rate | Stop Chg / WT Chg | Gratuity / Tel Chg | Tolls / Parking | M & G / Svc Fee | Misc / WC Sur Chg | Disc / STC | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 070740 / 028 | 05/02/07 / 08:50 pm | KAZAN STEVEN | JFK / 60 E 54 ST New York NY 14 | 55.00 | 0.00 / 17.50 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 3.00 | 2.00 / 1.55 | 0.00 / 0.00 | 79.05 |
| 156790 / 188 | 05/03/07 / 06:15 pm | KAZAN STEVEN | 375 PARK AVE New York NY 14 / JFK | 55.00 | 0.00 / 0.00 | 0.00 / 0.00 | 4.50 / 0.00 | 0.00 / 3.00 | 2.00 / 1.29 | 0.00 / 0.00 | 65.79 |
| Invoice Total ( 2 Vouchers ) | | | | 110.00 | 0.00 / 17.50 | 0.00 / 0.00 | 4.50 / 0.00 | 0.00 / 6.00 | 4.00 / 2.84 | 0.00 / 0.00 | 144.84 |

Requests for vouchers should be directed via fax to 718-392-9180 or by email to billing@chargeandride.com or call us direct at 718-392-5200 ext 403 Visit us at www.chargeandride.com

## SKYPARK
"Where parking is only part of it"

1000 San Mateo Avenue
San Bruno, CA 94066
(650) 875-6655

Express Club Member Parking Invoice
Customer Copy

Arrived: 05/02/07    Departed: 05/03/07

Member # 8151        Ticket # 23-139
STEVEN KAZEN
171 12TH ST
OAKLAND, CA 94611

Indoor Parking:    2.0 days    $38.00

Tax                             $4.47

Total                          $42.47

Charged to American Express
   ####-######-#2002
Expiration 06/11

mileage 23.2 × 2 × $0.485
       = $22.50
bridge toll $4/00