**EXHIBIT "B"**

8/14/2007

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2007 through June 30, 2007**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 6/24/07 | | | 20.00 | | | | 20.00 |
| G. Boyer Total | | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | **20.00** |
| | | | | | | | | |
| **Grand Total** | | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | **20.00** |