**EXHIBIT A**

April 2006 through March 2007 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 15310 under Case No. 01-01139. Also available upon request from Forman Perry Watkins Krutz & Tardy LLP or Kirkland & Ellis LLP.