IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related to Docket No. 9315, 16470 |

## DEBTORS' AMENDED OBJECTIONS TO CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

The Debtors hereby amend their objections as set forth in Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (Docket No. 9315), the terms of which are incorporated herein by reference, to claims numbers 6637 (Gulf Atlantic Properties, Inc.) and 9915 (Hyatt Corporation) as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:130044.1

1. On July 27, 2007, the Speights & Runyan law firm submitted supplemental information to the claims agent in support of Claims 6637 and 9915.

2. Specifically, with respect to Claim 6637, the Speights & Runyan law firm provided supplemental documentation purporting to show product identification. With respect to Claim 9915, the Speights & Runyan law firm supplemented the claim with a 1998 asbestos survey that shows, inter alia, asbestos removal at the property in 1994 and encloses a 1986 asbestos survey.

3. In the Court's Order Concerning Amendments, Supplementations and Changes to Asbestos PD Claim dated August 2, 2007 [Docket No. 16470], the Court provided for supplementation of claim files through leave of Court. The August 2 Order further provides that if claimants are granted leave to supplement their claims, Debtors may amend their objections to such claims within twenty (20) days of the receipt of the supplemental material.

4. In light of the supplemental material submitted by Speights & Runyan in support of Claims 6637 and 9915, Debtors are hereby amending their objections to those claims. Specifically, Debtors are adding objections to Claim 6637 for lack of product identification and to Claim 9915 because that claim is barred by the applicable limitations periods based on claimants' actual knowledge.

5. The chart below sets forth Debtors' objections to Claims 6637 and 9915 as set forth in Debtors' Fifteenth Omnibus Objection (Substantive) and as amended by these Amended Objections:

| CLAIM NO. | CLAIMANT | OBJECTIONS |
|---|---|---|
| 6637 | Gulf Atlantic Properties | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1 |
| 9915 | Hyatt Corporation | C-2, D-2, D-4, D-6, E-1, F-2 |

Dated: August 15, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA   15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL   60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE   19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession