Professional Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended March 31, 2007

Summary of PwC's Fees By Individual:
Twenty Fourth Interim Quarterly Reporting Period
January 1, 2007 through March 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Adam Lueck Total | Audit Associate | <1 | Integrated Audit | $111.93 | 587.2 | $65,725.30 |
| Brad Rosenblat Total | Audit Associate | 1 | Integrated Audit | $132.84 | 2.0 | $265.68 |
| Cara Blackaby Total | Audit Associate | <1 | Integrated Audit | $111.93 | 16.0 | $1,790.88 |
| Carina B. Markel Total | Audit Partner | 17 | Integrated Audit | $768.75 | 9.0 | $6,918.75 |
| Christina Villate Total | Tax Manager | 7 | Integrated Audit | $236.25 | 2.0 | $472.50 |
| Christopher W Park Total | Audit Senior Associate | 2 | Integrated Audit | $183.27 | 272.7 | $49,977.73 |
| Colleen Sheehan Total | Audit Associate | <1 | Integrated Audit | $190.65 | 36.4 | $6,939.66 |
| Bonnie Shub-Gayer Total | Director | 17 | Integrated Audit | $393.76 | 78.7 | $30,988.15 |
| Cindy Y Chen Total | Audit Senior Associate | 2 | Integrated Audit | $201.70 | 24.2 | $4,881.62 |
| Craig T. Chu Total | Audit Senior Associate | 2 | Integrated Audit | $276.75 | 20.3 | $5,618.03 |
| Daniel Spratt Total | Tax Manager | 5 | Integrated Audit | $267.75 | 98.0 | $26,239.50 |
| Darlene Johnson Total | Specialist Word Process | 30 | Integrated Audit | $83.60 | 3.0 | $250.80 |
| Donna K. Lewis Total | Executive Assistant | 25+ | Integrated Audit | $104.60 | 3.7 | $387.02 |

{02411}

| Name | Title | Years | Service | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Douglas Parker Total | Audit Senior Manager | 11 | Integrated Audit | $376.38 | 309.0 | $116,301.42 |
| Erica Margolius Total | Audit Associate | 1 | Integrated Audit | $145.14 | 381.3 | $55,341.88 |
| George B. Baccash Total | Tax Partner | 30 | Integrated Audit | $556.50 | 45.0 | $25,042.50 |
| Jacqueline Calvo Total | Tax Associate | 2 | Integrated Audit | $141.75 | 3.2 | $453.60 |
| James Geary Total | Risk Partner | 25+ | Integrated Audit | $830.30 | 3.5 | $2,906.05 |
| Jennifer A James Total | Director | 15 | Integrated Audit | $590.40 | 24.5 | $14,464.80 |
| John Fillo Total | Director | 30 | Integrated Audit | $541.20 | 3.0 | $1,623.60 |
| John E Newstead Total | Audit Partner | 10+ | Integrated Audit | $585.48 | 38.3 | $22,423.88 |
| Joshua Moniz Total | Audit Associate | <1 | Integrated Audit | $111.93 | 75.1 | $8,405.94 |
| Josef Van Wyk Total | Audit Manager | 11 | Integrated Audit | $273.06 | 30.5 | $8,328.33 |
| Karen Geung Total | Audit Associate | 1 | Integrated Audit | $132.84 | 118.6 | $15,754.82 |
| Keith Palmer Total | Audit Senior Associate | 5 | Integrated Audit | $273.06 | 12.0 | $3,276.72 |
| Kenneth Stoler Total | Director | 11 | Integrated Audit | $724.50 | 0.5 | $362.25 |
| Lisa Slotznick Total | Director | 26 | Integrated Audit | $551.00 | 3.3 | $1,818.43 |
| Lisa Ullman Total | Director | 24 | Integrated Audit | $590.40 | 0.8 | $472.32 |
| Louisa Feve Total | Audit Associate | <1 | Integrated Audit | $111.93 | 10.9 | $1,219.80 |
| Lynda Keorlet Total | Audit Associate | 1 | Integrated Audit | $132.84 | 444.4 | $59,034.1 |
| Lyndsay B Signori Total | Audit Senior Associate | 2 | Integrated Audit | $183.27 | 137.5 | $25,199.63 |
| Maria Afuang Total | Audit Senior Associate | 4 | Integrated Audit | $207.87 | 395.8 | $82,274.95 |
| Mariana Isturiz Total | Tax Senior Associate | 2 | Integrated Audit | $189.00 | 12.5 | $2,362.50 |
| Martin Burkard Total | Audit Senior | 4 | Integrated Audit | $201.70 | | |

{02411}

| | | | | | |
|---|---|---|---|---|---|
| Marvin de Guzman Total | Associate | | Audit | 0.2 | $ 40.34 |
| | Audit Manager | 4 | Integrated Audit | 237.5 | $ 67,773.00 |
| Matias L Pedevilla Total | Director | 10 | Integrated Audit | 3.0 | $ 1,464.90 |
| Melissa Holt Total | Audit Senior Associate | 9 | Integrated Audit | 2.3 | $ 656.33 |
| Michael McDonnell Total | Audit Senior Associate | 3 | Integrated Audit | 92.0 | $ 17,992.44 |
| Michelle Camara Total | Intern | <1 | Integrated Audit | 10.5 | $ 1,102.50 |
| Mohamed Yasin Total | Audit Senior Associate | 2 | Integrated Audit | 103.3 | $ 19,523.70 |
| Morris N Jones Total | Audit Manager | 5.5 | Integrated Audit | 2.5 | $ 1,060.88 |
| Nicole Heisler Total | Audit Associate | 1 | Integrated Audit | 52.5 | $ 7,361.55 |
| Pamela Reinhardt Total | Audit Senior Associate | 3 | Integrated Audit | 554.5 | $ 115,263.92 |
| Patrick Devlin Total | Director | 18 | Integrated Audit | 0.9 | $ 495.94 |
| Robert Eydt Total | Risk Partner | 25+ | Integrated Audit | 5.0 | $ 4,323.50 |
| Robert R. Keehan Total | Audit Partner | 18 | Integrated Audit | 4.0 | $ 2,622.36 |
| Sandra David Total | Audit Manager | 10+ | Integrated Audit | 73.0 | $ 20,831.28 |
| Santos H Equitz Total | Audit Manager | 6 | Integrated Audit | 6.0 | $ 2,701.08 |
| Timothy Mitchell Total | Audit Associate | <1 | Integrated Audit | 11.5 | $ 2,475.38 |
| Todd Chesla Total | Audit Associate | <1 | Integrated Audit | 1.0 | $ 141.75 |
| Tom Kalinosky Total | Risk Director | 25+ | Integrated Audit | 22.0 | $ 10,282.80 |
| William Bishop Total | Audit Partner | 27 | Integrated Audit | 111.3 | $ 72,967.17 |
| Grand Total | | | | 4,495.90 | $ 996,603.92 |

{02411}

Summary of PwC's Fees By Project:
Twenty Fourth Interim Quarterly Reporting Period
January 1, 2007 through March 31, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 71.1 | $8,773.98 |

{02411}

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 4,495.9 | $996,603.92 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 4,567.0 | $1,005,377.90 |

{02411}

PricewaterhouseCoopers LLP
Summary of Expenses
Twenty Fourth Interim Quarterly Reporting Period
January 1, 2007 through March 31, 2007

| Type of Expense | |
|---|---|
| Transportation | $9,915.80 |
| Lodging | 1,227.01 |
| Sundry | 1,132.19 |
| Business Meals | 3,065.46 |
| Grand Total for the Fee Period July 1, 2006 through September 30, 2006 | $15,340.46 |

{02411}