**Prior Interim Fee Applications filed:**

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Cert. of No. Obj. | Status Fees | Expenses |
|---|---|---|---|---|---|---|
| 12/30/02 #3206 | 10/01/02-10/31/02 | $63,783.20 (80% of $79,729.00) | $3,022.43 | 01/29/03 #3288 | Approved | Approved |
| 12/30/02 #3208 | 11/01/02-11/30/02 | $72,958.40 (80% of $91,198.00) | $13,082.89 | 01/29/03 #3288 | Approved | Approved |
| 02/12/03 #3380 | 12/01/02-12/31/02 | $79,774.00 (80% of $99,717.50) | $3,941.77 | | Approved | Approved |
| 04/03/03 #3612 | 01/01/03-01/31/03 | $274,984.93 (80% of $343,731.17) | $7,670.04 | 06/03/03 #3859 | Approved | Approved |
| 04/17/03 #3675 | 02/01/03-02/28/03 | $42,508.77 (80% of $53,135.96) | $554.24 | 06/03/03 #3861 | Approved | Approved |
| 05/13/03 #3784 | 03/01/03-03/31/03 | $38,152.12 (80% of $47,690.15) | $1,212.82. | 06/13/30 #3898 | Approved | Approved |
| 07/09/03 #4033 | 04/01/03-04/30/03 | $56939.48 (80% of $71,174.34) | $1,863.75 | 07/31/03 #4127 | Approved | Approved |
| 07/09/03 #4034 | 05/01/03-05/31/03 | $31,018.90 (80% of $38,773.62 | $192.96 | 07/31/03 #4126 | Approved | Approved |
| 08/14/03 #4265 | 06/01/03-06/30/03 | $49,885.74 (80% of $62,357.17) | $546.79 | 09/11/03 #4418 | Approved | Approved |
| 09/09/03 #4397 | 07/01/03-07/31/03 | $48,639.72 (805 of $60,799.65) | $1,191.98 | 10/01/03 #4516 | Approved | Approved |
| 10/22/03 #4602 | 08/01/03-08/31/03 | $22,757.36 (80% of $28,446.71) | $865.06 | 11/24/03 | Approved | Approved |

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Cert. of No. Obj. | Status Fees | Expenses |
|---|---|---|---|---|---|---|
| 11/11/03 #4678 | 09/01/03-09/30/03 | $19,983.17 (80% of $24,978.97) | $167.05 | 12/09/03 #4795 | Approved | Approved |
| 12/12/03 #4802 | 10/01/03-10/31/03 | $99,663.38 (80% of $124,579.22) | $3,640.12 | 01/13/04 #4920 | Approved | Approved |
| 01/14/04 #4931 | 11/01/03-11/30/03 | $134,278.56 (80% of $167,848.20) | $10,882.52 | 02/06/04 #5084 | Approved | Approved |
| 02/06/04 #5078 | 12/01/03-12/31/03 | $104,698.76 (80% of $130,873.45) | $5,081.79 | 03/10/04 #5257 | Approved | Approved |
| 03/10/04 #5258 | 01/01/04-01/31/04 | $281,909.27 (80% of $352,386.59) | $10,231.48 | 04/14/04 #5443 | Approved | Approved |
| 04/14/04 #5444 | 02/01/04-02/29/04 | $67,984.11 (80% of $84,980.14) | $1,538.06 | 05/13/04 #5571 | Approved | Approved |
| 05/07/04 #5541 | 03/01/04-03/31/04 | $66,596.32 (80% of $83,245.40) | $1,910.25 | 06/24/04 #5880 | Approved | Approved |
| 06/08/04 #5742 | 04/01/04-04/30/04 | $101,753.13 (80% of $127,191.42) | $2,503.45 | 07/01/04 #5906 | Approved | Approved |
| 06/30/04 #5896 | 05/01/04-05/31/04 | $67609.01 (80% of $84,511.26) | $2,749.03 | 07/27/04 #6034 | Approved | Approved |
| 07/30/04 #6070 | 06/01/04-06/30/04 | $83,769.75 (80% of $104,712.19) | $725.38 | 08/25/04 #6253 | Approved | Approved |
| 09/14/04 #6397 | 07/01/04-07/31/04 | $182,008.32 (80% of $227,510.41) | $981.41 | 10/06/04 #6552 | Approved | Approved |
| 10/15/04 #6648 | 08/01/04-08/30/04 | $112,531.58 (80% of $144,664.48) | $4,650.43 | 11/12/04 #6887 | Approved | Approved |

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Cert. of No. Obj. | Status Fees | Expenses |
|---|---|---|---|---|---|---|
| 11/15/04 #6901 | 09/01/04-09/30/04 | $145,714.49 (80% of $182,143.12) | $23,234.78 | 12/15/04 #7173 | Approved | Approved |
| 12/20/04 #7225 | 10/01/04-10/31/04 | $239,770.86 (80% of $299,713.58) | $17,929.28 | 01/13/05 #7549 | Approved 6/29/05 #8728 | Approved 6/29/05 #8728 |
| 01/14/05 #7574 | 11/01/04-11/30/04 | $231,623.17 (80% of $289,528.97) | $6,188.23 | 02/15/05 #7782 | Approved 6/29/05 #8728 | Approved 6/29/05 #8728 |
| 02/17/05 #7818 | 12/01/04-12/31/04 | $228,064.37 (80% of $285,080.47) | $7,571.78 | 03/11/05 #8012 | Approved 6/29/05 #8728 | Approved 6/29/05 #8728 |
| 03/18/05 #8073 | 01/01/05-01/31/05 | $299,738.00 (80% of $374672.51) | $4,146.11 | 4/14/05 #8221 | Approved 9/27/05 #9513 | Approved 9/27/05 #9513 |
| 4/21/05 #8260 | 02/01/05-02/28/05 | $389,653.39 (80% of $793,066.74) | $2,109.42 | 5/18/05 #8457 | Approved 9/27/05 #9513 | Approved 9/27/05 #9513 |
| 5/17/05 #8453 | 03/01/05-03/31/05 | $207,775.869 (80% of $259,719.83) | $2,173.71 | 6/17/05 #8637 | Approved 9/27/05 #9513 | Approved 9/27/05 #9513 |
| 6/17/05 #8635 | 4/01/05-4/30/05 | $119,101.60 (80% of $148,877.00) | $754.16 | 8/10/05 #9159 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 8/2/05 #9128 | 5/1/05-5/31/05 | $43,934.88 (80% of 54,918.60) | $303.06 | 8/24/05 #9242 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 8/12/05 #9178 | 6/1/05-6/30/05 | $29,401.04 (80% of 36,751.30) | $89.39 | 9/7/05 #9348 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 9/14/05 #9428 | 7/1/2005-7/31/05 | $155,557.20 (80% of 194,446.50) | $22,856.48 | 11/29/05 11198 | Pending 03/24/06 #12121 | Pending 06/24/06 #12121 |
| 10/17/02 #9662 | 8/1/05-8/31/05 | $90,289.12 (80% of $ $112,861.40) | $1,318.21 | 11/09/05 #11017 | Pending 03/24/06 #12121 | Pending 03/24/06 #12121 |

| Date Filed<br>Docket Number | Period Covered | Requested | | Cert. of No. Obj. | Status | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | | Fees | Expenses |
| 11/29/05<br>#11193 | 09/01/2005-<br>09/30/2005 | $117,820.32<br>(80%<br>$147,275.40) | $2,395.04 | 12/20/2005 | Approved<br>03/24/06<br>#12121 | Approved<br>03/24/06<br>#12121 |
| 12/20/05<br>#11380 | 10/01/2005-<br>10/31/2005 | $331,028.80<br>(80% of<br>$413,786.00) | $30,647.50 | 01/12/2006 | Approved<br>06/16/06<br>#12660 | Approved<br>06/16/06<br>#12660 |
| 01/09/06<br>#11509 | 11/01/2005-<br>11/30/2005 | $96,586.88<br>(80% of<br>$120,733.60) | $7,343.64 | 02/02/06 | Approved<br>06/16/06<br>#12660 | Approved<br>06/16/06<br>#12660 |
| 02/13/2006<br>#11753 | 12/01/2005 -<br>12/31/2005 | $176,439.80<br>(80% of<br>(220,549.75) | $20,180.16 | 03/20/06 | Approved<br>06/16/06<br>#12660 | Approved<br>06/16/06<br>#12660 |
| 03/21/2006<br>#12095 | 01/01/2006 -<br>01/31/2006 | $408,296.20<br>(80% of<br>510,375.25) | $5,119.77 | 04/13/06 | Approved<br>09/26/06<br>#13298 | Approved<br>09/26/06<br>#13298 |
| 03/27/2006<br>#12122 (Amended Nov. 06 Fee App) | 11/01/2005-<br>11/30/2005 | $152,586.88<br>(80% of<br>$190,733.60) | $7,343.64 | 04/25/2006 | Approved<br>06/16/06<br>#12660 | Approved<br>06/16/06<br>#12660 |
| 05/05/2006<br>#12374 | 02/01/2006 -<br>02/28/2006 | $169,638.64<br>(80% of<br>$212,048.30) | $1,362.01 | 05/31/2006 | Approved<br>09/26/06<br>#13298 | Approved<br>09/26/06<br>#13298 |
| 05/19/2006<br>#12470 | 03/01/2006 -<br>03/31/2006 | $105,193.28<br>(80% of<br>$131,491.60) | $1,031.24 | 06/13/2006 | Approved<br>09/26/06<br>#13298 | Approved<br>09/26/06<br>#13298 |
| 07/21/2006<br>#12840 | 04/01/2006 -<br>04/30/2006 | $101,069.52<br>(80% of<br>$126,336.90) | $856.41 | 08/15/2006 | Approved<br>12/19/06<br>#14069 | Approved<br>12/19/06<br>#14069 |
| 08/16/2006<br>#13003 | 05/01/2006 -<br>05/31/2006 | $63,990.40<br>(80% of<br>$79,988.00) | $468.23 | 09/11/2006 | Approved<br>12/19/06<br>#14069 | Approved<br>12/19/06<br>#14069 |
| 09/20/2006<br>#13268 | 06/01/2006 -<br>06/30/2006 | $40,229.36<br>(80% of<br>$50,286.70) | $772.69 | 10/17/2006 | Approved<br>12/19/06<br>#14069 | Approved<br>12/19/06<br>#14069 |
| 10/09/2006<br>#13379 | 07/01/2006 -<br>07/31/2006 | $109,709.04<br>(80% of<br>$137,136.30) | $1,963.05 | 11/08/2006 | Approved<br>03/30/07<br>#15044 | Approved<br>03/30/07<br>#15044 |

| Date Filed<br>Docket Number | Period Covered | Requested<br>Fees | Expenses | Cert. of No. Obj. | Status<br>Fees | Expenses |
|---|---|---|---|---|---|---|
| 11/08/2006<br>#13604 | 08/01/2006 -<br>08/31/2006 | $116,407.44<br>(80% of<br>$145,509.30) | $6,158.20 | Filed on<br>12/08/06<br>#13975 | Approved<br>03/30/07<br>#15044 | Approved<br>03/30/07<br>#15044 |
| 11/22/2006<br>#13751 | 09/01/2006 -<br>09/30/2006 | $125,759.28<br>(80% of<br>$157,199.10) | $2,792.62 | Filed on<br>12/27/06<br>#14164 | Approved<br>03/30/07<br>#15044 | Approved<br>03/30/07<br>#15044 |
| 02/13/2007<br>#14558 | 10/01/2006 -<br>10/31/2006 | $228,762.75<br>(80% of<br>$285,953.44) | $8,092.41 | Filed on<br>03/09/07<br>#14818 | Approved<br>06/20/2007<br>#16105 | Approved<br>06/20/2007<br>#16105 |
| 02/21/2007<br>#14632 | 11/01/2006 -<br>11/30/52006 | $225,166.29<br>(80% of<br>$281,457.87) | $7,912.30 | Filed on<br>03/21/07<br>#14926 | Approved<br>06/20/2007<br>#16105 | Approved<br>06/20/2007<br>#16105 |
| 04/18/2007<br>#15231 | 12/01/2006 -<br>12/31/2006 | $147,537.06<br>(80% of<br>$184,421.33) | $1,928.49 | Filed on<br>05/15/2007<br>#15658 | Approved<br>06/20/2007<br>#16105 | Approved<br>06/20/2007<br>#16105 |
| 04/24/2007<br>#15274 | 01/01/2007 -<br>01/31/2007 | $376,173.85<br>(80% of<br>$470,217.32) | $4,634.99 | Filed on<br>05/25/2007<br>#15815 | Pending | Pending |
| 06/11/2007<br>#16008 | 02/01/2007 -<br>02/28/2007 | $317,672.26<br>(80% of<br>$397,090.33) | $2,575.45 | Filed on<br>07/05/2007<br>#_____ | Pending | Pending |
| 06/15/2007<br>#16050 | 03/01/2007 -<br>03/31/2007 | $110,456.20<br>(80% of<br>$110,456.20) | $5,867.10 | Filed on<br>07/10/2007<br>#_____ | Pending | Pending |
| 07/19/2007<br>#16429 | 04/01/2007 -<br>04/30/2007 | $167,640.40<br>(80% of<br>209,550.51) | $1,591.91 | Due on<br>08/20/2007 | Pending | Pending |
| 08/14/2007<br>#16555 | 05/01/2007 -<br>05/31/2007 | $75,085.98<br>(80% of<br>93,857.48) | $595.89 | Due on<br>09/03/2007 | Pending | Pending |
| 08/14/2007<br>#16556 | 06/01/2007 -<br>06/30/2007 | $36,187.40<br>(80% of<br>$45,234.25) | $247.16 | Due on<br>09/04/2007 | Pending | Pending |

**Prior Quarterly Interim Fee Applications filed:**

| Date Filed Docket Number | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/15/2002 #3006 | 01/10/02- 03/31/02 | $291,774.94 | $7,575.78 | $291,774.94* | $7,575.78 |
| 11/15/2002 #3006 | 04/01/02- 06/30/02 | $104,915.25 | $1,734.67 | $104,915.25* | $1,734.67 |
| 11/15/2002 #3006 | 07/01/02- 09/30/02 | $98,751.92 | $2,652.03 | $98,751.92* | $2,652.03 |
| 02/14/2003 #3396 | 10/01/02- 12/31/02 | $270,097 | $20,047.10 | $263,914.19 | $19,997.27 |
| 05/13/03 #3782 | 01/01/03- 03/31/03 | $445,994.70 | $9,437.10 | $444,280.26 | $9,296.54 |
| 08/14/03 #4266 | 04/01/03- 06/30/03 | $172,305.13 | $2,594.86 | $166,142.09 | $2,594.86 |
| 11/11/03 #4679 | 07/01/03- 09/30/03 | $112,016.95 | $2,224.09 | $112,016.95 | $2,224.09 |
| 02/12/04 #5104 | 10/01/03- 12/31/03 | $432,701.01 | $19,604.43 | $422,981.51 | $19,604.43 |
| 05/07/04 #5543 | 01/01/04- 03/31/04 | $520,612.13 | $13,680.49 | $513,685.23 | $13,680.49 |
| 07/30/04 #6070 | 04/01/04- 06/30/04 | $316,627.89 | $5,819.86 | $315,627.89 | $5,799.86 |
| 11/15/04 #6904 | 07/01/04- 09/30/04 | $550,318.00 | $28,866.62 | $550,318.00 | $28,866.62 |
| 2/17/05 #7819 | 10/01/04- 12/31/04 | $874,323.01 | $31,689.29 | $842,531.26 | $28,010.99 |
| 7/7/2005 #8960 | 01/01/2005- 03/31/2005 | $1,119,455.03 | $8,429.23 | $1,103,292.46 | $8,429.23 |
| 10/03/2005 #9550 | 04/01/2005- 06/30/2005 | $240,546.90 | $1,146.61 | $239,067.30 | $1,146.61 |
| 01/19/2006 #11575 | 07/01/2005 - 09/30/2005 | $454,583.30 | $26,569.73 | $450,767.30 | $26,569.73 |

\* Fees in the amount of $5,086.22 were granted for preparation of the First, Second and Third Quarterly Fee Applications.

| 05/04/2006 #12371 | 10/01/2006 - 12/31/2006 | $825,069.35 | $58,171.30 | $825,069.35 | $58,171.30 |
|---|---|---|---|---|---|
| 08/29/2006 #13083 | 01/01/2006 - 03/31/2006 | $853,910.15 | $7,513.01 | $853,910.15 | $7,513.01 |
| 11/13/2006 #13650 | 04/01/2006 - 06/01/2006 | $256,575.60 | $2,097.33 | $256,575.60 | $2,097.33 |
| 02/23/2007 #14666 | 07/01/2006 - 09/30/2006 | $439,844.65 | $10,913.87 | $439,844.65 | $10,913.87 |
| 05/21/2007 #15751 | 10/01/2007 - 12/31/2007 | $751,822.64 | $17,933.20 | $751,822.64 | $17,933.20 |