IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Re: Docket Nos. 14597 & 16547 |
| Debtors | ) | |
| | ) | |

### SCHEDULING ORDER FOR ADJUDICATION
### OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

The Court hereby schedules oral argument on Debtors' Summary Judgment Motion re Canadian Limitations Period Objections [Docket No. 14597] for September 10, 2007 at 9:00 a.m. – noon in Pittsburgh, Pennsylvania.

**SO ORDERED**

This 16th day of August, 2007

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

4

DOCS_DE:129907.1