**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., | : | Case No. 01-01139(JKF) |
| | | (Jointly Administered) |
| Debtors, | : | |
| | | Re: Docket No. 15307 |

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8006, Fed. R. Bankr. P., the State of New Jersey, Department of Environmental Protection ("Department" or "State") respectfully submits its Designation of the Items to be included in the Record on Appeal.

**Designation of Items to Be Included in the Record on Appeal:**

| Date | Docket No. | Descripton |
|---|---|---|
| 11/14/2005 | | Transcript of 11/14/05 Hearing |
| 9/19/2005 | 9465 | W.R. Grace Complaint For Dec. Judg. |
| 9/19/2005 | 9465-1 | Complaint filed by State of N.J. |
| 4/26/2007 | 15307 | State's Motion to File A Late Proof of Claim |
| 4/26/2007 | 15307-1 | State's Brief in Support of Motion To File A Late Proof of Claim |
| 4/26/2007 | 15307-2 | Proposed Proof of Claim |
| 7/06/2007 | 16248 | Grace Objection Plus Exhibits |
| 7/06/2007 | 16247 | Joinder of the Official Committee to Debtor's Objection to State of New |

|  |  |  |
|---|---|---|
|  |  | Jersey Motion to File Late Proof of Claim. |
| 7/16/2007 | 16297 | State's Response to Debtor's Objection |
| 7/31/2007 | 16445 | Transcript of July 23 hearing |
| 8/02/2007 | 16467 | Order Denying State's Motion |
| 8/10/2007 | 16523 | Notice of Appeal from 8/02/2007 Order |

Respectfully submitted,

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: /S/ Rachel Jeanne Lehr
　　Rachel Jeanne Lehr
　　Deputy Attorney General

Dated: August 17, 2007

_____