**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., | : | Case No. 01-01139(JKF) |
| | | (Jointly Administered) |
| Debtors, | : | |
| | | Re: Docket No. 15307 |

**STATEMENT OF ISSUES PRESENTED ON APPEAL**

      Pursuant to Rule 8006, Fed. R. Bankr. P., the State of New Jersey, Department of Environmental Protection ("Department" or "State") respectfully submits its Statement of of Issues Presented on Appeal.

**Statement of Issues to Be Presented**:

    A.   Whether the Bankruptcy Court erred in denying the State's motion to file a late proof of claim on the grounds of "excusable neglect" even though at the time of the March 31, 2003, bar date the State had no way of knowing that in 1995 debtors had certified to false information as to asbestos contamination present at the debtor's Hamilton, New Jersey vermiculite exfoliation plant and had submitted the certification and false information to the Department.

    B.   Whether the Bankruptcy Court erred in denying the State's motion to file a late proof of claim as prejudicial to the debtors

even though the debtors did not have a confirmed Plan and could not demonstrate any prejudice.

    C.    Whether the Bankruptcy Court erred in denying the State's motion to file a late proof of claim considering the totality of the circumstances, which included the fact that the debtor, W.R. Grace, had sworn to false information about the contamination at the site that the State had no way of knowing about before the bar date.

    E.    Whether the Bankruptcy Court erred in not taking into consideration the seriousness of W.R. Grace's violations of the law and W.R. Grace's own duplicity in causing the claim to be filed late.

                        Respectfully submitted,

                        ANNE MILGRAM
                        ATTORNEY GENERAL OF NEW JERSEY

             By: /S/ Rachel Jeanne Lehr
                  Deputy Attorney General

Dated: August 17, 2007