# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
|  | Jointly Administered |
| Debtors. | *Re 16250* |

*modified* ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED
IN ANSWERS TO THE DEBTORS' INTERROGATORIES AND THE SEALING
AND CONFIDENTIALITY OF SUCH ANSWERS

Before this Court are the following requests for protective orders:

Memorandum in Support of Motley Rice LLC's Motion for Protective Order (Docket

No. 15950), Motion of the Official Committee of Asbestos Personal Injury Claimants

and David T. Austern, Legal Representative for Future Asbestos Claimants for

Protective Order (Docket No. 15955), Motion of Certain Law Firms to Quash

Deposition Notices and for a Protective Order (Docket No. 15966), Motion of the

MMWR Cancer Firms for a Protective Order with Respect to Notices of Deposition

Served on Them by W.R. Grace (Docket No. 15987), and Memorandum in Support of

Cooney and Conway's Motion for Protective Order (Docket No. 15850).

Having reviewed these requests, together with the responses thereto and

after having considered the arguments of counsel,

It is hereby ORDERED and DECREED as follows:

-1-

1.      Any and all answers to the Debtors' Third Set of Interrogatories

shall not represent any waiver of, and shall not be claimed to be a waiver of, any

privilege.

2.      The Debtors and all participants in this discovery shall

maintain the answers in the manner required pursuant to 11 U.S.C. § 107(b) for

papers filed under seal with the Court and such answers when served shall be

considered under seal in accordance with such statute.  Any and all information

provided to the Debtors in response to the Third Set of Interrogatories must be

maintained in the strictest confidence and not disclosed to any entity or individual

not expressly authorized under this Order. *If Debtor or a another party in interest finds it necessary to refer to any specific (*)*

3.      Any and all information provided to the Debtors in response to

the Third Set of Interrogatories may only be used by them or disclosed to the

Debtors, their counsel, *agents* and their experts.  Such information may be used only in

respect to the estimation proceedings in these chapter 11 cases and may not be used

for any other purpose.

July _10_ 2007

*(*) information,
said party
shall first
apply to the
court for
appropriate
instructions,
'/or notice and
hearing if there
is opposition to
redacted information being used.*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

-2-