# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related to Docket No. _____ |

## AMENDED MODIFIED ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED IN ANSWERS TO THE DEBTORS' INTERROGATORIES AND THE SEALING AND CONFIDENTIALITY OF SUCH ANSWERS

In further consideration of this Court's Modified Order Establishing The Non-Waiver of Privileges Contained In Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers, entered on July 10, 2007 [Docket No. 16259] (the "Order"), and all prior proceedings related to that Order, and the Official Committee of Unsecured Creditors' Motion to Alter and Amend the Court's Modified Order Establishing the Non-Waiver of Privileges Contained In Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers, dated August 20, 2007, and any responses thereto and after due and proper notice and a hearing;

It is hereby ORDERED and DECREED as follows:

1. Any and all answers to the Debtors' Third Set of Interrogatories shall not represent any waiver of, and shall not be claimed to be a waiver of, any privilege.

2. The Debtors and all participants in this discovery shall maintain the answers in the manner required pursuant to 11 U.S.C. § 107(b) for papers filed under seal with the Court and such answers when served shall be considered under seal in accordance with such statute. Any and all information provided to the Debtors in

SSL-DOCS1 1836194v1

response to the Third Set of Interrogatories must be maintained in the strictest confidence and not disclosed to any entity or individual not expressly authorized under this Order. If Debtor or another party in interest finds it necessary to refer to any specific information, said party shall first apply to the court for appropriate instructions, and/or notice and hearing if there is opposition to redacted information being used.

3. Any and all information provided to the Debtors in response to the Third Set of Interrogatories may only be used by, or disclosed to, the Debtors, the official committees and the future claimants' representative appointed in these chapter 11 cases, the Libby Claimants, and their counsel, agents and their experts. Such information may be used only in respect to the estimation proceedings in these chapter 11 cases and may not be used for any other purpose.

4. This Order shall supersede and replace this Court's Modified Order Establishing The Non-Waiver of Privileges Contained In Answers to The Interrogatories and The Sealing and Confidentiality of Such Answers entered on July 10, 2007 [Docket No.16259].

Dated: _____, 2007

                                                         Honorable Judith K. Fitzgerald
                                                         United States Bankruptcy Judge