## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: September 24, 2007 at 2:00 p.m. |
| | ) | Objection Deadline: September 7, 2007 at 4:00 p.m. |

### NOTICE OF MOTION OF THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS TO ALTER AND AMEND THE COURT'S
### MODIFIED ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES
### CONTAINED IN ANSWERS TO THE DEBTORS' INTERROGATORIES
### AND THE SEALING AND CONFIDENTIALITY OF SUCH ANSWERS

TO:    All parties on the attached service list.

The Official Committee of Unsecured Creditors (the "Committee") today filed the **Motion of the Official Committee of Unsecured Creditors Alter and Amend the Court's Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtor's Interrogatories and the Sealing and Confidentiality of Such Answers** (the "Motion").

You are required to file any response to the attached Motion on or before **September 7, 2007 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon Movant's undersigned attorneys.

**A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON SEPTEMBER 24, 2007 AT 2:00 P.M.**

DM3\555928.1

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
        August 20, 2007

Respectfully submitted,

**STROOCK & STROOCK & LAVAN LP**
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 1038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006

        and

**DUANE MORRIS LLP**

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901

Counsel for the Official Committee of
Unsecured Creditors