# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>W.R. GRACE & CO.<br>W.R. Grace & Co., et al. | **Case No.:** 01–01139–JKF<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that The State of New Jersey filed a Notice of Appeal on 8/10/07 regarding the Order Denying the Motion to File a Late Claim. The Notice of Appeal may be viewed at docket number 16467. The order on appeal may be viewed at docket number 16523.

David D. Bird
CLERK OF COURT

Date: 8/21/07
(VAN–440)