# Intended Notice Recipients – Method of Notice

District/Off: 0311–1  User: Betsy  Date Created: 8/21/2007
Case: 01–01139–JKF  Form ID: van440  Total: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
aty  Stephen Donato  1500 MONY Tower I  PO Box 4976  Syracuse, NY 13221–4976
  The State of New Jersey  Department of Environmental Protection  c/o Rachel Lehr Esq  PO Box093  Trenton, NJ 08625

TOTAL: 2