IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) Reference Dkt Nos. 15095 & 16346 |

**RESCHEDULED NOTICE OF RULE 30(B)(6) DEPOSITION
AND SUBPOENA OF RUST CONSULTING, INC.**

**TO:** Rust Consulting, Inc.

**and**

**PARTIES ON THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the District of Minnesota issued a subpoena (a copy of which is attached hereto) for Rust Consulting, Inc. ("Rust"). This subpoena was served on March 30, 2007. The subpoena requires Rust to designate a corporate representative, and for that corporate representative to appear for deposition on April 27, 2007 beginning at 9:00 a.m., at the offices of Robins, Caplan, Miller & Ciresi LLP, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402. By agreement of counsel, the deposition has been rescheduled for September 25, 2007 beginning at 9:00 a.m., at the offices of Orrick, Herrington & Sutcliffe LLP, at 666 Fifth Avenue, New York, NY 10103.

TAKE FURTHER NOTICE that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction. Testimony shall

be taken by stenographic means, and also by audio/visual means.  You are invited to attend and cross-examine.

Dated:  August 22, 2007

| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Mark T. Hurford*_____ | */s/ John C. Phillips, Jr.*_____ |
| Marla R. Eskin (#2989) | John C. Phillips, Jr. (#110) |
| Mark T. Hurford (#3299) | 1200 North Broom Street |
| 800 King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone:  (302) 426-1900 | |
| | - and - |
| - and – | |
| | Roger Frankel |
| Elihu Inselbuch | Richard H. Wyron |
| CAPLIN & DRYSDALE, CHARTERED | Raymond G. Mullady, Jr. |
| 375 Park Avenue, 35th Floor | Debra L. Felder |
| New York, NY 10152-3500 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Telephone:  (212) 319-7125 | 3050 K Street, NW |
| | Washington, DC 20007 |
| Peter Van N. Lockwood | Telephone:  (202) 339-8400 |
| Nathan D. Finch | |
| CAPLIN & DRYSDALE, CHARTERED | John Ansbro |
| One Thomas Circle, NW | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Washington, DC 20005 | 666 Fifth Avenue |
| Telephone:  (202) 862-5000 | New York, N.Y.  10103-0001 |
| | Telephone:  (212) 506-5000 |
| *Counsel for the Official Committee of Asbestos Personal Injury Claimants* | *Counsel for David T. Austern, Future Claimants' Representative* |