**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| | (Jointly Administered) |
| W.R. GRACE & CO., et al., | |
| | **Objection Deadline: Sept. 7, 2007** |
| Debtors. | **Hearing Date: Sept. 24, 2007 @ 2:00 pm** |

## NOTICE OF MOTION

David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR"), together with the Debtors,[1] the Official Committee of Equity Security Holders, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, and counsel to the Libby Claimants (collectively with the FCR, the "Parties"), filed the *Agreed Motion of the Future Claimants' Representative, the Debtors, the Official Committees, and Counsel to the Libby Claimants for Entry of Consent Order Concerning Confidentiality of Documents and Information to Be Produced by Expert Witness for Future Claimants' Representative* (the "Agreed Motion") [Docket No. 16596] on August 20, 2007.

You are required to file a response to this Motion on or before September 7, 2007.

At the same time, you are required to copy of the response upon the following counsel:

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel , Esquire
Richard H. Wyron , Esquire
Raymond G. Mullady, Jr., Esquire
Debra L. Felder , Esquire
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

John Ansbro
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, N.Y.  10103-0001

---

[1] The "Debtors" refers collectively to W.R. Grace & Co., *et al.*

David M. Bernick, Esquire
Janet Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

Theordore J. Tacconelli, Esquire
Ferry, Joseph, & Pearce, P.A.
824 North Market Street, Suite 904
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Roney, PC
The Brandywine Building
100 West Street, Suite 1410
Wilmington, DE 19801

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
PO Box 2087
Wilmington, DE 19899-2087

HEARING ON THE APPLICATION IS SCHEDULED FOR SEPTEMBER 24, 2007 AT
2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD, U.S. BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET,
WILMINGTON, DELAWARE 19801.

Dated:  August 22, 2007            Respectfully submitted,
                                   PHILLIPS, GOLDMAN & SPENCE, P.A.

                                   JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                   1200 North Broom Street
                                   Wilmington, DE 19806
                                   Telephone: (302) 655-4200

                                   - and -

ROGER FRANKEL , ESQUIRE
RICHARD H. WYRON , ESQUIRE
RAYMOND G. MULLADY, JR., ESQUIRE
DEBRA L. FELDER , ESQUIRE
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone:  (202) 339-8400

JOHN ANSBRO , ESQUIRE
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y.  10103-0001
Telephone:  (212) 506-5000

*Counsel for David T. Austern,*
*Future Claimants' Representative*