IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

I, _____ hereby acknowledge that I have read and understand the Protective Order ("Order") entered in this action. I hereby agree to be bound by the terms of the Order. Specifically:

1.  I agree that I will use records and information protected by the Order only for purposes of this litigation, including any appeals, and not for any other purpose of any kind, including that I will not disclose any such records or information to the public, except as authorized under this Order.

2.  I agree that I will return all records produced by NIOSH under the Order to the counsel who provided them to me when I am no longer a party to or assigned or retained to work on this litigation, but in any event no later than the termination of this litigation. I also agree to destroy or redact, or return to counsel for destruction or redaction, any records created that contain information subject to the Order within thirty days after the termination of this litigation.

91100-001\DOCS_DE:130250.1

3. I (or counsel on my behalf) will certify to NIOSH that any documents created that contain information subject to the Order have been destroyed or redacted within forty-five days after the termination of this litigation.

4. I agree that I will disclose records and information protected by the Order solely as provided in the Order.

5. I agree that I will not attempt to link nor permit others to attempt to link cause of death information in records or data sets produced by NIOSH with any other record or data set, whether produced in response to the Debtor's subpoena to NIOSH or already in my possession, in a manner which would lead to the identification of individual decedents.

6. I understand that 42 U.S.C. 242m(d) provides for no exception to its statutory restrictions on disclosure of protected data and I agree to abide by its limitations. If I should inadvertently discover the identity of any person in any records protected under 42 U.S.C. 242m(d), then I agree that I: (a) will not make use of this knowledge, (b) will advise the Director of NIOSH of the incident either directly or through the Debtors' counsel, (c) will safeguard or destroy the identifying information, as requested by NIOSH, and (d) will inform no one else of the discovered identity.

7. I hereby confirm that my duties under this Acknowledgment shall survive the termination of this litigation and are binding upon me for all time.

8.  I hereby consent to the personal jurisdiction of the United States Bankruptcy Court for the District of Delaware in the above-captioned litigation for the purpose of enforcing the aforementioned Order.

Dated: _____, 2007

                                                  [signature]
                                                  [print name]