IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: September 12, 2007 at 4:00p.m. |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD JUNE 1, 2007 THROUGH JUNE 30, 2007**

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| | | | |
|---|---|---|---|
| 06/01/2007 | GHL | Review of draft application and claims, revising same and discussion with Mr. McGlynn regarding suggested changes. | 1.20 |
| 06/01/2007 | JEM | Preliminary review of inventor comments regarding draft patent application; participate in telephone conference with inventor regarding comments. | 0.50 |
| 06/02/2007 | JEM | Review inventor comments; implement edits suggested by inventor; consider additional edits; email inventor regarding questions pertaining to operation of the system. | 1.00 |
| 06/04/2007 | GHL | Review and revision to draft claims for application, conference with Mr. McGlynn regarding the claims. | 0.50 |
| 06/04/2007 | JEM | Respond to email correspondence from Mr. Lipford regarding draft application; review application in view of comments from Mr. Lipford; participate in intra-office conference regarding draft application. | 2.90 |
| 06/05/2007 | JEM | Complete revisions to draft application in view of comments from Mr. Levin; attend to filing application with the U.S. Patent and Trademark Office. | 4.00 |
| 06/06/2007 | JEM | Attend to transmitting copy of as-filed application to inventors. | 0.20 |
| 06/26/2007 | NG | Receipt and review of communication from the U.S. Patent and Trademark Office regarding serial number; preparation of Declaration and Power of Attorney form together with an Assignment document and preparation of correspondence to client advising of tentative serial number and filing date and forwarding Power and Assignment for execution by inventors. | 1.00 |

SERVICES          $     4,655.00

| | GHL | GARY H. LEVIN | 1.70 | hours @ | $530.00 |
|---|---|---|---|---|---|
| | JEM | JOHN E. MCGLYNN | 8.60 | hours @ | $415.00 |
| | NG | NOREEN GARONSKI | 1.00 | hours @ | $185.00 |

**DISBURSEMENTS:**

| | | |
|---|---|---|
| PATENT OFFICE FEES. | $ | 2,310.00 |
| POSTAGE & DELIVERY | $ | 16.25 |
| | | |
| DISBURSEMENT TOTAL | $ | 2,326.25 |
| SERVICE TOTAL | $ | 4,655.00 |
| | | |
| **INVOICE TOTAL** | **$** | **6,981.25** |

**WRG-GEN**

| 06/15/2007 | GHL | Preparation of fee petition for April 2007. | | 0.30 |
|---|---|---|---|---|

SERVICES  $  159.00

| | GHL | GARY H. LEVIN | 0,30 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**  **$  159.00**