IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: September 12, 2007 at 4:00p.m. |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JUNE 1, 2007 THROUGH JUNE 30, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

July 31, 2007  
Client/Matter #  01246-011548  
Invoice # 117901  
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/03/07 | P. Marks | 1.00 | Review and evaluate model agreemens re negotiations; communicatinos with client re same. |
| 06/04/07 | P. Marks | 1.50 | Telephone conference with J. Freeman re scheduling and process for negotiations; emails and telephone conferences with client re same; email to P. Falcigno and J. Freeman re same. |
| 06/05/07 | K. Bourdeau | 0.50 | Review email correspondence re settlement agreement issues and settlement meetings/conferences. |
| 06/06/07 | K. Bourdeau | 0.25 | Email communications re settlement negotiations. |
| 06/06/07 | P. Marks | 0.50 | Check status; coordination with client team; coordination with K. Bourdeau re negotiations. |
| 06/08/07 | P. Marks | 0.50 | Communications with team re scheduing issues and FS. |
| 06/11/07 | K. Bourdeau | 0.75 | Review caselaw develpments; conference with P. Marks re same, meetings with the U.S. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  117901  
July 31, 2007  
PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/11/07 | P. Marks | 2.00 | Review and evaluate new case law; communications re scheduling; review and evaluate FS. |
| 06/12/07 | K. Bourdeau | 0.25 | Email exchanges re settlement negotiations. |
| 06/12/07 | P. Marks | 4.00 | Telephone conference with P. Bucens re tasks; telephone conference with J. Freeman re conference call planning; telephone conference with L. Duff re same; emails re same; evaluate draft FS. |
| 06/13/07 | P. Marks | 2.00 | Telephone conference with Grace team re technical issues; prepare for meeting re settlement document. |
| 06/14/07 | K. Bourdeau | 4.25 | Review draft settlement agreement in preparation for settlement discussion with the U.S.; prepare comments thereon; participate in settlement discussions re same; follow-up conference with Grace team re same; transmit comments on draft agreement to P. Marks. |
| 06/14/07 | P. Marks | 6.00 | Telephone conference with USACE and Grace teams re settlement agreement; followup evaluation and document preparation with Grace team. |
| 06/17/07 | P. Marks | 2.00 | Prepare settlement agreement; prepare for client meeting re technical issues. |
| 06/18/07 | K. Bourdeau | 0.25 | Conference with P. Marks re revised settlement agreement. |
| 06/18/07 | P. Marks | 9.50 | Preparation for and conference with Grace team re technical issues/FS; research re 10 CFR 40-criterion legislation history. |
| 06/19/07 | P. Marks | 4.50 | Conference with Grace team re technical issues and return travel from Columbia offices. |
| 06/23/07 | K. Bourdeau | 4.00 | Review revised redraft of Settlement Agreement and Rules & Responsibilities document; review L. Duff and P. Bucens comments on same and transmit to P. Marks with substantive cover email. |
| 06/26/07 | P. Marks | 4.00 | Prepare revised settlement agreement; prepare email to J. Freeman and P. Falcigno re same. |
| 06/27/07 | P. Marks | 0.25 | Prepare and send settlement agreement to U.S. |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE #  117901
                                                                  July 31, 2007
                                                                  PAGE   3

| | | | |
|---|---|---|---|
| 06/28/07 | P. Marks | 2.50 | Review and evaluate FS; provide comments to P. Bucens. |
| 06/29/07 | K. Bourdeau | 0.25 | Communications with Grace team re settlement meeting with the U.S. |
| 06/29/07 | P. Marks | 5.50 | E-mail to P. Bucens; telephone conference with P. Bucens re FS issues and meeting preparation; telephone conference with J. Freeman re scheduling and logistics; communications with team re same; prepare for meeting. |

**Total Hours :**       56.25

**Total Fees :**     $21,787.50

BEVERIDGE & DIAMOND, P.C.  
INVOICE # 117901  
July 31, 2007  
PAGE 4

## Disbursements:

| | |
|---|---:|
| Postage | 0.58 |
| Long Distance Telephone | 0.50 |
| Travel Expenses | 14.70 |
| Air/Train Fare | 33.00 |
| Documents/Publications | 22.00 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA277657 dated 5/1/07 for data research services | 10.58 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA281349 dated 6/1/07 for data research services | 10.57 |
| **Total Disbursements :** | **$91.93** |

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 10.50 | $550.00 | $5,775.00 |
| P. Marks | 45.75 | $350.00 | $16,012.50 |
| **Total Fees :** | | | **$21,787.50** |
| **Total Disbursements :** | | | **$91.93** |
| **TOTAL DUE :** | | | **$21,879.43** |

# EXHIBIT B

## (BANKRUPTCY FEE APPLICATION)

32068v1 Baltimore 012629

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 31, 2007
Client/Matter #  01246-012629
Invoice # 117902
Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/08/07 | P. Marks | 0.50 | Prepare documents related to fee application. |
| 06/25/07 | P. Marks | 0.75 | Prepare fee documentation. |

Total Hours :   1.25

Total Fees :   $437.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  117902  
July 31, 2007  
PAGE   2

**Disbursements:**

| | |
|---|---:|
| Postage | 1.31 |
| Duplicating | 7.20 |
| Express Delivery | 32.91 |

|  |  |
|---|---:|
| Total Disbursements : | $41.42 |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 1.25 | $350.00 | $437.50 |

| | |
|---|---:|
| Total Fees : | $437.50 |
| Total Disbursements : | $41.42 |
| **TOTAL DUE :** | **$478.92** |