## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:** | **Case No.:** 01–01139–JKF |
| W.R. GRACE & CO. | |
| W.R. Grace & Co., et al. | **Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that The State of New Jersey filed a Notice of Appeal on 8/10/07 regarding the Order Denying the Motion to File a Late Claim. The Notice of Appeal may be viewed at docket number 16467. The order on appeal may be viewed at docket number 16523.

                                                                                             David D. Bird
                                                                                             CLERK OF COURT

Date: 8/21/07
(VAN–440)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0311-1           User: Betsy              Page 1 of 1              Date Rcvd: Aug 21, 2007
Case: 01-01139                 Form ID: van440          Total Served: 2

The following entities were served by first class mail on Aug 23, 2007.
aty            Stephen Donato,   1500 MONY Tower I,   PO Box 4976,   Syracuse, NY  13221-4976
              +The State of New Jersey,   Department of Environmental Protection,   c/o Rachel Lehr Esq,
                PO Box093,   Trenton, NJ 08625-0093
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2007**                    **Signature:** _Joseph Speetjens_