# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE: Access Beyond** | ) | |
| **Technologies, Inc** | ) | |
| | ) | Bankruptcy No. 98-2276 (JKF) |
| Debtor(s) | ) | |
| | ) | |
| | ) | Chapter 7 |

| | | |
|---|---|---|
| **IN RE: Just for Feet, Inc.** | ) | |
| | ) | Bankruptcy No. 99-4110 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| **IN RE: Nixon Fork Mining, Inc.** | ) | |
| | ) | Bankruptcy No. 99-2379 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| **IN RE: Combustion Engineering** | ) | |
| | ) | Bankruptcy No. 03-10495 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| **IN RE: Owens Corning** | ) | |
| | ) | Bankruptcy No. 00-3837 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| **IN RE: Federal Mogul** | ) | |
| **Global, Inc.** | ) | |
| | ) | Bankruptcy No. 01-10578 (JKF) |
| | ) | (Jointly Administered) |
| Debtors(s) | ) | |
| | ) | Chapter 11 |
| | ) | |

| | |
|---|---|
| **IN RE: US Office Products** )<br>)<br>Debtors(s) )<br>)<br>)<br>)<br>) | Bankruptcy No. 01-646 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: ACandS, Inc.** )<br>)<br>Debtors(s) )<br>)<br>)<br>)<br>) | Bankruptcy No. 02-12687 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: Armstrong World**<br>**Industries, Inc.** )<br>)<br>Debtors(s) )<br>) | Bankruptcy No. 00-4471 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: Kaiser Aluminum Corp.** )<br>)<br>Debtors(s) )<br>) | Bankruptcy No. 02-10429 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: The Flintkote Company** )<br>)<br>Debtors(s) )<br>)<br>)<br>) | Bankruptcy No. 04-11300 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: W.R. Grace & Co.** )<br>)<br>Debtors(s) )<br>)<br>)<br>)<br>) | Bankruptcy No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |

## ORDER RESCHEDULING OMNIBUS HEARINGS FOR OCTOBER 22, 2007, AND OCTOBER 23, 2007 to OCTOBER 25 AND 26, 2007

**AND NOW,** this **24th** day of **August, 2007**, it is **ORDERED** that the following hearings are re-scheduled to be heard on **Thursday October 25, 2007** and **Friday October 26, 2007** and to be held in **Pittsburgh, PA**:

**October 25, 2007:**

**8:30 a.m.**

99-4110 Just For Feet, Inc.

98-2276 Access Beyond Technologies, Inc.

99-2379 Nixon Fork Mining, Inc.

**9:00 a.m.**

01-10578 Federal Mogul Global, Inc.

**11:30 a.m.**

04-11300 The Flintkote Company

01-646 US Office Products

02-12687 ACandS, Inc.

**1:00 p.m.**

00-4471 Armstrong World Industries

**1:30 p.m.**

02-10429 Kaiser Aluminum Corporation

**2:00 p.m.**

01-1139 W.R. Grace & Co.

**October 26, 2007**

**9:00 a.m.**

00-3837 Owens Corning

**10:00 a.m.**

03-10495 Combustion Engineering

It is further **ORDERED** that counsel for the debtor(s) and/or trustee(s) shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge