# EXHIBIT 1



Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
212-319-7125  212-644-6755 Fax
www.caplindrysdale.com

May 31, 2007

**Via Electronic Mail**

David M. Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601

      Re:  <u>W. R. Grace</u>

Dear David:

      As you know, we are counsel to the Asbestos Personal Injury Claimants Committee in this case. L Tersigni Consulting P.C. ("LTC") has been engaged as financial advisor to the Committee. We learned this morning that fee applications filed in this case by LTC over the past several years may have included improperly and artificially increased hours. Through our local counsel, we have arranged to withdraw any pending applications and where it appeared that payments would soon be made, we have asked that they be held pending further review.

      We were also informed today that an investigation into these matters has been pending at the Offices of the United States Trustee and United States Attorney for New Jersey since April 2006. We made calls to those offices today, but neither Office would comment or confirm either the fact of or the status of the investigation.

      Mr. Tersigni, who was the sole owner of LTC, passed away earlier this week. In the circumstances, we will endeavor to obtain more information and will be in touch with you in due course. However, if you have any questions, please do not hesitate to call me.

                                     Sincerely yours,

                                     Elihu Inselbuch

EI:lk
cc:  Office of the United States Trustee
     Campbell & Levine, LLC