**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Proposed Objection Deadline: September 10, 2007 at 4:00 p.m., |
| | : | Proposed Hearing Date: September 24, 2007 at 2:00 p.m. |
| | : | |
| | : | Re: Docket No. 16626 |

**ORDER SHORTENING NOTICE AS TO THE UNITED STATES TRUSTEE'S
MOTION FOR APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. §
1104(c) RELATED TO THE CONDUCT OF L. TERSIGNI CONSULTING, P.C.**

Upon consideration of the United States Trustee's ("UST") Motion to Shorten Notice as to the United States Trustee's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting P.C., and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion to Shorten Notice is granted;

2. This Court shall hold a hearing on the UST's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting P.C. on **September 24, 2007 at 2:00 p.m.**, before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge.

3. Any responses to the Motion for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting P.C. must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Fourth Floor, Wilmington, Delaware 19801, and served upon parties in interest, so as to be actually received on or before **4:00 p.m. (Eastern Daylight Time) on September 10, 2007.**

1

4.	The Movant shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

BY THE COURT:

Date: August _____, 2007			_____
							THE HONORABLE JUDITH K. FITZGERALD
							U.S. BANKRUPTCY COURT