IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE      :
                                          : SS
NEW CASTLE COUNTY  :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 24, 2007, I caused to be served:

**Certificate of No Objection Regarding Fee Application (Docket No. 16383)**

Service was completed upon the parties on the attached list in the manner indicated.

Date: August 24, 2007

_____
Cassandra D. Lewicki


SWORN AND SUBSCRIBED before me this 24th day of August, 2007

JOANNE M. SOUTHERS
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

_____
NOTARY
My commission expires: 2/13/09