**EXHIBIT 2**

## BMC Group
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of January 2007

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| **B-Linx/Data Storage** | $850.00 |
| **Document Storage** | $65.25 |
| **Postage/Shipping** | $494.37 |
| **Website Hosting** | $250.00 |
| **Website Storage/Traffic** | $104.64 |
| Monthly Total: | $1,764.26 |

BMC GROUP     EXPENSE DETAIL - JANUARY 2007     WR GRACE

| Invoice Nbr | Client | ConsultantID | Vendor | Date | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/23/07 | $11.46 | Postage/Shipping | Shipment of WR Grace DVD- Tracking No. 19027057350 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.74 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420668551 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $26.93 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420670850 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420673856 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420676155 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.72 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420678152 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.27 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420785156 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $26.93 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420787654 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $27.41 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420789555 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.27 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420791051 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $28.86 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420792753 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $26.38 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420794654 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.72 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420796452 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $28.86 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420797852 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420799355 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $28.40 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420801352 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.72 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420803253 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420805250 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $14.47 | Postage/Shipping | 15158985973 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/31/07 | $21.95 | Postage/Shipping | 15158986371 |
| 21_070131 | WR Grace | BMC, BMC | BMC | 1/31/07 | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070131 | WR Grace | BMC, BMC | BMC | 1/31/07 | $250.00 | Website Hosting | Website Hosting |
| 21_070131 | WR Grace | BMC10, bmc | BMC | 1/31/07 | $65.25 | Document Storage | 45 boxes |
| 21_070131 | WR Grace | BMC10, bmc | BMC | 1/31/07 | $104.64 | Website Storage/Traffic | website traffic - 51 docs |
|  |  |  |  |  | $1,764.26 |  |  |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070110-1 | 1/10/2007 | $1,975.10 |
| Invoice # | 021-20070131-2 | 1/31/2007 | $177.60 |
| Invoice # | 021-20070131-1 | 1/31/2007 | $4,975.79 |
| | | Total | $7,128.49 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/10/2007
Invoice #: 021-20070110-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter re X-ray Order | 1 / 160 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 135 Pieces @ $11.34 each | $1,530.90 |
| | | | | Expedited Mail Handling | 160 Pieces @ $.25 each | $40.00 |
| | | | | Express Mail | 25 Pieces @ $14.40 each | $360.00 |
| | | | Production | Copy | 160 Pieces @ $.12 each | $19.20 |

**Total Due:** $1,975.10

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/31/2007
Invoice #: 021-20070131-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No.14442 - Mtn To Modify re X-ray Order | 174 / 163 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 136 Pieces @ $12.39 each | $1,685.04 |
| | | | | Expedited Mail Handling | 163 Pieces @ $.25 each | $40.75 |
| | | | | Express Mail | 27 Pieces @ $14.40 each | $388.80 |
| | | | Production | Copy | 28362 Pieces @ $.10 each | $2,836.20 |

**Total Due:** $4,975.79

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/31/2007
Invoice #: 021-20070131-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14450 - Ord re Epxed Hearing to Modify Xray Ord | 1 / 42 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | Expedited Mail Handling | 3 Pieces @ $.25 each | $0.75 |
| | | | | Express Mail | 1 Piece @ $14.40 each | $14.40 |
| | | | | FedEx | 2 Pieces @ $18.92 each | $37.84 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | eNoticing | 1 Batch @ $40.00 each | $40.00 |
| | | | | Fax Service | 37 Pieces @ $.25 each | $9.25 |

**Total Due:** $177.60

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC GROUP

WR Grace
021-20070131
Month of January 2007

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Image Conversion | K&E PDF/OCR/Bates Project | 42,700 | Convert TIFF Proofs of Claim | Process TIFF images to PDF/OCR and Bates stamp | 42,700 pages @ $.10 each | $4,270.00 |

EXHIBIT 2