**EXHIBIT 2**

# BMC Group
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of February 2007

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| **B-Linx/Data Storage** | $850.00 |
| **Dinner - BMC/Client** | $33.71 |
| **Document Storage** | $65.25 |
| **Taxi** | $12.00 |
| **Website Hosting** | $250.00 |
| **Website Storage/Traffic** | $173.76 |
| Monthly Total: | $1,384.72 |

# BMC Group
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of February 2007

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Grand Total: | $1,384.72 |

BMC GROUP

WR GRACE

FEBRUARY 2007 - EXPENSE DETAIL

| Invoice Nbr | Client | ConsultantID | Vendor | Date | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070228 | WR Grace | Miller, Jeff | Globe Taxi | 2/2/07 | $5.00 | Taxi | Taxi from BMC-Chi to K&E (180 Lake) to meet M. Rosenberg |
| 21_070228 | WR Grace | Miller, Jeff | Yellow Cab | 2/2/07 | $7.00 | Taxi | Rosenberg |
| 21_070228 | WR Grace | nopp, Yknopp | Asia House | 2/26/07 | $33.71 | Dinner - BMC/Client | WR grace - 12th Omni Obj to Claims; Alex C and Lily A |
| 21_070228 | WR Grace | BMC10, bmc | BMC | 2/28/07 | $173.76 | Website Storage/Traffic | website traffic - 83 docs |
| 21_070228 | WR Grace | BMC10, bmc | BMC | 2/28/07 | $65.25 | Document Storage | 45 boxes |
| 21_070228 | WR Grace | BMC, BMC | BMC | 2/28/07 | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070228 | WR Grace | BMC, BMC | BMC | 2/28/07 | $250.00 | Website Hosting | Website Hosting |
| | | | | | $1,384.72 | | |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070216-4 | 2/16/2007 | $32.60 |
| Invoice # | 021-20070216-3 | 2/16/2007 | $28.04 |
| Invoice # | 021-20070216-2 | 2/16/2007 | $67.92 |
| Invoice # | 021-20070216-1 | 2/16/2007 | $28.00 |
| Invoice # | 021-20070220-1 | 2/20/2007 | $2,061.65 |
| Invoice # | 021-20070222-1 | 2/22/2007 | $11,976.87 |
| Invoice # | 021-20070226-1 | 2/26/2007 | $495.25 |
| Invoice # | 021-20070227-1 | 2/27/2007 | $11.82 |
| Invoice # | 021-20070228-1 | 2/28/2007 | $11.82 |
| | | Total | $14,713.97 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/16/2007
Invoice #: 021-20070216-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14384 - 29th Contin Ord Omni 5 | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $28.00

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/16/2007
Invoice #: 021-20070216-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14385 - Omni 20 Ord | 8 / 29 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 29 Pieces @ $.39 each | $11.31 |
| | | | Production | Copy | 232 Pieces @ $.12 each | $27.84 |
| | | | | Fold and Stuff | 29 Pieces @ $.05 each | $1.45 |
| | | | Supplies | Inkjet and Envelope - #10 | 29 Pieces @ $.08 each | $2.32 |

**Total Due:** $67.92

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/16/2007
Invoice #: 021-20070216-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14386 - Contin Ord Omni 18 | 5 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.39 each | $1.56 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

Total Due: $28.04

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/16/2007
Invoice #: 021-20070216-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14553 - 4th Omni 17 Ord | 2 / 10 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 10 Pieces @ $.39 each | $3.90 |
| | | | Production | Copy | 20 Pieces @ $.12 each | $2.40 |
| | | | | Fold and Stuff | 10 Pieces @ $.05 each | $0.50 |
| | | | Supplies | Inkjet and Envelope - #10 | 10 Pieces @ $.08 each | $0.80 |

**Total Due:** $32.60

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/20/2007
Invoice #: 021-20070220-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14608 - Suppl Xray Ord | 6 / 161 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 136 Pieces @ $11.18 each | $1,520.48 |
| | | | | Expedited Mail Handling | 161 Pieces @ $.25 each | $40.25 |
| | | | | Express Mail | 25 Pieces @ $14.40 each | $360.00 |
| | | | Production | Copy | 966 Pieces @ $.12 each | $115.92 |

Total Due: $2,061.65

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/22/2007
Invoice #: 021-20070222-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | February 22 Letter to Counsel | 1 / 971 | Document/Data Preparation | Mail File Setup | 5 Tasks @ $25.00 each | $125.00 |
| | | | Postage | DHL/Airborne Exp | 844 Pieces @ $11.45 each | $9,663.80 |
| | | | | Expedited Mail Handling | 971 Pieces @ $.25 each | $242.75 |
| | | | | Express Mail | 127 Pieces @ $14.40 each | $1,828.80 |
| | | | Production | Copy | 971 Pieces @ $.12 each | $116.52 |

**Total Due:** $11,976.87

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/26/2007
Invoice #: 021-20070226-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14680-1 Omni 21 Obj/Limited Waiver | 54 / 57 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 57 Pieces @ $1.59 each | $90.63 |
| | | | Production | Copy | 3078 Pieces @ $.12 each | $369.36 |
| | | | | Stuff and Mail | 57 Pieces @ $.05 each | $2.85 |
| | | | Supplies | Inkjet and Envelope - Catalog | 57 Pieces @ $.13 each | $7.41 |

**Total Due:** $495.25

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/27/2007
Invoice #: 021-20070227-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | February 22 letter (suppl) | 1/1 | Postage | DHL/Airborne Exp | 1 Piece @ $11.45 each | $11.45 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 1 Piece @ $.12 each | $0.12 |

**Total Due:** $11.82

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/28/2007
Invoice #: 021-20070228-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | February 22 letter (suppl) | 1 / 1 | Postage | DHL/Airborne Exp | 1 Piece @ $11.45 each | $11.45 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 1 Piece @ $.12 each | $0.12 |

Total Due: $11.82

*Invoice Due Upon Receipt*