**EXHIBIT 2**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070331**

| Period Ending | 3/31/2007 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | $850.00 |
| | | Conference Call | $64.37 |
| | | Document Storage | $65.25 |
| | | Postage/Shipping | $148.09 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $124.08 |
| | | **Total** | **$1,501.79** |

EXHIBIT 2

BMC GROUP     EXPENSE DETAIL - MARCH 2007     WR GRACE

| Invoice Nbr | Client | ConsultantID | Vendor | Date | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $6.31 | Conference Call | WR Grace Conference Call- ID #8246969 |
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $25.26 | Conference Call | WR Grace Conference Call- ID #9241515 |
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $15.32 | Conference Call | WR Grace Conference Call- ID #9856205 |
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $17.48 | Conference Call | WR Grace Conference Call- ID #1494406 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $23.81 | Postage/Shipping | 790670346353 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $23.81 | Postage/Shipping | 791634509422 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $38.33 | Postage/Shipping | 790663479312 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $38.33 | Postage/Shipping | 847998508101 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $23.81 | Postage/Shipping | 790174089794 |
| 21_070331 | WR Grace | BMC10, bmc | BMC | 3/31/07 | $124.08 | Website Storage/Traffic | website traffic - 60 docs |
| 21_070331 | WR Grace | BMC10, bmc | BMC | 3/31/07 | $65.25 | Document Storage | 45 boxes |
| 21_070331 | WR Grace | BMC, BMC | BMC | 3/31/07 | $250.00 | Website Hosting | Website Hosting |
| 21_070331 | WR Grace | BMC, BMC | BMC | 3/31/07 | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| | | | | | $1,501.79 | | |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070313-3 | 3/13/2007 | $32.00 |
| Invoice # | 021-20070313-2 | 3/13/2007 | $31.72 |
| Invoice # | 021-20070313-1 | 3/13/2007 | $27.00 |
| Invoice # | 021-20070328-2 | 3/28/2007 | $42.25 |
| Invoice # | 021-20070328-1 | 3/28/2007 | $112.21 |
| | | Total | $245.18 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/13/2007
Invoice #: 021-20070313-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14657 - Omni 5 - 30th Contin Ord | 4 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

**Total Due:** $27.00

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/13/2007
Invoice #: 021-20070313-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14658 - Omni 18 Contin Ord | 5 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.39 each | $2.34 |
| | | | Production | Copy | 30 Pieces @ $.12 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |

**Total Due:** $31.72

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/13/2007
Invoice #: 021-20070313-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14673 - 2nd Omni 20 Ord | 4 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.39 each | $2.73 |
| | | | Production | Copy | 28 Pieces @ $.12 each | $3.36 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

Total Due: $32.00

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/28/2007
Invoice #: 021-20070328-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15012 - Omni 22 | 32 / 17 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 17 Pieces @ $1.11 each | $18.87 |
| | | | Production | Copy | 544 Pieces @ $.12 each | $65.28 |
| | | | | Stuff and Mail | 17 Pieces @ $.05 each | $0.85 |
| | | | Supplies | Inkjet and Envelope - Catalog | 17 Pieces @ $.13 each | $2.21 |

**Total Due:** $112.21

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/28/2007
Invoice #: 021-20070328-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15011 - Mtn Expunge/Reduce/Allow | 20 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.87 each | $4.35 |
| | | | Production | Copy | 100 Pieces @ $.12 each | $12.00 |
| | | | | Stuff and Mail | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - Catalog | 5 Pieces @ $.13 each | $0.65 |
| | | | | | **Total Due:** | **$42.25** |

EXHIBIT 2
*Invoice Due Upon Receipt*