# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: September 14, 2007 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: September 24, 2007 at 2:00 p.m. |
| | ) | In Wilmington, Delaware |
| | ) | |

## QUARTERLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE TWENTY-FOURTH QUARTERLY INTERIM PERIOD (JANUARY 1, 2007 THROUGH MARCH 31, 2007)

| | |
|---|---|
| **Name of Applicant:** | BMC Group ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | January 1, 2007 through March 31, 2007 |
| **Amount of Compensation Sought as Actual\*, Reasonable and Necessary:** | $290,682.66\* |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 31,008.41 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a: ☐ Monthly Application   ☒ Quarterly Application   ☐ Final Application

The total time expended for preparation of this fee application is approximately 40.0 hours and the corresponding compensation requested is approximately $8,400.00[2]

This Quarterly Application filed by BMC is for the 24th Quarterly Interim Period.

## PRIOR APPLICATIONS

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| *3/4/2003* | *N/A* | *5th Quarterly 2002* | *$107,634.50* | *$7,740.07* | *$86,107.60* | *$7,740.07* |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| *3/4/2003* | *N/A* | *6th Quarterly 2002* | *$152,761.25* | *$15,336.23* | *$122,209.00* | *$15,336.23* |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| *3/4/2003* | *N/A* | *7th Quarterly 2002* | *$191,519.75* | *$6,893.53* | *$153,215.80* | *$6,893.53* |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| *5/15/2003* | *8 Q* | *8th Quarterly 2003* | *$229,500.25* | *$9,928.31* | *$183,600.20* | *$9,928.31* |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| *9/23/2003* | *9 Q* | *9th Quarterly 2003* | *$354,035.00* | *$15,480.10* | *$283,228.00* | *$15,480.10* |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| *2/25/2004* | *10 Q* | *10th Quarterly 2003* | *$260,926.00* | *$28,708.57* | *$260,926.00* | *$28,708.57* |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| *4/13/2004* | *11 Q* | *11th Quarterly 2003* | *$218,187.00* | *$5,819.42* | *$218,187.00* | *$2,528.88* |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| *6/18/2004* | *12 Q* | *12th Quarterly 2004* | *$216,671.00* | *$4,355.79* | *$216,671.00* | *$4,355.79* |
| 11/3/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/3/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/3/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| *11/3/2004* | *13 Q* | *13th Quarterly 2004* | *$198,219.50* | *$7,259.62* | *$198,219.50* | *$7,259.62* |

---

[2] The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

2

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| *2/7/2005* | *14Q* | *14th Quarterly 2004* | *$181,246.00* | *$5,185.65* | *$181,246.00* | *$5,185.65* |
| 4/8/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/8/2005 | 32 | 11/1/2004 – 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/8/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| *4/8/2005* | *15Q* | *15th Quarterly 2004* | *$188,359.50* | *$39,401.44* | *$188,359.50* | *$39,401.44* |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,384.00 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 – 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| *8/11/2005* | *16Q* | *16th Quarterly 2005* | *$188,426.00* | *$7,065.88* | *188,426.00* | *$7,065.00* |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | $88,685.50 | $2,391.33 |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | $158,852.00 | $4,552.49 |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | $232,914.00 | $13,912.17 |
| *10/31/2005* | *17Q* | *17th Quarterly 2005* | *$480,451.50* | *$20,855.99* | *$480,451.50* | *$20,855.99* |
| 1/31/2006 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | $468,997.75 | $17,359.91 |
| 1/31/2006 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | $684,403.00 | $43,446.98 |
| 1/31/2006 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | $334,412.00 | $34,731.14 |
| *2/1/2006* | *18Q* | *18th Quarterly 2005* | *$1,487,812.75* | *$95,538.03* | *$1,487,812.75* | *$95,538.03* |
| 4/20/2006 | 43 | 10/1/2005 – 10/31/2005 | $126,175.50 | $2,460.85 | $126,175.50 | $2,460.85 |
| 4/20/2006 | 44 | 11/1/2005 – 11/30/2005 | $136,980.50 | $2,010.10 | $136,980.50 | $2,010.10 |
| 4/20/2006 | 45 | 12/1/2005 – 12/31/2005 | $54,700.50 | $4,310.19 | $54,700.50 | $4,310.19 |
| *4/20/2006* | *19Q* | *19th Quarterly 2005* | *$301,963.67\** | *$8,781.14* | *$301,963.67\** | *$8,781.14* |
| 4/28/2006 | 46 | 1/1/2006 – 1/31/2006 | $52,998.50 | $2,322.75 | $52,998.50 | $2,322.75 |
| 7/17/2006 | 47 | 2/1/2006 – 2/28/2006 | $64,309.50 | $1,438.85 | $64,309.50 | $1,438.85 |
| 8/25/2006 | 48 | 3/1/2006 – 3/31/2006 | $69,538.75 | $2,732.97 | $69,538.75 | $2,732.97 |
| *8/25/2006* | *20Q* | *20th Quarterly 2006* | *$177,504.41\** | *$6,494.57* | *$177,504.41\** | *$6,494.57* |
| 11/21/2006 | 49 | 4/1/2006 – 4/30/2006 | $64,523.00 | $1,918.17 | $64,523.00 | $1,918.17 |
| 11/22/2006 | 50 | 5/1/2006 – 5/31/2006 | $83,530.00 | $2,413.38 | 83,530.00 | $2,413.38 |
| 11/22/2006 | 51 | 6/1/2006 – 6/30/2006 | $42,762.00 | $5,634.14 | $42,762.00 | $5,634.14 |
| *11/22/2006* | *21Q* | *21st Quarterly 2006* | *$181,274.25\** | *$9,965.65* | *$181,274.25\** | *$9,965.65* |
| 12/11/2006 | 52 | 7/1/2006 – 7/31/2006 | $35,134.50 | $41,219.71 | $35,134.50 | $41,219.71 |
| 12/21/2006 | 53 | 8/1/2006 – 8/31/2006 | $76,583.00 | $4,757.53 | $79,928.00 | $1,412.53 |
| 12/27/2006 | 54 | 9/1/2006 – 9/30/2006 | $71,515.00 | $24,065.05 | $71,515.00 | $24,065.05 |
| *12/27/2006* | *22Q* | *22nd Quarterly 2006* | *$174,070.88\** | *$70,042.29* | *$174,070.88\** | *$70,042.29* |
| 5/17/2007 | 55 | 10/1/2006 – 10/31/2006 | $103,882.50 | $72,054.63 | $103,882.50 | $72,054.63 |
| 5/21//2007 | 56 | 11/1/2006 – 11/30/2006 | $74,836.00 | $18,644.41 | $74,836.00 | $18,644.41 |
| 5/22/2007 | 57 | 12/1/2006 – 12/31/2006 | $66,253.50 | $24,335.71 | $66,253.50 | $24,335.71 |
| *5/22/2007* | *23Q* | *23rd Quarterly 2006* | *$232,723.40\** | *$115,034.75* | *$232,723.40\** | *$115,034.75* |
| 8/24/2007 | 58 | 1/1/2007 – 1/31/2007 | $89,031.50 | $13,162.75 | Pending | Pending |
| 8/24/2007 | 59 | 2/1/2007 – 2/28/2007 | $136,258.25 | $16,098.69 | Pending | Pending |
| 8/24/2007 | 60 | 3/1/2007 – 3/31/2007 | $80,692.00 | $1,746.97 | Pending | Pending |
| *8/24/2007* | *24Q* | *24th Quarterly 2007* | *$290,682.66\** | *$31,008.41* | *Pending* | *Pending* |

\*       Reflects BMC's voluntary courtesy discount of 5% from actual fees for the Nineteenth, Twentieth, Twenty First, Twenty-Second, Twenty-Third and Twenty-Fourth Quarterly Fee Periods.

3

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Liliana Anzaldo | Case Support Clerk, 3 years | $45.00 | 0.1 | $4.50 |
| Martha Araki | Senior Bankruptcy Consultant, 7 years; 20 years bankruptcy experience | $210.00 | 385.6 | $80,976.00 |
| James Bartlett | Case Support Associate, 3½ years | $85.00 | 0.1 | $8.50 |
| Lauri Bogue | Reconciliation Consultant, 4½ years; 4 years prior bankruptcy experience | $110.00 | 2.8 | $308.00 |
| Mike Booth | Claims Reconciliation Manager, 4½ years; 4 years prior bankruptcy experience | $165.00 | 5.7 | $940.50 |
| Andrea Bosack | Case Information Services Lead, 5 years; 7 years prior experience as Manager of Call Center of major class action and bankruptcy firm | $90.00 | 0.3 | $27.00 |
| Brendan Bosack | Product Manager, 6½ years; former application project manager for a claims agent; 7 years prior experience in bankruptcy data, application development and reporting | $175.00 | 0.9 | $157.50 |
| Danielle Calentine | Case Information Clerk, 3 months | $45.00 | 0.5 | $22.50 |
| Alex Cedeno | Case Support Clerk, 1 year | $45.00 | 6.0 | $270.00 |
| Patrick Cleland | Case Analyst, 3¼ years | $65.00 | 11.7 | $760.50 |
| Steffanie Cohen | Reconciliation Consultant, 4½ years; 2 years prior bankruptcy experience | $110.00 | 100.3 | $11,033.00 |
| Jacqueline Conklin | Data Analyst, 6½ years | $95.00 | 35.3 | $3,353.50 |
| Brian Couch | Temporary | $45.00 | 0.8 | $36.00 |
| Temeka Curtis | Case Support Clerk, 4 years | $45.00 | 2.1 | $94.50 |
| Alan Dalsass | Director, 6 months | $275.00 | 1.1 | $302.50 |
| Brad Daniel | Senior Data Consultant, 6 years; former Software Development Project Manager, Swedelson & Gottlieb; 7 years bankruptcy and legal industry experience | $200.00 | 19.3 | $3,860.00 |
| Corazon Del Pilar | Case Support Clerk, 3¾ years | $45.00 | 14.3 | $643.50 |
| Tinamarie Feil | Chief Financial Officer and co-founder of BMC, 8 years; 24 years experience in bankruptcy and other legal practice areas | $275.00 | 0.7 | $192.50 |
| Trina Gallagher | Case Information Clerk, 5 years | $45.00 | 1.0 | $45.00 |
| Jay Gil | Case Analyst, 3 years; 2 years prior legal industry experience | $65.00 | 52.7 | $3,425.50 |
| Maristar Go | Case Analyst, 3 years; 2 years prior legal industry experience | $65.00 | 44.7 | $2,905.50 |
| Mike Grimmett | Senior Data Consultant, 4¾ years; 12 years prior experience bankruptcy and data programming | $175.00 | 316.4 | $55,370.00 |

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Myrtle John | Senior Bankruptcy Consultant, 5½ years; 30 years experience in bankruptcy and other legal practice areas | $195.00 | 3.5 | $682.50 |
| Lemuel Jumilla | Case Analyst, 3 years; 3 years prior legal industry experience | $65.00 | 223.1 | $14,501.50 |
| Stephenie Kjontvedt | Senior Consultant, 4 years; 15 years experience in bankruptcy consulting | $140.00 | 454.4 | $6,356.00 |
| Yvette Knopp | Case Support Associate, 4 years; 3 years prior bankruptcy case support experience | $90.00 | 20.3 | $1,827.00 |
| Alicia Markoe | Data Analyst, 1¼ years | $110.00 | 62.1 | $6,831.00 |
| Jeff Miller | Senior Manager, 5¼ years; 5 years prior project management experience | $210.00 | 159.0 | $33,390.00 |
| James Myers | Case Support Clerk, 5¾ years | $65.00 | 20.1 | $1,306.50 |
| Brenda Reed | Consultant, 4½ years; 12 years prior experience corporate accounting and internal auditing | $140.00 | 6.2 | $868.00 |
| Noreve Roa | Case Analyst, 2¾ years; 2 years prior legal industry experience | $65.00 | 79.1 | $5,144.75 |
| Airgelou Romero | Case Analyst, 3 years; 3 years prior legal industry experience | $65.00 | 184.9 | $12,018.50 |
| Lisa Ruppaner | Case Support Associate, 4¾ years | $95.00 | 80.4 | $7,638.00 |
| Lucina Solis | Case Support Associate, 3¾ years | $45.00 | 0.7 | $31.50 |
| Brianna Tate | Case Information Clerk, 3½ years | $45.00 | 4.8 | $216.00 |
| Frank Visconti | Data Consultant, 4½ years; former programmer/analyst Midwest Consulting Group | $125.00 | 308.9 | $38,612.50 |
| Anna Wick | Senior Data Analyst, 4½ years | $110.00 | 106.9 | $11,759.00 |
| Robyn Witt | Senior Data Consultant, 1¾ years; 12 years prior experience Microsoft product applications | $125.00 | 0.5 | $62.50 |

| Grand Total: | Actual Fees: $305,981.75 | Hours: 2,308.4 |
|---|---|---|
| Blended Rate: | $132.55 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Actual Fees |
|---|---|---|
| Asbestos Claims | 927.0 | $107,544.75 |
| Asbestos PI Claims | 54.0 | $7,989.00 |
| Case Administration | 239.1 | $31,578.50 |
| Data Analysis | 836.7 | $117,023.50 |
| Fee Applications – Applicant | 27.3 | $5,733.00 |
| Non-Asbestos Claims | 221.1 | $35,441.00 |
| Plan & Disclosure Statement | 3.2 | $672.00 |
| Travel – Non Working | 0.0 | 0.00 |
| **Total** | **2,308.4** | **$305,981.75** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $2,550.00 |
| Dinner – BMC/Client | BMC | $33.71 |
| Document Storage | BMC | $195.75 |
| Postage/Shipping | Various | $642.46 |
| Taxi | BMC | $12.00 |
| Website Hosting | BMC | $750.00 |
| Website Storage/Traffic | BMC | $402.48 |
| | | |
| **Total** | | **$4,650.77** |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| January 10, 2007 | BMC (1 mailing) | $1,975.10 |
| January 31, 2007 | BMC (2 mailings) | $5,153.39 |
| January 31, 2007 | BMC | $4,270.00 |
| February 16, 2007 | BMC (4 mailings) | $156.56 |
| February 20, 2007 | BMC (2 mailings) | $14,038.52 |
| February 22, 2007 | BMC (1 mailing) | $495.25 |
| February 27, 2007 | BMC (1 mailing) | $11.82 |
| February 28, 2007 | BMC (1 mailing) | $11.82 |
| March 13, 2007 | BMC (3 mailings) | $90.72 |
| March 28, 2007 | BMC (2 mailings) | $154.46 |
| | | |
| | | |
| | | |
| | | |
| **Total** | | **$26,357.64** |

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $321,691.07 comprised of:

    (i) $290,682.66* in fees for services rendered by BMC to the Debtors for reasonable and necessary professional services during the Twenty-Fourth Quarterly Fee Period, January 1, 2007 through March 31, 2007;

    (ii) $31,008.41 for reimbursement of actual and necessary costs and expenses incurred by BMC during the Twenty-Fourth Quarterly Fee Period, January 1, 2007 through March 31, 2007; and

---

\* Fee amounts sought for the Twenty-Fourth Quarterly Fee Period reflect BMC's voluntary courtesy discount of 5% from $305,981.75 in actual fees for this period.

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: August 24, 2007                    BMC GROUP

                                          By: /s/ Jeffrey R. Miller
                                          JEFFREY R. MILLER
                                          720 Third Avenue, 23rd Floor
                                          Seattle, Washington 98104
                                          Telephone: (206) 516-3300
                                          Telecopier: (206) 516-3304

                                          Claims Reconciliation and Solicitation
                                          Consultant to the Debtors and
                                          Debtors in Possession

## VERIFICATION

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )  ss. |
| COUNTY OF COOK | ) |

JEFFREY R. MILLER, after being duly sworn, deposes and says:

1. I am employed by BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC"), Applicant, the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). I am a Senior Consultant with BMC and I am responsible for overseeing the day-to-day services provided by BMC to the Debtors as BMC's Project Manager for this engagement. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Consolidated Fee Invoice for the Twenty-Fourth Quarter comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoices for the Twenty-Fourth Quarter comprised of (i) an Expense Invoice and Detail for each month and (ii) a Production Invoice and Detail (if applicable). Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

_____
JEFFREY R. MILLER

SWORN AND SUBSCRIBED to before me this 24 day of August, 2007

_____
Notary Public
My Commission Expires:

OFFICIAL SEAL
ADRIAN BRAVO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/24/2010