# EXHIBIT 2

# BMC Group

WR Grace

MONTHLY SUMMARY OF EXPENSES

For the Month of January  2007

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $65.25 |
| Postage/Shipping | $494.37 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $104.64 |
| Monthly Total: | $1,764.26 |

EXHIBIT 2

# BMC Group

## WR Grace

### MONTHLY SUMMARY OF EXPENSES

For the Month of January 2007

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,764.26 |

EXHIBIT 2

# BMC Group

WR Grace

MONTHLY SUMMARY OF EXPENSES

For the Month of February  2007

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **B-Linx/Data Storage** | $850.00 |
| **Dinner -  BMC/Client** | $33.71 |
| **Document Storage** | $65.25 |
| **Taxi** | $12.00 |
| **Website Hosting** | $250.00 |
| **Website Storage/Traffic** | $173.76 |
| Monthly Total: | $1,384.72 |

EXHIBIT 2

# BMC Group

## WR Grace

### MONTHLY SUMMARY OF EXPENSES

For the Month of February 2007

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,384.72 |

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070331**

| Period Ending | 3/31/2007 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | $850.00 |
| | | Conference Call | $64.37 |
| | | Document Storage | $65.25 |
| | | Postage/Shipping | $148.09 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $124.08 |
| | | **Total** | **$1,501.79** |

EXHIBIT 2

BMC GROUP

WR GRACE

EXPENSE DETAIL - JANUARY 2007

| Invoice Nbr | Client | ConsultantID | Vendor | Date | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/23/07 | $11.46 | Postage/Shipping | Shipment of WR Grace DVD- Tracking No. 19027057350 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.74 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420668551 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $26.93 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420670850 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420673656 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420676165 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.72 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420678152 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.27 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420785156 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $26.93 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420787654 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $27.41 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420789555 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.27 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420791051 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $26.86 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420792753 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $26.38 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420794654 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.72 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420796452 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $28.86 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420797852 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420799355 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $28.40 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420801352 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $24.72 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420803253 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $25.82 | Postage/Shipping | WR Grace Binders Shipped- Tracking No. 19420805250 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $14.47 | Postage/Shipping | 1515886973 |
| 21_070131 | WR Grace | BMC, BMC | DHL | 1/24/07 | $21.95 | Postage/Shipping | 1515886571 |
| 21_070131 | WR Grace | BMC, BMC | BMC | 1/31/07 | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070131 | WR Grace | BMC, BMC | BMC | 1/31/07 | $250.00 | Website Hosting | Website Hosting |
| 21_070131 | WR Grace | BMC10, bmc | BMC | 1/31/07 | $65.25 | Document Storage | 45 boxes |
| 21_070131 | WR Grace | BMC10, bmc | BMC | 1/31/07 | $104.64 | Website Storage/Traffic | website traffic - 51 docs |
| | | | | | $1,764.26 | | |

EXHIBIT 2

BMC GROUP

FEBRUARY 2007 - EXPENSE DETAIL

WR GRACE

| InvoiceNbr | Client | ConsultantID | Vendor | Date | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070228 | WR Grace | Miller, Jeff | Globe Taxi | 2/2/07 | $5.00 | Taxi | Taxi from BMC-Chi to K&E (180 Lake) to meet M. Rosenberg |
| 21_070228 | WR Grace | Miller, Jeff | Yellow Cab | 2/2/07 | $7.00 | Taxi | Rosenberg |
| 21_070228 | WR Grace | nopp, Yanopp | Asia House | 2/28/07 | $33.71 | Dinner - BMC/Client | WR grace - 12th Omni Obj to Claims; Alex C and Lily A |
| 21_070228 | WR Grace | BMC10, bmc | BMC | 2/28/07 | $173.76 | Website Storage/Traffic | website traffic - 83 docs |
| 21_070228 | WR Grace | BMC10, bmc | BMC | 2/28/07 | $65.25 | Document Storage | 45 boxes |
| 21_070228 | WR Grace | BMC, BMC | BMC | 2/28/07 | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070228 | WR Grace | BMC, BMC | BMC | 2/28/07 | $250.00 | Website Hosting | Website Hosting |
| | | | | | $1,384.72 | | |

EXHIBIT 2

BMC GROUP

EXPENSE DETAIL - MARCH 2007

WR GRACE

| Invoice Nbr | Client | ConsultantID | Vendor | Date | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $6.31 | Conference Call | WR Grace Conference Call- ID #8246969 |
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $25.26 | Conference Call | WR Grace Conference Call- ID #9241515 |
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $15.32 | Conference Call | WR Grace Conference Call- ID #9856205 |
| 21_070331 | WR Grace | BMC10, bmc | Conference Call | 3/30/07 | $17.48 | Conference Call | WR Grace Conference Call- ID #1494406 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $23.81 | Postage/Shipping | 790670346353 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $23.81 | Postage/Shipping | 79163450942 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $38.33 | Postage/Shipping | 790663479312 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $38.33 | Postage/Shipping | 847998508101 |
| 21_070331 | WR Grace | BMC10, bmc | Fedex | 3/30/07 | $23.81 | Postage/Shipping | 790174089794 |
| 21_070331 | WR Grace | BMC10, bmc | BMC | 3/31/07 | $124.08 | Website Storage/Traffic | website traffic - 60 docs |
| 21_070331 | WR Grace | BMC10, bmc | BMC | 3/31/07 | $65.25 | Document Storage | 45 boxes |
| 21_070331 | WR Grace | BMC, BMC | BMC | 3/31/07 | $250.00 | Website Hosting | Website Hosting |
| 21_070331 | WR Grace | BMC, BMC | BMC | 3/31/07 | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |

$1,501.79

EXHIBIT 2



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070110-1 | 1/10/2007 | $1,975.10 |
| Invoice # | 021-20070131-2 | 1/31/2007 | $177.60 |
| Invoice # | 021-20070131-1 | 1/31/2007 | $4,975.79 |
| | | **Total** | **$7,128.49** |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

**bmc ↑↑↑**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/10/2007
Invoice #:    021-20070110-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter re X-ray Order | 1 / 160 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 135 Pieces @ $11.34 each | $1,530.90 |
| | | | | Expedited Mail Handling | 160 Pieces @ $.25 each | $40.00 |
| | | | | Express Mail | 25 Pieces @ $14.40 each | $360.00 |
| | | | Production | Copy | 160 Pieces @ $.12 each | $19.20 |

Total Due:    $1,975.10

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/31/2007
Invoice #: 021-20070131-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No.14442 - Mtn To Modify re X-ray Order | 174 / 163 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 136 Pieces @ $12.39 each | $1,685.04 |
| | | | | Expedited Mail Handling | 163 Pieces @ $.25 each | $40.75 |
| | | | | Express Mail | 27 Pieces @ $14.40 each | $388.80 |
| | | | Production | Copy | 28362 Pieces @ $.10 each | $2,836.20 |

**Total Due:**    $4,975.79

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/31/2007
Invoice #:   021-200701131-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14450 - Ord re Epxed Hearing to Modify Xray Ord | 1 / 42 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | Expedited Mail Handling | 3 Pieces @ $.25 each | $0.75 |
| | | | | Express Mail | 1 Piece @ $14.40 each | $14.40 |
| | | | | FedEx | 2 Pieces @ $18.92 each | $37.84 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | eNoticing | 1 Batch @ $40.00 each | $40.00 |
| | | | | Fax Service | 37 Pieces @ $.25 each | $9.25 |

**Total Due:**   $177.60

EXHIBIT 2
Invoice Due Upon Receipt



**bmc**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070216-4 | 2/16/2007 | $32.60 |
| Invoice # | 021-20070216-3 | 2/16/2007 | $28.04 |
| Invoice # | 021-20070216-2 | 2/16/2007 | $67.92 |
| Invoice # | 021-20070216-1 | 2/16/2007 | $28.00 |
| Invoice # | 021-20070220-1 | 2/20/2007 | $2,061.65 |
| Invoice # | 021-20070222-1 | 2/22/2007 | $11,976.87 |
| Invoice # | 021-20070226-1 | 2/26/2007 | $495.25 |
| Invoice # | 021-20070227-1 | 2/27/2007 | $11.82 |
| Invoice # | 021-20070228-1 | 2/28/2007 | $11.82 |
| | | **Total** | $14,713.97 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

**bmc** ⊕①⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/16/2007
Invoice #: 021-20070216-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dkt 14384 - 29th Contin Ord Omni 5 | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $28.00

*Invoice Due Upon Receipt*

N

seg



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/16/2007
Invoice #: 021-20070216-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14385 - Omni 20 Ord | 8 / 29 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 29 Pieces @ $.39 each | $11.31 |
| | | | Production | Copy | 232 Pieces @ $.12 each | $27.84 |
| | | | | Fold and Stuff | 29 Pieces @ $.05 each | $1.45 |
| | | | Supplies | Inkjet and Envelope - #10 | 29 Pieces @ $.08 each | $2.32 |

**Total Due:** $67.92

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

Production Date: 2/16/2007
Invoice #:      021-20070216-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14386 - Contin Ord Omni 18 | 5 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.39 each | $1.56 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:** $28.04

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/16/2007
Invoice #: 021-20070216-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14553 - 4th Omni 17 Ord | 2 / 10 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 10 Pieces @ $.39 each | $3.90 |
| | | | Production | Copy | 20 Pieces @ $.12 each | $2.40 |
| | | | | Fold and Stuff | 10 Pieces @ $.05 each | $0.50 |
| | | | Supplies | Inkjet and Envelope - #10 | 10 Pieces @ $.08 each | $0.80 |

**Total Due:**    $32.60

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/20/2007
Invoice #: 021-20070220-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14608 - Suppl Xray Ord | 6 / 161 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 136 Pieces @ $11.18 each | $1,520.48 |
| | | | | Expedited Mail Handling | 161 Pieces @ $.25 each | $40.25 |
| | | | | Express Mail | 25 Pieces @ $14.40 each | $360.00 |
| | | | Production | Copy | 966 Pieces @ $.12 each | $115.92 |

**Total Due:    $2,061.65**

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/22/2007
Invoice #: 021-20070222-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | February 22 Letter to Counsel | 1 / 971 | Document/Data Preparation | Mail File Setup | 5 Tasks @ $25.00 each | $125.00 |
| | | | Postage | DHL/Airborne Exp | 844 Pieces @ $11.45 each | $9,663.80 |
| | | | | Expedited Mail Handling | 971 Pieces @ $.25 each | $242.75 |
| | | | | Express Mail | 127 Pieces @ $14.40 each | $1,828.80 |
| | | | Production | Copy | 971 Pieces @ $.12 each | $116.52 |

**Total Due:** $11,976.87

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/26/2007
Invoice #: 021-20070226-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14660-1 Omni 21 Obj/Limited Waiver | 54 / 57 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 57 Pieces @ $1.59 each | $90.63 |
| | | | Production | Copy | 3078 Pieces @ $.12 each | $369.36 |
| | | | | Stuff and Mail | 57 Pieces @ $.05 each | $2.85 |
| | | | Supplies | Inkjet and Envelope - Catalog | 57 Pieces @ $.13 each | $7.41 |

**Total Due:**    **$495.25**

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

Production Date: 2/27/2007
Invoice #: 021-20070227-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | February 22 letter (suppl) | 1 / 1 | Postage | DHL/Airborne Exp | 1 Piece @ $11.45 each | $11.45 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 1 Piece @ $.12 each | $0.12 |
| | | | | | **Total Due:** | **$11.82** |

*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/28/2007
Invoice #: 021-20070228-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | February 22 letter (suppl) | 1/1 | Postage | DHL/Airborne Exp | 1 Piece @ $11.45 each | $11.45 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 1 Piece @ $.12 each | $0.12 |
| | | | | | **Total Due:** | **$11.82** |

*Invoice Due Upon Receipt*



**bmc** ⊕⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070313-3 | 3/13/2007 | $32.00 |
| Invoice # | 021-20070313-2 | 3/13/2007 | $31.72 |
| Invoice # | 021-20070313-1 | 3/13/2007 | $27.00 |
| Invoice # | 021-20070328-2 | 3/28/2007 | $42.25 |
| Invoice # | 021-20070328-1 | 3/28/2007 | $112.21 |
| | | **Total** | **$245.18** |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/13/2007
Invoice #: 021-20070313-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14657 - Omni 5 - 30th Contin Ord | 4 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

**Total Due:**    $27.00

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/13/2007
Invoice #: 021-20070313-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14658 - Omni 18 Contin Ord | 5 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.39 each | $2.34 |
| | | | Production | Copy | 30 Pieces @ $.12 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |

**Total Due:** $31.72

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/13/2007
Invoice #: 021-20070313-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 14673 - 2nd Omni 20 Ord | 4 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.39 each | $2.73 |
| | | | Production | Copy | 28 Pieces @ $.12 each | $3.36 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

**Total Due:** $32.00

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/28/2007
Invoice #: 021-20070328-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15012 - Omni 22 | 32 / 17 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 17 Pieces @ $1.11 each | $18.87 |
| | | | Production | Copy | 544 Pieces @ $.12 each | $65.28 |
| | | | | Stuff and Mail | 17 Pieces @ $.05 each | $0.85 |
| | | | Supplies | Injet and Envelope - Catalog | 17 Pieces @ $.13 each | $2.21 |

**Total Due:** **$112.21**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/28/2007
Invoice #:    021-20070328-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15011 - Mtn Expunge/Reduce/Allow | 20 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.87 each | $4.35 |
| | | | Production | Copy | 100 Pieces @ $.12 each | $12.00 |
| | | | | Stuff and Mail | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - Catalog | 5 Pieces @ $.13 each | $0.65 |

**Total Due:** $42.25

EXHIBIT 2
*Invoice Due Upon Receipt*