IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on August 24, 2007 I caused a copy of the *Order Granting The Motion to Shorten Notice Period With Respect To The Application of The Official Committee of Asbestos Personal Injury Claimants For An Order Approving And Authorizing the Retention and Employment of Charter Oak Financial Consultants, LLC, As Financial Advisor Nunc Pro Tunc To July 30, 2007 (D.I. 16517)* to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.

Dated: August 24, 2007         CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
800 North King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0091245.1 }