IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

FRANK FALCO and
ROBERTA J. PRETE,

    Plaintiffs,

vs.                              CASE NO.: 99-1178-CI-20

W.R. GRACE & CO., a
Florida corporation,
TIMOTHY L. FISHER and
THOMAS J. MOMMAERTS,

    Defendants.
_____/

## ORDER GRANTING MOTION TO STAY
## PROCEEDINGS AND TO STAY MEDIATION

THIS CAUSE came on for hearing upon a Motion to Continue Mediation and a Motion to Stay Proceedings filed by Defendant, Thomas Mommaerts. In support of each of these motions, Defendant Mommaerts contends that the Order Granting Modified Preliminary Injunction entered by the Bankruptcy Court in the case of In re W.R. Grace & Co., Case No. 01-01139, pending in the United States Bankruptcy Court for the District of Delaware, is applicable to him as he was an employee of W.R. Grace at the time of the incident described in the complaint of the above-referenced matter, and, therefore, the mediation ordered by the Court herein should be continued; and further, this case should be stayed. It should also be noted that counsel for Mr. Mommaerts advised that Mr. Mommaerts is now deceased and that a death certificate will be filed forthwith.

The Court has considered the record, heard argument of counsel, and being otherwise duly advised in the premises, finds that the arguments raised in the motions of Defendant Mommaerts are

well taken, and, as such, the mediation ordered shall be continued and this action shall be stayed pending further order of this Court. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Continue Mediation and the Motion to Stay Proceedings, both filed by Defendant, Thomas Mommaerts, are hereby GRANTED. As such, this action is stayed in its entirety and in all facets until further order of this Court. This Order, however, shall not preclude counsel for Defendant Mommaerts from filing a Suggestion of Death and/or Death Certificate of Defendant Mommaerts.

DONE AND ORDERED in Chambers, at Clearwater, Pinellas County, Florida, this _____ day of July, 2002.

TRUE COPY
Original Signed
JUL 1 1 2002

HONORABLE W. DOUGLAS BAIRD
CIRCUIT JUDGE

cc: Eduardo R. Latour, Esq.
Timothy L. Fisher
James K. Hickman, Esq.

2