IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF CONTINUATION OF THE DEPOSITION OF JOHN C. IRVINE

To:   ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will continue the deposition upon oral examination of John C. Irvine, before a person authorized to administer oaths, at The Fairmont Winnipeg, 2 Lombard Place, Winnipeg, Manitoba (Canada) R3B 0Y3 on Wednesday, August 29, 2007, commencing at 9:00 AM and continuing from day to day until complete. Mr. Irvine will answer such questions as are propounded to him regarding his expert report entitled "Opinion on Canadian Tort Law as it relates to Economic Loss caused by Defective or Dangerous Products; and as to the Diverse Provincial Limitation Rules governing such claims" and related issues, including any amendments or modifications thereto. The deposition will be stenographically recorded.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

DOCS_DE:130388.1

Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated: August 27, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
Traci S. Rea, Esq. (#76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

By: /s/ James E. O'Neill
Co-Counsel for the Debtors and Debtors in Possession

## Exhibit A

1. A current CV.

2. A copy of all materials you considered or relied upon in drafting your expert report entitled "Opinion on Canadian Tort Law as it relates to Economic Loss caused by Defective or Dangerous Products; and as to the Diverse Provincial Limitation Rules governing such claims" ("Expert Report") which was submitted in connection with these Chapter 11 proceedings to counsel for W.R. Grace on or about July 23, 2007 and any amendment, modification or supplementation to said Expert Report.

3. Copies of any and all notes that exist concerning the substance or topic of your Expert Report.

4. Any and all communications between you and any other expert retained or consulted in connection with these Chapter 11 proceedings.

5. Any and all communications, including but not limited to e-mails, concerning any amendment, modification and/or supplement of the Expert Report.

DOCS_DE:130388.1