# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 17, 2007 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## SEVENTY-FOURTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM JULY 1, 2007 THROUGH JULY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1554962A01082707

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD JULY 1, 2007 THROUGH JULY 31, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Timekeeper | Description | Hours | Fee |
|---|---|---|---|---|
| 07/02/07 | K. Piper | Review docket for order approving fees for the 23rd Interim Period. | 0.2 | 62.00 |
| 18 | | | | |
| 07/06/07 | K. Piper | Draft fee application for May 2007. | 2.5 | 775.00 |
| 18 | | | | |
| 07/09/07 | S. Zuber | Review and revise draft of DP's May, 2007 Fee Application. | 0.3 | 136.50 |
| 18 | | | | |
| 07/09/07 | K. Piper | Revise May 2007 fee application and attention to service of same | 0.3 | 93.00 |
| 18 | | | | |
| 07/23/07 | K. Piper | Drafted fee application for June 2007. | 3.0 | 930.00 |
| 18 | | | | |
| 07/24/07 | K. Piper | Draft Quarterly Fee Application for the 25th Interim Period | 1.5 | 465.00 |
| 18 | | | | |
| 07/25/07 | S. Zuber | Review and revise DP's Twenty-Fifth Interim Quarterly Fee Application. | 0.3 | 136.50 |
| 18 | | | | |
| 07/26/07 | S. Zuber | Review and revise DP's June, 2007 fee application. | 0.3 | 136.50 |
| 18 | | | | |
| 07/26/07 | K. Piper | Revise June 2007 fee application and attention to service of same | 0.3 | 93.00 |
| 18 | | | | |
| 07/26/07 | K. Piper | Finalize Quarterly Fee Application for the 25th interim period and attention to service of same | 0.3 | 93.00 |
| 18 | | | | |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

1554962A01082107

| | | | | |
|---|---|---|---|---|
| S. Zuber | 18 | 0.9 | 455.00 | 409.50 |
| K. Piper | 18 | 8.1 | 310.00 | 2,511.00 |
| | TOTAL | 9.0 | | 2,920.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | | |
|---|---|---|---|---|
| 07/02/07 | Follow up regarding issues with NJDEP on briefing; working with B. Moffitt regarding same. | | | |
| 14 | A. Marchetta | | 0.7 | 413.00 |
| 07/02/07 | Respond to inquiries from co-counsel re opposing NJDEP motion to file late proof of claim; review file material re: same; work with A. Marchetta and S. Parker re: same; prepare responding e-mail. | | | |
| 3 | B. Moffitt | | 0.7 | 266.00 |
| 07/02/07 | Review case file regarding responding to request of co-counsel for information concerning NJDEP document production. | | | |
| 14 | D. Florence | | 2.1 | 283.50 |
| 07/02/07 | Worked with B. Moffitt regarding response to requests for information and documents needed to finalize opposition to NJDEP's motion for leave to file late notice of claim. | | | |
| 14 | S. Parker | | 0.2 | 29.00 |
| 07/02/07 | Conducted searches, reviewed file documents, and reviewed parties' production documents for purposes of opposition to NJDEP's motion for leave to file a late notice of claim. | | | |
| 14 | S. Parker | | 2.6 | 377.00 |
| 07/02/07 | Worked with B. Moffitt regarding documents to finalize opposition to NJDEP's motion for leave to file late notice of claim. | | | |
| 14 | S. Parker | | 0.3 | 43.50 |
| 07/03/07 | Follow up regarding brief issues with B. Moffitt and review regarding same. | | | |
| 14 | A. Marchetta | | 2.2 | 1,298.00 |
| 07/03/07 | Respond to inquiries from co-counsel re: NJDEP production documents and to oppose NJDEP motion to file late proof of claim; review file material re: same; work with A. Marchetta and S. Parker re: same. | | | |
| 3 | B. Moffitt | | 5.2 | 1,976.00 |
| 07/03/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of relevant document and forwarded same to A. Marchetta and B. Moffitt. | | | |

3

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 07/03/07 | Worked with B. Moffitt regarding documents needed to finalize opposition to NJDEP's motion for leave to file late notice of claim. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 58.00 |

| 07/03/07 | Conducted searches, reviewed file documents, and reviewed parties' production documents for documents needed to prepare opposition to NJDEP's motion for leave to file a late notice of claim. | | |
|---|---|---|---|
| 14 | S. Parker | 2.9 | 420.50 |

| 07/03/07 | Worked with B. Moffitt regarding documents needed to finalize opposition to NJDEP's motion for leave to file late notice of claim. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 07/05/07 | Work on brief with B. Moffitt and follow up regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.3 | 767.00 |

| 07/05/07 | Review draft brief in opposition to NJDEP motion to file late proof of claim and provide comments; review file material and work with A. Marchetta re: same; review file material and work with A. Marchetta, J. Spielberg and S. Parker re: same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 5.3 | 2,014.00 |

| 07/05/07 | Office conference with B. Moffitt regarding research. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.6 | 177.00 |

| 07/06/07 | Review submissions and follow up regarding motion; arrange information regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 413.00 |

| 07/06/07 | Review proposed exhibits to brief in opposition to NJDEP motion to file late proof of claim. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 152.00 |

| 07/09/07 | Review materials regarding site issues; follow up regarding letter to court and motion. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 354.00 |

| 07/09/07 | Follow up re: opposition to NJDEP motion to file late proof of claim. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 07/09/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of relevant document and forwarded same to A. Marchetta and B. Moffitt. | | |

| Date | Matter | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
|  | 14 |  | S. Parker | 0.4 | 58.00 |
| 07/10/07 | 14 | Telephone calls and follow up regarding information on materials for argument. | A. Marchetta | 0.7 | 413.00 |
| 07/10/07 | 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of relevant documents and forwarded same to A. Marchetta and B. Moffitt. | S. Parker | 0.4 | 58.00 |
| 07/11/07 | 14 | Review information regarding motion; follow up with B. Moffitt regarding service issues. | A. Marchetta | 0.8 | 472.00 |
| 07/11/07 | 3 | Review final version of opposition brief as filed; follow up re: service of same on counsels; confer with A. Marchetta re: same. | B. Moffitt | 0.7 | 266.00 |
| 07/12/07 | 14 | Follow up regarding permits and claims. | A. Marchetta | 0.5 | 295.00 |
| 07/13/07 | 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. Created electronic version of relevant documents and forwarded same to A. Marchetta and B. Moffitt. | S. Parker | 0.5 | 72.50 |
| 07/16/07 | 14 | Follow up regarding factual response to NJDEP brief. | A. Marchetta | 0.8 | 472.00 |
| 07/16/07 | 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.3 | 43.50 |
| 07/17/07 | 14 | Follow up regarding NJDEP's brief, factual allegations and responses. | A. Marchetta | 1.0 | 590.00 |
| 07/17/07 | 3 | Review NJDEP reply brief in further support of motion for leave to file late proof of claim; review file material re: rebutting NJDEP's factual arguments; work with S. Parker re: same. | B. Moffitt | 1.7 | 646.00 |
| 07/17/07 |  | Conducted searches and reviewed documents in order to compile information requested by A. Marchetta in preparation for oral argument on |  |  |  |

5

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | NJDEP's motion for leave to file late notice of claim. | | | |
| 14 | | S. Parker | 0.4 | 58.00 |
| 07/17/07 | Worked with B. Moffitt regarding NJDEP's reply brief on motion for leave to file a late notice of claim, including review of parties' production documents in order to compile documents needed in preparation for upcoming oral argument on same. | | | |
| 14 | | S. Parker | 0.6 | 87.00 |
| 07/18/07 | Work with Brian Moffitt and follow up regarding response to NJDEP brief. | | | |
| 14 | | A. Marchetta | 1.1 | 649.00 |
| 07/18/07 | Review and analyze NJDEP reply brief in further support of motion for leave to file late proof of claim; review documents and prepare memo re: responses to same; work with A. Marchetta and S. Parker re: same. | | | |
| 3 | | B. Moffitt | 4.1 | 1,558.00 |
| 07/18/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | | |
| 14 | | S. Parker | 0.3 | 43.50 |
| 07/18/07 | Compilation and organization of documents needed by A. Marchetta in preparation for oral argument on NJDEP's motion for leave to file late notice of claim. | | | |
| 14 | | S. Parker | 0.9 | 130.50 |
| 07/18/07 | Worked with B. Moffitt regarding finalization of memo addressing issues on NJDEP's motion for leave to file late notice of claim. | | | |
| 14 | | S. Parker | 0.2 | 29.00 |
| 07/19/07 | Conference with B. Moffitt and follow up on e-mails, court docket and hearing on motion; prepare materials regarding same. | | | |
| 14 | | A. Marchetta | 1.5 | 885.00 |
| 07/19/07 | Work with A. Marchetta re: preparation for oral argument on NJDEP motion to file late proof of claim; follow up re: same. | | | |
| 3 | | B. Moffitt | 0.4 | 152.00 |
| 07/20/07 | Follow up regarding information for hearing. | | | |
| 14 | | A. Marchetta | 0.5 | 295.00 |
| 07/20/07 | Address status issues. | | | |
| 14 | | W. Hatfield | 0.2 | 78.00 |
| 07/20/07 | Work with A. Marchetta re: preparation for oral argument on NJDEP motion to file late proof of claim; work with S. Parker re: same. | | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 3 | | B. Moffitt | 0.4 | 152.00 |
| 07/20/07 3 | Tel. conference regarding status. | J. Spielberg | 0.3 | 88.50 |
| 07/20/07 3 | Updated W. Hatfield on status. | J. Spielberg | 0.2 | 59.00 |
| 07/20/07 14 | Worked with Judge Fitzgerald's clerk regarding upcoming oral argument on NJDEP's motion for leave to file late notice of claim, and prepared email to A. Marchetta and B. Moffitt summarizing same. | S. Parker | 0.4 | 58.00 |
| 07/20/07 14 | Worked with B. Moffitt regarding upcoming oral argument on NJDEP's motion for leave to file late notice of claim. | S. Parker | 0.2 | 29.00 |
| 07/21/07 14 | Prepare for bankruptcy court hearing. | A. Marchetta | 0.8 | 472.00 |
| 07/23/07 14 | Prepare for and attend court hearing on motion by State to file late claim, and follow up re same. | A. Marchetta | 9.7 | 5,723.00 |
| 07/23/07 3 | Review Amended Notice of Agenda and S. Parker update re: hearing status; follow up re: court ruling on NJDEP's motion to file late proof of claim. | B. Moffitt | 0.4 | 152.00 |
| 07/23/07 14 | Conducted searches of Bankruptcy Court website in order to retrieve amended notice of agenda and confirm oral argument schedule; prepared e-mail to A. Marchetta and B. Moffitt re: same. | S. Parker | 0.3 | 43.50 |
| 07/23/07 14 | Worked with B. Moffitt in follow-up to oral argument on NJDEP's motion for leave to file a late notice of claim. | S. Parker | 0.2 | 29.00 |
| 07/24/07 14 | Telephone call with client and follow up regarding order from bankruptcy court and issues regarding instruction from court; e-mails and follow up with co-counsel regarding same. | A. Marchetta | 0.7 | 413.00 |
| 07/24/07 3 | Follow up re: court ruling on NJDEP's motion to file late proof of claim. | B. Moffitt | 0.2 | 76.00 |
| 07/24/07 | Searched regarding compilation of information on current status of | | | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 14 | investigation of Hamilton plant and related issues.<br>S. Parker | 0.4 | 58.00 |
| 07/25/07<br>14 | Work with B. Moffitt and telephone call regarding order to Bankruptcy Court and update to Federal Court.<br>A. Marchetta | 0.8 | 472.00 |
| 07/25/07<br>3 | Preparation of letter to Magistrate Judge Bongiovanni re: recent Bankruptcy Court proceedings; review pleadings re: implications of denial of NJDEP motion to file late proof of claim; confer with A. Marchetta re: same; telephone call with bankruptcy counsel re: same; continued preparation of letter to Judge Bongiovanni.<br>B. Moffitt | 2.1 | 798.00 |
| 07/25/07<br>14 | Searched Bankruptcy Court website regarding issuance of orders needed in order to prepare status letter to M.J. Bongiovanni.<br>S. Parker | 0.4 | 58.00 |
| 07/26/07<br>14 | Follow up regarding comments from Attorney General and telephone call with client regarding issues; follow up with B. Moffitt regarding same.<br>A. Marchetta | 1.0 | 590.00 |
| 07/26/07<br>3 | Review comments of DAG Dickinson to proposed letter to Judge Bongiovanni; confer with A. Marchetta re: same and reply to DAG Dickinson.<br>B. Moffitt | 0.2 | 76.00 |
| 07/26/07<br>14 | Worked with B. Moffitt regarding status letter to M.J. Bongiovanni.<br>S. Parker | 0.2 | 29.00 |
| 07/26/07<br>14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.5 | 72.50 |
| 07/27/07<br>14 | Follow up regarding appeal by state and bankruptcy court opinion and remaining claims.<br>A. Marchetta | 0.6 | 354.00 |
| 07/27/07<br>3 | Revise letter to Judge Bongiovanni; revise per comments of DAG Dickinson and work with S. Parker re: service of same.<br>B. Moffitt | 0.3 | 114.00 |
| 07/27/07<br>3 | Review proposed Order denying NJDEP motion to file late proof of claim.<br>B. Moffitt | 0.2 | 76.00 |
| 07/27/07 | Searched regarding compilation of information on current status of | | |

| Date | Description | | |
|---|---|---|---|
| | investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 07/27/07 | Worked with B. Moffitt regarding Order denying NJDEP's motion for leave to file a late notice of claim. | | |
| 14 | S. Parker | 0.2 | 29.00 |
| 07/27/07 | Attention to delivery of status letter to MJ Bongiovanni and all counsel via facsimile and first class mail. | | |
| 14 | S. Parker | 0.6 | 87.00 |
| 07/30/07 | Telephone call from Judge Bongiovanni and follow up re information requested by court. | | |
| 14 | A. Marchetta | 1.0 | 590.00 |
| 07/30/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 07/31/07 | Telephone call with client; review files and information. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| 07/31/07 | confer with A. Marchetta re: call with client. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 27.8 | 590.00 | 16,402.00 |
| W. Hatfield | 14 | 0.2 | 390.00 | 78.00 |
| B. Moffitt | 3 | 22.7 | 380.00 | 8,626.00 |
| J. Spielberg | 3 | 1.1 | 295.00 | 324.50 |
| D. Florence | 14 | 2.1 | 135.00 | 283.50 |
| S. Parker | 14 | 15.1 | 145.00 | 2,189.50 |
| TOTAL | | 69.0 | | 27,903.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 102292 TAHARI, LTD.

| 07/02/07 | Draft correspondence to G. Horowitz confirming release from escrow of $100,000 settlement funds | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 132.00 |
| 07/02/07 | Draft correspondence to V. Finkelstein regarding executed Releases settling | | |

9

|   |   |   |   |
|---|---|---|---|
| 3 | action<br>B. Benjamin | 0.3 | 132.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| B. Benjamin | 3 | 0.6 | 440.00 | 264.00 |
|  | TOTAL | 0.6 |  | 264.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

| Date | Description | Hours | Fee |
|---|---|---|---|
| 06/14/07 | Telephone call from client; follow up with J. Borg regarding handling of matter and review information; follow up regarding same. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| 06/15/07 | Follow up with J. Borg and information for client regarding service and issues in case; review strategy for same. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 06/15/07 | Review/Analysis file regarding Petition for recovery of real property; Numerous telephone conferences with V. Finkelstein regarding strategy to defend same; Numerous telephone conferences with J. Matusiak regarding same; Telephone conference with D. Panitz regarding same; Preparation of correspondence to D. Panitz regarding same; Review/Analysis correspondence from D. Panitz regarding same; Preparation of correspondence to A. Marchetta regarding same; Review/Analysis correspondence from A. Marchetta regarding same. | | |
| 3 | J. Borg | 3.6 | 1,278.00 |
| 06/18/07 | Follow up with J. Borg regarding adjournment of eviction hearing, waiver of service and lease issues. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 06/18/07 | Review/Analysis correspondence from J. Matusiak regarding status; Preparation of correspondence to J. Matusiak regarding same; Preparation of numerous correspondence to V. Finkelstein regarding same and adjournment of return date; Numerous telephone conferences with V. Finkelstein regarding same; Review/Analysis correspondence from D. Panitz regarding same. | | |
| 3 | J. Borg | 1.3 | 461.50 |
| 06/20/07 | Preparation of numerous correspondence to J. Matusiak regarding status; Review/Analysis numerous correspondence from J. Matusiak regarding same. | | |
| 3 | J. Borg | 0.4 | 142.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/22/07<br>14 | Follow up with J. Borg regarding eviction proceedings.<br>A. Marchetta | | 0.2 | 118.00 |
| 06/22/07<br>3 | Preparation of numerous correspondence to V. Finkelstein regarding status; Review/Analysis correspondence from V. Finkelstein regarding same.<br>J. Borg | | 0.4 | 142.00 |
| 06/25/07<br>14 | Follow up with J. Borg regarding issues and court hearing.<br>A. Marchetta | | 0.3 | 177.00 |
| 06/25/07<br><br><br><br>3 | Preparation of numerous correspondence to J. Matusiak regarding status of repairs and architect report; Review/Analysis numerous correspondence from J. Matusiak regarding same; Preparation of correspondence to A. Marchetta regarding same.<br>J. Borg | | 1.8 | 639.00 |
| 06/26/07<br>14 | Follow up regarding court hearing.<br>A. Marchetta | | 0.3 | 177.00 |
| 06/26/07<br><br><br><br>3 | Travel to Wappinger Falls regarding Court appearance for Petition for Recovery of Real Property; Numerous telephone conferences with J. Matusiak regarding same; Numerous telephone conferences with V. Finkelstein regarding same.<br>J. Borg | | 4.6 | 1,633.00 |
| 06/28/07<br><br>3 | Preparation of correspondence to V. Finkelstein regarding status; Review/Analysis numerous correspondence from J. Matusiak and V. Finkelstein regarding same.<br>J. Borg | | 0.3 | 106.50 |
| 07/09/07<br>14 | Follow up regarding eviction proceedings.<br>A. Marchetta | | 0.4 | 236.00 |
| 07/17/07<br>14 | Follow up regarding eviction issues.<br>A. Marchetta | | 0.3 | 177.00 |
| 07/17/07<br><br><br><br>3 | Review/Analysis correspondence from J. Matusiak regarding status; Preparation of numerous correspondence to J. Matusiak regarding same; Preparation of correspondence to V. Finkelstein regarding same; Telephone conference with V. Finkelstein regarding same.<br>J. Borg | | 0.5 | 177.50 |
| 07/25/07 | Telephone conference with D. Panitz regarding status; Numerous telephone conferences with J. Matusiak regarding same; Preparation of correspondence to J. Matusiak regarding same; Review/Analysis | | | |

1554962A01082107

|  |  |  |  |
|---|---|---|---|
|  | correspondence from J. Matusiak regarding same; Preparation of correspondence to V. Finkelstein regarding same. | | |
| 3 | J. Borg | 0.9 | 319.50 |
| 07/26/07 | Follow up with J. Borg and client regarding status of matter. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 07/27/07 | Follow up regarding communications with client. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 07/27/07 | Preparation of numerous correspondence to J. Matusiak regarding status of repairs, municipal case against landlord; Review/Analysis numerous correspondence from J. Matusiak regarding same; Preparation of correspondence to V. Finkelstein regarding same; Telephone conference with D. Panitz regarding same. | | |
| 3 | J. Borg | 0.7 | 248.50 |
| 07/30/07 | Numerous telephone conferences with D. Panitz and J. Matusiak regarding adjournment of motion date and resolution of municipal case; Preparation of numerous correspondence to D. Panitz and J. Matusiak regarding same; Review/Analysis numerous correspondence from D. Panitz and J. Matusiak regarding same. | | |
| 3 | J. Borg | 1.4 | 497.00 |
| 07/31/07 | Follow up with J. Borg regarding hearing and repairs; review re strategy. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 07/31/07 | Preparation of numerous correspondence to J. Matusiak and D. Panitz regarding Petition for Eviction, municipal violations and adjournment of motion date; Review/Analysis numerous correspondence from J. Matusiak and D. Panitz regarding same; Numerous telephone conferences with J. Matusiak regarding same; Numerous telephone conferences with Court regarding same; Preparation of correspondence to Court regarding same; Telephone conference with V. Finkelstein regarding same. | | |
| 3 | J. Borg | 2.3 | 816.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.3 | 590.00 | 2,537.00 |
| J. Borg | 3 | 18.2 | 355.00 | 6,461.00 |
| TOTAL | | 22.5 | | 8,998.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

- 12 -

1554962A01082107

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/03/07 14 | Memos with Bankruptcy counsel on settlement issues<br>W. Hatfield | 0.1 | 39.00 |
| 07/03/07 14 | Memo to R. Rose on Teich asset search and address new opinion on fraudulent transfers<br>W. Hatfield | 0.2 | 78.00 |
| 07/06/07 14 | Address potential fraudulent transfer issues on Teich property<br>W. Hatfield | 0.5 | 195.00 |
| 07/06/07 14 | Review letter and package from C. Marraro on Interfaith materials forwarded to Weja and memo to R. Rose on same.<br>W. Hatfield | 0.4 | 156.00 |
| 07/06/07 14 | Memos and call with Grace's Bankruptcy counsel, J. Baer.<br>W. Hatfield | 0.2 | 78.00 |
| 07/09/07 14 | Review draft of stipulation of facts.<br>R. Rose | 1.8 | 855.00 |
| 07/09/07 14 | Address Weja document demand for settlement agreement<br>W. Hatfield | 0.2 | 78.00 |
| 07/09/07 14 | Memo to clients on Teich transfer and CMC issues regarding settlement authority.<br>W. Hatfield | 0.4 | 156.00 |
| 07/09/07 14 | Call and memos with J. Baer onShell and Sunoco settlements and procedures for bankruptcy approval process.<br>W. Hatfield | 0.5 | 195.00 |
| 07/09/07 14 | Address strategy on Teich settlement issues<br>W. Hatfield | 0.3 | 117.00 |
| 07/09/07 14 | Address Teich South Hampton asset search issues and review deed<br>W. Hatfield | 0.5 | 195.00 |
| 07/09/07 3 | Attention to correspondence with B. Conrad regarding title search.<br>J. Spielberg | 0.1 | 29.50 |
| 07/09/07 3 | Telephone conference with B. Conrad regarding deed.<br>J. Spielberg | 0.1 | 29.50 |
| 07/09/07 3 | Reviewed NY title search and judgment report regarding home.<br>J. Spielberg | 0.4 | 118.00 |

1554962A01082107

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/10/07 14 | Telephone from Shell counsel concerning settlement agreement. | R. Rose | 0.2 | 95.00 |
| 07/10/07 14 | Memos to clients on conference call and prepare for same with R. Rose | W. Hatfield | 0.5 | 195.00 |
| 07/10/07 14 | Attend conference call with clients and R. Rose on Weja and Teich issues and settlement strategy for CMC. | W. Hatfield | 0.3 | 117.00 |
| 07/10/07 14 | Address transfer issue by Teich and discovery matters. | W. Hatfield | 0.4 | 156.00 |
| 07/10/07 14 | Discuss with W. Hatfield and telecon client for settlement authority. | R. Rose | 0.5 | 237.50 |
| 07/10/07 14 | Review settlement notes in preparation for Court conference. | R. Rose | 0.3 | 142.50 |
| 07/10/07 14 | Review letter from Shell counsel to Court concerning settlement. | R. Rose | 0.1 | 47.50 |
| 07/10/07 3 | Attention to NY title search. | J. Spielberg | 0.2 | 59.00 |
| 07/10/07 3 | Conducted research regarding settlement agreements with other parties. | A. Stahl | 3.3 | 808.50 |
| 07/11/07 14 | Address issues on Shell settlement agreement. | W. Hatfield | 0.2 | 78.00 |
| 07/11/07 14 | Address Teich transfer issues. | W. Hatfield | 0.2 | 78.00 |
| 07/11/07 14 | Memo to bankruptcy counsel with settlement agreement for Sunoco. | W. Hatfield | 0.2 | 78.00 |
| 07/11/07 14 | Memos with C. Marraro on Weja review of Interfaith documents. | W. Hatfield | 0.1 | 39.00 |
| 07/12/07 14 | Review notes and file in preparation for case management conference. | R. Rose | 0.5 | 237.50 |
| 07/12/07 14 | Attend CMC in Jersey City. | W. Hatfield | 4.0 | 1,560.00 |

14

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/12/07 14 | Prepare for CMC<br>W. Hatfield | 0.4 | 156.00 |
| 07/12/07 14 | Attend case management conference.<br>R. Rose | 3.7 | 1,757.50 |
| 07/13/07 14 | E-mail from Sunoco counsel concerning status of settlement agreement; discuss with W. Hatfield and e-mail response.<br>R. Rose | 0.2 | 95.00 |
| 07/13/07 14 | Memos on Sunoco agreement and approvals for same<br>W. Hatfield | 0.3 | 117.00 |
| 07/14/07 14 | Review research on fraudulent transfer issue for Teich<br>W. Hatfield | 0.6 | 234.00 |
| 07/16/07 14 | Prepare for and attend call with client on CMC and strategy on settlement issues.<br>W. Hatfield | 0.5 | 195.00 |
| 07/16/07 14 | Follow-up with W. Hatfield on scheduling settlement conference.<br>R. Rose | 0.2 | 95.00 |
| 07/17/07 14 | Telephone Sunoco counsel concerning status of settlement agreement; telephone messages to Weja and Richards counsel concerning date for settlement conference.<br>R. Rose | 0.4 | 190.00 |
| 07/17/07 14 | Address strategy on settlement negotiations with Richards/Sunrich.<br>W. Hatfield | 0.4 | 156.00 |
| 07/17/07 14 | Memos with Bankruptcy counsel on procedures for notice of Shell and Sunoco settlements.<br>W. Hatfield | 0.3 | 117.00 |
| 07/17/07 14 | Strategy memo to R. Rose on disclosure of oil company settlements and notice to bankruptcy court.<br>W. Hatfield | 0.4 | 156.00 |
| 07/20/07 14 | E-mails with W. Hatfield regarding settlement.<br>A. Marchetta | 0.3 | 177.00 |
| 07/20/07 14 | Address case issues on strategy for settlement and bankruptcy approval.<br>W. Hatfield | 0.4 | 156.00 |
| 07/20/07 | Memo to Bankruptcy counsel on notice and settlement issues. | | |

15

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |
| 07/20/07 | Prepare memo on CMC, settlement negotiations and strategy to A. Marchetta. | | |
| 14 | W. Hatfield | 0.7 | 273.00 |
| 07/21/07 | Follow up regarding client issue and status of settlement. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 07/23/07 | Follow up re settlement negotiations and strategy re settlement demand. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 07/24/07 | Follow up with W. Hatfield and telephone call with client regarding status. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 07/24/07 | Address case issues. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 07/25/07 | Review discovery served by Richards and discuss preparation of response with W. Hatfield. | | |
| 14 | R. Rose | 0.3 | 142.50 |
| 07/25/07 | Review discovery requests from Richards/Sunrich. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 07/25/07 | Telephone Weja counsel concerning confirmation of date for settlement conference with Court.. | | |
| 14 | R. Rose | 0.2 | 95.00 |
| 07/26/07 | Letter to Weja on discovery request and denial of production of settlement documents. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| 07/26/07 | Letter to Richards/Sunrich on discovery request and denial of production of documents and admissions. | | |
| 14 | W. Hatfield | 0.5 | 195.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 8.4 | 475.00 | 3,990.00 |
| A. Marchetta | 14 | 1.4 | 590.00 | 826.00 |
| W. Hatfield | 14 | 14.8 | 390.00 | 5,772.00 |
| A. Stahl | 3 | 3.3 | 245.00 | 808.50 |
| J. Spielberg | 3 | 0.8 | 295.00 | 236.00 |
| TOTAL | | 28.7 | | 11,632.50 |

16

1554962A01082107