# EXHIBIT A

**General - 00000**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Likoff, Bruce | Partner | $     425.00 | 2.8 | 1.1 | 0 | $     1,657.50 |
| Yearout, Thomas | Partner | $     395.00 | 0 | 0.3 | 0 | $        118.50 |
| | | | | | | |
| **TOTAL** | | | **2.8** | **1.1** | **0.0** | **$     1,776.00** |

## General - 00000

| Description | January | February | March | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ 0.30 | $ - | $ 0.30 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Temporary Staffing | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Consulting Fees | $ - | $ 147.50 | $ - | $ 147.50 |
| Velo Binding | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ - | $ 147.80 | $ - | $ 147.80 |

Holme Roberts & Owen LLP

February 20, 2007

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 760134 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/18/07 | BLL | Review file re Grace's right to acquire limited partner's interest in Northglen (.50); prepare draft notice to limited partner pursuant to 1982 Black Friday letter agreement (1.0). | 1.50 | $ | 637.50 |
| 01/19/07 | BLL | Prepare draft notice to limited partner re Grace's exercise of right to acquire limited partners interest in Northglen partnership and draft assignment of limited partners interest (1.0); email correspondence to V. Finkelstein re draft notice to limited partner (.30). | 1.30 | | 552.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through January 31, 2007:** | **2.80** | **$** | **1,190.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| BLL | Bruce L. Likoff | Partner | $425.00 | 2.80 | $ | 1,190.00 |
| | | **Total Fees:** | | **2.80** | **$** | **1,190.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 679369 | 09/24/04 | Bill | | 395.00 |
| | 01/04/05 | Cash Receipt | | -316.00 |
| | 04/22/05 | Cash Receipt | | -76.72 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *2.28* |
| 746012 | 09/26/06 | Bill | | 4,460.20 |

March 19, 2007

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 763908 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Regarding: GENERAL

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 02/01/07 | BLL | Telephone conference with V. Finkelstein re draft assignment of limited partner's interest in Northglenn partnership (.15); conference re issues re acquisition of limited partner's interest (.15). | 0.30 | $ | 127.50 |
| 02/01/07 | TEY | Telephone conference with BLLikoff re transfer of partnership interest at the end of the partnership's term. | 0.30 | | 118.50 |
| 02/05/07 | BLL | Prepare revised draft of assignment of limited partners interest (.60); email correspondence to V. Finkelstein re the revised draft (.20). | 0.80 | | 340.00 |

**Total Fees Through February 28, 2007:**    **1.40**   **$**    **586.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| BLL | Bruce L. Likoff | Partner | $425.00 | 1.10 | $ | 467.50 |
| TEY | Thomas E. Yearout | Partner | 395.00 | 0.30 | | 118.50 |

**Total Fees:**    **1.40**   **$**    **586.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/26/06 | | Consulting Fee: VENDOR: Kutak Rock; INVOICE#: 1109144; DATE: 12/26/2006 - Professional Services through August 2006 | $ | 147.50 |
| 02/02/07 | 2 | Document Reproduction | | 0.30 |

**Total Disbursements:**   **$**    **147.80**

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 147.50 |
| Document Reproduction | | 0.30 |
| **Total Disbursements:** | **$** | **147.80** |

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Coggon, Katheryn | Sp. Counsel | $   345.00 | 1 | 0 | 0 | $   345.00 |
| | | | | | | |
| TOTAL | | | $   1.00 | $   - | $   - | $   345.00 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | January | | February | | March | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Parking | $ | - | $ | - | $ | - | $ | - |
| Photocopies | $ | - | $ | - | $ | - | $ | - |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Overtime | $ | - | $ | - | $ | - | $ | - |
| Other Expenses | $ | - | $ | - | $ | 632.38 | $ | 632.38 |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Velo Binding | $ | - | $ | - | $ | - | $ | - |
| Color Copies | $ | - | $ | - | $ | - | $ | - |
| Outside Reproduction | $ | - | $ | - | $ | - | $ | - |
| Document Production | $ | - | $ | - | $ | - | $ | - |
| Tab Stock | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | $ | - |
| **TOTAL** | **$** | **-** | **$** | **-** | **$** | **632.38** | **$** | **632.38** |

Holme Roberts & Owen LLP

February 20, 2007

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 760134 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/18/07 | KJC | Telephone conference with R. Emmett re costs at Libby (.20); telephone conference with R. Marriam re costs at Libby (.30); research re costs at Libby (.50). | 1.00 | $ | 345.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through January 31, 2007:** | **1.00** | **$** | **345.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $345.00 | 1.00 | $ | 345.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees:** | **1.00** | **$** | **345.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$ 70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |

Holme Roberts & Owen LLP

April 12, 2007

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 766084 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/16/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: GE06790; Storage through 12/31/06 | $ | 212.54 |
| 02/16/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: GN77054; Storage through 01/31/07 | | 209.92 |
| 03/12/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: GV58126; Storage | | 209.92 |
| | | **Total Disbursements:** | $ | 632.38 |

## Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 632.38 |
| **Total Disbursements:** | $ | 632.38 |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $  **219.96** |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | $  **70.34** |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

**Cost Recovery Case - 00302**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | Total Comp. |
| Sherman, Joan | Paraletal | $    185.00 | 0.5 | 0 | 0 | $    92.50 |
| | | | | | | |
| TOTAL | | | 0.5 | 0.0 | 0.0 | $    92.50 |

Holme Roberts & Owen LLP

February 20, 2007

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 760134 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/18/07 | JLS | Database research for Matt Murphy re EPA production. | 0.50 | $ | 92.50 |
| | | **Total Fees Through January 31, 2007:** | **0.50** | **$** | **92.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| JLS | Joan L. Sherman | Paralegal | $185.00 | 0.50 | $ | 92.50 |
| | | **Total Fees:** | | **0.50** | **$** | **92.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 1,659.00 |
| | 05/24/04 | Cash Receipt | -1,256.03 |
| | 10/19/04 | Cash Receipt | -342.48 |
| | *Outstanding Balance on Invoice 658429:* | | *$    60.49* |
| | **Total Outstanding Invoices:** | | **$    60.49** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 92.50 |
| **Total Balance Due This Matter** | $ | 152.99 |

**Boulder Document Production re Attic Insulation - 00370**

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $               - | $               - | $               - | $               - |
| Facsimilies | $               - | $               - | $               - | $               - |
| Long Distance Telephone | $               - | | $               - | $               - |
| Outside Courier | $               - | $               - | $               - | $               - |
| Travel Expenses | $               - | $               - | $               - | $               - |
| Lexis | $               - | $               - | $               - | $               - |
| Federal Express | | | | $               - |
| Meal Expenses | $               - | $               - | $               - | $               - |
| Research Services | $               - | $               - | $               - | $               - |
| Document Production | $       1,829.20 | | $               - | $       1,829.20 |
| Postage | $               - | $               - | $               - | $               - |
| | | | | |
| **TOTAL** | **$       1,829.20** | **$               -** | **$               -** | **$       1,829.20** |

Holme Roberts & Owen LLP

February 20, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 760134 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/15/07 | | Outside Reproduction: VENDOR: DTI CORPORATION; INVOICE#: 294008; Outside Reproduction | $ | 1,829.20 |
| | | **Total Disbursements:** | $ | **1,829.20** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | 1,829.20 |
| **Total Disbursements:** | $ | **1,829.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 626813 | 03/27/03 | Bill | 6,398.18 |
| | 10/25/05 | Cash Receipt | -0.20 |
| | 12/28/05 | Cash Receipt | -0.06 |
| | | *Outstanding Balance on Invoice 626813:* | $   *6,397.92* |
| 658429 | 02/16/04 | Bill | 252.00 |
| | 05/24/04 | Cash Receipt | -190.79 |
| | 10/19/04 | Cash Receipt | -52.02 |
| | | *Outstanding Balance on Invoice 658429:* | $   *9.19* |
| 753994 | 12/13/06 | Bill | 1,477.00 |
| | | *Outstanding Balance on Invoice 753994:* | $   *1,477.00* |
| | | **Total Outstanding Invoices:** | $   7,884.11 |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **1,829.20** |
| **Total Balance Due This Matter** | $ | **9,713.31** |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|--------------------|---|---|---|
| | | | January | February | March | Total Comp. |
| Flaagan, Elizabeth | Partner | $    360.00 | 0 | 0 | 1.4 | $    504.00 |
| Haag, Susan | Paralegal | $    160.00 | 0 | 0 | 3.5 | $    560.00 |
| | | | | | | |
| TOTAL | | | 0 | 0 | 4.9 | $    1,064.00 |

## Bankruptcy Matters - 00390

| Description | January | | February | | March | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | - | $ | - | $ | 3.60 | $ | 3.60 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | | | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | 74.66 | $ | 24.64 | $ | - | $ | 99.30 |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | 914.82 | $ | - | $ | - | $ | 914.82 |
| Postage | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | 989.48 | $ | 24.64 | $ | 3.60 | $ | 1,017.72 |

Holme Roberts & Owen LLP

February 20, 2007

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 760134 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/22/06 | 1 | Federal Express: INVOICE#: 861444916 | $ | 40.56 |
| 12/22/06 | 1 | Federal Express: INVOICE#: 861444916 | | 34.10 |
| 01/17/07 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 298342; DATE: 1/17/2007 - Professional Services through 11/30/2006 | | 573.33 |
| 01/26/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 299501; DATE: 1/26/2007 - Professional Services through December 31, 2006 | | 341.49 |
| | | **Total Disbursements:** | $ | 989.48 |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 914.82 |
| Federal Express | | 74.66 |
| **Total Disbursements:** | $ | 989.48 |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |

Holme Roberts & Owen LLP

March 19, 2007

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 763908 |
| Client  No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/17/07 | 1 | Federal Express: INVOICE#: 865130120 - To Matt Murphy, BOSTON, MA, From MEGAN LEE KINSMAN, Tracking #: 798087290200, | $ | 24.64 |
| | | **Total Disbursements:** | $ | 24.64 |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 24.64 |
| **Total Disbursements:** | $ | 24.64 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $  *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $  *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | $  *2.66* |
| 684108 | 11/01/04 | Bill | 1,924.09 |

Holme Roberts & Owen LLP

April 12, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 766084 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/05/07 | EKF | Review monthly invoices re fee auditor inquiry (.50); conference with SMHaag re same (.20). | 0.70 | $ 252.00 |
| 03/05/07 | SH | Draft August 2006 monthly fee application. | 0.70 | 112.00 |
| 03/07/07 | SH | Draft September 2006 monthly fee application. | 0.70 | 112.00 |
| 03/09/07 | EKF | Review and revise February 2007 prebills/invoices for compliance with US Trustee Guidelines (.30); review and revise 22nd Interim Quarterly Fee Application (.40). | 0.70 | 252.00 |
| 03/09/07 | SH | Draft 22nd interim fee application. | 1.80 | 288.00 |
| 03/12/07 | SH | Revise OBJ dates and send to W. Weller for filing. | 0.30 | 48.00 |

**Total Fees Through March 31, 2007:** **4.90** **$ 1,064.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 1.40 | $ 504.00 |
| SH | Susan Haag | Paralegal | 160.00 | 3.50 | 560.00 |

**Total Fees:** **4.90** **$ 1,064.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/09/07 | 24 | Document Reproduction | $ | 3.60 |

**Total Disbursements:** **$** **3.60**

### Disbursement Summary

| | | |
|---|---|---|
| Document Reproduction | $ | 3.60 |
| **Total Disbursements:** | **$** | **3.60** |

**Boston Document Production - 00400**

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ 58.70 | $ 58.70 |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| | | | | |
| **TOTAL** | $ - | $ - | $ 58.70 | $ 58.70 |

Holme Roberts & Owen LLP

April 12, 2007

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 766084 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/05/07 | | Other Meal Expense: VENDOR: NANCY'S CATERING; INVOICE#: 69259; Working Lunch for 6 on 021207 | $ | 58.70 |
| | | **Total Disbursements:** | $ | **58.70** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Meal Expense | $ | 58.70 |
| **Total Disbursements:** | $ | **58.70** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 746012 | 09/26/06 | Bill | | 70.25 |
| | | *Outstanding Balance on Invoice 746012:* | $ | *70.25* |
| | | **Total Outstanding Invoices:** | $ | **70.25** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **58.70** |
| **Total Balance Due This Matter** | $ | **128.95** |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Bruce Likoff | Partner | Real Estate | $425.00 | 3.9 | $1,657.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $360.00 | 1.4 | $504.00 |
| Thomas Yearout | Partner | Tax | $395.00 | 0.3 | $118.50 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $345.00 | 1.0 | $345.00 |
| Joan Sherman | Paralegal | Environmental | $185.00 | 0.5 | $92.50 |
| Susan Haag | Paralegal | Bankruptcy | $160.00 | 3.5 | $560.00 |
| **TOTAL** | | | | 4 | **$652.50** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $3.90 |
| Facsimiles | $0.00 |
| Document Production | $1,829.20 |
| Other Expenses | $632.38 |
| Meal Expenses | $58.70 |
| Westlaw | $0.00 |
| Federal Express | $99.30 |
| Color Copies | $0.00 |
| Professional Billable Services | $1,062.32 |
| Velo Binding | $0.00 |
| **TOTALS** | **$3,685.80** |