Date Filed: 8/24/07
Docket No. 16628

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 01-1139 (JKF) |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Chapter 11 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5 of the Civil Practice and Procedure of the United States District Court for the District of Delaware and the below certification, counsel moves the admission *pro hac vice* of Daniel J. Donnellon, Esquire, to represent the Celotex Asbestos Settlement Trust in the above-captioned proceeding.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel to the Celotex Asbestos Settlement Trust

DB02:6199583.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar for the State of Ohio, U.S. District Court for the Southern District of Ohio, U.S. Court of Appeals for the Sixth Circuit, U.S. Supreme Court, and U.S. District Court for the Eastern District of Michigan. I further certify that pursuant to D. Del. LR 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
       August 23, 2007

_____
Daniel J. Donnellon, Esquire
Keating Muething & Klekamp, PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

August 27, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge