UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*, ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

RE: 16645

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Richard H. Cross, Jr., Esquire moves for the admission pro hac vice of Beth W. Bivans of Hughes & Luce, LLP, to represent DII Industries, LLC Asbestos PI Trust in this action.

Dated: Aug 27, 2007

CROSS & SIMON, LLC

By: _____
Richard H. Cross, Jr. (No. 3576)
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380
(302) 777-4200
Fax (302) 777-4224

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Beth W. Bivans (TX No. 00797664)
Hughes & Luce, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5815:  Fax (214) 939-5849

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 28, 2007

_____
Judith K. Fitzgerald
United States Bankruptcy Judge