***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                                               July 1, 2007 to July 31, 2007

                                                                                                          Invoice No. 24485

**RE**          WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 15.70 | 3,306.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.50 | 639.00 |
| B18 | Fee Applications, Others - | 5.30 | 626.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 6.40 | 1,664.00 |
| B25 | Fee Applications, Applicant - | 4.00 | 558.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.00 | 520.00 |
| B32 | Litigation and Litigation Consulting - | 31.40 | 8,147.00 |
| B36 | Plan and Disclosure Statement - | 16.30 | 4,238.00 |
| B37 | Hearings - | 18.50 | 4,810.00 |
| B40 | Employment Applications, Others - | 0.10 | 26.00 |
| | **Total** | 102.20 | **$24,534.50** |
| | **Grand Total** | 102.20 | **$24,534.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 200.00 | 2.30 | 460.00 |
| Rick S. Miller | 250.00 | 1.10 | 275.00 |
| Steven G. Weiler | 175.00 | 1.70 | 297.50 |
| Theodore J. Tacconelli | 260.00 | 86.20 | 22,412.00 |
| Law Clerk | 100.00 | 0.80 | 80.00 |
| Legal Assistant - MH | 100.00 | 10.10 | 1,010.00 |
| **Total** | | **102.20** | **$24,534.50** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Expense - | 1,954.28 |
| **Total Disbursements** | **$1,954.28** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging 13 PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re amendments to PD Canadian claims | 0.20 | TJT |
| | *Case Administration* - Review PSZY&J Apr. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtor to make pension contribution | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing Peterson expert report | 1.40 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel re Lexicon retention proposed order | 0.10 | TJT |
| Jul-02-07 | *Case Administration* - Review TPT May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Apr. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine May Fee Application | 0.10 | TJT |
| | *Hearings* - Review agenda for 7/5/07 hearing | 0.10 | TJT |
| Jul-03-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Notice of Service of request for production to debtors by Anderson Memorial Hospital | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith May Fee Application | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 7/5/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from D. Felder (x2) re objection to 10th exclusivity extension motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Liesemer re comments on objection to debtors' 10th exclusivity extension request | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of objection to debtors' 10th motion for extension of exclusivity | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from S. Baena re objection to debtors' 10th motion to extend exclusivity | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from R. Frankel re objection to debtors' 10th motion to extend exclusivity | 0.10 | TJT |
| Jul-04-07 | *Case Administration* - Review memo from law clerk re status of pending 3rd Cir., district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Blackstone 20th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery April Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Finish reviewing Peterson expert report | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - Review supplemental report by Dr. Whitehouse with attachments | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review Dr. Frank's rebuttal report to Dr. Anderson's expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised draft of objection to debtors' 10th motion to extend exclusivity | 0.50 | TJT |
| Jul-05-07 | *Case Administration* - 7/5/07 hearing follow-up (.1); confer with T. | 0.20 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Tacconelli re same (.1) | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Correspond with J. Sakalo re State of New Jersey's motion for leave to file late proof of claim and related issues | 0.20 | TJT |
| | *Case Administration* - Review Piper Jaffery May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale May Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for leave and to shorten re debtors' motion to compel Celotex and DII Trusts | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.50 | TJT |
| | *Case Administration* - Prepare weekly case status report of 3rd Cir., district court and adversary proceedings | 0.20 | LC |
| Jul-06-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' list of claims to be tried from 7/30 to 8/1 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to reconsider order allowing California PD claims | 0.20 | TJT |
| | *Case Administration* - Review LAS May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond 8th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition and subpoena to Brayton Purcell | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for expedited consideration of Congoleum agreed order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' agreed motion re Congoleum Corporation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Celotex Trust opposition to debtors' motion to shorten re motion to compel with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re 2nd amended CMO re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review modified order granting debtors' motion to shorten re motion to compel Celotex and DII trusts | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to compel DII Trust to produce documents with attachments | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to compel Celotex Trust to produce documents with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Phillips re objection to debtors' 10th motion to extend exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with S. Baena and J. Sakalo re objection to debtors' 10th exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Hurford re objection to debtors' 10th exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Felder re objection to debtors' 10th exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with J. Phillips re objection to debtors' 10th exclusivity motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re objection to debtors' 10th exclusivity motion and related issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Research re Celotex trust opinion from 11th Cir. Court of Appeals | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review U.S. Trustee's objection to debtors' 10th exclusivity motion | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review correspondence from M. Hurford by US Trustee to 10th exclusivity motion | 0.10 | TJT |
| Jul-07-07 | *Case Administration* - Review memo from law clerk re status of pending 3rd Cir., district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by the David Law Firm | 0.10 | TJT |
| Jul-08-07 | *Case Administration* - Review Ogilvy Renault May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review US Trustee's limited objection to sale of Washcoat business | 0.10 | TJT |
| Jul-09-07 | *Litigation and Litigation Consulting* - Correspond with M. Hurford re exclusivity appeal (.1); confer with T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by IRS to 23rd omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Firemen's Fund limited objection to sale of Washcoat business | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Hurford re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re exclusivity appeal | 0.10 | TJT |
| Jul-10-07 | *Fee Applications, Others* - Confer with M. Hedden re certain professional's fee applications | 0.10 | LLC |
| | *Fee Applications, Others* - Further confer with M. Hedden re certain professionals fee applications | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re 7/30-7/31 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' final witness list re 7/30-7/31 hearing | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re CDG's quarterly and monthly Fee Applications | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re 3rd set of interrogatories to law firms and request for telephonic hearing with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re exclusivity objection and related issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re opening brief in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Review e-mail from L. Flores re status of CDG outstanding Fee Applications, confer with L. Coggins re same, review past emails with CDG re same, response e-mail to L. Flores re status | 0.20 | MH |
| | *Case Administration* - Review docket re case status for week ending 6/29/07, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jul-11-07 | *Case Administration* - Review case status memo re week ending 6/29/07 | 0.10 | LLC |
| | *Case Administration* - 7/5/07 hearing follow-up re PD issues | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' list of exhibits for 7/30-7/31 trials | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' consolidated response to motions to alter or amend stay order re PI against the State of Montana and BNSF | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Bayshore Hospital, et. al's motion to supplement record with attachments | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to extend time to respond to Bayshore Hospital, et. al's motion to supplement record | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review joinder by unsecured creditor's committee in debtors' objection to State of New Jersey's motion to file late proof of claim | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/29/07 | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement re amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine May Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 6/26/07 draft of opening brief re exclusivity appeal | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's statement in opposition to debtors' 10th motion to extend exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re PI Committee's statement in opposition to debtors' 10th motion to extend exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' objection to State of New Jersey's motion for leave to file late proof of claim with attachments | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re opening brief in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Prepare weekly case status report of 3rd Cir., district court and adversary proceedings | 0.20 | LC |
| Jul-12-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion to extend time to respond to S&R's motion to supplement record | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re amended CMO re PD trials | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with City of Philadelphia with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief re statute of limitations for 10 Motley Rice PD claims re trials on 7/30 and 7/31 | 0.60 | TJT |
| | *Case Administration* - Review affidavit of P. Ruben | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re Certain PI Firms' non-waiver of attorney-client privilege with proposed order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order re debtors' motion to compel asbestos trusts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Hurford re opening brief in exclusivity appeal and review 3rd circuit local rules | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re revised draft of opening brief in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 7/6/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Jul-13-07 | *Case Administration* - Download & review agenda re 7/19 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status memo re week ending 7/6/07 | 0.10 | LLC |
| | *Case Administration* - 7/5/07 hearing follow-up re PD claim issues | 0.10 | SGW |

|  |  |  |  |
|---|---|---|---|
| | *Case Administration* - Review debtors' monthly operating report for May 07 | 0.30 | TJT |
| | *Case Administration* - Review Nelson Mullins June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review protective order re Manville trust documents | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review modified order re non-waiver of privilege re debtors' 3rd set of interrogatories to Law Firms | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review modified second amended CMO re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing ARPC's 6/18/07 report | 0.70 | TJT |
| | *Hearings* - Review agenda for 7/19/07 hearing | 0.10 | TJT |
| | *Hearings* - Review transcript of 6/29/07 hearing | 0.60 | TJT |
| | *Hearings* - Prepare for 7/19/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 7/12/07 draft of opening brief in exclusivity appeal and review transcript of oral argument in front of district court | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with M. Hurford re opening brief in exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspond with Jay Sakalo re opening brief in exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with co-counsel, counsel for FCR, counsel for ACC re opening brief in exclusivity appeal | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Sakalo re opening brief in exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review and execute final version of opening brief in exclusivity appeal | 1.20 | TJT |
| Jul-14-07 | *Case Administration* - Review affidavit of K. Remsom | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/6/07 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - complete review of ARPC's expert report dated 6/18/07 | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion for leave to file reply to objections to 10th motion to extend exclusivity and review proposed reply | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re debtors' motion for leave to file reply to objections to 10th exclusivity extension request | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from Mr. Hurford re joint appendix re opening brief in exclusivity appeal | 0.20 | TJT |
| Jul-15-07 | *Case Administration* - Review memo from law clerk re status of pending 3rd Cir., district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report by F. Dunbar with attachments | 2.00 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re debtors' motion for leave to file reply to objections to 10th motion to extend exclusivity | 0.10 | TJT |
| Jul-16-07 | *Case Administration* - Follow-up re 7/5/07 hearing update | 0.10 | SGW |
| | *Case Administration* - Review Duane Morris April Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Dr. Frank's rebuttal expert | 0.10 | TJT |

|  |  |  |  |
|---|---|---:|---|
|  | report re Dr. Bragg's expert report |  |  |
|  | *Litigation and Litigation Consulting* - Review Dr. Frank's rebuttal expert report re Dr. Lee's expert report | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Dr. Epstein's expert report | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Dr. Haber's expert report | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Dr. Henry's expert report | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Dr. Hutchins' expert report | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Dr. Garabrant's expert report | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Dr. Maras and Wecker's expert report | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Dr. Moolgankas' expert report | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re confidentiality agreement with FCR | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re status of filing of opening brief and appendix re exclusivity appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence from S. Weiler re 7/5/07 hearing follow-up | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank's rebuttal expert report re Weill expert report | 1.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order allowing debtor to file reply to 10th request to extend exclusivity | 0.10 | TJT |
| Jul-17-07 | *Case Administration* - Review agenda re 7/23 hearing | 0.10 | LLC |
|  | *Case Administration* - Review State of New Jersey's response to debtors' objection to its motion for leave to file late claim | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review Whitehouse and Frank rebuttal to Dr. Price's expert report | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review backup documents (Ex. 5) to Whitehouse supplemental expert report | 1.80 | TJT |
|  | *Litigation and Litigation Consulting* - Review backup documents (Ex. 7) to Whitehouse supplemental expert report | 1.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review FCR's proposed consent order re production of documents from expert | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare correspondence to J. Sakalo re proposed consent order by FCR | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review renotice of deposition by ACC/FCR of Cintani | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 7/23/07 hearing preparation | 0.10 | TJT |
|  | *Hearings* - Review agenda for 7/23/07 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Teleconference with committee member re debtors' reply to objections to motion to extend exclusivity and related issues | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Baena re opening brief in exclusivity appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re opening brief in exclusivity appeal | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Teleconference with M. Hurford re opening brief in exclusivity appeal and related issues | 0.60 | TJT |
| Jul-18-07 | *Case Administration* - Review case status memo re week ending 7/13/07 | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to S&R's motion to supplement record re 3 PD claims with attachments | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice trial brief re 7/30-7/31 trial | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review claimants' final witness list for 7/30-7/31 trial | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review claimants' list of exhibits for 7/30-7/31 trial | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' trial exhibit list re 7/30/-7/31 trial | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review claimants' objections to debtors' exhibit list for 7/30-7/31 trial | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review opening brief filed in Mission Towers, et al. appeal 07-287 | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review e-mail from J. Sakalo re debtors' potential settlement of environmental claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Certificate of Counsel re Town of Action claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Certificate of Counsel Del Taco claim objection and proposed protective order | 0.20 | TJT |
|  | *Case Administration* - Review Duane Morris May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Capstone May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Socha Perzak first Quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review renotice of deposition of T. Eagen | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Kelly & Ferraro's responses and objections to 3rd set of interrogatories | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re appendix to opening brief re exclusivity appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review State of California's response to debtors' reply to objections to 10th exclusivity extension request motion | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re opening brief in exclusivity appeal | 0.10 | TJT |
|  | *Case Administration* - Prepare weekly case status report of 3rd Cir., district court and adversary proceedings | 0.20 | LC |
|  | *Case Administration* - Review docket re case status for week ending 7/13/07, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jul-19-07 | *Case Administration* - 7/19/07 hearing follow-up | 0.10 | SGW |
|  | *Case Administration* - Review Woodcock Washburn April Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 7/19/07 hearing | 0.20 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 1.80 | TJT |
|  | *Plan and Disclosure Statement* - Review joinder by Anderson Memorial | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Hospital in asbestos creditors' objections to debtors' 10th motion to extend exclusivity | | |
| | *Plan and Disclosure Statement* - Review State of California's revised objection to debtor's reply re objections to 10th exclusivity extension motion | 0.10 | TJT |
| Jul-20-07 | *Case Administration* - Review notice of address change & forward to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft 8th monthly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA Certificate of No Objection re 58th monthly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin 71st monthly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re 73rd monthly fee application for filing | 0.10 | LLC |
| | *Case Administration* - 7/5/07 hearing follow-up re PD claim issues (.1); confer with T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Case Administration* - Review Latham & Watkins' March Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re deposition BMC and Rust Consulting | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re estimation discovery | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re FCR's proposed consent order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from D. Felder re FCR's consent order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with D. Felder re FCR's consent order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR slides for 7/23 hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with M. Kramer re FCR consent order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with M. Kramer re FCR consent order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review and execute FCR consent order and send to D. Felder | 0.30 | TJT |
| | *Hearings* - Prepare for 7/30/07 hearing | 0.10 | TJT |
| | *Hearings* - Correspond with S. Weiler re 7/5/07 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Hilsoft's April - May 07 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's April - May 07 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Hamilton's May 07 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hamilton's May 07 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and | 0.30 | MH |

|  |  |  |  |
|---|---|---|---|
|  | Certificate of Service re Bilzin's May 07 Fee Application | | |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Bilzin's May 07 Fee Application | 0.50 | MH |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's May 07 Fee Application | 0.30 | MH |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve re Ferry, Joseph & Pearce's May 07 Fee Application | 0.50 | MH |
| Jul-21-07 | *Case Administration* - Review Day Pitney May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Capstone 13th Quarterly Fee Application | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 7/23/07 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' amendment to reply to objections to 10th request to extend exclusivity and prepare correspondence to S. Baena re same | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' reply to objections to 10th request to extend exclusivity | 0.30 | TJT |
| Jul-22-07 | *Case Administration* - Review case status memo for week ending 7/13/07 | 0.10 | TJT |
|  | *Case Administration* - Review Latham & Watkins April Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion for leave to file exhibits to brief under seal re opposition to PI Firms' motion for protective orders | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 7/23/07 hearing | 2.20 | TJT |
|  | *Hearings* - Correspond with S. Baena and J. Sakalo re preparation for 7/23 hearing | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Correspond with committee member re debtors' amendment to reply to objections to 10th request to extend exclusivity | 0.10 | TJT |
| Jul-23-07 | *Case Administration* - Review amended agenda re 7/23 hearing | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Review debtors' brief in support of opposition to PI Law Firms' motion for protective order with attachments | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re FCR's consent order | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 7/23/07 hearing preparation | 0.10 | TJT |
|  | *Hearings* - Prepare for and attend Bankruptcy Court | 5.00 | TJT |
|  | *Case Administration* - e-mail from S. Weiler re 7/5/07 hearing transcript, download same | 0.10 | MH |
|  | *Case Administration* - Review docket re case status for week ending 7/20/07, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| Jul-24-07 | *Case Administration* - Review case status memo re week ending 7/20/07 | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re 7/23/07 hearing & status of exclusivity | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* - confer with TJT re 7/23/07 hearing | 0.60 | RSM |
|  | *Case Administration* - 7/23/07 hearing follow-up (.2); teleconference with B. McCarthy at USBC re same (.1) | 0.30 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion for leave to file expert report of Dr. Anderson re hazard | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Beana re order granting debtors' motion for leave to file Dr. Anderson's report re hazard | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving stipulation with IRS re objection to claim | 0.10 | TJT |
|  | *Case Administration* - Review notice of withdrawal of pro hac motion for Wehrer by Asbestos Committee | 0.10 | TJT |
|  | *Case Administration* - Review L. Smith and Assoc. June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Latham & Watkins May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson Jan. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Stroock May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review renotice of deposition of BMC Group by FCR | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Confer with RSM re teleconference with committee re coverage | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review renotice of deposition of Rust Consulting by FCR | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review expert report of Dr. Roggli with attachments | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review expert report of J. Radecki, Jr. | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review expert report of P. Stallard with attachments | 0.80 | TJT |
|  | *Plan and Disclosure Statement* - Confer with RSM re argument re exclusivity extension and related issues | 0.50 | TJT |
| Jul-25-07 | *Case Administration* - Review agenda re 7/30 - 7/31 hearing | 0.10 | LLC |
|  | *Case Administration* - 7/19/07 hearing follow-up | 0.10 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to Motley Rice's exhibits for 7/30-7/31 hearing | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply brief re statute of limitations for Motley Rice claimants to be tried on 7/30-7/31 | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion in limine re sovereign immunity to exclude testimony asserted by Motley claimants re 7/30-7/31 hearing | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' settlement with Sempra Energy | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order resolving debtors' objection to Mass. Dept. of Revenue | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 7/20/07 | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick Jan. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson Feb. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review notice of change of address of Montgomery McCracken firm and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed PI Committee | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by PI Committee to debtors' motion to compel DII Trust to provide documents | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Celotex Trust's opposition to debtors' motion to compel production of documents with voluminous attachments | 1.50 | TJT |
|  | *Hearings* - Review correspondence from S. Weiler re 7/19/07 hearing | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | follow-up | | |
| | *Hearings* - Review agenda for 7/30-7/31 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 7/30-7/31 hearing preparation | 0.10 | TJT |
| | *Case Administration* - Prepare weekly case status report of 3rd Cir., district court and adversary proceedings | 0.20 | LC |
| | *Case Administration* - download 7/19/07 hearing transcript | 0.10 | MH |
| Jul-26-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re 7/30-7/31 trial re Motley Rice claims and settlement thereof | 0.20 | TJT |
| | *Case Administration* - Review Baker Donaldson March Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Plan and Disclosure Statement* - download and review order terminating exclusivity | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to committee members and co-counsel re order terminating exclusivity | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspond with J. Sakalo re order terminating exclusivity | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspond with counsel for PI Committee and FCR re order terminating exclusivity | 0.10 | TJT |
| | *Case Administration* - Review note from T. Tacconelli re receipt of Fee Application payments, update Fee Application payments received chart, provide copy of same with supporting documents to T. Tacconelli and accounts payable | 0.20 | MH |
| Jul-27-07 | *Case Administration* - Review amended final agenda re cancellation of 7/30 - 7/31 hearing and related issues | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -confer with TJT re; order denying exclusivity | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re claims of Town of Action, Mass. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving proposed protective order re Deltaco claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review motion by State of Iowa for leave to file late proof of claim | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 4th order re 22nd omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Holmes Roberts Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to implement 2007-09 LTIP | 0.30 | TJT |
| | *Case Administration* - Review Richardson Patrick Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review DII Trust's response to debtors' motion to compel with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Motley Rice motion to file response to motion to compel under seal | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 7/30-7/31 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re plan issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | exclusivity appeal | | |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's June prebill | 0.80 | TJT |
| Jul-28-07 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 34th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 7th continuation order re 20th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Foreman Perry May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick March Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review protective order re Manville Trust documents | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review opposition by PI/FCR to debtors' renewed request for attorney depositions | 0.40 | TJT |
| | *Hearings* - Review notice of hearing on 8/1/07 | 0.10 | TJT |
| Jul-29-07 | *Case Administration* - Review PSZY&J May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan LLC's March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review order approving sale of Washcoat business with attachments | 0.20 | TJT |
| | *Case Administration* - Review Day Pitney June 07 Fee Application | 0.10 | TJT |
| Jul-30-07 | *Case Administration* - Review notice of agenda re 8/1/07 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin June, 2007 fee application for filing & confer with M. Hedden re same | 0.20 | LLC |
| | *Fee Applications, Others* - Review HR&A June, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review June, 2007 fee application for filing | 0.20 | LLC |
| | *Case Administration* - Follow-up teleconference with B. McCarthy re 7/23/07 hearing follow-up (.1); teleconference with E. Ryan re obtaining hearing transcript on an expedited basis and correspond with co-counsel and other interested parties and confer with T. Tacconelli re same (.2) | 0.30 | SGW |
| | *Case Administration* - Review K&E's May Fee Application | 0.30 | TJT |
| | *Case Administration* - Review BIR June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report of J. Biggs with supporting documents | 3.50 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 7/23/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 7/23/07 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - download 7/23/07 hearing transcript | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's June Fee Application, attach current notice parties list, and prepare Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's June Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's June Fee Application, attach current notice parties list, prepare Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's | 0.50 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | June Fee Application | | |
| | *Fee Applications, Applicant* - Edit Ferry, Joseph & Pearce's June prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - Modify Ferry, Joseph & Pearce's June invoice for filing with Ferry, Joseph & Pearce's June Fee Application, prepare Notice, Summary and Certificate of Service re same | 1.30 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's June Fee Application | 0.50 | MH |
| Jul-31-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re amendments to PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 7/23/07 hearing transcript re PD issues | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re State of New Jersey's motion to allow late-filed proof of claim | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for June 07 | 0.30 | TJT |
| | *Case Administration* - Review debtors' 24th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review debtors' 24th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson's 11th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins' 25th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Protiviti's 12th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney 25th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review motion by Baron & Budd, et al to file response to debtors' motion to compel responses to interrogatories under seal and review proposed response with attachments | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel by Baron & Budd, et al. to file reply to debtors' motion to compel responses to interrogatories under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review MMWR Firms' brief in opposition to debtors' motion to compel responses to interrogatories and take firm depositions | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting Baron & Budd, et al's motion for leave to file response under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting Motley Rice's motion for leave to file response under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' reply brief re motion to compel Celotex and DII Industries' Trusts to respond to subpoenas with attachments | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - Review 7/23/07 hearing transcript re PI issues | 0.30 | TJT |
| | *Hearings* - Memo to paralegal re 7/23/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review order scheduling omnibus hearing on 8/29/07 | 0.10 | TJT |
| | *Hearings* - Review agenda for 8/1/07 hearing | 0.10 | TJT |
| | Totals | 102.20 | |

**Invoice No. 24485**               **Page** 15 of 15                              **August 28, 2007**

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Jul-09-07 | *Expense* - Business Card - court call 5/30/07 hearing | 122.50 |
| | *Expense* - Business Card - court call 6/8/07 hearing | 25.00 |
| Jul-17-07 | *Expense* - J&J Court Transcribers | 134.46 |
| Jul-18-07 | *Expense* - J&J Court Transcribers | 197.54 |
| Jul-20-07 | *Expense* - Copying cost  180 @ 0.10 | 18.00 |
| | *Expense* - Postage  8 @ 1.14 | 9.12 |
| | *Expense* - service supplies  15 @ 0.45 | 6.75 |
| Jul-25-07 | *Expense* - Pacer Service Center - 4/1 - 6/30/07 (RSM) | 35.04 |
| | *Expense* - Pacer Service Center - 4/1 - 6/30/07 (SGW) | 10.08 |
| | *Expense* - Pacer Service Center - 4/1 - 6/30/07 (TJT) | 46.32 |
| Jul-30-07 | *Expense* - Business Card - court call 7/5/07 hearing | 181.00 |
| | *Expense* - Business Card - court call 6/26/07 hearing | 116.00 |
| | *Expense* - Copying cost  201 @ 0.10 | 20.10 |
| | *Expense* - Postage | 2.67 |
| Jul-31-07 | *Expense* - J&J Court Transcribers | 1,023.20 |
| | *Expense* - Tristate Courier & Carriage - hand delivery | 6.50 |
| | Totals | $1,954.28 |

**Total Fees & Disbursements**                              **$26,488.78**

**Balance Due Now**                                         **$26,488.78**