## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: 9/17/2007** |
| | | **Hearing Date: 9/24/2007 @ 2:00 p.m.** |

**SUMMARY OF THE TWENTY-FOURTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2007 THROUGH MARCH 31, 2007[1]**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | January 1, 2007 through March 31, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 99,805.00 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Twenty-Fourth Interim Quarterly Application, (although it is actually RPWB's eighteenth such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02- 10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02- 11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02- 12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03- 01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03- 02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16,2003 | 03/01/03- 03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03- 04/30/03 | $102,950.00 | $149,727.83 | $102,950.00 | $149,727.83 |
| July 21, 2003 | 05/01/03- 05/31/03 | $174,462.25 | $48,658.57 | $174,462.25 | $48,658.57 |
| August 15, 2003 | 06/01/03- 06/30/03 | $202,080.25 | $71,550.40 | $202,080.25 | $71,550.40 |
| September 15, 2003 | 07/01/03- 07/31/03 | $126,035.00 | $25,802.60 | $126,035.00 | $25,802.60 |
| October 23, 2003 | 08/01/03- 08/30/03 | $121,733.75 | $26,563.23 | $121,733.75 | $26,563.23 |
| November 12, 2003 | 09/01/03- 09/30/03 | $69,708.00 | $19,989.71 | $66,513.01 | $19,989.71 |
| December 8, 2003 | 10/01/03- 10/30/03 | $24,786.50 | $5,853.38 | $24,786.50 | $5,853.38 |
| February 8, 2004 | 11/01/03- 11/30/03 | $13,566.00 | $106.03 | $13,566.00 | $106.30 |
| February 8, 2004 | 12/01/03- 12/31/03 | $12,107.50 | $11,256.59 | $12,107.50 | $11,256.59 |
| April 21, 2004 | 01/01/04- 01/31/04 | $17,311.00 | $1,427.54 | $17,311.00 | $1,427.54 |
| April 21, 2004 | 02/01/04- 02/29/04 | $36,536.50 | $3,023.68 | $36,536.50 | $3,023.68 |
| July 23, 2004 | 03/01/04- 03/31/04 | $6,212.50 | $100.02 | 6,212.50 | $100.02 |
| August 17, 2004 | 04/01/2004- 04/30/2004 | $327.50 | $ 0 | $327.50 | $ 0 |
| August 17, 2004 | 05/01/2004- 05/31/2004 | $1,962.50 | $ 0 | $1,962.50 | $ 0 |
| August 17, 2004 | 06/01/2004- 06/20/2004 | $24,797.50 | $ 0 | $24,797.50 | $ 0 |
| October 25, 2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $0 | $12,247.50 | $ 0 |
| October 25, 2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | $13,955.00 | $ 0 |
| November 23, 2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | $31,334.00 | $374.29 |
| November 23, 2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | $210,386.00 | $21,705.95 |
| January 12, 2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | $23,932.50 | $13,414.72 |

| January 12, 2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | $9,507.50 | $145.53 |
|---|---|---|---|---|---|
| February 28, 2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | $4,257.50 | $1,109.11 |
| March 29, 2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | $7,082.50 | $33.46 |
| May 10, 2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | $13,675.00 | $954.22 |
| August 19, 2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | $7,500.00 | $7.60 |
| August 19, 2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | $7,662.50 | $29.60 |
| August 25, 2005 | 6/1/2005-6/30/2005 | $5,187.50 | $0 | $5,187.50 | $0 |
| October 25, 2005 | 7/1/2005-7/30/2005 | $2,595.00 | $0 | $2,595.00 | $0 |
| November 10, 2005 | 8/1/2005-8/31/2005 | $7,430.00 | $401.08 | $7,430.00 | $401.08 |
| November 10, 2005 | 9/1/2005-9/30/2005 | $6,562.50 | $0 | $6,562.50 | $0 |
| January 20, 2006 | 10/1/2005-10/31/2005 | $4,630.00 | $0 | $4,630.00 | $0 |
| January 20, 2006 | 11/1/2005-11/30/2005 | $8,710.00 | $0 | $8,710.00 | $0 |
| January 20, 2006 | 12/1/2005-12/31/2005 | $4,312.00 | $0 | $4,312.00 | $0 |
| March 10, 2006 | 1/1/2006-1/31/2006 | $7,125.00 | $38.40 | $7,125.00 | $38.40 |
| November 15, 2006 | 2/1/2006-2/28/2006 | $10,907.50 | $0 | $10,907.50 | $0 |
| November 15, 2006 | 3/1/2006-3/31/2006 | $6,975.00 | $0 | $6,975.00 | $0 |
| November 3, 2006 | 4/1/2006-4/30/2006 | $6,125.00 | $0 | $6,125.00 | $0 |
| November 3, 2006 | 5/1/2006-5/31/2006 | $5,125.00 | $0 | $5,125.00 | $0 |
| November 3, 2006 | 6/1/2006-6/30/2006 | $4,312.50 | $0 | $4,312.50 | $0 |
| November 23, 2006 | 7/1/2006-7/31/2006 | $2,250.00 | $0 | $2,250.00 | $0 |
| November 23, 2006 | 8/1/2006-8/31/2006 | $4,125.00 | $0 | $4,125.00 | $0 |
| November 23, 2006 | 9/1/2006-9/30/2006 | $5,937.50 | $0 | $5,937.50 | $0 |
| May 29, 2007 | 10/1/2006-10/30/2006 | $6,500.00 | $0 | $6,500.00 | $0 |
| May 29, 2007 | 11/1/2006-11/30/2006 | $4,750.00 | $0 | $4,750.00 | $0 |
| May 29, 2007 | 12/1/2006-12/31/2006 | $22,917.50 | $0 | $22,917.50 | $0 |
| July 20, 2007 | 1/1/2007-1/31/2007 | $57,062.50 | $0 | | |
| July 20, 2007 | 2/1/2007-2/28/2007 | $6,867.50 | $0 | | |
| July 20, 2007 | 3/1/2007-3/31/2007 | $35,875.00 | $0 | | |

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 117.7 | $76,505.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 49.5 | $19,800.00 |
| TOTALS | | | | | 39.2 | $96,305.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 24.0 | $3,000.00 |
| Kim Camarda | Paralegal | 12 | Litigation | $125 | 4.0 | $500.00 |
| TOTALS | | | | | 28.0 | $3,500.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 195.2 | $99,805.00 |
| TOTALS | 195.2 | $99,805.00 |

## ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| No expenses incurred during this interim period | |
| Total | $ 0 |

Dated: August 28, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook
 & Brickman
174 East Bay Street
Charleston, SC 29401
Tel: (843) 727-6513
Fax: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS