# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
|  | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
## OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE
## INTERIM PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

Name of Applicant:                                          Richardson Patrick Westbrook
                                                                            & Brickman, LLC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                       July 22, 2002

Period for which compensation and
Reimbursement is sought:                                  January 1, 2007 through
                                                                            January 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $ 57,062.50

Amount of Expenses Reimbursement:                  $ 0

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 16328
Date 7/20/07

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 –2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 –3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 10/1/2006-10/31/2006 | $6,500.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 11/1/2006-11/30/2006 | $4,750.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 12/1/2006-12/31/2006 | $22,917.5 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Fifty-Second RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 53.0 | $34,450.00 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 49.5 | $19,800.00 |
| TOTALS | | | | | 102.5 | $54,250.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 22.5 | $2,812.50 |
| TOTALS | | | | | | |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 125.0 | $57,062.50 |
| TOTALS | 125.0 | $57,062.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: July 20, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Tel: (843) 727-6513
Fax: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

VERIFICATION

STATE OF SOUTH CAROLINA    )
                                                  )
COUNTY OF CHARLESTON      )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook &
Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson,
Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on
behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick,
Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true
and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed
Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and
331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses
for Professionals and Official Committee Members', signed April 17, 2002, and submit that the
Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 9th day of July , 2007.

Kimberly a. garuo
Notary Public for South Carolina
My Commission Expires: 02/04/14

05/07/2007                                                                                                        1

# Time and Expense report
## 01/01/2007 - 01/31/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **01/02/2007** | | | | |
| 01/02/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.00 | $800.00 |
| rturkewitz | 0000 | | Telephone conversations with Bill Sullivan and Darrell Scott re Designation; received and reviewed additional Designations from Darrell Scott. | | | |
| **Day:** | | **01/03/2007** | | | | |
| 01/03/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |
| rturkewitz | 0000 | | Review of Designations; Telephone conference with Bill Sullivan re additional changes for Designations; final review of Designations; preparation of factual evaluation of Court's decision. | | | |
| **Day:** | | **01/04/2007** | | | | |
| 01/04/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
| rturkewitz | 0000 | | Continued preparing factual evaluation of Court's decision; meeting with Ed Westbrook and Bobby Wood re response. | | | |
| 01/04/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.50 | $2,925.00 |
| ewestbrook | 0000 | | Work on drafting memos on various points involved in Order (4.); conference with Rob Turkewitz and Bobby Wood regarding assignments for appeal of ZAI Order (.5) | | | |
| 01/04/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review Yang depositions regarding Grace testing procedures to show Grace marketed their testing as good (for ZAI appeal) | | | |
| **Day:** | | **01/05/2007** | | | | |
| 01/05/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 9.00 | $5,850.00 |
| ewestbrook | 0000 | | Work on appellate brief (6.5); conversation with Katie McElveen regarding legal issues (.5); review legal researcg (2) | | | |
| **Day:** | | **01/08/2007** | | | | |
| 01/08/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI briefs for any Yang depositions and testimony regarding Grace testing procedures to show Grace marketed their testing as good and any Grace CPSC - related documents (for ZAI appeal) | | | |
| 01/08/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.50 | $5,525.00 |
| ewestbrook | 0000 | | Work on ZAI Appellate brief, including drafting sections, reviewing records and reading m emos from attorneys and law clerks regarding assignments | | | |
| 01/08/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.00 | $2,000.00 |
| rturkewitz | 0000 | | Reviewed and forwarded emails to Ed Westbrook re Reply. | | | |

05/07/2007

2

# Time and Expense report
### 01/01/2007 - 01/31/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **01/09/2007** | | | | |
| 01/09/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.00 | $2,000.00 |
| rturkewitz | 0000 | | Reviewed and forwarded emails to Ed Westbrook re Reply. | | | |
| 01/09/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.40 | $5,460.00 |
| ewestbrook | 0000 | | Continued work on ZAI Appellate brief, drafting, revising and extracting materials from record for the brief | | | |
| 01/09/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Compile and review all Yang information and CPSC related documents from ZAI briefs | | | |
| **Day:** | | **01/10/2007** | | | | |
| 01/10/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 7.50 | $4,875.00 |
| ewestbrook | 0000 | | Continued work on ZAI Appellate brief | | | |
| 01/10/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.00 | $2,000.00 |
| rturkewitz | 0000 | | Reviewed and forwarded emails to Ed Westbrook re Reply. | | | |
| **Day:** | | **01/11/2007** | | | | |
| 01/11/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review all plaintiff and defense ZAI briefs for all Henry Anderson information and verify all Yang references compiled (4); send emails to ZAI homeowners regarding inquiries (1) | | | |
| **Day:** | | **01/12/2007** | | | | |
| 01/12/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.50 | $5,525.00 |
| ewestbrook | 0000 | | Work on response to Grace Opposition to Motion for Leave (5); review cases (1); working on revisions to the appellate brief (2.5) | | | |
| **Day:** | | **01/16/2007** | | | | |
| 01/16/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | 0000 | | Email ZAI homeowner regarding inquiries and status | | | |
| **Day:** | | **01/18/2007** | | | | |
| 01/18/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | 0000 | | Correspondence to ZAI homeowners regarding inquiries and status | | | |
| 01/18/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.60 | $4,290.00 |
| ewestbrook | 0000 | | Continue work on reply brief supporting motion for leave to appeal, make revisions, review cases for addition into the brief (3.6); work on draft appellate brief, make revisions (2.5); communications wtih co-counsel regarding brief and materials needed for the brief (.5) | | | |

3

# Time and Expense report
## 01/01/2007 - 01/31/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **01/19/2007** | | | | |
| 01/19/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Review of Reply; telephone conversations with Ed Westbrook re Reply. | $400.00 | 1.50 | $600.00 |
| **Day:** | | **01/20/2007** | | | | |
| 01/20/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued reviewing documents and preparing Designation. | $400.00 | 4.00 | $1,600.00 |
| **Day:** | | **01/22/2007** | | | | |
| 01/22/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepared memo to Ed Westbrook re thoughts on ZAI decision; reviewed emails from Ed Westbrook and Jay Sakalow; meeting with Ed Westbrook re Appeal. | $400.00 | 5.00 | $2,000.00 |
| 01/22/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepared Designation of items to be included in Appeal and issues. | $400.00 | 3.50 | $1,400.00 |
| **Day:** | | **01/26/2007** | | | | |
| 01/26/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received, reviewed and revised Appeal; gathered facts. | $400.00 | 4.50 | $1,800.00 |
| **Day:** | | **01/29/2007** | | | | |
| 01/29/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued reviewing and revising draft Appeal; began reviewing transcripts for issues on Motion for Leave to Appeal. | $400.00 | 6.00 | $2,400.00 |
| **Day:** | | **01/30/2007** | | | | |
| 01/30/2007<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Respond to various ZAI homeowners via phone and email | $125.00 | 2.00 | $250.00 |

| | |
|---|---|
| **Grand Total:** | **$57,062.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$57,062.50** |
| **Total Hours/Report:** | **125.00** |
| **Count:** | **26** |

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from January 1, 2007 through January 31, 2007* to be made this July 20, 2007 upon the parties identified on the attached service list, in the manner indicated.


*July 20, 2007*                              */s/ William D. Sullivan*
Date                                         William D. Sullivan

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                    Chapter: 11 v                Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)


### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 7/20/2007 at 11:12 AM EDT and filed on 7/20/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 16328

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from January 1, 2007 through January 31, 2007* Filed by Richardson Patrick Westbrook & Brickman, LLC. Objections due by 8/9/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\RPWB\Jan 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/20/2007] [FileNumber=5762127-0]
[08a490c383ef09a93272ec10d4db949950f6e9eb2122ed917cfed82a32ef2784efec
e1c4649f7c53e26325a61001b4d494b22797e2f47dfeff3297e086f5840d]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\RPWB\Jan 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/20/2007] [FileNumber=5762127-1]
[62458bdfe586353d8c3eca32f4d0df0c5b8fb41b22953a41de997b69533ebbd88183
411da359a853787a8745ab4e53a8fc2733e980e9f51dbe3af6e48b2977c2]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com