# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
## OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM
## <u>PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007</u>

Name of Applicant:                                   Richardson Patrick Westbrook
                                                                    & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                              July 22, 2002

Period for which compensation and
Reimbursement is sought:                          February 1, 2007 through
                                                                    February 28, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $ 6,867.50

Amount of Expenses Reimbursement:                 $ 0

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 16329
Date 7/20/07

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served<br>on counsel | No objections served<br>on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50 | $33.46 | No objections served<br>on counsel | No objections served<br>on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22 | No objections served<br>on counsel | No objections served<br>on counsel |
| 8/19/2005 | 4/1/2005-<br>4/30/2005 | $7,500.00 | $7.60 | No objections served<br>on counsel | No objections served<br>on counsel |
| 8/19/2005 | 5/1/2005-<br>5/31/2005 | $7,662.50 | $29.60 | No objections served<br>on counsel | No objections served<br>on counsel |
| 8/25/2005 | 6/1/2005-<br>6/30/2005 | $5,187.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 10/25/2005 | 7/1/2005-<br>7/30/2005 | $2,595.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/10/2005 | 8/1/2005-<br>8/31/2005 | $7,430.00 | $ 401.08 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/10/2005 | 9/1/2005-<br>9/30/2005 | $6,562.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 1/20/2006 | 10/1/2005-<br>10/31/2005 | $4,630.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 1/20/2006 | 11/1/2005-<br>11/30/2005 | $8,710.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 1/20/2006 | 12/1/2005-<br>12/31/2005 | $4,312.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 3/10/2006 | 1/1/2006-<br>1/31/2006 | $7,125.00 | $ 38.40 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/15/2006 | 2/1/2006 –<br>2/28/2006 | $10,907.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/15/2006 | 3/1/2006 –<br>3/31/2006 | $6,975.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 4/1/2006-<br>4/30/2006 | $6,125.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 5/1/2006-<br>5/31/2006 | $5,125.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/3/2006 | 6/1/2006-<br>6/30/2006 | $4.312.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/23/2006 | 7/1/2006-<br>7/31/2006 | $2,250.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/23/2006 | 8/1/2006-<br>8/31/2006 | $4,125.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 11/23/2006 | 9/1/2006-<br>9/30/2006 | $5,937.50 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 5/29/2007 | 10/1/2006-<br>10/31/2006 | $6,500.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 5/29/2007 | 11/1/2006-<br>11/30/2006 | $4,750.00 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
| 5/29/2007 | 12/1/2006-<br>12/31/2006 | $22,917.5 | $ 0 | No objections served<br>on counsel | No objections served<br>on counsel |
|  | 1/1/2007-<br>1/31/2007 | $57,062.50 | $ 0 | Pending | Pending |

This is the Fifty-Third RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 9.7 | $6,305.00 |
| TOTALS | | | | | 9.7 | $6,305.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | .5 | $62.50 |
| Kim Camarda | Paralegal | 13 | Litigation | $125 | 4.0 | $500.00 |
| TOTALS | | | | | 4.5 | $562.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 14.2 | $6,867.50 |
| TOTALS | 14.2 | $6,867.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: July 20, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

VERIFICATION

STATE OF SOUTH CAROLINA    )
                                                     )
COUNTY OF CHARLESTON      )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 19th day of July , 2007.

Kimberly a. garcia
Notary Public for South Carolina
My commission Expires: 02/04/14

03/28/2007

# Time report
## 02/01/2007 - 02/28/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name<br> | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **02/05/2007** | | | | |
| 02/05/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | 0000 | | Telephone conversation with ZAI homeowner | | | |
| **Day:** | | **02/06/2007** | | | | |
| 02/06/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| kcamarda | 0000 | | Review of Motion for Summary Judgement and Response and review of 10/4/04 transcript in preparation for ZAI hearing | | | |
| **Day:** | | **02/21/2007** | | | | |
| 02/21/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.00 | $1,300.00 |
| ewestbrook | 0000 | | Review Grace motion for summary judgment to be certain none implicate ZAI and to analyze Grace legal arguments for applicability to ZAI (1.4); dictate memos regarding points for ZAI hearing before district court and bankruptcy court (.6) | | | |
| **Day:** | | **02/22/2007** | | | | |
| 02/22/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.50 | $975.00 |
| ewestbrook | 0000 | | Work on argument outline for district judge (1.2); participate in pd committee meeting regarding scheduling of matters (.3) | | | |
| **Day:** | | **02/28/2007** | | | | |
| 02/28/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.20 | $4,030.00 |
| ewestbrook | 0000 | | Work on outline for district court argument interlocutory appeal, read cases and prepare notes | | | |

| | |
|---|---|
| **Grand Total:** | **$6,867.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$6,867.50** |
| **Total Hours/Report:** | **14.20** |
| **Count:** | **5** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of Richardson Patrick Westbrook &*

*Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead*

*Special Counsel for the Interim Period from February 1, 2007 through February 28, 2007* to be

made this July 20, 2007 upon the parties identified on the attached service list, in the manner

indicated.


*July 20, 2007*                                     */s/ William D. Sullivan*
Date                                                William D. Sullivan

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
  Type: bk                Chapter: 11 v                      Office: 1 (Delaware)
  Judge: JKF           Assets: y
  Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 7/20/2007 at 11:14 AM EDT and filed on 7/20/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**    01-01139-JKF
**Document Number:** 16329

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from February 1, 2007 through February 28, 2007* Filed by Richardson Patrick Westbrook & Brickman, LLC. Objections due by 8/9/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\RPWB\Feb 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/20/2007] [FileNumber=5762149-0]
[8ecda6ea29122419623bb539d6a90761670a42f133c479b73d48e9ec73ae3fe42029
eeccc851459987f2c3e418b38219f028196116f4012940d468c93c357d63]]
**Document description:** Certificate of Service
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\RPWB\Feb 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/20/2007] [FileNumber=5762149-1]
[4a22c977537cae043569e1b2be353f9607006443cdc54c293c6c02c6f0445f221763
c106366c235acdb96f2c1dd49347b4e3413f9cf655ecc80595bfdc692a9f]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com