# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

Name of Applicant:                                    Richardson Patrick Westbrook
                                                      & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                              March 1, 2007 through
                                                      March 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 35,875.00

Amount of Expenses Reimbursement:                     $ 0

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

Docket No. 16330
Date  7/20/07

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 10/1/2006-10/31/2006 | $6,500.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 11/1/2006-11/30/2006 | $4,750.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/29/2007 | 12/1/2006-12/31/2006 | $22,917.5 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 1/1/2007-1/31/2007 | $57,062.50 | $ 0 | Pending | Pending |
| 7/20/2007 | 2/1/2007-2/28/2007 | $6,867.50 | $ 0 | Pending | Pending |

This is the Fifty-Fourth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 55.0 | $35,750.00 |
| TOTALS | | | | | 55.0 | $35,750.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 1.0 | $125.00 |
| TOTALS | | | | | 1.0 | $125.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Tvel–Non-working 22-ZAI Science Trial | 56.0 | $35,875.00 |
| TOTALS | 56.0 | $35,875.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: July 20, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 19th day of July , 2007.

Kimberly a. garcia
Notary Public for South Carolina
My Commission Expires: 02/04/14

05/07/2007                                                                                                                              1

# Time and Expense report
## 03/01/2007 - 03/31/2007

| Date<br>Timekeeper | Client No.<br> | Client Name<br>Matter No. | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| **Day:** | | **03/01/2007** | | | | |
| 03/01/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.00 | $3,900.00 |
| ewestbrook | | 0000 | Work on oral argument notes (5.2); participate in asbestos property damage committee conference call (.8) | | | |
| **Day:** | | **03/03/2007** | | | | |
| 03/03/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| ewestbrook | | 0000 | Receive and review Grace's sur-reply memo and communicate with local counsel regarding same | | | |
| **Day:** | | **03/04/2007** | | | | |
| 03/04/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.50 | $2,925.00 |
| ewestbrook | | 0000 | Work on outline in preparation for oral argument on motion for leave to appeal (review record and cases) | | | |
| **Day:** | | **03/05/2007** | | | | |
| 03/05/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 15.50 | $10,075.00 |
| ewestbrook | | 0000 | Work in office preparing for ZAI motion for interlocutory appeal argument (2.5); travel to Philadelphia, meet with Darrell Scott and Bill Sullivan, attend argument, with with Darrell and Bill thereafter and return to Charleston, preparing for argument en route to Philadelphia and making and reviewing notes en route back to Charleston (13) | | | |
| **Day:** | | **03/06/2007** | | | | |
| 03/06/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.30 | $845.00 |
| ewestbrook | | 0000 | Review memos from Bill Sullivan and local counsel regarding ZAI-related matters, review relevant cases concerning legal issues involved | | | |
| **Day:** | | **03/07/2007** | | | | |
| 03/07/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.90 | $4,485.00 |
| ewestbrook | | 0000 | Review cases regarding ZAI issue (1.1); work on draft of motion regarding ZAI (4.1); review prior transcripts involving ZAI issues (1.7) | | | |
| **Day:** | | **03/08/2007** | | | | |
| 03/08/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.20 | $2,080.00 |
| ewestbrook | | 0000 | Work on ZAI motions | | | |
| 03/08/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | | 0000 | Review ZAI transcript summary for various quotes by Judge Fitzgerald (cannot resolve this case in summary judgment) | | | |

05/07/2007

2

# Time and Expense report
### 03/01/2007 - 03/31/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **03/09/2007** | | | | |
| 03/09/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Work on ZAI motion and read cases concerning motion | $650.00 | 1.20 | $780.00 |
| **Day:** | | **03/13/2007** | | | | |
| 03/13/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Work on discovery motion and review recent transcript in connection therewith | $650.00 | 1.60 | $1,040.00 |
| 03/13/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Further work on ZAI motion | $650.00 | 2.10 | $1,365.00 |
| **Day:** | | **03/22/2007** | | | | |
| 03/22/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Review recent Supreme Court Opinion on bankruptcy court needing to apply state law, prepare supplemental authority notice to district court judge | $650.00 | 1.80 | $1,170.00 |
| **Day:** | | **03/27/2007** | | | | |
| 03/27/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Review District Court Order, conversations with co-counsel regarding same (.8); work on ZAI motion for discovery, including revisions from co-counsel (2.4) | $650.00 | 3.20 | $2,080.00 |
| **Day:** | | **03/30/2007** | | | | |
| 03/30/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Work on motion for reconsideration | $650.00 | 5.60 | $3,640.00 |

| | |
|---|---|
| **Grand Total:** | **$35,875.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$35,875.00** |
| **Total Hours/Report:** | **56.00** |
| **Count:** | **14** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of Richardson Patrick Westbrook &*

*Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead*

*Special Counsel for the Interim Period from March 1, 2007 through March 31, 2007* to be made

this July 20, 2007 upon the parties identified on the attached service list, in the manner indicated.


*July 20, 2007*                                           */s/ William D. Sullivan*
Date                                                          William D. Sullivan

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                        Chapter: 11 v                Office: 1 (Delaware)
Judge: JKF                      Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 7/20/2007 at 11:16 AM EDT and filed on 7/20/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 16330

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from March 1, 2007 through March 31, 2007* Filed by Richardson Patrick Westbrook & Brickman, LLC. Objections due by 8/9/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\RPWB\Mar 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/20/2007] [FileNumber=5762159-0]
[062f5bcb6dc9c105b079cc51b9595ad653f0aa09453a7ee7242b8b48d845f3966f89
3e846cb7dddbf246b42bf6f41d1ed1ef4324294b997d6a5c4ae150a1c1d5]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\RPWB\Mar 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/20/2007] [FileNumber=5762159-1]
[9872077e3a85f8339925c2f06120a32176c8520b0a18e1c523da160dc30ae9e58a20
73fcb626fbe069934fda02469eabed95f15f22c15e622720255ef1ec7129]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com