# **EXHIBIT D**

07/20/2007

1

# Time and Expense report
## 01/01/2007 - 03/31/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |

**Day:** 01/02/2007

**Transaction:** L106

| 01/02/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.00 | $800.00 |
|---|---|---|---|---|---|---|
| rturkewitz | | 0000 | Telephone conversations with Bill Sullivan and Darrell Scott re Designation; received and reviewed additional Designations from Darrell Scott. | | | |

**Day:** 01/03/2007

**Transaction:** L106

| 01/03/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |
|---|---|---|---|---|---|---|
| rturkewitz | | 0000 | Review of Designations; Telephone conference with Bill Sullivan re additional changes for Designations; final review of Designations; preparation of factual evaluation of Court's decision. | | | |

**Day:** 01/04/2007

**Transaction:** L106

| 01/04/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
|---|---|---|---|---|---|---|
| rturkewitz | | 0000 | Continued preparing factual evaluation of Court's decision; meeting with Ed Westbrook and Bobby Wood re response. | | | |
| 01/04/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.50 | $2,925.00 |
| ewestbrook | | 0000 | Work on drafting memos on various points involved in Order (4.); conference with Rob Turkewitz and Bobby Wood regarding assignments for appeal of ZAI Order (.5) | | | |
| 01/04/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | | 0000 | Review Yang depositions regarding Grace testing procedures to show Grace marketed their testing as good (for ZAI appeal) | | | |

**Day:** 01/05/2007

**Transaction:** L106

| 01/05/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 9.00 | $5,850.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Work on appellate brief (6.5); conversation with Katie McElveen regarding legal issues (.5); review legal researcg (2) | | | |

**Day:** 01/08/2007

**Transaction:** L106

| 01/08/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.50 | $5,525.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Work on ZAI Appellate brief, including drafting sections, reviewing records and | | | |

07/20/2007

2

# Time and Expense report
## 01/01/2007 - 03/31/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |
| | | | reading memos from attorneys and law clerks regarding assignments | | | |
| 01/08/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.00 | $2,000.00 |
| rturkewitz | | 0000 | Reviewed and forwarded emails to Ed Westbrook re Reply. | | | |
| 01/08/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Review ZAI briefs for any Yang depositions and testimony regarding Grace testing procedures to show Grace marketed their testing as good and any Grace CPSC - related documents (for ZAI appeal) | | | |

**Day:** 01/09/2007

**Transaction:** L106

| 01/09/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Compile and review all Yang information and CPSC related documents from ZAI briefs | | | |
| 01/09/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.00 | $2,000.00 |
| rturkewitz | | 0000 | Reviewed and forwarded emails to Ed Westbrook re Reply. | | | |
| 01/09/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.40 | $5,460.00 |
| ewestbrook | | 0000 | Continued work on ZAI Appellate brief, drafting, revising and extracting materials from record for the brief | | | |

**Day:** 01/10/2007

**Transaction:** L106

| 01/10/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 7.50 | $4,875.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Continued work on ZAI Appellate brief | | | |
| 01/10/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.00 | $2,000.00 |
| rturkewitz | | 0000 | Reviewed and forwarded emails to Ed Westbrook re Reply. | | | |

**Day:** 01/11/2007

**Transaction:** L106

| 01/11/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review all plaintiff and defense ZAI briefs for all Henry Anderson information and verify all Yang references compiled (4); send emails to ZAI homeowners regarding inquiries (1) | | | |

**Day:** 01/12/2007

**Transaction:** L106

| 01/12/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.50 | $5,525.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Work on response to Grace Opposition to Motion for Leave (5); review cases (1); | | | |

07/20/2007     3

# Time and Expense report
## 01/01/2007 - 03/31/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| | | | working on revisions to the appellate brief (2.5) | | | |

**Day:**    01/16/2007

**Transaction:**    L106

| 01/16/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Email ZAI homeowner regarding inquiries and status | | | |

**Day:**    01/18/2007

**Transaction:**    L106

| 01/18/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Correspondence to ZAI homeowners regarding inquiries and status | | | |
| 01/18/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.60 | $4,290.00 |
| ewestbrook | 0000 | | Continue work on reply brief supporting motion for leave to appeal, make revisions, review cases for addition into the brief (3.6); work on draft appellate brief, make revisions (2.5); communications wtih co-counsel regarding brief and materials needed for the brief (.5) | | | |

**Day:**    01/19/2007

**Transaction:**    L106

| 01/19/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.50 | $600.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Review of Reply; telephone conversations with Ed Westbrook re Reply. | | | |

**Day:**    01/20/2007

**Transaction:**    L106

| 01/20/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.00 | $1,600.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Continued reviewing documents and preparing Designation. | | | |

**Day:**    01/22/2007

**Transaction:**    L106

| 01/22/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 5.00 | $2,000.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Prepared memo to Ed Westbrook re thoughts on ZAI decision; reviewed emails from Ed Westbrook and Jay Sakalow; meeting with Ed Westbrook re Appeal. | | | |
| 01/22/2007 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |
| rturkewitz | 0000 | | Prepared Designation of items to be included in Appeal and issues. | | | |

07/20/2007 4

# Time and Expense report
## 01/01/2007 - 03/31/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | 01/26/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 01/26/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received, reviewed and revised Appeal; gathered facts. | $400.00 | 4.50 | $1,800.00 |
| **Day:** | | 01/29/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 01/29/2007<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued reviewing and revising draft Appeal; began reviewing transcripts for issues on Motion for Leave to Appeal. | $400.00 | 6.00 | $2,400.00 |
| **Day:** | | 01/30/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 01/30/2007<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Respond to various ZAI homeowners via phone and email | $125.00 | 2.00 | $250.00 |
| **Day:** | | 02/05/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 02/05/2007<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with ZAI homeowner | $125.00 | 0.50 | $62.50 |
| **Day:** | | 02/06/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 02/06/2007<br>kcamarda | 200106<br>0000 | Zonolite Science Trial | L106<br>Review of Motion for Summary Judgement and Response and review of 10/4/04 transcript in preparation for ZAI hearing | $125.00 | 4.00 | $500.00 |
| **Day:** | | 02/21/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 02/21/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace motion for summary judgment to be certain none implicate ZAI and to analyze Grace legal arguments for applicability to ZAI (1.4); dictate memos regarding points for ZAI hearing before district court and bankruptcy court (.6) | $650.00 | 2.00 | $1,300.00 |
| **Day:** | | 02/22/2007 | | | | |

07/20/2007                                                                                          5

# Time and Expense report
## 01/01/2007 - 03/31/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** L106

| 02/22/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.50 | $975.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work on argument outline for district judge (1.2); participate in pd committee meeting regarding scheduling of matters (.3) | | | |

**Day:** 02/28/2007

**Transaction:** L106

| 02/28/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.20 | $4,030.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work on outline for district court argument interlocutory appeal, read cases and prepare notes | | | |

**Day:** 03/01/2007

**Transaction:** L106

| 03/01/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.00 | $3,900.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work on oral argument notes (5.2); participate in asbestos property damage committee conference call (.8) | | | |

**Day:** 03/03/2007

**Transaction:** L106

| 03/03/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Receive and review Grace's sur-reply memo and communicate with local counsel regarding same | | | |

**Day:** 03/04/2007

**Transaction:** L106

| 03/04/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.50 | $2,925.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work on outline in preparation for oral argument on motion for leave to appeal (review record and cases) | | | |

**Day:** 03/05/2007

**Transaction:** L106

| 03/05/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 15.50 | $10,075.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work in office preparing for ZAI motion for interlocutory appeal argument (2.5); travel to Philadelphia, meet with Darrell Scott and Bill Sullivan, attend argument, with with Darrell and Bill thereafter and return to Charleston, preparing for argument en route to Philadelphia and making and reviewing notes en route back to Charleston (13) | | | |

07/20/2007                                                                                                                      6

# Time and Expense report
## 01/01/2007 - 03/31/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| **Day:** | | 03/06/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 03/06/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.30 | $845.00 |
| ewestbrook | 0000 | | Review memos from Bill Sullivan and local counsel regarding ZAI-related matters, review relevant cases concerning legal issues involved | | | |
| **Day:** | | 03/07/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 03/07/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.90 | $4,485.00 |
| ewestbrook | 0000 | | Review cases regarding ZAI issue (1.1); work on draft of motion regarding ZAI (4.1); review prior transcripts involving ZAI issues (1.7) | | | |
| **Day:** | | 03/08/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 03/08/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.20 | $2,080.00 |
| ewestbrook | 0000 | | Work on ZAI motions | | | |
| 03/08/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | 0000 | | Review ZAI transcript summary for various quotes by Judge Fitzgerald (cannot resolve this case in summary judgment) | | | |
| **Day:** | | 03/09/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 03/09/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.20 | $780.00 |
| ewestbrook | 0000 | | Work on ZAI motion and read cases concerning motion | | | |
| **Day:** | | 03/13/2007 | | | | |
| **Transaction:** | | L106 | | | | |
| 03/13/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.60 | $1,040.00 |
| ewestbrook | 0000 | | Work on discovery motion and review recent transcript in connection therewith | | | |
| 03/13/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| ewestbrook | 0000 | | Further work on ZAI motion | | | |
| **Day:** | | 03/22/2007 | | | | |
| **Transaction:** | | L106 | | | | |

07/20/2007 7

# Time and Expense report
## 01/01/2007 - 03/31/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 03/22/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review recent Supreme Court Opinion on bankruptcy court needing to apply state law, prepare supplemental authority notice to district court judge | $650.00 | 1.80 | $1,170.00 |

**Day:** 03/27/2007

    **Transaction:** L106

| 03/27/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review District Court Order, conversations with co-counsel regarding same (.8); work on ZAI motion for discovery, including revisions from co-counsel (2.4) | $650.00 | 3.20 | $2,080.00 |

**Day:** 03/30/2007

    **Transaction:** L106

| 03/30/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on motion for reconsideration | $650.00 | 5.60 | $3,640.00 |

| | |
|---|---|
| **Grand Total:** | **$99,805.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$99,805.00** |
| **Total Hours/Report:** | **195.20** |
| **Count:** | **45** |