**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: 9/17/2007** |
| | | **Hearing Date: 9/24/2007 @ 2:00 p.m.** |

# SUMMARY OF THE TWENTY-FOURTH INTERIM QUARTERLY APPLICATION OF WILLIAM D. SULLIVAN, LLC[1] FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZAI CLAIMANTS FOR THE INTERIM PERIOD FROM JANUARY 1, 2007 THROUGH MARCH 31,2007

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002[2] |
| Period for which compensation and Reimbursement is sought: | October 1, 2006 through December 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $16,942.50 |
| Amount of Expenses Reimbursement: | $5,190.91 |

This is a: _ monthly   X quarterly application

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

[2] Counsel for the ZAI Claimants were retained over a year after this case was filed, and undersigned counsel has changed firms as set forth in the previous footnote. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, this application is being titled the "Twenty-Second Quarterly Application" even though it is William D. Sullivan, LLC's third such quarterly application.

Prior Application filed: Yes

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/24/06 – 08/31/06 | November 6, 2006 | $ 1,950.00 | $ 0.00 | No Objection | Not Applicable |
| 09/01/06 – 09/30/06 | November 6, 2006 | $ 390.00 | $ 0.00 | No Objection | Not Applicable |
| 10/01/06 - 10/31/06 | January 3, 2007 | $390.00 | $0.00 | No Objection | Not Applicable |
| 11/01/06 - 11/30/06 | January 3, 2007 | $3,330.00 | $329.52 | No Objection | No. Objection |
| 12/01/06 - 12/31/06 | March 12, 2007 | $7,702.50 | $863.59 | No Objection | No Objection |
| 01/01/07 - 01/31/07 | March 12, 2007 | $7,248.75 | $13.92 | No Objection | No Objection |
| 02/01/07 - 02/28/07 | March 29, 2007 | $1,102.50 | $33.66 | No Objection | No Objection |
| 03/01/07 - 03/31/07 | July 20, 2007 | $8,591.25 | $5,143.33 | No Objection | No Objection |

The attorneys and paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300 | 52.8 | $15,840.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $225 | 4.9 | $1,102.50 |
| | | | | | | |
| | | | | | | |
| | | TOTALS | | | | $16,942.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications | 6.9 Hours | $2,070.00 |
| 22-ZAI Science Trial | 50.8 Hours | $14,872.50 |
| TOTALS | 57.7 Hours | $16,942.50 |

Expenses by Category

| Category | Total Fees |
|---|---|
| Outside Copying (Parcels, Inc.) | $3,698.11 |
| Courier Service (Parcels, Inc.) | $176.00 |
| Postage | $1,316.80 |
| TOTALS | $5,190.91 |

Dated: August 28, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS