# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

Name of Applicant:    William D. Sullivan, LLC

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:    July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:    January 1, 2007 through
    January 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:    $ 7,248.75

Amount of Expenses Reimbursement:    $ 13.92

This is a:  X monthly  _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | pending | pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 23.00 | $6,900.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 1.55 | $348.75 |
| TOTALS | | | | | 24.55 | $7,248.75 |

No paraprofessional rendered professional services in these cases during the Fee Period.

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.7 | $510.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 22.85 | $6,738.75 |
| TOTALS | 24.55 | $7,248.75 |

### 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |

| Postage for Designation | $13.92 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $13.92 |

Dated: March 12, 2007
     Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

February 26, 2007
Invoice #    10085

**In Reference To:   W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/2/2007 | WDS | Telephone conversation with BMC Claims Consulting re: Salisbury claim | 0.30 | 90.00 |
|  | WDS | Telephone conversation with co-counsel re: further revisions to Designation | 0.20 | 60.00 |
|  | WDS | Review miscellaneous pleadings filed in case re: P.I. claims litigation | 0.70 | 210.00 |
|  | WDS | Prepare William D. Sullivan, LLC fee application for October 2006 | 0.70 | 210.00 |
|  | EEA | Telephone call from Gina Washburn at Rust Consulting re: claims | 0.10 | 22.50 |
|  | EEA | E-mail Gina Washburn re: ZAI class claims | 0.25 | 56.25 |
|  | EEA | Telephone message to Gina Washburn | 0.10 | 22.50 |
|  | EEA | Telephone call to BMC re: class claims | 0.25 | 56.25 |
|  | EEA | Telephone call to Gina Washburn re: class claims | 0.25 | 56.25 |
| 1/3/2007 | EEA | Review additional comments to Designation; revise | 0.10 | 22.50 |
|  | WDS | Prepare fee application for William D. Sullivan, LLC for November, 2006 | 0.80 | 240.00 |
|  | WDS | Revise designation on appeal; review docket and verify items listed; correspondence with co-counsel re: additional items to include; forward revised designation to co-counsel | 2.50 | 750.00 |
|  | WDS | E-mail to all notice parties re: William D. Sullivan, LLC fee applications | 0.20 | 60.00 |
| 1/4/2007 | WDS | Correspondence with BMC re: Salisbury claim; review claim supplied | 0.30 | 90.00 |
|  | WDS | E-mail co-counsel re: Idaho Class Claim information | 0.20 | 60.00 |

ZAI Claimants                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/4/2007 | WDS | Correspondence with co-counsel re: Judge Buckwalter's procedures on appeal | 0.30 | 90.00 |
| 1/5/2007 | WDS | Review Court procedures (.3); telephone conversation with Clerk's office re: documents for designation (.2); begin preparation of documents for designation and e-mail to co-counsel (1.0) | 1.50 | 450.00 |
|  | WDS | Telephone conversation with Ed Westbrook re: issues raised by Motion for Leave to Appeal | 0.20 | 60.00 |
|  | WDS | Review additional rules applicable to the Motion for Leave to Appeal; e-mail to co-counsel re: additional procedures to be followed | 1.20 | 360.00 |
|  | EEA | Telephone call from District Court Clerk's office re: mandatory mediation; discuss with W. Sullivan; monitor e-mail discussion with co-counsel on scheduling | 0.25 | 56.25 |
| 1/10/2007 | WDS | Review Debtor's Response to Motion for Leave to Appeal; e-mail to co-counsel | 0.50 | 150.00 |
| 1/11/2007 | WDS | Review docketing of appeal; telephone conversation with co-counsel re: same; forward notice of reply date | 0.50 | 150.00 |
|  | WDS | Correspondence with co-counsel re: documents for designation | 0.20 | 60.00 |
| 1/15/2007 | WDS | Begin review of designation documents for production to Clerk's office | 0.50 | 150.00 |
| 1/16/2007 | WDS | Review miscellaneous pleadings filed re: asbestos P.I. claims | 0.30 | 90.00 |
| 1/17/2007 | WDS | Review Debtor's counter-designation on appeal | 0.20 | 60.00 |
| 1/18/2007 | WDS | Review notice of assignment of Judge Buckwalter | 0.10 | 30.00 |
|  | WDS | Telephone conversation with co-counsel re: need for revision of designation; review and revise | 0.40 | 120.00 |
|  | WDS | Review draft reply; outline revisions | 0.70 | 210.00 |
|  | WDS | Review agenda for January 23 heairng; no matters affecting client | 0.20 | 60.00 |
| 1/19/2007 | WDS | Review and revise Reply; conference with co-counsel re: same; final edits, file and serve | 2.00 | 600.00 |
| 1/23/2007 | WDS | Attend omnibus hearing | 4.50 | 1,350.00 |
|  | WDS | Prepare and file amended designation; follow-up e-mail with co-counsel | 0.60 | 180.00 |
| 1/24/2007 | EEA | Monitor e-mail discussion re: oral argument on Motion for Leave to File Appeal | 0.25 | 56.25 |
|  | WDS | Review Order granting hearing on motion for leave; e-mail co-counsel; review hearing logistics | 0.40 | 120.00 |
|  | WDS | Forward info on Buckwalter procedures to co-counsel | 0.20 | 60.00 |
| 1/29/2007 | WDS | Correspondence with co-counsel re: hearing extended to February 22; follow-up correspondence re: no obligation to submit docs until after hearing | 0.40 | 120.00 |

ZAI Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/29/2007 | WDS | Telephone conversation and correspondence with J. Hanshaw re: additional designated documents; review documents forwarded | 0.60 | 180.00 |
| 1/30/2007 | WDS | Review letter from Court to reschedule argument; telephone conversation with E. Westbrook re: same (.2); correspondence with counsel for Debtors re: same (.2) | 0.50 | 150.00 |
| | WDS | Review notices of rescheduled deposition, payments to OCP | 0.20 | 60.00 |
| | WDS | Review Rules re: timing of delivery of documents on Motion for Leave to Appeal | 0.40 | 120.00 |
| 1/31/2007 | WDS | Telephone conversation with counsel for Debtor; e-mail counsel for Debtor; review letter from Court re: new hearing date | 0.30 | 90.00 |
| | WDS | Review Order from Court; forward to co-counsel re: new hearing date | 0.20 | 60.00 |
| | | For professional services rendered | 24.55 | $7,248.75 |

Additional Charges :

| 1/3/2007 | Postage for Designation on Appeal | 13.92 |
|---|---|---|
| | Total additional charges | $13.92 |
| | Total amount of this bill | $7,262.67 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 23.00 | 300.00 | $6,900.00 |
| Zeke Allinson | 1.55 | 225.00 | $348.75 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
## FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From January 1, 2006 Through January

31, 2006:

1.     I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.     I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.     I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: March 12, 2007

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

2

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Application of William D. Sullivan, LLC. for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from January 1, 2007 through January 31, 2007* to be made this March 12, 2007 upon the parties identified on the attached service list, in the manner indicated:


*March 12, 2007*                                    */s/ William D. Sullivan*
Date                                                William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvcl.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                              Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                            Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 3/12/2007 at 11:13
AM EDT and filed on 3/12/2007
**Case Name:**          W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**        01-01139-JKF
**Document Number:** 14823

**Docket Text:**
Application for Compensation *Summary of the Application for Compensation for Services and
Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from January 1, 2007 through
January 31, 2007* Filed by William D. Sullivan, LLC. Objections due by 4/2/2007. (Attachments: # (1)
Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\Jan 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/12/2007] [FileNumber=5519345-0]
[28a46e4e25367a5d6b92144077c69fa22863b94395648fc34327fa21d61de133eb8d
8737de0c62511301f8b8acedcef6e72dbf3bd08ef55777ed8aea424fdcba]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\Jan 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/12/2007] [FileNumber=5519345-1]
[64f1d28a8088c88b97eec4e504baa490cbdd861b46abc82086ed898ead1154823cb2
8091fda36d66e9797b5d3cc760a43f89ee9f040bc05103fd1ebc4e5f5600]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: April 18, 2007** |
|  | ) | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | February 1, 2007 through February 28, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 1,102.50 |
| Amount of Expenses Reimbursement: | $ 33.66 |

This is a:  X monthly  _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

Docket No. 15016
Date 3/29/2007

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | Pending | Pending |
| 3/12/07 | 1/1/06-1/31/07 | $7,248.75 | $13.92 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 3.6 | $1,080.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 0.1 | $55.50 |
| TOTALS | | | | | 3.7 | $1,102.5 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.2 | $360.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 2.5 | $742.5 |
| TOTALS | 3..7 | $1,102.50 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $0.00 |

| | |
|---|---|
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for Certificate of No Objection | $33.66 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $33.66 |

Dated: March 29, 2007
     Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 18, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

March 20, 2007
Invoice #    10116

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

**In Reference To:    W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2007 | WDS | Telephone conversation with counsel for Canadian ZAI Claimants  re: status conference issues | 0.20 | 60.00 |
|  | WDS | Review docket; review Order confirming bankruptcy Court Exclusivity decision; forward to co-counsel | 0.40 | 120.00 |
| 2/5/2007 | WDS | Correspondence with co-counsel re: agreement to postpone status conference; recalendar | 0.20 | 60.00 |
| 2/6/2007 | WDS | Review Order issued by Court | 0.10 | 30.00 |
| 2/7/2007 | WDS | Review and approve for filing the October, November and December 2006 fee applications for Scott Law Group | 0.50 | 150.00 |
| 2/9/2007 | WDS | Correspondence with counsel for Canadian claimants re: continuation of status conference | 0.10 | 30.00 |
| 2/15/2007 | WDS | Review miscellaneous pleadings | 0.30 | 90.00 |
| 2/21/2007 | WDS | Review Order changing hearing date; correspondence with co-counsel re: preparation for hearing | 0.50 | 150.00 |
|  | EEA | Monitor e-mail discussion with co-counsel re: hearing; calendar critical dates | 0.10 | 22.50 |
| 2/22/2007 | WDS | Review asbestos status reports on P.I. liabilities | 0.30 | 90.00 |
| 2/26/2007 | WDS | Review agenda for hearing; correspondence with counsel for Debtors re: same | 0.30 | 90.00 |
| 2/27/2007 | WDS | Review docket; review and approve Certificates of No Objection for William D. Sullivan, LLC fee applications | 0.40 | 120.00 |

ZAI Claimants                                                                                           Page        2 .

| | | Hours | Amount |
|---|---|---|---|
| 2/28/2007 WDS Review and file Certificates of No Objection for Scott Law Group pending fee applications (July through December) | | 0.30 | 90.00 |
| For professional services rendered | | 3.70 | $1,102.50 |

Additional Charges :

| | | |
|---|---|---|
| 2/27/2007 William D. Sullivan, LLC service of October thru November 2006 Certificate of No Objection | | 10.71 |
| 2/28/2007 Scott Law Group service of July thru December 2006 Certificate of No Objection | | 22.95 |
| Total additional charges | | $33.66 |
| Total amount of this bill | | $1,136.16 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 3.60 | 300.00 | $1,080.00 . |
| Zeke Allinson | 0.10 | 225.00 | $22.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 18, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From February 1, 2006 Through

February 28, 2006:

1.    I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.    I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.    I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: March 29, 2007

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Application of William D. Sullivan, LLC. for Compensation for Services*

*and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from February 1,*

*2007 through February 28, 2007* to be made this March 29, 2007 upon the parties identified on

the attached service list, in the manner indicated:


*March 29, 2007*                                  */s/ William D. Sullivan*
Date                                              William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                    Chapter: 11 v              Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 3/29/2007 at 10:08 AM EDT and filed on 3/29/2007
**Case Name:**         W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**       01-01139-JKF
**Document Number:** 15016

**Docket Text:**
Application for Compensation *Summary of the Application for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from February 1, 2007 through February 28, 2007* Filed by William D. Sullivan, LLC. Objections due by 4/18/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\Feb 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/29/2007] [FileNumber=5546993-0]
[2dadedc01667ed16a3aecf9ff2fb23af4b722e60dc8a48251f920f9304ef34b98dac
e524607e3b9393874d0d7d0fa6ca4facd82502cf9fb747d7eaa4c36dc2c0]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\Feb 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/29/2007] [FileNumber=5546993-1]
[56e02f64a37489bc4d71310a3f8909590b76094bd2a1a4d5cdb3d2c2b3ef3e8ee578
e32d7d118a97b773cc0c35aff86634341dcb4b2ae37e5e42ba0525e5cdfe]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson     eabramson@serlinglaw.com

Peter M. Acton     pacton@nutter.com

David G. Aelvoet     davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

Name of Applicant:                                    William D. Sullivan, LLC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              March 1, 2007 through
                                                      March 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 8,591.25

Amount of Expenses Reimbursement:                     $ 5,143.33

This is a: X monthly   _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

Docket No. 16331
Date 7/20/07

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | Pending | Pending |
| 3/12/07 | 1/1/06-1/31/07 | $7,248.75 | $13.92 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 26.20 | $7,860.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 3.25 | $731.25 |
| TOTALS | | | | | 29.45 | $8,591.25 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.2 | $360.00 |
| 20-Travel-Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 2.5 | $742.5 |
| TOTALS | 3.7 | $1,102.50 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying (Parcels, Inc.) | $3,698.11 |
| Courier Service (Parcels, Inc.) | $176.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $1,269.22 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $5,143.33 |

Dated: July 20, 2007
    Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

April 18, 2007
Invoice #    10140

**In Reference To:    W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/2/2007 | EEA | E-mail Ed Westbrook re: J. Sontchi's direct appeal decision | 0.25 | 56.25 |
|  | EEA | Review sur-reply and e-mail, telephone message to co-counsel | 1.00 | 225.00 |
| 3/5/2007 | WDS | Review pleadings in preparation for argument | 2.50 | 750.00 |
|  | WDS | Travel to and attend hearing on motion for leave to appeal | 4.50 | 1,350.00 |
|  | WDS | Follow-up meeting with co-counsel re: strategy going forward | 1.20 | 360.00 |
| 3/6/2007 | WDS | Review Professional Conduct rules applicable in bankruptcy cases (.9); correspondence with co-counsel re: same (.2) | 1.10 | 330.00 |
|  | WDS | Review Notes to Financial Statements re: role of ZAI in decision to file | 0.40 | 120.00 |
|  | WDS | Review scheduling order and correspondence with E. Westbrook re: filing considerations | 0.30 | 90.00 |
| 3/7/2007 | WDS | Review excerpts of Monthly Operating Reports; forward to E. Westbrook | 0.60 | 180.00 |
|  | WDS | Prepare 22nd Quarterly Fee Application of William D. Sullivan, LLC (first such quarterly application) | 2.20 | 660.00 |
| 3/9/2007 | WDS | Review draft pleading received from co-counsel | 0.40 | 120.00 |
|  | WDS | Review, file and serve Richardson Patrick Westbrook & Brickman 22nd Quarterly fee application | 0.50 | 150.00 |
| 3/12/2007 | WDS | Review and revise William D. Sullivan, LLC fee applications for December 2006 and January 2007; prepare for filing | 0.80 | 240.00 |
| 3/19/2007 | WDS | Review fee auditor chart and e-mail correction re: 22nd Quarterly Application | 0.30 | 90.00 |

ZAI Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/20/2007 | WDS | Review correspondence from counsel for PI Committee re: emergency hearing | 0.10 | 30.00 |
| 3/22/2007 | WDS | Telephone conversation with Ed Westrook (.2); review procedures and contact information (.4); review Travelers decision (.3); revise Notice of Supplemental Authority (.2); follow-up with co-counsel (.2) | 1.30 | 390.00 |
| | EEA | Research issue re: submission of intervening case law; revise and file notice of supplemental authority | 1.25 | 281.25 |
| | WDS | Telephone conversation with co-counsel re: postponement of ZAI status conference | 0.10 | 30.00 |
| | WDS | Prepare monthly fee application for February 2007 | 0.30 | 90.00 |
| 3/23/2007 | WDS | Telephone conversation with Clerk's office; e-mail co-counsel re: submission to Judge Buckwalter | 0.30 | 90.00 |
| 3/27/2007 | WDS | Review decision changing relief from stay; review transcript; forward to co-counsel | 0.50 | 150.00 |
| | WDS | Review agenda for April 2 hearing | 0.20 | 60.00 |
| | WDS | Correspondence with E. Westbrook re: motion and objection deadlines | 0.30 | 90.00 |
| | WDS | Review document for filing (.3); correspondence with E. Westbrook re: same (.2); review applicable legal provisions (.9) | 1.40 | 420.00 |
| 3/28/2007 | EEA | Review collateral estoppel issues | 0.25 | 56.25 |
| | EEA | Review ZAI discovery motion and comment | 0.50 | 112.50 |
| | WDS | Review revised pleading; review all exhibits; conference with co-counsel re: additional items to include and review of caselaw supporting it; prepare further revisions; conference with co-counsel re: applicable rules; prepare notice of motion, order, certificate of service; file and serve motion for discovery on Grace's conduct on ATSDR study | 5.00 | 1,500.00 |
| 3/29/2007 | WDS | Revise and file William D. Sullivan, LLC February fee application | 0.20 | 60.00 |
| 3/30/2007 | WDS | Telephone conversation with counsel for Canadian ZAI Claimants (.2); correspondence with Ed Westbrook re: motion for reargument (.1) | 0.30 | 90.00 |
| | WDS | Review cases and applicable provisions re: standards and procedures for direct appeal to 3rd Circuit | 1.40 | 420.00 |
| | | For professional services rendered | 29.45 | $8,591.25 |

Additional Charges :

| | | | |
|---|---|---|---|
| 3/7/2007 | Copying and service of fee applications | | 109.25 |
| | Copying and service of fee applications | | 243.65 |
| 3/22/2007 | Copying and Service of ZAI Claimants' Notice of Supplemental Authority in Support of ZAI Attic Insulation Property Damage Claimants' Motion for Leave to Appeal | | 63.64 |

ZAI Claimants                                                                                       Page    3

|  |  | Amount |
|---|---|---|
| 3/28/2007 | Copying and Service of ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings | 4,550.79 |
|  | Service of ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings | 176.00 |
|  | Total additional charges | $5,143.33 |
|  | Total amount of this bill | $13,734.58 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 26.20 | 300.00 | $7,860.00 |
| Zeke Allinson | 3.25 | 225.00 | $731.25 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 9, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
### FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From March 1, 2007 Through March

31, 2007:

1.     I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.     I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.     I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: July 20, 2007
      Wilmington, Delaware

                    WILLIAM D. SULLIVAN, LLC

                    William D. Sullivan (No. 2820)
                    Elihu E. Allinson, III (No. 3476)
                    4 East 8th Street, Suite 400
                    Wilmington, DE  19801
                    Telephone: (302) 428-8191
                    Facsimile: (302) 428-8195

                    Delaware Counsel for the ZAI Claimants

2

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Application of William D. Sullivan, LLC for Compensation*

*for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from*

*March 1, 2007 through March 31, 2007* to be made this July 20, 2007 upon the parties identified

on the attached service list, in the manner indicated.


*July 20, 2007*                              */s/ William D. Sullivan*
Date                                         William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvcl.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036