# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: August 2, 2007 at 4:00 p.m. |

## SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF MAY 1, 2007, THROUGH MAY 31, 2007, FOR THE QUARTERLY FEE PERIOD OF APRIL THROUGH JUNE 2007

| | |
|---|---|
| Name of Applicant: | <u>Woodcock Washburn LLP</u> |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention as Special Litigation Counsel: | <u>Retention Order entered January 22, 2003</u> |
| Date of Retention as Ordinary Course Professional: | <u>Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.</u> |
| Period for which compensation and reimbursement is sought | <u>April 1, 2007 through April 30, 2007</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$ 25,241.50</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$ 0.00</u> |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



DOCKET # 16277
DATE 7/13/07

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of May 2007. This is the 50th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 23rd monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
|---|---|---|---|
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1– 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1– 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| 12/1– 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1– 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | – |
| TOTAL | | $3,157,794.50 | $776,397.00 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with two substantive matters, which are detailed in the attached fee schedule for that matter. Services were also performed in connection with preparation of fee

petitions. There were no disbursements in connection with any of these matters. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $530.00 | 7.3 | $3,869.00 |
| John E. McGlynn | Partner | 1997 | IP Counseling | $415.00 | 51.5 | $21,372.50 |

Total Fees: $ 25,241.50
Blended Rate: $429.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for 80% of the amount of $ 25,241.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($20,193.20).

Respectfully submitted

Dated: July 12, 2007

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA 19104
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: August 2, 2007 at 4:00 p.m. |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD MAY 1, 2007 THROUGH MAY 30, 2007**

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 05/14/2007 | GHL | Review of further results of testing of proposed cement dispersants, and commence revisions to draft opinion of non-infringement in view of same; | 0.70 |
|---|---|---|---|
| 05/15/2007 | GHL | Further revision of non-infringement opinion; | 2.00 |
| 05/17/2007 | GHL | Telephone conference with Mr. Leon regarding Grace test data to be analyzed in the opinion, further revision to, and finalization of, the opinion, and attendance to dispatch of the non-infringement opinion to Mr. Leon. | 0.90 |

                                    SERVICES        $    1,908.00

| GHL | GARY H. LEVIN | 3.60 | hours @ | $530.00 |
|---|---|---|---|---|
|  |  |  |  |  |

**INVOICE TOTAL**        $    **1,908.00**

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| 05/01/2007 | GHL | Work on development of patent application on improved SYM injection system, including meeting in our offices with inventors Mr. Hilton (Grace) and Mr. Lipford (Key Technologies) to review technical aspects of the invention, discussions regarding proposed claim scope. | 2.50 |
|---|---|---|---|
| 05/01/2007 | JEM | Participate in invention disclosure meeting with Mr. Lipford, Mr. Hilton and Mr. Levin. | 4.00 |
| 05/09/2007 | JEM | Review additional disclosure materials forwarded by Mr. Lipford relating to product currently under development. | 5.00 |
| 05/10/2007 | JEM | Continue consideration of disclosure materials and prior patent publication; begin preparing figures to be used in connection with draft application; correspond with Mr. Lipford regarding availability of additional disclosure materials. | 3.00 |
| 05/19/2007 | JEM | Consider software specification recently forwarded by Mr. Lipford; continue consideration of disclosure materials and areas for which claims should be drafted. | 6.00 |
| 05/21/2007 | JEM | Continue consideration of disclosure materials and preparing patent application figures. | 3.00 |
| 05/22/2007 | JEM | Continue consideration of disclosure materials, preparing patent application figures, and preparing draft patent claims. | 3.00 |
| 05/23/2007 | JEM | Continue drafting patent claims; begin drafting background section of the application. | 6.00 |
| 05/24/2007 | JEM | Continue revising draft patent claims; continue drafting background section; begin preparing detailed description. | 4.00 |
| 05/25/2007 | JEM | Continue preparing detailed description. | 2.00 |
| 05/27/2007 | JEM | Continue preparing detailed description of the patent application. | 6.50 |
| 05/29/2007 | JEM | Continue preparing draft patent application; forward draft application to client for review. | 9.00 |

SERVICES $ 22,697.50

|  | GHL | GARY H. LEVIN | 2.50 | hours @ | $530.00 |
|---|---|---|---|---|---|
|  | JEM | JOHN E. MCGLYNN | 51.50 | hours @ | $415.00 |

**INVOICE TOTAL** $ **22,697.50**

## WRG-GEN

| 05/04/2007 | GHL | Preparation of monthly fee petition for March 2007 and Quarterly Summary for January-March 2007. | 1.20 |
|---|---|---|---|

|     | SERVICES | $ | 636.00 |
|---|---|---|---|

| | GHL | GARY H. LEVIN | 1.20 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **636.00**