# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: September 18, 2007

Hearing Deadline: to be scheduled, if necessary

## FEE DETAIL FOR OGILVY RENAULT LLP'S SEVENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1335295\1



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | August 22, 2007 |
| RE: | Litigation and litigation consulting | INVOICE: 738107 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending July 31, 2007

| | |
|---|---:|
| FEES | $83,851.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 232.17 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $84,083.17 |

Canadian Funds

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Enable man receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|                | Hours  | Amount      |
|----------------|--------|-------------|
| Daniel Lee     | 8.5    | $1,572.50   |
| P. Adams       | 11.6   | $1,856.00   |
| A. Traer       | 78     | $14,820.00  |
| K. Whibley     | 12.5   | $2,687.50   |
| J. Caplan      | 9      | $2,205.00   |
| A. Kuntz       | 16.5   | $5,032.50   |
| J. Stam        | 5.4    | $2,511.00   |
| I.A. Ness      | 1.1    | $715.00     |
| O. Pasparakis  | 26.5   | $14,840.00  |
| D.C. Tay       | 34.3   | $30,012.50  |
| T. Walsh       | 14.9   | $7,599.00   |
| Total          | 218.30 | $83,851.00  |

## FEE DETAIL

| Date   | Timekeeper         | Description | Hours | Amount |
|--------|--------------------|-------------|-------|--------|
| 3/7/07 | Teresa Walsh       | Review of email correspondence from R. Finke regarding information on Canadian property damage claims and related matters (0.4); conferences with K. Whibley regarding document search information in response to e-mail (0.3); e-mail to R. Finke regarding various matters (0.3). | 1.00 | $510.00 |
| 3/7/07 | Derrick C. Tay     | Reviewing litigation documents received from U.S. counsel. | 0.50 | $437.50 |
| 3/7/07 | Karen Whibley      | Reviewing Edmonton documents for relevance (2.0); reviewing Requests to Produce (1.0); email to A. Buchan at Platinum Legal Group Inc. (0.1); email to T. Walsh (0.1); checking Summation database regarding property damage claims and email to T. Walsh (2.1); telephone conference with B. Burnett of Platinum Legal Group Inc. (0.1); email to T. Walsh (0.1). | 5.50 | $1,182.50 |
| 3/7/07 | Orestes Pasparakis | Follow up on status. | 0.30 | $168.00 |
| 4/7/07 | Teresa Walsh       | Follow-up with K. Whibley regarding document review issues. | 0.20 | $102.00 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/7/07 | Karen Whibley | Email to T. Walsh regarding status of database (0.2); conference with T. Walsh (0.8); email to Platinum Legal Group Inc. (0.2). | 1.20 | $258.00 |
| 5/7/07 | Teresa Walsh | Follow-up with K. Whibley regarding document searches (0.4); follow-up with outside provider regarding certain issues related to scanning and reviewing documents (0.3); follow-up with R. Finke regarding document search issues (0.3). | 1.00 | $510.00 |
| 5/7/07 | Karen Whibley | Email to T. Walsh regarding status of database project. | 0.50 | $107.50 |
| 5/7/07 | Ian A. Ness | Review, consider and respond to Request to Produce for Canadian property claims. | 1.10 | $715.00 |
| 11/7/07 | Derrick C. Tay | Reviewing email from representative counsel regarding motion (0.2); considering implications and possible responses (1.0); internal communications regarding same (0.3). | 1.50 | $1,312.50 |
| 12/7/07 | Teresa Walsh | Follow-up with K. Whibley and A. Traer regarding document review matters. | 0.30 | $153.00 |
| 12/7/07 | Derrick C. Tay | Media monitoring. | 0.30 | $262.50 |
| 12/7/07 | Karen Whibley | Voicemail messages from and to T. Walsh (0.1); telephone conference with A. Traer (0.2). | 0.30 | $64.50 |
| 12/7/07 | Anna Traer | Discussion with K. Whibley regarding document review for response to Requests To Produce (0.1); review emails from K. Whibley, including Requests To Produce (0.2). | 0.30 | $57.00 |
| 13/7/07 | Teresa Walsh | Meeting with K. Whibley and A. Traer regarding Request to Produce (0.2); telephone conversation with R. Finke regarding Request to Produce (0.1); follow-up conference with A. Traer and various matters (0.2). | 0.50 | $255.00 |
| 13/7/07 | Orestes Pasparakis | Preparing for and attending conference call (2.5); follow-up on status (0.3). | 2.80 | $1,568.00 |
| 13/7/07 | Jennifer Stam | Conference call regarding status of Canadian ZAI proceedings. | 0.50 | $232.50 |
| 13/7/07 | Derrick C. Tay | Preparing for and attending conference call with Grace and U.S. lawyers (1.5); dealing with response to representative counsel (0.5). | 2.00 | $1,750.00 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 13/7/07 | Karen Whibley | Conference with B. Burnett of Platinum Legal and A. Traer (0.5); loading database (2.5). | 3.00 | $645.00 |
| 13/7/07 | Anna Traer | Review materials from previous document review in preparation for meeting with K. Whibley and T. Walsh (1.0); attending meeting and discussing parameters of document review for response to Requests To Produce (1.0); review database containing microfiche documents (0.5); adding fields in Summation for document review (0.5); review documents and populating issues field (0.5); discussion with K. Whibley regarding searches and databases (0.5); discussion with K. Whibley and B. Burnett of Platinum Legal regarding new database (0.5); copy case into new database on laptop (0.1); preparing Summary of Search Parameters For Response To Requests To Produce (0.4). | 5.00 | $950.00 |
| 16/7/07 | Teresa Walsh | Communications with K. Whibley and A. Traer regarding responses to Request for Production in connection with property damage claims. | 0.40 | $204.00 |
| 16/7/07 | Karen Whibley | Emails to T. Walsh, A. Traer and Platinum Legal regarding new database. | 0.30 | $64.50 |
| 16/7/07 | Jennifer Stam | Drafting memorandum on Canadian representative counsel. | 1.70 | $790.50 |
| 16/7/07 | Anna Traer | Review database and coding relevant documents by issue (4.5); e-mail exchanges with K. Whibley regarding additional documents to be loaded in database (0.5); updating Search Parameters Summary (3.0). | 8.00 | $1,520.00 |
| 16/7/07 | Derrick C. Tay | Media monitoring (0.3); considering response from representative counsel and recommendations to client (1.0); reviewing draft memo regarding response requested by clients (1.0). | 2.30 | $2,012.50 |
| 17/7/07 | Teresa Walsh | Follow-up with A. Traer regarding documents reviewed in response to Request to Produce property damage documents. | 0.30 | $153.00 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                          01016442-0006

RE: __Litigation and litigation consulting__

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 17/7/07 | Anna Traer | Review database and coding relevant documents by issue (7.0); e-mail exchanges with B. Burnett regarding loading additional documents (1.0). | 8.00 | $1,520.00 |
| 17/7/07 | Jennifer Stam | Reviewing and revising memo regarding Canadian representative counsel. | 0.50 | $232.50 |
| 17/7/07 | Orestes Pasparakis | Voicemail exchange with representative counsel revising memorandum to client (0.3); follow-up on next steps (0.2). | 0.50 | $280.00 |
| 18/7/07 | Teresa Walsh | Conferences with A. Traer regarding document production in response to Request to Produce. | 0.30 | $153.00 |
| 18/7/07 | Orestes Pasparakis | Preparing for and attending conference call (0.8); receipt and reviewing motion material (0.2); preparing summary for client (0.5). | 1.50 | $840.00 |
| 18/7/07 | Anna Traer | Review database and coding relevant documents by issue (3.0); updating summary of Search Parameters (3.0); merging databases from local copy to network (1.8); discussion and e-mail with T. Walsh regarding status (0.5). | 8.30 | $1,577.00 |
| 18/7/07 | Derrick C. Tay | Preparing for and attending conference call with Grace and U.S. counsel (1.5); reviewing motion materials received from representative counsel (2.5) | 4.00 | $3,500.00 |
| 18/7/07 | Jennifer Stam | Conference call regarding ZAI claims. | 0.70 | $325.50 |
| 19/7/07 | Teresa Walsh | Review of potential documents in response to Request to Produce (3.0); conferences with A. Traer regarding productions (0.5); review of voicemail from R. Finke regarding format for production (0.5). | 4.00 | $2,040.00 |
| 19/7/07 | Anna Traer | Review documents (3.0); recording database in preparation of brief for Response To Requests To Produce (1.0); assembling documents in brief (2.0); discussion with T. Walsh regarding document review (0.5); further recording database and preparing index to brief (2.0). | 8.50 | $1,615.00 |
| 19/7/07 | Orestes Pasparakis | Reviewing and considering motion materials, arguments and issues. | 1.30 | $728.00 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 20/7/07 | Allison Kuntz | Reviewed documents for responsiveness to production order, in particular whether they related to MK3, acoustical plaster or acoustical plastic (3.0); discussion with T. Walsh and A. Traer with respect to same (0.5). | 3.50 | $1,067.50 |
| 20/7/07 | Teresa Walsh | Additional review of documents in response to Requests to Produce (4.5); conferences with A. Traer and A. Kuntz regarding same (0.5); e-mail to R. Finke with update (0.5). | 5.50 | $2,805.00 |
| 20/7/07 | Anna Traer | Discussion with T. Walsh regarding document review and brief (0.5); revising database in preparation of brief for Response to Requests To Produce, including adding attachments and tab numbers and revising issue description (1.0); preparing brief, including printing and collating documents (1.5); discussion with T. Walsh regarding brief and revisions (0.5); further revising database and brief (1.5); preparing Browser Briefcase in Summation (1.0); review Briefcase with T. Walsh (0.2); telephone calls with B. Burnett regarding loading new documents in database and doing same via webview (0.8). | 7.00 | $1,330.00 |
| 23/7/07 | Teresa Walsh | Conference with A. Kuntz regarding document review in connection with Canadian property damage claims. | 0.30 | $153.00 |
| 23/7/07 | Jessica Caplan | Review of motion materials and documents for the motion of Lauzon Belanger Inc. and Scarfone Hawkins LLP requesting an order lifting the stay period. | 1.00 | $245.00 |
| 23/7/07 | Anna Traer | Discussion with A. Kuntz regarding review of new documents in database (0.5); updating Summary of Search Parameters (5.0); review documents (2.8); discussion with A. Kuntz regarding status (0.5); advising R. Galang to add T. Walsh's document review notes in database (0.2). | 9.00 | $1,710.00 |
| 23/7/07 | Derrick C. Tay | In-depth review of plaintiff's motion materials (1.5); analyzing various ways of responding to issues raised (2.0); reviewing options with O. Pasparakis (0.5). | 4.00 | $3,500.00 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO. 01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 23/7/07 | Orestes Pasparakis | Meeting to discuss strategy and next steps with Mr. Tay (0.5); considering legal issues in connection with recognition and the lifting of the stay (1.5); reviewing recent Supreme Court of Canada jurisprudence (0.5); reviewing factual record (1.5); directions that information be gathered that has been filed with the Canadian Court regarding the U.S. Court and review of exchange between the parties (1.0); considering and outlining factual issues in the Canadian process and U.S. process (1.0); follow-up on next steps (0.3). | 6.30 | $3,528.00 |
| 23/7/07 | Penny Adams | Meeting with O. Pasparakis regarding file review (0.20); reviewing file for information relating to ZAI claimants and Canadian procedure (3.0). | 3.20 | $512.00 |
| 23/7/07 | Jennifer Stam | Conversations regarding next steps in ZAI and considering relevant issues. | 1.00 | $465.00 |
| 23/7/07 | Allison Kuntz | Reviewed documents for responsiveness to production order, in particular whether they related to MK3, acoustical plaster or acoustical plastic (7.0); discussions with T. Walsh and A. Traer regarding same (1.0). | 8.00 | $2,440.00 |
| 24/7/07 | Teresa Walsh | Conferences with A. Kuntz and A. Traer regarding status of responses to Requests to Produce (0.5); preparing correspondence to R. Finke regarding Requests to Produce (0.3). | 0.80 | $408.00 |
| 24/7/07 | Allison Kuntz | Reviewed documents for responsiveness to production order, in particular whether they related to MK3, acoustical plaster or acoustical plastic (4.5); discussions with T. Walsh and A. Traer with respect to same (0.5). | 5.00 | $1,525.00 |
| 24/7/07 | Penny Adams | Continued review of file regarding status of ZAI claimants and Canadian process issues (1.30); meeting with O. Pasparakis to discuss the same (0.20); reviewing U.S. materials (1.0); drafting memorandum to O. Pasparakis (0.50). | 3.00 | $480.00 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                              01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 24/7/07 | Derrick C. Tay | Reviewing previous undertakings and representations to the Canadian court and endorsements by the Canadian judge considering arguments that plaintiff counsel can make based on same and responses to those arguments. | 4.50 | $3,937.50 |
| 24/7/07 | Anna Traer | Review documents in database (4.0); discussion with A. Kuntz regarding document review (0.5); preparing CD containing Summation Browser Briefcase of documents Responding to Requests To Produce (1.5); printing and highlighting instructions to view images in Browser Briefcase (2.0); revising letter to Mr. Finke enclosing CD (0.2). | 8.20 | $1,558.00 |
| 24/7/07 | Orestes Pasparakis | Preparing outline of factual and legal issues for consideration (0.5); reviewing motion record (0.5); meeting with Mr. Tay (0.5); considering U.S. proceedings claim filed and next steps (1.0); reviewing Court's decision and discussions regarding ZAI (1.0). | 3.50 | $1,960.00 |
| 25/7/07 | Teresa Walsh | Conferences with A. Traer and A. Kuntz regarding responses to Request to Produce. | 0.30 | $153.00 |
| 25/7/07 | Anna Traer | Review documents in database (4.0); printing and collating documents for secondary review (1.3); discussions with A. Kuntz and T. Walsh regarding secondary review (1.0). | 6.30 | $1,197.00 |
| 25/7/07 | Penny Adams | Meeting with O. Pasparakis regarding litigation materials (0.40); emails to U.S. counsel requesting further documentation (0.30); reviewing disclosure statement and amendments (1.0); reviewing transcripts (2.0). | 3.70 | $592.00 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 25/7/07 | Orestes Pasparakis | Reviewing transcripts from U.S. proceedings to determine the position of the ZAI claims in the U.S. process (1.3); considering submissions of the Crown (1.5); reviewing proof of claim and other evidence of attornment to the U.S. process (1.0); reviewing affidavits filed with the CCAA court and information officer's reports detailing the ZAI opinion (1.0); instructing review of Canadian disclosures regarding the Canadian litigation process (0.5); considering arguments and strategy (1.0); telephone discussion with Mr. Finke (0.2). | 6.50 | $3,640.00 |
| 25/7/07 | Derrick C. Tay | Communicating with R. Finke regarding discussions with U.S. ZAI counsel (0.2); communicating with Canadian representative counsel regarding Canadian motion (1.0); reviewing U.S. orders and strategizing various responses to Canadian representative counsel's motion and related research (4.0). | 5.20 | $4,550.00 |
| 26/7/07 | Penny Adams | Reviewing transcripts and other materials. | 1.50 | $240.00 |
| 26/7/07 | Derrick C. Tay | Ongoing analysis of U.S. orders and Canadian orders and related research. | 3.50 | $3,062.50 |
| 26/7/07 | Anna Traer | Checking brief of documents for duplications. | 0.20 | $38.00 |
| 26/7/07 | Orestes Pasparakis | Reviewing and considering the materials filed with the CCAA Court in connection with the ZAI claims (1.0); preparing summary (0.5). | 1.50 | $840.00 |
| 27/7/07 | Anna Traer | Telephone conference with K. Whibley providing update on status of document review and loads of documents into Summation database by B. Burnett (1.0); e-mail to B. Burnett regarding next load into database (0.3); telephone call from B. Burnett and correcting corrupt database and loading new documents from Edmonton office into database (6,586 documents) (2.4); e-mail to T. Walsh, A. Kuntz and K. Whibley regarding new documents loaded in database (0.3). | 4.00 | $760.00 |
| 27/7/07 | Derrick C. Tay | Developing work plan for responding to representative plaintiff motion and assigning responsibility. | 2.50 | $2,187.50 |

INVOICE: 738107



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 30/7/07 | Jennifer Stam | Conference call to discuss ZAI issues. | 1.00 | $465.00 |
| 30/7/07 | Derrick C. Tay | Considering issues raised by representative counsel's latest communications and appropriate strategic responses. | 1.50 | $1,312.50 |
| 30/7/07 | Orestes Pasparakis | Preparing for and attending conference call regarding strategy (1.3); providing directions to associates to compile materials (0.5). | 1.80 | $1,008.00 |
| 30/7/07 | Jessica Caplan | Document review for the preparation of responding motion materials (3.5); meeting with O. Pasparakis and correspondence with P. Adams to discuss my assignment (0.5). | 4.00 | $980.00 |
| 30/7/07 | Anna Traer | Discussion with K. Whibley regarding update on status of database and document review. | 0.20 | $38.00 |
| 30/7/07 | Daniel Lee | Reviewing court orders and monitor's reports of Calpine Companies' Creditors Arrangement Act proceedings. | 4.00 | $740.00 |
| 30/7/07 | Penny Adams | Discussions regarding the file with O. Pasparakis and J. Caplan. | 0.20 | $32.00 |
| 31/7/07 | Derrick C. Tay | Reviewing work plans and coordinating tasks for responding to representative counsel motion. | 2.50 | $2,187.50 |
| 31/7/07 | Jessica Caplan | Transcript review. | 4.00 | $980.00 |
| 31/7/07 | Karen Whibley | Coding documents in database. | 1.70 | $365.50 |
| 31/7/07 | Daniel Lee | Reviewing court orders and monitor's reports of Calpine Companies' Creditors Arrangement Act proceedings (2.5); preparing memorandum for O. Pasparakis (2.0). | 4.50 | $832.50 |
| 31/7/07 | Anna Traer | Review new documents from Edmonton office to determine if responsive to Requests To Produce dated June 29, 2007 and coding database (4.8); updating Summary of Searches For Requests To Produce (0.2). | 5.00 | $950.00 |
| 31/7/07 | Orestes Pasparakis | Providing directions regarding motion preparation (0.3); receipt of email (0.1); considering same (0.1). | 0.50 | $280.00 |
| | | **TOTAL FEES** | | **$83,851.00** |

INVOICE: 738107



W.R. GRACE & CO. 01016442-0006

RE: Litigation and litigation consulting

| DISBURSEMENTS - NON TAXABLE | |
|---|---|
| Photocopies | 40.70 |
| Long distance calls | 4.90 |
| Courier service | 186.57 |
| | $232.17 |

DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 18/6/07 | Karen Whibley | QA Courier service- Inv#63025 | 50.04 |
| 29/6/07 | Jessica Caplan | Courier service - Fed Ex | 42.78 |
| 3/7/07 | Karen Whibley | QA Courier Service Inv# 63561 | 12.73 |
| 5/7/07 | Allison Kuntz | Photocopies | 5.00 |
| 17/7/07 | Jennifer Stam | Photocopies | 0.50 |
| 19/7/07 | Anna Traer | Photocopies | 3.50 |
| 20/7/07 | Teresa Walsh | Long distance calls 14105314355 | 0.77 |
| 23/7/07 | Penny Adams | Long distance calls 12136808209 | 1.68 |
| 23/7/07 | Penny Adams | Photocopies | 4.90 |
| 23/7/07 | Penny Adams | Photocopies | 26.80 |
| 24/7/07 | Derrick C. Tay | Courier service FedEx shipment #689588753050 FROM TORONTO, ON, CA. To: MR. DOUGLAS E. CAMERON,REEDSMITH LLP, PITTSBURGH, PA, US. ON 24-07-2007, GST: 0.00, QST: 0.00 | 40.51 |
| 24/7/07 | Derrick C. Tay | Courier service FedEx shipment #689588753040 FROM TORONTO, ON, CA. To: MR. RICHARD FINKE,W.R. GRACE & CO., BOCA RATON, FL, US. ON 24-07-2007, GST: 0.00, QST: 0.00 | 40.51 |
| 24/7/07 | Teresa Walsh | Long distance calls 14105314355 | 0.77 |
| 25/7/07 | Penny Adams | Long distance calls 12136808209 | 1.68 |
| | | TOTAL | $232.17 |

INVOICE: 738107

| | | |
|---|---|---|
| Client:<br>RE:<br>Matter No.: | W.R. GRACE & CO.<br>Fee Applications, Applicant<br>01016442-0008 | August 13, 2007<br>INVOICE: 735193 |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending July 31, 2007

| | |
|---|---:|
| FEES | $1,575.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 55.28 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,630.78 |

W.R. GRACE & CO.                                                                01016442-0008

RE:   Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.6 | $306.00 |
| D.C. Tay | 0.5 | $437.50 |
| P. Adams | 5.2 | $832.00 |
| Total | 6.30 | $1,575.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/7/07 | Teresa Walsh | Review and swearing of materials to be submitted for monthly fee application. | 0.30 | $153.00 |
| 3/7/07 | Penny Adams | Reviewing and revising the fifth fee application (0.4); arranging for execution of same (0.1); correspondence regarding same with R. Finke and others (0.2). | 0.70 | $112.00 |
| 5/7/07 | Penny Adams | Follow-up on fee application matters (0.10). | 0.10 | $16.00 |
| 6/7/07 | Penny Adams | Correspondence with R. Finke regarding fee application (0.20); finalizing the fifth monthly fee application (0.40); sending the fifth monthly fee application for filing to P. Cuniff (0.30); correspondence with fee auditor (0.10). | 1.00 | $160.00 |
| 7/7/07 | Derrick C. Tay | Reviewing fee request. | 0.50 | $437.50 |
| 16/7/07 | Teresa Walsh | Follow up with P. Adams regarding application for reimbursement of fees. | 0.30 | $153.00 |
| 23/7/07 | Penny Adams | Reviewing correspondence regarding pre-retention fees (0.60); discussions with T. Walsh regarding same (0.10). | 0.70 | $112.00 |
| 24/7/07 | Penny Adams | Emails to fee auditor and Kirkland & Ellis regarding expenses incurred before retention (0.90); considering issues regarding same (0.20). | 1.10 | $176.00 |
| 30/7/07 | Penny Adams | Drafting the sixth monthly fee application. | 1.00 | $160.00 |
| 31/7/07 | Penny Adams | Reviewing and revising fee application (0.40); reviewing correspondence relating to pre-retention issues (0.20). | 0.60 | $96.00 |
|  |  | **TOTAL FEES** |  | $1,575.50 |

INVOICE: 735193

**W.R. GRACE & CO.**                                                             01016442-0008

**RE:   Fee Applications, Applicant**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Courier service | 55.28 |
| | $55.28 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 8/6/07 | Derrick C. Tay | Courier service Tracking Number: 689588751080. Date: 08062007. To: PACHULSKI STANG ZIEHL YOUNG LL WILMINGTON DE. Client Matter: 01016442-0008, Fee Applications, Applicant. From: TkNo , TORONTO, ON | 26.79 |
| 6/7/07 | Penny Adams | Courier service - Fed Ex | 28.49 |
| | | TOTAL | $55.28 |

INVOICE: 735193