IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |

### SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 29, 2007, AT 1:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA

### PLEASE NOTE THE HEARING TIME HAS BEEN CHANGED FROM 2:00 P.M. TO 1:00 P.M. AT THE REQUEST OF THE COURT.

**\*Parties may participate via video conference to Pittsburgh, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON MONDAY, AUGUST 27, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTINUED MATTERS

1. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

   Related Documents:

   a. Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

   b. [Signed] Thirty-Fourth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 7/24/07] (Docket No. 16370)

   Response Deadline: June 4, 2004, at 4:00 p.m.

   Status: The hearing on the claims of Weatherford International, Inc. is continued to September 24, 2007, at 2:00 p.m.

2. Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

   Related Documents:

   a. [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 7/24/07] (Docket No. 16371)

   Response Deadline: November 3, 2006, at 4:00 p.m.

   Responses Received:

   a. Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

   Status: This matter is continued to September 24, 2007, at 2:00 p.m.

3. Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

Related Documents:

a. [Signed] Seventh Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 7/24/07] (Docket No. 1616373)

Response Deadline: January 5, 2007, at 4:00 p.m.

Responses Received:

a. Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

b. Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

c. Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

d. Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Request for Additional Documents [Filed: 2/22/07] (Docket No. 14645)

Status: This matter is continued to September 24, 2007, at 2:00 p.m.

4. Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 15012)

Related Documents:

a. [Signed] Fourth Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 7/24/07] (Docket No. 16372)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a. Georgia Department of Revenue's Response to Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15079)

b. Response by New York State Department of Taxation and Finance to Debtors' Twenty-Second Omnibus Objection to Claims [Filed: 4/6/07] (Docket No. 15106)

Status: This matter is continued to September 24, 2007, at 2:00 p.m.

5.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

    Related Documents:

    a.  [Signed] Order Granting Relief Regarding in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 7/24/07] (Docket No. 16368)

    Response Deadline: April 13, 2007, at 4:00 p.m.

    Responses Received:

    a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

    Status: This matter is continued to September 24, 2007, at 2:00 p.m.

**UNCONTESTED MATTERS**

6.  Motion of the Debtors for an Order Authorizing the Implementation of the 2007-2009 Long-Term Incentive Program for Key Employees [Filed: 7/25/07] (Docket No. 16389)

    Related Documents:

    a.  [Proposed] Order Authorizing the Implementation of the 2007-2009 Long-Term Incentive Program for Key Employees [Filed: 7/25/07] (Docket No. 16389)

    b.  Certification of No Objection Regarding Motion of the Debtors for an Order Authorizing the Implementation of the 2007-2009 Long-Term Incentive Program for Key Employees [Filed: 8/14/07] (Docket No. 16553)

    Response Deadline: August 10, 2007, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

**CONTESTED MATTERS**

7.  Application of the Official Committee of Asbestos Personal Injury Claimants for an Order Approving and Authorizing the Retention and Employment of Charter Oak Financial Consultants, LLC, as Financial Advisor Nunc Pro Tunc to July 30, 2007 [Filed: 8/7/07] (Docket No. 16504)

    Related Documents:

    a.  [Proposed] Order Approving and Authorizing the Retention and Employment of Charter Oak Financial Consultants, LLC, as Financial Advisor Nunc Pro Tunc to July 30, 2007 [Filed: 8/7/07] (Docket No. 16504)

b. [Signed] Order Granting the Motion to Shorten Notice Period with Respect to the Application of the Official Committee of Asbestos Personal Injury Claimants for an Order Approving and Authorizing the Retention and Employment of Charter Oak Financial Consultants, LLC, as Financial Advisor Nunc Pro Tunc to July 30, 2007 [Filed: 8/9/07] (Docket No. 16517)

Response Deadline: August 21, 2007, at 4:00 p.m.

Responses Received:

a. Debtors' Response to PI Committee's Application to Employ Charter Oak Financial Consultants LLC [Filed: 8/21/07] (Docket No. 16606)

Status: This matter will go forward.

8. Iowa Department of Revenue's Motion for Leave to File Late Claim [Filed: 7/23/07] (Docket No. 16356)

Related Documents:

a. [Proposed] Order Granting the Iowa Department of Revenue's Motion for Leave to File Late Claim [Filed: 7/23/07] (Docket No. 16356)

Response Deadline: August 10, 2007, at 4:00 p.m.

Responses Received:

a. Debtors' Objection to the Iowa Department of Revenue's Motion Seeking Permission to File a Late Proof of Claim [Filed: 8/10/07] (Docket No. 16535)

Status: The parties have agreed to continue this matter until September 24, 2007, at 2:00 p.m.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

9. Motion to Compel the DII Industries, LLC Asbestos PI Trust to Produce Documents and Appear for Deposition [Filed: 6/27/07] (Docket No. 16174)

Related Documents:

a. [Proposed] Order on Debtors' Motion to Compel the DII Industries, LLC Asbestos PI Trust to Produce Subpoenaed Materials [Filed: 6/27/07] (Docket No. 16174)

b. [Signed] Order Setting Response and Replies Dates with Respect to Debtors' Motions to Compel as Docket Nos. 16174 and 16175 [Filed: 7/6/07] (Docket No. 16243)

Response Deadline: July 20, 2007, at 4:00 p.m.

Responses Received:

a. Objection of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants, to Debtors' Motion to Compel the DII Industries, LLC Asbestos PI Trust to Produce Documents and Appear for Deposition and the Debtors' Motion to Compel the Celotex Asbestos Settlement Trust to Produce Documents and Appear for Deposition [Filed: 7/20/07] (Docket No. 16336)

b. DII Industries, LLC Asbestos PI Trust's Response to Debtors' Motion to Compel the DII Industries, LLC Asbestos PI Trust to Produce Documents and Appear for Deposition [Filed: 7/20/07] (Docket No. 16344)

Reply Deadline: July 27, 2007, at 5:00 p.m.

a. Reply in Support of Debtor's Motions to Compel Discovery From the Celotex Asbestos Trust and the DII Industries, LLC Asbestos PI Trust [Filed: 7/27/07] (Docket No. 16415)

Status: A status conference will go forward. These pleadings were previously submitted to the Court for review on July 27, 2007.

10. Motion to Compel the Celotex Asbestos Settlement Trust to Produce Documents and Appear for Deposition [Filed: 6/27/07] (Docket No. 16175)

Related Documents:

a. [Proposed] Order on Debtors' Motion to Compel the Celotex Asbestos Settlement Trust to Produce Subpoenaed Materials [Filed: 6/27/07] (Docket No. 16175)

b. [Signed] Order Setting Response and Replies Dates with Respect to Debtors' Motions to Compel as Docket Nos. 16174 and 16175 [Filed: 7/6/07] (Docket No. 16243)

Response Deadline: July 20, 2007, at 4:00 p.m.

Responses Received:

a. Objection of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants, to Debtors' Motion to Compel the DII Industries, LLC Asbestos PI Trust to Produce Documents and Appear for Deposition and the Debtors' Motion to Compel the Celotex Asbestos Settlement Trust to Produce Documents and Appear for Deposition [Filed: 7/20/07] (Docket No. 16336)

b. Celotex Asbestos Settlement Trust's Opposition to Debtors' Motion to Compel the Celotex Asbestos Settlement Trust to Produce Documents and Appear for Deposition [Filed: 7/20/07] (Docket No. 16337)

Reply Deadline: July 27, 2007, at 5:00 p.m.

Replies Received:

a. Reply in Support of Debtor's Motions to Compel Discovery From the Celotex Asbestos Trust and the DII Industries, LLC Asbestos PI Trust [Filed: 7/27/07] (Docket No. 16415)

Status: A status conference will go forward. These pleadings were previously submitted to the Court for review on July 27, 2007.

11. Status Conference on PI Estimation Issues

Status: A status conference will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

12. Motion of the Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim Filed by the City of Philadelphia [Filed: 7/11/07] (Docket No. 16270)

Related Documents:

a. [Proposed] Order Authorizing Settlement with City of Philadelphia for Asbestos PD Claim Number 11314 and Granting Certain Related Relief [Filed: 7/11/07] (Docket No. 16270)

b. Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim Filed by the City of Philadelphia [Filed: 8/14/07] (Docket No. 16552)

Response Deadline: August 10, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

13. Status Conference on PD Claims

Status: A status conference will go forward.

14. Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

Related Documents:

a. Memorandum Opinion [Filed: 4/17/07] (Docket No. 15209)

b. [Signed] Order [Filed: 4/27/07] (Docket No. 15210)

    c.    [Proposed] Order Granting the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

    d.    Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/5/07] (Docket No. 16239)

        (i)    [Signed] Order Granting Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/9/07] (Docket No. 16249)

    e.    Speights & Runyan's Summary of Record Re: Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc Nos. 15209, 15210) and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc No. 16466)

Response Deadline: June 8, 2007, at 4:00 p.m. *(extended until July 13, 2007)*

Responses Received:

    a.    Debtors' Response to Speights & Runyan's Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 6/8/07] (Docket No. 15998)

    b.    Debtors' Response to Speights & Runyan's "Summary of Record" [Filed: 8/8/07] (Docket No. 16509)

Status: This matter was argued on June 25, 2007. A status conference will go forward regarding the Court's review of the record. This item is related to Agenda Item No. 15 below.

15.    Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

Related Documents:

    a.    [Proposed] Order Granting the Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

    b.    Speights & Runyan's Summary of Record Re: Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc Nos. 15209, 15210) and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc No. 16466)

Response Deadline: July 6, 2007, at 4:00 p.m.

Responses Received:

a. Debtors' Response to Speights & Runyan's Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/13/07] (Docket No. 16287)

b. Debtors' Response to Speights & Runyan's "Summary of Record" [Filed: 8/8/07] (Docket No. 16509)

Status: This matter was argued on June 25, 2007. A status conference will go forward regarding the Court's review of the record.

16. Motion to Alter and Amend the Court's Order Disallowing and Expunging Claim No. 6941 for Daggy Hall, and Allowing Claim Nos. 10648, 10649, 10651, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662 and 14411 for the State of California, Department of General Services [Filed: 6/20/07] (Docket No. 16117)

Related Documents:

a. [Proposed] Order [Filed: 6/20/07] (Docket No. 16117)

b. [Proposed] Amended Order Disallowing and Expunging Claim no. 6941 for Daggy Hall and Denying Debtors' Product Identification Objections to Claim Nos. 10648, 10649, 10650, 10651, 10652, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662, and 14411 for the State of California, Department of General Services [Filed: 6/20/07] (Docket No. 16117)

Response Deadline: August 10, 2007, at 4:00 p.m.

Responses Received:

a. Claimant State of California, Department of General Services' Response to Debtors' Motion to Alter and Amend the Court's Order Disallowing and Expunging Claim No. 6941 for Daggy Hall, and Allowing Claim Nos. 10648, 10649, 10651, 10652, 10653, 10655. 10656, 10657, 10658, 10659, 10660, 10661, 10662 and 14411 for the State of California, Department of General Services [Filed: 8/10/07] (Docket No. 16524)

Status: This matter will go forward.

17. Status Conference on ZAI Science Issues

Status: This matter will go forward.

**MATTERS RELATING TO CHAPTER 11 PLAN**

18.     Status Conference on Chapter 11 Plan

    Status: This matter will not be going forward.

Dated: August 28, 2007

                               KIRKLAND & ELLIS LLP
                               David M. Bernick, P.C.
                               Janet S. Baer
                               200 East Randolph Drive
                               Chicago, IL 60601
                               Telephone:  (312) 861-2000
                               Facsimile:  (312) 861-2200

                               -and-

                               PACHULSKI STANG ZIEHL YOUNG JONES
                               & WEINTRAUB LLP

                               /s/ James E. O'Neill
                               Laura Davis Jones (Bar No. 2436)
                               James E. O'Neill (Bar No. 4042)
                               Timothy P. Cairns (Bar No. 4228)
                               919 North Market Street, 17th Floor
                               Wilmington, DE 19801
                               Telephone:  (302) 652-4100
                               Facsimile:  (302) 652-4400

                               Co-Counsel for the Debtors and Debtors in Possession