IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 28th day of August, 2007, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**SECOND AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 29, 2007, AT 1:00 P.M.
BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE
UNITED STATES BANKRUPTCY COURT, IN PITTSBURGH,
PENNSYLVANIA.**

*James E. O'Neill*
James E. O'Neill (Bar No. 4042)

Grace Agenda Notice Service List for
8/29/07 Hearing
Case No. 01-1139 (JKF)
August 28, 2007
Document # 130279
68 - Facsimiles

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury
Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Donna L. Culver, Esquire
(Counsel for National Medical Care, Inc.
and The Scotts Company)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products,
State of Montana and Keri Evans and Her
Majesty the Queen in Right of Canada)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 214-722-0081*
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-216-3930*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury
Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured
Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage
Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of
Unsecured Creditors)
(Special Request)

*Facsimile  302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 302-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile  610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile  610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar
Associates)
(Special Request)

*Facsimile  302-428-3996*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs, Medical Monitoring Claimants
and Solow)
(Special Request)

*Facsimile 302-472-8135*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of
Lloyd's of London)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of
Revenue)
(Special Request)

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety
Company)
(Special Request)

*Facsimile 302-428-8195*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury
Claimants)
(Special Request)

*Facsimile 509-455-3906*
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

*Facsimile 412-288-3063*
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

*Facsimile 843-216-6509*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future
Claimants' Representative)
(Special Request)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future
Claimants' Representative)
(Special Request)

*Facsimile 302-467-4554*
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company,
Solely as Successor-in-Interest to
Northbrook Excess and Surplus Insurance
Company, formerly Northbrook Insurance
Company)
(Special Request)

*Facsimile 302-658-6537*
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company
f/k/a Prudential Reinsurance Company and
Mt. McKinley Insurance Company f/k/a
Gibraltar Insurance Company)
(Special Request)

*Facsimile 302-652-1111*
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

*Facsimile 302-573-6220*
Ellen W. Slights, Esquire
(United States Attorney)

*Facsimile 214-969-4999*
Sander L. Esserman, Esquire
Van J. Hooker, Esquire
David A. Klingler, Esquire
David J. Parsons, Esquire
(Counsel for Various Firms Representing
Asbestos Claimants, Reaud, Morgan &
Quinn, Inc and Environmental Litigation
Group, P.C.)

*Facsimile 302-656-7599*
Daniel K. Hogan, Esquire
(Counsel for Various Firms Representing
Asbestos Claimants)

*Facsimile 302-571-1750*
Carl N. Kunz, III, Esquire
Thomas M. Horan, Esquire
(Counsel for Cartus Corporation)

*Facsimile 302-658-7567*
Edward B. Rosenthal, Esquire
(Counsel for Continental Casualty Co.)

*Facsimile 617-523-1231*
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
(Counsel for Continental Casualty Co.)

*Facsimile 212-344-4294*
Elizabeth DeCristofaro, Esquire
(Counsel for Continental Casualty Co.)

*Facsimile 302-429-8600*
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
(Counsel for Royal Indemnity Co.)

*Facsimile 212-490-3038*
Carl J. Pernicone, Esquire
(Counsel for Royal Indemnity Co.)

*Facsimile 302-467-4450*
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
(Counsel for the Libby Claimants)

*Facsimile 617-951-0679*
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Nathan R. Soucy, Esquire
(Counsel for the Libby Claimants)

*Facsimile 617-626-3289*
Martha Coakley, Esquire
Attorney General of Massachusetts
(Counsel for Massachusetts Department of
Revenue)

*Facsimile 302-351-8010*
Laurie Schenker-Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
(Counsel for The Prudential Insurance
Company of America)

*Facsimile 973-535-1984*
Joseph L. Schwartz, Esquire
Riker, Danzig, Scherer, Hyland & Perretti
LLP
(Counsel for The Prudential Insurance
Company of America)

*Facsimile 803-943-4599*
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)

*Facsimile 302-654-0728*
Christopher D. Loizides, Esquire
(Counsel for Anderson Memorial Hospital)

*Facsimile 515-281-0763*
John Waters, Esquire
(Counsel for Iowa Department of Revenue)

*Facsimile 302-777-4224*
Christopher P. Simon, Esquire
(Counsel for DII Industries, LLC)

*Facsimile 214-939-6100*
Beth W. Bivans, Esquire
Craig W. Budner, Esquire
(Counsel for DII Industries, LLC)

*Facsimile 302-576-3317*
Edwin J. Harron, Esquire
Erin Edwards, Esquire
(Counsel for Celotex Asbestos Settlement
Trust)

*Facsimile 513-579-6457*
Daniel J. Donnellon, Esquire
(Counsel for Celotex Asbestos Settlement
Trust)

*Facsimile 302-252-4466*
Tobey Marie Daluz, Esquire
Leslie C. Heilman, Esquire
(Counsel for the State of California)

*Facsimile 212-478-7400*
Steven J. Mandelsberg, Esquire
John P. McCahey, Esquire
Christina J. Kang, Esquire
(Counsel for the State of California)