# EXHIBIT C

# WR Grace

Bankruptcy Form 10

Index Sheet

RUST000107 ■

A 0 0 0 0 0 5 8 5 B

Claim Number:    00000585                          Receive Date:    10 / 15 / 2001

## Multiple Claim Reference

Claim Number    _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

Claim Number    _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

## Attorney Information

Firm Number:                          Firm Name:

Attorney Number:                          Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

☐ Non-Standard Form

☐ Amended

☐ Post-Deadline Postmark Date

Box/Batch: WRBF0003/WRBF0012                          Document Number: WRBF000585 ■

B10 (Official Form 10) (Rev. 10/96)

| UNITED STATES BANKRUPTCY COURT<br>For the District of Delaware | PROOF OF CLAIM |
|---|---|
| In re: W. R. Grace Co., et al | Case Number: 01-1139 through<br>01-1200 (JJP) |

NOTE: This claim should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Creditor Name<br>(Person or entity debtor owes)  First Chemical Texas, L.P. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach Copy of statement giving particulars. |
|---|---|
| Address Line 1   P. O. Box 1607 | |
| Address Line 2 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| Address Line 3 | |
| City, ST ZIP   Baytown, TX  77520 | ☐ Check box if the address differs from the address on the envelope sent to you by the court |

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Fireproofing settlement M01-001

Check here if this claim ☐ replaces  not applicable
☐ amends  a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe Briefly)
settlement of claim for defective fireproofing material installed at creditor's plant
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security No._____
Unpaid compensation for services performed from _____(date)_____ to _____(date)_____

**2. Date Debt Incurred: (MMDDYY)**
0 7  0 5  0 0

**3. If Court Judgment, Date Obtained :**
not applicable

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☒ UNSECURED NONPRIORITY CLAIM
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4300), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507 (a)(7)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) _____

**5. AMOUNT OF CLAIM AT TIME CASE FILED:**

(Secured) _____  (Unsecured Nonpriority) 159096.00  (Unsecured Priority) _____

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclosed a stamped, self-addressed envelope and copy of this proof of claim.  By FT Chemical, Inc., general partner

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 10/10/01 | [signature] J Steve Christy   General Counsel |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

WR Grace    BF.3.12.585
00000585

P.O. Box 1249  Jackson, MS 39215
700 North Street  Jackson, MS 39202
601 948-7550   Fax: 601 949-0228  .

 ChemFirst Inc.

October 10, 2001

US Bankruptcy Court
ATTN:  Claims
824 Market Street
5th Floor
Wilmington, DE  19801

RE:     WR Grace Co., et al
        Case Number 01–1139 through 01–1200 (JJP)

Dear Sir or Madam:

Enclosed is the original and one copy of a proof of claim by First Chemical Texas, L.P.

I am also enclosing an extra copy of the proof of claim to be receipt-stamped and returned in the business-reply envelope provided.

Thank you very much for your attention.  Please call me at 800-829-0050 if you have any questions.

Sincerely yours,

**CHEMFIRST INC.**

Tisha S. Green, CLA
Senior Legal Assistant

:tsg

cc:     Allen Neal, First Chemical Texas, L.P.