IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Ref. Docket No. 16392 |

## AMENDED MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of Annie L. Hermele, Esquire, of Orrick, Herrington & Sutcliffe LLP, Washington Harbour, 3050 K Street, NW, Washington, DC 2007-5135 to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action.

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)

Date: August 29, 2007

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

              ORRICK, HERRINGTON & SUTCLIFFE, LLP

              *Annie Hermele*
              ANNIE L. HERMELE, ESQUIRE
              Washington Harbour
              3050 K Street, NW
              Washington, DC 2007-5135
              (202) 339-8400
              (202) 339-8500 (fax)

DATE: August __28__ 2007


MOTION GRANTED.


Date: _____      _____
                      THE HONORABLE JUDITH K. FITZGERALD
                      U.S. BANKRUPTCY COURT JUDGE