IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of Antony P. Kim, Esquire, of Orrick, Herrington & Sutcliffe LLP, Washington Harbour, 3050 K Street, NW, Washington, DC 2007-5135 to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)

Date: August 29, 2007

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

ORRICK, HERRINGTON & SUTCLIFFE, LLP

_____
ANTONY P. KIM, ESQUIRE
Washington Harbour
3050 K Street, NW
Washington, DC 2007-5135
(202) 339-8400
(202) 339-8500 (fax)

DATE: August 28 2007

MOTION GRANTED.

Date: _____

_____
THE HONORABLE JUDITH K. FITZGERALD
U.S. BANKRUPTCY COURT JUDGE