# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    AUGUST 13, 2007
                                             MATTER :  0066609-000002
                                             INVOICE : 10033847

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

   RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/09/07 | TC | Reviewed limited Objection to sale motion and reservation of rights Filed by Fireman's Fund Insurance Company | .60 |
| 07/10/07 | TC | Reviewed Limited Objection to Debtors' Motion for an Order (A) Approving the Agreements By and Between W.R. Grace & Co.-Conn. and Rhodia Inc., (B) Authorizing the Sale of Certain Assets of W.R. Grace & Co.-Conn.'s Washcoat Business to Rhodia Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment to Rhodia Inc. of Certain Executory Contracts and Unexpired Leases; (D) Approving a Potential Break-up Fee; and (E) Granting Certain Related Relief Filed by United State Trustee for Region 3 | .40 |
| 07/11/07 | TC | Reviewed Motion of the Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim filed by the City of Philadelphia Filed by W.R. Grace & Co., et al | 1.20 |
| 07/19/07 | TC | Reviewed Objection Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants, To Debtors' Motion To Compel The DII Industries, LLC Asbestos PI Trust To Produce Documents And Appear For Deposition And The Debtors' Motion To Compel The Celotex Asbestos Settlement Trust To Produce Documents And Appear For Deposition) Filed by Official Committee of Asbestos Personal Injury Claimants | .50 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚓ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 13, 2007
MATTER : 0066609-000002
INVOICE : 10033847

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:  ASSET DISPOSITION

| | | |
|---|---|---|
| 07/24/07 TC | Reviewed Order Authorizing Settlement With Sempra Energy, San Diego Gas And Electric, Enova Corporation And Granting Certain Related Relief | .20 |
| 07/30/07 TC | Reviewed Debtors' Twenty-Fourth Quarterly Report of Settlements from April 1, 2007 through June 30, 2007 in Accordance with That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding Filed by W.R. Grace & Co., et al. | .20 |
| 07/30/07 TC | Reviewed Debtors' Twenty-Fourth Quarterly Report of Asset Sales from April 1, 2007 through June 30, 2007 in Accordance with That Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets Filed by W.R. Grace & Co., et al. | .30 |

## T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 3.40 | 1700.00 |
| TOTALS | | 3.40 | 1700.00 |

TOTAL FEES :                          1,700.00

TOTAL DUE  :                          1,700.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   AUGUST 13, 2007
                                            MATTER :  0066609-000003
                                            INVOICE : 10033848


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

   RE:  BUSINESS OPERATIONS



DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
----  ----   -------------------------------                   -----

07/05/07 TC   Reviewed Debtor-In-Possession Monthly Operating    .60
              Report for Filing Period May 1, 2007 through
              May 31, 2007 Filed by W.R. Grace & Co., et al.



                  T I M E   S U M M A R Y
                  -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

T. Currier            500.00      .60        300.00
              TOTALS             .60         300.00


              TOTAL FEES :                        300.00

              TOTAL DUE  :                        300.00
```

# Buchanan Ingersoll ∧ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    AUGUST 13, 2007
                                              MATTER :  0066609-000004
                                              INVOICE : 10033849


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

     RE:   CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/02/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 07/03/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 07/05/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 07/09/07 | TC | Reviewed Objection to Debtors' Motion for Leave From Scheduling Order and to Shorten Notice Period of Motions to Compel Asbestos Trusts and Request for Telephonic Hearing Filed by Celotex Asbestos Settlement Trust | .70 |
| 07/11/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   AUGUST 13, 2007
                                           MATTER : 0066609-000004
                                           INVOICE : 10033849


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

    RE:   CASE ADMINISTRATION


07/12/07 MNF   Maintained and organized case files by          1.00
               reviewing each incoming pleading, matching the
               pleading to the docket, and arranging the
               pleadings and correspondence in chronological
               order

07/13/07 MNF   Maintained and organized case files by          1.00
               reviewing each incoming pleading, matching the
               pleading to the docket, and arranging the
               pleadings and correspondence in chronological
               order

07/17/07 MNF   Maintained and organized case files by          1.00
               reviewing each incoming pleading, matching the
               pleading to the docket, and arranging the
               pleadings and correspondence in chronological
               order

07/18/07 MNF   Maintained and organized case files by           .50
               reviewing each incoming pleading, matching the
               pleading to the docket, and arranging the
               pleadings and correspondence in chronological
               order

07/19/07 MNF   Maintained and organized case files by          1.00
               reviewing each incoming pleading, matching the
               pleading to the docket, and arranging the
               pleadings and correspondence in chronological
               order

07/23/07 MNF   Maintained and organized case files by          1.00
               reviewing each incoming pleading, matching the
               pleading to the docket, and arranging the
               pleadings and correspondence in chronological
               order
```

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 13, 2007
MATTER :  0066609-000004
INVOICE : 10033849

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   CASE ADMINISTRATION

| Date | | Description | Hours |
|---|---|---|---|
| 07/24/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 07/26/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 07/27/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 07/30/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | .50 |
| 07/31/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &amp; Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   AUGUST 13, 2007
MATTER  :   0066609-000004
INVOICE :   10033849

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .70 | 350.00 |
| M. Flores | 165.00 | 14.00 | 2310.00 |
| TOTALS | | 14.70 | 2660.00 |

TOTAL FEES :                           2,660.00

TOTAL DUE  :                           2,660.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    AUGUST 13, 2007
                                              MATTER :  0066609-000006
                                              INVOICE : 10033850
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/09/07 | TC | Reviewed Response to Debtors' Twenty-Third Omnibus Objection to Certain IRS Claims Filed by United States Internal Revenue Service | .50 |
| 07/10/07 | TC | Reviewed Objection to - Debtors' Objection to the NJDEP's Motion Seeking Permission to File a Late Proof of Claim Filed by W.R. Grace & Co., et al. | 1.10 |
| 07/10/07 | TC | Reviewed Joinder In The Debtors' Objection To The NJDEP's Motion Seeking Order To File A Late Claim Filed by Official Committee of Unsecured Creditors. | .20 |
| 07/11/07 | TC | Reviewed Trial Brief for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims | 1.10 |
| 07/16/07 | TC | Reviewed Answering Response To Debtor's Objections To State's Motion For Leave To File a Late Proof of Claim, Filed by State of New Jersey Department of Environmental Protection | .80 |
| 07/18/07 | TC | Reviewed Response to Debtors' Motion for Leave to File a Reply in Further Support of Its Tenth Motion for an Order Extending Exclusivity Filed by State of California | .30 |
| 07/19/07 | TC | Reviewed Motion for Leave to File Late Claim Filed by Iowa Department of Revenue | .60 |

# Buchanan Ingersoll ⚹ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 13, 2007
MATTER :  0066609-000006
INVOICE : 10033850

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 07/24/07 | TC | Reviewed Order (Thirty-Fourth) Continuation Regarding The Relief Sought In Debtors' Fifth Omnibus Objection To Claims | .20 |
| 07/24/07 | TC | Reviewed Order (Continuation) Regarding The Debtors' Eighteenth Omnibus Objection To Claims (Substantive) | .20 |
| 07/24/07 | TC | Reviewed Order Regarding Relief Sought in Debtors' Objection To Claim Filed By Massachusetts Department of Revenue | .10 |
| 07/24/07 | TC | Reviewed Order (Fourth) Regarding Relief Sought In Debtors' Twenty-Second Omnibus Objection To Claims (Substantive) | .20 |
| 07/24/07 | TC | Reviewed Order Disallowing And Expunging Certain Claims And Reducing Certain Other Claims of The Internal Revenue Service | .10 |
| 07/25/07 | TC | Reviewed Order (Seventh) Regarding Relief Sought In Debtors' Twentieth Omnibus Objection To Claims (Substantive) | .10 |
| 07/25/07 | TC | Reviewed Order (A)Approving The Agreement By And Between W.R> Grace & Co.-Conn. And Rhodia Inc.; (B)Authorizing The Sale of Certain Assets of W.R. Grace & Co.-Conn.'s Washcoat Business To Rhodia Inc. Free And Clear of All Liens, Claims, Encumbrances And Other Interests; (C)Authorizing The Assumption And Assignment To Rhodia Inc. of Certain Executory Contracts And Unexpired Leases; And (D)Granting Certain Related Relief | .60 |
| 07/25/07 | TC | Reviewed Order Approving Stipulation Concerning Consolidating of Certain Claims | .30 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 13, 2007
MATTER :  0066609-000006
INVOICE : 10033850

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

### T I M E   S U M M A R Y
-----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 500.00 | 6.40  | 3200.00 |
|              | TOTALS |        | 6.40  | 3200.00 |

TOTAL FEES :              3,200.00

TOTAL DUE  :              3,200.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    AUGUST 13, 2007
                                              MATTER :  0066609-000007
                                              INVOICE : 10033851


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07.  6548

    RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
         EQUITY HOLDERS'



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----    -------------------------------                   -----

07/20/07 MDC   Correspondence to and from Terri Currier           1.00
               regarding hearing; review of pleadings
               regarding extension of exclusivity.

07/24/07 MDC   Telephone call to Philip Bentley regarding          .40
               hearing.  Conference with Terri Currier
               regarding hearing.



               T I M E   S U M M A R Y
               -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

M. D. Coleman          340.00    1.40        476.00
               TOTALS            1.40        476.00


               TOTAL FEES :                          476.00


               TOTAL DUE  :                          476.00
```

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  AUGUST 13, 2007
MATTER :  0066609-000008
INVOICE :  10033852

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/25/07 | TC | Reviewed Motion to Authorize Implementation of the 2007-2009 Long-Term Incentive Program for Key Employees Filed by W.R. Grace & Co., et al | .70 |

### T I M E   S U M M A R Y

|  | | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| T. Currier | | 500.00 | .70 | 350.00 |
|  | TOTALS | | .70 | 350.00 |

TOTAL FEES :                                350.00

TOTAL DUE  :                                350.00

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 13, 2007
MATTER  : 0066609-000010
INVOICE : 10033853

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/02/07 | MNF | Review docket re: signed order for COC to Lexecon Motion | .50 |
| 07/06/07 | FAP | Retrieve and review updated docket to determine if order entered regarding Motion to Modify Retention Application of Lexecon LLC as Asbestos Claims Consultant | .10 |
| 07/10/07 | FAP | Retrieve and review updated docket to determine if order entered regarding modification of Lexecon's retention | .10 |
| 07/12/07 | MNF | T/c to court re: order for Lexecon's Retention motion; discuss same with TKDC | .50 |
| 07/24/07 | MNF | Prepare and Resend Package to chambers re: Order for Lexecon Motion | .50 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| F. A. Panchak | 165.00 | .20 | 33.00 |
| M. Flores | 165.00 | 1.50 | 247.50 |
| TOTALS |  | 1.70 | 280.50 |

TOTAL FEES :                                              280.50

TOTAL DUE :                                               280.50

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    AUGUST 13, 2007
                                            MATTER :  0066609-000011
                                            INVOICE : 10033854


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

     RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/05/07 | TC | Prepared cno for kramer levin fee application, to be filed today | .30 |
| 07/11/07 | MNF | Review prebills for June 2007 | .50 |
| 07/16/07 | MNF | Review made edits to pre-bills/final bills for June 2007 | 1.00 |
| 07/16/07 | MNF | Draft 69th monthly fee app of BIR for June 2007 | 1.00 |
| 07/17/07 | MNF | Continue work 68th monthly fee app of BIR for June 2007 | 1.50 |
| 07/20/07 | MNF | Review docket re: objections to 67th monthly fee app of CNO (.1); Draft CNO re:67th monthly fee app of BIR(.5) | .60 |
| 07/23/07 | MNF | E-file and serve CNO re: 67th monthly fee app of BIR | 1.00 |
| 07/26/07 | TC | Reviewed our 68th fee application and prepared same for filing | .60 |
| 07/30/07 | MNF | E-file and serve 68th monthly fee app of BIR; Scan and send same to fee auditor | 1.50 |

# Buchanan Ingersoll ⚖ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   AUGUST 13, 2007
MATTER :   0066609-000011
INVOICE :  10033854

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   FEE APPLICATIONS, APPLICANT

### T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| T. Currier | 500.00 | .90   | 450.00  |
| M. Flores  | 165.00 | 7.10  | 1171.50 |
| TOTALS     |        | 8.00  | 1621.50 |

TOTAL FEES :                     1,621.50

TOTAL DUE  :                     1,621.50

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    AUGUST 13, 2007
                                            MATTER :  0066609-000012
                                            INVOICE : 10033855

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

    RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/02/07 | MNF | E-file and serve 70th monthly fee app of Kramer Levin | 1.00 |
| 07/05/07 | MNF | Draft CNO re: 69th monthly fee app of Kramer Levin (.5); E-file and serve same (1.0) | 1.50 |
| 07/25/07 | TC | Reviewed cno for kramer levin in preparation for filing same | .40 |
| 07/25/07 | MNF | Review docket re: objections to 70th monthly fee app of Kramer Levin (.1)Draft CNO re: 70th monthly fee app of Kramer Levin (.5); E-file and serve CNO(1.0) | 1.60 |
| 07/30/07 | MNF | E-file and serve 71st monthly fee app of Kramer Levin | 1.00 |

              T I M E   S U M M A R Y
              -----------------------

|            | RATE | HOURS | TOTALS |
|------------|------|-------|--------|
| T. Currier | 500.00 | .40 | 200.00 |
| M. Flores  | 165.00 | 5.10 | 841.50 |
| TOTALS     |       | 5.50 | 1041.50 |

                    TOTAL FEES :                    1,041.50

                    TOTAL DUE  :                    1,041.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 13, 2007
                                            MATTER : 0066609-000014
                                            INVOICE : 10033856
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

    RE:  HEARINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/05/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. | .40 |
| 07/12/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/19/2007 | .50 |
| 07/18/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing on July 23, 2007, at 2:00 p.m. before the Honorable Judith K. Fitzgerald in Wilmington, Delaware Filed by W.R. Grace & Co., et al. | .60 |
| 07/20/07 | TC | Communications from phil bentley re monday's wrgrace hearing; arranged maggie coleman to attend hearing; arranged plan materials and other pleadings for maggie | .70 |
| 07/20/07 | MNF | Prepare hearing folder for 7/23/07 hearing; download, scan and send same to M. Coleman | 1.50 |
| 07/23/07 | MNF | Download amended agenda and download pleadings re: 7/23/07 hearing | 1.00 |
| 07/25/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing | .60 |
| 07/27/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al | .60 |
| 07/30/07 | TC | Reviewed Order Scheduling Omnibus Hearing Date For August 29, 2007 | .20 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   AUGUST 13, 2007
MATTER :   0066609-000014
INVOICE :  10033856

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   HEARINGS

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 3.60 | 1800.00 |
| M. Flores | 165.00 | 2.50 | 412.50 |
| TOTALS | | 6.10 | 2212.50 |

TOTAL FEES :                                2,212.50

TOTAL DUE  :                                2,212.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 13, 2007
MATTER : 0066609-000015
INVOICE : 10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/05/07 | TC | Reviewed Motion to Amend MOTION TO SUPPLEMENT RECORD REGARDING MOTION TO ALTER OR AMEND THE COURT'S ORDER AND MEMORANDUM OPINION DISALLOWING AND EXPUNGING 71 CLAIMS ENTERED ON APRIL 17 2007 Filed by Speights & Runyan Claimants | .70 |
| 07/05/07 | TC | Reviewed Notice of Service of Discovery Filed by W.R. Grace & Co., et al. | .20 |
| 07/05/07 | TC | Reviewed Debtors' Motion for Expedited Consideration of Agreed Motion for Entry of Protective Order Filed by W.R. Grace & Co., et al. | .30 |
| 07/05/07 | TC | Reviewed Notice of Deposition and Subpoena Filed by W.R. Grace & Co., et al. | .40 |
| 07/05/07 | TC | Reviewed Agreed Motion of the Debtors and Congoleum Corporation for Entry of Stipulation and Protective Order Filed by W.R. Grace & Co., et al. | .70 |
| 07/05/07 | TC | Reviewed Notice of Service - Debtors' List of Claims to be Tried on July 30, 2007 - August 1, 2007 Filed by W.R. Grace & Co., et al.. | .30 |
| 07/05/07 | TC | Reviewed MOTION TO SUPPLEMENT RECORD REGARDING MOTINO TO ALTER OR AMEND, including motion, exhibit, notice | .70 |
| 07/05/07 | TC | Reviewed Notice of Service of "Requests to Produce to the Debtors" Filed by Anderson Memorial Hospital | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 13, 2007
MATTER :  0066609-000015
INVOICE : 10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 07/09/07 TC | Reviewed Emergency Motion to Extend Time to File Response to Speights' Motion to Supplement Record Filed by W.R. Grace & Co., et al. | .50 |
| 07/10/07 TC | Reviewed Order (MODIFIED) Regarding Debtors' Motion for Leave from Scheduling Order to Shorten Notice Period of Motions to Compel Asbestos Trusts | .20 |
| 07/10/07 TC | Reviewed Order Granting Debtors' Emergency Motion to Extend Time to File Response to Speights' Motion to Supplement Record. | .20 |
| 07/11/07 TC | Reviewed Debtors' Final Witness List for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al. | .30 |
| 07/11/07 TC | Reviewed Debtors' List of Pre-Marked Exhibits for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al. | .50 |
| 07/11/07 TC | Reviewed Protective Order | .30 |
| 07/11/07 TC | Reviewed Case Management Order (MODIFIED SECOND NEWLY AMENDED) For the Estimation of Asbestos Personal Injury Liabilities. | .20 |
| 07/11/07 TC | Reviewed Order (MODIFIED) Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers | .10 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 13, 2007
MATTER :  0066609-000015
INVOICE : 10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 07/16/07 | TC | Reviewed Motley Rice's Objections and Responses to Debtors' (W.R. Grace & Co.) Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants Law Firms | .20 |
| 07/16/07 | TC | Reviewed Notice of Service Filed by Kelley & Ferraro, LLP | .10 |
| 07/16/07 | TC | Reviewed Response of Kelley & Ferraro LLP to Debtors' Third Set of Interrogatories To Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms Filed by Kelley & Ferraro, LLP. | .80 |
| 07/16/07 | TC | REVIEWED Response to Speights & Runyan's Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 Filed by W.R. Grace & Co., et al | .80 |
| 07/18/07 | TC | Reviewed Notice of Deposition Rescheduled Deposition of James Cintani Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .20 |
| 07/18/07 | TC | Reviewed consent order forwarded to all counsel for filing; sent same to debra felder and phil bentley | .50 |
| 07/18/07 | TC | Reviewed Notice of Rescheduled Deposition of Thomas Egan Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .20 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :    AUGUST 13, 2007
                                                    MATTER :  0066609-000015
                                                    INVOICE : 10033857


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING


| | | | |
|---|---|---|---|
| 07/18/07 TC | Reviewed CLAIMANTS' LIST OF PRE-MARKED EXHIBITS FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS Filed by Motley Rice LLC. | | .30 |
| 07/18/07 TC | Reviewed CLAIMANTS' FINAL WITNESS LIST FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS Filed by Motley Rice LLC | | .20 |
| 07/18/07 TC | Reviewed CLAIMANTS' TRIAL BRIEF FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS'ASBESTOS PROPERTY DAMAGE CLAIMS Filed by Motley Rice LLC | | .80 |
| 07/18/07 TC | Reviewed CLAIMANTS' OBJECTIONS TO DEBTORS' EXHIBITS FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS filed by Motley Rice LLC | | .20 |
| 07/18/07 TC | Reviewed Notice of Service of Objections of Brayton Purcell LLP to Debtor'sSubpoena Filed by Brayton Purcell. | | .20 |
| 07/18/07 TC | Reviewed Motion for Leave Authorizing Debtors to, and Directing that the Clerk of the Court, File Under Seal Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions Filed by W.R. Grace & Co., et al. | | .40 |
| 07/19/07 TC | Reviewed Objection to Debtors' Motion to Compel The Celotex Asbestos Settlement Trust To Produce Documents And Appear For Deposition Filed by Celotex Asbestos Settlement Trust | | .80 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     AUGUST 13, 2007
MATTER :   0066609-000015
INVOICE : 10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 07/19/07 TC | Reviewed Brief (Debtors') in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions and attachments/exhibits | | .80 |
| 07/19/07 TC | Reviewed Notice of Service OF EARLY, LUDWICK & SWEENEY, LLC'S CHART CLASSIFYING CLAIMANTS IDENTIFIED ON EXHIBIT 1 TO THE SUBPOENA DIRECTED TO EARLY, LUDWICK, SWEENEY & STRAUSS, LLC DATED MARCH 16, 2007 AS REFLECTED ON THE TRANSCRIPT OF THE MAY 21, 2007 HEARING Filed by EARLY LUDWICK & SWEENEY LLC | | .20 |
| 07/19/07 TC | Reviewed Notice of Deposition (Rescheduled) Notice of Rule 30(B)(6) Deposition and Subpoena of Rust Consulting, Inc. Filed by David Austern | | .20 |
| 07/19/07 TC | Reviewed Response to Motion to Compel The DII Industries, LLC Asbestos PI Trust to Produce Documents and Appear for Deposition Filed by DII Industries, LLC Asbestos PI Trust | | .70 |
| 07/20/07 TC | Reviewed Notice of Deposition (Rescheduled) Notice of Rule 30(B)(6) Deposition and Subpoena of BMC Group, Inc. Filed by David Austern | | .30 |
| 07/20/07 TC | Reviewed Notice of Service OF EARLY, LUDWICK & SWEENEY, LLC'S CHART CLASSIFYING CLAIMANTS IDENTIFIED ON EXHIBIT 1 TO THE SUBPOENA DIRECTED TO EARLY, LUDWICK, SWEENEY & STRAUSS, LLC DATED MARCH 16, 2007 AS REFLECTED ON THE TRANSCRIPT OF THE MAY 21, 2007 HEARING Filed by EARLY LUDWICK & SWEENEY LLC | | .20 |

# Buchanan Ingersoll ⚖ Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 13, 2007
MATTER :  0066609-000015
INVOICE : 10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 07/24/07 TC | Reviewed Debtors' Objections to Claimants' Pre-Marked Exhibits for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al. | .20 |
| 07/24/07 TC | Reviewed Order Granting Debtors' Leave to File The Dr. Anderson Report | .10 |
| 07/25/07 TC | Reviewed Response to Debtors' Motion in Limine to Exclude Testimony and Evidence of Nullum Tempus Status at the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims by Washington Claimants Filed by Motley Rice LLC | .80 |
| 07/25/07 TC | Reviewed Order Approving Stipulation for Entry of Protective Order Regarding Certain Claims Filed by Del Taco, Inc. and William C. Baker, et al. | .60 |
| 07/26/07 TC | Reviewed Reply in Support of Debtor's Motions to Compel Discovery from the Celotex Asbestos Trust and the DII Industries, LLC Asbestos PI Trust Filed by W.R. Grace & Co., et al. | .70 |
| 07/26/07 TC | Reviewed Motion to File Under Seal the Response of Baron & Budd, P.C., Foster & Sear, LLP, LeBlanc & Waddell, LLP, Provost Umphrey,LLP, Reaud Morgan & Quinn, LLP, Silber Pearlman,LLP, Weitz & Luxenberg,PC, and Williams Kherkher, LLP (f/k/a Williams Bailey, LLP, to Grace's Request for Depositions and To Serve Additional Interrogatories | .50 |

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   AUGUST 13, 2007
MATTER :   0066609-000015
INVOICE :  10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 07/26/07 TC | Reviewed Brief of the MMWR Firms in Oppposition to Grace's "Brief In Further Support Of Opposition To Motions For Protective Order To Preclude Law Firm Depositions | .80 |
| 07/26/07 TC | Reviewed Notice of Hearing Regarding Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms | .20 |
| 07/26/07 TC | Reviewed Motley Rice LLC's Reply To Debtors' Brief In Further Support Of Opposition To Motions For Protective Orders To Preclude Law Firm Depositions Filed by Motley Rice LLC | .40 |
| 07/26/07 TC | Reviewed Opposition Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants, To Grace's Renewed Request For Attorney Depositions (and all exhibits) | .90 |
| 07/27/07 TC | Reviewed Notice of Service of Brief of The MMWR Firms in Opposition to Grace's "Brief In Further Support Of Opposition To Motions For Protective Order To Preclude Law Firm Depositions | .10 |
| 07/30/07 TC | Reviewed Order Granting Motion of Baron & Budd and Certain Other Law Firms for an Order Authorizing Baron & Budd, P.C., and Other Certain Law Firms to, and Directing that the Clerk of the Court, File Under Seal Their Response to Grace's Request for Depositions and to Serve Additional Interrogatories | .20 |

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    AUGUST 13, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 07/30/07 TC | Reviewed Order Granting Motley Rice LLC's Motion For an Order Authorizing Motley Rice LLC to, and Directing that the Clerk of the Court, File Under Seal Motley Rice LLC's Reply to Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions. | .20 |
| 07/30/07 TC | Reviewed Motion For An Order Authorizing Baron & Budd P.C. And Other Certain Law Firms To, And Directing That The Clerk of the Court, File Under Seal Their Response To Grace's Request for Depositions and to Serve Additional Interrogatories | .10 |
| 07/30/07 TC | Reviewed Notice of Filing Under Seal Motley Rice LLC's Reply To Debtors' Brief In Further Support of Opposition to Motions for Protective Orders To Preclude Law Firm Depositions | .10 |
| 07/30/07 TC | Reviewed Notice of Service of Discovery (Asbestos PI Expert Reports) Filed by Libby Claimants | .40 |
| 07/30/07 TC | Reviewed Notice of Service of Official Committee of Asbestos Personal Injury Claimants' Supplemental (July 31, 2007) Set of Interrogatories and Requests for Production of Documents Directed to the Debtors Filed by Official Committee of Asbestos Personal Injury Claimants | .20 |
| 07/30/07 TC | Reviewed Notice of Service of Supplemental/Rebuttal Expert Report of Victor L. Roggli, M.D. in Connection With Asbestos Personal Injury Estimation Filed by David Austern | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   AUGUST 13, 2007
MATTER  :   0066609-000015
INVOICE :   10033857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 07/30/07 TC | Reviewed Notice of Service of Notice of Filing of the Supplemental/Rebuttal Expert Reports of Steve M. Hays, P.E., Laura S. Welch, M.D., Dr. William Longo and Dr. Samuel Hammar in Connection with the Asbestos Personal Injury Estimation Hearing Filed by Official Committee of Asbestos Personal Injury Claimants (and attached reports) | 1.30 |

### T I M E   S U M M A R Y
----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 22.10 | 11050.00 |
| TOTALS | | 22.10 | 11050.00 |

TOTAL FEES :                          11,050.00

TOTAL DUE  :                          11,050.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    AUGUST 13, 2007
                                              MATTER :  0066609-000016
                                              INVOICE : 10033858


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

    RE:  PLAN AND DISCLOSURE STATEMENT



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
  ----  ----    -------------------------------                      -----

07/09/07 TC     Reviewed Objection to Debtors' Tenth Motion for       ..80
                an Order Pursuant to 11 U.S.C. 1121(d)
                Extending Debtors' Exclusive Periods in Which
                to File a Chapter 11 Plan and to Solicit Votes
                Thereon Filed by David Austern, Official
                Committee of Asbestos Personal Injury
                Claimants, Official Committee of Asbestos
                Property Damage Claimants

07/10/07 TC     Reviewed Objection to (Asbestos Personal Injury        .40
                Claimants' Committee's Statement in Further
                Support of Opposition to Debtors' Tenth Motion
                for an Order Pursuant to 11 U.S.C. 1121(d)
                Extending Debtors' Exclusive Periods in which
                to File a Chapter 11 Plan and to Solicit Votes
                Thereon) Filed by Official Committee of
                Asbestos Personal Injury Claimants

07/10/07 TC     Reviewed Objection to Debtors' Motion to Extend        .70
                Time [Tenth Pursuant to 11 U.S.C. Section
                1121(d) Extending Debtors' Exclusive Periods In
                Which to File a Chapter 11 Plan and to Solicit
                Votes Thereon Filed by United States Trustee
                for Region 3

07/16/07 TC     Reviewed Debtors' Motion For Leave To File A           .70
                Reply In Further Support Of Its Tenth Motion
                For An Order Extending Exclusivity Filed by
                W.R. Grace & Co., et al., and attached reply

07/18/07 TC .   Reviewed Limited Reply to Objections to Tenth          .50
                Motion for an Order Extending Debtors'
                Exclusive Periods Filed by W.R. Grace & Co., et
                al.
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 13, 2007
MATTER :  0066609-000016
INVOICE : 10033858

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 07/18/07 TC | Reviewed Joinder of Anderson Memorial Hospital in the Asbestos Constituents' Opposition to Debtors' Tenth Motion for Order Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon and in the U.S. Trustee's Objection to Debtors' Tenth Motion for Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon Filed by Anderson Memorial Hospital. | | .20 |
| 07/20/07 TC | Reviewed third circuit briefs and appendices on appeal of exclusivity extension | | 3.70 |
| 07/30/07 TC | Reviewed Order Denying Extension of Exclusivity and Terminating Same | | .50 |

T I M E   S U M M A R Y
-----------------------

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
|  | | ---- | ----- | ------ |
| T. Currier | | 500.00 | 7.50 | 3750.00 |
|  | TOTALS | | 7.50 | 3750.00 |

TOTAL FEES :                     3,750.00

TOTAL DUE  :                     3,750.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    AUGUST 13, 2007
                                            MATTER :  0066609-001000
                                            INVOICE : 10033859


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/07   6548

    RE:  EXPENSES




        DESCRIPTION OF EXPENSE ADVANCES                    AMOUNT
        ------------------------------                     ------
07/02/07 Photocopies M. Flores                              10.05
07/03/07 Photocopies M. Flores                               5.10
07/05/07 Photocopies M. Flores                               0.45
07/05/07 Photocopies M. Flores                               0.60
07/16/07 Photocopies M. Flores                              19.80
07/25/07 Photocopies M. Flores                               0.60
07/26/07 Photocopies M. Flores                              19.65
07/26/07 Photocopies M. Flores                               4.80
07/27/07 Photocopies M. Flores                              24.60
07/30/07 On-Line Search Service - Pacer - June 2007          4.80
07/30/07 Photocopies M. Flores                              20.25
07/31/07 Photocopies M. Flores                               5.10

                         TOTAL EXPENSE ADVANCES :                 115.80

                         TOTAL DUE  :                             115.80
```