alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru: 07/31/07

PAGE   1

Run Date & Time: 08/15/07 16:53:00
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp. Partners | Class. | Freq. | Stat. |
|--------|-------------|-------|------|---------------|---------------|----------------|--------|-------|-------|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 60.80 | 60.80 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 17.78 | 17.78 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 3,045.97 | 3,045.97 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 0.00 | 0.00 | 3,124.55 | 3,124.55 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE : 2

ajp_132c: Billed Charges Analysis

Run Date & Time: 08/15/2007 16:52:59

Matter No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

| Code | B I L L E D    C O S T S    S U M M A R Y | Oldest Entry | Latest Entry | Total Amount |
|------|-------------------------------------------|--------------|--------------|--------------|
| Code | Description | | | |

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 07/05/07 | 07/27/07 | 350.60 |
| 0905 | OTHER MISCELLANEOUS CHARGES | 07/12/07 | 07/12/07 | 1,295.00 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 07/05/07 | 07/25/07 | 536.95 |
| 0922 | WESTLAW PHOTOCOPY | 07/31/07 | 07/31/07 | 324.69 |
| 0930 | MESSENGER/COURIER | 06/29/07 | 07/18/07 | 17.78 |
| 0940 | CAB FARES | 06/06/07 | 06/06/07 | 76.25 |
| 0950 | OUT-OF-TOWN TRAVEL | 07/31/07 | 07/31/07 | 159.40 |
| 0970 | DOCUMENT RETRIEVAL FEES | 06/30/07 | 06/30/07 | 226.88 |
| 1900 | TRANSCRIPT FEES | 07/25/07 | 07/26/07 | 491.00 |

| | | Total | 3,124.55 |
| | | Grand Total | 3,124.55 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PRE-BILLING SUMMARY REPORT

PAGE   1

Run Date & Time: 08/15/2007 16:52:58

alp_132c: Billed Charges Analysis

Client No.: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: Reduce rate $1.00/photo, $.15/fax/keyboard services

UNBILLED TIME FROM: 09/13/2007   TO:   07/25/2007
UNBILLED DISB FROM: 06/06/2007   TO:   07/31/2007

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 13,124.55 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 07/31/2007 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

---

| FEES | DISBURSEMENTS | ACCOUNTS RECEIVABLE TOTALS | UNAPPLIED CASH |
|---|---|---|---|

| | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|
| FEE RETAINER: | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | TOTAL AVAILABLE FUNDS: | 0.00 |
| | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 08/15/07 | LAST PAYMENT DATE: | 07/25/07 |
|---|---|---|---|
| LAST BILL NUMBER: | 470594 | ON ACCOUNT FEES BILLED TO DATE: | 2,537,161.00 |
| | | FEES BILLED TO DATE: | 2,537,161.00 |
| | | TOTAL FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 07/31/07 | FEES WRITTEN OFF TO DATE: | 137,803.68 |
| | | COSTS WRITTEN OFF TO DATE: | 25,105.34 |

FOR ACCTG. USE ONLY:       Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development       (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER:                DATE OF BILL:          Processed by:                        FRC:          CRC:

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   1

Run Date & Time: 08/15/2007 16:52:58

Matter No: 056772-00000l                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 2390220
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                        PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                              TO:
            UNBILLED DISB FROM:  06/30/2007                  TO:  07/05/2007

GROSS BILLABLE AMOUNT:                          FEES                      COSTS
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
  THRU DATE:
CLOSE MATTER/FINAL BILLING?            YES  OR  NO
EXPECTED DATE OF COLLECTION:
BILLING PARTNER APPROVAL:              BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                        ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

        FEES:                          0.00                UNIDENTIFIED RECEIPTS:              0.00
        DISBURSEMENTS:                 0.00                PAID FEE RETAINER:                  0.00
        FEE RETAINER:                  0.00                PAID DISB RETAINER:                 0.00
        DISB RETAINER:                 0.00                TOTAL AVAILABLE FUNDS:              0.00
        TOTAL OUTSTANDING:             0.00                                                   TRUST BALANCE:
                                                           BILLING HISTORY
    DATE OF LAST BILL:     08/15/07              LAST PAYMENT DATE:         07/25/07
    LAST BILL NUMBER:      470834               FEES BILLED TO DATE:        272,491.50
                                                ON ACCOUNT FEES BILLED TO DATE:   0.00
    LAST BILL THRU DATE:   07/31/07             TOTAL FEES BILLED TO DATE:  272,491.50
                                                COSTS WRITTEN OFF TO DATE:  81,055.50
    FOR ACCTG USE ONLY:    Write Down/Up Reason Codes              FEES WRITTEN OFF TO DATE:   19,421.26
       (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
       (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
       (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding            (10) Client Arrangement

    BILL NUMBER:_____      DATE OF BILL:_____      Processed by:_____      FRC:_____      CRC:_____

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

alp_112r: Billed Charges Analysis

Run Date & Time: 08/15/2007 16:52:58

Matter No: 056772-00003                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2390220
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : COST_ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y   -------- Total Billed --------**

| Code | Description | Oldest Entry Date | Latest Entry Date | Total Billed |
|------|-------------|-------------------|-------------------|--------------|
| 0820 | PHOTOCOPYING | 07/05/07 | 07/05/07 | 15.60 |
| 0972 | DOCUMENT RETRIEVAL FEES | 06/30/07 | 06/30/07 | 45.20 |
| | Total | | | 60.80 |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|--|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | TRIVENZY N | 07/05/07 | 15.60 | 7936507 02 | 4234419 | 07/09/07 |
| TRIVENZY NICK | | | | | | | |
| | | 0820 PHOTOCOPYING Total : | | 15.60 | | | |
| DOCUMENT RETRIEVAL F | 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | | PIZZARELLO, C | 06/30/07 | 45.20 | 7985316 | 426346 | 07/24/07 |
| PACER RETRIEVAL FEES | | | | | | | |
| | | 0972 DOCUMENT RETRIEVAL Total : | | 45.20 | | | |
| | | Costs Total : | | 60.80 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 08/15/2007 16:52:58

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772/28/000001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CREDIT RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED COSTS SUMMARY**

| Code | Description | Amount | Bill W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|------|-------------|--------|----------------|---------------------|---------------|
| 0820 | PHOTOCOPYING | 15.60 | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 44.20 | | | |

Costs Total : 59.80

alp_1332r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 08/15/2007 16:52:58

Matter No: 056772A-00008                                    Orig Prtnr : CRED. RGTS. - 06975        Proforma Number:    2390225
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status : ACTIVE

Special Billing Instructions:

*************************************************** PRE-BILLING SUMMARY REPORT ***************************************************

                                                                               TO:
UNBILLED TIME FROM:                                                            TO:
UNBILLED DISB FROM:   06/29/2007                                               TO:    07/13/2007

                                                      FEES:                             COSTS:

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:                          0.00
AMOUNT BILLED:                                                                          17.78
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

*************************************************** ACCOUNTS RECEIVABLE TOTALS ***************************** UNAPPLIED CASH *****

                                                                               LAST PAYMENT DATE:    07/25/07
DISBURSEMENTS:                       0.00             UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:                        0.00             PAID FEE RETAINER:           0.00
DISB RETAINER:                       0.00             PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:                   0.00             TOTAL AVAILABLE FUNDS:       0.00
                                                     TRUST BALANCE:
                                                     BILLING HISTORY

DATE OF LAST BILL:        08/15/07                    LAST BILL NUMBER:
LAST BILL NUMBER:         570534                      FEES BILLED TO DATE:      138,496.50
                                     ON ACCOUNT FEES BILLED TO DATE:            0.00
                                                     TOTAL FEES BILLED TO DATE: 138,496.50
LAST BILL THRU DATE:      07/31/07                    FEES WRITTEN OFF TO DATE:   10,746.50
                                                     COSTS WRITTEN OFF TO DATE:     431.79

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER:                   DATE OF BILL:                   Processed by:                   FRC:        CRC:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   5

alp_132r: Billed Charges Analysis

Run Date & Time: 08/15/2007 16:53:58

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:  2390222
Bill Frequency: M

Status : ACTIVE

**BILLED COSTS SUMMARY**

| Code | Description | -------- Oldest -------- Entry | -------- Latest -------- Entry | ---- Total Billed ---- Amount |
|------|-------------|------|------|------|
| 0930 | MESSENGER/COURIER | 06/29/07 | 07/13/07 | 17.78 |
| | Total | | | 17.78 |

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------|------|------|------|------|------|------|
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | RODRIGUEZ, V S | 06/29/07 | 8.89 | 7393794 | 425622 | 07/13/07 |
| Klett Rooney Lieber & Schorlin | | | | | | |
| FEDERAL EXPRESS CORPORAT | RODRIGUEZ, V E | 07/13/07 | 8.89 | 7988204 | 426460 | 07/26/07 |
| Klett Rooney Lieber & Schorlin | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 17.78 | | | |

alp 112ir: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE 6

Run Date & Time: 08/15/2007 16:52:58

Matter No: 056772-00008

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Matter Name : FEE APPLICATIONS, APPLICANT

Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975

Bill Prtnr : BENTLEY PHILIP - 02495

Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:

Bill Frequency: M

Status : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|----------------------|---------------|
| 0930 | MESSENGER/COURIER | 17.78 | | | | |
| | Costs Total : | 17.78 | | | | |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  7

Run Date & Time: 08/15/2007 16:52:58

alp 132r: Billed Charges Analysis

Matter: 003-056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Origination Credit(s): EICHBERG STEVEN - 06975 / Proforma Number: 2590224
Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976     Status : ACTIVE

Special Billing Instructions:

FEE BILLING SUMMARY REPORT

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM: 06/06/2007         TO: 07/31/2007

                    FEES              COSTS

                    0.00              3,045.97

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:              0.00    UNIDENTIFIED RECEIPTS:     0.00
DISBURSEMENTS:     0.00    PAID FEE RETAINER:        0.00
FEE RETAINER:      0.00    PAID DISB RETAINER:       0.00
DISB RETAINER:     0.00    TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING: 0.00    TRUST BALANCE:
                           BILLING HISTORY

DATE OF LAST BILL:  08/15/07    LAST PAYMENT DATE:  07/25/07
LAST BILL NUMBER:   470534      ACTUAL FEES BILLED TO DATE:  1,013,661.00
                    ON ACCOUNT FEES BILLED TO DATE:  0.00
                    TOTAL FEES BILLED TO DATE:  1,013,661.00
LAST BILL THRU DATE: 07/31/07  FEES WRITTEN OFF TO DATE:  8,282.00
                    COSTS WRITTEN OFF TO DATE:  2,470.72

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted (5) Business Development      (8) Premium
(3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

Run Date & Time: 08/15/2007 16:52:58
zip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGHTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2350224
Bill Frequency: M

Status: ACTIVE

**BILLED COSTS SUMMARY**

| Code | Description | ---- Oldest ---- Latest | Total Billed | Total |
|------|-------------|-------------------------|--------------|-------|
| 0820 | PHOTOCOPYING | 07/10/07  07/13/07 | | 21.00 |
| 0905 | OTHER MISCELLANEOUS CHARGES | 07/12/07  07/12/07 | | 1,295.00 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 07/05/07  07/25/07 | | 556.95 |
| 0925 | OUTSIDE PHOTOCOPY | 07/31/07  07/31/07 | | 324.69 |
| 0940 | CAB FARES | 06/06/07  06/06/07 | | 76.25 |
| 0950 | OUT-OF-TOWN TRAVEL | 07/31/07  07/31/07 | | 159.40 |
| 0972 | DOCUMENT RETRIEVAL FEES | 06/30/07  06/30/07 | | 181.68 |
| 0980 | TRANSCRIPT FEES | 07/25/07  07/25/07 | | 451.00 |

Total  3,045.97

**BILLED COSTS DETAIL**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|--|----------|------|--------|--------|----------|-----------|
| PHOTOCOPYING     0820 | | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 07/10/07 | 15.60 | 7971118 | 425601 | 07/11/07 |
| PHOTOCOPYING | | BENTLEY, P | 07/13/07 | 5.40 | 7975584 | 425910 | 07/16/07 |

0820 PHOTOCOPYING Total :  21.00

| OTHER MISCELLANEOUS CHARGES    0905 | | | | | | | |
| AMERICAN EXPRESS | | FARBER, P P | 07/12/07 | 1,295.00 | 7973549 | 425786 | 07/12/07 |
| OTHER MISCELLANEOUS CHARGES - VENDOR- AMERICAN EXPRESS 06/05/07 Mealey Publications-Asbestos Bankruptcy Conference | | | | | | | |

0905 OTHER MISCELLANEOUS Total :  1,295.00

| LEXIS/NEXIS ON-LINE    0921 | | | | | | | |
| LEXIS/NEXIS ON-LINE | | FORD, S F | 07/05/07 | 128.37 | 8008301 | 426966 | 08/02/07 |
| LEXIS/NEXIS ON-LINE | | FORD, S F | 07/08/07 | 205.02 | 8008802 | 426966 | 08/02/07 |
| LEXIS/NEXIS ON-LINE | | FORD, S F | 07/09/07 | 30.61 | 8008803 | 426966 | 08/02/07 |
| LEXIS/NEXIS ON-LINE | | FORD, S F | 07/11/07 | 25.04 | 8008804 | 426966 | 08/02/07 |
| LEXIS/NEXIS ON-LINE | | FORD, S F | 07/12/07 | 20.90 | 8008805 | 426966 | 08/02/07 |
| LEXIS/NEXIS ON-LINE | | FORD, S F | 07/24/07 | 52.62 | 8000806 | 426966 | 08/02/07 |
| LEXIS/NEXIS ON-LINE | | FORD, S F | 07/25/07 | 70.39 | 8000807 | 426966 | 08/02/07 |

0921 LEXIS/NEXIS ON-LINE Total :  556.95

| OUTSIDE PHOTOCOPY    0925 | | | | | | | |
| DTI SKYLINE | | BALDINGER, L B | 07/31/07 | 141.41 | 8001682 | 426948 | 08/02/07 |
| OUTSIDE PHOTOCOPY - VENDOR- DTI SKYLINE | | | | | | | |
| DTI SKYLINE | | BALDINGER, L B | 07/31/07 | 183.28 | 8001684 | 426948 | 08/02/07 |
| OUTSIDE PHOTOCOPY - VENDOR- DTI SKYLINE | | | | | | | |

0925 OUTSIDE PHOTOCOPY Total :  324.69

alp.132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 08/15/2007 14:52:58

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2390224
Bill Frequency: M
Status : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| CAB FARES | 0940 | | | | | | |
| GREGORY R. HOROWITZ | | HOROWITZ, G R | 06/05/07 | 76.25 | 7938347 | 426053 | 07/18/07 |
| | | 0940 CAB FARES Total : | | 76.25 | | | |
| OUT-OF-TOWN TRAVEL | 0950 | | | | | | |
| DINERS CLUB CITICORP DIN | | BENTLEY, P | 07/31/07 | 159.40 | 7993769 | 426/99 | 07/31/07 |
| OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB | | | | | | | |
| CITICORP DINERS CLUB DEPART: 06/26/07    FIT TO | | | | | | | |
| LGA | | | | | | | |
| | | 0950 OUT-OF-TOWN TRAVEL Total : | | 159.40 | | | |
| DOCUMENT RETRIEVAL F | 0972 | | | | | | |
| PACER RETRIEVAL FEES | | PIZZARELLO, C | 06/30/07 | 181.68 | 7985317 | 426346 | 07/24/07 |
| DOCUMENT RETRIEVAL F | | | | | | | |
| PACER RETRIEVAL FEES | | | | | | | |
| | | 0972 DOCUMENT RETRIEVAL F Total : | | 181.68 | | | |
| TRANSCRIPT FEES | 0980 | | | | | | |
| CITIBANK | | BECKER, G M | 07/29/07 | 207.00 | 7987243 | 426423 | 07/25/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK | | | | | | | |
| 05/14/07-Court Call | | | | | | | |
| CITIBANK | | BECKER, G M | 07/25/07 | 77.00 | 7987234 | 426422 | 07/25/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK | | | | | | | |
| 06/05/07-Court Call | | | | | | | |
| CITIBANK | | BECKER, G M | 07/25/07 | 142.00 | 7987237 | 426423 | 07/25/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK | | | | | | | |
| 07/02/07-Court Call | | | | | | | |
| CITIBANK | | BECKER, G M | 07/25/07 | 325.00 | 7987238 | 426423 | 07/25/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK | | | | | | | |
| 06/08/07-Court Call | | | | | | | |
| | | 0980 TRANSCRIPT FEES Total : | | 651.00 | | | |
| | | Costs Total : | | 3,045.97 | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  10

Run Date & Time: 08/15/2007 16:52:58

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975/506                Proforma Number: 2590224
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : CAP/A ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0820 | PHOTOCOPYING | 21.00 | | | | | |
| 0905 | OTHER MESELLANEOUS CHARGE | 1,495.01 | | | | | |
| 0921 | LEXIS/NEXIS ON-LINE RESEA | 536.95 | | | | | |
| 0925 | OUTSIDE PHOTOCOPY | 224.65 | | | | | |
| 0940 | CAB FARES | 76.25 | | | | | |
| 0942 | OUT-OF-TOWN TRAVEL | 59.40 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 181.68 | | | | | |
| 1980 | TRANSCRIPT FEES | 451.00 | | | | | |

COSTS TOTAL    3,045.57