**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF OGILVY RENAULT LLP**
**FOR THE TWENTY-FOURTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Ogilvy Renault for the Twenty-Fourth Interim Period</u> (the "Application").

**BACKGROUND**

1.  Ogilvy Renault LLP ("Ogilvy") was retained as special counsel for the debtors and the debtors in possession. In the Application, Ogilvy seeks approval of fees totaling $206,197.50 CDN[1] and costs totaling $6,119.85 CDN for its services from October 17, 2006, through March 31, 2007.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing

---

[1] All fee and expense requests are in Canadian currency.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Ogilvy 24th 1-3.07.wpd

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Ogilvy an initial report based on our review, and received a response from Ogilvy, portions of which response are quoted herein.

## DISCUSSION

3.     In our initial report, we noted that Ogilvy seeks compensation for $59,277.50 CDN in fees and reimbursement of $83.09 CDN in expenses billed before its retention date of December 18, 2006. We further note that in its application Ogilvy states that the retention order was entered and became effective on December 18, 2006. A copy of the retention order verifying that date accompanied the application. In the absence of *nunc pro tunc* language stipulating an earlier retention date, any fees and expenses requested before the stated retention date are not eligible for compensation or reimbursement. We asked Ogilvy to respond with any documentation showing why fees and expenses requested before the retention date should be considered for payment. Ogilvy's response is provided below.

> In the Initial Report, the Fee Auditor seeks additional explanation concerning OR's request for compensation for $59,277.50 CDN in fees and reimbursement of $83.09 CDN in expenses billed prior to the retention order dated December 18, 2006 (the "Retention Order"). The Initial Report provides that, in the absence of *nunc pro tunc* language stipulating an earlier retention date, any fees and expenses pre-dating the Retention Order are not eligible for compensation or reimbursement.
> OR believes that compensation and reimbursement for its fees and expenses pre-dating the Retention Order should be duly considered, as significant time was required by OR to satisfy stringent disclosure and conflicts rules as set out section 327 of the Bankruptcy Code and pursuant to Federal Rules of Bankruptcy Procedure 2014.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Ogilvy 24th 1-3.07.wpd

>Notwithstanding the foregoing, OR acknowledges the issues raised by the Fee Auditor with respect to pre-retention fees and expenses. At this time, OR is considering available options aimed at addressing these issues. OR may, for example, bring an application to the United States Bankruptcy Court for the District of Delaware seeking to modify the Retention Order to include *nunc pro tunc* language regarding pre-retention fees and expenses. OR will certainly advise the Fee Auditor as to its selected course of action in the near future.

While we appreciate the response, it does not change our position, and thus we recommend disallowance of all pre-retention fees and expenses, resulting in a recommended reduction of $59,277.50 CDN in fees and $83.09 CDN in expenses.

## CONCLUSION

4. Thus we recommend approval of fees totaling $146,920.00 CDN ($206,197.50 minus $59,277.50) and costs totaling $6,036.76 ($6,119.85 minus $83.09) for Ogilvy's services from October 17, 2006, through March 31, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 29th day of August, 2007.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Teresa J. Walsh
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, ON M5J2Z4

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

**FEE AUDITOR'S FINAL REPORT** - Page 5
wrg FR Ogilvy 24th 1-3.07.wpd