# EXHIBIT D



"Alan Rich"
<arich@baronbudd.com>
03/22/2007 12:59 PM

To  "Ellen Ahern" <eahern@kirkland.com>

cc  "Amanda Basta" <ABasta@kirkland.com>,
    <bharding@kirkland.com>, <jbaer@kirkland.com>,
    <lesayian@kirkland.com>, <ndf@capdale.com>

bcc

Subject  RE: W.R. Grace-- Celotex and CPFI  Subpoenas

Thank you.

-----Original Message-----
**From:** Ellen Ahern [mailto:eahern@kirkland.com]
**Sent:** Thursday, March 22, 2007 11:50 AM
**To:** Alan Rich
**Cc:** Amanda Basta; bharding@kirkland.com; jbaer@kirkland.com; lesayian@kirkland.com;
ndf@capdale.com
**Subject:** RE: W.R. Grace-- Celotex and CPFI Subpoenas


Alan:

We have spoken with counsel for both Celotex and CPFI (Eagle Pitcher) and have agreed to limit
the Grace subpoena requests to Grace Claimants. Thus, your objection has been resolved. In
addition, we are still in the process of negotiating other issues related to the subpoenas with
Celotex and CPFI.

--Ellen Ahern


"Alan Rich"
<arich@baronbudd.com>

03/22/2007 11:24 AM

To  "Amanda Basta" <ABasta@kirkland.com>

cc  <bharding@kirkland.com>, <eahern@kirkland.com>, <jbaer@kirkland.com>,
    <lesayian@kirkland.com>, <ndf@capdale.com>

Subj  RE: W.R. Grace-- Celotex and CPFI  Subpoenas
ect


Where are we now with this?
-----Original Message-----
**From:** Amanda Basta [mailto:ABasta@kirkland.com]
**Sent:** Thursday, March 08, 2007 12:44 PM
**To:** Alan Rich
**Cc:** bharding@kirkland.com; eahern@kirkland.com; jbaer@kirkland.com; lesayian@kirkland.com;
ndf@capdale.com
**Subject:** RE: W.R. Grace-- Celotex and CPFI Subpoenas

Two weeks is fine with us.

Regards,

Amanda

Amanda Basta
Kirkland & Ellis LLP
655 15 th Street NW
Washington DC 20005
(202) 879-5933
(202) 879-5200 (fax)
(Admitted only in Massachusetts and practice is supervised by principals of the Firm)

| "Alan Rich"<br><arich@baronbudd.com> | To | "Amanda Basta" <ABasta@kirkland.com> |
|---|---|---|
| | cc | <bharding@kirkland.com>, <eahern@kirkland.com>, <jbaer@kirkland.com>,<br><lesayian@kirkland.com>, <ndf@capdale.com> |
| 03/08/2007 01:36 PM | Subject | RE: W.R. Grace– Celotex and CPFI  Subpoenas |

Tomorrow is the expiration of this latest extension.

Should be agree to another week, or would two be better?

Alan
-----Original Message-----
**From:** Amanda Basta [mailto:ABasta@kirkland.com]
**Sent:** Friday, March 02, 2007 9:59 AM
**To:** Alan Rich
**Cc:** bharding@kirkland.com; eahern@kirkland.com; jbaer@kirkland.com; lesayian@kirkland.com;
ndf@capdale.com
**Subject:** Re: W.R. Grace-- Celotex and CPFI Subpoenas

Alan--

    We are continuing to negotiate with the trusts, but have not yet reached any agreements.  As
our negotiations are ongoing, we see no problem with extending the objection deadline an
additional week.

Regards,

Amanda

Amanda Basta

Kirkland & Ellis LLP
655 15 th Street NW
Washington DC 20005
(202) 879-5933
(202) 879-5200 (fax)
(Admitted only in Massachusetts and practice is supervised by principals of the Firm)

"Alan Rich"
<arich@baronbudd.com>                  To <ABasta@kirkland.com>
                                          <bharding@kirkland.com>, <eahern@kirkland.com>, <jbaer@kirkland.com>,
                                       cc <lesayian@kirkland.com>, <ndf@capdale.com>
03/01/2007 12:31 PM
                                       Subj Re: W.R. Grace-- Celotex and CPFI  Subpoenas
                                       ect

My extention to file Objectios to the Celotex and CPFI subpoenas expires tomorrow.

Have you reached an agreement with them to limit your request to Grace Claimants yet?

If not, should we extend the objection deadline another week, or should I go ahead and file tomorrow?

Regards,

Alan

-----Original Message-----
From: Alan Rich <arich@baronbudd.com>
To: 'ABasta@kirkland.com' <ABasta@kirkland.com>
CC: 'bharding@kirkland.com' <bharding@kirkland.com>; 'eahern@kirkland.com' <eahern@kirkland.com>;
'jbaer@kirkland.com' <jbaer@kirkland.com>; 'JMarvin@claimsres.com' <JMarvin@claimsres.com>;
'lesayian@kirkland.com' <lesayian@kirkland.com>; 'ndf@capdale.com' <ndf@capdale.com>
Sent: Wed Feb 14 10:48:19 2007
Subject: Re: W.R. Grace-- Celotex Subpoena

Thank you.  Please note, however, that by my calculations, the objections are due Friday (CRMC) and
Monday (Celotex), therefore, I really need to know either way by the end of the day today, unless you are
also willing to agree (by the end of today) to extensions of the objection dates.

Alan Rich

-----Original Message-----
From: Amanda Basta <ABasta@kirkland.com>
To: Alan Rich <arich@baronbudd.com>
CC: Barbara Harding <bharding@kirkland.com>; Ellen Ahern <eahern@kirkland.com>; Janet Baer
<jbaer@kirkland.com>; Jodye Marvin (E-mail) <JMarvin@claimsres.com>; Lisa Esayian
<lesayian@kirkland.com>; Nate Finch (E-mail) <ndf@capdale.com>
Sent: Wed Feb 14 10:42:23 2007
Subject: RE: W.R. Grace-- Celotex Subpoena

Mr. Rich--

In furtherance of meet and confer efforts, we will attempt to determine if there is a way to limit Request Number 1 to Grace Claimants that does not cause undue delay, burden on the subpoena recipient, or other technical issues. We hope we can resolve this amicably without necessitating motions practice, and we will get back to you once we can make that determination.

Regards,

Amanda

Amanda Basta
Kirkland & Ellis LLP
655 15 th Street NW
Washington DC 20005
(202) 879-5933
(202) 879-5200 (fax)
(Admitted only in Massachusetts and practice is supervised by principals of the Firm)


"Alan Rich" <arich@baronbudd.com>

02/13/2007 05:51 PM
To
    "Amanda Basta" <ABasta@kirkland.com>
cc
    "Barbara Harding" <bharding@kirkland.com>, "Ellen Ahern" <eahern@kirkland.com>, "Janet Baer" <jbaer@kirkland.com>, "Lisa Esayian" <lesayian@kirkland.com>, "Nate Finch \(E-mail\)" <ndf@capdale.com (Email)>, "Jodye Marvin \(E-mail\)" <JMarvin@claimsres.com>
Subject
    RE: W.R. Grace-- Celotex Subpoena


Barbara -- I take it that this is the answer you said would be forthcoming(?)

If so, please consider this my attempt to meet and confer with you prior to filing objections to the scope of request No. 1 to the subpoenas. We believe that the requests are improper and invade the rights of our clients who are not also "Claimants." If you intend to proceed by seeking all documents regarding anyone who has made a claim against those trusts, even if those persons are not Claimants in the Grace bankruptcy, we will file motions to quash.

Please let me know at your earliest convenience whether you will agree to modify your subpoenas.

Regards,

Alan Rich
-----Original Message-----
From: Amanda Basta [mailto:ABasta@kirkland.com]

Sent: Tuesday, February 13, 2007 4:34 PM
To: Alan Rich
Cc: Barbara Harding; Ellen Ahern; Janet Baer; Lisa Esayian
Subject: RE: W.R. Grace-- Celotex Subpoena


Mr. Rich--

   The subpoena seeks information regarding each person who has filed a claim with the Celotex Trust (as
does the subpoena served on CRMC).

Regards,

Amanda

Amanda Basta
Kirkland & Ellis LLP
655 15 th Street NW
Washington DC 20005
(202) 879-5933
(202) 879-5200 (fax)
(Admitted only in Massachusetts and practice is supervised by principals of the Firm)


"Alan Rich" <arich@baronbudd.com>

02/13/2007 04:23 PM

To
   "Amanda Basta" <ABasta@kirkland.com>
cc
   "Janet Baer" <jbaer@kirkland.com>, "Lisa Esayian" <lesayian@kirkland.com>, "Ellen Ahern"
<eahern@kirkland.com>, "Barbara Harding" <bharding@kirkland.com>
Subject
   RE: W.R. Grace-- Celotex Subpoena


Thanks for the subpoena.  I have the same question about this subpoena as I did about the CRMC subpoena
(although no answer has yet been received):

With regard to the Celotex subpoena, can you clarify whether document request no. 1 seeks information on
"each person" who has filed a claim with the Celotex Trust (as stated in the opening part of that request), or
is that request limit to information about "Claimants" (as defined in the definitions section) by virtue of
subparagraph (b) of that request?

Please respond at your earliest convenience, as your response is important to whether we file an objection.

Regards,

Alan Rich
-----Original Message-----
From: Amanda Basta [mailto:ABasta@kirkland.com]
Sent: Monday, February 12, 2007 5:34 PM
To: Alan Rich
Cc: Janet Baer; Lisa Esayian; Ellen Ahern; Barbara Harding
Subject: W.R. Grace-- Celotex Subpoena


Mr. Rich--

Jan Baer forwarded me your request for a copy of the subpoena that Grace served on the Celotex Trust. I
attach the same. Please let us know if you have any further questions.

Regards,

Amanda



Amanda Basta
Kirkland & Ellis LLP
655 15 th Street NW
Washington DC 20005
(202) 879-5933
(202) 879-5200 (fax)
(Admitted only in Massachusetts and practice is supervised by principals of the Firm)
************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************


************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,

including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,          .
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for

the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************