IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | RE: Docket 16701 |

## DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Debtors hereby request that the Court consider the Agreed Motion for Entry of a Protective Order in connection with a Rule 45 subpoena addressed to the Claims Processing Facility, Inc. ("CPF") and rule on the Motion without the need for any hearing.

Expedited consideration and resolution is warranted because the Motion is an agreed Motion between CPF and Grace. Further, prompt resolution of the Motion is necessary so that CPF may begin to produce documents and other responsive information as soon as possible. The information that CPF expects to produce is necessary to Grace's expert analysis. With supplemental estimation expert reports and supplemental non-estimation expert reports due in less than one month, time is of the essence. Thus, the prompt consideration of the motion and entry of the agreed Protective Order is necessary.

While Grace does not expect that any objections to the entry of the protective order will be made, if the Court believes that an objection period is necessary, Grace respectfully requests that the Court require any objection be made within 5 days of the Court granting this Motion for Expedited Consideration.

WHEREFORE, W.R. Grace & Co. respectfully requests that this Court grant this motion for expedited consideration, order that any objections to entry of the protective order be made

#130474 v1 - Grace Motion to Expedite Agreed Order
DOCS_DE:130474.1

within 5 days, and approve the motion for entry of the protective order at the Court's earliest convenience thereafter.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: August 29, 2007 | Respectfully submitted,<br><br>KIRKLAND & ELLIS LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Ellen Therese Ahern<br>Salvatore F. Bianca<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000<br><br>KIRKLAND & ELLIS LLP<br>Barbara M. Harding<br>David Mendelson<br>Amanda C. Basta<br>Brian T. Stansbury<br>655 Fifteenth Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br><br>*And*<br><br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB, LLP<br><br>_____<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br><br>Co-Counsel for the Debtors and Debtors in Possession |