# EXHIBIT C

SSL-DOCS1 1837214v2

WR GRACE & CO
SUMMARY OF FEES
APRIL 1, 2007 - JUNE 30, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| DiBernardo, Ian G. | 3.80 | $ 660 | $ 2,508.00 |
| Greenberg, Mayer | 3.70 | 760 | 2,812.00 |
| Kruger, Lewis | 84.00 | 860 | 72,240.00 |
| Pasquale, Kenneth | 208.60 | 720 | 150,192.00 |
| Speiser, Mark A. | 1.30 | 815 | 1,059.50 |
| Wintner, Mark | 2.50 | 805 | 2,012.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 3.00 | 605 | 1,815.00 |
| Eichler, Mark | 8.90 | 605 | 5,384.50 |
| Gutierrez, James S. | 46.90 | 420 | 19,698.00 |
| Holob, Marissa J. | 0.80 | 495 | 396.00 |
| Krieger, Arlene G. | 498.20 | 605 | 301,411.00 |
| Papir, Ryan M. | 3.30 | 465 | 1,534.50 |
| Pearsall, Alison | 10.80 | 380 | 4,104.00 |
| | | | |
| **Paraprofessionals** | | | |
| Davison, Andrew S. | 2.60 | 165 | 429.00 |
| Holzberg, Ethel H. | 68.10 | 255 | 17,365.50 |
| Jones, Margaret | 5.00 | 175 | 875.00 |
| Luo, Vivian | 27.90 | 210 | 5,859.00 |
| Mohamed, David | 183.50 | 165 | 30,277.50 |
| | | | |
| Sub Total | 1162.90 | | $ 619,973.00 |
| Less 50% Travel | -15.25 | | (10,739.25) |
| Total | 1147.65 | | $ 609,233.75 |

SSL-DOCS1 1837214v2