# EXHIBIT D

SSL-DOCS1 1837214v2

WR GRACE & CO
DISBURSEMENT SUMMARY
APRIL 1, 2007 - JUNE 30, 2007

| | |
|---|---:|
| Outside Messenger Service | $ 205.16 |
| Meals | 35.30 |
| Local Transportation | 8.00 |
| Long Distance Telephone | 351.29 |
| Duplicating Costs-in House | 322.00 |
| Filing Fees | 1,856.00 |
| Court Reporting Services | 4,652.31 |
| Facsimile Charges | 13.58 |
| Travel Expenses - Transportation | 1,629.05 |
| Travel Expenses - Lodging | 319.46 |
| Travel Expenses - Meals | 74.03 |
| Westlaw | 2,149.10 |
| O/S Information Services | 224.64 |
| Word Processing | 24.00 |
| Lexis/Nexis | 1,157.54 |
| Miscellaneous | 2.95 |
| In House Messenger Service | 23.83 |
| Color Copying - In House | 102.55 |
| TOTAL | 13,150.79 |