# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date:  August 2, 2007 at 4:00 p.m.<br>Hearing Date:  To be determined. |

### SIXTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2007 through April 30, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,098.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$677.86** |

This is an: ☒ monthly  ☐ interim  ☐ final application.


This is the sixty-fourth monthly fee application of Duane Morris LLP.

DM3\540740.1

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01– 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02– 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | Pending | Pending |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | Pending | Pending |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | Pending | Pending |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 5.90 | $3,835.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 18.10 | $10,769.50 |
| Richard W. Riley | Partner/19 years | $480.00 | 2.20 | $1,056.00 |
| Michael F. Hahn | Associate/8 years | $360.00 | 1.70 | $612.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 1.80 | $423.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 2.30 | $402.50 |
|  |  |  | **32.00** | $17,098.00 |

Total Fees:      $17,098.00
Total Hours:     32.00

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 3.10 | $1,047.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 10.80 | $6,120.50 |
| Claim Analysis Objections & Resolution (Non-Asbestos) (06) | 0.20 | $119.00 |
| Employment Applications (09) | 0.60 | $105.00 |
| Employment Applications, Others (10) | 0.60 | $105.00 |
| Fee Applications, Applicant (12) | 1.20 | $362.50 |
| Fee Applications, Others (13) | 1.00 | $381.00 |
| Hearings (15) | 8.00 | $4,760.00 |
| Plan and Disclosure Statement (17) | 0.60 | $263.00 |
| Other (25) | 5.90 | $3,835.00 |
| **TOTAL** | **32.00** | **$17,098.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $19.31 |
| Messenger Service | Parcels, Inc. | $469.95 |
| Printing & Duplicating-External | Parcels, Inc. | $176.00 |
| Printing & Duplicating-Internal | Duane Morris LLP | $12.60 |
| **TOTAL** | | **$677.86** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period April 1, 2007 through April 30, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $13,678.40 (80% of allowed fees) and $677.86 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: July 13, 2007
      Wilmington, Delaware

                            Michael R. Lastowski (DE 3892)
                            Richard W. Riley (DE 4052)
                            DUANE MORRIS LLP
                            1100 North Market Street, Suite 1200
                            Wilmington, DE  19801
                            Telephone:    (302) 657-4900
                            Facsimile:    (302) 657-4901
                            E-mail:        mlastowski@duanemorris.com
                                                    rwriley@duanemorris.com

                            *Co-Counsel to the Official Committee*
                            *of Unsecured Creditors*

9

# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

July 12, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1318630                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.10 | hrs. at | $595.00 /hr. = | $10,769.50 | |
| RW RILEY | PARTNER | 2.20 | hrs. at | $480.00 /hr. = | $1,056.00 | |
| WS KATCHEN | OF COUNSEL | 5.90 | hrs. at | $650.00 /hr. = | $3,835.00 | |
| MF HAHN | ASSOCIATE | 1.70 | hrs. at | $360.00 /hr. = | $612.00 | |
| BA GRUPPO | PARALEGAL | 1.80 | hrs. at | $235.00 /hr. = | $423.00 | |
| AT ASH | LEGAL ASSISTANT | 2.30 | hrs. at | $175.00 /hr. = | $402.50 | |
| | | | | | | $17,098.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| MESSENGER SERVICE | 469.95 | |
| OVERNIGHT MAIL | 19.31 | |
| PRINTING & DUPLICATING | 12.60 | |
| PRINTING & DUPLICATING - EXTERNAL | 176.00 | |
| TOTAL DISBURSEMENTS | | $677.86 |

BALANCE DUE THIS INVOICE                                        $17,775.86

PREVIOUS BALANCE                                               $47,197.11

TOTAL BALANCE DUE                                             $64,972.97

Duane Morris
July 12, 2007
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318630

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/6/2007 | 004 | RW RILEY | REVIEWING RECENT PLEADING WITH RESPECT TO ASBESTOS PD CLAIMS | 0.70 | $336.00 |
| 4/9/2007 | 004 | RW RILEY | REVIEWING OBJECTION TO SPEIGHTS & RUNYAN MOTION AND OTHER RECENT FILINGS IN CASE | 0.60 | $288.00 |
| 4/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/16/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
July 12, 2007
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318630

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/18/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 4/26/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 1.00 | $235.00 |
| 4/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 3.10 | $1,047.00 |

Duane Morris
July 12, 2007
Page 4

File # K0248-00001
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/3/2007 | 005 | MR LASTOWSKI | REVIEW GWL PROPERTIES CONSENT ORDER (SUPREME COURT OF BRITISH COLUMBIA) | 0.40 | $238 00 |
| 4/4/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS | 0.30 | $108.00 |
| 4/4/2007 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S AMENDED MOTION TO COMPEL | 0.20 | $119 00 |
| 4/5/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS | 0.20 | $72.00 |
| 4/5/2007 | 005 | MR LASTOWSKI | REVIEW ORDER GRANTING LIBBY CLAIMANT'S MOTION TO RESCHEDULE DEBTOR'S MOTION TO EXPAND INJUNCTION | 0.20 | $119.00 |
| 4/10/2007 | 005 | MF HAHN | REVIEW DOCKET; REVIEW TRANSCRIPT OF HEARING HELD 4/2/07 RE: MOTION TO COMPEL DEBTOR'S TO PREPARE NAVIGABLE DATABASE | 0.80 | $288.00 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO DEBTORS' MOTION TO COMPEL COMPLIANCE WITH ORDER RELATING TO CONSULTING EXPERTS | 0.30 | $178.50 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW EARLY LUDWICK AND SWEENEY MOTION FOR PROTECTIVE ORDER RE: SUBPOENA ISSUED BY W.R. GRACE | 0.60 | $357.00 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR LEAVE TO PURSUE INTERLOCUTORY APPEAL | 0.50 | $297 50 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AN ORDER CONERNING THE AMENDMENT OF CERTAIN PROPERTY DAMAGE CLAIMS | 0.30 | $178 50 |
| 4/10/2007 | 005 | MR LASTOWSKI | REVIEW MOTION TO STAY EXPERT ORDERS AND TO STAY APPEAL PERIOD FOR EXPERT ORDERS | 0.20 | $119.00 |
| 4/11/2007 | 005 | MR LASTOWSKI | REVIEW CLAIMANT'S OPPOSITION TO TO DEBTORS' MOTION TO COMPEL COMPLIANCE WITH THE COURT'S ORDER OF DECEMBER 22, 2006 | 0.40 | $238.00 |
| 4/11/2007 | 005 | MR LASTOWSKI | REVIEW MOTIONS TO STRIKE DECLARATION OF GRAEME MEW AND DEBTORS' RESPONSE THERETO | 0.20 | $119 00 |
| 4/11/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE'S MOTION TO STRIKE DEBTORS' MOTION TO COMPEL RESPONSES TO ASBESTOS PERSONAL INJURY QUESTIONNAIRE | 0.50 | $297.50 |
| 4/17/2007 | 005 | MR LASTOWSKI | ANALYSIS OF ANDERSON MEMORIAL HOSPITAL'S MORTION TO COMPEL PRODUCTION OF PRIVILEGE LOG | 0.20 | $119.00 |

Duane Morris
July 12, 2007
Page 5

File # K0248-00001                                          INVOICE # 1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS MOTION FOR EXPEDITED DISCOVERY | 0.40 | $238.00 |
| 4/17/2007 | 005 | MR LASTOWSKI | DEBTORS' OBJECTIONS TO ANDERSON MEMORIAL HOSPITAL'S DISCOVERY | 0.10 | $59.50 |
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE'S MOTION TO STRIKE DEBTORS' MOTION TO COMPEL RESPONSES TO QUESTIONNAIRE | 0.20 | $119.00 |
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO ZAI CLAIMANTS' MOTION FOR DISCOVERY RE: DEBTORS' CONDUCT IN ZAI PROCEEDINGS | 0.50 | $297.50 |
| 4/17/2007 | 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OPPOSITION TO DEBTORS' MOTION TO EXPAND THE LIBBY INJUNCTION | 0.20 | $119.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY RE: EXPANSION OF LIBBY INJUNCTION TO BNSF | 0.60 | $357.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | ANALYSIS OF DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION OF THE MOTION FOR A PROTECTIVE ORDER FILED BY EARLY, LUDWICK AND SWEENEY | 1.20 | $714.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING ON MOTION IN LIMINE TO EXCLUDE TESTIMONY OF RICHARD J. LEE | 0.80 | $476.00 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO ZAI CLAIMANT'S MOTION FOR DISCOVERY INTO DEBTOR'S CONDUCT DURING THE ZAI TRIAL | 0.30 | $178.50 |
| 4/30/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: MOTION TO COMPEL PRODUCTION OF GRACE'S PRE PETITION ESTIMATES OF ASBESTOS LIABILITY | 1.20 | $714.00 |
| | | | Code Total | 10.80 | $6,120.50 |

Duane Morris
July 12, 2007
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318630

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/17/2007 | 006 | MR LASTOWSKI | ERVIEW GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' OMNIBUS CLAIM OBJECTION | 0.20 | $119.00 |
| | | | Code Total | 0.20 | $119.00 |

Duane Morris
July 12, 2007
Page 7

File # K0248-00001                                          INVOICE # 1318630
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 4/11/2007 009    AT ASH | | PREPARATION OF DUANE MORRIS 62ND MONTHLY APPLICATION. | 0.60 | $105.00 |
| | | Code Total | 0.60 | $105.00 |

Duane Morris
July 12, 2007
Page 8

File # K0248-00001                                          INVOICE # 1318630
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/3/2007 | 010 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 12TH QUARTERLY APPLICATION FOR CAPSTONE. | 0 30 | $52.50 |
| 4/10/2007 | 010 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 71ST MONTHLY APPLICATION OF STROOCK | 0.30 | $52.50 |
| | | | Code Total | 0.60 | $105.00 |

Duane Morris
July 12, 2007
Page 9

File # K0248-00001                                    INVOICE #  1318630
      W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 4/11/2007 012 | RW RILEY | ASSISTANCE IN PREPARATION OF 62 MONTHLY FEE APPLICATION FOR DUANE MORRIS | 0.50 | $240.00 |
| 4/23/2007 012 | AT ASH | PREPARATION OF 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.70 | $122.50 |
| | | Code Total | 1.20 | $362.50 |

Duane Morris
July 12, 2007
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318630

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/3/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF FILING OF CAPSTONE QUARTERLY FEE APPLICATIONS | 0.10 | $59.50 |
| 4/10/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF STROOCK 71ST FEE APPLICATION | 0 10 | $59.50 |
| 4/20/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 36TH MONTHLY APPLICATION OF CAPSTONE. | 0.20 | $35.00 |
| 4/20/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 37TH MONTHLY APPLICATION OF CAPSTONE. | 0 20 | $35.00 |
| 4/20/2007 | 013 | RW RILEY | REVIEWING AND EXECUTING 36TH MONTHLY APPLICATION OF CAPSTONE ( 2); REVIEWING AND EXECUTING 37TH MONTHLY APPLICATION OF CAPSTONE (.2) | 0 40 | $192.00 |
| | | | Code Total | 1.00 | $381.00 |

Duane Morris
July 12, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318630

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/2/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 4.70 | $2,796.50 |
| 4/26/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 5/2/07 HEARING AND ITEMS IDENTIFIED THEREON | 3.30 | $1,963.50 |
| | | | Code Total | 8.00 | $4,760.00 |

Duane Morris
July 12, 2007
Page 12

File # K0248-00001                               INVOICE # 1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/23/2007 | 017 | MF HAHN | OBTAIN AND REVIEW FEDERAL-MOGUL REORG PLAN; PROVIDE COPY TO WSK | 0.40 | $144.00 |
| 4/30/2007 | 017 | MR LASTOWSKI | REVIEW MT. MCKINLEY'S PLAN OBJECTIONS | 0.20 | $119.00 |
| | | | Code Total | 0.60 | $263.00 |

Duane Morris
July 12, 2007
Page 13

File # K0248-00001                                    INVOICE # 1318630
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/2/2007 | 025 | WS KATCHEN | REVIEW REGARDING NONCOMPLIANCE WITH RAY ORDER; REVIEW SETTLEMENT NOTICE; REVIEW DEBTOR'S REPLY REGARDING RETENTION OF FORMAN, PERRY; REVIEW BARON, BUDD ET AL DESIGNATION OF RECORD; REVIEW DEBTORS OBJECTION TO CLAIM BY MASS. DEPT OF REVENUE; REVIEW MOTION REGARDING CHASE; TELEPHONE CONVERSATION WITH COMMITTEE MEMBERS; REVIEW NOTICE 22ND OMNIBUS OBJECTION; REVIEW MOTION 362(D) TO PERMIT TAX COURT LITIGATION. | 1 30 | $845.00 |
| 4/2/2007 | 025 | WS KATCHEN | REVIEW MOTION/OBJECTION CLAIMS, MOTION TO MODIFY ORDER REGARDING LEXICON, CERTIFICATION OF COUNSEL REGARDING CIRCLE BAR | 0.40 | $260.00 |
| 4/4/2007 | 025 | WS KATCHEN | REVIEW CAPSTONE CONFIDENTIAL REPORT. | 0.70 | $455.00 |
| 4/14/2007 | 025 | WS KATCHEN | PROSPECTIVE: ASBESTOS CASE - CHAPTER 11 BUILDING. | 1.60 | $1,040.00 |
| 4/16/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAILS. | 0 20 | $130.00 |
| 4/17/2007 | 025 | WS KATCHEN | REVIEW - COMMITTEE MEMO FROM STROOCK | 0.20 | $130.00 |
| 4/23/2007 | 025 | WS KATCHEN | REVIEW ASSORTED PLEADINGS, ORDERS, MOTIONS AND OBJECTION TO ZAI MOTION FOR RECONSIDERATION. | 0.70 | $455.00 |
| 4/30/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMOS RECEIVED ON APRIL 30TH REGARDING ZAI (2); REVIEW ASBESTOS COMMITTEE AND FUTURES MOTION TO COMPEL. | 0.80 | $520.00 |
| | | | Code Total | 5 90 | $3,835.00 |

Duane Morris
July 12, 2007
Page 14

File # K0248-00001                                    INVOICE # 1318630
    W.R. GRACE & CO.

|  | | |
|---|---:|---:|
| TOTAL SERVICES | 32.00 | $17,098.00 |

Duane Morris
July 12, 2007
Page 15

File # K0248-00001                                      INVOICE # 1318630
   W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 4/30/2007 | PRINTING & DUPLICATING - EXTERNAL | | 176.00 |
| | | Total: | $176.00 |
| 4/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL ESQ. AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798151692308) | | 8.33 |
| 4/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQ. AT WARREN H. SMITH&ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791276353977) | | 10.98 |
| | | Total: | $19.31 |
| 4/30/2007 | MESSENGER SERVICE | | 469.95 |
| | | Total: | $469.95 |
| 4/30/2007 | PRINTING & DUPLICATING | | 12.60 |
| | | Total: | $12.60 |
| | TOTAL DISBURSEMENTS | | $677.86 |

DUANE MORRIS LLP

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                        Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                      Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 7/13/2007 at 9:53 AM
EDT and filed on 7/13/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 16274

**Docket Text:**
Monthly Application for Compensation *(Sixty-Fourth) for Services Rendered and Reimbursement of
Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1,
2007 Through April 30, 2007* Filed by Duane Morris LLP. Objections due by 8/2/2007. (Attachments: #
(1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\WRGrace\Duane Morris\64th Monthly\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/13/2007] [FileNumber=5748897-0]
[73125c7526ac240589ea56ea0d4ed16566f9e36dab9155511c0d63cd6ee0a2829a85
7df84868a28e689a3d820d75b664b33fbf5babe4befd5a87e8c911e78a7f]]
**Document description:**Exhibit A
**Original filename:**I:\WRGrace\Duane Morris\64th Monthly\Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/13/2007] [FileNumber=5748897-1]
[66d83e50b553c38cb48080978bf6dcc035ba550e716ef904ede01c29624922645c8f
f4ad0a0dd48ac6ac0321efa2bd1769dd7a5251d22243b3a5c9b962e4f322]]
**Document description:**Certificate of Service
**Original filename:**I:\WRGrace\Duane Morris\64th Monthly\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/13/2007] [FileNumber=5748897-2]
[8066bc52f25a17af40ad4ebed05360e2eb99a35326f2d6071d5d43d3e039d2af54e8
fca6122705ad6e6a96f44583b89bd1d7bdcc3a8f9d8b6f19ee0254f4270f]]

**01-01139-JKF Notice will be electronically mailed to:**