# Exhibit C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: August 2, 2007 at 4:00 p.m.<br>Hearing Date: To be determined. |

### SIXTY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **May 1, 2007 through May 31, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$20,049.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$7,553.02** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the sixty-fifth monthly fee application of Duane Morris LLP.

DMJ\540868.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | Pending | Pending |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | Pending | Pending |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | Pending | Pending |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 3.70 | $2,405.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 24.50 | $14,577.50 |
| Richard W. Riley | Partner/19 years | $480.00 | 2.80 | $1,344.00 |
| Michael F. Hahn | Associate/8 years | $360.00 | 1.70 | $612.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 1.30 | $305.50 |
| Alison T. Ash | Legal Assistant | $175.00 | 4.60 | $805.00 |
| | | | 38.60 | $20,049.00 |

Total Fees:        $20,049.00
Total Hours:       38.60

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 2.60 | $1,082.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 3.10 | $1,727.00 |
| Employee Benefits/Pension (08) | 0.20 | $119.00 |
| Fee Applications, Applicant (12) | 4.00 | $994.00 |
| Fee Applications, Others (13) | 1.40 | $287.00 |
| Hearings (15) | 22.80 | $13,290.00 |
| Relief From Stay Proceedings (18) | 0.40 | $238.00 |
| Other (25) | 1.90 | $887.00 |
| **TOTAL** | **38.60** | **$20,049.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $46.67 |
| Messenger Service | Parcels, Inc. | $7,060.60 |
| Printing & Duplicating-Internal | Duane Morris LLP | $122.25 |
| Research | Westlaw | $13.50 |
| Telephone | Duane Morris LLP | $310.00 |
| **TOTAL** | | **$7,553.02** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period May 1, 2007 through May 31, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $16,039.20 (80% of allowed fees) and $7,553.02 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: July 13, 2007
      Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
              rwriley@duanemorris.com

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

9

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

July 12, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001       Invoice# 1318631                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 24.50 | hrs. at | $595.00 /hr. = | $14,577.50 |
| RW RILEY | PARTNER | 2.80 | hrs. at | $480.00 /hr. = | $1,344.00 |
| WS KATCHEN | OF COUNSEL | 3.70 | hrs. at | $650.00 /hr. = | $2,405.00 |
| MF HAHN | ASSOCIATE | 1.70 | hrs. at | $360.00 /hr. = | $612.00 |
| BA GRUPPO | PARALEGAL | 1.30 | hrs. at | $235.00 /hr. = | $305.50 |
| AT ASH | LEGAL ASSISTANT | 4.60 | hrs. at | $175.00 /hr. = | $805.00 |
| | | | | | $20,049.00 |

| | |
|---|---|
| DISBURSEMENTS | |
| MESSENGER SERVICE | 7060.60 |
| OVERNIGHT MAIL | 46.67 |
| PRINTING & DUPLICATING | 122.25 |
| TELEPHONE | 310.00 |
| WESTLAW LEGAL RESEARCH | 13.50 |
| TOTAL DISBURSEMENTS | $7,553.02 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $27,602.02 |
| PREVIOUS BALANCE | $64,972.97 |
| TOTAL BALANCE DUE | $92,574.99 |

Duane Morris
July 12, 2007
Page 2

File # K0248-00001                          INVOICE # 1318631
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 20 | $47 00 |
| 5/3/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO CASE STATUS. | 0.20 | $130.00 |
| 5/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/8/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE REPORT. | 0 10 | $65.00 |
| 5/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/14/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M HAHN | 0.10 | $23.50 |

Duane Morris
July 12, 2007
Page 3

File # K0248-00001                                        INVOICE # 1318631
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/16/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/17/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23 50 |
| 5/24/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/24/2007 | 004 | WS KATCHEN | REVIEW MOTION TO AUTHORIZE PENSION PLAN CONTRIBUTION; REVIEW PD COMMITTEE OBJECTION TO DEBTORS' MOTION TO AMEND OBJECTIONS | 0.30 | $195.00 |
| 5/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/25/2007 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION FOR PROTECTIVE ORDER AND JOINT MOTION OF DEBTOR'S CLAIMS RESOLUTION MANAGEMENT CORP. FOR PROTECTIVE ORDER | 0.30 | $195.00 |

Duane Morris
July 12, 2007
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318631

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/29/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 5/29/2007 | 004 | RW RILEY | REVIEWING AGENDA FOR 5/30/07 HEARING AND MATTERS SCHEDULED FOR HEARING | 0 40 | $192.00 |
| 5/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| | | | Code Total | 2.60 | $1,082.50 |

Duane Morris
July 12, 2007
Page 5

File # K0248-00001                                          INVOICE # 1318631
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/1/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION FOR LEAVE TO FILE A LATE RESPONSE TO DEBTOR'S MOTION REGARDING NON COMPLIANCE WITH X RAY ORDER | 0.20 | $119.00 |
| 5/1/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION FOR RECONSIDERATION OF ORDER STRIKING RESPONSE TO DEBTOR'S MOTION REGARDING NON COMPLIANCE WITH X RAY ORDER | 0.20 | $119.00 |
| 5/1/2007 | 005 | MR LASTOWSKI | REVIEW UPDATED OBJECTIONS TO SPEIGHTS & RUNYAN'S CLAIMS | 0 10 | $59.50 |
| 5/2/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE AND FUTURE CLAIMS REPRESENTATIVE'S REPLY IN SUPPORT OF MOTION TO COMPLY DISCOVERY OF GRACE'S PRE-PETITION ESTIMATES OF ASBESTOS PERSONAL INJURY LIABILITY | 0.10 | $59 50 |
| 5/7/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS; REVIEW TRANSCRIPT FILED ON DOCKET AND SEND SAME TO WSK | 0.30 | $108.00 |
| 5/8/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' RESPONSE TO DEBTOR'S MOTION REGARDING ALLEGED NON-COMPLIANCE WITH X-RAY ORDER | 0.10 | $59.50 |
| 5/8/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO ANDERSON MEMORIAL HOSPITAL'S MOTION TO COMPEL PRODUCTION OF PRIVILEGE LOG | 0.10 | $59.50 |
| 5/9/2007 | 005 | MF HAHN | REVIEW DOCKET AND CONFERENCE WITH A. ASH REGARDING PULLING RECORDS ON APPEAL AND STATEMENTS OF ISSUES ON APPEAL | 0.20 | $72.00 |
| 5/9/2007 | 005 | MR LASTOWSKI | ANALYSIS OF DEBTORS' MOTION TO AMEND CLAIM OBJECTIONS | 0.20 | $119.00 |
| 5/9/2007 | 005 | MR LASTOWSKI | ANALYSIS OF SPEIGHTS & RUNYON'S MOTION TO STRIKE UPDATED CLAIM OBJECTIONS | 0.20 | $119.00 |
| 5/16/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF PROPERTY DAMAGE CLAIMS | 0.20 | $119.00 |
| 5/16/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR LEAVE TO AMEND PROPERTY DAMAGE CLAIMS | 0 30 | $178.50 |
| 5/21/2007 | 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OBJECTION TO DEBTORS' MOTION FOR LEAVE TO AMEND PROPERTY DAMAGE CLAIMS | 0.30 | $178.50 |

Duane Morris
July 12, 2007
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318631

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/23/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH TRUMBULL MEMORIAL HOSPITAL | 0.20 | $119.00 |
| 5/23/2007 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION TO STRIKE AND TO COMPEL | 0.20 | $119.00 |
| 5/29/2007 | 005 | MR LASTOWSKI | REVIEW MOTION OF DEBTORS AND OF THE CLAIMS RESOLUTION MANAGEMENT CORPORATION FOR A PROTECTIVE ORDER | 0.20 | $119.00 |
| | | | Code Total | 3.10 | $1,727 00 |

Duane Morris
July 12, 2007
Page 7

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1318631

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 5/22/2007 008 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO MAKE CONTRIBUTIONS TO DEFINED BENEFIT PLAN | 0.20 | $119.00 |
| | | Code Total | 0.20 | $119.00 |

Duane Morris
July 12, 2007
Page 8

File # K0248-00001                                    INVOICE # 1318631
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/1/2007 | 012 | AT ASH | FINALIZE 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.50 | $87.50 |
| 5/1/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.30 | $52.50 |
| 5/7/2007 | 012 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 61ST MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 5/7/2007 | 012 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 62ND MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 5/16/2007 | 012 | AT ASH | DRAFT DUANE MORRIS 24TH QUARTERLY APPLICATION. | 1.10 | $192.50 |
| 5/23/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 63RD MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 5/29/2007 | 012 | AT ASH | FINALIZE DUANE MORRIS' 24TH QUARTERLY APPLICATION, CONVERT TO PDF FORMAT AND E-FILE. DISTRIBUTE TO SERVICE LIST. | 0.80 | $140.00 |
| 5/29/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN 24TH QUARTERLY FEE APPLICATION | 0.70 | $416.50 |
| | | | Code Total | 4.00 | $994.00 |

Duane Morris
July 12, 2007
Page 9

File # K0248-00001                                                    INVOICE # 1318631
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 5/1/2007 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 72ND MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 5/2/2007 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 71ST MONTHLY APPLICATION OF STROOCK. E-FILE SAME. | 0.30 | $52.50 |
| 5/15/2007 013 | AT ASH | DRAFT CERTIFICATIONS OF NO OBJECTION RE 36TH AND 37TH MONTHLY APPLICATIONS OF CAPSTONE. | 0.40 | $70.00 |
| 5/23/2007 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 72ND MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 5/23/2007 013 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 73RD MONTHLY | 0.10 | $59.50 |
| | | Code Total | 1.40 | $287.00 |

Duane Morris
July 12, 2007
Page 10

File # K0248-00001                                  INVOICE # 1318631
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/2/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 3.20 | $1,904.00 |
| 5/2/2007 | 015 | RW RILEY | TELEPHONIC APPEARANCE AT OMNIBUS HEARING | 2.40 | $1,152.00 |
| 5/8/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (BY TELEPHONE) | 7.10 | $4,224.50 |
| 5/18/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 5/21/07 OMNIBUS HEARING | 3.20 | $1,904.00 |
| 5/21/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.70 | $3,391.50 |
| 5/29/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 5/30/07 HEARING | 1.20 | $714.00 |
| | | | Code Total | 22.80 | $13,290.00 |

Duane Morris
July 12, 2007
Page 11

File # K0248-00001                                    INVOICE # 1318631
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/16/2007 | 018 | MR LASTOWSKI | ANALYSIS OF DEBTORS' OBJECTION TO STATE OF MONTANA'S MOTION TO RECONSIDER ORDER DENYING RELIEF FROM STAY | 0.20 | $119.00 |
| 5/16/2007 | 018 | MR LASTOWSKI | ANALYSIS OF LIBBY PLAINTIFFS' OBJECTION TO STATE OF MONTANA'S MOTION TO RECONSIDER ORDER DENYING RELIEF FROM STAY | 0 20 | $119 00 |
| | | | Code Total | 0.40 | $238.00 |

Duane Morris
July 12, 2007
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318631

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/16/2007 | 025 | MF HAHN | REVIEW NEW OPINION REGARDING MONTANA CONTRIBUTION AND INDEMNIFICATION CLAIMS; REVIEW JOINT MOTION FOR PROTECTIVE ORDER; FORWARD SAME TO WSK FOR REVIEW | 1.20 | $432 00 |
| 5/16/2007 | 025 | WS KATCHEN | REVIEW EMAILS REGARDING EXIT. | 0.20 | $130.00 |
| 5/17/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO AUTHORIZE SETTLEMENT PD CLAIMS - §107 CONFIDENTIALITY ISSUE. | 0.50 | $325 00 |
| | | | Code Total | 1.90 | $887.00 |

Duane Morris
July 12, 2007
Page 13

File # K0248-00001                                     INVOICE # 1318631
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/1/2007 | 027 | MR LASTOWSKI | REVIEW MARCH MONTHLY OPERATING REPORT | 0.10 | $59.50 |
| | | | Code Total | 0.10 | $59.50 |

Duane Morris
July 12, 2007
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318631

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/1/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO MOTION OF EARLY LUDWICK | 0.50 | $325.00 |
| 5/16/2007 | 029 | WS KATCHEN | REVIEW 2007 WL 1129174 (CHAKARIAN OPINION) (BANKR. D. DEL. 2007) FOR EXPANSION MOTION. | 0.20 | $130.00 |
| 5/17/2007 | 029 | WS KATCHEN | REVIEW ACC OPPOSITION TO MOTION FOR RECONSIDERATION; REVIEW MONTANA PLAINTIFF'S OPPOSITION TO DEBTOR'S MOTION FOR RECONSIDERATION; REVIEW DEBTOR'S OBJECTION TO STATE OF MONTANA'S MOTION. | 0.60 | $390.00 |
| 5/25/2007 | 029 | WS KATCHEN | REVIEW CONFIDENTIAL COMMITTEE MEMO ON P.D. SETTLEMENT. | 0.20 | $130.00 |
| 5/29/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO ANDERSON MEMORIAL HOSPITALS MOTION TO STRIKE; REVIEW DEBTOR'S MOTION FOR ENTRY OF PROTECTIVE ORDER (CLAIMS RESOLUTION MANAGEMENT CORP.); REVIEW COMMITTEE STATUS REPORT. | 0.60 | $390.00 |
| | | | Code Total | 2 10 | $1,365.00 |

Duane Morris
July 12, 2007
Page 15

File # K0248-00001                                INVOICE # 1318631
    W.R. GRACE & CO.

|                  | TOTAL SERVICES | 38.60 | $20,049.00 |
|------------------|----------------|-------|------------|

Duane Morris
July 12, 2007
Page 16

File # K0248-00001                                        INVOICE # 1318631
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2007 | TELEPHONE | | 310.00 |
| | | Total: | $310.00 |
| | | | |
| 5/1/2007 | OVERNIGHT MAIL- PACKAGE SENT TO STEVEBOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798664723576) | | 8.48 |
| 5/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790729370445) | | 6.78 |
| 5/29/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791309543602) | | 6.89 |
| 5/29/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790257867910) | | 24.52 |
| | | Total: | $46.67 |
| | | | |
| 5/16/2007 | WESTLAW LEGAL- RESEARCH HAHN,MICHAEL- F | | 13.50 |
| | | Total: | $13.50 |
| | | | |
| 5/31/2007 | MESSENGER SERVICE | | 7,060.60 |
| | | Total: | $7,060.60 |
| | | | |
| 5/31/2007 | PRINTING & DUPLICATING | | 122.25 |
| | | Total: | $122.25 |
| | | | |
| | TOTAL DISBURSEMENTS | | $7,553 02 |

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                     Chapter: 11 v                Office: 1 (Delaware)
Judge: JKF                   Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 7/13/2007 at 9:57 AM
EDT and filed on 7/13/2007
**Case Name:**         W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**       01-01139-JKF
**Document Number:** 16275

**Docket Text:**
Monthly Application for Compensation *(Sixty-Fifth) for Services Rendered and Reimbursement of*
*Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2007*
*Through May 31, 2007* Filed by Duane Morris LLP. Objections due by 8/2/2007. (Attachments: # (1)
Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\WRGrace\Duane Morris\65th Monthly\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/13/2007] [FileNumber=5748917-0]
[54e30010970c0b44ac5c57eebed073846f8fbe2ec0c00f7e0cba5c44ffec465ca304
aabafb58ab44d890a27127c6d8853d9bf9a686e4f9d07eddeace7e64b49e]]
**Document description:**Exhibit A
**Original filename:**I:\WRGrace\Duane Morris\65th Monthly\Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/13/2007] [FileNumber=5748917-1]
[70e0cc2eca46a9356f4e53efcd14759c2c4e04dc52ce957bc090b68141a234ea02b2
17dccbe171ad115e98db44722ebdb3881f3335100172317d692999cdf12d]]
**Document description:**Certificate of Service
**Original filename:**I:\WRGrace\Duane Morris\65th Monthly\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/13/2007] [FileNumber=5748917-2]
[98d5f51a12d8179d86876e44332d89e8976ab382f6876db07ef12eadbca2bcced92e
9ca1ec8a1020b18f712807ca51b99bd207fb6f376aefe1811147e6b753e7]]

**01-01139-JKF Notice will be electronically mailed to:**