# Exhibit D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: August 20, 2007 at 4:00 p.m.<br>Hearing Date: To be determined. |

**SIXTY-SIXTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JUNE 1, 2007 THROUGH JUNE 30, 2007**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **June 1, 2007 through<br>June 30, 2007** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$22,710.50** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$1,017.52** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the sixty-sixth monthly fee application of Duane Morris LLP.

DM3\540880.1

Docket No. _16450_
Date Filed _7/31/07_

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 - 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | Pending | Pending |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | Pending | Pending |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | Pending | Pending |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | Pending | Pending |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | Pending | Pending |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 14.80 | $9,620.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 15.70 | $9,341.50 |
| Richard W. Riley | Partner/19 years | $480.00 | 6.20 | $2,976.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 1.30 | $305.50 |
| Thelma J. Santorelli | Paralegal | $135.00 | 1.00 | $135.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 1.90 | $332.50 |
| | | | 40.90 | $22,710.50 |

Total Fees:     $22,710.50
Total Hours:     40.90

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 12.70 | $7,103.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 8.40 | $4,745.00 |
| Fee Applications, Applicant (12) | 0.40 | $238.00 |
| Fee Applications, Others (13) | 2.30 | $524.50 |
| Hearings (15) | 9.10 | $5,414.50 |
| Other (25) | 2.50 | $1,110.00 |
| Business Analysis (27) | 0.60 | $390.00 |
| Data Analysis (29) | 4.90 | $3,185.00 |
| **TOTAL** | **40.90** | **$22,710.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $102.59 |
| Messenger Service | Parcels, Inc. | $648.52 |
| Meeting Expense | N/A | $162.00 |
| Postage | USPS | $0.41 |
| Printing & Duplicating-Internal | Duane Morris LLP | $36.00 |
| Research | Lexis Nexis | $67.00 |
| **TOTAL** | | $1,017.52 |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period June 1, 2007 through June 30, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $18,168.40 (80% of allowed fees) and $1,017.52 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: July 31, 2007
      Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
           rwriley@duanemorris.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

9

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

July 12, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1318632                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.70 | hrs. at | $595.00 /hr. = | $9,341.50 | |
| RW RILEY | PARTNER | 6.20 | hrs. at | $480.00 /hr. = | $2,976.00 | |
| WS KATCHEN | OF COUNSEL | 14.80 | hrs. at | $650.00 /hr. = | $9,620.00 | |
| BA GRUPPO | PARALEGAL | 1.30 | hrs. at | $235.00 /hr. = | $305.50 | |
| TJ SANTORELLI | PARALEGAL | 1.00 | hrs. at | $135.00 /hr. = | $135.00 | |
| AT ASH | LEGAL ASSISTANT | 1.90 | hrs at | $175.00 /hr. = | $332.50 | |
| | | | | | | $22,710.50 |

DISBURSEMENTS
LEXIS LEGAL RESEARCH                     67.00
MEETING EXPENSE                         163.00
MESSENGER SERVICE                       648.52
OVERNIGHT MAIL                          102.59
POSTAGE                                    .41
PRINTING & DUPLICATING                   36.00
TOTAL DISBURSEMENTS                                  $1,017.52

BALANCE DUE THIS INVOICE                             $23,728.02

PREVIOUS BALANCE                                     $92,574.99

TOTAL BALANCE DUE                                   $116,303.01

Duane Morris
July 12, 2007
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 6/1/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMORANDUM; REVIEW EMAIL | 0.30 | $195.00 |
| 6/1/2007 | 004 | WS KATCHEN | REVIEW OBJECTION OF ASBESTOS COMMITTEE TO CERTIFICATION; REVIEW JOINDER OF ASBESTOS PI COMMITTEE TO MONTANA PLAINTIFF'S OBJECTION | 0 20 | $130 00 |
| 6/5/2007 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: CASE UPDATE; TELEPHONE CONFERENCE WITH L. KRUGER RE: STATUS; REVIEW COMMITTEE MEMORANDUM ON PD SETTLEMENT | 0.60 | $390.00 |
| 6/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF REQUEST FROM L.J.KOTLER REGARDING OBJECTIONS FILED AT BANKRUPTCY COURT | 0.10 | $23.50 |
| 6/6/2007 | 004 | BA GRUPPO | ONLINE WITH DISTRICT OF DELAWARE BANKRUPTCY COURT SYSTEM FOR RETRIEVAL OF DOCKET ENTRIES IN RE FEDERAL-MOGUL GLOBAL, INC. LEAD CASE WITH SEARCH/RETRIEVAL/DOWNLOAD OF CERTAIN OBJECTIONS AND ATTACHMENTS THERETO - SUBMITTED IMAGES OF DOWNLOADED ITEMS TO L.J.KOTLER, M.LIPOWICZ, R.J.DIMASSA, AND W.M.SIMKULAK | 0.30 | $70.50 |
| 6/6/2007 | 004 | WS KATCHEN | TELEPHONE CONFERENCES (2) WITH L. KRUGER RE: PLAN ISSUES | 0.30 | $195.00 |
| 6/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23 50 |
| 6/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23 50 |

Duane Morris
July 12, 2007
Page 3

File # K0248-00001                                          INVOICE # 1318632
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23 50 |
| 6/11/2007 | 004 | WS KATCHEN | REVIEW MOTION OF ACC AND FUTURES REPRESENTATIVES FOR PROTECTIVE ORDER | 0 20 | $130.00 |
| 6/11/2007 | 004 | WS KATCHEN | EMAILS; REVIEW COMMITTEE MEMORANDUM; REVIEW MOTION OF LAW FIRMS TO QUASH; REVIEW ROGGLI EXPERT REPORT | 0.70 | $455 00 |
| 6/11/2007 | 004 | WS KATCHEN | REVIEW JOINDER OF CONTINENTAL CASUALTY CO. | 0.10 | $65.00 |
| 6/13/2007 | 004 | RW RILEY | REVIEWING MATTERS FOR JUNE OMNIBUS HEARING | 2.20 | $1,056.00 |
| 6/14/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/14/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE REPORT; REVIEW CONFIDENTIAL MEMORANDUM ON ESTIMATION ISSUE; TELEPHONE CONFERENCE WITH K. PASQUALE RE: STRATEGY; EMAIL STROOCK; TELEPHONE CONFERENCE WITH JJPM/CHASE RE: STRATEGY; COMMITTEE CONFERENCE CALL; REVIEW DEBTOR'S MOTION TOT FILE EXPERT REPORTS - DR. E. ANDERSON | 2.20 | $1,430.00 |
| 6/14/2007 | 004 | WS KATCHEN | REVIEW CAPSTONE REPORT | 0.40 | $260.00 |
| 6/18/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
July 12, 2007
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/19/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/20/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/22/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 6/24/2007 | 004 | WS KATCHEN | REVIEW EXPERT REPORTS ON CONFIRMATION | 2 80 | $1,820.00 |
| 6/29/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE INCLUDING DEBTOR'S MOTION TO COMPEL DOCUMENTS FROM ASBESTOS PI TRUST | 1.40 | $672.00 |
| | | | Code Total | 12.70 | $7,103.50 |

Duane Morris
July 12, 2007
Page 5

File # K0248-00001                                    INVOICE # 1318632
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/18/2007 | 005 | MR LASTOWSKI | E-MAILS TO AND FROM K. PASQUALE RE: EXPERT REPORT | 0.20 | $119.00 |
| 6/18/2007 | 005 | MR LASTOWSKI | REVIEW SERVICE ISSUES RELATING TO EXPERT REPORT | 0.40 | $238.00 |
| 6/18/2007 | 005 | MR LASTOWSKI | REVIEW COMMITTEE EXPERT REPORT AND ARRANGE FOR SERVICE OF SAME | 1.40 | $833.00 |
| 6/18/2007 | 005 | RW RILEY | REVIEWING FUTURE CLAIMANTS' REPRESENTATIVE'S RECENTLY SERVED EXPERT REPORTS | 0.80 | $384.00 |
| 6/26/2007 | 005 | MR LASTOWSKI | REVIEW PARTIES' EXPERT REPORTS | 4.20 | $2,499.00 |
| 6/28/2007 | 005 | RW RILEY | REVIEWING EXPERT REPORTS FILED BY DEBTORS | 1.40 | $672.00 |
| | | | Code Total | 8 40 | $4,745.00 |

Duane Morris
July 12, 2007
Page 6

File # K0248-00001                                    INVOICE #  1318632
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/11/2007 | 012 | MR LASTOWSKI | REVIEW PROPOSED FEE ORDER | 0.30 | $178.50 |
| 6/25/2007 | 012 | MR LASTOWSKI | EXECUTE CNO FOR DUANE MORRIS 23RD QUARTERLY FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 0.40 | $238.00 |

Duane Morris
July 12, 2007
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/4/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 24TH QUARTERLY FEE APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 6/13/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 23RD QUARTERLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 6/15/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE AMENDED NOTICE OF 12TH QUARTERLY FEE APPLICATION. | 0.30 | $52.50 |
| 6/21/2007 | 013 | AT ASH | DRAFT, FINALIZE AND CONVERT TO PDF FORMAT CERTIFICATION OF NO OBJECTION RE 24TH QUARTERLY FEE APPLICATION. | 0.30 | $52.50 |
| 6/22/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 73RD MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 6/29/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 38TH AND 39TH MONTHLY APPLICATIONS OF CAPSTONE ADVISORY. | 0.40 | $70.00 |
| 6/29/2007 | 013 | RW RILEY | REVIEWING AND EXECUTING 38TH AND 39TH MONTHLY APPLICATION FOR CAPSTONE | 0.40 | $192.00 |
| | | | Code Total | 2.30 | $524.50 |

Duane Morris
July 12, 2007
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/23/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR OMNIBUS HEARING DATE AND ITEMS IDENTIFIED THEREON | 3.90 | $2,320.50 |
| 6/25/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 5.20 | $3,094.00 |
| | | | Code Total | 9.10 | $5,414.50 |

Duane Morris
July 12, 2007
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/15/2007 | 025 | WS KATCHEN | SCHEDULING; 2ND COMMITTEE CONFERENCE CALL REGARDING NAVIGANT REPORT (D. BERNICK); 2ND TELEPHONE CONVERSATION WITH JPM CHASE; EMAILS. | 1.40 | $910.00 |
| 6/26/2007 | 025 | WS KATCHEN | EMAIL TO K. PASQUALE - STROOCK. | 0.10 | $65.00 |
| 6/28/2007 | 025 | TJ SANTORELLI | REVIEW DELAWARE ECF AND PRINT NJDEP MOTION REGARDING WASHCOAT TO RHODIA; | 1.00 | $135.00 |
| | | | Code Total | 2.50 | $1,110.00 |

Duane Morris
July 12, 2007
Page 10

File # K0248-00001
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/25/2007 | 027 | WS KATCHEN | REVIEW TERSIGNI ISSUE (RAISED IN G-1); ADDITIONAL INQUIRY REGARDING STATUS OF SAME; FORWARD TO STROOCK. | 0.60 | $390.00 |
| | | | Code Total | 0.60 | $390 00 |

Duane Morris
July 12, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1318632

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/18/2007 | 029 | WS KATCHEN | REVIEW CHAMBERS REPORT; DELIVER TO COMMITTEE MEMBERS. | 0.20 | $130.00 |
| 6/18/2007 | 029 | WS KATCHEN | REVIEW J.L. BIGGS EXPERT REPORT ON ESTIMATION; REVIEW J. RADECKI EXPERT REPORT; REVIEW PJ ERIC STALLARD EXPERT REPORT. | 1.10 | $715.00 |
| 6/19/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO ON 1121. | 0.10 | $65.00 |
| 6/25/2007 | 029 | WS KATCHEN | REVIEW AGENDA 6/25 CALENDAR - LATEST NJ SUPREME COURT OPINION - MASS TORT; FORWARD SAME TO STROOCK. | 0.50 | $325.00 |
| 6/26/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S COMBINED RESPONSE REGARDING PROTECTION ORDER. | 0.20 | $130.00 |
| 6/26/2007 | 029 | WS KATCHEN | REVIEW ANDERSON EXPERT REPORT; REVIEW NJ LEAD PAINT OPINION; REVIEW DEBTOR'S BRIEF ON OUTSTANDING ISSUES; CMO PI ASBESTOS, MOTION FOR LEAVE TO FILE LATE RESPONSE. | 1.50 | $975.00 |
| 6/28/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO PREPARED BY STROOCK; (1) WASHBURN PROJECT; AND (2) NJDEP - REVIEW SECOND MEMOS. | 0.30 | $195.00 |
| 6/28/2007 | 029 | WS KATCHEN | REVIEW ADDITIONAL INFORMATION TERSIGNI; EMAIL STROOCK REGARDING SAME; REVIEW NJDEP NOTICE OF MOTION, AMENDED NOTICE OF MOTION AND NJDEP COMPLAINT V. WR GRACE. | 1.00 | $650.00 |
| | | | Code Total | 4.90 | $3,185.00 |

Duane Morris
July 12, 2007
Page 12

File # K0248-00001                                    INVOICE #  1318632
    W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 40.90 | $22,710 50 |

Duane Morris
July 12, 2007
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1318632

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 6/30/2007 | POSTAGE | | 0.41 |
| | | Total: | $0.41 |
| 6/30/2007 | MEETING EXPENSE | | 163.00 |
| | | Total: | $163.00 |
| 6/26/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 67.00 |
| | | Total: | $67.00 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID MENDELSONESQ. AT BARBARA HARDINGESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790764363857) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO ELIHU INSELBUCHESQ. AT CAPLIN & DRYSDALECHARTERED - NEW YORK CITY, NY FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798199765595) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO JOHN C.PHILLIPSESQ. AT PHILLIPS GOLDMAN & SPENCEP.A - WILMINGTON, DE FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791324548512) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID M. BERNICKESQ. AT SCOTT MCMILLANESQ. - CHICAGO, IL FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798199755610) | | 8.49 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD H. WYRONESQ. AT RAYMOND MULLADYJR ESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798699623225) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO PHILIPBENTLEYESQ. AT GARY M. BECKERESQ. - NEW YORK CITY, NY FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798699650836) | | 6.02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO PETER VAN N. LOCKWOODESQ. AT NATHAN FINCHESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798699658675) | | 6 02 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO SCOTT BAENA ESQ JAY SAKALO ESQ AT BLZIN SUMBERG PENN BAENA PRICE - MIAMI, FL FROM M LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #846737374651) | | 8.49 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO DANIEL C. COHNESQUIRE AT CHRISTOPHER M. CANDONESQ. - BOSTON, MA FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790272851634) | | 6.99 |
| 6/18/2007 | OVERNIGHT MAIL PACKAGE SENT TO PETER M.FRIEDMANESQ. AT DAVID A. HICKERSONESQ. - WASHINGTON, DC FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790764335960) | | 6.02 |

Duane Morris
July 12, 2007
Page 14

File # K0248-00001                                   INVOICE # 1318632
    W.R. GRACE & CO.

| | | | |
|---|---|---|---|
| 6/22/2007 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S. KATCHEN (TRACKING #798203904014) | | 36.48 |
| | | Total: | $102.59 |
| 6/30/2007 | MESSENGER SERVICE | | 648.52 |
| | | Total: | $648 52 |
| 6/30/2007 | PRINTING & DUPLICATING | | 36.00 |
| | | Total: | $36.00 |
| | TOTAL DISBURSEMENTS | | $1,017.52 |

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Judge: JKF | Assets: y | |

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Riley, Richard W. entered on 7/31/2007 at 2:28 PM EDT and filed on 7/31/2007

**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**     01-01139-JKF
**Document Number:** 16450

**Docket Text:**
Monthly Application for Compensation *(Sixty-Sixth) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From June 1, 2007 Through June 30, 2007* Filed by Duane Morris LLP. Objections due by 8/20/2007. (Attachments: # (1) Exhibit A# (2) Certificate of Service) (Riley, Richard)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\WRGrace\Duane Morris\66th Monthly\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/31/2007] [FileNumber=5782585-0]
[6721cee6c5ff96f6c35abd393cee77abb5c35c7b937124216d8245a0616ec174b394
f0b6398b70243c07331b7f599d85b0f6eac47697737334f60258d908ef4e]]
**Document description:**Exhibit A
**Original filename:**I:\WRGrace\Duane Morris\66th Monthly\Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/31/2007] [FileNumber=5782585-1]
[418e124b6c06f21b394af213b8b4dc3f3ccf74b7c20c9e5f49b73f5d2a3dc5b54609
59b23d7d277df1366be7b251bfea76fb09d141b11a87a41a58d007fa99ad]]
**Document description:**Certificate of Service
**Original filename:**I:\WRGrace\Duane Morris\66th Monthly\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/31/2007] [FileNumber=5782585-2]
[82aa1aad359e458fb39d35a1786ad2f7cd0cbc69c0382b3c1216cba6cbe843f7d071
3f649d51b81633d3cf124cd07a9269fbe9aed07e353944e170d8cde96553]]

**01-01139-JKF Notice will be electronically mailed to:**