# HR&A                                                         INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

August 10, 2007
Invoice No. HRA20071008

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of July, 2007.

**FEES**

| | |
|---|---|
| Francine F. Rabinovitz | |
| 13.8 hours @ $ 625 per hour | $ 8,625.00 |
| **TOTAL DUE:** | **$ 8,625.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

JULY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 07/09/07 | 0.8 | Read US Trustee objection to extension of exclusivity. |
| 07/17/07 | 4.0 | Read Appellants brief on exclusivity on appeal; first read of Weill, Marais and Wecker. |
| 07/18/07 | 5.0 | Read Florence estimation report (3.0); Read Biggs estimation report (2.0). |
| 07/19/07 | 3.0 | Read Weil. |
| 07/30/07 | 1.0 | Read transcript re exclusivity. |
| TOTAL: | 13.8 | |