UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: September 19, 2007 at 4:00 pm**. |
| | ) | **Hearing Date: Hearing will be held if necessary** |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:                                Hilsoft Notifications

Authorized to Provide                             The Official Committee of Asbestos Property
Professional Services to:                         Damage Claimants

Date of Retention:                                Retention order entered on September 23, 2002

Period for which compensation and                 July 1, 2007 through July 31, 2007
Reimbursement is sought:

Amount of Compensation sought as actual,          $90.00
reasonably and necessary for matters other than
those related to the Sealed Air fraudulent
transfer lawsuit:

Amount of Expense Reimbursement sought as         $0.00
actual, reasonably and necessary for matters
other than those related to the Sealed Air
fraudulent transfer lawsuit:

This is a:____X_____monthly_____Interim_____final Application

---

[1] In order to save space, the PD Committee has refrained from listing all 62 Debtors. The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.