

**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2007 | 44768 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| TH | 0.2 | 7/2/2007 | Staff time in connection with the W. R. Grace Bankruptcy.<br><br>TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; PT: Philip Turicik<br><br>Correspondence, re: hearing in August. | 450.00 | 90.00 |

Fed. ID 23-2785427
Thank You

**Total** $90.00