IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case no. 01-01139 (JFK) |
| | ) | Jointly Administered |
| | ) | Re: Docket Nos. 14150, 14763, 14292 |
| Debtors | ) | |

**PLAINTIFF'S RESPONSE TO THE DEBTORS THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANT'S LAW FIRMS**

**CONTINUING OBJECTION**

Edward O. Moody, P.A. objects to these interrogatories as it is a non-party to the action, and that the proposed discovery is oppressive, burdensome, and not likely to lead to discoverable facts in this case. Not withstanding the continuous objections, Edward O. Moody, P.A. has produced the following answers.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Have you determined the first B-read performed for each Claimant? If yes, state:

a) What steps did you follow to determine the first B-read performed for each Claimant?

b) Did you contact all doctors known to the Claimant (or his or her representatives) to determine the first B-read performed?

c) Did you contact all counsel who have represented the Claimant in connection with asbestos issues to determine the first B-read performed?

d) Did you verify the first B-read with the Claimant or Claimant's representative?

e) Have you obtained the first B-read performed for each Claimant?

f) Have you withheld the first B-read performed for each Claimant?

1