IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 30, 2007** |
| | ) | **Hearing Date: December 17, 2007 at 2:00 p.m.** |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 16527

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Twentieth Interim Quarterly Fee Application of Hamilton, Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2007 through June 30, 2007 ("the Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 30, 2007[1] at 4:00 p.m.

Dated: August 31, 2007

        Scott L. Baena, Esquire
        Jay M. Sakalo, Esquire
        BILZIN SUMBERG BAENA PRICE
         & AXELROD, LLP
        2500 Wachovia Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336
        (305) 374-7580

        -and-

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of
Asbestos Property Damage Claimants*