The Estate of Rosario Rapisardi
c/o James P. Rapisardi - Executor
2251 Township Line Rd
Logan Twp. N.J. 08085

8/28/07

U.S. Bankruptcy Court - District of Delaware
824 Market Street - 3rd Floor
Wilmington DE 19801
ATTEN: Clerk of the Court
RE: W.R. Grace + Co., ET AL - Chapter 11 Case # 01-01139

Dear Clerk,

Enclosed please find a copy of letter attached, which has been faxed to legal counsel for the Debtors.
Please submit this copy to the Court to consider for the Aug 29th hearing.

Thank you in advance for all the Court's help and the Clerks of the Court help in this matter.

Sincerely,
James P. Rapisardi - Executor

c/o James P. Rapisardi - Executor
2251 Township Line Rd
Logan Twp. N.J. 08085

8/28/07

Pachulski, Stang Ziehl Young Jones + Weintraub LLP
ATTEN: James E. O'Neill, III (Bar # 4042)
Fax # 1-302-652-4400
RE: W. R. Grace + Co., et al - Chapter 11 Case # 01-01139

Mr. O'Neill,

   I have faxed and mailed a signed copy of Stipulation of Settlement on Behalf of the Estate vs W.R. Claim # 15073, to Mr. Bob A. Emmett at 1-410-531-4783 at his Columbia M.D. office.
   As you are aware Mr. O'Neill, this is only the monetary side of agreement for which I have accepted. However I have been in phone conversations with Mr. Emmett, Vicki Finkelstein, and John Yoder with regard to the cleaning and maintaining of a drainage ditch and to create a permanent Easement to do so to then be conveyed to either the Township or The Eagle Farms Devpt. Association.
   I am advising both you and the Court that the Stipulation agreement is contingent on the verbal assurance made to me by Ms. Finkelstein and John Yoder that the cleaning and maintaining of said ditch along with all Expenses to effectuate this process and to create this permanent maintenance Easement would be done by G.N.C.C.
   Please call Ms. Finkelstein or John Yoder who is in charge at G.N.C.C. drainage Easement issues.

                            Sincerely,
                            James P. Rapisardi - Executor
                            of The Estate of Rosario Rapisardi

C.C. U.S Bankruptcy Court