<u>**EXHIBIT A**</u>

<u>**Case Administration (105.70 Hours; $ 22,544.50)**</u>

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Peter Van N. Lockwood | 1.90 | $800 | 1,520.00 |
| Trevor W. Swett | 1.50 | $630 | 945.00 |
| Rita C. Tobin | .80 | $480 | 384.00 |
| Kevin C. Maclay | .40 | $435 | 174.00 |
| James P. Wehner | .80 | $425 | 340.00 |
| Danielle K. Graham | 1.40 | $320 | 448.00 |
| Jeanna M. Rickards | 8.10 | $235 | 1,903.50 |
| David B. Smith | .20 | $225 | 45.00 |
| J. Blake Pinard | .30 | $215 | 64.50 |
| Andrew D. Katznelson | 1.50 | $195 | 292.50 |
| Samira A. Taylor | 52.50 | $185 | 9,712.50 |
| Carrie D. Kelly | 36.30 | $185 | 6,715.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | <u>Full Narrative</u> |
|---|---|---|---|---|
| 07/02/07 | JPW | 425.00 | 0.40 | Prepare update letters re LTC |
| 07/03/07 | JPW | 425.00 | 0.10 | Follow up to letters re LTC |
| 07/03/07 | CDK | 185.00 | 1.50 | Retrieve specific pleading files, reproduce the documents into PDF to be emailed to appropriate attorney group |
| 07/03/07 | CDK | 185.00 | 4.00 | Identify, review and compile expert reports to be distributed to all appropriate attorney group |
| 07/05/07 | JPW | 425.00 | 0.10 | Meet with TWS re report to Committees re LTC; memo re documents related to LTC |
| 07/05/07 | CDK | 185.00 | 3.00 | Reproduce, sort and merge documents for future reference by the attorney group |
| 07/06/07 | SAT | 185.00 | 0.20 | Organize pleadings into case files. |
| 07/09/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 07/09/07 | SAT | 185.00 | 1.70 | Assist BSB with compilation of profusion reading spreadsheet. |

{D0091560.1 }

| 07/09/07 | CDK | 185.00 | 1.50 | Review and reproduce transcripts for the attorney group |
| 07/09/07 | CDK | 185.00 | 3.00 | Update Grace medical database |
| 07/10/07 | JPW | 425.00 | 0.10 | Draft memo to Committee re LTC subpoena |
| 07/10/07 | CDK | 185.00 | 4.50 | Update Grace medical literature database |
| 07/11/07 | SAT | 185.00 | 2.50 | Organize pleadings into case files. |
| 07/11/07 | JPW | 425.00 | 0.10 | Revise memo to Committee re subpoenas; meet with TWS re memo |
| 07/11/07 | CDK | 185.00 | 2.50 | Update Grace medical literature database |
| 07/11/07 | JMR | 235.00 | 0.90 | Research regarding legal issues pertaining to LTC matter. (Divided among eleven bankruptcies) |
| 07/12/07 | SAT | 185.00 | 0.40 | Organize pleadings into case files. |
| 07/12/07 | SAT | 185.00 | 1.80 | QC Grace expert witness article database. |
| 07/12/07 | JMR | 235.00 | 1.10 | Research regarding legal issues pertaining to LTC matter. (Divided among eleven bankruptcies) |
| 07/13/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 07/13/07 | SAT | 185.00 | 5.00 | QC Grace expert witness article database. |
| 07/13/07 | DKG | 320.00 | 0.40 | Conduct research re LTC matter. (Divided among eleven bankruptcies) |
| 07/13/07 | CDK | 185.00 | 7.00 | Update Grace medical literature database |
| 07/13/07 | JMR | 235.00 | 1.20 | Research regarding legal issues pertaining to LTC matter (8.5); prepare memorandum summarizing findings (4.2). (Divided among eleven bankruptcies) |
| 07/14/07 | JMR | 235.00 | 1.10 | Research regarding legal issues pertaining to LTC matter (3.4); prepare memorandum summarizing findings (8.2). (Divided among eleven bankruptcies) |
| 07/15/07 | KCM | 435.00 | 0.20 | Review/edit research memorandum (1.7); telephone conference with JMR re research and memorandum (1.0). (Divided among eleven bankruptcies) |

| 07/15/07 | JMR | 235.00 | 0.20 | Analysis of subjects to be included in legal memorandum pertaining to LTC matter (1.0); research regarding legal issues pertaining to LTC matter (1.3). (Divided among eleven bankruptcies) |
| 07/16/07 | PVL | 800.00 | 0.10 | Review 3 miscellaneous filings. |
| 07/16/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 07/16/07 | SAT | 185.00 | 1.70 | QC Grace expert witness article database. |
| 07/16/07 | SAT | 185.00 | 8.00 | Edit and add data to Profusion Reading Comparison spreadsheet as per BSB instructions. |
| 07/16/07 | DBS | 225.00 | 0.20 | Research and compile cases cited in memo for attorney review. (Divided among eleven bankruptcies) |
| 07/16/07 | DKG | 320.00 | 0.90 | Conduct research re LTC matter. (Divided among eleven bankruptcies) |
| 07/16/07 | KCM | 435.00 | 0.20 | Review/analyze cases and materials re LTC issues. (Divided among eleven bankruptcies) |
| 07/16/07 | CDK | 185.00 | 2.50 | Update Grace medical literature database; quality check medical literature database |
| 07/16/07 | JMR | 235.00 | 0.80 | Research regarding legal issues pertaining to LTC matter and revision of memorandum. (Divided among eleven bankruptcies) |
| 07/16/07 | JP | 215.00 | 0.10 | Research attorney/witness relationship for JMR. (Divided among five bankruptcies) |
| 07/17/07 | PVL | 800.00 | 0.20 | Review 4 miscellaneous filings (.1); review Hurford memo (.1). |
| 07/17/07 | SAT | 185.00 | 5.30 | Edit and add data to Profusion Reading Comparison spreadsheet as per BSB instructions. |
| 07/17/07 | JMR | 235.00 | 0.80 | Continue to revise memorandum regarding LTC issues. (Divided among eleven bankruptcies) |
| 07/17/07 | JP | 215.00 | 0.20 | Research for JMR re assist in compiling and assessing documents. (Divided among eleven bankruptcies) |
| 07/18/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |

| 07/18/07 | SAT | 185.00 | 3.00 | QC Grace expert witness article database. |
| 07/18/07 | DKG | 320.00 | 0.10 | Attention to research issues re LTC matter. (Divided among other bankruptcies) |
| 07/18/07 | CDK | 185.00 | 4.30 | Quality check medical literature database |
| 07/18/07 | JMR | 235.00 | 1.40 | Continue research regarding legal issues pertaining to LTC matter (7.8); revise and continue to prepare memorandum summarizing findings (7.6). (Divided among eleven bankruptcies) |
| 07/19/07 | PVL | 800.00 | 0.30 | Teleconference Hurford. |
| 07/19/07 | SAT | 185.00 | 2.90 | QC Grace expert witness article database. |
| 07/19/07 | ADK | 195.00 | 1.00 | Perform review of court documents to identify relevant material for EI and RCT. |
| 07/19/07 | CDK | 185.00 | 2.50 | Quality check medical literature database |
| 07/19/07 | JMR | 235.00 | 0.30 | Continue preparation of memorandum re legal issues pertaining to LTC matter. (Divided among eleven bankruptcies) |
| 07/20/07 | JMR | 235.00 | 0.30 | Revise draft of the memorandum, research legal issues pertaining to LTC matter. (Divided among eleven bankruptcies) |
| 07/23/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 07/24/07 | PVL | 800.00 | 0.30 | Review 11 miscellaneous filings (.1); review Hurford memo (.2). |
| 07/24/07 | SAT | 185.00 | 0.40 | Organize pleadings into case files. |
| 07/26/07 | PVL | 800.00 | 0.40 | Teleconference Brickley (.3); review 5 miscellaneous filings (.1). |
| 07/26/07 | SAT | 185.00 | 0.70 | Prepared to cover letter and documents for delivery to L. Welch as per BSB instructions. |
| 07/26/07 | SAT | 185.00 | 5.80 | Edit and add data to Profusion Reading Comparison spreadsheet as per BSB instructions. |
| 07/27/07 | PVL | 800.00 | 0.20 | Teleconference Brumby. |

| 07/27/07 | TWS | 630.00 | 0.10 | E-mail JPW re retention of financial advisor |
| 07/27/07 | SAT | 185.00 | 13.10 | and add data to Profusion Reading Comparison spreadsheet as per BSB instructions. |
| 07/27/07 | ADK | 195.00 | 0.50 | Prepared all necessary materials for upcoming conference call for EI. |
| 07/30/07 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 07/30/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 07/30/07 | TWS | 630.00 | 0.70 | Conferences with JPW re application to retain financial advisor (2x) (.3); telephone conference with PVNL re retention applications for financial advisor (.4) |
| 07/31/07 | PVL | 800.00 | 0.10 | Review 16 miscellaneous filings. |
| 07/31/07 | TWS | 630.00 | 0.70 | Conference with JPW re Charter Oak retention application (.3); e-mail NDF re same (.1); e-mail to/from B. Becker; telephone conference with B. Becker with JPW (.2); e-mail re Charter Oak application (.1) |

**Total Task Code .04          105.70**


**Claim Analysis Objection & Resolution (Asbestos) (7.30 Hours; $ 5,840.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.30 | $800 | 5,840.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/07 | PVL | 800.00 | 0.60 | Review email (.2); review Grace response to motion to alter order (.2); review CA9 op re govt appeal re excluded evidence (.2). |
| 07/14/07 | PVL | 800.00 | 0.20 | Review B&B resps to 3rd set of rogs. |

| 07/16/07 | PVL | 800.00 | 0.20 | Review email and reply (.1); review Motley Rice rog answers (.1). |
| 07/17/07 | PVL | 800.00 | 0.90 | Confer NDF (.5) review Motley Rice, Kelley & Ferraro and Angelos rog answers (.4). |
| 07/18/07 | PVL | 800.00 | 0.20 | Review Baer email and slides (.1); review Grace reply to Speights motion to supplement (.1). |
| 07/19/07 | PVL | 800.00 | 1.50 | Teleconference EI (.2); review email (.1); review Grace prot order opposition (.4); review Carrington article (.8). |
| 07/20/07 | PVL | 800.00 | 1.30 | Review Motley Rice brief re SOL issues (.2); review Speights appeal brief re satisfied claims (.4); review Celotex trust subpoena opposition (.5); review DDI trust subpoena opposition (.2). |
| 07/23/07 | PVL | 800.00 | 0.20 | Confer Esserman. |
| 07/24/07 | PVL | 800.00 | 0.10 | Review Grace MIL re nullum tempus issue. |
| 07/25/07 | PVL | 800.00 | 0.10 | Review Motley Rice reply re nullum tempus. |
| 07/26/07 | PVL | 800.00 | 0.70 | Review Longo rebuttal report (.4); review drafts of opposition re law firm depos (.3). |
| 07/27/07 | PVL | 800.00 | 0.10 | Review email. |
| 07/30/07 | PVL | 800.00 | 0.90 | Review email and reply (.2); review Grace reply brief re nullum tempus (.1); review Grace reply re trust subpoenas (.2); review MMWR and B&B et al responses re attorney depositions (.4). |
| 07/31/07 | PVL | 800.00 | 0.30 | Review Roggli supplemental report. |

**Total Task Code .05      7.30**

## Committee, Creditors', Noteholders' or Equity Holders' (1.40 Hours; $ 1,225.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $875 | 1,225.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/30/07 | EI | 875.00 | 1.40 | Committee call (1.0); t/c PVNL/NDF re: same (.2); t/c Rice re: same (.2). |

**Total Task Code .07**          **1.40**

## Fee Applications, Applicant (4.40 Hours; $ 1,557.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $630 | 63.00 |
| Rita C. Tobin | 2.30 | $480 | 1,104.00 |
| Andrew D. Katznelson | 2.00 | $195 | 390.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/09/07 | TWS | 630.00 | 0.10 | Work on prebills - telephone conference with APB re review of prebills |
| 07/17/07 | RCT | 480.00 | 1.00 | Review pre-bills (1.0) |
| 07/18/07 | RCT | 480.00 | 0.50 | Review exhibits (.5) |
| 07/20/07 | RCT | 480.00 | 0.30 | Review Initial Report (.3) |
| 07/24/07 | RCT | 480.00 | 0.50 | Review fee applications (and sign for EI)(.5) |
| 07/24/07 | ADK | 195.00 | 1.00 | Worked on fee application |
| 07/25/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 07/26/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |

**Total Task Code .12**          **4.40**

## Hearings (4.00 Hours; $ 3,200.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.00 | $800 | 3,200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/20/07 | PVL | 800.00 | 0.20 | Prep for 7/23 hearing. |
| 07/23/07 | PVL | 800.00 | 3.80 | Attend omni hearing. |

**Total Task Code .15**          **4.00**

## Litigation and Litigation Consulting (716.10 Hours; $ 295,857.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.00 | $875 | 5,250.00 |
| Walter B. Slocombe | 31.70 | $685 | 21,714.50 |
| Trevor W. Swett | .10 | $630 | 63.00 |
| Bernard S. Bailor | 99.80 | $600 | 59,880.00 |
| Nathan D. Finch | 106.20 | $580 | 61,596.00 |
| James P. Wehner | 125.30 | $425 | 53,252.50 |
| Danielle K. Graham | 111.80 | $320 | 35,776.00 |
| Adam L. VanGrack | 112.00 | $275 | 30,800.00 |
| Jeanna M. Rickards | 2.40 | $235 | 564.00 |
| J. Blake Pinard | 21.90 | $215 | 4,708.50 |
| Erroll G. Butts | 26.50 | $225 | 5,962.50 |
| David B. Smith | 72.40 | $225 | 16,290.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/07 | NDF | 580.00 | 1.00 | Review JAL email re exclusivity briefing (0.5); prepare for meeting in South Carolina with plaintiffs' lawyers (0.5). |
| 07/02/07 | BSB | 600.00 | 5.20 | Deposition preparation |

| | | | | |
|---|---|---|---|---|
| 07/02/07 | WBS | 685.00 | 2.80 | Review reports and prepare outline of issues for conference call with our experts. |
| 07/02/07 | NDF | 580.00 | 4.10 | Meet with J. Herrick to discuss case issues (1.0); meet with Rice to discuss same (0.2); email correspondence to and from Baer and Mullady re case issues (0.4); review expert reports from Grace experts (2.5). |
| 07/02/07 | DBS | 225.00 | 5.60 | Research and compile relevant pleadings for inclusion in joint appendix (5.0); compile expert report materials for electronic case files (.6). |
| 07/02/07 | DKG | 320.00 | 1.00 | Read and analyze expert reports. |
| 07/02/07 | DKG | 320.00 | 1.40 | Attention to case status. |
| 07/02/07 | JPW | 425.00 | 3.80 | Analyze Henry backup (1.7); review Grace discovery response (1.0); telephone conference with DBS re Snyder request (.3); e-mails re expert backup (.8) |
| 07/02/07 | JP | 215.00 | 6.90 | Memo to JAL re exclusivity appeal/new issue on appeal (2.5); research Daubert argument against report of Tom Florence (4.4) |
| 07/03/07 | BSB | 600.00 | 5.60 | Review of medical articles and deposition preparation |
| 07/03/07 | WBS | 685.00 | 2.50 | Outline memo of Grace case and what we need to have to meet it (1.2); conference call with independent hygienist experts (1.3). |
| 07/03/07 | NDF | 580.00 | 4.70 | Meet and confer teleconference with FCR and Grace lawyers (0.7); prepare for same (0.3); telephone conference with expert re rebuttal report (1.0); confer with JPW re case issues (0.5); emails to counsel re Grace matters (0.7); telephone conference with EI re case issue (0.1); respond to inquiry re plan potential issue (0.5); telephone conference with plaintiff counsel re interrogatory issue (0.5); review Grace redraft or order (0.4). |
| 07/03/07 | DBS | 225.00 | 2.60 | Research and compile relevant pleadings for inclusion in joint appendix (.4); compile expert report materials for attorney and expert review (2.2). |
| 07/03/07 | DKG | 320.00 | 4.20 | Reading and analyzing expert reports (3.0); attention to case status (1.2). |

| 07/03/07 | ALV | 275.00 | 5.70 | Review pleadings; review documents produced by debtor from the Boca Raton Depository related to individual claimants. |
| 07/03/07 | JPW | 425.00 | 4.50 | E-mails re Henry report backup (.5); analyze Henry report backup (1.9); e-mails re discovery timing (.2); e-mails re Moolgavlen backup (.6); meet with DBS re expert report issues (.3); review memo from WBS (1.0) |
| 07/03/07 | JP | 215.00 | 1.80 | Research judicial notice (1.2); update research in third circuit brief (.6) |
| 07/05/07 | BSB | 600.00 | 7.40 | Deposition preparation (medical reports) |
| 07/05/07 | NDF | 580.00 | 2.90 | Telephone conferences re interrogatory answer issue (0.5); telephone conference re discovery issue with FCR (0.5); draft materials re expert rebuttal tasks (1.0); telephone conference with Snyder re expert report (0.5); review same (0.4). |
| 07/05/07 | DBS | 225.00 | 4.50 | Compile expert materials from similar bankruptcy proceeding for expert review (1.7); research and compile relevant pleadings for inclusion in joint appendix (2.8). |
| 07/05/07 | DKG | 320.00 | 3.00 | Attention to case status. |
| 07/05/07 | ALV | 275.00 | 5.00 | Review pleadings (0.9); meeting with JBP regarding expert research; meetings with JMR and DKG regarding research (0.7); research concerning expert and Daubert issues (2.1); organize files; review depositions and testimony related to upcoming depositions (1.3). |
| 07/05/07 | JPW | 425.00 | 2.50 | Analysis of expert backup issues (1.6); e-mails re expert backup (.2); telephone conference with B. Stansbury and Rust re Henry Report (.4); review draft confidentiality order (.3) |
| 07/05/07 | JP | 215.00 | 6.60 | Update research for exclusivity appeal (2.0); research potential Daubert issue (3.1); update research for exclusivity appeal (1.5) |
| 07/06/07 | BSB | 600.00 | 8.00 | Conference call:  Lawan Welch, MD, NDF and JPW re expert reports (1.5); continue deposition preparation (6.1); conference with DKG (.4) |

| 07/06/07 | NDF | 580.00 | 1.20 | Telephone conference with Welch re rebuttal report (0.7); review draft orders re various issues (0.5). |
|---|---|---|---|---|
| 07/06/07 | DBS | 225.00 | 2.00 | Compile expert back-up materials for expert review (.3); research and compile relevant pleadings for inclusion in joint appendix (1.7). |
| 07/06/07 | DKG | 320.00 | 4.50 | Read pleadings and memos. |
| 07/06/07 | ALV | 275.00 | 4.90 | Review expert material, past expert reports, documents for relevance, pleadings (3.5); research issues concerning exclusivity (1.4). |
| 07/06/07 | JPW | 425.00 | 5.10 | Analyze Henry x-ray report backup (1.9); telephone conference with L. Welch re rebuttal (.8); e-mails re backup (.7); e-mails re Verus rebuttal work (.3); e-mails re Henry backup (.4); analyze Florence Report, backup and rebuttal issues (1.0) |
| 07/06/07 | JP | 215.00 | 4.70 | Update research (2.7); update research for exclusivity appeal (2.0) |
| 07/07/07 | DKG | 320.00 | 4.50 | Read pleadings and memos. |
| 07/08/07 | DKG | 320.00 | 4.50 | Read pleadings and memos. |
| 07/09/07 | BSB | 600.00 | 8.40 | Analysis of Henry backup (4.3); continue deposition preparation (Weill) - literature (4.1) |
| 07/09/07 | EI | 875.00 | 0.20 | Sorted status. |
| 07/09/07 | NDF | 580.00 | 1.80 | Review Third Circuit brief re exclusivity and comment on same (1.0); review email correspondence to and from Baena re briefing issues (0.3); telephone conference with JAL re same (0.5). |
| 07/09/07 | DBS | 225.00 | 4.60 | Research and compile relevant pleadings for inclusion in joint appendix (2.5); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (2.1). |
| 07/09/07 | DKG | 320.00 | 7.60 | Read pleadings and memos (5.0); read and analyze medical expert reports (2.6). |
| 07/09/07 | ALV | 275.00 | 0.60 | Draft update analysis regarding use of documents at depositions. |

| 07/09/07 | JPW | 425.00 | 6.30 | Analyze W.R. Grace expert reports (3.1); telephone conference with D. Relles re further analysis (.5); e-mails re Henry backup (.3); meet with BSB re Henry backup (.7); telephone conference with M. Peterson re Celotex coding (.5); e-mails re deposition schedules (.2); review chart of profusion scores (1.0) |
| --- | --- | --- | --- | --- |
| 07/10/07 | BSB | 600.00 | 7.80 | Complete analysis of Henry backup (3.2); continue review of medical articles (4.3); e-mail L. Welch (.3) |
| 07/10/07 | NDF | 580.00 | 0.50 | Review email correspondence re case issues and discovery tasks. |
| 07/10/07 | DBS | 225.00 | 5.80 | Cite check exclusivity brief for attorney review (5.4); coordinate research project with library (.2); compile expert reports for attorney review (.2). |
| 07/10/07 | DKG | 320.00 | 4.00 | Read and analyze medical expert reports. |
| 07/10/07 | ALV | 275.00 | 5.20 | Review pleadings and material related to opponents' experts for use in rebuttal and/or depositions. |
| 07/10/07 | JPW | 425.00 | 5.30 | Review Meso analysis (1.7); meet with BSB re profusion study (.3); analyze Verus results (1.9); e-mails re expert reports (.4); review closed claim files (1.0) |
| 07/11/07 | BSB | 600.00 | 2.10 | Work on Henry backup analysis |
| 07/11/07 | EI | 875.00 | 0.50 | T/c NDF re: exclusivity status (.2); t/c JAL re: 3d Circuit brief (.3). |
| 07/11/07 | NDF | 580.00 | 5.50 | Expert analysis and work on estimation case (4.9); review depositions of co-workers for use in estimation case (0.6). |
| 07/11/07 | DBS | 225.00 | 5.20 | Cite check exclusivity brief for attorney review. |
| 07/11/07 | DKG | 320.00 | 7.60 | Read and analyze deposition transcript of David Seigel (1.8); read and analyze expert reports (5.0); attention to case status (0.8). |
| 07/11/07 | ALV | 275.00 | 0.50 | Conversations with B. Longo and ACC attorneys regarding expert reports. |
| 07/11/07 | JPW | 425.00 | 5.80 | Telephone conference with J. Ansboro re expert reports (.4); review and analyze Verus report (2.0); meet with NDF re expert backup (.2); e-mails re expert backup (.6); review closed claim files (2.6) |

| 07/11/07 | EGB | 225.00 | 5.00 | Review and update the reliance materials database as needed. |
| 07/12/07 | BSB | 600.00 | 8.20 | Deposition preparation (6.9); work on Henry analysis (1.3) |
| 07/12/07 | EI | 875.00 | 0.10 | T/c NDF re: exclusivity motion. |
| 07/12/07 | NDF | 580.00 | 1.40 | Review medical causation law and articles (0.9); review Siegal corrections and email to Bernick re same (0.5). |
| 07/12/07 | DBS | 225.00 | 2.70 | Research and compile expert back-up materials for attorney and expert review (1.4); quality check medical experts' reliance materials database (.8); review experts' background research results (.5). |
| 07/12/07 | DKG | 320.00 | 5.00 | Attention to issues re Grace medical experts. |
| 07/12/07 | ALV | 275.00 | 8.70 | Conversations with B.Longo and ACC attorneys regarding expert reports (0.5); review documents produced by debtor for relevance; review pleadings (5.6); tasks associated with future production of expert reports (1.5); research issues concerning discovery (1.1). |
| 07/12/07 | JPW | 425.00 | 2.70 | E-mails re Henry backup (.4); review profusion study (1.0); meet with BSB re profusion study (.6); review Anderson Report (.2); telephone conference with D. Felder re Report (.1); e-mails re Anderson backup (.4) |
| 07/12/07 | EGB | 225.00 | 4.50 | Review pacer materials for L. Tessignie Consulting and verification that they worked on or was approved to work on the cases provided by J. Wehner. |
| 07/13/07 | BSB | 600.00 | 5.10 | Deposition preparation |
| 07/13/07 | EI | 875.00 | 0.40 | Status issue (.1); various memos re: exclusivity hearing (.3). |
| 07/13/07 | NDF | 580.00 | 4.00 | Confer with JPW re expert work (0.5); review VERUS output re mesothelioma claims (0.5); review B&B interrogatory answers (0.5); prepare for expert depositions and discovery (2.4); confer with PVNL re case issues (0.1). |

| | | | | |
|---|---|---|---|---|
| 07/13/07 | DBS | 225.00 | 5.80 | Prepare table of authorities for exclusivity brief (5.0); research and compile estimation experts' reports in other cases for attorney review (.8). |
| 07/13/07 | DKG | 320.00 | 3.00 | Attention to issues re Grace medical experts. |
| 07/13/07 | ALV | 275.00 | 5.70 | Review documents for relevance; material related to opponents' experts for use in rebuttal and/or depositions. |
| 07/13/07 | JPW | 425.00 | 4.60 | Meet with BSB re ILO readings (.4); e-mails re Henry backup (.6); analyze profusion results (2.3); meet with BSB and SAT re ILO readings (.5); read Libby decision (.8) |
| 07/13/07 | EGB | 225.00 | 1.00 | Review pacer materials for L. Tessignie Consulting and verification that they worked on or was approved to work on the cases provided by J. Wehner. |
| 07/13/07 | EGB | 225.00 | 4.00 | Review and update reliance materials for B. Baylor. |
| 07/16/07 | TWS | 630.00 | 0.10 | E-mail NDF re CTX TDP for reference |
| 07/16/07 | EI | 875.00 | 0.40 | T/c NDF re: CRMC subpoena (.3); memos re: exclusivity (.1). |
| 07/16/07 | NDF | 580.00 | 3.30 | Confer with JPW and WBS re case issues (0.5); read Grace expert report and backup materials (2.5); telephone conference with Mullady re case issue (0.1); emails to Harding et al. re case issues (0.2). |
| 07/16/07 | DBS | 225.00 | 2.00 | Compile and review pleadings, correspondence, and discovery materials for electronic and hard case files. |
| 07/16/07 | ALV | 275.00 | 3.60 | Review documents produced by debtor from the Boca Raton depository. |
| 07/16/07 | JPW | 425.00 | 6.80 | Telephone conference with L. Walsh (.5); analyze Henry backup (2.9); read Baron & Budd interrogatory answers (.6); meet with DKG re Hechman (.5); meet with NDF and WBS re deposition schedule (1.0); telephone conference with R. Mullady re hearing (.2); read Motley Rice interrogatory answers (.3); review Protective Order (.4); e-mails re pro hac issues (.4) |
| 07/16/07 | EGB | 225.00 | 6.00 | Review and update reliance materials for B. Baylor. |

| 07/17/07 | WBS | 685.00 | 5.10 | "Side by side" of estimation experts (4.5); conference NDF re schedule issues (0.3); review exclusivity brief (0.3). |
|---|---|---|---|---|
| 07/17/07 | NDF | 580.00 | 5.50 | Work on analysis of expert reports. |
| 07/17/07 | DBS | 225.00 | 4.20 | Quality check medical experts' reliance materials database (3.2); create case calendar for attorney review (1.0). |
| 07/17/07 | ALV | 275.00 | 11.90 | Research issues concerning debtors experts (0.4); review documents produced by debtor for relevance; review pleadings (11.5). |
| 07/17/07 | JPW | 425.00 | 6.60 | Telephone conference with SAT re pneumo surveillance (.3); review correspondence from K&E re document production (.4); e-mails re expert backup (.7); pro hac application (.8); telephone conference with DBS re deposition calendar (.2); profusion reading analysis (1.5); analyze meso claim data (2.3); review draft opposition (.4) |
| 07/18/07 | WBS | 685.00 | 5.20 | Analysis and memo on "side by side" (4.2); conference call with Orrick re scheduling/planning issues (0.5); conference call with debtors' counsel re deadlines, deposition planning (0.5). |
| 07/18/07 | EI | 875.00 | 0.40 | T/c NDF re: CRMC subpoena (.2); conf. Committee member re: CRMC subpoena (.2). |
| 07/18/07 | NDF | 580.00 | 2.80 | Telephone conference with Grace counsel re case and scheduling issues (0.8); telephone conference with FCR counsel re same (0.6); analyze Haber and Henry expert reports (0.9); meet with Rice re negotiations (0.1); draft response to motion to compel (0.4). |
| 07/18/07 | DBS | 225.00 | 1.20 | Quality check medical experts' reliance materials database (1.0); update case calendar for attorney review (.2). |
| 07/18/07 | DKG | 320.00 | 2.40 | Attention to issues re J. Heckman. |
| 07/18/07 | ALV | 275.00 | 10.90 | Review documents produced by debtor for relevance; review expert reports and material. |
| 07/18/07 | JPW | 425.00 | 6.00 | Telephone conference with FCR re deposition schedule (.8); deposition schedule issues (.6); review and edit opposition to motion to compel (1.0); |

| | | | | |
|---|---|---|---|---|
| | | | | telephone conference with B. Harding re deposition schedule (.7); Verus data analyses (1.9); review and analyze Lees Report (1.0) |
| 07/19/07 | EI | 875.00 | 0.80 | Subpoena issues (.5); t/c NDF re: same (.1); t/c Austern re: same (.1); t/c PVNL re: status (.1). |
| 07/19/07 | NDF | 580.00 | 7.70 | Work on expert rebuttal reports and prepare for upcoming expert depositions. |
| 07/19/07 | DBS | 225.00 | 4.20 | Quality check medical experts' reliance materials database (3.9); research WHO statement on asbestos exposure (.3). |
| 07/19/07 | DKG | 320.00 | 7.50 | Attention to issues re Heckman. |
| 07/19/07 | ALV | 275.00 | 9.70 | Review documents produced by debtor for relevance; review pleadings. |
| 07/19/07 | JPW | 425.00 | 3.80 | Deposition preparation - review documents from K&E (1.8); review and compare Peterson & Biggs reports (2.0) |
| 07/20/07 | WBS | 685.00 | 4.20 | Conference call with Mark Peterson re estimation issues (1.0); review Grace expert reports on exposure issues and prepare additional question to be addressed in rebuttal (3.2). |
| 07/20/07 | NDF | 580.00 | 8.90 | Work on expert reports and analysis for estimation case (7.9); telephone conference with Peterson re report issues (1.0). |
| 07/20/07 | DKG | 320.00 | 8.50 | Attention to issues re Heckman (8.0); order transcript from Borg-Warner hearing and related correspondence (0.5). |
| 07/20/07 | ALV | 275.00 | 9.50 | Review documents produced by debtor for relevance; review pleadings/slides (8.3); collate information for experts (1.2). |
| 07/20/07 | JPW | 425.00 | 6.20 | Telephone conference with M. Peterson and D. Relles re Rebuttal Report (1.1); e-mails re analysis of meso data (1.4); compare Peterson & Biggs Reports (2.0); pro hac form (.2); review K&E production (1.5) |
| 07/20/07 | EGB | 225.00 | 0.50 | Meeting with K. McClay regarding cite-check and tools used. |

| 07/21/07 | ALV | 275.00 | 4.90 | Review documents produced by debtor for relevance; review depositions. |
| 07/23/07 | BSB | 600.00 | 7.60 | Moolgaukar deposition (2.1); review Henry analysis (.6); research re brake workers (Rebuttal to Moolgaukar) (4.9) |
| 07/23/07 | WBS | 685.00 | 4.80 | Review draft Longo rebuttal (0.6); review FCR Stallard report and prepare notes (0.5); start review of material from Grace "tort reform" expert (0.5); phone participation in hearing on exclusivity, relief of stay, schedule, access to materials on motion to compel firms, and other issues (3.2). |
| 07/23/07 | EI | 875.00 | 0.20 | Status matter (.2). |
| 07/23/07 | NDF | 580.00 | 6.20 | Argue various things at omnibus hearing (5.0); confer with Baena and Frankel re exclusivity argument (1.0); telephone conference with EI re hearing and other issues (0.1); email to Rice et al. re issues (0.1). |
| 07/23/07 | DBS | 225.00 | 3.90 | Compile and review pleadings, correspondence, and discovery materials for electronic and hard case files. |
| 07/23/07 | DKG | 320.00 | 8.30 | Attention to issues re Heckman. |
| 07/23/07 | ALV | 275.00 | 8.20 | Review documents produced by debtor for relevance (6.9); conversations with JPW and counsel for futures representative regarding document production (1.3). |
| 07/23/07 | JPW | 425.00 | 10.50 | Review BMC production (1.9); telephone conference with C. Zurbrugg re documents (.2); meet with ALV re document review (.2); e-mails re meso data (.4); read Behrens materials (.8); hearing in J. Fitzgerald (5.0); prepare for BMC deposition (2.0) |
| 07/24/07 | EI | 875.00 | 0.50 | T/c NDF re: report on hearing and MPIST issues (.5). |
| 07/24/07 | NDF | 580.00 | 6.60 | Draft and edit response to Grace motion to compel (4.5); work on expert reports (2.1). |
| 07/24/07 | DBS | 225.00 | 1.40 | Compile background materials for potential witness for attorney review (1.0); attend meeting regarding authentication assignment (.4). |
| 07/24/07 | DKG | 320.00 | 4.40 | Attention to issues re Heckman. |

| 07/24/07 | ALV | 275.00 | 3.60 | Review documents produced by debtor for relevance (3.2); organize files (0.4). |
|----------|-----|--------|------|--------------------------------------------------------------------------------|
| 07/24/07 | JPW | 425.00 | 7.50 | BMC deposition preparation (6.7); telephone conference with C. Zurbrugger re BMC (.2); telephone conference with J. Ansboro re BMC (.4); e-mails re document production (.2) |
| 07/25/07 | BSB | 600.00 | 7.50 | Review Welch report (1.6); cross examination – Moolgaukar (4.8); conference call with NDF and Luvan Welch (1.1) |
| 07/25/07 | WBS | 685.00 | 1.50 | Review Behrens materials - prior testimony in Pneumo and deposition. |
| 07/25/07 | EI | 875.00 | 0.20 | Read DII Trust brief (.2). |
| 07/25/07 | NDF | 580.00 | 10.00 | Draft response to Grace motion to depose attorneys (5.5); telephone conference with L. Welch re report (1.0); review Welch draft and medical articles (1.0); review Longo report (1.0); review R.J. Lee WTS report (1.0); revise memo to ACC (0.5). |
| 07/25/07 | DBS | 225.00 | 1.30 | Update case calendar for attorney review (.4); compile deposition transcript and exhibits for attorney review (.5); compile rebuttal report for expert review (.1); compile background materials for potential witness for attorney review (.3). |
| 07/25/07 | DKG | 320.00 | 4.50 | Attention to Heckman issue. |
| 07/25/07 | ALV | 275.00 | 1.20 | Tasks associated with expert rebuttal reports. |
| 07/25/07 | JPW | 425.00 | 8.30 | Meet with FCR at Orrick re BMC deposition (1.8); deposition of BMC at K&E in New York (6.5) |
| 07/26/07 | BSB | 600.00 | 6.00 | Verify Welch's statistics (1.2); e-mail Dr. Welch (.2); telephone conference with Hammar secretary (.2); e-mail to Dr. Hammar (.3); perform additional analysis of Henry Report per discussion with Dr. Welch (2.4); research - amphibole/crysolite (1.7) |
| 07/26/07 | WBS | 685.00 | 3.70 | Review expert rebuttal draft and prepare comments (2.6); telephone conference with NDF re comments (0.4); telephone conference Hays and K. Garza re comments, schedule, and work to be done for depositions of independent hygienist experts (0.7). |
| 07/26/07 | EI | 875.00 | 0.70 | Exclusivity issues (.7). |

| 07/26/07 | NDF | 580.00 | 6.30 | Review and edit various expert witness reports (3.5); revise and edit draft brief on motion to compel (0.7); memo to ACC and other parties re exclusivity termination (0.5); prepare for depositions of Tarola and Posner (0.6); emails to various counsel re case scheduling issues (0.5); telephone conference with Heberling re case issues (0.5). |
| 07/26/07 | DBS | 225.00 | 4.90 | Update case calendar for attorney review (.2); compile omnibus hearing transcripts for attorney review (.7); compile hearing transcripts from relevant case for attorney review (.4); compile documents received from plaintiffs' firms for attorney review (.5); compile expert back-up materials for expert review (.4); Compile and review discovery materials for electronic and hard case files (2.7). |
| 07/26/07 | DKG | 320.00 | 4.80 | Attention to Heckman issue. |
| 07/26/07 | ALV | 275.00 | 4.80 | Draft Supplemental Interrogatories (1.1); review pleadings; draft expert reports (3.7). |
| 07/26/07 | JPW | 425.00 | 6.00 | Edit and revise objection to depositions (2.0); read exclusivity opinion (.5); review and prepare expert report - Longo (.8); meet with BSB re expert reports (.5); e-mails re discovery (.2); deposition preparation - Rust (2.0) |
| 07/26/07 | JMR | 235.00 | 2.40 | Compile all historical documents to be authenticated by the debtor |
| 07/27/07 | BSB | 600.00 | 5.30 | Work on rebuttal reports (5.1); e-mail to Dr. Hammar (0.2). |
| 07/27/07 | WBS | 685.00 | 1.20 | Review BMC deposition. |
| 07/27/07 | EI | 875.00 | 1.60 | Prep for and t/c PVNL/NDF re: exclusivity (1.3); read memos and prep for meeting (.3). |
| 07/27/07 | NDF | 580.00 | 5.20 | Telephone conference with S. Hays re report (0.5); review emails re ACC response to Grace motion to depose firms (0.9); edit same (0.3); telephone conference with EI and PVNL re next steps in Grace (1.0); email to ACC with meeting minutes and prepare agenda for call on 7/30 (0.5); telephone conference with J. Miller re Snyder report (0.5); telephone conference with Welch re report (0.5); telephone conference with JPW re case issues (0.2); |

| | | | | telephone conference with Heberling re case issues (experts) (0.3); telephone conference with finance analyst re Grace and market conditions (0.4); telephone conference with EI re plan issue (0.1). |
|---|---|---|---|---|
| 07/27/07 | DBS | 225.00 | 1.70 | Compile exhibits to opposition brief for attorney review (1.0); compile deposition transcripts for attorney review and electronic case files (.2); review list of depositions taken by debtors created by local counsel for accuracy (.5). |
| 07/27/07 | DKG | 320.00 | 6.30 | Attention to case status (0.3); continue reading and analyzing Heckman materials (6.0). |
| 07/27/07 | ALV | 275.00 | 2.00 | Review pleadings and expert reports (1.3); edit expert reports (0.7). |
| 07/27/07 | JPW | 425.00 | 6.50 | Revise and edit opposition (3.9); e-mails re opposition (.9); telephone conference with M. Hurford re opposition (x2) (.3); meet with NDF re opposition (x2) (.3); telephone conference with B. Castleman re opposition (.1); Charter Oak application (1.0) |
| 07/28/07 | NDF | 580.00 | 1.00 | Review and respond to email correspondence re various. |
| 07/30/07 | BSB | 600.00 | 7.50 | Work on deposition - experts and review profusion study (5.4); review draft Welch report (2.1). |
| 07/30/07 | WBS | 685.00 | 0.20 | E-mails re submitting reports. |
| 07/30/07 | NDF | 580.00 | 1.90 | Review Welch report draft (0.7); telephone conference with Welch re report (0.5); review draft of expert report on Libby issues (0.5); respond to email re Libby insurance (0.2). |
| 07/30/07 | NDF | 580.00 | 6.50 | Prepare for Committee conference call (1.0); teleconference with Committee to discuss plaintiffs and negotiations (1.0); financial analysis and draft of issues and term sheet for plan of reorganization (3.0); final review of 4 expert witness reports (1.5) |
| 07/30/07 | DBS | 225.00 | 3.30 | Create list of documents for authentication. |
| 07/30/07 | DKG | 320.00 | 7.00 | Read case pleadings (2.0); attention to Heckman project (5.0). |

| 07/30/07 | ALV | 275.00 | 2.50 | Edit Supplemental Interrogatories (0.3); review pleadings and expert reports (1.1); discussions with JPW and JMR regarding expert issues and current tasks (0.4); edit memorandum (0.3); contact experts regarding rebuttal reports (0.4). |
| 07/30/07 | JPW | 425.00 | 7.20 | Draft Charter Oak retention application (3.9); review and prepare expert reports for filing (2.0); telephone conference with WBS re expert reports (.2); review interrogatories (.3); e-mails re deposition dates (.3); e-mails re expert reports (.5) |
| 07/30/07 | EGB | 225.00 | 5.50 | Review Reliance material database for B. Baylor. |
| 07/31/07 | BSB | 600.00 | 8.10 | Cross (deposition) preparation (3.6); read expert reports (4.3); e-mail re scheduling (0.2). |
| 07/31/07 | WBS | 685.00 | 0.50 | Telephone conference with NDF re assignment of work and check outlines for trial and evidential issues. |
| 07/31/07 | NDF | 580.00 | 7.20 | Prepare for Aug 1 argument (2.0); financial analysis and work on draft term sheet (3.0); emails to plaintiffs' counsel re August 1 argument (.5); send emails to creditors' counsel re various issues (.5); edit interrogatories to Grace (.1); teleconference with J. Sinclair re financial analysis issues (.4); review medical article re Grace estimation (.5); download Grace experts' reports and forward same to C&D team (.2) |
| 07/31/07 | DBS | 225.00 | 5.50 | Create list of documents for authentication (4.4); compile hearing transcript for attorney review (.3); prepare expert reliance materials for service (.8). |
| 07/31/07 | DKG | 320.00 | 7.80 | Read hearing transcript (1.8); attention to Heckman project (4.0); attention to issues re expert reports (2.0). |
| 07/31/07 | ALV | 275.00 | 2.90 | Arrange for interrogatories and expert reports to be served on parties to estimation (0.6); review pleadings; historical documents for relevance and use; expert reports (2.3). |
| 07/31/07 | JPW | 425.00 | 9.30 | Finalize and serve expert reports (3.6); telephone conference with M. Hurford re reports (.2); meet with DBS re backup CD (.2); telephone conference with K. Garza re reports (.1); meet with NDF re reports (.2); e-mails re reports (.9); revise Charter |

|  |  |  |  | Oak Application (2.4); e-mails re Charter Oak Application (1.0); telephone conference with M. Hurford re Charter Oak Application (.2); telephone conference with P. Milch re Charter Oak Application (.2); meet with BSB re expert report of Moolgavkar (.3) |
|---|---|---|---|---|
| 07/31/07 | JP | 215.00 | 1.90 | Research Daubert issue |

**Total Task Code.16        716.10**


## Plan & Disclosure Statement (86.80 Hours; $ 40,841.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.80 | $800 | 6,240.00 |
| Trevor W. Swett | .10 | $630 | 63.00 |
| Jeffrey A. Liesemer | 76.70 | $445 | 34,131.50 |
| Samira A. Taylor | 2.20 | $185 | $407.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/07 | JAL | 445.00 | 3.50 | Reviewed and commented on draft objection to debtors' motion to extend exclusivity; (2.7); revised and edited 3rd circuit exclusivity brief and prep. of record/joint appendix (.80). |
| 07/02/07 | JAL | 445.00 | 3.10 | Reviewed correspondence from R. Frankel re: opposition to exclusivity extension and 3rd Circuit brief re: same (.40); office conf. w/DBS re: prep. of joint appendix on 3rd Circuit exclusivity brief (.20); tele. call and voice message to EI re: opposition to exclusivity extension (.10); tele. call and message to J. Sakalo re: 3rd Circuit exclusivity brief (.10); teleconf. w/M. Hurford re: 3rd Circuit exclusivity brief and joint appendix (.40); tele. call w/ EI re: opposition to exclusivity extension (.10); conf. call w/S. Baena and R. Frankel re: draft opposition to exclusivity extension (.70); 2nd teleconf. w/EI re: opposition to exclusivity extension (.10); review written comments on draft 3rd circuit brief (.60); reviewed research memo from JBP re: appellate |

|          |     |        |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|----------|-----|--------|------|---|
|          |     |        |      | issues (.30); drafted and revised memo to JBP re: 3rd circuit exclusivity brief (.10). |
| 07/03/07 | JAL | 445.00 | 6.10 | Tel. call w/D Felder re: objection to exclusivity extension (.20); drafted and revised e-mail to ND re: objection to exclusivity extension (.10); office conf. w/NDF re: objection to exclusivity extension (.20); e-mail exchanges w/JPB re: 3rd circuit exclusivity brief (.10); telephone conversation w/ and e-mail to J. Sakalo re: 3rd circuit brief (.20); reviewed and commented on draft opposition to debtors' tenth motion to extend exclusivity (1.4); reviewed comments from PD committee on draft objection to exclusivity extension (.20); 2nd telephone call w/D. Felder re: objection to exclusivity extension (.20); telephone call w/M. Hurford re; 3rd circuit brief and joint appendix (.30); telephone call w/M. Hurford and D. Boll re: same (.20); drafted e-mail to M. Hurford re: joint appendix (.10); review and analysis of materials relating to 3rd circuit brief and joint appendix (2.6); telephone call from M. Hurford re: prep. of joint appendix (.10); reviewed exchange of correspondence between J. Warren and counsel for PD claimants re: payment of disputed PD claims (.10); 3rd tele. call w/D. Felder re: objection to exclusivity extension (.10) |
| 07/04/07 | JAL | 445.00 | 1.80 | Review and analysis of materials in prep. for 3rd circuit exclusivity brief and joint appendix. |
| 07/05/07 | JAL | 445.00 | 5.90 | Review and analysis of materials in prep. for 3rd circuit exclusivity brief and joint appendix (2.10); revised and edited ACC's opposition to tenth motion to extend exclusivity (1.30); tele. call w/NDF re: 3rd circuit brief and joint appendix (.10); exchange correspondence w/M. Hurford re: prep. of 3rd circuit joint appeal (.30); exchange correspondence w/J. Sakalo re: 3rd circuit appeal (.40); tele. call w/D. Boll, debtors' counsel, re: 3rd circuit joint appendix (.30); reviewed draft letter from TWS to Trust re: possible update of matrix values (.10);  drafted and revised response e-mail to D. Boll re: 3rd circuit joint appendix (.50); tele. call w/M/Hurford re; 3rd circuit brief and joint appendix (.80). |
| 07/06/07 | JAL | 445.00 | 4.30 | Review and analysis of materials relating to prep. of 3rd circuit brief and joint appendix (.60); drafted and revised memo to D. Boll re: materials to be included by Appellants in Joint Appendix (1.9); e-mail |

|  |  |  |  | exchanges w/NDF re: ACC's objection to tenth motion to extend exclusivity (.10); e-mail exchange w/D. Boll re: prep. of joint appendix (.10); teleconf. w/M. Hurford re: ACC's objection to tenth motion to extend exclusivity (.20); office conf. w/JBP re: legal research for 3rd circuit exclusivity brief (.10); review of JBP's legal research for 3rd circuit exclusivity brief (.20); revised and edited 3rd circuit exclusivity brief (1.10). |
|---|---|---|---|---|
| 07/07/07 | JAL | 445.00 | 6.60 | Further drafting and revisions to 3rd circuit exclusivity brief. |
| 07/08/07 | JAL | 445.00 | 5.80 | Further drafting and revisions to Third Circuit exclusivity brief. |
| 07/09/07 | JAL | 445.00 | 6.80 | Further revisions and editing of the 3rd circuit brief (3.50); prep. of Joint appendix and e-mail exchanges w/M. Hurford re: same (1.2); tele. call w/M. Hurford re: prep. of joint appendix (.20); second tele. call w/M. Hurford re: prep. of joint appendix (.20); tele. call w/J. Sakalo re: 3rd circuit brief and drafted e-mail to him re: same (.20); reviewed comments from S. Baena re: third circuit exclusivity brief (.30); reviewed appellees' designation of materials for joint appendix, and sent e-mails to M. Hurford and appellants' counsel re same (.20); reviewed appellees' designation of materials for joint appellants' counsel re: same (.20); tele. call w/M. Hurford re: 3rd circuit brief and prep. of joint appendix (.50); telephone call w/NDF re: comments on the 3rd circuit exclusivity brief (.20); drafted e-mail to D. Boll re: certain items designated for inclusion in the joint appendix (.10). |
| 07/10/07 | SAT | 185.00 | 2.20 | Assist BSB with compilation of profusion reading spreadsheet. |
| 07/10/07 | JAL | 445.00 | 3.80 | Tele. call w/M. Hurford re: joint appendix to 3rd circuit brief (.40); drafted response e-mail to D. Boll re: joint appendix (.10); teleconf. w/M. Hurford and printing company (Bob) re: joint appendix to 3rd circuit brief (.20); tele. call w/M. Kramer re: 3rd circuit exclusivity brief (.10); further drafting and revisions to 3rd circuit exclusivity brief (1.4); tele. call w/M. Hurford re: 3rd circuit exclusivity brief and joint appendix (.30); reviewed e-mail from M. Hurford re: 3rd circuit brief and joint appendix (.10); legal research and analysis relating to 3rd circuit brief on exclusivity (1.2). |

| 07/11/07 | JAL | 445.00 | 5.60 | Reviewed correspondence from D. Felder and M. Hurford re: joint appendix (.20); telephone call w/ M. Hurford re: 3rd circuit brief and joint appendix (.10); telephone call w/EI re: 3rd circuit exclusivity brief (.10); office conf. (2x) w/ DBS re: 3rd circuit exclusivity brief (.20); telephone call w/R. Wyron re: 3rd circuit exclusivity brief (.30); further revisions and editing to 3rd circuit exclusivity brief (2.10); tele. call w/R. Frankel re: 3rd circuit exclusivity brief (.10); tele. call w/S. Baena re: 3rd circuit exclusivity brief (.20); drafted and revised memo to EI re: 3rd circuit exclusivity brief (.20); reviewed and check draft joint appendix for exclusivity appeal (2.10). |
|----------|-----|--------|------|---|
| 07/12/07 | JAL | 445.00 | 6.50 | Reviewed and checked joint appendix (.50); e-mail exchanges w/M. Hurford re: 3rd circuit brief and joint appendix (.20); further revisions and editing of 3rd circuit brief (5.10); drafted and revised e-mail to M. Hurford re: 3rd circuit brief and joint appendix (.10); tele. call w/M. Kramer re: 3rd circuit brief and joint appendix (.10); telephone call w/M. Hurford re: 3rd circuit exclusivity brief and joint appendix (.40); drafted e-mail to M. Hurford re: 3rd circuit exclusivity brief (.10). |
| 07/13/07 | JAL | 445.00 | 7.60 | Further revisions and editing to the 3rd circuit brief on exclusivity (6.60); tele. call w/M. Hurford re: 3rd circuit brief and joint appendix (.10); e-mail exchanges w/M. Hurford re: finalization of 3rd circuit brief (.20); drafted and revised memo to co-counsel re: finalization of 3rd circuit exclusivity brief (.50); 2nd teleconf. w/M. Hurford re: 3rd circuit brief and joint appendix (.10); drafted and revised memo to M. Hurford and B. Pincu re: 3rd circuit exclusivity brief (.10). |
| 07/14/07 | JAL | 445.00 | 3.10 | Further revisions and editing to the 3rd circuit exclusivity brief. |
| 07/15/07 | JAL | 445.00 | 2.50 | Further revisions and editing to the 3rd circuit exclusivity brief. |
| 07/16/07 | PVL | 800.00 | 0.10 | Review Grace excl. reply. |
| 07/16/07 | JAL | 445.00 | 0.20 | E-mail exchanges w/M. Hurford re: 3rd circuit exclusivity brief. |

| 07/17/07 | JAL | 445.00 | 0.20 | E-mail exchanges w/M. Hurford and counsel press re: 3rd circuit exclusivity brief. |
|---|---|---|---|---|
| 07/18/07 | PVL | 800.00 | 1.20 | Teleconference Speights (.6); review CA3 joint appeal brief (.6). |
| 07/23/07 | PVL | 800.00 | 1.60 | Confer Baena, Frankel, NDF et al (1.5); confer Frankel (.1). |
| 07/26/07 | PVL | 800.00 | 0.70 | Review email and reply re excl opinion (.4); confer NDF re same (.3). |
| 07/26/07 | TWS | 630.00 | 0.10 | Conference with NDF re exclusivity order |
| 07/26/07 | JAL | 445.00 | 1.20 | Review and analysis of recent submissions and correspondence pertaining to PI estimation proceeding (.40); review of recent court submissions and correspondence pertaining to exclusivity, including court's order terminating exclusivity (.20); office conf. w/NDF re: judge's decision to terminate exclusivity and next steps (.30); e-mail exchanges w/PVNL and NDF re: judge's termination of exclusivity and next steps (.30). |
| 07/27/07 | PVL | 800.00 | 0.90 | Teleconference EI and NDF. |
| 07/28/07 | JAL | 445.00 | 0.20 | Review of correspondence from NDF re: termination of exclusivity. |
| 07/30/07 | PVL | 800.00 | 1.70 | Teleconference EI (.1); teleconference Committee, EI, NDF et al (1); confer NDF (.2); review email re POR issues (.1); teleconference EI, NDF, JAL (.3). |
| 07/30/07 | JAL | 445.00 | 1.90 | Tele. call and voice message to R. Frankel re: terminated exclusivity (.10); meeting w/NDF re: terminated exclusivity (.10); tele call w/ R. Frankel re: termination of exclusivity (.10); drafted and revised memo to EI, PVNL and NDF re: terminated exclusivity (.10); conf. call w/EI, PVNL, NDF, and Grace PI committee re: termination of exclusivity and plan issues (1.10); teleconf. w/EI, PVNL and NDF re: exclusivity termination and plan issues (.40). |
| 07/31/07 | PVL | 800.00 | 1.60 | Teleconference Horkovich, Chung and NDF (1.4); review email  to/from Sinclair (.2). |

**Total Task Code .17**          86.80

## Travel – Non Working (13.60 Hours; $ 3,799.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.50 | $400 | 600.00 |
| Nathan D. Finch | 8.10 | $290 | 2,349.00 |
| James P. Wehner | 4.00 | $212.50 | 850.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/07 | NDF | 290.00 | 3.20 | Travel to and from Charleson, WV. |
| 07/23/07 | PVL | 400.00 | 1.50 | Travel to/from Wilmington (half). |
| 07/23/07 | NDF | 290.00 | 1.90 | Travel to and from Wilmington, DE for omnibus hearing. |
| 07/24/07 | JPW | 212.50 | 2.00 | Travel to New York |
| 07/25/07 | JPW | 212.50 | 2.00 | Travel to Washington, DC |
| 07/31/07 | NDF | 290.00 | 3.00 | Travel from D.C. to Pittsburgh for hearing |

**Total Task Code .21**          13.60

## Fee Auditor Matters (2.50 Hours; $ 1,200.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.50 | $480 | 1,200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/12/07 | RCT | 480.00 | 0.20 | Review initial Fee Auditor's report (.2) |

{D0091560.1 }

| 07/20/07 | RCT | 480.00 | 1.00 | Gather information for Fee Auditor (1.0) |
| 07/25/07 | RCT | 480.00 | 0.80 | Work on Fee Auditor response (.8) |
| 07/26/07 | RCT | 480.00 | 0.50 | Address fee issues (.5) |

**Total Task Code .32**    **2.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 65.50 |
| Air Freight & Express Mail | 510.17 |
| Charge of Cell and/or Home Phone Useage | 85.90 |
| Database Research | 7,894.34 |
| Local Transportation - DC | 278.50 |
| Long Distance-Equitrac In-House | 16.81 |
| Meals Related to Travel | 255.02 |
| Miscellaneous: Client Advances | 2,275.31 |
| Outside Local Deliveries | 119.18 |
| Outside Photocopying/Duplication Service | 4,639.41 |
| Postage & Air Freight | 146.30 |
| Professional Fees & Expert Witness Fees | 99,686.77 |
| Research Material | 250.16 |
| Travel Expenses - Ground Transportation | 2,322.46 |
| Travel Expenses - Hotel Charges | 1,122.20 |
| Travel Expenses - LD Calls on Hotel Bill | 39.90 |
| Xeroxing | 1,115.00 |

**Total:**    **$120,822.93**