**EXHIBIT B**

**Case Administration (105.7 Hours; $ 22,544.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   105.7**

**Claim Analysis Objection & Resolution (Asbestos) (7.3 Hours; $ 5,840.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   7.3**

**Committee, Creditors', Noteholders' or Equity Holders' (1.4 Hours; $ 1,225.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07   1.4**

**Fee Applications, Applicant (4.4 Hours; $ 1,557.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   4.4**

**Hearings (4.0 Hours; $ 3,200.00)**

   Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15   4.0**

**Litigation and Litigation Consulting (716.1 Hours; $ 295,857.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        716.1**

**Plan & Disclosure Statement (86.8 Hours; $ 40,841.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        86.8**

**Travel Non-Working (13.6 Hours; $ 3,799.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        13.6**

**Fee Auditor Matters (2.5 Hours; $ 1,200.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        2.5**

{D0091561.1 }