## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 65.50 |
| Air Freight & Express Mail | 510.17 |
| Charge of Cell and/or Home Phone Useage | 85.90 |
| Database Research | 7,894.34 |
| Local Transportation - DC | 278.50 |
| Long Distance-Equitrac In-House | 16.81 |
| Meals Related to Travel | 255.02 |
| Miscellaneous: Client Advances | 2,275.31 |
| Outside Local Deliveries | 119.18 |
| Outside Photocopying/Duplication Service | 4,639.41 |
| Postage & Air Freight | 146.30 |
| Professional Fees & Expert Witness Fees | 99,686.77 |
| Research Material | 250.16 |
| Travel Expenses - Ground Transportation | 2,322.46 |
| Travel Expenses - Hotel Charges | 1,122.20 |
| Travel Expenses - LD Calls on Hotel Bill | 39.90 |
| Xeroxing | 1,115.00 |
| **Total:** | **$120,822.93** |