```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                     Page:  1
Matter     000                    Disbursements                                                              8/21/2007
                                                                                                       Print Date/Time:
                                                                                                            08/21/2007
                                                                                                             3:32:10PM
Attn:                                                                                                        Invoice #

                                             PREBILL / CONTROL REPORT
                                                               Trans Date Range:  1/1/1950  to: 7/31/2007
Matter     000
Disbursements
Bill Cycle:       Monthly         Style:        i1         Start:    4/16/2001
                                                                Last Billed : 7/26/2007                          13,655



Client Retainers Available            $801.19         Committed to Invoices:        $0.00    Remaining:        $801.19




Trust Amount Available

                                   Total Expenses Billed To Date      $1,283,415.24

                                                                     Billing Empl:      0120     Elihu  Inselbuch
                                                                     Responsible Empl:  0120     Elihu  Inselbuch
                                                                     Alternate Empl:    0120     Elihu  Inselbuch
                                                                     Originating Empl:  0120     Elihu  Inselbuch
```

**Summary by Employee**

|      |          |                      | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
| Empl | Initials | Name                 | Hours | Amount               | Hours | Amount                |
| --- | --- | --- | --- | --- | --- | --- |
| 0001 | BSB | Bernard Bailor       | 0.00  | 6,328.75             | 0.00  | 6,328.75              |
| 0120 | EI  | Elihu Inselbuch      | 0.00  | 37.33                | 0.00  | 37.33                 |
| 0128 | SAT | Samira A Taylor      | 0.00  | 27.90                | 0.00  | 27.90                 |
| 0187 | NDF | Nathan D Finch       | 0.00  | 96,433.19            | 0.00  | 96,733.19             |
| 0215 | KRS | Barbara J Zarchin    | 0.00  | 5.10                 | 0.00  | 5.10                  |
| 0220 | SKL | Suzanne K Lurie      | 0.00  | 60.50                | 0.00  | 60.50                 |
| 0227 | RH  | Roxana Healy         | 0.00  | 2.40                 | 0.00  | 2.40                  |
| 0232 | LK  | Lauren Karastergiou  | 0.00  | 8.20                 | 0.00  | 8.20                  |
| 0251 | JO  | Joan O'Brien         | 0.00  | 11.90                | 0.00  | 11.90                 |
| 0255 | DAT | Denise A Tolbert     | 0.00  | 80.70                | 0.00  | 80.70                 |
| 0308 | DBS | David B Smith        | 0.00  | 150.60               | 0.00  | 150.60                |
| 0310 | DKG | Danielle K Graham    | 0.00  | 850.70               | 0.00  | 850.70                |
| 0317 | JAL | Jeffrey A Liesemer   | 0.00  | 19.50                | 0.00  | 19.50                 |
| 0327 | ALV | Adam L Vangrack      | 0.00  | 1.80                 | 0.00  | 1.80                  |
| 0334 | JPW | James P Wehner       | 0.00  | 1,415.65             | 0.00  | 1,415.65              |
| 0337 | EGB | Erroll G Butts       | 0.00  | 4,205.07             | 0.00  | 4,205.07              |
| 0350 | CDK | Carrie D Kelly       | 0.00  | 259.20               | 0.00  | 259.20                |
| 0354 | JMR | Jeanna M Rickards    | 0.00  | 34.04                | 0.00  | 34.04                 |
| 0999 | C&D | Caplin &. Drysdale   | 0.00  | 10,590.40            | 0.00  | 10,590.40             |
|      |     |                      | **0.00** | **120,522.93**   | **0.00** | **120,822.93**    |

**Total Fees**


**Summary by Employee**

|      |          |      | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Total Fees**

**Client Number: 4642**  Grace Asbestos Personal Injury Claimants                                   Page: 1

**Matter    000**          **Disbursements**                                                         8/21/2007
                                                                                                     Print Date/Time:
                                                                                                     08/21/2007
                                                                                                     3:32:10PM
Attn:                                                                                                Invoice #

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2111189 | Photocopy | E | 07/02/2007 | 0999 | C&D | 0.00 | | $65.10 | 0.00 | | $65.10 | 65.10 |
| 2111215 | Photocopy | E | 07/02/2007 | 0220 | SKL | 0.00 | | $1.10 | 0.00 | | $1.10 | 66.20 |
| 2111285 | Photocopy | E | 07/02/2007 | 0255 | DAT | 0.00 | | $0.80 | 0.00 | | $0.80 | 67.00 |
| 2111286 | Photocopy | E | 07/02/2007 | 0255 | DAT | 0.00 | | $1.50 | 0.00 | | $1.50 | 68.50 |
| 2110689 | Equitrac - Long Distance to 9174450518 | E | 07/02/2007 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 68.55 |
| 2110691 | Equitrac - Long Distance to 2123199240 | E | 07/02/2007 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 68.60 |
| 2110704 | Equitrac - Long Distance to 3024261900 | E | 07/02/2007 | 0999 | C&D | 0.00 | | $0.80 | 0.00 | | $0.80 | 69.40 |
| 2110720 | Equitrac - Long Distance to 9174450518 | E | 07/02/2007 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 69.55 |
| 2109194 | Postage | E | 07/02/2007 | 0999 | C&D | 0.00 | | $26.81 | 0.00 | | $26.81 | 96.36 |
| 2109515 | Action Courier to Orrick Harrington and Kirkland &Ellis on 6/19 | E | 07/03/2007 | 0999 | C&D | 0.00 | | $15.07 | 0.00 | | $15.07 | 111.43 |
| 2109518 | Business Card;  For publication material order on firm credit card by Nalini. | E | 07/03/2007 | 0999 | C&D | 0.00 | | $1,656.95 | 0.00 | | $1,656.95 | 1,768.38 |
| 2109519 | Business Card;  for reference articles for WRGrace database (Medical Articles) ordered on firm credit card by EGB | E | 07/03/2007 | 0337 | EGB | 0.00 | | $405.66 | 0.00 | | $405.66 | 2,174.04 |
| 2110748 | Equitrac - Long Distance to 3053507246 | E | 07/03/2007 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 2,174.19 |
| 2110777 | Equitrac - Long Distance to 2124464759 | E | 07/03/2007 | 0999 | C&D | 0.00 | | $0.52 | 0.00 | | $0.52 | 2,174.71 |
| 2110778 | Equitrac - Long Distance to 3024261900 | E | 07/03/2007 | 0999 | C&D | 0.00 | | $1.06 | 0.00 | | $1.06 | 2,175.77 |
| 2110781 | Equitrac - Long Distance to 8054993572 | E | 07/03/2007 | 0999 | C&D | 0.00 | | $0.55 | 0.00 | | $0.55 | 2,176.32 |
| 2111318 | Photocopy | E | 07/03/2007 | 0220 | SKL | 0.00 | | $0.30 | 0.00 | | $0.30 | 2,176.62 |
| 2111321 | Photocopy | E | 07/03/2007 | 0220 | SKL | 0.00 | | $0.50 | 0.00 | | $0.50 | 2,177.12 |
| 2111325 | Photocopy | E | 07/03/2007 | 0220 | SKL | 0.00 | | $0.70 | 0.00 | | $0.70 | 2,177.82 |
| 2111375 | Photocopy | E | 07/03/2007 | 0350 | CDK | 0.00 | | $7.60 | 0.00 | | $7.60 | 2,185.42 |
| 2111379 | Photocopy | E | 07/03/2007 | 0350 | CDK | 0.00 | | $27.20 | 0.00 | | $27.20 | 2,212.62 |
| 2111388 | Photocopy | E | 07/03/2007 | 0220 | SKL | 0.00 | | $2.10 | 0.00 | | $2.10 | 2,214.72 |
| 2111417 | NDF; Travel expenses to Pittsburgh for Court hearing on 6/26 for meals | E | 07/05/2007 | 0187 | NDF | 0.00 | | $158.58 | 0.00 | | $158.58 | 2,373.30 |
| 2111418 | NDF; Travel expenses to Pittsburgh for Court hearing on 6/26 for Omni William Penn hotel (room 365.00 co.occ. tax 25.55; state rad tax 3.65; states sale tax 21.90) | E | 07/05/2007 | 0187 | NDF | 0.00 | | $416.10 | 0.00 | | $416.10 | 2,789.40 |
| 2111419 | NDF; Travel expenses to Pittsburgh for Court hearing on 6/26 for long distance phone calls | E | 07/05/2007 | 0187 | NDF | 0.00 | | $39.90 | 0.00 | | $39.90 | 2,829.30 |
| 2111420 | BostonCoach car service for NDF t/f home on 5/21 and 5/23 | E | 07/05/2007 | 0187 | NDF | 0.00 | | $196.50 | 0.00 | | $196.50 | 3,025.80 |
| 2113848 | Equitrac - Long Distance to 8133015400 | E | 07/05/2007 | 0999 | C&D | 0.00 | | $0.17 | 0.00 | | $0.17 | 3,025.97 |
| 2113854 | Equitrac - Long Distance to 2124464759 | E | 07/05/2007 | 0999 | C&D | 0.00 | | $0.43 | 0.00 | | $0.43 | 3,026.40 |
| 2113860 | Equitrac - Long Distance to 3024261900 | E | 07/05/2007 | 0999 | C&D | 0.00 | | $1.57 | 0.00 | | $1.57 | 3,027.97 |
| 2113893 | Photocopy | E | 07/05/2007 | 0308 | DBS | 0.00 | | $28.00 | 0.00 | | $28.00 | 3,055.97 |
| 2113895 | Photocopy | E | 07/05/2007 | 0350 | CDK | 0.00 | | $3.00 | 0.00 | | $3.00 | 3,058.97 |
| 2113923 | Photocopy | E | 07/05/2007 | 0308 | DBS | 0.00 | | $7.00 | 0.00 | | $7.00 | 3,065.97 |
| 2113944 | Photocopy | E | 07/05/2007 | 0350 | CDK | 0.00 | | $102.80 | 0.00 | | $102.80 | 3,168.77 |
| 2113952 | Photocopy | E | 07/05/2007 | 0215 | KRS | 0.00 | | $5.10 | 0.00 | | $5.10 | 3,173.87 |
| 2114065 | Postage | E | 07/06/2007 | 0999 | C&D | 0.00 | | $38.81 | 0.00 | | $38.81 | 3,212.68 |
| 2114083 | Postage | E | 07/06/2007 | 0999 | C&D | 0.00 | | $38.81 | 0.00 | | $38.81 | 3,251.49 |
| 2114239 | Equitrac - Long Distance to 7708663200 | E | 07/06/2007 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 3,251.55 |
| 2114286 | Photocopy | E | 07/06/2007 | 0128 | SAT | 0.00 | | $3.20 | 0.00 | | $3.20 | 3,254.75 |
| 2113239 | ADA Travel - NDF 6/26 one way travel to Pittsburgh (coach fare) | E | 07/06/2007 | 0187 | NDF | 0.00 | | $614.40 | 0.00 | | $614.40 | 3,869.15 |
| 2113240 | ADA Travel Agency fee on NDF 6/26 one way travel to Pittsburgh | E | 07/06/2007 | 0187 | NDF | 0.00 | | $40.00 | 0.00 | | $40.00 | 3,909.15 |
| 2113246 | Document Tech; Blowbacks - Color | E | 07/06/2007 | 0337 | EGB | 0.00 | | $1,028.33 | 0.00 | | $1,028.33 | 4,937.48 |
| 2113249 | Document Tech; Scanning D work - heavy litigation | E | 07/06/2007 | 0337 | EGB | 0.00 | | $250.31 | 0.00 | | $250.31 | 5,187.79 |
| 2113250 | Document Tech; C work - medium litigation | E | 07/06/2007 | 0337 | EGB | 0.00 | | $727.31 | 0.00 | | $727.31 | 5,915.10 |
| 2113251 | Document Tech; C work - medium litigation; 0,G - CD master and duplication | E | 07/06/2007 | 0337 | EGB | 0.00 | | $1,793.46 | 0.00 | | $1,793.46 | 7,708.56 |
| 2113255 | Lasership to Kirkland Ellis on 6/18 and to Orrick Herrington on 6/20 | E | 07/06/2007 | 0999 | C&D | 0.00 | | $17.18 | 0.00 | | $17.18 | 7,725.74 |
| 2113261 | Lasership to NDF on 6/26 and to Center to Protect Workers Rights on 6/28 | E | 07/06/2007 | 0999 | C&D | 0.00 | | $52.89 | 0.00 | | $52.89 | 7,778.63 |
| 2114369 | Postage | E | 07/09/2007 | 0999 | C&D | 0.00 | | $41.87 | 0.00 | | $41.87 | 7,820.50 |
| 2114426 | Equitrac - Long Distance to 3024261900 | E | 07/09/2007 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 7,820.65 |
| 2114437 | Equitrac - Long Distance to 5048583466 | E | 07/09/2007 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 7,820.70 |
| 2114444 | Equitrac - Long Distance to 3053756156 | E | 07/09/2007 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 7,820.78 |

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                                             Page:   1

Matter     000                  Disbursements                                                                                        8/21/2007
                                                                                                                              Print Date/Time:
                                                                                                                                    08/21/2007
                                                                                                                                    3:32:10PM
Attn:                                                                                                                              Invoice #
2114449    Equitrac - Long Distance to 3105819309         E  07/09/2007   0999   C&D    0.00        $0.40    0.00         $0.40     7,821.18
2114451    Equitrac - Long Distance to 8054993572         E  07/09/2007   0999   C&D    0.00        $0.90    0.00         $0.90     7,822.08
2114454    Equitrac - Long Distance to 3024261900         E  07/09/2007   0999   C&D    0.00        $0.82    0.00         $0.82     7,822.90
2114502    Photocopy                                      E  07/09/2007   0251   JO     0.00        $5.60    0.00         $5.60     7,828.50
2114507    Photocopy                                      E  07/09/2007   0350   CDK    0.00       $53.20    0.00        $53.20     7,881.70
2114610    Verus Claims Services;  For services June 1    E  07/10/2007   0187   NDF    0.00   $33,916.25    0.00    $33,916.25    41,797.95
           through June 30
2114620    Federal Express  to Katie Hemming from EI on 6/25  E  07/10/2007  0120  EI   0.00        $4.41    0.00         $4.41    41,802.36
2114623    Federal Express to Brody, Hammar, Hayes, Longo, E  07/10/2007   0334   JPW   0.00      $505.76    0.00       $505.76    42,308.12
           Castleman, Snyder, Leman, Welch, Harding,
           Sakalo, Hurford, Mullady, Becker and OPasquale
           from JPW on 6/11-13
2114888    Equitrac - Long Distance to 3024261900         E  07/10/2007   0999   C&D    0.00        $0.74    0.00         $0.74    42,308.86
2114904    Equitrac - Long Distance to 7708663200         E  07/10/2007   0999   C&D    0.00        $0.05    0.00         $0.05    42,308.91
2114917    Equitrac - Long Distance to 3024261900         E  07/10/2007   0999   C&D    0.00        $0.38    0.00         $0.38    42,309.29
2114997    Photocopy                                      E  07/10/2007   0350   CDK    0.00        $2.30    0.00         $2.30    42,311.59
2115048    Himmelfarb Library, GWUMC;  British Journal of E  07/11/2007   0001   BSB    0.00      $179.78    0.00       $179.78    42,491.37
           Industrial Medicine;  Adv Cancer Research;
           American Ournal of Pathology
2115058    Snyder Miller & Orton;  WR Grace consulting    E  07/11/2007   0187   NDF    0.00   $51,556.43    0.00    $51,556.43    94,047.80
           agreement
2115059    Reprints Desk;  Article supply services for    E  07/11/2007   0001   BSB    0.00    $6,148.97    0.00     $6,148.97   100,196.77
           month of June
2115080    Equitrac - Long Distance to 7708663200         E  07/11/2007   0999   C&D    0.00        $0.05    0.00         $0.05   100,196.82
2115115    Equitrac - Long Distance to 3053502403         E  07/11/2007   0999   C&D    0.00        $0.30    0.00         $0.30   100,197.12
2115129    Photocopy                                      E  07/11/2007   0220   SKL    0.00        $0.40    0.00         $0.40   100,197.52
2115145    Photocopy                                      E  07/11/2007   0128   SAT    0.00       $24.40    0.00        $24.40   100,221.92
2115157    Photocopy                                      E  07/11/2007   0220   SKL    0.00        $1.10    0.00         $1.10   100,223.02
2115178    Photocopy                                      E  07/11/2007   0220   SKL    0.00        $2.60    0.00         $2.60   100,225.62
2115233    Photocopy                                      E  07/11/2007   0308   DBS    0.00        $5.50    0.00         $5.50   100,231.12
2115306    Equitrac - Long Distance to 7708663200         E  07/12/2007   0999   C&D    0.00        $0.06    0.00         $0.06   100,231.18
2115345    Equitrac - Long Distance to 3053507246         E  07/12/2007   0999   C&D    0.00        $0.05    0.00         $0.05   100,231.23
2115407    Photocopy                                      E  07/12/2007   0999   C&D    0.00       $26.30    0.00        $26.30   100,257.53
2115467    Photocopy                                      E  07/12/2007   0317   JAL    0.00        $2.80    0.00         $2.80   100,260.33
2115575    Photocopy                                      E  07/13/2007   0310   DKG    0.00       $10.70    0.00        $10.70   100,271.03
2115577    Photocopy                                      E  07/13/2007   0317   JAL    0.00        $2.80    0.00         $2.80   100,273.83
2115605    Photocopy                                      E  07/13/2007   0220   SKL    0.00        $2.80    0.00         $2.80   100,276.63
2115619    Photocopy                                      E  07/13/2007   0317   JAL    0.00        $5.60    0.00         $5.60   100,282.23
2115623    Photocopy                                      E  07/13/2007   0317   JAL    0.00        $2.20    0.00         $2.20   100,284.43
2115626    Photocopy                                      E  07/13/2007   0317   JAL    0.00        $3.00    0.00         $3.00   100,287.43
2115627    Photocopy                                      E  07/13/2007   0317   JAL    0.00        $3.10    0.00         $3.10   100,290.53
2116213    Petty Cash  Cab expense forTravel  for NDF to  E  07/16/2007   0187   NDF    0.00       $25.00    0.00        $25.00   100,315.53
           North Carolina with Motley Rice on 7/2  (split
           between 5091 and 4642)
2116215    Petty Cash  Meal expense for NDF on travel to  E  07/16/2007   0187   NDF    0.00        $7.65    0.00         $7.65   100,323.18
           North Carolina with Motley Rice on 7/2
2116524    Photocopy                                      E  07/16/2007   0220   SKL    0.00        $9.00    0.00         $9.00   100,332.18
2116531    Photocopy                                      E  07/16/2007   0327   ALV    0.00        $1.80    0.00         $1.80   100,333.98
2116537    Photocopy                                      E  07/16/2007   0220   SKL    0.00        $1.90    0.00         $1.90   100,335.88
2116559    Photocopy                                      E  07/16/2007   0999   C&D    0.00       $22.90    0.00        $22.90   100,358.78
2116569    Photocopy                                      E  07/16/2007   0999   C&D    0.00       $51.00    0.00        $51.00   100,409.78
2116353    Equitrac - Long Distance to 5045819065         E  07/16/2007   0999   C&D    0.00        $0.15    0.00         $0.15   100,409.93
2116389    Equitrac - Long Distance to 9174450518         E  07/17/2007   0999   C&D    0.00        $0.25    0.00         $0.25   100,410.18
2116625    Photocopy                                      E  07/17/2007   0220   SKL    0.00        $1.60    0.00         $1.60   100,411.78
2116628    Photocopy                                      E  07/17/2007   0255   DAT    0.00        $7.50    0.00         $7.50   100,419.28
2116646    Photocopy                                      E  07/17/2007   0220   SKL    0.00        $0.20    0.00         $0.20   100,419.48
2116685    Photocopy                                      E  07/17/2007   0999   C&D    0.00        $1.90    0.00         $1.90   100,421.38
2116711    Photocopy                                      E  07/17/2007   0308   DBS    0.00        $0.10    0.00         $0.10   100,421.48
2116271    Premierre Global Service;  Ready Conf calls made E 07/17/2007   0999   C&D    0.00       $28.30    0.00        $28.30   100,449.78
           during June 2007
2116281    Premierre Global Service;  Ready Conference    E  07/17/2007   0187   NDF    0.00       $57.60    0.00        $57.60   100,507.38
           calls made by NDF during June
2116953    Equitrac - Long Distance to 2123199240         E  07/18/2007   0999   C&D    0.00        $0.08    0.00         $0.08   100,507.46
2116965    Equitrac - Long Distance to 9174450518         E  07/18/2007   0999   C&D    0.00        $0.05    0.00         $0.05   100,507.51
2116966    Equitrac - Long Distance to 8054993572         E  07/18/2007   0999   C&D    0.00        $0.14    0.00         $0.14   100,507.65
2116977    Photocopy                                      E  07/18/2007   0220   SKL    0.00       $12.00    0.00        $12.00   100,519.65
2117003    Photocopy                                      E  07/18/2007   0220   SKL    0.00        $2.00    0.00         $2.00   100,521.65
2117128    Lasership to Brookings Institute and GW on     E  07/19/2007   0354   JMR    0.00       $34.04    0.00        $34.04   100,555.69
           7/10-11
2117132    Gobbell Hays;  Professional services June 1    E  07/19/2007   0187   NDF    0.00    $8,065.12    0.00     $8,065.12   108,620.81
           through June 30
2117275    Equitrac - Long Distance to 8054993572         E  07/19/2007   0999   C&D    0.00        $0.43    0.00         $0.43   108,621.24
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                        Page:  1
Matter      000                         Disbursements                                                                                                   8/21/2007
                                                                                                                                                  Print Date/Time:
                                                                                                                                                       08/21/2007
                                                                                                                                                       3:32:10PM
Attn:                                                                                                                                                    Invoice #
2117313    Photocopy                                     E  07/19/2007   0999   C&D       0.00        $6.20      0.00        $6.20     108,627.44
2117346    Photocopy                                     E  07/19/2007   0187   NDF       0.00        $0.20      0.00        $0.20     108,627.64
2117349    Photocopy                                     E  07/19/2007   0232   LK        0.00        $0.60      0.00        $0.60     108,628.24
2117350    Photocopy                                     E  07/19/2007   0187   NDF       0.00        $0.90      0.00        $0.90     108,629.14
2117360    Photocopy                                     E  07/19/2007   0232   LK        0.00        $1.00      0.00        $1.00     108,630.14
2117361    Photocopy                                     E  07/19/2007   0232   LK        0.00        $1.00      0.00        $1.00     108,631.14
2117369    Photocopy                                     E  07/19/2007   0220   SKL       0.00        $3.30      0.00        $3.30     108,634.44
2117384    Photocopy                                     E  07/19/2007   0220   SKL       0.00        $0.30      0.00        $0.30     108,634.74
2117392    Photocopy                                     E  07/19/2007   0999   C&D       0.00        $6.10      0.00        $6.10     108,640.84
2117396    Photocopy                                     E  07/19/2007   0350   CDK       0.00        $0.10      0.00        $0.10     108,640.94
2117409    Photocopy                                     E  07/19/2007   0220   SKL       0.00        $0.70      0.00        $0.70     108,641.64
2117426    Photocopy                                     E  07/19/2007   0350   CDK       0.00       $29.40      0.00       $29.40     108,671.04
2117442    Photocopy                                     E  07/19/2007   0308   DBS       0.00        $4.80      0.00        $4.80     108,675.84
2117485    Pacer Service Center;  Research charges April E  07/20/2007   0999   C&D       0.00      $245.20      0.00      $245.20     108,921.04
           2007 through June 2007
2117689    Photocopy                                     E  07/20/2007   0350   CDK       0.00       $33.60      0.00       $33.60     108,954.64
2117761    Photocopy                                     E  07/20/2007   0999   C&D       0.00      $132.90      0.00      $132.90     109,087.54
2117762    Photocopy                                     E  07/20/2007   0220   SKL       0.00        $5.10      0.00        $5.10     109,092.64
2117768    Photocopy                                     E  07/20/2007   0251   JO        0.00        $0.40      0.00        $0.40     109,093.04
2117778    Photocopy                                     E  07/20/2007   0999   C&D       0.00       $83.10      0.00       $83.10     109,176.14
2117783    Photocopy                                     E  07/20/2007   0251   JO        0.00        $0.10      0.00        $0.10     109,176.24
2117785    Photocopy                                     E  07/20/2007   0232   LK        0.00        $0.30      0.00        $0.30     109,176.54
2117789    Photocopy                                     E  07/20/2007   0232   LK        0.00        $0.50      0.00        $0.50     109,177.04
2117851    Pacer Service;  Court electronic records usage E 07/23/2007   0999   C&D       0.00        $4.96      0.00        $4.96     109,182.00
           April 2007 thru June 2007 in NY office
2117870    Equitrac - Long Distance to 2125063741        E  07/23/2007   0999   C&D       0.00        $0.09      0.00        $0.09     109,182.09
2117878    Equitrac - Long Distance to 8054993572        E  07/23/2007   0999   C&D       0.00        $0.05      0.00        $0.05     109,182.14
2117898    Equitrac - Long Distance to 8054993572        E  07/23/2007   0999   C&D       0.00        $0.05      0.00        $0.05     109,182.19
2118085    ADA Travel   Refund on NDF 6/19 travel to     E  07/24/2007   0187   NDF       0.00    -$1,528.80     0.00   -$1,228.80     107,953.39
           Pittsburgh (coach fare $1,228.80)
2118090    ADA Travel       NDF 7/2 coach travel to      E  07/24/2007   0187   NDF       0.00    $1,214.30      0.00    $1,214.30     109,167.69
           Charleston, SC
2118091    ADA Travel   Agency fee on NDF 7/2 coach travel E 07/24/2007  0187   NDF       0.00       $40.00      0.00       $40.00     109,207.69
           to Charleston, SC
2118104    ADA Travel   Refund on NDF 6/26 travel to     E  07/24/2007   0187   NDF       0.00      -$614.40     0.00     -$614.40     108,593.29
           Pittsburgh
2118437    Equitrac - Long Distance to 2125063741        E  07/24/2007   0999   C&D       0.00        $0.78      0.00        $0.78     108,594.07
2118457    Equitrac - Long Distance to 2125063741        E  07/24/2007   0999   C&D       0.00        $1.19      0.00        $1.19     108,595.26
2118470    Equitrac - Long Distance to 9174450518        E  07/24/2007   0999   C&D       0.00        $0.19      0.00        $0.19     108,595.45
2118523    Photocopy                                     E  07/24/2007   0220   SKL       0.00        $0.10      0.00        $0.10     108,595.55
2118548    Photocopy                                     E  07/24/2007   0251   JO        0.00        $2.00      0.00        $2.00     108,597.55
2118577    Photocopy                                     E  07/24/2007   0251   JO        0.00        $3.40      0.00        $3.40     108,600.95
2118578    Photocopy                                     E  07/24/2007   0251   JO        0.00        $0.40      0.00        $0.40     108,601.35
2118617    Photocopy                                     E  07/24/2007   0308   DBS       0.00        $0.20      0.00        $0.20     108,601.55
2118895    Photocopy                                     E  07/25/2007   0255   DAT       0.00       $51.20      0.00       $51.20     108,652.75
2118913    Photocopy                                     E  07/25/2007   0999   C&D       0.00        $9.00      0.00        $9.00     108,661.75
2119001    Motley Rice LLC;  Committee's Expense         E  07/25/2007   0120   EI        0.00       $32.92      0.00       $32.92     108,694.67
           Application;  June through November 2006 expenses
2119265    Equitrac - Long Distance to 3604797707        E  07/26/2007   0999   C&D       0.00        $0.10      0.00        $0.10     108,694.77
2119293    Equitrac - Long Distance to 3024261900        E  07/26/2007   0999   C&D       0.00        $0.14      0.00        $0.14     108,694.91
2119296    Equitrac - Long Distance to 9174450518        E  07/26/2007   0999   C&D       0.00        $0.05      0.00        $0.05     108,694.96
2119299    Equitrac - Long Distance to 2103921863        E  07/26/2007   0999   C&D       0.00        $0.09      0.00        $0.09     108,695.05
2119311    Equitrac - Long Distance to 3025716706        E  07/26/2007   0999   C&D       0.00        $0.51      0.00        $0.51     108,695.56
2119315    Equitrac - Long Distance to 2154620953        E  07/26/2007   0999   C&D       0.00        $0.71      0.00        $0.71     108,696.27
2119371    Photocopy                                     E  07/26/2007   0255   DAT       0.00        $5.70      0.00        $5.70     108,701.97
2119380    Photocopy                                     E  07/26/2007   0255   DAT       0.00        $7.70      0.00        $7.70     108,709.67
2119400    Photocopy                                     E  07/26/2007   0128   SAT       0.00        $0.30      0.00        $0.30     108,709.97
2119404    Photocopy                                     E  07/26/2007   0308   DBS       0.00       $39.10      0.00       $39.10     108,749.07
2119407    Photocopy                                     E  07/26/2007   0308   DBS       0.00        $8.70      0.00        $8.70     108,757.77
2119414    Photocopy                                     E  07/26/2007   0308   DBS       0.00        $8.10      0.00        $8.10     108,765.87
2119425    Photocopy                                     E  07/26/2007   0308   DBS       0.00        $0.20      0.00        $0.20     108,766.07
2119443    Equitrac - Long Distance to 9174450518        E  07/27/2007   0999   C&D       0.00        $0.07      0.00        $0.07     108,766.14
2119445    Equitrac - Long Distance to 4159624403        E  07/27/2007   0999   C&D       0.00        $0.06      0.00        $0.06     108,766.20
2119460    Equitrac - Long Distance to 4159624403        E  07/27/2007   0999   C&D       0.00        $0.22      0.00        $0.22     108,766.42
2119465    Equitrac - Long Distance to 3024261900        E  07/27/2007   0999   C&D       0.00        $0.12      0.00        $0.12     108,766.54
2119498    Photocopy                                     E  07/27/2007   0999   C&D       0.00        $8.10      0.00        $8.10     108,774.64
2119499    Photocopy                                     E  07/27/2007   0999   C&D       0.00        $0.20      0.00        $0.20     108,774.84
2119522    Photocopy                                     E  07/27/2007   0999   C&D       0.00        $0.20      0.00        $0.20     108,775.04
2119524    Photocopy                                     E  07/27/2007   0999   C&D       0.00       $17.40      0.00       $17.40     108,792.44
2119528    Photocopy                                     E  07/27/2007   0999   C&D       0.00       $43.30      0.00       $43.30     108,835.74
2119530    Photocopy                                     E  07/27/2007   0232   LK        0.00        $1.20      0.00        $1.20     108,836.94
2119550    Photocopy                                     E  07/27/2007   0255   DAT       0.00        $2.60      0.00        $2.60     108,839.54
```

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | | 8/21/2007 |
| | | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | | 08/21/2007 |
| | | | | | | | | | | | 3:32:10PM |
| Attn: | | | | | | | | | | | Invoice # |
| 2119582 | Photocopy | | E | 07/27/2007 | 0227 | RH | 0.00 | $2.40 | 0.00 | $2.40 | 108,841.94 |
| 2119006 | Petty Cash  Late night cab home for DBS on 7/13 | | E | 07/27/2007 | 0308 | DBS | 0.00 | $20.00 | 0.00 | $20.00 | 108,861.94 |
| 2119007 | Petty Cash  Late night cab home for NDF on 7/16 and cab into the office for early meeting on 7/18 | | E | 07/27/2007 | 0187 | NDF | 0.00 | $45.00 | 0.00 | $45.00 | 108,906.94 |
| 2119017 | Petty Cash  Late night cab home for DBS on 7/10 | | E | 07/27/2007 | 0308 | DBS | 0.00 | $17.00 | 0.00 | $17.00 | 108,923.94 |
| 2119241 | Terri W. Anderson;  Copies of Borg-Wrner summary Judgment hearings | | E | 07/27/2007 | 0310 | DKG | 0.00 | $840.00 | 0.00 | $840.00 | 109,763.94 |
| 2119900 | Database Research / Lexis Charges for 6/25/07-7/23/07 By: JMR on 7/10 | | E | 07/30/2007 | 0999 | C&D | 0.00 | $688.96 | 0.00 | $688.96 | 110,452.90 |
| 2119901 | Database Research / Lexis Charges for 6/25/07-7/23/07 By: DKG on 7/12 | | E | 07/30/2007 | 0999 | C&D | 0.00 | $388.23 | 0.00 | $388.23 | 110,841.13 |
| 2119902 | Database Research / Lexis Charges for 6/25/07-7/23/07 By: NDF on 7/12 | | E | 07/30/2007 | 0999 | C&D | 0.00 | $55.46 | 0.00 | $55.46 | 110,896.59 |
| 2119975 | JPW;  Travel expenses to NYC for deposition of BMC on 7/24-25 for meals | | E | 07/30/2007 | 0334 | JPW | 0.00 | $88.79 | 0.00 | $88.79 | 110,985.38 |
| 2119976 | JPW;  Travel expenses to NYC for deposition of BMC on 7/24-25 for The Pierre hotel | | E | 07/30/2007 | 0334 | JPW | 0.00 | $706.10 | 0.00 | $706.10 | 111,691.48 |
| 2119977 | JPW;  Travel expenses to NYC for deposition of BMC on 7/24-25 for airport parking and cabs | | E | 07/30/2007 | 0334 | JPW | 0.00 | $115.00 | 0.00 | $115.00 | 111,806.48 |
| 2119983 | BostonCoach car service for NDF from Bethesda, MD to Pittsburgh, PA on 6/21 | | E | 07/30/2007 | 0187 | NDF | 0.00 | $815.96 | 0.00 | $815.96 | 112,622.44 |
| 2119984 | BostonCoach car service for NDF t/f Pittsburgh, PA 6/25-26 | | E | 07/30/2007 | 0187 | NDF | 0.00 | $1,168.80 | 0.00 | $1,168.80 | 113,791.24 |
| 2119985 | BostonCoach car servicef or NDF to Mount Pleasant, SC from Charleston, SC on 7/2 | | E | 07/30/2007 | 0187 | NDF | 0.00 | $197.70 | 0.00 | $197.70 | 113,988.94 |
| 2120021 | Equitrac - Long Distance to 3024261900 | | E | 07/30/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 113,989.00 |
| 2120028 | Equitrac - Long Distance to 9174450518 | | E | 07/30/2007 | 0999 | C&D | 0.00 | $0.63 | 0.00 | $0.63 | 113,989.63 |
| 2120047 | Equitrac - Long Distance to 7708663200 | | E | 07/30/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 113,989.69 |
| 2120354 | Photocopy | | E | 07/30/2007 | 0220 | SKL | 0.00 | $4.40 | 0.00 | $4.40 | 113,994.09 |
| 2120358 | Photocopy | | E | 07/30/2007 | 0999 | C&D | 0.00 | $31.30 | 0.00 | $31.30 | 114,025.39 |
| 2120359 | Photocopy | | E | 07/30/2007 | 0220 | SKL | 0.00 | $2.80 | 0.00 | $2.80 | 114,028.19 |
| 2120361 | Photocopy | | E | 07/30/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 114,028.39 |
| 2120362 | Photocopy | | E | 07/30/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 114,028.89 |
| 2120368 | Photocopy | | E | 07/30/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 114,028.99 |
| 2120373 | Photocopy | | E | 07/30/2007 | 0255 | DAT | 0.00 | $2.60 | 0.00 | $2.60 | 114,031.59 |
| 2120389 | Photocopy | | E | 07/30/2007 | 0220 | SKL | 0.00 | $4.70 | 0.00 | $4.70 | 114,036.29 |
| 2126711 | Database Research / Lexis Charges for 6/25/07-7/23/07 By: JMR on 7/18 (Divided among eleven bankruptcies) | | E | 07/30/2007 | 0999 | C&D | 0.00 | $149.07 | 0.00 | $149.07 | 114,185.36 |
| 2126721 | Database Research / Lexis Charges for 6/25/07-7/23/07 By: JMR on 7/18 (Divided among eleven bankruptcies) | | E | 07/30/2007 | 0999 | C&D | 0.00 | $7.76 | 0.00 | $7.76 | 114,193.12 |
| 2126731 | Database Research - WESTLAW by JMR on 7/12-16 - (Divided among eleven bankruptcies) | | E | 07/31/2007 | 0999 | C&D | 0.00 | $132.00 | 0.00 | $132.00 | 114,325.12 |
| 2126741 | Database Research - WESTLAW by JMR on 7/16 - (Divided among eleven bankruptcies) | | E | 07/31/2007 | 0999 | C&D | 0.00 | $77.63 | 0.00 | $77.63 | 114,402.75 |
| 2126751 | Database Research - WESTLAW by JMR on 7/16-27 - (Divided among eleven bankruptcies) | | E | 07/31/2007 | 0999 | C&D | 0.00 | $420.01 | 0.00 | $420.01 | 114,822.76 |
| 2126761 | Database Research - WESTLAW by JBP on 7/16-17 - (Divided among eleven bankruptcies) | | E | 07/31/2007 | 0999 | C&D | 0.00 | $75.09 | 0.00 | $75.09 | 114,897.85 |
| 2126778 | Database Research - WESTLAW by DKG on 7/13-17 (Divided among eleven bankruptcies) | | E | 07/31/2007 | 0999 | C&D | 0.00 | $107.44 | 0.00 | $107.44 | 115,005.29 |
| 2120821 | Equitrac - Long Distance to 6102051126 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 115,005.34 |
| 2120828 | Equitrac - Long Distance to 3024261900 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 115,005.76 |
| 2120838 | Equitrac - Long Distance to 4122610310 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 115,006.06 |
| 2120839 | Equitrac - Long Distance to 2123198798 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 115,006.12 |
| 2120840 | Equitrac - Long Distance to 9174450518 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 115,006.17 |
| 2120842 | Equitrac - Long Distance to 3024261900 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 115,006.24 |
| 2120900 | Photocopy | | E | 07/31/2007 | 0255 | DAT | 0.00 | $1.10 | 0.00 | $1.10 | 115,007.34 |
| 2120927 | Photocopy | | E | 07/31/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 115,007.64 |
| 2120946 | Photocopy | | E | 07/31/2007 | 0308 | DBS | 0.00 | $11.90 | 0.00 | $11.90 | 115,019.54 |
| 2120972 | Photocopy | | E | 07/31/2007 | 0232 | LK | 0.00 | $3.60 | 0.00 | $3.60 | 115,023.14 |
| 2121007 | Xeroxing | | E | 07/31/2007 | 0999 | C&D | 0.00 | $7.10 | 0.00 | $7.10 | 115,030.24 |
| 2125264 | Database Research - WESTLAW by JBP on 7/2-31 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $1,381.95 | 0.00 | $1,381.95 | 116,412.19 |
| 2125265 | Database Research - WESTLAW by WBS on 7/23 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $134.52 | 0.00 | $134.52 | 116,546.71 |
| 2125266 | Database Research - WESTLAW by DBS on 7/10-13 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $479.65 | 0.00 | $479.65 | 117,026.36 |
| 2125267 | Database Research - WESTLAW by DBS/NR on 7/24 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $154.46 | 0.00 | $154.46 | 117,180.82 |
| 2125268 | Database Research - WESTLAW by DKG/NR on 7/12 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $220.30 | 0.00 | $220.30 | 117,401.12 |
| 2125269 | Database Research - WESTLAW by JAL on 7/5-13 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $639.47 | 0.00 | $639.47 | 118,040.59 |
| 2125270 | Database Research - WESTLAW by NDF/NR on 7/11-19 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $2,341.54 | 0.00 | $2,341.54 | 120,382.13 |
| 2125271 | Database Research - WESTLAW by JBP on 7/2 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $34.21 | 0.00 | $34.21 | 120,416.34 |
| 2125272 | Database Research - WESTLAW by DBS on 7/30 | | E | 07/31/2007 | 0999 | C&D | 0.00 | $406.59 | 0.00 | $406.59 | 120,822.93 |

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                             Page:  1
Matter     000                 Disbursements                                                                    8/21/2007
                                                                                                           Print Date/Time:
                                                                                                                 08/21/2007
                                                                                                                  3:32:10PM
Attn:                                                                                                             Invoice #
  Total Expenses                                                          0.00        $120,522.93        0.00   $120,822.93


              Matter Total Fees                                                              0.00                      0.00


              Matter Total Expenses                                                    120,522.93                120,822.93


              Matter Total                                                0.00         120,522.93        0.00    120,822.93



              Prebill Total Fees


              Prebill Total Expenses                                                  $120,522.93               $120,822.93


              Prebill Total                                               0.00        $120,522.93        0.00   $120,822.93


Previous Billings

InvoiceNo       InvoiceDate          InvoiceTotal         OpenTotal

46,677          08/27/2004                240.00              48.00
47,114          09/30/2004              6,171.50           1,234.30
48,027          12/27/2004              1,419.00             283.80
50,276          06/27/2005              8,030.50           1,606.10
56,922          01/25/2007            184,779.00           2,681.48
57,444          02/28/2007            255,105.50          51,021.10
57,767          03/23/2007            325,262.50          65,052.50
58,096          04/26/2007            333,488.50          66,697.70
58,439          05/22/2007            353,903.50          70,780.70
58,979          06/29/2007            408,209.50          81,641.90
59,278          07/23/2007            415,830.46         415,830.46
                                    2,292,439.96         756,878.04
```