IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | Related to Docket Nos. 15950, 16259 |
|  | ) | 15719, 16323 |
|  | ) |  |
| _____ | ) |  |

**NOTICE OF SERVICE OF MOTLEY RICE LLC'S OBJECTIONS AND
SUPPLEMENTAL RESPONSES TO DEBTORS' THIRD SET OF
INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY
<u>PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS</u>**

PLEASE TAKE NOTICE that on August 31, 2007, Motley Rice, counsel for various asbestos personal injury claimants, caused a copy of Motley Rice's Objections and Supplemental Responses to Debtors' (W.R. Grace & Co.) Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms to be served via electronic and United States Mail, first class, on Mr. David M. Bernick, P.C. of Kirkland & Ellis LLP at Citigroup Center, 153 East 53rd Street, New York, New York 10022, dbernick@kirkland.com and Ms. Renee Smith of Kirkland & Ellis LLP via electronic mail at rdsmith@kirkland.com.

Signature on following page.

2

Date:  August 31, 2007.

                          RESPECTFULLY SUBMITTED,

                          /s/ John E. Herrick
                          JOHN E. HERRICK
                          MOTLEY RICE LLC
                          28 Bridgeside Blvd.
                          P.O. Box 1792
                          Mount Pleasant, SC 29465
                          Tel. (843) 216-9000
                          Fax (843) 216-9440
                          Email:  jherrick@motleyrice.com

                          COUNSEL FOR VARIOUS
                          ASBESTOS PERSONAL INJURY
                          CLAIMANTS