```
Date: 08/04/07              Legal Analysis Systems, Inc.
Time: 11:00am                                                              Page 1


                         W. R. Grace, Inc. % Elihu Inselbuch
                         Caplin & Drysdale
                         399 Park Avenue, 27th Floor
                         New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/01/07  Ebener     / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    300.00
 #6502     Review ARPC data entry and QC protocol            300.00

 07/01/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  4.5   1912.50
 #6201     work with ARPC data to replicate computations in the  425.00
           report

 07/01/07  Totten     / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0    400.00
 #6901     run ARPC's SAS programs to generate additional    200.00
           outputs necessary to understand ARPC's analysis

 07/02/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  4.5   1912.50
 #6202     work on ARPC file conversion and assessment of   425.00
           what's in the data

 07/03/07  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6   1120.00
 #6004     Review Biggs report                              700.00

 07/03/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  4.5   1912.50
 #6204     work on relating ARPC data to contents of report  425.00

 07/04/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  6.5   2762.50
 #6205     work on analyzing ARPC's computations on closed  425.00
           claims

 07/05/07  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.1    770.00
 #6007     Telephone Relles re: analyses of ARPC data (several  700.00
           calls)

 07/05/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0    850.00
 #6206     work on relating ARPC data to contents of report for  425.00
           closed claims

 07/05/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  2.7   1147.50
 #6207     work on relating ARPC data to contents of report for  425.00
           pending claims

 07/05/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  1.1    467.50
 #6208     Telephone Peterson re: analyses of ARPC data     425.00
           (several calls)

 07/06/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    425.00
 #6210     review ARPC report                               425.00
```

{D0091546.1 }

```
Date: 08/04/07              Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 2

                         W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 07/09/07 #6211 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review lung cancer claims that did not meet ARPC's criteria; prepare dvd for Wehner | 1.5<br>425.00 | 637.50 |
| 07/13/07 #6215 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review ARPC programs and data to replicate "meet criteria" indexes | 8.0<br>425.00 | 3400.00 |
| 07/14/07 #6016 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>Review ARPC data and work on rebuttal | 6.8<br>700.00 | 4760.00 |
| 07/14/07 #6216 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review ARPC programs and data to identify Celotex Trust disease coding problems | 9.5<br>425.00 | 4037.50 |
| 07/15/07 #6017 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>Review ARPC data and work on rebuttal | 4.8<br>700.00 | 3360.00 |
| 07/16/07 #6018 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>Review ARPC data and work on rebuttal | 7.8<br>700.00 | 5460.00 |
| 07/17/07 #6019 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>Review ARPC data and work on rebuttal | 9.7<br>700.00 | 6790.00 |
| 07/17/07 #6219 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review ARPC programs and data to replicate various aspects of ARPC's report | 8.4<br>425.00 | 3570.00 |
| 07/18/07 #6020 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>Review ARPC data and work on rebuttal | 9.2<br>700.00 | 6440.00 |
| 07/19/07 #6021 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>telephone Relles re: issues with ARPC report | 1.2<br>700.00 | 840.00 |
| 07/19/07 #6022 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>Review ARPC data and work on rebuttal | 10.2<br>700.00 | 7140.00 |
| 07/19/07 #6222 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review closed and open claims files for problems with ARPC report | 6.3<br>425.00 | 2677.50 |
| 07/19/07 #6223 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)<br>telephone Peterson re: problems with ARPC report | 1.2<br>425.00 | 510.00 |
| 07/20/07 #6026 | Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>Review ARPC data and work on rebuttal | 10.2<br>700.00 | 7140.00 |

{D0091546.1 }

```
Date: 08/04/07              Legal Analysis Systems, Inc.
Time: 11:00am                                                              Page 3

                        W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/21/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  8.4    5880.00
 #6027     Review ARPC data and work on rebuttal                 700.00

 07/22/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  9.3    6510.00
 #6028     Review ARPC data and work on rebuttal                 700.00

 07/23/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 10.6    7420.00
 #6029     Review ARPC data and work on rebuttal                 700.00

 07/24/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  7.4    5180.00
 #6030     Review ARPC data and work on rebuttal                 700.00

 07/25/07  Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3      90.00
 #6504     Telephone Peterson about ARPC report rebuttal         300.00

 07/25/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  8.2    5740.00
 #6031     Review ARPC data and work on rebuttal                 700.00

 07/25/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3     210.00
 #6032     Telephone Ebener about ARPC report rebuttal           700.00

 07/26/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  7.4    5180.00
 #6033     Review ARPC data and work on rebuttal                 700.00

 07/27/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  9.6    6720.00
 #6034     Review ARPC data and work on rebuttal                 700.00

 07/28/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  7.8    5460.00
 #6035     Review ARPC data and work on rebuttal                 700.00

 07/29/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  8.7    6090.00
 #6036     Review ARPC data and work on rebuttal                 700.00

 07/29/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.4    1680.00
 #6037     Review Tillinghast materials                          700.00

 07/30/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  8.7    6090.00
 #6038     Review ARPC data and work on rebuttal                 700.00

 07/31/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  9.7    6790.00
 #6039     Review ARPC data and work on rebuttal                 700.00

 07/31/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  6.5    2762.50
 #6232     work on replicating ARPC's computations               425.00
```

{D0091546.1 }

```
Date: 08/04/07              Legal Analysis Systems, Inc.
Time: 11:00am                                                           Page 4

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/10/07  Peterson   / (07) Committee, Creditors'             0.6     420.00
 #6013     Telephone Wehner (.3) Relles (.3) re: Celotex Trust 700.00
           coding issues

 07/20/07  Peterson   / (07) Committee, Creditors'             0.6     420.00
 #6023     conf call with Finch and Slocombe re: status of     700.00
           rebuttal report

 07/20/07  Relles     / (07) Committee, Creditors'             0.6     255.00
 #6225     conference call with Finch and Slocombe re: status  425.00
           of rebuttal report

 07/20/07  Relles     / (07) Committee, Creditors'             0.4     170.00
 #6229     explore effort to satisfy Wehner request, email     425.00
           Wehner
```

{D0091546.1 }

```
Date: 08/04/07              Legal Analysis Systems, Inc.
Time: 11:00am                                                               Page 5

                       W. R. Grace


Date/Slip# Description                                       HOURS/RATE     AMOUNT
---------------------------------------------------------------------------------
 07/01/07  Ebener    / (28) Data Analysis                          1.0      300.00
 #6501     Review LAS report                                     300.00

 07/01/07  Peterson  / (28) Data Analysis                          7.8     5460.00
 #6001     Work on rebuttal report                              700.00

 07/02/07  Peterson  / (28) Data Analysis                          7.5     5250.00
 #6002     Work on rebuttal report                              700.00

 07/02/07  Relles    / (28) Data Analysis                          0.4      170.00
 #6203     telephone Totten re: Nera datasets                   425.00

 07/02/07  Totten    / (28) Data Analysis                          2.4      480.00
 #6902     Nera datasets conversion (2.0); telephone Relles re: 200.00
           same (0.4)

 07/03/07  Peterson  / (28) Data Analysis                          2.4     1680.00
 #6003     Work on rebuttal report                              700.00

 07/03/07  Totten    / (28) Data Analysis                          2.3      460.00
 #6903     run SAS programs for additional output              200.00

 07/04/07  Ebener    / (28) Data Analysis                          1.0      300.00
 #6503     Review samples of source files from Relles          300.00

 07/04/07  Peterson  / (28) Data Analysis                          4.3     3010.00
 #6005     Work on rebuttal report                              700.00

 07/04/07  Totten    / (28) Data Analysis                          1.7      340.00
 #6904     run SAS programs for additional output              200.00

 07/05/07  Peterson  / (28) Data Analysis                          5.2     3640.00
 #6006     Work on rebuttal report                              700.00

 07/05/07  Relles    / (28) Data Analysis                          1.3      552.50
 #6209     review case images                                   425.00

 07/06/07  Peterson  / (28) Data Analysis                          2.7     1890.00
 #6008     Work on rebuttal report                              700.00

 07/06/07  Peterson  / (28) Data Analysis                          2.1     1470.00
 #6009     Review back up materials for FCR expert report       700.00

 07/07/07  Peterson  / (28) Data Analysis                          5.2     3640.00
 #6010     Work on rebuttal report                              700.00
```

{D0091546.1 }

```
Date: 08/04/07              Legal Analysis Systems, Inc.
Time: 11:00am                                                          Page 6

                     W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 07/08/07  Peterson  / (28) Data Analysis                     3.2    2240.00
 #6011     Work on rebuttal report                          700.00

 07/09/07  Peterson  / (28) Data Analysis                     6.9    4830.00
 #6012     Work on rebuttal report                          700.00

 07/10/07  Relles    / (28) Data Analysis                     0.3     127.50
 #6212     Telephone Peterson re: Celotex Trust coding issues 425.00

 07/11/07  Relles    / (28) Data Analysis                     3.2    1360.00
 #6213     analyze Verus data on medical conditions and     425.00
           exposures

 07/12/07  Peterson  / (28) Data Analysis                     3.2    2240.00
 #6014     Work on rebuttal report                          700.00

 07/12/07  Relles    / (28) Data Analysis                     2.5    1062.50
 #6214     more analysis of Verus data on medical conditions 425.00
           and exposures

 07/14/07  Peterson  / (28) Data Analysis                     0.5     350.00
 #6015     telephone Relles re: Celotex Trust disease coding 700.00
           issues

 07/14/07  Relles    / (28) Data Analysis                     0.5     212.50
 #6217     telephone Peterson re: Celotex Trust disease coding 425.00
           problems

 07/15/07  Relles    / (28) Data Analysis                     2.6    1105.00
 #6218     identify other cancer Celotex Trust disease coding 425.00
           problems, review cases

 07/17/07  Relles    / (28) Data Analysis                     1.2     510.00
 #6220     prepare SAS-related files for Totten to review   425.00

 07/17/07  Relles    / (28) Data Analysis                     0.3     127.50
 #6221     telephone Totten re: SAS programming             425.00

 07/17/07  Totten    / (28) Data Analysis                     2.5     500.00
 #6905     produce additional SAS output                    200.00

 07/20/07  Peterson  / (28) Data Analysis                     1.2     840.00
 #6024     telephone Relles re: computations for rebuttal   700.00
           report
```

{D0091546.1 }

```
Date: 08/04/07             Legal Analysis Systems, Inc.
Time: 11:00am                                                            Page 7

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/20/07  Peterson  / (28) Data Analysis                       0.5    350.00
 #6025     discussion with Relles and Totten re: closed claims 700.00
           summary files

 07/20/07  Relles    / (28) Data Analysis                       3.5   1487.50
 #6224     develop tables and listings for rebuttal report    425.00
           analysis

 07/20/07  Relles    / (28) Data Analysis                       1.2    510.00
 #6226     telephone Peterson re: computations for rebuttal   425.00
           report

 07/20/07  Relles    / (28) Data Analysis                       0.4    170.00
 #6227     telephone Totten re: Peterson requirements        425.00

 07/20/07  Relles    / (28) Data Analysis                       0.5    212.50
 #6228     discussion with Totten and Peterson re: closed     425.00
           claims summary files

 07/20/07  Totten    / (28) Data Analysis                       0.4     80.00
 #6906     telephone Relles re: Peterson requirements        200.00

 07/20/07  Totten    / (28) Data Analysis                       0.5    100.00
 #6907     discussion with Relles and Peterson re: closed    200.00
           claims summary files

 07/29/07  Relles    / (28) Data Analysis                       0.6    255.00
 #6230     review emails of ongoing activities              425.00

 07/30/07  Relles    / (28) Data Analysis                       2.7   1147.50
 #6231     organize Verus files                             425.00

 07/31/07  Brelsford / (28) Data Analysis                       1.9    418.00
 #6701     convert certain problematical csv files to ascii   220.00
-------------------------------------------------------------------------------
```

{D0091546.1 }

```
Date: 08/04/07              Legal Analysis Systems, Inc.
Time: 11:00am                                                            Page 8

                            W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                          July 2007 - July 2007

    MONTH       ACTIVITY                                    HOURS      AMOUNT
    ---------------------------------------------------------------------------
    July     - (05) Claims Anal Objectn/Resolutn (Asbest)   232.6  142545.00
    July     - (07) Committee, Creditors'                     2.2    1265.00
    July     - (28) Data Analysis                            87.6   48878.00
    July     - (99) Total                                   322.4  192688.00

    Total    - (05) Claims Anal Objectn/Resolutn (Asbest)   232.6  142545.00
    Total    - (07) Committee, Creditors'                     2.2    1265.00
    Total    - (28) Data Analysis                            87.6   48878.00
    Total    - (99) Total                                   322.4  192688.00

    ---------------------------------------------------------------------------
```

{D0091546.1 }

```
Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                         Page 9

                             W. R. Grace

                Summary Of Time Charges, By Month and Person
                         July 2007 - July 2007

 MONTH        PERSON                                       HOURS      AMOUNT
 ---------------------------------------------------------------------------
 July       - Relles                                        90.4    38420.00
 July       - Peterson                                     215.0   150500.00
 July       - Totten                                        11.8     2360.00
 July       - Ebener                                         3.3      990.00
 July       - Brelsford                                      1.9      418.00
 July       - Total                                        322.4   192688.00

 Total      - Relles                                        90.4    38420.00
 Total      - Peterson                                     215.0   150500.00
 Total      - Totten                                        11.8     2360.00
 Total      - Ebener                                         3.3      990.00
 Total      - Brelsford                                      1.9      418.00
 Total      - Total                                        322.4   192688.00

 ---------------------------------------------------------------------------
```

{D0091546.1 }

```
Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                         Page 10

                    W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                         July 2007 - July 2007

MONTH       PERSON                              HOURS    RATE     AMOUNT
-----------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

July     - Relles                                68.2    425.    28985.00
July     - Peterson                             161.1    700.   112770.00
July     - Totten                                 2.0    200.      400.00
July     - Ebener                                 1.3    300.      390.00

(07) Committee, Creditors'

July     - Relles                                 1.0    425.      425.00
July     - Peterson                               1.2    700.      840.00

(28) Data Analysis

July     - Relles                                21.2    425.     9010.00
July     - Peterson                              52.7    700.    36890.00
July     - Totten                                 9.8    200.     1960.00
July     - Ebener                                 2.0    300.      600.00
July     - Brelsford                              1.9    220.      418.00

-----------------------------------------------------------------------------
```

{D0091546.1 }