IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: September 20, 2007 @ 4:00 p.m.** |

**EIGHTEENTH FEE APPLICATION OF ANDERSON, KILL, & OLICK, P.C.
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL*.
FOR THE PERIOD JULY 1, 2007 THROUGH JULY 31, 2007**

| | |
|---|---|
| Name of Applicant: | Anderson, Kill, & Olick, P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 14, 2005, *nunc pro tunc* to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | July 1, 2007 through July 31, 2007 |
| Amount of compensation sought as actual, reasonable and necessary: | $69,389.20 (80% of $86,736.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $394.57 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Anderson, Kill, & Olick, P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the Eighteenth application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/1/05 | 7/1/05 through 7/31/05 | $8,954.00 (80% of $11,192.50) | $0.00 | $8,954.00 | $0.00 |

{D0091565.1}

| | | | | | |
|---|---|---|---|---|---|
| 9/29/05 | 8/1/05 through 8/31/05 | $4,028.40 (80% of $5,035.50) | $169.64 | $4,028.40 | $169.64 |
| 12/1/05 | 10/1/05 through 10/31/05 | $1,596.00 (80% of $1,995.00) | $20.31 | $1,596.00 | $20.31 |
| 12/28/05 | 11/1/05 through 11/20/05 | $3,594.80 (80% of $4,493.50) | $59.25 | $3,594.80 | $59.25 |
| 5/3/06 | 1/1/06 through 3/31/06 | $13,811.60 (80% of $17,264.50) | $46.48 | $13,811.60 | $46.48 |
| 5/31/06 | 4/1/06 through 4/30/06 | $36,205.60 (80% of $45,257.00) | $705.77 | $36,205.60 | $705.77 |
| 6/30/06 | 5/1/06 through 5/31/06 | $95,277.60 (80% of $119,097.00) | $41.00 | $95,277.60 | $41.00 |
| 8/1/06 | 6/1/06 through 6/30/06 | $39,952.80 (80% of $49,941.00) | $98.03 | $39,952.80 | $98.03 |
| 8/29/06 | 7/1/06 through 7/31/06 | $34,140.80 (80% of $42,676.00) | $154.30 | $34,140.80 | $154.30 |
| 9/29/06 | 8/1/06 through 8/31/06 | $18,866.40 (80% of $23,583.00) | $173.25 | $18,866.40 | $173.25 |
| 10/30/06 | 9/1/06 through 9/30/06 | $14,832.80 (80% of $18,541.00) | $269.36 | $14,832.80 | $269.36 |
| 11/29/06 | 10/1/06 through 10/31/06 | $14,376.00 (80% of $17,971.00) | $223.25 | $14,376.00 | $223.25 |
| 12/27/06 | 11/1/06 through 11/30/06 | $34,092.00 (80% of $42,615.00) | $244.03 | $34,092.00 | $244.03 |
| 2/1/07 | 12/1/06 through 12/31/06 | $11,360.00 (80% of $14,200.00) | $58.60 | $11,360.00 | $58.60 |
| 3/2/07 | 1/1/07 through 1/31/07 | $4,665.20 (80% of $5,831.50) | $0.00 | $4,665.20 | $0.00 |
| 3/29/07 | 2/1/07 through 2/28/07 | $8,496.00 (80% of $10,620.00) | $4.50 | $8,496.00 | $4.50 |
| 4/30/07 | 3/1/07 through 3/31/07 | $4,065.20 (80% of $5,081.50) | -$156.70 | $4,056.20 | -$156.70 |
| 6/4/07 | 4/1/07 through 4/30/07 | $14,111.20 (80% of $17,639.00) | $1,215.28 | $14,111.20 | $1,215.28 |
| 6/29/07 | 5/1/07 through 5/31/07 | $5,440.40 (80% of $6,800.50) | $1,351.73 | Pending | Pending |

| | | | | | |
|---|---|---|---|---|---|
| 8/1/07 | 6/1/07 through 6/30/07 | $23,765.60 (80% of $29,707.00) | $98.62 | Pending | Pending |
| **8/31/07** | **7/1/07 through 7/31/07** | **$69,389.20 (80% of $86,736.50)** | **$394.57** | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JULY 1, 2007 THROUGH JULY 31, 2007**
**ANDERSON, KILL, & OLICK P.C.**

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Robert M. Horkovich, Esq. | 12.7 | $725.00 | $9,207.50 |
| R M Keenan, Esq. | 0 | $600.00 | $0.00 |
| Ann V. Kramer, Esq. | 1.1 | $625.00 | $687.50 |
| Robert Y. Chung, Esq. | 119.7 | $475.00 | $56,857.50 |
| Glenn F. Fields, Insurance Specialist | 14.1 | $270.00 | $3,807.00 |
| Izak Feldgreber, Paralegal | 28 | $235.00 | $6,580.00 |
| Anne C. Suffern, Paralegal | 1.1 | $210.00 | $231.00 |
| Harris E. Gershman, Paralegal | 39 | $225.00 | $8,775.00 |
| Daryl Lyew, Paralegal | 0 | $190.00 | $0.00 |
| Noelia E. Jaramillo, Paralegal | 0 | $155.00 | $0.00 |
| Kathleen Samet, Paralegal | 2.2 | $150.00 | $330.00 |
| Nicholas J. Balsdon, Paralegal | 0 | $150.00 | $0.00 |
| Melissa I. Chee, Paralegal | 2.9 | $90.00 | $261.00 |
| Michaela C. Nitoi, Paralegal | 0 | $80.00 | $0.00 |
| **Totals:** | **220.8** | | **$86,736.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 7/1/07 through 7/31/07 | Total Fees for the Period 7/01/07 through 7/31/07 |
|---|---|---|
| Asset Analysis and Recovery | 209.4 | $79,113.00 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0.00 |
| Committee Administration | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 1.4 | $373.50 |
| Fee Applications (others) | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Hearings | 10 | $7,250.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| Retention Issues | 0 | $0.00 |
| **Grand totals** | **220.8** | **$86,736.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period July 1, 2007 through July 31, 2007 |
|---|---|---|
| In-House Reproduction ($.10 per copy) | | $329.75 |
| Outside Reproduction & Courier Service | | $0.00 |
| Facsimile ($0.50 per page) | | $0.00 |
| Travel | | $0.00 |
| Long Distance Telephone Calls | | $0.00 |
| Postage | | $0.00 |
| Research | | $6.32 |
| Overnight Courier | Federal Express | $58.50 |
| **Total:** | | **$394.57** |

ANDERSON KILL & OLICK, P.C

 */s/ Robert Y. Chung*
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1039

Special Insurance Coverage Counsel for the Official Committee of Asbestos Claimants

Dated: August 31, 2007