THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 15112, 15215, 15271, 15421** |
| | ) | **and 16220** |
| | | **8/29/07 Agenda Nos. 14 and 15** |

### CERTIFICATION OF COUNSEL ON ORDER CONCERNING AMENDED ORDER REGARDING THE MOTION TO ALTER OR AMEND THE COURT'S ORDER AND MEMORANDUM OPINION DISALLOWING AND EXPUNGING 71 CLAIMS ENTERED ON APRIL 17, 2007

1. On August 29, 2007, at Docket No. 16673, the Court entered an Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007. The Motion itself was filed by Speights & Runyan on April 27, 2007 at Docket No. 15421.

2. During the August 29, 2007 omnibus hearing, the Court and counsel discussed revising Paragraph 2 of the Court's August 29 Order to provide for the submission of evidence by the Parties to address the issue of whether Speights & Runyan was relieved of its obligation under Paragraph (vi) of the September 23, 2005 Order Granting Certain Relief and Directing Certain Discovery with Respect to Speights & Runyan (Doc. No. 9501) that "on or before September 23, 2005, Speights & Runyan shall provide the Debtors with . . . (vi) a list of all pending claims filed by Speights & Runyan for which the claimant has provided express

written authorization to file the claim and a copy of the document or, if redacted, the portion of the document that contains such proof of express written authority."

3. The Court directed Debtors' counsel to incorporate said revision into the Court's August 29, 2007 Order and submit an Amended Order to the Court.

4. The Debtors' counsel created an Amended Order and provided it to Speights & Runyan for comments. No comments have been received.

5. Accordingly, the Debtors are submitting the Amended Order attached hereto as Exhibit A.

Dated: August 31, 2007

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet Baer
        Lisa G. Esayian
        200 East Randolph Drive
        Chicago, IL 60601
        (312) 861-2000 (phone)
        (312) 861-2200 (fax)

        and

        PACHULSKI STANG ZIEHL YOUNG JONES
        & WEINTRAUB LLP

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James O'Neill (Bar No. 4042)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P. O. Box 8705
        Wilmington, Delaware 19899-8705
        Telephone: (302) 652-4100
        Facsimile: (302)-652-4400

        Co-Counsel for the Debtors and Debtors-In-Possession