## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Chapter 11 |

### NOTICE OF RESCHEDULED HEARING ON MOTION TO LIFT AUTOMATIC STAY AND/OR OBTAIN RELIEF FROM PRELIMINARY INJUNCTION

To:     All parties listed in the attached certificate of service

Roberta J. Prete filed a Motion to Lift Automatic Stay and/or Obtain Relief from Preliminary Injunction (D.I. 16724). The hearing date, originally scheduled for October 22, 2007 at 2:00 p.m. has been re-scheduled for **October 25, 2007** at **2:00 p.m.**

Your are required to file a response to the motion on or before **October 15, 2007**.

At the same time, you must also serve a copy of the response upon movant's attorneys: David L. Finger, Finger & Slanina, LLC, One Commerce Center, 1201 Orange St., Suite 725, Wilmington, DE 19801-1155.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for movant Roberta J. Prete

Dated: September 4, 2007

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 4th day of September, 2007, I caused the

foregoing Notice of Rescheduled Hearing on Motion to Lift Automatic Stay and/or Obtain Relief

from Preliminary Injunction to be filed electronically via CM/ECF, which automatically sends

electronic  notice of same to the foregoing counsel of record:

>For Debtors:
>Laura Davis Jones, Esq.
>James E. O'Neill, Esq..
>Pachulski Stang Ziehl Young & Jones
>919 N. Market St., 7th floor
>Wilmington, DE 19801
>
>For the Committee of Unsecured Creditors:
>Michael R. Lastowski, Esq.
>Duane Morris LLP
>100 N. Market St., Suite 1200
>Wilmington, DE 19801
>
>For the Official Committee of Equity Holders:
>Teresa K.D. Currier, Esq.
>Buchanan Ingersoll & Rooney, PC
>1000 West Street, Suite 1410
>Wilmington, DE 19801
>
>For U.S. Trustee:
>David Klauder, Esq.
>Office of the United States Trustee
>844 King Street, Room 2311
>Wilmington, DE 19801

as well as all parties registered to receive notice via CM/ECF.

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766