IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: September 4, 2007** |
| | ) | **Related to Docket Nos. 15310, 15940, 15944, 16159, 16610** |
| | ) | |

**RESPONSE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS IN SUPPORT OF THE FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY, LLP FOR THE TWENTY-FOURTH INTERIM PERIOD**

The Official Committee of Asbestos Personal Injury Claimants (the "Committee"), by and through its undersigned counsel, respectfully submits this Response ("Response") in support of the *Fee Auditor's Final Report Regarding Fee Application of Forman Perry Watkins Krutz & Tardy, LLP for the Twenty-Fourth Interim Period* (the "Report") [DI 16610]. In support of this Response, the Committee states as follows:

1. On March 18, 2002, this Court signed the *Order Appointing Fee Auditor in Accordance with the Court's Direction* [DI 1852].

2. On April 26, 2007, Forman Perry filed the *Summary Application of Forman Perry Watkins Krutz & Tardy, LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for Period April 2006 through March 2007* [DI 15310] (the "Fee Application").

3. On June 1, 2007, the United States Trustee's office filed the *United States Trustee's Objection to the Summary Application of Forman Perry Watkins Krutz & Tardy, LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for Period April 2006 to March 2007* (the "UST Objection") [15940].

{D0091558.1}    1

4. On June 1, 2007, the Committee filed the *Conditional Objection of the Official Committee of Asbestos Personal Injury Claimants to the Summary Application of Forman Perry Watkins Krutz & Tardy, LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for Period April 2006 to March 2007* (the "Committee's Objection") [15944]. The Committee's Objection noted the Committee's concern that the Fee Application sought compensation for services rendered that are not reasonable and necessary. In addition, the Committee reserved its right to object to the Fee Application pending a review of the Fee Application by the Fee Auditor.

5. On June 25, 2007, this Court signed the *Order Regarding Application of Forman Perry Watkins Krutz & Tardy, LLP ("Forman Perry") for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for the Period April, 2006 to March, 2007* (the "Fee Order") [16159]. The Fee Order, *inter alia*, provides:

> ORDERED that the Objectors reserve all of their objections pending the outcome of the fee examiner's examination and recommendations; and it is further;
> ORDERED that in the event that the Objectors agree with the fee examiner's recommendations, the Objectors will then file a notice with the Court within 10 days of the filing of the fee examiner's final report indicating their withdrawal of the Objections. . .

6. On August 22, 2007, Warren H. Smith, P.C., filed the Report. The Report notes the procedural history involving Forman Perry, including the UST's Objection and the Committee's Objection. The Report also includes the Fee Auditors' findings upon review of the Fee Application. Specifically, the Fee Auditor expressed concern with the "pervasive duplication of identically worded time entries throughout the application for both attorneys and paralegal staff." *Report, page 3*. After reviewing Forman Perry's response, the Fee Auditor recommends a reduction of $373,889.85, which equals 25% "of the repetitive or generic time entries above the OCP limit". *Report, page 6*.

7.  In addition, the Fee Auditor's review found that "23 Forman Perry professionals prepared for and/or attended a deposition regarding a third-party screening doctor. The time spent on this matter totals 528.1 hours, with fees of $130,039.50." *Report, page 7*. The Fee Auditor notes that most of the time entries are vague and "asked Forman Perry to explain why preparation for this deposition required the work of so many professionals and the specific role of each in that preparation." *Id.* After reviewing Forman Perry's response to his inquiry, the Fee Auditor noted that multiple other professionals representing the Debtors billed to attend and prepare for the same deposition. Remaining "unconvinced that it required this many people and this much time to secure a single deposition", the Fee Auditor recommends a reduction of one-half of the Forman Perry fees relating to this deposition.

8.  In sum, the Fee Auditor recommends approval of fees totaling $1,323,744.51 ($1,763,152.50 minus $439,408.35) and costs totaling $252,688.93 ($253,394.42 minus $705.49) for Forman Perry's services in excess of the Ordinary Course Professional Cap for the period from April 1, 2006 through March 31, 2007.

9.  Pursuant to the Committee's Objection and the Fee Order, the Committee hereby withdraws its objection and confirms the Committee's agreement with the Fee Auditor's Report.

(Remainder of Page Intentionally Left Blank)

WHEREFORE, for the reasons set forth herein, the Committee respectfully requests that the Court enter an Order approving the Fee Application in conformity with the recommendations of the Fee Auditor.

Date: September 4, 2007

                              CAMPBELL & LEVINE, LLC

                              */S/ Mark T. Hurford*
                              Marla R. Eskin (No. 2989)
                              Mark T. Hurford (No. 3299)
                              800 King Street, Suite 300
                              Wilmington, DE  19801
                              (302) 426-1900

                                  -and-

                              CAPLIN & DRYSDALE, CHARTERED
                              Elihu Inselbuch
                              399 Park Avenue
                              New York, NY  10022-4614
                              (212) 319-7125

                                  -and-

                              CAPLIN & DRYSDALE, CHARTERED
                              Peter Van N. Lockwood
                              Nathan D. Finch
                              One Thomas Circle, N.W.
                              Washington, D.C.  20005
                              (202) 862-5000

                              Counsel to the Official Committee
                                 of Asbestos Personal Injury Claimants