IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

**IT IS CERTIFIED** that on the 4th day of September, 2007, the United States Trustee's Supplemental Response to the Summary Application of Forman Perry Watkins Krutz & Tardy LLP ("Forman Perry") for reimbursement of expenses and compensation for services in excess of the ordinary course professional cap for the period of April 2006 to March 2007 (the "Fee Application"), and represents, was caused to be served electronically as follows:

Laura Davis Jones, Esquire
James O' Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
ljones@pszyjw.com
joneill@pszyjw.com

David M. Bernick, P.C.
Janet S. Baer, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com
jbaer@kirkland.com

Marla Eskin, Esquire
Mark Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 North King Street
Suite 300
Wilmington, DE 19801
meskin@camlev.com
mhurford@camlev.com

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
FERRY & JOSEPH, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
CAPLIN & DRYSDALE, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
ei@capdale.com

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN, LLP
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
sbaena@bilzin.com

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

Marcy B. Croft, Esquire
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar St., Suite 100
Jackson, MS 39201
mlbryan@fpwk.com

BY:     */s/ Nancy J. Miller*
          Nancy J. Miller
          Legal Clerk