<u>**Attachment B**</u>
<u>**To Fee Application**</u>

## Summary of PwC's Fees By Professional
## July 2007

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended July 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 18.0 | $ 12,331.98 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 2.9 | $ 1,776.37 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $688.80 | 4.0 | $ 2,755.20 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 6.5 | $ 2,559.38 |
| Tim Dreyer | Director | 35 | Integrated Audit | $519.75 | 4.5 | $ 2,338.88 |
| Matias Luis Pedevilla | Director | 10 | Integrated Audit | $519.75 | 7.5 | $ 3,898.13 |
| Theresa M Reiger | Director | 26 | Integrated Audit | $588.00 | 6.0 | $ 3,528.00 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 71.0 | $ 27,945.60 |
| Andrew C Murphy | Audit Senior Manager | 10 | Integrated Audit | $685.11 | 3.0 | $ 2,055.33 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 16.0 | $ 4,762.56 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | $297.66 | 23.5 | $ 6,995.01 |
| Esther Ko | Advisory Manger | 9 | Integrated Audit | $375.15 | 4.0 | $ 1,500.60 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 6.0 | $ 1,606.50 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 116.5 | $ 25,363.22 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 5.1 | $ 963.90 |
| Mariana Isturiz Espinoza | Tax Senior Associate | 4 | Integrated Audit | $189.00 | 13.3 | $ 2,513.70 |

{02411}

| Name | Title | | Project | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Jacqueline Calvo | Tax Associate | 2 | Integrated Audit | $141.75 | 1.0 | $ 141.75 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $138.99 | 23.0 | $ 3,196.77 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.30 | 58.6 | $ 8,866.18 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $138.99 | 100.5 | $ 13,968.50 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.08 | 46.0 | $ 5,431.68 |
| Melissa Noel | Audit Associate | <1 | Integrated Audit | $118.08 | 3.5 | $ 413.28 |
| Ovais Anwar | Intern | <1 | Integrated Audit | $88.56 | 99.5 | $ 8,811.72 |
| Dana West | Intern | <1 | Integrated Audit | $89.79 | 1.0 | $ 89.79 |
| | | TOTAL | | | 640.9 | $ 143,814.00 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 48.3 | | $ 6,024.66 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
## July 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, | | |

{02411}

| | | |
|---|---|---|
| Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 48.3 | $6,024.66 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 640.9 | $143,814.00 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 689.2 | $149,838.66 |

Expense Summary
July 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $188.78 |
| Lodging | N/A | $0 |
| Sundry | N/A | $16.00 |
| Business Meals | N/A | $89.49 |
| TOTAL: | | $294.27 |

{02411}