# Exhibit - A

WR Grace and Co.
Fee Application Preparation
Month ended July 31, 2007

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|----------------------------------|-----------|---|---------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name: Pamela Barkley** | | | | | |
| 7/10/2007 | 2.0 | Reviewed the April and May application fee | $ | 217.71 $ | 435.42 |
| | | Met with R.Niece and M.Noel (all PwC) to review the Bankruptcy | | | |
| 7/19/2007 | 1.5 | reporting format and guidelines | $ | 217.71 $ | 326.57 |
| 7/31/2007 | 1.0 | Reviewing June time for the bankruptcy courts | $ | 217.71 $ | 217.71 |
| | **4.5** | | | | |
| | | | | | |
| **Name: Melissa Noel** | | | | | |
| 7/2/2007 | 3.0 | preparing fee application | $ | 118.08 $ | 354.24 |
| 7/3/2007 | 2.5 | preparing fee application | $ | 118.08 $ | 295.20 |
| 7/9/2007 | 2.0 | preparing fee application | $ | 118.08 $ | 236.16 |
| 7/10/2007 | 2.0 | preparing fee application | $ | 118.08 $ | 236.16 |
| 7/11/2007 | 4.0 | preparing fee application | $ | 118.08 $ | 472.32 |
| 7/12/2007 | 2.5 | preparing fee application | $ | 118.08 $ | 295.20 |
| 7/13/2007 | 5.0 | preparing fee application | $ | 118.08 $ | 590.40 |
| 7/17/2007 | 1.0 | preparing fee application | $ | 118.08 $ | 118.08 |
| 7/19/2007 | 1.0 | Planning meeting with Ryan Necie, Pam Barkley | $ | 118.08 $ | 118.08 |
| | 1.5 | Planning for Bankruptcy reporting projects | $ | 118.08 $ | 177.12 |
| 7/20/2007 | 2.0 | preparing fee application | $ | 118.08 $ | 236.16 |
| 7/25/2007 | 1.0 | preparing fee application | $ | 118.08 $ | 118.08 |
| 7/26/2007 | 1.0 | preparing fee application | $ | 118.08 $ | 118.08 |
| 7/27/2007 | 3.0 | preparing fee application | $ | 118.08 $ | 354.24 |
| 7/30/2007 | 3.0 | preparing fee application | $ | 118.08 $ | 354.24 |
| 7/31/2007 | 5.0 | preparing fee application | $ | 118.08 $ | 590.40 |
| | **39.5** | | | | |
| | | | | | |
| **Name: Olga Zelenova** | | | | | |
| 7/19/2007 | 0.3 | issued invoice | $ | 88.56 $ | 26.57 |
| 7/20/2007 | 1.0 | Zero clear+analysis | $ | 88.56 $ | 88.56 |
| 7/24/2007 | 1.0 | Tracing inter-territory invoices | $ | 88.56 $ | 88.56 |
| 7/25/2007 | 1.0 | Prepared SMART CARD for Ryan | $ | 88.56 $ | 88.56 |
| 7/26/2007 | 1.0 | new code set up | $ | 88.56 $ | 88.56 |
| | **4.3** | | | | |
| | | | | | |
| Totals | **48.3** | Total Grace Time Tracking Charged Hours | | $ | 6,024.66 |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended July 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 18.0 | $ 12,331.98 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 2.9 | $ 1,776.37 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $688.80 | 4.0 | $ 2,755.20 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 6.5 | $ 2,559.38 |
| Tim Dreyer | Director | 35 | Integrated Audit | $519.75 | 4.5 | $ 2,338.88 |
| Matias Luis Pedevilla | Director | 10 | Integrated Audit | $519.75 | 7.5 | $ 3,898.13 |
| Theresa M Reiger | Director | 26 | Integrated Audit | $588.00 | 6.0 | $ 3,528.00 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 71.0 | $ 27,945.60 |
| Andrew C Murphy | Audit Senior Manager | 10 | Integrated Audit | $685.11 | 3.0 | $ 2,055.33 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 16.0 | $ 4,762.56 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | $297.66 | 23.5 | $ 6,995.01 |
| Esther Ko | Advisory Manger | 9 | Integrated Audit | $375.15 | 4.0 | $ 1,500.60 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 6.0 | $ 1,606.50 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 116.5 | $ 25,363.22 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 5.1 | $ 963.90 |
| Mariana Isturiz Espinoza | Tax Senior Associate | 4 | Integrated Audit | $189.00 | 13.3 | $ 2,513.70 |
| Jacqueline Calvo | Tax Associate | 2 | Integrated Audit | $141.75 | 1.0 | $ 141.75 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $138.99 | 23.0 | $ 3,196.77 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.30 | 58.6 | $ 8,866.18 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $138.99 | 100.5 | $ 13,968.50 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.08 | 46.0 | $ 5,431.68 |
| Melissa Noel | Audit Associate | <1 | Integrated Audit | $118.08 | 3.5 | $ 413.28 |
| Ovais Anwar | Intern | <1 | Integrated Audit | $88.56 | 99.5 | $ 8,811.72 |
| Dana West | Intern | <1 | Integrated Audit | $89.79 | 1.0 | $ 89.79 |
|  |  | TOTAL |  |  | 640.9 | $ 143,814.00 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/11/2007 | 0.5 | Read Bankruptcy News |
| 7/16/2007 | 2.5 | Discuss audit planning with D Parker, M de Guzman, P Barkley and E Margolius (PwC) |
| 7/18/2007 | 5.5 | Attend quarterly earnings meeting |
| | 1.5 | Discuss second quarter accounting issues with B Tarola, B Dockman, M Brown (Grace) and D Parker (Pv |
| 7/23/2007 | 0.7 | Discuss second quarter accounting issues with B Eydt, D Parker, P Barkley and E Margolius (PwC) |
| | 0.3 | Read draft earnings release |
| 7/24/2007 | 0.8 | Discuss second quarter accounting issues with B Tarola, B Dockman and M Brown (Grace) |
| | 1.8 | Discuss second quarter accounting issues with P Barkley and E Margolius (PwC) |
| | 0.3 | Discuss second quarter accounting issues with D Parker and P Barkley (PwC) |
| | 0.6 | Discuss status of internal audit in China with E Bull (Grace) |
| 7/25/2007 | 0.4 | Read draft CFO comments for audit committee meeting |
| | 0.4 | Read Bankruptcy News |
| | 0.2 | Discuss status of environmental liability with B Corcoran (Grace) |
| | 1.0 | Attend audit committee meeting |
| 7/26/2007 | 0.6 | Read draft internal audit report related to Grace China |
| 7/27/2007 | 0.4 | Read Bankruptcy News and notify R Keehan and B Eydt (PwC) of end of exclusivity |
| 7/31/2007 | 0.5 | Review draft Form 10-Q |
| | **18.0** | **Total Grace Integrated Audit Charged Hours** |
| | **18.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/11/2007 | 1.0 | resource planning and allocation |
| 7/16/2007 | 0.6 | email regarding IT environment changes |
| 7/27/2007 | 0.7 | Discussion with J Van Wky and C Chen about meeting with Ed Bull Head of Audit |
| 7/31/2007 | 0.6 | emails regarding kick off meeting and budget |
| | **2.9** | **Total Grace Integrated Audit Charged Hours** |
| | **2.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: George Baccash**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/12/2007 | 1.0 | Discussions re: FIN 48 and Transfer pricing; get ready for meeting |
| 7/17/2007 | 1.0 | Review interest calculation and UTP spreadsheet |
| 7/24/2007 | 1.0 | Telecon to discuss ETR calculations and press release |
| 7/25/2007 | 1.0 | Review Brazil building sale and effect on FIN 48 |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Bonnie Shub-Gayer**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/11/2007 | 0.5 | Client Related Activities: Internal preparation for Transfer Pricing Meeting. |
| 7/16/2007 | 5.0 | Client Appointment - Transfer Pricing Meeting |
| 7/25/2007 | 1.0 | Second Quarter Provision Review |
| | 6.5 | **Total Grace Integrated Audit Charged Hours** |
| | 6.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name:  Tim Dreyer**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 7/2/2007 | 2.0 | Review of interest computations sent to me by client.  The interest computations were for federal tax defficiencies and offsets covering years 1992 through the present and involved substantial complex computations |
| 7/3/2007 | 1.5 | continuation of review of interest comps and discussion with internal comp expert on managing account team.  Forwarded comps to managing account team for a computation on PwC software |
| 7/19/2007 | 1.0 | discussion and email involving interest comp corrections.  Clinet had used an incorrect rate for one segment of th ecomputation that was corrected and explained to him |

|  | 4.5 | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|

|  | 4.5 | **Total Hours** |
|---|---|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Matias Pedevilla** | | |
| 7/16/2007 | 6.0 | Meeting at client site to discuss transfer pricing documentation and other transfer pricing matters for audit purposes (FIN 48 implications) |
| 7/20/2007 | 0.5 | review transfer pricing matrix to be sent to the client addressing documentation requirements in foreign jurisdictions. The client will fill out this matrix and we will perform a gap analysis |
| 7/30/2007 | 1.0 | review transfer pricing reserve calculation |
| | 7.5 | **Total Grace Integrated Audit Charged Hours** |
| | 7.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Theresa Reiger**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/2/2007 | 4.0 | Analyze new spreadsheet provided by client to Tim Dreyer (PwC). Discussion with Tim related to items on spreadsheet. Perform basic interest computations using information from spreadsheet. |
| 7/3/2007 | 2.0 | Compile and send data, via email,  to Tim Dreyer. |
| | 6.0 | **Total Grace Integrated Audit Charged Hours** |
| | 6.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Douglas Parker**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/2/2007 | 2.0 | 2007 404 - review of SPA workplan (non-404 time) |
| 7/2/2007 | 2.0 | 2Q 2007 review planning |
| 7/2/2007 | 1.5 | 2007 404 - review of SPA workplan |
| 7/3/2007 | 1.0 | 2007 audit planning including risk assessment and scoping |
| 7/5/2007 | 3.5 | 2007 audit planning including risk assessment and scoping |
| 7/6/2007 | 2.0 | 2007 audit planning including risk assessment and scoping |
| 7/9/2007 | 4.5 | Review of control matrices- 404 |
| 7/10/2007 | 1.0 | Review of control matrices-404 |
| 7/16/2007 | 2.0 | Meeting with Grace internal audit (E. Bull & team) regarding AS 5 strategy- 404 |
| 7/16/2007 | 5.0 | 2Q 2007 interim review - review of staff work |
| 7/17/2007 | 4.5 | 2Q 2007 interim review - review of staff work |
| 7/17/2007 | 1.0 | Call with Bill Dockman and Alan Gibbons regarding 2Q 2007 tax provision |
| 7/18/2007 | 1.5 | 2Q 2007 interim review - review of staff work |
| 7/18/2007 | 6.5 | Grace 2Q 2007 earnings meeting |
| 7/19/2007 | 1.5 | 2Q 2007 interim review - review of staff work |
| 7/19/2007 | 1.0 | GPC 2Q 2007 closing call / meeting |
| 7/20/2007 | 0.5 | Meeting with M. Schelnitz regarding 2Q 2007 legal matters |
| 7/20/2007 | 3.0 | 2Q 2007 interim review - review of staff work |
| 7/23/2007 | 1.0 | Call with Bob Eydt to discuss 2Q 2007 significant issues |
| 7/23/2007 | 1.5 | Review / provide comments on press release |
| 7/23/2007 | 2.0 | 2Q 2007 interim review - review of staff work |
| 7/23/2007 | 2.0 | Meeting with Grace internal audit (E. Bull & team) regarding AS 5 strategy- 404 |
| 7/24/2007 | 3.5 | 2Q 2007 interim review - review of staff work |
| 7/25/2007 | 2.0 | Meeting with Grace internal audit (E. Bull & team) regarding AS 5 strategy- 404 |
| 7/25/2007 | 1.0 | Call Grace internal audit and B. Dockman regarding AS 5 strategy- 404 |
| 7/25/2007 | 1.0 | Grace 2Q Audit Committee call |
| 7/25/2007 | 1.5 | 2Q 2007 interim review - review of staff work |
| 7/26/2007 | 4.0 | 2Q 2007 interim review - review of staff work |
| 7/27/2007 | 1.5 | 2Q 2007 interim review - review of staff work |
| 7/29/2007 | 2.5 | 2Q 2007 interim review - review of staff work |
| 7/30/2007 | 2.0 | 2Q 2007 interim review - review of staff work |
| 7/31/2007 | 1.5 | 2Q 2007 interim review - review of staff work |
| | **71.0** | **Total Grace Integrated Audit Charged Hours** |
| | **71.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended July 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Andrew Murphy**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/17/2007 | 2.0 | Consultation relative to the Company's inventory accounting |
| 7/18/2007 | 0.5 | Consultation relative to the Company's inventory accounting |
| 7/19/2007 | 0.5 | Consultation relative to the Company's inventory accounting |

| | | |
|------|-------|----------------------------------|
| | 3.0 | Total Grace Integrated Audit Charged Hours |
| | 3.0 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| | | |

**Name: Marvin deGuzman**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 7/16/2007 | 3.0 | Meeting with Internal audit on AS5 |
| | 5.0 | 2nd quarter planning work |
| 7/18/2007 | 8.0 | 2nd quarter's earnings call meeting |
| | **16.0** | **Total Grace Integrated Audit Charged Hours** |
| | **16.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Sandra David**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/18/2007 | 5.0 | Earnings call with senior management |
| | 3.0 | Review balance sheet fluxes for Co 001 and Asia |
| 7/19/2007 | 2.0 | Review balance sheet fluxes for Europe and Americas |
| | 4.4 | Review P&L fluxes for Co. 001, Europe, Asia and Americas |
| | 1.0 | Prepare closing meeting agenda |
| | 0.6 | Closing meeting with German, Victor and Bill |
| 7/20/2007 | 6.0 | Review database documentation for analytics |
| 7/31/2007 | 1.5 | Finalize review of memos and analytics in database |
| | **23.5** | **Total Grace Integrated Audit Charged Hours** |
| | **23.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Esther Ko** | | |
| 7/18/2007 | 1.0 | Preparation of RTA GL Tool meeting for July 20, 2007 |
| 7/20/2007 | | Meeting with Doug, Lynda, Pam on: |
| | 1.0 | 1) Lesson learnt from FY06 GL Tool operation |
| | 1.0 | 2) Revise the Journal entries to be run for FY07 |
| | | 3) Communicate between the audit team and DMG of making sure the proper |
| | 1.0 | upload of data into GL Tool. |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Daniel Spratt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/17/2007 | 1.0 | Tax provision review for the quarter ended 6/30/2007. |
| 7/24/2007 | 3.0 | Tax provision review for the quarter ended 6/30/2007. |
| 7/25/2007 | 2.0 | Tax provision review for the quarter ended 6/30/2007. |
| | 6.0 | **Total Grace Integrated Audit Charged Hours** |
| | 6.0 | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended July 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Barkley**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/9/2007 | 1.5 | Reviewing the audit plan for 2007 with D.Parker PwC |
| | 0.5 | Review the responsibilty matrix for the quarter |
| | 1.0 | Update the Periodic pronoucement and quarterly checklist and send to client |
| | 0.5 | Review the divestment reserve schedules |
| | 4.0 | Work on the planning section of the 2q database |
| | 0.5 | Review the factiva articles on Grace |
| 7/10/2007 | 2.0 | Reviewing the fraud risks for the 2007 audit |
| | 0.3 | Reading the bankruptcy news report |
| | 2.0 | Reviewing the Portal for updated matrices |
| | 0.5 | Reading about the acquisition in GPC |
| | 1.2 | Working on the planning section of the database |
| 7/11/2007 | 1.0 | Read through the Washcoat sale contract and Patents contract |
| | 2.0 | Researching the accounting on the Washcoat Sale |
| | 2.0 | Documenting the steps in the 2Q database |
| | 2.0 | Reviewing the 404 controls to be tested and evaluating the risk |
| 7/12/2007 | 2.0 | Documented the 2nd Quarter planning in the database |
| | 1.0 | Working on the international letter |
| | 1.0 | Researching the pension discount rates used for the quarter |
| 7/13/2007 | 0.5 | Updating the independence database |
| | 0.5 | Discussing the audit issue in Malaysia |
| | 1.0 | Reviewing the internal audit report in Ajax, Canada |
| | 2.0 | Documenting in the 2Q database |
| 7/16/2007 | 2.0 | Meet with Grace Internal Audit to discuss the controls to test |
| | 1.0 | Reviewing the Davison reconciliations that we received from the client |
| | 2.0 | Reviewing the controls and accessing the risk associated with them |
| | 1.0 | Reviewing the 2nd Q database |
| 7/17/2007 | 1.0 | Met with D.Nolte (Grace) to go over the accounting for the Washcoat Sale |
| | 2.0 | Reading through all the slides for the Davison Call |
| | 1.0 | Reading through all the GPC slides for the GPC call |
| | 2.0 | Working on the international letter |
| | 2.0 | Documenting in the 2Q database |
| 7/18/2007 | 4.0 | Listened to the Davison Earnings Call |
| | 1.0 | Reviewing the corporate reconciliations received |
| | 0.5 | Reading the Internal audit meeting minutes |
| | 2.0 | Listen to the GPC earnings call |
| | 0.5 | Review the meeting minutes of the Board |
| 7/19/2007 | 0.5 | Attended the closing call for the GPC 2nd Quarter Review |
| | 1.0 | Reviewing the ART June Package |
| | 1.0 | Call with the audit team to discuss strategy and what the status of the audit is |
| | 0.5 | Updating the open items list |
| | 0.5 | Reviewing the environmental schedule |
| | 2.0 | Tie out Pension reconciliations |
| 7/20/2007 | 2.0 | Met with E.Ko, L.Keorlet and D.Parker (all PwC) to go over the annual fraud analysis and journal entry testing |
| | 1.0 | Reviewing fluxes in the corporate and davison accounts |
| | 1.0 | Comments were discussed on the controls being deleted from internal control |
| | 1.0 | Working on the entities to include on our journal entry testing |
| | 1.0 | Reading through the fraud memo |
| | 0.6 | Reviewing the foreign fluxes before they are sent to the foreign controllers |
| | 1.4 | Working in the 2nd Quarter database |
| 7/23/2007 | 2.0 | Meet with Grace Internal Audit to review the controls selected to test |
| | 0.5 | Met with B.Dockman and T.Dyer (Grace) to review the open items list |

|  | 0.5 | Met with T.Dyer (Grace) to review the items needed for the audit |
|  | 1.0 | Conference call with B.Eydt, B.Bishop, D.Parker (all PwC) to go over the 2nd Quarter and all the significant issues |
|  | 1.0 | Determining scope levels of entities |
|  | 1.0 | Reviewing the press release |
|  | 0.5 | Updating the open items list |
|  | 1.5 | Reading the Brazil land sale and Owensboro severance memos and researching accounting rules |
|  | 2.0 | Documenting in the 2nd Quarter database |
| 7/24/2007 | 1.5 | Reviewing the Washcoat memo |
|  | 1.0 | Reviewing the Pension memo |
|  | 0.8 | Reviewing the Bakaert transaction |
|  | 2.0 | Tying out the pension schedules |
|  | 2.0 | Reviewing the steps in the database |
|  | 1.7 | Documenting in the 2nd Quarter database |
| 7/25/2007 | 1.0 | Attended the audit committee meeting |
|  | 0.5 | Reading internal audit meeting minutes |
|  | 1.5 | Meeting with Grace Internal Audit to discuss testing strategies |
|  | 3.0 | Working on the Patent memo and the accounting for the patents |
|  | 1.0 | Reviewing the press release |
|  | 1.0 | Reading the tax provision memo and environmental memo |
| 7/26/2007 | 0.7 | Attended Grace's townhall meeting |
|  | 0.5 | Updating the open items list |
|  | 2.0 | Reading through the China internal audit report |
|  | 1.0 | Reviewing the items for journal entry testing with Japan and Germany |
|  | 0.5 | Reading the Publication by PwC on industrial clients |
|  | 2.0 | Reading the final approved AS 5 |
|  | 1.3 | Reviewing the 2nd Quarter database |
| 7/27/2007 | 1.0 | Reading the article on Grace no longer having exclusivity and what that means for the company |
|  | 0.5 | Reading the bankruptcy report |
|  | 0.5 | Following up on physical inventory schedule |
|  | 1.0 | Reviewing the quarterly application |
|  | 1.0 | Reviewing the 2nd Quarter database |
| 7/30/2007 | 0.5 | Working on the open items list |
|  | 1.0 | Reviewing the controls in Worms, Germany |
|  | 2.0 | Documenting in the 2nd Quarter database |
|  | 2.0 | Reviewing the 2nd Quarter database |
|  | 0.5 | Reviewing the billings for Grace |
| 7/31/2007 | 1.0 | Met with B.Dockman, E.Bull, B.Summerson (all Grace) to discuss 404 testing on pensions, taxes, derivatives, etc.) |
|  | 0.5 | Reviewing Davison physical inventories |
|  | 1.5 | Reviewing the draft of the 10-Q |
|  | 2.0 | Reviewing the 2nd Quarter database |
|  | 2.0 | Documenting in the 2nd Quarter database |
| | **116.5** | **Total Grace Integrated Audit Charged Hours** |
| | **116.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Mohamed Yasin**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/18/07 | 0.6 | FY 2007 Q2 Foreign Tax Provision and Review of UTP |
| 7/20/07 | 0.8 | FY 2007 Q2 Foreign Tax Provision and Review of UTP |
| 7/23/00 | 1.0 | FY 2007 Q2 Foreign Tax Provision and Review of UTP |
| 7/24/07 | 2.0 | FY 2007 Q2 Foreign Tax Provision and Review of UTP |
| 7/25/07 | 0.7 | FY 2007 Q2 Foreign Tax Provision and Review of UTP |

5.1    Total Grace Integrated Audit Charged Hours

5.1    Total Hours

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Mariana Espinoza** | | |
| 7/16/2007 | 4.0 | Meeting with Bonnie Shub-Gayer, George Baccash and Matias Pedevilla (PwC) with Alan Gibbons and Debra Poole (Grace) for discussion of transfer pricing issues. |
| 7/17/2007 | 1.5 | Internal discussions regarding the client meeting - research |
| 7/20/2007 | 3.0 | Preparation of a worksheet to be completed by Grace to determine applicable compliance with Transfer pricing documentation rules. |
| 7/26/2007 | 1.0 | Review of tax provision regarding transfer pricing issues. |
| 7/27/2007 | 2.0 | Review of tax provision regarding transfer pricing issues. |
| 7/31/2007 | 1.8 | Review of tax provision regarding transfer pricing issues. Internal discussions regarding the review. |
| | **13.3** | **Total Grace Integrated Audit Charged Hours** |
| | **13.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jacqueline Calvo**

| 7/24/2007 | 1.0 | Conference call on Q2 provision and discussion with manager |
| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
| | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Karen Geung**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/18/2007 | 4.0 | To attend the earnings release conference call for Grace Performance Chemicals (GPC) |
| 7/18/2007 | 4.5 | To complete balance sheet fluxes for GPC global subsidiaries including North America, Latin America, Europe, Asia Pacific |
| 7/19/2007 | 4.5 | To complete revenue fluxes on for GPC global subsidiaries including North America, Latin America, Europe, Asia Pacific |
| 7/19/2007 | 2.5 | Accounts receivable analytics were completed |
| 7/19/2007 | 2.5 | Inventory Analytics were completed |
| 7/20/2007 | 2.0 | Review and documentation over Owensboro Severance reserve release |
| 7/20/2007 | 3.0 | Review and documentation over Brazil Land Sale and the release of the deferred revenue |

|  | **23.0** | **Total Grace Integrated Audit Charged Hours** |
|--|----------|------------------------------------------------|

|  | **23.0** | **Total Hours** |
|--|----------|-----------------|

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended July 31, 20

| Date | Hours |
|------|-------|

**Name: Erica Margolius**

| Date | Hours |
|------|-------|
| 7/11/2007 | 1.5 |
| 7/12/2007 | 2 |
| | 1 |
| | 0.5 |
| | 0.8 |
| | 0.8 |
| 7/16/2007 | 1 |
| | 2 |
| 7/17/2007 | 1 |
| | 0.4 |
| | 0.6 |
| 7/18/2007 | 0.2 |
| | 3.5 |
| | 1 |
| | 0.8 |
| 7/19/2007 | 0.1 |
| | 0.2 |
| | 1 |
| | 0.3 |
| | 0.5 |
| 7/20/2007 | 0.5 |
| | 0.2 |
| | 0.5 |
| | 0.5 |
| | 2.3 |
| | 2 |
| | 2 |
| 7/23/2007 | 0.2 |
| | 1 |
| | 0.5 |
| | 1.3 |
| 7/24/2007 | 0.5 |
| | 0.9 |
| | 1 |
| | 0.5 |
| | 0.5 |
| | 0.4 |
| | 1 |

|  |  |
|---|---|
|  | 1 |
|  | 0.5 |
|  | 0.2 |
|  | 0.5 |
|  |  |
|  | 0.5 |
|  | 1 |
| 7/25/2007 | 2.8 |
|  | 1 |
|  | 0.2 |
|  |  |
|  | 2 |
| 7/26/2007 | 3 |
| 7/27/2007 | 2 |
|  | 5 |
|  | 1 |
| 7/30/2007 | 1 |
|  | 0.5 |
|  | 0.2 |
|  | 0.2 |
|  | 1 |
|  |  |
|  | 58.6 |
|  |  |
|  | 58.6 |

07

Review press releases and articles on WR Grace during the
second quarter. Take notes on significant matters.
Review sale of Washcoats / Cincinnati plant and guidance on
assets held for use
Review sale of Washcoats / Cincinnati plant and guidance on assets
held for use
Perform research on goodwill in relation to assets held for use for analysis of
washcoats sale
Perform research on assets held for use for analysis of washcoats sale
Perform research on costs incurred to exit activities for analysis of washcoats sale
Review of prior year test plans for Sarbanes Oxley / internal controls in
preparation for meeting
Meeting with internal audit on approach to sarbanes oxley testing
Meet w. D. Nolte, Grace, to go over washcoats
Review responsibility matrix for work to be performed for the quarter
Set expectations for corporate reserves
Review self insurance reserves testing plan with J. D'Angelo, PwC.
Listen and take notes on second quarter earnings call
Draft Q2 legal meeting agenda. Email to D. Parker. PwC, for review.
Run report in Grace Protiviti Portal for all controls located in Worms, Germany
for preparation of test plan for 2006 internal controls testing.
Schedule second quarter meeting w/ SEC & Robert Keehan
Update open items list for Grace.
Meeting with P. Reinhardt, L. Keorlet, and D. Parker, Grace, to go over significant
second quarter items as well as responsibility matrix.
Finalize agenda for second quarter legal meeting. Email to M. Shelniz & R. Finke, Grace.
Meet with D. Nolte, Grace, on timing of when PwC will receive updates on the washcoats sale.
Meet with J. D'Angelo, PwC, to discuss review over Libby & Chapter 11 accruals.
Review time and expense for the ART code. Close out 2006 ART Code.
Preparation for second quarter legal meeting with Grace counsel.
Second quarter legal meeting with Grace counsel.
Review foreign flux analytics for balance sheet accounts. Email to T. Dyer on the basis of
country responsible.
Review foreign flux analytics for balance sheet accounts. Email to T. Dyer on the basis of
country responsible.
Review scoping for multilocation procedures. Update documentation and complete step.
Update Grace open items list
Meeting with B. Eydt, PwC, to go over significant matters for the second quarter.
Meet with Tom Dyer to go over outstanding foreign analytics, non-active trial balance accounts,
and goodwill associated with washcoats memorandum.
Begin to tie out pension reconciliations.
Call with K. Blood, Grace, to discuss pension tie outs.
Perform tie-out of pension reconciliations
Document divestment reserves step.
Meet with B. Davis, Grace, to discuss Divestment reserves. Email D. Parker, PwC, to discuss
Bakaert translation effect.
Meet with K. Russell, Grace. to disuss company 1 balance sheet fluctuations.
Meet with B. Harsh, Grace, to disuss investment fluctuation on co. 1 balance sheet.
Review balance sheet fluctuation explanations obtained from K. Russel.

Create second quarter corporate income statement fluctuation analysis.
Review accounts reviewed for updated SOAR balances.
Meet with O. Anwar, PwC, to discuss the review of the equity rollforward.
Compile the list of outstanding foreign fluxes. Email to T. Dyer
Reviewing and attaching to database for documentation second quarter memorandums.
Email to P. Reinhardt and D. Parker, PwC
Set expectations for environmental reserves
Tie out of pension reconciliations
Meeting to discuss pensions, taxes & derivatives for internal controls testing.
Update open items list for Grace.
Review international fluctuations inquiry responses. Update documentation and email any
follow-up questions to T. Dyer, Grace.
Tie out of pension reconciliations
Create Q2 consolidated flux. Email T. Dyer, Grace, for inquiry of significant fluxes.
Tie out of pension reconciliations
Address notes in Grace database
Complete preliminary analysis of environmental reserve. Send follow up questions to S. Anderson
Email B. Davis follow up questions from analysis of divestment reserves schedules
Update open items list for Grace.
Reviewing and attaching to database for documentation meeting minutes from legal reserve meeting
Update environmental reserves step for trial balance numbers

**Total Grace Integrated Audit Charged Hours**


**Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Linda Keorlet** | | |
| 7/9/2007 | 0.5 | Review PwC Audit tip on materiality in SAS 100 review, assess impact on Grace audit |
| | 0.5 | Review work performed over SAS 99 journal entry testing in prior year |
| | 0.5 | Review internal audit draft schedule and location level assignments |
| | 1.5 | Document step on prior period material weaknesses or significant deficiencies and team planning meeting |
| 7/11/2007 | 0.3 | Review Factiva for second quarter Grace articles |
| | 0.7 | Document and consider multilocation planning procedures for second quarter review |
| 7/12/2007 | 1.5 | Review prior quarterly inventory analytics files. |
| | 6.0 | Use first quarter earnings call and review materials to set second quarter inventory analytic expectations. |
| 7/13/2007 | 2.5 | Read and document review of April and May monthly financial reports |
| | 3.5 | Perform preliminary materiality calculations and document results |
| 7/16/2007 | 2.0 | Meeting with P.Barkley (PwC), Doug Parker (PwC), Erica Margolius (PwC) and Grace Internal audit to discuss 2007 strategy under AS 5 |
| | 2.4 | Research accounting guidance related to inventory sold accounted for under LIFO |
| | 3.6 | Review Davison second quarter worldwide inventory report and identify variances from expectations |
| 7/17/2007 | 0.3 | Review process for setting revenue expectations with O.Anwar (PwC). |
| | 1.2 | Distribute and review files for next day's earnings call |
| | 6.0 | Review prior year work performed over inventory obsolesence reserves. Read Grace guidance on this and begin to tie-out second quarter files by profit center. |
| 7/18/2007 | 7.0 | Attend for portions and call in for remainder of second quarter earnings call. |
| 7/19/2007 | 4.0 | Review prior year work performed over LIFO accounting reserves. Research applicable guidance and begin to tie-out Davison files. |
| | 2.5 | Set up and document analytical procedures performed over Advanced Refining Technology reporting package |
| 7/20/2007 | 1.5 | Meet with Pam Barkley (PwC), Esther Ko (PwC), and Doug Parker (PwC) to discuss general ledger tests to run for Grace 2007 audit |
| | 3.0 | Review and document second quarter stock appreciation rights balance |
| | 0.4 | Update second quarter open items list |
| | 3.1 | Prepare for meeting with Trent Walklett (Grace) on inventory questions. Conduct meeting. |
| 7/23/2007 | 3.0 | Begin to tie out GPC LIFO files for second quarter review. Create tie-out document and review material fluctuations. |
| | 1.5 | Document variances from expectations from inventory analytics based on conversation with D.Nolte (Grace) |
| | 2.0 | Tie out and document mapping to SOAR of inventory accounts in worldwide inventory file, based on discussion with N.Filatova (Grace) |
| | 3.0 | Read and review draft of second quarter press release. Explain tie-out procedures to O.Anwar (PwC). |
| 7/24/2007 | 4.0 | Tie out statement of cash flows as presented in second quarter press release. Review other schedules and compile notes for client. |
| | 1.5 | Perform review of cash flow fluctuations and document rationale for significant movements. |
| | 1.3 | Meet with D.Nolte (Grace) and discuss significant second quarter issues for Davison. Perform general inquiries and discuss material balance sheet fluctuations |
| | 2.7 | Finalize tie-out and documentation of LIFO review |

| | | |
|---|---|---|
| 7/25/2007 | 4.2 | Perform review and document work over second quarter incentive compensation accrual. |
| | 1.0 | Meet with Tom Dyer (Grace) to discuss proposed edits to press release.  Document review of final version and gather external files. |
| | 3.3 | Perform review and document work over second quarter long term incentive plan accrual. |
| 7/26/2007 | 0.5 | Update materiality documentation and complete step |
| | 2.0 | Attend Grace's second quarter Town Hall.  Review memo summarizing events prepared by O.Anwar (PwC). |
| | 1.0 | Document step to agree or reconcile interim financial information with the accounting records |
| | 5.5 | Perform balance sheet fluctuation analysis for company 32, company 259, and company 268 |
| 7/27/2007 | 6.5 | Document patent sale step.  Review contract, research guidance,  read memo, tie to support. |
| 7/30/2007 | 2.0 | Update equity rollforward step and tie out information to support in SAP, press release, and schedules. |
| 7/31/2007 | 0.3 | Update open items list |
| | 0.7 | Read / review 10Q draft |
| | **100.5** | **Total Grace Integrated Audit Charged Hours** |
| | **100.5** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended July 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: Adam Lueck** | | |
| 7/9/2007 | 8.0 | I am updating the control matrices for Grace's business processes. |
| 7/10/2007 | 8.0 | I am updating the control matrices for Grace's business processes. |
| 7/11/2007 | 4.0 | I am updating the control matrices for Grace's business processes. |
| 7/12/2007 | 5.0 | I am reviewing controls matrices for Davison and Grace Performance Chemicals created by O. Anwar (PwC) to ensure accuracy. |
| | 2.0 | I am reviewing database work completed by O. Anwar (PwC). |
| | 0.5 | I am working with O. Anwar on the process of developing expectations for core & non-core expenses in preparation for the Q2 2007 audit. |
| | 0.5 | I am working with Ovais Anwar on the process of creating a Management Representation Letter for the Q1 2007 audit. |
| 7/13/2007 | 1.0 | I am preparing the Q2 Report of Independent Public Accounting Firm. |
| | 1.0 | I am preparing the Q2 Letter to the CFO. |
| | 1.0 | I am preparing the Q2 Consent Letter. |
| | 1.0 | I am preparing the subsequent event review for Q2. |
| 7/30/2007 | 6.0 | I am tieing-out 10Q supporting documentation. |
| | 1.0 | I am reviewing work completed by O. Anwar (PwC). |
| 7/31/2007 | 1.0 | I am reviewing work completed by O. Anwar (PwC). |
| | 6.0 | I am tieing-out 10Q supporting documentation. |
| | **46.0** | Total Grace Integrated Audit Charged Hours |
| | **46.0** | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Melissa Noel** | | |
| 7/16/2007 | 2.5 | Planning meeting at Grace P. Barkley, M de Guzman, D. Parker, B. Bishop |
| | 1.0 | Travel time to Columbia MD for meeting at Grace (50%) |
| | 3.5 | **Total Grace Integrated Audit Charged Hours** |
| | 3.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Ovais Anwar**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/9/2007 | 7.0 | Reviewing the 404 matrices from prior year and updating the new matrices for the 2007 404 audit |
| 7/10/2007 | 2.0 | I am updated GPC files and adding Replica of database. |
| 7/11/2007 | 6.0 | I am making Davison and GPC updates on the database and acquiring databases. |
| 7/12/2007 | 5.0 | I am examining responsibilities for 10Q in database and looking to prior period for assistance. Afterwards I am mailing documents to Boston, updating rep letter, assigned steps, and necessary files. |
| 7/16/2007 | 2.5 | I am searching the web for recent articles about WR Grace. |
| 7/17/2007 | 6.5 | I am setting expectations for revenue step in database and printing out slides for presentation tomorrow. I am also reviewing expectations that have already been set. |
| 7/18/2007 | 7.0 | I am listening to the Earnings Call. |
| 7/19/2007 | 3.0 | I am writing Earnings Call summary and sending out a copy of a formatted SOAR report |
| 7/20/2007 | 7.0 | I am formatting SOAR and setting a material scope. |
| 7/23/2007 | 7.5 | I am performing Inventory Obolesence steps. and a Press Release tie out. |
| 7/24/2007 | 8.5 | I am performing the Equity rollforward. I am tieing out the press release to support documents. I am performing analytic procedures. |
| 7/25/2007 | 8.0 | I am performing Analytic Procedures, tieing out Press release, and completing intercompany steps. |
| 7/26/2007 | 8.0 | I am attending the Town Hall Meeting with Lynda Keorlet and Pamela Barkley. I am also writing a summary for the Town Hall meeting. I am completing the Final Press Release tie out and printing flowchart diagrams. |
| 7/27/2007 | 1.0 | I am completing the Town hall Meeting summary. |
| | 6.0 | Tying out the 10-Q support |
| 7/30/2007 | 7.0 | I am performing the 10Q; items include Other Balance Sheet. EPS. Sales Variance sections. |
| 7/31/2007 | 7.5 | I am performing the 10Q Tie out; sections include Debt portion and cashflow. |
| | 99.5 | **Total Grace Integrated Audit Charged Hours** |
| | 99.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended July 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Dana West**

| 7/2/2007 | 1.0 | program development testing for the SAP system upgrade |
|----------|-----|---------------------------------------------------------|

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|------------------------------------------------|

| | 1.0 | **Total Hours** |
|--|-----|-----------------|