# Exhibit - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended July 31, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 7/25/07 | | | | $ 89.49 | Audit team lunch at Luna Bella - D Parker, P Barkley, E Margolis, L Kaontel, C Anwar, J D'Angelo (PwC) |
| Marvin de Guzman | Integrated Audit | 7/16/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 485) |
| | | 7/18/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 485) |
| Sandra A David | Integrated Audit | 7/19/07 | $ 23.00 | | | | Parking to drop off Q2 binders |
| Mariana Ieturiz Espinoza | Integrated audit | 7/17/07 | $ 51.00 | | | | Mileage for client meeting with Bonnie Shub-Gayer, George Baccash and Matias Pedevilla (PwC) with Alan Gibbons and De |
| Melissa Noel | Integrated Audit | 7/15/07 | $ 43.00 | | | | Meeting at WR Grace (mileage over regular commute) |
| Oveis Anwar | Integrated Audit | 7/1/07 | | | $ 16.00 | | postage |
| **Summary** | | **Total** $ 294.27 | **Transportation** $ 188.78 | **Lodging** - | **Sundry** $ 16.00 | **Business Meals** $ 89.49 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended July 31, 2007

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 7/25/2007 | Audit Partner | $ 89.49 | Audit team lunch at Luna Bella - D Parker, P Barkley, E Margolius, L Keoriet, O Anwar, J D'Angelo (PwC) |
| | | | $89.49 | |
| Marvin de Guzman | 7/16/2007 | Audit Manager | $ 35.89 | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | 7/18/2007 | Audit Manager | $ 35.89 | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | $ 71.78 | |
| Sandra A David | 7/19/07 | Audit Manager | $ 23.00 | Parking to drop off Q2 binders |
| | | | $ 23.00 | |
| Mariana Isturiz Espinoza | 7/17/2007 | Audit Manager | $ 51.00 | Mileage for client meeting with Bonnie Shub-Gayer, George Baccash and Matias Pedevilla (PwC) with Alan Gibbons and Debra Poole (Grace) for discussion of transfer pricing issues. |
| | | | $ 51.00 | |
| Melissa Noel | 7/16/2007 | Audit Associate | $ 43.00 | Meeting at WR Grace (milage over regular commute) |
| | | | $ 43.00 | |
| Ovais Anwar | 7/1/2007 | Intern | $ 16.00 | postage |
| | | | $ 16.00 | |