IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 4, 2007 at 4:00 p.m.** |
| | ) | **Hearing Date: December 17, 2007 at 2:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
<u>REGARDING DOCKET NO. 16579</u>**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Twenty-Fourth Quarterly Fee Application of Conway, Del Genio, Gries & Co., LLC (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2007 through June 30, 2007 ("the Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 4, 2007[1] at 4:00 p.m.

Dated: September 5, 2007

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE &
 AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

-and-

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of*
*Asbestos Property Damage Claimants*