APPENDIX C

## Professor John Irvine

| | |
|---|---|
| Address: | Faculty of Law<br>Robson Hall<br>University of Manitoba<br>Winnipeg, Manitoba<br>CANADA R3T 2N2 |
| Telephone: | (204) 474-6150 |
| Fax: | (204) 474-7580 |
| Email: | irvinejc@cc.umanitoba.ca |
| Date of Birth: | June 13, 1946 |
| Place of Birth: | Leamington, England |
| Citizenship: | United Kingdom |

**EDUCATIONAL BACKGROUND**

Warwick School and Oxford University.

1967  B.A., (Juris)   Lincoln College, Oxford.
1970  B.C.L.          Lincoln College, Oxford.
1971  M.A.            Lincoln College, Oxford.

Scholar of Lincoln College.
Lord Justice Holker Exhibition, Gray's Inn.

**ACADEMIC POSITIONS**

1974-75     Lecturer (Assistant Professor), University of Birmingham, England.

1970-74, 1975–present
            Professor of Law, University of Manitoba. Tenured since 1975.
            Full professor since 1989.

Senator, University of Manitoba, 1999 - present.

Numerous University and Faculty Committees.


Member Rhodes Scholarship Committee, 1976 – present.
Chairman Rhodes Scholarship Committee, 1980 – present.

Manitoba Law Reform Commission, 1984 – present

   [As one of five Commissioners – a Crown appointment renewed under successive provincial governments of varying political stripe, have participated actively in the research and preparation of fifty-six reports on a wide range of law reform projects, many subsequently implemented by legislation.]

The Manitoba Law Reform Commission is an independent agency of the Government of Manitoba established by *The Law Reform Commission Act*. The Commission's duties are to inquire into and consider any matter relating to law in Manitoba with a view to making recommendations for the improvement, modernization and reform of law, including:

- the removal of provisions of the law that are outdated or inconsistent;
- the maintenance and improvement of the administration of justice;
- the review of judicial and quasi-judicial procedures under any Act;
- the development of new approaches to, and new concepts of, law in keeping with and responsive to the changing needs of society and of individual members of society; and
- any subject referred to it by the Minister.

## PUBLICATIONS

The list of publications which follows does not pretend to completeness. It is perhaps worthy of mention that many of my notes and articles have been mentioned, approved or adopted in judgments of the superior courts, including the Supreme Court of Canada.

### Books, Articles

- Sneiderman, Irvine & Osborne, <u>Canadian Medical Law: An Introduction for Physicians & Other Health Care Professionals</u> (3rd ed., 2003, Thomson-Carswell Ltd.).

- "The Physician's Duty in the Age of Cost Containment" (1994), 22 Manitoba Law Journal 345.

- "Radon and Tortious Liability for Indoor Health Hazards": in Radon and the Law, Interdisciplinary Perspectives, Occasional Papers No. 2, Legal Research Institute, University of Manitoba.

- "The Appropriation of Personality": in Gibson R.D. (ed.), Aspects of Privacy Law [Butterworths, 1980]

- A.G. Man. v. Adventure Flight Centres Ltd. .................................................... 25 C.C.L.T. 295
- Andronyk v. Williams ...................................................................................... 35 C.C.L.T. 40
- Banyasz v. K-Mart Can. Ltd ............................................................................. 39 C.C.L.T. 266
- Barbour v. G.H. Heating & Air Conditioning Ltd. ........................................... 15 C.C.L.T. 169
- Black v. Zager.................................................................................................... 22 C.C.L.T. 231
- Brain v. Mador .................................................................................................. 32 C.C.L.T. 158
- Case Comment: An Overview of Collateral Benefits: Pettipas v. Roop ......... 13 C.C.L.T. 289
- Case Comment: Can. Western Natural Gas Co. v. Pathfinder Surveys Ltd. .. 12 C.C.L.T. 256
- Case Comment: John Maryon Int. Ltd. v. N.B. Telephone Co. and Ward v. Dobson Const. Ltd. ......................................................................................................... 24 C.C.L.T. 213
- Case Comment: Kamloops v. Nielsen .............................................................. 29 C.C.L.T. 185
- Case Comment: Law Estate v. Simice ............................................................. 21 C.C.L.T. (2d) 259
- Case Comment: M. v. Sinclair c.o.b. Sinclair's Riding Stables ...................... 15 C.C.L.T. 68
- Case Comment: Metson v. R.W. DeWolfe Ltd.; The Changing Face of Nuisance, and Rylands v. Fletcher ............................................................................................ 14 C.C.L.T. 225
- Case Comment: Reidy v. McLeod, Gervais v. Richard, and Borland v. Muttersbach ............................................................................................................................ 30 C.C.L.T. 205
- Case Comment: Rose v. Belanger and Lawrence v. Good ............................. 31 C.C.L.T. 248
- Case Comment: Ruzicka v. Costigan .............................................................. 31 C.C.L.T. 306
- Case Comment: Speed & Speed Ltd. v. Finance Amer. Realty Ltd. .............. 12 C.C.L.T. 29
- Case Comment: Surrey v. Carroll-Hatch & Associates Ltd. .......................... 10 C.C.L.T. 266
- Central & N.S. Trust Co. v. Rafuse .................................................................. 25 C.C.L.T. 226

- Chamberland v. Fleming .................................................................... 29 C.C.L.T. 215
- Chappell v. Barati .............................................................................. 30 C.C.L.T. 137
- Cherrey v. Steinke ............................................................................. 13 C.C.L.T. 51
- Contract and Tort: Troubles Along the Border ................................ 10 C.C.L.T. 281
- Davidson v. Connaught Laboratories ............................................... 14 C.C.L.T. 252
- Dolphin Delivery Ltd. v. R.W.D.S.U., Loc. 580 ............................... 38 C.C.L.T. 186
- Dom. Securities Ltd. v Glazerman .................................................... 29 C.C.L.T. 195
- Frank Flaman Wholesale Ltd. v. Firman .......................................... 20 C.C.L.T. 246
- Franks v. Sanderson ........................................................................... 35 C.C.L.T. 307
- Fraser v. U-Need-A Cab Ltd. ............................................................ 26 C.C.L.T. 311
- Freeman v. Sutter............................................................................... 29 C.C.L.T. (2d) 215
- Hart v. Bell Telephone Co. of Can. ................................................... 10 C.C.L.T. 335
- Hasenclever v. Hoskins ..................................................................... 47 C.C.L.T. 225
- Hopp v. Lepp ..................................................................................... 13 C.C.L.T. 68
- Inland Feeders Ltd. v. Virdi .............................................................. 12 C.C.L.T. 179
- Jacks v. Davis .................................................................................... 12 C.C.L.T. 299
- Letnick v. Metropolitan Toronto (Municipality) .............................. 44 C.C.L.T. 70
- Lewis v. Oeming ............................................................................... 24 C.C.L.T. 82
- Maxey v. Can. Permanent Trust Co. ................................................. 26 C.C.L.T. 150
- Misfeasance in Public Office: Reflections on Some Recent Developments .......................... 13 C.C.L.T. (3d) 247
- Mochinski v. Trendline Industries Ltd. ............................................ 29 C.C.L.T. (2d) 1
- Moffett v. Downing; Downing v. Moffett ........................................ 16 C.C.L.T. 313
- Mongovius v. Marchand ................................................................... 44 C.C.L.T. 19
- Munro v. Toronto Sun ....................................................................... 21 C.C.L.T. 261
- Nelson Lbr. Co. v. Koch ................................................................... 13 C.C.L.T. 202
- Nielsen v. City of Kamloops ............................................................. 19 C.C.L.T. 147
- Page v. Dick ...................................................................................... 12 C.C.L.T. 44
- Poppe v. Tuttle .................................................................................. 14 C.C.L.T. 116
- Power v. Halley ................................................................................. 17 C.C.L.T. 183
- Robertson v. Butler............................................................................ 32 C.C.L.T. 209
- Ross v. Wall ....................................................................................... 14 C.C.L.T. 243
- Russell v. Kostichuk .......................................................................... 15 C.C.L.T. 247
- Saccone v. Orr ................................................................................... 19 C.C.L.T. 37
- Scarff v. Wilson................................................................................. 39 C.C.L.T. 22
- Sevidal v. Chopra............................................................................... 41 C.C.L.T. 181
- "Some Thoughts on Trespass to Airspace", Case Comment: Didow v. Alta. Power Ltd. ............................................ 37 C.C.L.T. 99
- Stermer v. Lawson ............................................................................ 11 C.C.L.T. 77
- Strike v. Ciro Roofing Products U.S.A. Inc...................................... 46 C.C.L.T. 209
- Szarfer v. Chodos............................................................................... 36 C.C.L.T. 182
- The Action Per Quod Servitium Amisit in Canada .......................... 11 C.C.L.T. 241
- The Insurance Agent and His Duties ................................................ 10 C.C.L.T. 108
- "The Limitations of Prosecutorial Immunity in Tort", Case Comment: German v. Major and Levesque v. Picard ................................................................. 34 C.C.L.T. 286
- The Resurrection of Tortious Abuse of Process................................ 47 C.C.L.T. 217
- Timmersmans v. Buelow................................................................... 38 C.C.L.T. 137
- Toews v. MacKenzie ......................................................................... 12 C.C.L.T. 264
- Triangle Steel & Supply Co. v. Korean United Lines Inc. .............. 32 C.C.L.T. 106
- Viscount Machine & Tool Ltd. v. Clarke ......................................... 19 C.C.L.T. 53

**Papers presented (a selection):-**

- Canadian Bar Association:  The Leading Edge:  C.B.A. National Construction Law Conference, 2002: "Liability of Design Professionals."

- Canadian Bar Association:  Winter Conference, 2004, St. John, New Brunswick: "Reflections on N.B. Telephone v. J. Maryon Ltd": (as part of panel presentation with Hon. Mr. Justice G. LaForest)

- Canadian Bar Association:  Ontario, Toronto, June 1985:  "Protecting Business Assets: Paper on Protection of Reputation and Marketable Personality"

In addition to the above, I have for decades been called upon regularly to present papers – usually on the law of torts, the ort-contract interface, aspects of medical law or (especially in recent years) construction law – to bodies as august as the Canadian Bar Association, the Law Society of Upper Canada, the Bar Association of Manitoba, the Law Society of Manitoba, the Advocate's Club of Toronto, the Isaac Pitblado lectures ( a Manitoban legal lecture series of long standing and immense prestige), the Canadian Institute for the Administration of Justice (the judiciary) the Continuing Education programmes of the Manitoba Court of Queens Bench, the College of Physicians and Surgeons of Manitoba, and professional associations serving every area of specialization from Cardiology to Dentistry.