IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )
W. R. GRACE & CO., et al.                 )        Chapter 11
                                          )
             Debtors.                     )        Case No. 01-01139 (JKF)
                                          )        (Jointly Administered)

                                                   **Hearing Date: September 10, 2007**
                                                   **Related Docket No: 9315, 14597,**
                                                   **14898, 14965**

**APPENDIX TO DEBTORS' SUPPLEMENTAL SUBMISSION IN SUPPORT OF
THEIR MOTION AND MEMORANDUM FOR AN ORDER PURSUANT TO
F.R.B.P. 7056 DISALLOWING AND EXPUNGING WHAT IS NOW FIFTY-FIVE
(55) - TIME-BARRED CANADIAN ASBESTOS PROPERTY DAMAGE CLAIMS**

REED SMITH LLP
James J. Restivo, Jr. (Bar No. 10113)
Lawrence E. Flatley (Bar No. 21871)
Douglas E. Cameron (Bar No. 41644)
Traci S. Rea (Bar No. 76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa Esayian
Michael Dierkes
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

PGHLIB-2125315.1-TSREA

## **TABLE OF CONTENTS**

**TAB**

Expert Report of Mr. Mew ("Mew Rpt.")
  (previously submitted as Tab A to Debtors' Motion) ....................................................    A

Affidavit of Mr. Mew ("Mew Aff.")
  (previously submitted as Tab B of Debtors' Reply) ........................................................    B

May 11, 1007 Deposition of Mr. Mew ("Mew Dep.") ..............................................................    C

Original Report of John C. Irvine, Speights & Runyan's
  proffered expert on Canadian law ("Irvine Rpt.") ...............................................................    D

Excerpts from the August 22, 2007 deposition of John C. Irvine ("Irvine Dep. I") ..............    E

Excerpts from the August 31, 2007 deposition of John C. Irvine ("Irvine Dep. II") ............    F

Canadian Cases .........................................................................................................................    G

        *Armstrong v. West Vancouver (District)*,
          [2003] B.C.J. No. 303 (B.C.C.A) (Q.L.) ..........................................................    1

        *B.C. Ltd. v. Dayhu Investments, Ltd.*, (2004) 241 D.L.R. (4th) 467,
          2004 BCCA 379, *rev'ing* [2003] B.C.J. No. 1878; 2003 BCSC 1142 ..........    2

        *Bowes v. Edmonton (City),* 2005 ABQB 502 ....................................................    3

        *Canadian Indemnity Co. v. Johns-Manville Co. Ltd.*, (1988),
          54 D.L.R. (4th) 468 (Que. C.A.); (1990) 72 D.L.R. (4th) 478 (S.C.C.) ..........    4

        *Emms v. Prince George (City)*, [1999] B.C.J. No. 1627, *aff'd* [2004]
          B.C.J. NO. 396, 2001 BCCA 120; *410727* ....................................................    5

        *Ford Motor Co. of Canada, Ltd. v. Ontario Municipal Employees
          Retirement Board*, (2004), 41 B.L.R. (3d) 74, [2004] I.J. No. 19. ................    6

        *M.(M.) v. Roman Catholic Church of Canada*, 2001 MBCA 148 ......................    7

        *Meek (Trustee of) v. San Juan Resources Inc.*, [2005],
          52 Alta. L.R. (4th) 1, 2005 ABCA 448, [2005], 37 Alta. L.R. (4th) 23,
          2005 ABQB 9 ..............................................................................................    8

        *Pardy v. Bayer, Inc.*, [2003] N.J. No. 182 (Sup.Ct.T.D.) ....................................    9

        *Privest Properties Ltd. v. Foundation Co. of Canada Ltd.*,
          [1995] 10 W.W.R. 385 (B.C.S.C.), *aff'd* [1997]
          5 W.W.R. 265 (B.C.C.A.), *leave to appeal dismissed*, [1997] ......................    10

*Soper v. Southcott* (1998), 39 O.R. (3d) 737 (Ont. C.A.) .................................... 11

*Stachniak v. Thorhild (County No. 7)*, 2006 ABPC 182 ..................................... 12

*Winnipeg Condominium Corp. No. 36 v. Bird Construction Co.*, [1995]
    1 S.C.R. 85 (S.C.C.)......................................................................................... 13

Canadian Statutes.................................................................................................... H

Alberta

    Limitations Act, R.S.A. 2000, c. L-12.................................................. 1

    Class Action Proceedings Act, S.A. 2003, c. C-16.5............................ 2

British Columbia

    Limitations Act [RSBC 1996] Chapter 266.......................................... 3

    Class Action Proceedings Act [RSBC 1996] Chapter 50 .................... 4

Manitoba

    Limitations Act, C.C.S.M.c.L150 .......................................................... 5

    Class Action Proceedings Act, C.C.S.M.c.C130 .................................. 6

Newfoundland

    Limitations Act, S.N.L. 1995 Chapter L-16.1 ...................................... 7

    Class Action Proceedings Act, S.N.L. 2001 Chapter C-18.1 .............. 8

Nova Scotia

    Limitations Act, Chapter 258 of the Revised Statutes, 1989................ 9

Ontario

    Limitations Act, 2002, S.O. 2002, Chapter 24 Schedule B ................. 10

    Class Action Proceedings Act, 1992 S.O. 1992, c. 6........................... 11

Alberta Institute of Research and Reform, *Litigations: Report for Discussion No. 4* ........... I

Alberta Law Reform Institute, *Report No. 55*.......................................................... J