## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| W. R. GRACE & CO., ET AL., | ) | CASE NO. 01-01139(JKF) |
| | ) | JOINTLY ADMINISTERED |
| DEBTORS | ) | |
| | ) | |

## NOTICE OF SERVICE OF PLEADINGS

Notice is hereby given that Maples and Lomax, P.A. ("Respondent") has this date served a true and correct copy of the following pleading to Counsel for the Debtors set forth on the attached Certificate of Service:

**MAPLES AND LOMAX, P.A.'S OBJECTIONS AND RESPONSES TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

Maples and Lomax, P.A. will maintain the original of said document.

Dated, this the 6th day of September, 2007.

Respectfully submitted,

MAPLES & LOMAX, P.A.

BY:     _Scott O. Nelson_

SCOTT O. NELSON, MSB #10063
MAPLES & LOMAX, P. A.
Post Office Drawer 1368
2502 Market Street
Pascagoula, MS 39568-1368
Phone: 228-762-3161
Facsimile: 228-762-5768

## CERTIFICATE OF SERVICE

I, Scott O. Nelson, do hereby certify that I have mailed this day the document set

forth in the above Notice of Service of Pleadings to the following Counsel for Debtors:

David M. Bernick, Esq.                   **Via Federal Express**
Janet S. Baer, Esq.
Ellen T. Ahern, Esq.
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL  60601-6636

Barbara M. Harding, Esq.                 **Via Federal Express**
David E. Mendelson, Esq.
Amanda C. Basta, Esq.
Brian T. Stansbury, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, NW
Washington, DC  20005

Laura Davis Jones, Esq.                  **Via First Class U. S. Mail**
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG,
  JONES & WEINTRAUB LLP
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE  19899-8705

Nathan Finch, Esq.                       **Via First Class U. S. Mail**
Mark T. Hurford, Esq.
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE  19801

This, the 6th day of September, 2007

SCOTT O. NELSON

2