IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 16551)

On August 14, 2007, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-First Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April 1, 2007 through June 30, 2007 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 4, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                                      BUCHANAN INGERSOLL & ROONEY PC

                                          By:   /s/ Teresa K.D. Currier
                                                    Teresa K. D. Currier (No. 3080)
                                                    The Brandywine Building
                                                    1000 West St. - Suite 1410
                                                    Wilmington, DE 19801

                                                                  -and-

|  |  |
|---|---|
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>919 Third Avenue<br>New York, NY 10022<br>(212) 715-9100<br>Counsel to the Official Committee of<br>Equity Holders |
| Dated: September 6, 2007 | Co-Counsel to the Official Committee<br>of Equity Holders |

KRLS/Wilm 58403v1