**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP,**
**FOR THE TWENTY-FOURTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Fourth Interim Period.

**BACKGROUND**

1. Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, future claimants' representative. In the Application, Orrick seeks approval of fees totaling $1,098,668.00[1] [2]and costs totaling $57,670.14 for its services from January 1, 2007,

---

[1] We note that, in response to our initial report, Orrick has already deducted from this amount that it seeks certain amounts that we questioned in our initial report. In its application, Orrick states,"After Orrick filed its monthly fee statements for this Interim Period but before it had filed this Fifth Quarterly Fee Application, the Fee Auditor provided Orrick with an initial report questioning certain time entries. In response, and in an effort to avoid disputes with the Fee Auditor, Orrick has agreed to reduce the fees sought in the monthly applications described above and in this Fifth Quarterly Fee Application by reducing total billed hours by 29.50 hours, and its total fees by $13,410.00..."

[2] The fees that we questioned in our initial report, and that Orrick deducted from the amounts it seeks in its application, included: fees of $1,762.50 for hours that we questioned as clerical; fees of $10,497.50 for multiple professionals at meetings and conferences; fees of $625.00 for fee miscalculation; and fees of $525.00 for travel time billed at 100% that should have been billed at

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Orrick 24int 1-3.07.wpd

through March 31, 2007.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Orrick an initial report based on our review and received a response from Orrick. As referenced in footnote 1, Orrick deducted from the amounts that it seeks all the fees that we questioned in our initial report.

## DISCUSSION

3.      In our initial report, we noted an expense summary but no expense detail contained in the application. Orrick subsequently sent the required detail and, after review, we make the following recommendations:

We note the following lodging charges which appear excessive.

John Ansbro
2/20/2007     Boca Raton Marriott    389.00 plus 44.74 in room tax
2/21/2007     Boca Raton Marriott    389.00 plus 44.74 in room tax
2/22/2007     Boca Raton Marriott    389.00 plus 44.74 in room tax

Debra Felder

---

50%.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Orrick 24int 1-3.07.wpd

| | | | |
|---|---|---|---|
| 2/20/2007 | Boca Raton Marriott | 359.00 plus 41.29 in room tax | |
| 2/21/2007 | Boca Raton Marriott | 359.00 plus 41.29 in room tax | |
| 2/22/2007 | Boca Raton Marriott | 359.00 plus 41.29 in room tax | |

For lodging, we recommend a reasonable ceiling of $250.00 plus tax per day for most cities. For the cited entries, we thus recommend a reduction of $744.00 for lodging expenses.

We note the following meal charges which appear excessive.

| | | | |
|---|---|---|---|
| 1/25/07 | $74.32 | Lunch | 2 persons |
| 1/29/07 | $247.50 | Lunch | 6 persons |
| 2/20/07 | $425.83 | Dinner | 5 persons |

For meals, we recommend reasonable ceilings of $15 per person for breakfast, $25 per person for lunch and $50 per person for dinner. Given those ceilings, we recommend a total reduction of $247.65 for the cited meal expenses.

## CONCLUSION

4.　Thus we recommend approval of fees totaling $1,098,668.00 and costs totaling $56,678.49 ($57,670.14 minus $991.65) for Orrick's services from January 1, 2007, through March 31, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1270
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 6th day of September, 2007.

_____
Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

**The Applicant**
Roger Frankel
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NY
Washington, DC 20007

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801