# EXHIBIT A



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
WASHINGTON HARBOUR
3050 K STREET, NW
WASHINGTON, DC 20007-5135
*tel 202-339-8400*
*fax 202-339-8500*
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 27, 2007
Client No. 17367
Invoice No. 1084604

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2007 in connection with the matters described on the attached pages: | $ | 261,753.75 |
| DISBURSEMENTS as per attached pages: | | 51,368.01 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 313,121.76 |

Matter(s): 17367/11, 13, 15, 2, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,117,200.56
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1084604*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17367/ Invoice: 1084604*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17367/ Invoice: 1084604*
*E.I.N. 94-2952627*



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 27, 2007
Client No. 17367
Invoice No. 1084604

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2007 in Connection With:

**Matter:  2 - Case Administration**

| | | | |
|---|---|---|---|
| 07/02/07 | R. Barainca | Update case calendar. | 0.60 |
| 07/02/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/03/07 | D. Fullem | Review and update case dockets; circulate along with significant pleadings to parties. | 0.30 |
| 07/05/07 | D. Fullem | Review docket updates and circulate same with copies of filings to parties. | 0.30 |
| 07/06/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/09/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/09/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/10/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/11/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/12/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/13/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/13/07 | R. Barainca | Update case calendar. | 1.20 |
| 07/16/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/16/07 | D. Fullem | Review updated calendar. | 0.10 |
| 07/17/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/18/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/19/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/19/07 | R. Barainca | Update case calendar. | 1.30 |
| 07/19/07 | D. Fullem | Reply to e-mail from R. Wyron regarding Grace fee auditor initial report; confer with R. Barainca regarding status of response; review e-mail from R. Wyron with current draft of response. | 1.00 |
| 07/20/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/23/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/23/07 | R. Barainca | Update case calendar. | 1.00 |
| 07/24/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/25/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/26/07 | R. Barainca | Update case calendar. | 1.00 |
| 07/26/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/30/07 | R. Barainca | Update case calendar. | 0.60 |



**ORRICK**

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 2 | August 27, 2007<br>Invoice No. 1084604 |

| | | | |
|---|---|---|---|
| 07/31/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

|  |  |  |
|---|---|---|
| Total Hours | 11.00 | |
| Total For Services | | $1,777.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 9.30 | 150.00 | 1,395.00 |
| Debra O. Fullem | 1.70 | 225.00 | 382.50 |
| Total All Timekeepers | 11.00 | $161.59 | $1,777.50 |

Disbursements
| | | |
|---|---|---|
| Outside Services | 1,653.60 | |
| Telephone | 0.64 | |
| Westlaw Research | 18.00 | |
| Total Disbursements | | $1,672.24 |

| | |
|---|---|
| **Total For This Matter** | **$3,449.74** |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

August 27, 2007
Invoice No. 1084604

For Legal Services Rendered Through July 31, 2007 in Connection With:

**Matter: 8 - Litigation**

| 06/29/07 | R. Frankel | Review, revise opposition to motion to extend exclusivity. | 2.60 |
|---|---|---|---|
| 06/29/07 | R. Frankel | Telephone conferences with D. Austern, E. Inselbuch re status of plan negotiations; notes re same. | 0.30 |
| 06/29/07 | R. Frankel | Review Power Point from J. Biggs re expert reports, possible areas of rebuttal. | 1.90 |
| 06/29/07 | R. Frankel | Review transcript from June 25 hearing. | 1.70 |
| 07/01/07 | D. Felder | Review pleadings for July 23 omnibus hearing (1.5); review e-mail correspondence from litigation team regarding estimation issues (.9); review e-mail from J. Liesemer regarding exclusivity (.2). | 2.60 |
| 07/01/07 | R. Frankel | Review Peterson expert report. | 1.20 |
| 07/02/07 | C. Zurbrugg | Review assignment sheet for expert witnesses (.4); review Florence expert report (3.8). | 4.20 |
| 07/02/07 | A. Weiss | Prepare for discovery meet-and-confer with Grace attorneys, review all orders and stipulations (1.0); review all letters from or to Grace re discovery (1.5); compare orders, stipulations and letters to FCR discovery requests (2.0); compare Grace's claim that their letter of Dec. 16, 2005 was a "stipulation" to court transcripts on that issue (1.5); review latest letter from Grace for open questions (.5); create chronological binder of select materials to date for R. Mullady's review (.7); draft e-mail memo to R. Mullady regarding all findings (.8). | 8.00 |
| 07/02/07 | D. Felder | Telephone conference with J. Biggs regarding expert issues (.5); telephone conference with ACC, PD Committee regarding opposition to exclusivity motion (.6); follow-up and revisions regarding same (1.5); telephone conference with S. Baena regarding same (.2); revise opposition (3.4). | 6.20 |
| 07/02/07 | R. Mullady, Jr. | Conference call with J. Biggs regarding issue raised by debtors' counsel (.6); discuss same with D. Felder (.3); prepare for meet and confer conference call with debtors' counsel on 7/2 (1.0); e-mail to rebuttal expert regarding tort reform issues (.2). | 2.10 |
| 07/02/07 | R. Frankel | Prepare notes, e-mails re J. Liesemer comments on exclusivity opposition, comments on 3rd Circuit draft brief. | 2.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

August 27, 2007
Invoice No. 1084604

| 07/02/07 | R. Frankel | Telephone call with J. Liesemer and S. Baena re opposition to exclusivity (.9); telephone conferences with D. Felder re opposition (.5); notes re same (.3). | 1.70 |
|---|---|---|---|
| 07/03/07 | T. Hoye | Meet with C. Zurbrugg; review and research certain files included on the disc as requested. | 0.50 |
| 07/03/07 | C. Zurbrugg | Review e-mail from D. Felder re discovery requests (.1); review letter to B. Harding re same (.1); review spreadsheet re same (.1); review exhibits and appendices to Florence expert report (1.5); confer with T. Hoye re disk containing Dunbar exhibits (.3); review assignment sheet (.1). | 2.20 |
| 07/03/07 | A. Weiss | Review court transcripts re reserve information (.8); summarize for R. Mullady findings re same (.4); attend telephonic meet-and-confer re discovery issues with R. Mullady and Grace attorneys (1.0). | 2.00 |
| 07/03/07 | D. Felder | Telephone conferences with R. Frankel regarding exclusivity opposition (.8); telephone conference with R. Mullady, N. Finch and Debtors regarding discovery issues (.8); review correspondence regarding same (1.0); revise and finalize opposition to exclusivity motion (4.5); e-mail correspondence with M. Hurford and J. Sakalo regarding Third Circuit appendix (.5). | 7.60 |
| 07/03/07 | R. Mullady, Jr. | Prepare for and participate in meet and confer conference call with debtors' counsel (2.5); telephone conversations with J. Biggs and O. Sherman (.2); conference call with J. Biggs (.6); telephone conversations with B. Harding (.2). | 3.50 |
| 07/03/07 | R. Frankel | Review new draft of opposition to exclusivity motion (1.2); telephone conference with D. Felder re same (.4). | 1.60 |
| 07/03/07 | R. Frankel | Review, exchange series of e-mails re draft opposition, new language from ACC and PDC (1.1); telephone conferences with D. Felder re same (.3). | 1.40 |
| 07/03/07 | R. Frankel | Review "final" draft of opposition (.9); telephone conference with D. Felder re same (.3). | 1.20 |
| 07/04/07 | R. Frankel | Review M. Peterson expert report. | 1.30 |
| 07/04/07 | R. Frankel | Review draft outline from J. Biggs re supplemental expert report and rebuttal reports (1.3); notes re same (.3). | 1.60 |
| 07/05/07 | D. Felder | Review e-mail correspondence regarding estimation issues and e-mails to R. Mullady regarding same. | 0.50 |
| 07/05/07 | R. Mullady, Jr. | Review, revise and discuss draft estimation rebuttal report (5.0); conference call with J. Biggs and G. Rasmussen (1.0); telephone conversation with D. Felder (.2); review e-mails from ACC and plaintiffs' firms counsel regarding discovery matters (.2). | 6.40 |
| 07/05/07 | G. Rasmussen | Analysis of J. Biggs' proposed outline of rebuttal points and development of additional rebuttal issues. | 2.00 |


ORRICK

| | | | |
|---|---|---|---|
| 07/06/07 | C. Zurbrugg | Review B. Castleman expert report. | 2.30 |
| 07/06/07 | A. Kim | Confer with M. Jeweler on approach and legal research related to estimation opinions and analysis of Debtors' expert reports submitted to date. | 0.50 |
| 07/06/07 | D. Felder | E-mail correspondence with R. Mullady and K. Pasquale regarding expert materials (.1); telephone conference with R. Mullady regarding same (.1); e-mails to and from M. Hurford and J. Phillips regarding exclusivity objection (.2); review objection filed by U.S. Trustee (.2). | 0.60 |
| 07/06/07 | R. Mullady, Jr. | Conference call with J. Biggs (.6); telephone conversations with B. Harding (.4); e-mails to/from Grace and ACC counsel (.3); review decision of Texas Supreme Court relevant to estimation issues (1.0). | 2.30 |
| 07/06/07 | G. Rasmussen | Conference with J. Biggs regarding her rebuttal report. | 0.50 |
| 07/06/07 | R. Frankel | Review E. Stallard expert report (1.0); review Peterson expert report (.8). | 1.80 |
| 07/06/07 | R. Frankel | Confer with R. Wyron re status. | 0.30 |
| 07/06/07 | R. Frankel | Review UST objection to exclusivity extension, limited objection to sale. | 1.10 |
| 07/07/07 | C. Zurbrugg | Review expert report of B. Castleman. | 1.00 |
| 07/07/07 | R. Wyron | Review portions of 6/26 hearing transcript on plan issues. | 0.40 |
| 07/09/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 5.50 |
| 07/09/07 | C. Zurbrugg | Confer with J. Ansbro re deposition assignments. | 0.30 |
| 07/09/07 | D. Felder | Telephone conference with R. Mullady regarding estimation issues (.1); confer with R. Mullady and J. Ansbro regarding strategy and upcoming issues (.9); follow-up regarding same and e-mail correspondence with J. Biggs and V. Roggli regarding expert reports (1.0). | 2.00 |
| 07/09/07 | J. Ansbro | Telephone conference with D. Felder regarding recent case developments (.2); review numerous e-mails and attachments to/from Grace counsel and to/from Orrick team and ACC counsel, regarding discovery disputes, protection for privilege order deposition scheduling and Grace request to FCR for additional electronic expert reliance materials (2.0); prepare for and participate in conference call with R. Mullady and D. Felder regarding upcoming discovery and case strategy (1.2); conferences with C. Zurbrugg regarding discovery assignments and upcoming depositions (.3); review J. Biggs' outline of rebuttal report and R. Mullady comments (.5). | 4.20 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

August 27, 2007
Invoice No. 1084604

| 07/09/07 | R. Mullady, Jr. | Review status of E. Stallard expert work (.2); review proposed order forwarded by D. Parsons and related e-mails (.2); meet with estimation team (1.0); e-mails to/from J. Biggs and B. Harding (.5). | 1.90 |
|---|---|---|---|
| 07/10/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 3.50 |
| 07/10/07 | D. Felder | Review estimation discovery materials (2.0); telephone conference with J. Biggs regarding estimation issues (.1); e-mails to R. Mullady regarding same (.2); e-mails to litigation team regarding PI CMO and other estimation issues (.3); telephone conference with B. Gillespie regarding same (.1); review estimation expert reports and e-mails with B. Gillespie regarding same (2.3); research regarding Grace personal injury cases (1.0). | 6.00 |
| 07/10/07 | J. Ansbro | Further review and consideration of J. Biggs' outline of draft rebuttal report and R. Mullady's comments to same, and review Florence report in connection with same (2.4); review ACC's draft response on Grace motion to compel discovery from trusts (.4); review competing orders on non-waiver of privilege, and court's final order (.4); attention to rebuttal expert report of J. Jacoby (1.7). | 4.90 |
| 07/10/07 | R. Mullady, Jr. | Attention to J. Biggs supplemental expert report and discovery matters. | 1.50 |
| 07/11/07 | R. Mulligan | Research W.R. & Grace cases for D. Felder. | 1.50 |
| 07/11/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 1.00 |
| 07/11/07 | A. Kim | Analyze M. Jeweler's memorandum summarizing key methodology points and findings for Debtor estimation experts (.4); confer with M. Jeweler regarding foregoing and next steps re potential Daubert issues, and cross-examination points (.2). | 0.60 |
| 07/11/07 | D. Felder | Confer with R. Frankel regarding exclusivity issues (.3); review e-mails and attachments from J. Biggs, N. Finch and R. Mullady regarding estimation issues (1.0); telephone conference with R. Mullady and J. Ansbro regarding strategy (.6); review estimation expert reports (2.7). | 4.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

August 27, 2007
Invoice No. 1084604

| 07/11/07 | J. Ansbro | Review draft protective order in connection with Tillinghast disclosures to Grace (.4); e-mails to/from ACC counsel regarding expert depositions and potential changes to case schedule (.3); telephone conference with ACC counsel, J. Wehner, regarding experts rebuttal analysis (.6); conference call with R. Mullady and D. Felder regarding expert issues (.6); e-mail to rebuttal expert (.3). | 2.20 |
|---|---|---|---|
| 07/11/07 | R. Mullady, Jr. | Telephone conversations with J. Biggs, J. Ansbro and D. Felder (1.3); prepare draft protective order (.5); attention to estimation rebuttal reports (.5); e-mails to N. Finch and B. Harding (.3). | 2.60 |
| 07/11/07 | R. Wyron | Review draft Third Circuit Brief on exclusivity and organize comments (1.4); confer with R. Frankel on brief comments (.3); call to J. Liesemer re comments on draft brief (.3); follow-up on changes to brief (.2). | 2.20 |
| 07/11/07 | R. Frankel | Review revised 3rd Circuit brief (exclusivity) from J. Liesemer (2.2); confer with R. Wyron re same (.4); telephone conference with J. Liesemer re same (.3) | 2.90 |
| 07/11/07 | R. Frankel | Confer with D. Felder re July 23 hearing on exclusivity (.3); prepare notes re argument (.5). | 0.80 |
| 07/12/07 | C. Zurbrugg | Telephone conference with B. Gillespie, J. Jacoby, E. Stallard and J. Ansbro re expert reports (.9); confer with J. Ansbro re expert reports and schedule (.5); telephone conference with J. Jacoby and J. Ansbro re expert report (.9); telephone conference with D. Felder and J. Ansbro re same (.2). | 2.50 |
| 07/12/07 | D. Felder | Telephone conference with J. Ansbro regarding estimation issues (.1); telephone conference with J. Ansbro, E. Stallard and experts regarding estimation issues (1.5); telephone conference with J. Radecki regarding estimation issues (.1); telephone conference with G. Rasmussen regarding expert issues (.1); research Grace case law regarding personal injury issues (3.0); review and revise protective order and telephone conferences with R. Mullady regarding same (1.0); telephone conference with R. Mullady, J. Ansbro and expert regarding estimation issues (.8); review e-mails regarding deposition schedule and e-mails to ACC regarding same (.2). | 6.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    August 27, 2007
17367                                                                                                            Invoice No. 1084604
page 8

| | | | |
|---|---|---|---|
| 07/12/07 | J. Ansbro | Prepare for and telephone conference with B. Gillespie (Tillinghast) regarding rebuttal expert reports (.8); prepare for and conference call with Tillinghast team (B. Gillespie and J. Kimble), E. Stallard and J. Jacoby regarding rebuttal analysis and reports (1.8); e-mails to/from R. Mullady regarding same (.2); review deposition exhibits (received today) from ACC counsel regarding causational analysis (.5); telephone conference with R. Mullady regarding case analysis and strategy (.5); telephone conference with C. Zurbrugg and D. Felder regarding J. Jacoby expert report (.2); follow-up conferences with C. Zurbrugg regarding expert reports and schedule (.5); additional attention to case analysis for J. Jacoby rebuttal report (1.5). | 6.00 |
| 07/12/07 | R. Mullady, Jr. | Revise rebuttal non-estimation report (.7); review and revise draft protective order regarding Tillinghast proprietary data, discuss same with J. Biggs, and forward same to debtors' counsel (2.8); telephone conversation with J. Ansbro regarding various estimation strategy issues (.5). | 4.00 |
| 07/12/07 | G. Rasmussen | Conference with D. Felder on E. Stallard rebuttal. | 0.30 |
| 07/12/07 | R. Wyron | Review recent pleadings and follow-up on open items (.3); review information on potential rebuttal reports (.2). | 0.50 |
| 07/13/07 | R. Barainca | Prepare Court Exhibits regarding exclusivity for R. Frankel and D. Felder. | 1.50 |
| 07/13/07 | D. Felder | Review e-mail correspondence and attachments regarding protective order and e-mails with R. Mullady regarding same (.9); review recently filed pleadings (.4); research case law regarding estimation issues (1.0); draft slides for exclusivity argument (1.5); conference with R. Barainca regarding same (.1); review expert reports (2.4). | 6.30 |
| 07/13/07 | J. Ansbro | E-mails to/from R. Mullady regarding J. Biggs' report and protective order issues (.4); prepare for and telephone conference with L. Kaplan regarding case background and preparation for Jacoby rebuttal report (1.7); review Grace non-estimation expert reports and consider rebuttals (2.4). | 4.50 |
| 07/13/07 | R. Mullady, Jr. | Telephone conversations with E. Leibenstein and N. Finch regarding J. Biggs report and protective order issue (.5); e-mails to/from J. Biggs and estimation team regarding same (.4); review and revise draft estimation rebuttal report (1.5). | 2.40 |
| 07/13/07 | R. Wyron | Review e-mails on rescheduling and call to Piper Jaffray re same. | 0.20 |
| 07/13/07 | R. Frankel | Review agenda for July 19 hearing. | 0.30 |
| 07/13/07 | R. Frankel | Review portions of Peterson expert report. | 1.30 |
| 07/13/07 | R. Frankel | Begin preparation for oral argument re termination of exclusivity. | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

August 27, 2007
Invoice No. 1084604

| 07/14/07 | R. Mullady, Jr. | Further prepare estimation rebuttal reports (1.5); review recent asbestos medical article on chrysotile and mesothelioma (.5). | 2.00 |
|---|---|---|---|
| 07/14/07 | R. Frankel | Review prior transcripts of exclusivity hearings. | 1.40 |
| 07/15/07 | D. Felder | Review e-mails and draft protective orders from R. Mullady (.1); review reply to exclusivity and e-mail to R. Frankel and R. Wyron regarding same (.2); review interrogatories from plaintiffs' counsel and objection to sale motion (.4); review other recently filed pleadings for July 23 omnibus hearing (1.2). | 1.90 |
| 07/15/07 | R. Mullady, Jr. | Review proposed amendments to draft protective order and forward same to F. Lowell and J. Biggs. | 0.60 |
| 07/16/07 | R. Barainca | Continue preparing Court Exhibits regarding exclusivity for R. Frankel and D. Felder. | 3.20 |
| 07/16/07 | E. Somers | Review, edit and cite check Sections 1-3 of expert witness report in preparation for submission to court. | 3.80 |
| 07/16/07 | D. Felder | Continue review on recently filed pleadings for July 23 omnibus hearing (.5); telephone conference with E. Stallard regarding expert report issues (1.5); review and revise exclusivity slides and conference with R. Barainca regarding same (1.0); telephone conference with J. Biggs and R. Mullady regarding estimation issues (.5); e-mail correspondence regarding protective order (.5); telephone conference with M. Hurford and vendor for Third Circuit brief regarding finalizing and review and revise same (2.5); review Debtors' LTIP motion and e-mail to R. Wyron regarding same (.2); e-mail correspondence with R. Mullady regarding protective order (.2); prepare certification of counsel regarding protective order and e-mails to R. Mullady and J. Ansbro regarding same (.6); review expert reports and summary chart regarding same (1.0). | 8.50 |
| 07/16/07 | J. Ansbro | Prepare for and participate in conference call with E. Stallard (2.0); telephone conference with R. Mullady and N. Finch regarding rebuttal expert reports (.2); prepare for 7/17 call with J. Jacoby regarding rebuttal expert report (1.5). | 3.70 |
| 07/16/07 | R. Mullady, Jr. | Negotiate terms of protective order with debtors' counsel (.5); participate in conference call with E. Stallard (1.3); telephone conversation with J. Ansbro and N. Finch (.2); revise rebuttal estimation report (.3). | 2.30 |
| 07/16/07 | G. Rasmussen | Conference with E. Stallard on his analysis and supplemental report. | 1.50 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    August 27, 2007
17367                                                                    Invoice No. 1084604
page 10

| 07/16/07 | R. Wyron | Coordinate issues for 7/23 omnibus (.3); review new proposed LTIP motion (.2); call to J. Brownstein and follow-up on items from LTIP motion (.4); review issues on discovery and J. Biggs' report and follow-up (.3). | 1.20 |
|---|---|---|---|
| 07/16/07 | R. Frankel | Review, edit demonstrative slides for exclusivity argument. | 1.40 |
| 07/16/07 | R. Frankel | Prepare notes for oral argument on exclusivity (.9); review reply and motion for leave filed by Grace (.9). | 1.80 |
| 07/16/07 | R. Frankel | Telephone conference with D. Austern re case issues, exclusivity hearing; notes re same. | 0.60 |
| 07/16/07 | R. Frankel | Review with R. Wyron issues re oral argument. | 0.40 |
| 07/17/07 | R. Barainca | Confer with R. Frankel and D. Felder in regard to court exhibits. | 0.40 |
| 07/17/07 | R. Barainca | Edit Court exhibits regarding exclusivity for R. Frankel and D. Felder. | 1.30 |
| 07/17/07 | D. Felder | Review non-estimation expert reports and prepare for telephone conference with V. Roggli regarding same (1.6); conference with R. Frankel and R. Barainca regarding exclusivity hearing slides (.4); e-mail to K. Pasquale regarding protective order (.1); telephone conference with V. Roggli and G. Rasmussen regarding expert report issues (1.8); telephone conference with J. Biggs regarding same (.1); telephone conference with M. Hurford regarding upcoming hearing (.4); finalize summary chart of estimation liabilities (.3); telephone conference with J. Biggs regarding estimation issues and e-mails to and from litigation team regarding same (1.0); review D. Siegel deposition transcript and exhibits (2.0). | 7.70 |
| 07/17/07 | J. Ansbro | E-mails to/from D. Felder and team regarding rebuttal expert reports (.4); discussions with R. Mullady and D. Felder regarding supplementing J. Biggs production of reliance materials (.5); further preparation for call with J. Jacoby and L. Kaplan regarding rebuttal expert report (3.0); conference call with J. Jacoby and L. Kaplan regarding rebuttal expert report (1.3). | 5.20 |
| 07/17/07 | R. Mullady, Jr. | Discussions regarding J. Biggs supplemental report and underlying model (.5); review and revise draft opposition to debtors' request for additional depositions (.5). | 1.00 |
| 07/17/07 | G. Rasmussen | Conference with V. Roggli regarding his rebuttal report. | 1.30 |
| 07/17/07 | R. Frankel | Review with R. Wyron issues re exclusivity (.3); telephone conference with D. Austern re exclusivity (.2). | 0.50 |
| 07/17/07 | R. Frankel | Prepare notes for argument, consider exclusivity issues (1.9); telephone conference with U.S. Trustee re same (.2). | 2.10 |
| 07/17/07 | R. Frankel | Review series of e-mails re changes to J. Biggs' report. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          August 27, 2007
17367                                                                          Invoice No. 1084604
page 11

| 07/17/07 | R. Frankel | Review agenda for 7/23 hearing; review ACC statement joining in opposition to exclusivity. | 0.80 |
|---|---|---|---|
| 07/17/07 | R. Frankel | Prepare notes for exclusivity argument (.9); confer with D. Felder, R. Barainca re slides (.5). | 1.40 |
| 07/17/07 | R. Frankel | Review revised demonstrative slides in preparation for argument. | 0.70 |
| 07/18/07 | E. Somers | Review source material for draft of expert witness report. | 1.20 |
| 07/18/07 | D. Felder | Telephone conference with ACC and R. Mullady regarding scheduling issues (.8); telephone conference with Debtors, ACC and R. Mullady regarding same (.4); follow-up telephone conference with R. Mullady regarding same (.1); e-mails to experts regarding same (.4); telephone conference with J. Radecki regarding same (.1). | 1.80 |
| 07/18/07 | J. Ansbro | Participate in conference call with ACC counsel and R. Mullady regarding estimation hearing issues and call with Grace counsel (.8); participate in conference call with Grace counsel regarding expert discovery (.4); e-mails to J. Jacoby regarding rebuttal expert report (.5). | 1.70 |
| 07/18/07 | R. Mullady, Jr. | Conference call with ACC counsel and estimation team (.8); telephone conversations and e-mails to debtors' counsel (.3); discussions with D. Felder and E. Somers regarding estimation issues (.5). | 1.60 |
| 07/18/07 | R. Frankel | Prepare notes, consider argument and review pleadings in preparation for July 23 hearing. | 1.40 |
| 07/19/07 | C. Zurbrugg | Confer with J. Ansbro re expert issues, Rust and BMC depositions, and schedule (1.7); gather Rust and BMC documents (.2); draft rescheduled notices of deposition for Rust and BMC (.7); draft outline for BMC deposition and review documents for same (1.2). | 3.80 |
| 07/19/07 | K. Thomas | Review filings in preparation for National Union hearing (.6); participate in telephonic hearing (2.0); prepare memorandum re background and summary of hearing (.6); conference with R. Wyron re same (.1). | 3.30 |
| 07/19/07 | J. Ansbro | Discussions with C. Zurbrugg regarding expert issues and preparations for BMC and Rust depositions (1.7); review and revise J. Biggs' letter regarding supplemental production of reliance materials, and errata, e-mails to/from R. Mullady regarding same, telephone conferences with D. Felder regarding same (1.5); further detailed review and rebuttal issue analysis of Grace estimation expert reports (4.0); confer with R. Frankel regarding 7/23 hearing and case strategy (.4). | 7.60 |
| 07/19/07 | R. Mullady, Jr. | Review draft letter from J. Biggs regarding production of underlying formulas and discuss same with J. Ansbro. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

August 27, 2007
Invoice No. 1084604

| 07/19/07 | R. Wyron | Continue detailed review of estimation expert reports and analysis. | 1.10 |
|---|---|---|---|
| 07/19/07 | R. Frankel | Confer with J. Ansbro re case issues, July 23 hearing. | 0.40 |
| 07/20/07 | R. Barainca | Edit Exclusivity slides and prepare for use at the hearing. | 2.10 |
| 07/20/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 4.50 |
| 07/20/07 | C. Zurbrugg | Review documents and draft outline for BMC deposition (6.0); confer with J. Ansbro re same (.7). | 6.70 |
| 07/20/07 | K. Thomas | Conference with D. Felder re reviewing hearing transcripts from various hearings on exclusivity (.1); review transcripts (1.2). | 1.30 |
| 07/20/07 | D. Felder | Telephone conference with J. Ansbro regarding estimation issues (.5); review draft letter from J. Biggs and telephone conference with J. Ansbro regarding same (.4); e-mail correspondence with R. Mullady and J. Ansbro regarding same (.2); conference with K. Thomas regarding review of transcripts for July 23 argument (.2). | 1.30 |
| 07/20/07 | J. Ansbro | Conference with C. Zurbrugg regarding preparations for BMC deposition (.7); attention to rebuttal expert report, including review of pertinent discovery record and various Grace expert reports (6.5); discussions with R. Mullady regarding production of Tillinghast model and further revisions to draft letter regarding same (.8); e-mails to/from R. Mullady regarding upcoming Omnibus Hearing (.3). | 8.30 |
| 07/20/07 | R. Mullady, Jr. | Discussions with J. Biggs, J. Ansbro and D. Felder regarding production of Tillinghast model, including review and revision of draft letter to debtors' counsel (1.0); e-mails to/from B. Harding, N. Finch and J. Ansbro regarding issues for upcoming omnibus hearing (.3). | 1.30 |
| 07/20/07 | R. Frankel | Review debtors' motion, reply and all oppositions re exclusivity; notes re same. | 1.60 |
| 07/21/07 | K. Thomas | Review transcripts re exclusivity hearings (2.7); summarize results of findings in e-mail to D. Felder (.5) | 3.20 |
| 07/21/07 | D. Felder | Review pleadings in preparation for July 23 hearing (.1); e-mail correspondence with R. Frankel regarding same (.1). | 0.20 |
| 07/21/07 | R. Mullady, Jr. | Attention to issues re production of J. Biggs model and related correspondence. | 0.50 |
| 07/21/07 | R. Frankel | Prepare outline for oral argument on exclusivity (2.3); review portions of transcripts (.4); review argument re demonstrative slides (.5). | 3.20 |
| 07/22/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 3.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

August 27, 2007
Invoice No. 1084604

| 07/23/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 4.50 |
|---|---|---|---|
| 07/23/07 | C. Zurbrugg | Telephone conference with J. Wehner re BMC deposition (.2); prepare documents to send to J. Jacoby (.2); draft letter to J. Jacoby re same (.4); review Rust documents and revise BMC deposition outline (3.5); exchange e-mails with J. Ansbro, D. Felder and J. Wehner re Rust document production (.5). | 4.80 |
| 07/23/07 | K. Thomas | Assist D. Felder in preparing documents re expert reliance materials. | 0.20 |
| 07/23/07 | D. Felder | Telephone conference with J. Biggs and J. Ansbro regarding estimation issues (.5); review response letter to fee auditor (.2); telephonic participation in omnibus hearing (2.0); e-mails to C. Zurbrugg and counsel for ACC regarding document production (.5); review materials from J. Biggs regarding estimation issues (1.0); e-mail correspondence with R. Mullady and J. Ansbro regarding estimation issues and telephone conferences with J. Ansbro regarding same (.7); review materials to be produced by J. Biggs regarding estimation and prepare same for production (1.8). | 6.70 |
| 07/23/07 | J. Ansbro | Prepare for Omnibus Hearing (1.0); review estimation expert reports and outline of rebuttal reports (1.5); pre-hearing meeting with ACC counsel regarding exclusivity opposition and estimation strategy (1.0); attend Omnibus Court Hearing to cover personal injury estimation matters (3.5); e-mails to/from C. Zurbrugg and D. Felder regarding documents produced by Grace and preparation for 7/25 BMC deposition (.7); telephone conference with J. Biggs and D. Felder regarding estimation issues (.5). | 8.20 |
| 07/23/07 | R. Mullady, Jr. | E-mails to/from J. Biggs, J. Ansbro and D. Felder regarding production of J. Biggs documentation and other PI discovery issues. | 0.60 |
| 07/23/07 | R. Frankel | Review new demonstratives from debtor, pleadings from CA, Debtor in preparation for hearing. | 1.60 |
| 07/23/07 | R. Frankel | Prepare for oral argument on exclusivity. | 2.40 |
| 07/23/07 | R. Frankel | Confer with S. Baena, J. Sakalo, J. Ansbro and N. Finch in preparation for hearing. | 1.40 |
| 07/23/07 | R. Frankel | Attend Omnibus Hearing argument on exclusivity. | 4.10 |
| 07/23/07 | R. Frankel | Confer with P. Lockwood on exclusivity. | 0.60 |
| 07/24/07 | D. Fullem | Confer with D. Felder; coordinate copies of disks containing additional data for D. Felder; review disks for all information; update D. Felder regarding same. | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -              August 27, 2007
17367                                                                            Invoice No. 1084604
page 14

| | | | |
|---|---|---|---|
| 07/24/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 4.50 |
| 07/24/07 | C. Zurbrugg | Review Rust documents and update BMC deposition outline (.7); confer with J. Ansbro re BMC deposition, outline and documents (3.2); telephone conference with J. Wehner and J. Ansbro re same (1.0); telephone conference with J. Jacoby, L. Kaplan and J. Ansbro re expert report (.9); confer with J. Ansbro re same (.3); prepare documents for BMC deposition (.9); review outline for same (.2); revise same (1.2); get PACER information and review docket and related documents (3.8). | 12.20 |
| 07/24/07 | D. Felder | Telephone conference with J. Ansbro regarding estimation issues (.1); telephone conference with J. Biggs regarding same (.1); e-mail correspondence with litigation team regarding same (.3); telephone conference with J. Ansbro and J. Biggs regarding Tillinghast data and review same (1.5); telephone conference with J. Ansbro regarding estimation issues and review materials regarding same (1.8); conference with D. Fullem regarding Tillinghast data (.1). | 3.90 |
| 07/24/07 | J. Ansbro | Prepare for 30(b)(6) deposition of BMC, including review and selection of exhibits, conferences with C. Zurbrugg, telephone conferences with ACC counsel (J. Wehner), revise deposition outline (7.5); draft summary to R. Mullady of 7/23 Omnibus Hearing (.6); prepare and participate in conference call with J. Jacoby and L. Kaplan regarding expert report (1.2). | 9.30 |
| 07/24/07 | R. Mullady, Jr. | E-mails to/from D. Felder, J. Baer, J. Ansbro, J. Biggs and N. Finch regarding estimation issues. | 0.50 |
| 07/24/07 | R. Frankel | Confer with R. Wyron re case issues and exclusivity hearing. | 0.40 |
| 07/24/07 | R. Frankel | Telephone conference with D. Austern re hearing. | 0.20 |
| 07/25/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 4.50 |
| 07/25/07 | C. Zurbrugg | Prepare for BMC deposition (1.5); attend BMC deposition (6.5); confer with J. Ansbro and J. Wehner re same (.5); draft summary of BMC deposition (1.8); revise same (.3). | 10.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

August 27, 2007
Invoice No. 1084604

| 07/25/07 | D. Felder | E-mail correspondence with C. Zurbrugg regarding BMC deposition (.2); finalize Tillinghast data (.5) review final fee auditor's letter and e-mail to R. Wyron regarding same (.2); e-mails with A. Hermele and C. Zurbrugg regarding pro hac vice admission (.3); e-mails to C. Hartman and J. Phillips regarding same (.1); review V. Roggli report (1.1). | 2.40 |
| --- | --- | --- | --- |
| 07/25/07 | J. Ansbro | Review and revise outline for BMC deposition (.5); meeting with ACC counsel (J. Wehner) and C. Zurbrugg in preparation for BMC deposition (1.5); take deposition of BMC's 30(b)(6) witness (Stephanie Kjontvedt) (6.0); post-deposition e-mail summaries to R. Mullady and OHS team (.5); post-deposition discussions with Zurbrugg and Wehner regarding follow-up actions and preparations for 8/14 deposition of Rust (.5). | 9.00 |
| 07/25/07 | R. Mullady, Jr. | E-mails to/from J. Ansbro and D. Felder regarding estimation issues. | 0.40 |
| 07/26/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 2.00 |
| 07/26/07 | C. Zurbrugg | Review S. Kjontvedt deposition transcript and draft letter to A. Basta and D. Mendelson re same (5.0); confer with J. Ansbro re same (.8). | 5.80 |
| 07/26/07 | D. Felder | E-mail correspondence with A. Hermele regarding PD hearing (.4); telephone conference with J. Ansbro regarding motion to compel documents (.1); review recently filed pleadings for August omnibus (1.0); review non-estimation expert reports (3.5); telephone conference with J. Ansbro regarding estimation issues (.5). | 5.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

August 27, 2007
Invoice No. 1084604

| | | | |
|---|---|---|---|
| 07/26/07 | J. Ansbro | E-mails to/from R. Mullady regarding BMC testimony and follow-up actions (.3); conferences with C. Zurbrugg regarding draft meet and confer letter demanding production of BMC documents (.5); review memorandum of law regarding privilege issues (.5); telephone conferences with D. Felder regarding depositions and discovery tasks (.4); e-mails to/from ACC counsel (N. Finch) regarding Grace document production (.2); review Court's exclusivity order, e-mails to/from team and ACC counsel regarding same, telephone conference with D. Felder regarding same (.4); review and revise draft opposition to Grace motion to depose claimant law firms, e-mail to ACC counsel regarding same (2.8); review and revise draft meet and confer letter to Grace regarding FCR document demands, confer with C. Zurbrugg regarding same (.3); initial review of transcript of BMC 30(b)(6) deposition (.6); prepare to take deposition of Rust, Inc. (.7). | 6.10 |
| 07/26/07 | R. Mullady, Jr. | E-mails to/from J. Ansbro and D. Felder regarding exclusivity ruling and BMC deposition. | 0.50 |
| 07/26/07 | R. Wyron | Review issues and strategy on exclusivity termination and follow-up e-mails (.6); review LTIP motion and follow-up with Piper Jaffray (.3). | 0.90 |
| 07/26/07 | R. Frankel | Review series of e-mails re termination of exclusivity (.3); review and consider order terminating exclusivity (.3). | 0.60 |
| 07/27/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 3.00 |
| 07/27/07 | C. Zurbrugg | Confer with J. Cangialosi re documents to J. Jacoby (.2); draft letter to J. Jacoby re same (.2); draft e-mail to J. Jacoby re same (.2); draft letter to A. Basta and D. Mendelson re BMC deposition (3.3); confer with L. Chaffin re 30(b)(6) research (.5). | 4.40 |
| 07/27/07 | R. Mullady, Jr. | Review and revise draft opposition to debtors' motion to propound interrogatories and take additional depositions. | 1.20 |
| 07/28/07 | R. Mullady, Jr. | Review court's order and opinion terminating exclusivity and discuss same with R. Frankel. | 0.30 |
| 07/29/07 | C. Zurbrugg | Revise letter to A. Basta and D. Mendelson re BMC deposition. | 1.80 |
| 07/29/07 | J. Ansbro | Review and revise draft meet and confer letter to Grace counsel regarding BMC's failure to produce documents, e-mails to/from C. Zurbrugg and R. Mullady regarding same. | 0.60 |
| 07/29/07 | R. Mullady, Jr. | Review and revise letter to debtors' counsel regarding BMC deposition and document production (.7); e-mails to/from J. Ansbro and R. Frankel (.3). | 1.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

August 27, 2007
Invoice No. 1084604

| | | | |
|---|---|---|---|
| 07/30/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 2.00 |
| 07/30/07 | C. Zurbrugg | Revise letter to A. Basta and D. Mendelson re BMC. | 0.80 |
| 07/30/07 | A. Weiss | Begin summarizing points from Egan trial testimonies and depositions to prepare for his deposition. | 5.30 |
| 07/30/07 | D. Felder | Review recently filed pleadings regarding Debtors' interrogatories (1.5); prepare agenda for status meeting with litigation team (.8); review V. Roggli expert report and telephone conferences with G. Rasmussen and R. Mullady regarding same (2.3); status meeting with litigation team (1.0); telephone conference with N. Finch regarding estimation issues (.1); conference with G. Rasmussen and telephone conference with V. Roggli regarding expert report (.7); telephone conference with M. Hurford regarding July 23 omnibus hearing (.3); telephone conference with M. Kramer regarding August 1 hearing (.1); telephone conference with R. Mullady regarding August 1 hearing (.1); telephone conference with D. Austern regarding expert meeting (.1); review agenda regarding August 1 hearing (.1); review V. Roggli expert report and telephone conferences with G. Rasmussen and R. Mullady (2.3). | 9.40 |
| 07/30/07 | J. Ansbro | Monitor e-mails to/from Orrick team and ACC counsel regarding rebuttal expert reports (.3); participate in team meeting regarding case analysis, upcoming discovery and expert rebuttals (.8); conference call with ACC counsel regarding expert rebuttals (.2). | 1.30 |
| 07/30/07 | R. Mullady, Jr. | Review and revise draft report of V. Roggli (2.5); attention to various discovery and expert witness matters in estimation case, including preparation for 8/1 PI discovery hearing (3.5). | 6.00 |
| 07/30/07 | G. Rasmussen | Review of V. Roggli's rebuttal report; identification of areas for possible clarification. | 5.00 |
| 07/30/07 | G. Rasmussen | Confer with R. Mullady to address outstanding issues on experts. | 1.00 |
| 07/30/07 | R. Frankel | Telephone conference with J. Liesemer re 3rd Circuit exclusivity appeal (.2); consider dismissal (.4). | 0.60 |
| 07/31/07 | J. Cangialosi | Assist attorney (C. Zurbrugg) and Tillinghast team with selection of certain documents for preparation and review by experts in specific orders. | 2.50 |
| 07/31/07 | E. Somers | Review and confirm case citations in expert witness report. | 1.00 |
| 07/31/07 | C. Zurbrugg | Revise letter to A. Basta and D. Mendelson re BMC (2.0); exchange e-mails with R. Mullady and J. Ansbro re same (.2). | 2.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

August 27, 2007
Invoice No. 1084604

| 07/31/07 | D. Felder | Telephone conferences with M. Hurford regarding non-estimation expert reports (.2); telephone conferences with G. Rasmussen regarding V. Roggli report (.2); review and revise same (2.0); e-mails to litigation team regarding V. Roggli report (.5); review T. Florence expert report (1.2); e-mail correspondence with J. Phillips regarding expert report (.1); prepare letter to Judge Fitzgerald regarding expert report (.1); finalize V. Roggli expert report (1.8). | 6.10 |
|---|---|---|---|
| 07/31/07 | J. Ansbro | E-mails to/from R. Mullady regarding draft rebuttal estimation expert report (.4); initial review of Grace's rebuttal non-estimation reports (1.2). | 1.60 |
| 07/31/07 | R. Mullady, Jr. | Prepare for 8/1 PI discovery hearing (2.0); review and revise draft report of M. Shapo (3.0). | 5.00 |
| 07/31/07 | G. Rasmussen | Review of revised V. Roggli Report. | 0.30 |
| 07/31/07 | G. Rasmussen | Analyze Florence report. | 1.70 |
| 07/31/07 | R. Frankel | Review, sort docket entries. | 0.30 |
| 07/31/07 | R. Frankel | Review issues, pleadings re subpoena to Manville Trust (.9); review Celotex opposition to motion to compel (.7). | 1.60 |

Total Hours                464.00
Total For Services                                $241,594.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 84.40 | 625.00 | 52,750.00 |
| Rachael Barainca | 8.50 | 150.00 | 1,275.00 |
| James Cangialosi | 40.50 | 235.00 | 9,517.50 |
| Debra Felder | 98.60 | 465.00 | 45,849.00 |
| Roger Frankel | 61.00 | 770.00 | 46,970.00 |
| Debra O. Fullem | 0.90 | 225.00 | 202.50 |
| Timothy J. Hoye | 0.50 | 195.00 | 97.50 |
| Antony P. Kim | 1.10 | 430.00 | 473.00 |
| Raymond G. Mullady, Jr. | 52.00 | 695.00 | 36,140.00 |
| Risa L. Mulligan | 1.50 | 170.00 | 255.00 |
| Garret G. Rasmussen | 13.60 | 700.00 | 9,520.00 |
| Emily S. Somers | 6.00 | 270.00 | 1,620.00 |
| Katherine S. Thomas | 8.00 | 390.00 | 3,120.00 |
| Annie L. Weiss | 15.30 | 390.00 | 5,967.00 |
| Richard H. Wyron | 6.50 | 700.00 | 4,550.00 |
| Catharine L. Zurbrugg | 65.60 | 355.00 | 23,288.00 |
| Total All Timekeepers | 464.00 | $520.68 | $241,594.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

August 27, 2007
Invoice No. 1084604

Disbursements

| | |
|---|---:|
| Duplicating Expense | 12,201.00 |
| Express Delivery | 1,028.06 |
| Hotel | 19,589.76 |
| Lexis Research | 1,372.75 |
| Local Taxi Expense | 406.22 |
| Other Business Meals | 285.24 |
| Out of Town Business Meals | 90.78 |
| Outside Reproduction Services | 9,993.00 |
| Outside Services | 156.96 |
| Overtime Meals | 46.75 |
| Parking Expense | 40.00 |
| Postage | 658.81 |
| Purchases | 16.18 |
| Secretarial/Staff Overtime | 48.00 |
| Telephone | 53.43 |
| Travel Expense, Air Fare | 1,229.25 |
| Travel Expense, Local | 24.25 |
| Travel Expense, Out of Town | 169.86 |
| Westlaw Research | 1,916.50 |

Total  Disbursements                $49,326.80

**Total For This Matter**                **$290,921.30**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

August 27, 2007
Invoice No. 1084604

For Legal Services Rendered Through July 31, 2007 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 07/25/07 | R. Frankel | Confer with R. Wyron re plan-settlement issues; research issues re market cap, cap structure. | 0.70 |
| 07/26/07 | R. Frankel | Review file re plan structure, financial issues in preparation for D. Austern meeting. | 1.20 |
| 07/26/07 | R. Frankel | Confer with D. Austern re plan issues in preparation for possible meeting with Debtors (1.2); notes re same (.3). | 1.50 |
| 07/29/07 | R. Frankel | Review, exchange series of e-mails re plan issues, scenarios. | 0.60 |
| 07/30/07 | R. Frankel | Telephone conference with D. Austern re August 1 meeting; e-mails re meeting with Piper Jaffray. | 0.40 |
| 07/30/07 | R. Frankel | Review December 06 Term Sheets, file re plan discussions (.7); confer with R. Wyron re plan strategy (.4). | 1.10 |
| 07/31/07 | R. Frankel | Series of e-mails re plan discussions. | 0.30 |
| 07/31/07 | R. Frankel | Review updated spreadsheet from Piper Jaffray; prepare notes re same. | 1.20 |

|  |  |  |
|---|---|---|
| Total Hours | 7.00 | |
| Total For Services | | $5,390.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 7.00 | 770.00 | 5,390.00 |
| Total All Timekeepers | 7.00 | $770.00 | $5,390.00 |

**Total For This Matter**          **$5,390.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

August 27, 2007
Invoice No. 1084604

For Legal Services Rendered Through July 31, 2007 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/02/07 | R. Barainca | Prepare Piper's April and May 2007 Monthly fee applications for filing. | 1.00 |
| 07/02/07 | D. Fullem | Review Piper Jaffray signed original April and May monthly fee applications; confer with R. Barainca regarding filing and serving of same. | 0.20 |
| 07/30/07 | R. Barainca | Prepare Certificates of No Objection for Piper Jaffray's February-May 2007 fee applications. | 2.30 |
| 07/30/07 | R. Barainca | Prepare Tillinghast's Certificates of No Objection for their April and May 2007 fee applications. | 1.10 |

Total Hours 4.60

Total For Services $705.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.40 | 150.00 | 660.00 |
| Debra O. Fullem | 0.20 | 225.00 | 45.00 |
| Total All Timekeepers | 4.60 | $153.26 | $705.00 |

Disbursements
    Duplicating Expense 21.75
    Express Delivery 137.01
    Postage 2.96

Total Disbursements $161.72

**Total For This Matter** $866.72



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

August 27, 2007
Invoice No. 1084604

For Legal Services Rendered Through July 31, 2007 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 07/02/07 | D. Fullem | Telephone call from S. Bossay regarding initial report to be issued on Orrick fees during January-March 07 and discuss submission of expense detail; confer with R. Barainca regarding status of expenses to be finalized and filed with quarterly filing; update S. Bossay regarding status of expenses. | 0.50 |
| 07/06/07 | R. Barainca | Prepare expense summary chart for January-March 2007 expenses. | 0.70 |
| 07/06/07 | D. Fullem | Review and follow up on matters in June prebills. | 0.80 |
| 07/06/07 | D. Fullem | Confer with R. Wyron regarding fee auditor initial report to be filed on January, February and March applications. | 0.20 |
| 07/06/07 | D. Fullem | Confer with R. Wyron regarding fee auditor request for expense detail for January-March 2007 time period; confer with R. Barainca re expense summary of items for January-March 2007. | 0.50 |
| 07/07/07 | R. Wyron | Review summary of expenses for January-March 2007 and provide comments (.3); review June prebill and note questions (.5). | 0.80 |
| 07/09/07 | R. Barainca | Prepare back-up material for the January-March 2007 Quarterly. | 5.00 |
| 07/10/07 | R. Barainca | Prepare back-up material for the January-March 2007 Quarterly. | 3.90 |
| 07/11/07 | R. Barainca | Prepare back-up material for the January-March 2007 Quarterly. | 5.50 |
| 07/11/07 | D. Fullem | Review e-mail from S. Bossay along with initial report on Orrick's January-March 2007 fees and expenses; forward information to R. Wyron and R. Barainca. | 0.20 |
| 07/12/07 | R. Barainca | Prepare back-up material for the January-March 2007 Quarterly. | 2.60 |
| 07/13/07 | R. Barainca | Confer with R. Wyron regarding Fifth Quarterly fee application and back-up material. | 0.20 |
| 07/13/07 | R. Barainca | Continue preparing back-up material for Orrick's Fifth Quarterly fee application. | 2.00 |
| 07/13/07 | R. Wyron | Begin review of fee auditor's initial report and designate follow-up assignments. | 0.30 |
| 07/16/07 | R. Barainca | Prepare Orrick's May 2007 fee application. | 1.70 |



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

August 27, 2007
Invoice No. 1084604

| 07/16/07 | D. Fullem | Review fee auditor's initial report on fees and expenses during the January-March 2007 quarterly time period. | 0.50 |
|---|---|---|---|
| 07/16/07 | D. Fullem | Prepare e-mail to S. Bossay, fee auditor, regarding response to be prepared to initial report for January-March quarterly period. | 0.10 |
| 07/16/07 | D. Fullem | Confer with R. Wyron regarding draft response to fee auditor's initial report. | 0.20 |
| 07/16/07 | D. Fullem | Confer with R. Barainca regarding status of June invoices. | 0.10 |
| 07/17/07 | R. Barainca | Continue preparing back-up material for Orrick's Fifth Quarterly fee application. | 1.50 |
| 07/17/07 | D. Fullem | Review docket update and calendar items. | 0.10 |
| 07/18/07 | R. Barainca | Continue preparing Orrick's May 2007 fee application. | 1.50 |
| 07/18/07 | R. Barainca | Continue preparation of back-up material for Orrick's Fifth Quarterly fee application. | 1.00 |
| 07/18/07 | R. Wyron | Review Fee Auditor's interim report and analyze entries (.9); draft response (1.2). | 2.10 |
| 07/19/07 | R. Barainca | Confer with R. Wyron re Fee Auditor Response and Fifth Quarterly fee application. | 0.20 |
| 07/19/07 | D. Fullem | Confer with R. Barainca regarding June fees and expenses. | 0.10 |
| 07/19/07 | R. Wyron | Confer with R. Barainca on expense receipts and summary chart (.2); review and revise letter to fee auditor (1.1). | 1.30 |
| 07/20/07 | D. Fullem | Update fee charts with June fees and expenses. | 0.10 |
| 07/20/07 | D. Fullem | Follow up with R. Barainca regarding preparation/filing of CNO on April fee application. | 0.10 |
| 07/20/07 | D. Fullem | Prepare e-mail to S. Bossay, fee auditor, regarding status of our reply to initial report. | 0.10 |
| 07/23/07 | R. Barainca | Update R. Wyron's memo to the fee auditor. | 2.00 |
| 07/23/07 | D. Fullem | Review e-mail from D. Felder with edits to response letter to fee auditor initial report on application for period January 1-March 31. | 0.70 |
| 07/23/07 | D. Fullem | Confer with R. Barainca regarding comments to reply letter to fee auditor initial report. | 0.10 |
| 07/24/07 | R. Barainca | Prepare Orrick's April 2007 Certificate of No Objection. | 1.00 |
| 07/24/07 | D. Fullem | Prepare e-mail to W. Sparks regarding outstanding amounts due on April fee application; holdback on October-December 2007 time period also due. | 0.50 |
| 07/24/07 | D. Fullem | Review additional edits to reply letter to fee auditor report. | 0.80 |
| 07/24/07 | R. Wyron | Work on response to fee auditor on quarterly fee application (1.2); begin review of revised Quarterly fee application (.3). | 1.50 |
| 07/25/07 | R. Barainca | Review the fee auditor's response. | 0.50 |
| 07/25/07 | R. Barainca | Edit Orrick's Fifth Quarterly fee application. | 2.20 |
| 07/25/07 | R. Barainca | Prepare Orrick's Certificate of No Objection for its April 2007 monthly for filing. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

August 27, 2007
Invoice No. 1084604

| 07/25/07 | R. Barainca | Confer with R. Wyron regarding the Fee Auditor's response and the Fifth Quarterly. | 0.20 |
|---|---|---|---|
| 07/25/07 | R. Wyron | Finalize letter to fee auditor. | 0.30 |
| 07/26/07 | D. Fullem | Confer with R. Barainca and D. Felder regarding total professional fees in Grace to date; review latest chart from fee auditor of same; forward to D. Felder. | 0.50 |
| 07/26/07 | D. Fullem | Confer with R. Wyron regarding final response letter and attachments to fee auditor regarding January-March 2007 quarterly period; confer with R. Barainca regarding expense detail; prepare e-mails to S. Bossay regarding reply and to attach relevant expense detail documents. | 1.00 |

Total Hours         45.80
Total For Services                    $10,875.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 32.30 | 150.00 | 4,845.00 |
| Debra O. Fullem | 7.20 | 225.00 | 1,620.00 |
| Richard H. Wyron | 6.30 | 700.00 | 4,410.00 |
| Total All Timekeepers | 45.80 | $237.45 | $10,875.00 |

Disbursements
        Duplicating Expense                    0.45
                        Total Disbursements                    $0.45


**Total For This Matter**                    **$10,875.45**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 25

August 27, 2007
Invoice No. 1084604

For Legal Services Rendered Through July 31, 2007 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 07/23/07 | J. Ansbro | Non-working travel from New York to Wilmington for Omnibus Hearing, and return. | 2.30 |
| 07/23/07 | R. Frankel | Non-working travel to DC from Omnibus hearing. | 1.80 |

Total Hours 4.10
Total For Services $1,411.75

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 2.30 | 312.50 | 718.75 |
| Roger Frankel | 1.80 | 385.00 | 693.00 |
| Total All Timekeepers | 4.10 | $344.33 | $1,411.75 |

Disbursements
    Travel Expense, Air Fare          206.80
                    Total Disbursements          $206.80

**Total For This Matter**          **$1,618.55**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours 536.50
Total Fees, all Matters $261,753.75
Total Disbursements, all Matters $51,368.01
Total Amount Due $313,121.76