# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-1139 (JKF)**<br>**Jointly Administered** |
| **Debtor.** | Objection Date: September 27, 2007 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

## EIGHTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2007 THROUGH JULY 31, 2007

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2007 – July 31, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $11.88 |

This is a   _x_ monthly          __ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JULY 1-31, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 37.0 | NA |
| Case Administration Related | 41.4 | NA |
| Hearings | 20.0 | NA |
| Financial Analysis Related | 209.5 | NA |
| **TOTAL** | **307.9** | **NA** |

### EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone                                                    $  11.88

**TOTAL**                                                    **$   11.88**

Respectfully submitted,

PIPER JAFFRAY & CO.

By:_____

Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: August 27, 2007

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.