# EXHIBIT A

## W.R. Grace
### PJC Time Records
### July-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 7/2/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 7/2/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 7/3/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion |
| Geoffrey Zbikowski | 7/3/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion |
| Jason Solganick | 7/3/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion |
| Jason Solganick | 7/3/2007 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/3/2007 | 1.0 | Business Operations | Review of 2007 LTIP motion |
| Joseph Radecki | 7/3/2007 | 1.0 | Business Operations | Review of 2007 LTIP motion |
| Desiree Davis | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Geoffrey Zbikowski | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Jason Solganick | 7/5/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/5/2007 | 0.3 | Case Administration | Review of agenda for 7/5 hearing |
| Jason Solganick | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Jonathan Brownstein | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Desiree Davis | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Desiree Davis | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Geoffrey Zbikowski | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 7/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/6/2007 | 2.0 | Case Administration | Review of objections to extension of exclusivity |
| Jason Solganick | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Jonathan Brownstein | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Joseph Radecki | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Desiree Davis | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 7/9/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 7/10/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/10/2007 | 0.5 | Case Administration | Review of amended case management order |
| Jason Solganick | 7/11/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Geoffrey Zbikowski | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Jason Solganick | 7/12/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 7/12/2007 | 0.3 | Case Administration | Review of agenda for 7/19 hearing |
| Jason Solganick | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Jonathan Brownstein | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Jason Solganick | 7/13/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jason Solganick | 7/16/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/16/2007 | 0.3 | Case Administration | Review of agenda for 7/23 hearing |
| Jason Solganick | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jonathan Brownstein | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Desiree Davis | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Desiree Davis | 7/17/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Geoffrey Zbikowski | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Geoffrey Zbikowski | 7/17/2007 | 6.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Jason Solganick | 7/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/17/2007 | 1.5 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jason Solganick | 7/17/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Jonathan Brownstein | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jonathan Brownstein | 7/17/2007 | 2.0 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Joseph Radecki | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### July-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 7/17/2007 | 1.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/19/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Geoffrey Zbikowski | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jason Solganick | 7/20/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/20/2007 | 0.2 | Case Administration | Review of agenda for 7/23 hearing |
| Jason Solganick | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jonathan Brownstein | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Joseph Radecki | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Desiree Davis | 7/23/2007 | 3.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Desiree Davis | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Geoffrey Zbikowski | 7/23/2007 | 3.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Geoffrey Zbikowski | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Jason Solganick | 7/23/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/23/2007 | 3.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Jonathan Brownstein | 7/23/2007 | 1.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jonathan Brownstein | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Joseph Radecki | 7/23/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Desiree Davis | 7/24/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Geoffrey Zbikowski | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Geoffrey Zbikowski | 7/24/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jason Solganick | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Jason Solganick | 7/24/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jason Solganick | 7/24/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Jonathan Brownstein | 7/24/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jonathan Brownstein | 7/24/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Joseph Radecki | 7/24/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/25/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Desiree Davis | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Geoffrey Zbikowski | 7/25/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jason Solganick | 7/25/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 7/25/2007 | 0.2 | Case Administration | Review of agenda for 7/30 hearing |
| Jason Solganick | 7/25/2007 | 1.0 | Case Administration | Review of transcript of 7/19 hearing |
| Jason Solganick | 7/25/2007 | 2.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jason Solganick | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jonathan Brownstein | 7/25/2007 | 1.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jonathan Brownstein | 7/25/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/25/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Desiree Davis | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Desiree Davis | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Desiree Davis | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |
| Desiree Davis | 7/26/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Geoffrey Zbikowski | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Geoffrey Zbikowski | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Geoffrey Zbikowski | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Geoffrey Zbikowski | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |
| Geoffrey Zbikowski | 7/26/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Jason Solganick | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Jason Solganick | 7/26/2007 | 0.5 | Business Operations | Review of Q2 earnings release |
| Jason Solganick | 7/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### July-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Jason Solganick | 7/26/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Jonathan Brownstein | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Jonathan Brownstein | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Jonathan Brownstein | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Jonathan Brownstein | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |
| Jonathan Brownstein | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Jonathan Brownstein | 7/26/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/26/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Joseph Radecki | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Joseph Radecki | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Joseph Radecki | 7/26/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/27/2007 | 3.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Desiree Davis | 7/27/2007 | 4.5 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Desiree Davis | 7/27/2007 | 1.5 | Financial Analysis | Review of Q2 financial results |
| Geoffrey Zbikowski | 7/27/2007 | 3.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Geoffrey Zbikowski | 7/27/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/27/2007 | 1.5 | Financial Analysis | Review of Q2 financial results |
| Jason Solganick | 7/27/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/27/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/27/2007 | 1.0 | Financial Analysis | Review of Q2 financial results |
| Jason Solganick | 7/27/2007 | 3.0 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jason Solganick | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jonathan Brownstein | 7/27/2007 | 1.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jonathan Brownstein | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jonathan Brownstein | 7/27/2007 | 1.0 | Financial Analysis | Review of Q2 financial results |
| Jonathan Brownstein | 7/27/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/27/2007 | 1.0 | Financial Analysis | Review of Q2 financial results |
| Joseph Radecki | 7/27/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/29/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/29/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/29/2007 | 3.5 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/29/2007 | 2.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Desiree Davis | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Desiree Davis | 7/30/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/30/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 7/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Geoffrey Zbikowski | 7/30/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/30/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 7/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 7/30/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/30/2007 | 0.2 | Case Administration | Review of agenda for 8/1 hearing |
| Jason Solganick | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Jason Solganick | 7/30/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/30/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 7/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jonathan Brownstein | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Jonathan Brownstein | 7/30/2007 | 1.5 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/30/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Joseph Radecki | 7/30/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/31/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/31/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 7/31/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/31/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 7/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/31/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/31/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 7/31/2007 | 2.0 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/31/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/31/2007 | 1.5 | Financial Analysis | Preparation of valuation analyses |
| Joseph Radecki | 7/31/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |