# EXHIBIT B

**W.R. Grace**
**Detail of expenses (July 1, 2007 – July 31, 2007)**

Telephone
Jonathan Brownstein           07/30/07           $  11.88
                                  **Total Telephone:**           **$   11.88**

**TOTAL EXPENSES:**                                                         $   11.88