IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: September 27, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

COVER SHEET TO THIRTY-FOURTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2007 THROUGH JULY 31, 2007

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | July 1, 2007 through July 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,700.00 |
| 80% of fees to be paid: | $2,960.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 762.10 |
| Total Fees @ 80% and 100% Expenses: | $3,722.10 |
| This is an: ___ interim   X   monthly   ___ final application. | |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's thirty-fourth interim fee application for the period July 1-31, 2007; the FCR previously filed the following fee applications in this case during this year: thirty-third interim fee application for the period June 1-30, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and no expenses; thirty-second interim fee application for the period May 1-31, 2007 in the amount of $4,160.00 (80% of $5,200.00) in fees and no expenses; thirty-first interim fee application for the period March 1-31, 2007 in the amount of $1,880.00 (80% of $2,350.00) in fees and no expenses; thirtieth interim fee application for the period February 1-28, 2007 in the amount of $5,200.00 (80% of $6,500.00) in fees and no expenses; twenty-ninth interim fee application for the period January 1-31, 2007 in the amount of $4,920.00 (80% of $6,150.00) in fees and $531.92 expenses; twenty-eighth interim fee application for the period December 1-31, 2006 in the amount of $2,440.00 (80% of $3,050.00) in fees and no expenses; twenty-seventh interim fee application for the period November 1-30, 2006 in the amount of $6,000.00 (80% of $7,500.00) in fees and no expenses; twenty-sixth interim fee application for the period October 1-31, 2006 in the amount of $2,560.00 (80% of $3,200.00) in fees and no expenses; twenty-fifth interim fee application for the period September 1-30, 2006 in the amount of 2,840.00 (80% of $3,550.00) in fees and expenses in the amount of $222.48; twenty-fourth interim fee application for the period August 1-31, 2006 in the amount of $240.00 (80% of $300.00) in fees and no expenses; twenty-third interim fee application for the period July 1-31, 2006 in the amount of $2,560.00 (80% of $3,200.00) in fees and no expenses; twenty-second interim fee application for the period June 1-30, 2006 in the amount of $1,640.00 (80% of $2,050.00) in fees and no expenses; twenty-first interim fee application for the period May 1-31, 2006 in the amount of $3,360.00 (80% of $4,200.00) in fees and expenses in the amount of $693.60; twentieth interim fee application for the period April 1-30, 2006 in the amount of $3,440.00 (80% of $4,300.00) in fees and expenses in the amount of $709.60; nineteenth interim fee application for the period March 1-31, 2006 in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44; eighteenth interim fee application for the period February 1-28, 2006 in the amount of $2,720.00 (80% of $3,400.00) in fees and expenses in the amount of $300.01; seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; and thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00).

## COMPENSATION SUMMARY
## JULY 2007

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 8.40 | $3,700.00 |
| Grand Total: | | | 8.40 | $3,700.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:     $3,700.00
Total Hours:    8.40
Blended Rate:   $ 500.00

## COMPENSATION BY PROJECT CATEGORY
## JULY 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 6.40 | $3,200.00 |
| Non-Working Travel (billed at half) | 2.00 | $500.00 |
| TOTAL | 8.40 | $3,700.00 |

## EXPENSE SUMMARY
## JULY 2007

| Expense Category | Total |
|---|---|
| Airfare to/from Pittsburg | $378.80 |
| Hotel | $279.30 |
| Parking | $34.00 |
| Taxi | $70.00 |
| TOTAL | $762.10 |

Respectfully submitted,

/s/ David T. Austern

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: August 23, 2007

3