<u>EXHIBIT A</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**JULY 2007**

**FEE SUMMARY**

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| <u>*Litigation*</u> | | | | |
| July 15 | Examination of e-mails and Expert Reports received | 2.80 | $500 | $1,400.00 |
| July 16 | Telephone conference with R. Frankel regarding Grace subpoena (.4); conference with Marvin, Garelick regarding subpoena (1.1) | 1.50 | $500 | $ 750.00 |
| July 25 | Review of Manville response to Grace subpoena (.4); review of asbestos claims committee to subpoena (.5) | 0.90 | $500 | $ 450.00 |
| July 26 | Review of Exclusivity Order (.2) meeting with R. Frankel regarding Exclusivity Order (1.0) | 1.20 | $500 | $ 600.00 |
| | SUBTOTAL | 6.40 | | $3,200.00 |
| <u>*Non-Working Travel*</u> | | | | |
| July 31 | Travel to Settlement meeting (Pittsburgh) | 2.00 | $250 | $ 500.00 |
| | **TOTAL** | **8.40** | | **$5,200.00** |