<u>**EXHIBIT B**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**JULY 2007**

**EXPENSE SUMMARY**

| Date | Expense | Description of Expense |
|---|---|---|
| July 31 | $378.80 | Air travel to/from Pittsburgh |
|  | $279.30 | Hotel Room |
|  | $ 70.00 | Taxis in Pittsburgh, to/from meetings |
|  | $ 34.00 | Parking, National Airport |
| **TOTAL** | **$762.10** | |