## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) Related Dkt. Nos. 16596 |
| | ) Objection Deadline: Sept. 7, 2007 |
| | ) Hearing: Sept. 24, 2007 @ 2:00 p.m. |

### CERTIFICATION OF COUNSEL REGARDING AGREED MOTION OF THE FUTURE CLAIMANTS' REPRESENTATIVE, THE DEBTORS, THE OFFICIAL COMMITTEES, AND COUNSEL TO THE LIBBY CLAIMANTS FOR ENTRY OF CONSENT ORDER CONCERNING CONFIDENTIALITY OF DOCUMENTS AND INFORMATION TO BE PRODUCED BY EXPERT WITNESS FOR FUTURE CLAIMANTS' REPRESENTATIVE

The undersigned hereby certifies that:

1. On August 20, 2007, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR"), by and through his undersigned counsel, filed the Agreed Motion of the Future Claimants' Representative, the Debtors, the Official Committees, and Counsel to the Libby Claimants for Entry of Consent Order Concerning Confidentiality of Documents and Information To Be Produced By Expert Witness for Future Claimants' Representative (Dkt. No. 16596) (the "Motion"). The Motion requested that the Court enter the Consent Order Concerning Confidentiality of Documents and Information To Be Produced By Expert Witness for Future Claimants' Representative (the "Consent Order"), which protects certain confidential information contained in the materials produced (or to be produced) by the FCR's estimation expert.

2.   On August 30, 2007, the State of Montana contacted the FCR to request that they be added as signatories to the Consent Order. The FCR agreed to this addition and a revised proposed order is attached hereto.

3.   Accordingly, the FCR respectfully requests that the Court enter the order attached hereto as Exhibit A.

Dated: September 10, 2007

Respectfully submitted,
PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*