UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESPONSE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE MOTION OF THE UNITED STATES TRUSTEE FOR APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(c) RELATED TO THE CONDUCT OF L TERSIGNI CONSULTING, P.C. (D.I. 16788)**

**PLEASE TAKE NOTICE,** that the Official Committee of Asbestos Personal Injury Claimants, hereby gives notice of the withdrawal of the filing of Docket No. 16788, Response Of The Official Committee Of Asbestos Personal Injury Claimants To The Motion Of The United States Trustee For Appointment Of An Examiner Pursuant To 11 U.S.C. § 1104(C) Related To The Conduct Of L Tersigni Consulting, P.C.

Date: September 10, 2007      **CAMPBELL & LEVINE, LLC**

/S/ Mark Hurford
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Facsimile: (302) 426-9947

*Co-Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

{D0091876.1 }