IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Morris James LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, Delaware 19899-2306, hereby withdraws its appearance as counsel for Cartus Corporation, formerly known as Cendant Mobility Services Corporation ("Cartus"), in the above-captioned case, and requests that Morris James LLP be removed from any applicable service lists herein on behalf of Cartus.

PLEASE TAKE FURTHER NOTICE that any future notices pertaining to Cartus should be sent to:

>Mr. Wayne Rigie
>Credit Manager
>Cartus Corporation
>40 Apple Ridge Rd.
>Danbury, CT  06810

[Signature on following page.]

1608955

Dated: September 11, 2007                MORRIS JAMES LLP

*/s/ Thomas M. Horan*
Carl N. Kunz, III (DE Bar No. 3201)
Thomas M. Horan (DE Bar No. 4641)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Telecopy: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: thoran@morrisjames.com