IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on September 11, 2007, I caused to be served:

### NOTICE OF WITHDRAWAL OF APPEARANCE

Service was completed upon the following parties in the manner as indicated on the attached service list.

Date: September 11, 2007

_Cassandra D. Lewicki_
Cassandra D. Lewicki

SWORN AND SUBSCRIBED before me this 11th day of September, 2007.

_____
NOTARY

My commission expires:

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

1608976

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel to the Debtors)

**VIA FIRST CLASS MAIL**
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601
(Counsel to the Debtors)

1608976