IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

FORTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | June 1, 2007 through June 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $90,040.50): | $ 72,032.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 744.21 |
| Total Amount Due: | $ 72,776.61 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the March, April and May monthly fee applications and the Thirteenth Quarterly fee application preparation is 17.8 hours and corresponding compensation requested is approximately $5,025.00.

This is the Forty-first Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

FORTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

FORTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

FORTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

FORTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | $400,702.00 | $4,008.69 | $320,561.60 |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | $411,820.00 | $4,158.75 | $329,456.00 |
|  | Adjustment for July photocopies |  | $(6.55) |  |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | $288,706.50 | $1,698.54 | $230,965.20 |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

FORTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| September 10, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |

FORTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 6/1/07 through 6/30/07**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 15.10 | $8,984.50 |
| S. Cunningham | Member | $595 | 59.40 | $35,343.00 |
| R. Frezza | Consultant | $485 | 5.80 | $2,813.00 |
| J. Dolan | Consultant | $375 | 112.80 | $42,300.00 |
| N. Backer | Paraprofessional | $100 | 6.00 | $600.00 |
| For the Period 6/1/07 through 6/30/07 | | | 199.10 | $90,040.50 |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 6/1/07 through 6/30/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared numerous detailed analyses regarding a large divestiture including review of motions filed, purchase agreements, IP agreement, other ancillary agreements, comparable transactions. Prepared a report to the Committee of our analysis and recommendation. | 54.50 | $24,540.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, reviewed recovery scenarios under various settlement assumptions and discussed, read and analyzed various expert reports on estimated asbestos claim amounts. | 42.20 | $20,709.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including various claim settlements, PI/PD estimation of claims, pending divestiture and other Litigation issues with counsel and Committee members. | 23.20 | $10,570.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the Company's pension funding motion and prepared a report to the Committee regarding our analysis and recommendation. | 7.00 | $3,714.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the March, April and May monthly fee statements, the 13th quarterly fee statement and responded to inquiries from fee auditors. | 17.80 | $5,025.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared numerous analyses regarding Q107 results as well as a review of industry reports and a comprehensive report to the Committee was prepared thereon. Read and analyzed the April monthly financial statements. | 51.10 | $24,244.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant Read and analyzed recent SEC filings. | 1.20 | $450.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a discussions regarding divestitures and Q107 results. | 2.10 | $787.50 |
| **For the Period 6/1/07 through 6/30/07** | | **199.10** | **$90,040.50** |

Capstone Advisory Group, LLC  
Invoice for the June Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 6/1/07 through 6/30/07

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 6/18/2007 | J. Dolan | 0.90 | Discussion with Blackstone regarding update to status of Project Gemini divestiture. |
| 6/18/2007 | J. Dolan | 1.90 | Reviewed and analyzed equity research received from Blackstone related to Delphi recent sale as it relates to Project Gemini. |
| 6/18/2007 | J. Dolan | 0.70 | Updated counsel regarding Project Gemini status. |
| 6/18/2007 | R. Frezza | 1.70 | Read and analyzed final Project Gemini documents forwarded by Blackstone. |
| 6/19/2007 | E. Ordway | 0.80 | Read and analyzed asset sale data update and provided staff with items to further analyze. |
| 6/19/2007 | J. Dolan | 1.50 | Read and analyzed materials related to final Project Gemini including final motion. |
| 6/19/2007 | J. Dolan | 1.40 | Read and analyzed materials related to final Project Gemini including the Sale motion. |
| 6/19/2007 | J. Dolan | 0.50 | Read and analyzed materials related to final Project Gemini including Exhibit C to the motion. |
| 6/20/2007 | J. Dolan | 2.40 | Updated Project Gemini report to the Committee based on final motion filed. |
| 6/20/2007 | J. Dolan | 2.50 | Read and analyzed materials related to final Project Gemini including Executed Draft of the purchase agreement. |
| 6/20/2007 | J. Dolan | 1.70 | Prepared additional questions and requests for the Company based on final motion and exhibits filed. |
| 6/21/2007 | J. Dolan | 1.40 | Prepared questions for Company regarding Project Gemini based on call with counsel. |
| 6/21/2007 | S. Cunningham | 2.20 | Read and analyzed Gemini motion and related financial analysis. |
| 6/21/2007 | J. Dolan | 0.50 | Review of counsel's memo to the Committee regarding Project Gemini. |
| 6/21/2007 | J. Dolan | 2.00 | Prepared for and participated in call with counsel regarding Gemini purchase agreement. |
| 6/22/2007 | J. Dolan | 1.40 | Prepared summary for counsel of significant issues discussed with Debtors regarding Project Gemini. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/25/2007 | J. Dolan | 1.70 | Updated report to the Committee on Project Gemini and distributed to counsel for review. |
| 6/25/2007 | J. Dolan | 0.80 | Prepared additional questions for the Company regarding Project Gemini. |
| 6/25/2007 | S. Cunningham | 2.60 | Reviewed and analyzed Project Gemini projection along with draft report. |
| 6/25/2007 | J. Dolan | 1.80 | Prepared for and participated in discussion of issues with counsel regarding Project Gemini. |
| 6/26/2007 | J. Dolan | 0.60 | Review of Confidentiality agreement requested by Buyer. |
| 6/26/2007 | J. Dolan | 1.20 | Read and analyzed Company responses to our questions regarding Project Gemini. |
| 6/26/2007 | S. Cunningham | 3.50 | Read and prepared analysis on Project Gemini. |
| 6/26/2007 | J. Dolan | 1.40 | Incorporated additional information received from the Company into our report to the Committee on Project Gemini. |
| 6/27/2007 | S. Cunningham | 1.50 | Read and analyzed memorandum regarding Project Gemini. |
| 6/28/2007 | J. Dolan | 1.90 | Prepared for and participated in call with counsel regarding Project Gemini Report to the Committee. |
| 6/28/2007 | S. Cunningham | 3.20 | Read and analyzed IP agreement. |
| 6/28/2007 | S. Cunningham | 2.00 | Reviewed draft request to committee regarding Gemini. |
| 6/28/2007 | J. Dolan | 1.50 | Updated Project Gemini Report based on discussions with counsel. |
| 6/28/2007 | J. Dolan | 1.50 | Read and analyzed IP Agreement received from Company. |
| 6/29/2007 | J. Dolan | 0.70 | Distributed final report to the Committee. |
| 6/29/2007 | S. Cunningham | 2.00 | Read and analyzed final Project Gemini report to Committee. |
| 6/29/2007 | J. Dolan | 1.40 | Reviewed final report to the Committee and made changes as discussed with counsel. |
| 6/30/2007 | J. Dolan | 1.70 | Read and analyzed environmental report regarding Project Gemini. |
| Subtotal | | 54.50 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/11/2007 | E. Ordway | 0.60 | Prepared analyses to develop implied valuation based on current market prices for debtor securities. |
| 6/12/2007 | J. Dolan | 1.80 | Prepared asbestos settlement analyses including various claim scenarios and distributable value. |

Capstone Advisory Group, LLC  
Invoice for the June Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/13/2007 | J. Dolan | 1.70 | Updated debt capacity analysis based on current information. |
| 6/13/2007 | S. Cunningham | 1.10 | Participated in committee call regarding Expert Report. |
| 6/13/2007 | S. Cunningham | 3.00 | Updated hypothetical recovery analysis. |
| 6/13/2007 | J. Dolan | 2.20 | Updated recovery analysis and related claim settlement scenarios. |
| 6/13/2007 | E. Ordway | 0.80 | Directed staff in revising recovery analysis. |
| 6/14/2007 | J. Dolan | 2.80 | Updates to recovery analyses based on changes discussed. |
| 6/14/2007 | S. Cunningham | 3.20 | Participated in committee call regarding Expert Report. |
| 6/14/2007 | E. Ordway | 0.70 | Reviewed/edited debt capacity analysis revisions prepared by staff. |
| 6/14/2007 | J. Dolan | 1.00 | Review of recovery analysis internally. |
| 6/15/2007 | J. Dolan | 2.40 | Prepared report for Committee including recovery analysis, debt capacity, and emergence structure. |
| 6/18/2007 | J. Dolan | 3.50 | Prepared report for Committee including recovery analysis, debt capacity, and emergence structure. |
| 6/19/2007 | S. Cunningham | 4.20 | Read and analyzed expert report. |
| 6/20/2007 | S. Cunningham | 5.00 | Read and analyzed expert report. |
| 6/21/2007 | S. Cunningham | 2.00 | Read and analyzed expert Report on Asbestos. |
| 6/26/2007 | J. Dolan | 2.90 | Prepared analyses of various recovery scenarios including proforma balance sheets, distributable value. |
| 6/28/2007 | E. Ordway | 1.60 | Prepared/updated revised debt capacity analyses assuming various settlements. |
| 6/28/2007 | J. Dolan | 1.70 | Prepared distributable value analyses for meeting with Committee Chair. |
| Subtotal | | 42.20 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/4/2007 | J. Dolan | 1.00 | Read and analyzed recent docket items. |
| 6/5/2007 | E. Ordway | 0.40 | Read and analyzed counsel's memorandum regarding paid claim settlement. |
| 6/5/2007 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding asbestos property claim settlement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/5/2007 | R. Frezza | 0.80 | Read documents surrounding Trumbull property damage claim in preparation to discuss with counsel. |
| 6/8/2007 | E. Ordway | 0.30 | Call with Committee member regarding current trading of debtor securities and implied valuation. |
| 6/11/2007 | R. Frezza | 0.70 | Read/analyzed the Minnesota Pollution Control Agency and the Trizec Hahn/Tahari settlement motions. |
| 6/11/2007 | E. Ordway | 0.50 | Read and analyzed counsels' memorandum regarding two proposed litigation settlements. |
| 6/11/2007 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding settlements negotiated by the Debtor. |
| 6/11/2007 | J. Dolan | 1.20 | Read and analyzed recent docket items. |
| 6/12/2007 | J. Dolan | 0.30 | Read and analyzed recent docket items. |
| 6/12/2007 | J. Dolan | 0.70 | Prepared for and participated in conference call with counsel to discuss current committee matters. |
| 6/13/2007 | R. Frezza | 0.30 | Read counsel's email communication regarding various issues raised during and since the May 21 hearing. |
| 6/13/2007 | J. Dolan | 0.70 | Read and analyzed counsel's memo related to the State of Montana litigation. |
| 6/13/2007 | E. Ordway | 0.30 | Communications with counsel regarding next steps. |
| 6/14/2007 | J. Dolan | 1.50 | Prepared for and participated in Committee call to discuss debtor report on pending and future claims. |
| 6/14/2007 | S. Cunningham | 1.00 | Read and analyzed update regarding request for stay - Montana. |
| 6/14/2007 | J. Dolan | 0.50 | Distribution of 1Q07 report to the Committee. |
| 6/14/2007 | J. Dolan | 0.60 | Read and analyzed counsel's memo on status of estimation. |
| 6/14/2007 | J. Dolan | 1.30 | Coordinated distribution of financial mailing to Committee. |
| 6/14/2007 | E. Ordway | 1.50 | Prepared for and particiapted in Committee call to discuss debtors' claims status. |
| 6/15/2007 | J. Dolan | 1.10 | Update on status of case matters. |
| 6/18/2007 | J. Dolan | 1.00 | Read and analyzed recent docket items. |
| 6/25/2007 | E. Ordway | 0.40 | Call with Committee chair to discuss various recovery assumptions. |
| 6/27/2007 | J. Dolan | 0.70 | Prepared analysis for meeting with Committee Chair. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/27/2007 | S. Cunningham | 1.60 | Prepared for update call with Committee Chair. |
| 6/28/2007 | R. Frezza | 0.80 | Read/Analyzed Sempra Energy claim settlement documents |
| 6/28/2007 | E. Ordway | 1.20 | Read and analyzed Counsels' memorandum regarding asset sale, and noted items for follow-up. |
| 6/28/2007 | J. Dolan | 1.20 | Read and analyzed counsel's memos to the Committee. |
| Subtotal | | 23.20 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/1/2007 | S. Cunningham | 3.30 | Read and analyzed financial valuation and recommendation for committee regarding Pension Funding Motion. |
| 6/1/2007 | E. Ordway | 0.30 | Read and analyzed counsel's memorandum regarding pension funding and summarized items for further inquiry. |
| 6/1/2007 | R. Frezza | 1.10 | Final review of joint Stroock/Capstone pension motion report prior to distribution. |
| 6/1/2007 | J. Dolan | 1.50 | Review of Capstone/Stroock report to the Committee related to the pension funding motion and discussion of changes. |
| 6/29/2007 | E. Ordway | 0.80 | Analyzed pension funding data. |
| Subtotal | | 7.00 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/4/2007 | J. Dolan | 1.00 | Preparation of April fee app. |
| 6/4/2007 | J. Dolan | 0.50 | Update to receivable analysis for payments received. |
| 6/11/2007 | J. Dolan | 1.00 | Preparation of April fee app. |
| 6/12/2007 | J. Dolan | 1.20 | Discussion with counsel and follow-up of fee auditor discrepancy related to the 4th quarter 2006. |
| 6/13/2007 | J. Dolan | 0.50 | Discussion with counsel regarding error on final fee app report and reconciliation thereof. |
| 6/13/2007 | J. Dolan | 0.50 | Reconciliation of final fee app report. |
| 6/15/2007 | J. Dolan | 1.20 | Prepared fee application for May. |
| 6/18/2007 | N. Backer | 2.00 | Prepared 13th Quarterly fee application. |
| 6/18/2007 | N. Backer | 1.40 | Prepared May fee statement. |

Capstone Advisory Group, LLC  
Invoice for the June Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/18/2007 | N. Backer | 1.00 | Prepared May fee statement. |
| 6/19/2007 | J. Dolan | 0.40 | Review of Amended fee auditor report for 23rd interim period. |
| 6/19/2007 | J. Dolan | 0.70 | Preparation of March fee app. |
| 6/19/2007 | N. Backer | 1.60 | Prepared 13th Quarterly fee application. |
| 6/19/2007 | J. Dolan | 0.70 | Preparation of April fee app. |
| 6/24/2007 | J. Dolan | 1.40 | Preparation of March and April fee apps. |
| 6/25/2007 | J. Dolan | 1.20 | Finalized April fee app. |
| 6/25/2007 | J. Dolan | 1.00 | Finalized March fee app. |
| 6/27/2007 | J. Dolan | 0.50 | Distributed fee apps to Stroock for filing. |
| Subtotal | | 17.80 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/4/2007 | J. Dolan | 3.20 | Revisions to report and additional analyses related to 1Q07 results based on Company responses to our requests. |
| 6/4/2007 | J. Dolan | 1.70 | Commentary on 1Q07 results for report to the Committee. |
| 6/4/2007 | J. Dolan | 1.30 | Read and analyzed Company responses to our inquiries related to the 1Q07 results. |
| 6/4/2007 | R. Frezza | 0.40 | Read Blackstone responses to Capstone questions regarding Q1 2007 financial update report |
| 6/5/2007 | J. Dolan | 1.80 | Revisions to 1Q07 results report based on information received. |
| 6/5/2007 | J. Dolan | 2.40 | Continued preparation of commentary on 1Q07 results for Committee report. |
| 6/5/2007 | E. Ordway | 1.30 | Read and analyzed monthly reporting package and prepared list of items for staff to investigate. |
| 6/5/2007 | S. Cunningham | 3.20 | Prepared and reviewed analysis Q1 results versus plan and prior year. |
| 6/5/2007 | J. Dolan | 2.20 | Read and analyzed April monthly reporting package. |
| 6/6/2007 | S. Cunningham | 4.10 | Prepared and reviewed analysis Q1 results versus plan and prior year. |
| 6/6/2007 | J. Dolan | 2.80 | Read and analyzed financial information for peer group analysis to be included in 1Q07 report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/7/2007 | J. Dolan | 1.70 | Review of report internally and followed up with additional analyses and revised 1Q07 report. |
| 6/7/2007 | E. Ordway | 1.10 | Reviewed and edited 1Q report for the Committee. |
| 6/7/2007 | J. Dolan | 2.30 | Read and analyzed financial information for peer group analysis to be included in 1Q07 report to the Committee. |
| 6/7/2007 | S. Cunningham | 4.00 | Read and analyzed draft report and Q1 results. |
| 6/8/2007 | J. Dolan | 1.50 | Revisions to 1Q07 report based on internal discussions of actual results to Plan. |
| 6/11/2007 | S. Cunningham | 3.50 | Read and analyzed draft report regarding Q1 results. |
| 6/11/2007 | J. Dolan | 1.50 | Final changes to 1Q07 report prior to counsel and Committee member review. |
| 6/11/2007 | J. Dolan | 3.30 | Read and analyzed financial information for peer group analysis to be included in 1Q07 report to the Committee. |
| 6/12/2007 | J. Dolan | 0.50 | Distributed Committee report to counsel for review. |
| 6/12/2007 | J. Dolan | 1.00 | Final changes to 1Q07 results report to the Committee. |
| 6/12/2007 | S. Cunningham | 3.20 | Read and analyzed draft report regarding Q1 results. |
| 6/13/2007 | J. Dolan | 0.60 | Distribution of 1Q07 report to Committee Chair for review. |
| 6/21/2007 | E. Ordway | 2.50 | Updated analyses of cash available at closing at various hypothetical dates. |
| Subtotal | | 51.10 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/19/2007 | J. Dolan | 0.70 | Read and analyzed Company's 8k filing and subsequent follow up with Blackstone. |
| 6/22/2007 | J. Dolan | 0.50 | Review of Company's Form 8K filing. |
| Subtotal | | 1.20 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/21/2007 | J. Dolan | 1.70 | Prepared for and anticipated in call with Debtor to review our questions regarding Project Gemini. |
| 6/26/2007 | J. Dolan | 0.40 | Prepared for and participated in call with Blackstone to discuss Company responses. |
| Subtotal | | 2.10 | |

**Total Hours**     199.10

Capstone Advisory Group, LLC     Page 7 of 7
Invoice for the June Fee Application

# W.R. Grace & Co.

## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/07 through 6/30/07

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 6/30/2007 | Capstone Expenses | 396 @ .10 ea | $39.60 |
| Subtotal - Copies | | | $39.60 |
| **Meals** | | | |
| 6/1/2007 | S. Cunningham | 5/29 meal w/ J.Dolan (previously not submitted) | $49.82 |
| Subtotal - Meals | | | $49.82 |
| **Parking/Tolls** | | | |
| 6/12/2007 | J. Dolan | Parking/tolls NYC | $62.00 |
| Subtotal - Parking/Tolls | | | $62.00 |
| **Postage/FedEx** | | | |
| 6/30/2007 | Capstone Expenses | Fed Ex Invoice 2-063-60077 | $12.41 |
| Subtotal - Postage/FedEx | | | $12.41 |
| **Research-Billable** | | | |
| 6/30/2007 | Capstone Expenses | Pacer Monthly Allocations for May 2007 | $12.32 |
| Subtotal - Research-Billable | | | $12.32 |
| **Scans** | | | |
| 6/30/2007 | Capstone Expenses | 389 Scans @ $1.00 ea | $389.00 |
| Subtotal - Scans | | | $389.00 |
| **Telecom Charges** | | | |
| 6/30/2007 | Capstone Expenses | June Telecom | $179.06 |
| Subtotal - Telecom Charges | | | $179.06 |
| **For the Period 6/1/07 through 6/30/07** | | | **$744.21** |

Capstone Advisory Group, LLC                                                                                             Page 1 of 1
Invoice for the June Fee Application