# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |

## CONFIDENTIALITY RIDER

1. I have reviewed the Modified Order Establishing The Non-Waiver of Privileges Contained In Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers, entered on July 10, 2007 [Docket No. 16259] and the Agreed Supplemental Order Regarding Modified Order Establishing The Non-Waiver of Privileges Contained In Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers (collectively, the "Orders").

2. I agree to be bound by all provisions of the Orders, including those with respect to the confidentiality of the information.

Executed at _____(city), _____ (state), on September ____, 2007.

_____
[Name]
[Title]