THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 16576** |

**CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FOURTH
INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED,
COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY
CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OF
APRIL 1, 2007 THROUGH JUNE 30, 2007
(DOCKET NO. 16576)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the

following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and Amended Administrative Order Under 11 U.S.C. §§ 105(a)

and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement

of Expenses for Professionals and Official Committee Members, signed by the Court on

April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin &

Drysdale, Chartered ("Caplin & Drysdale"), submitted on August 15, 2007 an Twenty-

Fourth interim application ("Application") [Docket No. 16576] for services rendered and

reimbursement of expenses incurred as counsel to the Official Committee of Asbestos

Personal Injury Claimants in the above-referenced cases.

{D0092345.1 }

2.      Objections to the Application were to be filed and served on or before September 5, 2007.   No objections to the Application have been received by the undersigned.

Moreover, the Court's docket reflects that no objections to the Application were filed.

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY  10152-3500
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*
Kathleen Campbell Davis (I.D. #4229)
800 North King Street
Suite 300
Wilmington, DE  19899
(302) 426-1900

Counsel for the Official Committee
of Asbestos Personal Injury Claimants

Dated: September 12, 2007

{D0092345.1 }