IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: October 8, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S SEVENTIETH MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/419799

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 7, 2007

Bill Number 08969
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through July 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/02/07 | RAM | Read selected documents filed in bankruptcy court (.9). Read email from in-house counsel re: certain studies and lab reports (.1); review binders and memos and locate documents re: same (.7); telephone conference with in-house counsel re: same (.1); conference with DBM re: obtaining documents (.1); review documents re: same (.2); conference with ARA re: same (.1); send additional documents to in-house counsel (.1). | 2.30 Hrs | $632.50 |
| 07/02/07 | DBM | Find exhibits for in-house counsel, per RAM's request. | 0.40 Hrs | $98.00 |
| 07/02/07 | ARA | Per telephone request from DBM, search for and obtain documents re: studies and lab reports and produce to RAM (1.4); conference with RAM re: same (.1) | 1.50 Hrs | $150.00 |
| 07/03/07 | RAM | Read documents re: lab tests. | 0.10 Hrs | $27.50 |
| 07/03/07 | ARA | Continue to search for and obtain documents re: studies and lab reports for RAM. | 0.80 Hrs | $80.00 |
| 07/06/07 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $110.00 |
| 07/09/07 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | $220.00 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/09/07 | ARA | Receipt of originals from copy service re: criminal defense attorney document review. | 0.50 Hrs | $50.00 |
| 07/10/07 | ARA | Receipt of disk from copy service re: criminal defense attorney production. | 0.20 Hrs | $20.00 |
| 07/11/07 | MTM | Telephone call to ARA re: status of return of boxes to Cambridge and recent production to criminal defense counsel (.3); telephone call to Merrill Corp. re: copy job for production to criminal defense counsel (.2); email to criminal defense counsel re: same and re: potential medical confidential documents (.4). | 0.90 Hrs | $216.00 |
| 07/11/07 | ARA | Return MTM's call re: Merrill's bill for copying product binders (.1). Quality control documents produced during criminal defense attorney document review (3.5). | 3.60 Hrs | $360.00 |
| 07/12/07 | RAM | Telephone conference with in-house counsel re: language in Product Appendix re: end of production dates for certain products (.2); conference with DBM re: same (.1); conference with MTM re: same (.1). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.60 Hrs | $165.00 |
| 07/12/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 6.50 Hrs | $650.00 |
| 07/13/07 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $55.00 |
| 07/13/07 | MTM | Conference with in-house counsel re: audiotape of expert's presentation (.2); email to criminal defense counsel re: same (.3); telephone call to in-house counsel re: request for general box inventory (.2). | 0.70 Hrs | $168.00 |
| 07/16/07 | RAM | Telephone conference with in-house counsel who requests information re: visits to repository by certain plaintiffs' attorneys; conferences with MB and MTM re: same. Conference with MTM re: sales of particular product. | 0.30 Hrs | $82.50 |
| 07/16/07 | MTM | Conference with ARA re: in-house counsel request for box inventory (.3); email from in-house counsel re: product sales (.2); conference with RAM re: request from in-house counsel for list of trips to repository by certain plaintiffs' counsel (.2); work on request from in-house counsel re: same (.5). | 1.20 Hrs | $288.00 |
| 07/16/07 | ARA | Per RAM and MTM's messages, search for and locate particular product binders (1.7). Quality control documents produced during criminal defense attorney document review (3.6). Search for and locate microcassettes requested by criminal defense attorney (.9); search for letter attached to microcassettes (.6). Telephone call from MTM to discuss box inventory of the repository requested by in-house counsel (.3). | 7.10 Hrs | $710.00 |

Page 2

Mark A. Shelnitz

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/07 | RAM | Read documents to ascertain end of manufacturing dates for certain products (.3). Conference with DBM and MTM re: dates when certain plaintiffs' attorneys were at repository (.1). | 0.40 Hrs | $110.00 |
| 07/17/07 | MTM | Work on project for in-house counsel re: trips to repository by certain plaintiffs' counsel (1.7); search for product appendices re: end of production dates for certain products (.9); telephone call and letter to criminal defense counsel re: recent document review in Boston (.4). | 3.00 Hrs | $720.00 |
| 07/17/07 | ARA | Per MTM's request, review production files re: dates when various plaintiffs' attorneys were at Winthrop Square; telephone call to MTM re: same (1.0). Search for letter requested by criminal defense attorney (.2). Search for Grace's historical discovery responses (.3). | 1.50 Hrs | $150.00 |
| 07/18/07 | MTM | Work on project for in-house counsel re: trips to Winthrop Square by various plaintiffs' counsel (1.9); respond to second in-house counsel re: sales of a particular product (.6); conference with ARA re: Winthrop Square production history project (.4). | 2.90 Hrs | $696.00 |
| 07/18/07 | ARA | Review production files re: dates when various plaintiffs' attorneys were at Winthrop Square (1.1); discussion with MTM re: same (.4). Per MTM's request, search for Grace discovery responses (1.0). Conduct box inventory requested by in-house counsel (2.4). Produce production binders and closed case binders for MTM (.3). | 5.20 Hrs | $520.00 |
| 07/19/07 | MTM | Telephone call from in-house counsel re: product sales project (.2); draft email response to him (.3). | 0.50 Hrs | $120.00 |
| 07/20/07 | MTM | Continue to work on product sales project (1.0); conference with DBM re: request from in-house counsel for requests for production during 2 years prior to bankruptcy (.2). | 1.20 Hrs | $288.00 |
| 07/23/07 | RAM | Conference with MTM re: responding to requests for information from in-house counsels (.2) Read emails re: product sales (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.40 Hrs | $110.00 |
| 07/23/07 | DBM | Conference with MTM re: productions to Baron & Budd. | 0.10 Hrs | $24.50 |
| 07/23/07 | MTM | Work on project re: trips to repository by plaintiff's counsel (1.1); work on project re: product sales (2.0). | 3.10 Hrs | $744.00 |
| 07/24/07 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $55.00 |
| 07/24/07 | DBM | Review log books for instances of document production to Baron & Budd. | 1.50 Hrs | $367.50 |
| 07/24/07 | MTM | Work on project re: box count for all Grace materials (3.2); email from criminal defense counsel requesting Libby personnel file (.1). | 3.30 Hrs | $792.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/24/07 | ARA | Conduct box inventory requested by in-house counsel. | 6.50 Hrs | $650.00 |
| 07/25/07 | RAM | Review documents and correspondence re: product sales (.3); conference with MTM re: same (.2). Telephone conference with in-house counsel re: Baron & Budd's access to documents (.1). | 0.60 Hrs | $165.00 |
| 07/25/07 | MTM | Conference with ARA re: request from criminal defense counsel for Libby personnel file (.1); conference with RAM re: product sales project (.2); work on project (1.0). | 1.30 Hrs | $312.00 |
| 07/25/07 | ARA | Conduct box inventory requested by in-house counsel (4.2). Per telephone call from MTM, search for personnel file re: criminal defense attorney document review (2.3). Telephone call to criminal defense attorney to confirm that documents were scanned by Merrill (.4); contact Merrill to review documents re: same (.6). | 7.50 Hrs | $750.00 |
| 07/26/07 | MTM | Continue work on project to estimate total number of boxes from all sources for in-house counsel. | 2.00 Hrs | $480.00 |
| 07/26/07 | ARA | Discussion with Merrill re: schedule of returning WRG plant boxes to Cambridge (.1). Conduct box inventory requested by in-house counsel (3.0). Quality control documents produced during criminal defense attorney document review (2.0). | 5.10 Hrs | $510.00 |
| 07/27/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 5.50 Hrs | $550.00 |
| 07/30/07 | RAM | Conference with MTM re: Speights' review of Canadian documents; check source material re: same. | 0.20 Hrs | $55.00 |
| 07/30/07 | MTM | Receipt and review of email from in-house counsel re: Canadian documents and request from Dan Speights (.3); work on response to same (5.8); conference with RAM re: same (.2). | 6.30 Hrs | $1,512.00 |
| 07/30/07 | ARA | At WRG Cambridge to quality control plant boxes returned from Winthrop Square (2.3). Quality control documents produced during criminal defense attorney document review (4.9). Per MTM's request, review Canadian documents (.6). | 7.80 Hrs | $780.00 |
| 07/31/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $55.00 |
| 07/31/07 | MTM | Review storage boxes re: Speights' request for Canadian documents (3.0); review document binder re: same (1.0). | 4.00 Hrs | $960.00 |

Mark A. Shelnitz

|  | TOTAL LEGAL SERVICES | $15,558.50 |
|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.70 Hrs | 275/hr | $1,842.50 |
| DONNA B. MACKENNA | 2.00 Hrs | 245/hr | $490.00 |
| MATTHEW T. MURPHY | 30.40 Hrs | 240/hr | $7,296.00 |
| ANGELA R. ANDERSON | 59.30 Hrs | 100/hr | $5,930.00 |
| | 98.40 Hrs | | $15,558.50 |

|  | TOTAL THIS BILL | $15,558.50 |
|---|---|---|

**CASNER & EDWARDS, LLP**
**ATTORNEYS AT LAW**
**303 CONGRESS STREET**
**BOSTON, MASSACHUSETTS 02210**
**F.I.N. 04-2778062**

September 7, 2007

Bill Number 08966
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through July 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 07/03/07 | RAM | Finalize May fee application and send it to Delaware counsel to file. | 0.20 Hrs | $55.00 |
| | | TOTAL LEGAL SERVICES | | $55.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.20 Hrs | 275/hr | $55.00 |
| | 0.20 Hrs | | $55.00 |

TOTAL THIS BILL    $55.00