**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 7, 2007

Bill Number 08967
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through July 31, 2007

### BOSTON EXPRESS DELIVERY

| | | |
|---|---|---|
| 07/19/07 | To One Winthrop Square (15 boxes) from 62 Whittemore Ave., Cambridge on 06/15/07. | 68.00 |
| | | $68.00 |

### OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 07/11/07 | MERRILL COMM - Copies of all product binders for K & E counsel (5/17/07). | 1,733.90 |
| 07/11/07 | MERRILL COMM -Copies of product documents for in-house counsel (6/04/07). | 98.60 |
| 07/11/07 | MERRILL COMM - 3 Personnel files copied for criminal defense counsel. | 21.11 |
| 07/23/07 | MERRILL COMM - Balance of product binders requested by K & E (6/05/07). | 197.16 |
| | | $2,050.77 |

### PHOTOCOPYING

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2007

PHOTOCOPYING

| | | |
|---|---|---|
| 07/02/07 | 2 copies @ .10 per copy | 0.20 |
| 07/18/07 | 143 copies @ .10 per copy | 14.30 |
| 07/31/07 | 110 copies at .10 per copy | 11.00 |
| | | $25.50 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 07/02/07 | Rent and utilities for document repository at One Winthrop Square -July 2007 | 11,800.10 |
| | | $11,800.10 |

MISCELLANEOUS

| | | |
|---|---|---|
| 07/23/07 | RECORDKEEPER ARCHIVE-Storage from 06/01/07 to 07/02/07. | 402.60 |
| | | $402.60 |
| | TOTAL DISBURSEMENTS | $14,346.97 |
| | TOTAL THIS BILL | $14,346.97 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 7, 2007

Bill Number 08968
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through July 31, 2007

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 07/16/07 | To 919 North Market St., Pachulski Stang Ziehl Young, Patricia Cunniff from Casner and Edwards on 07/03/07 by RAM. | 14.91 |
| | | $14.91 |
| | TOTAL DISBURSEMENTS | $14.91 |
| | TOTAL THIS BILL | $14.91 |