# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2007 - JULY 31, 2007**

| Matter Code | Project Category | Hours | Total Fees |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 66.7 | $   43,453.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 9.4 | 5,864.50 |
| 0014 | Case Administration | 66.4 | 13,589.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 14.1 | 8,622.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 24.8 | 17,131.50 |
| 0018 | Fee Application, Applicant | 18.1 | 5,678.50 |
| 0019 | Creditor Inquiries | 2.6 | 1,935.50 |
| 0020 | Fee Application, Others | 7.8 | 3,179.00 |
| 0021 | Employee Benefits, Pension | 0.9 | 544.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 3.5 | 2,243.50 |
| 0035 | Travel - Non Working | 8.8 | 6,938.00 |
| 0036 | Plan and Disclosure Statement | 38.1 | 24,086.50 |
| 0037 | Hearings | 41.0 | 27,471.00 |
| | | | |
| | **Sub Total** | **302.2** | **$ 160,737.50** |
| | **Less 50% Travel** | **(4.4)** | **(3,469.00)** |
| | **Total** | **297.8** | **$ 157,268.50** |

# STROOCK

## INVOICE

| DATE | August 31, 2007 |
| --- | --- |
| INVOICE NO. | 421105 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/02/2007 | T/c L. Chambers re: PI estimation issues (.3); attention to same (1.0). | Pasquale, K. | 1.3 |
| 07/03/2007 | Attend to revised PI CMO (.1); attend to agenda notice for 7/9/07 hearing (.1); attend to COC of the PD Committee re order concerning amendments to PD Claims (.1); attend to Debtors' list of claims for 7/30 - 8/1/07 trial (.1); attend to Speight's motion to supplement the records re order disallowing 71 claim (.2); attend to PI estimation issues (4.9). | Krieger, A. | 5.5 |
| 07/05/2007 | Attend to deposition notice re Brayton Purcell (.1); attend to expert estimation material (.2). | Krieger, A. | 0.3 |
| 07/05/2007 | Attention to PI estimation expert issues & conf. call w/Navigant re: same (2.2); e-mails FCR re: back up (.2). | Pasquale, K. | 2.4 |
| 07/06/2007 | Attend to Debtors' emergency motion to respond to Speights supplemental motion to | Krieger, A. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | alter, amend (.1); attend to Debtors' motions for approval of agreed upon protective order with Congoleum Corp and for expedited consideration thereof (.3); attend to PI Estimation matters (1.7). | | |
| 07/06/2007 | Attention to additional expert back-up materials supplied by FCR. | Pasquale, K. | 1.1 |
| 07/09/2007 | Attend to PI Estimation issues. | Krieger, A. | 4.6 |
| 07/09/2007 | Review PI estimation issues (1.8); office conf. with A. Krieger re exclusivity extension and appeal (.1). | Kruger, L. | 1.9 |
| 07/10/2007 | Attend to PI estimation issues (3.7); attend to competing certifications re order on third set of interrogatories to plaintiff's firms (.3); attend to Debtors' witness list statement and exhibit statement for 7/30 - 8/1/07 PD trials (.1); attend to Debtors' brief on statute of limitation issues (.4); attend to Court orders re second amended PI CMO, and plaintiff's law firms discovery, amended schedule for PD litigation, other (.3); attend to agreed motion by Debtors and Congoleum re discovery of data and proposed stipulation and protective order (.2). | Krieger, A. | 5.0 |
| 07/10/2007 | Office conf. with A. Krieger and call with Shelnitz re status of negotiations on PD and PI and issue of exclusivity. | Kruger, L. | 0.6 |
| 07/11/2007 | Attend to Speights motion to supplement the record (.1); attend to response by Celotex Trust to Debtors motion to expedite re motion to compel discovery (.3); attend to Debtors' consolidated response to motion to alter/amend Court's stay order (BNSF and Montana actions) (.4); attend to PI estimation issues (3.4). | Krieger, A. | 4.2 |
| 07/12/2007 | Attend to Debtors response to motion to alter and Court's temporary stay order. | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/13/2007 | Attend to responses received by certain plaintiffs' counsel re Third set of Interrogatories. | Krieger, A. | 0.2 |
| 07/16/2007 | Attend to deposition notices for Cintani and Egan (.1); attend to State of Montana's limited response to Libby claimants motion to alter Court's order (.6); attend to Debtors' consolidated response re motion to alter Court's temporary stay order (.3); exchanged memoranda with KP re June 25 hearing discussing PD claims status and Debtors' pending motion to extend exclusivity (.5); attend to Debtors' response to Speights motion to supplement the record re Court's order expunging 71 claims (.7); attend to response by Kelley & Ferraro to Debtors' Third set of Interrogatories (.3); attend to PI Estimation issues (3.4); attend to proposed protective order re FCR experts information (.2). | Krieger, A. | 6.1 |
| 07/16/2007 | Review PI estimation experts rebuttal. | Kruger, L. | 0.6 |
| 07/16/2007 | Attention to PI estimation issues and expert's rebuttal (2.5); attention to FCR proposed protective order (.4). | Pasquale, K. | 2.9 |
| 07/17/2007 | Attend to memorandum re modification of PI Estimation Schedule. | Krieger, A. | 0.1 |
| 07/17/2007 | Conference call with B. Harding, G. Horowitz re PI issues. | Pasquale, K. | 0.3 |
| 07/18/2007 | Attend to Motley Rice's trial brief for 7/30-31/07 statute of limitations hearing and related materials. | Krieger, A. | 1.3 |
| 07/19/2007 | Attend to PI Estimation related matters (.7); attend to Debtors' motion for leave to file brief in support of opposition to protective order motions by plaintiffs' law firms (.6); attend to memoranda re depositions of BMC Group and Rust Consulting (.2). | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/19/2007 | Office conf. with A. Krieger re National Union hearing (.2); review PI estimation materials (.8). | Kruger, L. | 1.0 |
| 07/20/2007 | Attend to deposition notices for BMC and Rust (.1); memorandum to J. Baer re 7/10/07 order and disclosure of protected information (.1); attend to Estimation issues (1.8). | Krieger, A. | 2.0 |
| 07/23/2007 | Exchanged memoranda with KP re Debtors' motion to file certain pleadings and law firm's interrogatory responses under seal and related issues. | Krieger, A. | 0.6 |
| 07/24/2007 | Office conference KP re 7/10/07 Order on responses to the third set of interrogatories and attention to memoranda thereon (.4); attend to J. Baer memorandum re July 30 PI status conference (.1); exchanged memoranda with A. Basta re BMC deposition on 7/25/07 (.1); attend to Kelly & Ferraro response to third set of interrogatories (.2); attend to Angelos response to third set of Interrogatories (.2); attend to PI Estimation related matters (2.3). | Krieger, A. | 3.3 |
| 07/24/2007 | Emails with K. Pasquale and A. Krieger re documents filed under seal. | Kruger, L. | 0.4 |
| 07/24/2007 | Attention to July 10 confidentiality order and multiple telephone conferences and emails re authority of UCC to obtain information (2.0); attention to Angelos and Kelley Ferraro responses (.8); attention to first batch of electronic expert back up information from FCR (1.0). | Pasquale, K. | 3.8 |
| 07/25/2007 | Attend deposition of representative for BMC Corp and follow up conference with Debtors' counsel (6.5); exchanged memoranda with the Court reporter (.1); prepare memorandum thereon (.8); exchanged memoranda with LK re July 30-31, 2007 hearings (.3). | Krieger, A. | 7.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/25/2007 | Review unredacted motion and briefs by Motley Rice, Baron & Budd re discovery issues. | Kruger, L. | 0.8 |
| 07/26/2007 | Attend to Debtors' motion for approval of settlement with the City of Philadelphia. | Krieger, A. | 0.6 |
| 07/26/2007 | Attention to back up expert materials from FCR. | Pasquale, K. | 1.4 |
| 07/27/2007 | Attend to deposition transcript of BMC Group's representative (.1); attend to Motley Rice's motion to file documents under seal (.1); attend to PI Committee's and FCR's opposition to Grace's renewed request for attorneys deposition (.2). | Krieger, A. | 0.4 |
| 07/27/2007 | Attention to reply papers to debtors request for PI attorneys depositions. | Pasquale, K. | 0.5 |
| 07/31/2007 | Attend to further amended PI CMO (.1); attend to order expunging PD claims and COC re amending PD claims (.1). | Krieger, A. | 0.2 |
| 07/31/2007 | Attention to supplemental expert reports from FCR, Libby. | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 46.2 | $ 605 | $ 27,951.00 |
| Kruger, Lewis | 5.3 | 860 | 4,558.00 |
| Pasquale, Kenneth | 15.2 | 720 | 10,944.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 43,453.00 |
|------------------------------------------|-------------|

# STROOCK

PAGE: 6

| TOTAL FOR THIS MATTER | $ 43,453.00 |
|---|---|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/02/2007 | Prepare for and participate in telephone conference with Grace and Capstone re: license agreement. | DiBernardo, I. | 2.3 |
| 07/02/2007 | Attend to IP License Agreement (1.4); extended conference call with C. Cross, J. McFarland, I. DiBernardo and J. Dolan re IP Agreement (1.3); follow-up office conference I. DiBernardo (.1); telephone call J. Dolan re outstanding issue (.1); exchanged memoranda with M. Berg re Phase 2 information and Phase 1 Report (.3); exchanged memoranda with J. McFarland re schedules and environmental information thereon (.2). | Krieger, A. | 3.6 |
| 07/03/2007 | Exchanged memoranda with J. Dolan re status of review of agreement,  outstanding questions, Committee's position (.2). | Krieger, A. | 0.2 |
| 07/05/2007 | Attend to memo from M. Berg re Washcoat sale related Phase 1 and 2 reports (.1); attend to objection filed by Fireman's Fund to Washcoat sale (.2). | Krieger, A. | 0.3 |
| 07/06/2007 | Telephone call J. Baer re objection to the Washcoat Sale and Committee's position thereon. | Krieger, A. | 0.1 |
| 07/08/2007 | Attend to US Trustee's limited objection to sale motion (.1); attend to proposed form of order approving sale (1.3). | Krieger, A. | 1.4 |
| 07/09/2007 | Attend to memorandum to Debtors' counsel re comments to Washcoat sale order. | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/09/2007 | Review UST objection re sale of business to Rhodia. | Kruger, L. | 0.2 |
| 07/12/2007 | Attend to revised sale order and memorandum from L. Sinanyan responding to my comments (.4); exchanged memoranda with L. Sinanyan re revised sale order (.2). | Krieger, A. | 0.6 |
| 07/16/2007 | Memorandum to J. Dolan re status of ancillary agreements to the sale. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| DiBernardo, Ian G. | 2.3 | $ 660 | $ 1,518.00 |
| Krieger, Arlene G. | 6.9 | 605 | 4,174.50 |
| Kruger, Lewis | 0.2 | 860 | 172.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,864.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,864.50 |
|-----------------------|-----------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/02/2007 | Exchanged memoranda with Grace representative re conference call re the IP License Agreement (.2); attend to memoranda re July 5, 2007 hearing (.1). | Krieger, A. | 0.3 |
| 07/02/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); review case file documents in preparation for central file supplementation (2.1). | Mohamed, D. | 4.2 |
| 07/03/2007 | Call to court call on change of time of hearing on the 5th, sent email to AGK. | Holzberg, E. | 0.2 |
| 07/03/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); attention to retrieval of pleadings for attorney review (.5). | Mohamed, D. | 2.1 |
| 07/05/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.9); review case file documents in preparation for central file supplementation (1.5); attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 4.4 |
| 07/06/2007 | Checked docket to update status. | Holzberg, E. | 1.0 |
| 07/06/2007 | Attend to files. | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/06/2007 | Email from A. Krieger re 7/5 court hearing. | Kruger, L. | 0.3 |
| 07/06/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.6); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 3.3 |
| 07/09/2007 | Reviewed legal docket to update status (1.2); retrieved documents and distributed same (1.9). | Holzberg, E. | 3.1 |
| 07/09/2007 | Memorandum to LK, KP re Grace representatives (.1); memorandum and office conference EH re circulation of newly docketed pleadings (.1). | Krieger, A. | 0.2 |
| 07/10/2007 | Attend to court's second amended order re case management procedures and exchanged memoranda with M. Lastowski re same. | Krieger, A. | 0.5 |
| 07/10/2007 | Research on Congoleum and G-I Holding Tersigni-related public documents for A. Krieger. | Magzamen, M. | 0.5 |
| 07/11/2007 | Attend to PD litigation schedule and memo to EH re court call arrangements. | Krieger, A. | 0.3 |
| 07/11/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (2.4); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2). | Mohamed, D. | 3.8 |
| 07/12/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.1 |
| 07/13/2007 | Attend to newly filed certifications, | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | applications. | | |
| 07/13/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed in main case (1.2); review adversary proceeding case docket nos. 04-55083 and 05-52724 (.2); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4); retrieve and distribute recently filed pleading re case docket no. 02-1657 (.2). | Mohamed, D. | 2.4 |
| 07/16/2007 | Telephone call court call re revised court hearing arrangements. | Krieger, A. | 0.1 |
| 07/16/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 0701378 (.2); retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 2.5 |
| 07/17/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review case file documents in preparation for central file supplementation (1.4); attention to retrieval of pleadings for review (.3). | Mohamed, D. | 3.4 |
| 07/18/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.9 |
| 07/19/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (2.1); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); review case file documents (.4); attention to retrieval of certain pleadings for attorney review (.8). | Mohamed, D. | 4.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/20/2007 | Attend to certifications (.2); attend to files (.7). | Krieger, A. | 0.9 |
| 07/20/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.8 |
| 07/23/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.5); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); attention to retrieval of pleadings for review (.3). | Mohamed, D. | 3.1 |
| 07/24/2007 | Call with court call to arrange for A. Krieger to attend hearing on 7/30 and 7/31 telephonically (.3), reviewed legal docket to update status (1.2). | Holzberg, E. | 1.5 |
| 07/24/2007 | Attend to numerous orders entered by the court and certifications filed. | Krieger, A. | 0.3 |
| 07/24/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.3); attention to review of case file documents in preparation for central file supplementation (1.4). | Mohamed, D. | 3.3 |
| 07/25/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); attention to retrieval of certain pleadings for attorney review (.7). | Mohamed, D. | 3.4 |
| 07/26/2007 | Memorandum to J. O'Neill re 6/25/07 hearing transcript (.1); attend to applications, | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | certifications and orders (.4); notice cancelling 7/30-31/07 hearings (.1). | | |
| 07/26/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 1.9 |
| 07/27/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); attention to retrieval of certain quarterly fee applications of Stroock for review (.5); review case file documents in preparation for central file supplementation (.8). | Mohamed, D. | 3.8 |
| 07/31/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.6 |
| 07/31/2007 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (1.9); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review and update court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 6.4 | $ 255 | $ 1,632.00 |
| Krieger, Arlene G. | 4.1 | 605 | 2,480.50 |
| Kruger, Lewis | 0.3 | 860 | 258.00 |
| Magzamen, Michael S. | 0.5 | 255 | 127.50 |
| Mohamed, David | 55.1 | 165 | 9,091.50 |

# STROOCK

PAGE: 14

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,589.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,589.50 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2007 | Attend to case law re excusable neglect and preparation of objection. | Krieger, A. | 2.5 |
| 07/02/2007 | Attend to objection to NJDEP motion to file a late claim (3.3); exchanged memoranda with KP re preparation of joinder (.1); attend to Debtors' draft objection (.8). | Krieger, A. | 4.2 |
| 07/03/2007 | Attend to Committee's joinder to Debtors' objection to NJDEP's motion to file late claims (1.4); exchanged memoranda with KP re same (.1). | Krieger, A. | 1.5 |
| 07/03/2007 | Attention to debtor's draft opposition to NJDEP motion and joinder to same. | Pasquale, K. | 0.8 |
| 07/05/2007 | Telephone call M. Berg re responses to NJDEP's motion to file a late claim (.2); memorandum to Debtors' counsel re response to NJDEP motion (.2);  attend to IRS' response to Debtors' objection to tax claims (.1). | Krieger, A. | 0.5 |
| 07/06/2007 | Attend to Debtors' objection to  motion to file a late claim and telephone calls J. Baer re same. | Krieger, A. | 1.0 |
| 07/11/2007 | Attend to exhibits to Debtors' objection to NJDEP's motion to file a late claim. | Krieger, A. | 0.2 |
| 07/16/2007 | Attend to NJDEP's reply to Debtors objection to motion to file a late claim. | Krieger, A. | 0.4 |
| 07/17/2007 | Certification of counsel re stipulation consolidating certain Massachusetts claims and certification of counsel re proposed protective | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | order with respect to Del Taco claims. | | |
| 07/18/2007 | Attend to NJDEP's reply to Debtors' objection to its motion to file a late claim. | Krieger, A. | 2.6 |
| 07/24/2007 | Exchanged memoranda with L. Sinanyan re: motion to file a late claim. | Krieger, A. | 0.1 |
| 07/31/2007 | Attend to certification re order denying NJDEP's motion to file late claim. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.3 | $ 605 | $ 8,046.50 |
| Pasquale, Kenneth | 0.8 | 720 | 576.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,622.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,622.50 |
|-----------------------|------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/05/2007 | Memoranda to M. Lastowski re Committee's joinder to Debtors' objection to NJDEP's motion. | Krieger, A. | 0.1 |
| 07/06/2007 | Exchanged memoranda with M. Lastowski and A. Ash re filing of Committee's joinder to Debtors' objection. | Krieger, A. | 0.4 |
| 07/11/2007 | Attend to memorandum to the Committee re exclusivity. | Krieger, A. | 2.9 |
| 07/12/2007 | Exchanged memoranda with LK re revised memorandum to the Committee re exclusivity hearing (.2); exchanged memoranda with KP re discussion with Debtors' counsel re exclusivity hearing (.4). | Krieger, A. | 0.6 |
| 07/12/2007 | Emails with A. Krieger re memo to Committee re exclusivity. | Kruger, L. | 0.2 |
| 07/13/2007 | Memorandum to C. Freedgood re memorandum to the Committee re exclusivity hearing (.2); memorandum to the Committee re objections to Debtors' exclusivity motion and hearing (.2). | Krieger, A. | 0.4 |
| 07/17/2007 | Conference call C. Freedgood re Committee call to discuss exclusivity hearings and meeting with the Debtors (.4); attend to memoranda to the Committee re conference call to discuss exclusivity (.4); telephone call Ed Ordway re agenda for Committee meeting (.1). | Krieger, A. | 0.9 |
| 07/17/2007 | Call with K. Pasquale, A. Krieger and call with | Kruger, L. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | J. Baer, M. Shelnitz re exclusivity hearing and possible EPA settlement (1.0); review email on exclusivity from Committee member (.2); call with Freedgood re Committee meeting, exclusivity and possible EPA settlement (.4); office conf. with K. Pasquale and A. Krieger re EPA settlement issues and call with Debtor (.4). | | |
| 07/17/2007 | Conference call with debtors, professionals re status (1.0); office conference A. Krieger, L. Kruger re same (.4). | Pasquale, K. | 1.4 |
| 07/18/2007 | Committee conference call re July 23, 2007 hearings including exclusivity, EPA- related matters. | Krieger, A. | 1.0 |
| 07/18/2007 | Office conf with K. Pasquale and A. Krieger and call with committee re committee position on exclusivity and EPA issues and strategy (1.0); and preparation for 7/23 hearing on exclusivity (.3). | Kruger, L. | 1.3 |
| 07/18/2007 | Committee conference call. | Pasquale, K. | 1.0 |
| 07/24/2007 | Attend to memorandum to the Committee re July 23, 2007 hearing. | Krieger, A. | 3.6 |
| 07/24/2007 | Review email to committee re 7/23 court hearing. | Kruger, L. | 0.3 |
| 07/25/2007 | Memorandum to LK re Debtors' meeting with the Committee. | Krieger, A. | 0.2 |
| 07/25/2007 | Emails with A. Krieger re 7/30/31 hearings (.3); emails to A. Krieger re Debtors' meeting with the Committee (.2). | Kruger, L. | 0.5 |
| 07/26/2007 | Office conference LK re Committee meeting with the Debtors (.2); memorandum with KP re same (.1); exchanged memorandum with C. Freedgood re same (.1); memorandum to the Committee re Court's order terminating | Krieger, A. | 2.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exclusivity (.2); attend to memorandum to the Committee re settlement with the City of Philadelphia (.5); exchanged multiple memoranda with Committee member re Committee discussion on exclusivity and further office conferences LK and KP re same (.9); memorandum to the Committee re 7/27/07 conference call re exclusivity (.2). | | |
| 07/26/2007 | Office conf. with A. Krieger re meeting with debtors (.2); review memo to committee re exclusivity (.2); office conf. with K. Pasquale and A. Krieger re exclusivity decision (.4); office conf. with A. Krieger and call with Shelnitz re exclusivity decision and impact and Motley Rice PD settlement (.8). | Kruger, L. | 1.6 |
| 07/27/2007 | Memorandum to LK, KP re Committee conference call (.2); memoranda to the Committee members re 7/27/07 conference call (.8); memoranda to C. Freedgood re information request (.2); conference call with Committee re Judge Fitzgerald's exclusivity ruling and strategy, and follow-up conference with LK, KP re same (.8). | Krieger, A. | 2.0 |
| 07/27/2007 | Conference call with committee re results of the removal of exclusivity and strategy (.8); calls with K. Pasquale and A. Krieger re follow-up to committee call (.2). | Kruger, L. | 1.0 |
| 07/27/2007 | Conference call with Committee re exclusivity and attention to same. | Pasquale, K. | 0.8 |
| 07/31/2007 | Exchanged memoranda with LK re Committee meeting with the Debtors (.1); memoranda to the Committee re meeting with the Debtors (.3). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 14.7 | $ 605 | $ 8,893.50 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 6.9 | 860 | 5,934.00 |
| Pasquale, Kenneth | 3.2 | 720 | 2,304.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,131.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 17,131.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|----|---------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/10/2007 | Made additional edits to May statement and discussion with D. Azrilen. | Holzberg, E. | 0.5 |
| 07/10/2007 | Attend to May 2007 fee statement. | Krieger, A. | 1.3 |
| 07/12/2007 | Reviewed disbursements for May application (.9); worked on application (.8). | Holzberg, E. | 1.7 |
| 07/13/2007 | Worked on review of disbursements for May (1.4); worked with accounting re same (1.7). | Holzberg, E. | 3.1 |
| 07/16/2007 | Worked on May fee application. | Holzberg, E. | 0.7 |
| 07/17/2007 | Work on 74th monthly fee application and caused it to be filed. | Holzberg, E. | 1.7 |
| 07/17/2007 | Review Stroock's 74th monthly fee statement in preparation for filing (.6); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.8). | Mohamed, D. | 1.8 |
| 07/20/2007 | Attention to June Bill. | Holzberg, E. | 2.4 |
| 07/24/2007 | Attend to June 2007 fee statement. | Krieger, A. | 1.4 |
| 07/26/2007 | Attention to June monthly bill. | Holzberg, E. | 1.0 |
| 07/26/2007 | Attend to June 2007 fee statement and office conference EH re same. | Krieger, A. | 0.8 |
| 07/27/2007 | Attention to June bill. | Holzberg, E. | 1.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 12.8 | $ 255 | $ 3,264.00 |
| Krieger, Arlene G. | 3.5 | 605 | 2,117.50 |
| Mohamed, David | 1.8 | 165 | 297.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,678.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,678.50 |
|---|---|

# STROOCK

PAGE: 23

| RE | Creditor Inquiries |
| --- | --- |
| | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/16/2007 | Telephone conference bank debt holder re exciusivity, PD claims status. | Pasquale, K. | 0.3 |
| 07/24/2007 | Calls re Court hearing on exclusivity. | Kruger, L. | 0.2 |
| 07/26/2007 | Calls with debtholders re decision and effect on process and negotiations. | Kruger, L. | 0.5 |
| 07/26/2007 | Muitiple telephone conferences bank debt holders re exclusivity. | Pasquale, K. | 0.6 |
| 07/27/2007 | Telephone call bank debt holder re Court's exclusivity ruling. | Krieger, A. | 0.3 |
| 07/27/2007 | Multiple telephone conferences bank debt holders re exclusivity. | Pasquale, K. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.3 | $ 605 | $ 181.50 |
| Kruger, Lewis | 0.7 | 860 | 602.00 |
| Pasquale, Kenneth | 1.6 | 720 | 1,152.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,935.50 |
| --- | --- |

# STROOCK

| PAGE: 24 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,935.50 |

# STROOCK

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/09/2007 | Attend to Navigant's May 2007 invoice and memorandum to A. McIntosh re same. | Krieger, A. | 0.5 |
| 07/10/2007 | Attend to L. Tersigni Consulting materials and memorandum to M. Shelnitz re same. | Krieger, A. | 0.7 |
| 07/11/2007 | Review Capstone's 40th monthly fee statement for May 2007 in preparation for filing (.4); prepare notice and affidavit of service and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.6 |
| 07/13/2007 | Review Capstone's 13th quarterly fee application in preparation for filing (.5); prepare notice and affidavit of service and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.8). | Mohamed, D. | 1.9 |
| 07/17/2007 | Attend to Navigant's June 2007 invoice and exchange memoranda with A. McIntosh re same. | Krieger, A. | 0.2 |
| 07/18/2007 | Attend to recently filed fee applications of other professionals. | Krieger, A. | 1.6 |
| 07/19/2007 | Attend to recently filed fee applications. | Krieger, A. | 0.3 |
| 07/25/2007 | Attend to Navigant's June 2007 bill. | Krieger, A. | 0.7 |
| 07/26/2007 | Memorandum to M. Lyman re June 2007 invoice. | Krieger, A. | 0.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.3 | $ 605 | $ 2,601.50 |
| Mohamed, David | 3.5 | 165 | 577.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,179.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,179.00 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/16/2007 | Exchanged memoranda with J. Dolan re LTIP motion. | Krieger, A. | 0.2 |
| 07/31/2007 | Attend to Debtors' motion re LTIP program and Capstone's memorandum to the Committee thereon. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.9 | $ 605 | $ 544.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 544.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 544.50 |
|-----------------------|----------|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|----|---------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/02/2007 | Review scope of work for post-closing Phase I in Washcoat business sale. | Berg, M. | 0.3 |
| 07/05/2007 | Review Phase I for Washcoat sale site; review Action Order for NJ Zonolite site; telephone conference A. Krieger; review NJ objection to late claim motion. | Berg, M. | 1.9 |
| 07/17/2007 | Office conferences MAS re proposed settlement of environmental claims (.3); telephone call Jan Baer re status of settlement and memorandum to LK, KP re same (.4). | Krieger, A. | 0.7 |
| 07/17/2007 | Office conference A. Krieger re proposed settlement with EPA and NY Environmental motion (.2); work on issue raised in proposed settlement (.4). | Speiser, M. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 2.2 | $ 605 | $ 1,331.00 |
| Krieger, Arlene G. | 0.7 | 605 | 423.50 |
| Speiser, Mark A. | 0.6 | 815 | 489.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,243.50 |
|------------------------------------------|-----------|

# STROOCK

PAGE: 29

| TOTAL FOR THIS MATTER | $ 2,243.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 162.57 |
| Meals | 18.20 |
| Local Transportation | 13.00 |
| Long Distance Telephone | 207.45 |
| Duplicating Costs-in House | 37.50 |
| Outside Professional Services | 147.50 |
| Court Reporting Services | 1292.40 |
| Travel Expenses - Transportation | 947.60 |
| Travel Expenses - Lodging | 302.92 |
| Westlaw | 898.01 |

| TOTAL DISBURSEMENTS/CHARGES | $ 4,027.15 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,027.15 |
|---|---|

SSL-DOCS1 1841250v1

# STROOCK

RE     Travel - Non Working
       699843  0035

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| 07/23/2007 | Travel time to and from Wilmington for court hearing. | Kruger, L. | 4.3 |
| 07/31/2007 | Travel to Pittsburgh for court hearing. | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 4.3 | $ 860 | $ 3,698.00 |
| Pasquale, Kenneth | 4.5 | 720 | 3,240.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,938.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,938.00 |
|-----------------------|------------|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/06/2007 | Attend to objection to Debtors' extension of exclusivity filed by asbestos committees and FCR (.4). | Krieger, A. | 0.4 |
| 07/06/2007 | Review UST objection to extension of exclusivity. | Kruger, L. | 0.3 |
| 07/06/2007 | Attention to respective objections to exclusivity | Pasquale, K. | 0.8 |
| 07/08/2007 | Attend to US Trustee's objection to a further extension of exclusivity (.2); attend to plan-related material (.3). | Krieger, A. | 0.5 |
| 07/09/2007 | Attend to designations for the Third Circuit appeal on exclusivity order and exchanged memoranda with D. Ball re same (.3); office conference LK re exclusivity extension and appeal (.1). | Krieger, A. | 0.4 |
| 07/10/2007 | Office conference MAS re plan status and PI estimation(.3); office conference LK re US Trustee's objection and telephone call M. Shelnitz re same (.2);  attend to ACC's statement in support of opposition to Debtors' motion to extend exclusivity (.2); office conference LK and the conference call M. Shenitz re discussions re PD settlements and PI liabilities and exclusivity hearing (.4). | Krieger, A. | 1.1 |
| 07/10/2007 | Review UST objection to exclusivity (.4) and review FCR and ACC objection extension of exclusivity (.9). | Kruger, L. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/11/2007 | Attend to updated recovery analysis (.3); telephone call and exchanged memoranda with J. Dolan re recovery analysis (.3); memorandum to LK re revised recovery analysis (.2). | Krieger, A. | 0.8 |
| 07/13/2007 | Memorandum to J. Dolan re recovery analysis. | Krieger, A. | 0.1 |
| 07/16/2007 | Conference call S. Cunningham, J. Dolan re updated recovery analysis (.4); attend to schedules for recovery analysis (.2); exchanged memoranda with J. Dolan re schedules for revised recovery analysis (.1); attend to plan-related materials (.8); attend to Debtors' motion for leave to reply to objections to exclusivity (.2). | Krieger, A. | 1.7 |
| 07/16/2007 | Office conf. with A. Krieger re updated recovery analysis. | Kruger, L. | 0.2 |
| 07/16/2007 | Attention to debtors' reply re exclusivity. | Pasquale, K. | 0.3 |
| 07/17/2007 | Attend to plan-related issues (.8); memorandum and telephone call S. Cunningham re recovery analysis (.4). | Krieger, A. | 1.2 |
| 07/18/2007 | Attend to plan-related material. | Krieger, A. | 1.4 |
| 07/19/2007 | Attend to plan-related matters. | Krieger, A. | 4.8 |
| 07/20/2007 | Attend to plan-related matters. | Krieger, A. | 3.9 |
| 07/22/2007 | Attend to Appellants' brief on appeal of exclusivity and to the Third Circuit. | Krieger, A. | 0.4 |
| 07/23/2007 | Attended to Appellants' brief to the Third Circuit re exclusivity. | Krieger, A. | 2.6 |
| 07/24/2007 | Attention to appellants' brief re exclusivity appeal. | Pasquale, K. | 0.8 |
| 07/26/2007 | Attend to Court's order denying Debtors an extension of exclusivity and office conference | Krieger, A. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | LK and KP re same (.3); exchanged memoranda with W. Katchen re Court's order (.2); further office conference LK and conference M. Shelitz re court decision, plan-related matters, Motley Rice settlement in principle, other matters (.8). | | |
| 07/26/2007 | Review exclusivity decision and impact on Ch 11. | Kruger, L. | 0.4 |
| 07/26/2007 | Attention to Court's exclusivity decision (.6); telephone conference P. Bentley re same (.2). | Pasquale, K. | 0.8 |
| 07/27/2007 | Attend to plan-related issues. | Krieger, A. | 4.6 |
| 07/27/2007 | Emails Krieger re memo re plan-related issues. | Wildes, D. | 0.2 |
| 07/31/2007 | Attend to plan-related matters and other issues. | Krieger, A. | 7.1 |
| 07/31/2007 | Review valuations (.3) and consider implementation of debtors loss of exclusivity and office conf. with A. Krieger re same (.3). | Kruger, L. | 0.6 |
| 07/31/2007 | Telephone conference G. Becker re exclusivity. | Pasquale, K. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 32.3 | $ 605 | $ 19,541.50 |
| Kruger, Lewis | 2.8 | 860 | 2,408.00 |
| Pasquale, Kenneth | 2.8 | 720 | 2,016.00 |
| Wildes, Denise K. | 0.2 | 605 | 121.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,086.50 |
|---|---|

# STROOCK

PAGE: 35

| TOTAL FOR THIS MATTER | $ 24,086.50 |
| --- | --- |

# STROOCK

| RE | Hearings<br>699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/05/2007 | Preparation for and attendance (telephonically) re Court hearing re Anderson Memorial motion for class certification (7.0); attend to selected case law referred to during hearing (.8). | Krieger, A. | 7.8 |
| 07/06/2007 | Attend to memorandum re 7/5/07 arguments on Anderson Memorial motion for class certification (2.8); telephone call D. Hickerson re 7/5/07 hearing (.5); telephone call J. Baer re 7/5/07 hearing (.1). | Krieger, A. | 3.4 |
| 07/12/2007 | Attend to agenda for 7/19/07 PD claims-related hearing. | Krieger, A. | 0.1 |
| 07/16/2007 | Attend to agenda notice for 7/23/07 hearing. | Krieger, A. | 0.1 |
| 07/17/2007 | Conference with Grace representatives and follow up office conferences LK and KP re 7/23/07 and 7/19/07 hearings, claim settlements, Committee meeting with Debtors' representatives (1.0); attend to pleadings for July 19, 2007 argument on National Union adversary (1.9); attend to Debtors' trial brief re July 30 and 31 hearings on Motley Rice claims and related pleadings (.7); attend to agenda for 7/19/07 hearings (.1). | Krieger, A. | 3.7 |
| 07/18/2007 | Attend to Debtors' slides for 7/19/07 hearing (.1); attend to agenda for 7/23/07 hearing (.1); attend to pleadings for 7/23/07 hearing (.8). | Krieger, A. | 1.0 |
| 07/18/2007 | Review NJDEP pleadings re late claim (.6); agenda and pleadings for 7/23 hearing (.5). | Kruger, L. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/19/2007 | Attend to hearing on National Union adversary (2.1); office conference LK re same (.2). | Krieger, A. | 2.3 |
| 07/20/2007 | Attend to certain pleadings for 7/23/07 hearing (.9); attend to asbestos constituents slides for 7/23/07 hearing (.1); attend to revised proposed order approving Washcoat Sale and exchanged memoranda with L. Sinanyan re same (.2). | Krieger, A. | 1.2 |
| 07/23/2007 | Attend to amended agenda notice, Debtors' slides in response to asbestos constituents and memorandum to LK re same (.9); attend to additional material for hearing (.7); attend (telephonically) omnibus hearing re exclusivity, NJDEP motion to file a late claim; approval for Washcoat Sale, PI matters and PD scheduling and other matters (4.8). | Krieger, A. | 6.4 |
| 07/23/2007 | Preparation for Court hearing on exclusivity, NJDEP, Washcoat break up fee and other agenda items (1.1); in court at hearing on agenda, including exclusivity, Washcoat, NJDEP etc. (5.2); emails A. Krieger and K. Pasquale re access to restricted documents (.6). | Kruger, L. | 6.9 |
| 07/23/2007 | Monitored omnibus Court hearing (telephone) re exclusivity, PI issues, others. | Pasquale, K. | 4.0 |
| 07/25/2007 | Review agenda for 7/31, 8/1 hearings. | Kruger, L. | 0.2 |
| 07/26/2007 | Attend to pleadings for PD hearing on 7/30-31/07. | Krieger, A. | 1.2 |
| 07/31/2007 | Attend to pleading for 8/1/07 hearing and related notice (.5); attend to order re 8/29/07 hearing (.1). | Krieger, A. | 0.6 |
| 07/31/2007 | Preparation for Court hearing re PI attorney discovery. | Pasquale, K. | 1.0 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 27.8 | $ 605 | $ 16,819.00 |
| Kruger, Lewis | 8.2 | 860 | 7,052.00 |
| Pasquale, Kenneth | 5.0 | 720 | 3,600.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 27,471.00 | |

| TOTAL FOR THIS MATTER | $ 27,471.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 160,737.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 4,021.65 |
| TOTAL BILL | $ 164,759.15 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.