# EXHIBIT B

SSL-DOCS1 1841250v1

## WR GRACE & CO
## SUMMARY OF FEES
### JULY 1, 2007 - JULY 31, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| DiBernardo, Ian G. | 2.3 | $ 660 | $ 1,518.00 |
| Kruger, Lewis | 28.7 | 860 | 24,682.00 |
| Pasquale, Kenneth | 33.1 | 720 | 23,832.00 |
| Speiser, Mark A. | 0.6 | 815 | 489.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 2.2 | 605 | 1,331.00 |
| Krieger, Arlene G. | 155.0 | 605 | 93,775.00 |
| Wildes, Denise K. | 0.2 | 605 | 121.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 19.2 | 255 | 4,896.00 |
| Magzamen, Michael S. | 0.5 | 255 | 127.50 |
| Mohamed, David | 60.4 | 165 | 9,966.00 |
| | | | |
| **Sub Total** | 302.2 | | $ 160,737.50 |
| **Less 50% Travel** | (4.4) | | (3,469.00) |
| **Total** | 297.8 | | $ 157,268.50 |

SSL-DOCS1 1841250v1