# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2007 - JULY 31, 2007**

| | |
|---|---:|
| Outside Messenger Service | $ 162.57 |
| Meals | 18.20 |
| Local Transportation | 13.00 |
| Long Distance Telephone | 201.95 |
| Duplicating Costs-in House | 37.50 |
| Outside Professional Services | 147.50 |
| Court Reporting Services | 1,292.40 |
| Travel Expenses - Transportation | 947.60 |
| Travel Expenses - Lodging | 302.92 |
| Westlaw | 898.01 |
| | |
| **TOTAL** | **$4,021.65** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | August 29, 2007 |
|---|---|
| INVOICE NO. | 421105 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through July 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 07/02/2007 | VENDOR: UPS; INVOICE#: 0000010X827267; DATE: 06/30/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194691848 on 06/22/2007 | 6.43 |
| 07/02/2007 | VENDOR: UPS; INVOICE#: 0000010X827267; DATE: 06/30/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190040254 on 06/22/2007 | 6.43 |
| 07/02/2007 | VENDOR: UPS; INVOICE#: 0000010X827267; DATE: 06/30/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193261466 on 06/22/2007 | 6.43 |
| 07/02/2007 | VENDOR: UPS; INVOICE#: 0000010X827267; DATE: 06/30/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194179474 on 06/22/2007 | 9.14 |
| 07/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827277; DATE: 07/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, | 6.43 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1841250v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | WILMINGTON, DE 19801 Tracking #:1Z10X8270194510220 on 06/29/2007 | |
| 07/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827277; DATE: 07/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190329032 on 06/29/2007 | 6.43 |
| 07/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827277; DATE: 07/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191652645 on 06/29/2007 | 6.43 |
| 07/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827277; DATE: 07/07/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193865055 on 06/29/2007 | 9.14 |
| 07/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827277; DATE: 07/07/2007; FROM Laura Croston, 180 Maiden Lane, New York, NY TO c/o RIEFBERG Madelaine Berg, 10 Orsini Drive, LARCHMONT, NY 10538 Tracking #:1Z10X8270199408163 on 07/02/2007 | 6.44 |
| 07/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827277; DATE: 07/07/2007; FROM Joan Dimino, 180 Maiden Lane, New York, NY TO Jessica B. Horewitz Navigant Consulting, 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270191282992 on 07/05/2007 | 6.99 |
| 07/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827287; DATE: 07/14/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195013622 on 07/11/2007 | 6.43 |
| 07/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827287; DATE: 07/14/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195492016 on 07/11/2007 | 9.14 |
| 07/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827287; DATE: 07/14/2007; | 6.43 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196354593 on 07/11/2007 | |
| 07/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827287; DATE: 07/14/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197631004 on 07/11/2007 | 6.43 |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190523983 on 07/13/2007 | 6.43 |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192443593 on 07/13/2007 | 6.43 |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192932000 on 07/13/2007 | 6.43 |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192493217 on 07/13/2007 | 9.14 |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192693840 on 07/17/2007 | 6.43 |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193202252 | 6.43 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | on 07/17/2007 | |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194383467 on 07/17/2007 | 6.43 |
| 07/23/2007 | VENDOR: UPS; INVOICE#: 0000010X827297; DATE: 07/21/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190061473 on 07/17/2007 | 9.14 |
| 07/31/2007 | VENDOR: UPS; INVOICE#: 0000010X827307; DATE: 07/28/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Mary Lyman Navigant Consulting  Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193197303 on 07/26/2007 | 6.99 |

**Outside Messenger Service Total**   **162.57**

**Meals**
| 07/03/2007 | VENDOR: Seamless Web; Invoice#: 214766; Date: 06/17/2007 - Barbarini Alimentari;; Order Date: 06/14/07 11:57:00 | 18.20 |

**Meals Total**   **18.20**

**Local Transportation**
| 07/06/2007 | VENDOR: Petty Cash; INVOICE#: PC070607; DATE: 7/6/2007 - 06/20/07  NY PETTY CASH - V. Luo | 13.00 |

**Local Transportation Total**   **13.00**

**Long Distance Telephone**
| 07/02/2007 | EXTN.5544, TEL.914-475-9268, S.T.17:00, DUR.00:03:54 | 1.13 |
| 07/02/2007 | EXTN.5562, TEL.518-213-6000, S.T.14:30, DUR.00:00:36 | 0.43 |
| 07/02/2007 | EXTN.5867, TEL.410-531-4518, S.T.15:37, DUR.00:59:30 | 27.60 |
| 07/06/2007 | EXTN.3544, TEL.312-861-2162, S.T.12:47, DUR.00:01:30 | 0.92 |
| 07/06/2007 | EXTN.5544, TEL.312-861-2162, S.T.10:34, DUR.00:01:54 | 0.92 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/08/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806-5400-070807; DATE: 7/8/2007  -  Conference calls week ending 7-8-07 | 19.80 |
| 07/10/2007 | EXTN.5431, TEL.410-531-4212, S.T.15:16, DUR.00:00:30 | 0.46 |
| 07/11/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-061707; DATE: 6/17/2007  -  Conferencing Calls Billing Period: Week Ending 6/17/07 | 59.43 |
| 07/11/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-061707; DATE: 6/17/2007  -  Conferencing Calls Billing Period: Week Ending 6/17/07 | 28.91 |
| 07/11/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-061707; DATE: 6/17/2007  -  Conferencing Calls Billing Period: Week Ending 6/17/07 | 26.89 |
| 07/13/2007 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 17120277; DATE: 6/18/2007  -  Conf Calls - Mr. L. Kruger - 06/13/07 | 7.92 |
| 07/13/2007 | EXTN.5475, TEL.302-657-4900, S.T.15:22, DUR.00:01:06 | 0.92 |
| 07/17/2007 | EXTN.5544, TEL.201-587-7111, S.T.11:41, DUR.00:01:00 | 0.46 |
| 07/17/2007 | EXTN.5544, TEL.201-587-7114, S.T.14:20, DUR.00:05:24 | 2.76 |
| 07/24/2007 | EXTN.5431, TEL.302-651-3160, S.T.16:06, DUR.00:01:36 | 0.92 |
| 07/24/2007 | EXTN.5562, TEL.312-861-2162, S.T.12:23, DUR.00:00:12 | 0.46 |
| 07/24/2007 | EXTN.5562, TEL.214-969-4900, S.T.12:32, DUR.00:00:54 | 0.46 |
| 07/24/2007 | EXTN.5562, TEL.214-969-4900, S.T.12:33, DUR.00:05:42 | 2.76 |
| 07/24/2007 | EXTN.5562, TEL.843-216-9000, S.T.13:17, DUR.00:01:54 | 0.92 |
| 07/24/2007 | EXTN.5562, TEL.216-575-0777, S.T.13:19, DUR.00:02:48 | 1.38 |
| 07/24/2007 | EXTN.5562, TEL.410-649-2000, S.T.14:26, DUR.00:02:12 | 1.38 |
| 07/26/2007 | EXTN.5431, TEL.302-651-3160, S.T.15:44, DUR.00:01:54 | 0.92 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26/2007 | EXTN.5431, TEL.410-531-4212, S.T.16:03, DUR.00:23:18 | 11.04 |
| 07/27/2007 | EXTN.5562, TEL.215-665-2147, S.T.15:15, DUR.00:01:18 | 0.92 |
| 07/31/2007 | EXTN.5544, TEL.201-587-7111, S.T.12:09, DUR.00:00:30 | 0.46 |
| 07/31/2007 | EXTN.5562, TEL.305-350-7246, S.T.09:27, DUR.00:01:24 | 0.92 |
| 07/31/2007 | EXTN.5562, TEL.518-213-6000, S.T.11:39, DUR.00:01:06 | 0.86 |
| | **Long Distance Telephone Total** | **201.95** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 07/02/2007 | | 18.50 |
| 07/05/2007 | | 0.20 |
| 07/06/2007 | | 0.20 |
| 07/17/2007 | | 0.30 |
| 07/17/2007 | | 0.40 |
| 07/19/2007 | | 16.60 |
| 07/20/2007 | | 0.10 |
| 07/23/2007 | | 1.20 |
| | **Duplicating Costs-in House Total** | **37.50** |

**Outside Professional Services**

| | | |
|---|---|---|
| 07/24/2007 | VENDOR: Chase Card Services; INVOICE#: 070207; DATE: 7/2/2007 - visa charge 6/7/07 Court Alert LLC | 122.50 |
| 07/24/2007 | VENDOR: Chase Card Services; INVOICE#: 070207; DATE: 7/2/2007 - visa charge 6/14/07 Court Alert LLC | 25.00 |
| | **Outside Professional Services Total** | **147.50** |

**Court Reporting Services**

| | | |
|---|---|---|
| 07/02/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 070207; DATE: | 2,114.51 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 7/2/2007 - WR Grace | |
| 07/09/2007 | VENDOR: LegaLink, Inc. - A Merrill Company; INVOICE#: 22019997; DATE: 6/28/2007 - Copy of Transcript of: Dr. Edward H. Holmes. | 469.00 |
| 07/11/2007 | Cancellation of: VENDOR: Jane Rose Reporting Inc.; INVOICE#: 6132007; DATE: 6/13/2007 - Professional Court Reporting Services Deposition of: David Siegal - May 23, 2007 | -2,114.51 |
| 07/24/2007 | VENDOR: Freedom Reporting, Inc.; INVOICE#: 00027181; DATE: 6/29/2007 Re: In Re: W.R. Grace & Company, et al. | 823.40 |
| | **Court Reporting Services Total** | **1,292.40** |

**Travel Expenses - Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06/2007 | VENDOR: Ken Pasquale; INVOICE#: KP070207; DATE: 7/6/2007 - 06/25 - 06/26    Travel to court hearings in Pittsburgh, PA - cabfares | 205.50 |
| 07/11/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 39/32/20 | 233.80 |
| 07/11/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 39/32/20 | 32.25 |
| 07/11/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 39/32/20 | 333.80 |
| 07/11/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 39/32/20 | 32.25 |
| 07/11/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 39/44/20 | 110.00 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 39/32/20 | -233.80 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 39/32/20 | -32.25 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 39/32/20 | -333.80 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1841250v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 39/32/20 | -32.25 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 39/44/20 | -110.00 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 05/30/2007 | 233.80 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 05/30/2007 | 32.25 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 05/30/2007 | 333.80 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 05/30/2007 | 32.25 |
| 07/18/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 06/11/2007 | 110.00 |

**Travel Expenses - Transportation Total**     **947.60**

**Travel Expenses - Lodging**

| 07/06/2007 | VENDOR: Ken Pasquale; INVOICE#: KP070207; DATE: 7/6/2007  -  06/25 - 06/26    Travel to court hearings in Pittsburgh, PA - hotel | 302.92 |
|------|-------------|--------|

**Travel Expenses - Lodging Total**     **302.92**

**Westlaw**

| 07/05/2007 | Transactional search by Krieger, Arlene G. | 101.15 |
|------|-------------|--------|
| 07/11/2007 | Transactional search by Krieger, Arlene G. | 235.05 |
| 07/16/2007 | Duration 0:01:17; by Pasquale, Kenneth | 19.41 |
| 07/18/2007 | Duration 0:03:25; by Krieger, Arlene G. | 35.37 |
| 07/19/2007 | Duration 0:04:57; by Krieger, Arlene G. | 89.14 |
| 07/27/2007 | Transactional search by Krieger, Arlene G. | 406.91 |
| 07/31/2007 | Transactional search by Krieger, Arlene G. | 10.98 |

# STROOCK

| PAGE: 9 | | |
| --- | --- | --- |

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | **Westlaw Total** | **898.01** |

## BILL DISBURSEMENT SUMMARY

| | |
| --- | --- |
| Outside Messenger Service | $ 162.57 |
| Meals | 18.20 |
| Local Transportation | 13.00 |
| Long Distance Telephone | 201.95 |
| Duplicating Costs-in House | 37.50 |
| Outside Professional Services | 147.50 |
| Court Reporting Services | 1292.40 |
| Travel Expenses - Transportation | 947.60 |
| Travel Expenses - Lodging | 302.92 |
| Westlaw | 898.01 |

| TOTAL DISBURSEMENTS/CHARGES | $ 4,021.65 |
| --- | --- |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1841250v1