

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

August 22, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

## REVISED INVOICE

*For Services Rendered For*
*WR Grace Creditor's Committee - July 2007*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 77.00 hrs. @ | $550 | $42,350.00 |
| RC | 1.50 hrs. @ | $450 | 675.00 |
| RF | 50.50 hrs. @ | $350 | 17,675.00 |
| ML | 22.75 hrs. @ | $325 | 7,393.75 |
| JM | 70.00 hrs. @ | $325 | 22,750.00 |
| JH | 66.00 hrs. @ | $275 | 18,150.00 |
| JS | 138.50 hrs. @ | $270 | 37,395.00 |
| SC | 0.75 hrs. @ | $250 | 187.50 |
| KE | 18.75 hrs. @ | $225 | 4,218.75 |
| AH | 16.25 hrs. @ | $200 | 3,250.00 |
| AM | 167.50 hrs. @ | $200 | 33,500.00 |
| JF | 72.50 hrs. @ | $200 | 14,500.00 |
| KW | 4.25 hrs. @ | $185 | 786.25 |
| JM | 2.00 hrs. @ | $160 | 320.00 |
| DW | 0.25 hrs. @ | $120 | 30.00 |
| CS | 2.00 hrs. @ | $90 | 180.00 |

**Total Professional Fees** ................................................................................$203,361.25

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 1,882.90 |
| Ground Transportation / Auto Expense | | 265.88 |
| Lodging | | 1,983.71 |
| Meals | | 42.80 |
| Per Diems | | 580.00 |

**Total Expenses**................................................................................................$4,755.29

**Total Amount Due for July Services and Expenses**..................................$208,116.54

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 222436

Outstanding Invoices:

| Inv No. | 206134 | June 20, 2007 | $162,431.03 |
| Inv No. | 210930 | July 17, 2007 | 200,294.81 |

Total Outstanding Invoices ................................................................................. $362,725.84

Total Amount Due For July Services, Expenses and Outstanding Invoices ............. $570,842.38



```
                                                1801 K St. NW
                                                Suite 500
                                                Washington, DC 20006
                                                202-973-2400 phone
                                                202-973-2401 fax
```

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 7/5/2007 | 1.00 | Reviewed expert reports for estimation analysis. |
| CANTOR, ROBIN | 7/13/2007 | 0.50 | Reviewed expert reports for estimation analysis. |
| CHAMBERS, LETITIA | 7/2/2007 | 4.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/3/2007 | 3.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/5/2007 | 6.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/6/2007 | 4.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/9/2007 | 4.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/10/2007 | 2.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/11/2007 | 6.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/12/2007 | 1.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/13/2007 | 4.50 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/17/2007 | 2.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/18/2007 | 6.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/19/2007 | 4.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/20/2007 | 4.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/23/2007 | 3.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/24/2007 | 3.50 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/25/2007 | 4.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/27/2007 | 8.00 | Analysis and rebuttal of other experts; Meeting with Team. |
| CHAMBERS, LETITIA | 7/30/2007 | 5.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 7/31/2007 | 3.00 | Analysis and rebuttal of other experts. |
| CHOWDHURY, SHOM | 7/27/2007 | 0.75 | Settlement value analysis |
| ERTUG, KERIM CAN | 7/2/2007 | 2.75 | Meeting with staff and review of case materials. |
| ERTUG, KERIM CAN | 7/3/2007 | 1.00 | Meeting with staff. |
| ERTUG, KERIM CAN | 7/5/2007 | 1.00 | Client call. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 7/5/2007 | 0.75 | Conference call with staff to discuss backup materials received. |
| ERTUG, KERIM CAN | 7/5/2007 | 0.75 | Review of backup materials received. |
| ERTUG, KERIM CAN | 7/9/2007 | 3.50 | Meeting with staff. |
| ERTUG, KERIM CAN | 7/10/2007 | 4.50 | Meeting with staff. |
| ERTUG, KERIM CAN | 7/11/2007 | 2.25 | Meeting with staff. |
| ERTUG, KERIM CAN | 7/12/2007 | 2.25 | Meeting with staff. |
| FARRELL, RICHARD | 7/9/2007 | 5.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/10/2007 | 1.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/11/2007 | 5.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/12/2007 | 7.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/13/2007 | 7.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/16/2007 | 4.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/17/2007 | 6.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/18/2007 | 5.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/19/2007 | 3.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/20/2007 | 2.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/25/2007 | 1.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/27/2007 | 3.00 | Research and analysis of vermiculate issue |
| FARRELL, RICHARD | 7/30/2007 | 1.50 | Research and analysis of vermiculate issue |
| FUNG, JOANNE | 7/12/2007 | 8.00 | Reviewed expert reports |
| FUNG, JOANNE | 7/13/2007 | 8.00 | Reviewed expert reports |
| FUNG, JOANNE | 7/16/2007 | 8.00 | Reviewed case materials. |
| FUNG, JOANNE | 7/17/2007 | 7.50 | Reviewed case materials. Programmed spreadsheet. |
| FUNG, JOANNE | 7/18/2007 | 3.00 | Reviewed case materials. Programmed spreadsheet. |
| FUNG, JOANNE | 7/23/2007 | 3.00 | Reviewed case materials. Programmed spreadsheet. |
| FUNG, JOANNE | 7/24/2007 | 7.50 | Reviewed case materials Programmed spreadsheet. |



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 7/25/2007 | 7.50 | Programmed spreadsheet. Reviewed case materials. |
| FUNG, JOANNE | 7/26/2007 | 3.00 | Programmed spreadsheet. Reviewed case materials. |
| FUNG, JOANNE | 7/27/2007 | 2.50 | Programmed spreadsheet. |
| FUNG, JOANNE | 7/30/2007 | 8.00 | Reviewed case materials. Programmed spreadsheet. |
| FUNG, JOANNE | 7/31/2007 | 6.50 | Reviewed case materials. Prepared memo. |
| HLAVIN, ANDREW | 7/3/2007 | 1.00 | Review expert reports. |
| HLAVIN, ANDREW | 7/4/2007 | 3.00 | Review expert reports and back out methodology. |
| HLAVIN, ANDREW | 7/6/2007 | 2.25 | Review expert reports. |
| HLAVIN, ANDREW | 7/10/2007 | 1.25 | Review 10-Ks for values. |
| HLAVIN, ANDREW | 7/11/2007 | 1.25 | Review 10-Ks and bankruptcy reports for settlement values. |
| HLAVIN, ANDREW | 7/13/2007 | 0.50 | Discuss matching procedures with staff. |
| HLAVIN, ANDREW | 7/16/2007 | 0.75 | Summarize matching process. |
| HLAVIN, ANDREW | 7/17/2007 | 1.25 | Run matching program summary. |
| HLAVIN, ANDREW | 7/18/2007 | 2.75 | Update 10-K database and tables. |
| HLAVIN, ANDREW | 7/20/2007 | 1.00 | Review unmatched claims. |
| HLAVIN, ANDREW | 7/23/2007 | 0.75 | Update tables from 10-k data. |
| HLAVIN, ANDREW | 7/24/2007 | 0.50 | Pending claims summary. |
| HOREWITZ, JESSICA | 7/2/2007 | 2.75 | Reviewed case materials. |
| HOREWITZ, JESSICA | 7/3/2007 | 2.25 | Reviewed case materials. |
| HOREWITZ, JESSICA | 7/5/2007 | 6.25 | Reviewed case materials. |
| HOREWITZ, JESSICA | 7/6/2007 | 3.25 | Reviewed case materials. |
| HOREWITZ, JESSICA | 7/9/2007 | 5.25 | Reviewed case materials. |
| HOREWITZ, JESSICA | 7/11/2007 | 4.75 | Helped prepare rebuttal report. |
| HOREWITZ, JESSICA | 7/13/2007 | 3.25 | Helped prepare rebuttal report. |
| HOREWITZ, JESSICA | 7/16/2007 | 2.50 | Helped prepare rebuttal report. |
| HOREWITZ, JESSICA | 7/17/2007 | 8.25 | Reviewed Biggs report and analysis. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| HOREWITZ, JESSICA | 7/20/2007 | 2.25 | Reviewed Biggs report and analysis. |
| HOREWITZ, JESSICA | 7/23/2007 | 1.75 | Reviewed rebuttal analysis. |
| HOREWITZ, JESSICA | 7/24/2007 | 2.25 | Reviewed rebuttal analysis. |
| HOREWITZ, JESSICA | 7/25/2007 | 1.75 | Reviewed draft report. |
| HOREWITZ, JESSICA | 7/26/2007 | 4.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 7/27/2007 | 7.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 7/30/2007 | 3.75 | Reviewed draft report. |
| HOREWITZ, JESSICA | 7/31/2007 | 4.25 | Helped prepare rebuttal report. |
| LYMAN, MARY | 7/5/2007 | 1.00 | Preparation, conference call with client and expert |
| LYMAN, MARY | 7/10/2007 | 3.75 | Staff discussion and work on rebuttal draft |
| LYMAN, MARY | 7/11/2007 | 1.75 | Team meeting; project administration |
| LYMAN, MARY | 7/12/2007 | 2.25 | Discussions with staff and work on rebuttal draft |
| LYMAN, MARY | 7/13/2007 | 1.50 | Team meeting, project administration |
| LYMAN, MARY | 7/16/2007 | 0.50 | Reviewed staff research and memorandum |
| LYMAN, MARY | 7/18/2007 | 0.25 | Project administration |
| LYMAN, MARY | 7/24/2007 | 0.25 | Project administration |
| LYMAN, MARY | 7/26/2007 | 2.75 | Document review; review analyses; prep for Friday meeting |
| LYMAN, MARY | 7/27/2007 | 7.50 | Meeting with expert and staff; research; work on draft |
| LYMAN, MARY | 7/30/2007 | 0.75 | Research |
| LYMAN, MARY | 7/31/2007 | 0.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/2/2007 | 2.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/3/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/5/2007 | 3.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/6/2007 | 2.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/7/2007 | 3.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/9/2007 | 3.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/10/2007 | 8.50 | Work on rebuttal report |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 7/11/2007 | 7.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/12/2007 | 8.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/13/2007 | 4.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/14/2007 | 2.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/16/2007 | 1.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/17/2007 | 2.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/18/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/19/2007 | 2.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/23/2007 | 3.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/24/2007 | 2.75 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/25/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/26/2007 | 3.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/27/2007 | 2.50 | Work on rebuttal report |
| MHATRE, ARCHANA | 7/2/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/3/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/5/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/6/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/9/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/10/2007 | 9.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/11/2007 | 9.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/12/2007 | 10.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/13/2007 | 6.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/16/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/17/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/18/2007 | 4.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/19/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/20/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/23/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/24/2007 | 8.00 | PIQ database - data analysis & reporting. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 7/25/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/26/2007 | 7.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/27/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/30/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 7/31/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MOORE, JAMES | 7/27/2007 | 2.00 | Settlement value analysis |
| SIRGO, JORGE | 7/9/2007 | 9.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 7/10/2007 | 9.50 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 7/11/2007 | 9.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 7/12/2007 | 8.50 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 7/13/2007 | 8.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 7/16/2007 | 9.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 7/17/2007 | 8.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 7/18/2007 | 9.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 7/19/2007 | 8.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 7/20/2007 | 7.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 7/23/2007 | 5.00 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 7/24/2007 | 8.50 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 7/25/2007 | 7.50 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 7/26/2007 | 7.50 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 7/27/2007 | 8.50 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 7/30/2007 | 7.50 | Assist with analyses for rebuttal. |
| SIRGO, JORGE | 7/31/2007 | 7.00 | Assist with analyses for rebuttal. |
| STRATTON, CHRISTOPHER | 7/23/2007 | 2.00 | Assist with analysis |
| WAINWRIGHT, DONALD | 7/13/2007 | 0.25 | Internet research |
| WOODHAM, KELLY | 7/6/2007 | 0.75 | Reviewed Biggs Report |
| WOODHAM, KELLY | 7/9/2007 | 3.50 | Reviewed Biggs Report |