# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 13, 2007

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10887

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/2/2007 | JAW | detailed review of Kirkland & Ellis August 2006 monthly invoice (9.2) | 9.20 | 1,242.00 |
|  | SLB | begin review of of 22nd Interim K&E (6.8) | 6.80 | 952.00 |
|  | SLB | draft e-mail to J. Baer @ K&E re 22nd Interim app (.2) | 0.20 | 28.00 |
| 1/3/2007 | SLB | begin draft of 22nd Interim initial report - K&E (7.4) | 7.40 | 1,036.00 |
|  | JAW | detailed review of Kirkland & Ellis August 2006 monthly invoice (9.3) | 9.30 | 1,255.50 |
|  | ERU | Update database with Pitney 11.06, Foley 11.06, Kirkland 11.06 | 0.10 | 4.00 |
|  | JBA | Draft of WHS 11.06 Monthly | 0.30 | 33.00 |
| 1/4/2007 | JAW | draft summary of Kirkland & Ellis July, 2006, monthly invoice (3.0) | 3.00 | 405.00 |
|  | ERU | Update database with e-details Buchanan 11.06, Ferry 11.06 | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/4/2007 | JBA | E-filing with court of WHS 11.06 Monthly | 0.30 | 33.00 |
| 1/5/2007 | ERU | Update database with Baker 7.06, 8.06, 9.06; Piper 11.06 (.1), Ferry 11.06, Caplin 11.06, LegalAS 11.06(.1), BMC 22nd Interim App, Sullivan 10.06, 11.06; Buchanan 11.06 (.1) | 0.30 | 12.00 |
|  | ERU | Update database with 11.06 e-details for: Piper, Kramer(.1), Reed Smith, Hamilton, Bilzin(.1) | 0.20 | 8.00 |
|  | JAW | detailed review of Bilzin September, 2006, monthly invoice (2.6) | 2.60 | 351.00 |
|  | JAW | detailed review of LASI September, 2006, monthly invoice (2.4); draft summary of same (0.1) | 2.50 | 337.50 |
|  | JAW | draft summary of Kirkland & Ellis July, 2006, monthly invoice (5.1) | 5.10 | 688.50 |
| 1/6/2007 | JAW | draft summary of Bilzin September, 2006, monthly invoice (0.3) | 0.30 | 40.50 |
|  | JAW | detailed review of Reed Smith September, 2006, monthly invoice (3.5); draft summary of same (0.6) | 4.10 | 553.50 |
| 1/8/2007 | SLB | review of 22nd Interim app. - Bilzin (6.3) | 6.30 | 882.00 |
|  | ERU | Update database with Kramer 11.06, Pachulski 10.06, Bilzin 11.06, Hamilton 11.06 | 0.10 | 4.00 |
| 1/9/2007 | SLB | draft of 22nd Interim initial report - Bilzin (7.2) | 7.20 | 1,008.00 |
|  | ERU | Update database with Morris 11.06 e-detail; Morris 11.06, Baker 10.06, 11.06 (.1); Deloitte Tax 3.06, 4.06, 5.06, 6.06, 7.06, 8.06 (.1) | 0.20 | 8.00 |
| 1/10/2007 | ERU | Update database with Capstone 110.06 e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 22nd Interim initial report - Bilzin (4.4) | 4.40 | 616.00 |

W.R. Grace & Co.                                                                                                              Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/10/2007 | MSH | draft of WHS 22nd Interim application (1.5) | 1.50 | 165.00 |
| 1/11/2007 | JAW | draft summary of K&E August, 2006, monthly invoice (6.5) | 6.50 | 877.50 |
|  | ERU | Update database with Capstone 10.06, Orrick 11.06 e-detail | 0.10 | 4.00 |
|  | SLB | Complete draft of 22nd Interim initial report - Reed Smith (6.2), Begin draft of 22nd Interim initial report - Property Damage Comm. (1.1) | 7.30 | 1,022.00 |
| 1/12/2007 | ERU | Update database with Orrick 11.06, Stroock 11.06 e-detail | 0.10 | 4.00 |
|  | SLB | Complete draft of 22nd Interim initial report - Property Damage Comm. (4.3), Begin draft of 22nd Interim initial report - Capli (2.2) | 6.50 | 910.00 |
| 1/15/2007 | SLB | Complete draft of 22nd Interim initial report - Caplin (2.4), Complete draft of 22nd Interim initial report - Stroock (3.9) | 6.30 | 882.00 |
| 1/16/2007 | SLB | complete draft of 22nd Interim AKO final report (2.4); begin 22nd Interim initial report - Bilzin (5.8) | 8.20 | 1,148.00 |
| 1/17/2007 | SLB | complete draft of 22nd Interim initial report - Bilzin (4.1); complete draft of 22nd Interim final report - Beveridge (2.8) | 6.90 | 966.00 |
|  | JAW | detailed review of K&E September 2006 monthly invoice (9.2) | 9.20 | 1,242.00 |
|  | JAW | detailed review of K&E September 2006 monthly invoice (9.2) | 9.20 | 1,242.00 |
| 1/18/2007 | JAW | detailed review of K&E September 2006 monthly invoice (8.7) | 8.70 | 1,174.50 |
|  | SLB | complete drafts of 22nd Interim final reports - Capstone (2.6); Casner (2.3); Austern (1.9) | 6.80 | 952.00 |
|  | ERU | Update database with Pachulski 11.06, Casner 11.06, Beveridge 11.06 (.1), Stroock 11.06, Austern 10.06, Austern 11.06 (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                            Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/18/2007 | JAW | detailed review of K&E September 2006 monthly invoice (8.7) | 8.70 | 1,174.50 |
|  | ERU | Update database with e-details: Austern 11.06, 12.06 | 0.10 | 4.00 |
| 1/19/2007 | JAW | detailed review of K&E September 2006 monthly invoice (2.1); draft summary regarding same (6.2). | 8.30 | 1,120.50 |
|  | SLB | complete drafts of 22nd Interim final reports - Campbell (3.3) and Blackstone (2.6) | 5.90 | 826.00 |
|  | SLB | draft e-mail to K. Campbell @ Campbell & Levine re 22nd Interim app. (.2) | 0.20 | 28.00 |
|  | JAW | detailed review of K&E September 2006 monthly invoice (2.1); draft summary regarding same (6.2). | 8.30 | 1,120.50 |
| 1/22/2007 | SLB | complete draft of 22nd Interim final report - BMC (2.8) | 2.80 | 392.00 |
|  | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim initial report (.2); e-mail to A. Muha @ Reed Smith re same (.1); e-mail to R. Tobin @ Caplin re same (.1) | 0.40 | 56.00 |
|  | ERU | Update database with  Protiviti 12.06, Dies & Hile 9.05-9.06 App e-detail | 0.10 | 4.00 |
| 1/23/2007 | ERU | Update database with e-details: Casner 9.06, 10.06 | 0.10 | 4.00 |
|  | WHS | prepare for and attend fee app hearing via telephone | 1.70 | 467.50 |
|  | SLB | draft e-mail to J. Baer @ K&E re 22nd Interim app (.2) | 0.20 | 28.00 |
|  | SLB | begin draft of 22nd Interim initial report - K&E (7.1) | 7.10 | 994.00 |
| 1/24/2007 | SLB | draft e-mail to J. Baer re 22nd Interim expenses (.1) | 0.10 | 14.00 |

W.R. Grace & Co.                                                                                          Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/24/2007 | SLB | complete draft of 22nd Interim initial report - K&E (6.5) | 6.50 | 910.00 |
|  | ERU | Update database with Dies & Hile 9.05-9.06 App | 0.10 | 4.00 |
|  | WHS | telephone conference with Rita Tobin re paralegals filing | 0.20 | 55.00 |
|  | WHS | detailed review of revised time entries from Caplin re paralegals filing | 0.40 | 110.00 |
| 1/25/2007 | ERU | Update database with Caplin response to 21st Interim final report e-detail | 0.10 | 4.00 |
|  | ERU | Update database with Caplin response to 21st Interim final report, Orrick 12.06 e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 22nd Interim final report - RPWB (3.4); Scott Law (3.2) | 6.60 | 924.00 |
| 1/26/2007 | WHS | receive, review, and respond to e-mail from Rita Tobin re compromise | 0.70 | 192.50 |
| 1/29/2007 | ERU | Update database with Baker 22nd Interim App., Orrick 12.06, Buchanan 12.06 e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail to W. Sparks @ Grace re Reed Smith app. (.2) | 0.20 | 28.00 |
| 1/30/2007 | ERU | Update database with Kirkland 12.06, Foley 12.06, Pachulski 12.06 (.1), Buchanan 12.06, Stroock 12.06, iper 12.06 e-detail (.1) | 0.20 | 8.00 |
| 1/31/2007 | SLB | draft of 22nd Interim final report - Stroock (2.4) | 2.40 | 336.00 |
| 2/1/2007 | ERU | Update database with Pitney 12.06, Piper 12.06 | 0.10 | 4.00 |
|  | JBA | draft e-mail to J. Lord re: Reed Smith's 12.06 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                    Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/1/2007 | SLB | complete draft of 22nd Interim final report - Stroock (5.6) begin draft of 22nd Interim final report Reed (2.2) | 7.80 | 1,092.00 |
|  | ERU | Update database with e-details 12.06 apps for: Bilzin, Hamilton, Ferry (.1), Reed Smith, Duane Morris, LAS (.1), AKO, Caplin, Campbell(.1), Tersigni; e-detail Stroock response to 22nd Interim Report (.1) | 0.40 | 16.00 |
|  | JAW | detailed review of Reed Smith October 2006 monthly invoice (4.2); draft summary (1.0). | 5.20 | 702.00 |
| 2/2/2007 | ERU | Update database with Duane Morris 12.06, Reed Smith 12.06, Pitney 23rd Interim App, Goodwin 10.1.04-2.28.05 App | 0.10 | 4.00 |
|  | SLB | telephone conference with W. Sparks @ Grace re Reed Smith (.1) | 0.10 | 14.00 |
|  | SLB | draft e-mail to D. Cameron @ Reed Smith re 22nd Interim app. (.2); e-mail to W. Sparks @ Grace re change in Reed Smith responsibilities to Debtor (.2) | 0.40 | 56.00 |
|  | SLB | complete draft of 22nd Interim final report - Reed (6.0) | 6.00 | 840.00 |
| 2/5/2007 | SLB | complete review of 22nd Interim Balckstone app. (3.3) | 3.30 | 462.00 |
|  | SLB | complete draft of 22nd interim final report - Balckstone (3.6) | 3.60 | 504.00 |
| 2/6/2007 | MSH | draft of CNO for July 2006 invoice (.1), same re September 2006 (.1), and October 2006 (.1) | 0.30 | 12.00 |
|  | ERU | Update database with e-details Phillips 12.06, Kramer 12.06 | 0.10 | 4.00 |
|  | MSH | e-file with Court of CNO for July 2006 invoice (.1), same re September 2006 (.1), and October 2006 (.1) | 0.30 | 12.00 |
|  | ERU | Update database with Kramer 12.06, Phillips 12.06, Ferry 12.06, Bilzin 12.06, Hamilton 12.06 | 0.10 | 4.00 |
|  | SLB | draft 22nd Interim final report - Baker Donelson (5.7) | 5.70 | 798.00 |

W.R. Grace & Co.                                                                                                    Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/6/2007 | SLB | draft e-mail (2) to F. Childress @ Baker re 22nd Interim application (.3); e-mail (2) to J. Baer @ K&E re 22nd  Interim initial report (.2) | 0.50 | 70.00 |
|  | SLB | telephone conference with J. Baer @ K&E re 22 Interim initial report (.2) | 0.20 | 28.00 |
| 2/7/2007 | SLB | draft of 22nd Interim final report - Buchanan (6.2) | 6.20 | 868.00 |
|  | SLB | draft e-mail to T. Currier @ BIPC re 22nd Interim final report (.2) | 0.20 | 28.00 |
| 2/8/2007 | ERU | Update database with e-details: Capstone 11.06, Phillips 23rd Interim App, Towers 11.06, 12.06 | 0.10 | 4.00 |
|  | ERU | Update database with Scott Law 10.06, 11.06, 12.06; Phillips 23rd Interim App (.1), Towers 11.06, 12.06; Capstone 11.06, Campbell 12.03 (.1) AKO 12.06, Tersigni 12.06, LAS 12.06, Caplin 12.06 (.1) | 0.30 | 12.00 |
|  | SLB | review of Dies & Hile 22nd Interim application (3.3) | 3.30 | 462.00 |
|  | SLB | draft of 22nd Interim final report - D&H (3.8) | 3.80 | 532.00 |
| 2/9/2007 | SLB | review of 22nd Interim apps - CDG (2.6) and Deloitte Tax (2.9) | 5.50 | 770.00 |
|  | SLB | draft of 22nd Interim final report - CDG (2.3) | 2.30 | 322.00 |
| 2/12/2007 | SLB | review of Deloitte Tax monthlies Dec 2005 through August 2006 (6.2) | 6.20 | 868.00 |
|  | SLB | draft e-mail to T. Tuerff @ Deloitte Tax re 21st and 22nd Interim filings (.1); e-mail to T. Scoles @ Deloitte Tax re same (.1) | 0.20 | 28.00 |
|  | SLB | telephone conferences with T. Tuerff and T. Scoles @ Deloitte Tax re 21st and 22nd Interim apps (.4) | 0.40 | 56.00 |
| 2/13/2007 | SLB | review of 22nd Interim app. - Duane Morris (2.7) | 2.70 | 378.00 |

W.R. Grace & Co.                                                                                    Page      8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/13/2007 | SLB | draft of 22nd Interim final report - Duane Morris (2.5); complete review and draft of 22nd Interim final report - Ferry Joseph (2.8) | 5.30 | 742.00 |
| | JAW | detailed review of K&E October 2006 monthly invoice (5.7) | 5.70 | 769.50 |
| | ERU | Update database with Woodcock 12.06, Protiviti 1.07, Nelson 12.06 | 0.10 | 4.00 |
| 2/14/2007 | JAW | detailed review of K&E October 2006 monthly invoice (8.8) | 8.80 | 1,188.00 |
| | SLB | review of app and draft of 22nd Interim final report - Foley Hoag (2.6) | 2.60 | 364.00 |
| 2/15/2007 | SLB | review of 22nd Interim app. - Kramer (1.6) | 1.60 | 224.00 |
| | ERU | Update database with e-details: Foley 23rd Interim App, Ferry Josephs 23rd Interim App, PWC 10.06 | 0.10 | 4.00 |
| | SLB | draft of 22nd Interim final report - Kramer (2.2) | 2.20 | 308.00 |
| | JAW | detailed review of K&E October 2006 monthly invoice (9.6) | 9.60 | 1,296.00 |
| | SLB | draft of 22nd Interim final report - HRA (1.7) | 1.70 | 238.00 |
| | SLB | review of 22nd Interim app - HRA (2.2) | 2.20 | 308.00 |
| 2/16/2007 | SLB | draft of 22nd Interim final report - Caplin (3.8) | 3.80 | 532.00 |
| | ERU | Update database with Reed Smith 23rd Interim App, e-details Conway: 23rd Interim App, 10.06, 11.06, 12.06 | 0.10 | 4.00 |
| | SLB | complete review of 22nd Interim app. and draft of final report - LAS (3.5) | 3.50 | 490.00 |

W.R. Grace & Co.                                                                                          Page        9

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/16/2007 | JAW | detailed review of K&E October 2006 monthly invoice (4.4) | 4.40 | 594.00 |
| | JAW | detailed review of Orrick Herrington November 2006 monthly invoice (4.8) | 4.80 | 648.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| | SLB | draft of 22nd Interim final report - Caplin (3.8) | 3.80 | 532.00 |
| | SLB | complete review of 22nd Interim app. and draft of final report - LAS (3.5) | 3.50 | 490.00 |
| 2/17/2007 | WHS | receive and review agenda | 0.10 | 27.50 |
| 2/19/2007 | SLB | draft e-mail to J. Baer re 22nd Interim response (.2); e-mail to J. Sakalo re same (.1) | 0.30 | 42.00 |
| | SLB | review of 22nd Interim app.- Orrick (3.7) | 3.70 | 518.00 |
| | SLB | complete review of app and draft of 22nd Interim final report - Nelson Mullins (2.9) | 2.90 | 406.00 |
| | SLB | complete review of app and draft of 22nd Interim final report - Nelson Mullins (2.9) | 2.90 | 406.00 |
| | SLB | draft e-mail to J. Baer re 22nd Interim response (.2) ; e-mail to J. Sakalo re same (.1) | 0.30 | 42.00 |
| | SLB | review of 22nd Interim app.- Orrick (3.7) | 3.70 | 518.00 |
| 2/20/2007 | JAW | draft summary of Orrick Herrington November, 2006, monthly invoice (1.2) | 1.20 | 162.00 |
| | ERU | Update database with 23rd Interim Apps of Campbell, Tersigni, AKO, Legal, Caplin, and Ferry Joseph | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page    10

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 2/20/2007  | ERU | Update database with Caplin 22nd Interim App e-detail                                         | 0.10  | 4.00   |
|            | SLB | draft of 22 Interim final report - Orrick (1.9)                                               | 1.90  | 266.00 |
|            | SLB | complete review of 22 Interim app. - Pachulski (4.9)                                          | 4.90  | 686.00 |
|            | JAW | draft summary of K&E October, 2006, monthly invoice (5.8)                                     | 5.80  | 783.00 |
|            | SLB | draft of 22nd Interim final report - Orrick (1.9)                                             | 1.90  | 266.00 |
|            | SLB | complete review of 22nd Interim app. - Pachulski (4.9)                                        | 4.90  | 686.00 |
| 2/21/2007  | SLB | review of 22nd Interim app - PG&S (2.8)                                                       | 2.80  | 392.00 |
|            | SLB | draft of 22 Interim final report - Pachulski (3.3)                                            | 3.30  | 462.00 |
|            | SLB | draft of 22nd Interim final report - Pachulski (3.3)                                          | 3.30  | 462.00 |
|            | JAW | detailed review of Orrick Herrington October, 2006, monthly invoice (2.8); draft summary of same (0.5) | 3.30  | 445.50 |
|            | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim response (.2); e-mail to J. Baer re same (.1) | 0.30  | 42.00  |
|            | SLB | telephone conference with L. Flores re Bilzin 22nd Interim response (.1)                      | 0.10  | 14.00  |
|            | SLB | draft e-mail to J. Sakalo @ Bilzin re 22 Interim response (.2) ; e-mail to J. Baer re same (.1) | 0.30  | 42.00  |
|            | SLB | begin draft of 22nd Interim final report - PG&S (.9)                                          | 0.90  | 126.00 |

W.R. Grace & Co.                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/21/2007 | SLB | draft e-mail to PG&S re 22nd Interim app. (.2) | 0.20 | 28.00 |
|  | SLB | draft e-mail to PG&S re 22 Interim app. (.2) | 0.20 | 28.00 |
|  | SLB | begin draft of 22 Interim final report - PG&S (.9) | 0.90 | 126.00 |
|  | SLB | review of 22 Interim app - PG&S (2.8) | 2.80 | 392.00 |
|  | SLB | telephone conference with L. Flores re Bilzin 22 Interim response (.1) | 0.10 | 14.00 |
| 2/22/2007 | JAW | detailed review of Reed Smith November, 2006, monthly invoice (2.1) | 2.10 | 283.50 |
|  | JAW | detailed review of Caplin November, 2006, monthly invoice (2.8); draft summary of same (0.5) | 3.30 | 445.50 |
|  | SLB | draft of 22 Interim final report - Phillips (2.9) | 2.90 | 406.00 |
|  | SLB | complete review of 22 Interim app. - Piper (4.4) | 4.40 | 616.00 |
|  | SLB | draft of 22nd Interim final report - Phillips (2.9) | 2.90 | 406.00 |
|  | ERU | Update database with 23rd Interim Apps for: Conway, Piper, Orrick, Foley, and Austern (.1); Austern 12.06, Conway 10.06, Conway 11.06, Conway 12.06, and Caplin reponse to 22nd Interim report (.1) | 0.20 | 8.00 |
|  | SLB | complete review of 22nd Interim app. - Piper (4.4) | 4.40 | 616.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                          Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/23/2007 | ERU | Update database with e-details: Bilzin 23rd Interim App, Hamilton 23rd Interim App, Austern 23rd Interim App, and Orrick 23rd Interim App (.1), Piper 23rd Interim App, PWC 11.06, Austern 12.06, and Kramer amended 12.06 (.1) | 0.20 | 8.00 |
|  | JAW | detailed review of Reed Smith November, 2006, monthly invoice (1.6); draft summary of same (0.4) | 2.00 | 270.00 |
|  | JAW | detailed review of LASI November, 2006, monthly invoice (2.5); draft summary of same (0.2) | 2.70 | 364.50 |
|  | SLB | begin draft of 22 Interim final report - K&E (3.5) | 3.50 | 490.00 |
|  | SLB | draft 22nd Interim final report - PJC (3.3) | 3.30 | 462.00 |
|  | SLB | begin draft of 22nd Interim final report - K&E (3.5) | 3.50 | 490.00 |
|  | SLB | draft 22 Interim fianl report - PJC (3.3) | 3.30 | 462.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 2/26/2007 | WHS | receive and review K&E's response | 0.10 | 27.50 |
|  | SLB | complete draft of 22nd Interim fianl report - K&E (5.7) | 5.70 | 798.00 |
|  | SLB | draft e-mail to J. Baer @ K&E re 22nd Interim response (.2); e-mail to J. Sakalo @ Bilzin re same (.1) | 0.30 | 42.00 |
|  | SLB | draft e-mail to J. Baer @ K&E re 22 Interim response (.2) ; e-mail to J. Sakalo @ Bilzin re same (.1) | 0.30 | 42.00 |
|  | SLB | complete draft of 22 Interim fianl report - K&E (5.7) | 5.70 | 798.00 |
|  | ERU | Update database with Kramer amended 12.06, and PWC 22nd Interim App e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                          Page    13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/27/2007 | SLB | draft of 22 Interim final report - Steptoe (1.3) | 1.30 | 182.00 |
|  | SLB | draft e-mail to J. Sakalo @ Bilzin re 22 Interim responses (.2) | 0.20 | 28.00 |
|  | SLB | draft of 22 Interim final report - Pitney Hardin (1.9) | 1.90 | 266.00 |
|  | SLB | review of 22 Interim app. - Pitney hardin (2.8) | 2.80 | 392.00 |
|  | SLB | review of 22 Interim Steptoe app. (1.6) | 1.60 | 224.00 |
|  | ERU | Update database with e-details: Buchanan 23rd Interim App, and Kramer 23rd Interim App | 0.10 | 4.00 |
|  | SLB | draft of 22nd Interim final report - Steptoe (1.3) | 1.30 | 182.00 |
|  | SLB | review of 22nd Interim app. - Pitney Hardin (2.8) | 2.80 | 392.00 |
|  | SLB | draft of 22nd Interim final report - Pitney Hardin (1.9) | 1.90 | 266.00 |
|  | SLB | review of 22nd Interim Steptoe app. (1.6) | 1.60 | 224.00 |
|  | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim responses (.2) | 0.20 | 28.00 |
|  | ERU | Update database with Bilzin 23rd Interim App, Hamilton 23rd Int app, and Krikland's response to 22nd Interim report | 0.10 | 4.00 |
|  | JAW | detailed review of K&E November, 2006, monthly invoice (4.6) | 4.60 | 621.00 |
| 2/28/2007 | SLB | draft 22 Interim final report - Sullivan (1.4) ; draft 22 Interim final report - Woodcock (2.4) | 3.80 | 532.00 |

W.R. Grace & Co.                                                                                          Page    14

|            |     |                                                                                                                                          | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/28/2007  | SLB | review of 22nd Interim app. - Protiviti (2.2)                                                                                             | 2.20  | 308.00   |
|            | JAW | detailed review of K&E November, 2006, monthly invoice (8.8)                                                                              | 8.80  | 1,188.00 |
|            | SLB | draft of 22 Interim final report - Protiviti (1.7)                                                                                        | 1.70  | 238.00   |
|            | SLB | review of 22 Interim app. - Protiviti (2.2)                                                                                               | 2.20  | 308.00   |
|            | SLB | draft 22nd Interim final report - Sullivan (1.4) ; draft 22nd Interim final report - Woodcock (2.4)                                       | 3.80  | 532.00   |
|            | SLB | draft of 22nd Interim final report - Protiviti (1.7)                                                                                      | 1.70  | 238.00   |
| 3/1/2007   | SLB | review of 22nd Interim app. - Tersigni (2.2); review of 22nd Interim app. - Towers Perrin (1.7)                                           | 3.90  | 546.00   |
|            | SLB | draft of 22nd Interim final report - Tersigni (1.8)                                                                                       | 1.80  | 252.00   |
|            | SLB | draft of 22nd Interim final report - Towers (2.2)                                                                                         | 2.20  | 308.00   |
|            | ERU | Update Project Category spreadsheet for the 22nd Interim                                                                                  | 0.60  | 24.00    |
|            | ERU | Update database with e-details Duane Morris 1.07, Buchanan 1.07                                                                           | 0.10  | 4.00     |
|            | ERU | Update database with Kirkland 23rd Interim App, Kirkland 1.07, Kramer 23rd Interim App, Buchanan 23rd Interim App (.1), Duane Morris 1.07, Blackstone 10.06, 11.06, 12.06 (.1) | 0.20  | 8.00     |
|            | JAW | detailed review of K&E November, 2006, monthly invoice (9.1)                                                                              | 9.10  | 1,228.50 |
|            | SLB | draft e-mail to PwC (.1), HRO(.1), Latham(.1) re 22nd Interim apps.                                                                       | 0.30  | 42.00    |

W.R. Grace & Co.                                                                                    Page    15

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 3/2/2007 | ERU | Update Project Category spreadsheet for the 22nd Interim | 1.00 | 40.00 |
|  | ERU | Update database with e-details Reed Smith 1.07, Stroock 23rd Interim App, Duane Morris 23rd Interim App | 0.10 | 4.00 |
|  | ERU | Update database with Buchanan 1.07, Stroock 23rd Interim App, Duane Morris 23rd Interim App | 0.10 | 4.00 |
|  | JAW | detailed review of K&E November, 2006, monthly invoice (7.9) | 7.90 | 1,066.50 |
|  | SLB | draft e-mail to S. Haags @ HRO re filing of 22nd Interim app. (.1) | 0.10 | 14.00 |
|  | SLB | begin draft of 22nd Interim final report - No Objections (2.8) | 2.80 | 392.00 |
|  | SLB | draft e-mail to N. DeNovio @ L&W re 22nd Interim app. (.2) | 0.20 | 28.00 |
|  | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim responses (.2) | 0.20 | 28.00 |
|  | SLB | telephone conference with L. Flores @ Bilzin re 22nd Interim responses (.1) | 0.10 | 14.00 |
|  | SLB | telephone conference with N. DeNovio and B. Kilmer @ L&W re filing of 22nd Interim app. (.2) | 0.20 | 28.00 |
|  | SLB | telephone conference with B. Bowe @ Bowe re 22nd Interim filing of app. (.1); t/c with S. Haags @ HRO re same (.1) | 0.20 | 28.00 |
| 3/5/2007 | JAW | draft summary of K&E November 2006 monthly invoice (5.3) | 5.30 | 715.50 |
|  | SLB | complete review of 22nd Interim app. - L&W (3.2) | 3.20 | 448.00 |
|  | SLB | continue draft of 22nd Interim final report - No Objections (4.8) | 4.80 | 672.00 |

W.R. Grace & Co.                                                                                        Page      16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/5/2007 | ERU | Update database with Casner 12.06, Nelson 1.07, Pitney 1.07, Steptoe 10.06, 11.06, 12.06 | 0.10 | 4.00 |
| 3/6/2007 | MSH | Electronic filing with court of Scott Law 22nd interim final report (.1), same re Sullivan (.1) | 0.20 | 8.00 |
|  | MSH | Electronic filing with court of Baker 22nd interim final report (.1), same re Piper (.1), Reed Smith (.1), Stroock (.1), Conway (.1), and Richardson (.1) | 0.60 | 24.00 |
|  | ERU | Update database with e-details 1.07 Apps for Ferry, Tersigni, Caplin, Campbell, AKO | 0.10 | 4.00 |
|  | ERU | Update database with Ferry 1.0, Latham 9.06, 10.06, 11.06 | 0.10 | 4.00 |
|  | ERU | Update Project Category spreadsheet for the 22nd Interim | 2.20 | 88.00 |
|  | SLB | telephone conference with B. Bowe @ Bowe re 22nd Interim filing (.2); t/c with T. Scoles @ Deloitte Tax re same (.1) | 0.30 | 42.00 |
|  | WHS | detailed review of, and revisions to, Stroock 22nd Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of Richardson 22nd Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Reed Smith 22nd Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of, and revisions to, Conway 22nd Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of Blackstone 22nd Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Baker 22nd Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Scott Law 22nd Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                    Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/6/2007 | WHS | detailed review of Sullivan 22nd Int FR | 0.10 | 27.50 |
|  | DTW | Conference with M. Helsley re Blackstone final report and research re same (.2). | 0.20 | 29.00 |
|  | SLB | PACER research regarding 22nd Interim filings and docket number listings (3.8) | 3.80 | 532.00 |
|  | SLB | draft e-mail to HRO(.1); CIBC(.1); Bilzin(.2); Baker (.1); Sullivan re 22nd Interim responses | 0.50 | 70.00 |
| 3/7/2007 | MSH | Electronic filing with court of Blackstone 22nd interim final report | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of Final Report re: Caplin 22nd Interim (.2) | 0.20 | 8.00 |
|  | WHS | detailed review of Caplin 22nd Int FR | 0.10 | 27.50 |
|  | WHS | receive, review, and reply to e-mails from Shakima Williams re K&E and Caplin | 0.20 | 55.00 |
|  | JBA | Electronic filing with court of Final Report re: Caplin 22nd Interim | 0.20 | 8.00 |
|  | SLB | draft e-mail to HRO (.1); Bilzin(.1) | 0.20 | 28.00 |
|  | SLB | draft of 22nd Interim status chart (2.2) | 2.20 | 308.00 |
|  | SLB | begin draft of final/final for CIBC to be filed for 22nd Interim (2.8) | 2.80 | 392.00 |
| 3/8/2007 | ERU | Update Project Category spreadsheet for the 22nd Interim | 0.70 | 28.00 |
|  | ERU | Update database with Beveridge 12.06, Beveridge 1.07, Foley 1.07, Holme 8.06 (.1), Towers 23rd Interim, Austern 1.07, Towers 1.07, Kramer 1.07 (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                          Page     18

|            |     |                                                                                                                        | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/8/2007   | ERU | Update database with e-details Bilzin 1.07, Kramer 1.07, Towers 1.07, Austern 1.07 (.1), Towers 23rd Interim App, Holme 8.06, Hamilton 1.07 (.1) | 0.20  | 8.00     |
|            | JBA | Electronic filing with court of Final Report re: K&E 22nd Interim (.2)                                                  | 0.20  | 8.00     |
|            | SLB | begin draft of 22nd Interim final report - Bilzin (3.3)                                                                 | 3.30  | 462.00   |
|            | SLB | draft of revised 22nd Interim final report - K&E(3.9)                                                                   | 3.90  | 546.00   |
| 3/9/2007   | ERU | Update database with Stroock 1.07, Stroock 10.7 e-detail, Holme 9.06 e-detail                                           | 0.10  | 4.00     |
|            | SLB | PACER research regarding eight prior final reports for CIBC final/final (2.2)                                           | 2.20  | 308.00   |
|            | SLB | complete draft of 22nd Interim final report - Bilzin (4.6)                                                              | 4.60  | 644.00   |
|            | MSH | research regarding orders for CIBC on PACER (1.5)                                                                       | 1.50  | 60.00    |
| 3/12/2007  | SLB | complete draft of 22nd Interim final/final - CIBC (4.5); second draft of 22nd Interim No Objections final (2.7)         | 7.20  | 1,008.00 |
|            | WHS | detailed review of WRG - Bilzin 22nd Int FR                                                                             | 0.10  | 27.50    |
| 3/13/2007  | SLB | draft of 22nd Interim final report - HRO(1.7) and PwC(2.2)                                                              | 3.90  | 546.00   |
|            | SLB | PACER research regarding 22nd Interim app. and docket numbers for PwC, Steptoe, Baker, Klett, HRO (2.4)                 | 2.40  | 336.00   |
|            | WHS | detailed review of, and revisions to, Omnibus 22nd Int FR                                                               | 0.10  | 27.50    |
| 3/14/2007  | SLB | first draft of 22nd Interim fee and expense chart (6.0)                                                                 | 6.00  | 840.00   |

W.R. Grace & Co.                                                                                        Page    19

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 3/14/2007 | SLB | draft of 22nd Interim final report - Goodwin Procter (.8) | 0.80 | 112.00 |
|  | SLB | PACER research regarding Goodwin Procter 22nd Interim application (1.3) | 1.30 | 182.00 |
|  | MSH | Update database with Blackstone 24th interim application, Hamilton January 2007 invoice and Bilzin January 2007 invoice (.1); same re: Sullivan 7/24/06-9/30/06 invoice, LAS January 2007 invoice, Reed Smith January 2007 invoice (.1); AKO January 2007 invoice, Tersigni January 2007 invoice, Caplin January 2007 invoice (.1); Campbell January 2007 invoice, Richardson 22nd interim application, Sullivan January 2007 invoice (.1); Sullivan December 2006 invoice and Holme 22nd interim application (.1) | 0.50 | 20.00 |
|  | JBA | Electronic filing with court of Final Report re: Bilzin 22nd Interim (.2) | 0.20 | 8.00 |
| 3/15/2007 | JBA | Electronic filing with court of Withdrawal of Omnibus 22nd Interim Final Report (.3), and revised final report re: same (.3) | 0.60 | 24.00 |
|  | SLB | PACER research regarding Goodwin Procter 22nd Interim application (.9); file research regarding Goodwin's prior applications (.8) | 1.70 | 238.00 |
|  | JAW | detailed review of Orrick December, 2006, monthly invoice (2.8); draft summary of same (0.8). | 3.60 | 486.00 |
|  | JBA | Electronic filing with court of Final Report re: CIBC for period from June 2, 2004 through January 31, 2006 (.2) | 0.20 | 8.00 |
|  | WHS | detailed review of CIBC 22nd Int FR | 0.10 | 27.50 |
|  | SLB | complete draft of 22nd Interim fee & expense charts (4.4) | 4.40 | 616.00 |
|  | WHS | detailed review of, and revisions to, Omnibus 22nd Int FR | 0.30 | 82.50 |
|  | WHS | receive, review, and respond to e-mails with Steve Bossay re Goodwin | 0.30 | 82.50 |

W.R. Grace & Co.                                                                                          Page    20

|            |     |                                                                                                                                      | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/15/2007  | SLB | complete revisions to 22nd Interim No Objections final draft (1.2)                                                                    | 1.20  | 168.00   |
| 3/16/2007  | SLB | draft e-mail to Grace applicants for distribution of 22nd Interim charts (.2)                                                         | 0.20  | 28.00    |
|            | SLB | review and edit 22nd Interim Project Category Spreadsheet (2.8)                                                                       | 2.80  | 392.00   |
|            | JAW | detailed review of Reed Smith December, 2006, monthly invoice (6.7); draft summary of same (1.4)                                      | 8.10  | 1,093.50 |
|            | ERU | Update Project Category spreadsheet for the 22nd Interim                                                                              | 0.50  | 20.00    |
|            | ERU | Update database with Phillips 1.07, Nelson 23rd Interim App, Latham 23rd Interim App, Ogilvy 23rd Interim App (.1), e-details: Philips 1.07, Holme 22nd Interim App (.1) | 0.20  | 8.00     |
| 3/19/2007  | JBA | conference with E. Urban re: Corrections and additions to 22nd Interim Project Category Spreadsheet                                   | 0.20  | 8.00     |
|            | ERU | Update database with Pachulski 1.07, Woodcock 1.07, Woodcock 23rd Interim App, Steptoe 22nd Interim App                               | 0.10  | 4.00     |
| 3/20/2007  | ERU | Update database with e-detail Ogilvy 23rd Interim App                                                                                 | 0.10  | 4.00     |
|            | ERU | Update and edit Project Category spreadsheet for the 22nd Interim                                                                     | 0.30  | 12.00    |
| 3/21/2007  | WHS | receive and review transmittal from PWC                                                                                               | 0.10  | 27.50    |
| 3/22/2007  | SLB | draft e-mail to J. Oneil @ Pachulski re final 22nd Interim charts (.2)                                                                | 0.20  | 28.00    |
| 3/23/2007  | JAW | detailed review of K&E December, 2006, monthly invoice (8.4)                                                                          | 8.40  | 1,134.00 |
| 3/26/2007  | SLB | draft e-mails (3) to P. Cuniff @ Pachulski re 22nd Interim charts (.5)                                                                | 0.50  | 70.00    |

W.R. Grace & Co.                                                                              Page    21

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 3/26/2007 | SLB | telephone conference with J. O'Neil re 22nd Interim charts (.2) | 0.20 | 28.00 |
|  | SLB | draft e-mail to P. Zilly @ Blackstone re 22nd Interim Project Category Spreadsheet (.2) | 0.20 | 28.00 |
|  | JAW | detailed review of K&E December 2006 monthly invoice (3.8) | 3.80 | 513.00 |
| 3/27/2007 | JAW | detailed review of K&E December 2006 monthly invoice (9.1) | 9.10 | 1,228.50 |
|  | ALP | telephone conference with T. Wallace @ K&E re: December 2006 e-detail and invoice | 0.10 | 15.50 |
| 3/28/2007 | JAW | detailed review of K&E December 2006 monthly invoice (4.7); draft summary of same (4.7) | 9.40 | 1,269.00 |
| 3/29/2007 | JAW | detailed review of Stroock October 1, 2006 to December 31 2006 interim fee application (5.2) | 5.20 | 702.00 |
| 3/30/2007 | JAW | detailed review of Stroock October 1, 2006 to December 31 2006 interim fee application (2.8); draft summary of same (1.9) | 4.70 | 634.50 |
| 3/31/2007 | WHS | receive and review order re fees | 0.10 | 27.50 |

**For professional services rendered**                                      **653.40 $89,296.00**

Additional Charges :

|  | **Price** |  |
|---|---|---|
| PACER Charges for January 2007 | 13.92 | 13.92 |
| Third party copies & document prep/setup. Lone Star September 2006 | 37.16 | 37.16 |
| Third party copies & document prep/setup. Lone Star October 2006 | 23.10 | 23.10 |

W.R. Grace & Co.                                                                                  Page      22

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup. Lone Star November 2006 | 50.37 | 50.37 |
| Third party copies & document prep/setup. Lone Star Decemeber 2006 | 508.09 | 508.09 |
| PACER charges for February 2007 | 1.60 | 1.60 |
| Third party copies & document prep/setup. Lone Star January 2007 | 34.28 | 34.28 |
| PACER charges for March 2007 | 70.48 | 70.48 |

**Total costs**                                                                                        **$739.00**

**Total amount of this bill**                                                                  **$90,035.00**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.10 | 155.00 | $15.50 |
| Doreen T Williams | 0.20 | 145.00 | $29.00 |
| Erika Urban | 11.80 | 40.00 | $472.00 |
| James A. Wehrmann | 241.90 | 135.00 | $32,656.50 |
| Jeff B. Allgood | 0.60 | 110.00 | $66.00 |
| Jeff B. Allgood | 1.90 | 40.00 | $76.00 |
| Melinda S Helsley | 1.50 | 110.00 | $165.00 |
| Melinda S Helsley | 3.50 | 40.00 | $140.00 |
| Stephen L. Bossay | 385.90 | 140.00 | $54,026.00 |
| Warren H Smith | 6.00 | 275.00 | $1,650.00 |