IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 01-01139-(JKF) |
| W. R. GRACE & CO. et al., ) | |
| ) | Chapter 11 |
|    Debtors. ) | |
| ) | |

## IOWA DEPARTMENT OF REVENUE'S
## WITHDRAWAL OF MOTION FOR LEAVE TO FILE LATE CLAIM

The Iowa Department of Revenue hereby withdraws it Motion for Leave to File Late Claim previously filed on July 23, 2007.

IOWA DEPARTMENT OF REVENUE

By: /S/ John Waters – Monday, September 17, 2007
JOHN WATERS, Attorney
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
(515) 281-6427
Fax: (515) 281-0763

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached document was mailed to the persons listed below at the addresses indicated, stamped with the appropriate postage for ordinary mail and deposited on the 17th day of September, 2007, in a United States Post Office mail receptacle in Des Moines, Iowa.

/S/ John Waters – Monday, September 17, 2007
JOHN WATERS

Copy To:

Lori Sinanyan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
Pachulski, Stang, Ziehl, Young,
 Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801