# EXHIBIT 2

## for WR Grace
**Total number of parties: 6**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25810 | ASPERGER, ROBERT E, (RE: STATE OF CALIFORNIA DEPT OF GENERAL SERV), STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE 1101, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 25810 | MANDELSBERG, STEVEN, (RE: STATE OF CALIFORNIA DEPT OF GENERAL SERV), HAHN & HESSEN LLP, 488 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 25810 | MOTLEY RICE LLC, (RE: STATE OF WASHINGTON), ANNE MCGINNESSKEARSE, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC, 29465 | US Mail (1st Class) |
| 25810 | STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD STREET 6TH FLOOR, WEST SACRAMENTO, CA, 95605 | US Mail (1st Class) |
| 25810 | STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD ST, WEST SACRAMENTO, CA, 95605 | US Mail (1st Class) |
| 25810 | STATE OF WASHINGTON, ATTORNEY GENERAL, HIGHWAY LICENSE BLDG, FL. 7, OLYMPIA, WA, 98504 | US Mail (1st Class) |

**Subtotal for this group: 6**