# EXHIBIT 2

## for WR Grace

**Total number of parties: 7**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25813 | CENDANT MOBILITY SERVICES CORPORATION, ATTN WAYNE RIGIE, 40 APPLE RIDGE RD, DANBURY, CT, 06810 | US Mail (1st Class) |
| 25813 | ESTATE OF ROSARIO RAPISARDI, C/O JAMES RAPISARDI, 2251 TOWNSHIP LINE RD, LOGAN TWP, NJ, 08085 | US Mail (1st Class) |
| 25813 | GRAU MEMBERS,GRAU & SONS, INC., BANKEMPER & JACOBS, EDWARD L JACOBS, ESQ, PO BOX 70, FORT THOMAS, KY, 41075-0070 | US Mail (1st Class) |
| 25813 | GRAU, JAMES AND ANNA, C/O RICHARD L FERRELL ESQ, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 25813 | HARY GRAU & SONS INC, C/O RICHARD L FERRELL ESQ, TAFT STETTINIUS & HOLLISTER LLP, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 25813 | PELETT, WALTER D, 823 SE 3RD AVE, PORTLAND, OR, 97214 | US Mail (1st Class) |
| 25813 | SIERRA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA, 92614 | US Mail (1st Class) |

**Subtotal for this group: 7**