IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 01-01139-(JKF) |
| W. R. GRACE & CO. et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

## IOWA DEPARTMENT OF REVENUE'S
## WITHDRAWAL OF MOTION FOR LEAVE TO FILE LATE CLAIM

The Iowa Department of Revenue hereby withdraws its Motion to Withdraw Document for Leave to File Late Claim (Docket No. 16825). The description of the docket event was selected in error and the document failed to comply with local procedures.

IOWA DEPARTMENT OF REVENUE

By: /S/ John Waters – Monday, September 17, 2007
JOHN WATERS, Attorney
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
(515) 281-6427
Fax: (515) 281-0763