IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | : |
| | : Chapter 11 |
| W. R. GRACE & CO. | : |
| | : Case No. 01-01139 (JKF) |
| Debtor. | : Related Docket Item:16556 |

### NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO FIFTY-SEVENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JUNE 2007

On August 14, 2007, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants to the Debtors, filed its *Fifty-seventh Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Month of June 2007* (Docket No. 16556) (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 pm (Eastern Standard Time) on September 4, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated December 31, 2001 ("the Order"), the Debtor is authorized to pay PwC $36,187.40 which represents eighty percent (80%) of the fees, and $247.16 which represents 100% of the expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: September 17, 2007

SMITH, KATZENSTEIN & FURLOW, LLP

/s/Kathleen M. Miller
Kathleen Miller (I.D. No.2898)
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Email: Kmiller@skfdelaware.com

Attorneys for PricewaterhouseCoopers LLP

02411|PLDG|10030600.WPD

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September 2007, a copy of the *No Order Required Certification of No Objection to Fifty-seventh Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2007* was served on the following parties in the manner herein indicated:

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President
and General Counsel
VIA U.S. MAIL/E-MAIL IN PDF FORMAT TO
 william.sparks@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT
TO dcarickhoff@pszyj.com

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT
TO syoder@bayardfirm.com

Michael R. Latowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT
TO mlastowski@duanemorris.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT
TO ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT
TO mhurford@camlev.com

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT
TO currier@klettrooney.com

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

James Kapp, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT
TO james.kapp@chicago.kirkland.com

| | |
|---|---|
| Carol Hennesey, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606<br>VIA E-MAIL IN PDF FORMAT<br>TO david.heller@lw.com and carol.hennessey@lw.com | Philip Bentley, Esq.<br>Kramer, Levin, Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>VIA E-MAIL IN PDF FORMAT<br>TO pbentley@kramerlevin.com |
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>VIA E-MAIL IN PDF FORMAT<br>TO rserrette@stroock.com | Warren H. Smith<br>Warren H. Smith & Associates<br>Republic Center<br>325 North Saint Paul Street<br>Dallas, TX 75201<br>VIA U.S. MAIL/E-MAIL IN AN ELECTRONIC FORMAT TO whsmith@whsmithlaw.com |
| Scott L. Baena, Esq.<br>Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131<br>VIA E-MAIL IN PDF FORMAT<br>TO jsakalo@bilzin.com | |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>VIA E-MAIL IN PDF FORMAT<br>TO pvnl@capdale.com | |

/s/ Kathleen M. Miller
Kathleen M. Miller