THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: October 5, 2007 at 4:00 p.m.**
**Hearing Date: October 25, 2007 at 2:00 p.m.**
**(in Pittsburgh, PA)**

## NOTICE OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING SETTLEMENT OF ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY MARICOPA COUNTY, ARIZONA, REPRESENTED BY DIES & HILE, LLP

TO:    Parties on the attached service list.

The above-captioned debtors and debtors in possession (collectively, the "Debtors") filed

the *Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property*

*Damage Claims Filed by Maricopa County, Arizona, Represented by Dies & Hile, LLP*, (the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

"Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market
Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the
Motion is attached hereto.

Objections or other responses to the relief requested in the Motion, if any, must be in
writing and be filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time)
on **October 5, 2007**.

At the same time, you must also serve a copy of the objections or responses, if
any, upon the following: (i) co-counsel for the Debtors, Janet S. Baer, Kirkland & Ellis LLP,
200 East Randolph Drive, Chicago, Illinois 60601 and James E. O'Neill, Pachulski Stang Ziehl
& Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705
(Courier 19801); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger,
Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY 10038-4982, and Michael R.
Lastowski, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington,
DE 19801-1246; (iii) counsel to the Official Committee of Property Damage Claimants, Scott L.
Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South
Biscayne Boulevard, Suite 2500, Miami, FL 33131, and Michael B. Joseph, Ferry & Joseph,
P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (iv) counsel to the
Official Committee of Personal Injury Claimants, Peter Van L. Lockwood, Caplin & Drysdale,
Chartered, One Thomas Circle, N.W., Washington, DC 20005, and Mark T. Hurford, Campbell
& Levine, LLC, 800 N. King Street, Suite 300, Wilmington, DE 19801; (v) counsel to the
Official Committee of Equity Holders, Gary Becker, Kramer Levin Naftalis & Frankel LLP, 919
Third Avenue, New York, NY 10022, and Teresa K.D. Currier, Buchanan, Ingersoll & Rooney,

2

P.C., 1000 West Street, Suite 1410, P.O. Box 1397, Wilmington, DE 19899-1397; (vi) counsel

to the Future Claimants' Representative, Richard H. Wyron, Orrick, Herrington & Sutcliffe,

LLP, 3050 K Street, NW, Suite 300, Washington, DC 20007, and John C. Phillips, Jr., Phillips,

Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; and (vii) the

Office of the United States Trustee, Attn: David Klauder, 844 N. King Street, Wilmington, DE

19801.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE

RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, THE DEBTORS HAVE REQUESTED THAT A

HEARING ON THE MOTION BE HELD BEFORE THE HONORABLE JUDITH K.

FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, 5414 U.S. STEEL

BUILDING, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA 15219 ON

**OCTOBER 25, 2007 AT 2:00 PM** PREVAILING EASTERN TIME.

3

Dated: September **17**, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP


_James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

4