IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 24, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, SEPTEMBER
20, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER
ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE*
[DOCKET NO. 7709]**

## CONTINUED MATTERS

1. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b. [Signed] Thirty-Fourth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 7/24/07] (Docket No. 16370)

Response Deadline: June 4, 2004, at 4:00 p.m.

Status: The hearing on the claims of Weatherford International, Inc. is continued to October 25, 2007, at 2:00 p.m.

2. Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a. [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 7/24/07] (Docket No. 16371)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a. Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: This matter is continued to October 25, 2007, at 2:00 p.m.

3. Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 15012)

Related Documents:

a. [Signed] Fourth Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 7/24/07] (Docket No. 16372)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a. Georgia Department of Revenue's Response to Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15079)

b. Response by New York State Department of Taxation and Finance to Debtors' Twenty-Second Omnibus Objection to Claims [Filed: 4/6/07] (Docket No. 15106)

Status: This matter is continued to October 25, 2007, at 2:00 p.m.

4. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a. [Signed] Order Granting Relief Regarding in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 7/24/07] (Docket No. 16368)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a. Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to October 25, 2007, at 2:00 p.m.

## QUARTERLY FEE APPLICATIONS

5. Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for Period April 2006 to March 2007 [Filed: 4/26/07] (Docket No. 15310)

Related Documents:

a. Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Filed: 4/17/02] (Docket No. 1949)

b. Certification of Counsel Regarding Fee Application of Forman Perry Watkins Krutz & Tardy LLP [Filed: 6/8/07] (Docket No. 15999)

c. [Signed] Order Regarding Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for Period April 2006 to March 2007 [Filed: 6/26/07] (Docket No. 16159)

d. Fee Auditor's Final Report Regarding Fee Application of Forman Perry Watkins Krutz & Tardy LLP for the Twenty-Fourth Interim Period [Filed: 8/22/07] (Docket No. 16610)

Response Deadline: September 4, 2007, at 4:00 p.m.

Responses Received:

a. Response of the Official Committee of Asbestos Personal Injury Claimants in Support of the Fee Auditor's Final Report Regarding Fee Application of Forman Perry Watkins Krutz & Tardy, LLP for the Twenty-Fourth Interim Period [Filed: 9/4/07] (Docket No. 16740)

b. United States Trustee's Supplemental Response to Her Objection to the Summary Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for Period April 2006 to March 2007 [Filed: 9/4/07] (Docket No. 16741)

c. **Response to Final Report of Fee Auditor Regarding Fee Application of Forman Perry Watkins Krutz & Tardy LLP for the Twenty-Fourth Interim Period [Filed: 9/17/07] (Docket No. 16835)**

Status: This matter will go forward.

6. Twenty-Fourth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2007 through March 31, 2007.

Related Documents:

a. **Certification of Counsel Regarding Twenty-Fourth Quarter Project Category Summary [Filed: 09/17/07] (Docket No. 16848)**

b. **Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twenty-Fourth Period [Filed: 09/17/07] (Docket No. 16850)**

Status: This matter will go forward.

**UNCONTESTED MATTERS**

7. Motion of Debtors' for Entry of an Order Authorizing Settlement of BP Products North America, Inc. Claim No. 6356 Pursuant to Fed. R. Bankr. P. 9019 [Filed: 8/20/07] (Docket No. 16598)

Related Documents:

a. [Proposed] Order Authorizing Settlement of BP Products North America, Inc. Claim No. 6536 [Filed: 8/20/07] (Docket No. 16598)

b. **Certification of No Objection Regarding Motion of Debtors' for Entry of an Order Authorizing Settlement of BP Products North America, Inc. Claim No. 6356 Pursuant to Fed. R. Bankr. P. 9019 [Filed: 9/10/07] (Docket No. 16792)**

Response Deadline: September 7, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

8.    Motion for an Order Approving a Stipulation with Continental Casualty Company [Filed: 8/23/07] (Docket No. 16622)

   Related Documents:

   a.    [Proposed] Order Approving the Debtors' Settlement Agreement with Continental Casualty Company [Filed: 8/23/07] (Docket No. 16622, Exhibit A)

   b.    [Signed] Modified Order Granting Debtors' Motion for Leave from the Court's Scheduling and Case management Orders to hear Motion for an Order Approving a Stipulation with Continental Casualty Company [Filed: 8/28/07] (Docket No. 16649)

   c.    **Certification of No Objection Regarding Motion for an Order Approving a Stipulation with Continental Casualty Company [Filed: 9/10/07] (Docket No. 16795)**

   Response Deadline: September 8, 2007, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

9.    Debtors' Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Morrison & Foerster LLP [Filed: 8/20/07] (Docket No. 16599)

   Related Documents:

   a.    [Proposed] Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Morrison & Foerster LLP [Filed: 8/20/07] (Docket No. 16599)

   b.    **Certification of No Objection Regarding Debtors' Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Morrison & Foerster LLP [Filed: 9/10/07] (Docket No. 16793)**

   Response Deadline: September 7, 2007, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

10. Motion to Amend the OCP Orders to: (I) Increase the Total Expenditure Cap, and (II) Permit Appropriate OCP's to Seek Compensation for Fees and Expenses in Excess of the Monthly Cap [Filed: 8/20/07] (Docket No. 16600)

   Related Documents:

   a. Third Amended Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses [Filed: 8/20/07] (Docket No. 16600)

   b. **Certification of No Objection Regarding Motion to Amend the OCP Orders to: (I) Increase the Total Expenditure Cap, and (II) Permit Appropriate OCP's to Seek Compensation for Fees and Expenses in Excess of the Monthly Cap [Filed: 9/10/07] (Docket No. 16794)**

   Response Deadline: September 7, 2007, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

**CONTESTED MATTERS**

11. Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)

   Related Documents:

   a. [Proposed] Order Granting Motion of the United States Trustee for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)

   b. Motion to Shorten Notice as to the United States Trustee's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 16627] (Docket No. 16627)

   c. [Proposed] Order Shortening the Notice as to the United States Trustee's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 16627] (Docket No. 16627)

   Response Deadline: September 10, 2007, at 4:00 p.m.

   Responses Received:

   a. **Response of the Official Committee of Asbestos Personal Injury Claimants to the Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 9/10/07] (Docket No. 16789)**

   Status: This matter will go forward.

12. Iowa Department of Revenue's Motion for Leave to File Late Claim [Filed: 7/23/07] (Docket No. 16356)

   Related Documents:

   a. [Proposed] Order Granting the Iowa Department of Revenue's Motion for Leave to File Late Claim [Filed: 7/23/07] (Docket No. 16356)

   b. **Iowa Department of Revenue's Withdrawal of Motion for Leave to File Late Claim [Filed: 9/17/07] (Docket No. 16825)**

   Response Deadline: August 10, 2007, at 4:00 p.m.

   Responses Received:

   a. Debtors' Objection to the Iowa Department of Revenue's Motion Seeking Permission to File a Late Proof of Claim [Filed: 8/10/07] (Docket No. 16535)

   **Status: The Iowa Department of Revenue has filed a withdrawal of its motion for leave to file a late claim. This matter will not go forward.**

13. Motion for Entry of Judgment Filed by Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. [Filed: 6/16/06] (Adv. Pro. No. 02-01657, Docket No. 58)

   Status: Status conference on preparation of Order reflecting Court's rulings on July 19, 2007.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

14. Agreed Motion of the Future Claimants' Representative, the Debtors, the Official Committees, and Counsel to the Libby Claimants for Entry of Consent Order Concerning Confidentiality of Documents and Information to Be Produced by Expert Witness for Future Claimants' Representative [Filed: 8/20/07] (Docket No. 16596)

   Related Documents:

   a. [Proposed] Consent Order Concerning Confidentiality of Documents and Information to be Produced By Expert Witness for Future Claimants' Representative [Filed: 8/20/07] (Docket No. 16596, Exhibit A)

   b. **Certification of Counsel Regarding Agreed Motion of the Future Claimants' Representative, the Debtors, the Official Committees, and Counsel to the Libby Claimants for Entry of Consent Order Concerning Confidentiality of Documents and Information to Be Produced by Expert Witness for Future Claimants' Representative [Filed: 9/10/07] (Docket No. 16785)**

      (i) **[Signed] Consent Order Concerning Confidentiality of Documents and Information to be Produced by Expert Witness for Future Claimants' Representative [Filed: 9/13/07] (Docket No. 16820)**

   Response Deadline: September 7, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an Order on this matter, therefore it will not go forward.**

15. Motion of the Official Committee of Unsecured Creditors to Alter and Amend the Court's Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers [Filed: 8/20/07] (Docket No. 16597)

    Related Documents:

    a. [Proposed] Amended Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers [Filed: 8/20/07] (Docket No. 16597, Exhibit B)

    b. **Certification of Counsel Regarding Agreed Supplemental Order Regarding Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers [Filed: 9/12/07] (Docket No. 16807)**

        (i) **[Proposed] Agreed Supplemental Order Regarding Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers [Filed: 9/12/07] (Docket No. 16807, Exhibit A)**

    Response Deadline: September 7, 2007, at 2:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

16. Status Conference on PI Estimation Issues

    Status: A status conference will go forward.

**MATTERS RELATING TO ASBESTOS PD CLAIMS**

17. Status Conference on PD Claims

    Status: A status conference will go forward.

*[Remainder of Page Intentionally Left Blank]*

18.  Status Conference on ZAI Issues

   Status: This matter will go forward.

Dated: September 17, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession