IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 14, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING
SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP  FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM
PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007,
THE QUARTER OF APRIL – JUNE 2007 (DOCKET NO. 16500)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the *Summarized Interim Fee Application of Steptoe &*

*Johnson LLP ("S&J") for Compensation for Services and Reimbursement of Expenses as Special Tax*

*Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period From May 1, 2007 Through May*

*31, 2007, the Quarter of April – June 2007* (the "Application").  The undersigned further certifies that

he has caused the Court's docket in this case to be reviewed and no answer, objection or other

responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the

Application were to be filed and served no later than September 14, 2007.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay S&J

$33,369.60 which represents 80% of the fees ($41,712.00), and $127.45 which represents 100% of the

expenses requested in the Application for the period May 1, 2007 through May 31, 2007, upon the

filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: September 18, 2007          KIRKLAND & ELLIS LIP
                                   David M. Bernick P.C.
                                   Janet S. Baer
                                   200 East Randolph Drive
                                   Chicago, Illinois 60601
                                   Telephone:    (312) 861-2000
                                   Facsimile:    (312) 861-2200

                                   and

                                   PACHULSKI STANG ZIEHL & JONES LLP


                                   _____
                                   Laura Davis Jones (Bar No. 2436)
                                   James E. O'Neill (Bar No. 4042)
                                   Timothy P. Cairns (Bar No. 4228)
                                   919 N. Market Street, 17th Floor
                                   P.O. Box 8705
                                   Wilmington, Delaware 19899-8705
                                   Telephone:    (302) 652-4100
                                   Facsimile:    (302) 652-4400

                                   Co-Counsel to Debtors and Debtors-in-Possession