# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.,* ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF |

### NOTICE OF SERVICE OF RESPONSE OF THE WARTNICK LAW FIRM TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS

I HEREBY CERTIFY that on September 17, 2007, one copy of **RESPONSE OF THE WARTNICK LAW FIRM TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by electronic service via e-mail:

David Bernick.
R. D. Smith
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dated: September 18, 2007            MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:     /s/ Noel C. Burnham
Noel C. Burnham, Esquire (3483)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800
(302 504-7820 facsimile

2222633v1