IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: ) | | In Proceedings for a Reorganization under Chapter 11 |
| ) | | |
| W.R. Grace & Co., *et al.,* ) | | Case No. 01-01139-JKF |
| ) | | |
| Debtors. ) | | |
| ) | | |
| ) | | |

**NOTICE OF SERVICE OF OBJECTIONS OF WATERS & KRAUS, LLP TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on September 17, 2007, one copy of **OBJECTIONS OF WATERS & KRAUS, LLP TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by electronic service via e-mail:

David Bernick.
R. D. Smith
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dated: September 18, 2007     MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:     /s/ Noel C. Burnham
Noel C. Burnham, Esquire (3483)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800
(302 504-7820 facsimile

2222654v1