## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| AcandS, Inc.<br>Debtor(s) | Bankruptcy No. 02-12687-JKF<br>Chapter 11<br>**Related to Dkt. Nos. 2749, 1211** |
| Armstrong World Industries, Inc.<br>Debtor(s) | Bankruptcy No. 00-4471-JKF<br>Chapter 11<br>**Related to Dkt. Nos. 10316, 9162, 7983** |
| Combustion Engineering, Inc.<br>Debtor(s) | Bankruptcy No. 03-10495-JKF<br>Chapter 11<br>**Related to Dkt. Nos. 3262, 407** |
| Federal-Mogul Global, Inc.<br>Debtor(s) | Bankruptcy No. 01-10578-JKF<br>Chapter 11<br>**Related to Dkt. Nos. 11703, 9868, 1565** |
| The Flintkote Company<br>Debtor(s) | Bankruptcy No. 04-11300-JKF<br>Chapter 11<br>**Related to Dkt. Nos. 2221, 1365** |
| Owens Corning<br>Debtor(s) | Bankruptcy No. 00-3837<br>Chapter 11<br>**Related to Dkt. Nos. 20189, 6857, 4366, 3863** |
| USG Corporation<br>Debtor(s) | Bankruptcy No. 01-2094-JKF<br>Chapter 11<br>**Related to Dkt. Nos. 12431, 8796** |
| United States Mineral Products<br>Company<br>Debtor(s) | Bankruptcy No. 01-2471<br>Chapter 11<br>**Related to Dkt. Nos. 3726, 3394, 1896** |
| W.R. Grace & Co.<br>Debtor(s) | Bankruptcy No. 01-1139-JKF<br>Chapter 11<br>**Related to Dkt. Nos. 14811, 14028, 7709, 3293, 1948** |

## ORDER AMENDING CASE MANAGEMENT ORDER REGARDING COURTCALL PROCEDURES

AND NOW, this 18th day of **September, 2007**, it is **ORDERED** that, when hearings in a case are scheduled for more than one day, anyone wishing to participate by telephone must register with CourtCall by noon two business days before **each** day on which the hearing is scheduled.

It is **FURTHER ORDERED** that all other provisions of the Case Management Order, as amended, remain in effect.

It is **FURTHER ORDERED** that counsel for Debtor(s) or the Trustee, as applicable, shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge