IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 01-01139-(JKF) |
| W.R. GRACE & CO. et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## IOWA DEPARTMENT OF REVENUE'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE LATE CLAIM (DOCKET NO. 16356)

The Iowa Department of Revenue hereby withdraws its Motion to File Late Claim previously filed on July 23, 2007 (Docket No. 16356). The Department is withdrawing its Motion because it no longer wants to file an additional claim in this case.

IOWA DEPARTMENT OF REVENUE

By:   /S/ John Waters – Tuesday, September 18, 2007
       JOHN WATERS,
       Attorney At Law
       Iowa Department of Revenue
       Collections Section
       P.O. Box 10457
       Des Moines, Iowa 50306
       (515) 281-6427
       Fax: (515) 281-0763

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above document was served on the persons listed below on the 18th day of September, 2007.

/S/ John Waters - Tuesday, September 18, 2007
JOHN WATERS

Copy To:

Lori Sinanyan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Laura Davis Jones
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801