# FW FARLEIGHWITT
### Attorneys

**Tara J. Schleicher**
Attorney
Admitted in Oregon & Washington

tschleicher@farleighwitt.com

121 SW Morrison Street, Suite 600
Portland, Oregon 97204
tel 503.228.6044
fax 503.228.1741
www.farleighwitt.com

September 18, 2007

Clerk of the Court
USBC Delaware
824 North Market St.
Wilmington, DE 19801

    Re:    *W.R. Grace & Co.*
                *U.S. Bankruptcy Court Case No. 01-01139-JKF*

Dear Clerk:

I write to request removal for no more notices in the above-referenced case.

Thank you for your courtesies.

                Very truly yours,

                /s/ Tara J. Schleicher

                Tara J. Schleicher

TJS/so
H:\Client\Rpi\Request for No More Notices.doc