**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection deadline: October 10, 2007 at 4:00pm. |

**FIFTY-THIRD APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2007 THROUGH APRIL 30, 2007**

| | | |
|---|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | April 1, 2007 through April 30, 2007 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$100,000.00 | (Holdback (@ 20%)<br>($20,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,145.97 | |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 80,000.00 | 5,412.84 | 20,000.00 | 20,000.00 |
| 6/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 80,000.00 | 1,260.82 | 20,000.00 | 20,000.00 |
| 6/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 80,000.00 | 535.30 | 20,000.00 | 20,000.00 |
| 9/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

September 20, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of April 1, 2007 through April 30, 2007: | | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (20,000.00) |
| Out-of-pocket expenses processed for the period through April 30, 2007:[1] | | | |
| Airfare | $ 992.80 | | |
| Ground Transportation | 178.45 | | |
| Communications | 122.50 | | |
| Meals | 904.33 | | |
| Lodging | 437.80 | | |
| Research | 510.09 | | 3,145.97 |
| **Total Amount Due** | | **$** | **83,145.97** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 15113

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 15113**

| | GL Detail Apr-07 | Total Expenses |
|---|---|---|
| Airfare | $ 992.80 | $ **992.80** |
| Ground Transportation - Out of Town Travel | 178.45 | **178.45** |
| Communications - Teleconferencing | 122.50 | **122.50** |
| Meals with Clients | 787.66 | **787.66** |
| Employee Meals | 116.67 | **116.67** |
| Lodging | 437.80 | **437.80** |
| External Research - Thomson | 465.67 | **465.67** |
| External Research - Thomson Analytics | 38.66 | **38.66** |
| External Research - Online Database | 5.76 | **5.76** |
| **Total Expenses** | **$ 3,145.97** | **$ 3,145.97** |

| | |
|---|---|
| **Airfare** | **$ 992.80** |
| **Ground Transportation** | **178.45** |
| **Communications** | **122.50** |
| **Meals** | **904.33** |
| **Lodging** | **437.80** |
| **Research** | **510.09** |
| **Total Expenses** | **$ 3,145.97** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through April 30, 2007**
**Invoice No. 15113**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| **Airfare** | | | |
| O'Connell (travel agency fee for booking of round trip flight to/from Baltimore, MD from/to Queens, NY) | 04/10/07 | 40.00 | |
| O'Connell (round trip coach class flight to/from Baltimore, MD from/to Queens, NY) | 04/10/07 & 04/12/07 | 952.80 | |
| | **Subtotal - Airfare** | | $ 992.80 |
| **Ground Transportation - Out-Of-Town Travel** | | | |
| O'Connell (Hertz car rental during stay in Baltimore, MD) | 04/12/07 | 178.45 | |
| | **Subtotal - Ground Transportation - Out-Of-Town Travel** | | 178.45 |
| **Communications - Teleconferencing** | | | |
| O'Connell (fee for attending Court hearing telephonically) | 04/02/07 | 122.50 | |
| | **Subtotal - Communications - Teleconferencing** | | 122.50 |
| **Meals with Clients** | | | |
| Zilly (catered lunch meal for 28 people during client held @ Blackstone) | 02/20/07 | 787.66 | |
| | **Subtotal - Meals with Clients** | | 787.66 |
| **Employee Meals** | | | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 02/21/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 03/28/07 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 04/05/07 | 25.00 | |
| O'Connell (meal @ hotel during stay in Columbia, MD) | 04/11/07 | 16.99 | |
| O'Connell (meal @ hotel during stay in Columbia, MD) | 04/12/07 | 17.99 | |
| O'Connell (meal @ BWI Airport in Baltimore, MD) | 04/12/07 | 6.69 | |
| | **Subtotal - Employee Meals** | | 116.67 |
| **Lodging** | | | |
| O'Connell (2 day hotel stay in Columbia, MD) | 04/10/07 - 04/12/07 | 437.80 | |
| | **Subtotal - Lodging** | | 437.80 |
| **External Research - Thomson** | | | |
| Istvan (online data research) | 01/21/07 - 01/27/07 | 399.66 | |
| Istvan (online data research) | 04/01/07 - 04/30/07 | 66.01 | |
| | **Subtotal - External Research - Thomson** | | 465.67 |
| **External Research - Thomson Analytics** | | | |
| Istvan (online data research) | 04/01/07 - 04/30/07 | 38.66 | |
| | **Subtotal - External Research - Thomson Analytics** | | 38.66 |
| **External Research - Online Database** | | | |
| de Almeida (fee for the retrieval of document from Court's docket via P.A.C.E.R.) | 01/27/07 | 3.68 | |
| de Almeida (fee for the retrieval of document from Court's docket via P.A.C.E.R.) | 01/28/07 | 2.08 | |
| | **Subtotal - External Research - Online Database** | | 5.76 |
| | **Total Expenses** | | $ 3,145.97 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 40.2 |
| Jamie O'Connell | Vice President | 69.6 |
| Benjamin Istvan | Analyst | 18.1 |
| | **Total** | **127.9** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/07 | 2.8 | Business Analysis | Draft update presentation for Project Gemini |
| Jamie O'Connell | 04/02/07 | 0.3 | Business Analysis | Call with J. McFarland regarding Project Gemini |
| Jamie O'Connell | 04/02/07 | 0.3 | Business Analysis | Correspondence to K&E and Grace management regarding Project Gemini |
| Pamela Zilly | 04/02/07 | 1.0 | Business Analysis | Correspondence with; review materials from G. Young re: KCC transaction |
| Benjamin Istvan | 04/03/07 | 0.5 | Business Analysis | Draft update presentation for Project Gemini |
| Jamie O'Connell | 04/03/07 | 0.3 | Business Analysis | Correspondence to K&E and Grace management regarding Project Gemini |
| Jamie O'Connell | 04/03/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 04/03/07 | 2.5 | Business Analysis | Draft update presentation for Project Gemini |
| Jamie O'Connell | 04/03/07 | 0.5 | Business Analysis | Call with Grace management and Kirkland & Ellis regarding Project Gemini |
| Pamela Zilly | 04/03/07 | 0.5 | Business Analysis | Call with management and K&E re: Project Gemini |
| Pamela Zilly | 04/03/07 | 0.3 | Business Analysis | Correspondence with G. Young re: KCC transaction |
| Benjamin Istvan | 04/04/07 | 0.5 | Business Analysis | Draft update presentation for Project Gemini |
| Benjamin Istvan | 04/04/07 | 0.5 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 04/04/07 | 1.3 | Business Analysis | Draft update presentation for Project Gemini |
| Jamie O'Connell | 04/04/07 | 0.5 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 04/04/07 | 0.3 | Business Analysis | Correspondence to Grace management regarding Project Gemini |
| Jamie O'Connell | 04/04/07 | 0.3 | Business Analysis | Call with J. McFarland regarding Project Gemini |
| Jamie O'Connell | 04/04/07 | 0.3 | Business Analysis | Correspondence to K&E regarding Project Gemini |
| Pamela Zilly | 04/04/07 | 0.8 | Business Analysis | Review draft Project Gemini presentation |
| Pamela Zilly | 04/04/07 | 1.0 | Business Analysis | Review business analysis |
| Jamie O'Connell | 04/05/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Pamela Zilly | 04/05/07 | 0.8 | Business Analysis | Review revised business analysis |
| Pamela Zilly | 04/05/07 | 0.4 | Business Analysis | Call with F. Festa |
| Jamie O'Connell | 04/06/07 | 0.3 | Business Analysis | Correspondence with C. Schult regarding Project Gemini |
| Benjamin Istvan | 04/10/07 | 0.5 | Business Analysis | Review Project Gemini materials |
| Jamie O'Connell | 04/11/07 | 9.8 | Business Analysis | Project Gemini negotiations with potential buyer |
| Pamela Zilly | 04/11/07 | 0.8 | Business Analysis | Review financial analysis in preparation for meeting with R. Tarola |
| Pamela Zilly | 04/11/07 | 1.5 | Business Analysis | Meeting with R. Tarola |
| Pamela Zilly | 04/11/07 | 1.0 | Business Analysis | Review draft documents re: Project Gemini |
| Jamie O'Connell | 04/12/07 | 0.3 | Business Analysis | Review draft court documents related to Project Gemini |
| Jamie O'Connell | 04/12/07 | 2.0 | Business Analysis | Meeting with C. Schult, M. Conron and S. Ahern regarding Project Gemini |
| Jamie O'Connell | 04/12/07 | 3.5 | Business Analysis | Project Gemini negotiations with potential buyer |
| Jamie O'Connell | 04/12/07 | 0.3 | Business Analysis | Meeting with C. Schult, M. Conron, S. Ahern and G. Poling regarding Project Gemini |
| Jamie O'Connell | 04/12/07 | 0.3 | Business Analysis | Meeting with C. Schult and B. Corcoran regarding Project Gemini |
| Jamie O'Connell | 04/12/07 | 0.3 | Business Analysis | Meeting with C. Schult and G. Demory regarding various business matters |
| Pamela Zilly | 04/12/07 | 0.2 | Business Analysis | Read correspondence re: Project Gemini bidding process |
| Pamela Zilly | 04/12/07 | 1.0 | Business Analysis | Review bidding procedures motion re: Project Gemini |
| Benjamin Istvan | 04/13/07 | 0.3 | Business Analysis | Correspondence with J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 04/13/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 04/13/07 | 0.3 | Business Analysis | Discussion with P. Zilly regarding meeting with R. Tarola |
| Pamela Zilly | 04/13/07 | 0.3 | Business Analysis | Discussion with J. O'Connell re: Tarola meeting |
| Pamela Zilly | 04/16/07 | 0.6 | Business Analysis | Call re: business analysis |
| Pamela Zilly | 04/16/07 | 0.2 | Business Analysis | Call with C. Shult re: business analysis |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/17/07 | 0.3 | Business Analysis | Correspondence to G. Demory regarding Project Cotton |
| Jamie O'Connell | 04/17/07 | 0.3 | Business Analysis | Review Project Gemini correspondence from C. Schult |
| Jamie O'Connell | 04/18/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 04/18/07 | 1.5 | Business Analysis | Update Project Gemini presentation |
| Jamie O'Connell | 04/18/07 | 0.3 | Business Analysis | Correspondence with L. Sinanyan regarding Project Gemini |
| Pamela Zilly | 04/18/07 | 0.8 | Business Analysis | Correspondence re: Project Gemini offers and review draft presentation |
| Benjamin Istvan | 04/19/07 | 0.3 | Business Analysis | Project Gemini process review and update with J. O'Connell |
| Jamie O'Connell | 04/19/07 | 0.3 | Business Analysis | Update Project Gemini presentation |
| Jamie O'Connell | 04/19/07 | 0.3 | Business Analysis | Call with S. Smith regarding Project Nike |
| Jamie O'Connell | 04/19/07 | 0.3 | Business Analysis | Project Gemini process review and update with B. Istvan |
| Jamie O'Connell | 04/19/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Pamela Zilly | 04/19/07 | 1.0 | Business Analysis | Review presentation re: Project Gemini |
| Jamie O'Connell | 04/20/07 | 0.3 | Business Analysis | Review correspondence from potential buyer regarding Project Gemini |
| Jamie O'Connell | 04/20/07 | 0.3 | Business Analysis | Review Project Gemini materials with P. Zilly |
| Jamie O'Connell | 04/20/07 | 0.5 | Business Analysis | Update Project Gemini presentation |
| Pamela Zilly | 04/20/07 | 0.3 | Business Analysis | Meeting with J. O'Connell re: Project Gemini materials |
| Pamela Zilly | 04/23/07 | 0.5 | Business Analysis | Review updated Project Gemini presentation |
| Jamie O'Connell | 04/24/07 | 0.3 | Business Analysis | Call with L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 04/25/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 04/26/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 04/26/07 | 1.8 | Business Analysis | Update Project Gemini presentation |
| Jamie O'Connell | 04/26/07 | 0.5 | Business Analysis | Correspondence to financial advisors regarding Project Gemini |
| Jamie O'Connell | 04/27/07 | 0.3 | Business Analysis | Review K&E comments to Project Gemini draft purchase agreement |
| Pamela Zilly | 04/27/07 | 0.7 | Business Analysis | Review Monthly Operating Report |
| Pamela Zilly | 04/28/07 | 1.5 | Business Analysis | Review draft documents re: Project Gemini |
| | | 53.7 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/07 | 1.5 | Case Administration | Read various motions re: Discovery requests, tax matters |
| Pamela Zilly | 04/17/07 | 1.3 | Case Administration | Read various Motions re: Objections to Discovery, PI Questionnaires, BNSF |
| Pamela Zilly | 04/30/07 | 1.0 | Case Administration | Read various Motions re: testimony re: Pre-Petition Estimates, X-Ray Productior |
| | | 3.8 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 04/04/07 | 0.3 | Committee | Correspondence with committee advisors to schedule Q1 review call |
| Jamie O'Connell | 04/05/07 | 0.3 | Committee | Call with J. Sinclair regarding committee information request |
| Jamie O'Connell | 04/13/07 | 0.3 | Committee | Call with J. Sinclair regarding committee information request |
| Benjamin Istvan | 04/16/07 | 0.5 | Committee | Scheduling for Q1 review call with financial advisors |
| Jamie O'Connell | 04/16/07 | 0.3 | Committee | Call with J. Dolan regarding Project Gemini update |
| Jamie O'Connell | 04/16/07 | 0.5 | Committee | Respond to information request submitted by J. Sinclair |
| Benjamin Istvan | 04/17/07 | 0.3 | Committee | Scheduling for Q1 review call with financial advisors |
| Benjamin Istvan | 04/23/07 | 0.3 | Committee | Correspondence with committee advisors regarding Q1 review call |
| Jamie O'Connell | 04/30/07 | 0.3 | Committee | Call with J. Sinclair regarding committee information request |
| | | 3.1 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/22/07 | 0.6 | Corporate Finance | Review rights offering precedents |
| | | **0.6** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/07 | 1.5 | Hearings | Attend (telephonically) the April 2, 2007 court hearing |
| Pamela Zilly | 04/02/07 | 3.0 | Hearings | Attend Court hearing telephonically |
| | | **4.5** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/10/07 | 4.3 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Jamie O'Connell | 04/12/07 | 6.8 | Non-Working Travel Time | Travel from Columbia, MD to New Jersey |
| | | 11.1 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 04/03/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/03/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/03/07 | 0.3 | Plan and Disclosure Statement | Review calculation of letter of credit interest |
| Pamela Zilly | 04/03/07 | 0.5 | Plan and Disclosure Statement | Call with counsel and management re: Court hearing and motions |
| Benjamin Istvan | 04/05/07 | 0.5 | Plan and Disclosure Statement | Revisions to business analysis |
| Benjamin Istvan | 04/10/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/10/07 | 1.0 | Plan and Disclosure Statement | Call with counsel and management re: Court hearings and motions |
| Pamela Zilly | 04/12/07 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 04/16/07 | 1.2 | Plan and Disclosure Statement | Review latest claims and financial model re: strategy call |
| Jamie O'Connell | 04/17/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/17/07 | 1.0 | Plan and Disclosure Statement | Call with management and K&E regarding case status |
| Pamela Zilly | 04/17/07 | 0.8 | Plan and Disclosure Statement | Call with counsel and management re: Court hearing and motions |
| Pamela Zilly | 04/17/07 | 1.0 | Plan and Disclosure Statement | Strategy call with management and counsel |
| Jamie O'Connell | 04/18/07 | 0.3 | Plan and Disclosure Statement | Review summary of Congoleum ruling |
| Pamela Zilly | 04/18/07 | 1.5 | Plan and Disclosure Statement | Review updated claims analysis |
| Pamela Zilly | 04/19/07 | 0.3 | Plan and Disclosure Statement | Call with F. Festa: follow-up to strategy call |
| Pamela Zilly | 04/22/07 | 1.5 | Plan and Disclosure Statement | Review financial model and operating assumptions |
| Jamie O'Connell | 04/23/07 | 0.3 | Plan and Disclosure Statement | Review correspondence from R. Lapidario regarding pre-petition bank debt |
| Jamie O'Connell | 04/23/07 | 0.5 | Plan and Disclosure Statement | Review Dow Corning ruling on unsecured default interest |
| Jamie O'Connell | 04/23/07 | 0.4 | Plan and Disclosure Statement | Discussion with P. Zilly regarding post petition interest |
| Pamela Zilly | 04/23/07 | 0.4 | Plan and Disclosure Statement | Discussion with J. O'Connell re: post-petition interest |
| Jamie O'Connell | 04/24/07 | 0.3 | Plan and Disclosure Statement | Correspondence to R. Lapidario regarding pre-petition bank debt |
| Jamie O'Connell | 04/25/07 | 0.5 | Plan and Disclosure Statement | Review analysis of pro forma claims and balance sheet as of March 31, 2007 |
| Pamela Zilly | 04/25/07 | 0.3 | Plan and Disclosure Statement | Review correspondence re: post petition interest |
| Benjamin Istvan | 04/26/07 | 2.3 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 04/26/07 | 0.5 | Plan and Disclosure Statement | Review analysis of pro forma claims and balance sheet as of March 31, 2007 |
| Jamie O'Connell | 04/26/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/26/07 | 1.0 | Plan and Disclosure Statement | Call with counsel and management re: Court hearings and motions |
| Benjamin Istvan | 04/27/07 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/27/07 | 1.8 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/27/07 | 0.8 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 04/27/07 | 1.5 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 04/27/07 | 0.5 | Plan and Disclosure Statement | Meeting with B. Istvan regarding financial analysis |
| Jamie O'Connell | 04/27/07 | 0.8 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Istvan regarding financial analysis |
| Pamela Zilly | 04/27/07 | 1.5 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 04/27/07 | 0.8 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Istvan re: analysis |
| Pamela Zilly | 04/27/07 | 0.2 | Plan and Disclosure Statement | Review correspondence from M. Shelnitz |
| Jamie O'Connell | 04/28/07 | 1.8 | Plan and Disclosure Statement | Draft presentation regarding financial analysis |
| Pamela Zilly | 04/28/07 | 1.0 | Plan and Disclosure Statement | Review draft presentation |
| Benjamin Istvan | 04/29/07 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/29/07 | 3.3 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 04/29/07 | 0.3 | Plan and Disclosure Statement | Call with B. Istvan regarding financial analysis |
| Jamie O'Connell | 04/29/07 | 2.0 | Plan and Disclosure Statement | Review financial analysis |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/29/07 | 0.2 | Plan and Disclosure Statement | Review analysis and correspondence re: post petition interest |
| Benjamin Istvan | 04/30/07 | 0.8 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/30/07 | 2.8 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 04/30/07 | 4.5 | Plan and Disclosure Statement | Financial analysis and drafting of presentation regarding financial analysis |
| Jamie O'Connell | 04/30/07 | 0.3 | Plan and Disclosure Statement | Correspondence to B. McGowan and J. Forgach regarding financial analysis |
| Jamie O'Connell | 04/30/07 | 0.8 | Plan and Disclosure Statement | Meeting with B. Istvan regarding financial analysis |
| Pamela Zilly | 04/30/07 | 2.0 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 04/30/07 | 2.0 | Plan and Disclosure Statement | Review drafts of presentation re: financial analysis |
| | | **50.6** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2007 THROUGH APRIL 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/05/07 | 0.5 | Valuation | Comparable company analysis |
| | | **0.5** | | |