THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection deadline: October 10, 2007 at 4:00p.m.

**FIFTY-FOURTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MAY 1, 2007 THROUGH MAY 31, 2007**

Name of Applicant:                                              Blackstone Advisory Services L.P.

Authorized to Provide
Professional Services to:                                       Debtors

Date of Retention Order:                                        June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                                        May 1, 2007 through May 31, 2007

Amount of Compensation                                  Total              (Holdback (@ 20%)
sought as actual, reasonable and necessary:       $125,000.00            ($25,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:       $148.40

       This is a  x  monthly  __ interim      ___ final application

2575971.DOC

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 80,000.00 | 5,412.84 | 20,000.00 | 20,000.00 |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 80,000.00 | 1,260.82 | 20,000.00 | 20,000.00 |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 80,000.00 | 535.30 | 20,00.00 | 20,000.00 |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | -- | -- | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | -- | -- | -- | -- |

2575971.DOC

# Blackstone Advisory Services L.P.

September 20, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of May 1, 2007 through May 31, 2007: | | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (25,000.00) |
| Out-of-pocket expenses processed for the period through May 31, 2007:[1] | | | |
|     Ground Transportation | $ 123.40 | | |
|     Meals | 25.00 | | 148.40 |
| **Total Amount Due** | | **$** | **100,148.40** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 15662

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 15662**

|  | GL Detail May-07 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Out of Town Travel | $ 53.40 | $ 53.40 |
| Ground Transportation - Local Travel | 70.00 | 70.00 |
| Employee Meals | 25.00 | 25.00 |
| **Total Expenses** | $ 148.40 | $ 148.40 |
| **Ground Transportation** |  | 123.40 |
| **Meals** |  | 25.00 |
| **Total Expenses** |  | $ 148.40 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through May 31, 2007**
**Invoice No. 15662**

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from Blackstone) | 04/10/07 | 53.40 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | $ 53.40 |

**Ground Transportation - Out-Of-Town Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi home from Newark Penn Station in Newark, NJ) | 04/12/07 | 70.00 | |
| Subtotal - Ground Transportation - Out-Of-Town Travel | | | 70.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late | 04/03/07 | 25.00 | |
| Subtotal - Employee Meals | | | 25.00 |
| **Total Expenses** | | | **$ 148.40** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2007 THROUGH MAY 31, 2007**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 35.7 |
| Jamie O'Connell | Vice President | 86.5 |
| Benjamin Istvan | Analyst | 25.8 |
| | Total | **148.0** |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2007 THROUGH MAY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/01/07 | 0.3 | Business Analysis | Call with C. Schultz regarding Project Gemini |
| Pamela Zilly | 05/01/07 | 0.5 | Business Analysis | Review credit statistics analysis |
| Pamela Zilly | 05/02/07 | 1.0 | Business Analysis | Review business divestiture documents |
| Jamie O'Connell | 05/03/07 | 0.3 | Business Analysis | Correspondence to C. Schult regarding Project Gemini |
| Benjamin Istvan | 05/07/07 | 0.5 | Business Analysis | Call with J. Dolan, C. Schult and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 05/07/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 05/08/07 | 0.3 | Business Analysis | Call with L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 05/10/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 05/10/07 | 1.0 | Business Analysis | Compilation of buyers contacted during the Project Gemini sale process |
| Jamie O'Connell | 05/11/07 | 0.3 | Business Analysis | Review correspondence from L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 05/11/07 | 1.3 | Business Analysis | Correspondence to K&E and Grace management regarding Project Gemini |
| Jamie O'Connell | 05/11/07 | 0.3 | Business Analysis | Call with C. Shult regarding Project Gemini |
| Jamie O'Connell | 05/11/07 | 0.5 | Business Analysis | Call with L. Sinanyan and C. Schult regarding Project Gemini |
| Pamela Zilly | 05/11/07 | 1.0 | Business Analysis | Review Q1 financial briefing |
| Benjamin Istvan | 05/14/07 | 0.5 | Business Analysis | Review draft motion regarding Project Gemini |
| Benjamin Istvan | 05/14/07 | 0.5 | Business Analysis | Project Gemini update |
| Jamie O'Connell | 05/14/07 | 4.0 | Business Analysis | Provide comments to draft motion regarding Project Gemini |
| Jamie O'Connell | 05/14/07 | 0.3 | Business Analysis | Call with C. Shult regarding Project Gemini |
| Jamie O'Connell | 05/14/07 | 0.5 | Business Analysis | Multiple calls with L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 05/14/07 | 0.5 | Business Analysis | Call with J. McFarland and L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 05/15/07 | 3.8 | Business Analysis | Draft affidavit for P. Zilly regarding Project Gemini sale process |
| Jamie O'Connell | 05/15/07 | 0.8 | Business Analysis | Call with J. McFarland, M. Conron, C. Schult and J. Baer regarding Project Gemini |
| Jamie O'Connell | 05/15/07 | 0.3 | Business Analysis | Call with L. Sinanyan of K&E regarding Project Gemini motion |
| Jamie O'Connell | 05/15/07 | 0.8 | Business Analysis | Call with management, K&E, potential buyer and its counsel regarding Project Gemini |
| Jamie O'Connell | 05/15/07 | 0.5 | Business Analysis | Draft language for Project Gemini motion |
| Jamie O'Connell | 05/15/07 | 0.5 | Business Analysis | Meeting with P. Zilly regarding pension motion; Project Gemini presentation |
| Pamela Zilly | 05/15/07 | 1.0 | Business Analysis | Review draft sale motion |
| Pamela Zilly | 05/15/07 | 0.5 | Business Analysis | Meeting with J. O'Connell re: Gemini presentation |
| Pamela Zilly | 05/15/07 | 0.8 | Business Analysis | Read and provide comments on affidavit for sale motion |
| Pamela Zilly | 05/15/07 | 1.0 | Business Analysis | Review revised draft sale motion and email to Committee's financial advisors |
| Jamie O'Connell | 05/16/07 | 0.5 | Business Analysis | Call with L. Sinanyan and J. O'Connell regarding Project Gemini draft motion |
| Jamie O'Connell | 05/17/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Benjamin Istvan | 05/17/07 | 0.2 | Business Analysis | Call with C. Schult and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 1.0 | Business Analysis | Draft affidavit for P. Zilly regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 0.1 | Business Analysis | Call with L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 0.2 | Business Analysis | Call with C. Schult and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 0.5 | Business Analysis | Call with C. Schult, J. McFarland and M. Conron regarding Project Gemini |
| Benjamin Istvan | 05/18/07 | 0.1 | Business Analysis | Call with L. Sinanyan and J. O'Connell regarding Project Gemini |
| Benjamin Istvan | 05/18/07 | 0.3 | Business Analysis | Call with L. Sinanyan and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 05/18/07 | 0.3 | Business Analysis | Review first quarter financial briefing prepared for financial advisors |
| Jamie O'Connell | 05/18/07 | 0.3 | Business Analysis | Meeting with B. Tarola regarding various matters |
| Jamie O'Connell | 05/18/07 | 0.3 | Business Analysis | Correspondence to L. Sinanyan regarding draft Gemini affidavit |
| Jamie O'Connell | 05/18/07 | 0.3 | Business Analysis | Call with M. Conron regarding Project Gemini |
| Jamie O'Connell | 05/18/07 | 0.1 | Business Analysis | Call with L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 05/18/07 | 0.1 | Business Analysis | Call with L. Sinanyan and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 05/18/07 | 0.3 | Business Analysis | Call with L. Sinanyan and B. Istvan regarding Project Gemini |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2007 THROUGH MAY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/18/07 | 0.3 | Business Analysis | Correspondence to P. Zilly regarding status of Project Gemini |
| Pamela Zilly | 05/18/07 | 1.0 | Business Analysis | Review revised purchase agreement; email to Committee's financial advisors |
| Jamie O'Connell | 05/19/07 | 0.2 | Business Analysis | Review Project Gemini correspondence from L. Sinanyan |
| Jamie O'Connell | 05/21/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 05/21/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 05/22/07 | 0.2 | Business Analysis | Discussion with P. Zilly regarding Project Gemini |
| Jamie O'Connell | 05/22/07 | 0.3 | Business Analysis | Call with P. Zilly, C. Schult and J. McFarland regarding Project Gemini |
| Jamie O'Connell | 05/22/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Pamela Zilly | 05/22/07 | 0.2 | Business Analysis | Discussion with J. O'Connell re: Project Gemini status |
| Pamela Zilly | 05/22/07 | 0.3 | Business Analysis | Call with J. McFarland, C. Shult, J. O'Connell re: Project Gemini |
| Jamie O'Connell | 05/24/07 | 0.5 | Business Analysis | Call with M. Shelnitz and B. Gatte regarding Alltech patent matter |
| Jamie O'Connell | 05/24/07 | 0.3 | Business Analysis | Call with P. Zilly and M. Shelnitz regarding Alltech patent matter |
| Pamela Zilly | 05/24/07 | 0.3 | Business Analysis | Call with M. Shelnitz re: Alltech patent issue |
| Jamie O'Connell | 05/25/07 | 0.5 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 05/30/07 | 0.3 | Business Analysis | Review new materials posted to Project Gemini data site |
| Pamela Zilly | 05/30/07 | 0.8 | Business Analysis | Review Monthly Operating Report |
| Jamie O'Connell | 05/31/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 05/31/07 | 0.2 | Business Analysis | Correspondence to P. Zilly and B. Istvan regarding status of Project Gemini |
| | | **35.7** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2007 THROUGH MAY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/11/07 | 0.3 | Case Administration | Correspondence to B. Sarikas regarding management travel |
| Pamela Zilly | 05/15/07 | 0.5 | Case Administration | Read Motions: PD Claims, CRM Protective Order, BSNF |
| Pamela Zilly | 05/29/07 | 0.6 | Case Administration | Review Motions re: CRM Protection Order, state of Montana, Pension Plans |
| | | 1.4 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2007 THROUGH MAY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/31/07 | 0.2 | Claims Analysis Objection/Resolution | Call with S. Ahern regarding potential settlement of claim |
| | | 0.2 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2007 THROUGH MAY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/03/07 | 0.3 | Committee | Call with J. Dolan of Capstone regarding Project Gemini |
| Jamie O'Connell | 05/03/07 | 0.3 | Committee | Correspondence to J. Dolan of Capstone regarding Project Gemini |
| Jamie O'Connell | 05/07/07 | 0.3 | Committee | Coordinate Project Gemini call with Capstone |
| Jamie O'Connell | 05/07/07 | 0.5 | Committee | Call with J. Dolan, C. Schult and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 05/08/07 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 05/10/07 | 0.3 | Committee | Correspondence with J. Dolan regarding Project Gemini |
| Jamie O'Connell | 05/11/07 | 0.5 | Committee | Call with J. Brownstein regarding committee information request and Project Gemini |
| Jamie O'Connell | 05/11/07 | 0.2 | Committee | Correspondence to financial advisors regarding Q1 financial briefing call |
| Jamie O'Connell | 05/11/07 | 0.3 | Committee | Call with G. Boyer regarding Project Gemini |
| Jamie O'Connell | 05/11/07 | 0.3 | Committee | Call with J. Brownstein and C. Schult regarding Project Gemini |
| Jamie O'Connell | 05/14/07 | 0.3 | Committee | Correspondence to financial advisors regarding pension motion |
| Benjamin Istvan | 05/15/07 | 0.3 | Committee | Correspondence with J. Dolan regarding claims analysis |
| Jamie O'Connell | 05/15/07 | 0.3 | Committee | Correspondence with J. Dolan regarding Project Gemini and claims balances |
| Jamie O'Connell | 05/15/07 | 0.5 | Committee | Manage committee information request |
| Jamie O'Connell | 05/15/07 | 0.5 | Committee | Call with J. Sinclair and J. Forgach regarding pension information request |
| Jamie O'Connell | 05/16/07 | 4.5 | Committee | Review of revised Gemini motion and correspondence to financial advisors regarding motion |
| Benjamin Istvan | 05/17/07 | 0.3 | Committee | Call with B. Frezza and J. O'Connell regarding Project Gemini |
| Benjamin Istvan | 05/17/07 | 0.3 | Committee | Call with J. Sinclair and J. O'Connell regarding Project Gemini |
| Benjamin Istvan | 05/17/07 | 0.3 | Committee | Call with T. Weschler and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 0.3 | Committee | Correspondence with J. Sinclair and A. Prills regarding committee information request |
| Jamie O'Connell | 05/17/07 | 0.5 | Committee | Call with J. Brownstein regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 0.3 | Committee | Call with B. Frezza and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 0.3 | Committee | Call with J. Sinclair and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 05/17/07 | 0.3 | Committee | Call with T. Weschler and B. Istvan regarding Project Gemini |
| Benjamin Istvan | 05/18/07 | 0.3 | Committee | Call with J. Sinclair and J. O'Connell regarding terms of Project Gemini motion |
| Benjamin Istvan | 05/18/07 | 0.3 | Committee | Call with G. Boyer and J. O'Connell regarding terms of Project Gemini motion |
| Benjamin Istvan | 05/18/07 | 0.3 | Committee | Call with T. Weschler and J. O'Connell regarding terms of Project Gemini motion |
| Benjamin Istvan | 05/18/07 | 0.2 | Committee | Call with J. Brownstein and J. O'Connell regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/18/07 | 0.1 | Committee | First quarter review conference call with management and financial advisors |
| Jamie O'Connell | 05/18/07 | 0.5 | Committee | Correspondence to financial advisors regarding Project Gemini purchase agreement |
| Jamie O'Connell | 05/18/07 | 0.5 | Committee | Call with J. Sinclair and B. Istvan regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/18/07 | 0.3 | Committee | Call with G. Boyer and B. Istvan regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/18/07 | 0.3 | Committee | Call with T. Weschler and B. Istvan regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/18/07 | 0.3 | Committee | Call with J. Brownstein and B. Istvan regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/18/07 | 0.1 | Committee | Call with J. Brownstein regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/18/07 | 0.1 | Committee | Call with B. Frezza and J. Dolan regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/18/07 | 0.1 | Committee | Call with G. Boyer regarding terms of Project Gemini motion |
| Jamie O'Connell | 05/22/07 | 0.1 | Committee | Correspondence to G. Boyer regarding Project Gemini terms |
| Jamie O'Connell | 05/22/07 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 05/22/07 | 0.3 | Committee | Correspondence to J. Sinclair and A. Prills regarding committee information request |
| Jamie O'Connell | 05/24/07 | 1.0 | Committee | Correspondence to financial advisors regarding Project Gemini update |
| Jamie O'Connell | 05/25/07 | 0.3 | Committee | Call with G. Boyer regarding Project Gemini |
| Jamie O'Connell | 05/29/07 | 0.3 | Committee | Call with J. Brownstein regarding Project Gemini |
| Jamie O'Connell | 05/29/07 | 0.3 | Committee | Manage committee information requests from Tersigni and Capstone |
| Jamie O'Connell | 05/29/07 | 0.3 | Committee | Call with B. Sarikas regarding Capstone information request |
| Jamie O'Connell | 05/29/07 | 0.3 | Committee | Call with J. Forgach regarding Tersigni information request |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2007 THROUGH MAY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/30/07 | 0.3 | Committee | Correspondence to J. Baer and B. McGowan regarding committee information request |
| Jamie O'Connell | 05/30/07 | 0.3 | Committee | Call with J. Sinclair regarding committee information request |
| Jamie O'Connell | 05/30/07 | 0.8 | Committee | Draft correspondence to financial advisors regarding Watson Wyatt pension analysis |
| Jamie O'Connell | 05/31/07 | 0.2 | Committee | Correspondence to J. Dolan regarding pension information request |
| Jamie O'Connell | 05/31/07 | 0.2 | Committee | Call with J. Forgach regarding committee information request |
| Jamie O'Connell | 05/31/07 | 0.1 | Committee | Respond to Capstone information request |
| | | **20.8** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2007 THROUGH MAY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/07/07 | 0.2 | Employee Benefits/Pension | Call with J. Forgach regarding pension motion |
| Benjamin Istvan | 05/08/07 | 0.8 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 05/08/07 | 1.0 | Employee Benefits/Pension | Review draft pension motion |
| Pamela Zilly | 05/08/07 | 1.2 | Employee Benefits/Pension | Review pension funding motion |
| Jamie O'Connell | 05/10/07 | 0.2 | Employee Benefits/Pension | Call with J. Forgach regarding pension motion |
| Jamie O'Connell | 05/11/07 | 0.5 | Employee Benefits/Pension | Provide comments to draft pension motion |
| Pamela Zilly | 05/11/07 | 0.5 | Employee Benefits/Pension | Provide comments on draft funding pension motion |
| Pamela Zilly | 05/12/07 | 0.8 | Employee Benefits/Pension | Review revised pension funding motion and exhibits |
| Jamie O'Connell | 05/14/07 | 0.3 | Employee Benefits/Pension | Call with J. Forgach regarding pension motion |
| Jamie O'Connell | 05/14/07 | 0.3 | Employee Benefits/Pension | Call with J. Forgach and A. Johnson regarding pension motion |
| Jamie O'Connell | 05/14/07 | 0.3 | Employee Benefits/Pension | Review of pension motion |
| Jamie O'Connell | 05/15/07 | 0.3 | Employee Benefits/Pension | Correspondence to J. Forgach regarding pension-related materials |
| Jamie O'Connell | 05/22/07 | 0.3 | Employee Benefits/Pension | Call with B. McGowan regarding committee information request |
| Pamela Zilly | 05/22/07 | 1.0 | Employee Benefits/Pension | Review Watson Wyatt report; email to J. Sinclair |
| Jamie O'Connell | 05/30/07 | 0.3 | Employee Benefits/Pension | Call with J. Baer and B. McGowan regarding pension motion |
| | | **8.0** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2007 THROUGH MAY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/01/07 | 1.5 | Financing | Analysis of credit spreads |
| Jamie O'Connell | 05/01/07 | 0.3 | Financing | Correspondence to E. Filon regarding credit spreads |
| Jamie O'Connell | 05/02/07 | 2.0 | Financing | Research credit rating methodologies |
| Pamela Zilly | 05/15/07 | 0.2 | Financing | Call with financial institution; email to E. Filon |
| | | **4.0** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2007 THROUGH MAY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/21/07 | 5.0 | Hearings | Participate telephonically in the May 21, 2007 court hearing |
| Pamela Zilly | 05/21/07 | 5.0 | Hearings | Attend Grace court hearing telephonically |
| | | **10.0** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2007 THROUGH MAY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 05/01/07 | 4.8 | Plan and Disclosure Statement | Financial analysis and drafting of presentation regarding financial analysis |
| Benjamin Istvan | 05/01/07 | 2.3 | Plan and Disclosure Statement | Further updates to financial analysis |
| Benjamin Istvan | 05/01/07 | 0.3 | Plan and Disclosure Statement | Correspondence with E. Filon regarding financial analysis |
| Benjamin Istvan | 05/01/07 | 1.3 | Plan and Disclosure Statement | Further updates to financial analysis |
| Jamie O'Connell | 05/01/07 | 0.5 | Plan and Disclosure Statement | Call with E. Filon regarding financial analysis and debt information |
| Jamie O'Connell | 05/01/07 | 4.8 | Plan and Disclosure Statement | Financial analysis and drafting of presentation regarding financial analysis |
| Jamie O'Connell | 05/01/07 | 0.5 | Plan and Disclosure Statement | Correspondence to management regarding financial analysis |
| Pamela Zilly | 05/01/07 | 1.4 | Plan and Disclosure Statement | Review and distribute financial analysis presentation |
| Pamela Zilly | 05/01/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Benjamin Istvan | 05/02/07 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 05/02/07 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 05/02/07 | 0.3 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige regarding financial analysis |
| Benjamin Istvan | 05/02/07 | 0.5 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 05/02/07 | 1.5 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 05/02/07 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 05/02/07 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 05/02/07 | 0.4 | Plan and Disclosure Statement | Discussion with P. Zilly regarding insurance analysis |
| Pamela Zilly | 05/02/07 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, J. O'Connell and B. Istvan regarding financial analysis |
| Pamela Zilly | 05/02/07 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Istvan regarding financial analysis |
| Pamela Zilly | 05/02/07 | 0.4 | Plan and Disclosure Statement | Discussion with J. O'Connell re: insurance treatment |
| Benjamin Istvan | 05/03/07 | 1.5 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 05/03/07 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidario regarding interest rates |
| Jamie O'Connell | 05/03/07 | 5.0 | Plan and Disclosure Statement | Draft presentation addressing financial analysis |
| Benjamin Istvan | 05/04/07 | 0.5 | Plan and Disclosure Statement | Financial analysis presentation |
| Jamie O'Connell | 05/04/07 | 4.5 | Plan and Disclosure Statement | Draft presentation addressing financial analysis |
| Jamie O'Connell | 05/07/07 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 05/07/07 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Jamie O'Connell | 05/08/07 | 1.5 | Plan and Disclosure Statement | Draft presentation addressing financial analysis |
| Benjamin Istvan | 05/09/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 05/09/07 | 0.3 | Plan and Disclosure Statement | Discussion with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 05/09/07 | 0.3 | Plan and Disclosure Statement | Discussion with P. Zilly regarding financial analysis |
| Jamie O'Connell | 05/09/07 | 0.3 | Plan and Disclosure Statement | Correspondence with E. Filon regarding financial analysis |
| Jamie O'Connell | 05/09/07 | 0.3 | Plan and Disclosure Statement | Discussion with B. Istvan regarding financial analysis |
| Pamela Zilly | 05/09/07 | 0.8 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Pamela Zilly | 05/09/07 | 0.3 | Plan and Disclosure Statement | Discussion with R. Istvan re: financial analysis |
| Pamela Zilly | 05/09/07 | 2.0 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 05/10/07 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly and B. Corcoran regarding Libby environmental matter |
| Jamie O'Connell | 05/10/07 | 0.5 | Plan and Disclosure Statement | Review correspondence regarding environmental matters |
| Pamela Zilly | 05/10/07 | 1.0 | Plan and Disclosure Statement | Review environmental claims material |
| Pamela Zilly | 05/10/07 | 0.5 | Plan and Disclosure Statement | Call with W. Corcoran, J. O'Connell re: environmental issues |
| Benjamin Istvan | 05/14/07 | 1.3 | Plan and Disclosure Statement | Meeting with P. Zilly, J. O'Connell and investment firm |
| Jamie O'Connell | 05/14/07 | 1.3 | Plan and Disclosure Statement | Meeting with P. Zilly, B. Istvan and investment firm |
| Pamela Zilly | 05/14/07 | 1.3 | Plan and Disclosure Statement | Meeting with investor |
| Benjamin Istvan | 05/15/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 05/15/07 | 0.5 | Plan and Disclosure Statement | Prepare analysis of claims balances |
| Benjamin Istvan | 05/15/07 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2007 THROUGH MAY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/15/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 05/15/07 | 0.3 | Plan and Disclosure Statement | Status meeting with B. Istvan |
| Pamela Zilly | 05/15/07 | 0.8 | Plan and Disclosure Statement | Call with counsel and management re: Court hearings and motions |
| Benjamin Istvan | 05/16/07 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 05/16/07 | 0.3 | Plan and Disclosure Statement | Status meeting with B. Istvan |
| Benjamin Istvan | 05/22/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 05/22/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 05/23/07 | 1.3 | Plan and Disclosure Statement | Financial model review with J. O'Connell |
| Jamie O'Connell | 05/23/07 | 1.3 | Plan and Disclosure Statement | Financial model review with B. Istvan |
| Pamela Zilly | 05/23/07 | 1.0 | Plan and Disclosure Statement | Review financial model |
| Benjamin Istvan | 05/24/07 | 0.8 | Plan and Disclosure Statement | Financial model reviews with J. O'Connell |
| Jamie O'Connell | 05/24/07 | 0.8 | Plan and Disclosure Statement | Financial model reviews with B. Istvan |
| Jamie O'Connell | 05/24/07 | 2.3 | Plan and Disclosure Statement | Review updated financial model |
| Pamela Zilly | 05/25/07 | 2.0 | Plan and Disclosure Statement | Review financial model |
| Pamela Zilly | 05/29/07 | 0.4 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Pamela Zilly | 05/30/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 05/31/07 | 2.2 | Plan and Disclosure Statement | Review financial analysis |
| | | 67.1 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2007 THROUGH MAY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/01/07 | 0.8 | Valuation | Review comparable company analysis |
| | | 0.8 | | |