THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objection deadline: October 10, 2007 at 4:00p.m.*

**FIFTY-FIFTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2007 THROUGH JUNE 30, 2007**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2007 through June 30, 2007 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | Total $125,000.00 | (Holdback (@ 20%) ($25,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $584.53 | |

This is a  x  monthly __ interim  ___ final application

2575972.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2575972.DOC

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 80,000.00 | 5,412.84 | 20,000.00 | 20,000.00 |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 80,000.00 | 1,260.82 | 20,000.00 | 20,000.00 |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 80,000.00 | 535.30 | 20,000.00 | 20,000.00 |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | -- | -- | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | -- | -- | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

September 20, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly advisory fee for the period of June 1, 2007 through June 30, 2007: | | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (25,000.00) |
| Out-of-pocket expenses processed for the period through June 30, 2007:[1] | | | |
| Ground Transportation | $ 271.70 | | |
| Communications | 155.00 | | |
| Meals | 21.09 | | |
| Document Production | 53.40 | | |
| Research | 49.34 | | |
| Publishing Services | 34.00 | | 584.53 |
| **Total Amount Due** | | $ | **100,584.53** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 15697

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 15697**

| | GL Detail Jun-07 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Elite | $ 86.70 | $ 86.70 |
| Ground Transportation - Local Travel | 80.00 | 80.00 |
| Ground Transportation - Out of Town Travel | 105.00 | 105.00 |
| Communications - Teleconferencing | 155.00 | 155.00 |
| Employee Meals | 21.09 | 21.09 |
| Document Production | 53.40 | 53.40 |
| Internal Research | 7.52 | 7.52 |
| External Research - Thomson Analytics | 26.59 | 26.59 |
| External Research - Online Database | 15.23 | 15.23 |
| Publishing Services | 34.00 | 34.00 |
| **Total Expenses** | **$ 584.53** | **$ 584.53** |

| | |
|---|---:|
| **Ground Transportation** | 271.70 |
| **Communications** | 155.00 |
| **Meals** | 21.09 |
| **Document Production** | 53.40 |
| **Research** | 49.34 |
| **Publishing Services** | 34.00 |
| **Total Expenses** | **$ 584.53** |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2007
Invoice No. 15697

**Ground Transportation - Car Service - Elite**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (car home from Blackstone after working late | 05/14/07 | 86.70 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | $ 86.70 |

**Ground Transportation - Local Travel**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (taxi home from Newark Penn Station in Newark, NJ | 06/20/07 | 80.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 80.00 |

**Ground Transportation - Out-Of-Town Travel**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (taxi to client's offices from hotel in Columbia, MA | 06/20/07 | 20.00 | |
| O'Connell (taxi to hotel in Columbia, MD from airport in Washington, DC | 06/20/07 | 85.00 | |
| Subtotal - Ground Transportation - Out-Of-Town Travel | | | 105.00 |

**Communications - Teleconferencing**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (fee for attending Court hearing telephonically | 05/21/07 | 155.00 | |
| Subtotal - Communications - Teleconferencing | | | 155.00 |

**Employee Meals**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (weeknight working dinner meal @ Blackstone while working late | 05/14/07 | 6.45 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late | 05/24/07 | 7.32 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late | 06/07/07 | 7.32 | |
| Subtotal - Employee Meals | | | 21.09 |

**Document Production**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan | 06/04/07 - 06/10/07 | 23.40 | |
| Zilly | 06/18/07 - 06/24/07 | 30.00 | |
| Subtotal - Document Production | | | 53.40 |

**Internal Research**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan (online data research) | 06/03/07 - 06/09/07 | 7.52 | |
| Subtotal - Internal Research | | | 7.52 |

**External Research - Thomson Analytics**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan | 06/03/07 - 06/09/07 | 26.59 | |
| Subtotal - External Research - Thomson Analytics | | | 26.59 |

**External Research - Online Database**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan (online data research) | 06/03/07-06/09/07 | 15.23 | |
| Subtotal - External Research - Online Database | | | 15.23 |

**Publishing Services**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan | 06/04/07 - 06/10/07 | 34.00 | |
| Subtotal - Publishing Services | | | 34.00 |

**Total Expenses**       $ 584.53

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Title | Hours |
| --- | --- | --- |
| Pamela Zilly | Senior Managing Director | 60.1 |
| Jamie O'Connell | Vice President | 66.3 |
| Benjamin Istvan | Analyst | 28.9 |
| | Total | **155.3** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 06/01/07 | 1.0 | Business Analysis | Project Gemini conference call with K&E and management |
| Jamie O'Connell | 06/01/07 | 1.0 | Business Analysis | Project Gemini conference call with K&E and management |
| Jamie O'Connell | 06/01/07 | 0.3 | Business Analysis | Call with G. Young regarding Projects Milo and Sister |
| Jamie O'Connell | 06/01/07 | 0.2 | Business Analysis | Call with S. Smith regarding Project Nike |
| Pamela Zilly | 06/01/07 | 1.0 | Business Analysis | Conference call with K&E, management re: Project Gemini |
| Pamela Zilly | 06/01/07 | 0.4 | Business Analysis | Review correspondence materials re: Projects Milo and Sister |
| Jamie O'Connell | 06/05/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/05/07 | 0.5 | Business Analysis | Research Delphi asset sale |
| Benjamin Istvan | 06/06/07 | 3.0 | Business Analysis | [Dinner meeting with C. Schult, G. Young, M. Conron, B. Maggio and J. O'Connell] |
| Jamie O'Connell | 06/06/07 | 3.0 | Business Analysis | Dinner meeting with C. Schult, G. Young, M. Conron, B. Maggio and B. Istvan |
| Benjamin Istvan | 06/07/07 | 3.5 | Business Analysis | Analysis of Delphi asset sale |
| Benjamin Istvan | 06/07/07 | 0.5 | Business Analysis | Research and analysis of Delphi asset sale |
| Jamie O'Connell | 06/07/07 | 5.3 | Business Analysis | Analysis of Delphi catalyst sale |
| Benjamin Istvan | 06/08/07 | 1.3 | Business Analysis | Analysis of Delphi catalyst sale |
| Jamie O'Connell | 06/08/07 | 3.0 | Business Analysis | Analysis of Delphi catalyst sale |
| Pamela Zilly | 06/08/07 | 0.6 | Business Analysis | Review summary of Delphi Catalyst sale |
| Jamie O'Connell | 06/11/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/12/07 | 0.1 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/12/07 | 0.1 | Business Analysis | Correspondence to L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 06/12/07 | 0.3 | Business Analysis | Call with G. Young regarding various transactions |
| Jamie O'Connell | 06/12/07 | 0.1 | Business Analysis | Subsequent call with G. Young regarding Alltech matter |
| Benjamin Istvan | 06/13/07 | 0.8 | Business Analysis | Conference call with management and Kirkland & Ellis regarding Project Gemini |
| Benjamin Istvan | 06/13/07 | 0.8 | Business Analysis | Conference call regarding Project Gemini |
| Jamie O'Connell | 06/13/07 | 0.3 | Business Analysis | Review correspondence from L. Sinanyan regarding Project Gemini |
| Jamie O'Connell | 06/13/07 | 0.2 | Business Analysis | Review Project Sister materials prepared by management |
| Jamie O'Connell | 06/13/07 | 0.1 | Business Analysis | Call with J. Petru regarding Project Sister |
| Jamie O'Connell | 06/13/07 | 1.1 | Business Analysis | Conference call with management and Kirkland & Ellis regarding Project Gemini |
| Jamie O'Connell | 06/13/07 | 0.1 | Business Analysis | Review Project Gemini correspondence from C. Schult |
| Benjamin Istvan | 06/14/07 | 0.2 | Business Analysis | Call with C. Schult, S. Cho and J. O'Connell regarding Project Gemini |
| Benjamin Istvan | 06/14/07 | 0.1 | Business Analysis | Call with S. Cho and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 06/14/07 | 0.3 | Business Analysis | Review Zilly affidavit regarding Project Gemini |
| Jamie O'Connell | 06/14/07 | 0.1 | Business Analysis | Review correspondence from S. Cho regarding Project Gemini |
| Jamie O'Connell | 06/14/07 | 0.5 | Business Analysis | Calls with S. Cho regarding Project Gemini |
| Jamie O'Connell | 06/14/07 | 0.2 | Business Analysis | Call with C. Schult and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 06/14/07 | 0.1 | Business Analysis | Call with S. Cho and B. Istvan regarding Project Gemini |
| Pamela Zilly | 06/14/07 | 0.3 | Business Analysis | Review affidavit re: Project Gemini |
| Benjamin Istvan | 06/15/07 | 0.3 | Business Analysis | Call with S. Cho, C. Schult and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 06/15/07 | 0.5 | Business Analysis | Prepare service list identifying potential buyers contacted in the Project Gemini sale process |
| Jamie O'Connell | 06/15/07 | 0.1 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/15/07 | 0.3 | Business Analysis | Call with S. Cho, C. Schult and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 06/15/07 | 0.2 | Business Analysis | Correspondence to C. Schult regarding Project Gemini break-up fee provision |
| Jamie O'Connell | 06/18/07 | 0.1 | Business Analysis | Review correspondence from C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/18/07 | 0.2 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/18/07 | 0.3 | Business Analysis | Correspondence to G. Young regarding Project Sister and other matters |
| Jamie O'Connell | 06/18/07 | 0.8 | Business Analysis | Review Project Gemini filings and draft correspondence to committee advisors |
| Jamie O'Connell | 06/18/07 | 0.1 | Business Analysis | Call with C. Schult regarding Project Gemini |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2007 THROUGH JUNE 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/18/07 | 0.1 | Business Analysis | Follow-up call with C. Shult regarding Project Gemini |
| Jamie O'Connell | 06/18/07 | 0.1 | Business Analysis | Call with S. Cho regarding Project Gemini |
| Jamie O'Connell | 06/19/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/19/07 | 0.1 | Business Analysis | Review Project Gemini correspondence |
| Jamie O'Connell | 06/20/07 | 8.5 | Business Analysis | Grace Davison strategy plan session in Columbia, MD |
| Pamela Zilly | 06/20/07 | 8.0 | Business Analysis | Attend Davison Strategy Plan Meeting |
| Pamela Zilly | 06/21/07 | 0.6 | Business Analysis | Read Motion re: sale of Washcoat Busines |
| Jamie O'Connell | 06/25/07 | 0.5 | Business Analysis | Call with C. Schult, G. Boyer and R. Istvan regarding Project Gemini |
| Jamie O'Connell | 06/25/07 | 0.1 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/25/07 | 0.5 | Business Analysis | Call with G. Poling, C. Schult and P. Zilly regarding Project Gemini |
| Pamela Zilly | 06/25/07 | 0.5 | Business Analysis | Call with G. Poling, C. Schultz, J. O'Connell re: Project Gemini |
| Jamie O'Connell | 06/26/07 | 0.1 | Business Analysis | Review Project Gemini correspondence from J. McFarland |
| Jamie O'Connell | 06/26/07 | 0.2 | Business Analysis | Call with C. Shult regarding Project Gemini |
| Jamie O'Connell | 06/26/07 | 0.1 | Business Analysis | Review Project Gemini correspondence from J. McFarland |
| Jamie O'Connell | 06/27/07 | 0.1 | Business Analysis | Correspondence to J. McFarland regarding Project Gemini |
| Jamie O'Connell | 06/27/07 | 0.3 | Business Analysis | Call with J. McFarland and S. Cunningham regarding Project Gemini |
| Jamie O'Connell | 06/27/07 | 0.2 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 06/28/07 | 0.1 | Business Analysis | Review Project Gemini correspondence from J. McFarland |
| Benjamin Istvan | 06/29/07 | 0.3 | Business Analysis | Call with management and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 06/29/07 | 0.3 | Business Analysis | Call with management and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 06/29/07 | 0.2 | Business Analysis | Call with C. Shult regarding Project Gemini |
| Jamie O'Connell | 06/29/07 | 0.2 | Business Analysis | Call with P. Zilly regarding Project Gemini |
| Pamela Zilly | 06/29/07 | 0.2 | Business Analysis | Call with J. O'Connell re: Project Gemini |
| | | 55.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/08/07 | 0.3 | Case Administration | Read Motions re: BSNF |
| Pamela Zilly | 06/18/07 | 0.8 | Case Administration | Read motions re: Protective Orders, CMO for Asbestos Estimation |
| Pamela Zilly | 06/23/07 | 1.0 | Case Administration | Read Motions re: Exclusivity, IRS Claims |
| | | **2.1** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/04/07 | 0.3 | Committee | Respond to Capstone information request |
| Jamie O'Connell | 06/04/07 | 0.1 | Committee | Correspondence to B. Sarikas regarding Capstone information request |
| Jamie O'Connell | 06/05/07 | 0.2 | Committee | Call with B. Sarikas regarding Capstone information request |
| Benjamin Istvan | 06/15/07 | 0.2 | Committee | Call with G. Boyer, C. Schult and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 06/15/07 | 0.2 | Committee | Call with G. Boyer, C. Schult and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 06/15/07 | 0.3 | Committee | Call with J. Brownstein regarding Project Gemini |
| Jamie O'Connell | 06/15/07 | 0.2 | Committee | Correspondence to J. Brownstein regarding Project Gemini break-up fee provision |
| Jamie O'Connell | 06/18/07 | 0.3 | Committee | Call with J. Dolan regarding Project Gemini status |
| Jamie O'Connell | 06/18/07 | 0.1 | Committee | Correspondence to J. Dolan regarding Project Gemini-related materials |
| Jamie O'Connell | 06/18/07 | 0.2 | Committee | Correspondence to financial advisors regarding Project Gemini |
| Jamie O'Connell | 06/19/07 | 0.2 | Committee | Manage Capstone information request |
| Benjamin Istvan | 06/25/07 | 0.5 | Committee | Call with C. Schult, G. Boyer and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 06/26/07 | 0.1 | Committee | Call with J. Dolan regarding Project Gemini |
| Jamie O'Connell | 06/26/07 | 0.2 | Committee | Correspondence to J. Dolan regarding Project Gemini materials |
| Benjamin Istvan | 06/28/07 | 0.3 | Committee | Call with C. Schult, J. Dolan and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 06/28/07 | 0.1 | Committee | Review Project Gemini correspondence from J. Dolan |
| Jamie O'Connell | 06/28/07 | 0.3 | Committee | Call with C. Schult, J. Dolan and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 06/29/07 | 0.1 | Committee | Correspondence to J. McFarland regarding Capstone information request |
| | | 3.9 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/08/07 | 0.1 | Employee Benefits/Pension | Review pension-related correspondence from J. Baer |
| Jamie O'Connell | 06/08/07 | 0.1 | Employee Benefits/Pension | Review pension-related correspondence from B. McGowan |
| Jamie O'Connell | 06/08/07 | 0.1 | Employee Benefits/Pension | Call with B. McGowan regarding pension motion |
| Pamela Zilly | 06/08/07 | 0.3 | Employee Benefits/Pension | Review correspondence on pension motion |
| Jamie O'Connell | 06/15/07 | 0.1 | Employee Benefits/Pension | Review correspondence from J. Baer regarding revised pension funding motion |
| Pamela Zilly | 06/16/07 | 0.3 | Employee Benefits/Pension | Read revised pension plan order |
| | | **1.0** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Jamie O'Connell | 06/25/07 | 1.5 | Hearings | Participate telephonically in the June 25, 2007 court hearing |
| Pamela Zilly | 06/25/07 | 1.3 | Hearings | Participate telephonically in the June 25, 2007 court hearing |
|  |  | **2.8** |  |  |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/19/07 | 4.0 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Jamie O'Connell | 06/20/07 | 4.5 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| Pamela Zilly | 06/20/07 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD |
| Pamela Zilly | 06/20/07 | 3.5 | Non-Working Travel Time | Travel to NY |
| | | **15.5** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/07 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 06/01/07 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Benjamin Istvan | 06/04/07 | 0.5 | Plan and Disclosure Statement | Discussion with D. Nakashige regarding financial model |
| Benjamin Istvan | 06/04/07 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell regarding financial model |
| Benjamin Istvan | 06/04/07 | 1.0 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 06/04/07 | 0.3 | Plan and Disclosure Statement | Correspondence with D. Nakashige |
| Jamie O'Connell | 06/04/07 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Istvan regarding financial model |
| Benjamin Istvan | 06/05/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/05/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 06/05/07 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Benjamin Istvan | 06/07/07 | 0.5 | Plan and Disclosure Statement | Call with D. Nakashige regarding financial model |
| Jamie O'Connell | 06/10/07 | 0.3 | Plan and Disclosure Statement | Review correspondence regarding environmental matter |
| Benjamin Istvan | 06/11/07 | 0.8 | Plan and Disclosure Statement | Conference call with management and Kirkland & Ellis regarding environmental matter |
| Jamie O'Connell | 06/11/07 | 0.4 | Plan and Disclosure Statement | Review correspondence regarding environmental matter |
| Jamie O'Connell | 06/11/07 | 0.8 | Plan and Disclosure Statement | Conference call with management and Kirkland & Ellis regarding environmental matter |
| Pamela Zilly | 06/11/07 | 1.3 | Plan and Disclosure Statement | Review materials in advance of call on environmental matters |
| Pamela Zilly | 06/11/07 | 0.8 | Plan and Disclosure Statement | Call with management on environmental matters |
| Benjamin Istvan | 06/12/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 06/12/07 | 1.8 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 06/12/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/12/07 | 0.5 | Plan and Disclosure Statement | Review financial model sensitivity |
| Pamela Zilly | 06/12/07 | 0.5 | Plan and Disclosure Statement | Review financial model alternative |
| Pamela Zilly | 06/12/07 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Benjamin Istvan | 06/13/07 | 1.3 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 06/13/07 | 0.3 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell |
| Benjamin Istvan | 06/13/07 | 1.0 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 06/13/07 | 1.3 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 06/13/07 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 06/13/07 | 0.3 | Plan and Disclosure Statement | Review financial model |
| Jamie O'Connell | 06/13/07 | 0.1 | Plan and Disclosure Statement | Correspondence to management regarding financial model |
| Jamie O'Connell | 06/13/07 | 0.3 | Plan and Disclosure Statement | Review financial analysis with B. Istvan |
| Pamela Zilly | 06/13/07 | 1.2 | Plan and Disclosure Statement | Review repatriation memo and financial model in advance of call |
| Pamela Zilly | 06/13/07 | 1.3 | Plan and Disclosure Statement | Call with E. Filon, J. O'Connell, B. Istvan re: financial model |
| Pamela Zilly | 06/13/07 | 0.3 | Plan and Disclosure Statement | Post call meeting with J. O'Connell re: financial analysis |
| Benjamin Istvan | 06/14/07 | 2.3 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 06/14/07 | 2.8 | Plan and Disclosure Statement | Financial analysis and drafting of presentation related to financial analysis |
| Pamela Zilly | 06/14/07 | 0.9 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 06/14/07 | 0.5 | Plan and Disclosure Statement | Review environmental analysis |
| Jamie O'Connell | 06/15/07 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding financial analysis presentation |
| Jamie O'Connell | 06/15/07 | 0.2 | Plan and Disclosure Statement | Correspondence to E. Filon and D. Nakashige regarding financial analysis presentation |
| Jamie O'Connell | 06/15/07 | 0.1 | Plan and Disclosure Statement | Call with M. Narducci regarding financial analysis review call |
| Pamela Zilly | 06/15/07 | 2.0 | Plan and Disclosure Statement | Review financial analysis and presentation |
| Jamie O'Connell | 06/18/07 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 06/18/07 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, E. Filon and D. Nakashige regarding financial analysis |
| Jamie O'Connell | 06/18/07 | 3.3 | Plan and Disclosure Statement | Financial analysis and drafting of presentation related to financial analysis |
| Jamie O'Connell | 06/18/07 | 0.2 | Plan and Disclosure Statement | Correspondence to E. Filon and D. Nakashige regarding financial analysis presentation |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2007 THROUGH JUNE 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/18/07 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 06/18/07 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, J. O'Connell re: financial analysis |
| Pamela Zilly | 06/18/07 | 1.5 | Plan and Disclosure Statement | Review and make edits to financial analysis presentation |
| Pamela Zilly | 06/18/07 | 0.5 | Plan and Disclosure Statement | Calls with R. Tarola re: Expert Reports |
| Pamela Zilly | 06/18/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 06/18/07 | 0.8 | Plan and Disclosure Statement | Review financial presentation |
| Jamie O'Connell | 06/19/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/19/07 | 0.3 | Plan and Disclosure Statement | Call with B. Sarikas regarding various matters |
| Jamie O'Connell | 06/19/07 | 0.5 | Plan and Disclosure Statement | Call with E. Filon regarding financial analysis presentation |
| Jamie O'Connell | 06/19/07 | 0.8 | Plan and Disclosure Statement | Drafting of financial analysis presentation |
| Jamie O'Connell | 06/19/07 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, B. Tarola, E. Filon and D. Nakashige regarding financial analysis |
| Pamela Zilly | 06/19/07 | 0.8 | Plan and Disclosure Statement | Read Expert Report |
| Pamela Zilly | 06/19/07 | 1.0 | Plan and Disclosure Statement | Review financial analysis presentation |
| Pamela Zilly | 06/19/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 06/19/07 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Pamela Zilly | 06/19/07 | 1.0 | Plan and Disclosure Statement | Call with M. Shelnitz, R. Tarola, E. Leibenstein re: Expert Report |
| Pamela Zilly | 06/19/07 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, R. Tarola re: Model assumptions |
| Pamela Zilly | 06/19/07 | 1.1 | Plan and Disclosure Statement | Review prior expert reports |
| Pamela Zilly | 06/19/07 | 0.7 | Plan and Disclosure Statement | Review financial presentation |
| Pamela Zilly | 06/21/07 | 0.9 | Plan and Disclosure Statement | Read Expert Reports |
| Benjamin Istvan | 06/22/07 | 2.3 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 06/22/07 | 0.8 | Plan and Disclosure Statement | Review financial model |
| Pamela Zilly | 06/22/07 | 1.3 | Plan and Disclosure Statement | Review claims analysis |
| Benjamin Istvan | 06/23/07 | 0.3 | Plan and Disclosure Statement | Update meeting with J. O'Connell to discuss various matters |
| Jamie O'Connell | 06/23/07 | 0.3 | Plan and Disclosure Statement | Update meeting with B. Istvan to discuss various matters |
| Pamela Zilly | 06/23/07 | 1.0 | Plan and Disclosure Statement | Read Expert Reports |
| Jamie O'Connell | 06/24/07 | 0.5 | Plan and Disclosure Statement | Financial analysis review |
| Pamela Zilly | 06/24/07 | 2.5 | Plan and Disclosure Statement | Read Expert Reprots |
| Benjamin Istvan | 06/25/07 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 06/25/07 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige and B. Istvan regarding financial analysis |
| Pamela Zilly | 06/25/07 | 2.0 | Plan and Disclosure Statement | Read Expert Reports |
| Pamela Zilly | 06/25/07 | 0.7 | Plan and Disclosure Statement | Review financial model |
| Benjamin Istvan | 06/26/07 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell to review financial analysis |
| Benjamin Istvan | 06/26/07 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 06/26/07 | 0.8 | Plan and Disclosure Statement | Call with D. Nakashige regarding financial analysis |
| Jamie O'Connell | 06/26/07 | 0.3 | Plan and Disclosure Statement | Meeting with B. Istvan to review financial analysis |
| Pamela Zilly | 06/26/07 | 0.4 | Plan and Disclosure Statement | Call with W. Corcoran re: environmental matters |
| Pamela Zilly | 06/26/07 | 2.5 | Plan and Disclosure Statement | Read Grace Expert Reports/Owens Corning comparison |
| Benjamin Istvan | 06/27/07 | 0.3 | Plan and Disclosure Statement | Update meeting with J. O'Connell to discuss various matters |
| Benjamin Istvan | 06/27/07 | 0.5 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 06/27/07 | 0.3 | Plan and Disclosure Statement | Correspondence with D. Nakashige |
| Jamie O'Connell | 06/27/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/27/07 | 0.3 | Plan and Disclosure Statement | Update meeting with B. Istvan to discuss various matters |
| Pamela Zilly | 06/27/07 | 0.4 | Plan and Disclosure Statement | Review financial model |
| Pamela Zilly | 06/27/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Pamela Zilly | 06/27/07 | 2.4 | Plan and Disclosure Statement | Read materials and analysis of environmental sites and maters |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2007 THROUGH JUNE 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/28/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| | | **74.5** | | |