IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. Grace & Co., e*t al.,* | Case No. 01-01139 (JKF) |
| Debtors. | |

**NOTICE OF SERVICE OF BRAYTON PURCELL LLP'S RESPONSE TO THE DEBTOR'S THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on September 21, 2007, a copy of **BRAYTON PURCELL LLP'S RESPONSE TO THE DEBTOR'S THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following party by electronic mail via e-mail:

David M. Bernick
Renee Smith
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Dated: September 21, 2007

                THE HOGAN FIRM

By:   /s/Daniel K. Hogan
        Daniel K. Hogan  (DE #2814)
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone (302) 656-7540
        Facsimile (302) 656-7599
        *Attorneys for Brayton Purcell LLP*