IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.,* ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF |

**NOTICE OF SERVICE OF (1) AMENDED RESPONSE OF WATERS & KRAUS, LLP TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS, AND (2) RESPONSE OF WATERS & KRAUS, LLP TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY that on September 21, 2007, one copy of (1) **AMENDED RESPONSE OF WATERS & KRAUS, LLP TO DEBTORS' FIRST SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS, AND (2) RESPONSE OF WATERS & KRAUS, LLP TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** were served on the following party by electronic service via e-mail:

David Bernick.
R. D. Smith
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

2224922v1

Dated: September 24, 2007                    MONTGOMERY, MCCRACKEN, WALKER &
                                             RHOADS, LLP

                                             By:      /s/ Noel C. Burnham
                                             Noel C. Burnham, Esquire (3483)
                                             1105 North Market Street, 15th Floor
                                             Wilmington, DE 19801
                                             (302) 504-7800
                                             (302 504-7820 facsimile

-2-

2224922v1