# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: October 15, 2007

Hearing Deadline: to be scheduled, if necessary

## FEE DETAIL FOR OGILVY RENAULT LLP'S EIGHTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | September 12, 2007 |
| RE: | Fee Applications, Applicant | INVOICE: 742160 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending August 31, 2007

| | |
|---|---:|
| FEES | $7,543.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 272.83 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $7,816.33 |

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                      01016442-0008

RE:   Fee Applications, Applicant

## BILLING SUMMARY

|            | Hours | Amount |
|------------|-------|--------|
| T. Walsh   | 3.6   | $1,836.00 |
| D.C. Tay   | 2.5   | $2,187.50 |
| P. Adams   | 22    | $3,520.00 |
| Total      | 28.10 | $7,543.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 1/8/07 | Penny Adams | Reviewing and revising fee applications (1.0); correspondence with T. Walsh and A. Johnson regarding same (0.20). | 1.20 | $192.00 |
| 2/8/07 | Derrick C. Tay | Reviewing objection from auditor (0.2); considering issue (0.3). | 0.50 | $437.50 |
| 2/8/07 | Teresa Walsh | Review and execution of sixth monthly fee application. | 0.30 | $153.00 |
| 2/8/07 | Penny Adams | Meeting with T. Walsh to discuss fee application issues (0.30); attending on conference call with T. Walsh and A. Johnson (0.50); attending on conference call with T. Walsh and S. Bossay (0.40); reviewing and revising sixth monthly fee application and finalizing same (0.90); reviewing fee auditor's report (0.40); correspondence with various parties (0.50). | 3.00 | $480.00 |
| 3/8/07 | Derrick C. Tay | Reviewing monthly fee application. | 0.50 | $437.50 |
| 3/8/07 | Penny Adams | Correspondence with P. Cuniff and L. Oberholzer regarding sixth monthly fee application (0.40); correspondence with fee auditor regarding same (0.20); correspondence with J. Baer, D. Tay and T. Walsh regarding pre-retention reimbursement issues (0.10). | 0.70 | $112.00 |
| 7/8/07 | Teresa Walsh | Review and consideration of applicable law (0.7); considering suggested revisions to response to fee auditor's initial report concerning fee application of Ogilvy Renault LLP for the 24th interim period (0.8). | 1.50 | $765.00 |

INVOICE: 742160



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0008

RE:  Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/8/07 | Penny Adams | Discussions with D. Tay regarding reimbursement issue (0.10); preparing response to fee auditor's initial report (1.50); attending on conference call with T. Walsh, D. Tay and J. Baer regarding pre-retention reimbursement issue (0.20); drafting second quarterly fee affidavit (2.20). | 4.00 | $640.00 |
| 8/8/07 | Derrick C. Tay | Conference call with J. Baer regarding fee auditor's initial report (0.5); reviewing and discussing response to auditor's initial report (0.5). | 1.00 | $875.00 |
| 8/8/07 | Penny Adams | Reviewing and revising response to fee auditor's initial report (1.0); reviewing and revising second quarterly fee application (2.0); correspondence relating to same (0.30). | 3.30 | $528.00 |
| 9/8/07 | Penny Adams | Correspondence regarding fee auditor's response (0.20); finalizing same (0.30); sending response to fee auditor and others (0.10); reviewing correspondence regarding pre-retention fees and expenses (0.20); e-mail to A. Johnson regarding conflict search issues (0.10). | 0.90 | $144.00 |
| 9/8/07 | Teresa Walsh | Review and suggested revisions to second quarterly fee application. | 1.00 | $510.00 |
| 10/8/07 | Penny Adams | Finalizing second quarterly fee application (1.0); correspondence with P. Cuniff, L. Oberholzer, the fee auditor and others regarding same (0.60). | 1.60 | $256.00 |
| 13/8/07 | Penny Adams | Dealing with issues relating to fee applications and recent payments. | 0.50 | $80.00 |
| 13/8/07 | Teresa Walsh | Review of file in respect of monthly fee applications to date which have been approved and applications which are pending before court. | 0.30 | $153.00 |
| 16/8/07 | Penny Adams | Reviewing invoices for the next fee application (0.4); correspondence with T. Walsh regarding same (0.1). | 0.50 | $80.00 |
| 20/8/07 | Penny Adams | Preparing seventh monthly fee application. | 2.00 | $320.00 |

INVOICE: 742160



W.R. GRACE & CO.                                                       01016442-0008

RE:  Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/8/07 | Penny Adams | Discussions with T. Walsh regarding our invoices (0.2); providing expense cap information to K. Whibley (0.1); correspondence regarding same (0.2). | 0.50 | $80.00 |
| 24/8/07 | Penny Adams | Reviewing and revising the seventh monthly fee application (1.0); email to A. Johnson regarding conflict search issues (0.1). | 1.10 | $176.00 |
| 27/8/07 | Penny Adams | Finalizing the seventh fee affidavit (0.50); correspondence with T. Walsh and R. Finke regarding same (0.20); preparing for filing of same (0.80). | 1.50 | $240.00 |
| 28/8/07 | Derrick C. Tay | Reviewing fee application. | 0.50 | $437.50 |
| 28/8/07 | Penny Adams | Letter to P. Cuniff and L. Oberholzer regarding seventh monthly fee application (0.50); emails to fee auditor, P. Cuniff and others regarding same (0.40); dealing with issues relating to seventh monthly fee application (0.30). | 1.20 | $192.00 |
| 28/8/07 | Teresa Walsh | Review of seventh monthly fee applicaton of Ogilvy Renault LLP for compensation for services (0.4); swearing same (0.1). | 0.50 | $255.00 |
|  |  | **TOTAL FEES** |  | **$7,543.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Photocopies | 13.70 |
| Long distance calls | 16.64 |
| Overtime - Secretarial | 135.00 |
| Courier service | 107.49 |
|  | $272.83 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 1/8/07 | Penny Adams | Photocopies | 6.00 |
| 2/8/07 | Penny Adams | Long distance calls 12146983868 | 7.29 |
| 3/8/07 | Penny Adams | Photocopies | 1.70 |

INVOICE: 742160



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                     01016442-0008

RE:   Fee Applications, Applicant

| Date    | Timekeeper     | Description                                                                                                                                                                                  | Amount   |
|---------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
| 3/8/07  | Jennifer Stam  | Long distance calls 13026524100                                                                                                                                                              | 1.53     |
| 3/8/07  | Jennifer Stam  | Long distance calls 13026524100                                                                                                                                                              | 1.53     |
| 3/8/07  | Derrick C. Tay | Courier service FedEx shipment #689588753500 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHINSKY STANG ZIEHL YOUNG JO, WILMINGTON, DE, US. ON 03-08-2007, GST: 0.00, QST: 0.00              | 26.79    |
| 7/8/07  | Penny Adams    | Overtime - Secretarial - J. Dutton                                                                                                                                                           | 135.00   |
| 9/8/07  | Derrick C. Tay | Courier service FedEx shipment #689588753830 FROM TORONTO, ON, CA. To: WARREN H. SMITH,WARREN H. SMITH & ASSOCIATES, DALLAS, TX, US. ON 09-08-2007, GST: 0.00, QST: 0.00                     | 26.90    |
| 10/8/07 | Penny Adams    | Photocopies                                                                                                                                                                                  | 0.10     |
| 10/8/07 | Derrick C. Tay | Courier service FedEx shipment #689588753852 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL YOUNG JO, WILMINGTON, DE, US. ON 10-08-2007, GST: 0.00, QST: 0.00              | 26.90    |
| 10/8/07 | Penny Adams    | Photocopies                                                                                                                                                                                  | 1.60     |
| 28/8/07 | Penny Adams    | Photocopies                                                                                                                                                                                  | 4.30     |
| 28/8/07 | Derrick C. Tay | Courier service FedEx shipment #689588754664 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL YOUNG JO, WILMINGTON, DE, US. ON 28-08-2007, GST: 0.00, QST: 0.00              | 26.90    |
| 30/8/07 | Teresa Walsh   | Long distance calls 14105314355                                                                                                                                                              | 0.77     |
| 30/8/07 | Teresa Walsh   | Long distance calls 14105314355                                                                                                                                                              | 0.77     |
| 31/8/07 | Teresa Walsh   | Long distance calls 13128612162                                                                                                                                                              | 3.98     |
| 31/8/07 | Teresa Walsh   | Long distance calls 14105314355                                                                                                                                                              | 0.77     |
|         |                |                                                                                                                                                                     TOTAL                    | $272.83  |

INVOICE: 742160



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | September 12, 2007 |
| RE: | Litigation and litigation consulting | INVOICE: 742159 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending August 31, 2007

| | |
|---|---:|
| FEES | $67,276.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 62.17 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $67,338.17 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP/S.E.N.C.R.L.,s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| Daniel Lee | 27 | $4,995.00 |
| K. Legree | 0.7 | $77.00 |
| P. Adams | 24.4 | $3,904.00 |
| A. Traer | 0.3 | $57.00 |
| K. Whibley | 69.5 | $14,942.50 |
| J. Caplan | 79.5 | $19,477.50 |
| A. Kuntz | 3.5 | $1,067.50 |
| I.A. Ness | 1.3 | $845.00 |
| O. Pasparakis | 9.4 | $5,264.00 |
| D.C. Tay | 18.5 | $16,187.50 |
| T. Walsh | 0.9 | $459.00 |
| Total | 235.00 | $67,276.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/8/07 | Orestes Pasparakis | Follow-up with Mr. Tay (0.5); considering strategy outlining plan of action and next steps (0.5). | 1.00 | $560.00 |
| 1/8/07 | Daniel Lee | Preparing memo for O. Pasparakis regarding Calpine insolvency proceedings. | 2.50 | $462.50 |
| 1/8/07 | Derrick C. Tay | Reviewing request from representative counsel regarding clarification of Grace's position and considering appropriate strategic response (1.5); discussions with O. Pasparakis as to appropriate response (0.5); reviewing draft of proposed response and revising same (0.5). | 2.50 | $2,187.50 |
| 1/8/07 | Jessica Caplan | Document review in preparation for responding motion materials. | 7.50 | $1,837.50 |
| 1/8/07 | Karen Whibley | Coding documents in database. | 1.50 | $322.50 |
| 2/8/07 | Orestes Pasparakis | Reviewing and considering email from representative counsel (1.0); preparing letter to Mr. Finke (0.3); meeting with Mr. Tay (0.2); considering next steps (0.3); meeting with associate and law clerk to provide directions regarding motion (0.3); preparing outline of materials (0.2). | 2.30 | $1,288.00 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                  01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/8/07 | Jessica Caplan | Meeting with O. Pasparakis and P. Adams to discuss responding motion materials (0.5); transcript review and summary (5.5). | 6.00 | $1,470.00 |
| 2/8/07 | Derrick C. Tay | Continuing review of court transcripts in developing legal arguments and approaches for responding to the proposed motion. | 2.00 | $1,750.00 |
| 2/8/07 | Karen Whibley | Working in database coding documents (lead dates). | 1.20 | $258.00 |
| 2/8/07 | Daniel Lee | Reviewing Calpine insolvency proceedings (2.0); preparing memo highlighting cross border issues (1.5). | 3.50 | $647.50 |
| 3/8/07 | Teresa Walsh | Email to R. Finke regarding documents for responses to Request to Produce. | 0.30 | $153.00 |
| 3/8/07 | Derrick C. Tay | Reviewing material from Delaware counsel (1.0); considering information which needs to be gathered for responding material in Canadian motion and assigning tasks regarding same (2.0). | 3.00 | $2,625.00 |
| 3/8/07 | Karen Whibley | Working in database coding documents for relevance. | 4.10 | $881.50 |
| 7/8/07 | Derrick C. Tay | Considering R. Finke's response to and J. Baer's comments on proposed letter to plaintiff's counsel and suggesting response to O. Pasparakis (0.5); consideration of actual structure of affidavit in response to motion (2.0). | 2.50 | $2,187.50 |
| 7/8/07 | Penny Adams | Correspondence with G. Vogt regarding required transcripts (0.10); discussions with J. Caplan regarding the file (0.10). | 0.20 | $32.00 |
| 7/8/07 | Jessica Caplan | Summary of transcripts from the U.S. Bankruptcy Court hearings dated May 24, 2004 through May 21, 2007 (4.5); review and summary of the Amended Joint Plan of Reorganization (2.5); review of the Disclosure Statement for the Debtor's Plan of Reorganization (0.5). | 7.50 | $1,837.50 |
| 7/8/07 | Karen Whibley | Coding in database. | 4.10 | $881.50 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/8/07 | Daniel Lee | Preparing memo for O. Pasparakis regarding Calpine insolvency proceedings. | 6.00 | $1,110.00 |
| 7/8/07 | Orestes Pasparakis | Communicating with opposing counsel (0.3); follow-up on next steps (0.2). | 0.50 | $280.00 |
| 8/8/07 | Penny Adams | Reviewing W.R. Grace information brief (0.90); correspondence regarding same (0.10). | 1.00 | $160.00 |
| 8/8/07 | Jessica Caplan | Review of, and revisions to, the transcript summary document (4.0); review of the February 8, 2006 motion materials and accompanying compendium (1.0). | 5.00 | $1,225.00 |
| 8/8/07 | Derrick C. Tay | Communications with representative counsel regarding dates for motion and other court formalities. | 0.50 | $437.50 |
| 8/8/07 | Orestes Pasparakis | Preparing outline of responding materials. | 1.00 | $560.00 |
| 8/8/07 | Daniel Lee | Preparing memo for O. Pasparakis regarding Calpine insolvency proceedings. | 5.00 | $925.00 |
| 9/8/07 | Penny Adams | Reviewing W.R. Grace informational brief (1.50); correspondence with J. Caplan regarding transcripts (0.20). | 1.70 | $272.00 |
| 9/8/07 | Karen Whibley | Organizing materials (0.5); drafting Index for storage (0.5); coding documents in database (0.7). | 1.70 | $365.50 |
| 9/8/07 | Jessica Caplan | Review of all Reports of the Information Officer (2.0); updating the summary document (1.2); meeting with O. Pasparakis to discuss the Summary Document (0.5); review of a list of all U.S. Court Proceedings (1.1); review of materials from the motion returnable November 14, 2005 (1.2). | 6.00 | $1,470.00 |
| 9/8/07 | Derrick C. Tay | Reviewing research and memoranda concerning recent U.S./Canada cross-border cases and principles. | 2.50 | $2,187.50 |
| 9/8/07 | Daniel Lee | Preparing memo for O. Pasparakis regarding Calpine insolvency proceedings. | 5.50 | $1,017.50 |
| 9/8/07 | Orestes Pasparakis | Preparing and revising outline of court materials (0.5); considering same and next steps (0.3). | 0.80 | $448.00 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/8/07 | Ian A. Ness | Communications with U.S. counsel regarding issues relating to Canadian claims. | 1.30 | $845.00 |
| 10/8/07 | Jessica Caplan | Updating the summary document for motion returnable October 25, 2007. | 1.50 | $367.50 |
| 10/8/07 | Daniel Lee | Preparing memo for O. Pasparakis regarding Calpine insolvency proceedings. | 4.50 | $832.50 |
| 13/8/07 | Penny Adams | Preparing memorandum on U.S. process for response materials. | 3.00 | $480.00 |
| 13/8/07 | Jessica Caplan | Detailed review of O. Pasparakis' affidavit material outline and information required for motion returnable October 25, 2007. | 3.50 | $857.50 |
| 13/8/07 | Anna Traer | Meeting with K. Whibley regarding status of document review for Response to Requests to Produce dated June 29, 2007 (0.2); indexing documents reviewed by T. Walsh and A. Kuntz (0.1). | 0.30 | $57.00 |
| 13/8/07 | Orestes Pasparakis | Email to client outlining responding affidavit materials (0.5); internal email outlining legal issues and stands of law to be investigated (0.5); providing direction regarding next steps (0.5). | 1.50 | $840.00 |
| 14/8/07 | Derrick C. Tay | Reviewing comments from R. Finke and J. Baer (1.0); considering application of same (1.0). | 2.00 | $1,750.00 |
| 14/8/07 | Penny Adams | Correspondence with J. Caplan regarding litigation issues (0.20); reviewing correspondence from various parties regarding same (0.20); reviewing materials for U.S. process memo (1.60). | 2.00 | $320.00 |
| 14/8/07 | Orestes Pasparakis | Providing advice and direction regarding preparation of materials (0.3); considering information received from Ms. Baer (1.0); providing outline of law for factum (1.0). | 2.30 | $1,288.00 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                  01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/8/07 | Jessica Caplan | Preparation for, and attendance at, meeting with O. Pasparakis to discuss the affidavit in support of motion returnable October 25, 2007 (1.0); detailed outline preparation for affidavit in support of motion returnable October 25, 2007 (1.0); review of affidavits of Richard Finke sworn September 19, 2005 and September 6, 2005 (0.8); correspondence with J. Stam regarding stay extension motion to be brought at the end of September 2007 (0.2). | 3.00 | $735.00 |
| 15/8/07 | Penny Adams | Reviewing information officer's reports for memo regarding the U.S. procedure. | 2.00 | $320.00 |
| 15/8/07 | Jessica Caplan | Drafting affidavit of Richard Finke for motion returnable in October 2007. | 6.00 | $1,470.00 |
| 16/8/07 | Karen Whibley | Reviewing Platinum Legal Group invoices (0.4); email to T. Walsh (0.1). | 0.50 | $107.50 |
| 16/8/07 | Jessica Caplan | Review of transcripts from the U.S. Bankruptcy Court hearing dated March 18, 2002. | 2.00 | $490.00 |
| 17/8/07 | Karen Whibley | Coding documents in database (lead dates). | 2.60 | $559.00 |
| 17/8/07 | Jessica Caplan | Drafting affidavit of Richard Finke (5.5); transcript review (2.0). | 7.50 | $1,837.50 |
| 20/8/07 | Allison Kuntz | Communications with E. Rae regarding Request to Produce documents. | 0.50 | $152.50 |
| 20/8/07 | Jessica Caplan | Review of transcripts from hearing of May 20, 2002 (2.0); review of February 8, 2006 motion materials (0.5); drafting affidavit of Richard Finke (2.0). | 4.50 | $1,102.50 |
| 20/8/07 | Allison Kuntz | Communications with T. Walsh and K. Whibley regarding additional documents that needed to be identified and sent to E. Rae. | 1.00 | $305.00 |
| 20/8/07 | Karen Whibley | Coding documents in database (lead dates) (3.0); coding documents in database regarding issues (2.0); conference with A. Kuntz (0.5); searches in database regarding Privest documents (1.4). | 6.90 | $1,483.50 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                                                          01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/8/07 | Teresa Walsh | Conferences with A. Kuntz (0.3); file review concerning document review conducted in response to Requests to Produce for Canadian property damage claims (0.3). | 0.60 | $306.00 |
| 21/8/07 | Allison Kuntz | Reviewed correspondence from T. Walsh regarding certain documents to be reviewed in conjunction with Request to Produce. | 0.20 | $61.00 |
| 21/8/07 | Allison Kuntz | Discussion with K. Whibley regarding preparation of additional materials. | 0.20 | $61.00 |
| 21/8/07 | Allison Kuntz | Discussion with T. Walsh with respect to preparation of additional materials. | 0.20 | $61.00 |
| 21/8/07 | Karen Whibley | Coding documents for relevance and coding issues filed (2.0); organizing documents for briefcasing regarding Response to Request for Documents (2.0); continuing coding (1.5). | 5.50 | $1,182.50 |
| 21/8/07 | Allison Kuntz | Conversations with the W.R. Grace office in LaSalle, Quebec regarding further document review. | 0.30 | $91.50 |
| 21/8/07 | Penny Adams | Preparing U.S. procedure memo. | 2.50 | $400.00 |
| 21/8/07 | Allison Kuntz | Discussion with E. Rae regarding documents. | 0.30 | $91.50 |
| 22/8/07 | Allison Kuntz | Received voice mail from R. Cogdell regarding attendance at the LaSalle plant (0.1); voicemail message to S. Hashim regarding status of document review at the LaSalle plant (0.1). | 0.20 | $61.00 |
| 22/8/07 | Penny Adams | Reviewing and revising the U.S. procedure memo. | 2.00 | $320.00 |
| 22/8/07 | Katie Legree | Creating summation briefcase of the August 22, 2007 response to Requests to Produce production set for client's use (0.5); creating CD copy of same (0.2). | 0.70 | $77.00 |
| 22/8/07 | Allison Kuntz | Discussion with T. Walsh and K. Whibley regarding R. Cogdell's voice mail message and attendance at the LaSalle plant. | 0.30 | $91.50 |
| 22/8/07 | Karen Whibley | Working in database (5.0); coding documents for relevance (3.6). | 8.60 | $1,849.00 |
| 23/8/07 | Penny Adams | Reviewing and revising the U.S. procedure memo. | 2.00 | $320.00 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 23/8/07 | Jessica Caplan | Review of attornment documents. | 2.00 | $490.00 |
| 23/8/07 | Karen Whibley | Coding documents for relevance in database. | 7.50 | $1,612.50 |
| 24/8/07 | Jessica Caplan | Review of stay extension materials (0.5); correspondence with Commercial List and J. Stam regarding dates for stay extension motion (0.5); preparation of date request form for stay extension motion (0.5); research regarding Canadian representative counsel (1.5); drafting affidavit of Richard Finke (3.5). | 6.50 | $1,592.50 |
| 24/8/07 | Derrick C. Tay | Reviewing agenda from Delaware counsel (0.3); considering implications of same on Canadian process (0.7). | 1.00 | $875.00 |
| 27/8/07 | Penny Adams | Finalizing memo regarding U.S. procedure and status. | 2.50 | $400.00 |
| 27/8/07 | Jessica Caplan | Drafting affidavit of Richard Finke. | 4.00 | $980.00 |
| 27/8/07 | Allison Kuntz | Drafted letter and sent CD discs of documents which are responsive to the Request to Produce to T. Rae. | 0.10 | $30.50 |
| 27/8/07 | Karen Whibley | Coding documents for relevance. | 5.50 | $1,182.50 |
| 27/8/07 | Allison Kuntz | Conversation with T. Rae regarding further responsive documents to the Request to Produce. | 0.20 | $61.00 |
| 27/8/07 | Derrick C. Tay | Following up on work being done on reply materials to representative counsel's motion (2.0); brief review of same (0.5). | 2.50 | $2,187.50 |
| 28/8/07 | Penny Adams | Reviewing and revising the litigation memo regarding the U.S. process. | 2.00 | $320.00 |
| 28/8/07 | Jessica Caplan | Review of information provided by P. Adams to be added to Richard Finke's affidavit (0.8); correspondence with P. Adams regarding affidavit of Richard Finke (0.2). | 1.00 | $245.00 |
| 29/8/07 | Karen Whibley | Coding documents for relevance. | 6.50 | $1,397.50 |
| 29/8/07 | Jessica Caplan | Incorporating information provided by P. Adams into affidavit of Richard Finke (1.8); revising Finke affidavit (2.0); inquiry into a motion date for stay extension motion (0.2). | 4.00 | $980.00 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                            01016442-0006

RE:  Litigation and litigation consulting
_____

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 29/8/07 | Penny Adams | Reviewing and revising memo regarding the U.S. process. | 2.00 | $320.00 |
| 30/8/07 | Karen Whibley | Coding documents for relevance. | 6.60 | $1,419.00 |
| 30/8/07 | Penny Adams | Reviewing and revising the Finke affidavit (0.80); correspondence and discussions with J. Caplan regarding same (0.20). | 1.00 | $160.00 |
| 30/8/07 | Jessica Caplan | Reviewing Finke affidavit (1.5); revisions to Finke affidavit as per comments from P. Adams (0.5). | 2.00 | $490.00 |
| 31/8/07 | Karen Whibley | Coding documents for relevance. | 6.70 | $1,440.50 |
| 31/8/07 | Penny Adams | Reviewing the Finke affidavit. | 0.50 | $80.00 |
|  |  | **TOTAL FEES** |  | **$67,276.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Photocopies | 9.70 |
| Facsimile | 15.00 |
| Long distance calls | 7.93 |
| Facsimile - long distance | 2.64 |
| Courier service | 26.90 |
|  | $62.17 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 2/8/07 | Penny Adams | Photocopies | 0.90 |
| 7/8/07 | Monique Massabki | Photocopies | 8.80 |
| 20/8/07 | Allison Kuntz | Long distance calls 14122884184 | 4.41 |
| 21/8/07 | Allison Kuntz | Long distance calls 14122884184 | 1.47 |
| 21/8/07 | Allison Kuntz | Long distance calls 15143663070 | 1.32 |
| 27/8/07 | Jessica Caplan | Facsimile 4163276228 | 4.00 |
| 27/8/07 | Allison Kuntz | Long distance calls 14122884184 | 0.73 |

INVOICE: 742159



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                    01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 27/8/07 | Derrick C. Tay | Courier service FedEx shipment #689588754609 FROM TORONTO, ON, CA. To: TRACI S. REA, REED SMITH LLP, PITTSBURGH, PA, US. ON 27-08-2007, GST: 0.00, QST: 0.00 | 26.90 |
| 28/8/07 | Allison Kuntz | Facsimile - long distance 14105314545 | 2.64 |
| 28/8/07 | Allison Kuntz | Facsimile 14105314545 | 11.00 |
|  |  | TOTAL | $62.17 |

INVOICE: 742159