# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE OF SUPPLEMENTAL RESPONSE OF SILBER PEARLMAN, LLP TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY THAT ON September 21, 2007, a copy of **SUPPLEMENTAL RESPONSE OF SILBER PEARLMAN, LLP TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was electronically served on the following party via email:

> David M. Bernick
> Renee D. Smith
> Kirkland & Ellis, LLP
> 200 E. Randolph Dr.
> Chicago, IL  60601-6636

Dated:  September 24, 2007.

> Respectfully submitted,
>
> **SILBER PEARLMAN, LLP**
>
> By:  /s/_____
>       Michael Hanners, Esq.
>
> 3102 Oak Lawn Ave., Ste. 400
> Dallas, TX  75219-6403
> MHanners@SPLaw.com
> 214-874-7000 Telephone
> 214-824-8100 Facsimile
>
> **COUNSEL FOR SILBER PEARLMAN, LLP**