IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |

NOTICE OF SERVICE OF BARON & BUDD, P.C.'S SECOND SUPPLEMENTAL
RESPONSE TO DEBTORS' THIRD SET OF INTERROGATORIES
TO CERTAIN ASBESTOS PERSONAL INJURY PRE-
PETITION LITIGATION CLAIMANTS' LAW FIRMS

I HEREBY CERTIFY that on September 21, 2007, a copy of **BARON & BUDD, P.C.'S SECOND SUPPLEMENTAL RESPONSE TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following parties by electronic mail and federal express:

David M. Bernick, Esq.
Renee D. Smith, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

Dated: September 24, 2007

                Respectfully submitted,

                BARON & BUDD, P.C.

      By: /s/_____
          Natalie F. Duncan, Esq.
          3102 Oak Lawn Avenue, Suite 1100
          Dallas, Texas 75219-4281
          nduncan@baronbudd.com
          (214) 521-3605 Telephone
          (214) 520-1181 Facsimile

          Counsel for Baron & Budd, P.C.

NOTICE OF SERVICE - Solo Page