IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |

NOTICE OF SERVICE OF LEBLANC & WADDELL'S SUPPLEMENTAL RESPONSE TO DEBTORS' THIRD SET OF INTERROGATORIES
TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS

I HEREBY CERTIFY that on September 21, 2007, a copy of **LEBLANC & WADDELL'S SUPPLEMENTAL RESPONSE TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was served on the following parties by electronic mail and federal express:

David M. Bernick, Esq. and Renee D. Smith, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

Dated: September 24, 2007    Respectfully submitted,

LEBLANC & WADDELL

Chris Colley, Esq.
6955 Perkins Road, Suite 100
Baton Rouge, LA 70808
(225) 768-2222 Telephone; (225) 768-7999 Facsimile

By: /s/ _____
Natalie F. Duncan, Of Counsel
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
214-521-3605; 214-520-1181 fax
ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS

NOTICE OF SERVICE - Solo Page