IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
|  | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) ) | (Jointly Administered) |
| Debtors. | ) ) | Dkt No. 16468 |
|  | ) |  |

**FUTURE CLAIMANTS' REPRESENTATIVE'S DESIGNATIONS OF
THE NON-EXPERT WITNESSES THAT HE MAY CALL AT THE
<u>ASBESTOS PERSONAL INJURY ESTIMATION HEARING</u>**

David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR"), hereby identifies the individuals who may be called by the FCR as non-expert witnesses at the asbestos personal injury estimation hearing. Because fact discovery has not concluded, the FCR reserves his right to supplement this list by designating additional or alternative witnesses. The identification of any individual on this list does not necessarily mean that the FCR will depose or offer testimony from that particular witness. This list identifies those persons from whom the FCR may offer testimony at trial.

    David T. Austern
    Claims Resolution Management Corporation
    3110 Fairview Park Drive
    Suite 200
    Falls Church, VA  22042

    Robert Beber (by deposition)
    317 Branch Water Run
    Linville Ridge, NC  28646

    BMC Group, Inc. (by deposition)
    720 Third Avenue, 23rd Floor
    Seattle, WA  98104

James Cintani
30 Highland Drive
Yardley, PA  19067


Braxton Colley (by prior testimony)

Frederick C. Dunbar
National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036

Thomas Egan
67 Dresner Circle
Boothwyn, PA  19061

Thomas Florence
Analysis, Research & Planning Corporation
1900 M Street, N.W., Suite 410
Washington, DC  20036

J. Jay Flynn
HNA Triveris
246 Industrial Way West
Eatontown, NJ  07724

Theodore Goldberg
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue, 3rd Floor
Pittsburgh, PA  15219

Jay Hughes
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Peter A. Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX  75204

John V. Port
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Jeffrey Posner
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044


Dayton Louis Prouty, Jr. (by deposition)
deceased

Dan Rourke (by deposition)
Analysis, Research & Planning Corporation
420 Lexington Avenue, Suite 1840
New York, NY  10170

Rust Consulting, Inc. (by deposition)
625 Marquette Avenue, Suite 880
Minneapolis, MN  55402

David Siegel (by deposition)
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Stephen Snyder
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, CA  94104


Erby Williams (by prior testimony)

Frederick Zaremby (by deposition)
c/o W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044


Records Custodian from W.R. Grace


Presently unidentified witness from Delaware Claims Facility
(Celotex Trust)

The FCR reserves the right to offer testimony from non-expert witnesses identified by other parties. The FCR further reserves the right to call any witness needed for impeachment or rebuttal purposes. If any other party refuses to stipulate to the authenticity of FCR trial exhibits, or that an exhibit qualifies as a business record within the meaning of Federal Rule of Evidence 803(6), the FCR reserves the right to call an appropriate records custodian to establish the authenticity and admissibility of a particular document.

Dated:  September 24, 2007

/s/ *Debra L. Felder*
Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone:  (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y.  10103-0001
Telephone:  (212) 506-5000

-and-

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*

US_EAST:160307064.2

4