IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

### LIBBY CLAIMANTS' DESIGNATION OF NON-EXPERTS TO TESTIFY IN CONNECTION WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Pursuant to the Court's August 2, 2007 Third Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, the claimants injured by exposure to asbestos from Grace's operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby designate the following individuals that the Libby Claimants may call as non-expert witnesses at the Asbestos PI Estimation Hearing. The identification of any individual on this list does not necessarily mean that the Libby Claimants will offer testimony from a particular witness. The following individuals are listed in alphabetical order.

- Gayla Benefield
  245 Cedar Meadow Road
  Libby, MT 59923

- Betty Challinor
  P.O. Box 1493
  Libby, MT 59923

- George Chapman
  90 Trails End Drive
  Kalispell, MT 59901

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 15692], as it may be amended and restated from time to time.
393.001-18024.doc

- Richard Erickson
  280 Dolphin Way
  Libby, MT 59923

- Ruben Fellenberg
  224 Forest Avenue
  Libby, MT 59923

- Marvin Flatt
  1100 East 40 North
  Orem, UT 84097

- Bonnie Fuller
  407 East 10th Street
  Libby, MT 59923

- Hazel Halsey
  P.O. Box 42
  Libby, MT 59923

- Larry Hill
  2222 42nd Street
  Missoula, MT 59803

- Lois Jungst
  4996 Highway 2 South
  Libby, MT 59923

- Robert Mack
  P.O. Box 276
  Elko, NV 89803

- Roland McNair
  308 Norman Avenue
  Libby, MT 59923

- Alvin Nicholls
  1309 Washington Avenue
  Libby, MT 59923

- Louie O'Brien
  516 West 4th Street
  Libby, MT 59923

- Claude Paul
  45 Rose Street West
  Libby, MT 59923

- Janice Ringsbye
  3591 Highway 2 South
  Libby, MT 59923

- Victoria Skidmore
  C/o Janet Kracher
  P.O. Box 9752
  Helena, MT 59604

- Opal Smith
  134 Ski Road
  Libby, MT 59923

- Lynn Stanley
  838 2nd Avenue East
  Kalispell, MT 59901

- Walter Torgison
  P.O. Box 1107
  Libby, MT 59923

- Brian Wray
  1150 McMannamy Draw
  Kalispell, MT 59901

[THE REMAINDER OF THIS PAGE IS LEFT BLANK INTENTIONALLY]

The Libby Claimants reserve their right to supplement this designation as further discovery and investigation may warrant.

Dated: September 24, 2007
      Wilmington, Delaware

LANDIS RATH & COBB LLP

/s/ Kerri Mumford

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants