IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 11697** |

### DEBTORS' FINAL NON-EXPERT WITNESS DISCLOSURE
### FOR ASBESTOS PI ESTIMATION

In accordance with this Court's 8/2/07 Third Newly Amended Case Management

Order for the Estimation of Asbestos Personal Injury Liabilities, Docket No., the Debtors hereby

submit their final non-expert witness disclosures for personal injury estimation. By identifying

these witnesses, the Debtors intend to identify those persons believed at this time to have factual

information relevant to the estimation of Asbestos Personal Injury Claims ("PI Estimation").

This disclosure is intended to indicate those people Debtors expect to testify at the estimation

hearing, whether live or via deposition testimony.

### Non-Expert Witnesses

1.      James W. Ballard, M.D.
             4012 Greystone Drive
             Birmingham, AL 35242

2.      Robert Beber (Retired)
             c/o W.R. Grace & Co.
             5400 Broken Sound Blvd. NW
             Suite 300
             Boca Raton, FL 33487

3.      Anne Burke
             405 Ward Avenue
             Ocean Springs, MS 39564

4.      David T. Austern
        c/o Raymond A. Mullady, Jr., Esq.
        Orrick, Herrington & Sutcliffe, LLP
        Washington Harbour
        3050 K Street, NW
        Washington, DC  20007-5135

5.      James Cintani
        c/o W.R. Grace & Co.
        7500 Grace Drive
        Columbia, MD  21044

6.      Dr. Michael Conner
        109 Woodward Road
        Trussville, AL  35173-1251

7.      Thomas Egan
        c/o W.R. Grace & Co.
        7500 Grace Drive
        Columbia, MD  21044

8.      James Jay Flynn, M.D.
        Vice President
        HNA Traveris
        246 Industrial Way West
        Eatontown, NJ  07724

9.      Charles Foster
        5440 Jeanette Drive
        Theodore, AL  35582

10.     Dominic Gaziano, M.D.
        3100 MacCorkle Ave., S.E.,
        Suite 404
        Charleston, WV  25304

11.     Theodore Goldberg
        Goldberg Persky Jennings & White, P.C.
        1030 Fifth Avenue
        Third Floor
        Pittsburgh, PA  15219

12.     Pamela May Hare
        1006 Griffis Fountain Road
        Chunky, MS  39323-9728

2

13.     Andrew Harron, D.O.
        1617 34th Street
        Kenosha, WI 53114

14.     Ray A. Harron, M.D.
        901 W. Main Street
        Suite 101
        Bridgeport, WV 26330

15.     Dr. Edward Holmes
        1219 White Oak Drive
        Meridian, MS 39305

16.     Patricia Houser
        3456 Luttrell Road
        Annandale, VA 22003-1269

17.     Jay W. Hughes, Jr.
        Senior Litigation Counsel
        c/o W.R. Grace & Co
        62 Whittemore Avenue
        Cambridge, MA 02140

18.     Steven Kazan
        Kazan, McLain, Abrams, Lyons, Farisse & Greenwood
        171 Twelfth Street, 3rd Floor
        Oakland, CA 94607

19.     Peter A. Kraus
        Waters & Kraus LLP
        3219 McKinney Avenue
        Dallas, TX 75204

20.     Richard Levine, M.D.
        304 Dogwood Lane
        Elkins Park, PA 19027

21.     Philip Lucas, M.D.
        220 Winged Foot Circle
        Jackson, MS 39211

22.     Charles Heath Mason
        2810 Andrews Avenue
        Pascagoula, MS 39567

3

23. Rhonda Mason
    10000 Border Court
    Grand Bay, AL  36541

24. John L. Mekus
    c/o Celotex Asbestos Settlement Trust
    The Nemours Building
    1001 Orange Street, Suite 110
    Wilmington, DE  19801

25. William B. Nurre
    c/o Eagle-Picher Personal Injury Settlement Trust
    652 Main Street, 2nd Floor
    Cincinnati, OH  45202

26. Walter Allen Oaks, M.D.
    111 Pinebrook Drive, East
    Mobile, AL  36608

27. Alvin Schonfeld, M.D.
    438 West Saint James Place
    Chicago, IL  60614

28. Jay Segarra, M.D.
    Camellia Place
    2123 Government Street
    Ocean Springs, MS  39564

29. David B. Siegel (Retired)
    Senior Vice President & General Counsel
    c/o W.R. Grace & Co.
    7500 Grace Drive
    Columbia, MD  21044

30. Patricia A. Sullivan
    National Institute for Occupational Safety and Health
    Division of Respiratory Disease Studies
    1095 Willowdale Road
    Morgantown, WV  26505

31. Alan Whitehouse, M.D.
    1501 E. Eloika Rd.
    Deer Park, WA 90066

4

Center for Asbestos Disease
308 Louisiana Avenue
Libby, MT 59923

32.  Person from or relating to trusts established to pay asbestos personal injury claims
     (including but not limited to the following trusts), who are knowledgeable on
     topics relating to the management and operation of the trusts criteria, allowance
     and payment of claims submitted to the trusts:

     • Eagle-Picher Industries, Inc., Personal Injury Settlement Trust, 652 Main
       Street, 2nd Floor, Cincinnati, OH 45202

     • Keene Creditors' Trust, address unknown

     • Celotex Asbestos Settlement Trust, The Nemours Building, 1001 Orange
       Street, Suite 110, Wilmington, DE 19801

     • Manville Personal Injury Settlement Trust, c/o Claims Resolution
       Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church,
       VA 22042

     • Congoleum Corporation, 3500 Quakerbridge Road, Trenton, NJ 08619

     • DII Industries, LLC Asbestos PI Trust, 7557 Rambler Road, Suite 285 Dallas,
       TX 75231

     • UNR Asbestos-Disease Claims Trust, 161 South Lincoln Way, Suite 206,
       Aurora, IL 60542

     • Plibrico Asbestos Trust, c/o Keating Meuthing & Klekamp, PLL, One East
       Fourth Street, Suite 1400, Cincinnati, OH 45202

     • Owens Corning/Fibreboard Asbestos PI Trust, c/o Wilmington Trust
       Company, 1100 N. Market Street, Wilmington, DE 19890

33.  Any witness named on any other party to the Asbestos Personal Injury
     Estimation's fact witness disclosure list.

34.  Any persons that have been or will be deposed in these Chapter 11 cases for
     purposes relating to asbestos personal injury claims.

35.  All deposition testimony given in these Chapter 11 cases that relates in any way to
     asbestos personal injury claims.

36.  Any persons, whether appearing live or by deposition testimony, necessary to
     facilitate the admissibility of documents at trial.

5

Further, as the fact and expert discovery periods are still open, Debtors are still in the process of investigating and developing the facts relevant to the estimation process, and are still in the process of identifying individuals who possess certain information, the discovery of which may lead to the discovery of evidence admissible in the estimation hearing. Grace believes that there are individuals who are presently or were formerly employed by law firms who possess relevant discoverable information concerning the methods by which asbestos personal injury claimants were screened and diagnosed. Grace expressly reserves its right to supplement this non-expert witness disclosure at a later date in order to identify those witnesses and/or any other witness who possesses discoverable information, or whose testimony is necessary for rebuttal, impeachment or for other appropriate purposes.

Dated: September 24, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen T. Ahern
200 East Randolph Drive
Chicago, Illinois 60601
Telephone   (312) 861-2000
Facsimile    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C.  20005
Telephone   (202) 879-5000
Facsimile    (202) 879-5200

*and*

6

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone   (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

7