IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | |
| W.R. GRACE & CO., *et. al.*, ) | | Case No. 01-01139 (JJF) |
| ) | | Jointly Administered |
| Debtors. ) | | |

**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
DESIGNATIONS OF THE NON-EXPERT WITNESSES THAT IT INTENDS TO CALL
AT THE ASBESTOS PI ESTIMATION HEARING**

Pursuant to the operative version of the Court's Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, the Official Committee of Asbestos Personal Injury Claimants ("ACC") hereby identifies the following, prior to the close of discovery, as individuals likely to be called by the ACC as non-expert witnesses at the Asbestos PI Estimation Hearing.  As fact discovery has not yet been completed, the ACC reserves its rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify in their case-in-chief at the Estimation Hearing.  Moreover, the identification of any individual on this list does not necessarily mean that the ACC intends to depose or offer testimony from that particular witness.  However, this list is intended to be a good faith effort to identify those persons who the ACC will actually call as a witness at trial.

The following individuals are listed in alphabetical order.

- Austern, David T.
  Claims Resolution Management Corporation
  3110 Fairview Park Drive
  Suite 200
  P.O. Box 12003
  Falls Church, VA  22042

290920 v1

- Beber, Robert (by deposition)
  317 Branch Water Run
  Linville Ridge, NC  28646

- Colley, Braxton (by prior testimony)

- Cooney, John D. Esq.
  Cooney & Conway
  120 N. LaSalle Street
  30th Floor
  Chicago, IL  0602

- Eveland, Mark
  Verus Claims Services
  57 Hamilton Avenue
  Hopewell, NJ  08525

- Florence, Thomas (Tom)
  Analysis, Research & Planning Corporation
  1900 M Street, N.W.
  Suite 410
  Washington, DC  20036

- Flynn, J. Jay (by deposition)
  HNA Triveris
  246 Industrial Way West
  Eatontown, NJ  07724

- Goldberg, Theodore (Ted)
  Goldberg, Persky, Jennings & White, P.C.
  1030 Fifth Avenue
  3rd Floor
  Pittsburgh, PA  15219

- Horkovich, Robert Esq.
  Anderson Kill & Olick, PC
  1251 Avenue of the Americas
  New York, NY 10020

- Hughes, Jay  (by deposition)
  c/o W. R. Grace & Co.
  7500 Grace Drive
  Columbia, MD  21044

- Kraus, Peter A.
  Waters & Kraus, LLP
  3219 McKinney Avenue
  Dallas, TX  75204

- Meyer, Dan
  Verus Claims Services
  57 Hamilton Avenue
  Hopewell, NJ  08525

- Port, John V. (by deposition)
  c/o W. R. Grace & Co.
  7500 Grace Drive
  Columbia, MD  21044

- Posner, Jeffrey (by deposition)
  c/o W. R. Grace & Co.
  7500 Grace Drive
  Columbia, MD  21044

- Prouty, Dayton Louis Jr. (by deposition)
  deceased

- Rourke, Dan (by deposition)
  Analysis, Research & Planning Corporation
  420 Lexington Avenue
  Suite 1840
  New York, NY  10170

- Siegal, David (by deposition)
  c/o W. R. Grace & Co.
  7500 Grace Drive
  Columbia, MD  21044

- Snyder, Stephen
  Snyder Miller & Orton LLP
  111 Sutter Street
  Suite 1950
  San Francisco, CA  94104

- Williams, Erby (by prior testimony)

- Zaremby, Fred
  c/o W.R. Grace & Co.
  7500 Grace Drive
  Columbia, MD 21044

- Records Custodian from W.R. Grace necessary to authenticate or establish a business records foundation for documents

- Presently unidentified witness from Delaware Claims Facility (Celotex Trust).

- W.R. Grace & Company 30(b)(6) witnesses from Sealed Air Case (by deposition)

- 30(b)(6) witness from RUST Consulting

- 30(b)(6) witness from BMC

The ACC reserves the right to call in its direct case any witness identified on any other party's witness disclosure list. The ACC further reserves the right to call any witness needed solely for impeachment or rebuttal purposes. If any other party refuses to stipulate to the authenticity of any of the ACC's trial exhibits, or that an exhibit which qualifies as a business record within the meaning of Federal Rule of Evidence 803(6) is in fact a business record, the ACC reserves the right to call an appropriate custodian of records to lay a foundation to establish the authenticity and admissibility of a particular document.

Dated:  September 24, 2007                    Respectfully submitted,

                                              CAMPBELL & LEVINE, LLC

                                              /s/ Mark T. Hurford
                                              Marla Rosoff Eskin (DE No. 2989)
                                              Mark T. Hurford (DE No. 3299)
                                              800 N. King Street
                                              Suite 300
                                              Wilmington, DE  19801
                                              Tel: (302) 426–1900
                                              Fax: (302) 426-9947

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152
Tel: (212) 319–7125
Fax: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
One Thomas Circle, NW
Washington, DC 20005
Tel: (202) 862–5000
Fax: (202) 429-3301

Counsel to the Asbestos Personal
Injury Creditors Committee