# SIGN-IN-SHEET

**CASE NAME** WR Grace   **COURTROOM LOCATION:** Courtroom #5

**CASE NO.:** 01-1139 (JKF)   **DATE:** Sep. 24, 2007 02:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | USDOJ-OUST | UST |
| # Marcy Croft | Former Rosey | Debtors |
| # James Calcari | Former Rosey | Debtors |
| Janet S. Baer | Kirkland & Ellis | Debtors |
| Dan Glosband | Goodwin Procter | CNA Insurance |
| # JAMES O'NEILL | PSZYJ | Debtors |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Ian Hodker | Stutzman & Bromberg | Various Claimant Firms |
| Will Sparks | W R Grace | Debtor |
| Marc Phillips | Connolly Bove Lodge & Hutz | Maryland Casualty Company |
| Daniel K Hogan | The Hogan Firm | Various Claimant Firms |
| MARC CASARINO | White and Williams LLP | ACE Group of Ins. |
| Jeff Wayne | Cozen O'Connor | Aig/Steel Ins. |
| # David Klauder | U.S. Trustee | U.S. Trustee |
| Mitchell Hausman | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**COURTROOM LOCATION:** Courtroom #5

**DATE:** Sep. 24, 2007 02:00 PM

**CASE NAME:** WR Grace

**CASE NO.:** 01-1139 (JKF)

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Natalie Ramsey | Montgomery McCracken | MMWR Firm |
| Joel Buchan | " | " |
| Kevin Manson | Womble Carlyle | State of Montana |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting)

Calendar Date: 09/24/2007
Calendar Time: 02:00 PM

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1894891 | Chelsea Clinton | 212-878-3515 | Avenue Capital Group | Interested Party, Avenue Capital Group / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1895028 | Andrew Hain | 973-226-8174 | Bank of New York | Interested Party, Andrew Hain / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1893923 | Sung Choi | 212-455-3946 | Simpson Thacher & Bartlett | Interested Party, Travelers Indemnity Insurance Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1892913 | Sean Walsh | 202-973-9381 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1892915 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1892995 | Guy Baron | 212-301-8312 | Dune Capital Management | Interested Party, Dune Capital Management / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1893082 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1892934 | Daniel Speights | 803-943-4444 | Speights & Runyan | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1895925 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP | (New Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1893911 | Warren H. Smith | 214-698-3868 ext. 3 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith & Associates, P.C. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1893937 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1892943 | Alan Runyan | 803-943-4599 | Speights & Runyan | Claimant, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1573645 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Creditor, AIG / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573841 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1748915 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893890 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austern, The Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1894466 | David Ziegler | 412-288-3026 | Reed Smith, LLP | Interested Party, Pittsburgh Corning Corporation / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892916 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892924 | Jay Sakalo | 305-375-6156 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1889738 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1889854 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891854 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1895333 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Creditor, Co-Counsel to the Libby Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892939 | Marion Fairey | 803-943-4444 | Speights & Runyan | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891896 | John Ansbro | 212-506-3741 | Orrick Herrington & Sutcliffe | Interested Party, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891898 | John O'Connell | 212-583-5677 | The Blackstone Group | Interested Party, Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891911 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Interested Party, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891914 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Interested Party, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892004 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1889835 | Ellen Ahern | 312-861-2335 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1889846 | Amanda Basta | 202-879-8633 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891998 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1890702 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891928 | Jason Solganick | 212-284-9586 | Piper Jaffray & Co. | Interested Party, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893511 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & | Interested Party, The Prudential Insurance Company of America / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893925 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893931 | Benjamin Blaustein | 212-808-7925 | Kelley Drye & Warren, LLP | Interested Party, Kelley Drye & Warren, LLP / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1894257 | Steven Mandelsberg | 212-478-7360 | Hahn & Hessen | Creditor, State of California / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1895655 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1895972 | Tim McArdle | 212-325-0769 ext. 00 | Credit Suisse First Boston | Interested Party, Credit Suisse First Boston / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893089 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891812 | Beau Harbour | 646-403-8236 | Citadel Investment Group | Interested Party, Citadel Investment Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1836739 | Jarrad Wright | 202-682-7000 | Weil Gotshal & Manges LLP | Creditor, Ad Hoc Committee of Equity Secured / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1889842 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1836873 | David Hickerson | 202-682-7105 | Weil Gotshal & Manges LLP | Creditor, Ad Hoc Committee of Equity Secured / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1889717 | Igor Voishteyn | 212-708-4051 | Millennium Partners | Interested Party, Millennium Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1889708 | Alex Mueller | 212-261-8296 | Mendes & Mount | Creditor, London Insurers / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1889858 | Janet Baer | 312-861-2162 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |

| Matter | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1889859 | David M. Bernick | 312-861-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892327 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892310 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892420 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893917 | James J. Restivo | 412-822-3122 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893971 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1894051 | Daniel Chandra | 212-313-9764 | Brencourt Advisors | Interested Party, Daniel Chandra / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1891888 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Interested Party, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1894170 | Richard Levy | 212-326-0886 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hile, LLP / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892052 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Creditor, Share Holder for W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1893945 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1892929 | Terence D. Edwards | 415-989-1800 | Law Office of Thomas J. Brandi | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1894801 | John Ku | 203-542-4064 | Silverpoint Capital | Interested Party, Silverpoint Capital / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1894953 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |