IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket Nos. 15012, 15079, 15106 |
| ) | 9/24/07 Agenda Item No. 3 |

### SIXTH ORDER REGARDING RELIEF SOUGHT IN DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Twenty-Second Omnibus Objection to Claims (Substantive) (the "Twenty-Second Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing, reducing or reclassifying, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twenty-Second Omnibus Objection having been given, it is hereby

ORDERED that, the Objection to Claim 17048 (held by the Georgia Department of Revenue) is sustained in part and overruled in part, and Claim 17048 is reduced and allowed as (i) a priority tax claim in the amount of $1083, plus interest which shall accrue at a rate of 1% per month from the date such payment was due until the date payment is actually made, and (ii) a general unsecured claim in the amount of $902; and it is further

ORDERED that, the Objection to Claim 17769 (held by the NY State Department of Taxation and Finance) is sustained, and Claim 17769 is expunged in its entirety; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy

Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Twenty-Second Omnibus Objection as to which relief is entered by this Court, having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: September 24, 2007

*JKFitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2