# Exhibit A

91100-001\DOCS_DE:131116.1

## W.R. Grace - 24th Interim (January - March, 2007)
## Fee and Expense Chart with recommendations
### Exhibit A-1

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15660 | $21,533.00 | ($152.20) | $21,533.00 | ($152.20) |
| Total: | $21,533.00 | ($152.20)[1] | $21,533.00 | ($152.20) |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16363 | $90,000.00 | $453.61 | $90,000.00 | $453.61 |
| Total: | $90,000.00 | $453.61 | $90,000.00 | $453.61 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16638 | $290,682.66 | $31,008.41 | $290,682.66 | $31,008.41 |
| Total: | $290,682.66 | $31,008.41 | $290,682.66 | $31,008.41 |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16211 | $121,845.00 | $786.17 | $121,845.00 | $786.17 |
| Total: | $121,845.00 | $786.17 | $121,845.00 | $786.17 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15672 | $593,429.00 | $253,782.75 | $593,429.00 | $252,669.80 |
| Total: | $593,429.00 | $253,782.75 | $593,429.00 | $252,669.80 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16198 | $300,000.00 | $7,208.96 | $300,000.00 | $7,208.96 |
| Total: | $300,000.00 | $7,208.96 | $300,000.00 | $7,208.96 |

---

[1] In its application AKO states that, "Diner Club Hotel credit on March 27, 2007 caused negative total amount of expenses for the month of March."

| BUCHANAN INGERSOLL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15920 | $134,316.00 | $903.61 | $134,316.00 | $903.61 |
| Total: | $134,316.00 | $903.61 | $134,316.00 | $903.61 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15664 | $187,144.50 | $24,440.01 | $187,144.50 | $24,440.01 |
| Total: | $187,144.50 | $24,440.01 | $187,144.50 | $24,440.01 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15661 | $913,856.50 | $150,481.47 | $910,210.25 | $149,003.15 |
| Total: | $913,856.50 | $150,481.47 | $910,210.25 | $149,003.15 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16281 | $261,871.00 | $983.27 | $261,871.00 | $983.27 |
| Total: | $261,871.00 | $983.27 | $261,871.00 | $983.27 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15667 | $65,374.00 | $36,579.48 | $65,374.00 | $36,579.48 |
| Total: | $65,374.00 | $36,579.48 | $65,374.00 | $36,579.48 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| # | $15,000.00 | $531.92 | $15,000.00 | $531.92 |
| Total: | $15,000.00 | $531.92 | $15,000.00 | $531.92 |

| DAY PITNEY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15638 | $139,867.50 | $3,031.72 | $139,867.50 | $3,031.72 |
| Total: | $139,867.50 | $3,031.72 | $139,867.50 | $3,031.72 |

| DELOITTE TAX LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| # | $90,835.00 | $0.00 | $90,835.00 | $0.00 |
| Total: | $90,835.00 | $0.00 | $90,835.00 | $0.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15875 | $83,795.00 | $962.79 | $83,795.00 | $962.79 |
| Total: | $83,795.00 | $962.79 | $83,795.00 | $962.79 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15649 | $75,565.50 | $14,240.18 | $75,565.50 | $14,240.18 |
| Total: | $75,565.50 | $14,240.18 | $75,565.50 | $14,240.18 |

| FOLEY HOAG | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15666 | $10,973.00 | $113.10 | $10,973.00 | $113.10 |
| Total: | $10,973.00 | $113.10 | $10,973.00 | $113.10 |

| FORMAN PERRY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15310 | $1,763,152.50 | $253,394.42 | ~~$1,323,744.15~~ | $252,688.93 |
| Total: | $1,763,152.50 | $253,394.42 | ~~$1,323,744.15~~ | $252,688.93 |

$ 1,697,634.00

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15770 | $9,905.00 | $0.00 | $9,905.00 | $0.00 |
| Total: | $9,905.00 | $0.00 | $9,905.00 | $0.00 |

| HILSOFT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15771 | $62,712.50 | $2,661.73 | $62,712.50 | $2,661.73 |
| Total: | $62,712.50 | $2,661.73 | $62,712.50 | $2,661.73 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16651 | $3,277.50 | $3,685.80 | $3,277.50 | $3,685.80 |
| Total: | $3,277.50 | $3,685.80 | $3,277.50 | $3,685.80 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15668 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50 | $1,913,453.63 |
| Total: | $5,552,359.00 | $1,913,453.63 | $5,547,606.50 | $1,913,453.63 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15921 | $163,379.00 | $14,632.63 | $163,379.00 | $14,632.63 |
| Total: | $163,379.00 | $14,632.63 | $163,379.00 | $14,632.63 |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16637 | $32,095.00 | $31.16 | $32,095.00 | $31.16 |
| Total: | $32,095.00 | $31.16 | $32,095.00 | $31.16 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15662 | $487,316.00 | $0.00 | $487,316.00 | $0.00 |
| Total: | $487,316.00 | $0.00 | $487,316.00 | $0.00 |

| LEXECON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16745 | $114,565.00 | $1,478.75 | $114,565.00 | $1,478.75 |
| Total: | $114,565.00 | $1,478.75 | $114,565.00 | $1,478.75 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15651 | $9,306.50 | $2,855.03 | $9,306.50 | $2,855.03 |
| Total: | $9,306.50 | $2,855.03 | $9,306.50 | $2,855.03 |

| OGILVY RENAULT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15677 | $206,197.50 | $6,119.85 | $146,920.00 | $6,036.76 |
| Total: | $206,197.50 [2] | $6,119.85 | $146,920.00 | $6,036.76 |

| ORRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16516 | $1,098,668.00 | $57,670.14 | $1,098,668.00 | $56,678.49 |
| Total: | $1,098,668.00 | $57,670.14 | $1,098,668.00 | $56,678.49 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15993 | $172,251.50 | $144,572.71 | $172,251.50 | $144,572.71 |
| Total: | $172,251.50 | $144,572.71 | $172,251.50 | $144,572.71 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15631 | $37,085.50 | $1,028.38 | $37,085.50 | $1,028.38 |
| Total: | $37,085.50 | $1,028.38 | $37,085.50 | $1,028.38 |

| PIPER JAFFREY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16513 | $300,000.00 | $1,738.32 | $300,000.00 | $1,738.32 |
| Total: | $300,000.00 | $1,738.32 | $300,000.00 | $1,738.32 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16584 | $1,005,377.90 | $15,340.47 | $1,005,377.90 | $15,340.47 |
| Total: | $1,005,377.90 | $15,340.47 | $1,005,377.90 | $15,340.47 |

| PROTIVITI - 23RD INTERIM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16094 | $52,297.50 | $17,552.93 | $52,297.50 | $12,806.27 |
| Total: | $52,297.50 | $17,552.93 | $52,297.50 | $12,806.27 |

---

[2] Ogilvy's fee and expense figures are stated in Canadian dollars.

| PROTIVITI -24TH INTERIM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16382 | $34,590.00 | $29.25 | $34,590.00 | $29.25 |
| Total: | $34,590.00 | $29.25 | $34,590.00 | $29.25 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15642 | $1,635,586.00 | $58,490.23 | $1,635,499.00 | $58,490.23 |
| Total: | $1,635,586.00 | $58,490.23 | $1,635,499.00 | $58,490.23 |

| RPWB | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16662 | $99,805.00 | $0.00 | $99,805.00 | $0.00 |
| Total: | $99,805.00 | $0.00 | $99,805.00 | $0.00 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15820 | $41,687.00 | $1,978.67 | $41,687.00 | $1,978.67 |
| Total: | $41,687.00 | $1,978.67 | $41,687.00 | $1,978.67 |

| SOCHA PERCZAK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16306 | $80,342.50 | $16,158.32 | $80,217.50 | $16,158.32 |
| Total: | $80,342.50 | $16,158.32 | $80,217.50 | $16,158.32 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16823 | $89,296.00 | $739.00 | $89,296.00 | $739.00 |
| Total: | $89,296.00 | $739.00 | $89,296.00 | $739.00 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16465 | $160,024.50 | $859.49 | $160,024.50 | $859.49 |
| Total: | $160,024.50 | $859.49 | $160,024.50 | $859.49 |

| STROOCK & STROOCK & LAVAN LLP[3] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15949 | $331,950.50 | $283,140.67 | $331,950.50 | $283,140.67 |
| Total: | $331,950.50 | $283,140.67 | $331,950.50 | $283,140.67 |

| SULLIVAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16664 | $16,942.50 | $5,190.91 | $16,942.50 | $5,190.91 |
| Total: | $16,942.50 | $5,190.91 | $16,942.50 | $5,190.91 |

| TOWERS PERRIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| # | $320,162.50 | $10,770.05 | $320,162.50 | $10,770.05 |
| Total: | $320,162.50 | $10,770.05 | $320,162.50 | $10,770.05 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #15903 | $42,468.00 | $395.92 | $42,468.00 | $395.92 |
| Total: | $42,468.00 | $395.92 | $42,468.00 | $395.92 |

---

[3]Stroock expense total includes $272,450.52 for fees and costs of Navigant Consulting.