**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on September 25, 2007, I caused a copy of the foregoing to be served upon the individuals on the attached 2002 service list via first-class mail unless otherwise indicated.

                CAMPBELL & LEVINE, LLC

                */s/ Mark T. Hurford*
                Mark T. Hurford (No. 3299)
                800 N. King Street
                Suite 300
                Wilmington, DE  19801
                (302) 426-1900

Dated: September 25, 2007

{D0092877.1 }