IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING OF THE REBUTTAL EXPERT REPORTS OF STEPHEN M. SNYDER AND MARK PETERSON IN CONNECTION WITH THE ASBESTOS PERSONAL INJURY ESTIMATION HEARING**

PLEASE TAKE NOTICE that on September 25, 2007, the Official Committee of Asbestos Personal Injury Claimants filed the Redacted Version of the Rebuttal Expert Witness Report of Stephen M. Snyder and the Rebuttal Expert Witness Report of Daniel Myer and Mark T. Eveland (collectively, "Expert Reports").

PLEASE TAKE NOTICE that on September 25, 2007, copies of the unredacted versions of the Expert Reports, along with the Rebuttal Expert Witness Report of Dr. Mark Peterson are being served on the parties listed on Exhibit A hereto.

Courtesy copies of these Expert Reports, along with the Rebuttal Expert Witness Report of Dr. Mark Peterson will be delivered to the chambers of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge.

Dated: September 25, 2007         CAMPBELL & LEVINE, LLC

*/S/ Mark T. Hurford*
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

- and –

{D0092895.1 }

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
James P. Wehner
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

{D0092895.1 }