EXHIBIT A
WR Grace Rebuttal Expert Report
Service List

**Federal Express & E-mail**
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Federal Express & E-mail**
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**Federal Express & E-mail**
Barbara Harding, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

**Federal Express & E-mail**
Raymond Mullady, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007-5135

**Federal Express & E-mail**
Daniel C. Cohn, Esq.
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

**Federal Express & E-mail**
Jay Sakalo, Esq.
Bilzin Sumberg Dunn Baena Price
  & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

{D0092894.1 }