IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) Related Dkt. No. 16468 <br> ) |

**FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF SERVICE
OF SUPPLEMENTAL/REBUTTAL ESTIMATION EXPERT REPORTS OF JENNIFER
L. BIGGS, F.C.A.S., M.A.A.A., P.J. ERIC STALLARD, A.S.A., M.A.A.A., F.C.A.,
JOSEPH J. RADECKI, JR., MARSHALL S. SHAPO, AND JACOB JACOBY, Ph.D.
IN CONNECTION WITH ASBESTOS PERSONAL INJURY ESTIMATION**

PLEASE TAKE NOTICE that on September 25, 2007, counsel for David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR"), caused a copy of the following reports (collectively, the "Expert Reports") to be served via electronic mail upon the persons listed on the attached Expert Report Service List:

(1) Supplemental Report by Jennifer L. Biggs, FCAS, MAAA, *In re: W.R. Grace & Co., et al.*: Expert Estimation of Asbestos Personal Injury Liabilities of W.R. Grace as of April 2, 2001;

(2) Response and Rebuttal Expert Report of Jennifer L. Biggs, FCAS, MAAA to: (1) Report of Frederick C. Dunbar, dated June 18, 2007, and (2) B. Thomas Florence's June 18, 2007 Estimation of the Number and Value of Pending and Future Asbestos-Related Personal Injury Claims: W.R. Grace;

(3) Supplemental/Rebuttal Expert Report of P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A., In re W.R. Grace & Co., *et al.*;

(4) Expert Rebuttal/Supplemental Report of Joseph J. Radecki, Jr. Regarding Inflation and Discount Rates for the Estimation of Asbestos Personal Injury Liabilities, In re: W.R. Grace & Co., *et al.*;

(5) Expert Witness Report of Marshall S. Shapo In Response to Report of Frederick C. Dunbar; and

(6) Expert Report of Jacob Jacoby, Ph.D.

PLEASE TAKE FURTHER NOTICE that on September 26, 2007, counsel for the FCR caused copies of the Expert Reports to be served via overnight mail upon the persons listed on the attached Expert Report Service List

PLEASE TAKE FURTHER NOTICE that on September 26, 2007, a courtesy copy of the Notice and Expert Reports was sent via overnight mail to the chambers of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

PLEASE TAKE FURTHER NOTICE that a copy of this Notice (without exhibits) shall be served on all parties that are entitled to receive notice pursuant to Del. Bankr. LR 2002-1.

Dated: September 26, 2007

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*[signature]*
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*

2

**Expert Report Service List**

**VIA FEDERAL EXPRESS**

David Bernick
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
*Counsel for the Debtors*

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005-5793
*Counsel for the Debtors*

James O'Neill
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
*Counsel for the Debtors*

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*Counsel for the Official Committee of Unsecured Creditors*

Gregory Horowitz
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Counsel for the Official Committee of Equity Holders*

Theresa K.D. Currier
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel for the Official Committee of Equity Holders*

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for the Official Committee of
Unsecured Creditors*

Mark Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

Scott L. Baena
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
*Counsel for the Official Committee of
Asbestos Property Damage Claimants*

Theodore Tacconelli
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
Wilmington, DE 19801
*Counsel for the Official Committee of
Asbestos Property Damage Claimants*

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
*Counsel for the Libby Claimants*

Adam G. Landis
Landis Roth & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
*Counsel for the Libby Claimants*

David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

David Bernick
dbernick@kirkland.com

Janet Baer
jbaer@kirkland.com

Andrew Running
arunning@kirkland.com

Barbara Harding
bharding@kirkland.com

David Mendelson
dmendelson@kirkland.com

Brian Stansbury
bstansbury@kirkland.com

Amanda Basta
abasta@kirkland.com

Laura Davis Jones
ljones@pszyjw.com

James O'Neil
joneill@pszyjw.com

Lewis Kruger
lkruger@stroock.com

Arlene Krieger
akrieger@stroock.com

Kenneth Pasquale
kpasquale@stroock.com

Michael Lastowski
mlastowski@duanemorris.com

Elihu Inselbuch
ei@capdale.com

Daniel Cohn
cohn@cwg11.com

Peter Van N. Lockwood
pvnl@capdale.com

Walter Slocombe
wbs@capdale.com

Nathan Finch
ndf@capdale.com

James Wehner
jpw@capdale.com

Adam Van Grack
alv@capdale.com

Marla Eskin
meskin@camlev.com

Mark Hurford
mhurford@camlev.com

Scott Baena
sbaena@bilzin.com

Jay Sakalo
jsakalo@bilzin.com

Matthew Kramer
mkramer@bilzin.com

Theodore Tacconelli
ttacconelli@ferryjoseph.com

Theresa K.D. Currier
teresa.currier@bipc.com

Philip Bentley
pbently@kramerlevin.com

Gary Becker
gbecker@kramerlevin.com

Gregory Horowitz
ghorowitz@kramerlevin.com

Christopher Candon
candon@cwg11.com

Adam Landis
landis@lrclaw.com

Roger Frankel
rfrankel@orrick.com

Richard Wyron
rwyron@orrick.com

Raymond Mullady
rmullady@orrick.com

Garret Rasmussen
grasmussen@orrick.com

John Ansbro
jansbro@orrick.com

Debra Felder
dfelder@orrick.com

Jack Phillips
JCP@pgslaw.com

David Klauder
david.klauder@usdoj.gov