IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., ET AL. | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF REBUTTAL REPORT
OF DR. LETITIA CHAMBERS NAVIGANT CONSULTING, INC.**

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the Rebuttal Report of Dr. Letitia Chambers Navigant Consulting, Inc. was made on September 26, 2007, upon the parties listed on the attached service list as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 26, 2007
Wilmington, Delaware

*[signature]*
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 N. Market Street, Ste 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:       mlastowski@duanemorris.com

-and-

Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 1038-4982
Telephone:  (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:       lkruger@stroock.com
                  kpasquale@stroock.com

*Counsel for the Official Committee
of Unsecured Creditors*

DM3\569062.1

Expert Report
Service List

Federal Express
David M. Bernick, Esq.
Scott McMillin, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Hand Delivery
David Klauder, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

Federal Express
Richard H. Wyron, Esq.
Raymond Mullady, Jr. Esq
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street NW, Suite 200
Washington, DC 20007

Hand Delivery
Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Federal Express
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Hand Delivery
Adams Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Federal Express
David Mendelson, Esq.
Barbara Harding, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Federal Express
Scott Baena, Esq,
Jay Sakalo, Esq.
Bilzin Sumberg Dunn Baena
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd. Suite 2500
Miami, FL 33131

Federal Express
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Federal Express
Philip Bentley, Esq.
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Hand Delivery
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE  19801

Federal Express
Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

Hand Delivery
James O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Hand Delivery
Theodore Tacconelli, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

Federal Express
Peter Van N. Lockwood, Esq.
Nathan Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Hand Delivery
Neil B. Glassman, Esq.
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Federal Express
David A. Hickerson, Esq.
Weil, Gotshal & Mages LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005