# **EXHIBIT A**

## **Exhibit A**

1. Estimation of the Number and Value of Pending and Future Asbestos-Related Personal Injury Claims: W.R. Grace, Supplemental Report, Thomas Florence.

2. Rebuttal Report of Dr. Howard William Ory, M.D., M.Sc.. to the Expert Reports of Laura Welch, M.D. and Mark A. Peterson, J.D., Ph.D.

3. Rebuttal Report of Frederick C. Dunbar to Report of Mark Peterson.

4. Rebuttal Report of Frederick C. Dunbar to Report of Jennifer L. Biggs.

5. Supplemental Report of Frederick C. Dunbar.