# EXHIBIT B

## Exhibit B

### Service List for W.R. Grace Estimation Expert Reports

Nathan D. Finch
CAPLIN & DRYSDALE
One Thomas Circle, NW, 27th Floor
Washington, DC 20005

Scott Baena
BILZIN SUMBERG DUN BAENA PRICE & AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982

Raymond Mullady
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, NW,
Washington, DC 20007-5135

Gar Becker
KRAMER LEVIN
1177 Avenue of the Americas
New York, NY 10036

Daniel C. Cohn
COHN WHITESELL & GOLDBERG, LLP
101 Arch Street
Boston, MA 02110