REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1600153 |
| Invoice Date | 09/27/07 |
| Client Number | 172573 |

===============================================================================

Re:  W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 84,918.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT       $84,918.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1600153 |
| Invoice Date | 09/27/07 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re:  (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/07 | Cameron | Follow-up for expert report materials. | .90 |
| 08/02/07 | Cameron | Follow-up regarding expert reliance materials and deposition issues (0.4); review reports (0.9). | 1.30 |
| 08/03/07 | Cameron | Attend to issues relating to expert depositions (0.3); attend to issues relating to production of reliance materials (0.5); begin review of claimants' expert reports (2.4). | 3.20 |
| 08/04/07 | Cameron | Review expert reports and supporting materials. | 1.80 |
| 08/06/07 | Cameron | Emails re:  scheduling issues (.30); telephone call re:  same (.20); review additional expert reports (.90). | 1.40 |
| 08/06/07 | Flatley | Call with B. Harding and follow-up e-mails and calls (0.4); preparations for August 7 meeting (1.5). | 1.90 |
| 08/07/07 | Cameron | Attention to expert reports and depositions. | .90 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
September 27, 2007

Invoice Number  1600153
Page   2

| Date | Name | | Hours |
|------|------|---|-------|
| 08/07/07 | Flatley | Preparation for meeting in Philadelphia (2.3); meeting in Philadelphia with W. Sparks, fact witnesses, et al. (5.5); follow-up on meeting issues (1.0). | 8.80 |
| 08/07/07 | Klapper | Review several of the additional expert reports filed on July 31st. | 4.30 |
| 08/07/07 | Lord | Research docket and update 2002 service list. | .60 |
| 08/08/07 | Cameron | Attention to expert deposition issues. | .80 |
| 08/08/07 | Flatley | Review notes of meeting and expert's report (1.6); call with witness and follow-up on call (0.6); call with W. Sparks and follow-up (0.4); preparation for September depositions in PI estimation (1.0). | 3.60 |
| 08/08/07 | Klapper | Finish review and analysis of recently filed expert reports in advance of next week's strategy meeting. | 3.50 |
| 08/09/07 | Atkinson | Review files re: expert depositions per Kirkland & Ellis request, and send deposition/exhibits to Terrell Stansbury (K&E). | .40 |
| 08/09/07 | Cameron | Review materials from K&E regarding expert reports and depositions (.60); review expert reports (1.30). | 1.90 |
| 08/09/07 | Klapper | Prepare list of issues for strategy meeting with other outside counsel. | 5.20 |
| 08/10/07 | Cameron | Attention to expert deposition issues. | .40 |
| 08/10/07 | Klapper | Meet with outside consultant regarding expert deposition preparation. | 2.30 |

172573 W. R. Grace & Co.                         Invoice Number  1600153
60026  Litigation and Litigation Consulting      Page    3
September 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 08/13/07 | Klapper | Meet with other outside counsel regarding expert deposition strategy. | 7.80 |
| 08/14/07 | Cameron | E-mails regarding depositions of experts (0.3); review PI reports (0.9). | 1.20 |
| 08/14/07 | Klapper | Meet with other outside counsel regarding expert deposition strategy. | 7.50 |
| 08/15/07 | Cameron | Review materials relating to deposition preparation issues (0.6); e-mails regarding same (0.6). | 1.20 |
| 08/16/07 | Cameron | Multiple calls and e-mails regarding expert deposition issues (0.9); review expert reports at issue for deposition (1.8). | 2.70 |
| 08/16/07 | Klapper | Work on deposition outlines for various expert witnesses. | 6.30 |
| 08/17/07 | Klapper | Review exposure data re mine and mill based on further discussions with consultant. | .80 |
| 08/17/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 5.80 |
| 08/20/07 | Cameron | Review materials for expert depositions. | 1.90 |
| 08/20/07 | Flatley | With C. Gatewood and e-mails re: deposition coverage (0.3). | .30 |
| 08/20/07 | Gatewood | Communicate with L. Flatley concerning testimony of Dr. Brody (0.20); examine/select materials (articles, examination materials, summaries, transcripts) to provide to T. Klapper (1.3). | 1.50 |
| 08/20/07 | Klapper | Review exposure data re mine and mill based on further discussions with consultant. | .80 |

172573 W. R. Grace & Co.                                    Invoice Number   1600153
60026  Litigation and Litigation Consulting                 Page    4
September 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|

| 08/20/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 5.80 |
| 08/21/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 8.70 |
| 08/22/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 5.70 |
| 08/23/07 | Gatewood | Select/evaluate materials concerning Dr. Brody's testimony and analyze same relative to testimony addressing multiple issues outlined by T. Klapper. | 3.00 |
| 08/23/07 | Klapper | Review new set of trial exhibits forwarded by outside counsel for possible use during upcoming depositions. | 5.70 |
| 08/23/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 2.20 |
| 08/24/07 | Cameron | Follow-up e-mails regarding expert deposition (0.5); review materials from reports (0.9). | 1.40 |
| 08/24/07 | Gatewood | Examine/analyze documents/articles/transcripts regarding Dr. Brody's testimony (3.5); evaluate key issues and provide summary analysis to T. Klapper regarding same (1.5). | 5.00 |
| 08/24/07 | Klapper | Begin review of past depositions of new expert to be deposed. | 4.80 |
| 08/24/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 4.30 |
| 08/25/07 | Klapper | Review recently received reliance materials for one of PI experts. | 2.00 |
| 08/26/07 | Cameron | Review materials for expert deposition (i.e., Lee and Longo). | 1.10 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
September 27, 2007

Invoice Number 1600153
Page   5

| Date | Name | | Hours |
|------|------|---|-------|

| 08/26/07 | Klapper | Continue review of recently received reliance materials for one of PI experts. | 5.30 |
| 08/28/07 | Klapper | Prepare for and prep expert for upcoming deposition. | 8.30 |
| 08/29/07 | Cameron | Review deposition scheduling issues. | .60 |
| 08/29/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 7.30 |
| 08/30/07 | Klapper | Continue work on deposition outlines for various expert witnesses. | 5.20 |
| 08/31/07 | Ament | E-mails re: agenda relating to 9/10/07 hearing. | .20 |
| 08/31/07 | Klapper | Finish initial draft of deposition outlines for 2 experts. | 5.20 |

TOTAL HOURS   162.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 14.60 | at $ | 575.00 | = | 8,395.00 |
| Douglas E. Cameron | 22.70 | at $ | 570.00 | = | 12,939.00 |
| Antony B. Klapper | 114.80 | at $ | 520.00 | = | 59,696.00 |
| Carol J. Gatewood | 9.50 | at $ | 385.00 | = | 3,657.50 |
| John B. Lord | 0.60 | at $ | 210.00 | = | 126.00 |
| Maureen L. Atkinson | 0.40 | at $ | 190.00 | = | 76.00 |
| Sharon A. Ament | 0.20 | at $ | 145.00 | = | 29.00 |

CURRENT FEES                                84,918.50

TOTAL BALANCE DUE UPON RECEIPT        $84,918.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number     1600154
5400 Broken Sound Blvd., N.W.        Invoice Date       09/27/07
Boca Raton, FL 33487                 Client Number       172573

================================================================================

Re:  W. R. Grace & Co.


(60027)  Travel-Nonworking

        Fees                          2,571.50
        Expenses                          0.00

                TOTAL BALANCE DUE UPON RECEIPT        $2,571.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1600154 |
| Invoice Date | 09/27/07 |
| Client Number | 172573 |
| Matter Number | 60027 |

==========================================================================

Re:  (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 08/08/07 | Flatley | Non-working time during return from Philadelphia (one-half of total time). | 1.30 |
| 08/21/07 | Cameron | Non-working travel time from Pittsburgh to Chicago (one-half of total time). | 1.80 |
| 08/23/07 | Cameron | Non-working travel return from Chicago (one-half of total time). | 1.40 |
| | | | ------ |
| | | TOTAL HOURS | 4.50 |

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 1.30 | at $ | 575.00 | = | 747.50 |
| Douglas E. Cameron | 3.20 | at $ | 570.00 | = | 1,824.00 |
| | | | CURRENT FEES | | 2,571.50 |

```
                                        ------------
TOTAL BALANCE DUE UPON RECEIPT              $2,571.50
                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1600155
5400 Broken Sound Blvd., N.W.        Invoice Date        09/27/07
Boca Raton, FL 33487                 Client Number        172573

===============================================================================

Re:  W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          8,835.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $8,835.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1600155 |
| Invoice Date | 09/27/07 |
| Client Number | 172573 |
| Matter Number | 60028 |

================================================================================

Re:  (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 08/01/07 | Cameron | Follow-up from conference call. | .50 |
| 08/01/07 | Restivo | Situation review and status report. | 1.00 |
| 08/04/07 | Cameron | Review conference call summary materials (.40); review strategy outline (.70). | 1.10 |
| 08/06/07 | Cameron | Review conference call notes and legal research issues. | .70 |
| 08/08/07 | Flatley | E-mails and replies. | .10 |
| 08/10/07 | Cameron | Review materials for consultant work plan (0.5); review materials from K&E (0.3). | .80 |
| 08/12/07 | Cameron | Review materials for e-mail status report. | .70 |
| 08/13/07 | Cameron | Review multiple materials relating to ZAI decision (0.8); e-mails regarding same (0.4). | 1.20 |
| 08/13/07 | Flatley | Review and comment on J. Restivo draft. | .20 |
| 08/13/07 | Restivo | Communications re: allocation of research work between RS and K&E. | .80 |
| 08/14/07 | Cameron | Review J. Restivo summary of issues (0.4); review consultant work plan (0.7). | 1.10 |

172573 W. R. Grace & Co.                          Invoice Number  1600155
60028  ZAI Science Trial                          Page    2
September 27, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 08/16/07 | Cameron | Review work plan and issues for meeting. | .70 |
| 08/16/07 | Flatley | Call with R. Finke and follow-up. | .50 |
| 08/17/07 | Flatley | Planning and begin preparing for New York City meeting on September 7. | .30 |
| 08/18/07 | Cameron | Attention to e-mails regarding meeting with consultant. | .60 |
| 08/20/07 | Restivo | Strategy meeting and status update. | 1.00 |
| 08/21/07 | Restivo | Telephone calls and emails re: ZAI Status Report for 8/29 Omnibus. | 1.00 |
| 08/22/07 | Restivo | Research prior legal memo re: open issues. | .50 |
| 08/24/07 | Cameron | Review materials relating to consultant work plan. | .80 |
| 08/26/07 | Cameron | Review materials relating to legal research issues (0.8); review work plan (0.6). | 1.40 |

```
                                                      ------
                                    TOTAL HOURS        15.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 4.30 | at $ | 635.00 | = | 2,730.50 |
| Lawrence E. Flatley | 1.10 | at $ | 575.00 | = | 632.50 |
| Douglas E. Cameron | 9.60 | at $ | 570.00 | = | 5,472.00 |

```
                         CURRENT FEES                      8,835.00


                                                      ------------
           TOTAL BALANCE DUE UPON RECEIPT               $8,835.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1600156
5400 Broken Sound Blvd., N.W.        Invoice Date      09/27/07
Boca Raton, FL 33487                 Client Number      172573


================================================================================

Re:  W. R. Grace & Co.


(60029)  Fee Applications-Applicant

          Fees                        6,459.00
          Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $6,459.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1600156
5400 Broken Sound Blvd., N.W.                  Invoice Date      09/27/07
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60029

=============================================================================

Re:  (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 08/05/07 | Ament | Begin calculating fees and expenses for 25th quarterly fee application. | 2.00 |
| 08/06/07 | Ament | Continue calculating fees and expenses for 25th quarterly fee application (1.0); prepare spreadsheet re: same (1.0); continue drafting narrative and summary for same (.50); respond to e-mail from J. Lord re: quarterly fee application (.10). | 2.60 |
| 08/07/07 | Ament | Continue calculating fees and expenses for 25th quarterly fee application (.80); continue preparation of spreadsheet re: same (.50); revisions to narrative and summary re: same (.30); provide same to A. Muha (.10); finalize narrative and summary (.20); e-mail same to J. Lord for filing (.10). | 2.00 |
| 08/07/07 | Lord | Review and revise Reed Smith 25th quarterly fee application (.8); research docket and draft notice for same (.4). | 1.20 |
| 08/07/07 | Muha | Final review and revisions to 25th Quarterly Fee Application materials. | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1600156
60029  Fee Applications-Applicant                 Page    2
September 27, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 08/07/07 | Sullivan | Assist S. Ament with calculations for spreadsheet relating to 25th quarterly fee application. | 1.30 |
| 08/08/07 | Lord | Continue to prepare Reed Smith's 25th quarterly fee application for e-filing and service. | .40 |
| 08/10/07 | Lord | Revise, e-file and perfect service of Reed Smith 25th quarterly fee application (1.0); e-file and perfect service of CNO to Reed Smith 24th quarterly fee application (.2). | 1.20 |
| 08/11/07 | Cameron | Review fee application materials. | 1.00 |
| 08/15/07 | Muha | Work on revisions to fee and expense detail for July 2007 monthly fee application. | 1.30 |
| 08/16/07 | Muha | Continue revisions to fee and expense detail for July 2007. | .20 |
| 08/17/07 | Muha | Multiple e-mails and meetings re: preparation of July fee application (0.3); continue review and revisions to fee and expense detail and research of expense entries to expand explanations given on invoices (2.6). | 2.90 |
| 08/27/07 | Lankford | Scan, e-file and perfect service of CNO re: RS's 72nd Monthly Fee Application. | .40 |
| 08/27/07 | Lord | Research docket and draft CNO for June fee application (.4); e-file and perfect service for same (.3); correspondence to R. Finke re: same (.1). | .70 |
| 08/27/07 | Muha | Continue review and revisions to July fee and expense detail, including research and review of various timekeepers' expense reports to add detail to expense entries and e-mails to timekeepers/assistants re: same. | 2.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1600156
60029  Fee Applications-Applicant           Page    3
September 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/28/07 | Ament | Attend to issues re: consultant expenses (.20); various e-mails and telephone calls with A. Muha re: same (.10); respond to e-mail from J. Lord re: July monthly fee application (.10); review invoices and begin spreadsheet re: July monthly fee application (.30). | .70 |
| 08/28/07 | Lord | E-mail with S. Ament re: July fee application status. | .10 |
| 08/28/07 | Muha | Attend to issues re: July fee application. | .20 |
| 08/29/07 | Ament | Begin drafting July monthly fee application. | .50 |
| 08/30/07 | Ament | Calculate fees and expenses for 73rd monthly fee application (1.0); create spreadsheet for same (.50); continue drafting fee application (.50); provide same to A. Muha for review (.10); meet with A. Muha re: same (.10); revisions to same (.20); finalize and e-mail fee application and fee and expense detail to J. Lord for DE filing (.20). | 2.60 |
| 08/30/07 | Lord | Review, revise & e-file Reed Smith July monthly fee application. | 1.40 |
| 08/30/07 | Muha | Make final review and revisions to summary form for July 2007 monthly fee application. | .90 |

```
                                                    ------
                                    TOTAL HOURS     27.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 1.00 | at $ | 570.00 | = | 570.00 |
| Andrew J. Muha | 9.20 | at $ | 350.00 | = | 3,220.00 |
| John B. Lord | 5.00 | at $ | 210.00 | = | 1,050.00 |
| Sharon A. Ament | 10.40 | at $ | 145.00 | = | 1,508.00 |
| Linda Sullivan | 1.30 | at $ | 50.00 | = | 65.00 |
| Lisa Lankford | 0.40 | at $ | 115.00 | = | 46.00 |

```
                        CURRENT FEES                        6,459.00
```

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
September 27, 2007

Invoice Number   1600156
Page    4

```
                                                      ------------
          TOTAL BALANCE DUE UPON RECEIPT                $6,459.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1600157
One Town Center Road                     Invoice Date      09/27/07
Boca Raton, FL    33486                  Client Number        172573


================================================================================

Re:  W. R. Grace & Co.


(60030)  Hearings

        Fees                            11,107.00
        Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $11,107.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number      1600157
One Town Center Road                  Invoice Date      09/27/07
Boca Raton, FL    33486               Client Number       172573
                                      Matter Number        60030


=============================================================================

Re:  (60030)  Hearings


FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 08/01/07 | Ament | Continue to assist K&E with hearing preparation (2.0); various e-mails and meetings with M. Rosenberg re: same (.90); telephone call to Judge Fitzgerald's office per D. Bernick request (.10). | 3.00 |
| 08/01/07 | Restivo | Court hearing in Pittsburgh on property damage matter. | 1.00 |
| 08/24/07 | Cameron | Attention to issues for omnibus hearing. | .70 |
| 08/25/07 | Cameron | Begin to prepare outline for omnibus hearing regarding Canadian limitations period. | .90 |
| 08/26/07 | Cameron | Continued revisions to outline for omnibus hearing (1.4); review materials for agenda (0.4). | 1.80 |
| 08/27/07 | Ament | Various e-mails and telephone calls to assist K&E with hearing preparation for 8/29/07 and Oct. hearings. | 1.00 |
| 08/27/07 | Cameron | Prepare materials for August 29 omnibus hearing (1.9); review prior hearing transcripts regarding same (1.3); review draft agenda (0.2). | 3.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1600157
60030 Hearings                              Page    2
September 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/28/07 | Ament | Various e-mails, telephone calls and meetings to assist K&E with hearing preparation for 8/29/07 hearing. | 1.00 |
| 08/28/07 | Cameron | Prepare for (1.2) and meet with J. Restivo regarding hearing preparation (1.0); review and revise outline for hearing (0.9); telephone call with R. Finke regarding same (0.3); multiple e-mails regarding same (0.9). | 4.30 |
| 08/29/07 | Ament | Assist K&E with hearing preparation. | 1.50 |
| 08/29/07 | Cameron | Attention to issues for hearing (1.0); meet with J. Restivo regarding same (0.3); multiple e-mails and calls regarding same (0.9). | 2.20 |
| 08/29/07 | Restivo | Participate in omnibus hearing. | 3.00 |
| 08/30/07 | Ament | Telephone call to R. Baker re: Sept. 27 & 28, 2007 court dates (.10); meet with T. Rea re: same (.20). | .30 |

```
                                                          ------
                                        TOTAL HOURS        24.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 4.00 | at $ | 635.00 | = | 2,540.00 |
| Douglas E. Cameron | 13.30 | at $ | 570.00 | = | 7,581.00 |
| Sharon A. Ament | 6.80 | at $ | 145.00 | = | 986.00 |

```
                        CURRENT FEES                      11,107.00


                                                        ------------
            TOTAL BALANCE DUE UPON RECEIPT               $11,107.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1600158
One Town Center Road                      Invoice Date      09/27/07
Boca Raton, FL    33486                   Client Number       172573



================================================================================

Re:  W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              193,712.50
         Expenses                               0.00

                     TOTAL BALANCE DUE UPON RECEIPT       $193,712.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1600158 |
| Invoice Date | 09/27/07 |
| Client Number | 172573 |
| Matter Number | 60033 |

===========================================================================

Re:  (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/07 | Ament | Assist team with various issues relating to Pacific Freeholds (0.50); various e-mails and meetings with team re: same (0.50); continue compiling deposition designations re: same (2.0). | 3.00 |
| 08/01/07 | Aten | Continue to work on issues relating to Pacific Freeholds. | 4.70 |
| 08/01/07 | Cameron | Attention to draft materials relating to Pacific Freeholds (1.9); multiple e-mails regarding same (0.9); attend to scheduling issues (0.4); review Canadian claim product ID materials (1.5); review statute of limitations materials (1.3). | 6.00 |
| 08/01/07 | Flatley | E-mails and replies (0.2); review various materials for the September 6-7 pretrial filings (2.8); call with W. Sparks re: meeting plans (0.1); reviewing materials in light of postponement (0.7); call with R. Aten (0.1); call with R. Senftleben (0.2). | 4.10 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page    2

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/07 | Garlitz | Continue compilation of deposition designations re: Pacific Freeholds (5.2); conference and e-mail correspondence with S. Ament and R. Aten regarding same (0.7). | 5.90 |
| 08/01/07 | Gatewood | Continue to prepare analysis/evaluation of corporate sale/purchase of Pine Street and identify/select exhibits for use at hearing (7.0); drafting memorandum and designations (1.5). | 8.50 |
| 08/01/07 | Himmel | Work to finalize draft trial brief and research caselaw for same. | 6.50 |
| 08/01/07 | Maines | Revise summary of BOE documents to include greater detail. | 1.90 |
| 08/01/07 | Rea | Finalization and service of discovery responses (0.5); analysis of remaining claims per client request (0.6). | 1.10 |
| 08/01/07 | Restivo | Review and analyze overall PD claims strategy and prepare status report re: same. | 4.50 |
| 08/02/07 | Ament | Assist team with various issues relating to Pacific Freeholds (0.30); various e-mails and meetings with team re: same (0.20). | .50 |
| 08/02/07 | Aten | Conference with L. Flatley re: remaining tasks for Pacific Freeholds (0.4); continue to prepare materials for Pacific Freeholds hearing (1.0). | 1.40 |
| 08/02/07 | Cameron | Meet with J. Restivo regarding Canadian claims issues (0.7); attention to follow-up for Pacific Freeholds issues and review preparation materials (1.4); attention to Canadian expert issues (1.1). | 3.20 |

172573 W. R. Grace & Co.                        Invoice Number  1600158
60033  Claim Analysis Objection Resolution      Page   3
       & Estimation (Asbestos)
September 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 08/02/07 | Flatley | E-mails re: declaration (0.1); calls with W. Sparks and witnesses to confirm meeting (0.5); preparation for August 7 meeting (0.4); with R. Aten re: deadlines and follow-up (0.3). | 1.30 |
| 08/02/07 | Garlitz | Continue compilation of deposition designations re: Pacific Freeholds (4.9); review of e-mail correspondence from team regarding assignments (0.2). | 5.10 |
| 08/02/07 | Gatewood | Finalize analysis/evaluation of corporate sale/purchase of Pine Street and identify/select exhibits for use at hearing (6.0); drafting memorandum and designations (2.2). | 8.20 |
| 08/02/07 | Himmel | Draft trial brief. | 5.00 |
| 08/02/07 | Rea | Review of to-do list. | .10 |
| 08/02/07 | Restivo | Telephone conference with and correspondence to D. Speights (2.0); telephone calls with R. Beber, D. Cameron, et al. (1.0); P.D. planning (1.9). | 4.90 |
| 08/03/07 | Ament | Assist team with various issues relating to Pacific Freeholds (0.40); e-mails with team re: same (0.10); continue compiling deposition designations re: Pacific Freeholds (4.0). | 4.50 |
| 08/03/07 | Cameron | Review draft trial preparation materials related to Pacific Freeholds (1.1); review comments to expert report for Canada (0.9); finalize letter to counsel for Canadian claimants (0.8); review materials for deposition preparation (0.9). | 3.70 |
| 08/03/07 | Gatewood | Prepare/select deposition designations and hearing exhibits. | 7.50 |

172573 W. R. Grace & Co.                           Invoice Number  1600158
60033  Claim Analysis Objection Resolution         Page    4
       & Estimation (Asbestos)
September 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 08/03/07 | Himmel | Draft trial brief. | 1.30 |
| 08/03/07 | Rea | Review of Court Orders (0.1); analysis of remaining property damage claims (0.3); attention to expert depositions (0.5). | .90 |
| 08/05/07 | Restivo | Review draft of motion for duplicate claims. | .40 |
| 08/06/07 | Ament | Assist team with various issues relating to Pacific Freehold (0.50); various e-mails with team re: same (0.20); various e-mails and telephone calls to coordinate logistics of J. Irvine deposition in Chicago per D. Cameron request (0.30); prepare for and attend team status meeting (0.70). | 1.70 |
| 08/06/07 | Aten | Attend property damage team meeting (0.7); continue to work on Pacific Freeholds related matters (3.5). | 4.20 |
| 08/06/07 | Aten | | 3.50 |
| 08/06/07 | Cameron | Prepare for (0.50); and attend weekly team meeting (0.80); review materials from L. Flatley re: Pacific Freeholds (0.80); attention to summary/strategy memo (0.60); review Hyatt claims file materials (0.60); review memo and emails re: Canadian claims (0.70); review email re: discovery issues (0.60). | 4.60 |
| 08/06/07 | Flatley | E-mails and correspondence (0.3); team meeting and follow-up (1.3). | 1.60 |
| 08/06/07 | Himmel | Continue work to finalize draft trial brief. | 2.20 |
| 08/06/07 | Rea | Team meeting (1.0); analysis of remaining claims (1.9). | 2.90 |
| 08/06/07 | Restivo | Planning meeting and status update and receipt/review of new material. | 3.00 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page   5

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 08/07/07 | Ament | Assist team with various issues relating to Pacific Freeholds (0.50); various e-mails and meetings with team re: same (0.50); continue compilation of deposition designations re: Pacific Freeholds (1.50). | 2.50 |
| 08/07/07 | Aten | Continue to work on issues relating to Pacific Freeholds. | 2.80 |
| 08/07/07 | Cameron | Attention to product ID issues for Canadian claims (1.40); review Canadian claims limitations period materials (1.80); multiple e-mails regarding same (0.60). | 3.80 |
| 08/07/07 | Himmel | Draft trial brief and conference with R. Aten regarding same. | 1.70 |
| 08/07/07 | Rea | Drafting Court Order (0.4); preparation for expert deposition (5.0). | 5.40 |
| 08/07/07 | Restivo | Canadian summary judgment issues (0.50); review Grace Agenda (0.50). | 1.00 |
| 08/08/07 | Ament | Assist team with various issues relating to Pacific Freeholds (0.40); various e-mails with team re: same (0.10); continue compilation of deposition designations re: Pacific Freeholds (3.50); meet with M. Garlitz re: same (0.10). | 4.10 |
| 08/08/07 | Aten | Continue to work on Pacific Freeholds related issues. | .40 |
| 08/08/07 | Cameron | Review materials for limitations period expert depositions (0.90); e-mails regarding open issues (0.90); review scheduling issues (0.30). | 2.10 |
| 08/08/07 | Flatley | E-mails and replies (0.2); review M. Garrison memo and outline follow-up (0.7); call with R. Aten re: status (0.2). | 1.10 |

172573 W. R. Grace & Co.                          Invoice Number  1600158
60033  Claim Analysis Objection Resolution        Page    6
       & Estimation (Asbestos)
September 27, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 08/08/07 | Garlitz | Compilation of deposition designations re: Pacific Freeholds (1.9); review of e-mail correspondence from team regarding assignments (0.30). | 2.20 |
| 08/08/07 | Himmel | Draft trial brief and send e-mail to L. Flatley regarding same | .90 |
| 08/08/07 | Rea | Preparation for expert deposition. | 3.10 |
| 08/09/07 | Ament | Continue compilation of deposition designations re: Pacific Freeholds (3.50); meet with M. Garlitz re: same (0.10); assist team with various issues relating to Pacific Freeholds (0.30); various e-mails and meetings with team re: same (0.20). | 4.10 |
| 08/09/07 | Aten | Continue to work on issues related to Pacific Freeholds. | 2.10 |
| 08/09/07 | Cameron | Prepare for (1.20) and participate in call with consultant regarding Canadian limitations period issues (0.90); review correspondence with D. Speights regarding open issues (0.80); review draft outline for deposition (0.90); review draft scheduling order (0.30). | 4.10 |
| 08/09/07 | Flatley | Call with W. Sparks (0.2); e-mails re: status (0.2). | .40 |
| 08/09/07 | Garlitz | Compilation of deposition designations re: Pacific Freeholds (4.7); conference with R. Aten and S. Ament regarding same (0.30). | 5.00 |
| 08/09/07 | Maines | Complete revisions on document summaries (3.1); discuss same with R. Aten (0.3) | 3.40 |
| 08/09/07 | Rea | Preparation for expert deposition. | 5.50 |
| 08/09/07 | Restivo | Correspondence with K&E (0.50); receipt and review of new materials (1.0). | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1600158
60033  Claim Analysis Objection Resolution        Page    7
       & Estimation (Asbestos)
September 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|

08/10/07 Ament     Assist team with various issues         .30
                   relating to Pacific Freeholds
                   (0.20); e-mails with team re: same
                   (0.10).

08/10/07 Aten      Continue to work on materials re:       3.70
                   Pacific Freeholds.

08/10/07 Cameron   Deposition preparation (5.2);           7.10
                   attention to product ID issues
                   (0.9); review State of California
                   pleading and comment (0.3);
                   telephone call with Canadian
                   counsel and expert (0.7).

08/10/07 Garlitz   Compilation of deposition               3.20
                   designations re: Pacific Freeholds
                   (3.0); conference with R. Aten
                   regarding same (0.20).

08/10/07 Rea       Preparation for expert deposition       3.20
                   (2.9); review of Department of
                   General Services opposition to
                   motion to amend order (0.3).

08/11/07 Cameron   Continue deposition preparation.        3.50

08/12/07 Cameron   Continue deposition preparation         3.20
                   (2.8); review scheduling order and
                   e-mails (0.3); review remaining
                   claims materials (0.1).

08/13/07 Aten      PD team meeting (0.9); continue to      2.50
                   work on issues relating to Pacific
                   Freeholds (1.6).

08/13/07 Cameron   Follow-up review of materials and       4.90
                   e-mails relating to cancelled
                   expert deposition (0.9); prepare
                   for (0.7) and attend weekly team
                   meeting regarding open issues
                   (1.1); telephone call with R.
                   Finke regarding open issues (0.6);
                   review claims files regarding
                   supplementation materials and
                   possible amendments to objections
                   (1.2); review materials relating
                   to settlements (0.4).

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
    & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page    8

| Date | Name | | Hours |
|------|------|--|-------|
| 08/13/07 | Flatley | With D. Cameron and follow-up (0.4); team meeting and follow-up (1.0); R. Senftleben e-mail and reply (0.1). | 1.50 |
| 08/13/07 | Gatewood | Revise/edit deposition designation and exhibit lists (5.5); communicate with R. Aten concerning same (0.5) | 6.00 |
| 08/13/07 | Himmel | Review draft exhibit list for Pacific Freeholds trial (0.7); draft trial brief for same (0.8); conference with R. Aten regarding exhibit list (0.3). | 1.80 |
| 08/13/07 | Rea | Team meeting (1.0); preparation for team meeting (0.7); e-mails re: motions and court orders (0.2); analysis of remaining property damage claims (1.0). | 2.90 |
| 08/13/07 | Restivo | Prepare for and strategy planning meeting (2.0); emails with J. Baer, et al. (0.5). | 2.50 |
| 08/14/07 | Aten | Continue to work on issues relating to Pacific Freeholds PD claims. | .40 |
| 08/14/07 | Cameron | Analyze supplemental claim documentation and memos regarding same (2.7); review materials for Canadian motion for summary judgment and expert deposition (1.4); attention to issues relating to product ID objections for Canadian claims (0.9); attention to PD claim settlements (0.4). | 5.40 |
| 08/14/07 | Garlitz | Review and summaries of PD claims for D. Cameron (0.70); conference with R. Aten re: same (0.20). | .90 |
| 08/14/07 | Rea | Evaluation of remaining property damage claims. | 3.50 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page   9

| Date | Name | | Hours |
|------|------|------|------|
| 08/14/07 | Restivo | P.D. files review (1.5); update status report (0.5). | 2.00 |
| 08/15/07 | Cameron | Review e-mails regarding product ID analysis (0.7); attention to summary judgment argument issues (0.6); attention to expert deposition preparation (0.7); review and revise motion to amend objections (0.4); review materials regarding remaining claims not subject to motion for summary judgment (0.4). | 2.80 |
| 08/15/07 | Flatley | Review issues and with D. Cameron and J. Restivo (0.6); e-mails and replies (0.2). | .80 |
| 08/15/07 | Garlitz | Review and summaries of PD claims for D. Cameron. | .40 |
| 08/15/07 | Rea | Preparation for expert deposition (1.7); review of revised to do list (0.1); e-mails re: amended objections (0.2). | 2.00 |
| 08/15/07 | Restivo | Review, organize and analyze materials re: remaining P.D. claims (3.0); status report update on all open issues (1.5). | 4.50 |
| 08/16/07 | Aten | Miscellaneous matters re: medical experts. | 1.40 |
| 08/16/07 | Cameron | Attention to scheduling for Canadian expert deposition (0.4); review outline of issues/questions for deposition (0.9); e-mails regarding same (0.3); review product ID materials and expert analysis (0.7); review amended objections (0.3). | 2.60 |
| 08/16/07 | Flatley | E-mails from/to medical expert. | .20 |
| 08/16/07 | Garlitz | Review and summaries of PD claims for D. Cameron (0.3); compilation of deposition designations (1.7); e-mail correspondence with R. Aten regarding same (0.20) | 2.20 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
     & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page  10

| Date | Name | | Hours |
|------|------|---|-------|
| 08/16/07 | Rea | Attention to Amended Objections. | .20 |
| 08/16/07 | Restivo | Revise work plan re:  P.D. cases. | 1.00 |
| 08/17/07 | Aten | Miscellaneous matters relating to medical experts (0.1); continue to work on matters related to hearing (1.20). | 1.30 |
| 08/17/07 | Cameron | Attention to Canadian expert deposition issues (0.5); review product ID materials (0.7). | 1.20 |
| 08/17/07 | Flatley | E-mails and replies on various issues (0.5); calls and messages re: medical expert issues (1.0). | 1.50 |
| 08/17/07 | Garlitz | Review and summaries of PD claims for D. Cameron (0.30); e-mail with S. Ament re: same (0.20). | .50 |
| 08/17/07 | Rea | Revisions, filing and service of Irvine notice of deposition. | .50 |
| 08/18/07 | Cameron | Review of materials for expert deposition. | 1.70 |
| 08/19/07 | Cameron | Prepare for weekly meeting (0.6); review expert report and outline for deposition (1.8); attention to issues for remaining claims (0.7). | 3.10 |
| 08/20/07 | Ament | Prepare for and attend team status meeting (1.0); assist team with various issues relating to PD claims (0.20); meet with T. Rea re: Ogilvy Renault document production and provide CD-Rom re: same to T. Rea per request (0.10). | 1.30 |
| 08/20/07 | Aten | PD Team meeting (0.9); miscellaneous matters regarding medical expert (0.5). | 1.40 |
| 08/20/07 | Cameron | Prepare for (1.1) and attend team meeting relating to PD, PI and ZAI issues (1.2); deposition preparation (2.9); attend to open issues regarding product ID and | 6.10 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page  11

| Date | Name | | Hours |
| --- | --- | --- | --- |
| | | Statute of Limitations issues (0.9). | |
| 08/20/07 | Flatley | Preparation for team meeting (1.6); team meeting and follow-up with J. Restivo and D. Cameron (1.7). | 3.30 |
| 08/20/07 | Garlitz | E-mail correspondence with S. Ament regarding PD claims. | .30 |
| 08/20/07 | Rea | Preparation for team meeting (0.3); attend team meeting (1.0); attention to issues related to Canadian claims (1.8). | 3.10 |
| 08/20/07 | Restivo | Strategy meeting (1.1); status update (0.6). | 1.70 |
| 08/21/07 | Ament | Assist T. Rea with various issues relating to PD claims (0.70); various e-mails and meetings with T. Rea re: same (0.30); e-mails re: J. Irvine deposition (0.10). | 1.10 |
| 08/21/07 | Atkinson | Review Grace file contents reports to request from storage pleadings files containing Grace trial briefs and motions in limine. | .80 |
| 08/21/07 | Cameron | Prepare for expert deposition (7.3); review product ID materials and e-mails regarding same (0.7); review summary judgment briefs and case law (0.9). | 8.90 |
| 08/21/07 | Himmel | Review file materials regarding Pacific Freeholds claim. | .20 |
| 08/21/07 | Rea | Preparation for expert deposition (1.5); attention to issues relating to Canadian claims (1.5); analysis of remaining claims (0.8). | 3.80 |
| 08/21/07 | Restivo | Update status report (1.0); update status of eight Speights' claims in preparation for negotiations (0.5); correspondence with Baer, Finke and Cameron (0.5). | 2.00 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
    & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page  12

| Date | Name | | Hours |
|------|------|---|-------|
| 08/22/07 | Ament | Assist team with various issues relating to PD claims (0.20); e-mails with team re: same (0.10). | .30 |
| 08/22/07 | Aten | Conference with L. Flatley re: medical expert issues and outstanding issues re: Pacific Freeholds hearing. | .30 |
| 08/22/07 | Atkinson | Per T. Rea's request, review cases files for briefs and motions in limine. | .90 |
| 08/22/07 | Cameron | Prepare for (2.7) and take deposition of claimants' expert, Professor Irvine (6.8); follow-up e-mails and telephone call from deposition (1.4). | 10.90 |
| 08/22/07 | Flatley | E-mails and replies (0.2); review status and bankruptcy court agenda (0.4); review "to do" list and call with R. Aten re: status (0.6). | 1.20 |
| 08/22/07 | Rea | Attention to expert deposition (4.1); research regarding remaining claims (1.4). | 5.50 |
| 08/22/07 | Restivo | Work on remaining claim issues. | 1.90 |
| 08/23/07 | Ament | Assist team with various issues relating to PD claims (0.10); e-mails with team re: same (0.10); e-mails re: 9/10/07 hearing (0.10). | .30 |
| 08/23/07 | Cameron | Review notes from deposition and prepare summary of issues (1.9); meetings, calls and e-mails regarding same (0.8); review materials relating to Canadian claims and negotiations (0.8); review Canadian claims file and e-mail regarding same (1.1). | 4.60 |
| 08/23/07 | Rea | Follow-up from expert deposition (0.6); research re: remaining property damage claims (1.0). | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  1600158
60033  Claim Analysis Objection Resolution        Page  13
       & Estimation (Asbestos)
September 27, 2007


        Date    Name                                                  Hours
     --------  -----------                                            -----

     08/23/07  Restivo        Address issues on status list            1.50
                              (0.30); attend to Speights'
                              remaining claims (0.50); review
                              agenda for Omnibus (0.40);
                              telephone calls with D. Cameron
                              (0.30).

     08/24/07  Ament          Assist team with various issues           .40
                              relating to PD claims (0.10);
                              e-mails with team re: same (0.10);
                              telephone call to Judge
                              Fitzgerald's office re: hearing
                              binders for 9/10/07 hearing
                              relating to summary judgment
                              motions (0.10); e-mail to D.
                              Cameron re: same (0.10).

     08/24/07  Cameron        Prepare for (0.5) and participate        4.90
                              in call with J. Restivo and T. Rea
                              regarding Canadian claims issues
                              (0.9); multiple telephone calls
                              with R. Hayley regarding same
                              (0.4); multiple e-mails regarding
                              same (0.7); revise transcript of
                              Irvine deposition and e-mails
                              regarding same (1.7); telephone
                              call with R. Finke regarding
                              multiple issues relating to PD
                              claims (0.4); e-mail to claimants
                              counsel (0.3).

     08/24/07  Rea            Team meeting re: Canadian summary        7.00
                              judgment motion (1.5); reviewed
                              Canadian material for supplemental
                              submission (5.5).

     08/24/07  Restivo        Telephone conference with T. Rea        1.00
                              and D. Cameron re:  Canada.

     08/25/07  Cameron        Attention to materials for              2.10
                              Canadian summary judgment motion
                              (1.5); review materials relating
                              to deposition (0.6).

     08/27/07  Ament          Prepare for and attend team status      2.80
                              meeting (0.80); assist team with
                              various issues relating to PD
                              claims (1.0); various e-mails and
                              meetings re: same (0.50);
                              telephone call to Judge

172573 W. R. Grace & Co.            Invoice Number   1600158
60033  Claim Analysis Objection Resolution     Page   14
     & Estimation (Asbestos)
September 27, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| | | Fitzgerald's office re: agenda for 9/10/07 hearing (0.10); various e-mails and meetings with team re: same (0.20); various e-mails with J. O'Neill re: same (0.20). | |
| 08/27/07 | Aten | Review/conducted case law research on issues re: hearing. | .60 |
| 08/27/07 | Atkinson | Review Grace cases file contents reports for jury instructions. | .60 |
| 08/27/07 | Cameron | Prepare for (0.6) and attend weekly strategy meeting (0.8); prepare and revise outline for issues relating to Canadian limitation period issues (1.9); review materials for continued deposition (1.7); multiple e-mails regarding same (0.8). | 5.80 |
| 08/27/07 | Flatley | Review status in preparation for meeting (0.5); team meeting and follow-up with J. Restivo and D. Cameron (1.0); e-mails and replies re: document issues (0.4). | 1.90 |
| 08/27/07 | Rea | Team meeting (0.7); preparation for team meeting (0.3); attention to issues relating to Canadian claims (5.9). | 6.90 |
| 08/27/07 | Restivo | Planning meeting (1.0); emails with K&E (0.50); telephone calls with Speights (0.20); meeting with Cameron (0.30). | 2.00 |
| 08/28/07 | Ament | Assist team with various issues relating to PD claims (0.70); various e-mails and meetings with team re: same (0.30); hand deliver preliminary agenda re: 9/10/07 hearing to Judge Fitzgerald per J. O'Neill request (0.10); e-mails with J. O'Neill re: same (0.10); e-mails re: change of hearing time for 8/29/07 (0.20). | 1.40 |

172573 W. R. Grace & Co.                        Invoice Number  1600158
60033  Claim Analysis Objection Resolution      Page  15
      & Estimation (Asbestos)
September 27, 2007


      Date   Name                                                Hours
   -------- -----------                                          -----

   08/28/07 Aten          Conduct research re evidentiary         2.80
                          issue.

   08/28/07 Atkinson      Review additional case files re:        1.00
                          Jury Instructions, per T. Rea
                          request.

   08/28/07 Cameron       Multiple e-mails and telephone          5.90
                          calls regarding Canadian
                          limitations law expert depositions
                          (0.9); revise chronology and
                          summary regarding same (0.9);
                          review materials relating to Mew
                          report and deposition (0.8);
                          review claims file materials for
                          Canadian claims (1.1); review new
                          expert report and comment (0.9);
                          prepare outline of deposition
                          questions (1.3).

   08/28/07 Flatley       E-mails and replies.                     .10

   08/28/07 Rea           Preparation for Omnibus Hearing         3.00
                          (1.7); attention to issues
                          regarding Canadian property damage
                          claims (1.3).

   08/28/07 Restivo       Preparation for Omnibus Hearing         4.50
                          including communications with K&E
                          and Speights, et. al.

   08/29/07 Ament         Assist J. Restivo with hearing          3.20
                          preparation (1.0); assist team
                          with various issues relating to PD
                          claims (0.70); various e-mails and
                          meetings with team re: same
                          (0.30); prepare for and attend
                          portion of hearing (1.20).

   08/29/07 Aten          Prepare for and participate in          1.60
                          conference with L. Flatley re:
                          medical issues.

   08/29/07 Cameron       Prepare for and participate in          4.40
                          numerous calls relating to
                          Canadian claims and limitations
                          period issues (1.2); multiple
                          e-mails regarding same (0.9);
                          attention to expert deposition
                          issues (1.1); review prior

172573 W. R. Grace & Co.                        Invoice Number  1600158
60033  Claim Analysis Objection Resolution      Page  16
       & Estimation (Asbestos)
September 27, 2007


| Date | Name | | Hours |
|------|------|--|-------|
| | | deposition transcripts regarding Canadian limitations period issues (1.2). | |
| 08/29/07 | Flatley | E-mails and replies (0.4); review medical issues (1.0); with R. Aten re: various items, including expert medical issues (0.9); attendance at Omnibus hearing and follow-up (1.5). | 3.80 |
| 08/29/07 | Rea | Attend omnibus hearing (1.5); preparation for omnibus hearing (0.5); attention to issues relating to Canadian property damage claims (6.0). | 8.00 |
| 08/29/07 | Restivo | Prepare for Omnibus Hearing (2.0); meeting with client and co-counsel (1.0); telephone conference with D. Speights (0.80); emails and telephone calls regarding same (0.70). | 4.50 |
| 08/30/07 | Ament | Assist team with various issues relating to PD claims (1.0); various e-mails and meetings re: same (0.30). | 1.30 |
| 08/30/07 | Cameron | Multiple e-mails and calls regarding deposition and briefing issues (1.8); review draft outline regarding summary judgment supplemental papers (0.8); review prior briefs (0.6). | 3.20 |
| 08/30/07 | Flatley | E-mails from/to R. Aten about witness declaration issue. | .20 |
| 08/30/07 | Rea | Attention to expert deposition and supplemental Canadian submission. | 9.60 |
| 08/30/07 | Restivo | Negotiations with Speights, K&E, Court personnel, et al. re: appeal of No-Authority Order (2.0); attend to issues re: deposition of Irvine and related matters (2.5). | 4.50 |

172573  W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
      & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600158
Page  17

| Date | Name | | Hours |
|------|------|--|-------|
| 08/31/07 | Ament | Assist team with various issues relating to PD claims (0.70); various e-mails and meetings re: same (0.30). | 1.00 |
| 08/31/07 | Ament | Assist T. Rea with document production. | .80 |
| 08/31/07 | Cameron | Review draft supplemental brief regarding Canadian Summary Judgment (1.9); multiple e-mails regarding same (0.9); review prior briefs and record citations (1.2). | 4.00 |
| 08/31/07 | Flatley | With T. Rea re:  unresolved P.D. issues. | .10 |
| 08/31/07 | Rea | Drafted Supplemental Canadian Submission. | 9.20 |
| 08/31/07 | Restivo | Attention to issues re: document production (1.0); meeting with T. Rea (0.4); receipt and review of new e-mails, pleadings, correspondence (0.6). | 2.00 |

TOTAL HOURS    440.60

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 50.90 | at $ | 635.00 | = | 32,321.50 |
| Lawrence E. Flatley | 23.10 | at $ | 575.00 | = | 13,282.50 |
| Douglas E. Cameron | 123.80 | at $ | 570.00 | = | 70,566.00 |
| Traci Sands Rea | 89.00 | at $ | 400.00 | = | 35,600.00 |
| Brian T. Himmel | 19.60 | at $ | 400.00 | = | 7,840.00 |
| Carol J. Gatewood | 30.20 | at $ | 385.00 | = | 11,627.00 |
| Rebecca E. Aten | 35.10 | at $ | 295.00 | = | 10,354.50 |
| Laura A. Maines | 5.30 | at $ | 325.00 | = | 1,722.50 |
| Maureen L. Atkinson | 3.30 | at $ | 190.00 | = | 627.00 |
| Sharon A. Ament | 34.60 | at $ | 145.00 | = | 5,017.00 |
| Margaret A. Garlitz | 25.70 | at $ | 185.00 | = | 4,754.50 |

CURRENT FEES                     193,712.50


TOTAL BALANCE DUE UPON RECEIPT        $193,712.50
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      1600159
One Town Center Road                Invoice Date       09/27/07
Boca Raton, FL    33486             Client Number        172573



================================================================================

Re:  W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          34,201.50
        Expenses                           0.00

                     TOTAL BALANCE DUE UPON RECEIPT      $34,201.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1600159
One Town Center Road                    Invoice Date      09/27/07
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60035

==========================================================================

Re:  (60035)  Grand Jury Investigation


FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/07 | Cameron | Review expert witness materials. | 1.30 |
| 08/01/07 | Taylor-Payne | Review and organization of key governmental documents. | 1.20 |
| 08/02/07 | Taylor-Payne | Review and organization of key governmental documents. | 2.10 |
| 08/03/07 | Taylor-Payne | Review and organization of key governmental documents. | 1.80 |
| 08/06/07 | Cameron | Review expert materials. | 1.10 |
| 08/06/07 | Taylor-Payne | Review and organization of key governmental documents. | .60 |
| 08/07/07 | Taylor-Payne | Continue research and organization of key governmental records. | 1.80 |
| 08/08/07 | Taylor-Payne | Continue review and organization of key governmental documents. | 2.50 |
| 08/09/07 | Taylor-Payne | Continue review and organization of key governmental documents. | 3.80 |
| 08/10/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.80 |
| 08/13/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.40 |
| 08/14/07 | Sanner | Review and assessment of industry submissions to OSHA. | 5.90 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
September 27, 2007

Invoice Number  1600159
Page    2

| Date | Name | | Hours |
|------|------|------|-------|
| 08/14/07 | Taylor-Payne | Continue review and organization of key governmental documents. | .50 |
| 08/15/07 | Sanner | Continuing review of submissions to OSHA, re proposed rulemaking on regulation of nonasbestiform tremolite, actinolite and anthophyllite. | 5.50 |
| 08/16/07 | Cameron | Review materials for conference call. | .80 |
| 08/16/07 | Sanner | Analyze submissions to OSHA and email correspondence with G. Sitterson re same. | 4.60 |
| 08/17/07 | Cameron | Prepare for (1.2) and participate in conference call regarding expert witnesses (0.9). | 2.10 |
| 08/17/07 | Sanner | Conference with G. Sitterson re issues on developing outline (1.1); continue analysis of submissions to OSHA (1.2). | 2.30 |
| 08/20/07 | Cameron | Review e-mails regarding expert issues. | .40 |
| 08/20/07 | Sanner | Continue analysis of submissions to OSHA. | 4.40 |
| 08/20/07 | Taylor-Payne | Continue researching and compiling key governmental documents. | 3.70 |
| 08/21/07 | Sanner | Continue analysis of submissions to OSHA. | 6.20 |
| 08/23/07 | Sanner | Continue review and analysis of filings with OSHA. | 4.30 |
| 08/24/07 | Sanner | Continue analysis of submissions to OSHA. | 5.20 |
| 08/27/07 | Sanner | Continue work on review and analysis of OSHA submissions. | 4.60 |
| 08/28/07 | Sanner | Continue analysis of submissions to OSHA. | 6.90 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
September 27, 2007

Invoice Number  1600159
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 08/28/07 | Taylor-Payne | Continue researching and organizing key governmental documents. | .30 |
| 08/30/07 | Sanner | Continue analysis of submissions to OSHA. | 5.20 |
| 08/31/07 | Sanner | Continue analysis of submissions to OSHA. | 7.50 |
| | | TOTAL HOURS | 91.80 |

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 5.70 | at $ | 570.00 | = | 3,249.00 |
| Margaret L. Sanner | 62.60 | at $ | 425.00 | = | 26,605.00 |
| Jennifer L. Taylor-Payne | 23.50 | at $ | 185.00 | = | 4,347.50 |
| | CURRENT FEES | | | | 34,201.50 |

TOTAL BALANCE DUE UPON RECEIPT          $34,201.50