REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1600177
One Town Center Road                      Invoice Date      09/27/07
Boca Raton, FL    33486                   Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                     20,206.37

                    TOTAL BALANCE DUE UPON RECEIPT     $20,206.37
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1600177
One Town Center Road                    Invoice Date       09/27/07
Boca Raton, FL     33486                Client Number        172573
                                        Matter Number         60026

=============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 1.25 |
| IKON Copy Services | 1,405.17 |
| PACER | 10.32 |
| Duplicating/Printing/Scanning | 694.00 |
| Consulting Fees | 17,478.65 |
| Courier Service - Outside | 13.74 |
| Secretarial Overtime | 202.50 |
| Parking/Tolls/Other Transportation | 29.00 |
| Air Travel Expense | 240.80 |
| Taxi Expense | 64.00 |
| Mileage Expense | 29.10 |
| Telephone - Outside | 37.84 |

                    CURRENT EXPENSES                20,206.37
                                                  --------------

                    TOTAL BALANCE DUE UPON RECEIPT     $20,206.37
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1600177
One Town Center Road                      Invoice Date      09/27/07
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 06/28/07 | Secretarial Overtime- W. R. GRACE - Litigation - revisions to fee application. | 30.00 |
| 07/02/07 | PACER | 8.32 |
| 07/05/07 | Secretarial Overtime - W.R. Grace - Litigation - assist K & E with hearing prep. | 30.00 |
| 07/09/07 | PACER | 2.00 |
| 07/25/07 | Secretarial Overtime - W.R. Grace. Claims - update quarterly fee application spreadsheet. | 30.00 |
| 07/27/07 | Telephone - Outside Chorus Call Inv No: 0307778 - CAMERON - | 9.67 |
| 07/27/07 | Telephone - Outside Chorus Call Inv No: 0307778 - CAMERON - | 3.17 |
| 07/30/07 | Secretarial Overtime - W.R. GRACE - Litigation - update monthly and quarterly fee applications. | 82.50 |
| 07/31/07 | Secretarial Overtime - W.R. GRACE - Litigation - update monthly and quarterly fee applications. | 30.00 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1600177
60026  Litigation and Litigation Consulting       Page    2
September 27, 2007

| | | |
|---|---|---|
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 72 COPIES | 7.20 |
| 08/02/07 | Telephone Expense<br>843-987-0794/LOWCOUNTRY, SC/8 | .40 |
| 08/02/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 1 COPY | .10 |
| 08/03/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 77 COPIES | 7.70 |
| 08/06/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 08/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 24 COPIES | 2.40 |
| 08/07/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 6 COPIES | .60 |
| 08/08/07 | Courier Service - UPS - Shipped from Lawrence<br>Flatley Reed Smith LLP - Pittsburgh to Mr.<br>Thomas F. Egan (LANSDOWNE PA 19050). | 13.74 |
| 08/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0887: 48 COPIES | 4.80 |
| 08/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0887: 24 COPIES | 2.40 |
| 08/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.10 |
| 08/09/07 | Telephone Expense<br>302-652-5340/WILMINGTON, DE/9 | .45 |
| 08/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 37 COPIES | 3.70 |
| 08/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 44 COPIES | 4.40 |
| 08/13/07 | Air Travel Expense - - VENDOR: LAWRENCE E.<br>FLATLEY MEETING WITH CLIENTS 8/7-8/8/07 --<br>TRAVEL FROM PIT TO PHL/RETURN. | 240.80 |
| 08/13/07 | Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY<br>MEETING WITH CLIENTS 8/7-8/8/07 -- TAXIS (2)<br>BETWEEN AIRPORT AND DOWNTOWN OFFICE FOR CLIENT<br>MEETING. | 64.00 |

172573 W. R. Grace & Co.                          Invoice Number  1600177
60026 Litigation and Litigation Consulting        Page    3
September 27, 2007

| | | |
|---|---|---|
| 08/13/07 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING WITH CLIENTS 8/7-8/8/07 -- MILEAGE FOR TRIPS TO/FROM PIT AIRPORT. | 29.10 |
| 08/13/07 | Parking/Tolls/Other Transportation - - VENDOR: LAWRENCE E. FLATLEY MEETING WITH CLIENTS 8/7-8/8/07 -- PARKING AT PIT AIRPORT. | 29.00 |
| 08/13/07 | Duplicating/Printing/Scanning ATTY # 1048; 3 COPIES | .30 |
| 08/13/07 | Duplicating/Printing/Scanning ATTY # 7015: 21 COPIES | 2.10 |
| 08/14/07 | Duplicating/Printing/Scanning ATTY # 0559; 34 COPIES | 3.40 |
| 08/16/07 | Duplicating/Printing/Scanning ATTY # 4995: 81 COPIES | 8.10 |
| 08/17/07 | Duplicating/Printing/Scanning ATTY # 4995: 1 COPY | .10 |
| 08/17/07 | Duplicating/Printing/Scanning ATTY # 0710; 23 COPIES | 2.30 |
| 08/21/07 | Duplicating/Printing/Scanning ATTY # 4810; 10 COPIES | 1.00 |
| 08/21/07 | Duplicating/Printing/Scanning ATTY # 7015: 21 COPIES | 2.10 |
| 08/23/07 | Telephone Expense 847-205-1155/NORTHBROOK, IL/4 | .15 |
| 08/24/07 | IKON Copy Services - - Service of CNO for monthly fee app. | 66.80 |
| 08/24/07 | Telephone Expense 312-701-7210/CHICAGO, IL/5 | .25 |
| 08/24/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 08/24/07 | Duplicating/Printing/Scanning ATTY # 4995: 100 COPIES | 10.00 |
| 08/25/07 | IKON Copy Services - - Service of notice of quarterly fee app on 2002 service list. | 533.82 |
| 08/25/07 | IKON Copy Services - - service of quarterly fee app. on core service list. | 804.55 |

172573 W. R. Grace & Co.                          Invoice Number  1600177
60026 Litigation and Litigation Consulting        Page    4
September 27, 2007


| | | |
|---|---|---:|
| 08/26/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 10 COPIES | 1.00 |
| 08/26/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 25 COPIES | 2.50 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 12 COPIES | 1.20 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 2813; 642 COPIES | 64.20 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 374 COPIES | 37.40 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 2813; 28 COPIES | 2.80 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1750 COPIES | 175.00 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 232 COPIES | 23.20 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 2838 COPIES | 283.80 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 77 COPIES | 7.70 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 46 COPIES | 4.60 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 44 COPIES | 4.40 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 08/30/07 | Telephone - Outside - - VENDOR: DOUGLAS E.<br>CAMERON CALL TO COURT HEARING 7/25/07<br>CONFERENCE CALL | 25.00 |
| 08/31/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 12 COPIES | 1.20 |

172573 W. R. Grace & Co.                        Invoice Number  1600177
60026  Litigation and Litigation Consulting     Page    5
September 27, 2007

| | | |
|---|---|---|
| 08/31/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 44 COPIES | 4.40 |
| 08/31/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 133 COPIES | 13.30 |
| 08/31/07 | Duplicating/Printing/Scanning<br>ATTY # 2699: 1 COPY | .10 |
| 08/31/07 | Duplicating/Printing/Scanning<br>ATTY # 2699: 1 COPY | .10 |
| 08/31/07 | Duplicating/Printing/Scanning<br>ATTY # 2699: 1 COPY | .10 |
| 09/26/07 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - DOC REVIEW/ DR. RODRICK'S<br>PREPARATION FOR DEPOSITION - Expert consultant<br>fees for work on personal injury claims against<br>W.R. Grace for August, 2007. | 17478.65 |

                        CURRENT EXPENSES                20,206.37
                                                    ------------
                  TOTAL BALANCE DUE UPON RECEIPT       $20,206.37
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1600178
5400 Broken Sound Blvd., N.W.        Invoice Date        09/27/07
Boca Raton, FL 33487                 Client Number         172573


==============================================================================

Re:  W. R. Grace & Co.


(60028)  ZAI Science Trial

          Fees                          0.00
          Expenses                     52.43

                    TOTAL BALANCE DUE UPON RECEIPT        $52.43
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number     1600178
5400 Broken Sound Blvd., N.W.            Invoice Date       09/27/07
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028

=======================================================================

Re:  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      1.55
        Duplicating/Printing/Scanning         35.30
        Telephone - Outside                   15.58

                CURRENT EXPENSES                          52.43
                                                     -------------

                TOTAL BALANCE DUE UPON RECEIPT          $52.43
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1600178 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    09/27/07 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60028 |

==========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 07/25/07 | Telephone - Outside<br>Chorus Call Inv No: 0307778 - RESTIVO - | 15.58 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 14 COPIES | 1.40 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 08/02/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 08/02/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 08/02/07 | Telephone Expense<br>828-898-8565/BANNER ELK, NC/22 | 1.10 |
| 08/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 08/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 08/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 21 COPIES | 2.10 |
| 08/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 08/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 08/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |

172573 W. R. Grace & Co.                           Invoice Number  1600178
60028 ZAI Science Trial                            Page   2
September 27, 2007

| Date | Description | Amount |
|---|---|---|
| 08/09/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 08/13/07 | Duplicating/Printing/Scanning ATTY # 1048; 2 COPIES | .20 |
| 08/13/07 | Duplicating/Printing/Scanning ATTY # 0349; 54 COPIES | 5.40 |
| 08/14/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 08/14/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 08/14/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 08/15/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0349: 14 COPIES | 1.40 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 08/21/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/10 | .45 |
| 08/22/07 | Duplicating/Printing/Scanning ATTY # 5880; 84 COPIES | 8.40 |
| 08/22/07 | Duplicating/Printing/Scanning Scanning: ATTY # 5880 33 Pages | 3.30 |
| 08/22/07 | Duplicating/Printing/Scanning Scanning: ATTY # 5880 9 Pages | .90 |
| 08/22/07 | Duplicating/Printing/Scanning ATTY # 0349: 8 COPIES | .80 |
| 08/22/07 | Duplicating/Printing/Scanning ATTY # 0349: 8 COPIES | .80 |
| 08/28/07 | Duplicating/Printing/Scanning ATTY # 0349: 6 COPIES | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1600178
60028  ZAI Science Trial                    Page    3
September 27, 2007
```

```
08/29/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349; 1 COPIES

                              CURRENT EXPENSES               52.43
                                                       ------------
                      TOTAL BALANCE DUE UPON RECEIPT        $52.43
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1600179
One Town Center Road                      Invoice Date      09/27/07
Boca Raton, FL    33486                   Client Number     172573



================================================================================

Re:  W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                  0.00
         Expenses                         10,119.18

                    TOTAL BALANCE DUE UPON RECEIPT      $10,119.18
                                                       =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number      1600179
One Town Center Road                 Invoice Date       09/27/07
Boca Raton, FL    33486              Client Number       172573
                                     Matter Number        60033
```

==============================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 24.40 |
| PACER | 192.56 |
| Documentation Charge | 32.50 |
| Internal Data Base Expense | 4.20 |
| Duplicating/Printing/Scanning | 1,091.70 |
| Westlaw | 79.60 |
| Postage Expense | 3.19 |
| Deposition Expense | 1,608.40 |
| Courier Service - Outside | 683.92 |
| Drawings Expense | 724.50 |
| Outside Duplicating | 2,984.47 |
| Secretarial Overtime | 525.00 |
| Lodging | 620.86 |
| Parking/Tolls/Other Transportation | 42.00 |
| Air Travel Expense | 355.20 |
| Taxi Expense | 64.00 |
| Mileage Expense | 23.28 |
| Meal Expense | 849.69 |
| Telephone - Outside | 5.73 |
| General Expense | 203.98 |

```
               CURRENT EXPENSES              10,119.18
                                           -------------

          TOTAL BALANCE DUE UPON RECEIPT    $10,119.18
                                           =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1600179
One Town Center Road                      Invoice Date       09/27/07
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


===============================================================================

Re:  (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     06/25/07   Secretarial Overtime - W.R. Grace - assisted        45.00
                K&E people for hearing.

     06/25/07   Secretarial Overtime -- W.R. Grace - assisted       45.00
                with PD materials for hearing.

     06/26/07   Secretarial Overtime - W.R. Grace - assisted        45.00
                K&E people for hearing.

     06/27/07   Secretarial Overtime -- W.R. Grace - post           60.00
                hearing assistance

     07/06/07   Secretarial Overtime - W.R. Grace - Claims -        22.50
                revisions to trial exhibit list

     07/09/07   Secretarial Overtime - W.R.  Grace - Claims -       37.50
                assist with trial prep. (scan pdfs and email
                exhibits)

     07/09/07   Postage Expense                                       .41
                Postage Expense: ATTY # 0349 User: Miller, Jason

     07/10/07   Secretarial Overtime - W.R. Grace - Claims -        30.00
                assist with trial prep. for 7/30 - 7/31 PD
                trial

     07/13/07   Secretarial Overtime - W.R. Grace - Claims -        22.50
                assist with trial prep. for 7/30 - 7/31 PD
                trial

     07/17/07   Telephone - Outside                                  5.73
                Chorus Call Inv No: 0307109 - CAMERON -

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
September 27, 2007


| Date | Description | Amount |
|---|---|---|
| 07/17/07 | Secretarial Overtime - W.R. Grace - preparation of binders for Judge for Hearing | 30.00 |
| 07/17/07 | Postage Expense<br>Postage Expense: ATTY # 0559 User: Lebo, Dan | .41 |
| 07/18/07 | Secretarial Overtime - W.R. Grace - preparation of binders for Judge for Hearing | 30.00 |
| 07/18/07 | Secretarial Overtime - W.R. Grace - Claims - assist with preparation of PD trial binders | 30.00 |
| 07/20/07 | Secretarial Overtime - W.R. Grace - Asbestos Property Damage Report | 15.00 |
| 07/20/07 | Secretarial Overtime - W.R. Grace - Claims - assist with preparation of PD trial binders | 30.00 |
| 07/23/07 | PACER | 32.64 |
| 07/23/07 | Internal Data Base Expense | 4.20 |
| 07/23/07 | Secretarial Overtime - W.R. Grace - Claims - assist with trial binders | 22.50 |
| 07/25/07 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to Jamie E. O'Neill Pachulski Stang Ziehl Young (WILMINGTON DE 19801). | 14.39 |
| 07/25/07 | Secretarial Overtime - W.R. Grace - Cont'd on Excel doc. for T. Rea and L. Flatley | 15.00 |
| 07/25/07 | Secretarial Overtime - W.R. Grace - Begin Excel doc. for T. Rea and L. Flatley | 30.00 |
| 07/26/07 | Courier Service - UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to Daniel A. Speights, Speights & Runyan (HAMPTON SC 29924). | 21.78 |
| 07/29/07 | PACER | 34.80 |
| 07/30/07 | Courier Service - UPS - Shipped from Dustin Pickens Reed Smith LLP - Pittsburgh to Shylah R. Alfonso Perkins Coie (SEATTLE WA 98101). | 11.66 |
| 07/31/07 | PACER | 125.12 |
| 07/31/07 | Duplicating/Printing/Scanning ATTY # 4557; 201 COPIES | 20.10 |

```
172573  W. R. Grace & Co.                      Invoice Number  1600179
60033   Claim Analysis Objection Resolution    Page    3
        & Estimation (Asbestos)
September 27, 2007
```

| | | |
|---|---|---|
| 07/31/07 | Duplicating/Printing/Scanning<br>ATTY # 4557; 191 COPIES | 19.10 |
| 07/31/07 | Secretarial Overtime - W.R. Grace - Prepare for<br>K&E arrival for hearing | 15.00 |
| 07/31/07 | Postage Expense<br>Postage Expense: ATTY # 1398 User: Miller, Jason | 1.14 |
| 08/01/07 | Telephone Expense<br>310-788-9900/BEVERLYHLS, CA/3 | .15 |
| 08/01/07 | Telephone Expense<br>917-319-2202/NEW YORK, NY/11 | .55 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 0349; 3 COPIES | .30 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 80 COPIES | 8.00 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 410 COPIES | 41.00 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 337 COPIES | 33.70 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 71 COPIES | 7.10 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 204 COPIES | 20.40 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 2806; 1 COPY | .10 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 2806; 26 COPIES | 2.60 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 140 COPIES | 14.00 |
| 08/01/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 105 COPIES | 10.50 |

172573  W. R. Grace & Co.                          Invoice Number  1600179
60033   Claim Analysis Objection Resolution        Page    4
        & Estimation (Asbestos)
September 27, 2007


| 08/01/07 | Duplicating/Printing/Scanning ATTY # 4810; 60 COPIES | 6.00 |
|----------|------------------------------------------------------|------|
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 4810; 55 COPIES | 5.50 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 4195: 40 COPIES | 4.00 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 1398: 1 COPY | .10 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 7029: 26 COPIES | 2.60 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 7029: 1 COPY | .10 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 1398: 3 COPIES | .30 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 1398: 2 COPIES | .20 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .30 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .30 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 3928: 3 COPIES | .30 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 0396: 5 COPIES | .50 |
| 08/01/07 | Meal Expense - - Lunch for six during meeting on 7/10/07 re: trial planning | 128.08 |
| 08/01/07 | Meal Expense K&E Hearing on 7/05/07 -- Lunch during hearing prep for seven attorneys and one paralegal. | 203.81 |

172573 W. R. Grace & Co.                Invoice Number  1600179
60033  Claim Analysis Objection Resolution       Page   5
      & Estimation (Asbestos)
September 27, 2007

| Date | Description | Amount |
|---|---|---|
| 08/01/07 | Meal Expense K&E for Grace hearing prep on 7/31/07 -- Lunch for four attorneys and two paralegals. | 142.55 |
| 08/01/07 | Meal Expense Kirkland and Ellis on 7/19/07 -- breakfast for two attorneys and one paralegal for hearing prep. | 28.86 |
| 08/01/07 | Meal Expense Kirkland & Ellis Hearing on 7/19/07 -- Lunch for four attorneys and two paralegals. | 105.40 |
| 08/01/07 | Meal Expense Breakfast - K&E Hearing on 7/05/07 -- Breakfast for six during hearing preparation. | 91.07 |
| 08/01/07 | Westlaw - - Legal research to prepare trial briefs. | 69.60 |
| 08/01/07 | Duplicating/Printing/Scanning ATTY # 4557; 67 COPIES | 6.70 |
| 08/02/07 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. - BLANK WHITE BOARD FOR USE AT TRIAL. | 144.45 |
| 08/02/07 | Telephone Expense 302-652-5340/WILMINGTON, DE/4 | .15 |
| 08/02/07 | Telephone Expense 610-284-4940/UPPERDARBY, PA/11 | .50 |
| 08/02/07 | Duplicating/Printing/Scanning ATTY # 2806; 21 COPIES | 2.10 |
| 08/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .60 |
| 08/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 08/02/07 | Duplicating/Printing/Scanning ATTY # 4195: 41 COPIES | 4.10 |
| 08/02/07 | Duplicating/Printing/Scanning ATTY # 4195: 3 COPIES | .30 |
| 08/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 5 COPIES | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page    6
       & Estimation (Asbestos)
September 27, 2007


08/02/07   Postage Expense                                        .41
           Postage Expense: ATTY # 0349 User: Lebo, Dan

08/03/07   Duplicating/Printing/Scanning                        37.20
           ATTY # 5120; 372 COPIES

08/03/07   Duplicating/Printing/Scanning                          .40
           ATTY # 0559; 4 COPIES

08/03/07   Duplicating/Printing/Scanning                        10.20
           ATTY # 4810; 102 COPIES

08/03/07   Duplicating/Printing/Scanning                          .40
           ATTY # 0349; 4 COPIES

08/03/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349; 2 COPIES

08/03/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349; 2 COPIES

08/03/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349: 2 COPIES

08/03/07   Duplicating/Printing/Scanning                          .40
           ATTY # 0349: 4 COPIES

08/03/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349: 2 COPIES

08/03/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349: 2 COPIES

08/03/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349: 2 COPIES

08/03/07   Duplicating/Printing/Scanning                          .10
           ATTY # 0349: 1 COPY

08/03/07   Duplicating/Printing/Scanning                          .10
           ATTY # 0349: 1 COPY

08/03/07   Duplicating/Printing/Scanning                          .20
           ATTY # 0349: 2 COPIES

08/03/07   Duplicating/Printing/Scanning                          .10
           ATTY # 0349: 1 COPY

08/03/07   Duplicating/Printing/Scanning                          .40
           ATTY # 5120: 4 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page    7
       & Estimation (Asbestos)
September 27, 2007


08/03/07   Duplicating/Printing/Scanning                     3.80
           ATTY # 5120: 38 COPIES

08/03/07   Duplicating/Printing/Scanning                     1.20
           ATTY # 4195: 12 COPIES

08/03/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0559: 1 COPY

08/04/07   Postage Expense                                    .41
           Postage Expense: ATTY # 0349 User: Miller, Jason

08/06/07   Duplicating/Printing/Scanning                      .40
           ATTY # 2612; 4 COPIES

08/06/07   Duplicating/Printing/Scanning                     3.80
           ATTY # 2612; 38 COPIES

08/06/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0559; 1 COPY

08/06/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0349; 4 COPIES

08/06/07   Duplicating/Printing/Scanning                     2.00
           ATTY # 3928; 20 COPIES

08/06/07   Duplicating/Printing/Scanning                      .30
           ATTY # 0396: 3 COPIES

08/06/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPY

08/06/07   Duplicating/Printing/Scanning                     3.10
           ATTY # 3928: 31 COPIES

08/06/07   Duplicating/Printing/Scanning                      .10
           ATTY # 1398: 1 COPY

08/06/07   Telephone Expense                                  .50
           302-652-5340/WILMINGTON, DE/10

08/06/07   Telephone Expense                                  .20
           312-345-1500/CHICAGO, IL/4

08/06/07   Postage Expense                                    .41
           Postage Expense: ATTY # 0349 User: Criswell, Paula

08/07/07   Duplicating/Printing/Scanning                      .20
           ATTY # 4810; 2 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution         Page    8
       & Estimation (Asbestos)
September 27, 2007


| | | |
|---|---|---|
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 0349; 199 COPIES | 19.90 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 2612; 11 COPIES | 1.10 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 1398: 1 COPY | .10 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 3928: 31 COPIES | 3.10 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 3928: 31 COPIES | 3.10 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 3928: 20 COPIES | 2.00 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 3928: 39 COPIES | 3.90 |
| 08/07/07 | Duplicating/Printing/Scanning ATTY # 4195: 46 COPIES | 4.60 |
| 08/08/07 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. DOC. -- PRODUCTION OF COLOR, OVERSIZED TRIAL AIDS. | 1901.76 |
| 08/08/07 | Duplicating/Printing/Scanning ATTY # 3928: 68 COPIES | 6.80 |
| 08/08/07 | Duplicating/Printing/Scanning ATTY # 3928: 19 COPIES | 1.90 |
| 08/08/07 | Duplicating/Printing/Scanning ATTY # 3928: 22 COPIES | 2.20 |
| 08/08/07 | Duplicating/Printing/Scanning ATTY # 3928: 1 COPY | .10 |
| 08/09/07 | Duplicating/Printing/Scanning ATTY # 0559; 4 COPIES | .40 |
| 08/09/07 | Duplicating/Printing/Scanning ATTY # 0856; 405 COPIES | 40.50 |

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page     9
       & Estimation (Asbestos)
September 27, 2007


08/09/07   Telephone Expense                                  5.60
           416-607-4270/TORONTO, ON/56

08/09/07   Courier Service - UPS - Shipped from Maureen       4.25
           Atkinson Reed Smith LLP - Pittsburgh to Terrell
           Stansbury Kirkland & Ellis (WASHINGTON DC
           20005).

08/09/07   Courier Service UPS - Shipped from Maureen        -4.25
           Atkinson Reed Smith LLP - Pittsburgh to TERRELL
           STANSBURY KIRKLAND & ELLIS (WASHINGTON DC
           20005).

08/10/07   Duplicating/Printing/Scanning                      4.70
           ATTY # 8767; 47 COPIES

08/10/07   Duplicating/Printing/Scanning                     65.80
           ATTY # 0559; 658 COPIES

08/10/07   Duplicating/Printing/Scanning                      8.40
           ATTY # 0559; 84 COPIES

08/10/07   Duplicating/Printing/Scanning                     24.70
           ATTY # 0559; 247 COPIES

08/10/07   Duplicating/Printing/Scanning                       .10
           ATTY # 4810; 1 COPY

08/10/07   Duplicating/Printing/Scanning                     28.10
           ATTY # 2612; 281 COPIES

08/10/07   Duplicating/Printing/Scanning                      3.10
           ATTY # 2612; 31 COPIES

08/10/07   Duplicating/Printing/Scanning                      4.70
           ATTY # 2612; 47 COPIES

08/10/07   Duplicating/Printing/Scanning                      1.00
           ATTY # 0559; 10 COPIES

08/10/07   Duplicating/Printing/Scanning                      2.40
           ATTY # 0559; 24 COPIES

08/10/07   Duplicating/Printing/Scanning                      1.10
           ATTY # 4810; 11 COPIES

08/10/07   Duplicating/Printing/Scanning                      2.10
           ATTY # 3928: 21 COPIES

08/10/07   Westlaw - - Legal research to prepare trial       10.00
           briefs.

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page  10
       & Estimation (Asbestos)
September 27, 2007


| 08/10/07 | Telephone Expense<br>403-717-1234/CALGARY, AB/8 | .70 |
| 08/10/07 | Telephone Expense<br>416-607-4270/TORONTO, ON/11 | 1.00 |
| 08/10/07 | Telephone Expense<br>202-862-5080/WASHINGTON, DC/4 | .15 |
| 08/10/07 | Telephone Expense<br>312-861-2353/CHICAGO, IL/21 | 1.00 |
| 08/10/07 | Telephone Expense<br>416-607-4270/TORONTO, ON/2 | .20 |
| 08/10/07 | Telephone Expense<br>416-607-4270/TORONTO, ON/21 | 2.10 |
| 08/10/07 | Courier Service - UPS - Shipped from Douglas<br>Cameron Reed Smith LLP - Pittsburgh to Reed<br>Smith LLP (CHICAGO IL 60606). | 83.90 |
| 08/10/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from REED SMITH LLP to<br>Reed Smith LLP (CHICAGO IL 60606). | 50.73 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 2612; 25 COPIES | 2.50 |
| 08/13/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/37 | 1.85 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 13 COPIES | 1.30 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 34 COPIES | 3.40 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 21 COPIES | 2.10 |

172573 W. R. Grace & Co.                        Invoice Number  1600179
60033  Claim Analysis Objection Resolution      Page  11
       & Estimation (Asbestos)
September 27, 2007


| | | |
|---|---|---|
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 21 COPIES | 2.10 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 08/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 08/13/07 | Courier Service - UPS - Shipped from Rebecca<br>Aten Reed Smith LLP - Pittsburgh to Ann Ellias<br>Perkins Coie LLP (SANTA MONICA CA 90404). | 35.60 |
| 08/13/07 | Courier Service - UPS - Shipped from Rebecca<br>Aten Reed Smith LLP - Pittsburgh to Ann Ellias<br>Perkins Coie LLP (SANTA MONICA CA 90404.) | 35.60 |
| 08/13/07 | Courier Service - UPS - Shipped from Rebecca<br>Aten Reed Smith LLP - Pittsburgh to Ann Ellias<br>Perkins Coie LLP (SANTA MONICA CA 90404). | 35.60 |
| 08/13/07 | Courier Service - UPS - Shipped from Rebecca<br>Aten Reed Smith LLP - Pittsburgh to Ann Ellias<br>Perkins Coie LLP (SANTA MONICA CA 90404). | 35.60 |
| 08/13/07 | Courier Service - UPS - Shipped from REED<br>SMITH LLP to Ann Ellias Perkins Coie LLP (SANTA<br>MONICA CA 90404). | 17.75 |
| 08/13/07 | Courier Service - UPS - Shipped from REED<br>SMITH LLP to Ann Ellias Perkins Coie LLP (SANTA<br>MONICA CA 90404). | 23.63 |
| 08/13/07 | Courier Service - UPS - Shipped from REED<br>SMITH LLP to Ann Ellias Perkins Coie LLP (SANTA<br>MONICA CA 90404). | 20.17 |
| 08/13/07 | Courier Service - UPS - Shipped from REED<br>SMITH LLP to Ann Ellias Perkins Coie LLP (SANTA<br>MONICA CA 90404). | 15.28 |
| 08/13/07 | Courier Service - UPS - Shipped from Reed Smith<br>LLP - Chicago to Douglas Cameron Reed Smith<br>LLP-Pittsburgh (PITTSBURGH PA 15219). | 24.78 |
| 08/13/07 | Courier Service - UPS - Shipped from REED SMITH<br>Chicago to Douglas Cameron Reed Smith<br>LLP-Pittsburgh (PITTSBURGH PA 15219). | 24.45 |
| 08/14/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600179
Page  12

| Date | Description | Amount |
|---|---|---|
| 08/14/07 | Duplicating/Printing/Scanning<br>ATTY # 2806; 104 COPIES | 10.40 |
| 08/14/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 16 COPIES | 1.60 |
| 08/14/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 9 COPIES | .90 |
| 08/14/07 | Duplicating/Printing/Scanning<br>ATTY # 7029: 7 COPIES | .70 |
| 08/15/07 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. -- PRODUCTION OF TRIAL AID<br>MATERIALS. | 43.14 |
| 08/15/07 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC.  -- PRODUCTION OF HEARING<br>BINDERS. | 666.78 |
| 08/15/07 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC.  -- PRODUCTION OF HEARING<br>BINDERS. | 212.29 |
| 08/15/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 17 COPIES | 1.70 |
| 08/15/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 5 COPIES | .50 |
| 08/15/07 | Duplicating/Printing/Scanning<br>ATTY # 2806; 2 COPIES | .20 |
| 08/15/07 | Duplicating/Printing/Scanning<br>ATTY # 2806; 2 COPIES | .20 |
| 08/15/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 17 COPIES | 1.70 |
| 08/15/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 5 COPIES | .50 |
| 08/16/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 16 COPIES | 1.60 |
| 08/16/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 16 COPIES | 1.60 |
| 08/16/07 | Telephone Expense<br>803-943-4444/HAMPTON, SC/2 | .10 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 27, 2007

Invoice Number  1600179
Page  13

| Date | Description | Amount |
|---|---|---|
| 08/16/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/18 | .90 |
| 08/16/07 | Telephone Expense 803-943-4444/HAMPTON, SC/4 | .15 |
| 08/16/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/16 | .80 |
| 08/16/07 | Telephone Expense 312-861-2366/CHICAGO, IL/2 | .10 |
| 08/17/07 | Duplicating/Printing/Scanning ATTY # 5120: 1 COPY | .10 |
| 08/17/07 | Duplicating/Printing/Scanning ATTY # 7029; 8 COPIES | .80 |
| 08/17/07 | Duplicating/Printing/Scanning ATTY # 0349; 11 COPIES | 1.10 |
| 08/17/07 | Duplicating/Printing/Scanning ATTY # 7029; 8 COPIES | .80 |
| 08/17/07 | Telephone Expense 561-362-1551/BOCA RATON, FL/7 | .30 |
| 08/17/07 | Telephone Expense 202-285-6226/WASHINGTON, DC/6 | .30 |
| 08/17/07 | Telephone Expense 561-362-1551/BOCA RATON, FL/5 | .25 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 4810; 21 COPIES | 2.10 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | .80 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPY | .10 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0349; 1 COPY | .10 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPY | .10 |

172573 W. R. Grace & Co.           Invoice Number  1600179
60033  Claim Analysis Objection Resolution     Page  14
      & Estimation (Asbestos)
September 27, 2007

| Date | Description | Amount |
|---|---|---|
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPY | .10 |
| 08/20/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPY | .10 |
| 08/20/07 | Courier Service - UPS - Shipped from REED SMITH LLP - Pittsburgh to Reed Smith LLP - Chicago (CHICAGO IL 60606). | 47.08 |
| 08/20/07 | Courier Service - UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Reed Smith LLP - Chicago (CHICAGO IL 60606). | 89.95 |
| 08/21/07 | General Expense - - VENDOR: CORPORATE EXPRESS - 5 INCH BLACK VIEW BINDERS FOR SUBMISSIONS TO COURT. | 79.98 |
| 08/21/07 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | .80 |
| 08/21/07 | Duplicating/Printing/Scanning ATTY # 2806; 47 COPIES | 4.70 |
| 08/21/07 | Duplicating/Printing/Scanning ATTY # 2806; 47 COPIES | 4.70 |
| 08/21/07 | Duplicating/Printing/Scanning ATTY # 0856; 146 COPIES | 14.60 |
| 08/21/07 | Telephone Expense 416-216-4784/TORONTO, ON/2 | .20 |
| 08/22/07 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING - - PKG TO RENAISSANCE HOTEL PITTSBURGH PA | 17.25 |
| 08/22/07 | Duplicating/Printing/Scanning ATTY # 5120; 1186 COPIES | 118.60 |
| 08/22/07 | Duplicating/Printing/Scanning ATTY # 5120; 261 COPIES | 26.10 |
| 08/22/07 | Duplicating/Printing/Scanning ATTY # 2806; 274 COPIES | 27.40 |
| 08/22/07 | Duplicating/Printing/Scanning ATTY # 0856; 21 COPIES | 2.10 |
| 08/22/07 | Duplicating/Printing/Scanning | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page  15
       & Estimation (Asbestos)
September 27, 2007


08/22/07    Duplicating/Printing/Scanning                    10.90
            ATTY # 5120: 109 COPIES

08/22/07    Duplicating/Printing/Scanning                     1.50
            ATTY # 4722: 15 COPIES

08/23/07    Outside Duplicating - - VENDOR: IKON OFFICE       16.05
            SOLUTIONS, INC.  -- PRODUCTION OF HEARING
            BINDERS.

08/23/07    Duplicating/Printing/Scanning                      .20
            ATTY # 4810; 2 COPIES

08/23/07    Duplicating/Printing/Scanning                    16.50
            ATTY # 0856; 165 COPIES

08/23/07    Duplicating/Printing/Scanning                    15.90
            ATTY # 0856; 159 COPIES

08/23/07    Duplicating/Printing/Scanning                    19.90
            ATTY # 5120; 199 COPIES

08/23/07    Duplicating/Printing/Scanning                    19.30
            ATTY # 0856; 193 COPIES

08/23/07    Telephone Expense                                  .15
            815-224-6597/LA SALLE, IL/3

08/23/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0559: 1 COPY

08/24/07    Telephone Expense                                  .20
            561-362-1533/BOCA RATON, FL/4

08/24/07    Telephone Expense                                  .95
            561-362-1533/BOCA RATON, FL/19

08/24/07    Telephone Expense                                  .60
            312-701-8039/CHICAGO, IL/12

08/24/07    Telephone Expense                                  .30
            604-631-9211/VANCOUVER, BC/3

08/24/07    Duplicating/Printing/Scanning                   123.80
            ATTY # 5120; 1238 COPIES

08/24/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0559; 1 COPY

08/24/07    Duplicating/Printing/Scanning                      .90
            ATTY # 0559; 9 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page  16
       & Estimation (Asbestos)
September 27, 2007


| Date | Description | Amount |
|---|---|---|
| 08/24/07 | Duplicating/Printing/Scanning ATTY # 0856; 390 COPIES | 39.00 |
| 08/24/07 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .30 |
| 08/24/07 | Duplicating/Printing/Scanning ATTY # 0349: 5 COPIES | .50 |
| 08/24/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPY | .10 |
| 08/24/07 | Courier Service - UPS - Shipped TONY KLAPPER REED SMITH LLP -- WASHINGTON (WASHINGTON DC 20005). | 37.71 |
| 08/24/07 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP -- (WASHINGTON DC 20005). | 41.01 |
| 08/25/07 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 13.00 |
| 08/25/07 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 2.89 |
| 08/25/07 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 11.56 |
| 08/25/07 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 15.89 |
| 08/25/07 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 7.22 |
| 08/25/07 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 1.44 |
| 08/27/07 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR EXPERT DEPOSITION FOR CLIENT W.R. GRACE 8/21-8/23/07 -- THREE BREAKFASTS, TWO LUNCHES AND ONE DINNER. | 59.12 |
| 08/27/07 | Lodging - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR EXPERT DEPOSITION FOR CLIENT W.R. GRACE 8/21-8/23/07 -- TWO NIGHTS STAY AT W. HOTEL, CHICAGO CITY CENTER (INCLUDING STATE AND CITY ROOM TAXES). | 620.86 |

```
172573  W. R. Grace & Co.                    Invoice Number  1600179
60033   Claim Analysis Objection Resolution  Page  17
        & Estimation (Asbestos)
September 27, 2007
```

| Date | Description | Amount |
|---|---|---|
| 08/27/07 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR EXPERT DEPOSITION FOR CLIENT W.R. GRACE 8/21-8/23/07 | 355.20 |
| 08/27/07 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR EXPERT DEPOSITION FOR CLIENT W.R. GRACE 8/21-8/23/07 - - Taxis between hotel, office and airport (3 trips) | 64.00 |
| 08/27/07 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR EXPERT DEPOSITION FOR CLIENT W.R. GRACE 8/21-8/23/07 - - Driving to/from PIT airport | 23.28 |
| 08/27/07 | Parking/Tolls/Other Transportation - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR EXPERT DEPOSITION FOR CLIENT W.R. GRACE 8/21-8/23/07 - - Parking at PIT airport during travel. | 42.00 |
| 08/27/07 | General Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR EXPERT DEPOSITION FOR CLIENT W.R. GRACE 8/21-8/23/07 -- TRAVEL AGENT FEE. | 24.00 |
| 08/27/07 | Telephone Expense 604-631-9211/VANCOUVER, BC/3 | .30 |
| 08/27/07 | Telephone Expense 604-685-3456/VANCOUVER, BC/4 | .40 |
| 08/27/07 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 08/27/07 | Duplicating/Printing/Scanning ATTY # 2806; 12 COPIES | 1.20 |
| 08/27/07 | Duplicating/Printing/Scanning ATTY # 4810; 32 COPIES | 3.20 |
| 08/27/07 | Duplicating/Printing/Scanning ATTY # 0559; 20 COPIES | 2.00 |
| 08/27/07 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .60 |
| 08/27/07 | Duplicating/Printing/Scanning ATTY # 0559: 10 COPIES | 1.00 |
| 08/27/07 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |

172573 W. R. Grace & Co.                        Invoice Number  1600179
60033  Claim Analysis Objection Resolution      Page  18
       & Estimation (Asbestos)
September 27, 2007


08/27/07   Duplicating/Printing/Scanning                  2.00
           ATTY # 0559: 20 COPIES

08/27/07   Duplicating/Printing/Scanning                   .60
           ATTY # 0559: 6 COPIES

08/27/07   Duplicating/Printing/Scanning                   .70
           ATTY # 0559: 7 COPIES

08/27/07   Duplicating/Printing/Scanning                  1.10
           ATTY # 0559: 11 COPIES

08/27/07   Duplicating/Printing/Scanning                   .70
           ATTY # 0559: 7 COPIES

08/27/07   Duplicating/Printing/Scanning                   .70
           ATTY # 0559: 7 COPIES

08/27/07   Duplicating/Printing/Scanning                   .70
           ATTY # 0559: 7 COPIES

08/27/07   Duplicating/Printing/Scanning                   .70
           ATTY # 0559: 7 COPIES

08/27/07   Duplicating/Printing/Scanning                  2.10
           ATTY # 0559: 21 COPIES

08/28/07   Deposition Expense - - VENDOR: MCCORKLE COURT   1608.40
           REPORTERS INC. - REPORTER APPEARANCE AND
           TRANSCRIPT OF JOHN IRVINES DEPO

08/28/07   Duplicating/Printing/Scanning                  6.00
           ATTY # 0856; 60 COPIES

08/28/07   Duplicating/Printing/Scanning                  5.90
           ATTY # 2777; 59 COPIES

08/28/07   Duplicating/Printing/Scanning                 11.10
           ATTY # 0856; 111 COPIES

08/28/07   Duplicating/Printing/Scanning                  9.90
           ATTY # 0856; 99 COPIES

08/28/07   Duplicating/Printing/Scanning                  9.50

08/28/07   Telephone Expense                               .20
           604-631-9211/VANCOUVER, BC/2

08/28/07   Telephone Expense                               .60
           312-861-2353/CHICAGO, IL/12

```
172573 W. R. Grace & Co.                    Invoice Number  1600179
60033  Claim Analysis Objection Resolution  Page  19
       & Estimation (Asbestos)
September 27, 2007
```

| | | | |
|---|---|---|---|
| 08/28/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | | .75 |
| 08/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | | 1.00 |
| 08/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 28 COPIES | | 2.80 |
| 08/29/07 | Documentation Charge - - VENDOR: NATIONAL<br>RESEARCH COUNCIL CANADA DOC RETRIEVAL | | 32.50 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 2612; 18 COPIES | | 1.80 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 2612; 9 COPIES | | .90 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | | .40 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 21 COPIES | | 2.10 |
| 08/29/07 | Telephone Expense<br>604-786-8486/VANCOUVER, BC/3 | | .30 |
| 08/29/07 | Telephone Expense<br>604-786-8486/VANCOUVER, BC/5 | | .50 |
| 08/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | | .20 |
| 08/30/07 | General Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRAVEL AGENT FEES FOR CANCELLATION AND FURTHER<br>REBOOKING OF TRIP TO CHICAGO FOR EXPERT<br>DEPOSITION 8/13/07 | | 48.00 |
| 08/30/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 35 COPIES | | 3.50 |
| 08/30/07 | Telephone Expense<br>302-652-4100/WILMINGTON, DE/2 | | .10 |
| 08/30/07 | Telephone Expense<br>803-943-4444/HAMPTON, SC/9 | | .45 |
| 08/30/07 | Telephone Expense<br>604-786-8486/VANCOUVER, BC/4 | | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page  20
       & Estimation (Asbestos)
September 27, 2007


08/30/07    Telephone Expense                                    .20
            604-631-9211/VANCOUVER, BC/2

08/30/07    Telephone Expense                                    .10
            803-943-4444/HAMPTON, SC/2

08/30/07    Duplicating/Printing/Scanning                       2.30
            ATTY # 7029: 23 COPIES

08/30/07    Duplicating/Printing/Scanning                        .10
            ATTY # 0559: 1 COPY

08/31/07    Meal Expense - - VENDOR: REED SMITH TRANSFERS      10.00
            PANTRY ALLOCATION OF WATER OR DRINKS FOR SEVEN
            ON 08/07/07 FOR HEARING PREPARATION.

08/31/07    Duplicating/Printing/Scanning                      10.40
            ATTY # 2806; 104 COPIES

08/31/07    Duplicating/Printing/Scanning                        .70
            ATTY # 2806; 7 COPIES

08/31/07    Meal Expense - - VENDOR: REED SMITH TRANSFERS      12.00
            PANTRY ALLOCATION FOR LUNCH FOR SIX ON 07/05/07
            FOR HEARING PREPARATION.

08/31/07    Meal Expense - - VENDOR: REED SMITH TRANSFERS      31.80
            PANTRY ALLOCATION FOR DRINKS FOR SIX ON
            07/18/07 FOR HEARING PREPARATION.

08/31/07    Meal Expense - - VENDOR: REED SMITH TRANSFERS       7.20
            PANTRY ALLOCATION DRINKS FOR SEVEN ON 07/19/07
            FOR HEARING PREPARATION.

08/31/07    Meal Expense - - VENDOR: REED SMITH TRANSFERS       7.20
            PANTRY ALLOCATION DRINKS FOR SEVEN FOR LUNCH ON
            07/31/07 FOR HEARING PREPARATION.

08/31/07    Meal Expense - - VENDOR: REED SMITH TRANSFERS      12.00
            PANTRY ALLOCATION DRINKS FOR SEVEN FOR LUNCH ON
            08/01/07 FOR HEARING PREPARATION.

08/31/07    Meal Expense - - VENDOR: REED SMITH TRANSFERS      10.60
            PANTRY ALLOCATION DRINKS FOR FIVE FOR LUNCH ON
            08/29/07 FOR HEARING PREPARATION.

08/31/07    Telephone Expense                                    .15
            404-876-8979/ATLANTA, GA/3

08/31/07    Duplicating/Printing/Scanning                        .10
            ATTY # 1398: 1 COPY

172573 W. R. Grace & Co.                          Invoice Number  1600179
60033  Claim Analysis Objection Resolution        Page  21
       & Estimation (Asbestos)
September 27, 2007


    08/31/07   Duplicating/Printing/Scanning                      .20
               ATTY # 1398: 2 COPIES

    08/31/07   Drawings Expense - - VENDOR: PRECISE, INC. -    724.50
               CREATION OF VISUAL AIDS/ EXHIBITS FOR PD TRIAL.

                          CURRENT EXPENSES                   10,119.18
                                                           ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $10,119.18
                                                           ============