## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  October 19, 2007 |
| | : | Hearing Date:  TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### SEVENTY-FIFTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 08/03/07 | Follow up regarding information on motion status, settlement and information to court. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 08/06/07 | Telephone call with State regarding settlement and follow up regarding same. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| 08/06/07 | Review A. Marchetta e-mail re: settlement offer. | | |
| 3 | B. Moffitt | 0.1 | 38.00 |
| 08/06/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 08/07/07 | Telephone call with State regarding settlement and follow up with client regarding same. | | |
| 14 | A. Marchetta | 1.3 | 767.00 |
| 08/07/07 | Work with A. Marchetta re: follow up to D.A.G. Dickinson re: settlement demand response. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 08/07/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant article and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 08/08/07 | Telephone call and follow up regarding settlement and State rejection of same. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |
| 08/08/07 | Review article re: execution of bill eliminating statute of limitations for | | |

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

|   |   |   |   |
|---|---|---|---|
| 3 | certain environmental crimes.<br>B. Moffitt | 0.2 | 76.00 |
| 08/08/07<br>14 | Searched regarding compilation of information regarding status of appeal.<br>S. Parker | 0.3 | 43.50 |
| 08/10/07<br><br>14 | Telephone call with client and follow up regarding meeting with NJDEP regarding settlement; telephone call regarding same; prepare information with B. Moffitt for call to State.<br>A. Marchetta | 1.4 | 826.00 |
| 08/10/07<br>3 | Work with A. Marchetta re: follow up to settlement offer; prepare meeting summary.<br>B. Moffitt | 1.8 | 684.00 |
| 08/11/07<br>14 | Review notice of appeal and forward; follow up regarding telephone calls as to potential meeting with the State.<br>A. Marchetta | 0.6 | 354.00 |
| 08/12/07<br>3 | Review NJDEP's notice of appeal of order denying leave to file late proof of claim.<br>B. Moffitt | 0.1 | 38.00 |
| 08/13/07<br>14 | Review information regarding appeal and follow up with B. Moffitt regarding same.<br>A. Marchetta | 0.4 | 236.00 |
| 08/13/07<br>14 | Numerous telephone calls and e-mails regarding settlement with State and information regarding same.<br>A. Marchetta | 1.2 | 708.00 |
| 08/13/07<br><br>3 | Work with A. Marchetta re: NJDEP appeal of denial of motion to file late proof of claim and re: settlement issues; participate in telephone calls re: same.<br>B. Moffitt | 0.6 | 228.00 |
| 08/14/07<br>14 | Follow up regarding appeal; telephone calls regarding NJDEP meeting.<br>A. Marchetta | 0.4 | 236.00 |
| 08/14/07<br>3 | Respond to e-mail from D.A.G. Lehr re: bankruptcy hearing; telephone call with D.A.G. Dickinson re: same; forward requested transcript.<br>B. Moffitt | 0.6 | 228.00 |
| 08/14/07<br>3 | Review appeal of denial of motion to file late proof of claim; work with A. Marchetta re: same.<br>B. Moffitt | 0.2 | 76.00 |

3

| 08/14/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 08/14/07 | Worked with B. Moffitt regarding issues pertaining to NJDEP's notice of appeal of Order denying motion for leave to file late notice of appeal. | | |
| 14 | S. Parker | 0.2 | 29.00 |

| 08/15/07 | Follow up regarding request from State for information and work on meeting with State; telephone call regarding discussions; telephone calls with client regarding same. | | |
| 14 | A. Marchetta | 1.3 | 767.00 |

| 08/16/07 | Forward information to client as requested and follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 08/16/07 | Follow up regarding appeal procedure/mediation. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 08/16/07 | Preparation of e-mail to client summarizing status; review file material re: same; work with A. Marchetta re: same. | | |
| 3 | B. Moffitt | 1.1 | 418.00 |

| 08/17/07 | Follow up regarding information to court and settlement discussions. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |

| 08/20/07 | Follow up regarding talks with State and communications regarding same. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |

| 08/20/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| 08/21/07 | Preparation of e-mail forwarding transcript and order on motion to file late proof of claim. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| 08/22/07 | Telephone call and follow up regarding meeting with State. | | |
| 14 | A. Marchetta | 0.9 | 531.00 |

| 08/23/07 | Telephone call and follow up regarding communications with State regarding settlement. | | |

4

1564395A01092107

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 531.00 |

| | | | |
|---|---|---|---|
| 08/24/07 | Telephone call and e-mail to client regarding call; follow up regarding information for client. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |

| | | | |
|---|---|---|---|
| 08/24/07 | Review article and forward to case team. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |

| | | | |
|---|---|---|---|
| 08/24/07 | Work with A. Marchetta re: settlement issues and review article and legislation. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| | | | |
|---|---|---|---|
| 08/24/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| | | | |
|---|---|---|---|
| 08/27/07 | E-mails and follow up regarding information for appeal record; work with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| | | | |
|---|---|---|---|
| 08/27/07 | Review e-mail re: designation of record on appeal; review file material and respond re: same; work with A. Marchetta and S. Parker re: same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| | | | |
|---|---|---|---|
| 08/27/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| | | | |
|---|---|---|---|
| 08/27/07 | Retrieved and reviewed US District Court docket in order to response to request for information needed to prepare counter-designation of the record. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| | | | |
|---|---|---|---|
| 08/27/07 | Worked with B. Moffitt regarding review of US District Court docket in order to respond to request for information. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| | | | |
|---|---|---|---|
| 08/28/07 | Telephone calls regarding information on appeal. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| | | | |
|---|---|---|---|
| 08/28/07 | Review and forward article on new legislation and Grace site to case team. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| | | | |
|---|---|---|---|
| 08/28/07 | Searched regarding compilation of information on current status of | | |

5

investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

08/29/07    Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 14.1 | 590.00 | 8,319.00 |
| W. Hatfield | 14 | 0.5 | 390.00 | 195.00 |
| B. Moffitt | 3 | 5.8 | 380.00 | 2,204.00 |
| S. Parker | 14 | 3.9 | 145.00 | 565.50 |
| | TOTAL | 24.3 | | 11,283.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

08/02/07    Follow up with J. Borg regarding eviction and issues.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

08/02/07    Preparation of correspondence to J. Matusiak regarding status; Preparation of correspondence to V. Finkelstein regarding same; Preparation of correspondence to A. Marchetta regarding same.

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 142.00 |

08/08/07    Follow up with J. Borg regarding status of matter.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

08/14/07    Follow up with J. Borg regarding settlement.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

08/15/07    Follow up regarding details of settlement with J. Borg.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

08/15/07    Preparation of correspondence to J. Matusiak regarding dismissal of case.

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 106.50 |

08/15/07    Review/Analysis correspondence from J. Matusiak regarding dismissal of case.

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 142.00 |

6

| 08/15/07 3 | Preparation of correspondence to D. Panitz regarding dismissal of case. J. Borg | 0.2 | 71.00 |
|---|---|---|---|
| 08/15/07 3 | Review/Analysis correspondence from D. Panitz regarding dismissal of case. J. Borg | 0.3 | 106.50 |
| 08/15/07 3 | Revise/Finalize Stipulation of Discontinuance. J. Borg | 0.3 | 106.50 |
| 08/15/07 3 | Preparation of correspondence to V. Finkelstein regarding dismissal of case and stipulation of discontinuance. J. Borg | 0.2 | 71.00 |
| 08/16/07 3 | Preparation of correspondence to J. Matusiak regarding stipulation of discontinuance. J. Borg | 0.2 | 71.00 |
| 08/16/07 3 | Review/Analysis correspondence from J. Matusiak regarding stipulation of discontinuance. J. Borg | 0.2 | 71.00 |
| 08/16/07 3 | Preparation of correspondence to D. Panitz regarding stipulation of discontinuance. J. Borg | 0.2 | 71.00 |
| 08/16/07 3 | Review/Analysis correspondence from D. Panitz regarding same. J. Borg | 0.1 | 35.50 |
| 08/16/07 3 | Preparation of correspondence to V. Finkelstein regarding stipulation of discontinuance. J. Borg | 0.2 | 71.00 |
| 08/17/07 14 | Follow up regarding with prejudice dismissal. A. Marchetta | 0.3 | 177.00 |
| 08/20/07 14 | Follow up regarding e-mails with client regarding dismissal; telephone calls with J. Borg regarding same. A. Marchetta | 0.4 | 236.00 |
| 08/20/07 3 | Preparation of correspondence to J. Matusiak regarding stipulation of discontinuance. J. Borg | 0.1 | 35.50 |
| 08/20/07 | Review/Analysis correspondence from J. Matusiak regarding stipulation of |  |  |

|  |  |  |  |
|---|---|---|---|
|  | discontinuance. |  |  |
| 3 | J. Borg | 0.1 | 35.50 |
|  |  |  |  |
| 08/20/07 | Preparation of correspondence to D. Panitz regarding stipulation of discontinuance. |  |  |
| 3 | J. Borg | 0.1 | 35.50 |
|  |  |  |  |
| 08/20/07 | Review/Analysis correspondence from D. Panitz to Court regarding notice of discontinuance. |  |  |
| 3 | J. Borg | 0.2 | 71.00 |
|  |  |  |  |
| 08/20/07 | Preparation of correspondence to V. Finkelstein regarding stipulation of discontinuance. |  |  |
| 3 | J. Borg | 0.1 | 35.50 |
|  |  |  |  |
| 08/20/07 | Review/Analysis correspondence from V. Finkelstein regarding stipulation of discontinuance. |  |  |
| 3 | J. Borg | 0.2 | 71.00 |
|  |  |  |  |
| 08/20/07 | Review/Analysis correspondence from A. Marchetta regarding stipulation of discontinuance. |  |  |
| 3 | J. Borg | 0.1 | 35.50 |
|  |  |  |  |
| 08/21/07 | Follow up with J. Borg regarding strategy and motion to dismiss. |  |  |
| 14 | A. Marchetta | 0.5 | 295.00 |
|  |  |  |  |
| 08/21/07 | Telephone conference with A. Marchetta regarding appearance on Petition for Possession of Real Property. |  |  |
| 3 | J. Borg | 0.1 | 35.50 |
|  |  |  |  |
| 08/21/07 | Preparation of correspondence to Court regarding appearance on Petition for Possession of Real Property. |  |  |
| 3 | J. Borg | 0.4 | 142.00 |
|  |  |  |  |
| 08/21/07 | Review/Analysis numerous correspondence from V. Finkelstein regarding appearance on Petition for Possession of Real Property. |  |  |
| 3 | J. Borg | 0.2 | 71.00 |
|  |  |  |  |
| 08/21/07 | Preparation for and appearance at Town Court, Wappingers Falls, regarding Petition for Possession of Real Property. |  |  |
| 3 | J. Borg | 6.3 | 2,236.50 |
|  |  |  |  |
| 08/21/07 | Preparation of numerous correspondence to V. Finkelstein regarding appearance on Petition for Possession of Real Property. |  |  |
| 3 | J. Borg | 0.2 | 71.00 |

8

08/22/07    Follow up regarding motion to dismiss.
14          A. Marchetta                                    0.2         118.00

08/27/07    Preparation of correspondence to J. Matusiak regarding motion to dismiss
            petition.
3           J. Borg                                         0.4         142.00

08/27/07    Review/Analysis correspondence from J. Matusiak regarding motion to
            dismiss petition.
3           J. Borg                                         0.4         142.00

08/27/07    Preparation of Motion to Dismiss Petition with prejudice.
3           J. Borg                                         1.7         603.50

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.4 | 590.00 | 1,416.00 |
| J. Borg | 3 | 13.6 | 355.00 | 4,828.00 |
| TOTAL | | 16.0 | | 6,244.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

08/01/07    Review revisions to settlement agreement from Sun and e-mail response to
            K. Balderston concerning same; telephone from Richards' counsel
            concerning settlement discussion; telephone Court and confirm settlement
            meeting on August 23 and letter to counsel.
14          R. Rose                                         0.8         380.00

08/02/07    Follow up regarding settlement issues.
14          A. Marchetta                                    0.5         295.00

08/02/07    Address CMC and settlement conference schedule status in memos to
            clients.
14          W. Hatfield                                     0.5         195.00

08/07/07    Address memo from client on Honeywell cleanup status.
14          W. Hatfield                                     0.2         78.00

08/07/07    Memo to client on cleanup issues and CMC.
14          W. Hatfield                                     0.2         78.00

08/07/07    Follow up with W. Hatfield regarding settlement conference.
14          A. Marchetta                                    0.4         236.00

9

| | | | |
|---|---|---|---|
| 08/09/07 | Call with Shell counsel on settlement agreement. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/10/07 | Call with J. Bariso's chambers on motion to compel by Weja for settlement agreements. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/13/07 | Review and address issues on Weja motion to compel. | | |
| 14 | W. Hatfield | 0.7 | 273.00 |
| 08/13/07 | Memo to client on CMC and motion to compel. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| 08/14/07 | Address case issues on Weja motion. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 08/14/07 | Review Weja motion to compel production of settlements; discuss same and adjournment of settlement conference pending disposition of motion with W. Hatfield. | | |
| 14 | R. Rose | 0.7 | 332.50 |
| 08/15/07 | Address Shell settlement agreement and correspondence from counsel. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/16/07 | Discuss Weja's position on settlement documents with W. Hatfield. | | |
| 14 | R. Rose | 0.2 | 95.00 |
| 08/16/07 | Memo to client on Shell agreement and settlement discussions; motion to compel and proposed PSJ motion. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/16/07 | Address cancellation of hearing issues. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 08/17/07 | Address opposition to Weja Motion to Compel. | | |
| 14 | W. Hatfield | 1.5 | 585.00 |
| 08/17/07 | Call with court clerk on canceling CMC. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/17/07 | Letter to court canceling CMC. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/17/07 | Address memos on Shell agreement issues on confidentiality and terms. | | |
| 14 | W. Hatfield | 0.5 | 195.00 |

10

| 08/20/07 14 | Follow up regarding settlement and motion.<br>A. Marchetta | 0.4 | 236.00 |
|---|---|---|---|
| 08/20/07 14 | Review Weja letter to the court on conference issues.<br>W. Hatfield | 0.2 | 78.00 |
| 08/21/07 14 | Calls with defense counsel on settlement conference and motion issues.<br>W. Hatfield | 0.5 | 195.00 |
| 08/21/07 14 | Calls and memos with clients on CMC and settlement issues.<br>W. Hatfield | 0.3 | 117.00 |
| 08/21/07<br><br>14 | Call with court clerk and letter to Judge confirming carrying of motion to compel and court conference on settlement.<br>W. Hatfield | 0.5 | 195.00 |
| 08/21/07<br><br>14 | Calls and memos with RGR on strategy on motion and settlement conference issues and address opposition to motion.<br>W. Hatfield | 0.4 | 156.00 |
| 08/22/07 14 | Follow up regarding court conference and settlement/strategy discussions.<br>A. Marchetta | 0.4 | 236.00 |
| 08/23/07 14 | Discuss settlement position with B. Hatfield in advance of conference.<br>R. Rose | 0.4 | 190.00 |
| 08/23/07 14 | Telephone calls and follow up regarding settlement negotiations.<br>A. Marchetta | 0.2 | 118.00 |
| 08/23/07<br><br>14 | Prepare for and attend CMC and settlement negotiations of case before Judge Bariso in Jersey City.<br>W. Hatfield | 6.5 | 2,535.00 |
| 08/23/07 14 | Prepare memo to clients on settlement status and negotiation strategy.<br>W. Hatfield | 0.5 | 195.00 |
| 08/24/07 14 | Discuss outcome of settlement conference with B. Hatfield.<br>R. Rose | 0.2 | 95.00 |
| 08/24/07 14 | Telephone calls and e-mails regarding settlement.<br>A. Marchetta | 0.5 | 295.00 |
| 08/24/07<br><br>14 | Attend to revised Shell settlement agreement and forward to client with memo on execution.<br>W. Hatfield | 0.3 | 117.00 |

11

| 08/24/07 14 | Prepare memo to AJM on settlement and call with client on same. W. Hatfield | 0.5 | 195.00 |
|---|---|---|---|

| 08/27/07 14 | Address settlement issues on Weja and carriers with R. Rose. W. Hatfield | 0.2 | 78.00 |
|---|---|---|---|

| 08/30/07 14 | Review and forward Weja correspondence to Court on withdrawing motion to compel. W. Hatfield | 0.3 | 117.00 |
|---|---|---|---|

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 2.3 | 475.00 | 1,092.50 |
| A. Marchetta | 14 | 2.4 | 590.00 | 1,416.00 |
| W. Hatfield | 14 | 16.4 | 390.00 | 6,396.00 |
| TOTAL | | 21.1 | | 8,904.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 08/16/07 18 | Attention to July 2007 fee application. K. Piper | 0.2 | 62.00 |
|---|---|---|---|

| 08/17/07 18 | Attention to drafting July 2007 fee application. K. Piper | 0.9 | 279.00 |
|---|---|---|---|

| 08/21/07 18 | Drafted July 2007 fee application. K. Piper | 1.5 | 465.00 |
|---|---|---|---|

| 08/22/07 18 | Review and revise DP's July, 2007 Fee Application. S. Zuber | 0.3 | 136.50 |
|---|---|---|---|

| 08/27/07 18 | Finalize fee application for July 2007 and attention to filing same. K. Piper | 0.5 | 155.00 |
|---|---|---|---|

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.1 | 310.00 | 961.00 |
| TOTAL | | 3.4 | | 1,097.50 |

12