# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007

Engagement Costs - NJDEP V. W.R. GRACE ET AL.

|  | | |
|---|---|---|
| Travel-Other, Agency Services[3] | | 482.89 |
| | Matter Total Engagement Cost | 482.89 |

Engagement Costs – TAHARI, LTD.

| | | |
|---|---|---|
| 04/30/07 | VENDOR: ELLEN GRAUER COURT REPORTING CO.; INVOICE#: 20071714EU; DATE: 4/4/2007 - Deposition/Transcripts on 2/16/07; 45011[4] | 1814.50 |
| | Matter Total Engagement Cost | 1,814.50 |

---

[3] Direct Reimbursement Expense Report for A.J. Marchetta dated July 23, 2007 ($81.89), Travel Agency charge ($55.00), Amtrak Passenger Ticket ($294.00) and Amtrak Passenger Ticket ($52.00) attached hereto as Exhibit 1.
[4] Ellen Grauer Court Reporting Invoice #20071714EU dated 4/4/2007 attached hereto as Exhibit 2.

1564395A01092107

# EXHIBIT 1

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME _____A.J. MARCHETTA_____

Period From: _____July 23, 2007_____
To: _____July 23, 2007_____

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | Parking or Tolls | | Business Meals | Other Expenses | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/23/2007 | (W.R. Grace/NJDEP) Drive to/from train station to travel by train to Delaware for Court Hearing on motion to file late claim. | 110.00 | $53.39 | $13.00 | | $7.50 | $8.00 | $81.89 | 482910.114715 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported    $    81.89

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 7/25/07

9/17/2007

Prepared For
**ANGELA BARON**
**DAY PITNEY LLP**

4153 - ip

**Activity Continued**

Reference Code

Amount $

| 07/11/07 | TRAVEL AGENCY SERVICECORAL GABLES FL | | |
|---|---|---|---|
| | TKT# 8905053649309 | | |
| | 07/10 | 06597170000 | 55.00 |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | MARCHETTA/ANTHONY    TRAVEL AGENCY SERVICE F | | |
| | THE TRAVEL SOURCE    CORAL GABLES  FL | | |
| | FROM | | |
| | NOT RECORDED | | |
| | TO | | |
| | NOT RECORDED    CARRIER CLASS | | |

Continued on next page



| | Prepared For | Account Number | Closing Date | |
|---|---|---|---|---|
| | ANGELA BARON | | 08/01/07 | |
| | DAY PITNEY LLP | | | |

4153-ip

**Activity Continued**

Reference Code                                    Amount

| 07/11/07 | AMTRAK | CORAL GABLES FL | 04969170000 | 294.00 |
| | TKT# 5547027065382 | 07/10 | | |
| | PASSENGER TICKET | | | |
| | MARCHETTA/ANTHONY | AMTRAK | | |
| | THE TRAVEL SOURCE | CORAL GABLES  FL | | |
| | FROM | | | |
| | NEWARK          , NJ | | | |
| | TO | CARRIER CLASS | | |
| | WILMINGTON    , DE    2V    1P | | | |
| | TO | | | |
| | NEWARK          , NJ    2V    1P | | | |

Prepared For
**ANGELA BARON**
**DAY PITNEY LLP**

4153·ip

Page 8 of 41

## Activity Continued

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 07/24/07 | AMTRAK | NEWARK   NJ | NJ | 04950030000 | |
| | TKT# 5547100116705 | | 07/23 | | 52.00 |
| | VENDOR SALE | | | | |
| | MARCHETTA/ANTHONY | AMTRAK | | | |
| | AMTRAK | NEWARK   NJ   NJ | | | |
| | FROM | | | | |
| | NEWARK | , NJ | | | |
| | TO | CARRIER CLASS | | | |
| | WILMINGTON | , DE   2V   KO | | | |

**Total for A J MARCHETTA**

New Charges/Other Debits
Payments/Other Credits

# EXHIBIT 2



# *Ellen Grauer*
## COURT REPORTING
Co. LLC

128 East 56th Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097

**I N V O I C E**

| Invoice Date | Invoice # |
|---|---|
| 4/4/2007 | 20071714EU |

Barry  Benjamin
Day Pitney
7 Times Square, 20th Fl
New York, NY 10036

**Job Date/Time:**   2/16/2007 1:00:00 PM

**3212HB**

**Witness:**   Elie Tahari

**Federal Tax Id #:**

**Case:**   Kronish Lieb ~ 150930/

**Venue:**

131463

| Description | Quan | Total |
|---|---|---|
| 1 Certified Daily Deposition | 279 | $1,381.05 |
| PM pages | 50 | $32.50 |
| Exhibits | 1 | $137.00 |
| ASCII Disk and Condensed Transcript | 1 | $76.00 |
| Delivery | 1 | $23.00 |
| Invoice Processing Fee - Deduct if paid in 30 days | 1 | $164.95 |

| | |
|---|---|
| **Sub Total** | $1,814.50 |
| **Payments** | $0.00 |
| **Balance Due** | $1,814.50 |

OK to pay
(BMB) 4/17/07
Benjamin (Grace Tahari)

PAID.........................
APPROVED...................
VENDOR NO...... 10.3773
CHECK NO...... 275722
CHARGE........ 13865

131339

**You can now download your transcripts online @ www.ellengrauer.com!**

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | Objection Deadline:  October 19, 2007 |
|  | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.  I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  September 28, 2007

Respectfully submitted,
DAY PITNEY LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

1564396A01092707

2