IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: October 18, 2007 at 4:00p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2007 THROUGH JULY 31, 2007

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/11/2007 | NG | Receipt and review of Office Action from the U.S. Patent and Trademark Office, preliminary review of application in connection with Action to identify any informalities which need to be addressed by the attorney; memorandum to responsible attorney regarding preliminary review and formalization of file to reflect same; | 1.00 |
| 07/17/2007 | FTC | Reviewed and analyzed restriction requirement dated July 2, 2007; review U.S. patent No. 6,358,401 and considered the potential relevance of said patent to the restriction requirement; drafted letter to Mr. Cross summarizing and forwarding the restriction requirement; | 1.00 |
| 07/27/2007 | FTC | Prepared response to the restriction requirement dated July 2, 2007, including consideration of the validity of the basis of the restriction requirement and consideration of the proper response to the Examiner's assertion that the process claims of the application can be performed by U.S. Patent No. 6,358,401; prepared draft response to the restriction requirement and forwarded to Mr. Cross for review; | 1.50 |
| 07/31/2007 | FTC | Teleconference with Mr. Cross to discuss response to the restriction requirement dated July 2, 2007; revised draft response in accordance with comments of Mr. Cross; forward revised response to Mr. Cross for review. | 0.40 |

SERVICES                                $ 1,301.50

| | Initials | Name | Hours | | Rate |
|---|---|---|---|---|---|
| | FTC | FRANK T. CARROLL | 2.90 | hours @ | $295.00 |
| | NG | NOREEN GARONSKI | 1.00 | hours @ | $185.00 |

**INVOICE TOTAL**                        **$    1,301.50**

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| 07/13/2007 | NG | Receipt and verification of Official Filing Certificate, Confirmation Number and Notice to File Missing Parts of Application from the United States Patent and Trademark Office; preparation of correspondence to client forwarding copy of same; formalization of application to reflect particulars and updating intellectual property portfolio; | 1.00 |
|---|---|---|---|
| 07/16/2007 | DMD | Analysis of specification and application file to identify references to be cited in an Information Disclosure Statement to the United States Patent and Trademark Office in connection with the duty of disclosure; | 0.80 |
| 07/17/2007 | DMD | Continue preparation of Information Disclosure Statement | 0.30 |
| 07/25/2007 | JEM | Review proposed listing of prior art identified for submission to the Patent Office and instruction para-professional regarding same; | 0.30 |
| 07/27/2007 | DMD | Continue preparation of Information Disclosure Statement; | 1.50 |
| 07/27/2007 | JEM | Assist in preparing response to Notice to File Missing Parts; and assist in transmitting same to the United States Patent and Trademark Office; | 0.30 |
| 07/27/2007 | NG | Receipt and review of executed documents from the client, preparation of and attendance to filing a Response to Notice to File Missing Parts of Application with the United States Patent and Trademark Office and preparation of correspondence to client forwarding copy of same. | 1.50 |

SERVICES $ 1,049.50

| | JEM | JOHN E. MCGLYNN | 0.60 | hours @ | $415.00 |
|---|---|---|---|---|---|
| | NG | NOREEN GARONSKI | 2.50 | hours @ | $185.00 |
| | DMD | DAVID M. DESANTO | 2.60 | hours @ | $130.00 |

**DISBURSEMENTS:**

PATENT OFFICE FEES. $ 178.50

DISBURSEMENT TOTAL $ 178.50

SERVICE TOTAL $ 1,049.50

**INVOICE TOTAL** $ **1,228.00**

**WRG-GEN**

| 0710/2007 | GHL | Preparation of monthly fee petition for May 2007. | 0.30 |
|---|---|---|---|

SERVICES $ 159.00

| | GHL | GARY H. LEVIN | 0,30 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ 159.00