# Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                                  August 1, 2007 to August 31, 2007

Invoice No.:  24792

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 22.90 | 4,218.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.20 | 572.00 |
| B18 | Fee Applications, Others - | 16.80 | 2,002.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 11.30 | 2,938.00 |
| B25 | Fee Applications, Applicant - | 8.20 | 1,004.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.20 | 312.00 |
| B32 | Litigation and Litigation Consulting - | 9.30 | 2,418.00 |
| B33 | ZAI Science Trial - | 0.30 | 75.00 |
| B36 | Plan and Disclosure Statement - | 4.40 | 1,030.00 |
| B37 | Hearings - | 5.60 | 1,456.00 |
| B40 | Employment Applications, Others - | 0.90 | 234.00 |
| B45 | Professional Retention Issues - | 0.50 | 130.00 |
| | **Total** | **83.60** | **$16,389.00** |
| | **Grand Total** | **83.60** | **$16,389.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 200.00 | 4.60 | 920.00 |
| Rick S. Miller | 250.00 | 0.30 | 75.00 |
| Steven G. Weiler | 175.00 | 2.40 | 420.00 |
| Theodore J. Tacconelli | 260.00 | 45.90 | 11,934.00 |
| Law Clerk | 100.00 | 2.10 | 210.00 |
| Legal Assistant - MH | 100.00 | 28.30 | 2,830.00 |
| **Total** | | **83.60** | **$16,389.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Expense - | 2,845.54 |
| **Total Disbursements** | **$2,845.54** |

**Invoice No. 24792**                    **Page** 2 of 14                    **September 26, 2007**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-07 | *Fee Applications, Others* -  Confer with M. Hedden; re: CDG fee apps | 0.20 | LLC |
| | *Case Administration* - Review new local bankruptcy rule 5005(4) re filing and confer with S. Weiler re same | 0.20 | TJT |
| | *Case Administration* - Review PWC April Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re 3rd amended CMO re PI estimation and review proposed order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Welch rebuttal report dated July 07 | 1.20 | TJT |
| | *Hearings* - Prepare for 8/29/07 hearing | 0.10 | TJT |
| | *Case Administration* - Prepare weekly docket report re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | LC |
| Aug-02-07 | *Case Administration* - Review 3rd amended Certificate of No Objection; re: PI estimation | 0.10 | LLC |
| | *Case Administration* - Review order re amendments, supplements and changes to PD Claims | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re local dismissal procedure re exclusivity appeal pending in 3rd circuit (.1); review 3rd circuit local appellate rules re same (.2); call to case manager handling appeal to discuss same (.1) | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re amendments to PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re order re amendments to PD claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re order re amendments to PD claims | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review  e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee conference call | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review appendix from Welch supplemental report dated July 07 | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Dr. Hammar rebuttal report | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review V. Roggli supplemental report dated 7/31 | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Dr. Longo rebuttal report dated 7/24 | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review S. Hayes' rebuttal report re 7/30 | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' second set of interrogatories to debtors with attachments | 2.20 | TJT |
| | *Plan and Disclosure Statement* - Correspond with S. Baena re exclusivity appeal and related issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with S. Baena re 3rd Cir. dismissal of appeal and related issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Liesemer re dismissal of exclusivity proponent | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending | 0.60 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | 7/27/07, memo to T. Tacconelli and L. Coggins re same | | |
| Aug-03-07 | *Case Administration* - Review case management Memo ; re: week ending 7/27/07 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Obtain federal rules of appellate procedures and local 3rd circuit operating procedures re dismissal of appeal (.2); review same (.3); teleconference with chief deputy clerk (.2); e-mail to T. Tacconelli with attachment re same (.1) | 0.80 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order denying State of New Jersey's leave to file late proof of claim | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re dismissal of exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re dismissal of exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Liesemer re dismissal of exclusivity appeal | 0.10 | TJT |
| Aug-04-07 | *Case Administration* - Review Steptoe and Johnson 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale June Fee Application | 0.10 | TJT |
| Aug-05-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R's summary of record in support of motion to alter, et al. order expunging 71 PD claims with attachments | 0.60 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order disallowing for Canadian PD claims | 0.10 | TJT |
| | *Case Administration* - Review Olgivy Renault June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review HRO's Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 3rd amended PI CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review PI supplemental interrogatories to debtors | 0.10 | TJT |
| | *Hearings* - Review 7/26/07 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft dismissal agreement re exclusivity appeal | 0.10 | TJT |
| Aug-06-07 | *Case Administration* - Review case status memo for week ending 7/27/07 | 0.10 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by FCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re dismissal of exclusivity appeal | 0.10 | TJT |
| Aug-07-07 | *Fee Applications, Others* - Email to & from M. Hedden; re: fee appls & Certificate of No Objections | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re motion to expand PI claim 01-771 with proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of J. Irvine | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with B. Sullivan re status of PD claims | 0.10 | TJT |

**Invoice No. 24792**                                              **Page** 4 of 14                                              **September 26, 2007**

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review LAS June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Confer with law clerk re adversary proceeding no. 01-771 | 0.10 | TJT |
|  | *Case Administration* - Review K&E June Fee Application | 0.40 | TJT |
|  | *Case Administration* - Review Steptoe and Johnson April Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Forman Perry June Fee Application | 0.10 | TJT |
|  | *Employment Applications, Others* - Review PI Committee's motion to shorten notice re motion to retain new financial advisor | 0.10 | TJT |
| Aug-08-07 | *Case Administration* - Review notice of appearance & forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review Steptoe and Johnson May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review entry of appearance by Brayton and Purcell and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review Piper Jaffery June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review TPT June Fee Application | 0.10 | TJT |
|  | *Employment Applications, Others* - Review PI Committee's application to retain Charter Oak as financial advisor with attachments | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Correspond with M. Hurford re dismissal of exclusivity appeal | 0.20 | TJT |
|  | *Case Administration* - Prepare weekly docket report re status of pending 3rd circuit, district court and adversary proceedings; added new docket case | 1.00 | LC |
|  | *Case Administration* - Review docket re case status for week ending 8/3/07, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| Aug-09-07 | *Case Administration* - Review case management Memo ; re: week ending 8/3/07 | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to S&R's summary of record in support of motion to alter/amend order expunging 71 PD claims with attachments | 0.60 | TJT |
|  | *Case Administration* - Review case status memo for week ending 8/3/07 | 0.10 | TJT |
|  | *Case Administration* - Review Steptoe & Johnson June Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.20 | TJT |
|  | *Employment Applications, Others* - Review order granting PI Committee's motion to shorten notice re retention of Charter Oak | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from M. Hurford re final version of dismissal agreement re exclusivity appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from S. Baena re final version of dismissal agreement re exclusivity appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review and execute dismissal agreement re exclusivity appeal and send to counsel for PI Committee | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Prepare e-mail to M. Hurford re dismissal of exclusivity appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from D. Felder re dismissal of exclusivity appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review memo from Bilzin re plan issues | 0.40 | TJT |
|  | *Fee Applications, Others* - Confer with L. Coggins re missing fees (Dec. | 0.10 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | 06 incorporated in April-May monthly) in Hilsoft Quarterly Fee Application, e-mail to L. Flores re same | | |
| Aug-10-07 | *Fee Applications, Others* - Review HR&A 20th quarterly fee application for filing & confer with M. Hedden; re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review Bilzin 25th quarterly fee application for filing & confer with M. Hedden; re: same | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review California Dept. of General Services' opposition to debtors' motion to alter or amend Daggy Hall order | 0.10 | TJT |
| | *Case Administration* - Review notice of appeal by State of New Jersey | 0.10 | TJT |
| | *Case Administration* - Prepare correspondence to S. Baena re notice of appeal by State of New Jersey | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Tax April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick May Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's interrogatories to debtors | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Follow-up call to L. Flores re past fees in Hilsoft Quarterly Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's 20th Quarterly Fee Application, draft Notice and Certificate of Service re same | 0.60 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's 21st Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's 25th Quarterly Fee Application, prepare Notice and Certificate of Service re same | 0.60 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's 25th Quarterly Fee Application | 0.70 | MH |
| Aug-11-07 | *Case Administration* - Review Orrick June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivey and Renault 2nd Quarterly Fee Application | 0.10 | TJT |
| Aug-12-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief in opposition to class certification motion filed by Anderson Memorial Hospital with attachments | 1.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to State of Iowa's motion for leave to file late proof of claim with attachments | 0.40 | TJT |
| | *Case Administration* - Review Stroock June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery 5th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's 1st interrogatories to debtors | 0.20 | TJT |
| Aug-13-07 | *Fee Applications, Others* -  Retrieve voice mail from G. Boyer; re; CDG fee applications & confer with M. Hedden; re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review Hilsoft 9th quarterly fee app for filing & confer with M. Hedden; re: same | 0.30 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re processing of filed | 0.10 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | orders pertaining property damage issues and/or matters | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's memorandum re class certification | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re Sacred Heart case cited in Anderson Memorial Hospital's motion for class certification | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's final brief in support of class certification re South Carolina class with attachment | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re argument on Canadian limitations issue | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's final brief in support of class certification re Worldwide class with attachment | 0.50 | TJT |
| | *Case Administration* - Confer with S. Weiler re communications with co-counsel re orders entered on docket | 0.10 | TJT |
| | *Case Administration* - Review correspondence from Ellicott City, Maryland City Solicitor re change of name of city solicitor and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Briefly review debtors' service declaration re PI bar date with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to M. Hurford re dismissal agreement re exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Retrieve voice mail message from G. Boyer re CDG's monthly and quarterly fee applications, forward same to L. Coggins for possible response to G. Boyer | 0.10 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re my teleconference with L. Flores re past Dec. fees in Hilsoft Quarterly Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Hilsoft's 9th Quarterly Fee Application, prepare Notice and Certificate of Service re same; confer with L. Coggins re Dec. time footnote; edit Hilsoft's Notice of Application | 0.70 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's 9th Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - begin spreadsheet calculations re Ferry, Joseph & Pearce's 25th Quarterly Fee Application | 1.00 | MH |
| Aug-14-07 | *Fee Applications, Others* - Review CDG's 33rd monthly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CDG 34th monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden; re: CDG quarterly fee apps | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 25th quarterly fee app for filing | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with paralegal re CDG Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report prepared by M. Peterson in similar asbestos bankruptcy case | 0.70 | TJT |
| | *Case Administration* - Confer with L. Coggins re CDG's combined Quarterly Fee Application (Jan.-June 07), reply e-mail to G. Boyer re same | 0.10 | MH |

|            |                                                                                                                                                                                  |      |     |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----|
|            | *Case Administration* - update fee app/cno filed chart                                                                                                                           | 0.10 | MH  |
|            | *Fee Applications, Others* - download, review and revise CDG's Jan-Mar. monthly Fee Application                                                                                  | 0.50 | MH  |
|            | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's Jan.-March monthly Fee Application                                                                     | 0.50 | MH  |
|            | *Fee Applications, Others* - download, review and revise CDG's April - June 07 monthly Fee Application                                                                           | 0.50 | MH  |
|            | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's April - June 07 monthly Fee Application                                                                | 0.50 | MH  |
|            | *Fee Applications, Others* - download, review and revise CDG's Jan.-June 07 Quarterly Fee Application                                                                            | 0.60 | MH  |
|            | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's Jan.-June 07 Quarterly Fee Application                                                                 | 0.60 | MH  |
|            | *Fee Applications, Applicant* - Finalize calculations and draft Ferry, Joseph & Pearce's 25th Quarterly Fee Application, Notice, and Certificate of Service re same              | 2.50 | MH  |
|            | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's 25th Quarterly Fee Application                                                   | 0.70 | MH  |
| Aug-15-07  | *Fee Applications, Others* - Confer with T. Tacconelli; re: CDG quarterly fee apps                                                                                               | 0.10 | LLC |
|            | *Fee Applications, Others* - Confer with M. Hedden; re: CDG quarterly fee app                                                                                                    | 0.10 | LLC |
|            | *Fee Applications, Others* - Review CDG 24-25th quarterly fee app for filing                                                                                                     | 0.10 | LLC |
|            | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by debtors                                                                                     | 0.10 | TJT |
|            | *Case Administration* - Review PWC May Fee Application                                                                                                                           | 0.10 | TJT |
|            | *Case Administration* - Review BIR 25th Quarterly Fee Application                                                                                                                | 0.10 | TJT |
|            | *Case Administration* - Review Kramer Lavine 21st Quarterly Fee Application                                                                                                      | 0.10 | TJT |
|            | *Case Administration* - Review Anderson Kill 8th Quarterly Fee Application                                                                                                       | 0.10 | TJT |
|            | *Case Administration* - Review Casner Edwards June Fee Application                                                                                                               | 0.10 | TJT |
|            | *Case Administration* - Review LAS 21st Quarterly Fee Application                                                                                                                | 0.10 | TJT |
|            | *Fee Applications, Others* - Confer with L. Coggins re CDG Quarterly Fee Application                                                                                             | 0.10 | TJT |
| Aug-16-07  | *Case Administration* - Review scheduling order; re: certain PD claims                                                                                                           | 0.10 | LLC |
|            | *Fee Applications, Others* - Confer with M. Hedden; re: e-mail from S. Bossay; re: hearing on CDG quarterly                                                                      | 0.10 | LLC |
|            | *Case Administration* - Obtain and e-mail scheduling order re adjudication of certain PD claims to co-counsel and other interested parties                                       | 0.20 | SGW |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' amended objection to PD claims re 15th omnibus objection to claims                                                    | 0.20 | TJT |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Weiler re scheduling order for PD claims                                                                           | 0.20 | TJT |
|            | *Case Administration* - Review PI Committee's April-July Fee Application                                                                                                         | 0.10 | TJT |
|            | *Committee, Creditors', Noteholders' or* - Review correspondence from R. Ramphall re teleconference with committee                                                               | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review letter from M. Eskin to 3rd circuit clerk re dismissal agreement for exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 8/10/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| | *Fee Applications, Others* - Review e-mail from S. Bossay CDG's lumped Quarterly Fee Application for Dec. hearing, forward same to and confer with L. Coggins re same, e-mail to S. Bossay | 0.10 | MH |
| Aug-17-07 | *Case Administration* - Review case status memo for week ending 8/10/07 | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag 8th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale 25th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Forman Perry April-June Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Quarterly Fee Application for April-June | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review scheduling order re PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review dismissal order by 3rd circuit clerk in exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re dismissal order in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Prepare weekly docket report re status of pending 3rd circuit, district court and adversary proceedings | 0.30 | LC |
| Aug-18-07 | *ZAI Science Trial* - confer with TJT re: ZAI issue | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended notice of deposition of J. Irvine with attachment | 0.20 | TJT |
| | *Case Administration* - Review two Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review K&E 25th Quarterly Fee Application | 0.20 | TJT |
| | *Case Administration* - Review State of NJ designation of items included in record on appeal | 0.20 | TJT |
| | *Case Administration* - Review State of NJ statement of issues on appeal | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith 25th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern May Fee Application | 0.10 | TJT |
| Aug-20-07 | *Case Administration* - Review case management Memo ; re: week ending 8/10/07 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli; re: dismissal of appeal & status of exclusivity | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review PD claim filing information | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re PD claim filing information | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re recent PD claim filing information | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review PWC 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern June Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Confer with L. Coggins re plan issues and dismissal of exclusivity appeal | 0.10 | TJT |
| Aug-21-07 | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin June, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA June, 2007 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Email to M. Hedden; re: June Certificate of No Objections | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection; re: June, 2007 fee application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to counter designate additional items on appeal with attachments re S&R appeal of 71 order | 0.80 | TJT |
| | *Case Administration* - Review notice by clerk re appeal by State of NJ | 0.10 | TJT |
| | *Case Administration* - Review affidavit of M. Hancock | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review motion by unsecured creditors committee to alter or amend order re confidentiality of documents relating to estimation with attachments | 0.40 | TJT |
| | *Case Administration* - e-mail to and from L. Coggins re review of miscellaneous Certificates of No Objection to file | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's June Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's June Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's June Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's June Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's June Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's June Fee Application | 0.50 | MH |
| Aug-22-07 | *Fee Applications, Others* - Review case management Memo ; re: week ending 8/17/07 | 0.10 | LLC |
| | *Case Administration* - Obtain and send notice of motion re entry of consent order concerning confidentiality of documents produced by experts for FCR to co-counsel and other interested parties (.2); confer with T. Tacconelli re same (.1) | 0.30 | SGW |
| | *Case Administration* - Review debtors' motion to settle claims with BP with attachments | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from S. Weiler re notice of hearing filed by FCR re consent order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of hearing filed by FCR re consent order | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 8/29/07 hearing preparation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Professional Retention Issues* - Review debtors' motion to amend ordinary course professional order | 0.30 | TJT |
| | *Professional Retention Issues* - Review debtors' motion to amend ordinary course professional order to allow Morrison and Foster to exceed cap | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 8/17/07, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Aug-23-07 | *Case Administration* - Review agenda; re: 8/29/07 hearing | 0.10 | LLC |
| | *Case Administration* - Review PSZY&J 25th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.60 | TJT |
| | *Employment Applications, Others* - Review debtors' response to PI Committee's motion to retain Charter Oak | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's motion to enter consent order re confidentiality of documents in estimation proceeding and review proposed order | 0.40 | TJT |
| | *Hearings* - Review agenda for 8/29/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Kramer re plan issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CDG report for committee re plan issues | 0.20 | TJT |
| | *Case Administration* - continue organizing and condensing fee apps and cnos filed by PD Committee from the start of case re various parties, pull ECF sheets and non-efiled documents for scanning | 2.00 | MH |
| Aug-24-07 | *Case Administration* - Review order rescheduling hearing dates & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review amended agenda; re: 8/29/07 | 0.10 | LLC |
| | *Case Administration* - Obtain and forward order changing 10/22/07 omnibus hearing date to 10/25/07 and amended 8/29/07 agenda to co-counsel and other interested parties and confer with T. Tacconelli re same | 0.30 | SGW |
| | *Case Administration* - Obtain and forward motion and motion to shorten time re appointment of examiner re conduct of L. Tersigni Consulting to co-counsel and confer with T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - Review e-mail from D. Klauder re motions filed by US Trustee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review renotice of deposition by FCR of Rusk Consulting | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re amended agenda for 8/29 hearing | 0.10 | TJT |
| | *Hearings* - Review order rescheduling October hearing and calendar new date | 0.10 | TJT |
| | *Case Administration* - e-mail from L. Coggins re rescheduled omnibus hearing order, download same, update calendar | 0.10 | MH |
| | *Case Administration* - continue organizing and condensing fee apps and cnos filed by PD Committee from the start of case re various parties, pull ECF sheets and non-efiled documents for scanning | 2.50 | MH |
| Aug-25-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' answering brief in the Mission Towers appeal in District Court | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to shorten notice re motion to settle with Continental Casualty Co. | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to settle with Continental Casualty Co. with attachments | 0.50 | TJT |
|  | *Case Administration* - Review US Trustee's motion to shorten notice and motion to appoint examiner | 0.30 | TJT |
|  | *Case Administration* - Review debtors' motion for expedited consideration of joint motion between Niosh and debtors for protective order | 0.10 | TJT |
|  | *Case Administration* - Review joint motion between debtors and Niosh for protective order and review proposed protective order | 0.30 | TJT |
|  | *Case Administration* - Review Woodcock Washburn June Fee Application | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 8/29/07 hearing | 0.10 | TJT |
| Aug-26-07 | *Case Administration* - Review case status memo for week ending 8/17/07 | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Nelson Mullins June-July Fee Application | 0.10 | TJT |
|  | *Employment Applications, Others* - Review e-mail from S. Baena re US Trustee's motion to appoint examiner and related issues | 0.10 | TJT |
| Aug-27-07 | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's July prebill | 0.80 | TJT |
| Aug-28-07 | *Fee Applications, Applicant* - Review July, 2007 fee app for filing | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of continuation of deposition of J. Irvine | 0.10 | TJT |
|  | *Case Administration* - Review affidavit of J. Lynch | 0.10 | TJT |
|  | *Case Administration* - Review debtors' counter designation of record on appeal re appeal by State of NJ | 0.10 | TJT |
|  | *Case Administration* - Review order granting debtors' motion for expedited consideration of agreed protective order with Niosh | 0.10 | TJT |
|  | *Case Administration* - Review modified order granting debtors' motion to shorten notice re CCC 9019 motion | 0.10 | TJT |
|  | *Case Administration* - Review briefs filed in New Jersey enforcement action re documents identified by debtor as record on appeal in State of NJ appeal | 0.60 | TJT |
|  | *Case Administration* - Review BMC Group Jan. Fee Application | 0.20 | TJT |
|  | *Hearings* - Review matters on agenda going forward on 8/29/07 hearing | 1.20 | TJT |
|  | *Hearings* - Review correspondence from J. Sakalo re 8/29/07 hearing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review revisions to Ferry, Joseph & Pearce's July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Prepare weekly docket report re status of pending 3rd circuit, district court and adversary proceedings | 0.30 | LC |
|  | *Case Administration* - Prepare weekly docket report re status of pending 3rd circuit, district court and adversary proceedings | 0.30 | LC |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's July 07 prebill | 0.20 | MH |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's July 07 bill, prepare Fee Application, Notice and Certificate of Service re same | 1.10 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's July 07 Fee Application | 0.60 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Aug-29-07 | *Case Administration* - Review second amended agenda; re: 8/29 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin, July, 2007 fee app for filing | 0.10 | LLC |
| | *Case Administration* - 8/29/07 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re S&R's motion to alter/amend 71 order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re order re S&R's motion to amend/alter 71 order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order allowing/expunging claims of Daggy Hall, et al. | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with M. Kramer re order re S&R's motion to alter/amend 71 order | 0.20 | TJT |
| | *Employment Applications, Others* - Review order re modifying retention of Lexecon | 0.10 | TJT |
| | *Hearings* - Review second amended agenda for 8/29/07 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.80 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's July 07 Fee Application summary and notice, confer with L. Coggins re same, prepare Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's July 07 Fee Application | 0.50 | MH |
| Aug-30-07 | *Fee Applications, Others* - Review HRA July, 2007 fee app for e-filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Hilsoft July, 2007 fee app for e-filing & confer with M. Hedden; re: same | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re PD claims by Pacific Freeholds | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review prior hearing notes and transcripts re PD claims by Pacific Freeholds | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R's reply to debtors' motion for leave to counter designate additional items and record no appeal re Mission Towers appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving 9019 motion with City of Philadelphia | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Prudential with attachment | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re Prudential settlement motion | 0.10 | TJT |
| | *Case Administration* - Review BIR July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Feb. Fee Application | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting motion to expedite consideration of protective order between debtors and Niosh | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for expedited consideration of agreed motion for protective order with CPF | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joint motion between debtors and CPF for entry of a protective order with attachments | 0.80 | TJT |
| | *Hearings* - Review 8/29/07 hearing notes re PD issues | 0.20 | TJT |
| | *Hearings* - Prepare for 9/10/07 hearing | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Hearings* - Correspond with S. Weiler re 8/29/07 hearing follow-up | 0.10 | TJT |
|  | *Hearings* - Teleconference with committee member re results of 8/29/07 hearing | 0.30 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise Hilsoft's July Fee Application documents, prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Confer with L. Coggins re Hilsoft July Fee Application | 0.10 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft July Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's July Fee Application documents, prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's July Fee Application | 0.50 | MH |
| Aug-31-07 | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA 20th quarterly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin 25th quarterly fee app | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review consent order re extension of briefing schedule in Mission Tower appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' notice of appeal of 8/29 order | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review statement by Estate of R. Rapisardi | 0.10 | TJT |
|  | *Case Administration* - Review BMC March Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review motion to lift stay by R. Prete with attachments | 0.40 | TJT |
|  | *Case Administration* - Review Kramer Levine July Fee Application | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's 20th Quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's 20th Quarterly Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's 25th Quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 25th Quarterly Fee Application | 0.50 | MH |
|  | Totals | 83.60 |  |

**DISBURSEMENTS**

|  |  |  |
|---|---|---|
| Aug-07-07 | *Expense* - J&J Court Transcribers | 83.91 |
| Aug-10-07 | *Expense* - Copying cost  126 @ 0.10 | 12.60 |
|  | *Expense* - service supplies  268 @ 0.09 | 24.12 |
| Aug-13-07 | *Expense* - Copying cost  58 @ 0.10 | 5.80 |
|  | *Expense* - Postage | 1.31 |

**Invoice No. 24792**               **Page** 14 of 14                **September 26, 2007**

| Date | Description | Amount |
|---|---|---:|
| | *Expense* - service supplies  268 @ 0.09 | 24.12 |
| Aug-14-07 | *Expense* - Copying cost  251 @ 0.10 | 25.10 |
| | *Expense* - Postage | 4.49 |
| | *Expense* - service supplies  268 @ 0.09 | 24.12 |
| Aug-15-07 | *Expense* - Copying cost  102 @ 0.10 | 10.20 |
| | *Expense* - Postage | 1.87 |
| | *Expense* - service supplies  268 @ 0.09 | 24.12 |
| Aug-17-07 | *Expense* - Tristate Courier & Carriage - delivery charge | 13.00 |
| Aug-21-07 | *Expense* - Copying cost  135 @ 0.10 | 13.50 |
| | *Expense* - Postage  8 @ 1.14 | 9.12 |
| | *Expense* - service supplies  15 @ 0.50 | 7.50 |
| Aug-28-07 | *Expense* - Elaine M. Ryan - Transcript | 241.50 |
| | *Expense* - Blue Marble Logistics - cc 317.20 (includes discount); service supplies 5.59; postage 1,223.11 | 1,545.90 |
| | *Expense* – Photocopy Cost | 6.60 |
| Aug-29-07 | *Expense* - Blue Marble Logistics - cc 107.20; service supplies 34.84; postage 255.55 | 397.59 |
| | *Expense* - Tristate Courier & Carriage - delivery charge | 39.00 |
| | *Expense* - Postage | 1.81 |
| | *Expense* - service supplies | 1.50 |
| | *Expense* - Photocopy Cost | 12.00 |
| Aug-30-07 | *Expense* - Business Card (court call 7/19/07 hearing) | 57.50 |
| | *Expense* - Blue Marble Logistics - delivery charges | 229.10 |
| | *Expense* - Photocopy Cost | 3.90 |
| Aug-31-07 | *Expense* - Postage  8 @ 0.97 | 7.76 |
| | *Expense* - service supplies | 7.50 |
| | *Expense* - Photocopy Cost | 4.50 |
| | *Expense* - Photocopy Cost | 4.50 |
| | Totals | $2,845.54 |
| | **Total Fees & Disbursements** | **$19,234.54** |
| | **Balance Due Now** | **$19,234.54** |