# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: October 18, 2007 at 4:00p.m.<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.1 | $561.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 1.1 | $561.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 28, 2007
Invoice No.: 395898
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through August 31, 2007

|  |  |
|---|---|
| Fees | $561.00 |
| **Total Fees and Disbursements** | **$561.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP         BOSTON         WASHINGTON, DC         www.foleyhoag.com

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 395898  
September 28, 2007  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/03/07 | Jaffe | Telephone call and email with Ms. Fiske and Ms. Muench regarding status report to court and email with client regarding same (0.8). | 0.8 |
| 08/06/07 | Jaffe | Review status report to court; email to client regarding same (0.3). | 0.3 |
|  |  | **Total Hours** | **1.1** |

Matter No.: 08743.00088              Invoice No.: 395898
Re: Acton Site OU3                    September 28, 2007
                                                                                                          Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.1 |

         **Total Fees**                                                                     $561.00


| | |
|---|---|
| **Total Fees** | **$561.00** |
| **Total Fees and Disbursements** | **$561.00** |



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 28, 2007
Invoice No.: 395898
Matter No.: 08743.00088

Re:   Acton Site OU3

| Total Fees and Disbursements | $561.00 |

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00088, **Invoice #:** 395898
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.0 | $510.00 |
| Adam P. Kahn | Partner | Environmental | $500.00 | 0.7 | $350.00 |
| Elizabeth Rice | Paralegal | Bankruptcy | $190.00 | 1.3 | $273.00 |
| | | | | | |
| TOTAL | | | | 3.0 | $1,133.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 45.36 |
| | |
| TOTAL | $ 45.36 |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 28, 2007
Invoice No.: 395900
Matter No.: 08743.00101

Re: **Bankruptcy Matters**

For Professional Services rendered through August 31, 2007

| | |
|---|---:|
| Fees | $1,133.00 |
| Disbursements | 45.36 |
| **Total Fees and Disbursements** | **$1,178.36** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters  

Invoice No.: 395900  
September 28, 2007  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/01/07 | Jaffe | Prepare quarterly status report summaries (0.4). | 0.4 |
| 08/02/07 | Jaffe | Draft quarterly status report summaries (0.6). | 0.6 |
| 08/13/07 | Kahn | Attention to quarterly filing (0.4). | 0.4 |
| 08/14/07 | Kahn | Attention to quarterly filing (0.3). | 0.3 |
| 08/14/07 | Rice | Review revised quarterly fee application (0.7). | 0.7 |
| 08/28/07 | Rice | Review, revise and arrange filing for fee application (0.6). | 0.6 |
| | | **Total Hours** | **3.0** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters  

Invoice No.: 395900  
September 28, 2007  
Page 3  

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Kahn | 0.7 |
| Rice | 1.3 |
| Jaffe | 1.0 |

**Total Fees**  $1,133.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/31/07 | In-House Photocopying | 45.36 |

**Total Disbursements**  $45.36

Total Fees  $1,133.00  
Total Disbursements  45.36  
**Total Fees and Disbursements**  **$1,178.36**

To ensure proper credit to your account,  
please include remittance page with your payment.


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 28, 2007
Invoice No.: 395900
Matter No.: 08743.00101

Re: Bankruptcy Matters

**Total Fees and Disbursements**       **$1,178.36**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 395900
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP       BOSTON       WASHINGTON, DC       www.foleyhoag.com

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 4.1 | $2,091.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 4.1 | $2,091.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 28, 2007
Invoice No.: 395901
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through August 31, 2007

|  |  |
|---|---|
| Fees | $2,091.00 |
| **Total Fees and Disbursements** | **$2,091.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 395901  
September 28, 2007  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/02/07 | Jaffe | Review memoranda regarding PAH issues (0.4). | 0.4 |
| 08/12/07 | Jaffe | Review draft supplement remedial investigation and email to team regarding same (2.3). | 2.3 |
| 08/13/07 | Jaffe | Emails with team regarding discussions with EPA (0.3). | 0.3 |
| 08/14/07 | Jaffe | Email with Mr. Bucens and prepare for team conference call (0.4). | 0.4 |
| 08/17/07 | Jaffe | Team telephone conference regarding outstanding questions with EPA and prepare for same (0.7). | 0.7 |
| | | **Total Hours** | **4.1** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 395901  
September 28, 2007  
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 4.1 |

| | |
|---|---|
| Total Fees | $2,091.00 |

| | |
|---|---|
| Total Fees | $2,091.00 |
| Total Fees and Disbursements | $2,091.00 |

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 28, 2007
Invoice No.: 395901
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**          **$2,091.00**

| Remittance Address: | Fed-Ex Remittance Address: |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
|  | Stoneham, MA 02180-3125 |

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 395901
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

---

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP       BOSTON       WASHINGTON, DC       www.foleyhoag.com