IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 28th day of September, 2007, a true and correct copy of the **Debtors' First Set of Requests for Production and Interrogatories Directed to the Asbestos Claimants' Committee and Future Claimants' Representative and Debtors' Second Set of Interrogatories Directed to the Asbestos Claimants' Committee and Future Claimants' Representative** were served on the following individuals:

Official Committee of Asbestos Personal Injury Claimants
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
27th Floor
Washington, D.C. 20005

David T. Austern, Future Claimants' Representative
Ray Mullady, Esq.
Orrick, Herrington & Sutcliffe LLP
3050 K Street N.W.
Washington, DC 20007

Dated: September 28, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen T. Ahern
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Barbara M. Harding
David E. Mendelson
Amanda C. Basta
Brian T. Stansbury
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

–and–

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Jm AL_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:131423.1