# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/30/2007 | Janet S Baer | 0.20 | Confer with S. Gross re responding to Prete lift stay motion. |
| | Total: | 0.20 | |

**Matter 19 – Claims Analysis Objection and Resolution (Non-Asbestos) – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/1/2007 | Lori Sinanyan | 0.30 | Review and respond to queries from A. Krieger re Iowa motion for leave to file late claim and IRS stipulation resolving claim objections. |
| 8/1/2007 | Samuel M Gross | 0.90 | Review and revise motion seeking approval of non-asbestos claim settlement. |
| 8/3/2007 | Lori Sinanyan | 0.20 | Confer with K. Davis and S. Cohen re outstanding non-asbestos claims. |
| 8/6/2007 | Lori Sinanyan | 4.00 | Review and analyze Iowa's motion for leave to file a late claim and follow-up with C. Finke, E. Filon and T. Maynes re same (.5); research re same (1.2); review and analyze correspondence from J. Yoder and C. Yuan re real property tax claims (.8); confer with W. Sparks re conference re Del Taco status (.1); review and analyze non-asbestos claims (.7); review and respond to various correspondence re Hamilton county tax claims and update status in BMC database (.4); review Cendant claim analysis from J. Rivenbark and confer with M. Shelnitz re same (.3). |
| 8/7/2007 | Janet S Baer | 0.80 | Confer with L. Sinanyan re Iowa tax issue (.3); review correspondence re Megtech claims issues (.3); confer with W. Sparks re same (.2). |
| 8/7/2007 | Lori Sinanyan | 1.30 | Coordinate conference re Del Taco status update (.1); confer with J. Baer re Iowa motion for late claim and environmental resolutions (.2); confer with T. Maynes re Iowa motion (.2); review and respond to correspondence from T. Maynes and P. Shenoy (.3); confer with J. Rivenbark re Cendant claim and other non-asbestos claims (.4); follow up with M. Shelnitz re same (.1). |
| 8/8/2007 | Samuel M Gross | 1.20 | Review, revise and edit motion and stipulation to resolve product liability claim (.9); review, revise and edit motion and stipulation to resolve insurance coverage of same (.3). |
| 8/8/2007 | Sashi Athota | 0.50 | Confer with claimant's attorney re certain tax claims (.1); research certain tax claims (.2); correspond with claimant's attorney re certain tax claims (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/9/2007 | Lori Sinanyan | 2.40 | Confer with J. Spitz and W. Sparks re Del Taco mediation and status update (.9); review and comment on objection to Iowa motion for late filed claim (.8); respond to A. Krieger re inquiry re same (.1); confer with BMC re exhibits to same (.3); correspond with T. Maynes and P. Shenoy re same (.3). |
| t | Janet S Baer | 3.20 | Review and revise BP motion, stipulation and order (.8); review and revise CNA motion, stipulation and order (.4); review draft objection re Iowa motion on claim and prepare comments re same (.6); review and respond to inquiries re numerous claim issues (.5); confer with S. Gross re BP and CNA (.2); confer with L. Sinanyan and P. Shenoy re Iowa matter (.3); review and revise Iowa response and correspondence re same (.4). |
| 8/10/2007 | Lori Sinanyan | 7.30 | Review and revise objection to Iowa motion for leave to file late claim, including revising objection, coordinating with BMC and K&E re exhibits, and coordinating filing of same (2.9); research re same (1.5); confer with P. Shenoy re same (.3); confer with J. Baer re same (.2); confer with S. Athota re Hamilton County withdrawal of claims (.1); review and comment on tax claim objection prepared by S. Gross (.7); review claims reports from S. Athota, S. Gross and J. Rivenbark re status of non-asbestos claims (1.3); correspond with J. Rivenbark re outstanding non-asbestos claim (.2); correspond with creditor re outstanding claim and transfer of same (.1). |
| 8/10/2007 | Gary M Vogt | 2.20 | Review and analyze SOFA's, schedules and pleadings for information requested re claims for taxes. |
| 8/10/2007 | Samuel M Gross | 1.50 | Review, revise and edit motion to approve agreement with insurance provider re product liability claims. |
| 8/10/2007 | Sashi Athota | 0.50 | Confer with L. Sinanyan re certain tax claims (.1); correspond with tax claimant's representatives re certain claims (.3); review amended claim and withdrawal of claim notice (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/12/2007 | Lori Sinanyan | 3.20 | Review and respond to Pelett's counsel re status of stipulation (.2); review and analyze late-filed Pelett claims and confer with J. Baer re same (1.1); review correspondence from and respond to J. Rivenbark re Cendant claim (.1); review and respond to J. Rivenbark re other non-asbestos claims (.3); respond to inquiry from S. Cohen of BMC re classification of certain non-asbestos claims (.3); research miscellaneous non-asbestos claims matters (.2); review and update status chart re non-asbestos claims (1.0). |
| 8/13/2007 | Janet S Baer | 1.60 | Review correspondence re late claims issues (.2); review final Iowa objection pleading (.3); review revised BP and CNA motions and agreements (.4); confer with L. Sinanyan re Pelett, New Jersey appeal, Iowa claim, Charter Oak confidentiality agreement and August 29 hearing issues (.5); review Megtech correspondence and respond to same (.2). |
| 8/13/2007 | Lori Sinanyan | 2.70 | Confer with BMC re required claims reports and updates to various non-asbestos claims (.5); review and analyze de minimis claim memorandum from R. Finke and correspond with BMC re same (1.1); confer with J. Rivenbark re various non-asbestos claims (.3); correspond with Cendant's counsel re settlement of outstanding claim (.1); correspond with B. Marriam re Pelett claims (.3); correspond with S. Athota re outstanding non-asbestos claims continued from 22nd omnibus objection (.1); review and respond to correspondence from S. Cohen and A. Krieger re IRS stipulation (.2); confer with S. Athota and V. Finkelstein re withdrawal of Hamilton County claim satisfied from Washcoat sale proceeds (.1). |
| 8/14/2007 | Janet S Baer | 0.30 | Review revised CNA motion and order. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/14/2007 | Lori Sinanyan | 3.60 | Confer with counsel for Cendant re resolution of claim objection (.2); prepare for conference re same (.4); correspond re settlement of same (.7); correspond with F. Zaremby and S. Cohen of BMC re de minimis claims (.3); respond to various inquiries from S. Cohen at BMC re updates to non-asbestos claims (.4); review and comment on preliminary omnibus hearing agenda (.1); review and respond to non-asbestos creditor re inquiry (.1); review and respond to request from L. Gardner re approved stipulations (.4); analyze miscellaneous non-asbestos claims matters (.6); review several daily paperflow memorandum (.2); correspond with C. Finke and D. Nakashige re filed copy of Iowa motion for late claim objection (.1); confer with S. Athota re continued non-asbestos claims objection (.1). |
| 8/14/2007 | Sashi Athota | 0.50 | Confer with tax claimant re withdrawal of paid claim (.2); correspond with tax claimant re withdrawal of paid claim (.2); correspond with J. Rivenbark re status of tax claim (.1). |
| 8/15/2007 | Lori Sinanyan | 1.30 | Correspond and confer with S. Cohen re non-asbestos claims reports (.9); review and respond to J. O'Neill re matters for filing (.1); correspond with S. Athota and K. Davis from Rust re claim withdrawal (.2); confer with M. Shelnitz and J. Rivenbark re proposed Cendant non-asbestos claims settlement (.1). |
| 8/15/2007 | Sashi Athota | 0.50 | Correspond with J. Rivenbark re certain tax claims (.2); confer with tax claimant re withdrawal of paid claim (.1); correspond with Rust Consulting re receipt of withdrawal notice re tax claim (.2). |
| 8/16/2007 | Janet S Baer | 0.60 | Confer re BP and CNA settlements and review correspondence re same (.3); review revised CNA and BP agreements and motions and prepare correspondence re same (.3). |
| 8/16/2007 | Lori Sinanyan | 0.20 | Review and respond to additional inquiries from S. Cohen re non-asbestos claims. |
| 8/17/2007 | Janet S Baer | 1.00 | Review correspondence re BP/CNA (.4); review pleadings re same (.3); confer with S. Gross re same (.3). |
| 8/17/2007 | Lori Sinanyan | 0.90 | Review and respond to S. Athota and J. Rivenbark re non-asbestos claims updates (.6); confer with J. Rivenbark re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/17/2007 | Samuel M Gross | 1.90 | Draft, review and finalize various motions and stipulations to resolve non-asbestos product liability claim (1.7); correspond with D. Glosband and B. Blaustein re same (.2). |
| 8/18/2007 | Samuel M Gross | 0.80 | Draft correspondence to J. Posner and M. Cohan re potential non-asbestos product liability settlement (.2); review and revise pleadings re same (.4); confer with J. Posner re same (.2). |
| 8/19/2007 | Lori Sinanyan | 0.70 | Review and analyze correspondence from T. Maynes and J. Baer re Iowa's motion for late claim (.2); confer with P. Shenoy re same (.1); confer with J. Baer re same (.1); review and respond to non-asbestos claims inquiry from S. Cohen (.3). |
| 8/20/2007 | Janet S Baer | 2.40 | Conferences re CNA stipulation issues and further review re same (.8); confer with client re same (.2); review and respond to correspondence re CNA/BP (.3); further revise CNA stipulation and order as per client issues (.5); prepare correspondence re same (.3); review correspondence from CNA and BP re same and prepare responses to same (.3). |
| 8/20/2007 | Lori Sinanyan | 2.30 | Review and respond to correspond from S. Athota and K. Davis re withdrawn claims (.2); correspond with T. Maynes re stipulation to resolve Iowa's motion for late claim filing and current status of motion (.3); confer with P. Shenoy and D. Nakashige re same (.6); correspond and confer with Iowa's counsel (.4); review correspondence from D. Nakashige re same (.1); confer with D. Nakashige re same (.5); confer with City of Cambridge re claim settlement (.2). |
| 8/20/2007 | Samuel M Gross | 1.40 | Draft, review and revise motion and stipulation re settlement of non-asbestos claims (1.2); correspondence re same (.2). |
| 8/21/2007 | Lori Sinanyan | 6.40 | Confer with S. Cohen re past claims settlement notices and updates to claims register for same (.2); review and analyze information from S. Cohen re claims settlement notices previously entered to confirm BMC database updated (1.4); review and analyze non-asbestos claims reports from S. Cohen (3.8); confer with G. Vogt re same (.4); confer with counsel for City of Cambridge re non-asbestos claims settlement (.1); confer with V. Finkelstein re same (.1); correspond with M. Shelnitz and J. Rivenbark re Cendant claims settlement (.2); review and respond to miscellaneous non-asbestos claims matters (.2). |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/21/2007 | Gary M Vogt | 1.00 | Confer with L. Sinanyan re claim settlement notice matters (.4); review, analyze docket and files for information re same (.6). |
| 8/22/2007 | Janet S Baer | 2.20 | Review comments from CNA re settlement agreement (.3); prepare correspondence re same (.4); review responses from clients (.2); further revise same (.5); confer with J. O'Connell re Colowoy and SERP issues (.2); prepare CNA final documentation and transmittal re same (.4); confer with L. Sinanyan re memorandum on claims status (.2). |
| 8/22/2007 | Lori Sinanyan | 5.20 | Correspond with K. Davis from Rust re non-asbestos claims updates (.1); confer with S. Cohen re status of non-asbestos claims and updates to BMC database (.6); review and respond to query and several correspondence re omnibus hearing agenda (.3); confer with J. O'Neill re non-asbestos claims objections (.2); confer with B. Emmett re status of Rapisardi stipulation (.1); confer with T. Maynes and D. Nakashige re Iowa motion to file late claim (.3); research re miscellaneous non-asbestos claims matters (.3); correspond with counsel for Cendant re claim objection settlement (.1); review and analyze claims on BMC database marked as supplement (1.8); review and follow-up on several outstanding non-asbestos claims (1.4). |
| 8/22/2007 | Gary M Vogt | 2.50 | Review, analyze docket and pleadings for requested information and materials re pension, benefit plans and Colowyo claim (.8); review, analyze docket, pleadings and files for requested materials and information re claim settlement notices (1.4); correspond with local counsel re issues re same (.3). |
| 8/23/2007 | Janet S Baer | 0.60 | Review and revise motion to shorten time re CNA (.4); coordinate filing CNA motions (.2). |
| 8/23/2007 | Lori Sinanyan | 5.20 | Review responses to outstanding non-asbestos claims questions (1.2); update database and accordingly request report from BMC (1.3); prepare order for 20th omnibus claims objection (.8); correspond with counsel for Cendant re same (.1); prepare list of claims for 24th and 25th omnibus objection (.3); analyze miscellaneous non-asbestos claims matters (.3); correspond with F. Zaremby and R. Finke re non-asbestos de minimis asset claim updates (.1); review and analyze property tax claims and correspond with J. Yoder and V. Finkelstein re same (1.0); confer with G. Vogt re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/23/2007 | Samuel M Gross | 0.90 | Draft, review and revise motion and stipulation resolving non-asbestos insurance issue. |
| 8/23/2007 | Joy L Monahan | 0.40 | Confer with L. Sinanyan re status of non-asbestos claims (.2); confer with J. Miller re status of claims (.2). |
| 8/24/2007 | Lori Sinanyan | 3.30 | Confer with M. Cohan re mediation of certain non-asbestos claims (.2); review correspondence from D. Nakashige re Iowa's motion for late filed claim and follow-up with same (.4); correspond with T. Maynes re same (.1); review and respond to correspondence from J. Yoder re real property tax claims (.2); review and respond to correspondence from S. Cohen re non-asbestos claims reconciliation (.2); finalize review of non-asbestos claims and prepare memorandum to M. Shelnitz and R. Finke re same (1.6); review correspondence from J. Rivenbark re state tax claim resolution (.2); research re miscellaneous non-asbestos claims matters (.4). |
| 8/24/2007 | Gary M Vogt | 0.60 | Review files and correspondence re request for information re Knox County tax claims. |
| 8/27/2007 | Lori Sinanyan | 0.40 | Review and analyze non-asbestos claims. |
| 8/27/2007 | Samuel M Gross | 0.70 | Review and revise objection to tax claim. |
| 8/27/2007 | Joy L Monahan | 0.40 | Confer with J. Forgach re status of Archer claims (.3); confer with E. Alley re Slaughter claims (.1). |
| 8/28/2007 | Janet S Baer | 0.50 | Review motion for lift stay on Florida case (.2); prepare correspondence re same (.3). |
| 8/28/2007 | Lori Sinanyan | 2.40 | Confer with B. Emmett re Rapisardi claim and prepare final stipulation (.6); prepare omnibus orders, including conference with counsel for Cendant re same (.8); correspond with K. Mitchell and J. Rivenbark re state tax claims (.5); confer with J. Rivenbark re same (.2); review and respond to correspondence from counsel for Cendant re agenda notation for 20th omnibus objection (.1); confer with J. Monahan re updated status of non-asbestos claims (.1); correspond with S. Cohen of BMC re same (.1). |
| 8/28/2007 | Joy L Monahan | 0.20 | Confer with L. Sinanyan re status of Archer and Slaughter claims. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/30/2007 | Lori Sinanyan | 1.80 | Review and respond to correspondence from V. Finkelstein re non-asbestos claims (.1); correspond with V. Finkelstein re payment of Puerto Rico tax claim in preparation for sale (.1); review correspondence from J. Yoder (.2); review correspondence from S. Cohen re resolved non-asbestos claims with unliquidated portion (.2); review correspondence from K. Davis (.1); confer with V. Finkelstein re Cambridge claim settlement (.1); confer with S. Cohen re non-asbestos claims with interest component and correct notation on claims register (.2); confer with G. Vogt re claims resolutions (.2); confer with M. Cohan re information binder re certain non-asbestos claims (.1); confer with J. Spitz re Del Taco mediation and briefing (.2); correspond with W. Sparks re Del Taco mediation (.1); analyze miscellaneous non-asbestos claims matters (.2). |
| 8/31/2007 | Janet S Baer | 1.70 | Prepare response to A. Krieger re BP/CNA settlements (.8); review correspondence re several outstanding claims and follow up re same (.3); review Ideal Mutual Insurance claim (.2); confer with J. Posner re same (.2); prepare correspondence re same (.2). |
| 8/31/2007 | Lori Sinanyan | 2.70 | Confer and correspond with S. Cohen re research into claims with asserted interest component (.2); confer with W. Sparks re Del Taco mediation (.1); confer with Del Taco counsel re same (.1); confer with V. Finkelstein re City of Cambridge claim (.1); review filing by Rapisardi and correspond with J. Baer and B. Emmett re same (.2); review and analyze correspondence from J. Rivenbark re Oregon state claims and respond to same (.3); respond to J. Yoder re Knox claim (.1); review responses from J. Baer to A. Krieger re BP and CNA settlements (.2); review list of pending claim objection from S. Cohen (.6); research re miscellaneous non-asbestos claims matters (.3); review and comment on Georgia County objection draft by S. Gross (.5). |
|  | Total: | 91.30 | |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/1/2007 | Janet S Baer | 0.50 | Prepare updated personal deadline list (.2); review newly filed pleadings and analyze same (.3). |
| 8/1/2007 | Gary M Vogt | 0.80 | Examine, analyze and organize materials for incorporation into central files and databases. |
| 8/1/2007 | Bianca Portillo | 5.60 | Review, analyze and organize pleadings for central files (2.1); review, analyze, organize and enter correspondence into central files database (2.3); review, analyze and organize pleadings for Chakarian adversary files (1.2). |
| 8/2/2007 | Lori Sinanyan | 0.30 | Review several daily paperflow memoranda (.2); confer with J. Baer re general matters (.1). |
| 8/2/2007 | Bianca Portillo | 2.80 | Research docket, review, analyze and organize requested case management order materials (.8); review, analyze and organize pleadings for central files (1.2); review, analyze, organize and enter correspondence into central files database (.8). |
| 8/3/2007 | Bianca Portillo | 4.10 | Research docket, review, analyze and organize requested omnibus objection materials (3.2); review, analyze, organize and enter correspondence into central files database (.9). |
| 8/6/2007 | Janet S Baer | 1.20 | Review and respond to numerous case inquiries and review correspondence re same (.7); review and analyze newly filed pleadings (.5). |
| 8/6/2007 | Lori Sinanyan | 0.40 | Review and revise general case responsibilities chart (.2); correspond with J. Baer re same (.2). |
| 8/6/2007 | Gary M Vogt | 0.30 | Review, categorize materials for incorporation into central files and databases. |
| 8/7/2007 | Janet S Baer | 0.50 | Confer with committee re semi-monthly conference. |
| 8/7/2007 | Gary M Vogt | 0.50 | Review, analyze files for requested materials re third amendment to post-petition loan agreement. |
| 8/7/2007 | Bianca Portillo | 1.10 | Review, analyze, organize and enter correspondence into central files database. |
| 8/8/2007 | Bianca Portillo | 3.20 | Review, analyze and organize pleadings for central files (1.1); review, analyze, organize and enter correspondence into central files database and update central files (2.1). |
| 8/9/2007 | Janet S Baer | 0.80 | Review summary from PI hearing and related matters (.3); review newly filed pleadings and case inquiries and respond to same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/9/2007 | Gary M Vogt | 0.20 | Review docket, pleadings for requested materials re motion to shorten time. |
| 8/9/2007 | Bianca Portillo | 5.50 | Review, analyze and organize pleadings for central files (1.2); review, analyze and organize pleadings for adversary proceeding files (.9); review and update order binders and index (.6); review, analyze, organize and enter correspondence into the central files database (2.8). |
| 8/10/2007 | Janet S Baer | 1.10 | Coordinate team conference re status (.2); review newly filed pleadings and analyze same (.4); review case correspondence and respond re same (.5). |
| 8/10/2007 | Lori Sinanyan | 0.90 | Participate in weekly team conference (.5); confer with J. Baer and D. Bernick re outstanding question from conference (.1); review and organize various correspondence and materials (.3). |
| 8/10/2007 | Salvatore F Bianca | 1.00 | Review, analyze and summarize recently filed pleadings. |
| 8/10/2007 | Bianca Portillo | 3.10 | Search docket, review, analyze and organize requested scheduling materials (.7); review, organize and enter correspondence into central files database (1.8); review and update order binders and index (.6). |
| 8/11/2007 | Gary M Vogt | 3.50 | Review, analyze and organize materials for incorporation into central files and databases (.5); review and analyze bankruptcy, district and appellate dockets, pleadings and correspondence to update and edit critical dates list (3.0). |
| 8/13/2007 | Janet S Baer | 1.10 | Review correspondence on case issues and analyze same (.8); review information/draft re confidentiality issues (.3). |
| 8/13/2007 | Lori Sinanyan | 0.50 | Confer with J. Baer re various case administrative issues. |
| 8/13/2007 | Gary M Vogt | 0.40 | Review, organize and analyze materials for incorporation into central files and databases. |
| 8/14/2007 | Janet S Baer | 1.00 | Participate in weekly Grace company conference (.7); confer with G. Vogt re transcript summaries and various issues (.3). |
| 8/14/2007 | Bianca Portillo | 2.10 | Review, analyze and organize pleadings for central files database (.7); review, analyze, organize and enter correspondence into central files database and update central files (1.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/15/2007 | Janet S Baer | 2.10 | Review and organize ongoing personal project materials and follow up re same (1.8); review and respond to inquiries re 8/29 hearing and 8/20 filing deadline (.3). |
| 8/15/2007 | Gary M Vogt | 0.30 | Review, analyze and organize materials for incorporation into central files and databases. |
| 8/15/2007 | Bianca Portillo | 3.90 | Review, analyze and organize pleadings for central files (.8); review, analyze, organize and enter correspondence into central files database and update central files (3.1). |
| 8/16/2007 | Bianca Portillo | 1.10 | Review, analyze, organize and enter correspondence into central files database. |
| 8/17/2007 | Gary M Vogt | 0.50 | Review, analyze and organize materials for incorporation into central files and databases. |
| 8/17/2007 | Bianca Portillo | 0.80 | Review, analyze and organize pleadings for central files. |
| 8/18/2007 | Gary M Vogt | 1.00 | Review bankruptcy, district and appellate court dockets, pleadings and correspondence to edit and update critical dates list. |
| 8/20/2007 | Janet S Baer | 0.70 | Correspondence re committee semi-monthly conference (.2); review newly filed pleadings and analyze same (.5). |
| 8/20/2007 | Gary M Vogt | 0.70 | Review docket, analyze pleadings and correspond re requested pleading materials (.3); examine and categorize materials for incorporation into central files and databases (.4). |
| 8/20/2007 | Gary M Vogt | 0.80 | Finalize and coordinate filing of motion to amend October orders and motion for leave re Morrison Foerster retention. |
| 8/20/2007 | Bianca Portillo | 4.70 | Review, analyze and organize pleadings for central files (1.4); review, analyze, organize and enter correspondence into central files database and update central files (2.2); review, analyze and organize pleadings for Chakarian adversary files (1.1). |
| 8/21/2007 | Janet S Baer | 1.40 | Correspondence re legal assistant needs on case (.3); participate in semi-monthly creditor commitee conference (.7); review recently filed pleadings and analyze same (.4). |
| 8/21/2007 | Lori Sinanyan | 0.30 | Review several paperflow memoranda (.1); confer with J. Baer re various case matters (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/21/2007 | Gary M Vogt | 0.80 | Review, analyze docket and correspond re requested pleading materials (.5); examine, analyze and categorize materials for incorporation into central files and databases (.3). |
| 8/21/2007 | Bianca Portillo | 0.90 | Review, analyze, organize and enter correspondence into central files database and update central files. |
| 8/22/2007 | David Hernandez | 5.00 | Review, analyze and organize pleadings necessary to update and edit motion status chart. |
| 8/22/2007 | Bianca Portillo | 6.60 | Review, analyze, organize and enter correspondence into central files database and update central files (2.2); review, analyze and organize pleadings for central files (1.7); review, analyze and organize hearing transcripts for central files (.8); review, analyze and organize pleadings for adversary proceedings files (.9); review, analyze and organize order binders and index (.6); search docket for requested order re payment of employee benefits (.4). |
| 8/23/2007 | Janet S Baer | 0.20 | Review and revise case status list and action items. |
| 8/23/2007 | Lori Sinanyan | 0.10 | Review daily paperflow memorandum. |
| 8/23/2007 | Bianca Portillo | 1.10 | Review, analyze, organize and enter correspondence into central files database. |
| 8/24/2007 | Janet S Baer | 0.40 | Review and attend to newly filed pleadings. |
| 8/24/2007 | Gary M Vogt | 0.40 | Review materials and correspond re request for Equitas materials. |
| 8/24/2007 | Bianca Portillo | 5.80 | Review, analyze and organize pleadings for central files (1.9); review, analyze, organize and enter correspondence into central files database and update central files (2.1); update order binders and index (.6); search dockets and retrieve requested documents re orders (1.2). |
| 8/27/2007 | Janet S Baer | 0.60 | Review newly filed pleadings and analyze same (.3); review correspondence and respond to numerous case related inquiries (.3). |
| 8/27/2007 | Gary M Vogt | 1.00 | Review docket, pleadings and correspond re requested pleading materials (.4); examine, categorize materials for incorporation into central files and databases (.6). |
| 8/27/2007 | Bianca Portillo | 2.80 | Review, analyze and organize pleadings for central files (1.7); review, analyze and update central files database re same (1.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/28/2007 | Janet S Baer | 1.20 | Review and analyze August 29 agenda in preparation for company conference (.3); participate in company status conference (.6); research re issues from same (.3). |
| 8/28/2007 | Lori Sinanyan | 0.20 | Review daily paperflow memorandum (.1); research and respond to query from D. Bernick for omnibus hearing (.1). |
| 8/28/2007 | Bianca Portillo | 6.10 | Review, analyze and organize pleadings for central files (1.9); review, analyze, organize and enter correspondence into the central files database and update central files (2.1); review, analyze and organize transcripts for central files (.8); update order binders and index (.7); search docket, review and analyze requested materials re motion for leave to file reply (.6). |
| 8/29/2007 | Lori Sinanyan | 0.30 | Review several paperflow memoranda (.2); review correspondence between J. Baer and L. Duff re EPA settlement agreement (.1). |
| 8/29/2007 | Gary M Vogt | 1.00 | Review requests re extranet site and attend to issues re same (.5); examine and categorize materials for incorporation into central files and databases (.5). |
| 8/29/2007 | Bianca Portillo | 4.30 | Review, analyze and organize pleadings for central files (1.8); review, analyze, organize and enter correspondence into central files database and update central files (1.9); review, analyze and organize adversary proceeding pleadings for central files (.6). |
| 8/30/2007 | Janet S Baer | 1.00 | Review and analyze newly filed pleadings (.6); confer with L. Sinanyan re status of Remedian sale, non-asbestos claims, lift stay and stay appeal (.4). |
| 8/30/2007 | Lori Sinanyan | 0.40 | Confer with J. Baer re various issues and action items. |
| 8/30/2007 | Bianca Portillo | 2.80 | Review, analyze and organize pleadings for central files (.8); review, analyze, organize and enter correspondence into central files database and update central files (1.1); search docket, retrieve and analyze requested Chakarian order (.3); review and update order binders and index (.6). |
| 8/31/2007 | Lori Sinanyan | 0.30 | Review Grace open items (.2); review paperflow memorandum (.1). |
| 8/31/2007 | Gary M Vogt | 1.20 | Review and analyze docket, pleadings and correspond re requested pleadings materials (.4); categorize materials for incorporation into central files and databases (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/31/2007 | Bianca Portillo | 4.60 | Update order binders and index (1.4); update and distribute main contact list (1.1); review, analyze and organize pleadings for central files (1.1); review, analyze, organize and enter correspondence into central files database (.8); search docket, review and analyze requested document re R. Rapisardi statement (.2). |
| | Total: | 109.90 | |

## Matter 21 – Claim Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/27/2007 | Salvatore F Bianca | 2.70 | Review and summarize materials re x-ray analysis and correspondence with B. Stansbury re same (1.8); prepare for and attend team conference (.6); review draft reply brief in support of motion to compel trust discovery (.3). |
| 7/30/2007 | Salvatore F Bianca | 2.20 | Confer with E. Ahern re expert issues (.2); review and analyze draft supplemental report of P. Lees (2.0). |
| 7/31/2007 | Salvatore F Bianca | 2.30 | Review and analyze draft expert reports. |
| 8/1/2007 | Andrew Erskine | 5.00 | Review and update pleadings and transcript databases (2.0); research re Alabama settled claims list and multi-district litigation databases (3.0). |
| 8/1/2007 | Korin K Ewing | 2.10 | Confer with A. Basta re preparation for hearing (.7); confer with D. Mendelson, R. Smith and A. Basta re results of hearing (.8); confer with D. Mendelson re status of ongoing discovery efforts (.6). |
| 8/1/2007 | Deanna D Boll | 7.80 | Confer with T. Freedman, N. Labovitz, J. Baer re estimation and ZAI developments (.7); confer with T. Freedman re bar date issues and analyze issues re same (6.7); review correspondence re ZAI to W. Sparks (.2); correspond with G. Vogt re bar date issues (.2). |
| 8/1/2007 | David E Mendelson | 7.90 | Review and analyze expert reports (2.4); perform legal research re certain privilege issues, including review of memoranda (1.5); review and revise privilege log (1.8); review and prepare new written discovery responses (1.0); review documents for privilege and confer with client re same (1.2). |
| 8/1/2007 | Janet S Baer | 1.60 | Review memorandum re medical monitoring claims and treatment in other chapter 11 plans (.3); prepare correspondence re same (.3); confer re PD claims issues/research (.3); confer re exclusivity and PI estimation issues (.3); review memorandum and draft revisions re Dies agreement (.4). |
| 8/1/2007 | Salvatore F Bianca | 1.80 | Review and analyze recently filed expert reports. |
| 8/1/2007 | Gary M Vogt | 2.50 | Review and analyze docket, pleadings for requested information, materials re CMO re bar date (1.5); review and analyze bankruptcy dockets, pleadings re plan, disclosure statement material re treatment of future pd claims (1.0). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 8/1/2007 | Michael Dierkes | 3.50 | Perform legal research re South Carolina statutory law and revise insert re same (3.0); draft correspondence to L. Esayian re South Carolina statute (.2); confer with R. Hayley re Canadian law (.3). |
| 8/1/2007 | Andrea L Johnson | 2.70 | Correspond and confer with J. Baer and L. Esayian re future PD claims (.5); research re same (2.2). |
| 8/1/2007 | Robert B Rittenhouse | 4.50 | Review and revise brief re Speights claims (4.2); conferences with K. Cawley re same (.3). |
| 8/1/2007 | Michael A Rosenberg | 7.30 | Prepare materials for August 1 hearing (3.0); attend hearing re same (2.3); review and revise appellate brief (2.0). |
| 8/1/2007 | Samuel Blatnick | 4.50 | Research and draft district court appellate brief. |
| 8/1/2007 | Amanda C Basta | 5.00 | Prepare for and attend hearing re law firm discovery. |
| 8/1/2007 | Keith R Leluga | 6.00 | Prepare and organize various documents re PI hearing. |
| 8/1/2007 | Brian T Stansbury | 0.80 | Confer with expert re Libby analysis (.5); review and revise protocol re same (.3). |
| 8/1/2007 | Raina A Jones | 2.70 | Review documents in response to discovery requests. |
| 8/1/2007 | Henry A Thompson, II | 6.70 | Prepare proposed iConect database assignments and review and analyze related spreadsheets (4.4); review iConect databases and resolve related production issues (2.3). |
| 8/1/2007 | Timothy J Fitzsimmons | 7.50 | Review and analyze expert reports and reliance materials (7.0); correspond re same with B. Harding and S. McMillin (.5). |
| 8/1/2007 | Stephanie A Rein | 7.50 | Review and analyze correspondence re case status (2.0); review and analyze case materials re same (4.5); review and analyze expert rebuttal reports (1.0). |
| 8/1/2007 | Britton R Giroux | 10.00 | Confer with J. Fowler re materials for expert (1.5); perform database searches re discovery requests (8.5). |
| 8/1/2007 | Alicja M Patela | 7.50 | Review and update daily correspondence (2.7); correspond re daily docket updates (1.3); review and analyze PI questionnaires re sample claimants (3.5). |
| 8/1/2007 | Emily Malloy | 9.30 | Review, analyze and organize plaintiffs' and defendants' expert reports (5.3); draft index of all reports (2.0); prepare status reports re same (2.0). |
| 8/1/2007 | Charles Tyler | 7.00 | Review, analyze, organize and update database re relevant documents. |
| 8/1/2007 | Andrew J Ross | 7.50 | Review, organize and analyze documents re hearing (6.0); compile and review files in database (1.5). |
| 8/1/2007 | Senai T Berayes | 7.50 | Analyze and review SDA, PIQ and POC documents for production. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/1/2007 | Ellen T Ahern | 3.70 | Confer with A. Basta re omnibus hearing (.5); review and analyze Betty Anderson report and related expert issues (2.0); review calendar re deposition designations (.2); review follow up issues re Early Ludwick subpoena (.5); follow up on deposition scheduling (.5). |
| 8/1/2007 | Lisa G Esayian | 3.50 | Draft, review and revise Grace's brief in opposition to Anderson Memorial class certification. |
| 8/1/2007 | Renee D Smith | 0.50 | Review materials re law firm discovery (.3); confer with A. Basta and K. Ewing re hearing re same (.2). |
| 8/1/2007 | Elli Leibenstein | 2.50 | Analyze production issues (.5); confer with consulting experts re reports (1.0); analyze claims issues and exchange correspondence re same (1.0). |
| 8/1/2007 | Scott A McMillin | 0.90 | Review claimants' expert reports (.3); review recent cancer study (.2); review recent EPA asbestos study result (.2); confer with B. Harding re expert reports (.2). |
| 8/1/2007 | Kathleen E Cawley | 3.50 | Review and crosscheck Grace's brief re Speights issues. |
| 8/2/2007 | Andrew Erskine | 7.00 | Review and analyze certain claims list against multi-district litigation databases. |
| 8/2/2007 | Korin K Ewing | 4.20 | Confer with B. Harding and A. Basta re preparation for conference (1.1); review documents for potential production (2.7); confer with D. Mendelson re same (.4). |
| 8/2/2007 | David E Mendelson | 7.60 | Review and draft written discovery responses (1.4); review and revise privilege log (.5); review and analyze documents for privilege (2.5); prepare material for conference (3.2). |
| 8/2/2007 | Janet S Baer | 2.40 | Participate in PI conference re discovery/expert report issues (1.5); confer with S. Bianca re medical monitoring issues (.3); review and respond to inquiries re PI estimation issues (.4); review correspondence re Dies issues (.2). |
| 8/2/2007 | Salvatore F Bianca | 2.00 | Review and analyze Grace expert reports. |
| 8/2/2007 | Gary M Vogt | 1.60 | Review docket and correspond re information requested for conference with PI committee (.5); review pleadings and correspond re Speights summary of record re motion to amend 4/17/07 court order (.3); review and analyze dockets, pleadings for requested information re treatment of future PD claims (.8). |
| 8/2/2007 | Andrea L Johnson | 3.70 | Research re other asbestos bankruptcy plans and PD claims (2.5); confer with L. Esayian re same (.3); further research re same (.7): correspond with L. Esayian re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/2/2007 | Brandi L Chudoba | 0.50 | Confer with L. Esayian re research project and review cases. |
| 8/2/2007 | Robert B Rittenhouse | 2.00 | Cite and fact check appellee's brief re Speights claims. |
| 8/2/2007 | Samuel Blatnick | 7.40 | Research and draft appellate brief (6.0); research and draft post-hearing brief (1.4). |
| 8/2/2007 | Brian T Stansbury | 7.70 | Confer with experts, E. Ahern, T. Fitzsimmons, E. Zoldan, B. Harding and S. McMillin re estimation analysis (1.2); confer with B. Harding, S. McMillin, E. Ahern, T. Fitzsimmons and E. Zoldan re legal implications of same (3.0); confer with experts re deposition schedules (1.0); review and analyze rebuttal expert reports (2.5). |
| 8/2/2007 | Henry A Thompson, II | 2.20 | Review and analyze interrogatories and requests for production (1.3); confer with T. Langenkamp re iConect document production issues (.4); review iConect databases and resolve related production issues (.5). |
| 8/2/2007 | Timothy J Fitzsimmons | 7.50 | Participate in conference re expert reports and asbestos disease (4.0); review and analyze expert reports and materials (3.0); correspond re same with B. Harding (.5). |
| 8/2/2007 | Stephanie A Rein | 7.50 | Organize and analyze expert reliance materials (1.5); review, analyze, organize and file materials (4.0); review, organize and analyze pleadings (2.0). |
| 8/2/2007 | Evan C Zoldan | 3.80 | Confer with B. Harding and S. McMillin re further expert work for rebuttal report. |
| 8/2/2007 | Britton R Giroux | 7.50 | Extract and organize fact disclosures for B. Harding (2.0); perform database search re documents in complete database (5.5). |
| 8/2/2007 | Bianca Portillo | 3.60 | Research and analyze pleadings in asbestos bankruptcy re TDP procedures. |
| 8/2/2007 | Alicja M Patela | 7.50 | Review and update daily correspondence (3.0); correspond re daily district docket updates (1.5); review and analyze PI questionnaires re sample claimant request on Rust database (2.0); conduct search and locate prior subpoenas/CMO documents (1.0). |
| 8/2/2007 | M Natasha Labovitz | 3.80 | Review legal research memoranda and other background materials re estimation analysis. |
| 8/2/2007 | Emily Malloy | 8.50 | Review ELS verification documents (7.1); review and extract claimant examples for review (1.4). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/2/2007 | Charles Tyler | 11.00 | Review, analyze and organize materials from L. Mellis and S. Rein re case developments. |
| 8/2/2007 | Andrew J Ross | 10.00 | Review and analyze documents and articles for expert depositions (5.5); analyze and arrange documents re same (4.5). |
| 8/2/2007 | Senai T Berayes | 6.00 | Analyze and review SDA, PIQ and POC documents for production. |
| 8/2/2007 | Ellen T Ahern | 8.00 | Review and analyze defense expert reports (3.0); participate in expert conference re potential estimation experts (5.0). |
| 8/2/2007 | David M Bernick, P.C. | 3.00 | Prepare for estimation conference. |
| 8/2/2007 | Lisa G Esayian | 6.80 | Review and reply to correspondence from counsel for unsecured creditors re questions re Grace's settlement with PD claimant (.3); review and reply to correspondence from M. Dies re settlement issues (.5); confer with A. Johnson re issues re treatment of future PD claims in other asbestos bankruptcy reorganization plan, disclosure statement and TDPs and review materials re same (1.0); revise draft response to district court appeal (1.0); draft opposition brief to Anderson Memorial class certification (4.0). |
| 8/2/2007 | Theodore L Freedman | 4.50 | Review and revise draft plan (2.1); review and revise brief in support of same (2.4). |
| 8/2/2007 | Renee D Smith | 2.50 | Review and analyze expert reports in preparation for conference re estimation preparation issues. |
| 8/2/2007 | Travis J Langenkamp | 5.50 | Confer with H. Thompson re document review procedures (.5); review, organize, analyze and prepare materials for conference (1.2); research service of Libby claimants second set of interrogatories (1.0); review and analyze document review databases (2.8). |
| 8/2/2007 | Elli Leibenstein | 4.50 | Confer with committees re depositions (2.0); analyze deposition issues (.5); confer with experts re depositions (.2); analyze financial data re same (.8); analyze claims issues re same (.6); analyze Libby claims issues (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/2/2007 | Barbara M Harding | 10.00 | Review documents re preparation for conference (1.3); correspond with experts and S. McMillin re depositions (.5); confer with committees (1.6); prepare for conference with consultants re estimation analysis (1.0); confer with consultants, S. McMillin, T. Fitzsimmons, B. Stansbury, E. Zoldan and E. Ahern re same (1.5); confer with S. McMillin, E. Ahern, B. Stansbury and T. Fitzsimmons re expert depositions strategy (1.8); prepare for team conference re strategy (1.8); confer with consultant re same (.2); confer with client re experts status and strategy (.3). |
| 8/2/2007 | Scott A McMillin | 10.50 | Review claimants' expert reports (2.2); confer with B. Harding re same (.3): prepare for and participate in conference with committees counsel (1.9); prepare for and attend conference with experts re estimation issues (3.0); confer with client re expert witnesses and preparing for estimation trial (2.1); analyze and comment on deposition calendar and correspond with experts re dates (1.0). |
| 8/2/2007 | Kathleen E Cawley | 2.50 | Fact and cite check appeal brief. |
| 8/3/2007 | Andrew Erskine | 7.00 | Research re settled claims (5.1); update database re same (1.9). |
| 8/3/2007 | Korin K Ewing | 7.40 | Participate in conference re case strategy (5.5); confer with R. Smith and A. Basta re finalizing and serving third set of interrogatories (.6); confer with B. Harding, D. Mendelson and A. Basta re ongoing discovery efforts (.5); review documents for production and draft correspondence re same (.8). |
| 8/3/2007 | David E Mendelson | 1.60 | Correspond with K. Ewing and team members re certain discovery issues (.8); review and analyze documents re third party discovery issues (.8). |
| 8/3/2007 | Janet S Baer | 5.20 | Participate in PI team strategy conference re estimation and plan issues (4.5); review comments on Dies settlement and provide responses re same (.7). |
| 8/3/2007 | Rafael M Suarez | 1.50 | Review, analyze and organize documents re discovery requests. |
| 8/3/2007 | Salvatore F Bianca | 2.00 | Review and analyze PI Committee and FCR expert reports. |
| 8/3/2007 | Gary M Vogt | 0.40 | Review and analyze files, correspondence re requested interrogatory materials. |
| 8/3/2007 | Derek J Bremer | 1.50 | Design, develop and update litigation database. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/3/2007 | Daniel T Rooney | 7.00 | Correspond with A. Basta re additional review (.5); prepare discovery materials for entry into relevant database (2.0); correspond with B. Stansbury re historical documents related to claimants' experts (.7); review, analyze and organize all documents cited in claimants' expert reports (3.5); confer with S. McMillin re expert preparation (.3). |
| 8/3/2007 | Andrea L Johnson | 0.90 | Research re TDP's in other asbestos bankruptcies (.6); correspond with L. Esayian re same (.3). |
| 8/3/2007 | Samuel Blatnick | 3.00 | Research for and draft appeals brief re late authorization. |
| 8/3/2007 | Amanda C Basta | 7.00 | Participate in team status and strategy conference re claimants' experts (5.5); draft correspondence re discovery (1.5). |
| 8/3/2007 | Brian T Stansbury | 7.60 | Confer with B. Harding, D. Bernick, J. Baer, A. Basta, E. Ahern, E. Zoldan, S. McMillin, T. Fitzsimmons and R. Smith re estimation plan and case strategy (6.5); confer with attorney for CDC document production (.3); confer with expert re Libby analysis (.2); review and revise protocol for Libby analysis (.4); respond to inquiry from CSX counsel re invoice dispute (.2). |
| 8/3/2007 | Raina A Jones | 2.40 | Review and analyze documents re discovery requests. |
| 8/3/2007 | Henry A Thompson, II | 1.80 | Review and analyze documents re discovery requests. |
| 8/3/2007 | Timothy J Fitzsimmons | 10.50 | Review and analyze expert reports and reliance materials (4.8); correspond re same with B. Harding, S. McMillin and E. Zoldan (1.4); confer with PI team re estimation strategy (4.3). |
| 8/3/2007 | Stephanie A Rein | 7.50 | Review, analyze and organize documents re discovery production. |
| 8/3/2007 | Evan C Zoldan | 4.00 | Confer with D. Bernick, B. Harding, A. Running and S. McMillin re expert report and discovery issues. |
| 8/3/2007 | Britton R Giroux | 7.50 | Extract, analyze and organize documents to be sent to A. Basta (2.4); confer with A. Ross re August issues (.5); review, analyze and prepare documents to be produced (4.6). |
| 8/3/2007 | Magali Lespinasse Lee | 1.20 | Confer with N. Labovitz re estimation briefs (.2); research docket and estimation status reports (1.0). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 8/3/2007 | Alicja M Patela | 7.50 | Review, update and analyze daily case correspondence (3.0); correspond re district docket update issues (.7); organize and update master pleadings file (1.1); analyze and review sample claimants PI questionnaires on Rust database (2.7). |
| 8/3/2007 | Emily Malloy | 9.80 | Review and revise plaintiffs' and defendants' expert reliance materials databases (6.2); prepare defendants' expert reports for review (1.6); prepare plaintiffs' expert reports re same (2.0). |
| 8/3/2007 | Andrew J Ross | 7.50 | Analyze interrogatories (2.0); review, analyze and organize documents re expert witnesses (4.3); review and analyze documents for production (1.2). |
| 8/3/2007 | Senai T Berayes | 7.50 | Analyze and review P. Lees expert materials re production issues. |
| 8/3/2007 | Ellen T Ahern | 9.00 | Review and analyze opposition expert reports (1.8); coordinate various expert deposition dates (1.2); participate in team conference re additional discovery and expert work for trial with D. Bernick, B. Harding and S. McMillin (6.0). |
| 8/3/2007 | David M Bernick, P.C. | 6.50 | Prepare for and conduct team conference re estimation evidence and strategy. |
| 8/3/2007 | John Donley | 5.50 | Review expert report and supporting materials in preparation for third-party depositions (2.4); confer with team re discovery and strategy (3.1). |
| 8/3/2007 | Lisa G Esayian | 4.50 | Review and reply to correspondence from Prudential re settlement issues (.4); draft update for W. Sparks re PD issues (.8); review and reply to correspondence from A. Krieger re PD issues (.3); draft Anderson Memorial post-hearing opposition brief (3.0). |
| 8/3/2007 | Theodore L Freedman | 7.50 | Draft briefs re ZAI claims issues (5.6); perform legal research re same (1.9). |
| 8/3/2007 | Renee D Smith | 7.20 | Review materials in preparation for and participate in conference with PI team re estimation issues (7.0); confer with A. Basta and K. Ewing re issues re same (.2). |
| 8/3/2007 | Travis J Langenkamp | 7.00 | Review and analyze insurance files for production (1.7); confer with A. Basta, K. Ewing and R. Smith re discovery issues and questionnaire analysis (1.2); review and analyze second set of Libby claimants interrogatories (1.1); confer with R. Smith re strategy conference preparations (1.0); research historical data on experts (2.0). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 8/3/2007 | Elli Leibenstein | 6.00 | Participate in team conference re estimation issues (4.5); analyze issues re same (1.5). |
| 8/3/2007 | Barbara M Harding | 10.10 | Review documents and draft agenda re PI team strategy conferences (1.4); review and draft comments re various trial documents (.7); review and draft comments re deposition schedule (.2); confer with client re deposition strategy issues (.4); confer with D. Bernick and PI team re estimation strategy (4.6); confer with PI team re assignment re staffing and project outlines (1.0); review and respond to correspondence re expert and discovery issues (.8); review and analyze scientific literature re estimation issues (1.0). |
| 8/3/2007 | Scott A McMillin | 8.50 | Prepare for and participate in team conference re preparation for estimation trial (5.7); review claimants' expert reports (2.0); confer with B. Harding re deposition schedule and work on updating same (.8). |
| 8/3/2007 | Andrew R Running | 2.20 | Participate in team conference with D. Bernick to review litigation assignments. |
| 8/4/2007 | Daniel T Rooney | 7.00 | Review and analyze PIQ submissions re B-read issues. |
| 8/4/2007 | M Natasha Labovitz | 3.70 | Review and analyze legal research re estimation argument. |
| 8/4/2007 | Andrew J Ross | 1.30 | Analyze and organize documents in discovery database. |
| 8/4/2007 | Lisa G Esayian | 5.30 | Review and analyze information from R. Finke re PD claims (.1); correspond with A. Krieger re same (.4); perform legal research raised in PD settlement (.8); draft, review and revise Anderson Memorial class certification opposition brief (4.0). |
| 8/4/2007 | Theodore L Freedman | 1.00 | Perform legal research re estimation cases (.7); revise outlines re same (.3). |
| 8/4/2007 | Travis J Langenkamp | 1.00 | Review and analyze certain firm's questionnaires. |
| 8/4/2007 | Elli Leibenstein | 1.00 | Review expert analysis (.5); analyze Rust production issues (.5). |
| 8/5/2007 | Andrew Erskine | 6.00 | Analyze, review and organize plaintiff's experts' reliance materials in preparation for database creation. |
| 8/5/2007 | Daniel T Rooney | 5.30 | Review and analyze claimants PIQ submissions re estimation issues. |
| 8/5/2007 | Brandi L Chudoba | 3.30 | Research class certification (2.9); correspond with L. Esayian re same (.4). |
| 8/5/2007 | Evan C Zoldan | 0.80 | Confer with expert re estimation report. |
| 8/5/2007 | Magali Lespinasse Lee | 2.20 | Review case status reports. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/5/2007 | M Natasha Labovitz | 5.10 | Review and revise estimation outline (3.1); perform legal research re same (2.0). |
| 8/5/2007 | Nicole L Greenblatt | 0.50 | Review outline of estimation argument. |
| 8/5/2007 | Emily Malloy | 5.70 | Review and analyze certain claimants' PI questionnaires. |
| 8/5/2007 | Travis J Langenkamp | 5.00 | Review and analyze production databases and construct queries responsive to FCR discovery requests (4.3); review and analyze insurance production re same (.7). |
| 8/5/2007 | Elli Leibenstein | 2.50 | Review and analyze claims information re PD issues. |
| 8/5/2007 | Scott A McMillin | 0.20 | Confer with PI team re preparation for estimation trial. |
| 8/6/2007 | Kimberly K Love | 1.00 | Prepare and organize various materials requested by R. Smith re post trial briefs. |
| 8/6/2007 | Andrew Erskine | 11.00 | Review and analyze plaintiff's experts' reliance materials in preparation for database creation. |
| 8/6/2007 | Korin K Ewing | 3.30 | Confer with D. Mendelson and H. Thompson re status of ongoing document review and production efforts (1.1); finalize and correspond re production of documents (.6); confer with R. Smith and A. Basta re preparation for conference with claimants' counsel (1.2); confer with D. Mendelson and R. Smith re team logistics (.4). |
| 8/6/2007 | Deanna D Boll | 2.20 | Examine issues re ZAI claims. |
| 8/6/2007 | David E Mendelson | 3.10 | Draft discovery pleadings (1.2); confer with A. Basta and E. Leibenstein re discovery issues (.5); review documents for production re same (1.4). |
| 8/6/2007 | Janet S Baer | 1.70 | Review and respond to numerous estimation related inquiries and review correspondence re same (.7); review draft correspondence re Canadian ZAI matter and client response to same (.4); review revised Dies settlement and confer re same (.3); confer with L. Esayian re Dies tax claims and related issues (.3). |
| 8/6/2007 | Lori Sinanyan | 1.20 | Review PD claims list from L. Esayian for any non-asbestos claims filed by same claimants (1.0); correspond with J. Baer re same (.2). |
| 8/6/2007 | Michael Dierkes | 1.00 | Review memorandum re report on Canadian law (.4); draft insert re same for L. Esayian (.6). |
| 8/6/2007 | Derek J Bremer | 1.00 | Review, analyze and update expert databases re reliance materials. |
| 8/6/2007 | Daniel T Rooney | 8.00 | Review and analyze PIQ submissions for certain claimants (4.5); review and analyze database re claim verification (3.5). |

A-25

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 8/6/2007 | Michael A Rosenberg | 6.00 | Draft and revise PD claims chart (3.0); review and analyze various documents re Anderson Memorial (3.0). |
| 8/6/2007 | Samuel Blatnick | 3.00 | Research and draft Speights appellate brief. |
| 8/6/2007 | Jennifer W Cowen | 0.20 | Confer with A. Basta and D. Mendelson re research assignment. |
| 8/6/2007 | Amanda C Basta | 6.20 | Review and analyze discovery materials (3.0); confer with experts re discovery (1.5); analyze expert materials (1.0); confer with D. Mendelson re defensive discovery (.7). |
| 8/6/2007 | Brian T Stansbury | 8.90 | Confer with expert re plaintiff testimony (.5); confer with expert re Libby analysis (.3); confer with experts re depositions (.3); confer with E. Zoldan re potential expert witness issues (.1); confer with J. Hughes re expert issues (.2); draft responses to interrogatories (1.0); research for B. Harding re Libby mining operation (2.5); draft outlines and prepare for depositions (4.0). |
| 8/6/2007 | Matthew E Nirider | 0.60 | Prepare for conference with J. Melville re subpoena to asbestos trust (.4); confer with S. McMillin re expert depositions (.2). |
| 8/6/2007 | Raina A Jones | 0.40 | Review documents in response to discovery requests. |
| 8/6/2007 | Henry A Thompson, II | 7.70 | Review and analyze documents re FCR and ACC discovery requests and resolve related production issues (4.3); confer with D. Mendelson and K. Ewing re iConect (.8); confer with T. Langenkamp and F. Freeman re iConect (.6); revise document review protocols (2.0). |
| 8/6/2007 | Timothy J Fitzsimmons | 9.50 | Review and analyze expert reports and claims data (8.5); confer with E. Zoldan re same (.5); confer with E. Zoldan, B. Harding and E. Leibenstein re same (.5). |
| 8/6/2007 | Stephanie A Rein | 7.50 | Review, analyze, organize and file materials (3.5); review, analyze and summarize reliance materials for experts (4.0). |
| 8/6/2007 | Evan C Zoldan | 1.70 | Confer with B. Stansbury re expert issues (.1); review expert report (.1); confer with T. Fitzsimmons re further research for rebuttal report (1.0); confer with E. Leibenstein, B. Harding and A. Brockman re rebuttal report (.5). |
| 8/6/2007 | Britton R Giroux | 7.50 | Review and analyze claims project data (2.0); analyze claims data in preparation for conference (5.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/6/2007 | Alicja M Patela | 10.00 | Review, analyze and organize daily correspondence (3.3); research re daily district docket updates (2.1); prepare and analyze excel spreadsheet re certain claimants (4.6). |
| 8/6/2007 | M Natasha Labovitz | 7.30 | Review and revise estimation outline (4.1); perform legal research re same (3.2). |
| 8/6/2007 | Emily Malloy | 11.90 | Review and analyze certain claimants' PI questionnaires (6.7); update and revise expert spreadsheet (1.5); review Early Ludwick verification documents (3.7). |
| 8/6/2007 | Andrew J Ross | 7.50 | Analyze and compile claimant information for conference (4.7); identify claimants re specified criteria for same (2.8). |
| 8/6/2007 | Senai T Berayes | 7.50 | Draft summary re materials received from future claimants experts. |
| 8/6/2007 | Ellen T Ahern | 6.00 | Coordinate expert deposition scheduling and availability (2.0); conference with J. Donley and A. Basta re asbestos trust subpoena and deposition notice (1.0); correspond with Eagle Picher counsel re subpoena (.2); review and analyze expert reports (2.8). |
| 8/6/2007 | David M Bernick, P.C. | 1.00 | Confer with client re case strategy. |
| 8/6/2007 | John Donley | 2.30 | Review and analyze estimation outline and research. |
| 8/6/2007 | Lisa G Esayian | 9.80 | Review proposed revisions to PD settlement agreement and correspond with R. Finke re same (.8); analyze factual record, draft additional portions of Grace's post-hearing brief (9.0). |
| 8/6/2007 | Theodore L Freedman | 6.50 | Draft brief addressing estimation issues (4.7); perform legal research re same (1.8). |
| 8/6/2007 | Renee D Smith | 5.00 | Review materials and research re estimation issues (4.0); draft outline summarizing same (1.0). |
| 8/6/2007 | Travis J Langenkamp | 5.00 | Confer with H. Thompson re FCR document review (.3); review and analyze settlement files for production (1.7); review and analyze certain claims (2.1); confer with F. Freeman re iConect issues (.4); confer with S. Rein re expert files (.5). |
| 8/6/2007 | Elli Leibenstein | 6.50 | Review and analyze Rust materials (2.4); confer with consulting expert re claims (1.0); review expert analyses (2.0); analyze claims data (.6); analyze deposition scheduling (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/6/2007 | Barbara M Harding | 5.10 | Review expert reports (2.5); prepare for conference with witnesses (1.4); review and respond to correspondence re deposition scheduling and preparation (1.2). |
| 8/6/2007 | Scott A McMillin | 5.50 | Draft deposition schedule and correspond with opposing counsel re same (1.4); confer with PI team re preparation for depositions (1.1); confer with client re preparing for estimation trial (.5); prepare for conference with fact witnesses (1.5); review Libby claimants' expert reports (1.0). |
| 8/7/2007 | Andrew Erskine | 7.00 | Analyze, review and catalogue plaintiff's experts' reliance materials in preparation for database creation. |
| 8/7/2007 | Korin K Ewing | 4.20 | Review and revise draft supplemental privilege log (1.4); confer with D. Mendelson re same (.4); confer with D. Mendelson, A. Basta, H. Thompson and T. Langenkamp re team logistics and upcoming deadlines (1.2); confer with D. Mendelson re status of ongoing document review and production efforts (.5); review and finalize third set of interrogatories (.4); confer with A. Basta re same (.3). |
| 8/7/2007 | David E Mendelson | 2.40 | Confer with discovery team re assignments (1.4); correspond with A. Running re depositions and privilege issues (.5); confer with B. Harding and other team members re discovery issues (.5). |
| 8/7/2007 | Janet S Baer | 0.60 | Confer with L. Esayian re PD issues (.2).; confer with L. Sinanyan re Dies settlement and setoff/pending claim issues (.4). |
| 8/7/2007 | Lori Sinanyan | 1.10 | Confer with L. Esayian re M. Dies settlement (.1); confer with J. Baer re same (.3); confer with BMC for PD reports (.3); follow-up with M. Rosenberg re PD claims list (.4). |
| 8/7/2007 | Daniel T Rooney | 3.00 | Draft chart re certain PIQ issues (1.8); review and list documents cited in claimants expert reports (1.2). |
| 8/7/2007 | Michael A Rosenberg | 5.50 | Citecheck and fact check debtors post-trial brief (3.0); review and analyze various documents re scheduling order (2.5). |
| 8/7/2007 | Samuel Blatnick | 1.60 | Research and draft Anderson Memorial post-hearing brief. |
| 8/7/2007 | Amanda C Basta | 5.50 | Finalize third set of interrogatories (2.7); draft correspondence re discovery (.8); review discovery materials (2.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/7/2007 | Brian T Stansbury | 8.10 | Confer with expert re Libby issues (.2); confer with D. Mendelson, T. Langenkamp and H. Thompson re legal assistant staffing (.5); draft outlines for depositions (7.2); confer with expert re Libby issues (.1); confer with expert re deposition preparation (.1). |
| 8/7/2007 | Henry A Thompson, II | 5.10 | Confer with D. Mendelson, A. Basta and K. Ewing re discovery (.5); review iConect databases and resolve related production issues (4.6). |
| 8/7/2007 | Timothy J Fitzsimmons | 7.50 | Review and analyze expert reports and reliance materials (7.0); correspond re asbestos news issues (.5). |
| 8/7/2007 | Stephanie A Rein | 7.50 | Review, analyze, organize and file materials re estimation (1.0); review, analyze and summarize expert reports (6.5). |
| 8/7/2007 | Britton R Giroux | 7.50 | Analyze and summarize claimants' medical profile data. |
| 8/7/2007 | Bianca Portillo | 3.70 | Research, review, analyze and organize requested materials re 15th omnibus objection. |
| 8/7/2007 | Alicja M Patela | 10.00 | Review, analyze and update daily correspondence database re estimation issues (2.2); correspond re daily district docket updates (2.0); prepare and analyze database re asbestos PI claimants re PIQ issues (5.8). |
| 8/7/2007 | Joy L Monahan | 1.00 | Confer with H. Thompson re discovery review (.2); review and analyze protocols re same (.8). |
| 8/7/2007 | M Natasha Labovitz | 7.40 | Review and revise estimation memorandum (3.8); correspond with T. Freedman re briefing (.2); review briefs and transcripts re estimation analysis and issues (3.4). |
| 8/7/2007 | Emily Malloy | 10.10 | Review, analyze and update expert reliance materials database (2.0); review and analyze claimants PI questionnaires (6.1); review and analyze Early Ludwick verification documents spreadsheet (2.0). |
| 8/7/2007 | Andrew J Ross | 9.50 | Review and analyze claimant database re missing information (8.5); analyze deposition transcript re same (1.0). |
| 8/7/2007 | Senai T Berayes | 7.50 | Review and analyze expert materials (3.0); analyze, review and index expert materials (4.5). |
| 8/7/2007 | Ellen T Ahern | 3.80 | Confer with opposing counsel re expert deposition scheduling and availability (1.4); confer with J. Donley re asbestos trust discovery issues (.5); review non-party discovery issues (.9); review correspondence related to stipulations on number of depositions (.4); review expert reports (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/7/2007 | David M Bernick, P.C. | 3.00 | Prepare for conference with expert (2.5); review and revise Anderson Memorial brief (.5). |
| 8/7/2007 | John Donley | 1.30 | Prepare for depositions and review trust claim history data (1.0); confer with T. Freedman re estimation legal analysis and briefing (.3). |
| 8/7/2007 | Lisa G Esayian | 5.50 | Review and reply to correspondence re Dies PD settlement (.3); review and update chart re PD settlement status (.4); continue drafting and revising Anderson Memorial class certification opposition (4.8). |
| 8/7/2007 | Theodore L Freedman | 4.50 | Draft, review, and revise estimation brief (3.2); legal research re same (1.3). |
| 8/7/2007 | Renee D Smith | 5.00 | Review materials re estimation issues (2.1); draft outline re same (2.9). |
| 8/7/2007 | Travis J Langenkamp | 3.50 | Review and analyze indices re expert materials (.8); confer with D. Mendelson re production status (.9); analyze FCR production queries (1.3); review and analyze certain claims (.5). |
| 8/7/2007 | Elli Leibenstein | 7.50 | Prepare for and participate in conference with consulting experts re claims (4.5); analyze results of conference (1.0); review Rust data (1.4); analyze deposition scheduling issues (.4); analyze charts re claims (.2). |
| 8/7/2007 | Barbara M Harding | 5.80 | Confer with witnesses, outside counsel and S. McMillin re deposition preparation (2.0); review documents, draft graphics in preparation for conference with ad hoc equity committee (3.8). |
| 8/7/2007 | Scott A McMillin | 7.30 | Confer with fact witnesses to prepare for depositions (6.0); draft proposed deposition schedule and correspond with opposing counsel re same (.5); confer with B. Harding re same (.4); review Libby claimants' expert reports (.4). |
| 8/7/2007 | Andrew R Running | 0.40 | Confer with B. Harding re case status (.2); correspond with Grace's ERISA counsel and D. Mendelson re discovery issue (.2). |
| 8/8/2007 | Andrew Erskine | 9.80 | Analyze plaintiff expert report reliance articles and summarize same (5.0); prepare reliance materials for vendor work (1.0); confer with vendor re reliance materials database (.8); review and analyze documents re inclusion in database (3.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/8/2007 | Korin K Ewing | 5.90 | Confer with H. Thompson re ongoing document review status (.8); confer with A. Ross re revisions to draft supplemental privilege log and preparation for conference with claimants' counsel (.8); confer with D. Mendelson re documents reviewed for potential production and status of ongoing discovery efforts (1.3); review and analyze documents for potential production (2.3); confer with A. Basta and R. Smith re preparation for conference with claimants' counsel (.7). |
| 8/8/2007 | David E Mendelson | 3.80 | Review and comment on presentation (1.0); review correspondence from FCR and review documents already produced that may be responsive (2.8). |
| 8/8/2007 | Rafael M Suarez | 1.50 | Review, analyze and input data into expert reliance databases. |
| 8/8/2007 | Lori Sinanyan | 0.90 | Confer with BMC re PD claims review (.1); review and analyze PD claims report from BMC (.4); confer and correspond with J. Miller re same (.3); correspond with J. Baer re same (.1). |
| 8/8/2007 | Salvatore F Bianca | 4.00 | Review and analyze expert reports and reliance materials re same. |
| 8/8/2007 | Derek J Bremer | 1.00 | Review, analyze and input data into expert reliance database. |
| 8/8/2007 | Daniel T Rooney | 8.80 | Draft chart re certain PIQs (2.9); review and summarize documents cited in claimants' expert reports (2.2); review and amend expert depositions spreadsheet (1.4); review, analyze and organize claimant documents from litigation database (1.3); review and comment on draft sample chart (.7); correspond with T. Langenkamp re same (.3). |
| 8/8/2007 | Andrea L Johnson | 0.20 | Confer and correspond with L. Sinanyan re future claims. |
| 8/8/2007 | Michael A Rosenberg | 6.00 | Research and citecheck Anderson Memorial post-trial brief. |
| 8/8/2007 | Samuel Blatnick | 2.80 | Research and draft post-trial brief. |
| 8/8/2007 | Jennifer W Cowen | 3.70 | Research re evidentiary matters (2.4); draft memorandum re same (1.3). |
| 8/8/2007 | Amanda C Basta | 7.00 | Confer with expert re deposition preparation (6.0); confer with E. Ahern, J. Donley and R. Smith re discovery (.6); confer with D. Mendelson re defensive discovery (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/8/2007 | Brian T Stansbury | 4.10 | Research re products liability issue (.3); review and respond to discovery requests (1.5); draft agenda for expert conference (.4); confer with experts re depositions (.6); prepare deposition materials (1.3). |
| 8/8/2007 | Matthew E Nirider | 2.60 | Correspond with S. Erhart re subpoena to asbestos trust (1.8); draft correspondence to J. Melville re subpoena to asbestos trust (.8). |
| 8/8/2007 | Raina A Jones | 9.20 | Review documents in response to discovery requests. |
| 8/8/2007 | Henry A Thompson, II | 3.80 | Review and analyze documents re FCR and ACC discovery requests. |
| 8/8/2007 | Timothy J Fitzsimmons | 7.50 | Correspond re expert reports with E. Zoldan and B. Stansbury (.4); review and analyze memoranda re expert witnesses (6.2); review and analyze materials re estimation (.7); correspond with B. Harding re same (.2). |
| 8/8/2007 | Stephanie A Rein | 7.50 | Research re law firm's responses to first and second set of interrogatories (1.9); review, analyze, organize and file materials (3.6); review certain claimant questionnaires and draft spreadsheet re same (2.0). |
| 8/8/2007 | Evan C Zoldan | 1.00 | Confer with T. Fitzsimmons re rebuttal report (.8); confer with B. Harding re same (.2). |
| 8/8/2007 | Britton R Giroux | 13.00 | Review and analyze law firm documents re PI discovery issues (8.7); draft spreadsheet for conference (4.3). |
| 8/8/2007 | Alicja M Patela | 12.80 | Review, analyze and organize daily correspondence (3.7); correspond re daily district docket updates (2.0); review and analyze PIQ sample on Rust database (5.3); prepare and update database re ongoing discovery issues (1.8). |
| 8/8/2007 | Joy L Monahan | 0.20 | Confer with H. Thompson re discovery review issues. |
| 8/8/2007 | Emily Malloy | 12.60 | Review and revise ELS verification spreadsheet (5.6); update expert spreadsheet (1.0); review expert report (2.0); review, analyze and organize documents cited in report for production (2.0); review and revise PIQ summary chart (2.0). |
| 8/8/2007 | Andrew J Ross | 10.50 | Research claims database re claimants with missing information (5.8); review and analyze data for errors (2.7); analyze and organize additional claimant information (2.0). |
| 8/8/2007 | Senai T Berayes | 12.00 | Review, analyze and organize expert materials for attorney review (3.0); analyze and review PIQs re estimation issues (9.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/8/2007 | Ellen T Ahern | 6.50 | Correspond with S. McCarthy and S. McMillin re various deposition scheduling issues (1.1); confer with J. Donley and R. Smith re Manville discovery, certain deposition and related issues (1.0); confer with D. Rooney re certain materials and trust depositions (1.0); correspond with A. Basta re asbestos trust production (.2); review opposition expert reports (2.7); confer and correspond with B. Stansbury re J. Parker deposition preparation (.5). |
| 8/8/2007 | David M Bernick, P.C. | 7.30 | Draft estimation strategy memorandum (3.5); prepare for conference with expert (1.8); confer with expert (1.2); confer with B. Harding re estimation (.8). |
| 8/8/2007 | John Donley | 4.30 | Confer with E. Ahern and R. Smith re third-party and trust discovery (.7); review and analyze asbestos trust materials re deposition preparation (3.6). |
| 8/8/2007 | Lisa G Esayian | 6.80 | Draft response to Speights "summary of record" re three late-authority PD claims and correspond with J. O'Neill for filing (2.0); draft and revise Anderson Memorial post-hearing brief (4.8). |
| 8/8/2007 | Theodore L Freedman | 6.00 | Draft brief re ZAI issues (4.3); legal research re same (1.7). |
| 8/8/2007 | Renee D Smith | 6.00 | Confer with E. Ahern and J. Donley re third-party discovery issues (1.3); correspond with B. Harding re deposition issues (.5); review, revise and supplement outline re estimation issues and circulate for comment (4.2). |
| 8/8/2007 | Travis J Langenkamp | 4.50 | Review and analyze expert deposition schedule (.5); research document review statistics re FCR document searches and confer with H. Thompson (2.9); review and analyze law firm claims issues (1.1). |
| 8/8/2007 | Elli Leibenstein | 9.00 | Prepare for conference with expert (4.2); confer with expert (2.8); analyze results of conference re same (1.0); analyze deposition issues re same (.5); analyze claims issues re same (.5). |
| 8/8/2007 | Barbara M Harding | 9.70 | Review and revise draft graphics re estimation structure (2.8); prepare for conference with ad hoc equity committee (.7); confer with D. Bernick re ad hoc equity conference, discovery and expert analysis issues (.8); draft correspondence re same (.5); review and draft comments re draft re expert analysis (1.4); confer with ad hoc equity counsel and D. Bernick (1.5); review and respond to correspondence re deposition schedules, expert analysis and expert preparation (2.0). |