alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 08/31/07

Run Date & Time: 09/17/07 12:56:16
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

PAGE   1

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 28.02 | 28.02 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 17.86 | 17.86 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 1,572.46 | 1,572.46 | BENTLEY PHILIP - 02495 | M | B | |
| Client Total | | 0.00 | 0.00 | 1,618.34 | 1,618.34 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Run Date & Time: 09/17/2007 12:56:16

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 08/09/07 | 08/15/07 | 102.00 |
| 0885 | LONG-DISTANCE TEL. | 08/24/07 | 08/24/07 | 28.02 |
| 0917 | WESTLAW ON-LINE RESEARCH | 08/14/07 | 08/14/07 | 104.44 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 08/01/07 | 08/06/07 | 613.05 |
| 0930 | MESSENGER/COURIER | 07/30/07 | 08/21/07 | 41.81 |
| 0980 | TRANSCRIPT FEES | 08/28/07 | 08/28/07 | 729.02 |

|  |  |  |  | --- |
| Total |  |  |  | 1,618.34 |

| Grand Total |  |  |  | 1,618.34 |

&.ip_132c: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:15

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 09/12/9227 | -7/-5/-916 |
| UNBILLED DISB FROM: | 07/30/2007 | 08/28/2007 |
| | TO: | -7/-5/-916 |
| | TO: | 08/28/2007 |

| | | | |
|---|---|---|---|
| GROSS BILLABLE AMOUNT: | | 0.00 | 1,618.34 |
| AMOUNT WRITTEN DOWN: | | | |
| PREMIUM: | | | |
| ON ACCOUNT BILLED: | | | |
| DEDUCTED FROM PAID RETAINER: | | | |
| AMOUNT BILLED: | | | |
| THRU DATE: | | | |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | | 08/28/2007 |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                                                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 09/17/07 | LAST PAYMENT DATE: | 09/11/07 |
| LAST BILL NUMBER: | 472565 | ACTUAL FEES BILLED TO DATE: | 2,598,365.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 08/31/07 | TOTAL FEES BILLED TO DATE: | 2,598,365.50 |

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development       (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding        (10) Client Arrangement

| | | |
|---|---|---|
| | FEES WRITTEN OFF TO DATE: | 177,804.68 |
| | COSTS WRITTEN OFF TO DATE: | 25,318.06 |

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

alp_l12r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     1

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS   - 06975 | Proforma Number: 2402840 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status      : ACTIVE |

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

|  |  | | |
|---|---|---|---|
| UNBILLED TIME FROM: | | TO: | |
| UNBILLED DISB FROM: 08/24/2007 | | TO: 08/24/2007 | |

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 28.02 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | 08/24/2007 |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495                     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| | | |
|---|---|---|
| | | FEES |
| DISBURSEMENTS: | | 0.00 |
| FEE RETAINER: | | 0.00 |
| DISB RETAINER: | | 0.00 |
| TOTAL OUTSTANDING: | | 0.00 |

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

| | | | |
|---|---|---|---|
| | | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEES: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TRUST BALANCE: | |
| TOTAL OUTSTANDING: | 0.00 | | |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: 09/17/07 | LAST PAYMENT DATE: | 09/11/07 |
| LAST BILL NUMBER: 472559 | ACTUAL FEES BILLED TO DATE: | 272,609.50 |
| | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: 08/31/07 | TOTAL FEES BILLED TO DATE: | 272,609.50 |
| | FEES WRITTEN OFF TO DATE: | 81,055.50 |
| | COSTS WRITTEN OFF TO DATE: | 19,421.26 |

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

| | | |
|---|---|---|
| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee |
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding     (10) Client Arrangement |

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

Alp_132r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE  2

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2402840
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y  -------------- Total Billed --------------**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0885 | LONG-DISTANCE TEL. | 08/24/07 | 08/24/07 | 28.02 |
|      | Total |  |  | 28.02 |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| LONG-DISTANCE TEL. 0885 PREMIERE CONFERENCING LONG DIST. TELE. - VENDOR- PREMIERE CONFERENCING | CATON, A | 08/24/07 | 28.02 | 8024438 | 428684 | 08/24/07 |
| 0885 LONG-DISTANCE TEL. Total : |  |  | 28.02 |  |  |  |
| Costs Total : |  |  | 28.02 |  |  |  |

alp_132r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:   2402840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP  - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0885 | LONG-DISTANCE TEL. | 28.02 | | | | | |
| | Costs Total : | 28.02 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

| Matter No: 056772-00008 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number:   2402843 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : FEE APPLICATIONS, APPLICANT | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                      TO:
UNBILLED DISB FROM: 08/10/2007           TO: 08/21/2007

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 17.86 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 08/21/2007 |
| CLOSE MATTER/FINAL BILLING? YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| | FEES: | UNIDENTIFIED RECEIPTS: 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: |

BILLING HISTORY

DATE OF LAST BILL:  08/31/07          LAST PAYMENT DATE:  09/11/07
LAST BILL NUMBER:   472659            ACTUAL FEES BILLED TO DATE:    140,958.50
                                      ON ACCOUNT FEES BILLED TO DATE:      0.00
LAST BILL THRU DATE: 08/31/07         TOTAL FEES BILLED TO DATE:     140,958.50
                                      FEES WRITTEN OFF TO DATE:       10,746.50
                                      COSTS WRITTEN OFF TO DATE:         431.74

Write Down/Up Reason Codes:

| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee |
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding |
| | | (10) Client Arrangement |

FOR ACCTG USE ONLY:

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

```
alp.132i: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   5
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/17/2007 12:56:14

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2402843
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status        : ACTIVE


B I L L E D   C O S T S   S U M M A R Y ----- Total Billed -----
Code  Description                Oldest       Latest         Total
                                 Entry        Entry          Amount
----  -----------               --------     --------       --------
0930  MESSENGER/COURIER          08/10/07     08/21/07        17.86


         Total                                                17.86


B I L L E D   C O S T S   D E T A I L

Description/Code              Employee            Date        Amount        Index#   Batch No  Batch Date
-----------------            ----------          ------      --------      --------  --------  ----------

MESSENGER/COURIER     0930
   FEDERAL EXPRESS CORPORAT    RODRIGUEZ,  V E    08/10/07       8.93      8017682   428319    08/20/07
   Klett Rooney Lieber & Schiorli
   FEDERAL EXPRESS CORPORAT    RODRIGUEZ,  V E    08/21/07       8.93      8026922   428862    08/28/07
   Klett Rooney Lieber & Schorlin
                                         0930 MESSENGER/COURIER Total :    17.86


                       Costs Total :                                      17.86
```

alp_132r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   6

Matter No: 056772-00006
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       2402843
Bill Frequency: M

Status    : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0930 | MESSENGER/COURIER | 17.86 | | | | | |
| | Costs Total : | 17.86 | | | | | |

a1p_132r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS  - 06975 | Proforma Number:   2402645 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status      : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                    TO:
UNBILLED DISB FROM:  07/30/2007                        TO:  08/28/2007

|  | FEES | COSTS |
|---|---|---|
|  | 0.00 | 1,572.46 |

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                             08/28/2007
CLOSE MATTER/FINAL BILLING?          YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
| | | |
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS:  0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER:      0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER:     0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS:  0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: |
| | | BILLING HISTORY |

DATE OF LAST BILL:        09/17/07         LAST PAYMENT DATE:          09/11/07
LAST BILL NUMBER:         472559          ACTUAL FEES BILLED TO DATE:    1,061,597.00
                                          ON ACCOUNT FEES BILLED TO DATE:      0.00
LAST BILL THRU DATE:      08/31/07         TOTAL FEES BILLED TO DATE:     1,061,597.00
                                          FEES WRITTEN OFF TO DATE:        8,282.00
                                          COSTS WRITTEN OFF TO DATE:       2,683.44

Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted        (5) Business Development         (8) Premium
(3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding          (10) Client Arrangement

FOR ACCTG USE ONLY:

BILL NUMBER:                         DATE OF BILL:              Processed by:                   FRC:                   CRC:

alp_132c: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00012
Client Name: W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name: CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened: 07/27/2001

Orig Prtnr: CRED. RGTS - 06975
Bill Prtnr: BENTLEY PHILIP - 02495
Supv Prtnr: MAYER THOMAS MOERS - 03976

Proforma Number: 2402845
Bill Frequency: M

Status: ACTIVE

**BILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|------|-------------|--------------|--------------|---------------------|
| 0820 | PHOTOCOPYING | 08/09/07 | 08/15/07 | 102.00 |
| 0917 | WESTLAW ON-LINE RESEARCH | 08/14/07 | 08/14/07 | 104.44 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 07/30/07 | 08/06/07 | 613.05 |
| 0930 | MESSENGER/COURIER | 07/30/07 | 08/06/07 | 23.95 |
| 0980 | TRANSCRIPT FEES | 08/28/07 | 08/28/07 | 729.02 |
| | Total | | | 1,572.46 |

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING BALDINGER LAURIE | BALDINGER, L B | 08/09/07 | 95.40 | 8011219 | 428060 | 08/14/07 |
| PHOTOCOPYING BALDINGER LAURIE | BALDINGER, L B | 08/10/07 | 5.25 | 8011220 | 428060 | 08/14/07 |
| PHOTOCOPYING BALDINGER LAURIE | BALDINGER, L B | 08/15/07 | 1.35 | 8013835 | 428175 | 08/16/07 |
| 0820 PHOTOCOPYING Total : | | | 102.00 | | | |
| WESTLAW ON-LINE RESE 0917 | | | | | | |
| WESTLAW ON-LINE RESE | HOROWITZ, G A | 08/14/07 | 104.44 | 8034862 | 429229 | 09/04/07 |
| 0917 WESTLAW ON-LINE RESE Total : | | | 104.44 | | | |
| LEXIS/NEXIS ON-LINE 0921 | | | | | | |
| LEXIS/NEXIS ON-LINE | FORD, S F | 08/01/07 | 75.26 | 8034053 | 429214 | 09/04/07 |
| LEXIS/NEXIS ON-LINE | FORD, S F | 08/02/07 | 223.61 | 8034054 | 429214 | 09/04/07 |
| LEXIS/NEXIS ON-LINE | FORD, S F | 08/03/07 | 205.88 | 8034055 | 429214 | 09/04/07 |
| LEXIS/NEXIS ON-LINE | FORD, S F | 08/04/07 | 55.62 | 8034056 | 429214 | 09/04/07 |
| LEXIS/NEXIS ON-LINE | FORD, S F | 08/05/07 | 47.66 | 8034057 | 429214 | 09/04/07 |
| LEXIS/NEXIS ON-LINE | FORD, S F | 08/06/07 | 5.02 | 8034058 | 429214 | 09/04/07 |
| 0921 LEXIS/NEXIS ON-LINE Total : | | | 613.05 | | | |
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT Lexecon | FARBER, P F | 07/30/07 | 11.95 | 8014515 | 428182 | 08/16/07 |
| FEDERAL EXPRESS CORPORAT Lexecon | FARBER, P F | 08/06/07 | 12.00 | 8017683 | 428319 | 08/20/07 |
| 0930 MESSENGER/COURIER Total : | | | 23.95 | | | |
| TRANSCRIPT FEES 0980 | | | | | | |
| TRANSCRIPT FEES - VENDOR- VICTORY VERBATIM VICTORY VERBATIM | GLASS, J J | 08/28/07 | 342.91 | 8029072 | 428905 | 08/28/07 |

alp_132r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    9

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2402845
Bill Frequency: M

Status    : ACTIVE

**B I L L E D    C O S T S    D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| VICTORY VERBATIM TRANSCRIPT FEES - VENDOR- VICTORY VERBATIM | GLASS, J J | 08/28/07 | 386.11 | 8029074 | 428905 | 08/28/07 |

0980 TRANSCRIPT FEES Total : 729.02

Costs Total : 1,572.46

alp_132r: Billed Charges Analysis

Run Date & Time: 09/17/2007 12:56:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00012          EQUITY COMMITTEE
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2402845
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

| B I L L E D   C O S T S   S U M M A R Y | | | | |
|---|---|---|---|---|
| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 102.00 | | | | | |
| 0917 | WESTLAW ON-LINE RESEARCH | 106.44 | | | | | |
| 0921 | LEXIS/NEXIS ON-LINE RESEA | 613.05 | | | | | |
| 0930 | MESSENGER/COURIER | 23.95 | | | | | |
| 0990 | TRANSCRIPT FEES | 729.02 | | | | | |

Costs Total :    1,572.46