# EXHIBIT A

## W.R. Grace
### PJC Time Records
### August-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Desiree Davis | 8/1/2007 | 1.0 | Case Administration | Preparation of expert rebuttal report |
| Desiree Davis | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Desiree Davis | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Valspar) |
| Desiree Davis | 8/1/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business by comparable company (Chemtura) |
| Desiree Davis | 8/1/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Geoffrey Zbikowski | 8/1/2007 | 2.0 | Case Administration | Preparation of expert rebuttal report |
| Geoffrey Zbikowski | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Geoffrey Zbikowski | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Valspar) |
| Geoffrey Zbikowski | 8/1/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business by comparable company (Chemtura) |
| Geoffrey Zbikowski | 8/1/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Jason Solganick | 8/1/2007 | 2.0 | Case Administration | Preparation of expert rebuttal report |
| Jason Solganick | 8/1/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Jason Solganick | 8/1/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business by comparable company (Chemtura) |
| Jason Solganick | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Valspar) |
| Jonathan Brownstein | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Jonathan Brownstein | 8/1/2007 | 1.0 | Case Administration | Preparation of expert rebuttal report |
| Jonathan Brownstein | 8/1/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Joseph Radecki | 8/1/2007 | 3.0 | Case Administration | Preparation of expert rebuttal report |
| Desiree Davis | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Desiree Davis | 8/2/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Geoffrey Zbikowski | 8/2/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Jason Solganick | 8/2/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/2/2007 | 0.5 | Case Administration | Review of revised CMO |
| Jason Solganick | 8/2/2007 | 0.5 | Case Administration | Review of order denying NJ late claim |
| Jason Solganick | 8/2/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Jonathan Brownstein | 8/2/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Desiree Davis | 8/3/2007 | 2.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Desiree Davis | 8/3/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/3/2007 | 2.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Geoffrey Zbikowski | 8/3/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/3/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/3/2007 | 2.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Jonathan Brownstein | 8/3/2007 | 1.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Jonathan Brownstein | 8/3/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/3/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/6/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/6/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/6/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/6/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/6/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Desiree Davis | 8/7/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Geoffrey Zbikowski | 8/7/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Jason Solganick | 8/7/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/7/2007 | 1.0 | Case Administration | Review of application to retain Charter Oak |
| Jason Solganick | 8/7/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Jonathan Brownstein | 8/7/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Joseph Radecki | 8/7/2007 | 1.0 | Financial Analysis | Valuation analyses |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### August-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 8/8/2007 | 2.5 | Business Operations | Review of 10-Q and press release |
| Desiree Davis | 8/8/2007 | 3.0 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Desiree Davis | 8/8/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/8/2007 | 2.5 | Business Operations | Review of 10-Q and press release |
| Geoffrey Zbikowski | 8/8/2007 | 3.0 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Geoffrey Zbikowski | 8/8/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/8/2007 | 2.0 | Business Operations | Review of 10-Q and press release |
| Jason Solganick | 8/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/8/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/8/2007 | 2.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jonathan Brownstein | 8/8/2007 | 1.5 | Business Operations | Review of 10-Q and press release |
| Jonathan Brownstein | 8/8/2007 | 1.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jonathan Brownstein | 8/8/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/8/2007 | 1.5 | Business Operations | Review of 10-Q and press release |
| Desiree Davis | 8/9/2007 | 3.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Desiree Davis | 8/9/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/9/2007 | 3.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Geoffrey Zbikowski | 8/9/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/9/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/9/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/9/2007 | 3.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Jonathan Brownstein | 8/9/2007 | 1.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Jonathan Brownstein | 8/9/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/9/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/10/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/10/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/10/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/13/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Desiree Davis | 8/13/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/13/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 8/13/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/13/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/13/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/13/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 8/13/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Desiree Davis | 8/14/2007 | 1.0 | Financial Analysis | Review of press release re: joint venture by comparable company (Rohm) |
| Desiree Davis | 8/14/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Geoffrey Zbikowski | 8/14/2007 | 1.0 | Financial Analysis | Review of press release re: joint venture by comparable company (Rohm) |
| Geoffrey Zbikowski | 8/14/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Jason Solganick | 8/14/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 8/14/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/14/2007 | 1.0 | Financial Analysis | Review of press release re: joint venture by comparable company (Rohm) |
| Jonathan Brownstein | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Jonathan Brownstein | 8/14/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Joseph Radecki | 8/14/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/15/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/15/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/15/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/15/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/15/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Desiree Davis | 8/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call |
| Desiree Davis | 8/16/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Geoffrey Zbikowski | 8/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call |
| Geoffrey Zbikowski | 8/16/2007 | 5.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/16/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Jason Solganick | 8/16/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call |
| Jonathan Brownstein | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Jonathan Brownstein | 8/16/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Joseph Radecki | 8/16/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/17/2007 | 0.3 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### August-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Geoffrey Zbikowski | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Jason Solganick | 8/20/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Jason Solganick | 8/20/2007 | 0.5 | Case Administration | Review of motion to amend OCP Orders |
| Jonathan Brownstein | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Joseph Radecki | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Jason Solganick | 8/21/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/22/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/22/2007 | 0.3 | Hearings | Review of agenda for 8/29 court hearing |
| Jason Solganick | 8/23/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 8/24/2007 | 1.0 | Case Administration | Review of motion to appoint examiner |
| Jason Solganick | 8/24/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 8/24/2007 | 1.0 | Case Administration | Review of motion to appoint examiner |
| Jason Solganick | 8/24/2007 | 0.3 | Hearings | Review of revised agenda for 8/29 hearing |
| Desiree Davis | 8/27/2007 | 3.5 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 8/27/2007 | 4.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 8/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/27/2007 | 3.0 | Fee Applications | Preparation of fee application |
| Jason Solganick | 8/27/2007 | 3.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 8/27/2007 | 2.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 8/27/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Geoffrey Zbikowski | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Jason Solganick | 8/28/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Jason Solganick | 8/28/2007 | 0.5 | Case Administration | Review of order approving employment of Lexecon |
| Joseph Radecki | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Desiree Davis | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Geoffrey Zbikowski | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Jason Solganick | 8/29/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/29/2007 | 0.5 | Case Administration | Review of LTIP order |
| Jason Solganick | 8/29/2007 | 0.5 | Case Administration | Review of order approving employment of Charter Oak |
| Jason Solganick | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Jonathan Brownstein | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Jason Solganick | 8/30/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 8/31/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 8/31/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 8/31/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 8/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/31/2007 | 0.5 | Case Administration | Review of examiner report re: Piper Jaffray |
| Jonathan Brownstein | 8/31/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 8/31/2007 | 1.0 | Business Operations | Review of monthly operating report |