# EXHIBIT B

## W.R. Grace
## Detail of expenses (August 1, 2007 – August 31, 2007)

Research
Jonathan Brownstein        08/08/07        $ 308.80
        **Total Research:**        **$ 308.80**

Telephone
Joe Radecki        08/07/07        $ 38.27
Joe Radecki        08/07/07        $ 33.25
Desiree Davis        08/16/07        $ 17.50
Desiree Davis        08/16/07        $ 17.50
        **Total Telephone:**        **$ 106.52**

Transportation
Jonathan Brownstein        08/22/07        $ 8.00
        **Total Transportation:**        **$ 8.00**

**TOTAL EXPENSES:**        $ 423.32