THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: November 30, 2007 at 4:00 pm |
| | ) | Hearing Date: December 17, 2007 at 2:00 pm |

SIXTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF APRIL 1, 2007 THROUGH JUNE 30, 2007

SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2007 – June 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $300,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $811.37 |

This is a     ___ monthly          _x_ interim               ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

April 1, 2007 – June 30, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 99.0 | NA |
| Financial Analysis / Financial Review | 462.0 | NA |
| Case Administration | 106.3 | NA |
| Fee Applications | 7.5 | NA |
| Hearing Attendance / Meeting | 120.5 | NA |
| **TOTAL** | **795.3** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)[2]

April 1, 2007 – June 30, 2007

| Expense Category | Total |
|---|---|
| Meals | 26.00 |
| Research | $405.75 |
| Telephone | 308.05 |
| **TOTAL** | **$811.37** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

[2] All available expense back-up is attached as Exhibit F-H.