# EXHIBIT A

## W.R. Grace
### PJC Time Records
### April-07

| Professional | Date | Hours | Category | Description |
| --- | --- | --- | --- | --- |
| Desiree Davis | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Geoffrey Zbikowski | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Geoffrey Zbikowski | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Jason Solganick | 4/2/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Jonathan Brownstein | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Joseph Radecki | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Desiree Davis | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Geoffrey Zbikowski | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Jason Solganick | 4/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Jonathan Brownstein | 4/3/2007 | 1.0 | Case Administration | Review of amended CMO |
| Joseph Radecki | 4/3/2007 | 1.0 | Case Administration | Review of amended CMO |
| Jason Solganick | 4/4/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 4/5/2007 | 2.0 | Case Administration | Review of motions to quash subpoenas |
| Desiree Davis | 4/5/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Desiree Davis | 4/5/2007 | 2.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Geoffrey Zbikowski | 4/5/2007 | 4.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 4/5/2007 | 3.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 4/5/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/5/2007 | 2.0 | Case Administration | Review of motions to quash subpoenas |
| Jason Solganick | 4/5/2007 | 2.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 4/5/2007 | 1.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jonathan Brownstein | 4/5/2007 | 1.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jonathan Brownstein | 4/5/2007 | 1.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Desiree Davis | 4/6/2007 | 1.5 | Case Administration | Review of responses and objections to motion to compel |
| Desiree Davis | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Jason Solganick | 4/6/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/6/2007 | 1.5 | Case Administration | Review of responses and objections to motion to compel |
| Jason Solganick | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Jonathan Brownstein | 4/6/2007 | 1.0 | Case Administration | Review of responses and objections to motion to compel |
| Jonathan Brownstein | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Joseph Radecki | 4/6/2007 | 1.0 | Case Administration | Review of responses and objections to motion to compel |
| Joseph Radecki | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Desiree Davis | 4/9/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 4/9/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 4/9/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/9/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 4/9/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 4/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/11/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 4/12/2007 | 1.0 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Geoffrey Zbikowski | 4/12/2007 | 1.0 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Jason Solganick | 4/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/12/2007 | 1.5 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Jonathan Brownstein | 4/12/2007 | 0.5 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Desiree Davis | 4/13/2007 | 2.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Desiree Davis | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Geoffrey Zbikowski | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Geoffrey Zbikowski | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Jason Solganick | 4/13/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/13/2007 | 2.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Jason Solganick | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Jonathan Brownstein | 4/13/2007 | 1.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Jonathan Brownstein | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Joseph Radecki | 4/13/2007 | 1.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Joseph Radecki | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### April-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 4/16/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/16/2007 | 5.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/16/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 4/17/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/17/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/17/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Desiree Davis | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Desiree Davis | 4/18/2007 | 2.5 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Geoffrey Zbikowski | 4/18/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Jonathan Brownstein | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Desiree Davis | 4/19/2007 | 2.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/19/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/19/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 4/19/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 4/19/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 4/20/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Desiree Davis | 4/23/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Geoffrey Zbikowski | 4/23/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 4/23/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Jason Solganick | 4/23/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 4/23/2007 | 0.5 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Jonathan Brownstein | 4/23/2007 | 1.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 4/24/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 4/24/2007 | 4.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jason Solganick | 4/24/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2007 | 2.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 4/24/2007 | 1.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Desiree Davis | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Desiree Davis | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Geoffrey Zbikowski | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Geoffrey Zbikowski | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jason Solganick | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Jason Solganick | 4/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jonathan Brownstein | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Jonathan Brownstein | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Joseph Radecki | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Joseph Radecki | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Desiree Davis | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Desiree Davis | 4/26/2007 | 4.0 | Financial Analysis | Discount rate analysis and research |
| Geoffrey Zbikowski | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Geoffrey Zbikowski | 4/26/2007 | 5.0 | Financial Analysis | Discount rate analysis and research |
| Jason Solganick | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Jason Solganick | 4/26/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/26/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Jonathan Brownstein | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Jonathan Brownstein | 4/26/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Joseph Radecki | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Joseph Radecki | 4/26/2007 | 1.0 | Financial Analysis | Review of discount rate analysis and research |
| Desiree Davis | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Desiree Davis | 4/27/2007 | 2.0 | Financial Analysis | Discount rate analysis and research |
| Geoffrey Zbikowski | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Geoffrey Zbikowski | 4/27/2007 | 4.0 | Financial Analysis | Discount rate analysis and research |
| Jason Solganick | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Jason Solganick | 4/27/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/27/2007 | 1.0 | Financial Analysis | Review of discount rate analysis and research |
| Jonathan Brownstein | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Jonathan Brownstein | 4/27/2007 | 2.0 | Financial Analysis | Review of discount rate analysis and research |
| Joseph Radecki | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Joseph Radecki | 4/27/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Desiree Davis | 4/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 4/30/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 4/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 4/30/2007 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 4/30/2007 | 1.0 | Business Operations | Review of monthly operating report |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### May-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Desiree Davis | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Desiree Davis | 5/1/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Geoffrey Zbikowski | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Geoffrey Zbikowski | 5/1/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Jason Solganick | 5/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jason Solganick | 5/1/2007 | 0.5 | Case Administration | Review of reply to motion to compel |
| Jason Solganick | 5/1/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/1/2007 | 0.5 | Business Operations | Review of press release re: new facility |
| Jonathan Brownstein | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jonathan Brownstein | 5/1/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 5/1/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Joseph Radecki | 5/1/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/2/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Desiree Davis | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 5/2/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Jason Solganick | 5/2/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/2/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Jason Solganick | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Jonathan Brownstein | 5/2/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/2/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business of comparable company (Rohm) |
| Jonathan Brownstein | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Joseph Radecki | 5/2/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 5/2/2007 | 4.5 | Hearings | Court hearing |
| Desiree Davis | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Desiree Davis | 5/3/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/3/2007 | 2.5 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Geoffrey Zbikowski | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Geoffrey Zbikowski | 5/3/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/3/2007 | 3.0 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Jason Solganick | 5/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/3/2007 | 0.2 | Case Administration | Review of order approving quarterly fee applications |
| Jason Solganick | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Jason Solganick | 5/3/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/3/2007 | 3.0 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Jonathan Brownstein | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Jonathan Brownstein | 5/3/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/3/2007 | 1.5 | Financial Analysis | Comparable company (IFF) conference call and related analysis |
| Joseph Radecki | 5/3/2007 | 0.5 | Case Administration | Review of agenda for 5/8 hearing |
| Joseph Radecki | 5/3/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/4/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/4/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/4/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 5/4/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/7/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 5/7/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 5/7/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/7/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 5/7/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 5/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 5/7/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### May-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Jason Solganick | 5/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Jonathan Brownstein | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Joseph Radecki | 5/8/2007 | 4.5 | Hearings | Court hearing |
| Desiree Davis | 5/9/2007 | 1.5 | Business Operations | Review of 10-Q filing |
| Desiree Davis | 5/9/2007 | 2.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Desiree Davis | 5/9/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 5/9/2007 | 2.0 | Business Operations | Review of 10-Q filing |
| Geoffrey Zbikowski | 5/9/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 5/9/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 5/9/2007 | 1.5 | Business Operations | Review of 10-Q filing |
| Jason Solganick | 5/9/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/9/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jason Solganick | 5/9/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 5/9/2007 | 1.5 | Business Operations | Review of 10-Q filing |
| Jonathan Brownstein | 5/9/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 5/9/2007 | 1.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 5/9/2007 | 1.0 | Business Operations | Review of 10-Q filing |
| Desiree Davis | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Geoffrey Zbikowski | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Jason Solganick | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Jason Solganick | 5/10/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Joseph Radecki | 5/10/2007 | 0.5 | Business Operations | Review of press release re: business realignment |
| Desiree Davis | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Geoffrey Zbikowski | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Jason Solganick | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Jason Solganick | 5/11/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/11/2007 | 2.0 | Business Operations | Conference call re: Project Gemini and business realignment |
| Desiree Davis | 5/14/2007 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Desiree Davis | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Desiree Davis | 5/14/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 5/14/2007 | 1.5 | Business Operations | Review of pension funding motion and materials |
| Geoffrey Zbikowski | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Geoffrey Zbikowski | 5/14/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 5/14/2007 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Jason Solganick | 5/14/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Jason Solganick | 5/14/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 5/14/2007 | 1.0 | Business Operations | Review of pension funding motion and materials |
| Jonathan Brownstein | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Jonathan Brownstein | 5/14/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Joseph Radecki | 5/14/2007 | 1.0 | Business Operations | Review of pension funding motion and materials |
| Joseph Radecki | 5/14/2007 | 0.5 | Case Administration | Review of agenda for 5/21 hearing |
| Jason Solganick | 5/15/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 5/16/2007 | 1.5 | Business Operations | Review of Project Gemini motion and materials |
| Desiree Davis | 5/16/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 5/16/2007 | 2.0 | Business Operations | Review of Project Gemini motion and materials |
| Geoffrey Zbikowski | 5/16/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 5/16/2007 | 1.5 | Business Operations | Review of Project Gemini motion and materials |
| Jason Solganick | 5/16/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/16/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 5/16/2007 | 1.0 | Business Operations | Review of Project Gemini motion and materials |
| Jonathan Brownstein | 5/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 5/16/2007 | 1.0 | Business Operations | Review of Project Gemini motion and materials |
| Desiree Davis | 5/17/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 5/17/2007 | 3.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 5/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/17/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 5/17/2007 | 1.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |

# EXHIBIT A

# W.R. Grace
## PJC Time Records
### May-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Desiree Davis | 5/18/2007 | 2.0 | Business Operations | Review of Project Gemini motion and materials |
| Geoffrey Zbikowski | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Geoffrey Zbikowski | 5/18/2007 | 2.5 | Business Operations | Review of Project Gemini motion and materials |
| Jason Solganick | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Jason Solganick | 5/18/2007 | 2.0 | Business Operations | Review of Project Gemini motion and materials |
| Jason Solganick | 5/18/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Jonathan Brownstein | 5/18/2007 | 1.5 | Business Operations | Review of Project Gemini motion and materials |
| Joseph Radecki | 5/18/2007 | 0.5 | Business Operations | Conference call re: Q1 results |
| Desiree Davis | 5/21/2007 | 1.5 | Business Operations | Review of pension funding motion |
| Desiree Davis | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 5/21/2007 | 1.5 | Business Operations | Review of pension funding motion |
| Geoffrey Zbikowski | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Jason Solganick | 5/21/2007 | 1.0 | Business Operations | Review of pension funding motion |
| Jason Solganick | 5/21/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Jonathan Brownstein | 5/21/2007 | 1.5 | Business Operations | Review of pension funding motion |
| Jonathan Brownstein | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Joseph Radecki | 5/21/2007 | 5.5 | Hearings | Court hearing |
| Jason Solganick | 5/22/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Desiree Davis | 5/23/2007 | 2.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Geoffrey Zbikowski | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Geoffrey Zbikowski | 5/23/2007 | 3.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 5/23/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Jason Solganick | 5/23/2007 | 2.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jonathan Brownstein | 5/23/2007 | 0.5 | Case Administration | Review of agenda for 5/30 hearing |
| Jonathan Brownstein | 5/23/2007 | 2.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 5/24/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/24/2007 | 3.0 | Fee Applications | Preparation of fee applications |
| Jason Solganick | 5/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/29/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 5/30/2007 | 2.0 | Business Operations | Review of benefit plan analysis |
| Desiree Davis | 5/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 5/30/2007 | 2.5 | Business Operations | Review of benefit plan analysis |
| Geoffrey Zbikowski | 5/30/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 5/30/2007 | 1.5 | Business Operations | Review of benefit plan analysis |
| Jason Solganick | 5/30/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 5/30/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/30/2007 | 1.5 | Business Operations | Review of benefit plan analysis |
| Jonathan Brownstein | 5/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 5/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |
| Geoffrey Zbikowski | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |
| Jason Solganick | 5/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |
| Jonathan Brownstein | 5/31/2007 | 0.5 | Financial Analysis | Review of press release re: ratings upgrade of comparable company (Albemarle) |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Desiree Davis | 6/1/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Geoffrey Zbikowski | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Geoffrey Zbikowski | 6/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jason Solganick | 6/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Jason Solganick | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Jason Solganick | 6/1/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jonathan Brownstein | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Jonathan Brownstein | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Joseph Radecki | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Joseph Radecki | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Desiree Davis | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Desiree Davis | 6/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/4/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jonathan Brownstein | 6/4/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Joseph Radecki | 6/4/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Desiree Davis | 6/5/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/5/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 6/5/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/5/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 6/5/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/5/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Desiree Davis | 6/6/2007 | 4.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/6/2007 | 4.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Jason Solganick | 6/6/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Jonathan Brownstein | 6/6/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/6/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Desiree Davis | 6/7/2007 | 2.0 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Geoffrey Zbikowski | 6/7/2007 | 1.5 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Jason Solganick | 6/7/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/7/2007 | 1.5 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Jonathan Brownstein | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Joseph Radecki | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2007 | 2.0 | Fee Applications | Preparation of quarterly fee application |
| Desiree Davis | 6/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Desiree Davis | 6/12/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 6/12/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/12/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/12/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 6/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 6/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/12/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/12/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 6/12/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 6/12/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/12/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/13/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/13/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/13/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Desiree Davis | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Desiree Davis | 6/14/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/14/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jason Solganick | 6/14/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Jason Solganick | 6/14/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jonathan Brownstein | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Jonathan Brownstein | 6/14/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Joseph Radecki | 6/14/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/15/2007 | 2.0 | Case Administration | Review of response to motions for protective order |
| Desiree Davis | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re: acquisition of business by comparable company (Rohm) |
| Desiree Davis | 6/15/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/15/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re: acquisition of business by comparable company (Rohm) |
| Jason Solganick | 6/15/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Jason Solganick | 6/15/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Jonathan Brownstein | 6/15/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Joseph Radecki | 6/15/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Desiree Davis | 6/18/2007 | 3.0 | Business Operations | Review of sale motion and exhibits |
| Desiree Davis | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Desiree Davis | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/18/2007 | 2.0 | Business Operations | Review of sale motion and exhibits |
| Geoffrey Zbikowski | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Geoffrey Zbikowski | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Geoffrey Zbikowski | 6/18/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/18/2007 | 2.5 | Business Operations | Review of sale motion and exhibits |
| Jason Solganick | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Jason Solganick | 6/18/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Jason Solganick | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Jason Solganick | 6/18/2007 | 2.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Jonathan Brownstein | 6/18/2007 | 2.0 | Business Operations | Review of sale motion and exhibits |
| Jonathan Brownstein | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Jonathan Brownstein | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Jonathan Brownstein | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/18/2007 | 1.5 | Business Operations | Review of sale motion and exhibits |
| Joseph Radecki | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Joseph Radecki | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Joseph Radecki | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Desiree Davis | 6/19/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/19/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/19/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Jason Solganick | 6/19/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Jonathan Brownstein | 6/19/2007 | 2.5 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Joseph Radecki | 6/19/2007 | 2.5 | Financial Analysis | Review of expert reports |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/20/2007 | 2.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Geoffrey Zbikowski | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/20/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jason Solganick | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jonathan Brownstein | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Joseph Radecki | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/21/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Desiree Davis | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Geoffrey Zbikowski | 6/22/2007 | 2.0 | Business Operations | Review of press release re: expert reports |
| Jason Solganick | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Jason Solganick | 6/22/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Jonathan Brownstein | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Jonathan Brownstein | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Joseph Radecki | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Desiree Davis | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Geoffrey Zbikowski | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Jason Solganick | 6/25/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Jason Solganick | 6/25/2007 | 5.0 | Hearings | Court hearing |
| Jonathan Brownstein | 6/25/2007 | 5.0 | Hearings | Court hearing |
| Desiree Davis | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Geoffrey Zbikowski | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Jason Solganick | 6/26/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jason Solganick | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Jason Solganick | 6/26/2007 | 3.0 | Hearings | Court hearing |
| Jonathan Brownstein | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jonathan Brownstein | 6/26/2007 | 3.0 | Hearings | Court hearing |
| Joseph Radecki | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/27/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 6/27/2007 | 3.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 6/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/27/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 6/28/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |
| Jason Solganick | 6/29/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/29/2007 | 2.5 | Fee Applications | Preparation of monthly fee applications |
| Jason Solganick | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |