# EXHIBIT B

## W.R. Grace & Co.
## PJC Expense Detail Report (April 1, 2007 – June 30, 2007)

(Dates Represent Posting Date of Expense)

April

Telephone
| | | |
|---|---|---|
| Jon Brownstein | 04/02/07 | $ 48.87 |
| Jon Brownstein | 04/20/07 | 48.83 |

Meals
| | | |
|---|---|---|
| Joe Radecki | 04/20/07 | 26.00 |

May

Research
| | | |
|---|---|---|
| Geoff Zbikowski | 05/31/07 | 379.62 |

Telephone
| | | |
|---|---|---|
| Jason Solganick (CourtCall) | 05/10/07 | 103.00 |
| Joe Radecki | 05/04/07 | 71.96 |
| Geoff Zbikowski | 05/23/07 | 133.09 |

**TOTAL EXPENSES:**                                                        **$811.37**