# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: July 23, 2007 at 4 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## FIFTEENTH MONTHLY INTERIM APPLICATION OF
## PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Fifteenth Monthly Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period April 1, 2007 through April 30, 2007 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and expenses in the amount of $123.70 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **July 23, 2007 at 4 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By: _____
Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: July 2, 2007

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: July 23, 2007 at 4 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FIFTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2007 THROUGH APRIL 30, 2007**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2007 – April 30, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $123.70 |

This is a   _x_ monthly          __ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### APRIL 1-30, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 17.0 | NA |
| Case Administration Related | 39.6 | NA |
| Hearings | 32.0 | NA |
| Financial Analysis Related | 114.0 | NA |
| TOTAL | 202.6 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Meals | $ 26.00 |
| Telephone | 97.70 |
| **TOTAL** | **$ 123.70** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By:_____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: June 29, 2007

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Jason Solganick being duly sworn, deposes and says:

1. I am a Vice President of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Fifteenth Monthly Interim Application of Piper Jaffray & Co. for the time period April 1, 2007 through April 30, 2007 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Jason Solganick

Sworn to and subscribed before me
this 29th day of June, 2007

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07-24-2010

2

# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### April-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Geoffrey Zbikowski | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Geoffrey Zbikowski | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Jason Solganick | 4/2/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Jonathan Brownstein | 4/2/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Joseph Radecki | 4/2/2007 | 4.0 | Hearings | Court hearing |
| Desiree Davis | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Geoffrey Zbikowski | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Jason Solganick | 4/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/3/2007 | 0.5 | Case Administration | Review of amended CMO |
| Jonathan Brownstein | 4/3/2007 | 1.0 | Case Administration | Review of amended CMO |
| Joseph Radecki | 4/3/2007 | 1.0 | Case Administration | Review of amended CMO |
| Jason Solganick | 4/4/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 4/5/2007 | 2.0 | Case Administration | Review of motions to quash subpoenas |
| Desiree Davis | 4/5/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Desiree Davis | 4/5/2007 | 2.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Geoffrey Zbikowski | 4/5/2007 | 4.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 4/5/2007 | 3.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 4/5/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/5/2007 | 2.0 | Case Administration | Review of motions to quash subpoenas |
| Jason Solganick | 4/5/2007 | 2.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 4/5/2007 | 1.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jonathan Brownstein | 4/5/2007 | 1.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jonathan Brownstein | 4/5/2007 | 1.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Desiree Davis | 4/6/2007 | 1.5 | Case Administration | Review of responses and objections to motion to compel |
| Desiree Davis | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Jason Solganick | 4/6/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/6/2007 | 1.5 | Case Administration | Review of responses and objections to motion to compel |
| Jason Solganick | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Jonathan Brownstein | 4/6/2007 | 1.0 | Case Administration | Review of responses and objections to motion to compel |
| Jonathan Brownstein | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Joseph Radecki | 4/6/2007 | 1.0 | Case Administration | Review of responses and objections to motion to compel |
| Joseph Radecki | 4/6/2007 | 0.5 | Case Administration | Review of agenda for 4/13 hearing |
| Desiree Davis | 4/9/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 4/9/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 4/9/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/9/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 4/9/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 4/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/11/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 4/12/2007 | 1.0 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Geoffrey Zbikowski | 4/12/2007 | 1.0 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Jason Solganick | 4/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/12/2007 | 1.5 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Jonathan Brownstein | 4/12/2007 | 0.5 | Financial Analysis | Review of press release re: debt offering (Valspar) |
| Desiree Davis | 4/13/2007 | 2.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Desiree Davis | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Geoffrey Zbikowski | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Geoffrey Zbikowski | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Jason Solganick | 4/13/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/13/2007 | 2.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Jason Solganick | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Jonathan Brownstein | 4/13/2007 | 1.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Jonathan Brownstein | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/13/2007 | 3.0 | Hearings | Court hearing |
| Joseph Radecki | 4/13/2007 | 1.0 | Case Administration | Review of motion and objections for retention of Lexecon |
| Joseph Radecki | 4/13/2007 | 1.0 | Case Administration | Review of motion to compel |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### April-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 4/16/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/16/2007 | 5.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/16/2007 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 4/17/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/17/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/17/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Desiree Davis | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Desiree Davis | 4/18/2007 | 2.5 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Geoffrey Zbikowski | 4/18/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Jonathan Brownstein | 4/18/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (Rohm) |
| Desiree Davis | 4/19/2007 | 2.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 4/19/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 4/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/19/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 4/19/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 4/19/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 4/20/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Desiree Davis | 4/23/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Geoffrey Zbikowski | 4/23/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 4/23/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/23/2007 | 1.0 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Jason Solganick | 4/23/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 4/23/2007 | 0.5 | Financial Analysis | Review of press release of 1Q earnings of comparable company (Albemarle) |
| Jonathan Brownstein | 4/23/2007 | 1.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 4/24/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 4/24/2007 | 4.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jason Solganick | 4/24/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2007 | 2.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 4/24/2007 | 1.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Desiree Davis | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Desiree Davis | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Desiree Davis | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Geoffrey Zbikowski | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Geoffrey Zbikowski | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jason Solganick | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Jason Solganick | 4/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jason Solganick | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Jonathan Brownstein | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Jonathan Brownstein | 4/25/2007 | 1.0 | Case Administration | Review of motion to compel |
| Jonathan Brownstein | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Joseph Radecki | 4/25/2007 | 0.5 | Business Operations | Review of press release re: 1Q results |
| Joseph Radecki | 4/25/2007 | 0.5 | Case Administration | Review of agenda for 5/2 hearing |
| Desiree Davis | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Desiree Davis | 4/26/2007 | 4.0 | Financial Analysis | Discount rate analysis and research |
| Geoffrey Zbikowski | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Geoffrey Zbikowski | 4/26/2007 | 5.0 | Financial Analysis | Discount rate analysis and research |
| Jason Solganick | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Jason Solganick | 4/26/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/26/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Jonathan Brownstein | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Jonathan Brownstein | 4/26/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Joseph Radecki | 4/26/2007 | 1.0 | Business Operations | Review of Project Gemini update |
| Joseph Radecki | 4/26/2007 | 1.0 | Financial Analysis | Review of discount rate analysis and research |
| Desiree Davis | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Desiree Davis | 4/27/2007 | 2.0 | Financial Analysis | Discount rate analysis and research |
| Geoffrey Zbikowski | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Geoffrey Zbikowski | 4/27/2007 | 4.0 | Financial Analysis | Discount rate analysis and research |
| Jason Solganick | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Jason Solganick | 4/27/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/27/2007 | 1.0 | Financial Analysis | Review of discount rate analysis and research |
| Jonathan Brownstein | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Jonathan Brownstein | 4/27/2007 | 2.0 | Financial Analysis | Review of discount rate analysis and research |
| Joseph Radecki | 4/27/2007 | 0.5 | Business Operations | Review of 8-K filing |
| Joseph Radecki | 4/27/2007 | 1.5 | Financial Analysis | Review of discount rate analysis and research |
| Desiree Davis | 4/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 4/30/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 4/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 4/30/2007 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 4/30/2007 | 1.0 | Business Operations | Review of monthly operating report |

# EXHIBIT B

## W.R. Grace
## Detail of expenses (April 1, 2007 – April 30, 2007)

<u>Telephone</u>
| | | | |
|---|---|---|---|
| Jon Brownstein | 04/02/07 | $ 48.87 | |
| Jon Brownstein | 04/20/07 | $ 48.83 | |
| | **Total Telephone:** | | **$ 97.70** |

<u>Meals</u>
| | | | |
|---|---|---|---|
| Joe Radecki | 04/20/07 | $ 26.00 | |
| | **Total Meals:** | | **$ 26.00** |

**TOTAL EXPENSES:** $ 123.70