# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtor. | ) Objection Date: August 28, 2007 at 4 pm |
| | ) Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF
SEVENTEENTH MONTHLY INTERIM APPLICATION OF
PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Seventeenth Monthly Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period June 1, 2007 through June 30, 2007 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **August 28, 2007 at 4 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

> ORRICK, HERRINGTON, & SUTCLIFFE LLP
>
> By: _____
> Roger Frankel, *pro hac vice admission pending*
> Richard H. Wyron, *pro hac vice admission pending*
> The Washington Harbour
> 3050 K Street, NW
> Washington, DC 20007
> (202) 339-8400
> Counsel to David T. Austern,
> As Future Claimants' Representative

Dated: August 8, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: August 28, 2007 at 4 pm |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

## SEVENTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2007 THROUGH JUNE 30, 2007

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | June 1, 2007 – June 30, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a    _x_ monthly | __ interim              ___ final application |

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JUNE 1-30, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 16.5 | NA |
| Case Administration Related | 51.2 | NA |
| Fee Applications | 4.5 | NA |
| Hearings | 16.0 | NA |
| Financial Analysis Related | 202.0 | NA |
| **TOTAL** | **290.2** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

N/A

**TOTAL** $ 0.00

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: August 1, 2007

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK   )
                                    ) ss.:
COUNTY OF NEW YORK )

Jason Solganick being duly sworn, deposes and says:

1. I am a Vice President of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Seventeenth Monthly Interim Application of Piper Jaffray & Co. for the time period June 1, 2007 through June 30, 2007 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Jason Solganick

Sworn to and subscribed before me
this 1st day of August, 2007

_Carl A. LaRuffa_

My commission expires:

Carl A. LaRuffa
Notary Public, State of New York
No. 01LA6149000
Commission Expires 07-24-2010

2

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Desiree Davis | 6/1/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Geoffrey Zbikowski | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Geoffrey Zbikowski | 6/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jason Solganick | 6/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Jason Solganick | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Jason Solganick | 6/1/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jonathan Brownstein | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Jonathan Brownstein | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Joseph Radecki | 6/1/2007 | 0.5 | Case Administration | Review amended PI CMO |
| Joseph Radecki | 6/1/2007 | 0.5 | Case Administration | Review of agenda for 6/8 hearing |
| Desiree Davis | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Desiree Davis | 6/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/4/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/4/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jonathan Brownstein | 6/4/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/4/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Joseph Radecki | 6/4/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Desiree Davis | 6/5/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/5/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 6/5/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/5/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/5/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 6/5/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/5/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Desiree Davis | 6/6/2007 | 4.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/6/2007 | 4.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Jason Solganick | 6/6/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/6/2007 | 1.0 | Case Administration | Review of order re: production of x-rays |
| Jonathan Brownstein | 6/6/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/6/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Desiree Davis | 6/7/2007 | 2.0 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Geoffrey Zbikowski | 6/7/2007 | 1.5 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Jason Solganick | 6/7/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/7/2007 | 1.5 | Financial Analysis | Review of earnings of comparable company (JMAT) |
| Jonathan Brownstein | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Joseph Radecki | 6/7/2007 | 1.0 | Case Administration | Review of motion for protective order |
| Jason Solganick | 6/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2007 | 2.0 | Fee Applications | Preparation of quarterly fee application |
| Desiree Davis | 6/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Desiree Davis | 6/12/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 6/12/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/12/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/12/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 6/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jason Solganick | 6/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/12/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/12/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 6/12/2007 | 2.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 6/12/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/12/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/13/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/13/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 6/13/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/13/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |

# EXHIBIT A
## W.R. Grace
### PJC Time Records
### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Desiree Davis | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Desiree Davis | 6/14/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/14/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jason Solganick | 6/14/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Jason Solganick | 6/14/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/14/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (RPM) |
| Jonathan Brownstein | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Jonathan Brownstein | 6/14/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/14/2007 | 1.0 | Case Administration | Review of brief on outstanding issues re: CMO |
| Joseph Radecki | 6/14/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/15/2007 | 2.0 | Case Administration | Review of response to motions for protective order |
| Desiree Davis | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Desiree Davis | 6/15/2007 | 3.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/15/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 6/15/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Jason Solganick | 6/15/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 6/15/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Jonathan Brownstein | 6/15/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 6/15/2007 | 1.5 | Case Administration | Review of response to motions for protective order |
| Joseph Radecki | 6/15/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Desiree Davis | 6/18/2007 | 3.0 | Business Operations | Review of sale motion and exhibits |
| Desiree Davis | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Desiree Davis | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/18/2007 | 2.0 | Business Operations | Review of sale motion and exhibits |
| Geoffrey Zbikowski | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Geoffrey Zbikowski | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Geoffrey Zbikowski | 6/18/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/18/2007 | 2.5 | Business Operations | Review of sale motion and exhibits |
| Jason Solganick | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Jason Solganick | 6/18/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Jason Solganick | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Jason Solganick | 6/18/2007 | 2.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/18/2007 | 0.5 | Business Operations | Review of Grace 8-K filing |
| Jonathan Brownstein | 6/18/2007 | 2.0 | Business Operations | Review of sale motion and exhibits |
| Jonathan Brownstein | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Jonathan Brownstein | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Jonathan Brownstein | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/18/2007 | 1.5 | Business Operations | Review of sale motion and exhibits |
| Joseph Radecki | 6/18/2007 | 0.5 | Case Administration | Review of agenda for 6/25 hearing |
| Joseph Radecki | 6/18/2007 | 1.0 | Case Administration | Review of motion to extend exclusivity |
| Joseph Radecki | 6/18/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Desiree Davis | 6/19/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/19/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/19/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Jason Solganick | 6/19/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Jonathan Brownstein | 6/19/2007 | 2.5 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/19/2007 | 0.5 | Case Administration | Review of agenda for 6/26 hearing |
| Joseph Radecki | 6/19/2007 | 2.5 | Financial Analysis | Review of expert reports |

# EXHIBIT A
## W.R. Grace
### PJC Time Records
### June-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/20/2007 | 2.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Geoffrey Zbikowski | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/20/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jason Solganick | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jonathan Brownstein | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 6/20/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Joseph Radecki | 6/20/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 6/21/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Desiree Davis | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Geoffrey Zbikowski | 6/22/2007 | 2.0 | Business Operations | Review of press release re: expert reports |
| Jason Solganick | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Jason Solganick | 6/22/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Jonathan Brownstein | 6/22/2007 | 0.5 | Business Operations | Review of press release re: expert reports |
| Jonathan Brownstein | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Joseph Radecki | 6/22/2007 | 0.5 | Case Administration | Review of order re: schedule of PI trial dates |
| Desiree Davis | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Geoffrey Zbikowski | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Jason Solganick | 6/25/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/25/2007 | 0.5 | Financial Analysis | Review of press release re: business expansion of comparable company (Albemarle) |
| Jason Solganick | 6/25/2007 | 5.0 | Hearings | Court hearing |
| Jonathan Brownstein | 6/25/2007 | 5.0 | Hearings | Court hearing |
| Desiree Davis | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Geoffrey Zbikowski | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Jason Solganick | 6/26/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jason Solganick | 6/26/2007 | 0.5 | Financial Analysis | Review of press release re: expansion of business of comparable company (Rohm) |
| Jason Solganick | 6/26/2007 | 3.0 | Hearings | Court hearing |
| Jonathan Brownstein | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Jonathan Brownstein | 6/26/2007 | 3.0 | Hearings | Court hearing |
| Joseph Radecki | 6/26/2007 | 1.0 | Case Administration | Review of order re: defined benefit plans |
| Desiree Davis | 6/27/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 6/27/2007 | 3.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 6/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/27/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 6/28/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |
| Geoffrey Zbikowski | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |
| Jason Solganick | 6/29/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/29/2007 | 2.5 | Fee Applications | Preparation of monthly fee applications |
| Jason Solganick | 6/29/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business of comparable company (Rohm) |

# EXHIBIT B

## W.R. Grace
### Detail of expenses (June 1, 2007 – June 30, 2007)

N/A

**TOTAL EXPENSES:** $ 0.00