# EXHIBIT F
# MEALS

Joe Radecki - meals charge - W.R. Grace (RZ004)

---

Lunch w/ Tersigni (WRGrace)

REF: 239295
pliccio Cafe-Bedf[ord]
Payment Approved,
Visa
Tab: 52
ADMIN  3/27/200[ ]  11:57:40 AM

d Num: XXXXXXXXXXXX 5812 (personal card)
try: 0308
[res]ponse: 7712[ ]7
[tr]ansaction #    233132

isa

Amount    $22.00

TIP :   4.00

TOTAL : 26.00

Attendees:

• Joe Radecki - MD
  Piper Jaffray

• Lainy Tersigni -
  President
  L. Tersigni Consulting

total = $26.00