# EXHIBIT G
# RESEARCH

Payment

Page 1 of 1



## Public Access to Court Electronic Records
## Account Information

### PACER On-line Credit Card Payment

PACER User:    pj0505 Piper Jaffray
Date:          Wednesday May 23, 2007

## Transaction Approved

Geoff Zbikowski -
research charge

Thank you for using our on-line credit card payment service. Your on-line payment has been approved and is being processed. If you are paying your account after it has been disabled for nonpayment, we will automatically re-enable your account if the balance has been paid in full. The account should be reactivated in most courts within one hour. However, it may be overnight in some cases.

Transaction ID:   pj0505.20070523.25234
Payment Amount:   $506.16
Approval Code:    063502

charged to
Geoff's
corporate card

Please print this page and keep a copy for your records. If you have any questions or comments, contact the PACER Service Center by email at pacer@psc.uscourts.gov or by phone at 800 676-6856.

**Thank you for your continued interest in PACER!**

(75%) * total W.R. Grace (R26004) = $379.62

| PACER Service Center Home Page |
| Account Main Menu |

For information or comments, please contact:

The PACER Service Center 

ps://pacer.psc.uscourts.gov/cgi-bin/fms/fms-result.pl?remittance_id=pj0505.20070523.25234&puid=pj0...    5/23/2007