# EXHIBIT H
# TELEPHONE

# T··Mobile·

## Your Statement

Statement For:   JONATHAN BROWNSTEIN
Mobile Number:   (917) 439-1301
Account Number:   398869737

*Jon Brownstein - phone charges*

Page 1 of 6

### Important Information

Thank you for using EasyPay. Amount will be forwarded for automatic processing. Do not pay this bill or mail remittance.

AV 01 018238 248438113 AT50GT

JONATHAN BROWNSTEIN
1070 PARK AVE APT 11C
NEW YORK NY 10128-1000

### Summary of Charges

| | |
|---|---|
| Previous Balance | $ 115.56 |
| Pmt Rec'd - Thank You | $ (115.56) |
| Monthly Service Charges | $ 48.87 |
| **Total Amount Due** | **$ 48.87** |
| **Total Amount Due by** | **3/05/07** |

*• total W.R. Grace - $48.87 (026004)*

### Monthly Service Summary

Monthly service charges from 1/09/07 - 2/08/07

| Mobile Number | Monthly Service Charges | Adjustments | Usage Charges | One Time Charges | Other Charges | Taxes & Surcharges | Total Charges |
|---|---|---|---|---|---|---|---|
| 917-439-1301 | $ 39.99 | $ - | $ - | $ - | $ - | 8.88 | $ 48.87 |

| Available Service | | Type | WHENEVER | | WEEKEND |
|---|---|---|---|---|---|
| NW Get More w/Nts | Free Minutes | Minutes | 600 | | |
| | Use Them Or Lose Them | Minutes | - | | Unlimited |
| **Used Service** | | **Type** | **WHENEVER PEAK** | **OFF PEAK** | **WEEKEND** |
| | Included Plan Minutes | Minutes | - 56 | - | 46 |

---

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT PLEASE MAKE SURE ADDRESS SHOWS THROUGH WINDOW

# T··Mobile·

Statement For: JONATHAN BROWNSTEIN
Mobile Number:   (917) 439-1301
Account Number:   398869737

| Amount Due By 3/05/07 | Amount Enclosed |
|---|---|
| $48.87 | EasyPay |

T-MOBILE
PO BOX 790047
ST LOUIS MO 63179-0047

☐ To pay this invoice using your credit card - check box and complete the reverse side

☐ For EasyPay Option - check box and complete the reverse side

☐ If you have changed your address - check box and record new address on the reverse side

0403988697370305070000048875101281000

*[Handwritten:]* Jon Brownstein – phone charges

## Your Statement

Statement For: JONATHAN BROWNSTEIN
Mobile Number: (917) 439-1301
Account Number: 398869737

Page 1 of 6

### Important Information
Thank you for using EasyPay. Amount will be forwarded for automatic processing. Do not pay this bill or mail remittance.

AV 01 018711 51964H109 A**5DGT

JONATHAN BROWNSTEIN
1070 PARK AVE APT 11C
NEW YORK NY 10128-1000

### Summary of Charges

| | | |
|---|---|---|
| Previous Balance | $ | 48.82 |
| Pmt Rec'd -Thank You | $ | (48.82) |
| Monthly Service Charges | $ | 48.83 |
| **Total Amount Due** | **$** | **48.83** |
| **Total Amount Due by** | | **1/05/07** |

*[Handwritten:]* total WR Grace = $48.53
(R26004)

### Monthly Service Summary
Monthly service charges from 11/09/06 – 12/08/06

| Mobile Number | Monthly Service Charges | Adjustments | Usage Charges | One Time Charges | Other Charges | Taxes & Surcharges | Total Charges |
|---|---|---|---|---|---|---|---|
| 917-439-1301 | $ 39.99 | $ - | $ - | $ - | $ - | $ 8.84 | $ 48.83 |

| Available Service | | Type | WHENEVER | | | WEEKEND |
|---|---|---|---|---|---|---|
| NW Get More w/Nts | Free Minutes | Minutes | 600 | | | - |
| | Use Them Or Lose Them | Minutes | - | | | Unlimited |
| **Used Service** | | Type | WHENEVER | PEAK | OFF PEAK | WEEKEND |
| | Included Plan Minutes | Minutes | - | 40 | 5 | 65 |

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT PLEASE MAKE SURE ADDRESS SHOWS THROUGH WINDOW.

**· · ·Mobile·**

Statement For: JONATHAN BROWNSTEIN
Mobile Number: (917) 439-1301
Account Number: 398869737

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

| Amount Due By 1/05/07 | Amount Enclosed |
|---|---|
| $48.83 | EasyPay |

☐ To pay this invoice using your credit card - check box and complete the reverse side

☐ For EasyPay Option - check box and complete the reverse side

☐ If you have changed your address - check box and record new address on the reverse side.

0403988697370105070000048836101281000



**verizon**wireless
*never stop working for you*

BOX 17120
TUCSON, AZ 85731-7120

JOE RADECKI –
PHONE CHARGES

JOSEPH RADECKI
91 SUNSET HILL RD
NEW CANAAN, CT 06840-4002

Manage Your Account
My Account at www.verizonwireless.com

| | |
|---|---|
| Account Number | 581313651-00001 |
| Date Due | 05/08/07 |
| Invoice Number | 1699111110 |

## Quick Bill Summary

Mar 14 – Apr 13

| | |
|---|---|
| Previous Balance (see back for details) | $149.48 |
| Payment – Thank You | –$149.48 |
| Balance Forward | $.00 |
| Monthly Access Charges | |
| Usage Charges | $134.99 |
|   Voice | |
|   Roaming | |
| Verizon Wireless' Surcharges and Other Charges & Credits | $76.20 |
| Taxes, Governmental Surcharges & Fees | $6.88 |
| Total Current Charges | $9.73 |
| | $227.80 |

Total Charges Due by May 08, 2007    $227.80

*total WR Grace — $71.97
(RZWCOF)

from Wirel
(#768)
Pay on the Web
My Account at www.verizonwireless.com
Questions:
1 800 922 0

## Summary for Joseph Radecki: 203-246-0048 — Joe's cell phone

### Your Calling Plan

America's Choice II Familyshare Pri 1400 Any
Inl N&W/In Clg $80.00 2yr 0705
(see pg 3)

Unlimited N&W Minutes

I Clg Nat Unl Share – Pri
Unlimited monthly IN Calling minutes

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Current Calling Plan 04/14 – 05/13 | 80.00 |
| | **$80.00** |

**Usage Charges**

| | |
|---|---|
| Roaming | 76.20 |
| | **$76.20** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | 3.33 |

**verizon**wireless
We never stop working for you®

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 582642085-00001 | Past Due |
| | Invoice Number | 1705109001 |

GEOFFREY C ZBIKOWSKI
THE RESTRUCTIONING GROUP
4 Lexington Avenue
Apt. 12N
NEW YORK, NY 10010-5409

*Geoff Zbikowski phone charges*

Verizon Wireless News

Save Time and Money
It's never been easier to enroll in Auto Bill Pay. See back of Payment Coupon below for details.

## Quick Bill Summary          Apr 02 – May 01

| | |
|---|---|
| Previous Balance *(see back for details)* | $64.02 |
| No Payment Received | $.00 |
| **Balance Forward Due Immediately** | **$64.02** |
| Account Charges and Credits | |
|    Includes Late Fee of $5.00 | $5.00 |
| Monthly Access Charges | $43.98 |
| Usage Charges | |
|    Voice | $4.47 |
|    Data | $8.59 |
| Verizon Wireless' Surcharges | |
|    and Other Charges & Credits | $5.13 |
| Taxes, Governmental Surcharges & Fees | $6.90 |
| **Total Current Charges Due by May 27, 2007** | **$74.07** |

**Total Amount Due**          **$138.09**

– 5 –

$133.09 ← for two months

[total w. Grace (RCOO4) = $133.09]
(for 2 months)

Our records indicate your account is past due. Please send payment now to avoid service disruption.

| Pay from Wireless | Pay on the Web | Questions |
|---|---|---|
| #PMT (#763) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

→ March 02 – April 01
   Apr 02 – May 01

Jason Solganick -
(Courtcall charge - (outward long distance)

# U.S. Bank Access Online

Piper Jaffray

Personal | Business | Institution Government | About U.S.

★ Log Out

Account Administration
**Transaction Management**
  Transaction List
Account Information
Data Exchange
Reporting
My Personal Information

Home
Contact Us

## Transaction Management
### Card Account Summary with Transaction List

Card Account Number: ************6787, JASON F SOLGANICK

[-] Card Account Summary

Switch Accounts

Account Number: ************6787
Account Name: JASON F SOLGANICK

Billing Cycle Close Date: 04/25/2007   [Search]

● Open Account

Return to top

[+] Search Criteria

[-] Transaction List                                    Return to top

Records 1 - 7 of 7
Check All Shown | Uncheck All Shown

| Select | Status | Trans Date | Posting Date | Merchant | City/State | Amount | Detail |
|---|---|---|---|---|---|---|---|
| ☐ | | 04/20 | 04/20 | PAYMENT - CNCR48790V | 00000, A | $1,010.46 PY | |
| ☐ | | 04/17 | 04/18 | COURT CALL LLC | 310-5724670, CA | $103.00 | (i) |
| ☐ | | 04/05 | 04/09 | HILTON HOTLES WASHINGTN D | WASHINGTON, DC | | (i) |
| ☐ | | 04/05 | 04/06 | DIAL CAR INC | 7187438042, NY | $227.86 | (i) |
| ☐ | | 04/04 | 04/06 | USAIRWAYS 03776835839 | MINNEAPOLIS, MN | $95.37 | |
| ☐ | | 04/04 | 04/06 | AGENT FEE 03776835839 | CARLSON WAGON, MN | $618.80 | |
| | | | | | | $21.00 | |

total court
conference
call =
$103.00

(airfare
reward)

https://access.usbank.com/cpsApp1/USBComServlet    5/4/2007