IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 30, 2007 at 4:00 p.m. |
| | ) | Hearing: December 17, 2007 at 2:00 p.m. |

COVER SHEET TO NINTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2007 THROUGH MARCH 31, 2007

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | January 1, 2007 through March 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $320,162.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 10,770.05 |

This is an:   __X__ interim   ___ monthly   ___ final application.

## COMPENSATION SUMMARY
### January 1, 2007 through March 31, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 162.70 | $101,687.50 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 219.50 | $65,850.00 |
| Melissa Chung | Analyst (1 year) | $250 | 91.00 | $22,750.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 139.20 | $55,680.00 |
| Chris Grant | Analyst (10 years) | $210 | 4.00 | $840.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 50.10 | $18,787.50 |
| Nicole King | Analyst (3 years) | $250 | 11.20 | $2,800.00 |
| Steve Lin | Consulting Actuary (10 years) | $425 | 2.50 | $1,062.50 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 55.50 | $13,875.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 2.60 | $260.00 |
| David Powell | Consulting Actuary (22 years) ACAS | $675 | 5.60 | $3,780.00 |
| Rhamonda Riggins | Analyst (3 years) | $260 | 102.70 | $26,702.00 |
| Ollie Sherman | Consulting Actuary (21 years) FCAS | $675 | 8.00 | $5,400.00 |
| Patrick Yu | Analyst (1 year) | $215 | 3.20 | $688.00 |
| **Total Blended Rate: $373.23** | | | **857.80** | **$320,162.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 857.80 | $320,162.50 |

## EXPENSE SUMMARY[1]

| Expense Category | Total |
|---|---|
| Airfare | $137.40 |
| Taxi | $90.00 |
| Trains | $179.20 |
| Hotel | $239.31 |
| Meals | $67.14 |
| Use of Own Car | $24.25 |
| Parking | $32.75 |
| Vendor Fee – License Manville Database | $10,000.00 |
| **Total Expenses** | **$10,770.05** |

| January – March 2007 – Grand Total | $330,932.55 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Sept 6, 2007

---

1 All available expense back-up is attached as Exhibit D-K.

3