# EXHIBIT D
# AIRFARE


AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 3
Generated: January 16, 2007 08:58 AM

# Travel Arrangements for JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| Record Locator | DKKCWN | Agent ID : ZZ | |
| Trip ID | 10820602455 | Phone: (800) 522-4111 | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

## Invoice Details

### Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 1/16/07 | **Charges** | |
| Ticket Number | 7808218938 | Invoice | 0042765 | Ticket Base Fare | 222.33 |
| Check Digit | 6 | Electronic | Yes | Ticket Tax Fare | 37.47 |
| | | | | Total (USD) Ticket Amount | 259.80 |
| **Billing Code** | WN820127 | | | | |

Airfare charged to American Express
**Total**                                                      259.80

EFFECTIVE JAN, 2006, PER YOUR COMPANYØS
AGREEMENT WITH AMERICAN EXPRESS, AT THE TIME OF
TICKETING, YOU HAVE BEEN CHARGED A NONREFUNDABLE
15.00USD FEE FOR EACH BOOKING WHICH INCLUDES AIR
OR RAIL
PER TOWERS PERRIN FINANCE DEPARTMENT, THIS FEE
SHOULD BE RECORDED IN THE/OTHER/LINE OF YOUR TES
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH THE
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

*[Handwritten: Split 50% (WR Grace + other client - for Jenni Biggs)]*

## Travel Details                        Wednesday February 7, 2007
### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:30 AM | | |
| Arriving | 10:20 AM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 10F | | |
| Class | Economy | | |

## Travel Details                        Friday February 9, 2007
### Flight Information

EXPERIENCE MATTERS  AMERICAN EXPRESS

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 15 minutes |
| Flight | 1765 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 1:30 PM | | |
| Arriving | 2:45 PM | | |
| Departure Terminal | TERMINAL B | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 11F | | |
| Class | Economy | | |

*[handwritten note: 6:40 - 7:55]*

## Travel Details

Wednesday August 8, 2007

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| DKKCWN | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111Ø0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **