# EXHIBIT E
# HOTEL



# THE Fairmont
## WASHINGTON, D.C.

2401 M STREET, NW,
WASHINGTON, DC, USA 20037
T 202 429 2400  F 202 457 5010

**LexisNexis, Mealey Publications**
**Jennifer Biggs**

US

| | |
|---|---|
| Room | : 0424 |
| Folio # | : 123461 |
| Cashier # | : 42 |
| Page # | : 1 of 1 |
| Group Name | Mealey's Asbestos Conference |
| Arrival | : 02-07-07 |
| Departure | : 02-09-07 |

| Date | Description | Additional Information | | Charges | Credits |
|---|---|---|---|---|---|
| 02-07-07 | Room Charge | | | 209.00 | |
| 02-07-07 | Occupancy Tax | | | 30.31 | |
| 02-08-07 | Room Charge | | | 209.00 | |
| 02-08-07 | Occupancy Tax | | | 30.31 | |
| 02-09-07 | American Express | XXXXXXXXXX5002 | XX/XX | | 478.62 |
| | | | **Total** | 478.62 | 478.62 |
| | | | **Balance Due** | 0.00 | |

*Split 50%*
*(WR there / other client)*
*for Jenni Biggs*

Guest signature X_____

For information or reservations, visit us at
**www.fairmont.com** or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month. (19.58% per annum). All accounts deemed delinquent are subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

I have requested delivery of The New York Times. If refused, a credit will be applied to my account of $.25 (Mon-Sat) and $1.25 (Sun)

**Thank you for choosing to stay with Fairmont Hotels & Resorts**