# EXHIBIT F
# LICENSE MANVILLE DATABASE



## INVOICE

| | |
|---|---|
| TO: Tillinghast/Towers, Perrin, Forster & Crosb | INVOICE NUMBER: DATA-031507 |
| Attn: Jennifer Biggs | INVOICE DATE: March 15, 2007 |
| 101 S. Hanley, Suite 900 | PAYMENT DUE: net 30 days |
| Interco Corporate Tower | INVOICE TOTAL: $ 10,000.00 |
| St. Louis, MO 63105 | |

| DESCRIPTION | AMOUNT |
|---|---|
| License Fee: Manville Trust Data | $ 10,000.00 |

**GRAND TOTAL DUE:** $10,000.00

Please make check payable to: **"Claims Resolution Management Corporation"** and mail to:
Attn: Jared Garelick
3110 Fairview Park Drive
Suite 200
P.O. Box 12003
Falls Church, VA 22042-0683
Federal Tax ID #54-1920247