# EXHIBIT G
# MEALS

**THANK YOU FOR RIDING WITH US!**

```
            Ireland's Four Courts
              2051 Wilson Blvd.
              Arlington, Va 22201
                (703) 525-3600
           "Home of Irish Hospitality"
Date:        Feb07'07 09:41PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX5002
Exp Date:    04/09
Auth Code:   525472
Check:       6009
Table:       126/1
Server:      100 Brian F
             JL BIGGS
```

Subtotal:           35.84

Tip: _____    7.00

Total: _____  42.84

_____
Signature

I agree to pay above total
according to my card issuer
agreement.
* * * * Customer Copy * * * *

42.84
Biggs / Sherman
Re: WR Grace

— all Jennie Biggs —

```
         SELLERS MARKET
          MARKET ST
        SAN FRANCISCO, CA
        Visit Our Website!
       WWW.SELLERSMARKETS.COM
```

1003 RIGHT 3

| Chk 4249 | MELISSA | Gst 1 |
|---|---|---|
|  | Feb21'07 06:09PM |  |

| | |
|---|---|
| 1 SALMON FETTUCINI | 12.95 |
| XXXXXXXXXXXX3057 XX/XX | |
| Visa | 14.05 |
| | |
| Subtotal | 12.95 |
| Tax | 1.10 |
| Payment | 14.05 |

Tip

TOTAL

SIGNITURE

*Re. W R Grace*
*for Melissa Chung*