# EXHIBIT H
# PARKING

```
AMTRAK GARAGE
30TH ST
PHILA PA
215 382 3567


Rcpt#  7296
02/08/07 21:18    L# / A#   1    Txn# 11899
02/08/07 09:23 In    02/08/07 21:18 Out
Tkt# 650484
Amtrak          $    17.00
Total Fee       $    17.00
All Paymt  1    $    17.00-
xxxxxxxxxxxx2435
Approval No.:01589A
Reference No.:8662
Change Due      $     0.00
THANK YOU FOR PARKING
WITH CENTRAL PARKING
LOCATION 54
```

— all for trial —
— all for Bryan Gillespie —

THANK YOU FOR RIDING WITH US!

```
        AVISTAR- SUNPARK ST LOU
            4687 AIRFLIGHT DR
            ST LOUIS MO 63134

   ERMINAL I.D.:              20360
   ERCHANT #:         98890340000010

   AMEX
    XXXXXXXX5002
   SALE
   BATCH: 000002       TRACE: 426
   DATE: FEB 09, 07    TIME: 16  2
   RRN: 07290040       AUTH NO: 529

   TOTAL             $31.58
```

X_____
JL BIGGS

  I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)

Re: WR Grace
Split 50%
(WR Grace + other client)

— all Jennie Biggs —