# EXHIBIT I
# TAXI

## THANK YOU FOR RIDING WITH US!

Cab No. _____ Date  2/7

From  Reagan

To  office  (Re: WR Grace)

Fare  20  Time _____

Owner/Operator's Name _____

### Blue Top Cab Receipt

Date  2/7  Time _____
From  office  (Re: WR Grace)
To  hotel (Fairmont)
Run # _____  Fare $  12
Cab # _____  Signature _____

**703/243-TAXI**

— all Jennie Biggs —

## TAXICAB RECEIPT

Time: 6:30
Date: 2/8/2007

Origin of trip: Georgetown

Destination: 2107 Wilson Blvd

Fare: $12.00    Sign: _____

DATE 2/8/2007   AMOUNT $ 12.00
RECEIVED FROM Ollie Sherman
FROM 2107 Wilson Blvd.
DESTINATION Georgetown
CAB # _____ DRIVER I.D. # _____
DRIVERS NAME _____

Re: WR Grace
for Ollie Sherman

**TURISTAS**
**TAXI RECEIPT**

Date: 2/8/07  Time: _____
Origin of Trip: Orrick
Destination: Train Station
Fare: $12 including tip  Cab #: _____
Signature: included droppin Jenni at her hotel

**IN THEATRES DECEMBER 1**

**TAXICAB RECEIPT**

Time: _____
Date: 2/8/07
Origin of trip: Train Station
Destination: Orrick
Fare: $12 including tip   Sign: _____

— all for Trace —
— all for Bryan Gillespie —