# EXHIBIT J
## TRAIN

**Receipt 1 (left):**

AMTRAK

Riders: 1  
Name of Passenger: GILLESPIE/BRYAN  
From: WASHINGTON, DC  
To: PHILADELPHIA 30, PA  
Carrier: 2V  Train: 188  Date: 08FEB07  
Accom: YB  
RESERVD COACH  
Form of Payment: AP52.20VI 2435  
Rail Fare: $52.20   Accom Charge: $.00  
Fare Plans: $52.20  
BOF2  
Ticket Number: 0397268099355   01 01  
08FEB07   36501  
PASSENGER RECEIPT

**Receipt 2 (right):**

AMTRAK

Riders: 1  
Name of Passenger: GILLESPIE/BRYAN  
From: PHILADELPHIA 30, PA  
To: WASHINGTON, DC  
Carrier: 2V  Train: 2151  Date: 08FEB07  
Accom: KA  
EXPRSS BSNESS  
Form of Payment: AP127.00VI 2435  
Rail Fare: $127.00   Accom Charge: $.00  
Fare Plans: $127.00  
AOAE  
Ticket Number: 0397268099348   01 01  
08FEB07   36501  
PASSENGER RECEIPT

— all for Trace —
— all for Bryan Gillespie —