# EXHIBIT K
## RECEIPTS REQUIRED

### Expenses - February 2007

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Jenni Biggs | 2/7/2007 | $239.31 | Hotel - split 50%/50% w/ another client | Yes |
| Jenni Biggs | 2/7/2007 | $129.90 | Airfare - split 50%/50% w/ another client | Yes |
| Jenni Biggs | 2/7/2007 | $15.75 | Parking - split 50%/50% w/ another client | Yes |
| Jenni Biggs | 2/7/2007 | $20.00 | Taxi to office | Yes |
| Jenni Biggs | 2/7/2007 | $12.00 | Taxi to hotel | Yes |
| Jenni Biggs | 2/7/2007 | $4.85 | Use of own car - split 50%/50% w/ another client | N/R |
| Jenni Biggs | 2/7/2007 | $7.50 | Amex fee | Yes |
| Jenni Biggs | 2/7/2007 | $42.84 | Dinner w/ Ollie Sherman | Yes |
|  |  | $472.15 |  |  |
| Melissa Chung | 2/21/2007 | $14.05 | Dinner | Yes |
| Bryan Gillespie | 2/8/2007 | $10.25 | Dinner | N/R |
| Bryan Gillespie | 2/8/2007 | $179.20 | Train tickets | Yes |
| Bryan Gillespie | 2/8/2007 | $34.00 | Taxis - $22 + $12 | Yes |
| Bryan Gillespie | 2/8/2007 | $17.00 | Parking | Yes |
| Bryan Gillespie | 2/8/2007 | $19.40 | Use of own car | N/R |
|  |  | $259.85 |  |  |
| Ollie Sherman | 2/8/2007 | $12.00 | Taxi to Orrick office | Yes |
| Ollie Sherman | 2/8/2007 | $12.00 | Taxi to TP office | Yes |
|  |  | $24.00 |  |  |

### Expenses - March 2007

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Vendor Fee | 3/15/2007 | $10,000.00 | License Manville database | Yes |