IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 30, 2007 at 4:00 p.m. |
| | ) | Hearing: December 17, 2007 at 2:00 p.m. |

**COVER SHEET TO TENTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2007 THROUGH JUNE 30, 2007**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | April 1, 2007 through June 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $767,204.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 6,346.44 |

This is an:    __X__ interim    ___ monthly    ___ final application.

## COMPENSATION SUMMARY
### April 1, 2007 through June 30, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 392.90 | $245,562.50 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 296.60 | $88,980.00 |
| Melissa Chung | Analyst (1 year) | $250 | 170.70 | $42,675.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 300.20 | $120,080.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 252.70 | $94,762.50 |
| Steve Lin | Consulting Actuary (10 years) | $425 | 37.00 | $15,725.00 |
| Adam Luechtefeld | Analyst (4 years) | $250 | 217.50 | $54,375.00 |
| Alicia Oliver | Analyst (1 year) | $150 | 73.70 | $11,055.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 21.50 | $2,150.00 |
| Brent Petzoldt | Analyst (1 year) | $210 | 10.80 | $2,268.00 |
| David Powell | Consulting Actuary (22 years) ACAS | $675 | 41.70 | $28,147.50 |
| Rhamonda Riggins | Analyst (5 years) | $260 | 140.80 | $36,608.00 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $675 | 28.50 | $19,237.50 |
| Andrew Staudt | Analyst (1 year) | $195 | 2.00 | $390.00 |
| Jennifer Teter | Analyst (7 years) | $260 | 7.00 | $1,820.00 |
| Aaron Tresnak | Analyst (2 years) | $155 | 5.50 | $852.50 |
| Patrick Yu | Analyst (1 year) | $215 | 11.70 | $2,515.50 |
| **Total Blended Rate: $381.54** | | | **2,010.80** | **$767,204.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 2,010.80 | $767,204.00 |

## EXPENSE SUMMARY[1]

| Expense Category | Total |
|---|---:|
| Airfare | $3,919.01 |
| Taxi | $323.82 |
| Trains | $86.00 |
| Hotel | $1,335.49 |
| Meals | $405.36 |
| Use of Own Car | $104.76 |
| Parking | $172.00 |
| **Total Expenses** | **$6,346.44** |

| April – June 2007 – Grand Total | $773,550.44 |
|---|---:|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Sept. 6, 2007

---

1 All available expense back-up is attached as Exhibit D-J.