# EXHIBIT A
# TILLINGHAST MONTHLY FEE APPLICATION FOR THE PERIOD
# <u>APRIL 1-30, 2007</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 19, 2007 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

NOTICE OF FILING OF
TWENTY-THIRD MONTHLY INTERIM APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Towers Perrin Tillinghast, actuarial consultants to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Twenty-third Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as actuarial consultants to the FCR for the time period April 1, 2007 through April 30, 2007 seeking payment of fees in the amount of $269,738.00 (80% of $337,172.50) and $3,617.62 of expenses (the "Application") for a total of $273,355.62.

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **July 19, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) actuarial consultants to the FCR, Jennifer L. Biggs, Towers Perrin, 101 S. Hanley Rd., St. Louis, MO 63105; (ii) co-counsel to the FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007; (iii) co-counsel to the FCR, John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iv) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J.

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (x) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments should be directed to undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Roger Frankel
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: June 29, 2007

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: July 19, 2007 at 4:00 p.m |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-THIRD MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2007 THROUGH APRIL 30, 2007**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | April 1, 2007 through April 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $337,172.50 |
| 80% of fees to be paid: | $269,738.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   3,617.62 |
| Total Fees @ 80% and 100% Expenses: | $273,355.62 |

This is an:    __ interim    X  monthly    __ final application.

## COMPENSATION SUMMARY
### April 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 139.70 | $87,312.50 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 155.00 | $46,500.00 |
| Melissa Chung | Analyst (1 year) | $250 | 116.00 | $29,000.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 139.30 | $55,720.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 112.20 | $42,075.00 |
| Steve Lin | Consulting Actuary (11 years) | $425 | 28.50 | $12,112.50 |
| Adam Luechtefeld | Analyst (4 years) | $250 | 98.50 | $24,625.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 21.50 | $2,150.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 11.60 | $7,830.00 |
| Rhamonda Riggins | Analyst (5 years) | $260 | 101.20 | $26,312.00 |
| Ollie Sherman | Consulting Actuary (21 years) FCAS | $675 | 2.00 | $1,350.00 |
| Aaron Tresnak | Analyst (2 years) | $155 | 5.50 | $852.50 |
| Patrick Yu | Analyst (1 year) | $215 | 6.20 | $1,333.00 |
| **Total Blended Rate: $359.77** | | | **937.20** | **$337,172.50** |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 937.20 | $337,172.50 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $1,631.18 |
| Taxi | $201.82 |
| Hotels | $1,335.49 |
| Meals | $281.17 |
| Use of Own Car | $65.96 |
| Parking | $102.00 |
| **Total Expenses** | **$3,617.62** |

| April 2007 – Grand Total | $340,790.12 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: June 27, 2007

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 27th DAY OF JUNE, 2007

_____
Notary Public  Diana M. Niemeyer

My commission expires: 4-25-09

DIANA M. NIEMEYER
Notary Public-Notary Seal
State of Missouri, Saint Louis City
Commission # 05701672
My Commission Expires Apr 25, 2009

# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Apr-07** |
| Jenni Biggs | 4/2/2007 | 4.00 | $625 | $2,500.00 | Data Analysis |
| Jenni Biggs | 4/3/2007 | 1.50 | $625 | $937.50 | Data Analysis |
| Jenni Biggs | 4/4/2007 | 0.20 | $625 | $125.00 | Billing |
| Jenni Biggs | 4/4/2007 | 1.50 | $625 | $937.50 | Data Analysis |
| Jenni Biggs | 4/6/2007 | 6.00 | $625 | $3,750.00 | CMS/BMC/Rust data |
| Jenni Biggs | 4/9/2007 | 8.00 | $625 | $5,000.00 | Data Analysis |
| Jenni Biggs | 4/10/2007 | 8.70 | $625 | $5,437.50 | Data Analysis |
| Jenni Biggs | 4/11/2007 | 6.20 | $625 | $3,875.00 | Data Analysis |
| Jenni Biggs | 4/12/2007 | 8.00 | $625 | $5,000.00 | Data Analysis |
| Jenni Biggs | 4/13/2007 | 4.00 | $625 | $2,500.00 | Data Analysis |
| Jenni Biggs | 4/13/2007 | 0.30 | $625 | $187.50 | Billing |
| Jenni Biggs | 4/16/2007 | 2.00 | $625 | $1,250.00 | Data Analysis |
| Jenni Biggs | 4/17/2007 | 6.10 | $625 | $3,812.50 | Data Analysis |
| Jenni Biggs | 4/19/2007 | 4.70 | $625 | $2,937.50 | Data Analysis |
| Jenni Biggs | 4/20/2007 | 9.50 | $625 | $5,937.50 | Data Analysis |
| Jenni Biggs | 4/23/2007 | 9.50 | $625 | $5,937.50 | Data Analysis; Conference call with Orrick |
| Jenni Biggs | 4/24/2007 | 10.50 | $625 | $6,562.50 | Data Analysis |
| Jenni Biggs | 4/25/2007 | 10.50 | $625 | $6,562.50 | Data Analysis |
| Jenni Biggs | 4/26/2007 | 12.50 | $625 | $7,812.50 | Data Analysis |
| Jenni Biggs | 4/27/2007 | 9.00 | $625 | $5,625.00 | Data Analysis |
| Jenni Biggs | 4/28/2007 | 8.00 | $625 | $5,000.00 | Data Analysis |
| Jenni Biggs | 4/30/2007 | 9.00 | $625 | $5,625.00 | Data Analysis |
| | | 139.70 | | $87,312.50 | |
| | | | | | |
| Julianne Callaway | 4/2/2007 | 6.60 | $300 | $1,980.00 | Database work |
| Julianne Callaway | 4/3/2007 | 7.10 | $300 | $2,130.00 | Database work |
| Julianne Callaway | 4/4/2007 | 8.70 | $300 | $2,610.00 | Database work |
| Julianne Callaway | 4/5/2007 | 3.40 | $300 | $1,020.00 | Database work |
| Julianne Callaway | 4/6/2007 | 8.10 | $300 | $2,430.00 | Database work |
| Julianne Callaway | 4/9/2007 | 5.60 | $300 | $1,680.00 | Database work |
| Julianne Callaway | 4/10/2007 | 7.20 | $300 | $2,160.00 | Database work |
| Julianne Callaway | 4/11/2007 | 6.80 | $300 | $2,040.00 | Database work |
| Julianne Callaway | 4/12/2007 | 7.20 | $300 | $2,160.00 | Database work |
| Julianne Callaway | 4/13/2007 | 7.40 | $300 | $2,220.00 | Database work |
| Julianne Callaway | 4/16/2007 | 9.50 | $300 | $2,850.00 | Database work |
| Julianne Callaway | 4/17/2007 | 7.30 | $300 | $2,190.00 | Database work |
| Julianne Callaway | 4/18/2007 | 5.90 | $300 | $1,770.00 | Database work |
| Julianne Callaway | 4/19/2007 | 7.80 | $300 | $2,340.00 | Database work |
| Julianne Callaway | 4/20/2007 | 8.10 | $300 | $2,430.00 | Database work |
| Julianne Callaway | 4/22/2007 | 3.50 | $300 | $1,050.00 | Database work |
| Julianne Callaway | 4/23/2007 | 8.90 | $300 | $2,670.00 | Database work |
| Julianne Callaway | 4/24/2007 | 8.40 | $300 | $2,520.00 | Database work |
| Julianne Callaway | 4/25/2007 | 10.00 | $300 | $3,000.00 | Database work |
| Julianne Callaway | 4/26/2007 | 10.50 | $300 | $3,150.00 | Database work |
| Julianne Callaway | 4/30/2007 | 7.00 | $300 | $2,100.00 | Database work |
| | | 155.00 | | $46,500.00 | |
| | | | | | |
| Melissa Chung | 4/2/2007 | 2.00 | $250 | $500.00 | Manville matching |
| Melissa Chung | 4/4/2007 | 1.00 | $250 | $250.00 | Analysis |
| Melissa Chung | 4/6/2007 | 4.00 | $250 | $1,000.00 | Manville matching |
| Melissa Chung | 4/9/2007 | 10.50 | $250 | $2,625.00 | Manville matching |
| Melissa Chung | 4/10/2007 | 10.00 | $250 | $2,500.00 | Manville matching |
| Melissa Chung | 4/11/2007 | 11.50 | $250 | $2,875.00 | Manville matching |
| Melissa Chung | 4/12/2007 | 8.00 | $250 | $2,000.00 | Manville matching |
| Melissa Chung | 4/13/2007 | 1.00 | $250 | $250.00 | Manville matching |
| Melissa Chung | 4/16/2007 | 3.20 | $250 | $800.00 | Manville matching |
| Melissa Chung | 4/17/2007 | 8.30 | $250 | $2,075.00 | Manville matching |
| Melissa Chung | 4/18/2007 | 12.90 | $250 | $3,225.00 | Manville matching |
| Melissa Chung | 4/19/2007 | 11.70 | $250 | $2,925.00 | Manville matching |
| Melissa Chung | 4/20/2007 | 2.50 | $250 | $625.00 | Manville matching |
| Melissa Chung | 4/25/2007 | 7.80 | $250 | $1,950.00 | Manville matching |
| Melissa Chung | 4/26/2007 | 6.00 | $250 | $1,500.00 | Manville matching |
| Melissa Chung | 4/26/2007 | 2.00 | $250 | $500.00 | Tech review |
| Melissa Chung | 4/27/2007 | 0.70 | $250 | $175.00 | Manville matching summaries |
| Melissa Chung | 4/27/2007 | 5.80 | $250 | $1,450.00 | Tech review |
| Melissa Chung | 4/30/2007 | 1.80 | $250 | $450.00 | Manville matching |
| Melissa Chung | 4/30/2007 | 5.30 | $250 | $1,325.00 | Tech review |
| | | 116.00 | | $29,000.00 | |

| | W.R. Grace (Bankruptcy) | | | | |
|---|---|---|---|---|---|
| | Towers Perrin Time Records | | | | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Bryan Gillespie | 4/2/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 4/3/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 4/5/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 4/6/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 4/9/2007 | 3.10 | $400 | $1,240.00 | Analysis |
| Bryan Gillespie | 4/10/2007 | 7.40 | $400 | $2,960.00 | Teleconference and analysis |
| Bryan Gillespie | 4/12/2007 | 8.40 | $400 | $3,360.00 | Analysis |
| Bryan Gillespie | 4/13/2007 | 5.00 | $400 | $2,000.00 | Analysis |
| Bryan Gillespie | 4/16/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 4/17/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 4/17/2007 | 2.80 | $400 | $1,120.00 | 50% travel |
| Bryan Gillespie | 4/18/2007 | 9.00 | $400 | $3,600.00 | Analysis |
| Bryan Gillespie | 4/19/2007 | 11.20 | $400 | $4,480.00 | Analysis |
| Bryan Gillespie | 4/20/2007 | 8.30 | $400 | $3,320.00 | Analysis |
| Bryan Gillespie | 4/20/2007 | 2.20 | $400 | $880.00 | 50% travel |
| Bryan Gillespie | 4/21/2007 | 5.60 | $400 | $2,240.00 | Analysis |
| Bryan Gillespie | 4/22/2007 | 2.60 | $400 | $1,040.00 | 50% travel |
| Bryan Gillespie | 4/23/2007 | 11.50 | $400 | $4,600.00 | Analysis |
| Bryan Gillespie | 4/24/2007 | 9.20 | $400 | $3,680.00 | Analysis |
| Bryan Gillespie | 4/25/2007 | 8.50 | $400 | $3,400.00 | Analysis |
| Bryan Gillespie | 4/26/2007 | 12.60 | $400 | $5,040.00 | Analysis |
| Bryan Gillespie | 4/27/2007 | 7.40 | $400 | $2,960.00 | Analysis |
| Bryan Gillespie | 4/27/2007 | 3.00 | $400 | $1,200.00 | 50% travel |
| Bryan Gillespie | 4/28/2007 | 2.80 | $400 | $1,120.00 | Analysis |
| Bryan Gillespie | 4/29/2007 | 2.70 | $400 | $1,080.00 | Analysis |
| Bryan Gillespie | 4/30/2007 | 5.20 | $400 | $2,080.00 | Analysis |
| | | 139.30 | | $55,720.00 | |
| Jeff Kimble | 4/9/2007 | 8.40 | $375 | $3,150.00 | Data analysis |
| Jeff Kimble | 4/10/2007 | 9.00 | $375 | $3,375.00 | Data analysis |
| Jeff Kimble | 4/11/2007 | 7.20 | $375 | $2,700.00 | Data analysis |
| Jeff Kimble | 4/12/2007 | 7.30 | $375 | $2,737.50 | Data analysis |
| Jeff Kimble | 4/16/2007 | 3.00 | $375 | $1,125.00 | Data analysis |
| Jeff Kimble | 4/18/2007 | 5.70 | $375 | $2,137.50 | Data analysis |
| Jeff Kimble | 4/19/2007 | 11.10 | $375 | $4,162.50 | Data analysis |
| Jeff Kimble | 4/20/2007 | 9.10 | $375 | $3,412.50 | Data analysis |
| Jeff Kimble | 4/23/2007 | 6.40 | $375 | $2,400.00 | Data analysis |
| Jeff Kimble | 4/24/2007 | 9.40 | $375 | $3,525.00 | Data analysis |
| Jeff Kimble | 4/25/2007 | 6.80 | $375 | $2,550.00 | Data analysis |
| Jeff Kimble | 4/26/2007 | 11.80 | $375 | $4,425.00 | Data analysis |
| Jeff Kimble | 4/27/2007 | 8.60 | $375 | $3,225.00 | Data analysis |
| Jeff Kimble | 4/29/2007 | 1.00 | $375 | $375.00 | Data analysis |
| Jeff Kimble | 4/30/2007 | 7.40 | $375 | $2,775.00 | Data analysis |
| | | 112.20 | | $42,075.00 | |
| Steve Lin | 4/17/2007 | 2.00 | $425 | $850.00 | Review filing patterns |
| Steve Lin | 4/19/2007 | 3.50 | $425 | $1,487.50 | Review filing patterns |
| Steve Lin | 4/20/2007 | 6.50 | $425 | $2,762.50 | Review filing patterns |
| Steve Lin | 4/23/2007 | 5.50 | $425 | $2,337.50 | Review filing patterns |
| Steve Lin | 4/24/2007 | 4.50 | $425 | $1,912.50 | Review expert report |
| Steve Lin | 4/24/2007 | 2.00 | $425 | $850.00 | Review expert testimony |
| Steve Lin | 4/25/2007 | 1.50 | $425 | $637.50 | Review filing patterns |
| Steve Lin | 4/26/2007 | 2.00 | $425 | $850.00 | Review filing patterns |
| Steve Lin | 4/30/2007 | 1.00 | $425 | $425.00 | Research |
| | | 28.50 | | $12,112.50 | |
| Adam Luechtefeld | 4/6/2007 | 4.00 | $250 | $1,000.00 | Updating exhibits; checking data |
| Adam Luechtefeld | 4/9/2007 | 7.00 | $250 | $1,750.00 | Checking matching strategy |
| Adam Luechtefeld | 4/11/2007 | 6.50 | $250 | $1,625.00 | Checking matching strategy |
| Adam Luechtefeld | 4/16/2007 | 7.00 | $250 | $1,750.00 | Checking filing pattern |
| Adam Luechtefeld | 4/17/2007 | 6.50 | $250 | $1,625.00 | Checking claim matches |
| Adam Luechtefeld | 4/18/2007 | 5.50 | $250 | $1,375.00 | Checking claim matches |
| Adam Luechtefeld | 4/19/2007 | 7.00 | $250 | $1,750.00 | Checking claim matches |
| Adam Luechtefeld | 4/20/2007 | 9.00 | $250 | $2,250.00 | Checking claim matches |
| Adam Luechtefeld | 4/23/2007 | 6.00 | $250 | $1,500.00 | Checking filing pattern |
| Adam Luechtefeld | 4/24/2007 | 6.50 | $250 | $1,625.00 | Working with exhibits |
| Adam Luechtefeld | 4/25/2007 | 5.50 | $250 | $1,375.00 | Checking matching method |
| Adam Luechtefeld | 4/26/2007 | 10.50 | $250 | $2,625.00 | Checking matching method; working with exhibits |
| Adam Luechtefeld | 4/27/2007 | 7.50 | $250 | $1,875.00 | Working with exhibits |
| Adam Luechtefeld | 4/30/2007 | 10.00 | $250 | $2,500.00 | Working with exhibits |
| | | 98.50 | | $24,625.00 | |

| | | | | | W.R. Grace (Bankruptcy) |
| --- | --- | --- | --- | --- | --- |
| | | | | | Towers Perrin Time Records |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Brent Petzoldt | 4/6/2007 | 3.00 | $100 | $300.00 | Rust data |
| Brent Petzoldt | 4/13/2007 | 7.10 | $100 | $710.00 | Rust data |
| Brent Petzoldt | 4/18/2007 | 2.30 | $100 | $230.00 | Rust data |
| Brent Petzoldt | 4/20/2007 | 7.50 | $100 | $750.00 | Rust data |
| Brent Petzoldt | | 1.60 | $100 | $160.00 | Rust data |
| | | 21.50 | | $2,150.00 | |
| Dave Powell | 4/26/2007 | 2.10 | $675 | $1,417.50 | Peer review |
| Dave Powell | 4/27/2007 | 4.75 | $675 | $3,206.25 | Peer review |
| Dave Powell | 4/30/2007 | 4.75 | $675 | $3,206.25 | Peer review |
| | | 11.60 | | $7,830.00 | |
| Rhamonda Riggins | 4/1/2007 | 6.00 | $260 | $1,560.00 | Rust database |
| Rhamonda Riggins | 4/2/2007 | 7.50 | $260 | $1,950.00 | Rust database |
| Rhamonda Riggins | 4/3/2007 | 7.50 | $260 | $1,950.00 | Rust database |
| Rhamonda Riggins | 4/4/2007 | 7.00 | $260 | $1,820.00 | Rust database |
| Rhamonda Riggins | 4/5/2007 | 7.00 | $260 | $1,820.00 | Rust database |
| Rhamonda Riggins | 4/6/2007 | 2.70 | $260 | $702.00 | Rust database |
| Rhamonda Riggins | 4/10/2007 | 2.50 | $260 | $650.00 | Rust database |
| Rhamonda Riggins | 4/11/2007 | 7.50 | $260 | $1,950.00 | Rust database |
| Rhamonda Riggins | 4/12/2007 | 6.50 | $260 | $1,690.00 | PIQ documents |
| Rhamonda Riggins | 4/16/2007 | 5.30 | $260 | $1,378.00 | Rust documents |
| Rhamonda Riggins | 4/17/2007 | 7.50 | $260 | $1,950.00 | Rust documents |
| Rhamonda Riggins | 4/18/2007 | 1.50 | $260 | $390.00 | Rust database |
| Rhamonda Riggins | 4/19/2007 | 5.00 | $260 | $1,300.00 | Rust database |
| Rhamonda Riggins | 4/20/2007 | 2.50 | $260 | $650.00 | Rust database |
| Rhamonda Riggins | 4/23/2007 | 2.70 | $260 | $702.00 | Rust database |
| Rhamonda Riggins | 4/24/2007 | 6.50 | $260 | $1,690.00 | Rust database |
| Rhamonda Riggins | 4/25/2007 | 7.00 | $260 | $1,820.00 | Rust database |
| Rhamonda Riggins | 4/26/2007 | 3.50 | $260 | $910.00 | SEER data |
| Rhamonda Riggins | 4/27/2007 | 5.50 | $260 | $1,430.00 | Rust database |
| | | 101.20 | | $26,312.00 | |
| Ottie Sherman | 4/30/2007 | 2.00 | $675 | $1,350.00 | Review draft analysis |
| | | 2.00 | | $1,350.00 | |
| Aaron Tresnak | 4/3/2007 | 3.00 | $155 | $465.00 | SEER data |
| Aaron Tresnak | 4/10/2007 | 1.00 | $155 | $155.00 | SEER data |
| Aaron Tresnak | 4/11/2007 | 1.50 | $155 | $232.50 | SEER data |
| | | 5.50 | | $852.50 | |
| Patrick Yu | 4/10/2007 | 2.00 | $215 | $430.00 | Tech review |
| Patrick Yu | 4/13/2007 | 2.20 | $215 | $473.00 | Tech review |
| Patrick Yu | 4/18/2007 | 2.00 | $215 | $430.00 | Tech review |
| | | 6.20 | | $1,333.00 | |
| | | 937.20 | | $337,172.50 | |