# EXHIBIT D
# AIRFARE

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Generated: April 20, 2007 11:43 AM

# Travel Arrangements for JENNIFER L BIGGS

**Record Locator** CHSOVS

**Trip ID** 10755486200

JENNIFER BIGGS/314-719-5843

TOWERS PERRIN

**Agent ID : ZF**

Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 4/20/07 |
| Ticket Number | 7040808790 | Invoice | 0001734 |
| Check Digit | 5 | Electronic | Yes |

**Billing Code** WN820127

### Charges

| | |
|---|---|
| Ticket Base Fare | 532.10 |
| Ticket Tax Fare | 60.70 |
| Total (USD) Ticket Amount | 592.80 |

Airfare charged to American Express

**Total** 592.80

EFFECTIVE JAN, 2006, PER YOUR COMPANY‡S AGREEMENT WITH AMERICAN EXPRESS, AT THE TIME OF TICKETING, YOU HAVE BEEN CHARGED A NONREFUNDABLE 15.00USD FEE FOR EACH BOOKING WHICH INCLUDES AIR OR RAIL

PER TOWERS PERRIN FINANCE DEPARTMENT, THIS FEE SHOULD BE RECORDED IN THE/OTHER/LINE OF YOUR TES WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH THE FEES APPLY

Re: WR Grace

## Travel Details

Monday May 7, 2007

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:25 AM | | |
| Arriving | 10:15 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 10F | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 10 minutes |
| Flight | 1993 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 6:55 PM | | | 

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Generated: June 1, 2007 06:01 PM

# Travel Arrangements for JENNIFER L BIGGS

**Record Locator** CWGFFR

**Trip ID** 10780108327

JENNIFER BIGGS/314-719-5843

TOWERS PERRIN

**Agent ID : ZZ**

Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 6/1/07 |
| Ticket Number | 7050959541 | Invoice | 0003659 |
| Check Digit | 0 | Electronic | Yes |

**Billing Code** WN820127

### Charges

| | |
|---|---|
| Ticket Base Fare | 541.40 |
| Ticket Tax Fare | 61.40 |
| Total (USD) Ticket Amount | 602.80 |

Airfare charged to American Express

| **Total** | 602.80 |
|---|---|

EFFECTIVE JAN, 2006, PER YOUR COMPANY‡S AGREEMENT WITH AMERICAN EXPRESS, AT THE TIME OF TICKETING, YOU HAVE BEEN CHARGED A NONREFUNDABLE 15.00USD FEE FOR EACH BOOKING WHICH INCLUDES AIR OR RAIL

PER TOWERS PERRIN FINANCE DEPARTMENT, THIS FEE SHOULD BE RECORDED IN THE/OTHER/LINE OF YOUR TES WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH THE FEES APPLY

Re: WR Grace

## Travel Details

Tuesday June 5, 2007

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:25 AM | | |
| Arriving | 10:15 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 16F | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 10 minutes |
| Flight | 1993 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 6:55 PM | | |



| | |
|---|---|
| Arriving | 8:05 PM |
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 16F |
| Class | Economy |

## Travel Details

Sunday December 2, 2007

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| CWGFFR | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **

Confirmation Information

**Record Locator (PNR):** FXLCGM

**Airline Confirmation:** American Airlines: FXLCGM

**Deliver To:** Julianne A Callaway
353 Wind Grove Road
Kirkwood, MO 63122
USA

Traveler Information

**Traveler 1: Julianne A Callaway**

**Name:** Julianne A Callaway

**Special Requests:** standard

**Frequent Traveler Program:** AA: 4e769r0

**Flight Details** | Roundtrip

STL to DCA - Non-stop

| | | | |
|---|---|---|---|
| **Mon, May 07** | **7:25 AM - 10:15 AM** | St Louis, MO (STL) to Washington, DC (DCA) | AA Airlines<br>American Airlines<br>Flight 884<br>Seat 24F<br>Class: *Coach* |

DCA to STL - Non-stop

| | | | |
|---|---|---|---|
| **Mon, May 07** | **6:55 PM - 8:05 PM** | Washington, DC (DCA) to St Louis, MO (STL) | AA Airlines<br>American Airlines<br>Flight 1993<br>Seat 16D<br>Class: *Coach* |

Base Airfare: $532.10
Taxes and Fees: $60.70
Flight Total: **$592.80**

Travel Agency Information

**Address:** American Express
15100 NW 67th Ave ste 300
Miami Lakes , FL 33014
USA

**Telephone #:** 1-800-522-4111

**Hours of Operation:** 24 hours a day 7 days a week

Re: W R Grace
Page 1 Amex fee #7 #15 last



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Generated: April 20, 2007 11:49 AM

# Travel Arrangements for JEFFREY D KIMBLE

**Record Locator** LSTLFC
**Trip ID** 11318199736
JEFFREY KIMBLE/314-719-5836
TOWERS PERRIN

**Agent ID : ZC**
Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 4/20/07 |
| Ticket Number | 7040808791 | Invoice | 0001736 |
| Check Digit | 6 | Electronic | Yes |

**Billing Code** WN844411

### Charges

| | |
|---|---|
| Ticket Base Fare | 532.10 |
| Ticket Tax Fare | 60.70 |
| Total (USD) Ticket Amount | 592.80 |

Airfare charged to American Express

| | |
|---|---|
| **Total** | 592.80 |

EFFECTIVE JAN, 2006, PER YOUR COMPANY‡S AGREEMENT WITH AMERICAN EXPRESS, AT THE TIME OF TICKETING, YOU HAVE BEEN CHARGED A NONREFUNDABLE 15.00USD FEE FOR EACH BOOKING WHICH INCLUDES AIR OR RAIL
PER TOWERS PERRIN FINANCE DEPARTMENT, THIS FEE SHOULD BE RECORDED IN THE/OTHER/LINE OF YOUR TES WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH THE FEES APPLY

Re: WR Grace

## Travel Details

Monday May 7, 2007

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:25 AM | | |
| Arriving | 10:15 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 11F | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 10 minutes |
| Flight | 1993 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 6:55 PM | | |  

| | |
|---|---|
| Arriving | 8:05 PM |
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 10F |
| Class | Economy |

## Travel Details

Saturday November 3, 2007

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| LSTLFC | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Generated: June 26, 2007 03:12 PM

# Travel Arrangements for JEFFREY D KIMBLE

**Record Locator** FWYFRB
**Trip ID** 10962347073
JEFFREY KIMBLE/314-719-5836
TOWERS PERRIN

**Agent ID : ZZ**
Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 6/26/07 |
| Ticket Number | 7055118718 | Invoice | 0004757 |
| Check Digit | 1 | Electronic | Yes |

**Billing Code** WN844411

### Charges

| | |
|---|---|
| Ticket Base Fare | 381.40 |
| Ticket Tax Fare | 49.40 |
| Total (USD) Ticket Amount | 430.80 |

Airfare charged to American Express

| **Total** | 430.80 |
|---|---|

EFFECTIVE JAN, 2006, PER YOUR COMPANY‡S AGREEMENT WITH AMERICAN EXPRESS, AT THE TIME OF TICKETING, YOU HAVE BEEN CHARGED A NONREFUNDABLE 15.00USD FEE FOR EACH BOOKING WHICH INCLUDES AIR OR RAIL
PER TOWERS PERRIN FINANCE DEPARTMENT, THIS FEE SHOULD BE RECORDED IN THE/OTHER/LINE OF YOUR TES WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH THE FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

Re: WR Grace

## Travel Details

Thursday July 12, 2007

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 55 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:25 AM | | |
| Arriving | 10:20 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 25F | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |

| | | | |
|---|---|---|---|
| Flight | 1993 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 7:05 PM | | |
| Arriving | 8:10 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 31F |
| Class | Economy |

## Travel Details

Tuesday January 8, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| FWYFRB | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **

**Bryan Gillespie**

Re: WR Grace

**From:** "US Airways " <reservations@email.myusairways.com>
**To:** <bcgillespie@comcast.net>
**Sent:** Friday, April 13, 2007 11:32 AM
**Subject:** US Airways Travel Confirmation

Please add reservations@email.myusairways.com to your personal address book to ensure delivery. Please do not reply to this e-mail.

US AIRWAYS
*Fly with US.*

Travel Confirmation

**Save Airport Time:**
- Web Check-In
- Baggage
- International Travel

**Quick Links:**
- Purchase Tickets
- Car Reservations
- Hotel Reservations
- Travel Protection

**Dividend Miles:**
- Join Now
- My Dividend Miles
- Book Award Travel
- Member Benefits
- All About Preferred
- Earn More Miles
- Buy Miles
- US Airways Credit Cards
- Star Alliance
- US Airways Club
- Upgrades

ZUMANITY
ANOTHER SIDE OF CIRQUE DU SOLEIL
AT NEW YORK-NEW YORK HOTEL & CASINO LAS VEGAS

## Travel Confirmation: A3QW7M

Thank you for flying US Airways. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-428-4322.

Download your reservation to Outlook

| CONFIRMATION | A3QW7M |
|---|---|
| **Date Issued** | 8:33 AM 4/13/07 |
| **Form of Payment** | MasterCard ************1128 |
| **Grand Total** | **$394.80** |

**Travel Protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

### Passenger Information

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
|---|---|---|---|
| BRYANC GILLESPIE | 565D9U6 | 03721330866794 | 10F, 14F |

### Flight Itinerary

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 8:05 PM 17 Apr 2007 | 3583 | Philadelphia, PA Canadair Regional Jet | St. Louis, MO | 9:33 PM 17 Apr 2007 | Meal: None Class: Coach |
| 6:30 PM 20 Apr 2007 | 3316 | St. Louis, MO Embraer 170 | Philadelphia, PA | 9:47 PM 20 Apr 2007 | Meal: None Class: Coach |

Flight operated by Republic Airways doing business as US Airways Express
Flight operated by Air Wisconsin doing business as US Airways Express

| 1 Passenger(s) | |
|---|---|
| Fare | $347.90 |
| Taxes & Fees | $46.90 |
| **Grand Total** | **$394.80** |

**Need luggage or travel accessories for your trip?** Visit the Dividend Miles Shopping Mall and earn up to 10 miles per dollar spent!

**Terms and Conditions**
- Ticket expires one year from date of issue.
- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled by midnight on the date of departure to retain value..
- Any change to this reservation (including flight, dates, or cities) is subject to a $100.00 change fee per





GO Join Dividend Miles | DM# or User Name Log In Remember Me Log-in Help

Travel Planning | Dividend Miles | Specials | Travel Tools & Services | About US

Travel Planning
Flight Reservations
Book A Flight
View Flight Schedules
Group Travel
Manage Reservations
Car Reservations
Hotel Reservations
Vacation Packages
Cruises
Where We Fly
Travel Policies
Before You Book

Need Help?
Help with This Page
Live Help! Chat With an Agent
Email us
Call us 800-428-4322

Hertz
Receive your US Airways discount
Get a Quote
SELECT

Home > Travel Planning > Flight Reservations > **Book A Flight**

# Confirmation

**Confirmation**

Thank you for making your reservation on usairways.com. Your new reservation is now complete and your reservation has been electronically ticketed. No paper tickets will be sent.

View a printer friendly version

**You can also...**
Make Another Reservation
Make a Hotel Reservation
Make a Car Reservation

AVIS
Check out our great rates
CLICK HERE >

| | |
|---|---|
| **Confirmation** | **A3QW7M** |
| **Date Issued** | 4/13/2007 |
| **Form of Payment** | MasterCard ****-****-****-1128 |
| **Amount** | $394.80 |

- Make Another Reservation
- Make a Hotel Reservation
- Make a Car Reservation
- View Online Reservations
- Email Reservation
- Download Reservation to Outlook

**Click here to claim your 500 Dividend Miles for making your reservation today!** Continue

By clicking above, you can claim your reward from Reservation Rewards

**Passenger Information** change

| Party of (1) | Dividend Miles # | Ticket # | Seats change |
|---|---|---|---|
| BRYANC GILLESPIE | 565D9U6 | 03721330866794 | 10F, 14F |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

**Contact Information** change

| Contact Name | Day Phone | Destination Phone |
|---|---|---|
| BRYANC GILLESPIE | (215) 641-9789 | |

**Itinerary and Fare Information**

| Depart | Arrive | Flight # and Details | | |
|---|---|---|---|---|
| **8:05 PM 17 Apr 2007** Philadelphia, PA | **9:33 PM 17 Apr 2007** St. Louis, MO | **Flight:** 3583 **Class:** Coach | Canadair Regional Jet **On-Time:** N/A | **Meal:** None **Travel Time:** 2 h 28 m |
| **Return** | **Arrive** | **Flight # and Details** | | |
| **6:30 PM 20 Apr 2007** St. Louis, MO | **9:47 PM 20 Apr 2007** Philadelphia, PA | **Flight:** 3316 **Class:** Coach | Embraer 170 **On-Time:** N/A | **Meal:** None **Travel Time:** 2 h 17 m |

Flight operated by Air Wisconsin doing business as US Airways Express
Flight operated by Republic Airways doing business as US Airways Express

| **Summary (1 Passenger)** | |
|---|---|
| Base Fare | $374.00 |
| Taxes and Fees | $20.80 |
| **Grand Total** Hide Details | **$394.80** |

| Passenger Type | | Adult |
|---|---|---|
| Base Fare | | |
| PHL to STL - Fare Basis SA0N1W | | $176.74 |
| STL to PHL - Fare Basis SA7N1W | | $171.16 |
| Adjusted Base Fare | | $347.90 |
| Tax: US Domestic Percentage | | $26.10 |
| **Fare** | | **$374.00** |
| Tax: US Domestic Segment | | $6.80 |
| Fee: US Passenger Facility Charge | | $9.00 |
| September 11 Security Fee | | $5.00 |
| **Total Per Passenger** | | **$394.80** |
| Number of Passengers | | 1 |
| **Total by Passenger Type** | | **$394.80** |
| **Estimated Frequent Flyer miles earned for this itinerary, per member** | View Details | **2122** |

### Terms and Conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled by midnight on the date of departure to retain value.
- Any change to this reservation (including flight, dates, or cities) is subject to a $100.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Air Wisconsin Airlines will operate one or more flights in this itinerary.
- Republic Airlines will operate one or more flights in this itinerary.
- Due to smaller-sized overhead compartments on our Express aircraft, carry-on bag size is limited to the following dimensions for these flights: 15"x9"x11".
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.

## Changes in Check-in Procedures

The Transportation Security Administration (TSA) is moving secondary passenger searches from the gate to the security checkpoints. This means customers will need to have a boarding pass to get through security checkpoints. E-ticket receipts, paper tickets and itineraries will no longer provide access through the security checkpoints.

## Travel Tips

Effective January 23, 2007, all U.S. citizens (including infants and children) will need a valid passport to travel to and from Bermuda, Canada, Mexico, Central and South America, and the Caribbean (excluding Puerto Rico and the U.S. Virgin Islands). If any portion of your trip will take place after January 22, 2007, you will need a valid passport to re-enter the U.S. This policy also applies to foreign nationals of Canada, Bermuda and Mexico. Plan ahead and start the process to get your passport today.

### International Travel

Required documents and helpful information on International Travel.

### Carry-on Update

Get the latest carry-on updates.

### Prepare for Checkpoint Inspection

All passengers are required to show their boarding pass at the security checkpoint. View Checkpoint Protocols.

### Arrive Early

Allow extra time for unexpected delays, parking, security and check-in. View our recommended Airport Check-In Times.

Get tips on traveling with infants and children, child safety or having a healthy flight.

PHILADELPHIA
INTERNATIONAL AIRPORT
Card Account # : XXXXXXXXXXXX1128
Card Expiration Date : 10/11
Card Type : MASTER CARD
Authorization Code : 696428
Bank Sequence Number : 00000378

Entrance: 19:52 04/22/07 Lane # 14
Exit : 00:13 04/28/07 Lane # 77
Length of stay: 5 d. 04 h. 21 mn.
License Plate : PA EDP8601
Cashier: 247 Shift: 0083 SEQ# 2440

Transaction Amount: $ 102.00

GILLESPIE/BRYANC

UA 470 APR 27
FROM CHICAGO/OHARE
TO PHILADELPHIA

GATE B4
DEPARTS AT 8:55 PM

GIVE FEEDBACK - WWW.UALSURVEY.COM

SEAT 11E

/-CABIN SSSS
001 7041927350 CPN 2

AmericanAirlines BOARDING PASS

PASSENGER NAME
GILLESPIE/BRYAN C
FROM:
ST LOUIS
TO:
CHICAGO ORD

FREQUENT FLYER #

RECORD LOCATOR
HKHCCH

| FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|
| AA1155 | M | 27APR | 625P |

| | GATE | BOARDING TIME | SEAT |
|---|---|---|---|
| GROUP 3 | C24 | 555P | 22E |

ELECTRONIC 0017041927350

SSL-1 CPN 1109928

AmericanAirlines
BOARDING PASS
GILLESPIE/BRYAN C
FROM:
ST LOUIS
TO:
CHICAGO ORD

FLIGHT AA1155 SEAT 22E
GROUP 3

| DATE | CLASS | DEPARTS |
|---|---|---|
| 27APR | M | 625P |

To: Kathy Dorgers
From: Bryan Gillespie
Re: WR Grace
8/28/07



CUSTOMER COPY

U·S AIRWAYS

GILLESPIE/BRYANC

US FLIGHT: 3316 20APR

ST LOUIS

PHILADELPHIA

ZONE 2

usairways.com web check-in

E-TICKET

SEAT: 14F WINDOW

A3QW7M/US SEQ 11

U·S AIRWAYS

GILLESPIE/BRYANC

Conf: A3QW7M/US ZONE 2
FF#: 565D9U6

ST LOUIS
PHILADELPHIA

| Flight | Departs | Date |
|---|---|---|
| 3316 | 630P | 20APR |

| BOARDING TIME | SEAT |
|---|---|
| 600P | 14F WINDOW |

If you will be checking bags, please proceed to either the Skycap or airport kiosk. Baggage must be checked at least 45 minutes prior to departure.

If you are not checking bags, proceed directly to the security checkpoint with your printed boarding pass. Reservations are subject to cancellation if you are not checked-in and at the departure gate at least 15 minutes prior to departure. Please check flight monitors at the airport, as gate assignments and departure times may change.

Customers should allow for extra time at the airport due to heighte

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Generated: April 27, 2007 04:52 PM

# Travel Arrangements for BRYAN C GILLESPIE

**Record Locator** HKHCCH
**Trip ID** 11062326465
BRYAN GILLESPIE
TOWERS PERRIN
1316 CROSBY RD
FORT WASHINGTON PA 19034

**Agent ID : 49**
7535 Windsor Dr. - Suite 104A - Allentown, PA 18195
Phone: (800) 522-4111 / Fax: (610) 706-3070

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 4/27/07 |
| Ticket Number | 7041927350 | Invoice | 0058896 |
| Check Digit | 0 | Electronic | Yes |

**Billing Code** WN857717

**Charges**

| | |
|---|---|
| Ticket Base Fare | 310.70 |
| Ticket Tax Fare | 44.10 |
| Total (USD) Ticket Amount | 354.80 |

Airfare charged to Visa

| | |
|---|---|
| **Total** | 354.80 |

PER YOUR COMPANYS AGREEMENT WITH AMEX AT THE TIME TKTG YOU HAVE BEEN CHGD A NONREF 45.00 FEE PER ITIN THAT INCL AIR/RAIL TICKETS..PER THE YOUR FINANCE DEPT THIS FEE SHOULD BE RECORDED IN THE OTHER LINE OF YOUR TES WITH A BRIEF DESCRIPTION

Re: WR Grace

## Travel Details

Friday April 27, 2007

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 15 minutes |
| Flight | 1155 | Distance | 258 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Chicago O'Hare, IL | Plane | Md-80 |
| Departing | 6:25 PM | | |
| Arriving | 7:40 PM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL 3 | | |
| Seat | Confirmed | | |
| Class | Economy | | |

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 2 hours 1 minute |
| Flight | 470 | Distance | 678 Miles |
| Origin | Chicago O'Hare, IL | Meal Service | No Meal Service |
| Destination | Philadelphia, PA | Plane | Boeing 737-500 |
| Departing | 8:55 PM | | |
| Arriving | 11:56 PM | | |

... EXPERIENCE MATTERS



| | |
|---|---|
| Departure Terminal | TERMINAL 1 |
| Arrival Terminal | TERMINAL D |
| Seat | Confirmed |
| Class | Economy |

**Airline Record Locators**

| Airline Reference | Carrier |
|---|---|
| HKHCCH | AMERICAN AIRLINES |
| QPX6SM | UNITED AIRLINES |

**Additional Messages**

******************************************************
FOR ALL CTO RESERVATIONS INCL CTO CHANGES CALL
800-522-4111 PRESS OPTION 0
FOR ALL OTHER RESERVATION TYPES INCL THOSE BOOKED
BY THE ALLENTOWN OFFICE PLEASE CALL
800-522-4111 PRESS OPTION 1
INTERNATIONAL EMERGENCY TRAVEL CAN CALL COLLECT
313-317-3657 ACCESS CODE S-WN8A
OR TOLL FREE AT 888-228-6757
***************************************************
TO ACCESS INVOICE/ITINS 24/7 UP TO 90 DAYS AFTER
THE LAST ACTIVE SEGMENT THE WEBSITE IS
WWW.AEAIRWEB.COM
PASSWORD RESETS EMAIL TO MTP.PASSWORD¤AEXP.COM



GO Join Dividend Miles | DM# or User Name Log In Remember Me Log-in Help

US AIRWAYS
Fly with US.

US AIRWAYS DIVIDEND MILES PREFERRED Unlimited First Class Upgrades Learn More ›

Travel Planning | Dividend Miles | Specials | Travel Tools & Services | About US

Travel Planning
Flight Reservations
Book A Flight
View Flight Schedules
Group Travel
Manage Reservations
Car Reservations
Hotel Reservations
Vacation Packages
Cruises
Where We Fly
Travel Policies
Before You Book

Need Help?
Help with This Page
Live Help! Chat With an Agent
Email us
Call us 800-428-4322

Up to 25,000 Bonus Miles
US AIRWAYS DIVIDEND MILES

Home > Travel Planning > Flight Reservations > **Book A Flight**

Re: WR Grace

# Confirmation

Confirmation

Thank you for making your reservation on usairways.com. Your new reservation is now complete and your reservation has been electronically ticketed. No paper tickets will be sent.

View a printer friendly version

**You can also...**

Make Another Reservation
Make a Hotel Reservation
Make a Car Reservation

AVIS
Check out our great rates
CLICK HERE >

| | |
|---|---|
| **Confirmation** | **EMYEBT** |
| **Date Issued** | 4/21/2007 |
| **Form of Payment** | MasterCard ****-****-****-1128 |
| **Amount** | $447.80 |

- Make Another Reservation
- Make a Hotel Reservation
- Make a Car Reservation
- View Online Reservations
- Email Reservation
- Download Reservation to Outlook

**Click here to claim your 500 Dividend Miles for making your reservation today!** Continue

By clicking above, you can claim your reward from Reservation Rewards

**Passenger Information** change

11A

| **Party of (1)** | **Dividend Miles #** | **Ticket #** | **Seats** change |
|---|---|---|---|
| BRYANC GILLESPIE | 565D9U6 | 03721336955560 | **, 16F |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

**Contact Information** change

| **Contact Name** | **Day Phone** | **Destination Phone** |
|---|---|---|
| BRYANC GILLESPIE | (215) 641-9789 | (215) 641-9789 |

**Itinerary and Fare Information**

| Depart | Arrive | | Flight # and Details | |
|---|---|---|---|---|
| **9:50 PM 22 Apr 2007** Philadelphia, PA | **11:17 PM 22 Apr 2007** St. Louis, MO | **Flight:** 3583 **Class:** Coach | Canadair Regional Jet **On-Time:** N/A | **Meal:** None **Travel Time:** 2 h 27 m |
| **Return** | **Arrive** | | **Flight # and Details** | |
| **6:30 PM 27 Apr 2007** St. Louis, MO | **9:47 PM 27 Apr 2007** Philadelphia, PA | **Flight:** 3316 **Class:** Coach | Embraer 170 **On-Time:** N/A | **Meal:** None **Travel Time:** 2 h 17 m |

Flight operated by Air Wisconsin doing business as US Airways Express
Flight operated by Republic Airways doing business as US Airways Express

| | **Summary (1 Passenger)** | |
|---|---|---|
| | Base Fare | $427.00 |
| | Taxes and Fees | $20.80 |
| **Grand Total** | Hide Details | **$447.80** |

https://www.usairways.com/awa/booking/confirmation.aspx 4/21/2007





| Passenger Type | Adult |
|---|---|
| Base Fare | |
| PHL to STL - Fare Basis LA0R1W | $220.47 |
| STL to PHL - Fare Basis SA0N1W | $176.74 |
| Adjusted Base Fare | $397.21 |
| Tax: US Domestic Percentage | $29.79 |
| **Fare** | **$427.00** |
| Tax: US Domestic Segment | $6.80 |
| Fee: US Passenger Facility Charge | $9.00 |
| September 11 Security Fee | $5.00 |
| **Total Per Passenger** | **$447.80** |
| Number of Passengers | 1 |
| **Total by Passenger Type** | **$447.80** |

| **Estimated Frequent Flyer miles earned for this itinerary, per member** | View Details | **2122** |
|---|---|---|

### Terms and Conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled by midnight on the date of departure to retain value.
- Any change to this reservation (including flight, dates, or cities) is subject to a $100.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Air Wisconsin Airlines will operate one or more flights in this itinerary.
- Republic Airlines will operate one or more flights in this itinerary.
- Due to smaller-sized overhead compartments on our Express aircraft, carry-on bag size is limited to the following dimensions for these flights: 15"x9"x11".
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.

## Changes in Check-in Procedures

The Transportation Security Administration (TSA) is moving secondary passenger searches from the gate to the security checkpoints. This means customers will need to have a boarding pass to get through security checkpoints. E-ticket receipts, paper tickets and itineraries will no longer provide access through the security checkpoints.

## Travel Tips

Effective January 23, 2007, all U.S. citizens (including infants and children) will need a valid passport to travel to and from Bermuda, Canada, Mexico, Central and South America, and the Caribbean (excluding Puerto Rico and the U.S. Virgin Islands). If any portion of your trip will take place after January 22, 2007, you will need a valid passport to re-enter the U.S. This policy also applies to foreign nationals of Canada, Bermuda and Mexico. Plan ahead and start the process to get your passport today.

### International Travel

Required documents and helpful information on International Travel.

### Carry-on Update

Get the latest carry-on updates.

### Prepare for Checkpoint Inspection

All passengers are required to show their boarding pass at the security checkpoint. View Checkpoint Protocols.

### Arrive Early

Allow extra time for unexpected delays, parking, security and check-in. View our recommended Airport Check-In Times.

Get tips on traveling with infants and children, child safety or having a healthy flight.

- all for Bryan Gillespie -

CUSTOMER COPY

U·S AIRWAYS

EXIT SEAT

GILLESPIE/BRYANC

US FLIGHT: 3583 22APR

E-TICKET

SEAT: 1A WINDOW

PHILADELPHIA

ST LOUIS

EMYEBT/US SEQ 10

ZONE 1

usairways.com web check-in

U·S AIRWAYS

GILLESPIE/BRYANC

Conf: EMYEBT/US ZONE 1
FF#: 565D9U6

PHILADELPHIA
ST LOUIS

| Flight | Departs | Date |
|---|---|---|
| 3583 | 950P | 22APR |

| BOARDING TIME | SEAT | |
|---|---|---|
| 920P | 1A | WINDOW |

If you will be checking bags, please proceed to either the Skycap or airport kiosk. Baggage must be checked at least 45 minutes prior to departure.

If you are not checking bags, proceed directly to the security checkpoint with your printed boarding pass. Reservations are subject to cancellation if you are not checked-in and at the departure gate at least 15 minutes prior to departure. Please check flight monitors at the airport, as gate assignments and departure times may change.

Customers should allow for extra time at the airport due to heightened se[illegible]s.

Fi