# EXHIBIT E
# <u>HOTEL</u>



# CROWNE PLAZA
## HOTELS & RESORTS

| | |
|---|---|
| Steven Lin<br>340 Hermann St<br>San Francisco CA 94117<br>US | A/R Number<br>Group Code<br>Folio/Invoice No.        /<br>Reference # |

| | | | | |
|---|---|---|---|---|
| Room No. | 0380 | Page No. | 1 of 1 | |
| Arrival | 04-18-07 | Cashier No. | 104 | |
| Departure | 04-20-07 | User ID | MIKE | |

www.crowneplaza.com

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-18-07 | *Room Charge | 119.00 | |
| 04-18-07 | Sales Tax | 8.72 | |
| 04-18-07 | Occupancy Tax | 8.63 | |
| 04-19-07 | *Room Charge | 119.00 | |
| 04-19-07 | Sales Tax | 8.72 | |
| 04-19-07 | Occupancy Tax | 8.63 | |

Thank you for staying at the Crowne Plaza St. Louis - Clayton. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

Total        272.70        0.00

Balance     272.70

**Guest Signature:** _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Re: WR Grace

CROWNE PLAZA ST. LOUIS - CLAYTON
7750 CARONDELET
SAINT LOUIS, MO 63105
PHONE: 314-726-5400  FAX: 314-719-1126
Owned and Operated by Bemiston Carondelet Corp.



# Sheraton
## Clayton Plaza
### HOTEL
### ST. LOUIS

7730 BONHOMME AVENUE, CLAYTON, MO 63105    TEL (314) 863-0400    FAX (314) 863-8513    SHERATON.COM/CLAYTON

Re: WR fraud

| GUEST | | | | |
|---|---|---|---|---|
| Bryan Gillespie | ROOM | 1411 | TRAVEL AGENT CHARGE TO | Amer Express Tvl Related |
| Towers Perrin/gp | RATE | 145.00 | | Suite 150 |
| | NO. PERS. | 1 | | 200 North Warner Street |
| | FOLIO | 443955   A | | King Prussia, PA 19406 |
| | PAGE | 1 | | |
| | ARRIVE | 17-APR-07  22:13 | | |
| | DEPART | 20-APR-07 | | |
| | PAYMENT | MC | | |

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 17-APR-07 | RT1411 | Room Charge Transient Rack | 145.00 |
| 17-APR-07 | RT1411 | Sales Tax | 10.62 |
| 17-APR-07 | RT1411 | Occupancy Tax | 10.51 |
| 18-APR-07 | RT1411 | Room Charge Transient Rack | 145.00 |
| 18-APR-07 | RT1411 | Sales Tax | 10.62 |
| 18-APR-07 | RT1411 | Occupancy Tax | 10.51 |
| 19-APR-07 | RT1411 | Room Charge Transient Rack | 145.00 |
| 19-APR-07 | RT1411 | Sales Tax | 10.62 |
| 19-APR-07 | RT1411 | Occupancy Tax | 10.51 |
| 20-APR-07 | MC | Mastercard | 498.39- |

```
***For Authorization Purposes Only***
xxxx31128
Auth Date     Code       Authorized
17-APR-07    268474         630.00
```

```
                           Total Charges      498.39
                           Total Credits      498.39-
                           Balance Due          0.00
```

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Misc. | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 17-APR-07 | 166.13 | 0.00 | 0.00 | 0.00 | 0.00 | 166.13 | 0.00 |
| 18-APR-07 | 166.13 | 0.00 | 0.00 | 0.00 | 0.00 | 166.13 | 0.00 |
| 19-APR-07 | 166.13 | 0.00 | 0.00 | 0.00 | 0.00 | 166.13 | 0.00 |
| 20-APR-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 498.39- |
| Total | 498.39 | 0.00 | 0.00 | 0.00 | 0.00 | 498.39 | 498.39- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

---

As a Starwood Preferred Guest, you could have earned 933 Starpoints for this visit. Please provide your member number or enroll today.

| Bryan Gillespie | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  443955 | 17-APR-07 | 1411 | | |

MEMBER OF STARWOOD PREFERRED GUEST



# CROWNE PLAZA
## HOTELS & RESORTS

**Bryan Gillespie**

| | |
|---|---|
| A/R Number | |
| Group Code | |
| Folio/Invoice No. | 64851 / |
| Reference # | |

| | | | | |
|---|---|---|---|---|
| Room No. | **0804** | Page No. | 1 of 2 | |
| Arrival | 04-22-07 | Cashier No. | 116 | |
| Departure | 04-27-07 | User ID | SHANA | |

www.crowneplaza.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-22-07 | *Room Charge | | 119.00 | |
| 04-22-07 | Sales Tax | | 8.72 | |
| 04-22-07 | Occupancy Tax | | 8.63 | |
| 04-23-07 | *Room Charge | | 119.00 | |
| 04-23-07 | Sales Tax | | 8.72 | |
| 04-23-07 | Occupancy Tax | | 8.63 | |
| 04-24-07 | *Room Charge | | 119.00 | |
| 04-24-07 | Sales Tax | | 8.72 | |
| 04-24-07 | Occupancy Tax | | 8.63 | |
| 04-25-07 | *Room Charge | | 119.00 | |
| 04-25-07 | Sales Tax | | 8.72 | |
| 04-25-07 | Occupancy Tax | | 8.63 | |
| 04-26-07 | *Room Charge | | 119.00 | |
| 04-26-07 | Sales Tax | | 8.72 | |
| 04-26-07 | Occupancy Tax | | 8.63 | |
| 04-27-07 | MasterCard | XXXXXXXXXXXX1128 | | 681.75 |

CROWNE PLAZA ST. LOUIS - CLAYTON
7750 CARONDELET
SAINT LOUIS, MO 63105
PHONE: 314-726-5400  FAX: 314-719-1126
Owned and Operated by Bemiston Carondelet Corp.