# EXHIBIT F
# <u>MEALS</u>

```
        135 W. PATRICK ST.
       FREDERICK, MD 21701

            BATCH: 360
         S-A-L-E-S  D-R-A-F-T
             71600892
            992500078288

              SERVER: 11
REF:     0037
CD TYPE: AMEX
TR TYPE: PURCHASE
INV:     1238
DATE:    MAY 07, 07  19:22:57

AMOUNT              $41.93

TIP                 -------

TOTAL                48.00
                    -------
ACCT:          5002    EXP: **/**
AP: 560826
NAME: JL BIGGS


CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
  AND/OR SERVICES IN THE AMOUNT OF THE
 TOTAL SHOWN HEREON AND AGREES TO PERFORM
    THE OBLIGATIONS SET FORTH BY THE
  CARDMEMBER'S AGREEMENT WITH THE ISSUER
```

Kimble    Callaway
Biggs     Stallard

         CUSTOMER COPY

```
     T G I   F R I D A Y ' S
  Ronald Reagan National Airport
          Store #0792
          703-417-1900
Date:        Jun05'07 06:14PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXXX5002
Exp Date:    XX/XX
Auth Code:   560882
 eck:        2352
 le:         200/1
 ver:        11 TRENISE
             JL BIGGS

 total:            1 1 . 2

                $   2.00


L               $  13.21


                       ** GUEST COPY
```

```
           Cibo Express
           Gourmet Market
           Reagan Airport
         Washington, DC 20001

133 Shewaye
-------------------------------------
Check: 3128                   Guests:
         06/05/2007 06:30PM
-------------------------------------
         Market Central
Poland Spring Lg              1.99
CASH                          2.17

N/A Beverage                  1.99
SUBTOTAL                      1.99
TAX                           0.18
PAYMENT                       2.17
hange Due                   $0.00

---------- Check Closed ----------
         06/05/2007 06:30:40PM

           Thank You
     For visiting the DCA Market
```

13.21
+ 2.17
———
15.38

Dinner
Re: WR Grace

-all Jennie Biggs-

WASABI SUSHI BAR

0113a   Table 100   #Party 1
JINHEE C    SvrCk: 28   8:43p 04/19/07

1 WASABI BENTO-B, fried rice      17.25
1 SQUID SALAD                      4.00

                    Sub Total:   21.25
                          Tax:    1.56
04/19 8:44pTOTAL:             22.81 ✓

THANK YOU

*Re: WR Grace*
*for Steve Lin*

```
PANERA BREAD #606
   10 SOUTH CENTRAL
(314)-725-9666 FAX(314)-721-2330

12 BRIAN        SU 06
--------------------------------
ORDR 631        APR19'07 01:02PM
--------------------------------
       *T O  G O*
 1 SAL CAES CHX        6.39
    WH GRAIN BAG
    BRYAN
 1 !THANKS!
   CASH                20.00

   SUBTOTAL             6.39
   TAX                  0.47
   P A I D              6.86
   CHANGE DUE          13.14

TELL US HOW WE ARE DOING.
AND YOU MAY WIN $2000
GO TO WWW.PANERASURVEY.COM
OR CALL 1-877-467-8436
WITHIN 48 HRS / MONTHLY DRAWING
RULES AT WWW.PANERASURVEY.COM
--------------------------------
YOUR ORDER NUMBER IS # 6 3 1
```

```
           HMSHOST
         JODY MARONI'S
LAMBERT ST LOUIS INT'L AIRPORT

5307 LaTarra
--------------------------------
 6 0 1 6   APR20'07  5:38PM
--------------------------------
 1 BRATWURST            5.19
     WTH ONION/PEPPER
 1 SODA FTN 21          1.99

   SUBTOTAL             7.18
   TAX                  0.44
   AMOUNT PAID       7.62
   CASH                20.00
   CHANGE DUE          12.38

         THANK YOU
   HMS_HOST IS COMMITTED TO
 EXCELLENCE WITH GUEST SERVICE
  IF YOU HAVE ANY COMMENTS OR
    FEEDBACK, PLEASE CONTACT
  GENERAL MANAGER STEVE DAY @
      314-429-3400 EXT 105
--------------------------------
Your order number is: 6 0 1 6
```

```
              Customer Copy
J.Bucks Clayton

J.Buck's
101 S. Hanley
314-725-4700

Wed 4/18/07 8:23:46 PM
Check 238 Table 46
Trisha M.

Cardholder acknowledges receipt of goods
and/or services in the amount of the
TOTAL shown hereon and agrees to perform
the obligations set forth in the
Cardholder agreement with the Issuer

MasterCard
XXXXXXXXXXXX1128
Approval 437533

BASE                        $32.98

TIP                          6.50

TOTAL                        39.48

              Customer Copy
```

— all Bryan Gillespie —
— all we have

```
            SALE RECEIPT
   Store #14239   tko  04/27/07 11:52:46
Clayton
7744 FORSYTH BLVD.
CLAYTON                     MO 63105
314-721-2400
   Trans# 57 Clerk 19  Dwr 1 TRDT 042707
   Receipt # 0000355885 Reg-ID REG-MAIN
--- ITEM --- QTY       PRICE MEMO  PLU
CHICKEN    6r  1  T $   3.89        135
                      --------
          SUBTOTAL $    3.89
          Sales Tx $    0.28
                      --------
TAKE-OUT **TOTAL $     (4.17)
Cash    AMT TEND $      4.17
                      --------
         CHANGE DUE$    0.00

Thank you for making Subway
the World's Best Sandwich!
```

```
           PANERA BREAD #606
           10 SOUTH CENTRAL
  (314)-725-9666 FAX(314)-721-2330

  25 LESLIE          SU 02
  ------------------------------------
  ORDR 225         (APR27'07) 07:48AM
  ------------------------------------
            * T O   G O *
   1 MILK                       1.49
   1 MUFFIN BLU BERRY           1.39
     CASH                       ?.00

     SUBTOTAL                   2.88
     TAX                        0.12
     P A I D                    3.00
     CHANGE DUE                17.00

  TELL US HOW WE ARE DOING.
  AND YOU MAY WIN $2000
  GO TO WWW.PANERASURVEY.COM
  OR CALL 1-877-467-8436
  WITHIN 48 HRS / MONTHLY DRAWING
  RULES AT WWW.PANERASURVEY.COM
  ------------------------------------
  YOUR ORDER NUMBER IS # 225
```

*(handwritten):* Fv Br

*(handwritten, right margin):*
— all Re: WR share —
— all for Bryan Kellepio
1
1

```
* * * * * RECEIPT IS REPRINTED * * * * *
     (04/25/07)    13:54:27

            SALE RECEIPT
   Store #14239   tko  04/25/07 13:54:04
Clayton
7744 FORSYTH BLVD.
CLAYTON                     MO 63105
314-721-2400
   Trans# 140 Clerk 10  Dwr 1 TRDT 042507
   Receipt # 0000355512 Reg-ID REG-MAIN
--- ITEM --- QTY       PRICE MEMO  PLU
* * * * * RECEIPT IS REPRINTED * * * * *

TUNA       6r  1  T $   3.59        117
                      --------
          SUBTOTAL $    3.59
          Sales Tx $    0.26
                      --------
TAKE-OUT **TOTAL $     (3.85)
Cash    AMT TEND $     20.00
                      --------
         CHANGE DUE$   16.15

Thank you for making Subway
the World's Best Sandwich!
* * * * * RECEIPT IS REPRINTED * * * * *
```

```
               TRANSACTION RECORD

                  Candicci's


  CARD TYPE:MASTER CARD
  Nu.:************1128
  ENTRY:SWIPED
  AUTHORIZATION:115500
  STORE #:1910
  TERMINAL:2
  REFERENCE:109642

  PURCHASE           $28.48

  TIP                 4.75

  TOTAL              33.23

                   THANK YOU
           (APRIL 25, 2007) 21:45:24
           Server's name : ERIC

                CUSTOMER COPY
```

```
                    THE FATTED CALF
                     12 S. BEMISTON
                    CLAYTON, MO. 63105
                       314-726-1141

                    REG  04-26-2007 12:05
                    C01     MCH01    261906

                    1 CALF       T1      $4.99
                    1 SW/AM      T1      $0.65
                    1 LT         T1      $0.65
                     TA1                 $6.29
                     TX1                 $0.46
                     TL                 ($6.75)
                     CASH              $10.00
                     CG                  $3.25
```

7/+ L

```
                          JOHN P FIELDS
                          26 N CENTRAL
                         CLAYTON, MO 63105

              TERMINAL I.D.:              18996701
              MERCHANT #:            023100041769001
              MASTERCARD                    SRV: 6
              ************1128
              SALE
              BATCH: 000139    REFERENCE: 000026
              DATE: APR 24, 07      TIME: 19:52
              RRH: 00000000      AUTH NO: 062442

              BASE                          $21.86
              TIP                            4.00
              TOTAL                         25.86

              BRYAN C GILLESPIE  [signature]
                       CUSTOMER COPY
```

```
                 4     0.99  TX T
                 7     4.99  TX 1
                       5.98  ST
  Brckfast       0.44  TX 1
                       7.00  CA
                       0.58  CA
              07-17 012
              (04·23·07)
```

6.42
+1.05 TX
-----
7.47

— all w.) — all for Bryan Gillespie —

```
0183
Server: BLAKE H (#915)           Rec:103
04/23/07 22:04, Swiped   T: 24 Term: 4

C.J. MUGGS
200 S CENTRAL
CLAYTON MO 63105
(314)727-1908
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX1126
00 TRANSACTION APPROVED
AUTHORIZATION #: 363473
Batch_#:_760_Sequence_#:_88
Reference: 0423010000183
TRANS TYPE: Credit Card SALE

CHECK.                    18.30

TIP:                       3.50

TOTAL:                    21.80


x  Bryan C. Gillespie

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> Customer Copy
```

```
         PANERA BREAD #606
          10 SOUTH CENTRAL
    (314)-725-9666 FAX(314)-721-2330

    24 SHANNON       SU 06
    ------------------------------
    ORDR 633         APR24'07 12:31PM
    ------------------------------
            * T O   G O *
     1 SAN CHX CAES           6.19
        APPLE
        BRYN
     1 !THANKS!
        CASH                 20.00

        SUBTOTAL              6.19
        TAX                   0.45
        PAID                  6.64
        CHANGE DUE           13.36

    TELL US HOW WE ARE DOING.
    AND YOU MAY WIN $2000
    GO TO WWW.PANERASURVEY.COM
    OR CALL 1-877-467-8436
    WITHIN 48 HRS / MONTHLY DRAWING
    RULES AT WWW.PANERASURVEY.COM
    ------------------------------
    YOUR ORDER NUMBER IS # 633
```

```
* * * * * RECEIPT IS REPRINTED * * * * *
          04/23/07   13:25:20

              SALE RECEIPT
    Store #14239    tko 04/23/07 13:24:21
Clayton
7744 FORSYTH BLVD.
CLAYTON                      MO 63105
314-721-2400
  Trans# 110 Clerk 10  Dwr 1 TRDT 042307
  Receipt # 0000354981 Reg-ID REG-MAIN
--- ITEM --- QTY         PRICE MEMO  PLU
* * * * * RECEIPT IS REPRINTED * * * * *

TUNA       6r  1  T $    3.59         117
                        --------
         SUBTOTAL  $     3.59
         Sales Tx $      0.26
                        --------
TAKE-OUT **TOTAL  $      3.85
Cash     AMT TEND $     10.00
                        --------
         CHANGE DUE$     6.15

Thank you for making Subway
the World's Best Sandwich!
* * * * * RECEIPT IS REPRINTED * * * * *
```

Jet Rock Bar and Grill
Philly Airport
Central Terminal
CHECK:      4104
TABLE:      2/1
SERVER:     103 Rachel
DATE:       APR/ /07  6:51PM
CARD TYPE:  Master Card
ACCT #:     XXXXXXXXXXXX1128
EXP DATE:   XX/XX
AUTH CODE:  084369
RESEARCH:   710722254294
            BRYAN C GILLESPIE

TOTAL:              17.75

Tip                  3.25

Total               21.00

X _Bryan C. Gillespie_
       SIGNATURE
       THANK YOU
   SIGNED COPY - MERCHANT
   SECOND COPY - CUSTOMER

0222
Server: KARL S (#309)            Rec:141
04/19/07 22:49, Swiped   T:  9 Term:  5

C.J. MUGGS
200 S CENTRAL
CLAYTON MO 63105
(314)727-1908
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
MASTER CARD       XXXXXXXXXXXX1128
Name: BRYAN C GILLESPIE
00 TRANSACTION APPROVED
AUTHORIZATION #: 544345
Batch_#:_751_Sequence_#:_122
Reference: 0419010000222
TRANS TYPE: Credit Card SALE

CHECK:              18.19
TIP:                 3.75
TOTAL:              21.94

_all Bryan Gillespie -_
_all for WR Grace -_