# EXHIBIT G
# <u>PARKING</u>

```
AMTRAK 30TH ST
PHILA PA


Rcpt#  6321
05/07/07 20:11    L.# 7 A# 1    Txn# 10124
05/07/07 07:02 In    05/07/07 20:11 Out
Tkt# 687624
Amtrak           $   22.00
Total Fee        $   22.00
Alt Paymt  2  $   22.00-
XXXXXXXXXXXX1128
Approval No.:794225
Reference No.:6133
Change Due     $    0.00
THANK YOU FOR PARKING
WITH CENTRAL PARKING
LOCATION 54
```

— all Re: WR Grace —
— all for Bryan Gillespie —

```
SUPER PARK MAIN TERMINAL
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.


Rcpt# 51579
05/07/07 20:40   L# 3 A#104   Txn#108404
05/07/07 06:41 In   05/07/07 20:40 Out
SHORT TERM      $ 18.00
Total Fee       $ 18.00
AMERICAN EXP    $ 18.00-
XXXXXXXXXXX3000
Approval No.:507704
Reference No.:159
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 890-2800
```

Re: WR Grace
For Jeff Kimble

```
                    PHILADELPHIA
                 INTERNATIONAL AIRPORT
                   PARKING RECEIPT
                   *** Thank you ***
Entrance: 18:05 04/17/07  Lane # 13
Exit    : 22:06 04/20/07  Lane # 62
Length of stay: 3 d. 04 h. 01 mn.
License plate : PA EDP8681
Cashier: 234 Shift: 0143 SEQ# 15598
Amount paid   $  152.00  Card
```

*all Bryan Gillespie –*
*all for WR Grace –*

Aug

PHILADELPHIA
INTERNATIONAL AIRPORT
Card Account # : XXXXXXXXXXXX1128
Card Expiration Date : 10/11
Card Type : MASTER CARD
Authorization Code : 696428
Bank Sequence Number : 00000378

Entrance: 19:52 04/22/07 Lane # 14
Exit : 00:13 04/28/07 Lane # 77
Length of stay: 5 d. 04 h. 21 mn.
License Plate : PA EDP8681
Cashier: 247 Shift: 0083 SEQ# 2440

Transaction Amount: $ 102.00 ✓

AVISTAR- SUNPARK ST LOU
4607 AIRFLIGHT DR
ST LOUIS MO 63134

TERMINAL I.D.: 203600
MERCHANT #: 98890340000010

AMEX
xxxxxxxxxxx5002
SALE
BATCH: 000002 TRACE: 434074
DATE: MAY 07, 07 TIME: 21:53
RRN: 08090025 AUTH NO: 503739

TOTAL $11.50

X_______________________________________
JL BIGGS

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

```
AVISTAR- SUNPARK ST LOU
     4607 AIRFLIGHT DR
      ST LOUIS MO 63134

TERMINAL I.D.:         203600
MERCHANT #:    9889340000010

AMEX
xxxxxxxxx5002
SALE
BATCH: 000002        TRACE: 436329
DATE: JUN 05, 07      TIME: 21:2(
RRN: 08310057      AUTH NO: 56946

TOTAL              $11.5(

X_____
  JL BIGGS

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
```