# EXHIBIT H
# TAXI

## Taxi Cab Receipts

DATE: 5/7/07   TIME: 5:30

TRIP ORIGIN: 3050 K

DESTINATION: Reagan

FARE: $ 25   SIGNATURE _____

Biggs / Callaway / Kimble / Stallard

## TAXICAB RECEIPT

Time: 10:45 am
Date: 5/7/07

Origin of trip: Reagan

Destination: 3050 K

Fare: 23   Sign: _____

Biggs / Callaway / Kimble / Stallard

6/5 to WWC (Orrick) Case 01-01139-AMC

**TAXICAB RECEIPT**

Time: 10:30am
Date: 6/5

Origin of trip: _____

Destination: _____

Fare: 23   Sign: P. WR Hoel

**TAXICAB RECEIPT**

Time: 5:00pm
Date: 6/5

Origin of trip: _____

Destination: R. WR Hoel

Fare: 25   Sign: _____

## LUXOR CAB COMPANY
514 S. Amphlett Blvd., San Mateo, CA 94402
(650) 344-1414                                           344-1455
Date of Service: __4/18__
Origination: __Office__
Destination: __Home__
Total fare: $ __10__
Driver: _____ Cab#: _____
Charged to: _____
Passenger: _____

Re: WR Grace
Melissa Chung

Fare $ __10__
From __Office__
To __Home__
Date __4/19__
Cab No. _____
Driver _____

Re: WR Grace
Melissa Chung

By signing the expense sheet, I confirm that I have read the Travel and Expense Policy related to Expense Allowances and Reimbursements and supplemental policy memos and have reported my expenses in compliance with stated policy.

Date Due: Monday, Apr 23, 2007    Employee's Signature: _____    Date: _____    Approver's Signature: _____    Date: _____

Cell: 314-412-1361
Company Phone: 314-740-8909

**AIRPORT TAXI Co.**

Receipt

From: Airport          Date 4/17
To  Sheraton from STL Airport
Amount $ 32 (incl tip)
Cab No. 66          Driver _____

*Thank you. Have a pleasant stay in St. Louis.*

— all Bryan Gillespie —
— all for WR Grace —

```
YELLOW CAB CO
 CAB NUMBER 532
04/20/07 TR 0865
START  END MILES
17:40 17:54  0.0
FARE :   $  18.82
EXTRA:   $   5.00
TOTAL:   $  23.82
THANK YOU LET US
SERVE YOU AGAIN
CALL    361-2345
```

Cell: 314-497-5777
Company Phone: 314-324-7217

**Gateway Express LLC**
*TAXI RECEIPT*

From: Airport     Date 4/22/07

To Hotel

Amount $ 31 incl tip

Cab No. 92     Driver _____

*Thank you. Have a pleasant stay in St. Louis.*

## Taxi Cab Receipts

DATE: 5/7  TIME: _____

TRIP ORIGIN: Orrick

DESTINATION: Union Station

FARE: $15 with tip  SIGNATURE _____

●

## Taxi- Receipt

Driver# _____ Cab# _____

To: Orrick

From: Union Station

Date: 5/7  Amount: $11

Signature: _____ incl. tip

visit www.visitbarbados.org/taxibdos to win a trip to BARBADOS