# EXHIBIT I
## TRAIN



Riders  AMTRAK  Baggage
1
Name of Passenger
GILLESPIE/BRYAN

From
WASHINGTON,DC
To
PHILADELPHIA 30,PA
Carrier  Train       Date
2V  138      07MAY07
Accom  Space/Car
  YD   RESERVD COACH
Form of Payment
EX43.00
Rail Fare           Accom Charge
   $43.00            $.00
Fare Plans        Total
                  $43.00
DOF2
Ticket Number            No. of
1270461396671    01 01
Date of Issue           Reservation #
07MAY07          12147C
PASSENGER RECEIPT

Riders  AMTRAK  Baggage

Name of Passenger
GILLESPIE/BRYAN

From
PHILADELPHIA 30,PA
To
WASHINGTON,DC
2V 181      07MAY07
Accom  Space/Car
   YD   RESERVD COACH
Form of Payment
Rail Fare P43.00IK 1128   Accom Charge
Fare Plans $43.00    Total $.00
                       $43.00
DOF2
Ticket Number            No. of
1270492044789    01 01
Date of Issue           Reservation #
07MAY07 PASSENGER RECEIPT 12147C

$68 included on expense report - that was deliberate.

PHILADELPHIA
INTERNATIONAL AIRPORT

Card Account # : XXXXXXXXXXXX1128
Card Expiration Date : 10/11
Card Type : MASTER CARD
Authorization Code : 126840
Bank Sequence Number : 00000009

Remainder not billable.

Entrance: 18:05 04/17/07 Lane # 13
Exit : 22:06 04/20/07 Lane # 62
Length of stay: 3 d. 04 h. 01 mn.
License Plate : PA EDP8681
Cashier: 234 Shift: 0143 SEQ# 15598

Transaction Amount: $ 152.00

-all Bryan Gillespie -
-all for WR Grace -