# EXHIBIT J
# RECEIPTS REQUIRED

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| | | | Expenses - April 2007 | |

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Melissa Chung | 4/18/2007 | $10.00 | Taxi | Yes |
| Melissa Chung | 4/19/2007 | $10.00 | Taxi | Yes |
| | | $20.00 | | |
| | | | | |
| Bryan Gillespie | 4/17/2007 | $166.13 | Hotel - per day | Yes |
| Bryan Gillespie | 4/18/2007 | $166.13 | Hotel - per day | Yes |
| Bryan Gillespie | 4/19/2007 | $166.13 | Hotel - per day | Yes |
| Bryan Gillespie | 4/19/2007 | $5.00 | Tip | N/R |
| Bryan Gillespie | 4/18/2007 | $4.50 | Breakfast | N/R |
| Bryan Gillespie | 4/19/2007 | $3.50 | Breakfast | N/R |
| Bryan Gillespie | 4/17/2007 | $21.00 | Dinner | Yes |
| Bryan Gillespie | 4/18/2007 | $39.48 | Dinner | Yes |
| Bryan Gillespie | 4/19/2007 | $21.94 | Dinner | Yes |
| Bryan Gillespie | 4/20/2007 | $7.62 | Dinner | Yes |
| Bryan Gillespie | 4/18/2007 | $5.00 | Lunch | N/R |
| Bryan Gillespie | 4/19/2007 | $6.00 | Lunch | Yes |
| Bryan Gillespie | 4/17/2007 | $197.40 | Airfare - per day | Yes |
| Bryan Gillespie | 4/20/2007 | $197.40 | Airfare - per day | Yes |
| Bryan Gillespie | 4/17/2007 | $32.00 | Taxis, Trains, Parking | Yes |
| Bryan Gillespie | 4/19/2007 | $91.82 | Taxis - $68 + $23.82 | Yes |
| Bryan Gillespie | 4/17/2007 | $16.49 | Use of own car | N/R |
| Bryan Gillespie | 4/17/2007 | $0.75 | Tolls | N/R |
| Bryan Gillespie | 4/20/2007 | $16.49 | Use of own car | N/R |
| Bryan Gillespie | 4/20/2007 | $0.75 | Tolls | N/R |
| Bryan Gillespie | 4/22/2007 | $136.35 | Hotel - per day | Yes |
| Bryan Gillespie | 4/23/2007 | $136.35 | Hotel - per day | Yes |
| Bryan Gillespie | 4/24/2007 | $136.35 | Hotel - per day | Yes |
| Bryan Gillespie | 4/25/2007 | $136.35 | Hotel - per day | Yes |
| Bryan Gillespie | 4/26/2007 | $136.35 | Hotel - per day | Yes |
| Bryan Gillespie | 4/26/2007 | $8.00 | Tip | N/R |
| Bryan Gillespie | 4/23/2007 | $7.47 | Breakfast | Yes |
| Bryan Gillespie | 4/24/2007 | $1.07 | Breakfast | N/R |
| Bryan Gillespie | 4/25/2007 | $3.21 | Breakfast | N/R |
| Bryan Gillespie | 4/26/2007 | $3.21 | Breakfast | N/R |
| Bryan Gillespie | 4/27/2007 | $3.21 | Breakfast | Yes |
| Bryan Gillespie | 4/23/2007 | $21.80 | Dinner | Yes |
| Bryan Gillespie | 4/24/2007 | $25.86 | Dinner | Yes |
| Bryan Gillespie | 4/25/2007 | $33.23 | Dinner | Yes |
| Bryan Gillespie | 4/27/2007 | $8.00 | Dinner | N/R |
| Bryan Gillespie | 4/23/2007 | $3.85 | Lunch | Yes |
| Bryan Gillespie | 4/24/2007 | $6.64 | Lunch | Yes |
| Bryan Gillespie | 4/25/2007 | $3.85 | Lunch | Yes |
| Bryan Gillespie | 4/26/2007 | $6.75 | Lunch | Yes |
| Bryan Gillespie | 4/27/2007 | $4.17 | Lunch | Yes |
| Bryan Gillespie | 4/22/2007 | $248.78 | Airfare - combined w/ 4/27 airfare | Yes |
| Bryan Gillespie | 4/27/2007 | $354.80 | Airfare - combined w/ 4/20 airfare | Yes |
| Bryan Gillespie | 4/27/2007 | $25.00 | Amex Fee ($45 total - see 5/12 entry) | Yes |
| Bryan Gillespie | 4/22/2007 | $31.00 | Taxis | Yes |
| Bryan Gillespie | 4/22/2007 | $16.49 | Use of own car | N/R |
| Bryan Gillespie | 4/22/2007 | $0.75 | Tolls | N/R |
| Bryan Gillespie | 4/27/2007 | $102.00 | Parking | Yes |
| Bryan Gillespie | 4/27/2007 | $16.49 | Use of own car | N/R |
| Bryan Gillespie | 4/27/2007 | $0.75 | Tolls | N/R |
| Bryan Gillespie | 4/27/2007 | $24.00 | Taxis | N/R |
| | | $2,807.66 | | |

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Jeff Kimble | 4/27/2007 | $592.80 | Airfare | Yes |
| Jeff Kimble | 4/27/2007 | $15.00 | Amex Fee | Yes |
| | | $607.80 | | |
| | | | | |
| Steve Lin | 4/19/2007 | $9.00 | Breakfast | N/R |
| Steve Lin | 4/19/2007 | $8.00 | Lunch | N/R |
| Steve Lin | 4/19/2007 | $22.81 | Dinner | Yes |
| Steve Lin | 4/19/2007 | $136.35 | Hotel | Yes |
| Steve Lin | 4/19/2007 | $6.00 | Hotel gratuities | N/R |
| | | $182.16 | | |

**Expenses - May 2007**

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Jenni Biggs | 5/2/2007 | $20.92 | Dinner | N/R |
| Jenni Biggs | 5/6/2007 | $23.00 | Dinner - for J. Biggs, B. Gillespie, J. Kimble, A. Luechtefeld, J. Callaway) | N/R |
| Jenni Biggs | 5/7/2007 | $592.80 | Airfare | Yes |
| Jenni Biggs | 5/7/2007 | $23.00 | Cab from airport to client | Yes |
| Jenni Biggs | 5/7/2007 | $25.00 | Cab from client to airport (shared w/ Julianne, Jeff & Eric) | Yes |
| Jenni Biggs | 5/7/2007 | $11.50 | Parking at airport | Yes |
| Jenni Biggs | 5/7/2007 | $9.70 | Use of own car | N/R |
| Jenni Biggs | 5/7/2007 | $15.00 | Amex fee for ticket#7040808790 | Yes |
| Jenni Biggs | 5/7/2007 | $48.00 | Dinner w/ Jeff, Julianne & Eric | Yes |
| Jenni Biggs | 5/12/2007 | $2.08 | Tip for dinner on 5/2 | N/R |
| | | $771.00 | | |
| | | | | |
| Julianne Callaway | 5/1/2007 | $592.80 | Airfare | Yes |
| Julianne Callaway | 5/1/2007 | $15.00 | Amex fee | N/R |
| Julianne Callaway | 5/14/2007 | $4.56 | Breakfast | N/R |
| Julianne Callaway | 5/14/2007 | $7.00 | Parking | N/R |
| | | $619.36 | | |
| | | | | |
| Bryan Gillespie | 5/7/2007 | $10.25 | Dinner | N/R |
| Bryan Gillespie | 5/7/2007 | $86.00 | Trains | Yes |
| Bryan Gillespie | 5/7/2007 | $26.00 | Taxis | Yes |
| Bryan Gillespie | 5/7/2007 | $22.00 | Parking | Yes |
| Bryan Gillespie | 5/7/2007 | $19.40 | Use of own car | N/R |
| Bryan Gillespie | 5/12/2007 | $20.00 | Amex fee ($45 total - see 4/27 entry) | N/R |
| | | $183.65 | | |
| | | | | |
| Jeff Kimble | 5/7/2007 | $18.00 | Parking | Yes |

**Expenses - June 2007**

| Who | When | How Much | Comment | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Jenni Biggs | 6/5/2007 | $15.38 | Dinner | Yes |
| Jenni Biggs | 6/5/2007 | $602.80 | Airfare | Yes |
| Jenni Biggs | 6/5/2007 | $48.00 | Taxis | Yes |
| Jenni Biggs | 6/5/2007 | $11.50 | Parking | Yes |
| Jenni Biggs | 6/5/2007 | $9.70 | Use of own car | N/R |
| Jenni Biggs | 6/5/2007 | $15.00 | American Express Fee | Yes |
| | | $702.38 | | |
| | | | | |
| Bryan Gillespie | 6/2/2007 | -$1.37 | Airfare discrepancy on credit card statement | N/R |
| | | | | |
| Jeff Kimble | 6/29/2007 | $420.80 | Airfare - Actual airfare is $430.80 - accidently expensed only $420.80 in June - will not charge client add'l $10 | Yes |
| | 6/29/2007 | $15.00 | American Express Fee | Yes |
| | | $435.80 | | |