# EXHIBIT A

SSL-DOCS1 1847898v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2007 - AUGUST 31, 2007**

| Matter Code | Project Category | Hours | Total Fees |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 96.6 | 61,171.50 |
| 0013 | Business Operations | 2.4 | 1,452.00 |
| 0014 | Case Administration | 63.6 | 12,869.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 9.0 | 5,496.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 26.4 | 17,146.50 |
| 0018 | Fee Application, Applicant | 48.9 | 19,808.50 |
| 0019 | Creditor Inquiries | 0.6 | 409.00 |
| 0020 | Fee Application, Others | 5.8 | 3,509.00 |
| 0021 | Employee Benefits, Pension | 1.3 | 786.50 |
| 0035 | Travel - Non Working | 8.5 | 6,120.00 |
| 0036 | Plan and Disclosure Statement | 16.2 | 10,342.50 |
| 0037 | Hearings | 10.1 | 7,595.00 |
| 0040 | Employment Applications - Others | 3.2 | 2,039.50 |
| 0047 | Tax Issues | 0.3 | 181.50 |
| | | | |
| | Sub Total | 292.9 | $ 148,926.50 |
| | Less 50% Travel | (4.3) | (3,060.00) |
| | Total | 288.6 | $ 145,866.50 |

# STROOCK

## INVOICE

| DATE | September 28, 2007 |
|---|---|
| INVOICE NO. | 421316 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period
through August 31, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2007 | Attend to Manville Trust protective order (.2); attend to memorandum to L. Sinanyin re: inquiry regarding settlement with the City of Philadelphia (.3); attend to ACC discovery of Debtors (.1); attend to DII response to Debtors' motion to produce documents and for deposition; and Celotex Trust's opposition to Debtors motion to compel discovery (.9). | Krieger, A. | 1.5 |
| 08/02/2007 | Review section of 7/23/07 hearing and exchanged memoranda with L. Esayian re City of Philadelphia and other PD claims' matters (.6); attend to PI CMO (.1); attend to Celotex's opposition to Debtors' motion to compel discovery (.4); attend to modified schedule of hearing, other, dates (.6); attend to City of Philadelphia documentation (.5); memoranda to LK, KP re status of PD claims settlements and updated schedule of hearings, deadlines (.2); attend to orders entered (.1). | Krieger, A. | 2.5 |
| 08/02/2007 | O/C with KP re results of meet & confer (.2); review Libby expert supplemental report (.3) and T/C Shelnitz re status & strategy (.3); email from AK re PD claims status & hearing | Kruger, L. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | schedule (.2); review financial results (.4). | | |
| 08/02/2007 | Meet and confer meeting (telephone participation) re depositions and discovery for PI estimation (2.0); attention to discovery issues (.5); continued attention to Libby supplemental expert reports (1.3). | Pasquale, K. | 3.8 |
| 08/03/2007 | Attend to memorandum to J. McIntire re information inquiry (.2); attend to PI Estimation-related matters (.4); attend to transcript from July 27, 2007 pre-trial conference (.1); attend to memorandum from L. Esayian re PD claims litigation (.1). | Krieger, A. | 0.8 |
| 08/03/2007 | Attention to debtors', ACC's further supplemental expert reports. | Pasquale, K. | 4.5 |
| 08/05/2007 | Attend to PI Estimation expert issues. | Krieger, A. | 1.6 |
| 08/06/2007 | Attend to PI Estimation expert issues (3.7); attend to memoranda re expert depositions and J. Irvine notice (.1). | Krieger, A. | 3.8 |
| 08/06/2007 | Continued attention to supplemental expert reports. | Pasquale, K. | 3.0 |
| 08/07/2007 | Attend to PI Estimation expert issues. | Krieger, A. | 2.9 |
| 08/07/2007 | Review estimation expert issues. | Kruger, L. | 1.1 |
| 08/08/2007 | Attend to PI Estimation expert issues. | Krieger, A. | 0.9 |
| 08/08/2007 | Attention to expert deposition scheduling issues. | Pasquale, K. | 0.5 |
| 08/09/2007 | Attend to PI related pleadings including the Debtors' reply in support of motions to compel discovery from Celotex, DII Trusts and Debtors' 3rd set of additional interrogatories (2.3); exchange memoranda with KP re: interrogatories and Court's 7/10/07 order (.2); attend to PI Estimation expert issues (.9). | Krieger, A. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/10/2007 | Attend to multiple memoranda re PI Estimation related matters (depositions); (.5); attend to pleadings re motion to amend Court's July 10, 2007 Order on non-waiver of privileges (1.4); attend to Libby Claimants' second set of Interrogatories to the Debtors (.1); attend to Speights' summary of record re motion to alter and amend Court's April 17, 2007 order (.3); attend to response to Debtors' motion to alter/amend Court's order re PD Claims (.1); attend to Debtors' response to S&R's motion to supplement the record (.6). | Krieger, A. | 3.0 |
| 08/10/2007 | Attention to FCR's interrogatories to Grace. | Pasquale, K. | 0.3 |
| 08/12/2007 | Attend to transcripts from 6/26 and 7/23/07 hearings and other documents and preparation of motion to alter/amend 7/10/07 Order. | Krieger, A. | 5.8 |
| 08/13/2007 | Draft motion for modification of July 10, 2007 Order. | Krieger, A. | 8.6 |
| 08/13/2007 | Debtors post hearing brief re Anderson class certification. | Kruger, L. | 0.2 |
| 08/14/2007 | Exchanged memorandum with C. Candon re: Letitia Chambers' expert report (.2); attend to memoranda re deposition schedule (.2); attend to PD Scheduling order re: 9/10/07 argument on Canadian Caims (.1); attend to Libby Claimants' Notice of Service of 2nd set of interrogatories to Debtors (.1); attend to motion to alter 7/10/07 Order, proposed amended order and related pleadings, and exchanged memoranda with KP re: same (5.9). | Krieger, A. | 6.5 |
| 08/15/2007 | Attend to memorandum re: deposition Schedules (.2); attend to Affidavit of Service filed by RR Donnelley re: PIQs and related exhibits (.3); attend to Affidavit of Service filed by RR Donnelley re: Notice of Bar Date and Proof of Claim Form to Settled and Non- | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | settled pre-petition litigation claimants (.1); attend to Future Claimants' first set of interrogatories to Debtors (.1). | | |
| 08/16/2007 | Attend to correspondence re meet and confer on Rust production and deposition (.2); attend to Debtors' amended objection to certain PD Claims (.1); t/c KP re motion to amend 7/10/07 order (.1); attend to revised motion to amend order and amended order (.6); memorandum to M. Lastowski re Committee's motion to amend July 10, 2007 order (.1); attend to amended PD scheduling order (.1); attend to expert deposition (.2); attend to RR Donnelly affidavits (.6). | Krieger, A. | 1.9 |
| 08/16/2007 | Review motion to modify confidentiality of discovery under order (.4); review scheduling (.2). | Kruger, L. | 0.6 |
| 08/16/2007 | Attention and revisions to draft motion to modify confidentiality order (1.3); attention to scheduling issues (.4). | Pasquale, K. | 1.7 |
| 08/17/2007 | Finalize motion and amended order and memorandum to M. Lastowski re service of same (2.3); attend to BMC/Rust discovery related memoranda (.7); attend to PI Estimation issues (1.1). | Krieger, A. | 4.1 |
| 08/17/2007 | Review Rust/BMC memorandum. | Kruger, L. | 0.3 |
| 08/19/2007 | Attend to final brief filed in support of certification of Anderson Memorial's World-wide class action and South Carolina's class action (1.6); attend to ACC/FCR and Debtors' correspondence re meet and confer over Rust and BMC deposition, document production and attend to Debtors' objections thereto (1.8). | Krieger, A. | 3.4 |
| 08/20/2007 | Attend to agreed motion re entry of consent order re documents and information produced by FCR's expert witness (.3); attend to PI | Krieger, A. | 2.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Estimation issues (1.9). | | |
| 08/20/2007 | Attention to PI estimation issues for rebuttal reports. | Pasquale, K. | 2.4 |
| 08/22/2007 | Attend "meet" and confer re Rust depositions and discovery issues, exchanged memoranda with A. Basta re Rust deposition and correspondence to J. Ansbro re BMC's production and memorandum re above (.9); o/c KP re deposition schedule (.3); attend to further correspondence between the parties (.1); attend to expert estimation report (1.7); attend to Debtors' August 17, 2007 letter to J. Ansbro re response to 7/07 letter from FCR re BMC deposition issues (.3). | Krieger, A. | 3.3 |
| 08/22/2007 | Attention to expert deposition scheduling issues (.8); attention to issues re PI estimation rebuttal (1.6). | Pasquale, K. | 2.4 |
| 08/23/2007 | Attend to J. Baer memo re proposed modification of agenda notice and follow-up memoranda (.2); attend to agreed motion concerning confidentiality of FCR expert's documentation (.1); attend to Debtors' post-hearing brief in opposition to Anderson Memorial's class certification motion (2.6); attend to Anderson Memorandum re evidentiary issues (.1); attend to Debtors' response to Speights & Runyan's Summary of Record pleading (.2); t/c S. Cunningham re asbestos insurance information (.1). | Krieger, A. | 3.3 |
| 08/23/2007 | Review PI rebuttal issues (1.1); review debtors brief re class action motion (.6). | Kruger, L. | 1.7 |
| 08/23/2007 | Attention to PI estimation rebuttal issues. | Pasquale, K. | 2.5 |
| 08/24/2007 | Attend to Debtors' motion for protective order with NIOSH and to expedite approval (.3); attend to numerous PI estimation and PD Claims objection related pleadings (1.6); attend | Krieger, A. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to additional FCR expert witness materials (.1). | | |
| 08/26/2007 | Attend to PI expert-related matters (.8); attend to PD claims related pleadings (.4). | Krieger, A. | 1.2 |
| 08/27/2007 | Attend to rebuttal reports. | Krieger, A. | 1.2 |
| 08/28/2007 | Attend to memo re 8/28/07 meet and confer (.1); attend to scheduling orders by the Court re NIOSH, and FCR expert materials; protective orders and Continental Casualty stipulation (.1); attend to modified order approving Lexecon retention (.1); attend to memoranda re depositions (.1). | Krieger, A. | 0.4 |
| 08/28/2007 | Conference call with all parties re discovery issues. | Pasquale, K. | 0.5 |
| 08/29/2007 | Read export reports of Grover Hutchins to prepare for his deposition the following day. | Cutler, I. | 0.3 |
| 08/29/2007 | Exchanged memoranda with KP re meeting and confer re plaintiffs' comments to Committee's motion to modify 7/10/07 order on discovery (.1); attend to Court's order re Speights' motion to alter/amend 7/17/07 order, amended order disallowing Daggy Hall claim and denying Debtors' objection to certain other PD Claims; order approving City of Philadelphia settlement (.3); exchanged memoranda with KP re certain law firms concerns re the Committee's motion to modify the June 10, 2007 order (.2). | Krieger, A. | 0.6 |
| 08/30/2007 | Attended (telephonically) deposition of Dr. Grover Hutchins. | Cutler, I. | 3.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cutler, Ilana | 4.1 | $ 335 | $ 1,373.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 65.6 | 605 | 39,688.00 |
| Kruger, Lewis | 5.3 | 860 | 4,558.00 |
| Pasquale, Kenneth | 21.6 | 720 | 15,552.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 61,171.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 61,171.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| RE | Business Operations<br>699843  0013 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/02/2007 | Attend to first quarter 2007 financial info and second quarter results (1.0); attend to press releases re closure of Washcoat sale, opening of facility in Poland, other (.3). | Krieger, A. | 1.3 |
| 08/10/2007 | Attend to DIP amendment. | Krieger, A. | 0.1 |
| 08/14/2007 | Telephone conference S. Cunningham, J. Dolan re: business plan call with the Company, environmental settlements, plan related issues. | Krieger, A. | 0.6 |
| 08/21/2007 | Memorandum and t/c S. Cunningham re upcoming settlements, NOL restructuring. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.4 | $ 605 | $ 1,452.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,452.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,452.00 |
|-----------------------|------------|

# STROOCK

| RE | Case Administration 699843 0014 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 08/01/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.6); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); review case file documents in preparation for central file supplementation (1.3). | Mohamed, D. | 4.2 |
| 08/02/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3). | Mohamed, D. | 1.8 |
| 08/03/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.1); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); review case file documents in preparation for central file supplementation (1.2); attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 4.2 |
| 08/06/2007 | Exchanged memoranda with J. Baer, LK, KP re 8/2/07 conference call. | Krieger, A. | 0.3 |
| 08/06/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review and update court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3); attention to retrieval of certain pleadings for attorney | Mohamed, D. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | review (.4). | | |
| 08/07/2007 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (1.5); prepare folders pertaining to client documents as per filesurf (.6). | Mohamed, D. | 2.8 |
| 08/08/2007 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (1.4); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleading re adversary proceeding case docket no. 01-771 (.2); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 3.5 |
| 08/09/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 08/09/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); attention to retrieval of certain pleadings for review (.6). | Mohamed, D. | 2.5 |
| 08/10/2007 | Attend to newly filed applications, certifications, notices. | Krieger, A. | 0.4 |
| 08/10/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); review case file documents in preparation for central file supplementation (.7). | Mohamed, D. | 3.4 |
| 08/13/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); attention to | Mohamed, D. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | retrieval of certain pleadings for attorney review (.4). | | |
| 08/14/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2); retrieval of pleadings for review (.3). | Mohamed, D. | 2.9 |
| 08/16/2007 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.5); review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.2). | Mohamed, D. | 1.4 |
| 08/17/2007 | Reviewed legal dockets, retrieved & distributed documents(2.2); reviewed district court & appeals court dockets to update status (1.9). | Holzberg, E. | 4.1 |
| 08/17/2007 | Attend to newly filed applications. | Krieger, A. | 0.3 |
| 08/20/2007 | Reviewed legal docket, retrieved documents for files and distributed same, review the adversary docket, court of appeals docket, (closed court of appeals - dismissed). | Holzberg, E. | 3.6 |
| 08/20/2007 | Exchanged memoranda with M. Lastowski and with Alison Ash re service of Committee's motion. | Krieger, A. | 0.2 |
| 08/22/2007 | Reviewed legal docket to update status, retrieved documents & distributed same to interested parties & put in document folder. | Holzberg, E. | 2.9 |
| 08/23/2007 | Reviewed legal docket to update status, retrieved documents distributed to interested parties. | Holzberg, E. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/24/2007 | Reviewed legal docket to update status (.7); retrieved documents & distributed to interested parties (1.0). | Holzberg, E. | 1.7 |
| 08/24/2007 | Attend to US Trustee's motion to shorten notice re motion for appointment of examiner to investigate Tersigni and motion (.3); attend to order rescheduling October 2007 omnibus hearing date (.1); attend to Debtors' stipulation with Continental Casualty and memorandum to P. McGrath re same (.2). | Krieger, A. | 0.6 |
| 08/27/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.6); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.7 |
| 08/28/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 08/28/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review case file documents in preparation for central file supplementation (.5). | Mohamed, D. | 2.2 |
| 08/29/2007 | Exchanged memoranda with DM re status of filing fee application. | Krieger, A. | 0.1 |
| 08/29/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review case file documents in preparation for central file supplementation (.9); attention to retrieval of certain documents for attorney review (.5). | Mohamed, D. | 4.2 |
| 08/30/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3). | Mohamed, D. | 1.8 |
| 08/31/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/31/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 17.1 | $ 255 | $ 4,360.50 |
| Krieger, Arlene G. | 1.9 | 605 | 1,149.50 |
| Mohamed, David | 44.6 | 165 | 7,359.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,869.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,869.00 |
|-----------------------|-------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2007 | Attend to orders re: omnibus objections to claims (.2); attend to order re: claims filed by Massachusetts Dept. of Revenue and Stipulation re Town of Acton, Mass. (.1); attend to Stipulation resolving certain claims of the IRS (.3); exchanged memoranda with L. Sinanyin re: IRS Stipulation (.2); attend to motion by Iowa Dept. of Revenue to file a late Claim; and exchanged Memoranda with L. Sinanyin re: same (.3). | Krieger, A. | 1.1 |
| 08/09/2007 | Exchanged memoranda with L. Sinanyin re: Debtors' position regarding Iowa's motion to file a late claim. | Krieger, A. | 0.2 |
| 08/10/2007 | Attend to NJDEP's notice of appeal of Court's order re late claim motion (.1); Debtors' objection to Iowa's Dept of Revenue's motion to file a late claim (.2). | Krieger, A. | 0.3 |
| 08/13/2007 | Review NJ DEP notice of appeal. | Kruger, L. | 0.2 |
| 08/15/2007 | Attend to Debtors' objection to the Iowa Dept. of Revenue's motion to file a late claim. | Krieger, A. | 0.2 |
| 08/17/2007 | Attend to NJDEP's statement of issues on appeal and designation of items to be included in the record. | Krieger, A. | 0.2 |
| 08/24/2007 | Attend to BP Settlement and Continental Casualty settlement and memorandum to P. McGrath re same. | Krieger, A. | 0.3 |
| 08/26/2007 | Attend to NJDEP's statement of issues and designation of the records re appeal of order | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | denying motion to file late claim. | | |
| 08/27/2007 | Attend to Debtors/Appellees designation of additional items for the record (NJDEP appeal) (.1); attend to Debtors' motion approving settlement of BP Claim and prepare memorandum thereon (3.1); attend to Debtors' motion approving Stipulation with Continental, prepare memoranda thereon and exchanged memoranda with Debtors' counsel re exhibits and questions (3.2). | Krieger, A. | 6.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.8 | $ 605 | $ 5,324.00 |
| Kruger, Lewis | 0.2 | 860 | 172.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,496.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,496.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|---------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2007 | Attend to exchange of memoranda with members of the Committee re 9/12/07 meeting (.2); memorandum to M. Shelnitz re: meeting with the Committee (.1). | Krieger, A. | 0.3 |
| 08/01/2007 | O/C with AK re meeting w/committee. | Kruger, L. | 0.2 |
| 08/03/2007 | Memorandum to J. Dolan re LTIP motion memorandum (.1); attend to memorandum to the Committee re settlement with the City of Philadelphia (1.4); memorandum to LK, KP re the Debtors' meeting with the Committee (.1); memorandum to the Committee re Capstone memorandum on LTIP motions (.2). | Krieger, A. | 1.8 |
| 08/03/2007 | Email AK re debtor/committee meeting, review PI estimation reports. | Kruger, L. | 0.4 |
| 08/06/2007 | Attend to memorandum from L. Esayian re City of Philadelphia settlement and revise Committee memorandum to reflect the information (.6); attend to memorandum to the Committee re Iowa Dept. of Revenue's motion to file a late claim and memoranda with L. Sinanyan re same (1.4). | Krieger, A. | 2.0 |
| 08/07/2007 | Conference call with Grace representatives re pending matters, plan discussions, meeting with the Committee and follow-up t/c KP, LK re same (.8); exchange memoranda with C. Freedgood re Committee call (.3); memoranda to LK, KP re meeting dates and Committee call (.2); finalize City of Philadelphia memorandum | Krieger, A. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | for the Committee (.6). | | |
| 08/07/2007 | Office conf with K. Pasquale and A. Krieger re call with debtor and possible committee meeting and follow-up with K. Pasquale and A. Krieger. | Kruger, L. | 0.6 |
| 08/07/2007 | Conference call with debtors' professionals re status. | Pasquale, K. | 0.3 |
| 08/08/2007 | Attend to memorandum to the Committee re: Iowa Dept. of Revenue's Motion to file a late claim. | Krieger, A. | 1.1 |
| 08/08/2007 | Office conf with K. Pasquale, A. Krieger re meeting with Committee and debtor (.3); review motion by ACC re new financial advisor (.4); review memo to committee re Iowa Dept of Revenue (.2). | Kruger, L. | 0.9 |
| 08/09/2007 | Memorandum to the Committee re: 8/13/07 Committee meeting and exchanged memoranda with Committee Members (.7); t/c M. Chehi re: conference call agenda (.2); o/c LK re: Committee meeting with the Debtors (.1); attend to Committee memorandum re: Charter Oak retention (.8). | Krieger, A. | 1.8 |
| 08/09/2007 | Office conf with K. Pasquale, A. Krieger and call with Chehi re status and strategy (.3) and office conf with A. Krieger re committee meeting with debtors'. (.1); review memo to committee re Charter Oak retention (.2); office conf. with A. Krieger re plan related issues (.2); review debtors motions to compel discovery from DII Trusts, Celotex (.4). | Kruger, L. | 1.2 |
| 08/09/2007 | Conference call M. Chehi, L. Kruger, A. Krieger re status. | Pasquale, K. | 0.3 |
| 08/10/2007 | Finalize memorandum to the Committee re retention of Charter Oak. | Krieger, A. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1847898v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/13/2007 | Memorandum to M. Coventry re: conference call information (.1); telephone conference C. Freedgood re: conference call information (.1); conference call with the Committee re: plan-related matters (.3); memorandum to the Committee re: PI Committee's retention of Charter Oak Financial (.8). | Krieger, A. | 1.3 |
| 08/13/2007 | Office conf. A. Krieger and K. Pasquale and call with committee re status and strategy (.4); review memo to committee re Tersigni and new financial advisor to ACC (.2). | Kruger, L. | 0.6 |
| 08/13/2007 | Conference call with committee re status. | Pasquale, K. | 0.3 |
| 08/14/2007 | Attend to memorandum to the Committee re: Committee meeting on with Debtors and responses from Committee members. | Krieger, A. | 0.5 |
| 08/15/2007 | Attend to Memorandum to the Committee re: Motion to Alter and Amend Court's Order. | Krieger, A. | 0.7 |
| 08/16/2007 | Attend to memorandum to the Committee re motion to amend 7/10/07 order and exchange memoranda with Committee members re same. | Krieger, A. | 1.4 |
| 08/20/2007 | Exchanged memoranda with C. Freedgood re Committee motion and September 26, 27 meeting (.1); t/c Diane Armstrong re proposed Committee/Debtors' meeting on September 26, 2007 (.1). | Krieger, A. | 0.2 |
| 08/21/2007 | Conf call with Grace representatives, LK re agenda for 8/29/07 omnibus hearing, newly filed motions, status of various settlements and plan-related matters (.5); and memorandum thereon (1.0). | Krieger, A. | 1.5 |
| 08/22/2007 | T/c Diane Armstrong (Grace) re Debtors' meeting with the Committee (.1); o/cs LK re same (.2); memorandum to the Committee re meeting schedule (.2); memorandum to S. Cunningham re agenda and other meeting related matters (.1); t/c C. Freedgood re | Krieger, A. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 9/26/07 meeting (.2). | | |
| 08/24/2007 | Exchange memoranda re 9/26/07 Committee/ Debtors meeting (.5); memorandum to the Committee re Debtors' response to Charter Oak retention and US Trustee's motion for appointment of an examiner re L. Tersigni billing (2.9). | Krieger, A. | 3.4 |
| 08/27/2007 | O/c LK re 9/26/07 meeting with the Debtors (.1); exchanged memoranda with J. Baer re same (.2). | Krieger, A. | 0.3 |
| 08/30/2007 | Attend to revised memorandum to the Committee re 9/26/07 meeting with Debtors' representatives (.2); memorandum to LK re 9/26/07 meeting (.1); exchanged memorandum with J. Baer re 9/26/07 meeting and agenda (.2). | Krieger, A. | 0.5 |
| 08/30/2007 | Emails re committee/debtor meeting on 9/26 & agenda for meeting. | Kruger, L. | 0.3 |
| 08/31/2007 | T/c C. Freegood re 9/26/07 meeting with the Debtors (.1); attend to revised Committee meeting memorandum (.3). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 21.3 | $ 605 | $ 12,886.50 |
| Kruger, Lewis | 4.2 | 860 | 3,612.00 |
| Pasquale, Kenneth | 0.9 | 720 | 648.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,146.50 |
|-------------------------------------------|-------------|

# STROOCK

---

PAGE: 20

---

| TOTAL FOR THIS MATTER | $ 17,146.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/02/2007 | Reviewed edits to monthly bill for June. | Holzberg, E. | 0.6 |
| 08/03/2007 | Worked on 75th monthly fee application for June 2007 (1.3); reviewed Navigant bill (.8). | Holzberg, E. | 2.1 |
| 08/03/2007 | Attend to June 2007 fee statement. | Krieger, A. | 1.4 |
| 08/06/2007 | Worked on monthly fee application for June. | Holzberg, E. | 1.4 |
| 08/07/2007 | Attention to retrieval of certain quarterly fee applications of Stroock with fee orders in preparation for accounting charts. | Mohamed, D. | 0.8 |
| 08/09/2007 | Completed 75th monthly fee application & prepared for filing & serving. | Holzberg, E. | 2.8 |
| 08/10/2007 | Started to review time for monthly application for July. | Holzberg, E. | 1.1 |
| 08/10/2007 | Review Stroock's 75th monthly fee statement in preparation for filing (.6); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.7 |
| 08/14/2007 | Started to work on 25th quarterly fee applications. | Holzberg, E. | 1.1 |
| 08/16/2007 | Worked on monthly bill for July. | Holzberg, E. | 1.9 |
| 08/16/2007 | Attend to SSL's quarterly fee application. | Krieger, A. | 3.6 |
| 08/17/2007 | Attend to time detail and preparation of a quarterly fee application. | Krieger, A. | 3.8 |
| 08/20/2007 | Worked on monthly fee application & quarterly fee application. | Holzberg, E. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/20/2007 | Attend to time detail for 25th quarterly application. | Krieger, A. | 3.7 |
| 08/21/2007 | Attend to fee application. | Krieger, A. | 1.9 |
| 08/22/2007 | Worked on 25th quarterly fee application. | Holzberg, E. | 1.6 |
| 08/22/2007 | Attend to preparation of 25th quarterly fee application. | Krieger, A. | 2.3 |
| 08/23/2007 | Worked on quarterly fee application (2.8); worked on disbursements for July bill (.9). | Holzberg, E. | 3.7 |
| 08/23/2007 | Attend to July 2007 fee statement (2.1); attend to preparation of 25th quarterly fee application (1.7). | Krieger, A. | 3.8 |
| 08/24/2007 | Attend to preparation of 25th Quarterly  Fee Application. | Krieger, A. | 1.3 |
| 08/27/2007 | Attend to 25th Quarterly fee application and memorandum to KP re same. | Krieger, A. | 0.3 |
| 08/28/2007 | Worked on July bill (1.7); disc w/K. Pasquale re 25th quarterly (.1); emails w/AGK re same (.2); worked on 25th quarterly (1.0). | Holzberg, E. | 3.0 |
| 08/30/2007 | Attention to July monthly fee applications. | Holzberg, E. | 1.3 |
| 08/30/2007 | Review Stroock 25th quarterly fee application in preparation for filing (.6); prepare affidavit of service and forward same to local counsel for filing (.5); prepare and effectuate service re fee application (.8). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 22.4 | $ 255 | $ 5,712.00 |
| Krieger, Arlene G. | 22.1 | 605 | 13,370.50 |
| Mohamed, David | 4.4 | 165 | 726.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,808.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 19,808.50 |
| --- | --- |

| RE | Creditor Inquiries<br>699843  0019 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 08/02/2007 | Telephone conference bank debt holder re status. | Pasquale, K. | 0.4 |
| 08/21/2007 | T/c bank debt holder re status. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.2 | $ 605 | $ 121.00 |
| Pasquale, Kenneth | 0.4 | 720 | 288.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 409.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 409.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

---

PAGE: 24

---

| RE | Fee Application, Others<br>699843 0020 |
|----|----------------------------------------|

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/03/2007 | Exchanged memoranda with M. Lyman re June 2007 invoice. | Krieger, A. | 0.2 |
| 08/06/2007 | Exchanged memoranda with M. Lyman re Navigant's June 2007 invoice. | Krieger, A. | 0.2 |
| 08/09/2007 | Attend to newly filed fee applications (.6); attend to Navigant's June 2007 invoice (.3). | Krieger, A. | 0.9 |
| 08/14/2007 | Attend to recently filed fee applications. | Krieger, A. | 0.7 |
| 08/16/2007 | Attend to recently filed fee applications. | Krieger, A. | 0.4 |
| 08/21/2007 | Attend to recently filed fee applications. | Krieger, A. | 0.8 |
| 08/22/2007 | Attend to newly filed fee applications and certifications re fee applications. | Krieger, A. | 0.4 |
| 08/23/2007 | Attend to recently filed fee applications of other counsel (.8); attend to Navigant's July 2007 invoice (.1). | Krieger, A. | 0.9 |
| 08/26/2007 | Attend to recently filed fee applications. | Krieger, A. | 0.4 |
| 08/27/2007 | Attend to Navigant's July 2007 invoice. | Krieger, A. | 0.6 |
| 08/31/2007 | Memorandum to M. Lyman re Navigant's July 2007 invoice. | Krieger, A. | 0.3 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.8 | $ 605 | $ 3,509.00 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,509.00 |
|------------------------------------------|-----------|

# STROOCK

PAGE: 25

| TOTAL FOR THIS MATTER | $ 3,509.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

RE     Employee Benefits, Pension
699843  0021

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2007 | Attend to revised LTIP memorandum and analysis and telephone conference J. Dolan re: analysis. | Krieger, A. | 0.5 |
| 08/21/2007 | Memoranda to P. McGrath, M. Berg re status of environmental settlements. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.3 | $ 605 | $ 786.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 786.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 786.50 |
|---|---|

# STROOCK

PAGE: 27

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 35.02 |
| Local Transportation | 78.71 |
| Long Distance Telephone | 101.19 |
| Duplicating Costs-in House | 34.40 |
| Duplicating Costs-Outside | 283.94 |
| Filing Fees | 644.00 |
| O/S Information Services | 759.84 |
| Facsimile Charges | 7.00 |
| Travel Expenses - Transportation | 803.30 |
| Travel Expenses - Lodging | 215.17 |
| Travel Expenses - Meals | 16.78 |
| Westlaw | 375.26 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,354.61 |
|-----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,354.61 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2007 | Travel attendant to court hearing. | Pasquale, K. | 4.5 |
| 08/29/2007 | Travel to and from omnibus hearing<br>(Wilmington - video hook up). | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 8.5 | $ 720 | $ 6,120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,120.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,120.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2007 | Telephone conference S. Cunningham, J. Dolan re: plan-related issues, other (.6); attend to distribution schedules (.3); memorandum to P. Pantaleo re: Credit Agreement (.1); attend to plan related case law (3.2); subsequent telephone conference J. Dolan re: distribution schedules (.2). | Krieger, A. | 4.4 |
| 08/03/2007 | Attend to plan-related issues (3.7); attend to proposed Dismissal Agreement for 3d Circuit appeal and exchanged memoranda with D. Ball and memo to KP re same (.3). | Krieger, A. | 4.0 |
| 08/06/2007 | O/c LK re plan discussions with Debtors (.2); exchanged memoranda with D. Boll re Dismissal Agreement on Exclusivity Appeal (.3); attend to plan treatment issues (.9). | Krieger, A. | 1.4 |
| 08/06/2007 | O/C with AK re plan discussions w/debtors (.2); memos w/J. Baer, KP, AK re 8/2 conf. call (.3); review PI estimation experts (.8). | Kruger, L. | 1.3 |
| 08/07/2007 | Exchanged memoranda with D. Boll and with KP re Dismissal Agreement. | Krieger, A. | 0.3 |
| 08/08/2007 | Exchanged memoranda with D. Boll re: Dismissal Agreement and prepare correspondence to M. Hurford re: executed form of agreement. | Krieger, A. | 0.6 |
| 08/09/2007 | O/c LK and then exchanged memoranda w/S. Cunningham re: plan-related issues (.3); exchanged memoranda w/M. Hurford re: | Krieger, A. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Dismissal Agreement (.1). | | |
| 08/10/2007 | T/cs S. Cunningham re plan-related matters (.6); t/c L. Kruger re same (.1); t/c M. Shelnitz re plan related matters (.1); attend to plan related case law (.4). | Krieger, A. | 1.2 |
| 08/16/2007 | Attend to fully executed Dismissal Agreement. | Krieger, A. | 0.1 |
| 08/21/2007 | O/c MAS re plan-related issues (.6); memorandum to MAS re interest issues (.3). | Krieger, A. | 0.9 |
| 08/21/2007 | Office conference AGK re post-petition interest issues; work on issues raised. | Speiser, M. | 1.0 |
| 08/24/2007 | Attend to plan-related case law (interest). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.9 | $ 605 | $ 8,409.50 |
| Kruger, Lewis | 1.3 | 860 | 1,118.00 |
| Speiser, Mark A. | 1.0 | 815 | 815.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,342.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,342.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2007 | Court hearing re PI attorneys discovery. | Pasquale, K. | 3.2 |
| 08/21/2007 | O/ C with  AK & T/ C with Shelnitz, Baer et al re agenda for 8/29 hearing, strategy & related matters & Oc with AK re conf. | Kruger, L. | 0.8 |
| 08/22/2007 | Review Agenda for 8/29 hearing. | Kruger, L. | 0.2 |
| 08/24/2007 | Attend to amended agenda and exchanged memoranda with KP, LK re same. | Krieger, A. | 0.2 |
| 08/24/2007 | Review amended agenda. | Kruger, L. | 0.2 |
| 08/27/2007 | Exchanged memoranda with KP re 8/29/07 hearing. | Krieger, A. | 0.1 |
| 08/28/2007 | Attend to second amended agenda notice. | Krieger, A. | 0.1 |
| 08/29/2007 | TConf. call w/the Court re Aug. 29 agenda. | Kruger, L. | 1.6 |
| 08/29/2007 | Preparation for and attended omnibus hearing. | Pasquale, K. | 3.5 |
| 08/30/2007 | T/c KP re 8/29/07 hearing and discussions with plaintiff's' law firms re Committee's motion to modify 6/10/07 order. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 605 | $ 363.00 |
| Kruger, Lewis | 2.8 | 860 | 2,408.00 |
| Pasquale, Kenneth | 6.7 | 720 | 4,824.00 |

# STROOCK

PAGE: 32

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,595.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 7,595.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|----|--------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/08/2007 | Attend to ACC's motion to retain a new financial advisor and attend to memorandum thereon. | Krieger, A. | 2.1 |
| 08/21/2007 | Attend to Debtors' response to PI Committee's motion to retain Charter Oak Financial Consultants. | Krieger, A. | 0.2 |
| 08/22/2007 | Attention to ACC application to retain Charter Oak and debtors response to same. | Pasquale, K. | 0.6 |
| 08/24/2007 | Attention to UST motion for examiner re Tersigni. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.3 | $ 605 | $ 1,391.50 |
| Pasquale, Kenneth | 0.9 | 720 | 648.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,039.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,039.50 |
|-----------------------|-----------|

# STROOCK

PAGE: 34

| RE | Tax Issues |
|----|------------|
|    | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/21/2007 | Memorandum to M. Greenberg, M. Eichler re restructuring motion (NOL). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 605 | $ 181.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 181.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 181.50 |
|-----------------------|----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 148,926.50 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 3,354.61 |
| TOTAL BILL | $ 152,281.11 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.