# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### AUGUST 1, 2007 - AUGUST 31, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 13.8 | $ 860 | $ 11,868.00 |
| Pasquale, Kenneth | 39.0 | 720 | 28,080.00 |
| Speiser, Mark A. | 1.0 | 815 | 815.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Cutler, Ilana | 4.1 | 335 | 1,373.50 |
| Krieger, Arlene G. | 146.5 | 605 | 88,632.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 39.5 | 255 | 10,072.50 |
| Mohamed, David | 49.0 | 165 | 8,085.00 |
|  |  |  |  |
| Sub Total | 292.9 |  | $ 148,926.50 |
| Less 50% Travel | (4.3) |  | (3,060.00) |
| Total | 288.6 |  | $ 145,866.50 |

SSL-DOCS1 1847898v1