# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
AUGUST 1, 2007 - AUGUST 31, 2007

| | |
|---|---:|
| Outside Messenger Service | $ 35.02 |
| Local Transportation | 78.71 |
| Long Distance Telephone | 101.19 |
| Duplicating Costs-in House | 34.40 |
| Duplicating Costs-Outside | 283.94 |
| Filing Fees | 644.00 |
| O/S Information Services | 759.84 |
| Facsimile Charges | 7.00 |
| Travel Expenses - Transportation | 803.30 |
| Travel Expenses - Lodging | 215.17 |
| Travel Expenses - Meals | 16.78 |
| Westlaw | 375.26 |
| | |
| TOTAL | $3,354.61 |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | September 28, 2007 |
|---|---|
| INVOICE NO. | 421316 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through August 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 08/13/2007 | VENDOR: UPS; INVOICE#: 0000010X827327; DATE: 08/11/2007; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Mark Hurford Esq. Campbell & Levine, 800 North King Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195729896 on 08/08/2007 | 6.46 |
| 08/20/2007 | VENDOR: UPS; INVOICE#: 0000010X827337; DATE: 08/18/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190001920 on 08/10/2007 | 6.46 |
| 08/20/2007 | VENDOR: UPS; INVOICE#: 0000010X827337; DATE: 08/18/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190156737 on 08/10/2007 | 9.18 |
| 08/20/2007 | VENDOR: UPS; INVOICE#: 0000010X827337; DATE: 08/18/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192696347 on 08/10/2007 | 6.46 |
| 08/20/2007 | VENDOR: UPS; INVOICE#: 0000010X827337; DATE: 08/18/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO | 6.46 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1847898v1

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193404758 on 08/10/2007 | |
| **Outside Messenger Service Total** | | **35.02** |
| **Local Transportation** | | |
| 08/15/2007 | VENDOR: NYC Taxi; Invoice#: 793113; Invoice Date: 08/03/2007; Voucher #: 711749503; Kenneth Pasquale 07/31/2007 13:45 from 180 MAIDEN LA MANHATTAN NY to | 78.71 |
| **Local Transportation Total** | | **78.71** |
| **Long Distance Telephone** | | |
| 03/22/2007 | EXTN.5431, TEL.312-297-0450, S.T.15:03, DUR.00:11:18 | 5.50 |
| 08/02/2007 | EXTN.5562, TEL.215-665-2147, S.T.18:25, DUR.00:12:00 | 5.52 |
| 08/02/2007 | EXTN.5562, TEL.215-665-2147, S.T.18:25, DUR.00:12:00 | 5.52 |
| 08/02/2007 | EXTN.5562, TEL.215-665-2147, S.T.18:25, DUR.00:12:00 | -5.52 |
| 08/06/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-072207; DATE: 7/22/2007 - Conference calls July 17, 2007 to July 20, 2007 | 40.05 |
| 08/10/2007 | EXTN.3544, TEL.410-531-4000, S.T.15:10, DUR.00:01:12 | 0.92 |
| 08/10/2007 | EXTN.3544, TEL.410-531-4000, S.T.15:10, DUR.00:01:12 | 0.92 |
| 08/10/2007 | EXTN.3544, TEL.410-531-4000, S.T.15:10, DUR.00:01:12 | -0.92 |
| 08/13/2007 | EXTN.3544, TEL.203-921-6905, S.T.10:25, DUR.00:00:18 | 0.46 |
| 08/13/2007 | EXTN.5544, TEL.201-587-7111, S.T.15:29, DUR.00:01:42 | 0.92 |
| 08/14/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-072907; DATE: 7/29/2007 - Conference call July 22, 2007 to July 29, 2007 | 17.37 |
| 08/17/2007 | VENDOR: Petty Cash; INVOICE#: 081507; DATE: 8/17/2007 L Kruger conf call 6/19 | 6.45 |

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 08/19/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-081907; DATE: 8/19/2007 - Conference calls from 8-12-07 to 8-19-07 | 9.34 |
| 08/20/2007 | EXTN.5544, TEL.410-531-4362, S.T.12:52, DUR.00:02:18 | 1.38 |
| 08/21/2007 | EXTN.5562, TEL.215-665-2147, S.T.17:53, DUR.00:24:42 | 11.50 |
| 08/22/2007 | EXTN.5544, TEL.888-327-8914, S.T.13:01, DUR.00:08:54 | 0.00 |
| 08/23/2007 | EXTN.5562, TEL.518-213-6000, S.T.10:53, DUR.00:01:06 | 0.86 |
| 08/27/2007 | EXTN.5562, TEL.305-358-9900, S.T.13:10, DUR.00:01:06 | 0.92 |
| **Long Distance Telephone Total** | | **101.19** |
| **Duplicating Costs-in House** | | |
| 08/03/2007 | | 0.80 |
| 08/03/2007 | | 0.10 |
| 08/03/2007 | | 13.30 |
| 08/08/2007 | | 1.30 |
| 08/10/2007 | | 11.50 |
| 08/13/2007 | | 0.20 |
| 08/23/2007 | | 5.10 |
| 08/26/2007 | | 0.30 |
| 08/27/2007 | | 1.20 |
| 08/29/2007 | | 0.60 |
| **Duplicating Costs-in House Total** | | **34.40** |
| **Duplicating Costs-Outside** | | |
| 08/15/2007 | VENDOR: Superior Glacier Systems ,Inc.; INVOICE#: 531212; DATE: 6/30/2007 - Pages scanned for CD vol. | 283.94 |
| **Duplicating Costs-Outside Total** | | **283.94** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

| PAGE: 4 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |

**Filing Fees**

| | | |
|---|---|---|
| 08/21/2007 | Chase visa charge 7/5/07 Court Call LLC | 96.50 |
| 08/21/2007 | Chase visa charge 7/6/07 Court Call LLC | 129.00 |
| 08/21/2007 | Chase visa charge 7/6/07 Court Call LLC | 25.00 |
| 08/21/2007 | Chase visa charge 7/13/07 Court Call LLC | 187.50 |
| 08/21/2007 | Chase visa charge 7/25/07 Court Call LLC | 64.00 |
| 08/21/2007 | Chase visa charge 7/30/07 Court Call LLC | 142.00 |
| **Filing Fees Total** | | **644.00** |

**O/S Information Services**

| | | |
|---|---|---|
| 08/07/2007 | Pacer Search Service on 4/2/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 4/6/2007 | 0.64 |
| 08/07/2007 | Pacer Search Service on 4/16/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 4/17/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 4/19/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 4/23/2007 | 0.56 |
| 08/07/2007 | Pacer Search Service on 4/26/2007 | 16.00 |
| 08/07/2007 | Pacer Search Service on 5/2/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 5/7/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 5/15/2007 | 0.64 |
| 08/07/2007 | Pacer Search Service on 5/18/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 5/22/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 5/25/2007 | 0.16 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/07/2007 | Pacer Search Service on 5/30/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/6/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/8/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/14/2007 | 0.24 |
| 08/07/2007 | Pacer Search Service on 6/22/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/25/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/29/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/22/2007 | 2.40 |
| 08/07/2007 | Pacer Search Service on 4/3/2007 | 1.12 |
| 08/07/2007 | Pacer Search Service on 4/4/2007 | 2.00 |
| 08/07/2007 | Pacer Search Service on 4/6/2007 | 3.84 |
| 08/07/2007 | Pacer Search Service on 4/9/2007 | 2.08 |
| 08/07/2007 | Pacer Search Service on 4/10/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 4/17/2007 | 65.92 |
| 08/07/2007 | Pacer Search Service on 4/18/2007 | 4.40 |
| 08/07/2007 | Pacer Search Service on 4/19/2007 | 1.60 |
| 08/07/2007 | Pacer Search Service on 4/20/2007 | 5.04 |
| 08/07/2007 | Pacer Search Service on 4/23/2007 | 7.04 |
| 08/07/2007 | Pacer Search Service on 4/25/2007 | 7.04 |
| 08/07/2007 | Pacer Search Service on 4/26/2007 | 16.72 |
| 08/07/2007 | Pacer Search Service on 4/27/2007 | 14.24 |
| 08/07/2007 | Pacer Search Service on 5/1/2007 | 36.56 |

# STROOCK

| PAGE: 6 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 08/07/2007 | Pacer Search Service on 5/2/2007 | 10.72 |
| 08/07/2007 | Pacer Search Service on 5/3/2007 | 6.00 |
| 08/07/2007 | Pacer Search Service on 5/4/2007 | 4.40 |
| 08/07/2007 | Pacer Search Service on 5/7/2007 | 3.36 |
| 08/07/2007 | Pacer Search Service on 5/9/2007 | 6.40 |
| 08/07/2007 | Pacer Search Service on 5/10/2007 | 18.72 |
| 08/07/2007 | Pacer Search Service on 5/14/2007 | 16.08 |
| 08/07/2007 | Pacer Search Service on 5/15/2007 | 8.80 |
| 08/07/2007 | Pacer Search Service on 5/16/2007 | 5.20 |
| 08/07/2007 | Pacer Search Service on 5/18/2007 | 4.96 |
| 08/07/2007 | Pacer Search Service on 5/21/2007 | 32.08 |
| 08/07/2007 | Pacer Search Service on 5/22/2007 | 33.52 |
| 08/07/2007 | Pacer Search Service on 5/23/2007 | 3.20 |
| 08/07/2007 | Pacer Search Service on 5/24/2007 | 47.20 |
| 08/07/2007 | Pacer Search Service on 5/25/2007 | 5.92 |
| 08/07/2007 | Pacer Search Service on 5/29/2007 | 10.64 |
| 08/07/2007 | Pacer Search Service on 5/30/2007 | 8.64 |
| 08/07/2007 | Pacer Search Service on 5/31/2007 | 3.12 |
| 08/07/2007 | Pacer Search Service on 6/1/2007 | 3.04 |
| 08/07/2007 | Pacer Search Service on 6/4/2007 | 24.64 |
| 08/07/2007 | Pacer Search Service on 6/5/2007 | 4.80 |
| 08/07/2007 | Pacer Search Service on 6/6/2007 | 5.36 |

# STROOCK

| PAGE: 7 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 08/07/2007 | Pacer Search Service on 6/7/2007 | 4.00 |
| 08/07/2007 | Pacer Search Service on 6/8/2007 | 5.76 |
| 08/07/2007 | Pacer Search Service on 6/11/2007 | 1.12 |
| 08/07/2007 | Pacer Search Service on 6/12/2007 | 2.16 |
| 08/07/2007 | Pacer Search Service on 6/13/2007 | 7.92 |
| 08/07/2007 | Pacer Search Service on 6/14/2007 | 0.56 |
| 08/07/2007 | Pacer Search Service on 6/15/2007 | 5.20 |
| 08/07/2007 | Pacer Search Service on 6/18/2007 | 23.44 |
| 08/07/2007 | Pacer Search Service on 6/19/2007 | 19.60 |
| 08/07/2007 | Pacer Search Service on 6/20/2007 | 4.72 |
| 08/07/2007 | Pacer Search Service on 6/21/2007 | 19.36 |
| 08/07/2007 | Pacer Search Service on 6/22/2007 | 9.28 |
| 08/07/2007 | Pacer Search Service on 6/25/2007 | 1.52 |
| 08/07/2007 | Pacer Search Service on 6/26/2007 | 17.52 |
| 08/07/2007 | Pacer Search Service on 6/27/2007 | 0.48 |
| 08/07/2007 | Pacer Search Service on 6/28/2007 | 33.52 |
| 08/07/2007 | Pacer Search Service on 6/29/2007 | 4.56 |
| 08/07/2007 | Pacer Search Service on 4/6/2007 | 7.92 |
| 08/07/2007 | Pacer Search Service on 4/20/2007 | 28.00 |
| 08/07/2007 | Pacer Search Service on 4/23/2007 | 4.96 |
| 08/07/2007 | Pacer Search Service on 4/24/2007 | 7.36 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1847898v1

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07/2007 | Pacer Search Service on 4/26/2007 | 5.04 |
| 08/07/2007 | Pacer Search Service on 4/27/2007 | 6.00 |
| 08/07/2007 | Pacer Search Service on 4/30/2007 | 1.76 |
| 08/07/2007 | Pacer Search Service on 5/1/2007 | 6.48 |
| 08/07/2007 | Pacer Search Service on 5/2/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 5/9/2007 | 2.40 |
| 08/07/2007 | Pacer Search Service on 5/10/2007 | 2.40 |
| 08/07/2007 | Pacer Search Service on 5/11/2007 | 2.24 |
| 08/07/2007 | Pacer Search Service on 5/15/2007 | 2.32 |
| 08/07/2007 | Pacer Search Service on 5/17/2007 | 0.32 |
| 08/07/2007 | Pacer Search Service on 5/19/2007 | 0.32 |
| 08/07/2007 | Pacer Search Service on 5/20/2007 | 2.40 |
| 08/07/2007 | Pacer Search Service on 5/22/2007 | 0.40 |
| 08/07/2007 | Pacer Search Service on 5/24/2007 | 1.28 |
| 08/07/2007 | Pacer Search Service on 5/31/2007 | 0.72 |
| 08/07/2007 | Pacer Search Service on 6/1/2007 | 3.52 |
| 08/07/2007 | Pacer Search Service on 6/6/2007 | 0.32 |
| 08/07/2007 | Pacer Search Service on 6/8/2007 | 0.32 |
| 08/07/2007 | Pacer Search Service on 6/11/2007 | 4.32 |
| 08/07/2007 | Pacer Search Service on 6/12/2007 | 0.40 |
| 08/07/2007 | Pacer Search Service on 6/13/2007 | 1.44 |
| 08/07/2007 | Pacer Search Service on 6/14/2007 | 2.16 |

# STROOCK

| PAGE: 9 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 08/07/2007 | Pacer Search Service on 6/15/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/18/2007 | 4.72 |
| 08/07/2007 | Pacer Search Service on 6/19/2007 | 2.56 |
| 08/07/2007 | Pacer Search Service on 6/20/2007 | 2.56 |
| 08/07/2007 | Pacer Search Service on 6/22/2007 | 0.64 |
| 08/07/2007 | Pacer Search Service on 6/27/2007 | 0.32 |
| 08/07/2007 | Pacer Search Service on 6/28/2007 | 1.44 |
| 08/07/2007 | Pacer Search Service on 4/6/2007 | 2.96 |
| 08/07/2007 | Pacer Search Service on 4/9/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 4/17/2007 | 1.04 |
| 08/07/2007 | Pacer Search Service on 4/19/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 4/23/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 4/26/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 5/2/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 5/4/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 5/15/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 5/18/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 5/22/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 5/30/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 6/6/2007 | 0.08 |
| 08/07/2007 | Pacer Search Service on 4/17/2007 | 0.64 |

# STROOCK

PAGE: 10

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07/2007 | Pacer Search Service on 4/19/2007 | 1.20 |
| 08/07/2007 | Pacer Search Service on 4/25/2007 | 2.64 |
| 08/07/2007 | Pacer Search Service on 4/26/2007 | 0.24 |
| 08/07/2007 | Pacer Search Service on 4/27/2007 | 3.52 |
| 08/07/2007 | Pacer Search Service on 5/1/2007 | 0.48 |
| 08/07/2007 | Pacer Search Service on 5/3/2007 | 1.44 |
| 08/07/2007 | Pacer Search Service on 5/16/2007 | 0.80 |
| 08/07/2007 | Pacer Search Service on 5/23/2007 | 0.56 |
| 08/07/2007 | Pacer Search Service on 5/24/2007 | 0.48 |
| 08/07/2007 | Pacer Search Service on 5/29/2007 | 0.24 |
| 08/07/2007 | Pacer Search Service on 5/30/2007 | 3.20 |
| 08/07/2007 | Pacer Search Service on 5/31/2007 | 1.44 |
| 08/07/2007 | Pacer Search Service on 6/12/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/13/2007 | 4.08 |
| 08/07/2007 | Pacer Search Service on 6/19/2007 | 2.40 |
| 08/07/2007 | Pacer Search Service on 6/21/2007 | 1.60 |
| 08/07/2007 | Pacer Search Service on 6/22/2007 | 0.40 |
| 08/07/2007 | Pacer Search Service on 6/25/2007 | 0.16 |
| 08/07/2007 | Pacer Search Service on 6/29/2007 | 3.60 |
| 08/07/2007 | Pacer Search Service on 6/27/2007 | 0.08 |
| **O/S Information Services Total** | | **759.84** |

**Facsimile Charges**

# STROOCK

| PAGE: 11 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 08/29/2007 | Fax # 212-396-2120 | 7.00 |
| | **Facsimile Charges Total** | **7.00** |
| | **Travel Expenses - Transportation** | |
| 08/21/2007 | Chase visa charge 7/18/07 L Kruger 7/23/07 NY Penn Station to Wilmington, DE | 221.00 |
| 08/28/2007 | VENDOR: American Express; INVOICE#: 072507AA; DATE: 7/25/2007 - amex law trav K Pasquale EWR PIT EWR 7/25 | 312.80 |
| 08/28/2007 | VENDOR: American Express; INVOICE#: 072507H; DATE: 7/25/2007 - amex law trav fee K Pasquale EWR PIT EWR 7/25 | 32.25 |
| 08/28/2007 | VENDOR: American Express; INVOICE#: 072507HH; DATE: 7/25/2007 - amex law trav K Pasquale 7/25 hotel reservation fee | 10.00 |
| 08/31/2007 | VENDOR: Ken Pasquale; INVOICE#: KP083007; DATE: 8/31/2007 - 07/31 - 08/01 Court hearing in Pittsburgh, PA - cabfares | 95.00 |
| 08/31/2007 | VENDOR: Ken Pasquale; INVOICE#: KP083007; DATE: 8/31/2007 - 08/29/07 Court hearing in Wilmington, DE - parking, tolls and mileage | 132.25 |
| | **Travel Expenses - Transportation Total** | **803.30** |
| | **Travel Expenses - Lodging** | |
| 08/31/2007 | VENDOR: Ken Pasquale; INVOICE#: KP083007; DATE: 8/31/2007 - 07/31 - 08/01 Court hearing in Pittsburgh, PA - hotel | 215.17 |
| | **Travel Expenses - Lodging Total** | **215.17** |
| | **Travel Expenses - Meals** | |
| 08/31/2007 | VENDOR: Ken Pasquale; INVOICE#: KP083007; DATE: 8/31/2007 - 07/31 - 08/01 Court hearing in Pittsburgh, PA - meals | 16.78 |
| | **Travel Expenses - Meals Total** | **16.78** |
| | **Westlaw** | |
| 08/01/2007 | Transactional search by Krieger, Arlene G. | 87.93 |
| 08/03/2007 | Transactional search by Krieger, Arlene G. | 281.16 |

# STROOCK

PAGE: 12

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13/2007 | Transactional search by Krieger, Arlene G. | 6.17 |
| | **Westlaw Total** | **375.26** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 35.02 |
| Local Transportation | 78.71 |
| Long Distance Telephone | 101.19 |
| Duplicating Costs-in House | 34.40 |
| Duplicating Costs-Outside | 283.94 |
| Filing Fees | 644.00 |
| O/S Information Services | 759.84 |
| Facsimile Charges | 7.00 |
| Travel Expenses - Transportation | 803.30 |
| Travel Expenses - Lodging | 215.17 |
| Travel Expenses - Meals | 16.78 |
| Westlaw | 375.26 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,354.61 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.