

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

September 26, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - August 2007*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 81.50 hrs. @ $550 | $44,825.00 |
| RF | 4.50 hrs. @ $350 | 1,575.00 |
| ML | 28.50 hrs. @ $325 | 9,262.50 |
| JM | 142.75 hrs. @ $325 | 46,393.75 |
| JH | 37.75 hrs. @ $275 | 10,381.25 |
| JS | 137.50 hrs. @ $270 | 37,125.00 |
| AM | 167.00 hrs. @ $200 | 33,400.00 |
| JF | 111.00 hrs. @ $200 | 22,200.00 |
| MF | 8.75 hrs. @ $175 | 1,531.25 |
| CP | 2.00 hrs. @ $100 | 200.00 |

**Total Professional Fees** .................................................................................$206,893.75

**Expenses:**

| | |
|---|---|
| Airfare | $ 1,017.80 |
| Ground Transportation / Auto Expense | 20.00 |
| Lodging | 834.28 |
| Meals | 197.51 |
| Overnight Delivery/Courier | 67.98 |
| Research | 1,121.22 |

**Total Expenses**.....................................................................................$3,258.79

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 225327

**Total Amount Due for August Services and Expenses** ................................................ $210,152.54

Outstanding Invoices:

| Inv No. | 206134 | June 20, 2007 | $162,431.03 |
| Inv No. | 210930 | July 17, 2007 | 200,294.81 |
| Inv No. | 222436 | August 22, 2007 | 208,116.54 |

**Total Outstanding Invoices** ......................................................................................... $570,842.38

Total Amount Due For August Services, Expenses and Outstanding Invoices ......... $780,994.92



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 8/1/2007 | 4.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 8/2/2007 | 3.00 | Analysis and rebuttal of other experts. |
| CHAMBERS, LETITIA | 8/8/2007 | 3.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/9/2007 | 2.50 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/10/2007 | 1.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/13/2007 | 2.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/14/2007 | 2.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/15/2007 | 8.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/16/2007 | 8.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/20/2007 | 8.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/21/2007 | 4.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/22/2007 | 8.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/27/2007 | 10.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/28/2007 | 5.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/29/2007 | 6.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/30/2007 | 4.00 | Analysis and rebuttal of other experts |
| CHAMBERS, LETITIA | 8/31/2007 | 3.00 | Analysis and rebuttal of other experts |
| FARRELL, RICHARD | 8/17/2007 | 1.00 | Research and analysis of federal information re vermiculite and Libby health assessments. |
| FARRELL, RICHARD | 8/23/2007 | 2.50 | Research and analysis of federal information re vermiculite and Libby health assessments. |
| FARRELL, RICHARD | 8/30/2007 | 0.50 | Research and analysis of federal information re vermiculite and Libby health assessments. |
| FARRELL, RICHARD | 8/31/2007 | 0.50 | Research and analysis of federal information re vermiculite and Libby health assessments. |
| FRAGALE, MATTHEW | 8/6/2007 | 4.00 | Reviewed expert reports and materials considered and helped prepare rebuttal |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FRAGALE, MATTHEW | 8/7/2007 | 0.75 | Conference call with staff |
| FRAGALE, MATTHEW | 8/7/2007 | 4.00 | Reviewed expert reports and materials considered and helped prepare rebuttal |
| FUNG, JOANNE | 8/1/2007 | 2.00 | Programmed spreadsheet. Revised memo. |
| FUNG, JOANNE | 8/3/2007 | 5.00 | Programmed spreadsheet. Reviewed expert report. |
| FUNG, JOANNE | 8/6/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 8/7/2007 | 9.00 | Programmed spreadsheet. Reviewed expert materials. Programmed SAS code. |
| FUNG, JOANNE | 8/8/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. Revised memo. |
| FUNG, JOANNE | 8/9/2007 | 5.00 | Programmed spreadsheet. Reviewed expert materials. Revised memo. |
| FUNG, JOANNE | 8/10/2007 | 6.00 | Programmed spreadsheet. Revised memo. |
| FUNG, JOANNE | 8/13/2007 | 5.50 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 8/14/2007 | 3.50 | Reviewed expert report. Drafted memo. |
| FUNG, JOANNE | 8/21/2007 | 3.00 | Reviewed expert report. Programmed spreadsheet. Updated memo. |
| FUNG, JOANNE | 8/22/2007 | 8.00 | Reviewed expert report. Programmed spreadsheet. Created a memo. |
| FUNG, JOANNE | 8/23/2007 | 8.00 | Reviewed expert report. Programmed SAS. |
| FUNG, JOANNE | 8/24/2007 | 9.00 | Programmed spreadsheet. Programmed SAS. Reviewed expert report. |
| FUNG, JOANNE | 8/27/2007 | 8.00 | Programmed spreadsheet. Reviewed expert report. Drafted memo. |
| FUNG, JOANNE | 8/28/2007 | 7.50 | Commented on report. Programmed spreadsheet. Drafted Memo. |
| FUNG, JOANNE | 8/29/2007 | 7.00 | Reviewed expert report. Programmed spreadsheet. |
| FUNG, JOANNE | 8/30/2007 | 6.00 | Programmed spreadsheet. Reviewed Rebuttal Report. |



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 8/31/2007 | 2.50 | Programmed spreadsheet. Updated memo. Reviewed expert report. |
| HOREWITZ, JESSICA | 8/1/2007 | 6.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 8/2/2007 | 4.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 8/3/2007 | 3.75 | Reviewed draft report. |
| HOREWITZ, JESSICA | 8/6/2007 | 4.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 8/8/2007 | 2.75 | Helped prepare rebuttal report. |
| HOREWITZ, JESSICA | 8/9/2007 | 3.00 | Helped prepare rebuttal report. |
| HOREWITZ, JESSICA | 8/10/2007 | 2.75 | Helped prepare rebuttal report. |
| HOREWITZ, JESSICA | 8/20/2007 | 2.50 | Reviewed draft report. |
| HOREWITZ, JESSICA | 8/21/2007 | 2.25 | Reviewed draft report, met with project team. |
| HOREWITZ, JESSICA | 8/22/2007 | 0.75 | Reviewed draft report. |
| HOREWITZ, JESSICA | 8/27/2007 | 1.75 | Met with project team. |
| HOREWITZ, JESSICA | 8/29/2007 | 3.50 | Reviewed sections of draft report. |
| LYMAN, MARY | 8/1/2007 | 3.25 | Work on rebuttal report |
| LYMAN, MARY | 8/2/2007 | 2.75 | Team meeting; work on rebuttal report |
| LYMAN, MARY | 8/3/2007 | 0.75 | Work on rebuttal report |
| LYMAN, MARY | 8/6/2007 | 1.00 | Work on rebuttal report |
| LYMAN, MARY | 8/11/2007 | 1.00 | Work on rebuttal report |
| LYMAN, MARY | 8/13/2007 | 7.00 | Work on rebuttal report |
| LYMAN, MARY | 8/14/2007 | 0.50 | Project administration |
| LYMAN, MARY | 8/17/2007 | 0.75 | Discussion and review of draft report; project administration |
| LYMAN, MARY | 8/28/2007 | 7.75 | Worked on rebuttal report. |
| LYMAN, MARY | 8/29/2007 | 1.75 | Worked on rebuttal report. |
| LYMAN, MARY | 8/30/2007 | 1.25 | Worked on rebuttal report |
| LYMAN, MARY | 8/31/2007 | 0.75 | Project administration |
| MCINTIRE, JAMES | 7/29/2007 | 3.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 7/30/2007 | 3.50 | Work on rebuttal report |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 7/31/2007 | 9.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/1/2007 | 8.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/2/2007 | 8.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/3/2007 | 3.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/6/2007 | 2.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/7/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/8/2007 | 3.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/9/2007 | 5.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/10/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/13/2007 | 2.75 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/14/2007 | 6.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/15/2007 | 5.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/16/2007 | 6.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/17/2007 | 5.75 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/19/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/20/2007 | 6.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/21/2007 | 6.00 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/22/2007 | 6.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/23/2007 | 5.75 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/24/2007 | 4.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/26/2007 | 2.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/27/2007 | 7.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/28/2007 | 6.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/29/2007 | 7.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/30/2007 | 3.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 8/31/2007 | 5.75 | Work on rebuttal report |
| MHATRE, ARCHANA | 8/1/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 8/2/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 8/3/2007 | 8.00 | PIQ database - data analysis & reporting. |



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 8/6/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/7/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/8/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/9/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/10/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/13/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/14/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/15/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/16/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/17/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/20/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/21/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/22/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/23/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/24/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/27/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/28/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 8/29/2007 | 7.00 | Data Analysis & Reporting. |
| PADUCH, CHRISTINE | 8/28/2007 | 2.00 | Compile news articles re W.R. Grace asbestos coverage. |
| SIRGO, JORGE | 8/1/2007 | 8.50 | Assist with analyses for rebuttal. |
| SIRGO, JORGE | 8/2/2007 | 7.50 | Assist with analyses for rebuttal. |
| SIRGO, JORGE | 8/6/2007 | 8.50 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/7/2007 | 9.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/8/2007 | 8.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/9/2007 | 8.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/10/2007 | 9.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/13/2007 | 6.00 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 8/14/2007 | 6.50 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 8/15/2007 | 5.50 | Assist with analyses for rebuttal report. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 8/16/2007 | 5.50 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 8/17/2007 | 2.00 | Assist with analyses for rebuttal report. |
| SIRGO, JORGE | 8/20/2007 | 6.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 8/21/2007 | 5.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 8/22/2007 | 7.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 8/23/2007 | 5.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 8/24/2007 | 4.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 8/27/2007 | 3.50 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/28/2007 | 3.50 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/29/2007 | 7.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/30/2007 | 6.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 8/31/2007 | 6.50 | Assist with rebuttal analyses. |