# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

August 17, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1327089                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 50.90 | hrs. at | $595.00 /hr. = | $30,285.50 | |
| RW RILEY | PARTNER | 5.90 | hrs. at | $480.00 /hr. = | $2,832.00 | |
| WS KATCHEN | OF COUNSEL | 14.10 | hrs. at | $650.00 /hr. = | $9,165.00 | |
| DM SPEERS | PARALEGAL | 0.20 | hrs. at | $240.00 /hr. = | $48.00 | |
| BA GRUPPO | PARALEGAL | 0.90 | hrs. at | $235.00 /hr. = | $211.50 | |
| EM O'BYRNE | PARALEGAL | 1.80 | hrs. at | $180.00 /hr. = | $324.00 | |
| AT ASH | LEGAL ASSISTANT | 2.90 | hrs. at | $175.00 /hr. = | $507.50 | |
| | | | | | | $43,373.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| DOCUMENT RETRIEVAL | 28.30 | |
| LEXIS LEGAL RESEARCH | 504.47 | |
| MISCELLANEOUS | 25.00 | |
| OVERNIGHT MAIL | 44.57 | |
| PRINTING & DUPLICATING | 23.85 | |
| PRINTING & DUPLICATING - EXTERNAL | 908.80 | |
| TRAVEL - LOCAL | 10.00 | |
| TOTAL DISBURSEMENTS | | $1,544.99 |

BALANCE DUE THIS INVOICE                                   $44,918.49

PREVIOUS BALANCE                                          $101,249.81

TOTAL BALANCE DUE                                         $146,168.30

Duane Morris
August 17, 2007
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1327089

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/1/2007 | 002 | MR LASTOWSKI | REVIEW DEBTORS' RULE 363 MOTION (WASHCOAT BUSINESS) | 0.90 | $535.50 |
| | | | Code Total | 0.90 | $535.50 |

Duane Morris
August 17, 2007
Page 3

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/27/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 0.20 | $36.00 |

Duane Morris
August 17, 2007
Page 4

File # K0248-00001                                             INVOICE # 1327089
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/2/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M HAHN | 0.10 | $23.50 |
| 7/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/10/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET AT REQUEST OF W KATCHEN FOR MOTION TO TERMINATE EXCLUSIVITY PERIOD; DOWNLOAD OBJECTION OF TRUSTEE TO EXTENSION AND FORWARD SAME | 0.20 | $36.00 |
| 7/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/11/2007 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET AND FORWARD DAILY TO W KATCHEN PURSUANT TO HIS REQUEST | 0 10 | $18.00 |
| 7/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
August 17, 2007
Page 5

File # K0248-00001                                     INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/13/2007 | 004 | DM SPEERS | ONLINE SEARCH FOR 7/12/07 9TH CIRCUIT OPINION IN IN USA V. W.R. GRACE, DOWNLOAD AND EMAIL TO WSKATCHEN | 0.20 | $48.00 |
| 7/18/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/19/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 7/19/2007 | 004 | WS KATCHEN | REVIEW BRIEF ON STATUTE OF LIMITATION; EMAILS STROOCK REGARDING SAME. | 0.30 | $195.00 |
| 7/20/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO WILLIAM KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 7/20/2007 | 004 | WS KATCHEN | REVIEW DEBTOR'S BRIEF OF STATUTE OF LIMITATION VS. MOTLEY RICE. | 0.60 | $390.00 |
| 7/23/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 7/24/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 7/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M HAHN | 0.10 | $23.50 |
| 7/25/2007 | 004 | EM O'BYRNE | DAILY WATCH OF DOCKET SHEET FOR NEW PLEADINGS, DOWNLOAD AND E-MAIL TO W KATCHEN | 0.30 | $54.00 |
| 7/25/2007 | 004 | RW RILEY | REVIEWING DOCKET AND MOTION TO AUTHORIZE IMPLEMENTATION OF THE 2007-2009 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES; ORDER APPROVING STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING CERTAIN CLAIMS FILED BY DEL TACO AND ORDER DENYING EXTENSION OF EXCLUSIVITY AND TERMINATING SAME | 1.80 | $864.00 |

Duane Morris
August 17, 2007
Page 6

File # K0248-00001                                  INVOICE # 1327089
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/26/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW FILINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0 20 | $36 00 |
| 7/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| | | | Code Total | 5.40 | $1,996.50 |

Duane Morris
August 17, 2007
Page 7

File # K0248-00001                                                INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/1/2007 | 005 | MR LASTOWSKI | ANALYSIS OF LIBBY CLAIMANTS' MOTION TO ALTER OR AMEND THE COURT'S MODIFIED STAY ORDER | 0.50 | $297.50 |
| 7/1/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM ASBESTOS TRUSTS | 0.90 | $535.50 |
| 7/1/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM ASBESTOS TRUSTS | 0.90 | $535.50 |
| 7/2/2007 | 005 | MR LASTOWSKI | REVIEW JENNIFER BRIGGS REPORT | 1.50 | $892.50 |
| 7/2/2007 | 005 | MR LASTOWSKI | REVIEW MARK PETERSON REPORT | 1.80 | $1,071.00 |
| 7/2/2007 | 005 | MR LASTOWSKI | REVIEW MARKEVELAND REPORT | 0.10 | $59.50 |
| 7/2/2007 | 005 | MR LASTOWSKI | REVIEW MARKEVELAND REPORT | 1.10 | $654.50 |
| 7/2/2007 | 005 | MR LASTOWSKI | REVIEW LAURA WELCH REPORT | 0.30 | $178.50 |
| 7/2/2007 | 005 | MR LASTOWSKI | REVIEW RADECKI REPORT | 0.10 | $59.50 |
| 7/2/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO LAW FIRM MOTIONS FOR PROTECTIVE ORDERS AND UNDERLYING MOTIONS | 0.60 | $357.00 |
| 7/3/2007 | 005 | MR LASTOWSKI | ANALYSIS OF ELIZABETH ANDERFSON EXSPERT REPORT | 1.60 | $952.00 |
| 7/3/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO COMPEL THE CELOTEX ASBESTOS TRUST TO PRODUCE DOCUMENTS | 0.80 | $476.00 |
| 7/3/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO COMPEL THE CELOTEX ASBESTOS TRUST TO PRODUCE DOCUMENTS | 0.60 | $357.00 |
| 7/3/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY EXPERT REPORTS | 1.70 | $1,011.50 |
| 7/3/2007 | 005 | MR LASTOWSKI | REVIEW VICTOR ROGGLI EXPERT REPORTS | 0.70 | $416.50 |
| 7/5/2007 | 005 | MR LASTOWSKI | PREPARE FOR AND ATTEND (TELEPHONICALLY) HEARING ON ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION | 9.20 | $5,474.00 |
| 7/6/2007 | 005 | MR LASTOWSKI | REVIEW REVIEW CONGOLEUM MOTION FOR A PROTECTIVE ORDER | 0.70 | $416.50 |
| 7/10/2007 | 005 | WS KATCHEN | REVIEW/ANALYSIS OBJECTION BY ASBESTOS CONSTITUENTS - §1121(D) MOTION | 0.60 | $390.00 |
| 7/10/2007 | 005 | WS KATCHEN | REVIEW UST OBJECTION §1121(D) MOTION; TELEPHONE CONVERSATION WITH COMMITTEE MEMBERS; TELEPHONE CONVERSATION WITH STROOK - K. KRUGER. | 0.50 | $325.00 |
| 7/11/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S CONSOLIDATED RESPONSE TO MOTIONS TO ALTER OR AMEND THE TEMPORARY STAY RE: ACTIONS AGAINST BNSF OR THE STATE OF MONTANA | 0.30 | $178.50 |

Duane Morris
August 17, 2007
Page 8

File # K0248-00001                                                           INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/11/2007 | 005 | MR LASTOWSKI | REVIEW TRIAL BRIEFS FOR JULY 30 AND JULY 31 STATUTE OF LIMITATIONS HEARINGS | 0.50 | $297.50 |
| 7/13/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S CERTIFICATION OF COUNSEL RE; THIRD SET OF INTERROGATORIES ADDRESSED TO CERTAIN PERSONAL INJURY COUNSEL | 0.40 | $238.00 |
| 7/13/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S RULE 9019 MOTION RE SETTLEMENT WITH CITY OF PHILADELPHIA | 0.40 | $238.00 |
| 7/13/2007 | 005 | MR LASTOWSKI | REVIEW RELIANCE MATERIALS RELATE4D TO JENNIFER BIGGS EXPERT REPORT | 1.20 | $714.00 |
| 7/16/2007 | 005 | MR LASTOWSKI | REVIEW DISCOVERY DISPUTES | 1.40 | $833.00 |
| 7/16/2007 | 005 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER ISSUES; SIGN PROTECTIVE ORDER | 0.70 | $416.50 |
| 7/17/2007 | 005 | MR LASTOWSKI | REVIEW STATUS OF PROTECTIVE ORDER | 0.40 | $238.00 |
| 7/19/2007 | 005 | MR LASTOWSKI | REVIEW DISCOVERY ISSUES | 1.70 | $1,011.50 |
| 7/19/2007 | 005 | MR LASTOWSKI | REVIEW APPELLATE BRIEFS OF FORTY FOUR CLAIMAINTS WHOSE CLAIMS WERE DISMISSED BY THE COURT'S ORDER OF 4/17/07 | 0.50 | $297.50 |
| 7/19/2007 | 005 | RW RILEY | REVIEWING FILINGS RELATED TO DEBTORS' FARTHER REQUEST FOR EXTENSION OF EXCLUSIVITY AND OBJECTION THERETO | 1.70 | $816.00 |
| 7/20/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS COMMITTEE'S OBJECTIONS TO DEBTORS' REQUEST FOR DOCUMENTS FROM THE CELOTEX SETLEMENT TRUST'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0.10 | $59.50 |
| 7/20/2007 | 005 | MR LASTOWSKI | REVIEW 3RD CIRCUIT APPELLATE BRIEFS OF ASBESTOS COMMITTEES SEEKING TO TERMINATE EXCLUSIVITY | 2.50 | $1,487.50 |
| 7/24/2007 | 005 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR JULY 30 AND JULY 31 HEARINGS | 3.40 | $2,023.00 |
| 7/25/2007 | 005 | WS KATCHEN | REVIEW CELOTEX ASBESTO'S TRUST RESPONSE. | 0.30 | $195.00 |
| 7/25/2007 | 005 | WS KATCHEN | REVIEW ORDER - FILING UNDER SEAL; REVIEW D11 INDENTURE ASBESTOS TRUST'S RESPONSE. | 0.40 | $260.00 |
| 7/26/2007 | 005 | WS KATCHEN | REVIEW DEBTOR'S REPLY BRIEF AND STATUTE OF LIMITATION (MOTLEY RICE); REVIEW CELOTEX ASBESTOS TRUST OPPOSITION REGARDING LEAVE FROM SCHEDULING ORDER. | 3.00 | $1,950.00 |
| 7/27/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE MOTION TO FILE DOCUMENTS UNDER SEAL | 0.40 | $238.00 |

Duane Morris
August 17, 2007
Page 9

File # K0248-00001                                    INVOICE # 1327089
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/27/2007 | 005 | MR LASTOWSKI | REVIEW CELOTEX SETLEMENT TRUST'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0 70 | $416.50 |
| 7/27/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS COMMITTEE'S OBJECTIONS TO DEBTORS' REQUEST FOR DOCUMENTS FROM THE CELOTEX SETLEMENT TRUST'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0.10 | $59.50 |
| 7/30/2007 | 005 | RW RILEY | REVIEWING REPLY IN SUPPORT OF DEBTOR'S MOTIONS TO COMPEL DISCOVERY FROM THE CELOTEX ASBESTOS TRUST AND THE DII INDUSTRIES, LLC ASBESTOS PI TRUST | 0.40 | $192.00 |
| | | | Code Total | 44 70 | $26,619 00 |

Duane Morris
August 17, 2007
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1327089

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/6/2007 | 006 | MR LASTOWSKI | REVIEW NJDEP'S MOTION TO FILE LATE PROOF OF CLAIM; REVIEW DEBTORS' OBJECTION; REVIEW TRADE COMMITTEE'S JOINDER | 1 20 | $714 00 |
| 7/6/2007 | 006 | RW RILEY | REVIEWING NJDEP'S MOTION SEEKING PERMISSION TO FILE A LATE PROOF OF CLAIM; REVIEWING DEBTORS' OBJECTION TO THE NJDEP'S MOTION SEEKING PERMISSION TO FILE A LATE PROOF OF CLAIM; REVIEWING AND COORDINATING FILING AND SERVICE OF COMMITTEE'S JOINDER IN DEBTORS' OBJECTION TO THE NJDEP'S MOTION SEEKING PERMISSION TO FILE A LATE PROOF OF CLAIM; COMMUNICATIONS TO DEBTORS' COUNSEL REGARDING SAME | 1 60 | $768 00 |
| | | | Code Total | 2.80 | $1,482.00 |

Duane Morris
August 17, 2007
Page 11

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/27/2007 | 008 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO IMPLEMENT LONG TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES | 0.30 | $178.50 |
| | | | Code Total | 0.30 | $178.50 |

Duane Morris
August 17, 2007
Page 12

File # K0248-00001                                        INVOICE #  1327089
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/24/2007 | 010 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 38TH INTERIM FEE APPLICATION | 0.10 | $59.50 |
| 7/24/2007 | 010 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 39TH INTERIM FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 0.20 | $119.00 |

Duane Morris
August 17, 2007
Page 13

File # K0248-00001                                          INVOICE #  1327089
    W R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/11/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF STROOCK FORTIETH INTERIM APPLICATION | 0 10 | $59 50 |
| 7/12/2007 | 012 | AT ASH | DRAFT 64TH MONTHLY APPLICATION OF DUANE MORRIS | 0.50 | $87.50 |
| 7/12/2007 | 012 | AT ASH | DRAFT 65TH MONTHLY APPLICATION OF DUANE MORRIS. | 0 50 | $87.50 |
| 7/12/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 64TH INTERIM FEE APPLICATION | 0.20 | $119.00 |
| 7/12/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 65TH INTERIM FEE APPLICATION | 0.20 | $119.00 |
| 7/13/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 64TH MONTHLY APPLICATION OF DUANE MORRIS | 0 30 | $52 50 |
| 7/13/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 65TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.30 | $52.50 |
| 7/17/2007 | 012 | AT ASH | DRAFT DUANE MORRIS 66TH FEE APPLICATION. | 0.60 | $105 00 |
| 7/31/2007 | 012 | AT ASH | FINALIZE DM 66TH MONTHLY FEE APPLICATION. CONVERT TO PDF FORMAT AND E-FILE. SERVICE OF SAME. | 0.70 | $122.50 |
| 7/31/2007 | 012 | RW RILEY | REVIEWING AND EXECUTING DUANE MORRIS' 66TH INTERIM FEE APPLICATION | 0 40 | $192.00 |
| | | | Code Total | 3.80 | $997.00 |

Duane Morris
August 17, 2007
Page 14

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/20/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR JULY OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.20 | $1,904.00 |
| 7/23/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.80 | $3,451.00 |
| | | | Code Total | 9.00 | $5,355.00 |

Duane Morris
August 17, 2007
Page 15

File # K0248-00001                                        INVOICE #  1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/13/2007 | 016 | WS KATCHEN | TELEPHONE CONVERSATION WITH COMMITTEE MEMBERS REGARDING 9TH CIR. REVERSAL | 0 20 | $130 00 |
| | | | Code Total | 0 20 | $130 00 |

Duane Morris
August 17, 2007
Page 16

File # K0248-00001                                      INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/10/2007 | 017 | MR LASTOWSKI | REVIEW OBJECTIONS TO THE DEBTORS' MOTION FURTHER TO EXTEND EXCLUSIVITY | 0.50 | $297.50 |
| | | | Code Total | 0.50 | $297.50 |

Duane Morris
August 17, 2007
Page 17

File # K0248-00001                  INVOICE #  1327089
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/26/2007 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH COMMITTEE MEMBER. | 0.10 | $65.00 |
| 7/27/2007 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL REGARDING 1121(D) - L. KRUGER. | 0.40 | $260.00 |
| | | | Code Total | 0.50 | $325.00 |

Duane Morris
August 17, 2007
Page 18

File # K0248-00001                                    INVOICE #  1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/6/2007 | 027 | MR LASTOWSKI | REVIEW CAPSTONE FIRST QUARTER FINANCIAL ANALYSISI | 0.30 | $178.50 |
| 7/6/2007 | 027 | MR LASTOWSKI | REVIEW MAY MONTHLY OPERATING REPORT | 0.20 | $119.00 |
| 7/17/2007 | 027 | WS KATCHEN | REVIEW SEALED AIR; EMAILS WITH M. CHEHI; CONFERENCE WITH E ORDWAY | 0.30 | $195.00 |
| 7/18/2007 | 027 | WS KATCHEN | TELEPHONE CONVERSATION WITH L. KRUGER REGARDING STRATEGY; COMMITTEE CONFERENCE CALL REGARDING CASE STRATEGY AND PLAN ISSUES; 2ND TELEPHONE CONVERSATION WITH L. KRUGER | 1.20 | $780.00 |
| 7/30/2007 | 027 | WS KATCHEN | REVIEW MOTION KERP. | 0.20 | $130.00 |
| 7/31/2007 | 027 | WS KATCHEN | TELEPHONE CONVERSATION WITH STROOCK REGARDING SCHEDULING; REVIEW EMAIL TO COMMITTEE. | 0.20 | $130.00 |
| | | | Code Total | 2.40 | $1,532.50 |

Duane Morris
August 17, 2007
Page 19

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/13/2007 | 029 | WS KATCHEN | REVIEW JULY 19TH COURT AGENDA. | 0.10 | $65.00 |
| 7/13/2007 | 029 | WS KATCHEN | REVIEW STROOCK MEMO; REVIEW OF 9TH CIR. OPINION. | 0.90 | $585.00 |
| 7/16/2007 | 029 | WS KATCHEN | REVIEW LATEST DEBTOR REPLY PLEADINGS REGARDING 1121(D) MOTION; REVIEW CAPSTONE REPORT; REVIEW MODIFIED 2ND AMENDED CMO; REVIEW MODIFIED ORDER REGARDING PRIVILEGES ISSUES; EMAL STROOCK REGARDING SAME; REVIEW DEBTORS' CONSOLIDATED RESPONSE REGARDING MONTANA A/C; REVIEW DEBTOR'S OBJECTION TO NJDEP CLAIM AND EXHIBITS. | 1.90 | $1,235.00 |
| 7/19/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S REPLY ON §1127(D) OBJECTIONS; TELEPHONE CONVERSATION WITH COMMITTEE MEMBER. | 0.20 | $130.00 |
| 7/24/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO REGARDING §1121(D) ISSUE; REVIEW EXHIBITS. | 0.40 | $260.00 |
| 7/26/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE REPORT ON §1121(D) DECISION; REPLY TO STROOCK. | 0.20 | $130.00 |
| 7/30/2007 | 029 | WS KATCHEN | REVIEW ACC OPPOSITION AND FUTURE'S REP TO DEBTOR'S REQUEST FOR DEPOSITION ET AL - CLAIMANT LAW FIRMS; REVIEW EXHIBITS TO OBJECTION; REVIEW CERTIFICATION OF COUNSEL - BARON & BUDD ET (RESPONSES TO BE SEALED); REVIEW MOTION BY BARON & BUDD ET AL TO FILE UNDER SEAL RESPONSES. | 1.20 | $780.00 |
| 7/30/2007 | 029 | WS KATCHEN | REVIEW ORDER - FOR SALE WASHCOUT BUSINESS | 0.30 | $195.00 |
| 7/31/2007 | 029 | WS KATCHEN | REVIEW JULY 26TH ORDER - §1121(D); REVIEW JULY 24TH ORDER - SEMPRA; REVIEW JULY 26TH ORDER - CRMC; REPLY TO DEBTOR - CELOTEX TRUST | 0.50 | $325.00 |
| 7/31/2007 | 029 | WS KATCHEN | REVIEW CLAIMANT'S RESPONSE (MOTLEY RICE) | 0.10 | $65.00 |
| | | | Code Total | 5.80 | $3,770.00 |

Duane Morris
August 17, 2007
Page 20

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1327089

TOTAL SERVICES                    76.70    $43,373.50

Duane Morris
August 17, 2007
Page 21

File # K0248-00001                                        INVOICE #  1327089
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 7/31/2007 | PRINTING & DUPLICATING - EXTERNAL | | 908.80 |
| | | Total: | $908.80 |
| | | | |
| 7/31/2007 | TRAVEL - LOCAL | | 10.00 |
| | | Total: | $10.00 |
| | | | |
| 6/27/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 35.50 |
| 6/27/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| 7/9/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 7/9/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 24.50 |
| 7/9/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 100.50 |
| 7/13/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 10.50 |
| 7/13/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 134.00 |
| 7/13/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 8.00 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.62 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 10.50 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 26.50 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.62 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 17.50 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 71.00 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.75 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.62 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 17.50 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 28.00 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.62 |
| | | Total: | $504.47 |
| | | | |
| 7/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798217868980) | | 6.54 |
| 7/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790290910121) | | 13.26 |
| 7/31/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790303776568) | | 6.02 |
| 7/31/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790795322238) | | 18.75 |
| | | Total: | $44.57 |
| | | | |
| 6/13/2007 | MRL/FEES@COURTCALL/TELEPHONICAPPEARANCE | | 25.00 |
| | | Total: | $25.00 |
| | | | |
| 7/31/2007 | DOCUMENT RETRIEVAL | | 28.30 |
| | | Total: | $28.30 |

DUANE MORRIS LLP

Duane Morris
August 17, 2007
Page 22

File # K0248-00001                                    INVOICE #  1327089
    W.R. GRACE & CO.


7/31/2007    PRINTING & DUPLICATING                                    23.85
                                                   Total:            $23.85

                          TOTAL DISBURSEMENTS          .           $1,544 99