# Exhibit A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

September 7, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001     Invoice# 1330087                                  IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 26.20 hrs. at | $595.00 /hr. = | $15,589.00 |
| RW RILEY | PARTNER | 4.20 hrs. at | $480.00 /hr. = | $2,016.00 |
| WS KATCHEN | OF COUNSEL | 7.10 hrs. at | $650.00 /hr. = | $4,615.00 |
| BA GRUPPO | PARALEGAL | 0.70 hrs. at | $235.00 /hr. = | $164.50 |
| EM O'BYRNE | PARALEGAL | 5.00 hrs. at | $180.00 /hr. = | $900.00 |
| AT ASH | LEGAL ASSISTANT | 2.60 hrs. at | $175.00 /hr. = | $455.00 |

$23,739.50

DISBURSEMENTS
DINNER - LOCAL                          46.71
FILING FEES                            834.81
MISCELLANEOUS                          245.00
PRINTING & DUPLICATING                  97.65
TRAVEL - LOCAL                          82.00
TOTAL DISBURSEMENTS                                         $1,306.17

BALANCE DUE THIS INVOICE                                    $25,045.67

PREVIOUS BALANCE                                           $146,168.30

TOTAL BALANCE DUE                                          $171,213.97

Duane Morris
September 7, 2007
Page 2

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/21/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/22/2007 | 003 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET AND FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| 8/23/2007 | 003 | EM O'BYRNE | REVIEW DOCKET AND DOWNLOAD RECORD OF NEW FILINGS; FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 8/24/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/27/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/28/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; EMAIL TO W KATCHEN | 0.20 | $36.00 |
| 8/29/2007 | 003 | EM O'BYRNE | DOWNLOAD DOCKET AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/30/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET AND DOWNLOAD; SCAN TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 8/31/2007 | 003 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET, DOWNLOAD NEW ENTRIES AND FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 1.80 | $324.00 |

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　　　INVOICE #  1330087
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/1/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/2/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD NEW PLEADINGS; SCAN AND EMAIL TO W KATCHEN | 0.20 | $36.00 |
| 8/2/2007 | 004 | WS KATCHEN | REVIEW LIBBY EXPERTS RESPONSE TO MERAIS & WECKER; REVIEW LIBBY EXPERT RESPONSE TO HABER; REVIEW CLAIMANT'S AUTHORITIES ON BEHALF OF MOTLEY RICE; REVIEW SUPPLEMENTAL REBUTTAL EXPERT REPORT V. ROGGLI; REVIEW LIBBY EXPERT RESPONSE; REVIEW WHITEHOUSE REPORT 7/23/07. | 3.30 | $2,145.00 |
| 8/3/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD NEW PLEADINGS AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/6/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD, SCAN AND FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 8/7/2007 | 004 | EM O'BYRNE | REVIEW DOCKET FOR NEW FILINGS; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/7/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE AND REVIEWING MATTERS FOR AUGUST OMNIBUS HEARING | 1.20 | $576.00 |
| 8/8/2007 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 8/9/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/9/2007 | 004 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR AUGUST OMNIBUS HEARING | 1.20 | $576.00 |
| 8/9/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO; ATTENTION TO SCHEDULING MEMO. | 0.20 | $130.00 |
| 8/10/2007 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |

File # K0248-00001                                                                INVOICE # 1330087
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 8/13/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FROM FRIDAY THROUGH TODAY; SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/14/2007 | 004 | EM O'BYRNE | REVIEW DOCKET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $36.00 |
| 8/15/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 8/15/2007 | 004 | EM O'BYRNE | REVIEW COURT DOCKET; DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/16/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| 8/17/2007 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/20/2007 | 004 | AT ASH | DRAFT NOTICE OF MOTION RE MOTION TO ALTER AND AMEND THE COURT'S MODIFIED ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED IN ANSWERS TO THE DEBTORS' INTERROGATORIES AND THE SEALING AND CONFIDENTIALITY OF SUCH ANSWERS. | 0.30 | $52.50 |
| 8/20/2007 | 004 | AT ASH | DRAFT SUPPLEMENTAL SERVICE LIST RE MOTION TO ALTER AND AMEND. | 0.40 | $70.00 |

Case 01-01139-AMC   Doc 16961-1   Filed 10/01/07   Page 6 of 19

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/20/2007 | 004 | AT ASH | FINALIZE, CONVERT TO PDF FORMAT AND E-FILE MOTION TO ALTER AND AMEND THE COURT'S MODIFIED ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED IN ANSWERS TO THE DEBTORS' INTERROGATORIES AND THE SEALING AND CONFIDENTIALITY OF SUCH ANSWERS. PREPARE FOR SERVICE OF SAME. | 0.60 | $105.00 |
| 8/20/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEETS; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/22/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 8/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 8/29/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 8/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 10.70 | $4,323.00 |

File # K0248-00001                                                                INVOICE # 1330087
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/4/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: LAW FIRMS MOTIONS FOR PROTECTIVE ORDERS | 0.90 | $535.50 |
| 8/4/2007 | 005 | MR LASTOWSKI | REVIEW ROGGLI REBUTTAL REPORT | 0.70 | $416.50 |
| 8/6/2007 | 005 | RW RILEY | REVIEWING SUPPLEMENTAL/REBUTTAL EXPERT REPORTS OF STEVE M. HAYS, P.E., LAURA S. WELCH, M.D., DR. WILLIAM LONGO AND DR. SAMUEL HAMMAR IN CONNECTION WITH THE ASBESTOS PERSONAL INJURY ESTIMATION HEARING | 1.80 | $864.00 |
| 8/8/2007 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S MOTION TO RETAIN CHARTER OAK | 1.30 | $773.50 |
| 8/13/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING OF ANDERSON MEMORIAL'S MOTION FOR CLASS CERTIFICATION | 1.10 | $654.50 |
| 8/14/2007 | 005 | MR LASTOWSKI | REVIEW WELCH REBUTTAL REPORT | 0.90 | $535.50 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIEW, SIGN AND FILE COMMITTEE MOTION RE: CONFIDENTIALITY | 1.20 | $714.00 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIEW AGREED MOTION RE: TILLINGHAST | 0.30 | $178.50 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIWE HAYES EXPERT REPORT | 0.60 | $357.00 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIWE LONGO EXPERT REPORT | 0.40 | $238.00 |
| 8/22/2007 | 005 | MR LASTOWSKI | REVIEW LITIGATION STATUS | 0.80 | $476.00 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW LITIGATION STATUS | 1.20 | $714.00 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW CONFIDENTIALITY ISSUES RELATING TO ASBESTOS DISCOVERY | 1.10 | $654.50 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW AGREED MOTION AMONG PARTIES RE: CONFIDENTIALITY OF CERTAIN DOCUMENTS AND INFORMATION PRODUCED BY THE FUTURE CLAIMANT'S REPRESENTATIVE | 0.20 | $119.00 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW ADDITIONAL DESIGNATIONS FOR SPEIGHTS AND RUNYAN APPEAL | 0.90 | $535.50 |
| 8/24/2007 | 005 | MR LASTOWSKI | REVIEW APPELLATE BRIEFS (SPEIGHTS AND RUNYAN APPEAL) | 1.50 | $892.50 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW JOINT MOTION OF THE DEBRTORS AND CLAIMS PROCESSING FACILITY, INC. FOR A PROTECTIVE ORDER | 0.60 | $357.00 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW ORDER RE: MOTION TO AMEND ORDER RE: SPEIGHTS CLAIMS | 0.20 | $119.00 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF PRUDENTIAL SETTLEMENT | 0.50 | $297.50 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF CONTINENTAL CASUALTY COMPANY SETTLEMENT | 0.50 | $297.50 |
| | | | Code Total | 16.70 | $9,729.50 |

File # K0248-00001  INVOICE # 1330087
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/10/2007 | 006 | MR LASTOWSKI | REVIEW DEBTORS' R TO STATE OF IOWA'S MOTION TO ALLOW FILING OF LATE PROOF OF CLAIM | 1.10 | $654.50 |
| 8/13/2007 | 006 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION - IOWA, PROOF OF CLAIM. | 0.20 | $130.00 |
| | | | Code Total | 1.30 | $784.50 |


File # K0248-00001      INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/7/2007 | 007 | WS KATCHEN | TELEPHONE CONVERSATION WITH CREDITOR (ARGO); REVIEW COMMITTEE MEMO - CITY OF PHILADELPHIA. | 0.20 | $130.00 |
| | | | Code Total | 0.20 | $130.00 |

File # K0248-00001                                                                INVOICE # 1330087
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/13/2007 | 009 | WS KATCHEN | REVIEW POST-HEARING BRIEF - ANDERSON MEMORIAL CLASS CLAIM SUBMITTED BY DEBTOR. | 0.80 | $520.00 |
| 8/30/2007 | 009 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 25TH QUARTERLY FEE APPLICATION | 0.80 | $476.00 |
| | | | Code Total | 1.60 | $996.00 |

File # K0248-00001                                                          INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/6/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 64TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 8/6/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 65TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 8/22/2007 | 012 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 66TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.30 | $52.50 |
| | | | Code Total | 0.70 | $122.50 |

File # K0248-00001     INVOICE # 1330087
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/3/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 40TH MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 8/9/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 74TH MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 8/10/2007 | 013 | EM O'BYRNE | DOWNLOAD AND SCAN 75TH MONTHLY APPLICATION FOR FILING (.2); EFILE WITH THE BANKRUPTCY COURT (.2) | 0.40 | $72.00 |
| 8/22/2007 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF AN INCREASE IN THE CAP RE: OCP'S | 0.20 | $119.00 |
| 8/22/2007 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF A SETTLEMENT WITH BP PRODUCTS NORTH AMERICA, INC. | 0.20 | $119.00 |
| 8/23/2007 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF A PROTECTIVE ORDER RE: NATIONAL INSTITUTE OF HEALTH | 0.30 | $178.50 |
| 8/30/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF STROOCK 25TH QUARTERLY FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 1.80 | $653.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---:|---:|
| 8/14/2007 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF JUNE OMNIBUS HEARING | 0.50 | $297.50 |
| 8/28/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 8/29/07 HEARING | 3.20 | $1,904.00 |
| 8/28/2007 | 015 | MR LASTOWSKI | ANALYSIS OF ISSUES RE: MOTION FOR APPOINTMENT OF TRUSTEE | 1.40 | $833.00 |
| 8/29/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 3.50 | $2,082.50 |
| | | | Code Total | 8.60 | $5,117.00 |

Duane Morris
September 7, 2007
Page 13

File # K0248-00001  INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/23/2007 | 016 | WS KATCHEN | REVIEW DEBTORS BRIEF. | 0.50 | $325.00 |
| | | | Code Total | 0.50 | $325.00 |

Duane Morris
September 7, 2007
Page 14

File # K0248-00001     INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/10/2007 | 025 | WS KATCHEN | REVIEW ACC MOTION TO RETAIN CLEARVIEW OAK FINANCIAL CONSULTANTS. | 0.30 | $195.00 |
| 8/14/2007 | 025 | WS KATCHEN | SCHEDULING - STROOCK MEETING WITH DEBTOR. | 0.10 | $65.00 |
| 8/16/2007 | 025 | WS KATCHEN | COMMITTEE E-MAILS. | 0.20 | $130.00 |
| | | | Code Total | 0.60 | $390.00 |

File # K0248-00001                                                                                                      INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/1/2007 | 027 | WS KATCHEN | ATTENTION TO PLAN ISSUE. | 0.40 | $260.00 |
| 8/13/2007 | 027 | WS KATCHEN | COMMITTEE CONFERENCE CALL REGARDING STRATEGY ON PLAN ISSUES. | 0.20 | $130.00 |
| | | | Code Total | 0.60 | $390.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/3/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $130.00 |
| 8/27/2007 | 029 | WS KATCHEN | REVIEW STIPULATION REGARDING CONTINENTAL GAS CO.; REVIEW ORDER REGARDING HEARING AT CHARTER OAK. | 0.30 | $195.00 |
| 8/28/2007 | 029 | WS KATCHEN | REVIEW JOINT MOTION - NATIONAL INSTITUTE ET. AL. FOR PROTECTIVE ORDER. | 0.20 | $130.00 |
| | | | Code Total | 0.70 | $455.00 |

Duane Morris
September 7, 2007
Page 17

File # K0248-00001            INVOICE # 1330087
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 45.80 | $23,739.50 |
|---|---|---|---|

File # K0248-00001                          INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 8/31/2007 | DINNER - LOCAL | | 46.71 |
| | | Total: | $46.71 |
| 8/31/2007 | TRAVEL - LOCAL | | 82.00 |
| | | Total: | $82.00 |
| 7/6/2007 | MLR/FEES@COURTCALL/TELPHONICAPPEARANCE-OUTOFSTATECOUNSEL | | 122.50 |
| 7/13/2007 | MLR/FEES@COURTCALL/TELPHONICAPPEARANCE-OUTOFSTATECOUNSEL | | 122.50 |
| | | Total: | $245.00 |
| 8/22/2007 | FILING FEES | | 834.81 |
| | | Total: | $834.81 |
| 8/31/2007 | PRINTING & DUPLICATING | | 2.70 |
| 8/31/2007 | PRINTING & DUPLICATING | | 94.95 |
| | | Total: | $97.65 |
| | TOTAL DISBURSEMENTS | | $1,306.17 |

DUANE MORRIS LLP