## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on October 1, 2007, I caused a copy of the

foregoing *Sixty-Eighth Monthly Application of Duane Morris LLP for Compensation for*

*Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of*

*Unsecured Creditors for the Period August 1, 2007 through August 31, 2007* to be served upon

the Notice Parties as indicated on the attached service list.


Dated: October 1, 2007
      Wilmington, Delaware

                                      Michael R. Lastowski (DE 3892)

DM3\570542.1

## W. R. GRACE FEE APPLICATION SERVICE LIST

### *Hand Delivery*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

### *Via Overnight Mail*

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### *Via E-Mail*

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
feeaudit@whsmithlaw.com

DM3\570542.1