# EXHIBIT D

# Speights & Runyan Client Authorizations Submitted by Sep. 23, 2005 Deadline

*Evidence of pre-bar date authorization?*

*Authorizations must be dated prior to 3/31/03*

Bayshore Community Hospital

*Signature*

ACKNOWLEDGED AND AGREED:

By:

Name:

*Fax Line*

[illegible] 01 03 10:55a
Sep 12 03 04:53p

**NO**

Children's Hospital of Pittsburgh of UPMC

*Signature*

ACKNOWLEDGED AND AGREED:

By:

Name:

*Fax Line*

[illegible]

**NO**

Jameson Memorial Hospital

*Signature*

ACKNOWLEDGED AND AGREED:

By:

Name:

*Fax Line*

[illegible]

**NO**

2003 | 2004 | 2005 | 2006

**Mar. 31, 2003**
**Claims Bar Date**

**Sep. 23, 2005**
**Evidence Deadline**

