# TAB A

# EXHIBIT P

## Claims Lacking Claimant Signature

**TAB A**

Ex. P. Claims Lacking Claimant Signature

| # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 324 | 6288 | MERCER HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 446 BELLEVUE AVENUE TRENTON, NJ UNITED STATES | Y | Capital Health System - Mercer Campus f.k.a. Mercer Hospital | W3 |
| 325 | 6289 | MERCEDES BENZ | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1 GLENVIEW ROAD MONTVALE, NJ 07645 UNITED STATES | Y | Mercedes Benz of Seaside f.k.a. Mercedes Benz | C |
| 326 | 6900 | LOCAL NO 274 GENERAL OFFICE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 101 HENDRICKS CAUSEWAY RIDGEFIELD, NJ 07657 UNITED STATES | Y | Pipefitters Local Union No. 274 General Office | W4 |
| 327 | 6901 | BAYSHORE COMMUNITY HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 727 N BEERS STREET HOLMDEL, NJ 07733 UNITED STATES | Y | Bayshore Community Hospital | W4 |
| 328 | 6902 | ACTORS FUND HOME | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 175 E HUDSON AVENUE ENGLEWOOD, NJ 07631 UNITED STATES | Y | Actors Fund Home | C |
| 329 | 6903 | OUR LADY OF LOURDES CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 124 E CORINTH STREET RAVENNA, NE 68869 UNITED STATES | N | | |
| 330 | 6904 | 320 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 320 PARK AVENUE NEW YORK CITY, NY UNITED STATES | N | | B |
| 331 | 6905 | 320 MADISON AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 320 MADISON AVENUE NEW YORK, NY UNITED STATES | Y | 320 Madison Avenue Building | C |
| 332 | 6906 | 200 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 200 PARK AVENUE NEW YORK CITY, NY UNITED STATES | Y | 200 Park Avenue Building | W6 |
| 333 | 6907 | YMCA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SS | 29924 | 229 MAMARONECK WHITE PLAINS, NY 10605 UNITED STATES | Y | YMCA | C |
| 334 | 6908 | HOLY FAMILY VILLA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29914 | 13315 MCCARTHY LEMONT, IL 60439 UNITED STATES | Y | Holy Family Villa - Owned: Catholic Charities of the Archdiocese of Chicago | B-3 |
| 335 | 6909 | THORNAPPLE MANOR F N A BARRY COUNTY MEDICAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2700 NASHVILLE ROAD HASTINGS, MI 49054 UNITED STATES | Y | County of Barry, d/b/a Thornapple Manor f.k.a. Barry County Medical Care Facility | W8 |
| 336 | 6910 | ST. RITA'S PARISH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2318 S 61ST STREET MILWAUKEE, WI 53219 UNITED STATES | Y | St. Rita's Parish | C |
| 337 | 6911 | YMCA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29124 | 615 5TH STREET WAUSAU, WI 54403 UNITED STATES | Y | YMCA of Wausau f.k.a. YMCA | W4 |
| 338 | 6912 | CHARLESTON AREA MEDICAL CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, WV UNITED STATES | N | | |
| 339 | 6913 | FOUNDERS PAVILION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 302 EAST FIRST STREET CORNING, NY 14830 UNITED STATES | Y | Corning Hospital/Founders Pavilion (Acut Care Hospital & Nursing Home ) f.k.a. Founders Pavilion | W4 |
| 340 | 6914 | ST THOMAS HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 444 N MAIN STREET AKRON, OH 44310 UNITED STATES | Y | St. Thomas Hospital | W5 |

16