# TAB C

# EXHIBIT H

## Claims Not Listed in the Verified 2019 Statement

TAB C

Ex. H: Claims Not Listed in the Verified 2019 Statement

| | Claim # | Claimant Name | Main Address | City | State | Zip | Central Mailing Address | Settled? |
|---|---|---|---|---|---|---|---|---|
| 199 | 12374 | COCA COLA ENTERPRISES INC | MAIN WAREHOUSE 1402 INDUSTRIAL BOULEVARD | LAREDO | TX | 78041 | MAIN WAREHOUSE 1402 INDUSTRIAL BOULEVARD LAREDO, TX 78041 USA | N |
| 200 | 12380 | COCA COLA ENTERPRISES INC | NORTH TEXAS HDQ 6011 LEMMON AVENUE | DALLAS | TX | 75209 | NORTH TEXAS HDQ 6011 LEMMON AVENUE DALLAS, TX 75209 USA | N |
| 201 | 12382 | COCA COLA ENTERPRISES INC | GOODLAND SALES CENTER 719 WEST HIGHWAY 24 | GOODLAND | KS | 80918 | GOODLAND SALES CENTER 719 WEST HIGHWAY 24 GOODLAND, KS 80918 USA | N |
| 202 | 12384 | COCA COLA ENTERPRISES INC | NILES DIVISION OFFICE 7400 NORTH OAK PARK AVE | NILES | IL | 60714 | NILES DIV OFFICE 7400 NORTH OAK PARK AVENUE NILES, IL 60714 USA | N |
| 203 | 12396 | FAIRMAIL LEASEHOLD INC | 1200 SHEPPARD AVE E, STE 330 P.O BOX 330 | WILLOWDALE | ON | M2U5A7 | FAIRMAIL 1600 SHEPPARD AVE E, STE 330 P.O BOX 330 WILLOWDALE, ON 2J5A7 CANADA | N |
| 204 | 12406 | SHERIDAN COLLEGE | 1430 TRAFALGAR ROAD | OAKVILLE | ON | L6H2L1 | 1430 TRAFALGAR ROAD A WING OAKVILLE, ON 6H2L1 CANADA | N |
| 205 | 12407 | SHERIDAN COLLEGE C WING | 1430 TRAFALGAR ROAD | OAKVILLE | ON | L6H2L1 | 1430 TRAFALGAR ROAD C WING OAKVILLE, ON 6H2L1 CANADA | N |
| 206 | 12514 | HYATT EQUITIES | HYATT REGENCY-655 BURRARD STREET | VANCOUVER | BC | V6C2R7 | HYATT REGENCY-655 BURRARD STREET VANCOUVER, BC 6C2R7 CANADA | N |
| 207 | 12533 | CONSEILLERS IMMOBILIERS GWL INC | 2001 UNIVERSITY STREET | MONTREAL | QC | H3A2A6 | 2001 UNIVERSITY STREET MONTREAL, QC 3A2A6 CANADA | N |
| 208 | 14410 | JAMESTOWN MEMORIAL HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1211 WILMINGTON AVENUE NEW CASTLE, PA 16105 UNITED STATES | N |