# TAB D

SPEIGHTS & RUNYAN
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

TELECOPIER
(803) 943-4599
EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

MARION C. FAIREY, JR

September 21, 2005

*VIA FACSIMILE US MAIL*

Michelle H. Browdy
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Re:* ***W. R. Grace & Co., et al, Debtors***
***Chapter 11, Case No. 01-1139-JKF***
***(U.S. Bankruptcy Court, District of Delaware)***

Dear Michelle:

Pursuant to the Court's Order, I am sending you, via electronic means, a series of 21 scanned groups of documents which are copies of those documents giving express written authority to Speights & Runyan to file bankruptcy claims. These 21 batches are divided by claim. If you so request, I will send these hard copies of these documents by overnight mail as well.

If you have any questions please do not hesitate to give me a call.

Sincerely,

Marion C. Fairey, Jr.

MCFjr/smh

# EXHIBIT 1

Batch #3
W.R Grace Authorization -PID
Bayshore Community Hospital, NJ

Oct 01 03 10:55a
Sep 12 03 04:53p

6901/11236 p.2

RE: In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name, Physical Address and Square Footage of Material Applied if Known:
BAYSHORE COMMUNITY HOSPITAL
727 N BEERS ST
HOLMDEL NJ 07733

Contact Person: CHARLES FAELLA
Phone Number: 732 739 5932
Fax Number: 732 290 7034
E-Mail Address: CFAELLA @ BCHS

ACKNOWLEDGED AND AGREED:

By: [signature]
Name:

# EXHIBIT 2

Batch # 8
W.R.Grace Authorization - PD
Claim No.
Children's Hosp. Of Pittsburgh, PA

10962

Exhibit 2

March ______, 2003

RE: In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

Children's Hospital of Pittsburgh of UPMC Health System
3705 Fifth Avenue
Pittsburgh, PA 15213

Contact Person: Lorina W. Wise, Associate Counsel

Phone Number: (412) 692-8073

Fax Number: (412) 693-5639

E-Mail Address: lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:

By: [signature]

Name:

# EXHIBIT 3



W R Grace Authorization - PID
Claim No. 14410
Jameson Memorial Hospital, PA
Batch # 15

14410

Exhibit 2

March ________, 2003

RE: In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
Jameson Memorial Hospital
1211 Wilmington Ave.
New Castle, PA 16105

Contact Person: Rachel Verdi
Phone Number: 724-656-4089
Fax Number: 724-656-4180
E-Mail Address: rverdi@jamesonhealthsystem.com

ACKNOWLEDGED AND AGREED:

By: Rachel C. Verdi
Name: