# TAB F

# Exhibit 1

3-24-203 4:58PM   FROM +95668365   P. 7

3-14-203 10:26AM   FROM +95668365   P. 2

Exhibit 2

March _____, 2003

RE:  In re Bankruptcy claims for asbestos-containing products

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy as deemed appropriate due to asbestos-containing products located or previously located in our building(s): W.R. Grace & Co. and W.R. Grace & Co.-Conn. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
BAYSHORE COMMUNITY HOSP
727 N. BEERS ST
HOLMDEL, NJ 07733

Contact Person: CHARLES FAELLA
Phone Number: 732 739 5932
Fax Number: 732 290 7034
E-Mail Address: CFAELLA@BCHS.COM

ACKNOWLEDGED AND AGREED:
By: _____ Caroline Nowacky _____
Name:



# Exhibit 2

MAR-25-03 03:58P Legal Services              4126925639              P.03

Exhibit 2

March _____, 2003

RE: In re Bankruptcy claims for asbestos-containing products

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
Children's Hospital of Pittsburgh of UPMC Health System
3705 Fifth Avenue
Pittsburgh, PA  15213

Contact Person: Lorina W. Wise, Associate Counsel
Phone Number: (412) 692-8073
Fax Number: (412) 693-5639
E-Mail Address: lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:
By: _____
  Name:

# Exhibit 3

Exhibit 2

March ____, 2003

RE:  In re Bankruptcy claims for asbestos-containing products

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.- Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in those bankruptcies.

Building Name and Physical Address:
Jameson Memorial Hospital
1211 Wilmington Ave.
New Castle, PA 16105

Contact Person: Rachel Verdi
Phone Number: 724-656-4089
Fax Number: 724-656-4480
E-Mail Address: rverdi@jamesonhealthsystem.com

ACKNOWLEDGED AND AGREED:

By: _____
    Name: