IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objection Deadline: |
| | | October 22, 2007  4:00 pm |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:                          Lexecon

Authorized to Provide
Professional Services to:                   Official Committee of Equity Holders

Date of Retention:                          November 1, 2004

Period for which compensation and
reimbursement is sought:                    August 1, 2006 through
                                            August 31, 2006

Amount of Compensation sought as
actual, reasonable and necessary:           $16,226.84

Amount of Expense Reimbursement
sought as actual, reasonable and necessary: $33.45

This is a(n):          X  monthly                    _ interim application


Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Dated Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | August 1, 2006 - August 31, 2006 | $16,226.84 | $33.45 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 8/1/06 through 8/31/06 | Total Fees for the Period 8/1/06 through 8/31/06 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 29.50 | $16,226.84 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **29.50** | **$16,226.84** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 9/28/07

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## August 2006

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Lynette Neumann | Economist | 510.00 | 3.40 | $1,734.00 |
| Daniel Stone | Economist | 450.00 | 23.60 | $10,620.00 |
| Christopher Morelock | Senior Technical Support Engineer | 245.00 | 1.50 | $367.50 |
| Isen Lutfiu | Research Assistant | 195.00 | 1.00 | $195.00 |
| Use of Computer Capability Charge | | | | $3,310.34 |
| Total | | | 29.50 | $16,226.84 |

Daily Tasks In August 2006
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
| --- | --- | --- | --- |
| Lynette Neumann | 8/9/2006 | 0.50 | Spoke with Becker. |
| | 8/14/2006 | 0.50 | Reviewed bankruptcy case documents. |
| | 8/22/2006 | 0.50 | Met with Stone regarding claimant survey data analysis. |
| | 8/23/2006 | 0.20 | Met with Stone regarding claimant survey data analysis. |
| | 8/24/2006 | 0.20 | Reviewed bankruptcy case data. |
| | 8/28/2006 | 0.50 | Spoke with Becker. |
| | 8/28/2006 | 1.00 | Reviewed claimant survey documents. |
| | Total Hours | 3.40 | |
| Daniel Stone | 8/11/2006 | 1.00 | Analyzed claimant survey data. |
| | 8/17/2006 | 4.50 | Analyzed claimant survey data. |
| | 8/18/2006 | 1.50 | Analyzed claimant survey data. |
| | 8/21/2006 | 4.70 | Analyzed claimant survey data. |
| | 8/22/2006 | 0.50 | Met with Neumann regarding claimant survey data analysis. |
| | 8/22/2006 | 5.70 | Analyzed claimant survey data. |
| | 8/23/2006 | 5.50 | Analyzed data. |
| | 8/23/2006 | 0.20 | Met with Neumann regarding claimant survey data analysis. |
| | Total Hours | 23.60 | |
| Christopher Morelock | 8/30/2006 | 1.50 | Converted data to useable format. |
| | Total Hours | 1.50 | |
| Isen Lutfiu | 8/30/2006 | 1.00 | Converted data to useable format. |
| | Total Hours | 1.00 | |
| **Total Hours** | | **29.50** | |

**Expense Summary**
**August 2006**

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | |
| Telephone | |
| Data | $31.80 |
| Printing/Photocopying | $1.65 |
| Outside Experts | |
| Working Meals | |
| Transportation | |
| **Total** | $33.45 |