IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objection Deadline: |
| | | October 22, 2007 4:00 pm |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:                         Lexecon

Authorized to Provide
Professional Services to:                  Official Committee of Equity Holders

Date of Retention:                         November 1, 2004

Period for which compensation and
reimbursement is sought:                   September 1, 2006 through
                                           September 30, 2006

Amount of Compensation sought as
actual, reasonable and necessary:          $13,067.07

Amount of Expense Reimbursement
sought as actual, reasonable and necessary: $141.11

This is a(n):       X  monthly              _ interim application


Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | September 1, 2006 - September 30, 2006 | $13,067.07 | $141.11 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 9/1/06 through 9/30/06 | Total Fees for the Period 9/1/06 through 9/30/06 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 36.00 | $13,067.07 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **36.00** | **$13,067.07** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: _____9/28/07_____

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## September 2006

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Lynette Neumann | Economist | 510.00 | 3.80 | $1,938.00 |
| Daniel Stone | Economist | 450.00 | 9.40 | $4,230.00 |
| Amessha Jones | Research Assistant | 285.00 | 3.00 | $855.00 |
| Benjamin Reuler | Research Assistant | 260.00 | 17.50 | $4,550.00 |
| Christopher Morelock | Senior Technical Support Engineer | 245.00 | 1.30 | $318.50 |
| Isen Lutfiu | Research Assistant | 195.00 | 1.00 | $195.00 |
| Use of Computer Capability Charge | | | | $1,175.57 |
| Total | | | 36.00 | $13,067.07 |

## Daily Tasks On September 2006 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| Lynette Neumann | 9/5/2006 | 1.50 | Reviewed claimant survey database. |
| | 9/6/2006 | 0.30 | Met with Stone and Reuler to discuss analysis requested by Becker. |
| | 9/8/2006 | 2.00 | Reviewed trust distribution procedure documents. |
| | Total Hours | 3.80 | |
| Daniel Stone | 9/1/2006 | 1.20 | Reviewed claimant survey data received from Becker. |
| | 9/6/2006 | 0.30 | Met with Neumann and Reuler to discuss analysis requested by Becker. |
| | 9/6/2006 | 2.20 | Reviewed claimant database received from Becker. |
| | 9/7/2006 | 1.70 | Reviewed claimant survey data. |
| | 9/13/2006 | 0.70 | Reviewed claimant survey data received from Becker. |
| | 9/14/2006 | 0.50 | Reviewed claimant survey data received from Becker. |
| | 9/15/2006 | 2.80 | Reviewed claimant survey data received from Becker. |
| | Total Hours | 9.40 | |
| Amessha Jones | 9/8/2006 | 3.00 | Proofed and edited Excel list of values and criteria for non-malignant asbestos for Neumann. |
| | Total Hours | 3.00 | |
| Benjamin Reuler | 9/6/2006 | 8.70 | Researched and organized Trust Distribution Procedures for Neumann. |
| | 9/6/2006 | 0.30 | Met with Neumann and Stone to discuss analysis requested by Becker. |
| | 9/7/2006 | 8.50 | Created Excel spreadsheet for Neumann. |
| | Total Hours | 17.50 | |
| Christopher Morelock | 9/6/2006 | 0.80 | Converted SQL backup database to Access format for Stone. |
| | 9/13/2006 | 0.50 | Converted SQL back to Access database for Stone. |
| | Total Hours | 1.30 | |

## Daily Tasks In September 2006 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| Isen Lutfiu | 9/13/2006 | 1.00 | Copied 3 DVD discs. |
| | Total Hours | 1.00 | |
| **Total Hours** | | **36.00** | |

## Expense Summary
## September 2006

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | |
| Telephone | |
| Data | |
| Printing/Photocopying | $97.80 |
| Outside Experts | |
| Working Meals | $25.66 |
| Transportation | $17.65 |
| **Total** | $141.11 |