# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objection Deadline: |
| | | October 22, 2007  4:00 pm |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:            Lexecon

Authorized to Provide
Professional Services to:     Official Committee of Equity Holders

Date of Retention:            November 1, 2004

Period for which compensation and
reimbursement is sought:      November 1, 2006 through
                              November 30, 2006

Amount of Compensation sought as
actual, reasonable and necessary:    $26,463.70

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $1,762.70

This is a(n):       X  monthly              _ interim application

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | November 1, 2006 - November 30, 2006 | $26,463.70 | $1,762.70 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 11/1/06 through 11/30/06 | Total Fees for the Period 11/1/06 through 11/30/06 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 42.90 | $26,463.70 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **42.90** | **$26,463.70** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 9/27/08

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## November 2006

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Gustavo Bamberger | Economist | 575.00 | 19.50 | $11,121.50 |
| Lynette Neumann | Economist | 510.00 | 19.30 | $9,843.00 |
| Daniel Stone | Economist | 450.00 | 3.10 | $1,395.00 |
| Beryl Hinton | Research Assistant | 155.00 | 1.00 | $155.00 |
| Use of Computer Capability Charge | | | | $3,858.20 |
| Total | | | 42.90 | $26,463.70 |

# Daily Tasks in November 2006
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
| --- | --- | --- | --- |
| Gustavo Bamberger | 11/20/2006 | 1.30 | Reviewed documents. |
| | 11/21/2006 | 2.00 | Reviewed documents. |
| | 11/27/2006 | 4.50 | Trip to New York. |
| | 11/27/2006 | 0.50 | Trip to New York. |
| | 11/28/2006 | 3.00 | Return trip. |
| | 11/28/2006 | 8.20 | Met with client; return trip. |
| | Total Hours | 19.50 | |
| Lynette Neumann | 11/27/2006 | 8.00 | Reviewed documents; traveled to New York for client meeting. |
| | 11/28/2006 | 11.30 | Met with client. |
| | Total Hours | 19.30 | |
| Daniel Stone | 11/17/2006 | 0.80 | Reviewed electronic data provided by Becker. |
| | 11/18/2006 | 1.00 | Converted revised claimant database provided by Becker. |
| | 11/19/2006 | 0.50 | Converted claimant database provided by Becker. |
| | 11/27/2006 | 0.80 | Reviewed documents. |
| | Total Hours | 3.10 | |
| Beryl Hinton | 11/17/2006 | 1.00 | Assisted with document production. |
| | Total Hours | 1.00 | |
| **Total Hours** | | **42.90** | |

## Expense Summary
## November 2006

| Expense Category | Total Expenses |
|---|---|
| Travel | $1,688.90 |
| Postage/Delivery | |
| Telephone | |
| Data | |
| Printing/Photocopying | $55.80 |
| Outside Experts | |
| Working Meals | $18.00 |
| Transportation | |
| **Total** | $1,762.70 |