IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: |
| | October 22, 2007  4:00 pm |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:  Lexecon

Authorized to Provide
Professional Services to:  Official Committee of Equity Holders

Date of Retention:  November 1, 2004

Period for which compensation and
reimbursement is sought:  April 1, 2007 through
April 31, 2007

Amount of Compensation sought as
actual, reasonable and necessary:  $21,818.90

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:  $16.20

This is a(n):        X  monthly              _ interim application

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | April 1, 2007 - April 31, 2007 | $21,818.90 | $16.20 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/1/07 through 4/30/07 | Total Fees for the Period 4/1/07 through 4/30/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 38.10 | $21,818.90 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **38.10** | **$21,818.90** |

LEXECON

_____

332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: __9/28/07__

## Summary of Professional Services
### In The Equity/ WR Grace Matter
### April 2007

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| James J Heckman | Economist | 1,500.00 | 4.00 | $6,000.00 |
| Fredrick Flyer | Economist | 595.00 | 6.00 | $3,570.00 |
| Colleen Loughlin | Economist | 495.00 | 5.00 | $2,475.00 |
| Kirupakaran Ramaiah | Economist | 475.00 | 9.00 | $4,275.00 |
| Michael Kniss | Research Assistant | 325.00 | 14.10 | $4,582.50 |
| Use of Computer Capability Charge | | | | $916.40 |
| Total | | | 38.10 | $21,818.90 |

Daily Tasks in April 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
| --- | --- | --- | --- |
| James J Heckman | 4/30/2007 | 4.00 | Background reading of asbestos liability settlements. |
| | Total Hours | 4.00 | |
| Fredrick Flyer | 4/5/2007 | 1.50 | Reviewed Lexecon asbestos liability analysis and considered alternative research to assist with Heckman analysis. |
| | 4/6/2007 | 1.50 | Reviewed Lexecon asbestos liability analysis and considered alternative research to assist with Heckman analysis. |
| | 4/10/2007 | 1.00 | Discussed Lexecon liability analyses with Ramaiah. |
| | 4/12/2007 | 1.00 | Met with Loughlin to discuss Heckman report outline. |
| | 4/13/2007 | 1.00 | Reviewed Lexecon asbestos liability analyses. |
| | Total Hours | 6.00 | |
| Colleen Loughlin | 4/12/2007 | 1.00 | Met with Flyer to discuss Heckman report outline. |
| | 4/20/2007 | 1.00 | Reviewed asbestos liability outline and searches for asbestos liability articles. |
| | 4/26/2007 | 3.00 | Reviewed asbestos liability articles gathered at the request of Heckman. |
| | Total Hours | 5.00 | |
| Kirupakaran Ramaiah | 4/5/2007 | 0.50 | Investigated potential points pertaining to Heckman's testimony. |
| | 4/8/2007 | 1.50 | Investigated potential points pertaining to Heckman's testimony. |
| | 4/9/2007 | 4.50 | Investigated potential points pertaining to Heckman's testimony. |
| | 4/10/2007 | 1.00 | Discussed Lexecon asbestos liability analyses with Flyer. |
| | 4/10/2007 | 1.50 | Investigated potential points pertaining to Heckman's testimony. |
| | Total Hours | 9.00 | |

Daily Tasks April 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| Michael Kniss | 4/10/2007 | 2.30 | Converted asbestos liability data into SAS readable format for Neumann. |
| | 4/11/2007 | 7.30 | Converted asbestos liability data into SAS readable format for Neumann. |
| | 4/12/2007 | 1.00 | Converted asbestos liability data into SAS readable format for Neumann. |
| | 4/18/2007 | 1.00 | Analyzed asbestos liability data for Neumann. |
| | 4/23/2007 | 0.50 | Analyzed asbestos liability data for Neumann. |
| | 4/24/2007 | 2.00 | Analyzed asbestos liability data for Neumann. |
| | Total Hours | 14.10 | |
| **Total Hours** | | **38.10** | |

## Expense Summary
## April 2007

| Expense Category | Total Expenses |
|---|---|
| Travel | |
| Postage/Delivery | |
| Telephone | |
| Data | $15.80 |
| Printing/Photocopying | $0.40 |
| Outside Experts | |
| Working Meals | |
| Transportation | |
| **Total** | $16.20 |