## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objection Deadline: |
| | | October 22, 2007  4:00 pm |

### NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:                           Lexecon

Authorized to Provide
Professional Services to:                    Official Committee of Equity Holders

Date of Retention:                           November 1, 2004

Period for which compensation and
reimbursement is sought:                     May 1, 2007 through
                                             May 31, 2007

Amount of Compensation sought as
actual, reasonable and necessary:            $7,453.75

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:  $0.30

This is a(n):         X  monthly              _ interim application


Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | May 1, 2007 - May 31, 2007 | $7,453.75 | $0.30 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 5/1/07 through 5/31/07 | Total Fees for the Period 5/1/07 through 5/31/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 13.05 | $7,453.75 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **13.05** | **$7,453.75** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: _____9/28/07_____

# Summary of Professional Services
## In The Equity/ WR Grace Matter
### May 2007

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| James J Heckman | Economist | 1,500.00 | 1.00 | $1,500.00 |
| Fredrick Flyer | Economist | 595.00 | 2.50 | $1,487.50 |
| Colleen Loughlin | Economist | 495.00 | 6.25 | $3,093.75 |
| Kirupakaran Ramaiah | Economist | 475.00 | 2.00 | $950.00 |
| Michael Kniss | Research Assistant | 325.00 | 1.30 | $422.50 |
| Total | | | 13.05 | $7,453.75 |

# Details of Tasks Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 5/31/2007 | 1.00 | Read and reviewed material by Petersen on liability settlements in asbestos. |
| | Total Hours | 1.00 | |
| Fredrick Flyer | 5/31/2007 | 1.50 | Reviewed outline for Heckman potential report on asbestos liability issues. |
| | 5/31/2007 | 1.00 | Met with Loughlin and Ramaiah to discuss support for Heckman potential arguments on asbestos liability issues. |
| | Total Hours | 2.50 | |
| Colleen Loughlin | 5/9/2007 | 0.25 | Discussion with Horowitz on potential meeting dates for team. |
| | 5/30/2007 | 0.50 | Finalized meeting plans with Equity Counsel Horowitz, Flyer and Ramaiah. |
| | 5/30/2007 | 2.00 | Reviewed and updated outline and supporting documents for Heckman potential report on asbestos liability issues. |
| | 5/31/2007 | 1.00 | Met with Flyer and Ramaiah to discuss support for Heckman potential arguments on asbestos liability issues. |
| | 5/31/2007 | 2.00 | Researched and reviewed articles relating to asbestos liability estimation. |
| | 5/31/2007 | 0.50 | Discussion with Equity Committee counsel Horowitz regarding case issues. |
| | Total Hours | 6.25 | |
| Kirupakaran Ramaiah | 5/31/2007 | 1.00 | Reviewed documents on liability settlements in asbestos. |
| | 5/31/2007 | 1.00 | Met with Flyer and Loughlin to discuss support for Heckman potential arguments on asbestos liability issues. |
| | Total Hours | 2.00 | |
| Michael Kniss | 5/8/2007 | 1.30 | Reviewed data for Neumann. |
| | Total Hours | 1.30 | |
| **Total Hours** | | **13.05** | |

**Expense Summary**
**May 2007**

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | |
| Telephone | |
| Data | |
| Printing/Photocopying | $0.30 |
| Outside Experts | |
| Working Meals | |
| Transportation | |
| **Total** | $0.30 |