IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: |
| | October 22, 2007 4:00 pm |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | June 1, 2007 through June 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $110,715.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,769.78 |
| This is a(n):   X monthly   _ interim application | |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | June 1, 2007 - June 31, 2007 | $110,715.00 | $2,769.78 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 6/1/07 through 6/30/07 | Total Fees for the Period 6/1/07 through 6/30/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 215.25 | $110,715.00 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **215.25** | **$110,715.00** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 9/27/08

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## June 2007

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Fredrick Flyer | Economist | 595.00 | 20.50 | $12,197.50 |
| Frederick Hanssen | Economist | 575.00 | 11.20 | $6,440.00 |
| Lynette Neumann | Economist | 555.00 | 0.20 | $111.00 |
| Colleen Loughlin | Economist | 530.00 | 56.95 | $30,183.50 |
| Kirupakaran Ramaiah | Economist | 495.00 | 121.60 | $60,192.00 |
| Michael Kniss | Research Assistant | 370.00 | 0.30 | $111.00 |
| David Pauwels | Research Assistant | 355.00 | 1.50 | $532.50 |
| Brandon Farkas | Research Assistant | 320.00 | 2.50 | $800.00 |
| Amessha Jones | Research Assistant | 295.00 | 0.50 | $147.50 |
| Total | | | 215.25 | $110,715.00 |

# Daily Tasks In June 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| Fredrick Flyer | 6/1/2007 | 1.50 | Reviewed previous rebuttals to Peterson analysis. |
| | 6/5/2007 | 3.50 | Discussed case with Loughlin and Ramaiah in preparation for meeting with Equity Committee Counsel Horowitz. |
| | 6/6/2007 | 4.00 | Reviewed Peterson's Armstrong report. |
| | 6/8/2007 | 0.50 | Drafted outline of Heckman response. |
| | 6/13/2007 | 1.00 | Reviewed materials for meeting with Grace outside counsel. |
| | 6/18/2007 | 2.00 | Participated in meeting with Equity Committee Counsel Horowitz, Loughlin and Ramaiah regarding asbestos liability issues. |
| | 6/20/2007 | 3.00 | Discussed asbestos conference with Ramaiah. |
| | 6/25/2007 | 2.00 | Reviewed Lexecon notes and potential outline. |
| | 6/28/2007 | 1.50 | Reviewed previously filed Peterson reports. |
| | 6/30/2007 | 1.50 | Review reports by Dunbar and attached exhibits. |
| | Total Hours | 20.50 | |
| Frederick Hanssen | 6/27/2007 | 1.50 | Began written summary of Dunbar expert report. |
| | 6/27/2007 | 1.50 | Telephone discussion with Loughlin regarding tasks. |
| | 6/27/2007 | 0.50 | Read Frederick Dunbar expert report. |
| | 6/28/2007 | 1.30 | Read Thomas Florence expert report. |
| | 6/28/2007 | 2.30 | Completed written summary of Dunbar report. |
| | 6/29/2007 | 2.80 | Began written summary of Florence expert report. |
| | 6/30/2007 | 1.30 | Finished written summary of Florence report. |
| | Total Hours | 11.20 | |
| Lynette Neumann | 6/6/2007 | 0.20 | Meet with Equity Committee counsel Horowitz regarding asbestos liability issues. |
| | Total Hours | 0.20 | |
| Colleen Loughlin | 6/1/2007 | 2.50 | Worked on outline of Heckman potential asbestos liability arguments reviewing documents for support. |

# Daily Tasks in June 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|------|------|-------|----------------|
|  | 6/3/2007 | 2.00 | Reviewed expert reports regarding asbestos liability estimation. |
|  | 6/4/2007 | 2.00 | Researched articles on asbestos liability related issues and discussed research with Ramaiah. |
|  | 6/4/2007 | 2.50 | Email correspondence with Equity Committee Counsel Horowitz on asbestos liability reports and transcripts. |
|  | 6/5/2007 | 4.00 | Read articles for support for points. |
|  | 6/5/2007 | 3.00 | Worked on Heckman outline of potential arguments for asbestos liability analysis. |
|  | 6/6/2007 | 2.50 | Met with Flyer and Ramaiah in advance of meeting with Equity Committee Counsel Horowitz regarding asbestos liability issues. |
|  | 6/6/2007 | 2.00 | Met with Equity Committee Counsel Horowitz, Ramaiah and Flyer. |
|  | 6/7/2007 | 1.30 | Worked on Heckman outline of potential arguments for asbestos liability assessment. |
|  | 6/7/2007 | 1.00 | Began review of transcripts provided by Equity Committee Counsel Horowitz. |
|  | 6/8/2007 | 0.50 | Revised outline of potential Heckman asbestos liability arguments. |
|  | 6/8/2007 | 2.00 | Researched asbestos liability literature for Heckman. |
|  | 6/11/2007 | 4.00 | Discussion with Flyer and Ramaiah regarding asbestos conference information. |
|  | 6/11/2007 | 2.00 | Read transcripts provided by Equity Counsel Horowitz. |
|  | 6/12/2007 | 4.00 | Read asbestos liability articles obtained for Heckman. |
|  | 6/14/2007 | 1.50 | Researched cited articles. |
|  | 6/15/2007 | 3.00 | Reviewed Ramaiah's notes on asbestos conference and handouts. |
|  | 6/18/2007 | 0.50 | Worked on outline of arguments edits. |

## Daily Tasks In June 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 6/19/2007 | 1.00 | Researched literature for Heckman support materials. |
| | 6/19/2007 | 0.30 | Distributed and printed new Peterson report. |
| | 6/20/2007 | 0.30 | Began reading Peterson report. |
| | 6/20/2007 | 1.00 | Discussion with Ramaiah regarding contents of new Peterson report. |
| | 6/21/2007 | 2.00 | Supervised production of recent filed reports to Heckman. |
| | 6/22/2007 | 2.00 | Continued reading Peterson report. |
| | 6/25/2007 | 2.00 | Continued reading Peterson report. |
| | 6/25/2007 | 1.50 | Discussion with Ramaiah regarding Peterson report. |
| | 6/26/2007 | 0.30 | Began reading Dunbar report. |
| | 6/26/2007 | 0.50 | Met with Flyer and Ramaiah to discuss Peterson report. |
| | 6/26/2007 | 2.50 | Drafted notes on Peterson report. |
| | 6/27/2007 | 2.50 | Discussed potential argument with Ramaiah. |
| | 6/27/2007 | 0.50 | Discussion with Equity Committee Counsel Horowitz on case matters. |
| | 6/28/2007 | 0.25 | Continued reading expert reports provided by Equity Committee Counsel Horowitz. |
| | Total Hours | 56.95 | |
| Kirupakaran Ramaiah | 6/1/2007 | 5.50 | Reviewed literature on tort reform. |
| | 6/4/2007 | 8.00 | Reviewed and summarized Peterson report. |
| | 6/5/2007 | 8.50 | Drafted potential arguments for Heckman report. |
| | 6/6/2007 | 2.50 | Participated in meeting with Flyer and Loughlin in preparation for meeting with Equity Committee Counsel Horowitz regarding asbestos liability issues. |
| | 6/6/2007 | 5.00 | Drafted potential arguments for Heckman report. |
| | 6/7/2007 | 8.50 | Summarized Peterson documents. |

# Daily Tasks In June 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 6/8/2007 | 5.00 | Drafted potential arguments for Heckman report. |
| | 6/11/2007 | 7.50 | Participated in meeting with Flyer, Loughlin and Equity Committee Counsel Horowitz regarding asbestos liability issues. |
| | 6/12/2007 | 1.50 | Reviewed Peterson report documents. |
| | 6/19/2007 | 8.30 | Attended conference on asbestos liability analyses, modeling issues and industry developments relevant to report. |
| | 6/20/2007 | 8.50 | Reviewed third party documents relating to asbestos liability. |
| | 6/21/2007 | 8.50 | Discussed asbestos conference information with Flyer and Loughlin. |
| | 6/22/2007 | 7.00 | Attended conference on asbestos liability analyses, modeling issues and industry developments relevant to report. |
| | 6/25/2007 | 8.50 | Reviewed third party documents relating to asbestos liability. |
| | 6/26/2007 | 8.50 | Summarized third party documents relating to asbestos liability. |
| | 6/27/2007 | 8.30 | Summarized third party documents relating to asbestos liability. |
| | 6/28/2007 | 8.50 | Analyzed methods of determining asbestos liability. |
| | 6/29/2007 | 1.00 | Discussion with Loughlin regarding contents of Peterson report. |
| | 6/30/2007 | 2.50 | Read Peterson report on asbestos liability. |
| | Total Hours | 121.60 | |
| Michael Kniss | 6/5/2007 | 0.30 | Reviewed asbestos liability data for Neumann. |
| | Total Hours | 0.30 | |
| David Pauwels | 6/1/2007 | 0.75 | Performed a series of database searches for Ramaiah to identify articles related to asbestos liability. |

## Daily Tasks In June 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 6/4/2007 | 0.75 | Performed a series of database searches for Loughlin to identify articles related to asbestos liability. |
| | Total Hours | 1.50 | |
| Brandon Farkas | 6/29/2007 | 2.50 | Reviewed documents pertaining to asbestos liability for Ramaiah. |
| | Total Hours | 2.50 | |
| Amessha Jones | 6/4/2007 | 0.50 | Researched journal articles related to asbestos liability for Ramaiah. |
| | Total Hours | 0.50 | |
| **Total Hours** | | **215.25** | |

**Expense Summary**
**June 2007**

| Expense Category | Total Expenses |
| --- | --- |
| Travel | |
| Postage/Delivery | $90.09 |
| Telephone | |
| Data | $1,320.00 |
| Printing/Photocopying | $1,262.55 |
| Outside Experts | |
| Working Meals | $62.14 |
| Transportation | $35.00 |
| **Total** | $2,769.78 |