# HR&A INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

September 11, 2007
Invoice No. HRA20071109

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of August, 2007.

### FEES

    Francine F. Rabinovitz
    3.3 hours @ $ 625 per hour      $ 2,062.50

    **TOTAL DUE:**      **$ 2,062.50**

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

AUGUST, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 08/09/07 | 0.5 | Read Bilzin memo on mootness. |
| 08/11/07 | 1.0 | Review Futures Claimants Reps interrogatories and exhibits. |
| 08/23/07 | 0.8 | Review CDG Grace valuation and debt capacity analysis. |
| 08/28/07 | 1.0 | Read Whitehouse/Frank rebuttal. |
| TOTAL: | 3.3 | |