

September 21, 2007

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   127774

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH August 31, 2007

**Atty – SLB**
**Client No.: 74817/15537**

### RE: 01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/07 | SLB | 0.50 | 325.00 | Telephone call from D. Speights regarding status of numerous matters (.5). |
| 08/07/07 | MIK | 1.60 | 560.00 | Review PD related docket entries (1.6). |
| 08/08/07 | MIK | 2.00 | 700.00 | Review PD related docket entries (2.0). |
| 08/09/07 | MIK | 0.10 | 35.00 | Review PD related docket entries (.1). |
| 08/10/07 | MIK | 0.20 | 70.00 | Review PD related docket entries (.2). |
| 08/13/07 | MIK | 0.20 | 70.00 | Review PD related docket entries (.2). |
| 08/14/07 | MIK | 0.10 | 35.00 | Review PD related docket entries. |
| 08/17/07 | MIK | 0.10 | 35.00 | Review PD-related docket entries. |
| 08/20/07 | MIK | 0.20 | 70.00 | Review PD related docket entries (.2). |
| 08/21/07 | MIK | 2.90 | 1,015.00 | Review PD related docket entries (2.6); telephone call with J. Sakalo regarding Grace SEC issues (.1); interoffice conference with J. Sakalo regarding status report (.2). |
| 08/22/07 | SLB | 0.20 | 130.00 | Review Grace response regarding Charter Oaks. |
| 08/22/07 | JMS | 0.20 | 85.00 | E-mail to Committee regarding 8/29 agenda. |
| 08/22/07 | MIK | 0.10 | 35.00 | Review PD related docket entries. |
| 08/23/07 | JMS | 0.80 | 340.00 | E-mail from J. Baer regarding agenda item 18 and responsive e-mails thereto (.4); e-mail exchange with E. Westbrook regarding (.2); e-mail from J. O'Neill regarding agenda item 18 (.2). |
| 08/23/07 | MIK | 2.00 | 700.00 | Review PD related docket entries (.4); attend to PI matters (1.6). |
| 08/24/07 | JMS | 0.70 | 297.50 | Telephone conference with S. Baena regarding hearing notebook and conference with S. Lazarus thereon (.2); e-mail to Committee regarding revised agenda (.2); conference with M. Kramer regarding hearings and depositions for coverage (.3). |
| 08/24/07 | MIK | 0.30 | 105.00 | Review PD related docket entries. |
| 08/26/07 | SLB | 0.70 | 455.00 | Review UST motion for examiner and review 11 U.S.C. 1104 and memo to J. Sakalo regarding same. |
| 08/27/07 | MIK | 0.20 | 70.00 | Review PD related docket entries. |
| 08/28/07 | JMS | 0.40 | 170.00 | E-mail exchange with J. O'Neill regarding change of hearing time (.1); e-mails to Committee and with committee members thereon (.3). |
| 08/28/07 | MIK | 0.50 | 175.00 | Prepare for hearing (.4); email memo to M. Dies (.1). |
| 08/31/07 | MIK | 1.20 | 420.00 | Review PD related docket entries. |

**PROFESSIONAL SERVICES**                                                    **$5,897.50**

COSTS ADVANCED

| | | |
|---|---|---|
| 07/02/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814132050; DATE: 7/31/2007  -  Account# 5306220025395504 | 1.44 |
| 07/03/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814132050; DATE: 7/31/2007  -  Account# 5306220025395504 | 0.72 |
| 07/12/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00959846; DATE: 7/31/2007  -  Account# 306300 | 11.92 |
| 07/12/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00959846; DATE: 7/31/2007  -  Account# 306300 | 1.12 |
| 07/16/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814132050; DATE: 7/31/2007  -  Account# 5306220025395504 | 11.17 |
| 07/23/07 | Airfare Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/23/07; DATE: 7/23/2007  -  Client - 15537 | 1,249.80 |
| 07/23/07 | Lodging Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/23/07; DATE: 7/23/2007  -  Client - 15537 | 306.66 |
| 07/23/07 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/23/07; DATE: 7/23/2007  -  Client - 15537 | 160.00 |
| 07/23/07 | Fares, Mileage, Parking Parking - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/23/07; DATE: 7/23/2007  -  Client - 15537 | 60.00 |
| 07/25/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814132050; DATE: 7/31/2007  -  Account# 5306220025395504 | 5.47 |
| 07/26/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00959846; DATE: 7/31/2007  -  Account# 306300 | 13.87 |
| 07/26/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814132050; DATE: 7/31/2007  -  Account# 5306220025395504 | 77.20 |
| 08/01/07 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.19 |
| 08/01/07 | Long Distance Telephone 1(843)987-0794; 21 Mins. | 24.99 |
| 08/01/07 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-08/01/07; DATE: 8/1/2007  -  Client - 15537 | 306.66 |
| 08/01/07 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-08/01/07; DATE: 8/1/2007  -  Client - 15537 | 14.87 |

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/07 | Fares, Mileage, Parking Taxi fares - Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-08/01/07; DATE: 8/1/2007  -  Client - 15537 | 80.00 |
| 08/01/07 | Fares, Mileage, Parking Airport parking - Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-08/01/07; DATE: 8/1/2007  -  Client - 15537 | 23.00 |
| 08/02/07 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 2.38 |
| 08/02/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 218827408;  DATE: 8/6/2007 | 12.16 |
| 08/02/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 218827408;  DATE: 8/6/2007 | 13.88 |
| 08/06/07 | Long Distance Telephone 1(202)339-8567; 1 Mins. | 1.19 |
| 08/10/07 | Long Distance Telephone 1(302)295-0054; 2 Mins. | 2.38 |
| 08/14/07 | Long Distance Telephone 1(843)987-0794; 18 Mins. | 22.61 |
| 08/15/07 | Long Distance Telephone 1(212)813-1703; 8 Mins. | 9.52 |
| 08/17/07 | Long Distance Telephone 1(803)943-8094; 3 Mins. | 4.76 |
| 08/17/07 | Long Distance Telephone 1(803)943-8094; 4 Mins. | 5.95 |
| 08/17/07 | Long Distance Telephone 1(803)943-8094; 6 Mins. | 8.33 |
| 08/20/07 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 2.38 |
| 08/22/07 | Telecopies   33.00 pgs @ $1.00/pg | 33.00 |
| 08/22/07 | Telecopies   45.00 pgs @ $1.00/pg | 45.00 |
| 08/22/07 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.19 |
| 08/22/07 | Long Distance Telephone 1(302)426-1900; 14 Mins. | 16.66 |
| 08/22/07 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.19 |
| 08/22/07 | Long Distance Telephone 1(803)943-8094; 36 Mins. | 44.03 |
| 08/22/07 | Long Distance Telephone 1(864)895-0459; 25 Mins. | 29.75 |
| 08/23/07 | Long Distance Telephone 1(843)727-6688; 1 Mins. | 2.38 |
| 08/23/07 | Telecopies   7.00 pgs @ $1.00/pg | 7.00 |
| 08/23/07 | Long Distance Telephone 1(212)813-1703; 1 Mins. | 1.19 |
| 08/24/07 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.19 |
| 08/24/07 | Long Distance Telephone 1(864)895-0459; 1 Mins. | 1.19 |
| 08/28/07 | Long Distance Telephone 1(864)895-0459; 20 Mins. | 23.80 |
| 08/29/07 | Long Distance Telephone 1(843)987-0794; 166 Mins. | 198.73 |
| 08/30/07 | Long Distance Telephone 1(843)727-6513; 30 Mins. | 36.89 |
| 08/30/07 | Long Distance Telephone 1(843)524-5708; 10 Mins. | 13.09 |
| 08/30/07 | Long Distance Telephone 1(202)973-9381; 1 Mins. | 1.19 |
| 08/31/07 | Miscellaneous Costs     Professional/Expert fees related to PD Estimation for August 2007     $6,346.50 | 6,346.50 |
| 08/06/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/02/07 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 08/02/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/02/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/02/07 | Copies 486 pgs @ 0.10/pg | 48.60 |
| 08/02/07 | Copies 657 pgs @ 0.10/pg | 65.70 |
| 08/02/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/20/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/20/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/20/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/20/07 | Copies 237 pgs @ 0.10/pg | 23.70 |
| 08/20/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/20/07 | Copies 236 pgs @ 0.10/pg | 23.60 |
| 08/20/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/20/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/20/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/01/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/01/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/01/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/01/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/01/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/01/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/01/07 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 08/01/07 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/01/07 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/01/07 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/01/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/01/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/01/07 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 08/01/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/02/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/02/07 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/02/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/02/07 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 08/02/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/02/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/05/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/05/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/05/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/05/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/05/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/05/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/05/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/05/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/05/07 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 08/05/07 | Copies 7 pgs @ 0.10/pg | 0.70 |

| 08/05/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/05/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/05/07 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 08/05/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/05/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/05/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/05/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/05/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/05/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/05/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/21/07 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 08/21/07 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 08/21/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/21/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/21/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/21/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/21/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/21/07 | Copies 235 pgs @ 0.10/pg | 23.50 |
| 08/21/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/21/07 | Copies 90 pgs @ 0.10/pg | 9.00 |
| 08/21/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/07 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 08/22/07 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 08/22/07 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 08/22/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/07 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 08/22/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/23/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/23/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/23/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/24/07 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 08/24/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/24/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/24/07 | Copies 20 pgs @ 0.10/pg | 2.00 |

| | | |
|---|---|---|
| 08/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/24/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/24/07 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/24/07 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/24/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/24/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/24/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/24/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/27/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/27/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/27/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/27/07 | Copies 139 pgs @ 0.10/pg | 13.90 |
| 08/27/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/27/07 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 08/27/07 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 08/27/07 | Copies 107 pgs @ 0.10/pg | 10.70 |
| 08/28/07 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/28/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/28/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/28/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/28/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/28/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/28/07 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 08/28/07 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 08/28/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/28/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/29/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/29/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/29/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/29/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/29/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/29/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/29/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/29/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/29/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/29/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/29/07 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/30/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/30/07 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/31/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/31/07 | Copies 103 pgs @ 0.10/pg | 10.30 |
| 08/31/07 | Copies 29 pgs @ 0.10/pg | 2.90 |

| | | |
|---|---|---|
| 08/06/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/06/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/06/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/06/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/06/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/06/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/06/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/07/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/07/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/07/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/07/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/07/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/07/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/07 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/07/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/07/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/08/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/08/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/08/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/08/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/09/07 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 08/09/07 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 08/09/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/09/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/09/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/09/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/09/07 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 08/09/07 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/10/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/10/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/10/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/07 | Copies 104 pgs @ 0.10/pg | 10.40 |
| 08/10/07 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 08/10/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/10/07 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 08/10/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/10/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/10/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/10/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/07 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/10/07 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 08/10/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/10/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/10/07 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 08/10/07 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 08/10/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/07 | Copies 99 pgs @ 0.10/pg | 9.90 |
| 08/10/07 | Copies 107 pgs @ 0.10/pg | 10.70 |
| 08/10/07 | Copies 107 pgs @ 0.10/pg | 10.70 |
| 08/10/07 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 08/10/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/10/07 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/10/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/10/07 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/10/07 | Copies 15 pgs @ 0.10/pg | 1.50 |

| 08/10/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/07 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 08/10/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/10/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/10/07 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 08/10/07 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/10/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/10/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/10/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/10/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/10/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/10/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/10/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/13/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/13/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/13/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/13/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/13/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/13/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/13/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/13/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/13/07 | Copies 237 pgs @ 0.10/pg | 23.70 |
| 08/16/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/17/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/07 | Copies 139 pgs @ 0.10/pg | 13.90 |

**TOTAL COSTS ADVANCED**                                                        **$9,796.59**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 1.40 | $650.00 | $910.00 |
| Sakalo, Jay M | 2.10 | $425.00 | $892.50 |
| Kramer, Matthew I | 11.70 | $350.00 | $4,095.00 |
| *TOTAL* | *15.20* | | *$5,897.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Airfare | $1,249.80 |
| Fares, Mileage, Parking | $163.00 |
| Telecopies | $85.00 |
| Federal Express | $26.04 |
| Long Distance Telephone | $458.15 |
| Long Distance Telephone-Outside Services | $26.91 |

| | |
|---|---:|
| Lodging | $613.32 |
| Meals | $174.87 |
| Miscellaneous Costs | $6,346.50 |
| Westlaw-Online Legal Research | $96.00 |
| Copies | $557.00 |
| ***TOTAL*** | ***$9,796.59*** |

**CURRENT BALANCE DUE THIS MATTER**                                          **$15,694.09**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 08/01/07 | JMS | 1.60 | 680.00 | Telephone conference with G. Boyer regarding LTIP motion and review memorandum thereon. |
| 08/02/07 | JMS | 1.00 | 425.00 | Continue work on LTIP motion. |

**PROFESSIONAL SERVICES**                                                                    $1,105.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.60 | $425.00 | $1,105.00 |
| *TOTAL* | *2.60* | | *$1,105.00* |

**CURRENT BALANCE DUE THIS MATTER**                                               $1,105.00

**Atty – SLB**
**Client No.: 74817/15539**

RE: **03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 08/02/07 | SLB | 0.80 | 520.00 | Prepare for and conduct committee meeting. |
| 08/02/07 | JMS | 0.70 | 297.50 | Committee call. |
| 08/02/07 | JIS | 0.80 | 200.00 | Attend committee call and follow up to same. |
| 08/02/07 | MIK | 0.70 | 245.00 | Committee call. |
| 08/09/07 | SLB | 0.50 | 325.00 | Prepare for and conduct committee meeting. |
| 08/09/07 | JMS | 0.30 | 127.50 | Committee call. |
| 08/09/07 | JIS | 0.50 | 125.00 | Attend and follow up to committee call. |
| 08/09/07 | MIK | 0.40 | 140.00 | Committee call (.3); email memo to committee (.1). |
| 08/15/07 | JMS | 0.30 | 127.50 | E-mails with S. Baena regarding Committee call. |
| 08/16/07 | SLB | 0.70 | 455.00 | Emails to and telephone call from E. Westbrook and to D. Speights and D. Scott regarding meeting (.7). |
| 08/16/07 | JMS | 0.30 | 127.50 | E-mails with S. Baena regarding Committee call. |
| 08/23/07 | SLB | 1.00 | 650.00 | Prepare for and conduct committee meeting (1.0). |
| 08/23/07 | JMS | 0.80 | 340.00 | Telephone conference with S. Baena regarding agenda for call (.2); Committee call (.6). |
| 08/23/07 | JCM | 0.60 | 195.00 | Attend Committee conference call. |
| 08/23/07 | JIS | 0.40 | 100.00 | Partial attendance on committee call. |
| 08/23/07 | MIK | 0.60 | 210.00 | Committee call. |
| 08/30/07 | JMS | 1.30 | 552.50 | Telephone conference with S. Baena regarding agenda for Committee call (.3); committee call (.5); telephone conference with D. Speights regarding update on call (.3); telephone conference with C. Plaza regarding same (.2). |
| 08/30/07 | JIS | 0.50 | 125.00 | Attend committee call. |

PROFESSIONAL SERVICES                **$4,862.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.00 | $650.00 | $1,950.00 |
| Sakalo, Jay M | 3.70 | $425.00 | $1,572.50 |
| Moon, James C | 0.60 | $325.00 | $195.00 |
| Snyder, Jeffrey I | 2.20 | $250.00 | $550.00 |
| Kramer, Matthew I | 1.70 | $350.00 | $595.00 |
| *TOTAL* | *11.20* | | *$4,862.50* |

CURRENT BALANCE DUE THIS MATTER              **$4,862.50**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 08/06/07 | LMF | 1.30 | 247.00 | Update description of services on Bilzin's quarterly application. |
| 08/06/07 | JIS | 0.10 | 25.00 | Briefly confer with L. Flores regarding July prebill and attention to same. |
| 08/07/07 | LMF | 1.90 | 361.00 | Complete quarterly application and exhibits. |
| 08/07/07 | SL | 1.30 | 214.50 | Analyze fee auditor's initial report regarding fee application for 24th interim period. |
| 08/08/07 | JIS | 0.10 | 25.00 | Attention to email from M. Kramer regarding quarterly fee application and deadline relating to same. |
| 08/08/07 | SL | 1.00 | 165.00 | Meet with R. Ramphal regarding travel expenses (.7); analyze expenses for fee auditor (.3) |
| 08/09/07 | JIS | 0.60 | 150.00 | Attention to email from L. Flores regarding deadlines (0.1); review and comment on twenty fifth quarterly fee application (0.5). |
| 08/10/07 | LMF | 0.90 | 171.00 | Finalize Bilzin's quarterly application and submit to local counsel for filing. |
| 08/10/07 | JIS | 0.20 | 50.00 | Follow up with L. Flores regarding comments to quarterly fee application (0.1); email to M. Kramer and L. Flores regarding same (0.1). |
| 08/10/07 | MIK | 0.10 | 35.00 | Review quarterly fee application. |
| 08/12/07 | JIS | 0.80 | 200.00 | Review July prebill and revisions to same. |
| 08/16/07 | JMS | 0.30 | 127.50 | Conference with S. Lazarus regarding fee auditor initial report. |
| 08/16/07 | SL | 0.80 | 132.00 | Analyze fee auditors initial report (.7); meet with J. Sakalo regarding same (.1) |
| 08/17/07 | MIK | 0.50 | 175.00 | Review monthly invoice. |
| 08/20/07 | LMF | 1.30 | 247.00 | Attend to finalizing edits to Bilzin July statement. |
| 08/27/07 | LMF | 0.60 | 114.00 | Follow up and begin to prepare bills for Bilzin's monthly statement. |
| 08/28/07 | LMF | 0.80 | 152.00 | Review all edits and attend to finalizing statement for July fees and costs. |
| 08/29/07 | LMF | 0.90 | 171.00 | Prepare notice and summary of fees for July for Bilzin and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                                                                 **$2,762.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $425.00 | $127.50 |
| Snyder, Jeffrey I | 1.80 | $250.00 | $450.00 |
| Kramer, Matthew I | 0.60 | $350.00 | $210.00 |
| Flores, Luisa M | 7.70 | $190.00 | $1,463.00 |
| Lazarus, Shanon | 3.10 | $165.00 | $511.50 |
| *TOTAL* | *13.50* | | *$2,762.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                      **$2,762.00**

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 08/01/07 | MIK | 4.00 | 1,400.00 | Attend hearing. |
| 08/02/07 | SLB | 0.10 | 65.00 | Attention to order scheduling 8/29 hearing. |
| 08/06/07 | SL | 0.10 | 16.50 | Review hearing transcripts for J. Sakalo. |
| 08/22/07 | SLB | 0.30 | 195.00 | Review preliminary agenda and email to J. Sakalo regarding same. |
| 08/23/07 | SLB | 0.20 | 130.00 | Email from and to J. Baer regarding agenda for next hearing. |
| 08/23/07 | LMF | 1.60 | 304.00 | Arrange for various attorneys to appear via telephone at omnibus hearing and review agenda with project assistant. |
| 08/24/07 | LMF | 0.60 | 114.00 | Make additional arrangements for telephone appearances at hearing. |
| 08/29/07 | SLB | 2.10 | 1,365.00 | Telephone attendance at omnibus hearing. |
| 08/29/07 | JMS | 3.70 | 1,572.50 | Prepare for and attend omnibus hearing (3.5); e-mails with S. Lazarus regarding upcoming status conference (.2). |
| 08/29/07 | MIK | 2.90 | 1,015.00 | Attend omnibus hearing. |

PROFESSIONAL SERVICES                                                   $6,177.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.70 | $650.00 | $1,755.00 |
| Sakalo, Jay M | 3.70 | $425.00 | $1,572.50 |
| Kramer, Matthew I | 6.90 | $350.00 | $2,415.00 |
| Flores, Luisa M | 2.20 | $190.00 | $418.00 |
| Lazarus, Shanon | 0.10 | $165.00 | $16.50 |
| *TOTAL* | *15.60* | | *$6,177.00* |

CURRENT BALANCE DUE THIS MATTER                                        $6,177.00

**Atty – SLB**
**Client No.: 74817/15545**

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| | | | | |
|---|---|---|---|---|
| 08/01/07 | JMS | 0.90 | 382.50 | Telephone conference with S. Baena, D. Speights regarding open matters (.5); memorandum from M. Kramer regarding PI hearing on interrogatories (.4). |
| 08/01/07 | JIS | 0.10 | 25.00 | Attention to telephone call from M. Kramer regarding call on PI deposition scheduling. |
| 08/01/07 | SL | 0.60 | 99.00 | Review PD related docket entries for J. Sakalo. |
| 08/01/07 | SL | 0.20 | 33.00 | Meet with A. Morera regarding Grace Claims Register. |
| 08/02/07 | SLB | 0.90 | 585.00 | Review materials concerning Anderson Memorial claims including transcript of hearing and affidavit of Clinton B. Fisher. |
| 08/02/07 | JMS | 2.50 | 1,062.50 | Begin review of supplemental/rebuttal expert reports from PI Committee and Libby claimants. |
| 08/02/07 | JIS | 1.20 | 300.00 | Partial participation at telephone conference regarding upcoming PI deposition schedule. |
| 08/02/07 | GP | 0.80 | 104.00 | Analyze and Prepare CDs and document production to professionals. |
| 08/02/07 | MIK | 2.00 | 700.00 | Telephone conference with PI professionals regarding PI depositions (2.0). |
| 08/03/07 | SLB | 1.30 | 845.00 | Review Lee, Wicker, Will, Welch final rebuttal reports. |
| 08/03/07 | LMF | 0.50 | 95.00 | Meet with S. Lazarus and J. Sakalo regarding PD claims analysis and summary report. |
| 08/03/07 | JIS | 0.10 | 25.00 | Confer with J. Sakalo regarding status and review of PD related filings. |
| 08/03/07 | SL | 0.50 | 82.50 | Conference with J. Sakalo and L. Flores regarding PD Claims status report/project. |
| 08/06/07 | LMF | 1.30 | 247.00 | Work on claims reports and analysis of expunged and withdrawn claims (1.3). |
| 08/06/07 | LMF | 0.90 | 171.00 | Meet with M. Kramer regarding status of expert reports and reports pending. |
| 08/06/07 | JMS | 0.60 | 255.00 | E-mail exchange with D. Speights regarding settlements in principle (.3); e-mails to office regarding same (.3). |
| 08/06/07 | JIS | 0.10 | 25.00 | Attention to scheduling of upcoming PI depositions. |
| 08/06/07 | MIK | 1.90 | 665.00 | Telephone call with D. Felder (.1); attend to PI deposition matters (1.8). |
| 08/06/07 | SL | 0.80 | 132.00 | Meet with L. Flores (.1); Review court docket for orders expunging or disallowing PD claims for J. Sakalo (.5) update claims register database (.2). |
| 08/07/07 | LMF | 2.30 | 437.00 | Meet with M. Kramer regarding reports received and reports needed for review and arrange to obtain all reports (1.1); various meetings with MIS regarding report on expunged or withdrawn claims and review and analysis same (1.2). |
| 08/07/07 | JMS | 0.20 | 85.00 | E-mail from N. Finch regarding limitation on number of depositions. |
| 08/07/07 | ACO | 2.00 | 380.00 | Create queries and reports for Claims Register Database. |
| 08/07/07 | MIK | 0.10 | 35.00 | Telephone call with L. Flores regarding PI expert reports. |
| 08/07/07 | SL | 0.80 | 132.00 | Meet with L. Flores and A. Ortiz regarding PD claims report (.2); review court docket for notices withdrawing PD Claims (.1). analyze orders expunging claims (.5). |
| 08/08/07 | LMF | 5.50 | 1,045.00 | Work on claims reports and analysis of expunged and withdrawn claims. |
| 08/08/07 | GP | 4.00 | 520.00 | Analyze PD claims and 15 omnibus objections for J. Sakalo. |
| 08/09/07 | SLB | 0.70 | 455.00 | Telephone call from D. Speights regarding proof of claim form revisions (.4); telephone call to J. Sakalo and email to D. Speights regarding same (.3). |
| 08/09/07 | LMF | 2.00 | 380.00 | Work on claims reports and analysis of expunged and withdrawn claims. |
| 08/09/07 | JMS | 1.00 | 425.00 | Telephone conference with S. Baena regarding class claim issues (.5); research same (.5). |
| 08/09/07 | GP | 5.30 | 689.00 | Analyze,  PD claims and 15 omnibus objections for Jay Sakalo. |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 08/09/07 | SL | 3.00 | 495.00 | Analyze orders expunging, disallowing, or withdrawing PD claims. |
| 08/10/07 | LMF | 1.60 | 304.00 | Work on claims reports and analysis of expunged and withdrawn claims. |
| 08/10/07 | JMS | 0.60 | 255.00 | Review e-mail traffic regarding scheduling of PI depositions for estimation. |
| 08/10/07 | GP | 1.00 | 130.00 | Analyze, expunged PD claims for Jay Sakalo. |
| 08/10/07 | SL | 3.20 | 528.00 | Analyze orders expunging or withdrawing PD Claims (2.5); prepare PD Claims chart for J. Sakalo (.7). |
| 08/12/07 | JMS | 3.00 | 1,275.00 | Review response to S&R summary of record (.3); review DGS response to Debtors' motion to alter or amend (.2); review S&R class certification briefs (1.0); review Debtors' class certification brief (1.5). |
| 08/13/07 | GP | 0.50 | 65.00 | Analyzing, expunging PD claims regarding 15 omnibus objections for J. Sakalo. |
| 08/13/07 | SL | 3.20 | 528.00 | Analyze all orders expunging or withdrawing PD claims (.5); email to A. Ortiz (.1);  analyze PD claims database and claims report (2.0);  meet with G. Portes (.1) update claims analysis (.5) |
| 08/14/07 | SLB | 0.60 | 390.00 | Attention to extensive email exchange regarding discovery and attend to scheduling same. |
| 08/14/07 | JMS | 2.80 | 1,190.00 | Begin review of data reports for PD status report and conference with S. Lazarus thereon (2.1); review COC regarding Canadian claims hearing (.2); review e-mail traffic regarding scheduling of depositions for PI estimation (.5). |
| 08/14/07 | GP | 0.60 | 78.00 | Analyze PD claims and 15 omnibus objections for J. Sakalo. |
| 08/14/07 | SL | 0.40 | 66.00 | Meet with J. Sakalo regarding PD claims report (.3); update claims register (.1) |
| 08/15/07 | SLB | 1.40 | 910.00 | Read and review Thomas Florence's expert report (.8); review Grace's motion to compel Celotex (.3); review Grace's motion to compel DII (.1); email to B. Joslen (.2). |
| 08/15/07 | JMS | 5.10 | 2,167.50 | Conference with S. Lazarus regarding data on settlements in principle (.3); review data and revise analysis (1.3); continue research and analysis of background for status report (1.7); e-mails regarding scheduling of PI depositions (.3); continue analysis of claims settled in principle (1.5). |
| 08/15/07 | ACO | 2.00 | 380.00 | Create query and report for Claims Register database. |
| 08/15/07 | SL | 0.80 | 132.00 | Meet with J. Sakalo regarding claims report and claims settled in principle (.2); meet with MIS regarding updating database and report of remaining claims (.4); meet with G. Portes (.1) email to and meet with A. Ortiz regarding report (.1). |
| 08/16/07 | JMS | 2.50 | 1,062.50 | Review Debtors' amended objection regarding certain S&R claims and e-mail to S. Baena thereon (.6); telephone conference with B. Fairey regarding same (.3); work on analysis for status report (1.6). |
| 08/16/07 | SL | 0.20 | 33.00 | Review PD related docket entries for J. Sakalo. |
| 08/17/07 | JMS | 3.40 | 1,445.00 | Further e-mails regarding PI scheduling (.2); continue research and analysis regarding claims database for PD status report (2.7); follow up with S. Lazarus regarding additions and modifications (.5). |
| 08/17/07 | SL | 3.10 | 511.50 | Analyze Orders expunging and withdrawing PD claims; review and amend claims report for J. Sakalo. |
| 08/20/07 | SLB | 0.30 | 195.00 | Attention to extensive email traffic regarding PI discovery. |
| 08/20/07 | LMF | 0.70 | 133.00 | Attend to analysis of claims database. |
| 08/20/07 | JMS | 5.30 | 2,252.50 | Work on draft of status report and conferences with S. Lazarus regarding data inputs (3.9); telephone conference with D. Speights regarding certain expunged claims (.3); review notice of transfer of PD claim and e-mail exchange with S. Baena thereon (.3); review Unsecured Creditors Commitee's motion regarding protective order related to PI estimation (.3); conference with M. Kramer regarding upcoming depositions (.2); analysis of BMC meet and confer (.3). |
| 08/20/07 | ACO | 0.50 | 95.00 | Create database queries and reports. |
| 08/20/07 | MIK | 6.10 | 2,135.00 | Review document production (.2); review estimation stipulation (.2); review estimation expert reports (5.7). |
| 08/20/07 | SL | 2.70 | 445.50 | Meet with J. Sakalo regarding claims database (.3); update claims database |

| | | | | (.7); analyze orders expunging or withdrawing PD claims and update claims report (1.7). |
|---|---|---|---|---|
| 08/21/07 | SLB | 0.30 | 195.00 | Review Grace's motion to counter designate record. |
| 08/21/07 | JMS | 3.80 | 1,615.00 | Review opening and response brief regarding appeal of 44 disallowed PD claims (1.2); review SEC correspondence regarding disclosure of values assigned to asbestos claims (1.0); continue analysis and draft of status report (1.6). |
| 08/21/07 | ACO | 0.50 | 95.00 | Edit claims database reports. |
| 08/21/07 | SL | 3.20 | 528.00 | Review PD related docket entries for J. Sakalo (.2); meet with J. Sakalo regarding claims report (.5); analyze order expunging claims and analyze duplicate claims (1.5); prepare claims chart (1). |
| 08/22/07 | SLB | 1.20 | 780.00 | Review S&R brief on ratification (1.0); telephone call from J. Sakalo regarding PD status report (.2). |
| 08/22/07 | LMF | 1.60 | 304.00 | Analysis and review of document production. |
| 08/22/07 | JMS | 2.10 | 892.50 | Telephone conference with D. Speights regarding status report (.7); continue analysis of data and conference with S. Lazarus regarding changes to inputs (1.4). |
| 08/22/07 | JIS | 0.20 | 50.00 | Conference with S. Lazarus regarding PD claims chart. |
| 08/22/07 | MIK | 0.20 | 70.00 | Review PI estimation reports (.2). |
| 08/22/07 | SL | 4.20 | 693.00 | Meet with J. Sakalo regarding changes to the PD Claims report (.7); amend PD claims report and corresponding graphs (2.5); analyze order expunging or withdrawing PD claims (1.0). |
| 08/23/07 | SLB | 0.30 | 195.00 | Email memo to J. Sakalo et al regarding equitable mootness (.3). |
| 08/23/07 | LMF | 1.50 | 285.00 | Review index of document production and update. |
| 08/23/07 | SL | 0.50 | 82.50 | Amend PD claims chart (.5). |
| 08/24/07 | SL | 1.10 | 181.50 | Meet with J.  Sakalo regarding additional claims chart (.4); analyze expunged claims and draft claims chart (.7) |
| 08/26/07 | JIS | 0.80 | 200.00 | Review CNA 1997-98 insurance policy applicable to BP settlement to determine existence of asbestos exclusion (0.7); email with M. Kramer thereon (0.1). |
| 08/27/07 | JMS | 0.20 | 85.00 | E-mail from S. Lazarus regarding claims data update. |
| 08/27/07 | ACO | 0.50 | 95.00 | Analyze the Claims Register database - queries and reports. |
| 08/27/07 | MIK | 2.10 | 735.00 | Review PI expert reports (2.1). |
| 08/27/07 | SL | 0.70 | 115.50 | Analyze expunged claims and remaining claims (.4); amend claims chart (.3). |
| 08/28/07 | ACO | 1.00 | 190.00 | Analyze the Claims Register queries and reports. |
| 08/28/07 | MIK | 3.20 | 1,120.00 | Review PI estimation reports (3.2). |
| 08/29/07 | SLB | 0.30 | 195.00 | Review order on S&R's 71 expunged claims. |
| 08/29/07 | JMS | 1.00 | 425.00 | Review order regarding motion to alter or amend regarding 71 claims dismissed (.3); e-mail from C. Plaza regarding Prudential settlement (.2); review open issues for Canadian summary judgment (.5). |
| 08/29/07 | SL | 1.00 | 165.00 | Review PD related docket entries for J. Sakalo (.2); amend PD claims chart and review remaining claims (.8). |
| 08/30/07 | JMS | 0.40 | 170.00 | Review Prudential settlement motion and e-mail to Committee thereon. |
| 08/30/07 | JIS | 0.30 | 75.00 | Review motion to approve settlement with Prudential and update file to reflect terms of same. |
| 08/30/07 | MIK | 4.00 | 1,400.00 | Attend Hutchins deposition. |
| 08/30/07 | SL | 0.20 | 33.00 | Review PD related docket entries for J. Snyder. |
| 08/31/07 | JMS | 0.30 | 127.50 | Review memorandum from M. Kramer regarding Grover Hutchins deposition. |

**PROFESSIONAL SERVICES**                                                                    **$38,715.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 7.30 | $650.00 | $4,745.00 |
| Sakalo, Jay M | 35.70 | $425.00 | $15,172.50 |
| Snyder, Jeffrey I | 2.80 | $250.00 | $700.00 |
| Kramer, Matthew I | 19.60 | $350.00 | $6,860.00 |
| Flores, Luisa M | 17.90 | $190.00 | $3,401.00 |
| Lazarus, Shanon | 30.40 | $165.00 | $5,016.00 |
| Ortiz, Alicia C | 6.50 | $190.00 | $1,235.00 |
| Portes, Geanny | 12.20 | $130.00 | $1,586.00 |
| *TOTAL* | *132.40* | | *$38,715.50* |

**CURRENT BALANCE DUE THIS MATTER**                                         $38,715.50

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 08/01/07 | MIK | 7.00 | 1,225.00 | Travel from Pittsburgh to Miami re: hearing (7.0). |
| 08/29/07 | MIK | 10.70 | 1,872.50 | Travel to hearing in Pittsburgh (7.0); travel to Baltimore for deposition (3.7). |
| 08/30/07 | MIK | 6.00 | 1,050.00 | Travel from deposition (6.0). |

**PROFESSIONAL SERVICES**                                              $4,147.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 23.70 | $175.00 | $4,147.50 |
| *TOTAL* | *23.70* | | *$4,147.50* |

**CURRENT BALANCE DUE THIS MATTER**                                    $4,147.50

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 08/01/07 | SLB | 0.20 | 130.00 | Email from Hurford and to committee regarding appeal (.2). |
| 08/01/07 | JMS | 0.50 | 212.50 | Attend to 3rd Circuit appeal and mootness issues. |
| 08/02/07 | SLB | 0.10 | 65.00 | Telephone call from Liessener regarding dismissal of appeal (.1). |
| 08/05/07 | JCM | 7.50 | 2,437.50 | Research for equitable mootness memorandum. |
| 08/06/07 | JCM | 2.50 | 812.50 | Research for equitable mootness memorandum. |
| 08/06/07 | MIK | 0.20 | 70.00 | Interoffice conference with J. Moon regarding memo to committee. |
| 08/07/07 | JCM | 8.00 | 2,600.00 | Draft memorandum for Committee. |
| 08/07/07 | MIK | 2.00 | 700.00 | Review memo to committee and research regarding same. |
| 08/08/07 | JMS | 0.20 | 85.00 | E-mails with M. Kramer regarding equitable mootness memorandum. |
| 08/08/07 | MIK | 1.60 | 560.00 | Edit memo to committee. |
| 08/09/07 | JMS | 1.10 | 467.50 | Review memorandum regarding equitable mootness (.8); review dismissal agreement regarding appeal (.3). |
| 08/17/07 | JMS | 0.20 | 85.00 | Review notice from 3rd Circuit dismissing appeal. |
| 08/20/07 | SLB | 0.40 | 260.00 | Email to asbestos lawyers regarding conference call (.2); email from and to G. George regarding status (.2). |
| 08/21/07 | SLB | 0.30 | 195.00 | Email exchange with G. Boyer regarding FA analysis. |
| 08/21/07 | JMS | 1.00 | 425.00 | Begin review of valuation analysis. |
| 08/22/07 | SLB | 3.10 | 2,015.00 | Review expert report (1.1); telephone conference with G. Boyer et al regarding same (1.0); email from and to M. Kramer regarding plan negotiations (.4); review and comment on executive summary (.6). |
| 08/22/07 | JMS | 2.00 | 850.00 | Continue review of valuation analysis (1.0); telephone conference with S. Baena and G. Boyer regarding same (1.0). |
| 08/22/07 | JIS | 1.00 | 250.00 | Telephone conference with S. Baena, J. Sakalo, M. Kramer, and G. Boyer regarding valuation issues. |
| 08/22/07 | MIK | 0.90 | 315.00 | Telephone call with G. Boyer regarding valuation (.9). |
| 08/27/07 | SLB | 0.60 | 390.00 | Telephone conference with J. Sakalo and M. Kramer regarding equitable mootness issues (.6). |
| 08/27/07 | JMS | 0.70 | 297.50 | Telephone conference with S. Baena, M. Kramer regarding equitable mootness issues regarding appeal (.5); e-mail to E. Westbrook regarding same (.2). |

**PROFESSIONAL SERVICES**                                                                 **$13,222.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 4.70 | $650.00 | $3,055.00 |
| Sakalo, Jay M | 5.70 | $425.00 | $2,422.50 |
| Moon, James C | 18.00 | $325.00 | $5,850.00 |
| Snyder, Jeffrey I | 1.00 | $250.00 | $250.00 |
| Kramer, Matthew I | 4.70 | $350.00 | $1,645.00 |
| *TOTAL* | *34.10* | | *$13,222.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                        **$13,222.50**

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 08/02/07 | SLB | 0.40 | 260.00 | Review pleadings regarding Tersigni issues (.4). |
| 08/07/07 | LMF | 1.70 | 323.00 | Prepare, finalize and submit quarterly applications for Hamilton Rabinovitz and Hilsoft Notifications. |
| 08/14/07 | JMS | 1.20 | 510.00 | Review ACC application to retain Charter Oaks and related affidavits in support. |
| 08/15/07 | SLB | 0.20 | 130.00 | Review ACC motion to retain Charter Oak (.2) |
| 08/15/07 | JMS | 0.60 | 255.00 | Telephone conference with G. Boyer regarding CDG quarterly fee application and review same. |
| 08/15/07 | MIK | 0.10 | 35.00 | Telephone conference with G. Boyer regarding fee application issue. |
| 08/22/07 | LMF | 0.50 | 95.00 | Review statement from Hamilton Rabinovitz. |
| 08/22/07 | JMS | 0.80 | 340.00 | E-mail to E. Westbrook regarding Debtors' fees (.3); review Forman Perry report and telephone conference with M. Hurford thereon (.5). |
| 08/24/07 | JMS | 0.30 | 127.50 | Review UST's motion to appoint an examiner regarding Tersigni. |
| 08/29/07 | LMF | 1.90 | 361.00 | Reconcile payment received and arrange to reimburse professional fees and costs (.8); prepare notices and summaries for Hamilton and Hilsoft fees for July and send to local counsel for filing and service (1.1). |
| 08/30/07 | JMS | 0.30 | 127.50 | Review Reed Smith fee application. |
| 08/31/07 | SL | 0.50 | 82.50 | Analyze fee application for J. Sakalo. |

**PROFESSIONAL SERVICES**                                                                 **$2,646.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $650.00 | $390.00 |
| Sakalo, Jay M | 3.20 | $425.00 | $1,360.00 |
| Kramer, Matthew I | 0.10 | $350.00 | $35.00 |
| Flores, Luisa M | 4.10 | $190.00 | $779.00 |
| Lazarus, Shanon | 0.50 | $165.00 | $82.50 |
| *TOTAL* | *8.50* | | *$2,646.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$2,646.50**

**Atty – SLB**
**Client No.: 74817/17905**

**RE: 38 - ZAI Science Trial**

| | | | | |
|---|---|---|---|---|
| 08/27/07 | MIK | 0.90 | 315.00 | Review ZAI materials (.4); telephone call with S. Baena regarding same (.5). |
| 08/29/07 | JMS | 0.30 | 127.50 | E-mails with E. Westbrook and D. Scott regarding call to discuss open issues. |
| 08/30/07 | SLB | 2.50 | 1,625.00 | Interview ZAI counsel and internal conferences with J. Sakalo regarding same in preparation for committee meeting (2.0); committee meeting (.5). |
| 08/30/07 | JMS | 0.70 | 297.50 | Telephone conference with S. Baena, E. Westbrook and D. Scott regarding status and process issues. |

**PROFESSIONAL SERVICES**                                                                    **$2,365.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.50 | $650.00 | $1,625.00 |
| Sakalo, Jay M | 1.00 | $425.00 | $425.00 |
| Kramer, Matthew I | 0.90 | $350.00 | $315.00 |
| *TOTAL* | *4.40* | | *$2,365.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$2,365.00**

### CLIENT SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 22.20 | $650.00 | $14,430.00 |
| Flores, Luisa M | 31.90 | $190.00 | $6,061.00 |
| Sakalo, Jay M | 58.00 | $425.00 | $24,650.00 |
| Ortiz, Alicia C | 6.50 | $190.00 | $1,235.00 |
| Moon, James C | 18.60 | $325.00 | $6,045.00 |
| Snyder, Jeffrey I | 7.80 | $250.00 | $1,950.00 |
| Portes, Geanny | 12.20 | $130.00 | $1,586.00 |
| Kramer, Matthew I | 69.90 | $290.67 | $20,317.50 |
| Lazarus, Shanon | 34.10 | $165.00 | $5,626.50 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | | ***$81,901.00*** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,249.80 |
| Fares, Mileage, Parking | $163.00 |
| Telecopies | $85.00 |
| Federal Express | $26.04 |
| Long Distance Telephone | $458.15 |
| Long Distance Telephone-Outside Services | $26.91 |
| Lodging | $613.32 |
| Meals | $174.87 |
| Miscellaneous Costs | $6,346.50 |
| Westlaw-Online Legal Research | $96.00 |
| Copies | $557.00 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$9,796.59*** |

*TOTAL BALANCE DUE THIS PERIOD*                    ***$91,697.59***

**CLIENT SUMMARY**

**BALANCE AS OF- 08/31/07**

**WR Grace-Official Committee of Prope**

| | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| 01- Case Administration/15537 | $5,897.50 | $9,796.59 | $0.00 | $15,694.09 |
| 02 - Debtors' Business Operations/15538 | $1,105.00 | $0.00 | $0.00 | $1,105.00 |
| 03 - Creditors Committee/15539 | $4,862.50 | $0.00 | $0.00 | $4,862.50 |
| 07 - Applicant's Fee Application/15543 | $2,762.00 | $0.00 | $0.00 | $2,762.00 |
| 08 - Hearings/15544 | $6,177.00 | $0.00 | $0.00 | $6,177.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $38,715.50 | $0.00 | $0.00 | $38,715.50 |
| 10 - Travel/15546 | $4,147.50 | $0.00 | $0.00 | $4,147.50 |
| 18 - Plan & Disclosure Statement/15554 | $13,222.50 | $0.00 | $0.00 | $13,222.50 |
| 30 - Fee Application of Others/17781 | $2,646.50 | $0.00 | $0.00 | $2,646.50 |
| 38 - ZAI Science Trial/17905 | $2,365.00 | $0.00 | $0.00 | $2,365.00 |
| *Client Total* | *$81,901.00* | *$9,796.59* | *$0.00* | *$91,697.59* |