IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF DEPOSITION AND SUBPOENA

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the District of Delaware issued a subpoena (a copy of which is attached hereto) for Steven Kazan This subpoena was served on Mr. Kazan c/o Natalie Ramsey, Esq. on October 2, 2007 . The subpoena requires Steven Kazan to appear for deposition at 555 California Street, San Francisco, California 94104, on October 30, 2007, at 9:30 A.M. (prevailing Pacific Time).

Counsel for the Debtors and counsel for Steven Kazaan are in the process of conferring in order to reach an agreement on a mutually convenient place and time for the deposition to take place.

Dated: Wilmington, Delaware
October 2, 2007

        Respectfully submitted,

        KIRKLAND & ELLIS LLP
        David M. Bernick
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone:   (312) 861-2000
        Facsimile:    (312) 861-2200

        KIRKLAND & ELLIS LLP
        Barbara Harding
        Amanda C. Basta
        655 Fifteenth Street, NW
        Washington, D.C. 20005
        Telephone:   (202) 879-5000
        Facsimile:    (202) 879-5200

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        _____ #4228
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone:   (302) 652-4100
        Facsimile:    (302) 652-4400