# Buchanan Ingersoll ⚘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    SEPTEMBER 17, 2007
                                            MATTER :  0066609-000002
                                            INVOICE : 10044014
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

    RE:  ASSET DISPOSITION
```

```
DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                       HOURS
----  ----    --------------------------------                       -----

08/31/07 TC   Reviewed Motion to Approve Compromise under              .60
              Rule 9019 of BP Products North America, Inc.
              Claim No. 6356 Filed by W.R. Grace & Co., et al
```

```
                     T I M E   S U M M A R Y
                     ----------------------

                        RATE     HOURS        TOTALS
                        ----     -----        ------

T. Currier            500.00      .60         300.00
              TOTALS             .60          300.00


              TOTAL FEES :                        300.00

              TOTAL DUE  :                        300.00
```

**Buchanan Ingersoll ⚹ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     SEPTEMBER 17, 2007
                                              MATTER :   0066609-000004
                                              INVOICE : 10044015


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

    RE:   CASE ADMINISTRATION



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
  ----  ----    -------------------------------                       -----

08/01/07 MNF    Reviewed all ECF filings in the case as part of        .50
                docket control; reviewed all agendas and
                notices of agenda to prepare for hearings;
                reviewed and calendar all objections and
                hearing dates

08/02/07 MNF    Reviewed all ECF filings in the case as part of        .50
                docket control; reviewed all agendas and
                notices of agenda to prepare for hearings;
                reviewed and calendar all objections and
                hearing dates

08/03/07 MNF    Reviewed all ECF filings in the case as part of        .50
                docket control; reviewed all agendas and
                notices of agenda to prepare for hearings;
                reviewed and calendar all objections and
                hearing dates

08/06/07 MNF    Reviewed all ECF filings in the case as part of        .50
                docket control; reviewed all agendas and
                notices of agenda to prepare for hearings;
                reviewed and calendar all objections and
                hearing dates

08/07/07 MNF    Reviewed all ECF filings in the case as part of        .50
                docket control; reviewed all agendas and
                notices of agenda to prepare for hearings;
                reviewed and calendar all objections and
                hearing dates
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 17, 2007
                                              MATTER :  0066609-000004
                                              INVOICE : 10044015
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

     RE:   CASE ADMINISTRATION
```

| | | |
|---|---|---|
| 08/09/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/10/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/21/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/22/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/23/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/24/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

# Buchanan Ingersoll ⅋ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 17, 2007
MATTER : 0066609-000004
INVOICE : 10044015

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 08/27/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 08/28/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 08/30/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 08/31/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |

## T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| M. Flores | 165.00 | 7.50 | 1237.50 |
| TOTALS | | 7.50 | 1237.50 |

TOTAL FEES :                    1,237.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   :     SEPTEMBER 17, 2007
                                             MATTER :     0066609-000004
                                             INVOICE :    10044015


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

    RE:   CASE ADMINISTRATION

                        TOTAL DUE   :                      1,237.50

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     SEPTEMBER 17, 2007
                                             MATTER :   0066609-000005
                                             INVOICE :  10044016

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/06/07 | TC | Reviewed Order Concerning Amendments, Supplementations And Changes To Asbestos PD Claims | .20 |
| 08/29/07 | TC | Reviewed Order Authorizing Settlement With City of Philadelphia for Asbestos PD Claim Number 11314 and Granting Certain Related Relief. Signed on 8/29/2007 | .20 |
| 08/29/07 | TC | Reviewed Scheduling Order for Adjudication of Certain Asbestos Property Damage Claims | .10 |

                    T I M E   S U M M A R Y
                    -----------------------

|               | RATE   | HOURS | TOTALS  |
|---------------|--------|-------|---------|
| T. Currier    | 500.00 | .50   | 250.00  |
| TOTALS        |        | .50   | 250.00  |

                    TOTAL FEES :              250.00

                    TOTAL DUE  :              250.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 17, 2007
MATTER :  0066609-000006
INVOICE : 10044017

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/02/07 | TC | Reviewed Order Denying Motion Of The State of New Jersey, Department of Environmental Protection, For Leave to File a Late Proof of Claim | .20 |
| 08/06/07 | TC | Reviewed Order Disallowing and Expunging Property Damage Claims Nos. 12400, 12401, 12440, And 13950 | .20 |
| 08/09/07 | TC | Reviewed Response to Debtors' Motion to Alter and Amend the Court's Order Disallowing and Expunging Claim No. 6941 For Daggy Hall, and Allowing Claims Nos. 10648, 10649, 10651, 10652, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662 and 14411 for the State of California, Department of General Services Filed by State of California Department of General Service | .40 |
| 08/10/07 | TC | Reviewed Notice of Appeal Of Order Entered on August 2, 2007, Denying the State of New Jersey's Motion To File A Late Proof of Claim Filed by State of New Jersey Department of Environmental Protection | .30 |
| 08/29/07 | TC | Reviewed Objection to the Iowa Department of Revenue's Motion Seeking Permission to File a Late Proof of Claim Filed by W.R. Grace & Co., et al | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚑ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :      SEPTEMBER 17, 2007
                                                MATTER :  0066609-000006
                                                INVOICE : 10044017

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|------|---|-------------|-------|
| 08/29/07 | TC | Reviewed Order Disallowing and Expunging Claim No. 6941 for Daggy Hall and Denying Debtors' Product Identification Objections to Claim Nos. 10648, 10649, 10650, 10651, 10652, 10653, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662 and 14411 for the State of California, Deaprtment of General Services | .30 |
| 08/29/07 | TC | Order Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2002 | .30 |
| 08/29/07 | TC | Reviewed Statement of Issues on Appeal Filed by State of New Jersey Department of Environmental Protection. | .20 |
| 08/29/07 | TC | Reviewed Appellant Designation of Items For Inclusion in Record On Appeal | .10 |

### T I M E   S U M M A R Y
-----------------------

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| T. Currier | 500.00 | 2.30  | 1150.00 |
| TOTALS     |        | 2.30  | 1150.00 |

                    TOTAL FEES :                    1,150.00

                    TOTAL DUE  :                    1,150.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   SEPTEMBER 17, 2007
                                            MATTER : 0066609-000007
                                            INVOICE : 10044018


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

     RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
          EQUITY HOLDERS'


  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
  ----   ----   -------------------------------                  -----

08/29/07 TC    Reviewed preparatory materials prior to            .90
               tomorrow's committee meeting

08/30/07 TC    Attended committee meeting                         .80


                   T I M E   S U M M A R Y
                   -----------------------

                        RATE     HOURS        TOTALS
                        ----     -----        ------

   T. Currier          500.00     1.70        850.00
                TOTALS            1.70        850.00


               TOTAL FEES :                        850.00


               TOTAL DUE  :                        850.00
```

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 17, 2007
                                              MATTER :  0066609-000008
                                              INVOICE : 10044019


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

    RE:  EMPLOYEE BENEFITS / PENSION



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
 ----  ----    -------------------------------                       -----

08/29/07 TC    Reviewed Order Authorizing the Implementation          .20
               of the 2007-2009 Long-Term Incentive Program
               for Key Employees


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

   T. Currier           500.00     .20         100.00
                 TOTALS            .20         100.00


                 TOTAL FEES :                         100.00


                 TOTAL DUE  :                         100.00
```

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 17, 2007
                                             MATTER :  0066609-000010
                                             INVOICE : 10044020

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

    RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/07/07 | MNF | Prepare chambers package and email again same re: Order for COC for Retention of Lexecon | .50 |
| 08/10/07 | TC | Reviewed Application to Employ and Retain (Nunc Pro Tunc to July 30, 2007) Charter Oak Financial Consultants, LLC as Financial Advisor Filed by Official Committee of Asbestos Personal Injury Claimants | .60 |
| 08/28/07 | MNF | Download and serve Order re: Lexecon Retention Motion (.5); E-file AOS re: Signed Order for Lexecon Retention Motion (.3); emails to TKDC, G Becker re: same (.2) | 1.00 |
| 08/30/07 | FAP | Discussions with MNF re: Lexecons' retention and monthly fee invoices (.1); retrieve and review order modifying retention (.1) | .20 |
| 08/30/07 | MNF | Draft and e-file CNO re: Lexecon's February 2007 monhtly fee app (.9); Draft and e-file CNO re: March 2007 monthly fee app (.9); t/c with Mark Z. re: Lexecon fees (.2) | 2.00 |
| 08/31/07 | TC | Reviewed Motion for Leave In Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Morrison & Foerster LLP Filed by W.R. Grace & Co., et al, requesting permission to allow M&F to exceed monthly fee cap | .50 |

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 17, 2007
MATTER :  0066609-000010
INVOICE : 10044020

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

## TIME SUMMARY
-----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 1.10 | 550.00 |
| F. A. Panchak | 165.00 | .20 | 33.00 |
| M. Flores | 165.00 | 3.50 | 577.50 |
| TOTALS |  | 4.80 | 1160.50 |

TOTAL FEES :                    1,160.50

TOTAL DUE  :                    1,160.50

# Buchanan Ingersoll ⚖ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 17, 2007
                                              MATTER : 0066609-000011
                                              INVOICE : 10044021


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

   RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/09/07 | MNF | Draft/Prepare 25th quarterly fee request of BIR for 4/1/07-6/30/07 and notice re: same | 1.50 |
| 08/10/07 | TC | Reviewed and approved quarterly fee apps for Bir and kramer levin | .50 |
| 08/10/07 | MNF | Review/make edits to prebills for July 2007 | 1.00 |
| 08/14/07 | FAP | Prepare Affidavit of Service for quarterly fee requests (.1); file same (.2) | .30 |
| 08/14/07 | FAP | File and serve Buchanan Ingersoll's Twenty-Fifth Quarterly Fee Request | .60 |
| 08/21/07 | MNF | Reviw and Finalize bills for July 2007 time | .50 |
| 08/21/07 | MNF | Draft/Prepare 69th monthly fee app of BIR for July 2007 | 1.50 |
| 08/23/07 | MNF | Review docket re: obj. to 68th monthly fee app of BIR (.1); Draft CNO re: 68th monthly fee app of BIR (.5); E-file and serve CNO (1.0) | 1.60 |
| 08/29/07 | TC | Reviewed our draft monthly fee application and approved for filing | .50 |
| 08/29/07 | MNF | E-file and serve 69th monthly fee app of BIR for July 2007 (1.0); scan and send same to fee auditor (.4); calendar dates (.1) | 1.50 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 17, 2007
MATTER : 0066609-000011
INVOICE : 10044021

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

RE:  FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y
------------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| T. Currier   | 500.00 | 1.00  | 500.00  |
| F. A. Panchak| 165.00 | .90   | 148.50  |
| M. Flores    | 165.00 | 7.60  | 1254.00 |
| TOTALS       |        | 9.50  | 1902.50 |

TOTAL FEES :                          1,902.50

TOTAL DUE  :                          1,902.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 17, 2007
MATTER :  0066609-000012
INVOICE : 10044022

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/10/07 | MNF | Draft Notice re: 21st Quarterly fee request of Kramer Levin | .50 |
| 08/13/07 | FAP | Review Kramer Levin's Twenty-First Quarterly Fee Application (.1); email exchanges with V. Rodriguez re: same (.1) | .20 |
| 08/14/07 | FAP | Email exchanges with V. Rodriguez re: notification of filing quarterly fee requests | .10 |
| 08/14/07 | FAP | File and serve Kramer Levin's Twenty-First Quarterly Fee Request | .60 |
| 08/14/07 | FAP | Revise Kramer Levin's Twenty-First Quarterly Fee Request and Notice thereto | .20 |
| 08/21/07 | MNF | Edits to 72nd monthly fee app of Kramer Levin | .30 |
| 08/23/07 | MNF | Review objections to 71st monthly fee app of Kramer Levin (.1); Draft CNO re: 71st monthly fee app of Kramer Levin (.5); E-file and serve CNO(.5) | 1.10 |
| 08/29/07 | MNF | E-file and serve 72nd monthly fee app of Kramer Levin for July 2007 (.8); scan and send same to fee auditor (.5) | 1.30 |
| 08/30/07 | TC | Reviewed lexecon cnos and revised same | .70 |

# Buchanan Ingersoll &Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    SEPTEMBER 17, 2007
MATTER :    0066609-000012
INVOICE :   10044022

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

RE:   FEE APPLICATIONS, OTHERS

## T I M E    S U M M A R Y
------------------------

|                | RATE   | HOURS | TOTALS  |
|----------------|--------|-------|---------|
| T. Currier     | 500.00 | .70   | 350.00  |
| F. A. Panchak  | 165.00 | 1.10  | 181.50  |
| M. Flores      | 165.00 | 3.20  | 528.00  |
| TOTALS         |        | 5.00  | 1059.50 |

TOTAL FEES :                          1,059.50

TOTAL DUE  :                          1,059.50

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 17, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 10044023
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/02/07 | TC | Reviewed Order (THIRD NEWLY AMENDED CASE MANAGEMENT) For The Estimation of Asbestos Personal Injury Liabilities | .20 |
| 08/02/07 | TC | Reviewed Notice of Service of Libby Claimants' Second Set of Interrogatories Propounded Upon Debtors | .20 |
| 08/02/07 | TC | Reviewed Notice of Service of Discovery (Debtors' Responses and Objections to Certain Canadian Claimants' Requests to Produce to the Debtors) | .20 |
| 08/02/07 | TC | Reviewed Summary of Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on 4/17/07 and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on 4/17/07 Filed by Speights & Runyan | .70 |
| 08/06/07 | TC | Reviewed Notice of Intention to Take Deposition of John C. Irvine Filed by W.R. Grace & Co., et al.. | .20 |
| 08/09/07 | TC | Reviewed draft consent order to be attached to Agreed Motion of the Future Claimants' Representative, the Debtors, the Official Committees, and Counsel to the Libby Claimants for Entry of Consent Order Concerning Confidentiality of Documents and Information, and executed same on behalf of the Equity Committee | .70 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 17, 2007
MATTER :  0066609-000015
INVOICE : 10044023

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 08/10/07 TC | Reviewed Notice of Service of Discovery Regarding Debtors' Third Set of Interrogatories to Certain Law Asbestos Personal Injury Pre-Petition Claimants' Law Firms Filed by W.R. Grace & Co., et al. | | .40 |
| 08/10/07 TC | Reviewed Brief / The South Carolina Class: Anderson's Final Brief in Support of Class Certification of the South Carolina Class Filed by Anderson Memorial Hospital on behalf of its certified class members in South Carolina | | .80 |
| 08/10/07 TC | Reviewed Memorandum of Law Regarding Class Certification Evidentiary Issues Filed by Anderson Memorial Hospital, SC. | | .50 |
| 08/10/07 TC | Reviewed Notice of Service of Future Claimants' Representative's First Set of Interrogatories Directed to the Debtors Filed by David Austern | | .20 |
| 08/10/07 TC | Reviewed Brief / The Worldwide Class: Anderson's Final Brief in Support of Class Certification of the Putative Non-South Carolina Class Filed by Anderson Memorial Hospital, SC. | | .70 |
| 08/29/07 TC | Reviewed Notice of Intention to Take Deposition of John C. Irvine Filed by W.R. Grace & Co., et al | | .10 |
| 08/29/07 TC | Reviewed as filed the Agreed Motion of the Future Claimants' Representative, the Debtors, the Official Committees, and Counsel to the Libby Claimants for Entry of Consent Order Concerning Confidentiality of Documents and | | .60 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 17, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 10044023
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

|  |  |  |
|---|---|---|
| | Information to Be Produced by Expert Witness for Future Claimants' Representative Filed by David Austern, Libby Claimants, Official Committee of Asbestos Personal Injury Claimants, Official Committee of Asbestos Property Damage Claimants, Official Committee of Equity Security Holders, Official Committee of Unsecured Creditors | |
| 08/31/07 TC | Reviewed Motion to Alter and Amend the Court's Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers Filed by Official Committee of Unsecured Creditors, and attached exhibits | .60 |
| 08/31/07 TC | Reviewed Motion for Relief from Stay filed by Roberta Prete, with exhibits | .40 |
| 08/31/07 TC | Reviewed consent motion regarding extension of briefing schedule for Speights and Ryan briefing on claims | .20 |

### T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| T. Currier | 500.00 | 6.70 | 3350.00 |
| TOTALS | | 6.70 | 3350.00 |

TOTAL FEES :                          3,350.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID: 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    SEPTEMBER 17, 2007
MATTER :    0066609-000015
INVOICE :   10044023

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

TOTAL DUE   :                                3,350.00

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 17, 2007
MATTER : 0066609-001000
INVOICE : 10044024

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/07    6548

RE: EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 07/31/07 On-Line Search Service - PACER | 2.16 |
| 07/31/07 On-Line Search Service - PACER | 3.76 |
| 07/31/07 On-Line Search Service - PACER | 2.40 |
| 08/06/07 Photocopies M. Flores | 10.80 |
| 08/14/07 Photocopies F. A. Panchak | 5.10 |
| 08/29/07 Photocopies M. Flores | 23.40 |
| TOTAL EXPENSE ADVANCES : | 47.62 |
| TOTAL DUE    : | 47.62 |