## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
## FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

Name of Applicant:                                    William D. Sullivan, LLC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              April 1, 2007 through
                                                      April 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 5,842.50

Amount of Expenses Reimbursement:                     $ 62.40

This is a:  X monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC.  Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508).  The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617).  Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006).  Those firms are no longer involved in the representation of the ZAI Claimants.

This is the ninth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 16.7 | $5,010.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 3.7 | $832.50 |
| TOTALS | | | | | 20.4 | $5,842.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.0 | $0.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 20.4 | $5,842.50 |
| TOTALS | 20.4 | $5,842.50 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---:|
| Outside Copying and Service by Vendor | $62.40 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $62.40 |

Dated: October 3, 2007
    Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

## FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM <u>APRIL 1, 2007 THROUGH APRIL 30, 2007</u>

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

July 20, 2007
Invoice #    10188

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

**In Reference To:**     **W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2007 | WDS | Review revised agenda for hearing | 0.10 | 30.00 |
|  | WDS | Attend omnibus hearing | 3.00 | 900.00 |
|  | WDS | Review Order approving 22nd Fee Applications; forward to co-counsel | 0.20 | 60.00 |
| 4/3/2007 | WDS | Correspondence from E. Westbrook re: future issues for ZAI Claimants | 0.20 | 60.00 |
|  | WDS | Review draft motion for reconsideration | 0.60 | 180.00 |
|  | WDS | Further review of caselaw and standards for decision on reargument | 1.40 | 420.00 |
| 4/4/2007 | WDS | Review cases and evidence cited re: basis for reconsideration; telephone conversation with E. Westbrook re: same | 2.50 | 750.00 |
|  | WDS | Review revised motion, final proofread; telephone conversation with co-counsel re: same; file and serve | 1.30 | 390.00 |
|  | WDS | Legal research re: claims disallowance and appeal procedures | 1.50 | 450.00 |
| 4/9/2007 | WDS | Review agenda for April 13 hearing,no matters affecting ZAI | 0.10 | 30.00 |
| 4/10/2007 | WDS | Review miscellaneous pleadings re: claims and discovery issues | 0.30 | 90.00 |
|  | WDS | Telephone conversation with counsel for Canadian ZAI Claimants re: status | 0.20 | 60.00 |
| 4/17/2007 | WDS | Review Debtor's response to motion for reargument; forward to co-counsel | 0.40 | 120.00 |
| 4/19/2007 | WDS | Review order denying reconsideration; forward to co-counsel | 0.20 | 60.00 |
| 4/24/2007 | WDS | Correspondence with co-counsel re: status conference preparation | 0.20 | 60.00 |

ZAI Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/25/2007 | WDS | Correspondence with E. Westbrook re: discovery | 0.20 | 60.00 |
| | WDS | Review agenda for May 2 hearing; correspondence with co-counsel re: same | 0.20 | 60.00 |
| | WDS | Review and revise interrogatories on class action issues | 0.60 | 180.00 |
| 4/26/2007 | EEA | Discuss discovery requests with W. Sullivan | 0.10 | 22.50 |
| | EEA | Discuss discovery requests with Ed Westbrook | 0.10 | 22.50 |
| | WDS | Review of cases relating to ZAI issues | 1.20 | 360.00 |
| 4/27/2007 | EEA | Discuss discovery with W. Sullivan | 0.25 | 56.25 |
| | EEA | Prepare discovery for service | 1.00 | 225.00 |
| | EEA | Forward discovery to Ed Westbrook; inquire as to Rule 30(b)(6) deposition and subpoena | 0.30 | 67.50 |
| | EEA | Draft Rule 30(b)(6) Notice of Deposition | 0.75 | 168.75 |
| | EEA | Prepare Rule 45 subpoena; file and serve | 1.00 | 225.00 |
| | WDS | Meeting with E. Westbrook re: review of procedural issues in preparation for status conference | 1.50 | 450.00 |
| | WDS | Review issues with E. Allinson re: service of discovery, discovery issues | 0.30 | 90.00 |
| 4/28/2007 | WDS | Conference with E. Westbrook re: procedural chart for ZAI; propose revisions | 0.50 | 150.00 |
| 4/30/2007 | EEA | Telephone message from, telephone call to and e-mail to Jan Baer re: discovery requests | 0.10 | 22.50 |
| | EEA | E-mail J. Fitzgerald address information to co-counsel for hearing in Pittsburgh | 0.10 | 22.50 |
| | | For professional services rendered | 20.40 | $5,842.50 |
| | | Additional Charges : | | |
| 4/4/2007 | | Motion for Reconsideration of Order | | 29.28 |
| 4/27/2007 | | Notices and Requests for Production, Requests to Admit, First Set of Interrogatories | | 33.12 |
| | | Total additional charges | | $62.40 |
| | | Total amount of this bill | | $5,904.90 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 16.70 | 300.00 | $5,010.00 |
| Zeke Allinson | 3.70 | 225.00 | $832.50 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
W.R. Grace & Co., et al.,                 )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )
            Debtors.                      )    **Objection Deadline:  10/23/2007 @ 4:00 pm**
                                          )    **Hearing Date:  TBD only if necessary**

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
### FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From April 1, 2007 Through April 30,

2007:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: October 3, 2007
     Wilmington, Delaware

                                         WILLIAM D. SULLIVAN, LLC

                                         William D. Sullivan (No. 2820)
                                         Elihu E. Allinson, III (No. 3476)
                                         4 East 8th Street, Suite 400
                                         Wilmington, DE 19801
                                         Telephone: (302) 428-8191
                                         Facsimile: (302) 428-8195

                                         Delaware Counsel for the ZAI Claimants