IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF DEPOSITION AND SUBPOENA

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Southern District of Ohio issued a subpoena (a copy of which is attached hereto) for William B. Nurre. This subpoena was served on William B. Nurre on October 2, 2007. The subpoena requires Mr. Nurre to appear for deposition at the law firm of Kirkland & Ellis LLP, 200 E. Randolph Dr, Chicago, IL 60601, on October 24, 2007 at 9:30 A.M. (prevailing Central Time).

Counsel for the Debtors and counsel for Mr. Nurre are in the process of conferring in order to reach an agreement on a mutually convenient place and time for the deposition to take place.

Dated: Wilmington, Delaware
October 3, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
200 East Randolph Drive
Chicago, IL 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400