## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | May 1, 2007 through May 31, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 2,970.00 |
| Amount of Expenses Reimbursement: | $ 2,011.74 |

This is a: X monthly    _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the tenth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | Pending | Pending |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 9.9 | $2,970.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 0 | $0.00 |
| TOTALS | | | | | 9.9 | $2,970.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 4.6 | $1,380.00 |
| 20 - Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 5.3 | $1,590.00 |
| TOTALS | 9.9 | $2,970.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $1,943.80 |
| Courier Service | $67.94 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $2,011.74 |

Dated: October 3, 2007
    Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
MAY 1, 2007 THROUGH MAY 31, 2007**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

July 20, 2007
Invoice #    10189

**In Reference To:**    **W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2007 | WDS | Review amended agenda for May 2 hearing | 0.20 | 60.00 |
|  | WDS | Attend hearing (by telephone) re: ZAI status conference and discovery requests | 4.00 | 1,200.00 |
| 5/3/2007 | WDS | Telephone conversation with E. Westbrook re: handling of ZAI issues in advance of continued status conference | 0.30 | 90.00 |
|  | WDS | Review agenda for May 8 hearing; no matters affecting clients | 0.20 | 60.00 |
|  | WDS | Telephone conversation with counsel for Canadian ZAI claimants | 0.20 | 60.00 |
| 5/23/2007 | WDS | Conference with Fee Auditor; review filing status; correspondence with E. Westbrook re: fee applications required | 0.40 | 120.00 |
|  | WDS | Begin Preparation of William D. Sullivan, LLC Twenty-Third Quarterly | 0.30 | 90.00 |
|  | WDS | Review, revise and approve for filing and service the Scott Law Group fee applications for January, February and March 2006 | 0.50 | 150.00 |
| 5/24/2007 | WDS | Correspondence with E. Westbrook re: fee application | 0.20 | 60.00 |
| 5/25/2007 | WDS | Preparation of William D. Sullivan, LLC Twenty-Third Quarterly Fee Application, file and serve | 1.50 | 450.00 |
|  | WDS | Prepare, file and serve Notice of Twenty-Third Quarterly | 0.30 | 90.00 |
|  | WDS | Review, revise and file Scott Law Group Twenty-Forth Quarterly Fee Application | 0.40 | 120.00 |
| 5/29/2007 | WDS | Review miscellaneous pleadings filed with Court | 0.30 | 90.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/29/2007 | WDS | Correspondence with co-counsel re: fee applications | 0.20 | 60.00 |
|  | WDS | Review, revise and file Richardson Patrick Westbrook & Brickman fee applications for October through December 2006 | 0.60 | 180.00 |
|  | WDS | Review agenda for May 30 hearing | 0.10 | 30.00 |
| 5/30/2007 | WDS | Correspondence with Fee Auditor re: Richardson Patrick Westbrook & Brickman Quarterly Fee Application | 0.20 | 60.00 |
|  |  | For professional services rendered | 9.90 | $2,970.00 |
|  |  | Additional Charges : |  |  |
| 5/25/2007 |  | Copying and service of Scott Law's 23rd and 24th Quarterly Fee Applications |  | 471.85 |
|  |  | Copying and service of William D. Sullivan, LLC's 22nd and 23rd Quarterly Fee Applications |  | 929.62 |
|  | FedEx |  |  | 13.82 |
|  | FedEx |  |  | 20.15 |
| 5/29/2007 | FedEx |  |  | 20.15 |
|  | FedEx |  |  | 13.82 |
| 5/30/2007 |  | Copying and service of fee applications |  | 183.55 |
|  |  | Copying and service of fee applications |  | 358.78 |
|  |  | Total additional charges |  | $2,011.74 |
|  |  | Total amount of this bill |  | $4,981.74 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 9.90 | 300.00 | $2,970.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**FROM MAY 1, 2007 THROUGH MAY 31, 2007**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From May 1, 2007 Through May 31,

2007:

1.     I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.     I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.     I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: October 3, 2007
      Wilmington, Delaware

                     WILLIAM D. SULLIVAN, LLC

                     William D. Sullivan (No. 2820)
                     Elihu E. Allinson, III (No. 3476)
                     4 East 8th Street, Suite 400
                     Wilmington, DE 19801
                     Telephone: (302) 428-8191
                     Facsimile: (302) 428-8195

                     Delaware Counsel for the ZAI Claimants

2