IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: October 23, 2007 @4:00 p.m.** |

**MONTHLY APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC, FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL*.
FOR THE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

| | |
|---|---|
| Name of Applicant: | Charter Oak Financial Consultants, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | August 29, 2007, *nunc pro tunc* to July 30, 2007 |
| Period for which compensation and reimbursement is sought: | August 1, 2007 through August 31, 2007 |
| Amount of compensation sought as actual, reasonable and necessary: | $47,550.80 (80% of $59,438.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Charter Oak Financial Consultants, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

{D0093136.1 }

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD AUGUST 1, 2007 TO AUGUST 31, 2007**

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---:|---:|---:|
| Bradley Rapp, Senior Managing Director | 22.8 | $535.00 | $12,198.00 |
| James Sinclair, Senior Managing Director | 76.3 | $535.00 | $40,820.50 |
| Peter Cramp, Analyst | 32.1 | $200.00 | $6,420.00 |
| **Total** | **131.2** | | **$59,438.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 8/01/07 through 8/31/07 | Total Fees for the Period 8/01/07 through 8/31/07 |
|---|---:|---:|
| Asset Analysis and Recovery | 44.4 | $22,246.50 |
| Asset Disposition | 0 | $0 |
| Business Operations | 29.9 | $9,832.50 |
| Case Administration | 0 | $0 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0 |
| Committee Administration | 0 | $0 |
| Data Analysis | 0 | $0 |
| Employee Benefits/Pension | 4.4 | $2,354.00 |
| Employment Applications (applicant) | 0 | $0 |
| Employment Applications (others) | 0 | $0 |
| Fee Applications (applicant) | 0 | $0 |
| Fee Applications (others) | 0 | $0 |
| Financing | 0 | $0 |

| | | |
|---|---|---|
| Hearings | 0 | $0 |
| Litigation | 0 | $0 |
| Plan and Disclosure Statement | 13.7 | $7,329.50 |
| Relief from Stay Proceedings | 0 | $0 |
| Tax Issues | 0 | $0 |
| Tax Litigation | 0 | $0 |
| Travel (non-working) | 0 | $0 |
| Valuation | 38.8 | $17,676.00 |
| ZAI Science Trial | 0 | $0 |
| **Totals:** | **131.2** | **$59,438.50** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period of August 1, 2007 through August 31, 2007 |
|---|---|---|
| Overnight Courier | Federal Express | $0 |
| Travel | | $0 |
| Conference Calls | | $0 |
| Jury Reports/Verdicts | | $0 |
| Data Acquisition | | $0 |
| **Total:** | | **$0** |

CHARTER OAK FINANCIAL
CONSULTANTS, LLC


 /s/ Bradley Rapp
Bradley Rapp
430 Center Avenue
Mamaroneck, NY 10543
(610) 824-4490

Financial Advisor for the Official Committee of
Asbestos Personal Injury Claimants

Date:  October 3, 2007

{D0093136.1 }    3