**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period August 1, 2007 through August 31, 2007**
**Summary of Professional Hours by Staff**

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 22.80 | $ 535.00 | $12,198.00 |
| James Sinclair - Senior Managing Director | 76.30 | $ 535.00 | $40,820.50 |
| Peter Cramp - Analyst | 32.10 | $ 200.00 | $6,420.00 |
| Total Professional Hours and Fees | 131.20 | | $ 59,438.50 |