IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: 10/23/2007 |
| | ) | Hearing Date: TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF
THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

Name of Applicant:  The Scott Law Group, P.S.

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:  July 22, 2002

Period for which compensation and
Reimbursement is sought:  May 1, 2007 through
May 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:  $   7,396.00

Amount of Expenses Reimbursement:  $   1,146.43

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 02/1/07-02/28/07 | $2,590.00 | $167.63 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 03/1/07-03/31/07 | $11,162.00 | $1,787.27 | No Objections served on counsel | No Objections served on counsel |
| 10/3/07 | 04/1/07-04/30/07 | $2,376.00 | 0 | Pending | Pending |

This is the fifty-third Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 21.1 | $6,556.00 |
| TOTALS | | | | | 21.1 | $6,556.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Samantha Simatos | Legal Asst. | 14 | Litigation | $120 | 7.0 | $840.00 |
| TOTALS | | | | | 7.0 | $840.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel--Non-working | 12.4 Hours | $2,728.00 |
| 22-ZAI Science Trial | 8.7 Hours | $3,828.00 |
| 11-Fee Applications | 7.0 Hours | $840.00 |
| TOTALS | 28.1 Hours | $7,396.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 20.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | $ 499.32 |
| Transportation | |
| Air Travel Expense | $ 462.60 |
| Taxi Expense | $ 70.00 |
| Mileage Expense | |
| Travel Meals | $ 69.01 |
| Parking | $ 25.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 1,146.43 |

Dated: _October 3_, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

/s/ Will D. Sul

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: 10/23/2007 |
| | ) | Hearing Date: TBD only if necessary |

FEE DETAIL FOR THE VERIFIED APPLICATION OF
THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

**FOR TIME PERIOD ENDED 5/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/1/2007 | DWS<br>Darrell W. Scott<br>Principal | Phone conference with ZAI counsel re ZAI status conference (.5); continued preparation for hearing (.6). | 1.1 | $440.00 | $484.00 |
| 5/2/2007 | DWS<br>Darrell W. Scott<br>Principal | Meeting with ZAI special counsel in preparation for status conference hearing (1.6); attend ZAI status conference hearing (5.0); meeting with counsel re ZAI status post hearing (1.0). | 7.6 | $440.00 | $3,344.00 |
| 5/15/2007 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare January-March monthly fee applications. | 4.5 | $120.00 | $540.00 |
| 5/16/2007 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare 24th Quarterly fee application. | 2.5 | $120.00 | $300.00 |

**TOTAL THIS STATEMENT:**   15.7   $4,668.00

# THE SCOTT LAW GROUP, P.S.

926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:  1.5.001  Grace - Special Counsel Travel                                         FOR TIME PERIOD ENDED 5/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/1/2007<br>Darrell W. Scott<br>Principal | DWS | Travel from Spokane to Pittsburgh for ZAI status conference. (Billed at half rate). | 6.2 | $220.00 | $1,364.00 |
| 5/3/2007<br>Darrell W. Scott<br>Principal | DWS | Return travel from Pittsburgh to Spokane from ZAI status conference. (Billed at half rate). | 6.2 | $220.00 | $1,364.00 |
|  |  | **TOTAL THIS STATEMENT:** | 12.4 |  | $2,728.00 |

8/20/2007                                                                                                                       PAGE 1

## VERIFICATION

STATE OF WASHINGTON )
) 
COUNTY OF SPOKANE )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 20th day of August, 2007.

Kristy L Bergland
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9-10-20