```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2  1360.00
 #6701     develop full-variable files to analyze alternative    425.00
           ARPC assumptions

 08/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.0  1275.00
 #6702     step through ARPC report, generate alternative       425.00
           estimates of ARPC parameters

 08/03/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8  1190.00
 #6706     work on generating alternative estimates of ARPC     425.00
           parameters

 08/05/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.4  1020.00
 #6707     work on generating alternative estimates of ARPC     425.00
           parameters

 08/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.5  1912.50
 #6721     work on replicating ARPC's results using SAS output  425.00
           files

 08/10/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 10.0  4250.00
 #6722     work on replicating ARPC's results using contents of 425.00
           Access databases

 08/11/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  7.2  3060.00
 #6723     work on replicating ARPC's lung cancer results       425.00

 08/12/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2  1360.00
 #6726     more work at identifying sources of ARPC's           425.00
           information on lung cancer

 08/17/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3   977.50
 #6734     work on adding duplicates matches to ARPC list       425.00

 08/23/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3   977.50
 #6751     examine ARPC files to understand medical screening   425.00
           analysis

 08/24/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.4  1020.00
 #6752     look for biases in ARPC samples                      425.00
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                          W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 08/24/07  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  4.5   1912.50
 #6753     run computations to investigate ARPC's medical         425.00
           screening analysis
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/02/07  Peterson   / (07) Committee, Creditors'             0.6      420.00
 #6505     email to Finch re: law firm interrogatories       700.00

 08/07/07  Relles     / (07) Committee, Creditors'             2.5     1062.50
 #6713     construct liabilities estimates by year for       425.00
           Horkovich

 08/07/07  Relles     / (07) Committee, Creditors'             0.2       85.00
 #6714     email Horkovich                                   425.00

 08/08/07  Peterson   / (07) Committee, Creditors'             0.5      350.00
 #6519     Telephone Finch re: rebuttal report               700.00

 08/09/07  Peterson   / (07) Committee, Creditors'             0.8      560.00
 #6523     Telephone Finch (.3); emails re: scheduling       700.00
           deposition (.5)

 08/28/07  Relles     / (07) Committee, Creditors'             0.5      212.50
 #6758     review Goldberg-Persky claims in response to Wehner 425.00
           query
```

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 4

                    W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
---------------------------------------------------------------------------------
 08/06/07  Peterson  / (16) Plan and Disclosure Statement           4.2   2940.00
 #6510     Analysis of TDP issues and values; Review historic     700.00
           resolutions

 08/07/07  Peterson  / (16) Plan and Disclosure Statement           2.4   1680.00
 #6513     Work on TDP issues for plan                            700.00

 08/08/07  Peterson  / (16) Plan and Disclosure Statement           3.6   2520.00
 #6517     Review TDP/tort comparisons; draft memo                700.00
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 5

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/01/07   Peterson  / (28) Data Analysis                        4.8   3360.00
 #6501      Review claims files                               700.00

 08/01/07   Peterson  / (28) Data Analysis                        7.8   5460.00
 #6502      Work on rebuttal report                           700.00

 08/02/07   Peterson  / (28) Data Analysis                        8.3   5810.00
 #6503      Work on rebuttal report                           700.00

 08/02/07   Peterson  / (28) Data Analysis                        1.3    910.00
 #6504      Review emails re: Grace hearing, data            700.00

 08/02/07   Relles    / (28) Data Analysis                        2.0    850.00
 #6703      organize Verus meso data                          425.00

 08/02/07   Relles    / (28) Data Analysis                        2.7   1147.50
 #6704      respond to questions by Caplin-Drysdale attorneys 425.00

 08/02/07   Relles    / (28) Data Analysis                        2.3    977.50
 #6705      compare Verus and Celotex responses to Rust       425.00
            questionnaires

 08/03/07   Peterson  / (28) Data Analysis                        9.9   6930.00
 #6506      Work on rebuttal report                           700.00

 08/04/07   Peterson  / (28) Data Analysis                        6.4   4480.00
 #6507      Work on rebuttal report                           700.00

 08/05/07   Peterson  / (28) Data Analysis                        7.0   4900.00
 #6508      Work on rebuttal report                           700.00

 08/06/07   Peterson  / (28) Data Analysis                        0.4    280.00
 #6509      telephone Relles re: discuss projections          700.00

 08/06/07   Peterson  / (28) Data Analysis                        3.7   2590.00
 #6511      Work on rebuttal report                           700.00

 08/06/07   Peterson  / (28) Data Analysis                        0.7    490.00
 #6512      telephone Relles re: discuss Grace trust simulations 700.00

 08/06/07   Relles    / (28) Data Analysis                        0.4    170.00
 #6708      telephone Peterson re: discuss projections        425.00

 08/06/07   Relles    / (28) Data Analysis                        0.6    255.00
 #6709      produce order statistics for Peterson review      425.00
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 6

                     W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/06/07   Relles    / (28) Data Analysis                        1.6    680.00
 #6710      develop average values                              425.00

 08/06/07   Relles    / (28) Data Analysis                        2.3    977.50
 #6711      develop Grace trust simulation capability, run      425.00
            simulations

 08/06/07   Relles    / (28) Data Analysis                        0.7    297.50
 #6712      telephone Peterson re: discuss Grace trust          425.00
            simulations

 08/07/07   Peterson  / (28) Data Analysis                        0.3    210.00
 #6514      Telephone Relles re: insurance analysis             700.00

 08/07/07   Peterson  / (28) Data Analysis                        1.0    700.00
 #6515      Review insurance analysis                           700.00

 08/07/07   Peterson  / (28) Data Analysis                        7.7   5390.00
 #6516      Work on rebuttal report                             700.00

 08/07/07   Relles    / (28) Data Analysis                        0.6    255.00
 #6715      research availability and quality of exposure       425.00
            information to Grace products

 08/07/07   Relles    / (28) Data Analysis                        1.8    765.00
 #6716      run additional Grace trust simulations              425.00

 08/07/07   Relles    / (28) Data Analysis                        0.3    127.50
 #6717      Telephone Peterson re: insurance analysis           425.00

 08/08/07   Peterson  / (28) Data Analysis                        0.5    350.00
 #6518      Telephone Relles re: rebuttal report                700.00

 08/08/07   Peterson  / (28) Data Analysis                        3.4   2380.00
 #6520      Review transcript of Aug 7 hearing                  700.00

 08/08/07   Peterson  / (28) Data Analysis                        3.2   2240.00
 #6521      Review Anderson report                              700.00

 08/08/07   Peterson  / (28) Data Analysis                        2.1   1470.00
 #6522      Work on rebuttal report                             700.00

 08/08/07   Relles    / (28) Data Analysis                        4.6   1955.00
 #6718      develop additional summaries of Grace Trust         425.00
            liabilities
```

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 7

                     W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/08/07  Relles   / (28) Data Analysis                  0.5    212.50
 #6719     Telephone Peterson re: rebuttal report       425.00

 08/09/07  Peterson / (28) Data Analysis                  8.3   5810.00
 #6524     Work on rebuttal report                      700.00

 08/09/07  Relles   / (28) Data Analysis                  2.6   1105.00
 #6720     update trust simulation software, rerun trust 425.00
           simulation

 08/10/07  Peterson / (28) Data Analysis                  9.5   6650.00
 #6525     Work on rebuttal report                      700.00

 08/11/07  Peterson / (28) Data Analysis                 11.6   8120.00
 #6526     Work on rebuttal report                      700.00

 08/12/07  Peterson / (28) Data Analysis                  0.5    350.00
 #6527     telephone Relles re: rebuttal analyses       700.00

 08/12/07  Peterson / (28) Data Analysis                  8.6   6020.00
 #6528     Work on rebuttal report                      700.00

 08/12/07  Relles   / (28) Data Analysis                  0.5    212.50
 #6724     telephone Peterson re: rebuttal analyses     425.00

 08/12/07  Relles   / (28) Data Analysis                  0.6    255.00
 #6725     look at Anderson report                      425.00

 08/13/07  Peterson / (28) Data Analysis                 12.1   8470.00
 #6529     Work on rebuttal report                      700.00

 08/14/07  Peterson / (28) Data Analysis                 10.8   7560.00
 #6530     Work on rebuttal report                      700.00

 08/14/07  Peterson / (28) Data Analysis                  0.8    560.00
 #6531     telephone Relles re: rebuttal report         700.00

 08/14/07  Relles   / (28) Data Analysis                  1.0    425.00
 #6727     read Anderson expert report                  425.00

 08/14/07  Relles   / (28) Data Analysis                  3.5   1487.50
 #6728     work on rebuttal report                      425.00

 08/14/07  Relles   / (28) Data Analysis                  0.8    340.00
 #6729     telephone Peterson re: rebuttal report       425.00
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 8

                    W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 08/15/07   Peterson  / (28) Data Analysis                   9.4    6580.00
 #6532      Work on rebuttal report                        700.00

 08/15/07   Peterson  / (28) Data Analysis                   0.5     350.00
 #6533      telephone Relles re: rebuttal report           700.00

 08/15/07   Relles    / (28) Data Analysis                   7.0    2975.00
 #6730      work on rebuttal report                        425.00

 08/15/07   Relles    / (28) Data Analysis                   0.5     212.50
 #6731      telephone Peterson re: rebuttal report         425.00

 08/16/07   Peterson  / (28) Data Analysis                  10.3    7210.00
 #6534      Work on rebuttal report                        700.00

 08/16/07   Peterson  / (28) Data Analysis                   0.8     560.00
 #6535      telephone Relles re: rebuttal report           700.00

 08/16/07   Relles    / (28) Data Analysis                   8.5    3612.50
 #6732      work on rebuttal report                        425.00

 08/16/07   Relles    / (28) Data Analysis                   0.8     340.00
 #6733      telephone Peterson re: rebuttal report         425.00

 08/17/07   Peterson  / (28) Data Analysis                   1.0     700.00
 #6536      telephone Relles re: rebuttal report           700.00

 08/17/07   Peterson  / (28) Data Analysis                   9.5    6650.00
 #6537      Work on rebuttal report                        700.00

 08/17/07   Relles    / (28) Data Analysis                   2.0     850.00
 #6735      work on developing alternative estimates of valid 425.00
            claims

 08/17/07   Relles    / (28) Data Analysis                   7.3    3102.50
 #6736      work on rebuttal report                        425.00

 08/17/07   Relles    / (28) Data Analysis                   1.0     425.00
 #6737      telephone Peterson re: rebuttal report         425.00

 08/18/07   Peterson  / (28) Data Analysis                   8.8    6160.00
 #6538      Work on rebuttal report                        700.00

 08/18/07   Peterson  / (28) Data Analysis                   0.6     420.00
 #6539      telephone Relles re: rebuttal report           700.00
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 9

                     W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 08/18/07  Relles    / (28) Data Analysis                   10.0    4250.00
 #6738     work on rebuttal report                         425.00

 08/18/07  Relles    / (28) Data Analysis                    0.6     255.00
 #6739     telephone Peterson re: rebuttal report          425.00

 08/19/07  Peterson  / (28) Data Analysis                   11.3    7910.00
 #6540     Work on rebuttal report                         700.00

 08/19/07  Peterson  / (28) Data Analysis                    0.4     280.00
 #6541     telephone Relles re: rebuttal report            700.00

 08/19/07  Relles    / (28) Data Analysis                   12.0    5100.00
 #6740     work on rebuttal report                         425.00

 08/19/07  Relles    / (28) Data Analysis                    0.4     170.00
 #6741     telephone Peterson re: rebuttal report          425.00

 08/20/07  Peterson  / (28) Data Analysis                   15.0   10500.00
 #6542     Work on rebuttal report                         700.00

 08/20/07  Peterson  / (28) Data Analysis                    1.2     840.00
 #6543     telephone Relles re: rebuttal report            700.00

 08/20/07  Relles    / (28) Data Analysis                   12.0    5100.00
 #6742     finish draft of section of rebuttal report      425.00

 08/20/07  Relles    / (28) Data Analysis                    1.2     510.00
 #6743     telephone Peterson re: rebuttal report          425.00

 08/21/07  Peterson  / (28) Data Analysis                   13.2    9240.00
 #6544     Work on rebuttal report                         700.00

 08/21/07  Peterson  / (28) Data Analysis                    0.4     280.00
 #6545     telephone Relles re: miscellaneous printout requests  700.00

 08/21/07  Relles    / (28) Data Analysis                    0.4     170.00
 #6744     telephone Peterson re: miscellaneous printout  425.00
           requests

 08/21/07  Relles    / (28) Data Analysis                    1.0     425.00
 #6745     respond to Peterson requests                    425.00

 08/21/07  Relles    / (28) Data Analysis                    0.6     255.00
 #6746     telephone Kramer and Chung re: exposure analysis  425.00
```

{D0093246.1 }

```
Date: 10/01/07             Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 10

                     W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/21/07  Relles    / (28) Data Analysis                    2.3      977.50
 #6747     run computations in support of exposure analysis  425.00

 08/21/07  Relles    / (28) Data Analysis                    1.5      637.50
 #6748     read Dunbar report                                425.00

 08/22/07  Peterson  / (28) Data Analysis                   10.2     7140.00
 #6546     Work on rebuttal report                          700.00

 08/22/07  Relles    / (28) Data Analysis                    2.3      977.50
 #6749     run computations in support of exposure analysis  425.00
           critique

 08/23/07  Peterson  / (28) Data Analysis                    9.7     6790.00
 #6547     Work on rebuttal report                          700.00

 08/23/07  Relles    / (28) Data Analysis                    1.5      637.50
 #6750     finish exposure analysis, send email to Kramer    425.00

 08/24/07  Peterson  / (28) Data Analysis                    0.4      280.00
 #6548     Review materials on insurance analysis           700.00

 08/24/07  Peterson  / (28) Data Analysis                    8.4     5880.00
 #6549     work on rebuttal report                          700.00

 08/25/07  Peterson  / (28) Data Analysis                    9.4     6580.00
 #6550     work on rebuttal report                          700.00

 08/25/07  Relles    / (28) Data Analysis                    4.5     1912.50
 #6754     read Henry report, replicate his analysis, review 425.00
           all backup materials

 08/26/07  Peterson  / (28) Data Analysis                    9.9     6930.00
 #6551     work on rebuttal report                          700.00

 08/27/07  Peterson  / (28) Data Analysis                    9.0     6300.00
 #6552     Work on rebuttal                                 700.00

 08/27/07  Peterson  / (28) Data Analysis                    3.3     2310.00
 #6553     Review Henry materials                           700.00

 08/27/07  Relles    / (28) Data Analysis                    3.6     1530.00
 #6755     work on rebuttal report                          425.00

 08/27/07  Relles    / (28) Data Analysis                    2.0      850.00
 #6756     read August 7 hearing transcript                 425.00
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 11

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/28/07  Peterson  / (28) Data Analysis                    12.2     8540.00
 #6554     Work on rebuttal                                 700.00

 08/28/07  Relles    / (28) Data Analysis                     0.5      212.50
 #6757     correspondence with Caplin-Drysdale re: Henry backup 425.00
           materials

 08/28/07  Relles    / (28) Data Analysis                     6.7     2847.50
 #6759     work on rebuttal report                          425.00

 08/29/07  Peterson  / (28) Data Analysis                    14.4    10080.00
 #6555     Work on rebuttal                                 700.00

 08/29/07  Relles    / (28) Data Analysis                     2.9     1232.50
 #6760     work on insurance analysis, send spreadsheets to 425.00
           Kramer

 08/29/07  Relles    / (28) Data Analysis                     0.7      297.50
 #6761     telephone Kramer (Anderson-Kill) re: insurance   425.00
           analysis

 08/29/07  Relles    / (28) Data Analysis                     4.3     1827.50
 #6762     work on rebuttal report                          425.00

 08/30/07  Peterson  / (28) Data Analysis                    13.9     9730.00
 #6556     Work on rebuttal                                 700.00

 08/30/07  Relles    / (28) Data Analysis                     2.5     1062.50
 #6763     work on insurance analysis, send spreadsheets to 425.00
           Kramer

 08/30/07  Relles    / (28) Data Analysis                     1.6      680.00
 #6764     work on rebuttal report                          425.00

 08/30/07  Relles    / (28) Data Analysis                     2.6     1105.00
 #6765     additional work on insurance analysis, send     425.00
           spreadsheets to Kramer

 08/31/07  Peterson  / (28) Data Analysis                    14.0     9800.00
 #6557     Work on rebuttal                                 700.00
-------------------------------------------------------------------------------
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 12

                              W. R. Grace

                  Summary Of Time Charges, By Month and Activity
                          August 2007 - August 2007

  MONTH       ACTIVITY                                          HOURS      AMOUNT
  -----------------------------------------------------------------------------
  August    - (05) Claims Anal Objectn/Resolutn (Asbest)         47.8    20315.00
  August    - (07) Committee, Creditors'                          5.1     2690.00
  August    - (16) Plan and Disclosure Statement                 10.2     7140.00
  August    - (28) Data Analysis                                462.1   286565.00
  August    - (99) Total                                        525.2   316710.00

  Total     - (05) Claims Anal Objectn/Resolutn (Asbest)         47.8    20315.00
  Total     - (07) Committee, Creditors'                          5.1     2690.00
  Total     - (16) Plan and Disclosure Statement                 10.2     7140.00
  Total     - (28) Data Analysis                                462.1   286565.00
  Total     - (99) Total                                        525.2   316710.00

-------------------------------------------------------------------------------
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 13

                     W. R. Grace

             Summary Of Time Charges, By Month and Person
                      August 2007 - August 2007

 MONTH       PERSON                                         HOURS      AMOUNT
 ----------------------------------------------------------------------------
 August    - Relles                                         185.2    78710.00
 August    - Peterson                                       340.0   238000.00
 August    - Total                                          525.2   316710.00

 Total     - Relles                                         185.2    78710.00
 Total     - Peterson                                       340.0   238000.00
 Total     - Total                                          525.2   316710.00

 ----------------------------------------------------------------------------
```

{D0093246.1 }

```
Date: 10/01/07          Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 14

                W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                     August 2007 - August 2007

MONTH      PERSON                              HOURS    RATE      AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

August    - Relles                              47.8    425.    20315.00

(07) Committee, Creditors'

August    - Relles                               3.2    425.     1360.00
August    - Peterson                             1.9    700.     1330.00

(16) Plan and Disclosure Statement

August    - Peterson                            10.2    700.     7140.00

(28) Data Analysis

August    - Relles                             134.2    425.    57035.00
August    - Peterson                           327.9    700.   229530.00

-----------------------------------------------------------------------
```

{D0093246.1 }