## EXHIBIT A

### Case Administration (16.30 Hours; $ 5,910.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $875 | 700.00 |
| Peter Van N. Lockwood | 1.60 | $800 | 1,280.00 |
| Trevor W. Swett | .70 | $630 | 441.00 |
| Rita C. Tobin | .60 | $480 | 288.00 |
| Kevin C. Maclay | 2.00 | $435 | 870.00 |
| Jeanna M. Rickards | 6.60 | $235 | 1,551.00 |
| Andrew D. Katznelson | 4.00 | $195 | 780.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/07 | ADK | 195.00 | 1.00 | Perform review of documents to identify relevant documents for EI and RCT. |
| 08/03/07 | PVL | 800.00 | 0.20 | Review 4 miscellaneous orders (.1); review 8 miscellaneous filings (.1). |
| 08/06/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 08/07/07 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 08/07/07 | ADK | 195.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 08/08/07 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 08/09/07 | KCM | 435.00 | 0.90 | Draft memo; review/analyze cases and materials |
| 08/10/07 | KCM | 435.00 | 0.50 | Plan/prepare for and meet with JMR; review/analyze cases and materials and memoranda |
| 08/13/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 08/15/07 | KCM | 435.00 | 0.60 | Draft/revise memo; research and review cases and materials re files issue |
| 08/16/07 | PVL | 800.00 | 0.10 | Review 4 miscellaneous filings. |

| 08/16/07 | TWS | 630.00 | 0.10 | Telephone conference with JPW and EI re LTC matters; conference with EI re same |
| 08/17/07 | PVL | 800.00 | 0.10 | Review 2 miscellaneous filings. |
| 08/17/07 | EI | 875.00 | 0.30 | Fee apps. (.1); attempt to set up meeting (.2). |
| 08/20/07 | PVL | 800.00 | 0.20 | Review 12 miscellaneous filings (.1); teleconference with Millner (.1). |
| 08/20/07 | TWS | 630.00 | 0.20 | Telephone conference with J. Baer re LTC matter |
| 08/21/07 | PVL | 800.00 | 0.20 | Review draft agenda and e-mail NDF (.1); conference with Hurtford and NDF; review e-mails and reply (.1). |
| 08/22/07 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 08/22/07 | JMR | 235.00 | 6.60 | Review memo regarding the fair and equitable requirement and update authority and revise (2.1); perform additional legal research (1.8); revise and finalize memo (2.7) |
| 08/23/07 | TWS | 630.00 | 0.30 | Telephone conference with EI re LTC matter (.1); conference with NDF re same (.2) |
| 08/24/07 | ADK | 195.00 | 0.50 | Asssited NDF and DBS with Manville docket search for Debi Felder. |
| 08/26/07 | PVL | 800.00 | 0.20 | Review 14 miscellaneous filings. |
| 08/28/07 | PVL | 800.00 | 0.10 | Review 6 miscellaneous filings. |
| 08/28/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 08/28/07 | TWS | 630.00 | 0.10 | E-mail JPW re UST motion for examiner |
| 08/28/07 | ADK | 195.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 08/29/07 | EI | 875.00 | 0.50 | Memos re: LTC examiner issues (.3); read report on CO motion (.2). |
| 08/30/07 | PVL | 800.00 | 0.10 | Review Hurford draft memorandum. |
| 08/31/07 | PVL | 800.00 | 0.10 | Review 6 miscellaneous filings. |

| 08/31/07 | ADK | 195.00 | 0.50 | Review, classify and annotate relevant material for EI case binder. |

**Total Task Code .04**          **16.30**

## Claim Analysis Objection & Resolution (Asbestos) (6.00 Hours; $ 4,800.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.00 | $800 | 4,800.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/07 | PVL | 800.00 | 0.60 | Review email (.1); review Whitehouse rebuttal report to Haber (.5). |
| 08/03/07 | PVL | 800.00 | 0.20 | Review email. |
| 08/04/07 | PVL | 800.00 | 1.20 | Review 8/1/07 transcript. |
| 08/08/07 | PVL | 800.00 | 0.30 | Review email. |
| 08/09/07 | PVL | 800.00 | 0.10 | Review email. |
| 08/10/07 | PVL | 800.00 | 0.40 | Review FCR rogs to Grace (.2); review email and reply (.2). |
| 08/13/07 | PVL | 800.00 | 0.40 | Review email and reply. |
| 08/15/07 | PVL | 800.00 | 0.50 | Review 3 Anderson briefs re class cert. |
| 08/17/07 | PVL | 800.00 | 0.40 | Review Grace reply re PD class cert. |
| 08/19/07 | PVL | 800.00 | 0.10 | Review email. |
| 08/20/07 | PVL | 800.00 | 0.30 | Teleconference with Rescho (.2); review e-mails and reply (.1) |
| 08/21/07 | PVL | 800.00 | 0.50 | Review Ga. Pac. v. Stephens and Pena opinions. |
| 08/22/07 | PVL | 800.00 | 0.10 | Review Grace opposition brief regarding unauthorized claims. |

| 08/24/07 | PVL | 800.00 | 0.10 | Review e-mail. |
| 08/26/07 | PVL | 800.00 | 0.10 | Review CCC stip. re BP claim. |
| 08/27/07 | PVL | 800.00 | 0.10 | Review e-mails. |
| 08/29/07 | PVL | 800.00 | 0.30 | Review Am. Assn. of Actuaries monograph. |
| 08/30/07 | PVL | 800.00 | 0.30 | Review motion re Prudential settlement (.2); review correspondence (.1). |

**Total Task Code .05**        **6.00**

**Employee Benefits/Pension (.40 Hours; $ 263.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |
| Ronald E. Reinsel | .30 | $610 | 183.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/07 | PVL | 800.00 | 0.10 | Review email and memo re LTIP. |
| 08/09/07 | RER | 610.00 | 0.30 | Correspondence re: LTIP issues. |

**Total Task Code .08**        **.40**

**Employment Applications - Others (9.90 Hours; $ 5,827.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.10 | $875 | 2,712.50 |
| Peter Van N. Lockwood | .30 | $800 | 240.00 |
| Trevor W. Swett | 3.70 | $630 | 2,331.00 |

{D0093256.1 }

| | | | | |
|---|---|---|---|---|
| Jeffrey A. Liesemer | | .10 | $445 | 44.50 |
| Samira A. Taylor | | 2.70 | $185 | 499.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/07 | PVL | 800.00 | 0.10 | Teleconference TWS and JPW re Charter Oak retention. |
| 08/01/07 | TWS | 630.00 | 0.50 | Attention to Charter Oak application - review and edit draft declaration (.3); conference with JPW and PVNL re same (.2) |
| 08/01/07 | EI | 875.00 | 0.40 | Work on CO application (.2); t/c JPW re: same (.2). |
| 08/01/07 | SAT | 185.00 | 1.00 | Edit and quality check EI Declaration regarding Charter Oak Retention Application. |
| 08/02/07 | TWS | 630.00 | 2.20 | Attention to Charter Oak retention application (.8); conference with JPW re same (.2); telephone conferences with A. Vara (2x); telephone conference with J. Baer; conference with NDF and JPW re next steps for Charter Oak retention application (.6); assemble materials and e-mail same to J. Baer re Charter Oak (.6) |
| 08/02/07 | SAT | 185.00 | 1.70 | Edit and quality check EI Declaration regarding Charter Oak Retention Application. |
| 08/03/07 | TWS | 630.00 | 0.10 | Telephone conference with A. Vara |
| 08/06/07 | TWS | 630.00 | 0.30 | Conference with JPW re Charter Oak application; telephone conference with J. Baer re same |
| 08/07/07 | PVL | 800.00 | 0.20 | Review email and reply re Charter Oaks retention (.1); confer TWS re same (.1). |
| 08/07/07 | EI | 875.00 | 0.20 | T/c TWS re: CO retention (.2). |
| 08/08/07 | TWS | 630.00 | 0.10 | E-mail re Charter Oak |
| 08/09/07 | TWS | 630.00 | 0.20 | Review charge allocation. |
| 08/13/07 | TWS | 630.00 | 0.30 | Telephone conference with A. Tersigni |
| 08/16/07 | EI | 875.00 | 0.30 | Conf. TWS re: LTC issues and t/c JPW re: same (.3). |

| 08/24/07 | EI | 875.00 | 1.90 | T/c TWS re: Charter Oak status (.2); memo to Committee re: status and proposed action (1.5); memo to NDF re: Rich point (.2). |
| 08/26/07 | JAL | 445.00 | 0.10 | Reviewed correspondence from M. Hurford re: dismissal of exclusivity appeal. |
| 08/28/07 | EI | 875.00 | 0.20 | LTC memos (.2). |
| 08/30/07 | EI | 875.00 | 0.10 | Charter Oak issues (.1). |

**Total Task Code .10**    **9.90**

## Fee Applications, Applicant (7.10 Hours; $ 2,410.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.60 | $480 | 1,728.00 |
| Andrew D. Katznelson | 3.50 | $195 | 682.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/07 | RCT | 480.00 | 0.20 | Review fee application schedule for August (.2) |
| 08/02/07 | RCT | 480.00 | 0.40 | Address fee issue (.4) |
| 08/03/07 | RCT | 480.00 | 1.00 | Address fee issue (1.0). |
| 08/07/07 | RCT | 480.00 | 1.00 | Review pre-bills (1.0). |
| 08/08/07 | RCT | 480.00 | 0.50 | Review Exhibits (.5) |
| 08/14/07 | RCT | 480.00 | 0.50 | Review monthly fee applications (.5) |
| 08/14/07 | ADK | 195.00 | 1.50 | Worked on fee application. |
| 08/16/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 08/23/07 | ADK | 195.00 | 1.00 | Worked on fee application. |
| 08/24/07 | ADK | 195.00 | 0.50 | Worked on fee application. |

**Total Task Code .12**        **7.10**

## Fee Applications, Others (1.40 Hours; $ 817.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $800 | 720.00 |
| Andrew D. Katznelson | .50 | $195 | 97.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/22/07 | PVL | 800.00 | 0.90 | Review e-mails and reply regarding K&E fee application (.2); teleconference with Hurford regarding same (.3); review Smith report regarding Forman Perry fee application and e-mail Hurford et al. regarding same (.4). |
| 08/30/07 | ADK | 195.00 | 0.50 | Assisted Kattie Hemming with Kazan expense request. |

**Total Task Code .13**        **1.40**

## Hearings (2.60 Hours; $ 2,080.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.60 | $800 | 2,080.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/29/07 | PVL | 800.00 | 2.60 | Attend omni hearing by phone. |

**Total Task Code .15**        **2.60**

## Litigation and Litigation Consulting (792.60 Hours; $ 333,565.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.70 | $875 | 2,362.50 |
| Walter B. Slocombe | 37.40 | $685 | 25,619.00 |
| Bernard S. Bailor | 168.80 | $600 | 101,280.00 |
| Nathan D. Finch | 90.90 | $580 | 52,722.00 |
| Leslie M. Kelleher | 1.50 | $460 | 690.00 |
| Jeffrey A. Liesemer | .10 | $445 | 44.50 |
| James P. Wehner | 119.40 | $425 | 50,745.00 |
| Danielle K. Graham | 150.20 | $320 | 48,064.00 |
| Adam L. VanGrack | 67.50 | $275 | 18,562.50 |
| Jeanna M. Rickards | 2.30 | $235 | 540.50 |
| J. Blake Pinard | 2.00 | $225 | 430.00 |
| Erroll G. Butts | 47.00 | $225 | 10,575.00 |
| David B. Smith | 72.80 | $225 | 16,380.00 |
| Samira A. Taylor | 22.50 | $185 | 4,162.50 |
| Carrie D. Kelly | 7.50 | $185 | 1,387.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/07 | BSB | 600.00 | 7.30 | Read expert reports (5.8); research Gibb (1.0); cross preparation (.5) |
| 08/01/07 | EI | 875.00 | 0.60 | Reviewed CO numbers (.2); t/c Rice re: meeting (.2); t/c NDF/PVNL re: meeting and drafting (.2). |
| 08/01/07 | NDF | 580.00 | 4.80 | Attend hearing on Grace motion to compel (3.0); prepare for same (0.5); work on liability outline for case (1.3). |
| 08/01/07 | DBS | 225.00 | 6.20 | Review and compile expert reports and reliance materials for attorney and expert review (5.2); prepare materials for use in deposition scheduling meeting (1.0). |
| 08/01/07 | DKG | 320.00 | 7.00 | Read pleadings (1.5); Heckman project (4.0); attention to Daubert issues (1.5). |
| 08/01/07 | ALV | 275.00 | 4.60 | Tasks related to expert rebuttal reports (4.3); meeting with JPW regarding experts (0.3). |

| 08/01/07 | JPW | 425.00 | 8.60 | Prepare Charter Oak retention application (4.0); e-mails re retention application (1.2); telephone conference with EI re declaration (.1); telephone conference with J. Sinclair declaration (x3) (.3); review expert reports (1.8); telephone conference with B. Castleman re schedule (.1); telephone conference with DBS re deposition schedules (.2); revise certifications (.9) |
| 08/01/07 | JP | 215.00 | 2.00 | Research and memo to ALV on Daubert re Florence |
| 08/02/07 | BSB | 600.00 | 8.50 | Meeting at Kirkland & Ellis re deposition scheduling (2.5); e-mails Dr. Hammar (.5); deposition scheduling matters (.6); deposition preparation - read expert reports (4.9) |
| 08/02/07 | WBS | 685.00 | 5.60 | Meet and conference with Kirkland & Ellis re schedule, deposition number (2.1); work on trial brief outline (2.5); start review of newly-filed expert reports (1.0). |
| 08/02/07 | NDF | 580.00 | 5.30 | Prepare for meeting with K&E (1.0); meet with K&E to discuss deposition scheduling (2.0); confer with PVNL et al. re plan negotiation issues (1.0); telephone conference with Peterson re case estimates (0.5); review Hughes deposition to locate information for expert report (0.8). |
| 08/02/07 | DKG | 320.00 | 4.20 | Read transcripts and pleadings. |
| 08/02/07 | LMK | 460.00 | 1.50 | Conf. w/PVNL, NDF, et al re: status of case. |
| 08/02/07 | JPW | 425.00 | 8.10 | Meeting with W.R. Grace re deposition schedule (2.5); meeting with PVNL re exclusivity issues (1.2); meeting with D. Mendelson re documents (.1); revise Charter Oak Retention papers (3.0); e-mails re expert reports (.5); Rust deposition preparation (.8) |
| 08/03/07 | BSB | 600.00 | 6.60 | Continue deposition preparation - expert reports (5.6); meeting with NDF, JPW, and WBS re depositions (1.0) |
| 08/03/07 | WBS | 685.00 | 5.70 | Conference with NDF, others, re assignment of work, plans for legal research (0.7); review newly received expert reports (3.8); start plan for depositions of Bragg (1.2). |
| 08/03/07 | EI | 875.00 | 0.20 | T/c NDF re: discovery status and issues (.2). |

{D0093256.1 }

| 08/03/07 | NDF | 580.00 | 6.00 | Review and analyze expert witness reports; prepare for estimation depositions (5.5); email correspondence to plaintiff counsel re case issues (0.5). |
|---|---|---|---|---|
| 08/03/07 | DKG | 320.00 | 7.50 | Meeting to discuss trial preparation (1.0); Heckman project (6.5). |
| 08/03/07 | ALV | 275.00 | 11.50 | Meeting with NDF, JPW, JMR, BSB, and WBS regarding strategy band experts regarding experts-grace meeting 11 a.m. (1.2); tasks related to experts, depositions, and discovery production (5.4); research related to collateral estoppel, abuse of process, civil procedure, and probate law (4.9). |
| 08/03/07 | JPW | 425.00 | 7.90 | Meeting with trial team re deposition preparation (1.0); revise retention application (3.0); e-mails re retention application (1.4); telephone conference with B. Rapp re retention application (.2); telephone conference with EI re declaration (.1); telephone conference with K&E re documents (.1); telephone conference with R. Mullady re deposition schedule (.5); telephone conference with M. Hurford re retention application (.3); analysis of meso data (1.3) |
| 08/03/07 | JMR | 235.00 | 1.10 | Meeting regarding strategy for proceeding |
| 08/04/07 | WBS | 685.00 | 2.80 | Review additional expert reports, work on notes for their depositions. |
| 08/05/07 | WBS | 685.00 | 2.30 | Continue work on expert reports and deposition preparation. |
| 08/06/07 | BSB | 600.00 | 7.90 | Deposition preparation -Garabrandt  background check and referenced articles |
| 08/06/07 | WBS | 685.00 | 2.20 | Schedule issues (0.2); work on trial brief outline and research (2.0). |
| 08/06/07 | NDF | 580.00 | 4.00 | Telephone conference with EI and PVNL re plan negotiation and term sheet issues (1.0); emails to and from other counsel re deposition scheduling (1.0); telephone calls to experts to calendar dates (0.5); draft memo to file re various experts (1.5). |
| 08/06/07 | DBS | 225.00 | 3.20 | Update case calendar for attorney review (.7); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (2.0); compile lists of expert reference materials (.5). |

| | | | | |
|---|---|---|---|---|
| 08/06/07 | DKG | 320.00 | 8.50 | Read and analyze transcripts (2.0); attention to Daubert issues (1.5); attention to Heckman articles (5.0). |
| 08/06/07 | ALV | 275.00 | 3.20 | Tasks related to expert reports and materials (partially with DBS). |
| 08/06/07 | JPW | 425.00 | 8.00 | Telephone conference with J. Baer re retention application (.1); revise retention application (2.7); telephone conference with J. Sinclair re retention application (.2); telephone conference and e-mails to M. Hurford re retention application (.3); meet with TWS re retention application (.2); review transcript of hearing (.8); review analysis of Verus data (1.2); review document production (1.6); telephone conference with EI, NDF, and PVNL re exclusivity ruling (.9) |
| 08/06/07 | EGB | 225.00 | 8.00 | Review WR Grace database for consistency for Bernie Baylor. |
| 08/07/07 | BSB | 600.00 | 8.30 | Continue working with Garabrandt references (5.9); begin deposition outline - P. Garabrandt (2.4) |
| 08/07/07 | WBS | 685.00 | 1.50 | Start review of draft estimation rebuttal report (1.0); conference with NDF re assignment of work, strategy re Daubert issues, key issues (0.5). |
| 08/07/07 | EI | 875.00 | 0.20 | T/c NDF re: discovery (.2). |
| 08/07/07 | SAT | 185.00 | 3.20 | Add bibliographic information to expert witness database. |
| 08/07/07 | NDF | 580.00 | 1.00 | Memos to Horkovich re insurance issues. |
| 08/07/07 | DBS | 225.00 | 5.80 | Update case calendar for attorney review (.2); draft requests for authentication for attorney review (5.6). |
| 08/07/07 | DKG | 320.00 | 8.30 | Attention to Daubert issues (6.2); prepare for Garabrant deposition (2.1). |
| 08/07/07 | ALV | 275.00 | 4.80 | Review documents produced by debtor from the Boca Raton document repository for relevance; prepare for upcoming depositions; review prior deposition transcripts; review articles published by experts in this matter. |

| 08/07/07 | JPW | 425.00 | 5.70 | Revise retention application (2.8); telephone conference with NDF re insurance documents (.3); review Morris-Wecker report (.5); e-mails re retention application (1.2); deposition scheduling (.9) |
|----------|-----|--------|------|---|
| 08/07/07 | EGB | 225.00 | 5.50 | Review WR Grace database for consistency for Bernie Baylor. |
| 08/08/07 | BSB | 600.00 | 8.30 | Deposition preparation - research expert reports |
| 08/08/07 | WBS | 685.00 | 4.80 | Conference with DKG re Daubert and trial brief work to be done (0.7); review Daubert issues (0.8) work on trial brief (3.0); scheduling depositions (0.3). |
| 08/08/07 | EI | 875.00 | 0.40 | T/c NDF re: estimation issues (.2); t/c NDF re: LTCP (.2). |
| 08/08/07 | SAT | 185.00 | 2.50 | Quality check content of expert witness database. |
| 08/08/07 | NDF | 580.00 | 9.80 | Review and analyze Biggs and Stallard reports (8.0); revise trial brief outline (0.6); memo to ACC re Grace LTIP program (0.6); telephone conference with EI re same (0.1); confer with JMR re research issue (0.5). |
| 08/08/07 | DBS | 225.00 | 4.90 | Update case calendar for attorney review (.1); draft requests for authentication for attorney review (.5); research and compile briefs from relevant proceedings for attorney review (1.8); compile lists of expert reference materials (1.0); quality check medical article database (1.5). |
| 08/08/07 | DKG | 320.00 | 6.20 | Attention to Daubert issues. |
| 08/08/07 | ALV | 275.00 | 5.50 | Review documents produced by debtor from the Boca Raton document repository for relevance; review articles published by experts in this matter. |
| 08/08/07 | JPW | 425.00 | 7.80 | Telephone conference with M. Hursford re LTC fees (.3); review Charter Oak application papers (.5); prepare for Rust deposition (3.0); e-mails re deposition schedules (1.3); read reports and dust expert summons (2.7) |
| 08/08/07 | EGB | 225.00 | 9.50 | Review and add document entries into WR Grace database. |

| | | | | |
|---|---|---|---|---|
| 08/09/07 | BSB | 600.00 | 6.70 | Schewhig meeting (.5); deposition preparation and research (6.2) |
| 08/09/07 | WBS | 685.00 | 1.50 | Conference call with FCR counsel re schedule, discovery, work allocation. |
| 08/09/07 | EI | 875.00 | 0.30 | LTCP matters, t/c NDF and memo (.3). |
| 08/09/07 | NDF | 580.00 | 5.00 | Prepare for phone meetings with FCR counsel (0.7); telephone conference with FCR lawyers re estimation discovery issues (1.5); telephone conference with plaintiff lawyers re Grad 3rd set of interrogatories (0.9); telephone conference with Frankel re LTIP issue (0.2); telephone conference with Peterson re scheduling (0.1); memo to Grace lawyers re depositions (0.3); review FCR interrogatories (0.2); review memo from ACC members re LTIP (0.2); draft memo to ACC from NDF and EI re LTIP (0.5); draft email to Grace lawyers re depositions (0.1); draft trial brief outline (0.3). |
| 08/09/07 | DBS | 225.00 | 5.50 | Update case calendar for attorney review (.1); draft requests for authentication for attorney review (1.5); input medical expert reliance material information into database (3.9). |
| 08/09/07 | DKG | 320.00 | 8.50 | Attention to Garabrant deposition preparation (3.5); attention to trial brief (1.0); finalize Peterson anti-Daubert brief (4.0). |
| 08/09/07 | JPW | 425.00 | 6.20 | Telephone conference with FCR re expert depositions (1.2); telephone conference with S. Esserman et al. re discovery (.7); telephone conference with J. Ansboro re Rust deposition (.5); e-mails re deposition schedule (1.2); review and edit expert report analysis (2.0); review and edit draft interrogatories (.6) |
| 08/09/07 | EGB | 225.00 | 9.00 | Review and add document entries into WR Grace database for B. Baylor. |
| 08/09/07 | CDK | 185.00 | 2.00 | Update Grace Medical Articles Database |
| 08/10/07 | BSB | 600.00 | 7.30 | Deposition scheduling matters (.7); deposition preparation and research (6.4) |
| 08/10/07 | WBS | 685.00 | 1.20 | Review "assumed facts" for Jacoby opinion (0.7); various scheduling matters (0.5). |

| 08/10/07 | SAT | 185.00 | 6.30 | Add bibliographic information to expert witness database. |
|---|---|---|---|---|
| 08/10/07 | NDF | 580.00 | 6.70 | Draft factual assumptions for expert to rely on (3.8); draft memo to PVNL and EI re plan negotiations (0.5); review PVNL term sheet draft (0.5); review financial information re debtors' assets (0.6); review latest Biggs report and FCR emails re same (0.5); telephone conference with Horkovich re insurance coverage estimates (0.5); emails to Peterson and Grace counsel re deposition dates (0.3). |
| 08/10/07 | DKG | 320.00 | 8.00 | Attention to Anderson and Florence Daubert motions. |
| 08/10/07 | ALV | 275.00 | 2.10 | Tasks and document review associated with expert depositions and potential use during depositions/trial testimony. |
| 08/10/07 | JPW | 425.00 | 6.10 | Telephone conference re claimant lawyer interrogatories (x2) (2.0); e-mails re deposition schedules (1.0); review narrative of expert assumptions (.5); meet with NDF re narrative assumptions (.3); meet with BSB re deposition (.3); telephone conference with M. Eveland re expert report (.3); e-mails re expert reports (1.2); Rust deposition preparation (.5) |
| 08/10/07 | EGB | 225.00 | 8.00 | Review and add document entries into WR Grace database for B. Baylor. |
| 08/10/07 | EGB | 225.00 | 7.00 | Review and add document entries into WR Grace database for B. Baylor. |
| 08/10/07 | CDK | 185.00 | 5.50 | Update Grace Medical Articles Database |
| 08/11/07 | NDF | 580.00 | 0.50 | Draft email to PVNL and EI re draft term sheet and case issues. |
| 08/13/07 | BSB | 600.00 | 8.60 | Read additional expert reports from Grace (3.9); scheduling meeting (.5); deposition research (4.2) |
| 08/13/07 | WBS | 685.00 | 0.50 | Conference call with NDF, BSB and JPW re scheduling; prepare for depositions. |
| 08/13/07 | SAT | 185.00 | 3.00 | Add bibliographic information to expert witness database. |

| 08/13/07 | NDF | 580.00 | 3.40 | Meet with BSB, et al. re deposition scheduling (0.5); review expert summary sheets (1.0); telephone conference with plaintiff lawyers re case issues (0.9); review COF financial information re Grace for plan discussions (1.0). |
|---|---|---|---|---|
| 08/13/07 | DBS | 225.00 | 0.20 | Update case calendar for attorney review. |
| 08/13/07 | JAL | 445.00 | 0.10 | Exchange of e-mails w/NDF re: claims estimation issues. |
| 08/13/07 | JPW | 425.00 | 4.40 | E-mails re deposition scheduling (1.0); review draft memo (.5); meeting with BSB re experts (.3); review Grace production (1.1); meeting with NDF, BSB, WBS re depositions (.6); expert report analysis (.9) |
| 08/14/07 | BSB | 600.00 | 7.20 | Deposition preparation |
| 08/14/07 | DBS | 225.00 | 4.30 | Compile expert reliance materials for attorney and expert review (1.5); update case calendar (.2); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (2.6). |
| 08/14/07 | DKG | 320.00 | 6.20 | Attention to deposition preparation for Garabrant. |
| 08/14/07 | ALV | 275.00 | 2.60 | Review documents for relevance relates to recent document requests. |
| 08/14/07 | JPW | 425.00 | 6.20 | Telephone conference with J. Ansboro re Rust  (.4); e-mails re deposition scheduling (1.5); expert report analysis (2.9); telephone conference with J. Baer re retention application (.3); e-mails re expert reports (.8); meet and confer re scheduling (.3) |
| 08/15/07 | BSB | 600.00 | 7.30 | Expert deposition preparation |
| 08/15/07 | DBS | 225.00 | 5.70 | Conduct background research on various experts and compile results for attorney review (4.5); update case calendar (.2); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.0). |
| 08/15/07 | DKG | 320.00 | 8.50 | Attention to Anderson Daubert issues (7.5); attention to expert deposition issues (1.0). |

| 08/15/07 | ALV | 275.00 | 4.20 | Tasks and document review associated with expert depositions and potential use during depositions/trial testimony; prepare for upcoming depositions. |
|---|---|---|---|---|
| 08/15/07 | JPW | 425.00 | 5.20 | Telephone conference with J. Ansboro re Rust (.5); draft expert report summaries (3.0); telephone meet and confer re law firm subpoenas (.8); meet with BSB re deposition (.4); telephone meet and confer re Shopo, depositions (.5) |
| 08/16/07 | BSB | 600.00 | 8.20 | Continued expert preparation and review of medical articles |
| 08/16/07 | NDF | 580.00 | 3.10 | Review and respond to email correspondence re case issues (2.1); review EI memo re plan alternatives (1.0). |
| 08/16/07 | DBS | 225.00 | 5.20 | Research and compile expert reports and related materials for attorney review (4.9); update case calendar (.3). |
| 08/16/07 | DKG | 320.00 | 8.00 | Attention to Anderson Daubert issues. |
| 08/16/07 | ALV | 275.00 | 6.80 | Tasks and document review associated with expert depositions and potential use during depositions/trial testimony; prepare for upcoming depositions. |
| 08/16/07 | JPW | 425.00 | 6.30 | Telephone conference with J. Ansboro re expert issues (.7); compile expert summaries (3.1); e-mails re deposition schedule (.5); telephone conference with claimant firms re interrogatories (.4); meet with BSB re Bragg Report (.6); review Anderson report (.8); e-mails re Texas decisions (.2) |
| 08/17/07 | BSB | 600.00 | 6.10 | Factual research for examination of expert witnesses |
| 08/17/07 | WBS | 685.00 | 2.90 | Read Anderson second supplemental report and start outline for deposition (2.3); schedule issues (0.2); start review of analysis of DCF/Exponent work (0.4). |
| 08/17/07 | DBS | 225.00 | 4.90 | Research and compile expert reports and related materials for attorney review (4.7); update case calendar (.2). |
| 08/17/07 | JPW | 425.00 | 6.20 | Telephone conference with J. Ansboro re expert reports (x2) (2.0); compile expert report summaries (2.3); e-mails re expert backup (.4); e-mails re deposition scheduling (.3); work with experts on expert reports (1.2) |

| 08/19/07 | NDF | 580.00 | 1.50 | Work on asbestos estimation issues - depositions and case prep. |
| 08/20/07 | BSB | 600.00 | 7.50 | Review Grace expert reports and supporting materials (6.4); read WBS notes (1.1) |
| 08/20/07 | WBS | 685.00 | 0.40 | Schedule issues (0.2); e-mail to DKG re Daubert issues to be researched (0.2). |
| 08/20/07 | SAT | 185.00 | 1.50 | Organize documents into case files. |
| 08/20/07 | DBS | 225.00 | 4.30 | Compile and review pleadings, correspondence and discovery materials for electronic and hard case files (4.1); update case calendar (.2). |
| 08/20/07 | DKG | 320.00 | 7.80 | Attention to issues re Heckman (1.0); read Anderson transcript (2.0); draft outline for Florence Daubert motion (4.8). |
| 08/20/07 | ALV | 275.00 | 5.70 | Tasks associated for deposition preparation; review items for potential use with debtors' witnesses. |
| 08/21/07 | BSB | 600.00 | 7.70 | Read materials re dust sampling (3.1); review Hayes report (4.6) |
| 08/21/07 | NDF | 580.00 | 3.60 | Confer with PVNL and EI re plan structure and issues (1.0); review deposition schedule and assignments chart (0.5); review case law re exposure (1.5); emails to plaintiffs' counsel re same (0.6). |
| 08/21/07 | DBS | 225.00 | 4.80 | Compile and review pleadings, correspondence and discovery materials for electronic and hard case files. |
| 08/21/07 | DKG | 320.00 | 6.30 | Anderson and Moolgavkar deposition preparation (2.5); attention to project re state asbestos legislation (3.8). |
| 08/21/07 | JMR | 235.00 | 1.20 | Research regarding the meaning of the fair and equitable requirement under the bankruptcy code |
| 08/22/07 | BSB | 600.00 | 8.30 | Research dust issues (4.3); review Hayes and Bragg testimony (4.0) |
| 08/22/07 | NDF | 580.00 | 4.80 | Prepare for estimation trial and expert depositions. |
| 08/22/07 | DBS | 225.00 | 5.10 | Compile and review pleadings, correspondence and discovery materials for electronic and hard case files. |

| 08/22/07 | DKG | 320.00 | 5.00 | State asbestos legislation project for Mark Peterson. |
|----------|-----|--------|------|------|
| 08/22/07 | DKG | 320.00 | 1.30 | Attention to issues re Daubert motions. |
| 08/23/07 | BSB | 600.00 | 6.30 | Deposition preparation (Pathology) |
| 08/23/07 | WBS | 685.00 | 1.00 | Review Rodricks reports and start outline of deposition and summary (0.8); scheduling calls (0.2). |
| 08/23/07 | EI | 875.00 | 0.10 | T/c NDF re: evidence status (.1). |
| 08/23/07 | NDF | 580.00 | 7.20 | Telephone conference with negotiating subcommittee re plan issues (1.0); prepare for same (0.7); prepare for estimation trial and expert depositions (5.5). |
| 08/23/07 | DBS | 225.00 | 1.60 | Research and compile relevant pleadings and other documents for attorney review. |
| 08/23/07 | DKG | 320.00 | 6.80 | Conduct research re Daubert issues; read and analyze case law re the same. |
| 08/23/07 | ALV | 275.00 | 5.60 | Research items regarding upcoming depositions; review items for potential use with debtors' witnesses. |
| 08/24/07 | BSB | 600.00 | 6.40 | Deposition preparation - factual research |
| 08/24/07 | WBS | 685.00 | 1.70 | Research/planning re Daubert issues. |
| 08/24/07 | NDF | 580.00 | 6.10 | Prepare for estimation trial and expert depositions (4.5); emails to counsel re various issues (1.0); telephone conference with Peterson re report issues (0.6). |
| 08/24/07 | DBS | 225.00 | 1.50 | Research hearing transcripts from relevant proceeding for attorney review. |
| 08/24/07 | DKG | 320.00 | 6.20 | Attention to Anderson Daubert issue (4.0); Anderson deposition preparation (2.2). |
| 08/25/07 | WBS | 685.00 | 1.80 | Review recent Texas cases (0.6); review Daubert materials and continue planning (1.2). |
| 08/26/07 | NDF | 580.00 | 0.50 | Telephone conference with Peterson re report issues. |
| 08/27/07 | BSB | 600.00 | 8.70 | Scheduling matters (.6); deposition preparation (6.3); conference call with Mullady, NDF, WBS and JPW et al. re strategy (1.8) |

| 08/27/07 | WBS | 685.00 | 1.50 | Conference call with FCR representatives re deposition plans, scheduling, expert witness plans and strategy. |
|---|---|---|---|---|
| 08/27/07 | EI | 875.00 | 0.60 | Memo Peterson re: MPIST subpoena status (.1); LTC examiner matters memos (.3); Forman Perry matter (.2). |
| 08/27/07 | DBS | 225.00 | 4.30 | Research prior testimony of expert for attorney review (.7); review and take inventory of third party discovery (1.0); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (2.1); compile deposition transcript and exhibits for client review (.5). |
| 08/27/07 | DKG | 320.00 | 5.60 | Anderson deposition preparation. |
| 08/27/07 | ALV | 275.00 | 0.60 | Tasks associate with third-party discovery production. |
| 08/27/07 | JPW | 425.00 | 7.00 | E-mails re deposition scheduling (1.8); telephone conference with FCR re deposition schedules (1.2); work with experts on reports (.8); expert report summaries (2.2); research DCF issue (1.0) |
| 08/28/07 | BSB | 600.00 | 7.80 | Telephone conference with Catherine Zweburgg (.5); telephone conference with C. Condon (.4); deposition preparation (6.9) |
| 08/28/07 | SAT | 185.00 | 2.10 | Organize pleadings into case files. |
| 08/28/07 | NDF | 580.00 | 6.00 | Review insurance analysis provided by Anderson Kill and respond to emails re same (1.5); prepare for omnibus hearing (1.0); prepare for estimation trial and estimation depositions (3.5). |
| 08/28/07 | DBS | 225.00 | 4.00 | Research and compile expert back-up materials for expert review (1.3); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (2.7). |
| 08/28/07 | DKG | 320.00 | 8.00 | Anderson deposition preparation. |
| 08/28/07 | ALV | 275.00 | 2.90 | Prepare for former Grace employees' depositions; review prior depositions of potential witnesses. |

| 08/28/07 | JPW | 425.00 | 7.00 | Telephone conference with M. Eveland re report (1.0); e-mails re expert backup data (.7); e-mails re deposition scheduling, travel (1.6); telephone conference with J. Rose re deposition schedule (.3); review meso analysis (1.4); meet with BSB re Hutchins (.3); expert summaries (1.7) |
| 08/29/07 | BSB | 600.00 | 8.90 | Read materials from Haber expert (4.2); telephone conference with C. Zweburgg (.6); deposition preparation (4.1) |
| 08/29/07 | SAT | 185.00 | 0.80 | Organize pleadings into case files. |
| 08/29/07 | NDF | 580.00 | 5.90 | Prepare for hearing (1.5); attend omnibus hearing and argue various matters (2.6); confer with lawyers for Celotex trust (0.5); confer with FCR lawyers re case strategy (0.5); review and respond to email correspondence (0.8). |
| 08/29/07 | DBS | 225.00 | 0.90 | Research and compile information re history of Grace asbestos products. |
| 08/29/07 | DKG | 320.00 | 7.70 | Draft Anderson deposition outline (4.5); Moolgavkar deposition preparation (3.2). |
| 08/29/07 | ALV | 275.00 | 2.50 | Review documents, articles, and past testimony in preparation of future depositions. |
| 08/29/07 | JPW | 425.00 | 4.80 | Expert summaries (3.7); e-mails re deposition scheduling (.2); review analysis of Anderson Report (.9) |
| 08/30/07 | BSB | 600.00 | 4.10 | Hutchins deposition (in Baltimore, MD) (4.1) |
| 08/30/07 | EI | 875.00 | 0.30 | Various memos re: status (.3). |
| 08/30/07 | NDF | 580.00 | 5.70 | Prepare for estimation trial and expert depositions. |
| 08/30/07 | DBS | 225.00 | 0.40 | Compile expert reports for attorney review. |
| 08/30/07 | DKG | 320.00 | 8.20 | Moolgavkar deposition preparation (7.6); attention to Heckman project (0.6). |
| 08/30/07 | ALV | 275.00 | 1.70 | Review documents, articles, and past testimony in preparation of future depositions. |
| 08/30/07 | JPW | 425.00 | 6.60 | Telephone conference with M. Hursford re hearing (.3); e-mails re retention application (.8); review motion to appoint examiner (.5); compile and |

| | | | | |
|---|---|---|---|---|
| | | | | analyze Anderson expert summons and Dunbar reports (4.8); meet with NDF re Grace hearing (.2) |
| 08/31/07 | BSB | 600.00 | 4.80 | Letter to K&E - follow up on deposition (1.5); review deposition materials (3.3) |
| 08/31/07 | SAT | 185.00 | 3.10 | Create article summaries for expert witness database. |
| 08/31/07 | DKG | 320.00 | 6.40 | Moolgavkar deposition preparation. |
| 08/31/07 | ALV | 275.00 | 3.20 | Review documents for, articles, and past testimony in preparation of future depositions; tasks associated with experts; review pleadings and discovery related items. |
| 08/31/07 | JPW | 425.00 | 7.30 | Analyze Moolgavkar and Weill reports (3.2); compile expert summaries (3.5); e-mails re deposition schedule (.1); review Grace discovery responses (.3); meet with BSB re retention application (.2) |

**Total Task Code.16**          **792.60**


## Plan & Disclosure Statement (83.70 Hours; $ 55,704.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 14.70 | $875 | 12,862.50 |
| Peter Van N. Lockwood | 22.30 | $800 | 17,840.00 |
| Trevor W. Swett | .80 | $630 | 504.00 |
| Ronald E. Reinsel | 16.20 | $610 | 9,882.00 |
| Ann C. McMillan | 11.60 | $550 | 6,380.00 |
| Leslie M. Kelleher | 12.10 | $460 | 5,566.00 |
| Jeffrey A. Liesemer | 6.00 | $445 | 2,670.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/07 | PVL | 800.00 | 2.10 | Review email and reply (.1); teleconference EI and NDF (.1); draft term sheet (1.9). |
| 08/01/07 | JAL | 445.00 | 2.50 | Drafted response memo to M. Hurford re: Third Circuit exclusivity appeal (.20); telephone call w/D. Boll re: third circuit exclusivity appeal (.10); drafted |

| | | | | |
|---|---|---|---|---|
| | | | | memo to PVNL and NDF re: third circuit exclusivity appeal (.10); e-mail exchanges w/PVNL re: third circuit exclusivity appeal (.20); drafted and revised e-mail to co-appellants re: Grace's stipulation in order to dismiss pending third circuit appeal (.20); brief legal research re: third Circuit exclusivity appeal (.20); drafted and revised dismissal agreement pertaining to third circuit exclusivity appeal (1.0); e-mail exchanges w/PVNL re: his comments on the draft dismissal agreement (.50). |
| 08/02/07 | PVL | 800.00 | 3.00 | Draft term sheet (.9); review email re same and reply (.3); review email re excl appeal (.1); confer NDF and JAL re POR (.2); confer RER, NDF, JAL, JPW and LMK re POR (1.5). |
| 08/02/07 | EI | 875.00 | 0.30 | Memos re: CO and values (.3). |
| 08/02/07 | ACM | 550.00 | 1.50 | Meeting with PVNL, RER, JAL, LMK and JPW regarding Plan, TDP and Disclosure Statement issues. |
| 08/02/07 | RER | 610.00 | 3.50 | Prepare for and attend meeting re: plan issues and follow up. |
| 08/02/07 | JAL | 445.00 | 2.80 | Office conf. w/PVNL, NDF, RER, JPW and LMK re: prep. of plan of reorganization and disclosure statement (1.7); telephone call w/S. Baena re: potential voluntary dismissal of third circuit appeal (.10); further revisions and editing to proposed dismissal agreement (.60); drafted and revised e-mail to co-appellants re: proposed dismissal agreement (.10); telephone call w/D. Boll re: potential dismissal of third circuit appeal (.20); telephone call w/M. Hurford re: proposed dismissal of third circuit appeal (.10). |
| 08/03/07 | PVL | 800.00 | 0.60 | Confer NDF (.5); review email (.1). |
| 08/03/07 | EI | 875.00 | 0.70 | Various memos re: CO numbers and plan draft issues with NDF/PVNL (.7). |
| 08/03/07 | RER | 610.00 | 1.20 | Review financial projections re: plan issues. |
| 08/04/07 | PVL | 800.00 | 0.80 | Review Biggs report. |
| 08/04/07 | JAL | 445.00 | 0.30 | Reviewed correspondence from PVNL re: prep. of plan of reorganization. |

| 08/05/07 | PVL | 800.00 | 0.20 | Work on term sheet. |
| 08/06/07 | PVL | 800.00 | 1.10 | Teleconference EI, NDF, RER and JPW (.9); review email (.1); work on term sheet (.1). |
| 08/06/07 | EI | 875.00 | 0.90 | Planning call with PVNL, RER, NDF, JPW. |
| 08/06/07 | RER | 610.00 | 1.40 | Extended teleconf. re: plan issues. |
| 08/07/07 | PVL | 800.00 | 1.90 | Confer NDF (.7); teleconference Sinclair (1.2). |
| 08/07/07 | TWS | 630.00 | 0.80 | E-mail re Charter Oaks retention (.1); telephone conferences with EI re same (2x) (.3); telephone conference with PVNL re same (.1) conference with J. Rice and NDF re status of discussions (.3) |
| 08/08/07 | PVL | 800.00 | 0.50 | Work on term sheet (.3); review Peterson memo (.2). |
| 08/08/07 | ACM | 550.00 | 3.30 | Draft TDP and Trust Agreement. |
| 08/08/07 | JAL | 445.00 | 0.20 | Telephone call w/M. Hurford re: dismissal agreement in Third Circuit appeal (.10); review and analysis of such dismissal agreement (.10). |
| 08/09/07 | PVL | 800.00 | 0.40 | Review revised Sinclair schedules and email Sinclair. |
| 08/09/07 | ACM | 550.00 | 3.70 | Drafting TDP and Trust Agreement. |
| 08/09/07 | RER | 610.00 | 0.70 | Review documents re: recovery and analysis. |
| 08/09/07 | JAL | 445.00 | 0.20 | Reviewed correspondence from EI and NDF re: Grace's LTIP motion and proposed program. |
| 08/10/07 | PVL | 800.00 | 3.10 | Review email and reply (.2); work on term sheet (1.4); confer NDF (.1); review TDP (.2); teleconference Sinclair (.9); teleconference EI (.2); review Rice memo (.1). |
| 08/10/07 | EI | 875.00 | 0.70 | Draft term sheet matters, t/c PVNL re: same (.7). |
| 08/10/07 | ACM | 550.00 | 3.10 | Draft Trust Agreement. |
| 08/10/07 | RER | 610.00 | 3.90 | Review plan materials and analysis. |
| 08/13/07 | RER | 610.00 | 1.70 | Work re: financial analysis re: plan issues. |
| 08/14/07 | PVL | 800.00 | 0.30 | Review EI email and reply. |
| 08/14/07 | EI | 875.00 | 0.30 | ACE matters (.1); term sheet matters (.2). |

| 08/14/07 | RER | 610.00 | 3.80 | Review financial date and plan materials. |
| 08/15/07 | PVL | 800.00 | 0.30 | Review revised Sinclair schedule (.1); review email and reply (.2). |
| 08/15/07 | EI | 875.00 | 2.50 | Review of materials and draft report to Negotiation Subcommittee (2.5). |
| 08/16/07 | EI | 875.00 | 0.60 | Edited draft into final to Subcommittee (.5); t/c Budd (.1). |
| 08/17/07 | PVL | 800.00 | 0.10 | Review email re term sheet. |
| 08/20/07 | PVL | 800.00 | 0.20 | Teleconference with EI. |
| 08/20/07 | EI | 875.00 | 0.40 | Efforts to schedule call (.2); t/c PVNL re: K&E fees (.1); t/c Frankel re: status (.1). |
| 08/21/07 | PVL | 800.00 | 1.60 | Review Sinclair e-mail and Second Quarter Report. |
| 08/21/07 | EI | 875.00 | 0.70 | Conf. PVNL/RER/NDF/LMK re: term sheet issues (.7). |
| 08/21/07 | LMK | 460.00 | 7.30 | Memo re: proposed plan (6.5); meeting w/PVNL, EI re: same (.80). |
| 08/22/07 | PVL | 800.00 | 0.50 | Conference with EI (.2); teleconference with EI and LMK (.2); prepare for conference room call (.1). |
| 08/22/07 | LMK | 460.00 | 4.80 | Memo re: proposed plan; conf. w/PVNL re: same. |
| 08/23/07 | PVL | 800.00 | 0.70 | Review e-mail and reply (.1); teleconference with Rice, Weitz, Budd, Cooney, Sinclair, Rapp, EI and NDF (.6) |
| 08/23/07 | EI | 875.00 | 2.70 | Conf. Rice to prepare for call (.7); conf. call with Subcommittee (1.5); miscellaneous matters to Committee (.5). |
| 08/24/07 | PVL | 800.00 | 0.50 | Review LMK memorandum (.2); teleconference with Horkovich (.3). |
| 08/27/07 | PVL | 800.00 | 0.50 | Review revised draft term sheet and e-mails to EI re same. |
| 08/27/07 | EI | 875.00 | 2.50 | Drafting term sheet (2.0); t/c Sinclair re: same (.2); memo to PVNL re: same and t/c PVNL re: same (.3). |

{D0093256.1 }

| 08/28/07 | PVL | 800.00 | 0.70 | Review revised term sheet and NDF; e-mail and reply; teleconference with EI (.4). |
| 08/28/07 | EI | 875.00 | 1.40 | Revised draft term sheet and distributed to subcommittee (1.0); t/c Cohen re: term sheet (.4). |
| 08/29/07 | PVL | 800.00 | 2.80 | Review Kramer and NDF e-mails (.3); teleconference with Horkovich and Kramer (1.7); teleconference with NDF (.5); teleconference with Kramer (.2); review EI memorandum (.1). |
| 08/29/07 | EI | 875.00 | 1.00 | Memo to subcommittee re: various items in term sheet (1.0). |
| 08/30/07 | PVL | 800.00 | 0.40 | Review e-mails and correspondence re POR. |

**Total Task Code .17        83.70**

**Travel – Non Working (12.00 Hours; $ 3,504.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Bernard Bailor | 2.40 | $400 | 720.00 |
| Nathan D. Finch | 9.60 | $290 | 2,784.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/07 | NDF | 290.00 | 3.10 | Travel back to D.C. from Pittsburgh. |
| 08/29/07 | NDF | 290.00 | 6.50 | Travel to Pittsburgh for omnibus hearing (2.5); return to D.C. (4.0). |
| 08/30/07 | BSB | 300.00 | 2.40 | Travel to/from Baltimore, MD |

**Total Task Code .21        12.00**

**Fee Auditor Matters (3.10 Hours; $ 1,488.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Rita C. Tobin | 3.10 | $480 | 1,488.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/09/07 | RCT | 480.00 | 1.00 | Obtain information for fee auditor (1.0). |
| 08/29/07 | RCT | 480.00 | 0.50 | Obtain information for F.A. (.5). |
| 08/30/07 | RCT | 480.00 | 1.60 | Review and respond to F.A. email (.1); obtain information (1.5). |

**Total Task Code .32**    **3.10**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 701.10 |
| Air Freight & Express Mail | 312.47 |
| Charge of Cell and/or Home Phone Useage | 160.03 |
| Court Reporting/Transcript Service | 2,147.50 |
| Database Research | 4,476.18 |
| Long Distance-Equitrac In-House | 19.59 |
| Meals Related to Travel | 69.00 |
| Miscellaneous: Client Advances | 2,207.72 |
| Outside Local Deliveries | 55.18 |
| Outside Photocopying/Duplication Service | 9,879.20 |
| Postage & Air Freight | 605.16 |
| Professional Fees & Expert Witness Fees | 231,209.13 |
| Research Material | 295.51 |
| Travel Expenses - Ground Transportation | 1,581.00 |
| Travel Expenses - Hotel Charges | 416.10 |
| Xeroxing | 1,289.30 |

**Total:    $255,424.17**