**EXHIBIT B**

**Case Administration (16.30 Hours; $ 5,910.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          16.30**


**Claim Analysis Objection & Resolution (Asbestos) (6.00 Hours; $ 4,800.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05          6.00**


**Employee Benefits/Pension (.40 Hours; $ 263.00)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08          .40**


**Employment Applications, Others (9.90 Hours; $ 5,827.50)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10          9.90**


**Fee Applications, Applicant (7.10 Hours; $ 2,410.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          7.10**


**Fee Applications, Others (1.40 Hours; $ 817.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          1.40**

**Hearings (2.60 Hours; $ 2,080.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          2.60**

**Litigation and Litigation Consulting (792.60 Hours; $ 333,565.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          792.60**

**Plan & Disclosure Statement (83.70 Hours; $ 55,704.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          83.70**

**Travel Non-Working (12.00 Hours; $ 3,504.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          12.00**

**Fee Auditor Matters (3.10 Hours; $ 1,488.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          3.10**

{D0093257.1 }