# **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 701.10 |
| Air Freight & Express Mail | 312.47 |
| Charge of Cell and/or Home Phone Useage | 160.03 |
| Court Reporting/Transcript Service | 2,147.50 |
| Database Research | 4,476.18 |
| Long Distance-Equitrac In-House | 19.59 |
| Meals Related to Travel | 69.00 |
| Miscellaneous: Client Advances | 2,207.72 |
| Outside Local Deliveries | 55.18 |
| Outside Photocopying/Duplication Service | 9,879.20 |
| Postage & Air Freight | 605.16 |
| Professional Fees & Expert Witness Fees | 231,209.13 |
| Research Material | 295.51 |
| Travel Expenses - Ground Transportation | 1,581.00 |
| Travel Expenses - Hotel Charges | 416.10 |
| Xeroxing | 1,289.30 |
| **Total:** | **$255,424.17** |

{D0093258.1 }