```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter     000                           Disbursements                                                                         9/26/2007
                                                                                                                          Print Date/Time:
                                                                                                                              09/26/2007
                                                                                                                              10:33:45AM
Attn:                                                                                                                          Invoice #

                                                      PREBILL / CONTROL REPORT
                                                              Trans Date Range:   1/1/1950  to: 8/31/2007
Matter     000
Disbursements
Bill Cycle:         Monthly              Style:        i1           Start:    4/16/2001
                                                                       Last Billed : 8/20/2007                       13,655



Client Retainers Available          $1,411.44         Committed to Invoices:           $0.00       Remaining:        $1,411.44



Trust Amount Available

                                         Total Expenses Billed To Date       $1,404,238.17

                                                                             Billing Empl:        0120     Elihu  Inselbuch
                                                                             Responsible Empl:    0120     Elihu  Inselbuch
                                                                             Alternate Empl:     0120     Elihu  Inselbuch
                                                                             Originating Empl:   0120     Elihu  Inselbuch



Summary  by Employee
                                                       ---------- A C T U A L ----------         ---------- B I L L I N G ---------
Empl     Initials     Name                             Hours             Amount                   Hours             Amount

0001     BSB          Bernard  Bailor                   0.00           9,595.77                   0.00           9,595.77
0020     PVL          Peter Van N Lockwood              0.00             199.60                   0.00             142.60
0054     WBS          Walter B Slocombe                 0.00              38.10                   0.00              38.10
0120     EI           Elihu  Inselbuch                  0.00              30.76                   0.00              30.76
0128     SAT          Samira A Taylor                   0.00           1,734.66                   0.00           1,734.66
0187     NDF          Nathan D Finch                    0.00         232,278.66                   0.00         230,909.56
0204     AWG          Ann W Geier                       0.00              12.20                   0.00              12.20
0210     CJ           Charles  Joyner                   0.00              44.10                   0.00              44.10
0215     KRS          Barbara J Zarchin                 0.00               3.20                   0.00               3.20
0220     SKL          Suzanne K Lurie                   0.00              44.80                   0.00              44.80
0221     LW           Lisa  Reichenbach                 0.00               4.70                   0.00               4.70
0232     LK           Lauren  Karastergiou              0.00               4.40                   0.00               4.40
0237     SRB          Sidney R Barnes                   0.00               0.50                   0.00               0.50
0251     JO           Joan  O'Brien                     0.00             204.60                   0.00             204.60
0255     DAT          Denise A Tolbert                  0.00               1.60                   0.00               1.60
0308     DBS          David B Smith                     0.00             769.16                   0.00             769.16
0310     DKG          Danielle K Graham                 0.00              10.68                   0.00              10.68
0334     JPW          James P Wehner                    0.00           3,070.25                   0.00           3,070.25
0337     EGB          Erroll G Butts                    0.00              44.73                   0.00              44.73
0350     CDK          Carrie D Kelly                    0.00              21.60                   0.00              21.60
0351     CJK          Connie J Kim                      0.00             609.28                   0.00             609.28
0354     JMR          Jeanna M Rickards                 0.00             152.30                   0.00             152.30
0500     SAN          Sherry A Nelson                   0.00               4.10                   0.00               4.10
0999     C&D          Caplin &. Drysdale                0.00           7,970.52                   0.00           7,970.52
                                                        0.00         256,850.27                   0.00         255,424.17
Total Fees



Summary  by Employee
                                              ---------- A C T U A L ----------         ---------- B I L L I N G ---------
Empl     Initials     Name                    Rate          Hours              Amount         Rate          Hours             Amount
```

```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                                         Page:  1

Matter     000                   Disbursements                                                                                  9/26/2007
                                                                                                                         Print Date/Time:
                                                                                                                              09/26/2007
                                                                                                                              10:33:45AM
Attn:                                                                                                                           Invoice #


Total Fees
```

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ACTUAL |  |  | BILLING |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2121443 | Equitrac - Long Distance to 2124464759 | E | 08/01/2007 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 0.05 |
| 2121494 | Photocopy | E | 08/01/2007 | 0251 | JO | 0.00 |  | $8.80 | 0.00 |  | $8.80 | 8.85 |
| 2121505 | Photocopy | E | 08/01/2007 | 0308 | DBS | 0.00 |  | $15.00 | 0.00 |  | $15.00 | 23.85 |
| 2121522 | Photocopy | E | 08/01/2007 | 0999 | C&D | 0.00 |  | $197.70 | 0.00 |  | $197.70 | 221.55 |
| 2121527 | Photocopy | E | 08/01/2007 | 0220 | SKL | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 222.45 |
| 2121542 | Photocopy | E | 08/01/2007 | 0999 | C&D | 0.00 |  | $6.20 | 0.00 |  | $6.20 | 228.65 |
| 2121545 | Photocopy | E | 08/01/2007 | 0308 | DBS | 0.00 |  | $5.20 | 0.00 |  | $5.20 | 233.85 |
| 2121548 | Photocopy | E | 08/01/2007 | 0999 | C&D | 0.00 |  | $141.60 | 0.00 |  | $141.60 | 375.45 |
| 2121551 | Photocopy | E | 08/01/2007 | 0308 | DBS | 0.00 |  | $0.40 | 0.00 |  | $0.40 | 375.85 |
| 2121557 | Photocopy | E | 08/01/2007 | 0220 | SKL | 0.00 |  | $1.60 | 0.00 |  | $1.60 | 377.45 |
| 2121565 | Photocopy | E | 08/01/2007 | 0308 | DBS | 0.00 |  | $13.40 | 0.00 |  | $13.40 | 390.85 |
| 2122340 | Petty Cash  Cab expenses for NDF on travel to Delaware for court apperance on 7/23 | E | 08/02/2007 | 0187 | NDF | 0.00 |  | $30.00 | 0.00 |  | $30.00 | 420.85 |
| 2122341 | Petty Cash  Meal expense for NDF on travel to Delaware for court appearance on 7/23 | E | 08/02/2007 | 0187 | NDF | 0.00 |  | $25.00 | 0.00 |  | $25.00 | 445.85 |
| 2122349 | Petty Cash  Cab and parking expenses for PVNL travel to Wilmington for hearing on 7/23 (split between 5091 and 4642) | E | 08/02/2007 | 0020 | PVL | 0.00 |  | $13.00 | 0.00 |  | $13.00 | 458.85 |
| 2122351 | Petty Cash  Meal expense for PVNL on travel to Wilmington for hearing on 7/23 (split between 5091 and 4642) | E | 08/02/2007 | 0020 | PVL | 0.00 |  | $8.00 | 0.00 |  | $8.00 | 466.85 |
| 2125353 | Photocopy | E | 08/02/2007 | 0220 | SKL | 0.00 |  | $0.40 | 0.00 |  | $0.40 | 467.25 |
| 2125422 | Photocopy | E | 08/02/2007 | 0128 | SAT | 0.00 |  | $62.30 | 0.00 |  | $62.30 | 529.55 |
| 2125204 | Equitrac - Long Distance to 3128612000 | E | 08/02/2007 | 0999 | C&D | 0.00 |  | $0.07 | 0.00 |  | $0.07 | 529.62 |
| 2125206 | Equitrac - Long Distance to 2124464759 | E | 08/02/2007 | 0999 | C&D | 0.00 |  | $0.17 | 0.00 |  | $0.17 | 529.79 |
| 2125213 | Equitrac - Long Distance to 3024269910 | E | 08/02/2007 | 0999 | C&D | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 530.09 |
| 2125220 | Equitrac - Long Distance to 3024261900 | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $0.84 | 0.00 |  | $0.84 | 530.93 |
| 2125221 | Equitrac - Long Distance to 3025736491 | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $0.08 | 0.00 |  | $0.08 | 531.01 |
| 2125223 | Equitrac - Long Distance to 9174450518 | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $0.25 | 0.00 |  | $0.25 | 531.26 |
| 2125242 | Equitrac - Long Distance to 6108214490 | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $0.07 | 0.00 |  | $0.07 | 531.33 |
| 2125484 | Photocopy | E | 08/03/2007 | 0251 | JO | 0.00 |  | $5.90 | 0.00 |  | $5.90 | 537.23 |
| 2125506 | Photocopy | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $1.00 | 0.00 |  | $1.00 | 538.23 |
| 2125517 | Photocopy | E | 08/03/2007 | 0251 | JO | 0.00 |  | $12.60 | 0.00 |  | $12.60 | 550.83 |
| 2125038 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $14.98 | 0.00 |  | $14.98 | 565.81 |
| 2125039 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $12.34 | 0.00 |  | $12.34 | 578.15 |
| 2125040 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $10.60 | 0.00 |  | $10.60 | 588.75 |
| 2125041 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $14.30 | 0.00 |  | $14.30 | 603.05 |
| 2125042 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $10.60 | 0.00 |  | $10.60 | 613.65 |
| 2125043 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $12.34 | 0.00 |  | $12.34 | 625.99 |
| 2125044 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $10.60 | 0.00 |  | $10.60 | 636.59 |
| 2125046 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $30.13 | 0.00 |  | $30.13 | 666.72 |
| 2125047 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $15.11 | 0.00 |  | $15.11 | 681.83 |
| 2125048 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $35.88 | 0.00 |  | $35.88 | 717.71 |
| 2125049 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $12.34 | 0.00 |  | $12.34 | 730.05 |
| 2125050 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $20.31 | 0.00 |  | $20.31 | 750.36 |
| 2125051 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $27.83 | 0.00 |  | $27.83 | 778.19 |
| 2125052 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $22.81 | 0.00 |  | $22.81 | 801.00 |
| 2125053 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $10.60 | 0.00 |  | $10.60 | 811.60 |
| 2125077 | Postage | E | 08/03/2007 | 0999 | C&D | 0.00 |  | $35.88 | 0.00 |  | $35.88 | 847.48 |
| 2125522 | Photocopy | E | 08/04/2007 | 0251 | JO | 0.00 |  | $36.60 | 0.00 |  | $36.60 | 884.08 |
| 2125523 | Photocopy | E | 08/04/2007 | 0251 | JO | 0.00 |  | $13.10 | 0.00 |  | $13.10 | 897.18 |
| 2125524 | Photocopy | E | 08/04/2007 | 0251 | JO | 0.00 |  | $15.50 | 0.00 |  | $15.50 | 912.68 |
| 2125525 | Photocopy | E | 08/04/2007 | 0251 | JO | 0.00 |  | $16.30 | 0.00 |  | $16.30 | 928.98 |
| 2125526 | Photocopy | E | 08/04/2007 | 0251 | JO | 0.00 |  | $13.70 | 0.00 |  | $13.70 | 942.68 |
| 2125527 | Photocopy | E | 08/04/2007 | 0251 | JO | 0.00 |  | $1.10 | 0.00 |  | $1.10 | 943.78 |
| 2125581 | Equitrac - Long Distance to 8054993572 | E | 08/06/2007 | 0999 | C&D | 0.00 |  | $0.20 | 0.00 |  | $0.20 | 943.98 |
| 2125587 | Equitrac - Long Distance to 3024261900 | E | 08/06/2007 | 0999 | C&D | 0.00 |  | $0.41 | 0.00 |  | $0.41 | 944.39 |
| 2125589 | Equitrac - Long Distance to 9179521262 | E | 08/06/2007 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 944.44 |
| 2125608 | Equitrac - Long Distance to 3128612162 | E | 08/06/2007 | 0999 | C&D | 0.00 |  | $0.08 | 0.00 |  | $0.08 | 944.52 |
| 2125664 | Photocopy | E | 08/06/2007 | 0255 | DAT | 0.00 |  | $0.40 | 0.00 |  | $0.40 | 944.92 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 9/26/2007 |

Print Date/Time:
09/26/2007
10:33:45AM

Attn:                                                                                                                                          Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Billed | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| 2125677 | Photocopy | E | 08/06/2007 | 0020 | PVL | 0.00 | $0.60 | 0.00 | $0.60 | 945.52 |
| 2125678 | Photocopy | E | 08/06/2007 | 0999 | C&D | 0.00 | $5.50 | 0.00 | $5.50 | 951.02 |
| 2125699 | Photocopy | E | 08/06/2007 | 0255 | DAT | 0.00 | $1.00 | 0.00 | $1.00 | 952.02 |
| 2125755 | ADA Travel    First class travel to Wilmington for NDF on 7/23 (split between 4642 and 5091) (busines class fare same @ $327.00) | E | 08/07/2007 | 0187 | NDF | 0.00 | $163.50 | 0.00 | $163.50 | 1,115.52 |
| 2125757 | ADA Travel    Agency fee on NDF 7/23 travel to Wilmington   (split between 4642 and 5091) | E | 08/07/2007 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 1,135.52 |
| 2125762 | ADA Travel    First class travel for PVNL on 7/23 to Wilmington   (split between 5091 and 4642)  (coach fare $202.00) | E | 08/07/2007 | 0020 | PVL | 0.00 | $158.00 | 0.00 | $101.00 | 1,236.52 |
| 2125764 | ADA Travel    Agency fee on PVNL 7/23 travel to Wilmington   (split between 5091 and 4642) | E | 08/07/2007 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 1,256.52 |
| 2125765 | ADA Travel    Coach class fare for JPW to NYC on 7/24 | E | 08/07/2007 | 0334 | JPW | 0.00 | $648.80 | 0.00 | $648.80 | 1,905.32 |
| 2125766 | ADA Travel    Agency fee on  Coach class fare for JPW to NYC on 7/24 | E | 08/07/2007 | 0334 | JPW | 0.00 | $40.00 | 0.00 | $40.00 | 1,945.32 |
| 2125781 | Federal Express to Katie Hemming from EI on 7/25 | E | 08/07/2007 | 0120 | EI | 0.00 | $4.41 | 0.00 | $4.41 | 1,949.73 |
| 2125795 | Federal Express package t/f Samuel Hammar on 7/24 | E | 08/07/2007 | 0999 | C&D | 0.00 | $14.76 | 0.00 | $14.76 | 1,964.49 |
| 2125796 | Lasership  to Goodwin Procter on 7/18 and GW Gelman Library on 7/23 | E | 08/07/2007 | 0999 | C&D | 0.00 | $17.02 | 0.00 | $17.02 | 1,981.51 |
| 2125804 | Lasership to Center to Protect Workers Rights on 7/26 | E | 08/07/2007 | 0999 | C&D | 0.00 | $21.22 | 0.00 | $21.22 | 2,002.73 |
| 2125814 | Pathology Assoc of Kitsap; Expert review in Trust cases | E | 08/07/2007 | 0001 | BSB | 0.00 | $2,500.00 | 0.00 | $2,500.00 | 4,502.73 |
| 2125815 | Document Tech;  Blowbacks | E | 08/07/2007 | 0128 | SAT | 0.00 | $1,239.98 | 0.00 | $1,239.98 | 5,742.71 |
| 2125816 | Document Tech;  Blowbacks | E | 08/07/2007 | 0128 | SAT | 0.00 | $365.98 | 0.00 | $365.98 | 6,108.69 |
| 2125856 | Equitrac - Long Distance to 3024261900 | E | 08/07/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 6,108.76 |
| 2125860 | Equitrac - Long Distance to 9174450518 | E | 08/07/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,109.06 |
| 2125863 | Equitrac - Long Distance to 3024261900 | E | 08/07/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 6,109.11 |
| 2125869 | Equitrac - Long Distance to 9179521262 | E | 08/07/2007 | 0999 | C&D | 0.00 | $2.36 | 0.00 | $2.36 | 6,111.47 |
| 2126139 | Photocopy | E | 08/07/2007 | 0350 | CDK | 0.00 | $21.60 | 0.00 | $21.60 | 6,133.07 |
| 2126196 | Photocopy | E | 08/07/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 6,133.67 |
| 2126220 | Postage | E | 08/08/2007 | 0999 | C&D | 0.00 | $18.85 | 0.00 | $18.85 | 6,152.52 |
| 2126221 | Postage | E | 08/08/2007 | 0999 | C&D | 0.00 | $12.34 | 0.00 | $12.34 | 6,164.86 |
| 2126222 | Postage | E | 08/08/2007 | 0999 | C&D | 0.00 | $18.85 | 0.00 | $18.85 | 6,183.71 |
| 2126223 | Postage | E | 08/08/2007 | 0999 | C&D | 0.00 | $18.85 | 0.00 | $18.85 | 6,202.56 |
| 2126224 | Postage | E | 08/08/2007 | 0999 | C&D | 0.00 | $15.74 | 0.00 | $15.74 | 6,218.30 |
| 2126225 | Postage | E | 08/08/2007 | 0999 | C&D | 0.00 | $17.49 | 0.00 | $17.49 | 6,235.79 |
| 2126251 | Equitrac - Long Distance to 8054993572 | E | 08/08/2007 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 6,236.95 |
| 2126268 | Equitrac - Long Distance to 8054993572 | E | 08/08/2007 | 0999 | C&D | 0.00 | $1.19 | 0.00 | $1.19 | 6,238.14 |
| 2126286 | Equitrac - Long Distance to 3024269910 | E | 08/08/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 6,238.37 |
| 2126302 | Photocopy | E | 08/08/2007 | 0220 | SKL | 0.00 | $5.50 | 0.00 | $5.50 | 6,243.87 |
| 2126336 | Photocopy | E | 08/08/2007 | 0308 | DBS | 0.00 | $5.80 | 0.00 | $5.80 | 6,249.67 |
| 2126345 | Photocopy | E | 08/08/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 6,249.87 |
| 2126390 | Photocopy | E | 08/08/2007 | 0999 | C&D | 0.00 | $51.90 | 0.00 | $51.90 | 6,301.77 |
| 2126414 | Photocopy | E | 08/08/2007 | 0054 | WBS | 0.00 | $3.30 | 0.00 | $3.30 | 6,305.07 |
| 2126416 | Postage | E | 08/09/2007 | 0999 | C&D | 0.00 | $50.47 | 0.00 | $50.47 | 6,355.54 |
| 2126526 | Business Card;  Publication ordered by the Library for BSB for science articles | E | 08/09/2007 | 0999 | C&D | 0.00 | $1,852.12 | 0.00 | $1,852.12 | 8,207.66 |
| 2126529 | Business Card;   Library research for BSB and NDF on 7/6 | E | 08/09/2007 | 0999 | C&D | 0.00 | $284.93 | 0.00 | $284.93 | 8,492.59 |
| 2126536 | Henderson Legal Services;  Transcript Stephenie Kjovtvedt | E | 08/09/2007 | 0334 | JPW | 0.00 | $2,147.50 | 0.00 | $2,147.50 | 10,640.09 |
| 2126550 | George Washington Univ;  Several publications | E | 08/09/2007 | 0354 | JMR | 0.00 | $152.30 | 0.00 | $152.30 | 10,792.39 |
| 2126561 | MAS, LLC;  Dr. Longo's R.J. Lee Rebuttal Report | E | 08/09/2007 | 0187 | NDF | 0.00 | $10,000.00 | 0.00 | $10,000.00 | 20,792.39 |
| 2127592 | Photocopy | E | 08/09/2007 | 0251 | JO | 0.00 | $1.10 | 0.00 | $1.10 | 20,793.49 |
| 2127636 | Photocopy | E | 08/09/2007 | 0251 | JO | 0.00 | $1.10 | 0.00 | $1.10 | 20,794.59 |
| 2127380 | Equitrac - Long Distance to 8054993572 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 20,794.66 |
| 2127384 | Equitrac - Long Distance to 3024261900 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 20,794.83 |
| 2127386 | Equitrac - Long Distance to 9174450518 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 20,794.91 |
| 2127390 | Equitrac - Long Distance to 2149694938 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 20,794.96 |
| 2127393 | Equitrac - Long Distance to 6094660427 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 20,795.03 |
| 2127394 | Equitrac - Long Distance to 7708663200 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 20,795.08 |
| 2127400 | Equitrac - Long Distance to 2125063741 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 20,795.46 |
| 2127408 | Equitrac - Long Distance to 8054993572 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 20,795.66 |
| 2127409 | Equitrac - Long Distance to 9195131345 | E | 08/09/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 20,795.73 |
| 2127440 | Equitrac - Long Distance to 6094660427 | E | 08/10/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 20,795.78 |
| 2127441 | Equitrac - Long Distance to 2122781000 | E | 08/10/2007 | 0999 | C&D | 0.00 | $0.79 | 0.00 | $0.79 | 20,796.57 |
| 2127454 | Equitrac - Long Distance to 2125889689 | E | 08/10/2007 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 20,796.65 |
| 2127675 | Photocopy | E | 08/10/2007 | 0221 | LW | 0.00 | $4.70 | 0.00 | $4.70 | 20,801.35 |
| 2127681 | Photocopy | E | 08/10/2007 | 0999 | C&D | 0.00 | $53.70 | 0.00 | $53.70 | 20,855.05 |

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                                       Page:    1

Matter       000                        Disbursements                                                                                                                   9/26/2007
                                                                                                                                                                   Print Date/Time:
                                                                                                                                                                        09/26/2007
                                                                                                                                                                       10:33:45AM
Attn:                                                                                                                                                                   Invoice #
2127685    Photocopy                                                   E    08/10/2007    0220    SKL        0.00           $0.20         0.00          $0.20         20,855.25
2127705    Photocopy                                                   E    08/10/2007    0251    JO         0.00          $14.90         0.00         $14.90         20,870.15
2127709    Photocopy                                                   E    08/10/2007    0251    JO         0.00           $7.30         0.00          $7.30         20,877.45
2127711    Photocopy                                                   E    08/10/2007    0251    JO         0.00          $10.30         0.00         $10.30         20,887.75
2127714    Photocopy                                                   E    08/10/2007    0251    JO         0.00           $8.30         0.00          $8.30         20,896.05
2127728    Photocopy                                                   E    08/10/2007    0251    JO         0.00           $4.70         0.00          $4.70         20,900.75
2127775    Photocopy                                                   E    08/13/2007    0237    SRB        0.00           $0.10         0.00          $0.10         20,900.85
2127776    Photocopy                                                   E    08/13/2007    0237    SRB        0.00           $0.10         0.00          $0.10         20,900.95
2127822    Photocopy                                                   E    08/13/2007    0237    SRB        0.00           $0.10         0.00          $0.10         20,901.05
2127843    Photocopy                                                   E    08/14/2007    0220    SKL        0.00           $0.10         0.00          $0.10         20,901.15
2127908    Photocopy                                                   E    08/14/2007    0999    C&D        0.00          $21.80         0.00         $21.80         20,922.95
2127523    Equitrac - Long Distance to 3128612162                      E    08/14/2007    0999    C&D        0.00           $0.43         0.00          $0.43         20,923.38
2127536    Equitrac - Long Distance to 2125063741                      E    08/14/2007    0999    C&D        0.00           $0.60         0.00          $0.60         20,923.98
2127927    Snyder Miller & Orton;  Expert report and                   E    08/15/2007    0187    NDF        0.00     $171,530.13         0.00    $171,530.13        192,454.11
           rebuttal
2127930    Federal Express to EI from JPW on 8/2                       E    08/15/2007    0334    JPW        0.00          $47.50         0.00         $47.50        192,501.61
2127932    Laura S. Welch;  Rebuttal reports                           E    08/15/2007    0187    NDF        0.00      $26,800.00         0.00     $26,800.00        219,301.61
2127934    Federal Express to Daphne Greve from EI on 7/27             E    08/15/2007    0120    EI         0.00          $17.48         0.00         $17.48        219,319.09
2127936    NDF;  Travel expenses to Pittsburgh for hearing             E    08/15/2007    0187    NDF        0.00          $36.00         0.00         $36.00        219,355.09
           on  7/31-8/1 for meals
2127937    NDF;  Travel expenses to Pittsburgh for hearing             E    08/15/2007    0187    NDF        0.00         $416.10         0.00        $416.10        219,771.19
           on  7/31-8/1 for Omni Hotel (room 365.00, taxes
           51.10)
2127938    NDF;  Travel expenses to Pittsburgh for hearing             E    08/15/2007    0187    NDF        0.00          $20.00         0.00         $20.00        219,791.19
           on  7/31-8/1 for cabs
2127176    Postage                                                     E    08/15/2007    0999    C&D        0.00          $36.70         0.00         $36.70        219,827.89
2127177    Postage                                                     E    08/15/2007    0999    C&D        0.00          $33.25         0.00         $33.25        219,861.14
2127178    Postage                                                     E    08/15/2007    0999    C&D        0.00          $31.00         0.00         $31.00        219,892.14
2127201    Postage                                                     E    08/15/2007    0999    C&D        0.00          $32.92         0.00         $32.92        219,925.06
2128413    Photocopy                                                   E    08/15/2007    0999    C&D        0.00           $0.40         0.00          $0.40        219,925.46
2128497    Photocopy                                                   E    08/16/2007    0999    C&D        0.00          $10.60         0.00         $10.60        219,936.06
2128519    Photocopy                                                   E    08/16/2007    0251    JO         0.00           $7.50         0.00          $7.50        219,943.56
2128525    Photocopy                                                   E    08/16/2007    0999    C&D        0.00          $23.20         0.00         $23.20        219,966.76
2128529    Photocopy                                                   E    08/16/2007    0251    JO         0.00          $10.50         0.00         $10.50        219,977.26
2128538    Photocopy                                                   E    08/16/2007    0999    C&D        0.00          $23.20         0.00         $23.20        220,000.46
2127944    West Payment Center;  Alfred D'Ulisse v Amchem               E    08/16/2007    0308    DBS        0.00         $203.30         0.00        $203.30        220,203.76
           Products requested by DBS
2127945    LexisNexis Courtlink;  Research requested by DKG            E    08/16/2007    0310    DKG        0.00          $10.58         0.00         $10.58        220,214.34
2127946    Reprints Desk;  Article supply services for July            E    08/16/2007    0001    BSB        0.00       $7,095.77         0.00      $7,095.77        227,310.11
2127947    Federal Express to Gary Becker, Ken Pasquale,                E    08/16/2007    0334    JPW        0.00         $186.45         0.00        $186.45        227,496.56
           Jay Sakalo, Stephen Snyder from JPW on 6/19
2128306    Equitrac - Long Distance to 2125063741                      E    08/16/2007    0999    C&D        0.00           $0.05         0.00          $0.05        227,496.61
2128314    Equitrac - Long Distance to 8506240433                      E    08/17/2007    0999    C&D        0.00           $0.50         0.00          $0.50        227,497.11
2128336    Equitrac - Long Distance to 9147010500                      E    08/17/2007    0999    C&D        0.00           $0.85         0.00          $0.85        227,497.96
2128107    Postage                                                     E    08/17/2007    0999    C&D        0.00          $10.13         0.00         $10.13        227,508.09
2128133    Premiere Global Service conference calls made by            E    08/17/2007    0187    NDF        0.00         $160.03         0.00        $160.03        227,668.12
           NDF in July
2128137    Verus Claims Service;                                       E    08/17/2007    0187    NDF        0.00      $20,379.00         0.00     $20,379.00        248,047.12
2128582    Photocopy                                                   E    08/17/2007    0220    SKL        0.00          $11.30         0.00         $11.30        248,058.42
2128591    Photocopy                                                   E    08/17/2007    0251    JO         0.00           $2.80         0.00          $2.80        248,061.22
2128597    Photocopy                                                   E    08/17/2007    0220    SKL        0.00          $10.30         0.00         $10.30        248,071.52
2128632    Photocopy                                                   E    08/17/2007    0220    SKL        0.00           $0.60         0.00          $0.60        248,072.12
2128696    Postage                                                     E    08/20/2007    0999    C&D        0.00          $11.92         0.00         $11.92        248,084.04
2128896    Equitrac - Long Distance to 3128768000                      E    08/20/2007    0999    C&D        0.00           $0.55         0.00          $0.55        248,084.59
2128902    Equitrac - Long Distance to 5108322980                      E    08/20/2007    0999    C&D        0.00           $0.39         0.00          $0.39        248,084.98
2128967    Photocopy                                                   E    08/20/2007    0999    C&D        0.00           $9.80         0.00          $9.80        248,094.78
2128968    Photocopy                                                   E    08/20/2007    0999    C&D        0.00           $0.20         0.00          $0.20        248,094.98
2128972    Photocopy                                                   E    08/20/2007    0310    DKG        0.00           $0.10         0.00          $0.10        248,095.08
2128985    Photocopy                                                   E    08/20/2007    0054    WBS        0.00           $1.80         0.00          $1.80        248,096.88
2129364    Lasership  to Brookings Inst on 8/2                         E    08/21/2007    0999    C&D        0.00           $8.47         0.00          $8.47        248,105.35
2129371    Lasership to Orrick Herrington Sutcliff on 8/14             E    08/21/2007    0999    C&D        0.00           $8.47         0.00          $8.47        248,113.82
2129452    Photocopy                                                   E    08/21/2007    0251    JO         0.00           $1.10         0.00          $1.10        248,114.92
2129455    Photocopy                                                   E    08/21/2007    0999    C&D        0.00          $20.90         0.00         $20.90        248,135.82
2129465    Photocopy                                                   E    08/21/2007    0220    SKL        0.00           $1.10         0.00          $1.10        248,136.92
2129490    Photocopy                                                   E    08/21/2007    0210    CJ         0.00          $44.10         0.00         $44.10        248,181.02
2129495    Photocopy                                                   E    08/21/2007    0999    C&D        0.00          $69.20         0.00         $69.20        248,250.22
2129504    Photocopy                                                   E    08/21/2007    0237    SRB        0.00           $0.20         0.00          $0.20        248,250.42
2129509    Photocopy                                                   E    08/21/2007    0220    SKL        0.00           $2.50         0.00          $2.50        248,252.92
2129529    Document Tech;  IMG- CD duplication                         E    08/22/2007    0308    DBS        0.00         $333.11         0.00        $333.11        248,586.03
2129530    Document Tech;  IMG- CD duplication                         E    08/22/2007    0308    DBS        0.00         $126.90         0.00        $126.90        248,712.93
2129531    Document Tech;  IMG- CD duplication                         E    08/22/2007    0308    DBS        0.00          $63.45         0.00         $63.45        248,776.38
2129815    Photocopy                                                   E    08/22/2007    0308    DBS        0.00           $0.70         0.00          $0.70        248,777.08
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                              Page:   1

Matter     000                          Disbursements                                                                                         9/26/2007
                                                                                                                                      Print Date/Time:
                                                                                                                                          09/26/2007
                                                                                                                                          10:33:45AM
Attn:                                                                                                                                         Invoice #
2129900   Encore Legal Solutions;  Brand, Blowback          E   08/23/2007   0351   CJK    0.00      $609.28    0.00       $609.28   249,386.36
2129901   Encore Legal Solutions;  Branding, Blowback       E   08/23/2007   0337   EGB    0.00       $44.73    0.00        $44.73   249,431.09
2129904   ADA Travel   Refund issued on NDF airfare t/f     E   08/23/2007   0187   NDF    0.00     -$931.90    0.00    -$1,078.00   248,353.09
          Chicago on 4/11
2129914   ADA Travel    NDF 10/31 travel to Los Angeles     E   08/23/2007   0187   NDF    0.00    $2,072.80    0.00       $849.80   249,202.89
          (coach fare $849.80)
2129915   ADA Travel    Agency fee on  NDF 10/31 travel to  E   08/23/2007   0187   NDF    0.00       $40.00    0.00        $40.00   249,242.89
          Los Angeles  (coach fare $849.80)
2130162   Equitrac - Long Distance to 2123199240            E   08/23/2007   0999   C&D    0.00        $0.23    0.00         $0.23   249,243.12
2130206   Photocopy                                         E   08/23/2007   0999   C&D    0.00       $63.90    0.00        $63.90   249,307.02
2130234   Photocopy                                         E   08/23/2007   0204   AWG    0.00        $0.60    0.00         $0.60   249,307.62
2130240   Photocopy                                         E   08/23/2007   0204   AWG    0.00        $0.90    0.00         $0.90   249,308.52
2130259   Photocopy                                         E   08/23/2007   0251   JO     0.00        $3.00    0.00         $3.00   249,311.52
2130262   Photocopy                                         E   08/23/2007   0251   JO     0.00        $2.50    0.00         $2.50   249,314.02
2130265   Photocopy                                         E   08/23/2007   0232   LK     0.00        $0.40    0.00         $0.40   249,314.42
2130269   Photocopy                                         E   08/23/2007   0251   JO     0.00        $5.90    0.00         $5.90   249,320.32
2130502   Photocopy                                         E   08/24/2007   0232   LK     0.00        $3.60    0.00         $3.60   249,323.92
2130514   Photocopy                                         E   08/24/2007   0232   LK     0.00        $0.20    0.00         $0.20   249,324.12
2130560   Federal Express to Katherine Hemming from EI on   E   08/27/2007   0120   EI     0.00        $8.87    0.00         $8.87   249,332.99
          8/14
2130916   Equitrac - Long Distance to 4042016906            E   08/27/2007   0999   C&D    0.00        $0.40    0.00         $0.40   249,333.39
2130949   Equitrac - Long Distance to 2123199240            E   08/27/2007   0999   C&D    0.00        $0.05    0.00         $0.05   249,333.44
2130981   Photocopy                                         E   08/27/2007   0232   LK     0.00        $0.20    0.00         $0.20   249,333.64
2130998   Photocopy                                         E   08/27/2007   0500   SAN    0.00        $4.10    0.00         $4.10   249,337.74
2131010   Photocopy                                         E   08/27/2007   0215   KRS    0.00        $3.20    0.00         $3.20   249,340.94
2131120   BostonCoach car service for NDF t/f Pittsburgh,   E   08/28/2007   0187   NDF    0.00    $1,518.00    0.00     $1,518.00   250,858.94
          PA on 7/31-8/1
2131139   Equitrac - Long Distance to 2125063763            E   08/28/2007   0999   C&D    0.00        $0.09    0.00         $0.09   250,859.03
2131168   Equitrac - Long Distance to 6094660427            E   08/28/2007   0999   C&D    0.00        $0.77    0.00         $0.77   250,859.80
2131219   Photocopy                                         E   08/28/2007   0220   SKL    0.00        $1.00    0.00         $1.00   250,860.80
2131236   Photocopy                                         E   08/28/2007   0999   C&D    0.00       $65.80    0.00        $65.80   250,926.60
2131240   Photocopy                                         E   08/28/2007   0220   SKL    0.00        $2.10    0.00         $2.10   250,928.70
2131249   Photocopy                                         E   08/28/2007   0204   AWG    0.00        $9.60    0.00         $9.60   250,938.30
2131288   Photocopy                                         E   08/28/2007   0220   SKL    0.00        $0.50    0.00         $0.50   250,938.80
2131298   Photocopy                                         E   08/28/2007   0128   SAT    0.00       $66.40    0.00        $66.40   251,005.20
2131305   Photocopy                                         E   08/28/2007   0308   DBS    0.00        $1.90    0.00         $1.90   251,007.10
2131724   Equitrac - Long Distance to 2122781322            E   08/29/2007   0999   C&D    0.00        $3.65    0.00         $3.65   251,010.75
2131864   Database Research/Lexis Charges for               E   08/30/2007   0999   C&D    0.00       $19.50    0.00        $19.50   251,030.25
          7/24/07-8/24/07 By: DBS on 7/26
2131865   Database Research/Lexis Charges for               E   08/30/2007   0999   C&D    0.00       $54.37    0.00        $54.37   251,084.62
          7/24/07-8/24/07 By: JPW on 8/16
2131882   Database Research/Lexis Charges for 7/24/07-8/24/07 By:  E   08/30/2007   0999   C&D    0.00   $906.24   0.00         0.00
          $906.24                                                   251,990.86
          DBS on 7/30
2133541   Equitrac - Long Distance to 2123199240            E   08/30/2007   0999   C&D    0.00        $0.42    0.00         $0.42   251,991.28
2133725   Photocopy                                         E   08/30/2007   0204   AWG    0.00        $0.90    0.00         $0.90   251,992.18
2133745   Photocopy                                         E   08/30/2007   0220   SKL    0.00        $5.00    0.00         $5.00   251,997.18
2133803   Photocopy                                         E   08/31/2007   0220   SKL    0.00        $0.90    0.00         $0.90   251,998.08
2133806   Photocopy                                         E   08/31/2007   0204   AWG    0.00        $0.20    0.00         $0.20   251,998.28
2133850   Photocopy                                         E   08/31/2007   0255   DAT    0.00        $0.20    0.00         $0.20   251,998.48
2136745   Database Research - Westlaw by BSB on 8/1         E   08/31/2007   0999   C&D    0.00       $24.59    0.00        $24.59   252,023.07
2136746   Database Research - Westlaw by NDF on 8/3         E   08/31/2007   0999   C&D    0.00      $514.36    0.00       $514.36   252,537.43
2136747   Database Research - Westlaw by DKG on 8/7-23      E   08/31/2007   0999   C&D    0.00    $1,355.40    0.00     $1,355.40   253,892.83
2136748   Database Research - Westlaw by LMK on 8/21 & 22   E   08/31/2007   0999   C&D    0.00      $159.53    0.00       $159.53   254,052.36
2136749   Database Research - Westlaw by BJP on 8/1         E   08/31/2007   0999   C&D    0.00       $17.49    0.00        $17.49   254,069.85
2136750   Database Research - Westlaw by DBS on 8/24        E   08/31/2007   0999   C&D    0.00        $8.74    0.00         $8.74   254,078.59
2136751   Database Research - Westlaw by DBS on 8/23        E   08/31/2007   0999   C&D    0.00       $34.97    0.00        $34.97   254,113.56
2136752   Database Research - Westlaw by DBS/NR on 8/27     E   08/31/2007   0999   C&D    0.00      $455.38    0.00       $455.38   254,568.94
2136753   Database Research - Westlaw by JL/NR on 8/17      E   08/31/2007   0999   C&D    0.00      $371.66    0.00       $371.66   254,940.60
2136754   Database Research - Westlaw by ALV/MLR on 8/28    E   08/31/2007   0999   C&D    0.00      $299.13    0.00       $299.13   255,239.73
2136755   Database Research - Westlaw by NDF/MLR on 8/28    E   08/31/2007   0999   C&D    0.00      $103.59    0.00       $103.59   255,343.32
2136858   Database Research Westlaw by LMK on 8/21          E   08/31/2007   0999   C&D    0.00      $151.23    0.00       $151.23   255,494.55
2138334   Air & Train Transportation - ADA Travel           E   08/31/2007   0999   C&D    0.00     -$104.00    0.00      -$104.00   255,390.55
          Adjustment re NDF Travel to Wilmington on
          5/21/07 (Coach fare $187.00, charged at $291.00
          on May Application).
2133591   Equitrac - Long Distance to 8039434444            E   08/31/2007   0999   C&D    0.00        $0.62    0.00         $0.62   255,391.17
2132524   United Parcel Service to WBS in Spruce Head, ME   E   08/31/2007   0054   WBS    0.00       $33.00    0.00        $33.00   255,424.17
          on 8/23

Total Expenses                                                                             0.00  $256,850.27    0.00   $255,424.17
```

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|
| **Matter    000** | **Disbursements** | | | | 9/26/2007 |
| | | | | | Print Date/Time: |
| | | | | | 09/26/2007 |
| | | | | | 10:33:45AM |
| Attn: | | | | | Invoice # |

| | | | | | | |
|---|---|---|---|---|---|---|
| Matter Total Fees | | | | 0.00 | | 0.00 |
| Matter Total Expenses | | | | 256,850.27 | | 255,424.17 |
| Matter Total | | 0.00 | 256,850.27 | 0.00 | 255,424.17 |
| Prebill Total Fees | | | | | | |
| Prebill Total Expenses | | | | $256,850.27 | | $255,424.17 |
| Prebill Total | | 0.00 | $256,850.27 | 0.00 | $255,424.17 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 57,444 | 02/28/2007 | 255,105.50 | 51,021.10 |
| 57,767 | 03/23/2007 | 325,262.50 | 65,052.50 |
| 58,096 | 04/26/2007 | 333,488.50 | 66,697.70 |
| 58,439 | 05/22/2007 | 353,903.50 | 70,780.70 |
| 58,979 | 06/29/2007 | 408,209.50 | 81,641.90 |
| 59,278 | 07/23/2007 | 415,830.46 | 415,830.46 |
| 59,594 | 08/20/2007 | 496,886.93 | 496,886.93 |
| | | 2,604,307.89 | 1,251,035.49 |