IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF SERVICE OF OMNIBUS NOTICE OF DEPOSITION DUCES TECUM OF EXPERT WITNESSES FOR W.R. GRACE & CO., ET AL.**

**PLEASE TAKE NOTICE** that on October 4, 2007, a true and correct copy of the Omnibus Notice of Deposition Duces Tecum of Expert Witnesses for W.R. Grace & Co., *et al.* (attached hereto as Exhibit A) was served via First Class mail upon counsel listed on the service list attached hereto as Exhibit B.

Dated: October 4, 2007

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips*
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,*
*Future Claimants' Representative*

CAMPBELL & LEVINE, LLC

*/s/*
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*