IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) <br> ) |
| Debtors. | ) Related Dkt Nos. 16468, 16924 <br> ) |

### FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF FILING OF SUPPLEMENTAL/REBUTTAL ESTIMATION EXPERT REPORT OF P.J. ERIC STALLARD, A.S.A., M.A.A.A., F.C.A. IN CONNECTION WITH ASBESTOS PERSONAL INJURY ESTIMATION

PLEASE TAKE NOTICE that on September 25, 2007, counsel for David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR"), caused a copy of the following reports to be served on counsel for the Debtors, the Official Committees, the Libby Claimants, the State of Montana, the United States Trustee, and the Court:

(1) Supplemental Report by Jennifer L. Biggs, FCAS, MAAA, *In re: W.R. Grace & Co., et al.*: Expert Estimation of Asbestos Personal Injury Liabilities of W.R. Grace as of April 2, 2001;

(2) Response and Rebuttal Expert Report of Jennifer L. Biggs, FCAS, MAAA to: (1) Report of Frederick C. Dunbar, dated June 18, 2007, and (2) B. Thomas Florence's June 18, 2007 Estimation of the Number and Value of Pending and Future Asbestos-Related Personal Injury Claims: W.R. Grace;

(3) Supplemental/Rebuttal Expert Report of P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A., In re W.R. Grace & Co., *et al.*;

(4) Expert Rebuttal/Supplemental Report of Joseph J. Radecki, Jr. Regarding Inflation and Discount Rates for the Estimation of Asbestos Personal Injury Liabilities, In re: W.R. Grace & Co., *et al.*;

(5) Expert Witness Report of Marshall S. Shapo In Response to Report of Frederick C. Dunbar; and

(6) Expert Report of Jacob Jacoby, Ph.D.

PLEASE TAKE FURTHER NOTICE that on October 5, 2007, counsel for the FCR caused a copy of this Notice, along with the Supplemental/Rebuttal Expert Report of P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A., In re W.R. Grace & Co., *et al.*, attached hereto as Exhibit A, to be filed with the Court and served on the parties listed on the attached Master Service List.

Dated: October 5, 2007

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*