IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: November 30, 2007 at 4:00 p.m. |
| ) | Hearing: December 17, 2007 at 2:00 p.m. |

**COVER SHEET TO TWELFTH QUARTERLY INTERIM FEE APPLICATION
OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 1, 2007 THROUGH MARCH 31, 2007**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | Not Applicable |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2007-March 31, 2007 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $15,000.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $   473.80 |

This is a    ___ monthly         _x_ interim         ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Twelfth Quarterly time period: Twenty-Ninth Monthly Fee Application for the period January 1-31, 2007 in the amount of $4,920.00 (80% of $6,150.00) in fees and $531.92 in expenses; Thirtieth Monthly Fee Application for the period February 1-28, 2007 in the amount of $5,200.00 (80% of $6,500.00) in fees and no expenses; and Thirty-First Monthly Fee Application for the period March 1-31, 2007 in the amount of $1,880.00 (80% of $2,350.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## JANUARY 1, 2007-MARCH 31, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 30.00 | $15,000.00 |
| Total | | | | $15,000.00 |

Total Fees:     $ 15,000.00
Total Hours:         30.00
Blended Rate:   $    500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 30.00 | $15,000.00 |
| TOTAL | 30.00 | $15,000.00 |

## EXPENSE SUMMARY FOR THE TIME PERIOD
## JANUARY 1, 2007-MARCH 31, 2007[1]

| Expense Category | Total |
|---|---|
| Airfare | $232.80 |
| Taxi | $150.00 |
| Meals | $75.00[2] |
| Parking | $16.00 |
| **TOTAL** | **$473.80** |

Respectfully submitted,

_____
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: October 5, 2007

---

[1] All available expense back-up is attached as Exhibit D-E.

[2] This amount reflects a reduction of $58.12 as recently requested by the Fee Auditor. The Court previously entered an Order on September 25, 2007 [Docket No. 16916], allowing the FCR's fees and expenses in full as requested for the Period, and this amount will be deducted from the 20% holdback of $3,000 to be paid by the Debtors to the FCR.

-3-