# EXHIBIT D
# AIRFARE

**Marylou Sales**
Claims Resolution Management Corporation
3110 Fairview Park Dr., Ste. 200
Falls Church, VA 22042
T - (703) 205-0802
F - (703) 205-6248

---

**From:** Southwest Airlines [mailto:SouthwestAirlines@mail.southwest.com]
**Sent:** Thursday, May 24, 2007 3:24 PM
**To:** David T. Austern
**Subject:** Ticketless Confirmation - AUSTERN/DAVID - 5WJ3T9

   Earn TRIPLE credits on Budget car rentals of 3+ Days
When booking insert MUAZ006 in the Promotion Code Field

Receipt and Itinerary as of 01/10/07 8:02 PM

**Confirmation Number**
**5WJ3T9**


Check In Online

Confirmation Date: 01/03/07
Received: DAVID AU

### Passenger Information

| Passenger Name | Ticket# | Account Number |
|---|---|---|
| AUSTERN/DAVID | 526-2765259142-6 | 00000280921476 |

### Itinerary:

| Date | Flight | Routing Details |
|---|---|---|
| Wed Jan 10 | 16 | Depart HOUSTON HOBBY (HOU) at 10:00 AM<br>Arrive in DALLAS LOVE FIELD (DAL) at 10:55 AM |
| Wed Jan 10 | 31 | Depart DALLAS LOVE FIELD (DAL) at 2:00 PM<br>Arrive in HOUSTON HOBBY (HOU) at 3:00 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 202.80 |
| Tax | $ 22.00 |
| PFC Fee | $ 3.00 |
| Security Fee | $ 5.00 |

**Total Payment:** $232.80