# EXHIBIT E
# TAXI

| BLACK | FOOT |
|---|---|
| (832) 584-8876 | (713) 201-O554 |
| Client: Austern | |
| From: Hobby | |
| To: Hilton | |
| Date: 1-10-07 | Amount: $50.00 |

| BLACK | FOOT |
|---|---|
| (832) 584-8876 | (713) 201-O554 |
| Client: D. Austern | |
| From: Hilton | |
| To: Hobby | |
| Date: 1-10-07 | Amount: $50.00 |