IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>)<br>W.R. GRACE & CO., et al. )<br>)<br>Debtors. )<br>) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)**<br>Objection Deadline: November 30, 2007 at 4:00 p.m.<br>Hearing: December 17, 2007 at 2:00 p.m. |

**COVER SHEET TO THIRTEENTH QUARTERLY INTERIM FEE
APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS
REPRESENTATIVE, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD APRIL 1, 2007 THROUGH JUNE 30, 2007**

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | Not Applicable |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2007-March 31, 2007 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $8,900.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 0.00 |

This is a ___ monthly    _x_ interim    ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Thirteenth Quarterly time period: Thirty-Second Monthly Fee Application for the period May 1-31, 2007 in the amount of $4,160.00 (80% of $5,200.00) in fees and no expenses; Thirty-Third Monthly Fee Application for the period June 1-30, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and no expenses. A Fee Application was not filed for the April 1-30, 2007 period.

## COMPENSATION DURING THE TIME PERIOD
## APRIL 1, 2007-JUNE 30, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 19.30 | $8,900.00 |
| Total | | | | $8,900.00 |

      **Total Fees:**  $ 8,900.00
      **Total Hours:**    19.30
      **Blended Rate:** $  500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 19.30 | $8,900.00 |
| TOTAL | 19.30 | $8,900.00 |

### EXPENSE SUMMARY FOR THE TIME PERIOD
### APRIL 1, 2007-JUNE 30, 2007

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: October 5, 2007