IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | )<br>)<br>) **Chapter 11** |
| W.R. GRACE & CO., et al. | ) **Case No. 01-01139 (JKF)**<br>) **(Jointly Administered)** |
| Debtors. | )<br>) |

### VERIFICATION

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants Representative appointed by the Court in these cases.

2. I have reviewed the Thirteenth Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

County of Fairfax:

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 5th day of OCTOBER, 2007

_Debra Baker Jones_
Notary Public
Notary Registration No. 179673
My commission expires: 3/31/2010

