Professional Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended June 30, 2007

Summary of PwC's Fees By Individual:
Twenty Fifth Interim Quarterly Reporting Period
April 1, 2007 through June 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Adam Lueck Total | Audit Associate | <1 | Integrated Audit | $118.28 | 205.0 | $ 24,247.40 |
| Benjamin K Stanga Total | Tax Partner | 13 | Integrated Audit | $535.50 | 2.0 | $ 1,071.00 |
| Bonnie Shub-Gayer Total | Director | 17 | Integrated Audit | $393.75 | 33.1 | $ 13,033.13 |
| Bradley D Hudson Total | Audit Senior Manager | 10 | Integrated Audit | $685.11 | 2.3 | $ 1,575.76 |
| Cindy Y Chen Total | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 11.3 | $ 2,390.63 |
| Daniel Spratt Total | Tax Manager | 5 | Integrated Audit | $267.75 | 60.0 | $ 16,065.00 |
| David Wiseman Total | Audit Senior Manager | 14 | Integrated Audit | $685.11 | 1.0 | $ 685.11 |
| Douglas Parker Total | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 117.5 | $ 46,248.00 |
| Erica Margolius Total | Audit Associate | 3 | Integrated Audit | $151.29 | 85.6 | $ 12,950.42 |
| Francois Barnard Total | Audit Manager | 10 | Integrated Audit | $285.36 | 4.0 | $ 1,141.44 |
| George B. Baccash Total | Tax Partner | 30 | Integrated Audit | $588.00 | 40.0 | $ 23,520.00 |
| James W Geary Total | Audit Partner | 25+ | Integrated Audit | $868.38 | 1.0 | $ 868.38 |
| Jason R Natt Total | Audit Senior Manager | 10 | Integrated Audit | $685.11 | 1.5 | $ 1,027.67 |
| Jerry E Malcolm Total | Tax Director | 35 | Integrated Audit | $461.25 | 1.0 | $ 461.25 |
| John E Newstead Total | Audit Partner | 10 + | Integrated Audit | $612.54 | 11.5 | $ 7,044.21 |
| Josef Van Wyk Total | Audit Manager | 11 | Integrated Audit | $285.36 | 4.5 | $ 1,284.12 |
| Lyndsay B Signori Total | Audit Senior Associate | 3 | Integrated Audit | $193.12 | 18.5 | $ 3,572.63 |

{02411}

| Name | Title | Years | Service | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Lynda Keorlet Total | Audit Associate | 2 | Integrated Audit | $138.99 | 99.4 | $ 13,815.61 |
| Maria Afuang Total | Audit Senior Associate | 4 | Integrated Audit | $218.09 | 161.5 | $ 35,220.73 |
| Marvin de Guzman Total | Audit Manager | 4 | Integrated Audit | $300.92 | 83.0 | $ 24,975.95 |
| Matias L Pedevilla Total | Tax Director | 10 | Integrated Audit | $519.75 | 10.5 | $ 5,457.38 |
| Mohamed Yasin Total | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 45.0 | $ 8,505.00 |
| Nicole Heisler Total | Audit Associate | 1 | Integrated Audit | $147.60 | 8.0 | $ 1,180.80 |
| Ovais Anwar Total | Intern | <1 | Integrated Audit | $88.56 | 2.5 | $ 221.40 |
| Pamela Barkley Total | Audit Senior Associate | 5 | Integrated Audit | $217.71 | 141.5 | $ 30,805.97 |
| Phillip Crosby Total | Audit Associate | <1 | Integrated Audit | $147.60 | 1.0 | $ 147.60 |
| Robert F Eydt Total | Audit Partner | 25+ | Integrated Audit | $904.05 | 2.0 | $ 1,808.10 |
| Sandra A David Total | Audit Manager | 10+ | Integrated Audit | $297.66 | 21.0 | $ 6,250.86 |
| Theresa M Reiger Total | Tax Manager | 15 | Integrated Audit | $588.00 | 3.0 | $ 1,764.00 |
| Timothy C Dreyer Total | Tax Director | 35 | Integrated Audit | $519.75 | 20.0 | $ 10,395.00 |
| Youhan Lee Total | Audit Associate | 1.5 | Integrated Audit | $152.87 | 7.0 | $ 1,070.09 |
| William Bishop Total | Audit Partner | 27 | Integrated Audit | $686.15 | 50.3 | $ 34,513.35 |
| Grand Total | | | | | 1255.5 | $ 333,317.94 |

{02411}

Summary of PwC's Fees By Project:
Twenty Fifth Interim Quarterly Reporting Period
April 1, 2007 through June 30, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 110.0 | $15,324.32 |

{02411}

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,255.5 | $333,317.94 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1365.5 | $348,642.26 |

{02411}

PricewaterhouseCoopers LLP
Summary of Expenses
Twenty Fifth Interim Quarterly Reporting Period
April 1, 2007 through June 30, 2007

| Type of Expense | |
|---|---|
| Transportation | $4,774.80 |
| Lodging | 463.68 |
| Sundry | 983.81 |
| Business Meals | 2,307.77 |
| Grand Total for the Fee Period April 1, 2007 through June 30, 2007 | $8,530.06 |

{02411}