# Exhibit - A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | Hearing Date: December 17, 2007 at 2:00 p.m. |
| | : | Objection Deadline: November 30, 2007 at 4:00 p.m. |

ORDER APPROVING TWENTY-FIFTH QUARTERLY
FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,
AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Twenty-fifth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period April 1, 2007 through June 30, 2007, dated _____, 2007 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Twenty-fifth Quarterly Fee Application on December 17, 2007 at 2:00 p.m.; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Twenty-fifth Quarterly Fee Application is approved, and it is further

{02411}

ORDERED that the compensation for services rendered in the amount of $333,317.94 (plus $15,324.32 for preparing the related fee applications) and expenses in the aggregate amount of $8,530.06 is hereby granted to PwC.

Dated: _____ , 2007

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

{02411}