**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos.: 16837, 16838, 16839, 6840, 16841, 16842, 16843, 16844, 16845, 16846, 16847, 16849, 16851, 16852, 16853, 16854, 16855, 16856, 16857, 16858, 16859, 16703 and 17011**<br><br>**Objection Deadline: October 5, 2007 at 4:00 p.m.**<br>**Hearing Date: October 25, 2007 at 2:00 p.m.** |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S LIMITED OMNIBUS OBJECTION TO DEBTORS' MOTIONS FOR ENTRY OF ORDERS AUTHORIZING SETTLEMENT OF ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY VARIOUS PROPERTY DAMAGE CLAIMANTS REPRESENTED BY DIES & HILE, LLP AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

      The Official Committee of Asbestos Personal Injury Claimants (the "PI Committee"), by and through its undersigned counsel, hereby joins in the Future Claimants' Representative's Limited Omnibus Objection To Debtors' Motions For Entry Of Orders Authorizing Settlement Of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP And The Prudential Insurance Company Of America [D.I. 17011] (the "Limited Objection"). The PI Committee hereby joins in and supports the arguments and positions contained in the Limited Objection, as if fully set forth herein.

(Remainder of Page Intentionally Left Blank)

{D0093444.1 }

WHEREFORE, the PI Committee respectfully requests that the Court (i) clarify in its order approving the Motions[1] that the provisions contained in paragraph 23 restricting or limiting the use of the PD Settlement Agreements do not bind the PI Committee, and (ii) grant such further relief as it deems just and proper.

Date:   October 5, 2007

        CAMPBELL & LEVINE, LLC

        */S/ Mark Hurford*
        Marla R. Eskin (No. 2989)
        Mark T. Hurford (No. 3299)
        800 King Street, Suite 300
        Wilmington, DE  19801
        (302) 426-1900
          -and-

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        375 Park Avenue, 35th Floor
        New York, NY 10152-3500
        Telephone:  (212) 319-7125

          -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        Nathan D. Finch
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        *Counsel to the Official Committee of*
          *Asbestos Personal Injury Claimants*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Limited Objection.

{D0093444.1 }