IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## FIRST AMENDED NOTICE OF DEPOSITION

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the District of Delaware issued a subpoena for Celotex Asbestos Settlement Trust. The subpoena requires the Celotex Asbestos Settlement Trust to produce certain documents and appear for a deposition.

Counsel for the Debtors and counsel for Celotex Asbestos Settlement Trust have conferred to reach an agreement on a mutually convenient date, place and time for the deposition to take place. Pursuant to that agreement, the deposition has been rescheduled for

91100-001\DOCS_DE:131662.1

October 30, 2007 beginning at 12:30 PM ET at the law offices of Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, Wilmington, DE 19801.

Dated: October 5, 2007

        KIRKLAND & ELLIS LLP
        David M. Bernick
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone:   (312) 861-2000
        Facsimile:    (312) 861-2200

        KIRKLAND & ELLIS LLP
        Barbara Harding
        Amanda C. Basta
        655 Fifteenth Street, NW
        Washington, D.C. 20005
        Telephone:   (202) 879-5000
        Facsimile:    (202) 879-5200

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone:   (302) 652-4100
        Facsimile:    (302) 652-4400