IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## FIRST AMENDED NOTICE OF DEPOSITION AND SUBPOENA

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the District of Delaware issued a subpoena for Steven Kazan  This subpoena was served on Mr. Kazan c/o Natalie Ramsey, Esq. on October 2, 2007.  Pursuant to agreement amongst the parties, Steven Kazan will appear for deposition at 555 California Street, San Francisco, California 94104, on October 29, 2007, at 1:00 P.M. (prevailing Pacific Time).

*[Remainder of page intentionally left blank]*

The deposition will continue from day-to-day until complete. The deposition will be taken before an official authorized by law to administer oaths, and, pursuant to Federal Rule of Civil Procedure 30(b)(2), will be recorded by both stenographic means and sound-and-visual means.

Dated: October 8, 2007

          Respectfully submitted,

          KIRKLAND & ELLIS LLP
          David M. Bernick
          200 East Randolph Drive
          Chicago, IL 60601
          Telephone:  (312) 861-2000
          Facsimile:   (312) 861-2200

          KIRKLAND & ELLIS LLP
          Barbara Harding
          Amanda C. Basta
          655 Fifteenth Street, NW
          Washington, D.C. 20005
          Telephone:  (202) 879-5000
          Facsimile:   (202) 879-5200

          -and-

          PACHULSKI STANG ZIEHL & JONES LLP

          /s/ Laura Davis Jones
          Laura Davis Jones (Bar No. 2436)
          James E. O'Neill (Bar No. 4042)
          Timothy P. Cairns (Bar No. 4228)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, Delaware 19899-8705 (Courier 19801)
          Telephone:  (302) 652-4100
          Facsimile:   (302) 652-4400

          Co-Counsel to Debtors and Debtors in Possession