**W.R. Grace 2002 Service List**

**Hand Delivery**
Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esq.
Stevens & Lee
1105 N. Market St. – Ste 700
Wilmington, DE 19801-1270

Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

Mark S. Chehi, Esq.
Kevin Brady, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Ave., 7th Floor
PO Box 410
Wilmington, DE 19899

**Hand Delivery**
Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
David Klauder, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Bill Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

J. Douglas Bacon, Esquire
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

| | | |
|---|---|---|
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 | Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Elio Battista, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York. NY 10017 | Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Attn.: Meridee Moore & Kirsten Lynch<br>Farallon Capital Management LLC<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA 94111 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX 75204 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | Richard S. Cobb, Esquire<br>Megan N. Harper, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| Margery N. Reed, Esq.<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 | Elizabeth S. Kardos, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger<br>  & Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Thomas J. Noonan, Jr.<br>c/o R & S Liquidation Company<br>Five Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| James A. Sylvester, Esquire<br>Intercat, Inc.<br>P.O. Box 412<br>Sea Girt, NJ 08750 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Jonathan W. Young<br>T.Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
 & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Hand Delivery**
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
 & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH 43506

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Charles E. Gibson, III
Gibson Law Firm
447 Northpark Drive
Ridgeland, MS 39157-5109

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176-0001

Paul D. Henderson, Esq.
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can.Tower
Sun Life Center, 200 Kint Street West
**Toronto, Ontario M5H 3T4
CANADA**

Edward W. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Alan Kolod, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
NY, NY 10174-1299

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064

| | | |
|---|---|---|
| Steven J. Kherkher, Esq.<br>Laurence G. Tien, Esq.<br>Williams Kherkher Hart & Boundas, LLP<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 | Steven T. Hoort, Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | |
| Paul M. Baisier, Esq.<br>SEYFARTH SHAW<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 | William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 | Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201-2689 |
| Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 | Tara L. Lattomus, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 |
| Todd C. Meyers, Esq.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 | Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, New York 10017 | Brad N. Friedman, Esq.<br>Rachel S. Fleishman, Esq.<br>Milberg Weiss Bershad Hynes & Learch<br>One Pennsylvania Plaza<br>New York, NY 10019 |
| Lewis Kruger, Esquire<br>Robert Raskin, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 | Thomas J. Noonan, Jr.<br>Herman's Sporting Goods in Liquidation<br>C/o R&S Liquidation Company, Inc.<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Damon J. Chargois, Esquire<br>Emerg' Soft<br>524 E. Lamar Blvd. – Ste 200<br>Arlington, TX 76011 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH 43215 | Dorine Vork<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, New York 10022 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, Florida 32399-3000 |
| Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, New York 10019-0602 | Randall A. Rios, Esq.<br>Floyd Isgur Rios & Wahrlich, P.D.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 | Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, Idah 83536-9229 |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | General Counsel<br>Enron Energy Services<br>1400 Smith Street<br>EB 0889<br>Houston, TX 77002 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 |

| | | |
|---|---|---|
| Thomas O. Bean, Esq.<br>Eric P. Magnuson, Esq.<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210 | Allan M. McGarvey, Esquire<br>Jon L. Heberling, Esquire<br>Roger M. Sullivan, Esquire<br>McGarvey Heberling Sullivan & McGarvey<br>745 South Main<br>Kalispell, MT 59901 | Neil Berger, Esquire<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Deirdre Woulfe Pacheo, Esq.<br>Wilentz Goldman & Spitzer<br>P.O. Box 10<br>Woodbridge Center Drive<br>Woodbridge, NJ 07095 | John G. Stoia, Jr., Esuiqre<br>Timothy G. Blood, Esquire<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | Philip Bentley, Esq.<br>Gary M. Becker, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Jacob C. Cohn, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Ralph R. Mabey, Esquire<br>Penrod W. Keith, Esquire<br>LeBoeuf Lamb Greene & MacRae LLP<br>1000 Kearns Building<br>Salt Lake City, UT 84101 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, Dc 20036-5802 |
| Richard S. Lewis, Esquire<br>Cohen Milstein Hausfeld & Toll, PLLC<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | Marsha A. Penn, Esquire<br>P.O. Box 3725<br>Houston, TX 77253 | Darrell W. Scott<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201 |
| Thomas M., Esquire<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street<br>4th Floor<br>Cambridge, MA 02142 | Robert J. Dehney, Esquire<br>Michael G. Busenkell, Esquire<br>Morris Nicholas Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | David Pastor, Esquire<br>Edward L. Manchur, Esquire<br>Gilman & Pastor LLP<br>225 Franklin Street<br>16th Floor<br>Boston, MA 02110 |
| Thomas G. Macauley, Esq.<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>PO Box 1028<br>Wilmington, DE 19899 | Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899 | Thomas G. Whalen, Esquire<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Peninsula Capital, L.P.<br>404B East Main Street, 2nd Floor<br>Charlottesville, VA 22902<br>Attn: Ted Weschler | Jordan N. Malz, Esq.<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |
| | Vahe Melkonian, Pres.<br>Newco Management Company LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA 91367 | Christopher R. Momjian, Esq.<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107 |
| Janet M. Weiss, Esq.<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | Joseph L. Schwartz, Esq.<br>Curtis M. Plaza, Esq.<br>Craig T. Moran, Esq.<br>Riker Danzig Scherer Hyland & Perretti LLP<br>Headquarters Plaza, 1 Speedwell Avenue<br>Morristown, NJ 07962 | Mr. Harvey Schultz<br>The Schultz Organization<br>900 Route 9 North<br>Woodbridge, NJ 07095 |

Charles L. Finke, Assistant Attorney General
Brad Rogers, Attorney
Pension Benefit Guarantee Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026

Daniel C. Cohn, Esq.
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

Kirk A. Patrick III
Donohue Patrick
1500 Bank One Centre-North Tower
PO Box 1629
Baton Rouge, LA 70821-1629

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ 07728

Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Richard A. O'Halloran, Esquire
BURNS, WHITE & HICKTON, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

Steven K. Kortanek, Esq.
Joanne B. Wills, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE 19801

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC 29465

Todd C. Schiltz
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Justin Shrader
Shrader & Associates, L.L.P.
1021 Main Street, Ste. 1450
Houston, TX 77002

Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

W. Wallace Finlator, Jr.
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Thomas Tew, Esquire
Tew Cardenas L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407

Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

Roger W. Hammond
Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

Bruce D. Levin, Esq.
Peter B. McGlynn, Esq.
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, NW, Ste 200
Washington, DC 20007

Sean Allen
BMC Group
720 Third Avenue, 23rd Floor
Seattle, WA 98104

Thomas A. Spratt, Jr., Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

Steven T. Davis
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, Pa 19103-1895

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Duham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

Yves Lauzon
Michel Belanger
Lauzon Belanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

David A. Hickerson, Esquire
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges, LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005

Ralph I. Miller, Esquire
Weil, Gotshal & Manges, LLP
200 Cresent Court, Suite 300
Dallas, TX 75201

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801