IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Date: November 9, 2007 @ 4:00 p.m.** |
| | ) **Hearing Date: November 26, 2007 @ 2:00 p.m.** |

## AMENDED NOTICE OF MOTION

TO:   All Parties on the Attached List

PLEASE TAKE NOTICE, that on October 9, 2007, the Official Committee of Asbestos Personal Injury Claimants filed and served the attached **Amended Motion for an Order Pursuant to Section 107(b) of The Bankruptcy Code, Rule 9018 of The Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder** (the "Amended Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Amended Motion must be in writing and filed with the Bankruptcy Court on or before **November 9, 2007 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **November 9, 2007 at 4:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE AMENDED MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE AMENDED MOTION

*[Remainder of page intentionally left blank]*

{D0093132.2}   1

WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.

Dated: October 9, 2007

                CAMPBELL & LEVINE, LLC

                /s/ Mark T. Hurford
                Marl R. Eskin (No. 2989)
                Mark T. Hurford (No. 3299)
                800 North King Street, Suite 300
                Wilmington, DE 19801
                Telephone (302) 426-1900

                   -and-

                Elihu Inselbuch
                CAPLIN & DRYSDALE, CHARTERED
                375 Park Avenue
                New York, NY 10151
                Telephone (212) 319-7125

                Nathan D. Finch
                James P. Wehner
                CAPLIN & DRYSDALE, CHARTERED
                One Thomas Circle, N.W.
                Washington, D.C. 20005

                *Counsel for the Official Committee of Asbestos Personal Injury Claimants*