## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 9, 2007, I caused a copy of the foregoing to be served upon the individuals on the attached 2002 service list via first-class mail unless otherwise indicated.

                                      CAMPBELL & LEVINE, LLC

                                      */s/ Mark T. Hurford*
                                      Mark T. Hurford (No. 3299)
                                      800 N. King Street
                                      Suite 300
                                      Wilmington, DE  19801
                                      (302) 426-1900

Dated: October 9, 2007

{D0093589.1 }