# Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2007 THROUGH JUNE 30, 2007 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 8/1/07 | 4/1/07 – 4/30/07 | $36,927.50 | $102.40 | $29,542.00 | $102.40 | $7,385.50 |
| 8/1/07 | 5/1/07 - 5/31/07 | $41,712.00 | $125.45 | $33,369.00 | $125.45 | $8,342.40 |
| 8/1/07 | 6/1/07 - 6/30/07 | $54,204.00 | $209.69 | $43,363.20 | $209.69 | $10,840.80 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 9.80 | $ 5,145.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 241.60 | $ 127,698.50 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 254.10 | 132,843.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 45.85 |
| Copies – Matter 32 (Fee Applications) | $ 46.65 |
| Copies – Matter 46 (Tax Litigation) | $ 87.15 |
| Computer Database Research | $ 0 |
| Local Messenger | $ 64.30 |
| Federal Express/Overnight Messenger | $ 84.28 |
| Facsimile | $ 50.00 |
| Postage | $ 1.31 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Local Transportation | $ 0 |
| Tax Court Filing Fee | $ 60.00 |
| Total | $ 439.54 |