## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | ) <br>) **Chapter 11**<br>) **Case No. 01-1139 (JKF)**<br>) **(Jointly Administered)**<br>)<br>)<br>) |

## CROSS-NOTICE OF DEPOSITION OF CELOTEX ASBESTOS SETTLEMENT TRUST

**To All Parties on the Attached Service List**

**PLEASE TAKE NOTICE** that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants (the "ACC") and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR"), will take the deposition upon oral examination of the individual or individuals who are most knowledgeable as to the matters listed on the Debtors' Notice of Deposition and Subpoena (and Amended Subpoena to Testify at Deposition and Produce Documents Pursuant to Federal Rules of Civil Procedure 30(b)(6) and 45 attached thereto) [DI 16963] on October 30, 2007 beginning at 12:30 PM EP at Young Conaway Stargatt & Taylor, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue from day-to-day until concluded. Testimony shall be taken by stenographic means and/or recorded by videotape. You are invited to attend and cross-examine.

Since the deposition has already been noticed by the Debtors, the ACC and FCR state that they will commence the taking of this deposition at the conclusion of the questioning by the

Debtors.

Dated:  October 9, 2007

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone:  (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y.  10103-0001
Telephone:  (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*

CAMPBELL & LEVINE, LLC

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 426-1900

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone:  (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone:  (202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*