# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

Name of Applicant:    William D. Sullivan, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:    July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:    April 1, 2007 through
April 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:    $ 5,842.50

Amount of Expenses Reimbursement:    $ 62.40

This is a: X monthly  _ quarterly _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the ninth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 16.7 | $5,010.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 3.7 | $832.50 |
| TOTALS | | | | | 20.4 | $5,842.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.0 | $0.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 20.4 | $5,842.50 |
| TOTALS | 20.4 | $5,842.50 |

2

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $62.40 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $62.40 |

Dated: October 3, 2007
      Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                  )        Chapter 11
                                        )
W.R. Grace & Co., et al.,               )        Case No. 01-01139 (JKF)
                                        )        (Jointly Administered)
                                        )
            Debtors.                    )        **Objection Deadline:  10/23/2007 @ 4:00 pm**
                                        )        **Hearing Date:  TBD only if necessary**

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
APRIL 1, 2007 THROUGH APRIL 30, 2007**

## William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

July 20, 2007
Invoice #     10188

**In Reference To:**    **W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2007 | WDS | Review revised agenda for hearing | 0.10 | 30.00 |
|  | WDS | Attend omnibus hearing | 3.00 | 900.00 |
|  | WDS | Review Order approving 22nd Fee Applications; forward to co-counsel | 0.20 | 60.00 |
| 4/3/2007 | WDS | Correspondence from E. Westbrook re: future issues for ZAI Claimants | 0.20 | 60.00 |
|  | WDS | Review draft motion for reconsideration | 0.60 | 180.00 |
|  | WDS | Further review of caselaw and standards for decision on reargument | 1.40 | 420.00 |
| 4/4/2007 | WDS | Review cases and evidence cited re: basis for reconsideration; telephone conversation with E. Westbrook re: same | 2.50 | 750.00 |
|  | WDS | Review revised motion, final proofread; telephone conversation with co-counsel re: same; file and serve | 1.30 | 390.00 |
|  | WDS | Legal research re: claims disallowance and appeal procedures | 1.50 | 450.00 |
| 4/9/2007 | WDS | Review agenda for April 13 hearing,no matters affecting ZAI | 0.10 | 30.00 |
| 4/10/2007 | WDS | Review miscellaneous pleadings re: claims and discovery issues | 0.30 | 90.00 |
|  | WDS | Telephone conversation with counsel for Canadian ZAI Claimants re: status | 0.20 | 60.00 |
| 4/17/2007 | WDS | Review Debtor's response to motion for reargument; forward to co-counsel | 0.40 | 120.00 |
| 4/19/2007 | WDS | Review order denying reconsideration; forward to co-counsel | 0.20 | 60.00 |
| 4/24/2007 | WDS | Correspondence with co-counsel re: status conference preparation | 0.20 | 60.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/25/2007 | WDS | Correspondence with E. Westbrook re: discovery | 0.20 | 60.00 |
|  | WDS | Review agenda for May 2 hearing; correspondence with co-counsel re: same | 0.20 | 60.00 |
|  | WDS | Review and revise interrogatories on class action issues | 0.60 | 180.00 |
| 4/26/2007 | EEA | Discuss discovery requests with W. Sullivan | 0.10 | 22.50 |
|  | EEA | Discuss discovery requests with Ed Westbrook | 0.10 | 22.50 |
|  | WDS | Review of cases relating to ZAI issues | 1.20 | 360.00 |
| 4/27/2007 | EEA | Discuss discovery with W. Sullivan | 0.25 | 56.25 |
|  | EEA | Prepare discovery for service | 1.00 | 225.00 |
|  | EEA | Forward discovery to Ed Westbrook; inquire as to Rule 30(b)(6) deposition and subpoena | 0.30 | 67.50 |
|  | EEA | Draft Rule 30(b)(6) Notice of Deposition | 0.75 | 168.75 |
|  | EEA | Prepare Rule 45 subpoena; file and serve | 1.00 | 225.00 |
|  | WDS | Meeting with E. Westbrook re: review of procedural issues in preparation for status conference | 1.50 | 450.00 |
|  | WDS | Review issues with E. Allinson re: service of discovery, discovery issues | 0.30 | 90.00 |
| 4/28/2007 | WDS | Conference with E. Westbrook re: procedural chart for ZAI; propose revisions | 0.50 | 150.00 |
| 4/30/2007 | EEA | Telephone message from, telephone call to and e-mail to Jan Baer re: discovery requests | 0.10 | 22.50 |
|  | EEA | E-mail J. Fitzgerald address information to co-counsel for hearing in Pittsburgh | 0.10 | 22.50 |
|  |  | For professional services rendered | 20.40 | $5,842.50 |
|  |  | Additional Charges : |  |  |
| 4/4/2007 |  | Motion for Reconsideration of Order |  | 29.28 |
| 4/27/2007 |  | Notices and Requests for Production, Requests to Admit, First Set of Interrogatories |  | 33.12 |
|  |  | Total additional charges |  | $62.40 |
|  |  | Total amount of this bill |  | $5,904.90 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 16.70 | 300.00 | $5,010.00 |
| Zeke Allinson | 3.70 | 225.00 | $832.50 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|                          |   |                                          |
|--------------------------|---|------------------------------------------|
| In re:                   | ) | Chapter 11                               |
|                          | ) |                                          |
| W.R. Grace & Co., et al.,| ) | Case No. 01-01139 (JKF)                  |
|                          | ) | (Jointly Administered)                   |
|                          | ) |                                          |
| Debtors.                 | ) | **Objection Deadline: 10/23/2007 @ 4:00 pm** |
|                          | ) | **Hearing Date: TBD only if necessary**  |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From April 1, 2007 Through April 30, 2007:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: October 3, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

2

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Application of William D. Sullivan, LLC for Compensation*

*for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from*

*April 1, 2007 through April 30, 2007* to be made this October 3, 2007 upon the parties identified

on the attached service list, in the manner indicated.


*October 3, 2007*                                           */s/ William D. Sullivan*
Date                                                        William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                    Chapter: 11 v                    Office: 1 (Delaware)

Judge: JKF                  Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 10/3/2007 at 4:02 PM EDT and filed on 10/3/2007

**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**      01-01139-JKF

**Document Number:** 16987

**Docket Text:**
Application for Compensation *Summary of the Application for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from April 1, 2007 through April 30, 2007* Filed by William D. Sullivan, LLC. Objections due by 10/23/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\April 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903375-0]
[933893bf1077b873e3e19c0f48bdbab5d2dfc6394616396a740b1f20b7024a4b106d
bb1e5db3d0e313f5b2fe89a983167d0a64ae90550ad5457ba1bee4b9cdd9]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\April 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903375-1]
[31ab5c0c05c7108738d1c01064dfb3580836d61d675f145486e698a3c5dfd8fd8680
0a641cdccc38d6bedc2fa9b51f80262b987ac3ea6edb42ada65f5f9bf69c]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | May 1, 2007 through May 31, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 2,970.00 |
| Amount of Expenses Reimbursement: | $ 2,011.74 |

This is a: X monthly    _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the tenth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | Pending | Pending |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 9.9 | $2,970.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 0 | $0.00 |
| TOTALS | | | | | 9.9 | $2,970.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 4.6 | $1,380.00 |
| 20-Travel-Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 5.3 | $1,590.00 |
| TOTALS | 9.9 | $2,970.00 |

2

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $1,943.80 |
| Courier Service | $67.94 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $2,011.74 |

Dated: October 3, 2007
     Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>MAY 1, 2007 THROUGH MAY 31, 2007</u>**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

July 20, 2007
Invoice #     10189

**In Reference To:**     **W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2007 | WDS | Review amended agenda for May 2 hearing | 0.20 | 60.00 |
|  | WDS | Attend hearing (by telephone) re: ZAI status conference and discovery requests | 4.00 | 1,200.00 |
| 5/3/2007 | WDS | Telephone conversation with E. Westbrook re: handling of ZAI issues in advance of continued status conference | 0.30 | 90.00 |
|  | WDS | Review agenda for May 8 hearing; no matters affecting clients | 0.20 | 60.00 |
|  | WDS | Telephone conversation with counsel for Canadian ZAI claimants | 0.20 | 60.00 |
| 5/23/2007 | WDS | Conference with Fee Auditor; review filing status; correspondence with E. Westbrook re: fee applications required | 0.40 | 120.00 |
|  | WDS | Begin Preparation of William D. Sullivan, LLC Twenty-Third Quarterly | 0.30 | 90.00 |
|  | WDS | Review, revise and approve for filing and service the Scott Law Group fee applications for January, February and March 2006 | 0.50 | 150.00 |
| 5/24/2007 | WDS | Correspondence with E. Westbrook re: fee application | 0.20 | 60.00 |
| 5/25/2007 | WDS | Preparation of William D. Sullivan, LLC Twenty-Third Quarterly Fee Application, file and serve | 1.50 | 450.00 |
|  | WDS | Prepare, file and serve Notice of Twenty-Third Quarterly | 0.30 | 90.00 |
|  | WDS | Review, revise and file Scott Law Group Twenty-Forth Quarterly Fee Application | 0.40 | 120.00 |
| 5/29/2007 | WDS | Review miscellaneous pleadings filed with Court | 0.30 | 90.00 |

ZAI Claimants                                                                                          Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/29/2007 | WDS | Correspondence with co-counsel re: fee applications | 0.20 | 60.00 |
| | WDS | Review, revise and file Richardson Patrick Westbrook & Brickman fee applications for October through December 2006 | 0.60 | 180.00 |
| | WDS | Review agenda for May 30 hearing | 0.10 | 30.00 |
| 5/30/2007 | WDS | Correspondence with Fee Auditor re: Richardson Patrick Westbrook & Brickman Quarterly Fee Application | 0.20 | 60.00 |
| | | For professional services rendered | 9.90 | $2,970.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 5/25/2007 | Copying and service of Scott Law's 23rd and 24th Quarterly Fee Applications | 471.85 |
| | Copying and service of William D. Sullivan, LLC's 22nd and 23rd Quarterly Fee Applications | 929.62 |
| | FedEx | 13.82 |
| | FedEx | 20.15 |
| 5/29/2007 | FedEx | 20.15 |
| | FedEx | 13.82 |
| 5/30/2007 | Copying and service of fee applications | 183.55 |
| | Copying and service of fee applications | 358.78 |
| | Total additional charges | $2,011.74 |
| | Total amount of this bill | $4,981.74 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 9.90 | 300.00 | $2,970.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM MAY 1, 2007 THROUGH MAY 31, 2007**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From May 1, 2007 Through May 31,

2007:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: October 3, 2007
       Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC


William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Application of William D. Sullivan, LLC for Compensation*

*for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from*

*May 1, 2007 through May 31, 2007* to be made this October 3, 2007 upon the parties identified

on the attached service list, in the manner indicated.


*October 3, 2007*                              */s/ William D. Sullivan*
Date                                          William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE  19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

**E-mail:** meskin@del.camvcl.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                Chapter: 11 v            Office: 1 (Delaware)
Judge: JKF              Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 10/3/2007 at 4:05 PM
EDT and filed on 10/3/2007
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 16990

**Docket Text:**
Application for Compensation *Summary of the Application for Compensation for Services and
Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from May 1, 2007 through
May 31, 2007* Filed by William D. Sullivan, LLC. Objections due by 10/23/2007. (Attachments: # (1)
Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\May 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903415-0]
[1f49d29f89d2606935cdfa95a8a6b5bdbbb6dc446d594e80935c219320d0cb35473e
7b0d89b136165498c61a8014e7199c8d103573fa7f93d71d52ad480765ac]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\WDS\May 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903415-1]
[07af71c67390043eb307e4b4c7fa1863889cb67989c70152820d09e6dc53bcd6c658
a95ebdbd90fce4ea6505fa05296121b4e3f6cfe72d169ba7c17e30e415f9]]

## 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF WILLIAM D, SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007

Name of Applicant:                                           William D. Sullivan, LLC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                        July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                   June 1, 2007 through
                                                             June 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                                 $ 1,110.00

Amount of Expenses Reimbursement:                          $ 0.00

This is a:  X monthly    _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the eleventh application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | Pending | Pending |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | Pending | Pending |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 3.7 | $1,110.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $225.00 | 0 | $0.00 |
| TOTALS | | | | | 3.7 | $1,110.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|----------|-------------|------------|
| 11 - Fee Applications | 0.3 | $90.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 3.4 | $1,020 |
| TOTALS | 3.7 | $1,110.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $0.00 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: October 3, 2007
         Wilmington, Delaware          **WILLIAM D. SULLIVAN, LLC**

                                       William D. Sullivan (No. 2820)
                                       4 East 8th Street, Suite 400
                                       Wilmington, DE 19801
                                       Telephone: (302) 428-8191
                                       Facsimile: (302) 428-8195

                                       Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                            )       Chapter 11
                                                  )
W.R. Grace & Co., et al.,                         )       Case No. 01-01139 (JKF)
                                                  )       (Jointly Administered)
                                                  )
          Debtors.                                )       **Objection Deadline: 10/23/2007 @ 4:00 pm**
                                                  )       **Hearing Date: TBD only if necessary**

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
JUNE 1, 2007 THROUGH JUNE 30, 2007**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

July 20, 2007
Invoice #    10190

**In Reference To:**   **W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/4/2007 | WDS | Review miscellaneous pleadings filed with Court | 0.20 | 60.00 |
|  | WDS | Review agenda for June 8 hearing | 0.10 | 30.00 |
| 6/13/2007 | WDS | Review summary of amounts payable to ZAI counsel (from Fee Auditor) | 0.30 | 90.00 |
| 6/19/2007 | WDS | Review agenda for hearing; arrange for telephonic appearance | 0.20 | 60.00 |
| 6/25/2007 | WDS | Telephonic participation in omnibus hearing for ZAI status conference and discovery issues | 2.50 | 750.00 |
| 6/26/2007 | WDS | Conference with counsel for Canadian Claimants | 0.20 | 60.00 |
| 6/27/2007 | WDS | E-mail E. Westbrook re: Canadian ZAI Claimants; follow-up e-mails | 0.20 | 60.00 |
|  |  | For professional services rendered | 3.70 | $1,110.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 3.70 | 300.00 | $1,110.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**FROM JUNE 1, 2007 THROUGH JUNE 30, 2007**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From June 1, 2007 Through June 30,

2007:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: October 3, 2007
      Wilmington, Delaware

                                  WILLIAM D. SULLIVAN, LLC

                                  William D. Sullivan (No. 2820)
                                  Elihu E. Allinson, III (No. 3476)
                                  4 East 8th Street, Suite 400
                                  Wilmington, DE 19801
                                  Telephone: (302) 428-8191
                                  Facsimile: (302) 428-8195

                                  Delaware Counsel for the ZAI Claimants

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Application of William D. Sullivan, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from June 1, 2007 through June 30, 2007* to be made this October 3, 2007 upon the parties identified on the attached service list, in the manner indicated.

*October 3, 2007*  
Date

_/s/ William D. Sullivan_  
William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk  Chapter: 11 v  Office: 1 (Delaware)

Judge: JKF  Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 10/3/2007 at 4:11 PM EDT and filed on 10/3/2007

**Case Name:**    W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**    01-01139-JKF

**Document Number:** 16991

**Docket Text:**
Application for Compensation *Summary of the Application for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from June 1, 2007 through June 30, 2007* Filed by William D. Sullivan, LLC. Objections due by 10/23/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\WDS\June 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903449-0]
[5fa43f9bc98717781391f3ce0105d746202bf25a160db49dc48cec6e46d883adda7b
a333e0def7682b66a7a1009e8dd7f1d3f1b97d902199f72a84c44da3b901]]
**Document description:** Certificate of Service
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\WDS\June 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903449-1]
[3afd157fc098369bbb7aa2743ee4eb3c9b6d0ffefd88771e993284cea923f45147d5
a80091289ce0719daa462a221e24449578c8a208e85e152ec80b11821b4e]]

## 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com