# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: 10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR
## SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
## ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
## PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

Name of Applicant:                                      The Scott Law Group, P.S.

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                    July 22, 2002

Period for which compensation and
Reimbursement is sought:                              April 1, 2007 through
                                                        April 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                      $       2,376.00

Amount of Expenses Reimbursement:              $          0

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 16995
Date 10/3/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---------|-------------------|---------|---|--------------------------------|--------------------------------|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 02/1/07-02/28/07 | $2,590.00 | $167.63 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 03/1/07-03/31/07 | $11,162.00 | $1,787.27 | No Objections served on counsel | No Objections served on counsel |

This is the fifty-second Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 5.4 | $2,376.00 |
| TOTALS | | | | | 5.4 | $2,376.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 5.4 Hours | $2,376.00 |
| TOTALS | 5.4 Hours | $2,376.00 |

Dated: _October 3_, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

_[signature]_

William D. Sulliam (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: 10/23/2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

# THE SCOTT LAW GROUP, P.S.

926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE:  509-455-3966

Re:     1.5     Grace - Special Counsel

FOR TIME PERIOD ENDED 4/30/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 4/3/2007<br>Darrell W. Scott<br>Principal | DWS | Review and revise memorandum seeking reconsideration on motion for discretionary review. | .6 | $440.00 | $264.00 |
| 4/9/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to communications re May status conference re ZAI claims (.2); outline status conference issues (.1). | .3 | $440.00 | $132.00 |
| 4/19/2007<br>Darrell W. Scott<br>Principal | DWS | Review communication re order of motion for reconsideration. | .1 | $440.00 | $44.00 |
| 4/20/2007<br>Darrell W. Scott<br>Principal | DWS | Review responsive brief re motion for discovery (.2); phone call from special counsel re May hearing and agenda (.2). | .4 | $440.00 | $176.00 |
| 4/25/2007<br>Darrell W. Scott<br>Principal | DWS | Review and revise requests for production, requests for admission, interrogatories, and notice of deposition (.6);  review communications from special counsel re upcoming status conference re ZAI (.2). | .8 | $440.00 | $352.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 4/30/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 4/27/2007<br>Darrell W. Scott<br>Principal | DWS | Phone conference with special counsel re ZAI status conference proceedings (.4); review and revise proposed procedural options (.2). | .6 | $440.00 | $264.00 |
| 4/30/2007<br>Darrell W. Scott<br>Principal | DWS | Review ZAI roadmap (.3); phone conference with co-counsel re same (.4); review transcript and briefing materials in preparation for ZAI status conference (1.9). | 2.6 | $440.00 | $1,144.00 |

|  | **TOTAL THIS STATEMENT:** | 5.4 | $2,376.00 |
|--|--|--|--|

VERIFICATION

STATE OF WASHINGTON            )
                               )
COUNTY OF SPOKANE              )

      Darrell W. Scott, after being duly sworn according to law, deposes and says:

      a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

      b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

      c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                          Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _20th_ day of _August_, 2007.


Notary Public for Washington
Residing at Spokane
My Commission Expires: _9-10-2010_

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from April 1, 2007 through April 30, 2007* to be made this October 3,

2007 upon the parties identified on the attached service list, in the manner indicated:

*October 3, 2007*                                        */s/ William D. Sullivan*
Date                                                      William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfirm.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvcl.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

<u>01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.</u>

Type: bk                    Chapter: 11 v                    Office: 1 (Delaware)

Judge: JKF                  Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)


### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 10/3/2007 at 4:38 PM EDT and filed on 10/3/2007

**Case Name:**       W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**    <u>01-01139-JKF</u>

**Document Number:** <u>16995</u>

**Docket Text:**

Application for Compensation *Summary of the Verified Application for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from April 1, 2007 through April 30, 2007* Filed by The Scott Law Group. Objections due by 10/23/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\Scott Law\April 07 Fee App.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903537-0]
[6935d22678b2a35763994ffab67bf7109dbdc30f37e904eaf599fab6cb1ecde1acf4
7fc2dbcfdc8d814e013d310c85aafeccbab43fab3e5da4578aaec7056c35]]

**Document description:** Certificate of Service

**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\Scott Law\April 07 Fee App COS.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903537-1]
[939c85ace73f8312d87e9e6d93fdfa8474bce933ae4508b9045a5a5f7b507984cfda
61eb031a39818809afeb45e900223face4989169dde474703b90b98ed8a3]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson     eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: 10/23/2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR
## SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
## ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
## <u>PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007</u>

Name of Applicant:                                          The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                      July 22, 2002

Period for which compensation and
Reimbursement is sought:                               May 1, 2007 through
                                                                   May 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                      $       7,396.00

Amount of Expenses Reimbursement:         $       1,146.43

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 16996

Date 10|3|2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 02/1/07-02/28/07 | $2,590.00 | $167.63 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 03/1/07-03/31/07 | $11,162.00 | $1,787.27 | No Objections served on counsel | No Objections served on counsel |
| 10/3/07 | 04/1/07-04/30/07 | $2,376.00 | 0 | Pending | Pending |

This is the fifty-third Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 21.1 | $6,556.00 |
| TOTALS | | | | | 21.1 | $6,556.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Samantha Simatos | Legal Asst. | 14 | Litigation | $120 | 7.0 | $840.00 |
| TOTALS | | | | | 7.0 | $840.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 12.4 Hours | $2,728.00 |
| 22-ZAI Science Trial | 8.7 Hours | $3,828.00 |
| 11-Fee Applications | 7.0 Hours | $840.00 |
| TOTALS | 28.1 Hours | $7,396.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 20.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing (\$.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | $ 499.32 |
| Transportation | |
| Air Travel Expense | $ 462.60 |
| Taxi Expense | $ 70.00 |
| Mileage Expense | |
| Travel Meals | $ 69.01 |
| Parking | $ 25.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 1,146.43 |

Dated: ___October 3___, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: 10/23/2007 |
| | ) | Hearing Date:  TBD only if necessary |

FEE DETAIL FOR THE VERIFIED APPLICATION OF
THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

# THE SCOTT LAW GROUP, P.S.

926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:     1.5     Grace - Special Counsel

FOR TIME PERIOD ENDED 5/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 5/1/2007<br>Darrell W. Scott<br>Principal | DWS | Phone conference with ZAI counsel re ZAI status conference (.5); continued preparation for hearing (.6). | 1.1 | $440.00 | $484.00 |
| 5/2/2007<br>Darrell W. Scott<br>Principal | DWS | Meeting with ZAI special counsel in preparation for status conference hearing (1.6); attend ZAI status conference hearing (5.0); meeting with counsel re ZAI status post hearing (1.0). | 7.6 | $440.00 | $3,344.00 |
| 5/15/2007<br>Samantha Simatos<br>Legal Assistant | SS | Prepare January-March monthly fee applications. | 4.5 | $120.00 | $540.00 |
| 5/16/2007<br>Samantha Simatos<br>Legal Assistant | SS | Prepare 24th Quarterly fee application. | 2.5 | $120.00 | $300.00 |

TOTAL THIS STATEMENT:     15.7          $4,668.00

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:   **1.5.001   Grace - Special Counsel Travel**                    **FOR TIME PERIOD ENDED 5/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 5/1/2007<br>Darrell W. Scott<br>Principal | DWS | Travel from Spokane to Pittsburgh for ZAI status conference.  (Billed at half rate). | 6.2 | $220.00 | $1,364.00 |
| 5/3/2007<br>Darrell W. Scott<br>Principal | DWS | Return travel from Pittsburgh to Spokane from ZAI status conference. (Billed at half rate). | 6.2 | $220.00 | $1,364.00 |

**TOTAL THIS STATEMENT:**        12.4              $2,728.00

VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 20th day of August , 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires:    9-10-20

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from May 1, 2007 through May 31, 2007* to be made this October 3, 2007

upon the parties identified on the attached service list, in the manner indicated:


*October 3, 2007*                                      */s/ William D. Sullivan*
Date                                                         William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Judge: JKF | Assets: y | |

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 10/3/2007 at 4:41 PM EDT and filed on 10/3/2007

**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**      01-01139-JKF

**Document Number:** 16996

**Docket Text:**

Application for Compensation *Summary of the Verified Application for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from May 1, 2007 through May 31, 2007* Filed by The Scott Law Group. Objections due by 10/23/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law\May 07 Fee App.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903540-0] [7670d1cc62371eeed1e44ace8e2be76fd05d477818e296fcc11b9e336d78ec6257ca 0944e6de9164f0f1f084dda79d33ead4b450cbdc58551c09e4a4c224732a]]

**Document description:**Certificate of Service

**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law\May 07 Fee App COS.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903540-1] [8f3261ef102a5ac58e9a65cd0ad21c363e445a4929bb6f729e1656a7f89282d46995 ea15fdef0314ce3ed54ef38e471fe9cc859f37373a34fbd59ff55ec668b4]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson      eabramson@serlinglaw.com

Peter M. Acton      pacton@nutter.com

David G. Aelvoet      davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: 10/23/2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR
## SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
## ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
## <u>PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007</u>

Name of Applicant:                                        The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002

Period for which compensation and
Reimbursement is sought:                              June 1, 2007 through
                                                       June 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                      $      6,688.00

Amount of Expenses Reimbursement:              $      2,407.33

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 16997
Date 10/3/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---------|-------------------|---------|---|----------------------------------|----------------------------------|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 02/1/07-02/28/07 | $2,590.00 | $167.63 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 03/1/07-03/31/07 | $11,162.00 | $1,787.27 | No Objections served on counsel | No Objections served on counsel |
| 10/3/07 | 04/1/07-04/30/07 | $2,376.00 | 0 | Pending | Pending |
| 10/3/07 | 05/1/07-05/31/07 | $7,396.00 | $1,146.43 | Pending | Pending |

This is the fifty-fourth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 21.4 | $6,688.00 |
| TOTALS | | | | | 21.4 | $6,688.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 12.4 Hours | $2,728.00 |
| 22-ZAI Science Trial | 9.0 Hours | $3,960.00 |
| TOTALS | 21.4 Hours | $6,688.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $     20.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | $    499.32 |
| Transportation | |
| Air Travel Expense | $  1,707.40 |
| Taxi Expense | $     80.00 |
| Mileage Expense | |
| Travel Meals | $     75.11 |
| Parking | $     25.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $  2,407.33 |

Dated: _October 3_, 2007
　　　　Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

_(signature)_

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: 10/23/2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF
THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
<u>PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007</u>**

# THE SCOTT LAW GROUP, P.S.

### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 6/30/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/22/2007<br>Darrell W. Scott<br>Principal | DWS | Preparation for omnibus hearing re ZAI science trial status (1.0); phone call to special counsel re hearing preparations (.5); research re accrual issues and bankruptcy bar date issues re ZAI (1.0); phone call from ZAI science trial claimant re case status (.2). | 2.7 | $440.00 | $1,188.00 |
| 6/25/2007<br>Darrell W. Scott<br>Principal | DWS | Meeting with co-special counsel re status conference with Judge Fitzgerald (1.3); attend ZAI science trial status conference with Judge Fitzgerald (5.0). | 6.3 | $440.00 | $2,772.00 |

**TOTAL THIS STATEMENT:**    9    $3,960.00

8/20/2007

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re: **1.5.001  Grace - Special Counsel Travel**

**FOR TIME PERIOD ENDED 6/30/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/24/2007<br>Darrell W. Scott<br>Principal | DWS | Travel from Spokane to Pittsburgh for ZAI status conference hearing. (Billed at half rate). | 6.2 | $220.00 | $1,364.00 |
| 6/26/2007<br>Darrell W. Scott<br>Principal | DWS | Return trip from Pittsburgh to Spokane from ZAI status conference hearing.  (Billed at half rate). | 6.2 | $220.00 | $1,364.00 |

**TOTAL THIS STATEMENT:**     12.4     $2,728.00

VERIFICATION

STATE OF WASHINGTON      )

                                 )

COUNTY OF SPOKANE          )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _20th_ day of _August_, 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9-10-2010_

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for*

*Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel*

*for the Interim Period from June 1, 2007 through June 30, 2007* to be made this October 3, 2007

upon the parties identified on the attached service list, in the manner indicated:


*October 3, 2007*                                    ___*/s/ William D. Sullivan* ___
Date                                                       William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@stroock.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                          Chapter: 11 v                    Office: 1 (Delaware)

Judge: JKF                        Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 10/3/2007 at 4:44 PM EDT and filed on 10/3/2007

**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**     01-01139-JKF

**Document Number:** 16997

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from June 1, 2007 through June 30, 2007* Filed by The Scott Law Group. Objections due by 10/23/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law\June 07 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903546-0]
[4cc3267b13aea0b2374aa015be78d45b0d9ffc5625a55e3d6262d0583d9615e7fc57
682a3103b9c2c81254963b9d052936c8b1a2e786c3dd4fa372e17b36957d]]
**Document description:**Certificate of Service
**Original filename:**C:\SHARE\Scans\WR Grace - ZAI\Scott Law\June 07 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/3/2007] [FileNumber=5903546-1]
[16e0d3cc21a86564e6d694a296e8efb98b36ea2b4174d8aa388282b17841e2465f59
15febe1e86b5fa3e5889d2a909d5cce576eee8c9b84ddede4e27143b3220]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com