## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Twenty-Fifth Interim Quarterly Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from April 1, 2007 through June 30, 2007* to be made this October 10, 2007 upon the parties identified on the attached service list, in the manner indicated:

*October 10, 2007*                                                               */s/ William D. Sullivan*
Date                                                                                            William D. Sullivan

VIA HAND DELIVERY
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801

VIA HAND DELIVERY
(Parcels)
Vito I. DiMaio
Parcels, Inc.
230 N. Market Street
Wilmington, DE 19899

VIA HAND DELIVERY
(Local Counsel to DIP Lender)
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

VIA HAND DELIVERY
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esq..
Campbell & Levine, LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, DE 19801

VIA HAND DELIVERY
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

VIA HAND DELIVERY
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY
(United States Trustee)
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

VIA HAND DELIVERY
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

VIA HAND DELIVERY
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

VIA FIRST CLASS MAIL
(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

VIA FIRST CLASS MAIL
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

VIA FIRST CLASS MAIL
(Counsel to Debtor)
Janet Baer, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

VIA FIRST CLASS MAIL
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

VIA FIRST CLASS MAIL
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

VIA FIRST CLASS MAIL
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131

VIA FIRST CLASS MAIL
(Counsel to DIP Lender)
J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

VIA FIRST CLASS MAIL
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

VIA FIRST CLASS MAIL
(Counsel to Official Committee of Equity Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

VIA FIRST CLASS MAIL
Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Caplin & Drysdale, Chartered
One Thomas Cirlce, N.W.
Washington, DC  20005

VIA FIRST CLASS MAIL
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX  75201

VIA FIRST CLASS MAIL
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE  19899