IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: October 22, 2007 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF CORRECTED OBJECTION DEADLINE REGARDING
NINETEENTH MONTHLY INTERIM APPLICATION OF
PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

**PLEASE TAKE NOTICE** that on October 1, 2007, Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), filed and served its Nineteenth Monthly Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period August 1, 2007 through August 31, 2007 (the "Application") [Docket No. 16954]. The Application inadvertently stated an objection deadline of October 18, 2007. The correct objection deadline is **October 22, 2007 at 4:00 p.m.**

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 10, 2007      By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Debra L. Felder, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative