# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

Objection Deadline: November 1, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/421710

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number 09932
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through August 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/01/07 | RAM | Conference with MTM re: whether Canadian documents were produced to Speights (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $88.50 |
| 08/01/07 | MTM | Work on Canadian document issue. | 0.70 Hrs | $178.50 |
| 08/01/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 4.20 Hrs | $462.00 |
| 08/02/07 | ARA | Quality control documents produced during criminal defense attorney document review (4.0). Document control (1.2). | 5.20 Hrs | $572.00 |
| 08/03/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 6.50 Hrs | $715.00 |
| 08/06/07 | MTM | Work on product sales project for in-house counsel (2.1); work on request for Canadian documents from Speights at request of different in-house counsel (1.4); email to in-house counsel re: Speights project (.3). | 3.80 Hrs | $969.00 |
| 08/06/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 6.50 Hrs | $715.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/07/07 | MTM | Email and response from K&E paralegal requesting numerous expert depositions (.1); review deposition inventories re: same (.3); telephone call to ARA re: same (.2). | 0.60 Hrs | $153.00 |
| 08/07/07 | ARA | Quality control documents produced during criminal defense attorney document review (6.6). Telephone call to and from MTM re: request from K&E paralegal for deposition transcripts (.2). | 6.80 Hrs | $748.00 |
| 08/08/07 | RAM | Conference with MTM re: locating documents re: dust control equipment at Libby for expert. | 0.10 Hrs | $29.50 |
| 08/08/07 | MTM | Telephone call from expert re: dust collection systems at Libby (.6); conference with DBM re: same (.1); conference with RAM re: same (.1). | 0.80 Hrs | $204.00 |
| 08/08/07 | ARA | Quality control documents produced during criminal defense attorney document review (5.5). Search for and obtain expert depositions per request from K&E paralegal (2.0). | 7.50 Hrs | $825.00 |
| 08/09/07 | ARA | Continue to search for and obtain depositions requested by K&E; review them and remove notes before copying by Merrill Corp. (7.5). Document control (.5). | 8.00 Hrs | $880.00 |
| 08/10/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 6.40 Hrs | $704.00 |
| 08/13/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $29.50 |
| 08/13/07 | DBM | Review and respond to email from MTM re: product sales records by region. | 0.10 Hrs | $26.00 |
| 08/13/07 | MTM | Receipt and review of copies of expert depositions requested by K&E paralegal (.3); letter to her re: same (.1). Receipt and review of email from in-house counsel re: evidence of lack of sales of particular product in certain areas (.2); review CPD business plans and other documents re: same (1.2). Email from paralegal for criminal defense counsel re: various Libby personnel files (.1); review indices re: same (.2). | 2.10 Hrs | $535.50 |
| 08/14/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $88.50 |
| 08/14/07 | MTM | Review ledgers at Winthrop Square re: no sales of particular product in certain regions (3.6); email to in-house counsel re: same (.5); | 4.10 Hrs | $1,045.50 |
| 08/15/07 | DBM | Search for dust collection shop drawings for MTM. | 0.60 Hrs | $156.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/15/07 | MTM | Email from DBM re: search for Libby documents re: expert's request (.3); email to Holme Roberts paralegal re: same (.8). | 1.10 Hrs | $280.50 |
| 08/16/07 | MTM | Work on product sales project for in-house counsel. | 1.80 Hrs | $459.00 |
| 08/17/07 | MTM | Email from Holme Roberts paralegal re: project for expert (.1); continue to search for responsive documents re: same (.5). | 0.60 Hrs | $153.00 |
| 08/20/07 | MTM | Telephone call from Reed Smith counsel re: Speights discovery (.3); work on same (1.7). | 2.00 Hrs | $510.00 |
| 08/22/07 | MTM | Prepare for conference call later today (2.1); telephone call to ARA re: personnel files requested by paralegal for criminal defense counsel (.2); conference with Holme Roberts paralegal and counsel re: issues in connection with upcoming conference call (.3); conference call on product issue (1.3). | 3.90 Hrs | $994.50 |
| 08/22/07 | ARA | Telephone calls to and from MTM re: email request from criminal defense counsel (.2); per email, search for Libby personnel files, review files and arrange to have them copied (2.4). Receipt of expert depositions from Merrill Corp. re: request by K&E paralegal (.2); quality control transcripts, return notes to transcripts and return depositions to the expert library (4.5). | 7.30 Hrs | $803.00 |
| 08/23/07 | MTM | Letter to criminal defense counsel's paralegal re: Libby personnel file (.2); work on product sales records project (.8). | 1.00 Hrs | $255.00 |
| 08/23/07 | ARA | Receipt of Libby personnel file from Merrill Corp. re: request by criminal defense counsel (.3). Quality control expert deposition binders copied for K&E paralegal and return them to the expert deposition library (7.5) | 7.80 Hrs | $858.00 |
| 08/24/07 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.90 Hrs | $265.50 |
| 08/24/07 | ARA | Quality control expert deposition binders copied for K&E paralegal and return them to the expert deposition library. | 3.20 Hrs | $352.00 |
| 08/26/07 | RAM | Read selected documents filed in bankruptcy court. | 1.80 Hrs | $531.00 |
| 08/27/07 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $118.00 |
| 08/27/07 | MTM | Work on product sales project for in-house counsel. | 0.60 Hrs | $153.00 |
| 08/28/07 | ARA | Document control. | 1.80 Hrs | $198.00 |
| 08/29/07 | RAM | Conference with MTM re: what documents might indicate Grace corporate regional structure over time; look for same. | 0.20 Hrs | $59.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/29/07 | DBM | Discussion with MTM re: sales regions (.2) and search of documentation on same (.7). | 0.90 Hrs | $234.00 |
| 08/29/07 | MTM | Email from in-house counsel re: historical sales regions (.2); conference with RAM re: same (.1); review business plans and other documents re: same (2.0); conference with DBM re: search re: same (.2); review results of search re: same (.7); review documents and deposition transcripts at Winthrop Square re: same (2.6). | 5.80 Hrs | $1,479.00 |
| 08/29/07 | ARA | Document control (.7). Per MTM's email, search for and obtain documents re: sales regions and plants (3.0). | 3.70 Hrs | $407.00 |
| 08/30/07 | ARA | Continue to search for and obtain documents re: sales regions and plants, per MTM. | 5.30 Hrs | $583.00 |
| 08/31/07 | ARA | Organize documents re: sales regions and plants for MTM. | 0.70 Hrs | $77.00 |
| | | | TOTAL LEGAL SERVICES | $17,894.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.10 Hrs | 295/hr | $1,209.50 |
| DONNA B. MACKENNA | 1.60 Hrs | 260/hr | $416.00 |
| MATTHEW T. MURPHY | 28.90 Hrs | 255/hr | $7,369.50 |
| ANGELA R. ANDERSON | 80.90 Hrs | 110/hr | $8,899.00 |
| | 115.50 Hrs | | $17,894.00 |

| | |
|---|---|
| TOTAL THIS BILL | $17,894.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number 09933
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through August 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/01/07 | RAM | Work on June fee application. | 1.00 Hrs | $295.00 |
| 08/02/07 | RAM | Work on June fee application. | 1.20 Hrs | $354.00 |
| 08/03/07 | RAM | Finalize June fee application (.3); send it to in-house counsels (.1). | 0.40 Hrs | $118.00 |
| 08/13/07 | RAM | Telephone call from in-house counsel that June fee application may be filed; finalize June fee application. | 0.20 Hrs | $59.00 |
| 08/14/07 | RAM | Work on quarterly fee application; send it to Delaware counsel to file. | 0.40 Hrs | $118.00 |
| 08/30/07 | RAM | Work on July fee application. | 0.40 Hrs | $118.00 |
| | | TOTAL LEGAL SERVICES | | $1,062.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.60 Hrs | 295/hr | $1,062.00 |
| | 3.60 Hrs | | $1,062.00 |
| | | TOTAL THIS BILL | $1,062.00 |

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number 09934
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through August 31, 2007

| | | |
|---|---|---|
| EXCESS POSTAGE | | $10.20 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 08/14/07 | To 1000 E North Street, Roe Cassidy Costes & Price, Linda Satcher from Casner and Edwards on 07/19/07 by MTM. | 17.26 | |
| 08/14/07 | To 1909 E Street NW, Mayer Brown Rowe, James Parkinson from Casner and Edwards on 07/19/07 by MTM. | 16.38 | |
| 08/14/07 | To 655 Fifteenth Street, Kirkland & Ellis, Tyler Mace from Casner and Edwards on 07/19/07 by MTM. | 16.38 | |
| | | | $50.02 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/06/07 | 9 copies at .10 per copy | 0.90 | |
| 08/14/07 | 2 copies at .10 per copy | 0.20 | |
| 08/20/07 | 66 copies at .10 per copy | 6.60 | |
| 08/20/07 | 54 copies at .10 per copy | 5.40 | |
| 08/28/07 | 23 copies at .10 per copy | 2.30 | |
| | | | $15.40 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2007

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 08/01/07 | Rent and Utilities for document repository at One Winthrop Square- August 2007. | 11,430.00 | |
| | | | $11,430.00 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 08/09/07 | RECORDKEEPER ARCHIVE-Storage from 7/01/07 to 7/31/07 | 489.60 | |
| | | | $489.60 |
| | | TOTAL DISBURSEMENTS | $11,995.22 |
| | | TOTAL THIS BILL | $11,995.22 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number 09935
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through August 31, 2007

PHOTOCOPYING

| | | |
|---|---|---|
| 08/14/07   150 copies at .10 per copy | 15.00 | |
| | | $15.00 |
| TOTAL DISBURSEMENTS | | $15.00 |
| TOTAL THIS BILL | | $15.00 |