IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

      Margaret D. Broadwater, being duly sworn according to law, deposes and says

that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the

Debtors, in the above-captioned action, and that on the 10th day of October 2007 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**NOTICE OF DEPOSITION AND SUBPOENA**
**FOR THEODORE GOLDBERG.**

Dated: October 10, 2007

*[signature: Margaret D. Broadwater]*

Margaret D. Broadwater

Sworn to and subscribed before
me this 10th day of October, 2007

*[signature: Diane K. Potts]*

Notary Public
My Commission Expires: $2\text{-}20\text{-}08$

> DIANE K. POTTS
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires  Feb. 20, 2008

-2-

W.R. Grace – PI Estimation Deposition
Email Service List
Case Number:  01-1139 (JKF)
Document Number:  129709
07 – Electronic Delivery

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Electronic Delivery*
*smcmillin@kirkland.com;*
*bharding@kirkland.com;*
*eahern@kirkland.com*
*BStansbury@kirkland.com;*
*eleibenstein@kirkland.com*
*sblatnick@kirkland.com*
*abasta@kirkland.com*
(Counsel to Debtors and Debtors in
Possession)
Scott McMillin, Esquire
Barbara Harding, Esquire
Ellen Ahern, Esquire
Brian Stansbury, Esquire
Elli Leibenstein, Esquire
Samuel Blatnick, Esquire
Amanda Basta, Esquire
Kirkland & Ellis LLP

*Electronic Delivery*
*gbecker@kramerlevin.com;*
*ghorowitz@kramerlevin.com;*
*pfarber@kramerlevin.com*
*pbentley@kramerlevin.com*
(Equity Committee)
Gary Becker, Esquire
Gregory Horowitz, Esquire
Peggy Farber, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*Electronic Delivery*
*lkruger@stroock.com;*
*kpasquale@stroock.com;*
*akrieger@stroock.com*
(Unsecured Creditors' Committee)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan LLP

*Electronic Delivery*
*rmullady@orrick.com;*
*grasmussen@orrick.com;*
*jansbro@orrick.com*
*dfelder@orrick.com;*
*czurbrugg@orrick.com*
(FCR)
Raymond Mullady, Esquire
Garret Rasmussen, Esquire
John Ansbro, Esquire
Debra Felder, Esquire
Catharine Zurbrugg, Esquire
Orrick, Herrington & Sutcliffe LLP

*Electronic Delivery*
*ndf@capdale.com;*
*wbs@capdale.com;*
*jpw@capdale.com*
*bsb@capdale.com;*
*dbs@capdale.com*
*mhurford@camlev.com*
(ACC)
Nathan Finch, Esquire
Walter Slocombe, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
David Smith, Esquire
Mark Hurford, Esquire
Caplin & Drysdale

***Electronic Delivery***
***sbaena@bilzin.com;***
***jsakalo@bilzin.com;***
***mkramer@bilzin.com***
(PD)
Scott Baena, Esquire
Jay Sakalo, Esquire
Matt Kramer, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***Electronic Delivery***
***jherberling@mcgarveylawcom;***
***tom@lsklaw.net;***
***mark@lsklaw.net***
***jlacey@mcgarveylaw.com;***
***cohn@cwg11.com***
***candon@cwg11.com***
(Libby)
John Heberling, Esquire
Tom Lewis, Esquire
Mark Kovacich, Esquire
John Lacey, Esquire
Dan Cohn, Esquire
Chris Candon, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC

**Email Distribution List for PI Estimation**
**Depositions**

smcmillin@kirkland.com;
bharding@kirkland.com; eahern@kirkland.com;
BStansbury@kirkland.com;
eleibenstein@kirkland.com; tcairns@pszyjw.com;
joneill@pszyjw.com; gbecker@kramerlevin.com;
ghorowitz@kramerlevin.com;
pfarber@kramerlevin.com; lkruger@stroock.com;
kpasquale@stroock.com; akrieger@stroock.com;
rmullady@orrick.com; grasmussen@orrick.com;
jansbro@orrick.com; dfelder@orrick.com;
czurbrugg@orrick.com; ndf@capdale.com;
wbs@capdale.com; jpw@capdale.com;
bsb@capdale.com; dbs@capdale.com;
mhurford@camlev.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com;
jheberling@mcgarveylaw.com; tom@lsklaw.net;
mark@lsklaw.net; jlacey@mcgarveylaw.com;
cohn@cwg11.com; candon@cwg11.com;
sblatnick@kirkland.com; abasta@kirkland.com;;
pbentley@kramerlevin.com