IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SUPPLEMENTAL DEPOSITION AND SUBPOENA

To All Parties on the Attached Service List:

**PURSUANT TO THE REQUEST OF UNR ASBESTOS-DISEASE CLAIMS TRUST**, the Debtor's have issued an additional subpoena from the Northern Bankruptcy Court of Illinois. Debtor's have not withdrawn their original subpoena, therefore, the date and time on this Notice of Supplemental Deposition And Subpoena are identical to those on the original served notice as set forth below.

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Court for the Northern District of Illinois issued a subpoena (a copy of which is attached hereto) for UNR Asbestos-Disease Claims Trust. This subpoena was served on October 10, 2007. The subpoena requires the UNR Asbestos-Disease Claims Trust to produce certain documents and appear for deposition.

Counsel for the Debtors and counsel for the UNR Asbestos-Disease Claims Trust will confer to reach an agreement on a mutually convenient date, place and time for the deposition to take place. The deposition will continue from day-to-day until complete. The deposition will be

taken before an official authorized by law to administer oaths, and, pursuant to Federal Rule of Civil Procedure 30(b)(2), will be recorded by both stenographic means and sound-and-visual means.

Dated: Wilmington, Delaware
      October 11, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

2