IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2007 THROUGH JULY 31, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn			August 21, 2007
Attn: Lydia B. Duff, Esq.			Client/Matter #   01246-011548
7500 Grace Drive				Invoice # 118157
Columbia, MD  21044				Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/02/07 | P. Marks | 5.00 | Conference with client team and Corps re FS at Curtis Bay plant. |
| 07/09/07 | P. Marks | 2.00 | Prepare for meeting re ARARS and settlement. |
| 07/10/07 | P. Marks | 2.00 | Prepare for meetings on ARARs and settlement. |
| 07/11/07 | K. Bourdeau | 0.75 | Review revised draft of Settlement Agreement in preparation for settlement discussions with the U.S.; prepare comments on same. |
| 07/11/07 | P. Marks | 4.50 | Prepare for and conduct conference with J. Ownes (Corps) re ARARS; prepare for meeting with DOJ. |
| 07/12/07 | K. Bourdeau | 7.50 | Review Settlement Agreement and related documents; pre-meeting with Grace team to prepare for negotiations with the U.S.; participate in negotiation session with U.S. |
| 07/12/07 | P. Marks | 9.00 | Prepare for and conduct conference with L. Duff, K. Bourdeau and M. Obradovic; followup conference with DOJ and Corps team; travel to and from DC. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  118157
                                                               August 21, 2007
                                                               PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/13/07 | K. Bourdeau | 7.00 | Pre-meeting with Grace team to prepare for settlement negotiation session with U.S.; participate in negotiation session with the U.S.; follow-up meeting with Grace team re same. |
| 07/13/07 | P. Marks | 8.00 | Conference with DOJ and Grace teams re settlement; post-meeting evaluation; associated travel to DC. |
| 07/16/07 | K. Bourdeau | 4.50 | Conference with L. Duff and P. Marks re Settlement Agreement; perform followup tasks. |
| 07/16/07 | P. Marks | 4.00 | Review settlement agreement; telephone conference with L. Duff, K. Bourdeau re same; revise same. |
| 07/17/07 | K. Bourdeau | 3.00 | Conference call with L. Duff and P. Marks re revisions to draft Settlement Agreement; prepare comments on "Tasks and Responsibilities" document and forward same to P. Marks; further review of P. Marks revisions to draft agreement. |
| 07/17/07 | P. Marks | 5.25 | Prepare for and conduct telephone conference with L. Duff and K. Bourdeau re settlement agreement; prepare settlement agreement. |
| 07/19/07 | K. Bourdeau | 0.75 | Finalize review of and comments to revised draft of Settlement Agreement prepared by P. Marks; transmit comments to P. Marks. |
| 07/19/07 | P. Marks | 0.50 | Communications re scheduling. |
| 07/20/07 | K. Bourdeau | 2.00 | Review revised draft of Settlement Agreement and "Tasks and Responsibilities" document; prepare comments thereon; transmit same to P. Marks with cover note. |
| 07/24/07 | P. Marks | 2.00 | Telephone conference with L. Duff re structure of bankruptcy settlement agreements; evaluate same. |
| 07/26/07 | P. Marks | 1.25 | Email exchanges with client re FS and related technical issues; telephone conference with L. Duff re strategic issues. |
| 07/30/07 | P. Marks | 2.50 | Prepare for and conduct client team telephone conference re technical issues; evaluate portion of draft FS. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  118157
                                                             August 21, 2007
                                                             PAGE   3

| | | | |
|---|---|---|---|
| 07/31/07 | K. Bourdeau | 0.50 | Conference with P. Marks re action items, next steps. |
| 07/31/07 | P. Marks | 2.50 | Prepare for and conduct telephone conference with P. Bucens (and state) re ARARs and FS; telephone conference with L. Duff re same; research re same. |

                                                **Total Hours :**           74.50

                                                **Total Fees :**        $31,275.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  118157
                                                             August 21, 2007
                                                             PAGE   3

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  118157
                                                               August 21, 2007
                                                               PAGE   4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 191.43 |
| Travel Expenses | 50.44 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA284978 dated 7/1/07 for data research services | 10.57 |
| Local Meals (payment by Government employee for lunch meeting on 7/13/07 ) | (60.00) |

                              **Total Disbursements :**                **$192.44**


**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 26.00 | $550.00 | $14,300.00 |
| P. Marks | 48.50 | $350.00 | $16,975.00 |

                              **Total Fees :**                **$31,275.00**

                              **Total Disbursements :**        **$192.44**

                                    **TOTAL DUE :**             **$31,467.44**

# EXHIBIT B

# (BANKRUPTCY FEE APPLICATION)

37258v1  Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

August 21, 2007
Client/Matter #   01246-012629
Invoice # 118158
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**       BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 07/11/07 | P. Marks | 0.50 | Followup on status of approvals and filings. |

Total Hours :            0.50

Total Fees :         $175.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 118158
August 21, 2007
PAGE   2

**Disbursements:**

| | |
|---|---|
| Postage | 8.02 |
| Duplicating | 48.20 |
| **Total Disbursements :** | **$56.22** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $350.00 | $175.00 |
| | | **Total Fees :** | **$175.00** |
| | | **Total Disbursements :** | **$56.22** |
| | | **TOTAL DUE :** | **$231.22** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Margaret Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors in the above-captioned action, and that on the 11th day of October 2007 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-2-

**Twenty-Second Monthly Application of Beveridge & Diamond, P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2007 through July 31, 2007**

Dated: October 11, 2007

_____
Margaret Lynzy Oberholzer

Sworn to and subscribed before
me this 11th day of October, 2007

_____
Notary Public
My Commission Expires: 03-21-2008

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

9

DOCS_DE:128363.3

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
10- E-Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP