IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>AUGUST 1, 2007 THROUGH AUGUST 31, 2007</u>

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    September 30, 2007
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-011548
7500 Grace Drive                            Invoice # 118958
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| 08/01/07 | P. Marks | 1.00 | Telephone conference with P. Bucens re FS issues; prepare comments and email to P. Bucens re same; research and evaluate ARARs issues. |
|---|---|---|---|
| 08/02/07 | P. Marks | 4.00 | Research and evaluation re ARARs and FS issues. |
| 08/03/07 | K. Bourdeau | 0.50 | Conference with P. Marks re preparation for and issues to be addressed during settlement conference call with the U.S. |
| 08/03/07 | P. Marks | 5.75 | Prepare draft settlement; travel to Curtis Bay and attend conference with S. Dwyer, B. Errerra and L. Duff re remedy implementation and ARARs issues; communication with K. Bourdeau re settlement issues. |
| 08/04/07 | K. Bourdeau | 2.75 | Review P. Marks redraft of settlement agreement and prepare comments thereon; review list of pre meeting topics prepared by P. Marks; prepare detailed e-mail to P. Marks re issues posed by draft agreement and to be addressed with the government, together with recommendations re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118958
September 30, 2007
PAGE  2

| 08/06/07 | K. Bourdeau | 1.50 | Review of settlement materials in preparation for negotiation with the U.S.; conference with P. Marks re issues to be discussed with client and positions to take with the U.S. |
| 08/06/07 | P. Marks | 1.00 | Telephone conference with L. Duff re strategy and meeting preparation; telephone conference with K. Bourdeau re same. |
| 08/07/07 | K. Bourdeau | 7.00 | Conference with P. Marks for settlement negotiations with the U.S. and participate in conference call with the U.S. re same; participate in preparation call with L. Duff and M. Obradovic re same; participate in conference call with the U.S. re same; obtain and forward model language re property damage and personal injury claims against the U.S.; travel time associated with meeetings in Baltimore. |
| 08/07/07 | P. Marks | 5.00 | Prepare for and conduct telephone conference with L. Duff, M. Obradovic and K. Bourdeau; telephone conference with DOJ and USACE teams; followup evaluation and document preparation. |
| 08/08/07 | P. Marks | 1.00 | Telephone conference with P. Bucens re FS meeting; communications with Corps; communications with DOJ. |
| 08/10/07 | P. Marks | 3.00 | Analyze and prepare edits to settlement agreement. |
| 08/12/07 | K. Bourdeau | 0.25 | E-mail exchange with P. Marks re settlement agreement provision; evaluate same. |
| 08/12/07 | P. Marks | 2.00 | Analyze and prepare edits to settlement agreement. |
| 08/13/07 | K. Bourdeau | 1.00 | Review and analyze suggested language for agreement provided by J. Freeman; prepare comments on and edits to same; prepare e-mail to P. Marks re same. |
| 08/13/07 | P. Marks | 1.00 | Telephone conference with J. Owens (Corps) re ARAR issues; email exchanges re conference call on settlement agreement; evaluate same. |
| 08/14/07 | K. Bourdeau | 1.50 | Conference call with DOJ/USACE re Settlement Agreement issues; follow-up communications with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118958
September 30, 2007
PAGE  3

| | | | |
|---|---|---|---|
| 08/14/07 | P. Marks | 2.75 | Review and evaluate new settlement language proposals from DOJ; prepare for and conduct settlement telephone conference with US and Grace teams; post telephone conference evaluation with Grace team. |
| 08/15/07 | P. Marks | 0.75 | Telephone conference to prepare for FS meeting with Corps and MDE. |
| 08/15/07 | E. Overton | 1.00 | Research issues related to CERCLA Section 121(e). |
| 08/16/07 | K. Bourdeau | 0.25 | Conference with P. Marks re follow-up to last settlement conference call and preparation for next settlement meeting. |
| 08/16/07 | S. Jawetz | 0.25 | Telephone conference with E. Overton re CERCLA permit bar scope re NPDES discharges; forward AOC language re same. |
| 08/16/07 | P. Marks | 4.50 | Conference with MDE, Corps and client teams; post-meeting evaluation. |
| 08/16/07 | E. Overton | 1.75 | Complete research and summary memorandum re Section 121(e). |
| 08/17/07 | K. Bourdeau | 0.50 | Draft e-mail to L. Duff and M. Obradovic re preparation for upcoming settlement meeting; communications with P. Marks re same; preparation for settlement meeting. |
| 08/17/07 | P. Marks | 0.25 | Communications with K. Bourdeau re negotiations. |
| 08/26/07 | P. Marks | 2.00 | Prepare for meetings with DOJ and USACE; review new DOJ language; telephone conference with client team re same. |
| 08/27/07 | K. Bourdeau | 2.00 | Review J. Freeman suggested revisions to settlement agreement; prepare comments thereon; conference call with Grace team in preparation for settlement discussions. |
| 08/28/07 | K. Bourdeau | 7.50 | Settlement meeting with the United States; follow-up meeting with Grace team re remaining issues. |
| 08/28/07 | P. Marks | 8.50 | Conduct negotiations with DOJ and Corps re settlement; followup meeting with Grace team; associated travel. |

BEVERIDGE & DIAMOND, P.C.                    INVOICE #  118958
                                             September 30, 2007
                                             PAGE  4


08/31/07     P. Marks            3.25     Review report to senior management; comments to
                                          M. Obradovic re same; review meeting minutes
                                          from FS workshop; communication with P. Bucens
                                          re same and next steps; review settlement
                                          agreement and revise same; email to US and
                                          Grace negotiations and correspondence.



                           Total Hours :              73.50

                           Total Fees :           $30,397.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118958
September 30, 2007
PAGE   5

**Disbursements:**

| | |
|---|---:|
| Postage | 1.31 |
| Long Distance Telephone | 143.60 |
| Duplicating | 9.40 |
| Travel Expenses | 63.76 |
| Air/Train Fare | 47.00 |
| Client Meeting Meals | 292.29 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA288517 dated 8/1/07 for data research services | 10.57 |

|  |  |
|---|---:|
| **Total Disbursements :** | **$567.93** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 24.75 | $550.00 | $13,612.50 |
| S. Jawetz | 0.25 | $450.00 | $112.50 |
| P. Marks | 45.75 | $350.00 | $16,012.50 |
| E. Overton | 2.75 | $240.00 | $660.00 |

|  |  |
|---|---:|
| **Total Fees :** | **$30,397.50** |
| **Total Disbursements :** | **$567.93** |
| **TOTAL DUE :** | **$30,965.43** |

# EXHIBIT B

## (General Regulatory/Compliance Issues)

38087v1  Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                        September 30, 2007
Attn: Lydia B. Duff, Esq.                       Client/Matter #  01246-012100
7500 Grace Drive                                Invoice # 118959
Columbia, MD  21044                             Federal ID# 52-1247549


For Legal Services Rendered Through 08/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**

General Regulatory/Compliance Issues


| 08/30/07 | M. Kadas | 0.25 | Telephone conference with L. Duff re property transaction in Brazil; follow-up email to local counsel re same. |
|---|---|---|---|


                              Total Hours :              0.25

                              Total Fees :             $100.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118959
September 30, 2007
PAGE   2

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Kadas | 0.25 | $400.00 | $100.00 |
| | | **Total Fees :** | **$100.00** |
| | | **TOTAL DUE :** | **$100.00** |