# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

NINETEENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2007 through April 30, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $35,377.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $514.32 |

This is a:     __XX__ monthly      _____ interim      _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | Pending | Pending |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | Pending | Pending |
| 3/7/07 | 12/1/06 - 12/31.06 | $43,924.00 | $ 338.42 | Pending | Pending |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | Pending | Pending |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | Pending | Pending |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 14.75 | $8,112.50 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 65.75 | $23,012.50 |
| Patricia Saint James | Principal; Joined Firm 2004; Member of Massachusetts Bar since 1985 | $425.00 | 4.90 | $2,082.50 |
| Jeanine Grachuk | Of Counsel; Joined Firm 2004; Member of Massachusetts Bar since 1996 | $350.00 | 6.20 | $2,170.00 |

Total Fees: $35,377.50
Total Hours: 91.60
Blended Rate: $386.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 91.60 | $35,377.50 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

3

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Postage | U. S. Mail | |
| Long Distance Telephone | | $227.83 |
| Duplicating | | $5.00 |
| Travel Expenses | | $23.76 |
| Air/Train Fare | | ($54.00) |
| Meeting Meals | | $301.16 |
| Information Services | Lexis Nexis Court Link | $10.57 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period April 1, 2007 through April 30, 2007, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $35,377.50 and actual and necessary expenses in the amount of $514.32 for a total allowance of $35,891.82, and payment of $28,302.00 (80% of the allowed fees) and reimbursement of $514.32 (100% of the allowed expenses) be authorized for a total payment of $28,816.32, and for such other and further relief as this Court may deem just and proper.

Dated: June 6, 2007

BEVERIDGE & DIAMOND, P.C.

*/s/ Pamela D. Marks*

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:   410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this ___6___ day of June, 2007.

_____
Notary Public
My Commission Expires:   May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
APRIL 1, 2007 THROUGH APRIL 30, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

May 24, 2007  
Client/Matter # 01246-011548  
Invoice # 116640  
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/02/07 | K. Bourdeau | 1.75 | Review and provide comments/edits/questions on technical issues; prepare email to P. Marks re same. |
| 04/02/07 | P. Marks | 3.00 | Review and analyze summary by A. Lombardo; telephone conference with L. Duff re same; prepare comments re same; telephone conference with client team re related technical issues. |
| 04/03/07 | P. Marks | 4.25 | Prepare for and conduct telephone conference with client team re technical issues; evaluate same; email exchanges re same. |
| 04/04/07 | P. Marks | 3.00 | Prepare for and conduct telephone conference with client team re technical issues; telephone conference with J. Freeman, L. Duff and M. Obradovic; followup telephone conference with L. Duff. |
| 04/05/07 | P. Marks | 0.50 | Tasks re negotiation scheduling and followup with J. Freeman. |
| 04/09/07 | P. Marks | 0.25 | Followup re negotiation scheduling. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  116640
May 24, 2007
PAGE  2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/10/07 | P. Marks | 0.50 | Email exchange re technical issues and scheduling. |
| 04/11/07 | P. Marks | 0.50 | Communications re scheduling and strategy. |
| 04/12/07 | P. Marks | 4.50 | Work on meeting scheduling and evaluation of legal issues; legal research; communications with client re same. |
| 04/13/07 | P. Marks | 1.75 | Evaluate technical issues; telephone conference with L. Duff re legal and technical issues. |
| 04/16/07 | K. Bourdeau | 0.25 | Communications with P. Marks re settlement meeting with U.S. and preparation for same. |
| 04/16/07 | P. Marks | 3.00 | Preparation for meetings; evaluation re Sledds Point. |
| 04/17/07 | P. Marks | 3.00 | Meeting preparation. |
| 04/18/07 | P. Marks | 8.50 | Prepare for and conduct conference with client team at Grace Columbia office re technical issues; comments on FS and approaching meetings. |
| 04/19/07 | P. Marks | 2.75 | Followup re meeting preparation, including document review, work on scheduling negotiations. |
| 04/20/07 | K. Bourdeau | 0.50 | Review of new judicial developments relevant to U.S. claims. |
| 04/20/07 | P. Marks | 5.50 | Prepare for and conference with L. Duff, including telephone conference with technical team, at Grace Columbia office. |
| 04/23/07 | K. Bourdeau | 0.25 | Communications with P. Marks re meeting with U.S. |
| 04/23/07 | P. Marks | 2.75 | Communications and planning re negotiations on technical and legal issues; review legal developments and case implications. |
| 04/24/07 | K. Bourdeau | 0.50 | Communications re negotiation session with the U.S. and preparation therefor. |
| 4/24/07 | P. Marks | 2.50 | Preparation for meetings; communications with J. Freeman and with client team re same. |
| 4/25/07 | K. Bourdeau | 1.25 | Conference with P. Marks re approach and strategy for upcoming settlement negotiation with the U.S. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 116640  
May 24, 2007  
PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/25/07 | P. Marks | 5.00 | Prepare for negotiations and communications with team re same; conference with C. Bourdeau re same; Sledds Point evaluation. |
| 04/26/07 | K. Bourdeau | 1.00 | Preparation for negotiation session with U.S.; email P. Marks re same. |
| 04/26/07 | P. Marks | 1.50 | Evaluate negotiation issues. |
| 04/27/07 | K. Bourdeau | 1.00 | Conference with L. Duff, M. Obradovic and P. Marks re preparation for negotiation session with U.S.; follow-up with P. Marks re same. |
| 04/27/07 | P. Marks | 3.00 | Telephone conferences with client team and K. Bourdeau re meeting preparation and evaluate same; telephone conference with J. Freeman re same; communications with client team and K. Bourdeau re same. |
| 04/28/07 | K. Bourdeau | 1.25 | Review P. Marks summary of settlement discussion with J. Freeman; prepare responsive email re same; review edits and prepare comments on draft "model" settlement agreement furnished by L. Duff; prepare responsive emails re same. |
| 04/29/07 | P. Marks | 2.00 | Meeting preparation. |
| 04/30/07 | K. Bourdeau | 7.00 | Meeting with L. Duff, M. Obradovic, and P. Marks re preparation for negotiation session with U.S., participate in negotiation session with U.S.; follow up meeting with Grade team re path forward. |
| 04/30/07 | P. Marks | 8.00 | Travel to and attend negotiation session in DC with Grace and US teams. |

Total Hours :   80.50

Total Fees :   $31,125.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 116640
May 24, 2007
PAGE  4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 227.83 |
| Duplicating | 5.00 |
| Travel Expenses | 23.76 |
| Air/Train Fare | (54.00) |
| Client Meeting Meals | 301.16 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA273922 dated 4/1/07 for data research services | 10.57 |

| | |
|---|---:|
| Total Disbursements : | $514.32 |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 14.75 | $550.00 | $8,112.50 |
| P. Marks | 65.75 | $350.00 | $23,012.50 |

| | |
|---|---:|
| Total Fees : | $31,125.00 |
| Total Disbursements : | $514.32 |
| TOTAL DUE : | $31,639.32 |

# EXHIBIT B

## (Acton Real Estate Matter)

30124v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA 02481
(781) 416-5700

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044  

May 11, 2007  
Client/Matter # 01246-013093  
Invoice # 116444  
Federal ID# 52-1247549  

For Legal Services Rendered Through 04/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Acton Real Estate Matter**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/02/07 | P. Saint James | 3.80 | Review of and comment on revised agreement; meeting with J. Grachuk; conference call with J. Grachuk and L. Duff. |
| 04/02/07 | J. Grachuk | 6.20 | Review and comment on revised draft settlement agreement; conference with P. Saint James; telephone conference with L. Duff. |
| 04/03/07 | P. Saint James | 0.30 | Review of comments on Acton agreement. |
| 04/05/07 | P. Saint James | 0.80 | Review of L. Duff e-mail of comments; interoffice conference with J. Grachuk. |

Total Hours :   11.10

Total Fees :   $4,252.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 116444
May 11, 2007
PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Saint James | 4.90 | $425.00 | $2,082.50 |
| J. Grachuk | 6.20 | $350.00 | $2,170.00 |
| **Total Fees :** | | | **$4,252.50** |
| **TOTAL DUE :** | | | **$4,252.50** |