# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

TWENTY-FIRST MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2007 through June 30, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $22,225.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $133.35 |

This is a:     __XX__ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | Pending | Pending |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | Pending | Pending |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | Pending | Pending |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | Pending | Pending |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 10.50 | $5,775.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 47.00 | $16,450.00 |

Total Fees:     $22,225.00
Total Hours:    57.50
Blended Rate:   $387.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 57.50 | $22,225.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

3

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Postage | U. S. Mail | $1.89 |
| Long Distance Telephone | | $0.50 |
| Duplicating | | $7.20 |
| Travel Expenses | | $14.70 |
| Air/Train Fare | | $33.00 |
| Documents/Publications | | $22.00 |
| LexisNexis Court Link | | $21.15 |
| Express Delivery | Federal Express | $32.91 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period June 1, 2007 through June 30, 2007, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $22,225.00 and actual and necessary expenses in the amount of $133.35 for a total allowance of $22,358.35, and payment of $17,780.00 (80% of the allowed fees) and reimbursement of $133.35 (100% of the allowed expenses) be authorized for a total payment of $17,913.35, and for such other and further relief as this Court may deem just and proper.

Dated: August 21st, 2007

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 31st day of August, 2007.

_____
Notary Public
My Commission Expires: May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JUNE 1, 2007 THROUGH JUNE 30, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                               July 31, 2007
Attn: Lydia B. Duff, Esq.                              Client/Matter #  01246-011548
7500 Grace Drive                                       Invoice # 117901
Columbia, MD  21044                                    Federal ID# 52-1247549


For Legal Services Rendered Through 06/30/07 in Connection With:

PLEASE REMIT PAYMENT TO :   BEVERIDGE & DIAMOND, P.C.
                            SUITE 700
                            1350 I STREET, N.W.
                            WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/03/07 | P. Marks | 1.00 | Review and evaluate model agreemens re negotiations; communicatinos with client re same. |
| 06/04/07 | P. Marks | 1.50 | Telephone conference with J. Freeman re scheduling and process for negotiations; emails and telephone conferences with client re same; email to P. Falcigno and J. Freeman re same. |
| 06/05/07 | K. Bourdeau | 0.50 | Review email correspondence re settlement agreement issues and settlement meetings/conferences. |
| 06/06/07 | K. Bourdeau | 0.25 | Email communications re settlement negotiations. |
| 06/06/07 | P. Marks | 0.50 | Check status; coordination with client team; coordination with K. Bourdeau re negotiations. |
| 06/08/07 | P. Marks | 0.50 | Communications with team re scheduing issues and FS. |
| 06/11/07 | K. Bourdeau | 0.75 | Review caselaw develpments; conference with P. Marks re same, meetings with the U.S. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 117901
July 31, 2007
PAGE 2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/11/07 | P. Marks | 2.00 | Review and evaluate new case law; communications re scheduling; review and evaluate FS. |
| 06/12/07 | K. Bourdeau | 0.25 | Email exchanges re settlement negotiations. |
| 06/12/07 | P. Marks | 4.00 | Telephone conference with P. Bucens re tasks; telephone conference with J. Freeman re conference call planning; telephone conference with L. Duff re same; emails re same; evaluate draft FS. |
| 06/13/07 | P. Marks | 2.00 | Telephone conference with Grace team re technical issues; prepare for meeting re settlement document. |
| 06/14/07 | K. Bourdeau | 4.25 | Review draft settlement agreement in preparation for settlement discussion with the U.S.; prepare comments thereon; participate in settlement discussions re same; follow-up conference with Grace team re same; transmit comments on draft agreement to P. Marks. |
| 06/14/07 | P. Marks | 6.00 | Telephone conference with USACE and Grace teams re settlement agreement; followup evaluation and document preparation with Grace team. |
| 06/17/07 | P. Marks | 2.00 | Prepare settlement agreement; prepare for client meeting re technical issues. |
| 06/18/07 | K. Bourdeau | 0.25 | Conference with P. Marks re revised settlement agreement. |
| 06/18/07 | P. Marks | 9.50 | Preparation for and conference with Grace team re technical issues/FS; research re 10 CFR 40-criterion legislation history. |
| 06/19/07 | P. Marks | 4.50 | Conference with Grace team re technical issues and return travel from Columbia offices. |
| 06/23/07 | K. Bourdeau | 4.00 | Review revised redraft of Settlement Agreement and Rules & Responsibilities document; review L. Duff and P. Bucens comments on same and transmit to P. Marks with substantive cover email. |
| 06/26/07 | P. Marks | 4.00 | Prepare revised settlement agreement; prepare email to J. Freeman and P. Falcigno re same. |
| 06/27/07 | P. Marks | 0.25 | Prepare and send settlement agreement to U.S. |

BEVERIDGE & DIAMOND, P.C.
INVOICE #  117901
July 31, 2007
PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/28/07 | P. Marks | 2.50 | Review and evaluate FS; provide comments to P. Bucens. |
| 06/29/07 | K. Bourdeau | 0.25 | Communications with Grace team re settlement meeting with the U.S. |
| 06/29/07 | P. Marks | 5.50 | E-mail to P. Bucens; telephone conference with P. Bucens re FS issues and meeting preparation; telephone conference with J. Freeman re scheduling and logistics; communications with team re same; prepare for meeting. |

**Total Hours :**     56.25

**Total Fees :**     $21,787.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 117901
July 31, 2007
PAGE 4

**Disbursements:**

| | |
|---|---:|
| Postage | 0.58 |
| Long Distance Telephone | 0.50 |
| Travel Expenses | 14.70 |
| Air/Train Fare | 33.00 |
| Documents/Publications | 22.00 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA277657 dated 5/1/07 for data research services | 10.58 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA281349 dated 6/1/07 for data research services | 10.57 |

Total Disbursements :    $91.93

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 10.50 | $550.00 | $5,775.00 |
| P. Marks | 45.75 | $350.00 | $16,012.50 |

Total Fees :    $21,787.50

Total Disbursements :    $91.93

**TOTAL DUE :**    **$21,879.43**

# EXHIBIT B

## (BANKRUPTCY FEE APPLICATION)

32068v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 31, 2007
Client/Matter #  01246-012629
Invoice # 117902
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/08/07 | P. Marks | 0.50 | Prepare documents related to fee application. |
| 06/25/07 | P. Marks | 0.75 | Prepare fee documentation. |

Total Hours :    1.25

Total Fees :    $437.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  117902
July 31, 2007
PAGE  2

**Disbursements:**

| | |
|---|---:|
| Postage | 1.31 |
| Duplicating | 7.20 |
| Express Delivery | 32.91 |

| | |
|---|---:|
| Total Disbursements : | $41.42 |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 1.25 | $350.00 | $437.50 |

| | |
|---|---:|
| Total Fees : | $437.50 |
| Total Disbursements : | $41.42 |
| **TOTAL DUE :** | **$478.92** |