UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

     Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffrey A. Kramer of Lowenstein Sandler, to represent Brayton Purcell, LLP in this action.

Dated:  October 12, 2007

**THE HOGAN FIRM**

\_\_/s/ Daniel K. Hogan_____
Daniel K. Hogan (ID No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dkhogan@dkhogan.com

LOCAL COUNSEL FOR BRAYTON PURCELL, LLP

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

\_/s/ Jeffrey A. Kramer_____
Jeffrey A. Kramer
Lowenstein Sandler
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: jkramer@lowenstein.com

## ORDER GRANTING MOTION

     IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

_____
United States Bankruptcy Court Judge