UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Carl M. Greenfeld of Lowenstein Sandler, to represent Brayton Purcell, LLP in this action.

Dated: October 12, 2007                         **THE HOGAN FIRM**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel K. Hogan
　　　　　　　　　　　　　　　　　　　　　　　Daniel K. Hogan (ID No. 2814)
　　　　　　　　　　　　　　　　　　　　　　　1311 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 656-7540
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 656-7599
　　　　　　　　　　　　　　　　　　　　　　　E-mail: dkhogan@dkhogan.com

　　　　　　　　　　　　　　　　　　　　　　　LOCAL COUNSEL FOR BRAYTON PURCELL, LLP

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Carl M. Greenfeld
　　　　　　　　　　　　　　　　　　　　　　　Carl M. Greenfeld
　　　　　　　　　　　　　　　　　　　　　　　Lowenstein Sandler
　　　　　　　　　　　　　　　　　　　　　　　65 Livingston Avenue
　　　　　　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (973) 597-2500
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (973) 597-2400
　　　　　　　　　　　　　　　　　　　　　　　E-mail: cgreenfeld@lowenstein.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge