IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 08/02/2007 | FTC | Reviewed, executed and filed response to the restriction requirement; | 0.20 |
|---|---|---|---|
| 08/14/2007 | FTV | Telephone conference with Mr. Cross to discuss the filing of a divisional application. | 0.10 |

                                                SERVICES                        $ 120.00

|  | FTC | FRANK T. CARROLL | 0.30 | hours @ | $400.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                              $      **120.00**

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| 08/08/2007 | DMD | Continue preparation of Information Disclosure Statement; | 0.30 |
|---|---|---|---|
| 08/21/2007 | NG | Receipt and review of original assignment document from the Patent and Trademark Office, preparation of correspondence to client forwarding assignment for safekeeping and updating file to reflect assignee; | 0.80 |
| 08/27/2007 | DMD | Continue preparation of Information Disclosure Statement; | 0.30 |
| 08/28/2007 | DMD | Attendance to filing of Information Disclosure Statement with the United States Patent and Trademark Office; correspondence with the client explaining same and forwarding copies of documents as filed. | 0.60 |

SERVICES $ 304.00

| | NG | NOREEN GARONSKI | 0.80 | hours @ | $185.00 |
|---|---|---|---|---|---|
| | DMD | DAVID M. DESANTO | 1.20 | hours @ | $130.00 |

**DISBURSEMENTS:**

| PATENT COPIES | $ | 9.00 |
| FORMAL DRAWINGS | $ | 225.00 |

DISBURSEMENT TOTAL $ 234.00

SERVICE TOTAL $ 304.00

**INVOICE TOTAL** $ **538.00**

## WRG-0082
## EVALUATION OF THIRD PARTY U.S. PATENT
## RELATING TO CO2 ABSORPTION

| 08/02/2007 | GHL | Evaluation of possible relevance of third-party patent to carbon dioxide absorbing units to Grace's proposed absorption unit, including review of communications from Mr. Williams describing background and Grace's proposed design alternatives, preliminary review of the patent and of drawings of the proposed alternatives; and office conference with Woodcock counsel regarding evaluation to be performed; | 1.50 |
|---|---|---|---|
| 08/07/2007 | FTC | Reviewed case law concerning construction of specific terms in claims; | 4.50 |
| 08/09/2007 | FTC | Reviewed and analyzed the prosecution history of the European counterpart of the third-party patent, and considered the potential relevance of said prosecution history to the claim scope of the patent; reviewed and analyzed prior art U.S. Patents and considered the potential relevance of said patents to the claim scope of the subject patent; | 3.60 |
| 08/10/2007 | FTC | Met with Mr. Levin to discuss and consider the potential relevance of the subject patent to each of the proposed Grace carbon dioxide canisters; participated in telecon with Mr. Levin and Mr. Williams concerning the patent and the Grace carbon dioxide canisters; | 1.50 |
| 08/10/2007 | GHL | Further review of the patent and its prosecution history, review of relevant case law relating to particular claim terms, development of claim interpretation, further review of drawings of Grace's proposed design alternatives for carbon dioxide absorption unit as received from Mr. Williams, consideration of possible relevance of the claims as interpreted to the proposed absorption units, and telephone conference with Mr. Williams regarding same; | 2.20 |
| 08/20/2007 | FTC | Prepared opinion on non-infringement, including drafting of description of the proposed Grace carbon dioxide, units, and summary of the subject patent and its prosecution history; | 6.10 |
| 08/27/2007 | FTC | Prepared opinion of non-infringement, including preparation of summaries of the prosecution history and specifications of the subject patent; | 4.50 |
| 08/28/2007 | FTC | Prepared opinion of non-infringement, including consideration of claim terms that require construction, and consideration of the proper construction of said terms; | 2.10 |

| 08/30/2007 | GHL | Further work on opinion regarding third party and possible relevance of same to proposed Grace carbon dioxide canisters, including review of the patent and relevant portions of prosecution history, review of prior art reference from European prosecution as relevant to enforceable scope of the patent claims, development of claim construction position and analysis of proposed designs; | | 2.20 |
|---|---|---|---|---|
| 08/31/2007 | GHL | Continued work on non-infringement opinion, including further review of the relevant prosecution history and prior art references as received from Mr. Williams, conference with Mr. Carroll (Woodcock) regarding analysis of claim construction issues and effect of prior art on enforceable claim scope, and work on written opinion. | | 3.20 |

SERVICES     $   13,743.00

| | GHL | GARY H. LEVIN | 9.10 | hours @ | $530.00 |
|---|---|---|---|---|---|
| | FTC | FRANK T. CARROLL | 22.30 | hours @ | $400.00 |

**INVOICE TOTAL**     $   **13,743.00**

## WRG-GEN

| 08/09/2007 | GHL | Preparation of monthly fee petition for June 2007. | | | 0.40 |
| --- | --- | --- | --- | --- | --- |
| 08/24/2007 | GHL | Preparation of Quarterly Fee Petition (April – June 2007) | | | 0.50 |

| | | SERVICES | | $ | 477.00 |
| --- | --- | --- | --- | --- | --- |

| | GHL | GARY H. LEVIN | 0.90 | hours @ | $530.00 |
| --- | --- | --- | --- | --- | --- |

**INVOICE TOTAL** $ **477.00**