IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** _____, 2007, |
| | at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD JUNE 1, 2007 THROUGH JUNE 30, 2007

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\979016.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +202.637.2200  Fax: +202.637.2201
www.lw.com

Tax identification No: 95-2018373

**INVOICE**

June 30, 2007

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Please identify your check with the following number:
Invoice No. 70309913
File No. 042362-0000

For professional services rendered through June 30, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
| --- | --- | --- | --- |
| 06/11/07 | NJD | 2.50 | TELEPHONE CONFERENCES WITH D. POOLE; REVIEW OF GERMAN RESTRUCTURING ISSUES; REVIEW DOCTRINE OF RESCISSION; SECTION 367(A)-8T REGULATIONS |
| 06/11/07 | JPM | 1.30 | MEET WITH N. DENOVIO REGARDING W.R. GRACE TRANSACTION; RESEARCH APPLICATION OF RESCISSION DOCTRINE |
| 06/12/07 | NJD | 1.50 | CONTINUE ANALYSIS OF SECTION 367(A)-8T FOR PURPOSES OF DETERMINING WHETHER THERE CAN BE A TERMINATION OF A GAIN RECOGNITION AGREEMENT IF GERMAN NEWCO ACQUIRES GRACE GERMANY IN A SECTION 304/351 TRANSACTION |
| 06/12/07 | TPG | 1.50 | CALL WITH N. DENOVIO REGARDING GAIN RECOGNITION AGREEMENT; RESEARCH SAME |
| 06/12/07 | JPM | 3.50 | RESEARCH APPLICATION OF RESCISSION DOCTRINE |
| 06/12/07 | ECA | .40 | REVIEW FEE CHART RECEIVED FROM S. BOSSAY. |
| 06/13/07 | NJD | 2.30 | CONFERENCE CALLS WITH D. POOLE REGARDING ISSUES; EMAILS REGARDING INTERPRETATION QUESTIONS UNDER SECTION 367 REGULATIONS AND POTENTIAL FOR DOUBLE TAXATION UPON SUBSEQUENT DOWNSTREAM MERGER OF GERMAN NEWCO INTO GRACE GERMANY; REVIEW AND ANALYSIS OF RULING 80-58 ON RESCISSION OF CONTRACTUAL ARRANGEMENT FOR TAX PURPOSES |

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 06/13/07 | TPG | 1.00 | RESEARCH 367 QUESTION; MEET WITH N. DENOVIO REGARDING SAME |
| 06/13/07 | JPM | 5.10 | RESEARCH APPLICATION OF RESCISSION DOCTRINE |
| 06/14/07 | NJD | 1.20 | CALL WITH IRS ON INTERPRETATION OF REGULATION SECTION 1.367(A)-8T(G) REGARDING GAIN RECOGNITION AGREEMENT BETWEEN GRACE-CONN AND IRS ON NEWCO TRANSACTION IN GERMANY; TELEPHONE CONFERENCE WITH D. POOLE REGARDING SAME |
| 06/15/07 | NJD | .30 | TELEPHONE CONFERENCE WITH D. POOLE REGARDING GERMANY |
| 06/18/07 | NJD | .40 | REVIEW ISSUES REGARDING GERMAN RESTRUCTURING |
| 06/19/07 | NJD | 3.50 | MEETING WITH D. POOLE AND CONFERENCE CALL WITH E. BOGENSCHUTZ REGARDING STRATEGIES FOR INTERNATIONAL RESTRUCTURING; MEETING WITH A. GIVENS TO DISCUSS MULTIPLE ISSUES CONCERNING TAX ACCOUNTING AND POTENTIAL FISK FCS/ETI STUDY |
| 06/28/07 | ECA | .60 | TELEPHONE CONFERENCE WITH N. DENOVIO REGARDING STATUS; REVIEW DOCKET AND FORWARD ORDER. |
| 06/29/07 | ECA | 3.20 | PREPARE MONTHLY FEE STATEMENTS FOR MARCH, APRIL AND MAY OF 2007; FORWARD SAME TO N. DENOVIO FOR SIGNATURE. |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER) | 11.70 hrs @ | $775.00 | /hr. | $9,067.50 |
| T P GEORGE | (ASSOCIATE) | 2.50 hrs @ | $480.00 | /hr. | $1,200.00 |

Paralegal Hours:

| | | | | | |
|---|---|---|---|---|---|
| E C ARNOLD | (PARALEGAL) | 4.20 hrs @ | $235.00 | /hr. | $ 987.00 |
| J P MOORE | (SUMMER CLERK) | 9.90 hrs @ | $275.00 | /hr. | $2,722.50 |

| | | |
|---|---|---|
| Total Services | 28.3 hrs | $13,977.00 |

Other charges:

| | | |
|---|---|---|
| TELEPHONE | | 1.86 |
| Total other charges | | 1.86 |
| Total current charges | | 13,978.86 |
| BALANCE DUE | | $13,978.86 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70309913

2

DC\1007597.3