IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** _____, 2007, at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\979100.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +202.637.2200  Fax: +202.637.2201
www.lw.com

**INVOICE**

August 31, 2007

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No.  70313012
File No.  042362-0000

For professional services rendered through August 31, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 08/09/07 | ECA | .80 | REVIEW DOCKET; FORWARD CERTIFICATES OF NO OBJECTION TO N. DENOVIO. |
| 08/21/07 | NJD | 1.00 | CONFERENCE CALL WITH D. POOLE REGARDING TREATY ISSUES; REVIEW OF GERMAN RESTRUCTURING ALTERNATIVES |
| 08/23/07 | ECA | 1.70 | PREPARE AND FILE QUARTERLY FEE APPLICATION. |
| 08/24/07 | ECA | .30 | REVIEW DOCKET; DISTRIBUTE FILED QUARTERLY FEE APPLICATION. |

Attorney Hours:

| N J DENOVIO | (PARTNER) | 1.00 hrs @ | $775.00 /hr. | $ 775.00 |

Paralegal Hours:

| E C ARNOLD | (PARALEGAL) | 2.80 hrs @ | $235.00 /hr. | $ 658.00 |

| Total Services | | 3.8 hrs | | $1,433.00 |

Other charges:

| Total other charges | | | | .00 |

| | |
|---|---:|
| Total current charges | <u>**1,433.00**</u> |
| BALANCE DUE | <u>**$1,433.00**</u> |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70313012

2

DC\1026859.1