## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,* | ) | **Case No.: 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

### NOTICE OF VIDEOTAPE DEPOSITION

To:    David T. Austern
c/o Raymond G. Mullady Jr. , esq.
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007-5135

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure and agreement of the parties, the following discovery deposition upon oral

examination will be taken at the designated time, location, and date listed below before an

official authorized by law to administer oaths, and, pursuant to Federal Rule of Civil Procedure

30(b)(2), will be recorded by both stenographic means and sound-and-visual means.  The

deposition will continue from day-to-day until complete.

| Deponent | Date | Time | Location |
|---|---|---|---|
| David T. Austern | October 19, 2007 | 9:00 AM ET | Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
202-879-5000 |

Dated: October 2, 2007

Respectfully Submitted,

KIRKLAND & ELLIS LLP

David M. Bernick
John Donley
Ellen T. Ahern
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I have caused true and correct copies of

Notice of Video Deposition to Raymond G. Mullady Jr., counsel to David T. Austern, to be

served upon Mr. Austern's counsel of record, by e-mail and by Overnight Federal Express on

this 2nd day of October 2007, directed to Mr. Austern's counsel of record, as follows:

Raymond G. Mullady Jr., esq.
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007-5135

David M. Bernick
John Donley
Ellen T. Ahern
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

*Attorneys for the Debtors*