# EXHIBIT 1

WRG - CANADA
ABRIDGED BEBER CHART (PROVIDENCE ORDER)
JULY 18, 2007

| BLDG # | PROVIDENCE | BUILDING/CLAIMANT NAME | JOBSITE PHYSICAL ADDRESS | WRG CLAIM # |
|---|---|---|---|---|
| 1 | Alberta | Calgary Board of Education - Altadore Elementary | 4506 16th St. SW, Calgary, AB | 14885 |
| 2 | Alberta | Calgary Board of Education - Balmoral Junior High | 220 16 Ave., Calgary, AB | 12570 |
| 3 | Alberta | Calgary Board of Education - Briar Hill Elementary+C92 | 1233 21 St. NW, Calgary, AB | 12410 |
| 4 | Alberta | Calgary Board of Education - Cambrian Heights | 640 Northmount, Calgary, AB | 12412 |
| 5 | Alberta | Calgary Board of Education - James Fowler High | 4004 4th St., Calgary, AB | 12454 |
| 6 | Alberta | Calgary Board of Education - Kingsland Elementary | 7430 5 St., Calgary, AB | 12457 |
| 7 | Alberta | Calgary Board of Education - Parkdale Elementary | 728 32 St., Calgary, AB | 12590 |
| 8 | Alberta | Calgary Board of Education - Queen Elizabeth High | 512 18 St. NW, Calgary, AB | 12591 |
| 9 | Alberta | Calgary Board of Education - Vincent Massey Junior High | 939 45 St. SW, Calgary, AB | 12438 |
| 10 | Alberta | Calgary Board of Education - Viscount Bennett | 2519 Richmond Rd SW, Calgary, AB | 12439 |
| 11 | Alberta | Calgary Board of Education - Wildwood Elementary | 120 45th St. SW, Calgary, AB | 12442 |
| 12 | Alberta | Calgary Board of Education - William Aberhart | 3009 Morley Trail NW, Calgary, AB | 12443 |
| 13 | Alberta | City of Edmonton - Century Place | 9803 102A Ave., Edmonton, AB | 12489 |
| 14 | Alberta | Edmonton Public Schools - Allendale | 6415 106th St., Edmonton, AB | 12388 |
| 15 | Alberta | Edmonton Public Schools - Bonnie Doon | 8205 90th Ave., Edmonton, AB | 12394 |
| 16 | Alberta | Edmonton Public Schools - Delton | 12126 89th St., Edmonton, AB | 12377 |
| 17 | Alberta | Edmonton Public Schools - Eastglen | 11430 68 St., Edmonton, AB | 12557 |
| 18 | Alberta | Edmonton Public Schools - JA Fife | 15004 76 St., Edmonton, AB | 12576 |
| 19 | Alberta | Edmonton Public Schools - Newton | 5523 122nd Ave., Edmonton, AB | 12541 |
| 20 | Alberta | Edmonton Public Schools - North Edmonton | 6920 128th Ave., Edmonton, AB | 12542 |
| 21 | Alberta | Edmonton Public Schools - Parkview | 14313 92nd St., Edmonton, AB | 12537 |
| 22 | Alberta | Edmonton Public Schools - Prince Rupert | 11515 113 Ave., Edmonton, AB | 12496 |
| 23 | Alberta | Edmonton Public Schools - Queen Alexandra | 7730 106 St., Edmonton, AB | 12498 |
| 24 | Alberta | Edmonton Public Schools - Ritchie | 9750 74 Ave., Edmonton, AB | 12500 |
| 25 | Alberta | Edmonton Public Schools - Ross Sheppard | 13546 111 Ave., Edmonton, AB | 12501 |
| 26 | Alberta | Edmonton Public Schools - Sherbrooke | 12245 131 St., Edmonton, AB | 12503 |
| 27 | Alberta | Edmonton Public Schools - Strathcona | 10450 72nd Ave., Edmonton, AB | 12546 |
| 28 | Alberta | Edmonton Public Schools - Victoria | 10210 108 Ave., Edmonton, AB | 12548 |
| 29 | Alberta | Edmonton Public Schools - Wellington | 13160 127th St., Edmonton, AB | 12549 |
| 30 | Alberta | Edmonton Public Schools - Woodcroft | 13750 Woodcroft Ave., Edmonton, AB | 12554 |
| 31 | Alberta | Oxford - Edmonton Centre - TD Tower, 10088-102 Avenue | 10088-102 Avenue, Edmonton, AB | 12423 |
| 32 | Alberta | Oxford - Edmonton Centre, 10025-102 Avenue | 10025-102 Avenue, Edmonton, AB | 12421 |
| 33 | Alberta | Oxford - Edmonton City Centre East | 100/101/102/102A St., Edmonton, AB | 12422 |
| 34 | British Columbia | City of Vancouver - Parkade (should be Parkdale) | 700 Georgia St., Vancouver, BC | 12346 |

WRG - CANADA
ABRIDGED BEBER CHART (PROVIDENCE ORDER)
JULY 18, 2007

| BLDG # | PROVIDENCE | BUILDING/CLAIMANT NAME | JOBSITE PHYSICAL ADDRESS | WRG CLAIM # |
|---|---|---|---|---|
| 35 | British Columbia | City of Vancouver - Queen Elizabeth Playhouse | 649-695 Cambie, Vancouver, BC | 12476 |
| 36 | British Columbia | Morguard Investments - 7 Oaks Mall | 201-32900 South Fraser Way, Abbotsford, BC | 12430 |
| 37 | British Columbia | School District 68 Nanaimo-Ladysmith - Nanaimo District Senior Secondary | 3955 Wakesiah Ave., Nanaimo, BC | 11627 |
| 38 | British Columbia | School District 68 Nanaimo-Ladysmith - Woodlands | 1270 Strathmore St, Nanaimo, BC | 11632 |
| 39 | Manitoba | Winnipeg - Redcliff | 287 Broadway, Winnipeg, MB | 11620 |
| 40 | Newfoundland | Avalon East School Board - Hazelwood Elementary School | 391 Topsail Rd., St. John's, NL | 12491 |
| 41 | Newfoundland | CIBC - Atlantic Place | 215 Water St., St. John's, NL | 12536 |
| 42 | Newfoundland | Health Care Corp. of St. John's (HCCSJ) - Health Science Centre, | 300 Prince Philip Drive, St. John's, NL | 12493 |
| 43 | Nova Scotia | Atlantic Shopping Centres - Cogswell Tower | 2000 Barrington St., Halifax, NS | 12490 |
| 44 | Ontario | Cadillac Fairview Mall - Fairmall Leasehold Inc. | 1800 Sheppard Ave., Willowdale, ON | 12396 |
| 45 | Ontario | Great West Life - Commerce Court West | 199 Bay St., Toronto, ON | 12534 |
| 46 | Ontario | Hamilton School District - Pauline Johnson, | 25 Hummingbird Lane, Hamilton, ON | 11678 |
| 47 | Ontario | Hamilton School District - Scott Park | 1055 King Street West, Hamilton, ON | 11323 |
| 48 | Ontario | Hamilton School District - Sherwood Heights, | 105 High Street, Hamilton, ON | 11680 |
| 49 | Ontario | Hamilton School District - Sherwood High | 25 High Street, Hamilton, ON | 11322 |
| 50 | Ontario | Hamilton School District - Sir Allan McNabb | 145 Magnolia Dr., Hamilton, ON | 11681 |
| 51 | Ontario | Hamilton School District - Sir John A. Macdonald, | 130 York Blvd, Hamilton, ON | 11682 |
| 52 | Ontario | Hamilton School District - Westview, | 60 Rolston Drive, Hamilton, ON | 11684 |
| 53 | Ontario | McMaster University - Medical Center | 1280 Main St. W., Hamilton, ON | 12368 |
| 54 | Ontario | Morguard Investments - 55 City Centre Drive | - 55 City Centre Drive, Mississauga, ON | 12427 |
| 55 | Ontario | Toronto District School Board - Deer Park, | 23 Ferndale Avenue, Toronto, ON | 12304 |
| 56 | Ontario | University of Guelph | 488 Gordon St., Guelph, ON | 12329 |
| 57 | Quebec | Great West Life - London Life / | 2001 University, Montreal, QC | 12533 |