IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No.: 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF DEPOSITION UPON WRITTEN QUESTIONS TO CELOTEX ASBESTOS SETTLEMENT TRUST

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, Counsel for W.R. Grace served Deposition Upon Written Questions Pursuant To Federal Rules Of Civil Procedure 31 to the Counsel of Celotex Asbestos Settlement Trust ("Celotex"). These Questions were served on Celotex on October 8, 2007 by email and Federal Express.

Counsel for the Debtors and counsel for Celotex are in the process of conferring in order to reach an agreement on a mutually convenient schedule for response.

DOCS_DE:131814.1

Dated: Wilmington, Delaware
October 12, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

2