IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF POSTPONEMENT OF DEPOSITION

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Court for the Western District of Pennsylvania issued a subpoena for Theodore Goldberg. This subpoena was served on October 9, 2007. The subpoena required Theodore Goldberg to appear, with certain requested documents, on October 16, 2007 beginning at 9:30 a.m., EST at the offices of Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219.

**TAKE FURTHER NOTICE** that the deposition will not go forward on this date as noticed and the subpoena will be held in temporary abeyance. Counsel for the Debtors, counsel for the parties to the estimation, and Mr. Goldberg are in the process of conferring in order to reach an agreement on a mutually-convenient date for the deposition to take place.

Dated: October 12, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Ellen Therese Ahern
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

2

DOCS_DE:131821.1