**Exhibit II**

**Fee Application for the period**

**April 1, 2007  through April 30, 2007**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline:
July 19, 2007 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Thirty-Ninth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from April 1, 2007 through April 30, 2007 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $61,813.60, representing 80% of $77,267.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $221.70.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 19, 2007 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

Dated: June 29, 2007
       Wilmington, DE

RESPECTFULLY SUBMITTED,

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley, Esq. (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com
               rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:        wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:        lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

THIRTY- NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | April 1, 2007 through April 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $77,267.00): | $ 61,813.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    221.70 |
| Total Amount Due: | $ 62,035.30 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for fee application preparation for multiple periods is 20.1 hours and corresponding compensation requested is approximately $6,432.00.

This is the Thirty-Ninth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

THIRTY- NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

THIRTY- NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

THIRTY- NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | $297,230.00 | $2,252.85 | $237,784.00 |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | $292,231.00 | $2,635.52 | $233,784.80 |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | $335,823.00 | $2,808.92 | $268,658.40 |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

THIRTY- NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |

THIRTY- NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 13, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 13, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 27, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 27, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |

THIRTY- NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 4/1/07 through 4/30/07**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 7.50 | $4,462.50 |
| S. Cunningham | Member | $595 | 46.80 | $27,846.00 |
| R. Frezza | Consultant | $485 | 13.60 | $6,596.00 |
| J. Dolan | Consultant | $375 | 101.10 | $37,912.50 |
| N. Backer | Paraprofessional | $100 | 4.50 | $450.00 |
| For the Period 4/1/07 through 4/30/07 | | | 173.50 | $77,267.00 |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
### For the Period 4/1/07 through 4/30/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared numerous detailed analyses regarding a large acquisition including review of Debtors' presentation materials, multi-year financial model, and comparable peer and industry data. | 18.60 | $8,471.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, reviewed recovery scenarios under various assumptions and recent rights offering arrangements. | 46.70 | $20,776.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD liabilities, settlements, Business Plan report, and divestitures with counsel and Committee members. | 38.80 | $16,310.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January, February and March monthly Fee Statements and the 4Q 06 Quarterly fee statement. | 20.10 | $6,432.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding 1Q 07 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. Additionally, Applicant analyzed the monthly operating reports. | 23.30 | $11,135.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared a comprehensive Business Plan Report to the Committee. | 18.10 | $9,977.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant analyzed tax repatriation issues. | 7.00 | $4,165.00 |
| **For the Period 4/1/07 through 4/30/07** | | **173.50** | **$77,267.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Detailed Time Description by Task Code
### For the Period 4/1/07 through 4/30/07

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Acquisitions/Divestitures** | | | |
| 4/16/2007 | J. Dolan | 1.30 | Reviewed Project Gemini valuation model for updates and issues. |
| 4/16/2007 | J. Dolan | 1.00 | Discussion with Blackstone regarding status update on Project Gemini. |
| 4/16/2007 | J. Dolan | 1.50 | Prepared an initial report for the Committee regarding Project Gemini. |
| 4/23/2007 | S. Cunningham | 3.00 | Read and analyzed Gemini financial information. |
| 4/25/2007 | E. Ordway | 0.60 | Read and analyzed Project Gemini update from Debtor and summarized items for staff to investigate. |
| 4/26/2007 | J. Dolan | 2.30 | Read and analyzed Company's revised presentation related to Project Gemini divestiture. |
| 4/27/2007 | J. Dolan | 2.50 | Continued analysis of Project Gemini information received from the Company in relation to prior information / model received. |
| 4/27/2007 | J. Dolan | 1.70 | Began update to memo to the Committee regarding Project Gemini. |
| 4/30/2007 | J. Dolan | 1.50 | Prepared additional questions for Debtor regarding Project Gemini. |
| 4/30/2007 | S. Cunningham | 3.20 | Read and analyzed Project Gemini financial information. |
| Subtotal | | 18.60 | |
| **03. Claims Analysis & Valuation** | | | |
| 4/2/2007 | E. Ordway | 0.30 | Directed staff in analyzing recent rights offering arrangements in other bankruptcies. |
| 4/11/2007 | J. Dolan | 3.20 | Research of recent equity rights offerings including the related impact on the Plan, structure, cost, etc. to determine similar impact on Debtor. |
| 4/13/2007 | J. Dolan | 1.20 | Preparation of distributable value analysis and possible capital structure upon emergence. |
| 4/13/2007 | E. Ordway | 0.60 | Analyzed debt capacity in consideration of improved performance levels. |
| 4/16/2007 | J. Dolan | 1.70 | Continued update of distributable value analysis including debt leverage analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/16/2007 | J. Dolan | 2.80 | Updated distributable value analysis based on current financial information. |
| 4/17/2007 | J. Dolan | 1.70 | Continued update of distributable value analysis including debt leverage analysis. |
| 4/17/2007 | S. Cunningham | 4.30 | Prepared analysis of recovery under different debt and equity scenarios |
| 4/17/2007 | E. Ordway | 0.90 | Prepared analysis of distributable value assuming lower spending on acquisitions/CAPEX. |
| 4/19/2007 | J. Dolan | 3.50 | Research and analysis related to Equity Rights Offerings as a part of an emergence plan, including capital/debt structure and recent market deals. |
| 4/19/2007 | J. Dolan | 1.50 | Preparation of debt capacity analysis to determine acceptable levels at emergence. |
| 4/19/2007 | J. Dolan | 1.70 | Analysis of pro forma balance sheet in relation to debt capacity analysis and rights offering. |
| 4/20/2007 | S. Cunningham | 5.50 | Reviewed varying equity right and alternative recovery summaries |
| 4/20/2007 | J. Dolan | 2.50 | Prepared memo for Committee related to Rights Offerings. |
| 4/23/2007 | E. Ordway | 0.40 | Analyzed recent new debt issuances to determine pricing trends and covenant/leverage perimeters. |
| 4/23/2007 | J. Dolan | 2.50 | Analysis of Grace's rated debt capacity using S&P criteria as guideline for investment grade debt. |
| 4/24/2007 | J. Dolan | 2.30 | Preparation of implied equity value analysis. |
| 4/24/2007 | J. Dolan | 2.50 | Analysis of recent equity rights offerings in the market including Owens Corning, USG and Hayes Lemmerz. |
| 4/24/2007 | J. Dolan | 1.30 | Continued preparation of leverage analysis. |
| 4/24/2007 | J. Dolan | 1.80 | Continued preparation of debt capacity and leverage analysis. |
| 4/25/2007 | E. Ordway | 0.60 | Continued analysis of new debt issuances. |
| 4/26/2007 | J. Dolan | 2.70 | Analyzed Rights Offerings as related to Emergence Plan. |
| 4/30/2007 | J. Dolan | 1.40 | Summary of Rights offering terms currently in market. |
| 4/30/2007 | E. Ordway | 0.70 | Reviewed term sheets related to recent bankruptcy rights offerings. |
| Subtotal | | 47.60 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2007 | J. Dolan | 1.20 | Distribution of report to Counsel for comments. |
| 4/3/2007 | R. Frezza | 5.20 | Reviewed 2007 Plan report with counsel, made changes and revisions and recirculated to counsel for distribution. |
| 4/4/2007 | R. Frezza | 2.30 | Finalized Report for distribution to Committee. |
| 4/4/2007 | R. Frezza | 1.80 | Reviewed Order re: Amended Case Mgmt along with counsel summarization of issues. |
| 4/11/2007 | J. Dolan | 1.00 | Updated work plan for discussion with Chair and Counsel. |
| 4/11/2007 | E. Ordway | 0.50 | Reviewed/edited work plan prepared by staff addressing near-term activities. |
| 4/11/2007 | J. Dolan | 1.70 | Reviewed and analyzed recent docket items. |
| 4/12/2007 | J. Dolan | 2.30 | Read and analyzed Counsels update on status of case and hearing held including amended case management order and PI liabilities. |
| 4/12/2007 | J. Dolan | 1.30 | Discussion with Counsel regarding recently filed claim settlement motion and related impact on claims analysis. |
| 4/13/2007 | J. Dolan | 0.50 | Reviewed and analyzed recent docket items. |
| 4/13/2007 | J. Dolan | 1.70 | Read and analyzed Counsel's memo re: Grace motion to modify automatic stay. |
| 4/17/2007 | S. Cunningham | 0.30 | Discussed hypothetical recovery analysis with counsel |
| 4/17/2007 | J. Dolan | 0.80 | Read and analyzed Counsel's correspondence regarding case status |
| 4/17/2007 | J. Dolan | 2.30 | Prepared for and participated in call with Counsel to discuss distributable value analysis, Project Gemini and case status. |
| 4/18/2007 | J. Dolan | 1.00 | Reviewed and analyzed recent docket items. |
| 4/18/2007 | E. Ordway | 0.40 | Call with chair to discuss business plan report. |
| 4/18/2007 | J. Dolan | 1.30 | Read and analyzed Counsel's memo regarding the Colowyo coal settlement and made adjustments to claims summary. |
| 4/20/2007 | J. Dolan | 1.30 | Prepared detailed work plan. |
| 4/23/2007 | J. Dolan | 0.70 | Read and analyzed counsel's memo regarding State of Montana seeking relief from automatic stay. |
| 4/23/2007 | J. Dolan | 1.30 | Reviewed and analyzed recent docket items. |
| 4/23/2007 | J. Dolan | 1.50 | Prepared leverage analysis, debt capacity analysis and sources of additional funds to fund emergence. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/24/2007 | J. Dolan | 0.80 | Completed work plan by incorporating comments from Executive Directors. |
| 4/26/2007 | R. Frezza | 4.30 | Prepared/reviewed debt capacity analysis and exchange rights analysis. |
| 4/26/2007 | J. Dolan | 0.70 | Review of matters to be discussed at upcoming hearing. |
| 4/30/2007 | J. Dolan | 0.80 | Reviewed and analyzed Counsel's memo regarding status of matters. |
| 4/30/2007 | J. Dolan | 0.80 | Reviewed and analyzed Counsels memo regarding decision dated March 26, 2007. |
| 4/30/2007 | J. Dolan | 1.00 | Review of recent docket items. |
| Subtotal | | 38.80 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2007 | J. Dolan | 1.50 | Preparation of January 2007 fee app. |
| 4/2/2007 | J. Dolan | 1.70 | Follow up with Debtor on amounts outstanding and preparation of fee analysis. |
| 4/2/2007 | J. Dolan | 1.20 | Final review and edits of quarterly fee application for the 10/1/06 - 12/31/06 period. |
| 4/11/2007 | J. Dolan | 1.30 | Preparation of February 2007 fee application. |
| 4/12/2007 | E. Ordway | 0.40 | Prepared fee application. |
| 4/12/2007 | J. Dolan | 1.20 | Preparation of January 2007 fee application. |
| 4/12/2007 | J. Dolan | 1.50 | Preparation of February 2007 fee application. |
| 4/12/2007 | J. Dolan | 0.80 | Invoice and receivable analysis on a monthly and quarterly basis. |
| 4/12/2007 | N. Backer | 1.80 | Prepared fee application for Jan. 2007. |
| 4/13/2007 | N. Backer | 1.20 | Prepared fee application for Feb. 2007. |
| 4/18/2007 | J. Dolan | 1.20 | Prepared February fee application. |
| 4/19/2007 | J. Dolan | 1.20 | Final review and filing of January fee application. |
| 4/19/2007 | J. Dolan | 1.00 | Final review and filing of February fee application. |
| 4/20/2007 | E. Ordway | 0.20 | Reviewed finalized fee application. |
| 4/20/2007 | N. Backer | 1.50 | Prepared fee application for Feb. 2007. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/23/2007 | J. Dolan | 1.20 | Preparation of fee applications. |
| 4/30/2007 | J. Dolan | 1.20 | Preparation of March fee application. |
| Subtotal | | 20.10 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2007 | J. Dolan | 1.80 | Review of final report to Committee. |
| 4/9/2007 | S. Cunningham | 4.50 | Read Monthly Operating report and prepared analysis thereon. |
| 4/12/2007 | E. Ordway | 0.80 | Read and analyzed monthly report and prepared list of items for staff to follow-up on. |
| 4/12/2007 | J. Dolan | 2.20 | Reviewed and analyzed February 2007 monthly operating reports. |
| 4/13/2007 | E. Ordway | 1.10 | Continued reading monthly operating report. |
| 4/25/2007 | J. Dolan | 1.70 | Preliminarily analyzed 1Q07 results as compared to prior year and plan. |
| 4/25/2007 | J. Dolan | 1.40 | Read and analyzed 1Q07 press release. |
| 4/26/2007 | S. Cunningham | 4.50 | Read Q107 results and prepared analysis thereon. |
| 4/26/2007 | J. Dolan | 1.30 | Began preparation of 1Q07 analysis for committee report. |
| 4/26/2007 | J. Dolan | 2.20 | Continued analysis of 1Q07 results as compared to prior year and plan. |
| 4/30/2007 | J. Dolan | 1.80 | Review of monthly financial operating reports for March 2007. |
| Subtotal | | 23.30 | |

**09. Financial Analysis - Business Plan**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/2/2007 | S. Cunningham | 2.50 | Review FY 2007 Business Plan Report. |
| 4/2/2007 | J. Dolan | 1.70 | Finalized Report for distribution to Committee. |
| 4/2/2007 | J. Dolan | 0.60 | Prepared list of next steps for discussion with Chair and Counsel. |
| 4/11/2007 | S. Cunningham | 3.50 | Prepared analysis of FY 2007 Business plan. |
| 4/11/2007 | J. Dolan | 1.30 | Coordination of files supporting the 2007 Business Plan Report. |
| 4/12/2007 | S. Cunningham | 4.00 | Prepared analysis of FY 2007 Business plan. |
| 4/13/2007 | S. Cunningham | 4.50 | Prepared analysis of FY 2007 Business plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 18.10 | |
| 19. Tax Issues | | | |
| 4/16/2007 | S. Cunningham | 3.80 | Review of final draft lonely parent rule and repatriation tax issues; cost issues |
| 4/24/2007 | S. Cunningham | 3.20 | Read and analyzed Lonely Parent memorandum. |
| Subtotal | | 7.00 | |
| **Total Hours** | | **173.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4/1/07 through 4/30/07

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Telecom** | | | |
| 4/30/2007 | Capstone Expenses | April telephone - Saddle Brook office | $174.26 |
| Subtotal - Telecom | | | $174.26 |
| **Copies** | | | |
| 4/30/2007 | Capstone Expenses | April copies - 6 copies @ .10 ea | $0.60 |
| Subtotal - Copies | | | $0.60 |
| **Postage/FedEx** | | | |
| 4/30/2007 | Capstone Expenses | Inv# 8-790-55877 | $6.84 |
| Subtotal - Postage/FedEx | | | $6.84 |
| **Scans** | | | |
| 4/30/2007 | Capstone Expenses | April scans - 40 scans @ 1.00 ea | $40.00 |
| Subtotal - Scans | | | $40.00 |
| For the Period 4/1/07 through 4/30/07 | | | $221.70 |

Capstone Advisory Group, LLC
Invoice for the April Fee Application

Page 1 of 1