IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SECOND AMENDED NOTICE OF DEPOSITION

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that counsel for the Debtors and attorneys for the Celotex Asbestos Trust and John L. Mekus have conferred to reach an agreement on a mutually convenient date, place and time for their respective depositions to take place.

Pursuant to the agreement of the parties the F.R.C.P. 30(b)(6) deposition of the Celotex Asbestos Trust will be at 1:00 pm (CST), on October 30, 2007, and the deposition of John Mekus will convene immediately following the conclusion of the deposition(s) of Celotex's 30(b)(6) witness(es). These depositions will take place at Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601.

The depositions will continue from day-to-day until complete. The depositions will be taken before an official authorized by law to administer oaths, and, pursuant to Federal Rule of Civil Procedure 30(b)(2), will be recorded by both stenographic means and sound-and-visual means.

DOCS_DE:131875.1

Dated: Wilmington, Delaware
October 16, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

2