## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Objection Deadline: November 13, 2007 at 4:00 p.m.<br>Hearing Date: November 26, 2007 @ 2:00 p.m.<br><br>Re: Docket Nos. 13406 and 15272 |

### NOTICE OF CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' MOTION FOR LEAVE TO FILE THE EXPERT REPORT OF DR. TIM VANDER WOOD

TO:   All parties listed on the attached Service List.

     PLEASE TAKE NOTICE that on October 16, 2007, Claimant State of California, Department of General Services ("DGS"), by and through its undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), the Motion for Leave to File the Expert Report of Dr. Tim Vander Wood (the "Motion").

     PLEASE TAKE FURTHER NOTICE that objections or responses to the Motion, if any, must be in writing and filed on or before **November 13, 2007 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

     PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must also be served so that they are received no later than the Objection Deadline by counsel for DGS – (a) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, Attn: Steven J. Mandelsberg, Esq., and (b) Ballard Spahr Andrews & Ingersoll LLP, 919 North Market Street, 12th Floor, Wilmington, Delaware 19801, Attn: Leslie C. Heilman, Esq.

     A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 26, 2007 AT 2:00 P.M. (Eastern)** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

2

Dated: October 16, 2007
Wilmington, Delaware

                    BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman
     Tobey Marie Daluz, Esq. (No. 3939)
     Leslie C. Heilman, Esq. (No. 4716)
     919 North Market Street, 12th Floor
     Wilmington, Delaware 19801
     Telephone: (302) 252-4465
     Facsimile: (302) 252-4466
     Email: daluzt@ballardspahr.com
            heilmanl@ballardspahr.com

     -and-

HAHN & HESSEN LLP
Steven J. Mandelsberg, Esq. (admitted pro hac)
Christina J. Kang, Esq. (admitted pro hac)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: smandelsberg@hahnhessen.com
       ckang@hahnhessen.com

Counsel for Claimant
State of California, Dep't of General Services