# EXHIBIT "A"



**Focused** on the Science of Small Things

MVA SCIENTIFIC CONSULTANTS

3300 Breckinridge Boulevard • Suite 400 • Duluth, GA 30096
770-662-8509 • FAX 770-662-8532 • www.mvainc.com

**Report of Results: MVA5394**

**Analysis of Settled Dust
State Correctional Facility**

Prepared for:

**State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Tim B. Vander Wood, Ph.D.
Executive Director**

**MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096**

**11 September 2007**



## Report of Results:  MVA5394

### Analysis of Settled Dust - State Correctional Facility

### Introduction

On 1 August 2007, we received four settled dust samples and one blank from Clark Sief Clark, reportedly collected from the State Correctional Facility, End of Hwy 202, Tehachapi, California.  We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 50VA | Unit 2-Education Secretary's office-<br>ceiling hatch surface | S0952 |
| 51VA | Unit 2-Education Mech Rm-Top of storage shelf | S0953 |
| 52VA | Unit 2-T-Bldg. Kitchen-Mop Rm-<br>ceiling access surface | S0954 |
| 53VA | Unit 2-Kitchen mech Rm-Top of ductwork | S0955 |
| 54VA | BLANK | S0956 |

All analyses were carried out in our laboratory during the period 1 August through 7 September 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that might serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this sample originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1. Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 50VA | S0952 | <41,867 |
| 51VA | S0953 | 9,071,111 |
| 52VA | S0954 | 1,395,556 |
| 53VA | S0955 | 195,377,778 |
| 54VA | S0956 | 0 |





## Chain of Custody-
## TEM Micro-Vacuum

HEALTH & SAFETY | ENGINEERING | ENVIRONMENTAL

**Requested TAT (Circle One):** Same Day | One Day (24hr) | Normal (48hr)

**Analysis Type (Circle One):** Air | (Surface) | Bulk | Water

| CSC Project # | Claim # | Sampling By | Date(s) Taken | # of Samples | Page # | Total Pages |
|---|---|---|---|---|---|---|
| 01426S | | FS | 7.30.07 | | 1 | 1 |

**Project Name & Location:**
State Correctional facility
End of Hwy 202 9356
Tehachapi Ca 93561

**Client Information:**
DGS
Glenn Connor

**Sampling Area and/or Building #:**

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 50VA | | Unit 2 - Education secretary's office - ceiling hatch surface | | 10.9 / 10.9 | | 2 min | 1 vo cm² | |
| 51VA | | Unit 2 - Education Mech. Rm - Top of Storage Shelf | | 10.9 / 10.9 | | 2 min | 100 cm² | |
| 52VA | | Unit 2 - T-Bldg Kitchen Mop Rm - Ceiling Access Surface | | 10.9 / 10.9 | | 2 min | 100 cm² | |
| 53VA | | Unit 2 Kitchen Meet. Rm - Top of ductwork | | 10.9 / 10.9 | | 2 min | 1 vo cm² | |
| 54VA | | BLANK | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time |
|---|---|---|---|
| Frank Fest | 7.31.07 | Tim B Vanderveld | 8/1/07 |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time |
| | | | |
| Analysis By (Print & Sign) | | | Analysis Date & Time |
| | | | |

Clark Self Clark: 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.csceng.com

# APPENDIX



# ASTM D5755 Results

## MVA 5394

By:    W.Hill

**Client project number:**

Str/cm =  <u>No Str. X  CFA  X  Total Vol.</u>

          Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:**   S0952     **Client #:**    50.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 1 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**      13955.556     Str/CM2 **LOD =3\* Anal. Sens =**    <u>41866.667</u>

**Total =**           13955.556     Str/CM2

**MVA #:**   S0953     **Client #:**    51.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 52 | 1256 | 8 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**      174444.444    Str/CM2 **LOD =3\* Anal. Sens =**    <u>523333.333</u>

**Total =**           9071111.111   Str/CM2

**MVA #:**   S0954     **Client #:**    52.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 50 | 1256 | 5 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**      27911.111     Str/CM2 **LOD =3\* Anal. Sens =**    <u>83733.333</u>

**Total =**           1395555.556   Str/CM2

**MVA #:**   S0955     **Client #:**    53.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 56 | 1256 | 4 | 0.009 | 0.01 | 100 | 100 |

**Anal. Sens =**      3488888.889   Str/CM2 **LOD =3\* Anal. Sens =**    <u>10466666.667</u>

**Total =**           195377777.778  Str/CM2

**MVA #:**   S0956     **Client #:**    54.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 0 | 1256 | 10 | 0.009 | 1 | 100 | 0 |

**Anal. Sens =**      13955.566\*\*   Str/CM2 **LOD =3\* Anal. Sens =**    41866.667\*\*

**Total =**           0.000         Str/CM2

*\* According to ASTM D6620*

*\*\* Analytical Sensitivity Assuming 100cm^2 Sampling Area*











5394S0952_Vermiculite



5394S0952_Vermiculite

Full Scale 1029 cts Cursor: 0.000
keV

















5394S0953 Amphibole - Other In Vermiculite Matrix





































## MVA Scientific Consultants
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): 100 |
| MVA Sample# | S0952 | Amt Prepped(cm²): 1 |
| Client I.D.: | 50VA | Filter Area (mm²): 1256 |
| Instrument: | Philips 420 | Filter Type: PC 0.2 |
| Magnification: | 20,600 | Openings Analyzed: 10 |
| Acc. Voltage: | 100 | Grid Opening (mm²): 0.009 |

Analyst: WRB
Date: 9/1/07
Page: 1 of 1
Comments: 1.0 ML ANAL.
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F5 | NSD | | | | | | | | |
| | I5 | NSD | | | | | | | | |
| | E8 | NSD | | | | | | | | |
| | B4 | 1 | F | 20.6 | 0.1 | C | C | PHOTO | 10.0 | 0.05 |
| | C1 | NSD | | | | | | | | |
| 2 | E7 | NSD | | | | | | | | |
| | B9 | NSD | | | | | | | | |
| | B1 | NSD | | | | | | | | |
| | C5 | NSD | | | | | | | | |
| | I4 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report091107statecorr

## Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 |
|---|---|
| MVA Sample# | S0953 |
| Client I.D.: | 51VA |
| Instrument: | Philips 420 |
| Magnification: | 20,600 |
| Acc. Voltage: | 100 |

| Amt Collected(cm²): | 100 |
|---|---|
| Amt Prepped(cm²): | 0.1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC 0.2 |
| Openings Analyzed: | 8 |
| Grid Opening (mm²): | 0.009 |

| Analyst: | WRB |
|---|---|
| Date: | 9/3/07 |
| Page: | 1 of 2 |
| Comments: | 0.1 ML ANAL. |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F2 | 1 | F | 7.4 | 0.2 | C | C | PHOTO | 3.6 | 0.10 |
| | | 2 | F | 4.0 | 0.2 | C | | | 1.9 | 0.10 |
| | | 3 | C | 10.5 | 4.5 | C | | | 5.1 | 2.18 |
| | | 4 | B | 22.9 | 0.3 | C | | | 11.1 | 0.15 |
| | | 5 | F | 11.3 | 0.2 | C | | | 5.5 | 0.10 |
| | G4 | 6 | M | 10.5 | 5.5 | C | C | CHRY-VERM PHOTO | 5.1 | 2.67 |
| | | 7 | M | 6.8 | 4.4 | C | | G.O. EDGE | 3.3 | 2.14 |
| | | 8 | F | 1.1 | 0.2 | C | | | 0.5 | 0.10 |
| | | 9 | F | 5.8 | 0.1 | C | | | 2.8 | 0.05 |
| | | 10 | F | 16.6 | 0.1 | | C | | 8.1 | 0.05 |
| | | 11 | F | 4.2 | 0.1 | | C | | 2.0 | 0.05 |
| | | 12 | B | 51.0 | 0.9 | C | C | | 24.8 | 0.44 |
| | H7 | 13 | C | 8.3 | 7 | C | | G.O. EDGE | 4.0 | 3.40 |
| | | 14 | B | 27.5 | 0.6 | C | | | 13.3 | 0.29 |
| | | 15 | F | 5.7 | 0.4 | C | | G.O. EDGE | 2.8 | 0.19 |
| | | 16 | C | 2.4 | 2.3 | C | | | 1.2 | 1.12 |
| | | 17 | F | 5.2 | 0.3 | C | | | 2.5 | 0.15 |
| | | 18 | B | 2.6 | 0.5 | C | C | | 1.3 | 0.24 |
| | D8 | 19 | M | 14.3 | 6 | C | | | 6.9 | 2.91 |
| | | 20 | C | 4.8 | 2.1 | C | | | 2.3 | 1.02 |
| | | 21 | F | 1.3 | 0.2 | C | C | | 0.6 | 0.10 |
| | | 22 | F | 3.1 | 0.3 | C | | | 1.5 | 0.15 |
| | C4 | 23 | F | 9.2 | 0.1 | C | | | 4.5 | 0.05 |
| | | 24 | F | 5.5 | 0.2 | C | | | 2.7 | 0.10 |
| | | 25 | B | 25.7 | 0.3 | C | | G.O. EDGE | 12.5 | 0.15 |
| | | 26 | F | 6.8 | 0.2 | C | | | 3.3 | 0.10 |
| | | 27 | F | 7.0 | 0.2 | C | | | 3.4 | 0.10 |
| | | 28 | F | 10.6 | 0.1 | C | | G.O. EDGE | 5.1 | 0.05 |
| 2 | B3 | 29 | C | 6.2 | 2.7 | C | | | 3.0 | 1.31 |
| | | 30 | C | 7.8 | 3.7 | C | | | 3.8 | 1.80 |
| | | 31 | C | 4.5 | 3.2 | C | C | | 2.2 | 1.55 |
| | | 32 | B | 7.4 | 0.5 | C | | | 3.6 | 0.24 |
| | | 33 | F | 2.3 | 0.2 | C | | | 1.1 | 0.10 |
| | | 34 | F | 4.7 | 0.2 | C | | | 2.3 | 0.10 |
| | | 35 | C | 37.9 | 2.6 | C | | | 18.4 | 1.26 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

## Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 |
| MVA Sample# | S0953 |
| Client I.D.: | 51VA |
| Instrument: | Philips 420 |
| Magnification: | 20,600 |
| Acc. Voltage: | 100 |

| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC 0.2 |
| Openings Analyzed: | 8 |
| Grid Opening (mm²): | 0.009 |

| Analyst: WRB |
| Date: 9/3/07 |
| Page: 2 of 2 |
| Comments: 0.1 ML ANAL. |
| ASTM Method: D6480 |
| or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|------|---------|-------------------|----------------|---------------|--------------|------|-----|----------|----------------|---------------|
| 2 | B3 | 36 | C | 10.4 | 1.9 | C | | | 5.0 | 0.92 |
| | | 37 | M | 13.8 | 5.5 | C | | | 6.7 | 2.67 |
| | C6 | 38 | C | 10.4 | 3.3 | C | | | 5.0 | 1.60 |
| | | 39 | F | 34.0 | 0.3 | C | | | 16.5 | 0.15 |
| | | 40 | F | 17.7 | 0.2 | C | | | 8.6 | 0.10 |
| | | 41 | B | 8.9 | 0.3 | C | C | | 4.3 | 0.15 |
| | | 42 | F | 4.7 | 0.3 | C | | G.O. EDGE | 2.3 | 0.15 |
| | F7 | 43 | B | 8.0 | 0.7 | C | | | 3.9 | 0.34 |
| | | 44 | F | 2.9 | 0.2 | C | | | 1.4 | 0.10 |
| | | 45 | B | 4.3 | 0.3 | C | | | 2.1 | 0.15 |
| | | 46 | M | 12.0 | 2.2 | C | | | 5.8 | 1.07 |
| | | 47 | F | 2.5 | 0.2 | C | | | 1.2 | 0.10 |
| | | 48 | C | 2.9 | 1.6 | C | | | 1.4 | 0.78 |
| | | 49 | F | 2.0 | 0.1 | C | | | 1.0 | 0.05 |
| | | 50 | M | 3.4 | 1.7 | C | | | 1.7 | 0.83 |
| | | 51 | M | 4.1 | 1.3 | C | | | 2.0 | 0.63 |
| | | 52 | B | 8.5 | 0.5 | C | C | | 4.1 | 0.24 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report091107statecorr

## Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 | Amt Collected(cm²): | 100 | | Analyst: WH | |
| MVA Sample# | S0954 | Amt Prepped(cm²): | 1 | | Date: 8/8/2007 | |
| Client I.D.: | 52.VA | Filter Area (mm²): | 1256 | | Page: 1 of 2 | |
| Instrument: | Philips 120 | Filter Type: | PC | | Comments: 1.0 ml | |
| Magnification: | 24,000 | Openings Analyzed: | 5 | | ASTM Method: D6480 | |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|------|---------|-------------------|----------------|---------------|--------------|------|-----|----------|----------------|---------------|
| 1 | B2 | 1 | F | 11 | 0.1 | C | | | 4.6 | 0.04 |
| | | 2 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 3 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 4 | F | 4.6 | 0.2 | C | | | 1.9 | 0.08 |
| | | 5 | M | 1.6 | 0.1 | C | | | 0.7 | 0.04 |
| | | 6 | M | 19.0 | 6.5 | C | C | PHOTO | 7.9 | 2.71 |
| | C4 | 7 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 8 | C | 5.0 | 1.5 | C | | | 2.1 | 0.63 |
| | | 9 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 10 | B | 16.6 | 0.4 | C | | | 6.9 | 0.17 |
| | | 11 | M | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 12 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 13 | M | 32.0 | 0.5 | C | | | 13.3 | 0.21 |
| | | 14 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 15 | C | 4.0 | 1 | C | | | 1.7 | 0.42 |
| | | 16 | B | 42.5 | 0.2 | C | | | 17.7 | 0.08 |
| | | 17 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | D1 | 18 | C | 3.0 | 1 | C | | | 1.3 | 0.42 |
| | | 19 | F | 26.0 | 0.1 | C | | | 10.8 | 0.04 |
| | | 20 | C | 14.5 | 5 | C | | | 6.0 | 2.08 |
| | | 21 | B | 16.5 | 0.4 | C | | | 6.9 | 0.17 |
| | | 22 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 23 | F | 6.0 | 0.2 | C | | | 2.5 | 0.08 |
| | | 24 | C | 36.5 | 9.5 | C | | | 15.2 | 3.96 |
| | | 25 | B | 20.0 | 0.5 | C | | | 8.3 | 0.21 |
| | | 26 | B | 6.5 | 0.5 | C | | | 2.7 | 0.21 |
| | | 27 | C | 21.0 | 8.5 | C/A | C/AO | photo | 8.8 | 3.54 |
| | | 28 | C | 18.0 | 9 | C | | | 7.5 | 3.75 |
| | | 29 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | E3 | 30 | C | 39.5 | 17 | C | | | 16.5 | 7.08 |
| | | 31 | B | 21.5 | 0.9 | C | | | 9.0 | 0.38 |
| | | 32 | C | 13.5 | 6.5 | C | | | 5.6 | 2.71 |
| | | 33 | C | 17.9 | 2.5 | C | | | 7.5 | 1.04 |
| | | 34 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 35 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report091107statecorr

## Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH |
| MVA Sample# | S0954 | Amt Prepped(cm²): | 1 | Date: 8/8/2007 |
| Client I.D.: | 52.VA | Filter Area (mm²): | 1256 | Page: 2 of 2 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: 1.0 ml |
| Magnification: | 24,000 | Openings Analyzed: | 5 | ASTM Method: D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E3 | 36 | F | 2 | 0.1 | C | | | 0.8 | 0.04 |
| | | 37 | C | 11.0 | 5 | C | | | 4.6 | 2.08 |
| | | 38 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 39 | B | 4.5 | 0.5 | C | | | 1.9 | 0.21 |
| | G8 | 40 | B | 7.0 | 0.3 | C | | | 2.9 | 0.13 |
| | | 41 | C | 14.5 | 7 | C | | | 6.0 | 2.92 |
| | | 42 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 43 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 44 | B | 7.0 | 0.9 | C | | | 2.9 | 0.38 |
| | | 45 | B | 5.0 | 0.6 | C | | | 2.1 | 0.25 |
| | | 47 | C | 10.5 | 3.5 | C | | | 4.4 | 1.46 |
| | | 48 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 49 | C | 6.5 | 4.5 | C | | | 2.7 | 1.88 |
| | | 50 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report091107statecorr

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample#: S0955 | Amt Prepped(cm²): 0.01 | Date: 9/4/2007 |
| Client I.D.: 53.VA | Filter Area (mm²): 1256 | Page: 1 of 2 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01 ml |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B5 | 1 | F | 4 | 0.1 | C | | | 1.7 | 0.04 |
| | | 2 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 3 | B | 2.8 | 0.5 | C | | | 1.2 | 0.21 |
| | | 4 | F | 35.0 | 0.1 | C | | | 14.6 | 0.04 |
| | | 5 | F | 21.5 | 0.1 | C | | | 9.0 | 0.04 |
| | | 6 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 7 | B | 2.0 | 0.25 | C | | | 0.8 | 0.10 |
| | | 8 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 9 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 10 | F | 1.5 | 0.2 | C | | | 0.6 | 0.08 |
| | | 11 | B | 4.0 | 0.3 | C | | | 1.7 | 0.13 |
| | | 12 | B | 5.0 | 0.3 | C | | | 2.1 | 0.13 |
| | | 13 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 14 | F | 6.6 | 0.1 | C | | | 2.8 | 0.04 |
| | C7 | 15 | B | 17.0 | 0.6 | C | | | 7.1 | 0.25 |
| | | 16 | B | 3.5 | 0.5 | C | | | 1.5 | 0.21 |
| | | 17 | B | 5.0 | 0.3 | C | | | 2.1 | 0.13 |
| | | 18 | B | 3.0 | 0.5 | C | | | 1.3 | 0.21 |
| | | 19 | B | 4.0 | 0.25 | C | | | 1.7 | 0.10 |
| | | 20 | C | 11.0 | 4 | C | | | 4.6 | 1.67 |
| | | 21 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 22 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 23 | C | 13.5 | 3.5 | C | | | 5.6 | 1.46 |
| | | 24 | C | 5.0 | 2.1 | C | | | 2.1 | 0.88 |
| | | 25 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 26 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 27 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 28 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | D9 | 29 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 30 | C | 8.5 | 1.8 | C | | | 3.5 | 0.75 |
| | | 31 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 32 | B | 6.6 | 0.5 | C | | | 2.8 | 0.21 |
| | | 33 | F | 7.0 | 0.15 | C | | | 2.9 | 0.06 |
| | | 34 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 35 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample# S0955 | Amt Prepped(cm²): 0.01 | Date: 9/4/2007 |
| Client I.D.: 53.VA | Filter Area (mm²): 1256 | Page: 2 of 2 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01 ml |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D9 | 36 | F | 18 | 0.1 | C | | | 7.5 | 0.04 |
| | | 37 | F | 6.4 | 0.1 | C | | | 2.7 | 0.04 |
| | | 38 | F | 5.7 | 0.1 | C | | | 2.4 | 0.04 |
| | | 39 | C | 1.9 | 0.6 | C | | | 0.8 | 0.25 |
| | | 40 | C | 11.5 | 7.5 | C | C | photo | 4.8 | 3.13 |
| | F10 | 41 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 42 | M | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 43 | C | 15.0 | 11 | C | | | 6.3 | 4.58 |
| | | 44 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 45 | M | 26.5 | 0.1 | C | | | 11.0 | 0.04 |
| | | 46 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 47 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 48 | C | 10.1 | 6.5 | C | | | 4.2 | 2.71 |
| | | 49 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 50 | C | 5.5 | 3 | C | | | 2.3 | 1.25 |
| | | 51 | B | 7.0 | 0.7 | C | | | 2.9 | 0.29 |
| | | 52 | C | 5.5 | 2.1 | C | | | 2.3 | 0.88 |
| | | 53 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 54 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 55 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 56 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report091107statecorr

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 0 | Analyst: WH |
| MVA Sample# S0956 | Amt Prepped(cm²): N/A | Date: 8/8/2007 |
| Client I.D.: 54.VA | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1.0 ml |
| Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755    X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A3 | | | | | | | | | |
| | B5 | | | | | | | | | |
| | C7 | | | | | | | | | |
| | D9 | | | | | | | | | |
| | F10 | | | | | | | | | |
| 2 | C2 | | | | | | | | | |
| | B4 | | | | | | | | | |
| | E1 | | | | | | | | | |
| | F3 | | | | | | | | | |
| | H2 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

**Report of Results: MVA5394**

**Analysis of Settled Dust**
**Sierra Smith Regional HQ**

**Prepared for:**

**State of California**
**Dept of General Services**
**Seismic & Special Programs**
**707 West 3rd St.**
**West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Tim B. Vander Wood, Ph.D.**
**Executive Director**

**MVA Scientific Consultants**
**3300 Breckinridge Boulevard**
**Suite 400**
**Duluth, GA 30096**

**11 September 2007**



# Report of Results:  MVA5394

## Analysis of Settled Dust - Sierra Smith Regional HQ

## Introduction

On 1 August 2007, we received four settled dust samples from Clark Sief Clark, reportedly collected from the Sierra Smith Regional HQ, 1234 E. Shaw Ave., Fresno, California. We were asked to determine the asbestos levels in the dust and possible sources for the asbestos. Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|-----------|--------------------|------------|
| 46VA | Office Bldg, Attic/Storage SW corner@wall | S0948 |
| 47VA | Office Bldg, Attic/Storage East-Middle-Along wall | S0949 |
| 48VA | Radio Maintenance Shop N Wall-Beam surface | S0950 |
| 49VA | Radio Maintenance Shop Refrigerator-Top Surface | S0951 |

All analyses were carried out in our laboratory during the period 1 August through 7 September 2007.

## Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that might serve as source indicators were also conducted by TEM/EDS.

## Results and Discussion

The results of analysis for these samples are presented in Table 1. The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples. Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this sample originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1. Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|---|---|---|
| 46VA | S0948 | 362,844 |
| 47VA | S0949 | 1,535,111 |
| 48VA | S0950 | 1,162,963 |
| 49VA | S0951 | 0 |



# Chain of Custody-
# TEM Micro-Vacuum

**S2** HEALTH & SAFETY • ENGINEERING • ENVIRONMENTAL

| Requested TAT (Circle One) | Same Day | One Day (24hr) | Normal (48hr) |
|---|---|---|---|
| Analysis Type (Circle One) | Air | (Surface) | Bulk | Water |

| CSC Project # | Claim # | Sampling By | # of Samples | Date(s) Taken | Page # | of | Total Pages |
|---|---|---|---|---|---|---|---|
| 01426.5 | | FA | 4 | 7.27.07 | 1 | | 1 |

**Project Name & Location:**
Pierre Smith Regional
1234 E. Shaw Ave.
Fresno CA

**Client Information:**
DG-9
Glen Connor

**Sampling Area and/or Building #:**

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 46VA | 7.27.07 | Office Bldg - AHC/Storage SW corner @ wall | | 10.9/ 10.91 | | 2 min | 160 cm² | |
| 47VA | | Office Bldg - AHC/Storage East Middle - Along wall | | | | min | 160 cm² | |
| 48VA | | Radio Maintenance Shop N Wall Brown Surface | | | | min | 160 cm² | |
| 49VA | | Radio Maintenance Shop Refrigerator - Top Surface | | | | 2 min | 160 cm² | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time |
|---|---|---|---|
| DAL O FRANW SCSE | 7.31.07 | Tim B. Vander Wyst  Tim Stand | 8/1/07 |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time |
| | | | Analysis By (Print & Sign) ... Analysis Date & Time |

Clark Self Clark- 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.csceng.com

# ASTM D5755 Results
## MVA 5394

By:    W.Hill

**Client project number:**

Str/cm = <u>No Str. X  CFA  X  Total Vol.</u>

    Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:**  S0948    **Client #:**    46.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 26 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**    13955.556    Str/CM2 **LOD =3\* Anal. Sens =**    <u>41866.667</u>

**Total =**    362844.444    Str/CM2

**MVA #:**  S0949    **Client #:**    47.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 55 | 1256 | 5 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**    27911.111    Str/CM2 **LOD =3\* Anal. Sens =**    <u>83733.333</u>

**Total =**    1535111.111    Str/CM2

**MVA #:**  S0950    **Client #:**    48.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 50 | 1256 | 6 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**    23259.259    Str/CM2 **LOD =3\* Anal. Sens =**    <u>69777.778</u>

**Total =**    1162962.963    Str/CM2

**MVA #:**  S0951    **Client #:**    49.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 0 | 1256 | 9 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**    15506.173    Str/CM2 **LOD =3\* Anal. Sens =**    <u>46518.519</u>

**Total =**    0.000    Str/CM2

*\* According to ASTM D6620*





5394S004 chrysotile str001



structure 001

Full Scale 1020 cts Cursor: 0.000





5394S0946 chrysotile-vermiculite str003          2 um



structure 003

Full Scale 1009 cts Cursor: 0.000

keV































## MVA SCIENTIFIC CONSULTANTS

### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0948 | Amt Prepped(cm²): | 1 |
| Client I.D.: | 46VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 |
| Magnification: | 20,600 | Openings Analyzed: | 10 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: AH
Date: 8/30/2007
Page: 1 of 1
Comments: 1.0 ML ANAL.
ASTM Method: D6480
or D5755   X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D7 | 1 | F | 13 | 0.2 | C | C | | 6.3 | 0.10 |
| | | 2 | F | 15.0 | 0.1 | C | | | 7.3 | 0.05 |
| | B6 | 3 | M | 16.0 | 0.2 | C | | CHRY-VERM | 7.8 | 0.10 |
| | | 4 | F | 15.0 | 0.1 | C | | | 7.3 | 0.05 |
| | | 5 | M | 4.0 | 0.1 | C | | | 1.9 | 0.05 |
| | C4 | 6 | F | 3.0 | 0.1 | C | | | 1.5 | 0.05 |
| | F3 | 7 | B | 22.0 | 1 | C | | | 10.7 | 0.49 |
| | | 8 | F | 4.0 | 0.1 | C | | | 1.9 | 0.05 |
| | G5 | 9 | F | 7.0 | 0.2 | C | | | 3.4 | 0.10 |
| | | 10 | M | 7.0 | 0.3 | C | | | 3.4 | 0.15 |
| | | 11 | F | 8.0 | 0.2 | C | | | 3.9 | 0.10 |
| 2 | F7 | 12 | F | 4.5 | 0.1 | C | | | 2.2 | 0.05 |
| | | 13 | F | 4.0 | 0.1 | C | | | 1.9 | 0.05 |
| | E8 | 14 | F | 5.0 | 0.2 | C | | | 2.4 | 0.10 |
| | | 15 | F | 45.0 | 0.2 | C | | | 21.8 | 0.10 |
| | | 16 | F | 8.0 | 0.2 | C | | | 3.9 | 0.10 |
| | | 17 | F | 2.0 | 0.1 | C | | | 1.0 | 0.05 |
| | C6 | 18 | F | 5.0 | 0.1 | C | | | 2.4 | 0.05 |
| | B4 | 19 | M | 6.0 | 0.2 | C | | | 2.9 | 0.10 |
| | | 20 | M | 11.0 | 0.1 | C | | | 5.3 | 0.05 |
| | | 21 | B | 6.0 | 0.8 | C | | | 2.9 | 0.39 |
| | E3 | 22 | B | 5.0 | 0.3 | C | | | 2.4 | 0.15 |
| | | 23 | M | 3.0 | 0.1 | C | | | 1.5 | 0.05 |
| | | 24 | F | 4.0 | 0.1 | C | | | 1.9 | 0.05 |
| | | 25 | F | 6.0 | 0.2 | C | | | 2.9 | 0.10 |
| | | 26 | F | 9.0 | 0.2 | C | | | 4.4 | 0.10 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report091107sierrasmith

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0949 | Amt Prepped(cm²): | 1 |
| Client I.D.: | 47 VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 5 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: WH
Date: 8/31/2007
Page: 1 of 2
Comments: 1ml
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C6 | 1 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 2 | F | 6.0 | 0.2 | C | | | 2.5 | 0.08 |
| | | 3 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 4 | M | 3.5 | 0.1 | C | C | photo | 1.5 | 0.04 |
| | | 5 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 6 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 7 | F | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | | 8 | B | 10.0 | 1 | C | | | 4.2 | 0.42 |
| | | 9 | M | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 10 | B | 20.0 | 1.1 | C | | | 8.3 | 0.46 |
| | | 11 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 12 | F | 31.0 | 0.1 | C | | | 12.9 | 0.04 |
| | | 13 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | F4 | 14 | B | 10.0 | 0.3 | C | | | 4.2 | 0.13 |
| | | 15 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 16 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 17 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 18 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 19 | B | 9.0 | 0.8 | C | | | 3.8 | 0.33 |
| | | 20 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 21 | B | 4.0 | 0.2 | C | | | 1.7 | 0.08 |
| | | 22 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | | 23 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | I1 | 24 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 25 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 26 | F | 48.0 | 0.1 | C | | | 20.0 | 0.04 |
| | | 27 | M | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 28 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 29 | F | 22.0 | 0.15 | C | | | 9.2 | 0.06 |
| | | 30 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 31 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 32 | F | 2.6 | 0.2 | C | | | 1.1 | 0.08 |
| | | 33 | F | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | | 34 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 35 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report091107sierrasmith

## MVA Scientific Consultants

### Surface Dust Sample Analysis Sheet

| | |
|---|---|
| MVA Project# | 5394 |
| MVA Sample# | S0949 |
| Client I.D.: | 47 VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 5 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: WH | |
| Date: 8/31/2007 | |
| Page: 2 of 2 | |
| Comments: 1ml | |
| ASTM Method: D6480 | |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H10 | 36 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 37 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 38 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 39 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 40 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 41 | M | 1.7 | 0.1 | C | C | photo | 0.7 | 0.04 |
| | | 42 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 43 | M | 5.5 | 0.5 | C | | | 2.3 | 0.21 |
| | | 44 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | J7 | 45 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 46 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 47 | M | 2.5 | 0.3 | C | | | 1.0 | 0.13 |
| | | 48 | M | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 49 | B | 6.5 | 0.5 | C | | | 2.7 | 0.21 |
| | | 50 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 51 | M | 28.0 | 0.1 | C | | | 11.7 | 0.04 |
| | | 52 | F | 6.6 | 0.1 | C | | | 2.8 | 0.04 |
| | | 53 | M | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 54 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 55 | M | 2.0 | 0.1 | C | | | 0.8 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report091107sierrasmith

## Surface Dust Sample Analysis Sheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | | Amt Collected(cm²): | 100 | | | Analyst: | WH | |
| MVA Sample# | S0950 | | | Amt Prepped(cm²): | 1 | | | Date: | 8/31/2007 | |
| Client I.D.: | 48 VA | | | Filter Area (mm²): | 1256 | | | Page: | 1 of 2 | |
| Instrument: | Philips 120 | | | Filter Type: | PC | | | Comments: | 1ml | |
| Magnification: | 24,000 | | | Openings Analyzed: | 6 | | | ASTM Method: | D6480 | |
| Acc. Voltage: | 100 | | | Grid Opening (mm²): | 0.009 | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | J6 | 1 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 2 | M | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | | 3 | M | 6.0 | 0.6 | C | C | photo | 2.5 | 0.25 |
| | | 4 | M | 4.5 | 0.8 | C | | | 1.9 | 0.33 |
| | | 5 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | H2 | 6 | M | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 7 | F | 22.6 | 0.1 | C | | | 9.4 | 0.04 |
| | | 8 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 9 | M | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 10 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 11 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 12 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 13 | M | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 14 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | F1 | 15 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 16 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 17 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 18 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 19 | B | 15.5 | 0.8 | C | | | 6.5 | 0.33 |
| | | 20 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 21 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | | 22 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 23 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | D6 | 24 | F | 42.5 | 0.1 | C | | | 17.7 | 0.04 |
| | | 25 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 26 | F | 10.0 | 0.6 | A | AO | photo | 4.2 | 0.25 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report091107sierrasmith

## Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0950 | Amt Prepped(cm²): | 1 |
| Client I.D.: | 48 VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 420 | Filter Type: | PC |
| Magnification: | 20,600 | Openings Analyzed: | 6 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: WRB
Date: 9/4/07
Page: 2 of 2
Comments: 1ml
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C8 | 27 | F | 2.3 | 0.1 | C | C | | 1.1 | 0.05 |
| | | 28 | F | 8.3 | 0.1 | C | | | 4.0 | 0.05 |
| | | 29 | M | 11.6 | 6 | C | | | 5.6 | 2.91 |
| | | 30 | M | 9.4 | 5.7 | C | C | | 4.6 | 2.77 |
| | | 31 | M | 29.0 | 17 | C | | G.O. EDGE | 14.1 | 8.25 |
| | | 32 | M | 4.9 | 3 | C | | | 2.4 | 1.46 |
| | | 33 | M | 16.7 | 6.4 | | C | | 8.1 | 3.11 |
| | | 34 | B | 1.6 | 0.3 | C | | | 0.8 | 0.15 |
| | | 35 | F | 2.0 | 0.1 | C | | | 1.0 | 0.05 |
| | | 36 | F | 4.8 | 0.1 | C | | | 2.3 | 0.05 |
| | | 37 | M | 2.0 | 1.2 | C | | | 1.0 | 0.58 |
| | | 38 | F | 1.5 | 0.1 | C | | | 0.7 | 0.05 |
| 2 | F2 | 39 | M | 1.3 | 1 | C | | | 0.6 | 0.49 |
| | | 40 | F | 1.9 | 0.1 | C | | | 0.9 | 0.05 |
| | | 41 | F | 3.8 | 0.1 | C | C | | 1.8 | 0.05 |
| | | 42 | F | 6.0 | 0.2 | C | | | 2.9 | 0.10 |
| | | 43 | F | 2.6 | 0.1 | C | | | 1.3 | 0.05 |
| | | 44 | B | 3.9 | 0.4 | C | | | 1.9 | 0.19 |
| | | 45 | M | 4.6 | 3.7 | C | | | 2.2 | 1.80 |
| | | 46 | M | 20.0 | 10.5 | C | | | 9.7 | 5.10 |
| | | 47 | F | 6.8 | 0.2 | C | | | 3.3 | 0.10 |
| | | 48 | F | 2.6 | 0.2 | C | | | 1.3 | 0.10 |
| | | 49 | M | 3.8 | 1 | C | | | 1.8 | 0.49 |
| | | 50 | F | 1.5 | 0.3 | C | C | | 0.7 | 0.15 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report091107sierrasmith

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100 | Analyst: AH |
| MVA Sample# S0951 | Amt Prepped(cm²): 1 | Date: 8/31/2007 |
| Client I.D.: 49VA | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 420 | Filter Type: PC 0.2 | Comments: 1.0 ML ANAL. |
| Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755 X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H5 | NSD | | | | | | | | |
| | G8 | NSD | | | | | | | | |
| | D8 | NSD | | | | | | | | |
| | E5 | NSD | | | | | | | | |
| | F2 | NSD | | | | | | | | |
| 2 | E9 | NSD | | | | | | | | |
| | C7 | NSD | | | | | | | | |
| | D4 | NSD | | | | | | | | |
| | G2 | NSD | | | | | | | | |
| | I4 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos