**Report of Results:  MVA5394**

**Analysis of Settled Dust
Atascadero State Hospital**

**Prepared for:**

**State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Tim B. Vander Wood, Ph.D.
Executive Director**

**MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096**

**30 August 2007**



# Report of Results:  MVA5394

## Analysis of Settled Dust - Atascadero State Hospital

## Introduction

On 1 August 2007, we received five settled dust samples from Clark Sief Clark, reportedly collected from Atascadero State Hospital, NTA Bldg.  We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 32VA | NTA Bldg. Hatch 32, return air plenum, surface | S0934 |
| 33VA | NTA Bldg. North Hallway between 29 & 30, return air plenum, surface | S0935 |
| 34VA | NTA Bldg. Main Hallway West next to Rm 38, return air plenum, surface | S0936 |
| 35VA | NTA Bldg. Hallway between 17 & 18, return air plenum, surface | S0937 |
| 36VA | NTA Bldg. Hallway across from Rm 22, return air plenum, surface | S0938 |

All analyses were carried out in our laboratory during the period 1 August through 30 August 2007.

## Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that might serve as source indicators were also conducted by TEM/EDS.

## Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby



amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.

## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this dust originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1. Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos $Str/cm^2$ |
| --- | --- | --- |
| 32VA | S0934 | 4,605,333 |
| 33VA | S0935 | 2,651,556 |
| 34VA | S0936 | 3,488,889 |
| 35VA | S0937 | 27,911,111 |
| 36VA | S0938 | 13,955,556 |

## Chain of Custody-
## TEM Micro-Vacuum

| Requested TAT (Circle One) | Same Day | One Day (24hr) | Normal (48hr) |
|---|---|---|---|
| Analysis Type (Circle One) | Air | (Surface) Bulk | Water |

| CSC Project # | Claim # | Sampling By | Date(s) Taken | Page # | Total Pages |
|---|---|---|---|---|---|
| 1014265 | | FAS | 7.25.07 | 1 | of 1 |

**Project Name & Location:**   Atascadero State Hosp. Lab  NTA Bldg.

**Client Information:**

**Sampling Area and/or Building #:**

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 32VA | | NTA Bldg. Hallway 3 return air, Hallway Surface between 29/30 - Return | IAQ4C | 10.91 / 10.91 | | 2 m | 100cm² | |
| 33VA | | NTA Bldg. North Hallway between 29/30 Return surface | | surface | | 2 m | 100cm² | |
| 34VA | | NTA Bldg. Main Hallway West net to room U35 - return air plenum surface | | surface | | 2 m | 100 cm² | |
| 35VJ | | NTA Bldg. Hallway between 29/30 + return air plenum surface | | surface | | | | |
| 36VA | | NTA Bldg. Hallway access from room 2.2 / return air surface | | surface | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Analysis Date & Time |
|---|---|---|---|---|---|
| Dave J. Franco SEPT | 7.31.07 | Tim Blunderwood TBlw | 9/1/07 | | |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis Date & Time | |

Clark Self Clark- 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.cscenq.com

# APPENDIX



# ASTM D5755 Results

## MVA 5394

By: W.Hill

**Client project number:**

Str/cm = <u>No Str. X CFA X Total Vol.</u>
Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:** S0934   **Client #:** 32.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 33 | 1256 | 10 | 0.009 | 0.1 | 100 | 100 |

Anal. Sens = 139555.556   Str/CM2  **LOD =3* Anal. Sens =**   <u>418666.667</u>

Total = 4605333.333   Str/CM2

**MVA #:** S0935   **Client #:** 33.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 19 | 1256 | 10 | 0.009 | 0.1 | 100 | 100 |

Anal. Sens = 139555.556   Str/CM2  **LOD =3* Anal. Sens =**   <u>418666.667</u>

Total = 2651555.556   Str/CM2

**MVA #:** S0936   **Client #:** 34.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 25 | 1256 | 10 | 0.009 | 0.1 | 100 | 100 |

Anal. Sens = 139555.556   Str/CM2  **LOD =3* Anal. Sens =**   <u>418666.667</u>

Total = 3488888.889   Str/CM2

**MVA #:** S0937   **Client #:** 35.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. | |
|--------|-----|-----|---------|-------------|------------|------------|--|
| 20 | 1256 | 10 | 0.009 | 0.01 | 100 | 100 | ** |

Anal. Sens = 1395555.556   Str/CM2  **LOD =3* Anal. Sens =**   <u>4186666.667</u>

Total = 27911111.111   Str/CM2

**MVA #:** S0938   **Client #:** 36.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. | |
|--------|-----|-----|---------|-------------|------------|------------|--|
| 10 | 1256 | 10 | 0.009 | 0.01 | 100 | 100 | ** |

Anal. Sens = 1395555.556   Str/CM2  **LOD =3* Anal. Sens =**   <u>4186666.667</u>

Total = 13955555.556   Str/CM2

*\* According to ASTM D6620*

*\*\* Assumed (Sample Area was not indicated on the original chain of custody)*





5394S0934 chrysotile str008



structure 008

O
Fe
Mg
Si
Cu
Cu
Fe    Fe
Cu

Full Scale 1014 cts Cursor: 8.040 (167 cts)    keV





5394S0934 vermiculite spectrum 002                    1 um







5394S0935 chrysotile str001













5394S0936 chrysotile str001

1um



structure 001

O
Fe
Mg
Si
C
Cu
Cu
Fe
Fe
Cu

0    1    2    3    4    5    6    7    8    9    1

Full Scale 1046 cts Cursor: 0.000

keV


MVA SCIENTIFIC CONSULTANTS

5394report083007atascadero



5394S0936 chrysotile-vermiculite str01



structure 011

O
Ti
Fe

Si

Al
Mg
Ca    Zn
K    Cu    K    Ca
K    Ti    Ti

Cu

Fe
Fe

Cu
Zn

0    1    2    3    4    5    6    7    8    9    1
Full Scale 1046 cts Cursor: 0.000                keV





5394S0936 amphibole other spectra 004                    2 um



Spectrum 4

Full Scale 1083 cts Cursor: -0.028  (270 cts)    keV



























## Surface Dust Sample Analysis Sheet

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | | Amt Collected(cm²): | 100 | | | Analyst: | AH |
| MVA Sample# | S0934 | | | Amt Prepped(cm²): | 0.1 | | | Date: | 8/22/2007 |
| Client I.D.: | 32VA | | | Filter Area (mm²): | 1256 | | | Page: | 1 of 1 |
| Instrument: | Philips 420 | | | Filter Type: | PC 0.2 | | | Comments: | |
| Magnification: | 20,600 | | | Openings Analyzed: | 10 | | | ASTM Method: | D6480 |
| Acc. Voltage: | 100 | | | Grid Opening (mm²): | 0.009 | | | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E6 | 1 | F | 6 | 0.2 | C | C | | 2.9 | 0.10 |
| | | 2 | F | 13.0 | 0.2 | C | | | 6.3 | 0.10 |
| | | 3 | F | 11.0 | 0.2 | C | | | 5.3 | 0.10 |
| | | 4 | F | 2.5 | 0.1 | C | | | 1.2 | 0.05 |
| | C7 | 5 | F | 135.0 | 0.2 | C | | | 65.5 | 0.10 |
| | | 6 | F | 72.0 | 0.2 | C | | | 35.0 | 0.10 |
| | B4 | 7 | F | 24.0 | 0.1 | C | | | 11.7 | 0.05 |
| | | 8 | F | 5.5 | 0.2 | C | | | 2.7 | 0.10 |
| | | 9 | F | 4.0 | 0.1 | C | | | 1.9 | 0.05 |
| | | 10 | F | 38.0 | 0.1 | C | | | 18.4 | 0.05 |
| | | 11 | B | 16.0 | 0.3 | C | | | 7.8 | 0.15 |
| | D2 | 12 | F | 27.0 | 0.2 | C | | | 13.1 | 0.10 |
| | | 13 | C | 8.0 | 2 | C | | | 3.9 | 0.97 |
| | | 14 | F | 16.0 | 0.2 | C | | | 7.8 | 0.10 |
| | | 15 | F | 12.0 | 0.2 | C | | | 5.8 | 0.10 |
| | | 16 | C | 22.0 | 3 | C | | | 10.7 | 1.46 |
| | | 17 | B | 11.0 | 0.4 | C | | | 5.3 | 0.19 |
| | G4 | 18 | F | 46.0 | 0.2 | C | | | 22.3 | 0.10 |
| | | 19 | F | 9.0 | 0.2 | C | | | 4.4 | 0.10 |
| | | 20 | F | 10.0 | 0.1 | C | | | 4.9 | 0.05 |
| | | 21 | F | 31.0 | 0.2 | C | | | 15.0 | 0.10 |
| 2 | H5 | 22 | C | 25.0 | 4 | C | | | 12.1 | 1.94 |
| | | 23 | F | 8.0 | 0.2 | C | | | 3.9 | 0.10 |
| | | 24 | B | 26.0 | 0.4 | C | | | 12.6 | 0.19 |
| | I3 | 25 | B | 12.0 | 0.6 | C | | | 5.8 | 0.29 |
| | G2 | 26 | C | 12.0 | 2.5 | C | | | 5.8 | 1.21 |
| | | 27 | F | 5.0 | 0.2 | C | | | 2.4 | 0.10 |
| | E4 | 28 | F | 15.0 | 0.2 | C | | | 7.3 | 0.10 |
| | | 29 | B | 6.0 | 0.3 | C | | | 2.9 | 0.15 |
| | C5 | 30 | F | 15.0 | 0.2 | C | | | 7.3 | 0.10 |
| | | 31 | F | 12.0 | 0.2 | C | | | 5.8 | 0.10 |
| | | 32 | F | 38.0 | 0.2 | C | | | 18.4 | 0.10 |
| | | 33 | C | 12.0 | 1 | C | | | 5.8 | 0.49 |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report083007atascadero

## Surface Dust Sample Analysis Sheet

| MVA Project#: | 5394 | Amt Collected(cm²): | 100 | Analyst: | AH |
|---|---|---|---|---|---|
| MVA Sample#: | S0935 | Amt Prepped(cm²): | 0.1 | Date: | 8/23/2007 |
| Client I.D.: | 33VA | Filter Area (mm²): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I3 | 1 | C | 11 | 5 | C | C | | 5.3 | 2.43 |
| | | 2 | C | 4.5 | 0.2 | C | | | 2.2 | 0.10 |
| | | 3 | M | 18.0 | 7 | C | | CHRY-VERM | 8.7 | 3.40 |
| | G2 | 4 | F | 16.0 | 0.2 | C | | | 7.8 | 0.10 |
| | | 5 | C | 5.0 | 1 | C | | | 2.4 | 0.49 |
| | D2 | 6 | C | 8.0 | 1.5 | C | | | 3.9 | 0.73 |
| | | 7 | B | 18.0 | 1.2 | C | | | 8.7 | 0.58 |
| | | 8 | F | 10.0 | 0.2 | C | | | 4.9 | 0.10 |
| | B4 | 9 | C | 7.0 | 3 | C | | | 3.4 | 1.46 |
| | E6 | 10 | F | 6.0 | 0.2 | C | | | 2.9 | 0.10 |
| | | 11 | B | 5.5 | 0.3 | C | | | 2.7 | 0.15 |
| 2 | I2 | 12 | F | 32.0 | 0.2 | C | | | 15.5 | 0.10 |
| | | 13 | F | 6.0 | 0.1 | C | | | 2.9 | 0.05 |
| | G1 | 14 | F | 4.0 | 0.2 | C | | | 1.9 | 0.10 |
| | E6 | 15 | F | 11.0 | 0.2 | C | | | 5.3 | 0.10 |
| | G10 | 16 | F | 9.0 | 0.2 | C | | | 4.4 | 0.10 |
| | G7 | 17 | F | 18.0 | 0.2 | C | | | 8.7 | 0.10 |
| | | 18 | F | 16.0 | 0.2 | C | | | 7.8 | 0.10 |
| | | 19 | F | 17.0 | 0.2 | C | | | 8.3 | 0.10 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

## Surface Dust Sample Analysis Sheet

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: | AH | | |
| MVA Sample# | S0936 | Amt Prepped(cm²): | 0.1 | Date: | 8/28/2007-8/29/2007 | | |
| Client I.D.: | 34VA | Filter Area (mm²): | 1256 | Page: | 1 of 1 | | |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | 0.1 ML ANAL. | | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: | D6480 | | |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F4 | 1 | F | 9 | 0.2 | C | C | | 4.4 | 0.10 |
| | | 2 | F | 11.0 | 0.2 | C | | | 5.3 | 0.10 |
| | | 3 | F | 12.0 | 0.2 | C | | | 5.8 | 0.10 |
| | D5 | 4 | F | 30.0 | 0.2 | C | | | 14.6 | 0.10 |
| | | 5 | F | 9.0 | 0.1 | C | | | 4.4 | 0.05 |
| | | 6 | C | 12.0 | 3.5 | C | | | 5.8 | 1.70 |
| | C2 | 7 | F | 19.0 | 0.2 | C | | | 9.2 | 0.10 |
| | | 8 | F | 6.0 | 0.1 | C | | | 2.9 | 0.05 |
| | B5 | 9 | F | 14.0 | 0.2 | C | | | 6.8 | 0.10 |
| | | 10 | F | 38.0 | 0.2 | C | | | 18.4 | 0.10 |
| | | 11 | M | 12.0 | 0.2 | C | | | 5.8 | 0.10 |
| | | 12 | F | 7.0 | 0.2 | C | | | 3.4 | 0.10 |
| | | 13 | F | 24.0 | 0.1 | C | | | 11.7 | 0.05 |
| | D7 | 14 | F | 17.0 | 0.2 | C | | | 8.3 | 0.10 |
| | | 15 | C | 20.0 | 3.5 | C | | | 9.7 | 1.70 |
| | | 16 | F | 45.0 | 0.1 | C | | | 21.8 | 0.05 |
| | | 17 | F | 16.0 | 0.2 | C | | | 7.8 | 0.10 |
| 2 | G3 | 18 | F | 8.0 | 0.2 | C | | | 3.9 | 0.10 |
| | E4 | NSD | | | | | | | | |
| | C6 | 19 | F | 3.0 | 0.1 | C | | | 1.5 | 0.05 |
| | | 20 | F | 7.0 | 0.1 | C | | | 3.4 | 0.05 |
| | D8 | 21 | F | 6.0 | 0.2 | C | | | 2.9 | 0.10 |
| | | 22 | C | 16.0 | 2 | C | | | 7.8 | 0.97 |
| | | 23 | C | 11.0 | 2.5 | C | | | 5.3 | 1.21 |
| | F9 | 24 | F | 9.0 | 0.2 | C | | | 4.4 | 0.10 |
| | | 25 | F | 5.0 | 0.1 | C | | | 2.4 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report083007atascadero

## Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 | Amt Collected(cm²): | 100**** | Analyst: | WH |
|---|---|---|---|---|---|
| MVA Sample# | S0937 | Amt Prepped(cm²): | 0.01 | Date: | 8/29/2007 |
| Client I.D.: | 35VA | Filter Area (mm²): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: | 0.01ml |
| Magnification: | 24,000 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C6 | 1 | F | 6.0 | 0.1 | C | C | photo | 2.5 | 0.04 |
| | D8 | 2 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | F9 | 3 | B | 4.5 | 0.25 | C | | | 1.9 | 0.10 |
| | | 4 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 5 | F | 39.5 | 0.1 | C | | | 16.5 | 0.04 |
| | | 6 | F | 6.5 | 0.2 | C | | | 2.7 | 0.08 |
| | | 7 | B | 3.5 | 0.3 | C | | | 1.5 | 0.13 |
| | | 8 | C | 4.0 | 2.5 | C | | | 1.7 | 1.04 |
| | | 9 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | G5 | 10 | B | 6.5 | 0.5 | C | | | 2.7 | 0.21 |
| | H7 | 11 | B | 9.0 | 0.5 | C | | | 3.8 | 0.21 |
| | | 12 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| 2 | G6 | 13 | C | 38.5 | 15.5 | C | | | 16.0 | 6.46 |
| | | 14 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | F4 | 15 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | E2 | 16 | B | 6.0 | 0.2 | C | | | 2.5 | 0.08 |
| | | 17 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | D7 | 18 | F | 32.5 | 0.2 | C | | | 13.5 | 0.08 |
| | C9 | 19 | C | 63.5 | 5.5 | C | | | 26.5 | 2.29 |
| | | 20 | M | 4.5 | 0.2 | C | | | 1.9 | 0.08 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

**** Assumed (Amount Collected was not indicated on the original chain of custody)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report083007atascadero

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100**** | Analyst: WH |
| MVA Sample# S0938 | Amt Prepped(cm²): 0.01 | Date: 8/29/2007 |
| Client I.D.: 36VA | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01ml |
| Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | NSD | | | | | | | | |
| | A10 | 1 | F | 10.5 | 0.1 | C | C | photo | 4.4 | 0.04 |
| | | 2 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | C10 | 3 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 4 | C | 6.0 | 2.5 | C | | | 2.5 | 1.04 |
| | H6 | NSD | | | | | | | | |
| | I4 | NSD | | | | | | | | |
| 2 | A1 | 5 | B | 10.0 | 0.3 | C | | | 4.2 | 0.13 |
| | | 6 | B | 16.0 | 0.2 | C | | | 6.7 | 0.08 |
| | B4 | 7 | B | 6.0 | 0.9 | C | | | 2.5 | 0.38 |
| | E3 | 8 | B | 4.0 | 0.3 | C | | | 1.7 | 0.13 |
| | J6 | 9 | B | 12.5 | 0.6 | C | | photo | 5.2 | 0.25 |
| | | 10 | B | 7.0 | 0.3 | C | | | 2.9 | 0.13 |
| | I10 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

**** Assumed (Amount Collected was not indicated on the original chain of custody)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report083007atascadero

Report of Results:  MVA5394

Analysis of Settled Dust
Conservation Center

Prepared for:

State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605

**Respectfully Submitted by:**

Tim B. Vander Wood, Ph.D.
Executive Director

MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096

29 August 2007



## Report of Results:  MVA5394

## Analysis of Settled Dust - Conservation Center

### Introduction

On 1 August 2007, we received four settled dust samples from Clark Sief Clark, reportedly collected from the Conservation Center, 511 Byrnes Ferry Rd, Jamestown, California.  We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 42VA | Hallway-bet Rm 129 & 184, Ceiling hatch-surface | S0944 |
| 43VA | Hallway-across from Rm 182, Ceiling hatch-surface | S0945 |
| 44VA | Hallway-across from Rm 147, Ceiling hatch-surface | S0946 |
| 45VA | Visitor's hall, ceiling hatch surface | S0947 |

All analyses were carried out in our laboratory during the period 1 August through 29 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that might serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing matrix associated with chrysotile fibers.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing.

### Table 1. Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 42VA | S0944 | 237,244 |
| 43VA | S0945 | 139,556 |
| 44VA | S0946 | 446,578 |
| 45VA | S0947 | 237,244 |

5>/?

# Chain of Custody-
# TEM Micro-Vacuum

**Requested TAT (Circle One)**
**Analysis Type (Circle One)**

| Same Day | One Day (24hr) | Normal (48hr) |
|---|---|---|
| Air | (Surface) | Bulk   Water |

| CSC Project # | Claim # | Sampling By | | # of Samples | Date(s) Taken | Page # | Of | Total Pages |
|---|---|---|---|---|---|---|---|---|
| 10142 5 | | FAT | | 4 | 7.26.07 | | | |

**Project Name & Location:**
Consurvativa Center
5160 Obyrnes Ferry Rd.
Jamestown Ca

**Client Information:**
DGS
Glenn Conner

**Sampling Area and/or Building #:** Administration Bldg.

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 42VA | 7.26.07 | Hallway 1 - 9ct. Rm. 129 #198 ceiling tile/ell surface | | 10.9 / 10.9 | | 2 min | 100 und | |
| 43VA | 7.26.07 | Hallway - across from Rm 182 ceiling tile/ surface | | | | | | |
| 44 VA | 1 | Hallway - across from Rm 141 ceiling tile - surface | | | | | | |
| 45 VA | 1 | Visitors Mall - ceiling tile surface | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Analysis By (Print & Sign) |
|---|---|---|---|
| Frank Self | 7.31.07 | Tim BVanishland | Date & Time |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis Date & Time |

Clark Self Clark- 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.csceng.com

# ASTM D5755 Results

## MVA 5394

By:        W.Hill

**Client project number:**

Str/cm = <u>No Str. X  CFA  X  Total Vol.</u>

Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:**    S0944    **Client #:**    42.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 17 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**        13955.556    Str/CM2 **LOD =3* Anal. Sens =**    <u>41866.667</u>

**Total =**        237244.444    Str/CM2

**MVA #:**    S0945    **Client #:**    43.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 10 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**        13955.556    Str/CM2 **LOD =3* Anal. Sens =**    <u>41866.667</u>

**Total =**        139555.556    Str/CM2

**MVA #:**    S0946    **Client #:**    44.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 32 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**        13955.556    Str/CM2 **LOD =3* Anal. Sens =**    <u>41866.667</u>

**Total =**        446577.778    Str/CM2

**MVA #:**    S0947    **Client #:**    45.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 17 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**        13955.556    Str/CM2 **LOD =3* Anal. Sens =**    <u>41866.667</u>

**Total =**        237244.444    Str/CM2

***According to ASTM D6620***



















































MVA SCIENTIFIC CONSULTANTS

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample# S0944 | Amt Prepped(cm²): 1 | Date: 8/27/2007 |
| Client I.D.: 42VA | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1ml |
| Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755 X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 2 | F | 15.5 | 0.1 | C | C | | 6.5 | 0.04 |
| | | 3 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | D8 | 4 | C | 5.6 | 1 | C | | | 2.3 | 0.42 |
| | | 5 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | E3 | 6 | F | 15.5 | 0.1 | C | C | PHOTO | 6.5 | 0.04 |
| | | 7 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | G1 | NSD | | | | | | | | |
| | J9 | 8 | B | 35.5 | 1.5 | C | | | 14.8 | 0.63 |
| 2 | C2 | NSD | | | | | | | | |
| | B6 | 9 | B | 5.5 | 0.2 | C | | | 2.3 | 0.08 |
| | | 10 | C | 4.0 | 1.2 | C | | | 1.7 | 0.50 |
| | D8 | 11 | B | 21.5 | 0.3 | C | | | 9.0 | 0.13 |
| | G4 | 12 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 13 | C | 27.0 | 4.5 | C | | | 11.3 | 1.88 |
| | | 14 | C | 16.0 | 7 | C | | | 6.7 | 2.92 |
| | | 15 | B | 6.5 | 0.2 | C | | | 2.7 | 0.08 |
| | I5 | 16 | F | 45.0 | 0.1 | C | | | 18.8 | 0.04 |
| | | 17 | B | 5.0 | 0.7 | C | | | 2.1 | 0.29 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysolite, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907conservation

## MVA SCIENTIFIC CONSULTANTS

### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample# S0945 | Amt Prepped(cm²): 1 | Date: 8/29/2007 |
| Client I.D.: 43VA | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1ml |
| Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C1 | 1 | C | 15.4 | 4.5 | C | C | photo | 6.4 | 1.88 |
| | B5 | NSD | | | | | | | | |
| | E2 | 2 | F | 6.5 | 0.15 | C | | | 2.7 | 0.06 |
| | F4 | 3 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | G6 | 4 | M | 1.7 | 0.1 | C | | | 0.7 | 0.04 |
| 2 | D7 | NSD | | | | | | | | |
| | C4 | 5 | M | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 6 | F | 6.4 | 0.1 | C | | | 2.7 | 0.04 |
| | E2 | NSD | | | | | | | | |
| | G3 | 7 | B | 13.0 | 2 | C | | | 5.4 | 0.83 |
| | | 8 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 9 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | I5 | 10 | M | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907conservation

## Surface Dust Sample Analysis Sheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected(cm²): | 100 | | | | Analyst: WH | | |
| MVA Sample# | S0946 | | Amt Prepped(cm²): | 1 | | | | Date: 8/29/2007 | | |
| Client I.D.: | 44VA | | Filter Area (mm²): | 1256 | | | | Page: 1 of 1 | | |
| Instrument: Philips 120 | | | Filter Type: | PC | | | | Comments: 1ml | | |
| Magnification: | 24,000 | | Openings Analyzed: | 10 | | | | ASTM Method: D6480 | | |
| Acc. Voltage: | 100 | | Grid Opening (mm²): | 0.009 | | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I4 | NSD | | | | | | | | |
| | H2 | 1 | C | 17.5 | 10 | C | C | photo | 7.3 | 4.17 |
| | | 2 | M | 2.5 | 0.1 | C | | photo | 1.0 | 0.04 |
| | | 3 | B | 37.0 | 1.5 | C | | | 15.4 | 0.63 |
| | | 4 | B | 8.0 | 0.2 | C | | | 3.3 | 0.08 |
| | F1 | 5 | C | 12.5 | 5 | C | | | 5.2 | 2.08 |
| | | 6 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 7 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | D6 | 8 | C | 21.0 | 2.5 | C | | | 8.8 | 1.04 |
| | | 9 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 10 | F | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | B1 | 11 | F | 28.5 | 0.1 | C | | | 11.9 | 0.04 |
| | | 12 | B | 6.0 | 0.9 | C | | | 2.5 | 0.38 |
| | | 13 | B | 17.5 | 2.5 | C | | | 7.3 | 1.04 |
| 2 | B2 | 14 | M | 21.0 | 0.1 | C | | | 8.8 | 0.04 |
| | | 15 | F | 11.5 | 0.2 | C | | | 4.8 | 0.08 |
| | | 16 | B | 11.0 | 1.6 | C | | | 4.6 | 0.67 |
| | | 17 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | A4 | 18 | C | 11.0 | 7 | C | | | 4.6 | 2.92 |
| | | 19 | F | 1.9 | 0.2 | C | | | 0.8 | 0.08 |
| | | 20 | B | 25.0 | 0.4 | C | | | 10.4 | 0.17 |
| | | 21 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 22 | B | 13.0 | 0.4 | C | | | 5.4 | 0.17 |
| | E3 | 23 | B | 9.0 | 0.5 | C | | | 3.8 | 0.21 |
| | | 24 | F | 5.0 | 0.15 | C | | | 2.1 | 0.06 |
| | | 25 | B | 41.5 | 1.5 | C | | | 17.3 | 0.63 |
| | | 26 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | F7 | 27 | M | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 28 | F | 25.5 | 0.1 | C | | | 10.6 | 0.04 |
| | | 29 | F | 25.0 | 0.1 | C | | | 10.4 | 0.04 |
| | | 30 | M | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 31 | F | 3.7 | 0.1 | C | | | 1.5 | 0.04 |
| | | 32 | B | 6.5 | 0.25 | C | | | 2.7 | 0.10 |
| | I5 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907conservation

## Surface Dust Sample Analysis Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | | Analyst: | WH |
| MVA Sample# | S0947 | Amt Prepped(cm²): | 1 | | Date: | 8/29/2007 |
| Client I.D.: | 45VA | Filter Area (mm²): | 1256 | | Page: | 1 of 1 |
| Instrument: | Philips 120 | Filter Type: | PC | | Comments: | 1ml |
| Magnification: | 24,000 | Openings Analyzed: | 10 | | ASTM Method: | D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | F | 7.0 | 0.1 | C | C | PHOTO | 2.9 | 0.04 |
| | C6 | 2 | C | 6.5 | 1 | C | | | 2.7 | 0.42 |
| | D8 | 3 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | F7 | 4 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | J4 | 5 | F | 42.5 | 0.1 | C | | | 17.7 | 0.04 |
| 2 | J1 | 6 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 7 | B | 16.0 | 0.4 | C | | | 6.7 | 0.17 |
| | | 8 | F | 10.6 | 0.1 | C | | | 4.4 | 0.04 |
| | H9 | NSD | | | | | | | | |
| | F2 | 9 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 10 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 11 | C | 5.6 | 4 | C | | | 2.3 | 1.67 |
| | D5 | 12 | B | 9.0 | 1.1 | C | | | 3.8 | 0.46 |
| | | 13 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | C2 | 14 | F | 14.5 | 0.1 | C | | | 6.0 | 0.04 |
| | | 15 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 16 | B | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 17 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907conservation