# Report of Results:  MVA5394

## Analysis of Settled Dust -  Fairview Treatment Center

### Introduction

On 23 July 2007, we received five settled dust samples from Clark Sief Clark, reportedly collected from the Fairview Treatment Center, 2501 Harbor Blvd, Costa Mesa, California.  We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 22VA | 4th floor, Room 4003 Top of black musical storage cabinet | S0880 |
| 23VA | 3rd floor, Rm 3120 Top of storage shelf | S0881 |
| 24VA | 3rd floor, Rm 3026 Top of TV cabinet | S0882 |
| 25VA | 2nd floor, Rm 2023 Top of TV cabinet | S0883 |
| 26VA | 1st floor, Rm 1055 Communications Rm- Top of Panel C | S0884 |

All analyses were carried out in our laboratory during the period 23 July through 27 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that may serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this sample originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1. Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 22VA | S0880 | None Detected |
| 23VA | S0881 | None Detected |
| 24VA | S0882 | None Detected |
| 25VA | S0883 | <41,866 |
| 26VA | S0884 | 837,333 |



# Chain of Custody-
# TEM Micro-Vacuum

HEALTH · SAFETY · ENGINEERING · ENVIRONMENTAL

| CSC Project # | Claim # | Sampling By | Requested TAT (Circle One) | Same Day | One Day (24hr) | Normal (48hr) |
|---|---|---|---|---|---|---|
| 1014265 | | FAS | Analysis Type (Circle One) | Air | (Surface) Bulk | Water |

**Project Name & Location:**
Fairview Treatment Center
2501 Harbor Blvd.
Costa Mesa, Ca

| Date(s) Taken | # of Samples | Page # | Total Pages |
|---|---|---|---|
| 7.19.07 | 5 | | Of |

**Client Information:** DCS
Glenn Connor

**Sampling Area and/or Building #:**

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 22VA | 7.19.07 | 4th floor Rm 1003 | IAQ #1 | 10.91 / 10.91 | | 2 min | 1 mm² | |
| 23VA | " | Top of black musical storage Cab | | 10.91 / 10.91 | | 2 min | 1 mm² | |
| | | 3rd floor Rm 3030 | IAQ #6 | | | | | |
| | | Top of storage shelf | | | | | | |
| 24VA | " | 3rd floor Rm 3020 | | 10.91 / 10.91 | | 2 mm | 1 mm² | |
| | | Top of TV cabinet | | | | | | |
| 25VA | " | 2nd floor Rm 2023 | | 10.91 / 10.91 | | 2 mm | 1 mm² | |
| | | Top of TV cabinet | | | | | | |
| 26VA | " | 1st floor Rm 1005 | | 10.91 / 10.91 | | 2 mm | 1 mm² | |
| | | Communication Rm - Top of Panel | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Date & Time |
|---|---|---|---|---|---|
| [signature] J FRANCO SESF | 7.19.07 | [signature] Gin S.D | | Tim B Vanckstr | 7/23/07 |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis Date & Time | |

Clark Self Clark- 21732 Devonshire Street, 2nd Floor, Chatsworth, CA  91311, Ph (818) 727-2553, Fax (818) 727-2556
www.cscena.com

# APPENDIX



# ASTM D5755 Results

## MVA 5394

By:     W.Hill

Client project number:

Str/cm = $\dfrac{\text{No Str. X  CFA  X  Total Vol.}}{\text{Grid Op. X GO Area X Vol Filt X Area Sampled}}$

MVA #:    S0880      Client #:    22.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 0 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

Anal. Sens =      13955.556      Str/CM2  LOD =3* Anal. Sens =      41866.667

Total =            0.000         Str/CM2


MVA #:    S0881      Client #:    23.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 0 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

Anal. Sens =      13955.556      Str/CM2 **LOD =3* Anal. Sens =**      41866.667

Total =            0.000         Str/CM2


MVA #:    S0882      Client #:    24.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 0 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

Anal. Sens =      13955.556      Str/CM2 **LOD =3* Anal. Sens =**      41866.667

Total =            0.000         Str/CM2


MVA #:    S0883      Client #:    25.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 2 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

Anal. Sens =      13955.556      Str/CM2 **LOD =3* Anal. Sens =**      41866.667

Total =            27911.111     Str/CM2


MVA #:    S0884      Client #:    26.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 60 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

Anal. Sens =      13955.556      Str/CM2 **LOD =3* Anal. Sens =**      41866.667

Total =            837333.333    Str/CM2


*According to ASTM D6620*

























## Surface Dust Sample Analysis Sheet

| | |
|---|---|
| MVA Project# | 5394 |
| MVA Sample# | S0880 |
| Client I.D.: | 22.VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/13/2007 |
| Page: | 1 of 1 |
| Comments: | 1 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C1 | NSD | | | | | | | | |
| | B7 | NSD | | | | | | | | |
| | D4 | NSD | | | | | | | | |
| | F8 | NSD | | | | | | | | |
| | I5 | NSD | | | | | | | | |
| 2 | A7 | NSD | | | | | | | | |
| | C6 | NSD | | | | | | | | |
| | D9 | NSD | | | | | | | | |
| | G8 | NSD | | | | | | | | |
| | H10 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907fairview

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0881 | |
| Client I.D.: | 23.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/14/2007 |
| Page: | 1 of 1 |
| Comments: | 1 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | NSD | | | | | | | | |
| | C4 | NSD | | | | | | | | |
| | D1 | NSD | | | | | | | | |
| | E7 | NSD | | | | | | | | |
| | I6 | NSD | | | | | | | | |
| 2 | A6 | NSD | | | | | | | | |
| | B4 | NSD | | | | | | | | |
| | D3 | NSD | | | | | | | | |
| | F2 | NSD | | | | | | | | |
| | H7 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907fairview

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0882 | |
| Client I.D.: | 24.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/16/2007 |
| Page: | 1 of 1 |
| Comments: | 1.0 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G3 | NSD | | | | | | | | |
| | H5 | NSD | | | | | | | | |
| | I7 | NSD | | | | | | | | |
| | J9 | NSD | | | | | | | | |
| | D8 | NSD | | | | | | | | |
| 2 | H6 | NSD | | | | | | | | |
| | I4 | NSD | | | | | | | | |
| | E3 | NSD | | | | | | | | |
| | C8 | NSD | | | | | | | | |
| | A6 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907fairview

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0883 | |
| Client I.D.: | 25.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm$^2$): | 100 |
| Amt Prepped(cm$^2$): | 1 |
| Filter Area (mm$^2$): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm$^2$): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/16/2007 |
| Page: | 1 of 1 |
| Comments: | 1.0 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B3 | | | | | | | | | |
| | A5 | | | | | | | | | |
| | C7 | | | | | | | | | |
| | E8 | | | | | | | | | |
| | H6 | 1 | F | 3.8 | 0.1 | C | | | 1.6 | 0.04 |
| 2 | I8 | | | | | | | | | |
| | H6 | | | | | | | | | |
| | F4 | | | | | | | | | |
| | D2 | 2 | F | 35.5 | 0.1 | C | | | 14.8 | 0.04 |
| | B1 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907fairview

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0884 | |
| Client I.D.: | 26.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/14/2007 |
| Page: | 1 of 2 |
| Comments: | 1 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B8 | 1 | F | 6 | 0.1 | C | | | 2.5 | 0.04 |
| | | 2 | M | 5.0 | 0.6 | C | C | photo | 2.1 | 0.25 |
| | | 3 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 4 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 5 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 6 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 7 | M | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 8 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 9 | M | 23.5 | 0.1 | C | | | 9.8 | 0.04 |
| | | 10 | F | 12.0 | 0.1 | C | C | photo | 5.0 | 0.04 |
| | C5 | 11 | B | 40.1 | 4.5 | C | | | 16.7 | 1.88 |
| | | 12 | M | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 13 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 14 | F | 26.5 | 0.1 | C | | | 11.0 | 0.04 |
| | D2 | 15 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 16 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 17 | F | 5.0 | 0.2 | C | | | 2.1 | 0.08 |
| | | 18 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 19 | M | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | G3 | 20 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 21 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 22 | F | 15.6 | 0.1 | C | | | 6.5 | 0.04 |
| | J7 | 23 | F | 53.0 | 0.1 | C | | | 22.1 | 0.04 |
| | | 24 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 25 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 26 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 27 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| 2 | B3 | 28 | B | 10.5 | 0.5 | C | | | 4.4 | 0.21 |
| | | 29 | F | 8.0 | 0.5 | A | AO | Amphibole "other" | 3.3 | 0.21 |
| | | 30 | M | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 31 | B | 5.5 | 0.2 | C | | | 2.3 | 0.08 |
| | | 32 | B | 32.2 | 0.4 | C | | | 13.4 | 0.17 |
| | | 33 | B | 5.0 | 0.2 | C | | | 2.1 | 0.08 |
| | | 34 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | C5 | 35 | B | 55.5 | 1.5 | C | | | 23.1 | 0.63 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907fairview

## Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 |
|---|---|
| MVA Sample# | S0884 |
| Client I.D.: | 26.VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| Amt Collected(cm²): | 100 |
|---|---|
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.009 |

| Analyst: WH |
|---|
| Date: 8/14/2007 |
| Page: 2 of 2 |
| Comments: 1 ml |
| ASTM Method: D6480 |
| or D5755    X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | C5 | 36 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | | 37 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 38 | F | 21.0 | 0.1 | C | | | 8.8 | 0.04 |
| | | 39 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 40 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 41 | M | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 42 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | D3 | 43 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 44 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 45 | M | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 46 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 47 | M | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 48 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 49 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 50 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | E8 | 51 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 52 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 53 | B | 20.5 | 0.5 | C | | | 8.5 | 0.21 |
| | | 54 | M | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | G7 | 55 | B | 7.5 | 0.2 | C | | | 3.1 | 0.08 |
| | | 56 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 57 | F | 17.5 | 0.1 | C | | | 7.3 | 0.04 |
| | | 58 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 59 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 60 | B | 67.0 | 0.3 | C | | | 27.9 | 0.13 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**Report of Results:  MVA5394**

**Analysis of Settled Dust
Stockton State Building**

**Prepared for:**

**State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Tim B. Vander Wood, Ph.D.
Executive Director**

**MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096**

**29 August 2007**



# Report of Results:  MVA5394

## Analysis of Settled Dust - Stockton State Building

### Introduction

On 20 July 2007, we received five settled dust samples from Clark Sief Clark, reportedly collected from the Stockton State Building at 31 E. Channel Street, Stockton, California. We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 01.VA | 2nd Floor, Room #219A, Ceiling Tile Surface | S0832 |
| 02.VA | 2nd Floor, Room #218, Ceiling Tile Surface | S0833 |
| 03.VA | 4th Floor, Room #400, Ceiling Tile Surface | S0834 |
| 04.VA | 3rd Floor, Room #306 Storage, Ceiling Tile Surface | S0835 |
| 05.VA | 1st Floor, 108-Kitchen, Ceiling Tile Surface | S0836 |

All analyses were carried out in our laboratory during the period 20 July through 27 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that may serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos.  Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphiboles consistent with "Libby amphiboles" were also found, indicating that the vermiculite in this sample originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1.  Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 01-VA | S0832 | 13,490,370 |
| 02-VA | S0833 | 307,022 |
| 03-VA | S0834 | 22,328,889 |
| 04-VA | S0835 | <4,187 |
| 05-VA | S0836 | 11,862,222 |



5399

## Chain of Custody-
## TEM Micro-Vacuum

| | | Requested TAT (Circle One) | Same Day | One Day (24hr) | Normal (48hr) |
|---|---|---|---|---|---|
| | | Analysis Type (Circle One) | Air | Surface (circled) | Bulk  Water |

| CSC Project # | Claim # | Sampling By | # of Samples | Date(s) Taken | Page # | | Total Pages |
|---|---|---|---|---|---|---|---|
| 101425 | | FS | 5 | 7.17.2007 | 1 | Of | 1 |

**Project Name & Location:** W.R. Grace State Building Stockton State Building 31 E. Channel Street Stockton, CA

**Client Information:** DGS   Glenn Conner

**Sampling Area and/or Building #:**

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 01.VA | 7.17.07 | 2nd Floor - Room #2.19.A Ceiling tile surface | IAQ #6 | 9.7 / 9.77 | | 2 min. | 100 cm² | |
| 02-VA | 7.17.07 | 2nd Floor - Room #2.18 Ceiling tile surface | " | 10.9 / 10.91 | | 2 min | 100 cm² | |
| 03-VA | 7.17.07 | 4th Floor - Room #4.0.0 Ceiling tile surface | " | 10.9 / 10.91 | | 2 min | 100 cm² | |
| 04.VA | 7.17.07 | 3rd Floor - Room 306 Storage - Ceiling tile surface | " | 10.91 / 10.91 | | 2 min | 100 cm² | |
| 05.VA | 7.17.07 | 1st Floor - 108 Kitchen Ceiling tile surface | Y | 10.91 / 10.91 | | 2 min | 100 cm² | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Date & Time |
|---|---|---|---|---|---|
| FRANK SEB | 7.19.07 PCH3 | Randall | 7/20/07 | | |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis Date & Time | |

Clark Self Clark: 21732 Devonshire Street, 2nd Floor, Chatsworth, CA  91311, Ph (818) 727-2553, Fax (818) 727-2556
www.csceng.com

# APPENDIX



# ASTM D5755 Results
## MVA 5394
By:     W.Hill

**Client project number:**

Str/cm = No Str. X  CFA  X  Total Vol.
           Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:** S0832     **Client #:**     01.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 58 | 1256 | 6 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**     232592.593     Str/CM2   **LOD =3\* Anal. Sens =**     697777.778
**Total =**     13490370.370     Str/CM2

**MVA #:** S0833     **Client #:**     02.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 22 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**     13955.556     Str/CM2   **LOD =3\* Anal. Sens =**     41866.667
**Total =**     307022.222     Str/CM2

**MVA #:** S0834     **Client #:**     03.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 64 | 1256 | 4 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**     348888.889     Str/CM2   **LOD =3\* Anal. Sens =**     1046666.667
**Total =**     22328888.889     Str/CM2

**MVA #:** S0835     **Client #:**     04.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 2 | 1256 | 10 | 0.009 | 10 | 100 | 100 |

**Anal. Sens =**     1395.556     Str/CM2   **LOD =3\* Anal. Sens =**     4186.667
**Total =**     2791.111     Str/CM2

**MVA #:** S0836     **Client #:**     05.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 51 | 1256 | 6 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**     232592.593     Str/CM2   **LOD =3\* Anal. Sens =**     697777.778
**Total =**     11862222.222     Str/CM2

***\* According to ASTM D6620***































5394_S0833_matrix-asbestos

Full Scale 1093 cts Cursor: 0.000









































5394_S0836_matrix_asbestos

Full Scale 779 cts Cursor: 0.000



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected($cm^2$): | 100 | | | Analyst: WH | | |
| MVA Sample# | S0832 | | Amt Prepped($cm^2$): | 0.1 | | | Date: 7/26/07 - 7/27/07 | | |
| Client I.D.: | 01.VA | | Filter Area ($mm^2$): | 1256 | | | Page: 1 of 2 | | |
| Instrument: Philips120 | | | Filter Type: | PC | | | Comments: 0.1ml | | |
| Magnification: | 24,000 | | Openings Analyzed: | 6 | | | ASTM Method: D6480 | | |
| Acc. Voltage: | 100 | | Grid Opening ($mm^2$): | 0.009 | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H1 | 1 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 2 | B | 11.5 | 0.6 | C | C | photo | 4.8 | 0.25 |
| | | 3 | F | 22.0 | 0.1 | C | | | 9.2 | 0.04 |
| | | 4 | B | 6.0 | 0.2 | C | | | 2.5 | 0.08 |
| | | 5 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 6 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | I3 | 7 | F | 10.0 | 0.2 | C | | | 4.2 | 0.08 |
| | | 8 | F | 15.0 | 0.1 | C | | | 6.3 | 0.04 |
| | | 9 | B | 5.0 | 0.2 | C | | | 2.1 | 0.08 |
| | | 10 | B | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 11 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 12 | B | 7.0 | 0.2 | C | | | 2.9 | 0.08 |
| | G5 | 13 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 14 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 15 | B | 4.5 | 0.2 | C | | | 1.9 | 0.08 |
| | | 16 | F | 2.9 | 0.1 | C | | | 1.2 | 0.04 |
| | | 17 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 18 | F | 2.1 | 0.15 | C | | | 0.9 | 0.06 |
| | | 19 | B | 3.6 | 0.2 | C | | | 1.5 | 0.08 |
| | | 20 | C | 6.0 | 4 | C | | | 2.5 | 1.67 |
| | | 21 | F | 5.6 | 1 | A | AO | Amphibole "other" | 2.3 | 0.42 |
| | | 22 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 23 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | F7 | 24 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 25 | F | 17.5 | 0.1 | C | | | 7.3 | 0.04 |
| | | 26 | F | 3.0 | 0.15 | C | | | 1.3 | 0.06 |
| | | 27 | B | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | | 28 | F | 21.5 | 0.1 | C | | | 9.0 | 0.04 |
| | | 29 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 30 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |
| | | 31 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 32 | F | 18.0 | 0.1 | C | | | 7.5 | 0.04 |
| | | 33 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | G9 | 34 | F | 18.0 | 0.1 | C | | | 7.5 | 0.04 |
| | | 35 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907stockton

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample#: S0832 | Amt Prepped(cm²): 0.1 | Date: 7/26/07 - 7/27/07 |
| Client I.D.: 01.VA | Filter Area (mm²): 1256 | Page: 2 of 2 |
| Instrument: Philips120 | Filter Type: PC | Comments: 0.1ml |
| Magnification: 24,000 | Openings Analyzed: 6 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G9 | 36 | F | 4 | 0.1 | C | | | 1.7 | 0.04 |
| | | 37 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 38 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 39 | F | 36.0 | 0.1 | C | | | 15.0 | 0.04 |
| | | 40 | B | 3.0 | 0.25 | C | | | 1.3 | 0.10 |
| | | 41 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 42 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 43 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 44 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 45 | B | 5.0 | 0.3 | C | | | 2.1 | 0.13 |
| | | 46 | B | 7.5 | 0.15 | C | | | 3.1 | 0.06 |
| 2 | E4 | 47 | B | 26.5 | 0.5 | C | | | 11.0 | 0.21 |
| | | 48 | F | 31.5 | 0.1 | C | | | 13.1 | 0.04 |
| | | 49 | B | 3.0 | 0.3 | C | | | 1.3 | 0.13 |
| | | 50 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 51 | C | 29.0 | 15 | C | | | 12.1 | 6.25 |
| | | 52 | F | 3.0 | 0.15 | C | | | 1.3 | 0.06 |
| | | 53 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 54 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 55 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 56 | B | 3.0 | 0.5 | C | | | 1.3 | 0.21 |
| | | 57 | C | 27.0 | 9 | C | | | 11.3 | 3.75 |
| | | 58 | C | 9.0 | 7 | C | | | 3.8 | 2.92 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907stockton

# MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0833 | |
| Client I.D.: | 02.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | | |
|---|---|---|
| Amt Collected(cm²): | 100 | |
| Amt Prepped(cm²): | 1 | |
| Filter Area (mm²): | 1256 | |
| Filter Type: | PC | |
| Openings Analyzed: | 10 | |
| Grid Opening (mm²): | 0.009 | |

| | | |
|---|---|---|
| Analyst: | WH | |
| Date: | 7/26/2007 | |
| Page: | 1 of 1 | |
| Comments: | 1.0 ml | |
| ASTM Method: | D6480 | |
| or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I1 | 1 | F | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | | 2 | F | 11.5 | 0.1 | C | C | photo | 4.8 | 0.04 |
| | H4 | 3 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 4 | F | 3.0 | 0.15 | C | | | 1.3 | 0.06 |
| | | 5 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | G6 | 6 | B | 34.0 | 1.4 | C | | | 14.2 | 0.58 |
| | | 7 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 8 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 9 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | E8 | 10 | M | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | C5 | 11 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 12 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 13 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 14 | F | 9.0 | 0.15 | C | | | 3.8 | 0.06 |
| 2 | H2 | 15 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | G4 | 16 | C | 7.0 | 2 | C | | | 2.9 | 0.83 |
| | E7 | 17 | C | 13.0 | 6.5 | C | | | 5.4 | 2.71 |
| | | 18 | F | 19.5 | 0.1 | C | | | 8.1 | 0.04 |
| | | 19 | M | 14.5 | 0.2 | C | | | 6.0 | 0.08 |
| | D5 | 20 | B | 12.0 | 0.3 | C | | | 5.0 | 0.13 |
| | | 21 | B | 70.0 | 1.2 | C | | | 29.2 | 0.50 |
| | B3 | 22 | F | 21.0 | 0.1 | C | | | 8.8 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907stockton

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected(cm²): | 100 | | | | Analyst: WH | |
| MVA Sample# | S0834 | | Amt Prepped(cm²): | 0.1 | | | | Date: 7/27/2007-7/30/07 | |
| Client I.D.: | 03.VA | | Filter Area (mm²): | 1256 | | | | Page: 1 of 2 | |
| Instrument: | Philips120 | | Filter Type: | PC | | | | Comments: 0.1 ml | |
| Magnification: | 24,000 | | Openings Analyzed: | 4 | | | | ASTM Method: D6480 | |
| Acc. Voltage: | 100 | | Grid Opening (mm²): | 0.009 | | | | or D5755 X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B4 | 1 | F | 31.5 | 0.1 | C | | | 13.1 | 0.04 |
| | | 2 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 3 | F | 23.5 | 0.1 | C | | | 9.8 | 0.04 |
| | | 4 | F | 23.5 | 0.1 | C | | | 9.8 | 0.04 |
| | | 5 | F | 48.0 | 0.1 | C | | | 20.0 | 0.04 |
| | | 6 | M | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 7 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 8 | B | 9.0 | 0.2 | C | C | photo | 3.8 | 0.08 |
| | | 9 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 10 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 11 | F | 24.5 | 0.1 | C | | | 10.2 | 0.04 |
| | | 12 | F | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 13 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 14 | F | 32.5 | 0.1 | C | | | 13.5 | 0.04 |
| | | 15 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 16 | F | 186.5 | 0.1 | C | | | 77.7 | 0.04 |
| | | 17 | F | 70.5 | 0.1 | C | | | 29.4 | 0.04 |
| | | 18 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 19 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 20 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 21 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 22 | F | 14.0 | 0.1 | C | | | 5.8 | 0.04 |
| | | 23 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | | 24 | F | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | | 25 | B | 11.0 | 0.9 | C | | | 4.6 | 0.38 |
| | C6 | 26 | B | 11.5 | 0.5 | C | | | 4.8 | 0.21 |
| | | 27 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 28 | F | 2.0 | 0.15 | C | | | 0.8 | 0.06 |
| | | 29 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 30 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 31 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 32 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 33 | F | 14.0 | 0.1 | C | | | 5.8 | 0.04 |
| | | 34 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 35 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907stockton

| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH |
|---|---|---|---|---|
| MVA Sample# | S0834 | Amt Prepped(cm²): | 0.1 | Date: 7/27/2007-7/30/07 |
| Client I.D.: | 03.VA | Filter Area (mm²): | 1256 | Page: 2 of 2 |
| Instrument: | Philips120 | Filter Type: | PC | Comments: 0.1 ml |
| Magnification: | 24,000 | Openings Analyzed: | 4 | ASTM Method: D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C6 | 36 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | | 37 | B | 15.5 | 0.3 | C | | | 6.5 | 0.13 |
| | | 38 | C | 3.0 | 0.5 | C | | | 1.3 | 0.21 |
| | | 39 | B | 8.5 | 0.25 | C | | | 3.5 | 0.10 |
| | | 40 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 41 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 42 | B | 3.0 | 0.5 | C | | | 1.3 | 0.21 |
| | | 43 | F | 6.5 | 0.2 | C | | | 2.7 | 0.08 |
| | F4 | 44 | F | 22.0 | 0.1 | C | | | 9.2 | 0.04 |
| | | 45 | M | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 46 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 47 | B | 4.0 | 0.5 | C | | | 1.7 | 0.21 |
| | | 48 | F | 6.6 | 0.1 | C | | | 2.8 | 0.04 |
| | | 49 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 50 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 51 | B | 9.0 | 0.3 | C | | | 3.8 | 0.13 |
| | G3 | 52 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 53 | B | 4.5 | 0.4 | C | | | 1.9 | 0.17 |
| | | 54 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 55 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 56 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 57 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 58 | F | 36.5 | 0.1 | C | | | 15.2 | 0.04 |
| | | 59 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 60 | F | 18.5 | 0.1 | C | | | 7.7 | 0.04 |
| | | 61 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 62 | F | 9.0 | 0.15 | C | | | 3.8 | 0.06 |
| | | 63 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 64 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907stockton

| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH |
| MVA Sample# | S0835 | Amt Prepped(cm²): | 10 | Date: 7/30/2007 |
| Client I.D.: | 04.VA | Filter Area (mm²): | 1256 | Page: 1 of 1 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: 10 ml |
| Magnification: | 24,000 | Openings Analyzed: | 10 | ASTM Method: D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D1 | 1 | F | 35 | 3 | A | TR | photo | 14.6 | 1.25 |
|  | F7 | 2 | F | 14.0 | 0.2 | C | C | photo | 5.8 | 0.08 |
|  | H6 | NSD |  |  |  |  |  |  |  |  |
|  | I2 | NSD |  |  |  |  |  |  |  |  |
|  | J7 | NSD |  |  |  |  |  |  |  |  |
| 2 | B2 | NSD |  |  |  |  |  |  |  |  |
|  | F3 | NSD |  |  |  |  |  |  |  |  |
|  | G1 | NSD |  |  |  |  |  |  |  |  |
|  | H4 | NSD |  |  |  |  |  |  |  |  |
|  | J3 | NSD |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907stockton

| MVA Project# | 5394 |
|---|---|
| MVA Sample# | S0836 |
| Client I.D.: | 05.VA |
| Instrument: | Philips120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 6 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 7/30/2007 |
| Page: | 1 of 2 |
| Comments: | 0.1 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A2 | 1 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 2 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 3 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | B4 | 4 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 5 | F | 3.8 | 0.1 | C | | | 1.6 | 0.04 |
| | | 6 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 7 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 8 | B | 11.0 | 1 | C | C | photo | 4.6 | 0.42 |
| | | 9 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 10 | F | 31.5 | 0.1 | C | | | 13.1 | 0.04 |
| | | 11 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 12 | B | 6.0 | 0.4 | C | | | 2.5 | 0.17 |
| | | 13 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 14 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 15 | B | 11.0 | 0.2 | C | | | 4.6 | 0.08 |
| | C6 | 16 | F | 6.0 | 0.15 | C | | | 2.5 | 0.06 |
| | | 17 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 18 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 19 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 20 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 21 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 22 | B | 29.0 | 1 | C | | | 12.1 | 0.42 |
| | | 23 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 24 | B | 8.0 | 0.6 | C | | | 3.3 | 0.25 |
| | D8 | 25 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 26 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 27 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 28 | M | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 29 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 30 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | F9 | 31 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 32 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 33 | F | 12.9 | 0.1 | C | | | 5.4 | 0.04 |
| | | 34 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 35 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907stockton

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0836 | Amt Prepped(cm²): | 0.1 |
| Client I.D.: | 05.VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 6 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: WH
Date: 7/30/2007
Page: 2 of 2
Comments: 0.1 ml
ASTM Method: D6480
or D5755    X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F9 | 36 | F | 10 | 0.15 | C | | | 4.2 | 0.06 |
| | | 37 | B | 8.0 | 0.4 | C | | | 3.3 | 0.17 |
| | | 38 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 39 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 40 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| 2 | D4 | 41 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 42 | F | 40.0 | 0.1 | C | | | 16.7 | 0.04 |
| | | 43 | F | 12.5 | 0.2 | C | | | 5.2 | 0.08 |
| | | 44 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 45 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 46 | F | 1.9 | 0.1 | C | | | 0.8 | 0.04 |
| | | 47 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 48 | F | 29.0 | 0.1 | C | | | 12.1 | 0.04 |
| | | 49 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 50 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 51 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907stockton