**Report of Results: MVA5394**

**Analysis of Settled Dust
Resources Building**

**Prepared for:**

**State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Tim B. Vander Wood, Ph.D.
Executive Director**

**MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096**

**29 August 2007**



5394report082907resources

## Report of Results:  MVA5394

## Analysis of Settled Dust - Resources Building

### Introduction

On 20 July 2007, we received five settled dust samples from Clark Sief Clark, reportedly collected from the Resources Building, 1416 9th Street, Sacramento, California. We were asked to determine the asbestos levels in the dust and possible sources for the asbestos. Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|-----------|--------------------|------------|
| 11VA | 5th floor, Men's bathroom pipe chase floor | S0842 |
| 12VA | 7th floor, Men's bathroom pipe chase top of green box | S0843 |
| 13VA | 9th floor, Men's bathroom pipe chase top of pipe | S0844 |
| 14VA | 11th floor, Men's bathroom pipe chase floor | S0845 |
| 15VA | 13th floor, Men's bathroom pipe chase floor | S0846 |

All analyses were carried out in our laboratory during the period 20 July through 27 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that may serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this sample originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1. Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 11VA | S0842 | 27,213,333 |
| 12VA | S0843 | 28,608,889 |
| 13VA | S0844 | 116,296,296 |
| 14VA | S0845 | 123,274,074 |
| 15VA | S0846 | 3,488,889 |

539

# Chain of Custody-
# TEM Micro-Vacuum

| | | | | Requested TAT (Circle One) | Same Day | One Day (24hr) | | Normal (48hr) |
|---|---|---|---|---|---|---|---|---|
| | | | | Analysis Type (Circle One) | Air | Surface | Bulk | Water |

| CSC Project # | Claim # | Sampling By | | Date(s) Taken | | Page # | Of | Total Pages |
|---|---|---|---|---|---|---|---|---|
| 1014265 | | PBS | | 07.18.67 | | | | |

Project Name & Location:

WR Grace
Resource Bldg.
1416 9th St., Sacramento, CA

Client Information:
DGS
Glenn Connor

Sampling Area and/or Building #:

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 11VA | 7.18.07 | 5th floor- Men's bathroom - Pipe Chase floor | IAQ #6 | | | 2min | 100 cm² | |
| 12VA | | 7th floor- Men's bathroom - Pipe Chase Top of Screen box | | | | 2min | 100 cm² | |
| 13VA | | 9.5 floor- Men's bathroom - Pipe Chase Top of pipe | | | | 2min | ~100 cm² | |
| 14VA | | 11th floor - Men's bathroom - Pipe Chase floor | | | | 2n | 100 cm² | |
| 15VA | | 13th floor - Men's bathroom - Pipe Chase - floor | | | | <2min | 100 cm² | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) |
|---|---|---|---|---|
| FRANCO SEDF | 7.19.07 09:04 | RA Witt | 7/20/07 | |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis Date & Time |
| | | | | |

# of Samples: 5

Clark Seif Clark- 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.csceng.com

# APPENDIX



# ASTM D5755 Results

## MVA 5394

By:   W.Hill

**Client project number:**

Str/cm = $\dfrac{\text{No Str. X CFA X Total Vol.}}{\text{Grid Op. X GO Area X Vol Filt X Area Sampled}}$

**MVA #:** S0842   **Client #:**   11.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 78 | 1256 | 4 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**      348888.889      Str/CM2  **LOD =3* Anal. Sens =**   <u>1046666.667</u>

**Total =**      27213333.333      Str/CM2

**MVA #:** S0843   **Client #:**   12.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 82 | 1256 | 4 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**      348888.889      Str/CM2  **LOD =3* Anal. Sens =**   <u>1046666.667</u>

**Total =**      28608888.889      Str/CM2

**MVA #:** S0844   **Client #:**   13.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 50 | 1256 | 6 | 0.009 | 0.01 | 100 | 100 |

**Anal. Sens =**      2325925.926      Str/CM2 **LOD =3* Anal. Sens =**   <u>6977777.778</u>

**Total =**      116296296.296      Str/CM2

**MVA #:** S0845   **Client #:**   14.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 53 | 1256 | 6 | 0.009 | 0.01 | 100 | 100 |

**Anal. Sens =**      2325925.926      Str/CM2 **LOD =3* Anal. Sens =**   <u>6977777.778</u>

**Total =**      123274074.074      Str/CM2

**MVA #:** S0846   **Client #:**   15.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 25 | 1256 | 10 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**      139555.556      Str/CM2 **LOD =3* Anal. Sens =**   <u>418666.667</u>

**Total =**      3488888.889      Str/CM2

*\* According to ASTM D6620*







































































## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0842 | Amt Prepped(cm²): | 0.1 |
| Client I.D.: | 11.VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 4 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

| | | | |
|---|---|---|---|
| Analyst: | WH | | |
| Date: | 8/1/2007 | | |
| Page: | 1 of 3 | | |
| Comments: | 0.1 ml | | |
| ASTM Method: | D6480 | | |
| or D5755 | X | | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | F | 22 | 0.1 | C | | | 9.2 | 0.04 |
| | | 2 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 3 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 4 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 5 | M | 3.0 | 0.15 | C | | | 1.3 | 0.06 |
| | | 6 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 7 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 8 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 9 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 10 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 11 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 12 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 13 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 14 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 15 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 16 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 17 | C | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 18 | M | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 19 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 20 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 21 | B | 8.0 | 0.5 | C | C | photo | 3.3 | 0.21 |
| | | 22 | C | 6.0 | 2 | C | | | 2.5 | 0.83 |
| | | 23 | M | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | C4 | 24 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 25 | B | 5.0 | 0.3 | C | | | 2.1 | 0.13 |
| | | 26 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 27 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 28 | B | 3.5 | 0.5 | C | | | 1.5 | 0.21 |
| | | 29 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 30 | F | 4.4 | 0.1 | C | | | 1.8 | 0.04 |
| | | 31 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 32 | M | 4.5 | 0.2 | C | | | 1.9 | 0.08 |
| | | 33 | F | 4.9 | 9.2 | C | | | 2.0 | 3.83 |
| | | 34 | B | 11.0 | 0.8 | C | | | 4.6 | 0.33 |
| | | 35 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

MVA SCIENTIFIC CONSULTANTS

## Surface Dust Sample Analysis Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: | WH | |
| MVA Sample# | S0842 | Amt Prepped(cm²): | 0.1 | Date: | 8/1/2007 | |
| Client I.D.: | 11.VA | Filter Area (mm²): | 1256 | Page: | 2 of 3 | |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: | 0.1 ml | |
| Magnification: | 24,000 | Openings Analyzed: | 4 | ASTM Method: | D6480 | |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C4 | 36 | F | 2 | 0.1 | C | | | 0.8 | 0.04 |
| | | 37 | F | 36.5 | 0.1 | C | | | 15.2 | 0.04 |
| | | 38 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 39 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 40 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 41 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 42 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | D6 | 43 | F | 30.0 | 0.1 | C | | | 12.5 | 0.04 |
| | | 44 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 45 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 46 | B | 88.5 | 0.6 | C | | | 36.9 | 0.25 |
| | | 47 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 48 | F | 7.5 | 0.2 | C | | | 3.1 | 0.08 |
| | | 49 | B | 2.5 | 0.4 | C | | | 1.0 | 0.17 |
| | | 50 | B | 3.0 | 0.4 | C | | | 1.3 | 0.17 |
| | | 51 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 52 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 53 | M | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 54 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 55 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 56 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 57 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 58 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 59 | F | 0.5 | 0.1 | C | | | 0.2 | 0.04 |
| | | 60 | M | 1.0 | 0.1 | C | | | 0.4 | 0.04 |
| | | 61 | B | 8.0 | 0.3 | C | | | 3.3 | 0.13 |
| | | 62 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 63 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 64 | F | 4.5 | 0.8 | A | AO | amphibole "other" | 1.9 | 0.33 |
| | F10 | 65 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 66 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 67 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 68 | B | 7.0 | 0.5 | C | | | 2.9 | 0.21 |
| | | 69 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |
| | | 70 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907resources

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 |
|---|---|
| MVA Sample# | S0842 |
| Client I.D.: | 11.VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| Amt Collected(cm²): | 100 |
|---|---|
| Amt Prepped(cm²): | 0.1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm²): | 0.009 |

| Analyst: WH |
|---|
| Date: 8/1/2007 |
| Page: 3 of 3 |
| Comments: 0.1 ml |
| ASTM Method: D6480 |
| or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F10 | 71 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 72 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 73 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 74 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 75 | F | 2.0 | 0.15 | C | | | 0.8 | 0.06 |
| | | 76 | F | 3.0 | 0.1 | C | | | 1.3 | .04 |
| | | 77 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 78 | M | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected(cm²): | 100 | | | Analyst: | WH | | |
| MVA Sample# | S0843 | | Amt Prepped(cm²): | 0.1 | | | Date: | 8/2/2007 | | |
| Client I.D.: | 12.VA | | Filter Area (mm²): | 1256 | | | Page: | 1 of 3 | | |
| Instrument: | Philips 120 | | Filter Type: | PC | | | Comments: | 0.1 ml | | |
| Magnification: | 24,000 | | Openings Analyzed: | 4 | | | ASTM Method: | D6480 | | |
| Acc. Voltage: | 100 | | Grid Opening (mm²): | 0.009 | | | or D5755 | X | | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B3 | 1 | F | 15 | 0.1 | C | | | 6.3 | 0.04 |
| | | 2 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 3 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 4 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 5 | F | 13.2 | 0.1 | C | | | 5.5 | 0.04 |
| | | 6 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 7 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 8 | F | 25.0 | 0.1 | C | | | 10.4 | 0.04 |
| | | 9 | C | 7.5 | 0.4 | C | C | photo | 3.1 | 0.17 |
| | | 10 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 11 | F | 3.0 | 0.1 | C | C | photo | 1.3 | 0.04 |
| | | 12 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 13 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 14 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 15 | M | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 16 | F | 38.5 | 0.1 | C | | | 16.0 | 0.04 |
| | | 17 | M | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 18 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 19 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 20 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 21 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 22 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | | 23 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 24 | F | 17.5 | 0.1 | C | | | 7.3 | 0.04 |
| | | 25 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 26 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 27 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 28 | M | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 29 | F | 11.8 | 0.1 | C | | | 4.9 | 0.04 |
| | | 30 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 31 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | E7 | 32 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 33 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 34 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 35 | M | 2.0 | 0.1 | C | | | 0.8 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): 100 |
| MVA Sample# | S0843 | Amt Prepped(cm²): 0.1 |
| Client I.D.: | 12.VA | Filter Area (mm²): 1256 |
| Instrument: | Philips 120 | Filter Type: PC |
| Magnification: | 24,000 | Openings Analyzed: 4 |
| Acc. Voltage: | 100 | Grid Opening (mm²): 0.009 |

Analyst: WH
Date: 8/2/2007
Page: 2 of 3
Comments: 0.1 ml
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E7 | 36 | B | 6.5 | 0.3 | C | | | 2.7 | 0.13 |
| | | 37 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 38 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 39 | F | 37.0 | 0.1 | C | | | 15.4 | 0.04 |
| | | 40 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 41 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 42 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 43 | M | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 44 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | G4 | 45 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 46 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 47 | F | 17.5 | 0.1 | C | | | 7.3 | 0.04 |
| | | 48 | M | 6.5 | 0.5 | C | | | 2.7 | 0.21 |
| | | 49 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 50 | C | 10.5 | 5.5 | C | | | 4.4 | 2.29 |
| | | 51 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 52 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 53 | F | 15.0 | 0.1 | C | | | 6.3 | 0.04 |
| | | 54 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 55 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 56 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 57 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 58 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 59 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 60 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 61 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 62 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 63 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | | 64 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 65 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | I3 | 66 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 67 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 68 | B | 7.0 | 0.4 | C | | | 2.9 | 0.17 |
| | | 69 | M | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 70 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected(cm$^2$): | 100 | | | Analyst: WH | | | |
| MVA Sample# | S0843 | | Amt Prepped(cm$^2$): | 0.1 | | | Date: | 8/2/2007 | | |
| Client I.D.: | 12.VA | | Filter Area (mm$^2$): | 1256 | | | Page: | 3 of 3 | | |
| Instrument: | Philips 120 | | Filter Type: | PC | | | Comments: 0.1 ml | | | |
| Magnification: | 24,000 | | Openings Analyzed: | 4 | | | ASTM Method: D6480 | | | |
| Acc. Voltage: | 100 | | Grid Opening (mm$^2$): | 0.009 | | | or D5755 | X | | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 71 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 72 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 73 | B | 2.5 | 0.3 | C | | | 1.0 | 0.13 |
| | | 74 | M | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 75 | B | 40.0 | 0.2 | C | | | 16.7 | 0.08 |
| | | 76 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 77 | B | 75.5 | 1 | C | | | 31.5 | 0.42 |
| | | 78 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 79 | M | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 80 | M | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 81 | M | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 82 | F | 11.5 | 0.15 | C | | | 4.8 | 0.06 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected(cm²): | 100 | | | Analyst: WH | | | |
| MVA Sample# | S0844 | | Amt Prepped(cm²): | 0.01 | | | Date: | 8/6/2007 | | |
| Client I.D.: | 13.VA | | Filter Area (mm²): | 1256 | | | Page: | 1 of 2 | | |
| Instrument: | Philips 120 | | Filter Type: | PC | | | Comments: 0.01 ml | | | |
| Magnification: | 24,000 | | Openings Analyzed: | 6 | | | ASTM Method: D6480 | | | |
| Acc. Voltage: | 100 | | Grid Opening (mm²): | 0.009 | | | or D5755 | X | | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | B | 2.5 | 0.4 | C | | | 1.0 | 0.17 |
| | | 2 | F | 24.5 | 0.1 | C | | | 10.2 | 0.04 |
| | | 3 | B | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 4 | F | 29.5 | 0.1 | C | | | 12.3 | 0.04 |
| | | 5 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 6 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | C5 | 7 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 8 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 9 | B | 9.5 | 0.4 | C | | photo EDS contains "K" | 4.0 | 0.17 |
| | | 10 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 11 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 12 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | D7 | 13 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 14 | B | 8.5 | 0.3 | C | C | photo EDS contains "K" | 3.5 | 0.13 |
| | | 15 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 16 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 17 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 18 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | | 19 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 20 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 21 | F | 5.4 | 0.2 | C | | | 2.3 | 0.08 |
| | E9 | 22 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 23 | F | 46.0 | 0.1 | C | | | 19.2 | 0.04 |
| | | 24 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 25 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 26 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 27 | F | 14.5 | 0.1 | C | | | 6.0 | 0.04 |
| | | 28 | F | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | F4 | 29 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 30 | F | 23.0 | 0.1 | C | | | 9.6 | 0.04 |
| | | 31 | B | 10.0 | 0.9 | C | | | 4.2 | 0.38 |
| | | 32 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 33 | B | 9.0 | 0.25 | C | | | 3.8 | 0.10 |
| | | 34 | F | 21.0 | 0.1 | C | | | 8.8 | 0.04 |
| | | 35 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907resources

MVA SCIENTIFIC CONSULTANTS

## Surface Dust Sample Analysis Sheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected(cm²): | 100 | | | | Analyst: | WH | |
| MVA Sample# | S0844 | | Amt Prepped(cm²): | 0.01 | | | | Date: | 8/6/2007 | |
| Client I.D.: | 13.VA | | Filter Area (mm²): | 1256 | | | | Page: | 2 of 2 | |
| Instrument: | Philips 120 | | Filter Type: | PC | | | | Comments: | 0.01 ml | |
| Magnification: | 24,000 | | Openings Analyzed: | 6 | | | | ASTM Method: | D6480 | |
| Acc. Voltage: | 100 | | Grid Opening (mm²): | 0.009 | | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F4 | 36 | B | 2.9 | 0.4 | C | | | 1.2 | 0.17 |
| | | 37 | F | 26.0 | 0.1 | C | | | 10.8 | 0.04 |
| | | 38 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| 2 | A2 | 39 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 40 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 41 | F | 1.9 | 0.1 | C | | | 0.8 | 0.04 |
| | | 42 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 43 | F | 30.5 | 0.1 | C | | | 12.7 | 0.04 |
| | | 44 | M | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 45 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 46 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 47 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 48 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 49 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 50 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

## MVA SCIENTIFIC CONSULTANTS

### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH |
| MVA Sample# | S0845 | Amt Prepped(cm²): | 0.01 | Date: 8/6/2007 |
| Client I.D.: | 14.VA | Filter Area (mm²): | 1256 | Page: 1 of 2 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: 0.01 ml |
| Magnification: | 24,000 | Openings Analyzed: | 6 | ASTM Method: D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B1 | 1 | F | 8 | 0.1 | C | | | 3.3 | 0.04 |
| | | 2 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 3 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 4 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 5 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 6 | F | 61.0 | 0.1 | C | | | 25.4 | 0.04 |
| | | 7 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 8 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 9 | B | 10.5 | 0.8 | C | C | photo | 4.4 | 0.33 |
| | | 10 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 11 | F | 5.0 | 0.15 | C | | | 2.1 | 0.06 |
| | | 12 | F | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | C3 | 13 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 14 | B | 8.0 | 0.6 | C | | | 3.3 | 0.25 |
| | | 15 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 16 | F | 15.5 | 0.15 | C | | | 6.5 | 0.06 |
| | D5 | 17 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 18 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 19 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 20 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 21 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 22 | B | 11.0 | 0.5 | C | | | 4.6 | 0.21 |
| | | 23 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 24 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 25 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 26 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 27 | B | 2.5 | 0.25 | C | | | 1.0 | 0.10 |
| | | 28 | F | 11.5 | 0.2 | C | | | 4.8 | 0.08 |
| | | 29 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 30 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 31 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | E4 | 32 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 33 | B | 18.5 | 0.3 | C | | | 7.7 | 0.13 |
| | | 34 | F | 46.5 | 0.1 | C | | | 19.4 | 0.04 |
| | | 35 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 | | Amt Collected(cm²): | 100 | | Analyst: | WH |
|---|---|---|---|---|---|---|---|
| MVA Sample# | S0845 | | Amt Prepped(cm²): | 0.01 | | Date: | 8/6/2007 |
| Client I.D.: | 14.VA | | Filter Area (mm²): | 1256 | | Page: | 2 of 2 |
| Instrument: | Philips 120 | | Filter Type: | PC | | Comments: | 0.01 ml |
| Magnification: | 24,000 | | Openings Analyzed: | 6 | | ASTM Method: | D6480 |
| Acc. Voltage: | 100 | | Grid Opening (mm²): | 0.009 | | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E4 | 36 | F | 7 | 0.1 | C | | | 2.9 | 0.04 |
| | | 37 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 38 | F | 31.0 | 0.1 | C | | | 12.9 | 0.04 |
| | | 39 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 40 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 41 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | G8 | 42 | F | 25.5 | 0.1 | C | | | 10.6 | 0.04 |
| | | 43 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| 2 | C1 | 44 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 45 | F | 4.9 | 0.1 | C | | | 2.0 | 0.04 |
| | | 46 | F | 18.5 | 0.1 | C | | | 7.7 | 0.04 |
| | | 47 | B | 9.0 | 0.4 | C | | | 3.8 | 0.17 |
| | | 48 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | | 49 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 50 | B | 6.0 | 1 | C | | | 2.5 | 0.42 |
| | | 51 | F | 17.0 | 0.1 | C | | | 7.1 | 0.04 |
| | | 52 | M | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 53 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources

# MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample#: S0846 | Amt Prepped(cm²): 0.1 | Date: 8/2/2007 |
| Client I.D.: 15.VA | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.1 ml |
| Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A4 | 1 | B | 10.6 | 0.6 | C | | | 4.4 | 0.25 |
| | | 2 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | B6 | 3 | F | 12.2 | 0.1 | C | | | 5.1 | 0.04 |
| | | 4 | M | 3.5 | 0.3 | C | | | 1.5 | 0.13 |
| | | 5 | F | 30.0 | 0.1 | C | | | 12.5 | 0.04 |
| | | 6 | M | 9.5 | 0.7 | C | C | photo | 4.0 | 0.29 |
| | C1 | 7 | C | 10.0 | 4.5 | C | | | 4.2 | 1.88 |
| | | 8 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 9 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | D7 | 10 | M | 15.5 | 1.5 | A | AO | Amphibole "other" | 6.5 | 0.63 |
| | | 11 | F | 28.0 | 0.1 | C | | | 11.7 | 0.04 |
| | H9 | 12 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| 2 | E3 | 13 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 14 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | C4 | 15 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 16 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | D7 | 17 | B | 10.1 | 0.3 | C | | | 4.2 | 0.13 |
| | | 18 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | F8 | 19 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 20 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 21 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 22 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 23 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | H10 | 24 | B | 13.5 | 0.9 | C | | | 5.6 | 0.38 |
| | | 25 | B | 11.5 | 0.3 | C | | | 4.8 | 0.13 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907resources