### Report of Results:  MVA5394

**Analysis of Settled Dust
Ventura Youth Correctional Facility**

**Prepared for:**

**State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Tim B. Vander Wood, Ph.D.
Executive Director**

**MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096**

**29 August 2007**



## Report of Results:  MVA5394

### Analysis of Settled Dust - Ventura Youth Correctional Facility

### Introduction

On 24 July 2007, we received five settled dust samples from Clark Sief Clark, reportedly collected from the Ventura Youth Correctional Facility, 3100 Wright Rd, SPC Bldg., Camarillo, California.  We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|-----------|--------------------|------------|
| 27VA | SPC center corridor bet. SPC 9 & SPC 5-<br>Top of ceiling tile | S0890 |
| 28VA | SPC Control @ entry, Top of ceiling tile | S0891 |
| 29VA | SPC 11-Center of room, Top of ceiling tile | S0892 |
| 30VA | SPC 10-Next to door, Top of ceiling tile | S0893 |
| 31VA | SPC 10-Over Piano, Top of ceiling tile | S0894 |

All analyses were carried out in our laboratory during the period 24 July through 27 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that may serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this sample originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1.  Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 27VA | S0890 | 88,966,667 |
| 28VA | S0891 | 46,053,333 |
| 29VA | S0892 | 8,373,333 |
| 30VA | S0893 | None Detected |
| 31VA | S0894 | 26,515,556 |

# Chain of Custody - TEM Micro-Vacuum

**Requested TAT (Circle One)** | **Analysis Type (Circle One)** | Same Day | One Day (24hr) *(Surface circled)* | Normal (48hr)

Air | Bulk | Water

| CSC Project # | Claim # | Sampling By | Date(s) Taken | # of Samples | Page # | Total Pages |
|---|---|---|---|---|---|---|
| 101 426 5 | | FS | 7.20.07 | 5 | Of | |

**Project Name & Location:** Ventura Youth Correctional Facility, 3100 Wright Rd - SPC Bldg., Camarillo, CA 93010

**Client Information:** DG-S, Glenn Connor

**Sampling Area and/or Building #:**

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 27VA | | SPC Center Corridor, bet. SPC 9 & SPC 5 - Top of ceiling tile | Impact | 10.9 / 10.9 | | 2 min | 100 cm² | |
| 28VA | | SPC Control-center, Top of ceiling tile | Impact | 10.9 / 10.9 | | 2 min | 100 cm² | |
| 29VA | | SPC 11 - Center of room, Top of ceiling tile | | 10.9 / 10.9 | | 2 min | 100 cm² | |
| 30VA | | SPC 10 Next to door, Top of ceiling tile | | 10.9 / 10.9 | | 2 min | 100 cm² | |
| 31VA | | SPC 10 - Over piano, Top of ceiling tile | | 10.9 / 10.9 | | 2 min | 169 cm² | |
| 32VA | | Blank | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Date & Time |
|---|---|---|---|---|---|
| Franco Self | 7.23.07 | | | | 7/24/07 9:00A |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis Date & Time | |

Clark Self Clark: 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.cscenv.com

# APPENDIX



# ASTM D5755 Results

## MVA 5394

By:    W.Hill

**Client project number:**

Str/cm = No Str. X  CFA  X  Total Vol.

Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:**   S0890    **Client #:**   27.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 51 | 1256 | 8 | 0.009 | 0.01 | 100 | 100 |

**Anal. Sens =**   1744444.444   Str/CM2  **LOD =3\* Anal. Sens =**   5233333.333

**Total =**   88966666.667   Str/CM2

**MVA #:**   S0891    **Client #:**   28.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 33 | 1256 | 10 | 0.009 | 0.01 | 100 | 100 |

**Anal. Sens =**   1395555.556   Str/CM2  **LOD =3\* Anal. Sens =**   4186666.667

**Total =**   46053333.333   Str/CM2

**MVA #:**   S0892    **Client #:**   29.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 6 | 1256 | 10 | 0.009 | 0.01 | 100 | 100 |

**Anal. Sens =**   1395555.556   Str/CM2  **LOD =3\* Anal. Sens =**   4186666.667

**Total =**   8373333.333   Str/CM2

**MVA #:**   S0893    **Client #:**   30.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 0 | 1256 | 10 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**   139555.556   Str/CM2  **LOD =3\* Anal. Sens =**   418666.667

**Total =**   0.000   Str/CM2

**MVA #:**   S0894    **Client #:**   31.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 19 | 1256 | 10 | 0.009 | 0.01 | 100 | 100 |

**Anal. Sens =**   1395555.556   Str/CM2  **LOD =3\* Anal. Sens =**   4186666.667

**Total =**   26515555.556   Str/CM2

*\*According to ASTM D6620*

























































## Surface Dust Sample Analysis Sheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MVA Project#: | 5394 | | Amt Collected(cm²): | 100 | | | | Analyst: | WH | |
| MVA Sample#: | S0890 | | Amt Prepped(cm²): | 0.01 | | | | Date: | 8/14/2007 | |
| Client I.D.: | 27VA | | Filter Area (mm²): | 1256 | | | | Page: | 1 of 2 | |
| Instrument: | Philips 120 | | Filter Type: | PC | | | | Comments: | 0.01 ml | |
| Magnification: | 24,000 | | Openings Analyzed: | 8 | | | | ASTM Method: | D6480 | |
| Acc. Voltage: | 100 | | Grid Opening (mm²): | 0.009 | | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H7 | 1 | F | 6 | 0.1 | C | | | 2.5 | 0.04 |
| | | 2 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 3 | F | 30.0 | 0.1 | C | | | 12.5 | 0.04 |
| | | 4 | F | 36.5 | 0.1 | C | | | 15.2 | 0.04 |
| | G3 | 5 | F | 26.5 | 0.1 | C | | | 11.0 | 0.04 |
| | | 6 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 7 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 8 | F | 4.9 | 0.1 | C | | | 2.0 | 0.04 |
| | | 9 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 10 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 11 | M | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 12 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | E4 | 13 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 14 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 15 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | F8 | 16 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 17 | F | 18.0 | 1.5 | A | TR | photo | 7.5 | 0.63 |
| | | 18 | F | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | | 19 | F | 23.0 | 0.2 | C | | | 9.6 | 0.08 |
| | | 20 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 21 | F | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 22 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 23 | C | 2.5 | 0.3 | C | | | 1.0 | 0.13 |
| | | 24 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 25 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 26 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | B6 | 27 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 28 | M | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 29 | F | 21.5 | 0.1 | C | | | 9.0 | 0.04 |
| | | 30 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 31 | B | 12.5 | 0.7 | C | C | photo | 5.2 | 0.29 |
| 2 | B3 | 32 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 33 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 34 | F | 5.0 | 0.2 | C | | | 2.1 | 0.08 |
| | | 35 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907ventura

MVA Scientific Consultants

## Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 |
|---|---|
| MVA Sample# | S0890 |
| Client I.D.: | 27VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| Amt Collected(cm²): | 100 |
|---|---|
| Amt Prepped(cm²): | 0.01 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 8 |
| Grid Opening (mm²): | 0.009 |

| Analyst: | WH |
|---|---|
| Date: | 8/14/2007 |
| Page: | 2 of 2 |
| Comments: | 0.01 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B3 | 36 | F | 3 | 0.1 | C | | | 1.3 | 0.04 |
| | | 37 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | C7 | 38 | F | 2.8 | 0.15 | C | | | 1.2 | 0.06 |
| | | 39 | F | 2.0 | 0.15 | C | | | 0.8 | 0.06 |
| | | 40 | F | 6.5 | 0.15 | C | | | 2.7 | 0.06 |
| | | 41 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | E9 | 42 | B | 8.0 | 0.5 | C | | | 3.3 | 0.21 |
| | | 43 | B | 4.5 | 0.5 | C | | | 1.9 | 0.21 |
| | | 44 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 45 | F | 6.9 | 0.1 | C | | | 2.9 | 0.04 |
| | | 46 | F | 20.5 | 0.1 | C | | | 8.5 | 0.04 |
| | | 47 | F | 27.5 | 0.1 | C | | | 11.5 | 0.04 |
| | | 48 | B | 5.5 | 0.6 | C | | | 2.3 | 0.25 |
| | | 49 | F | 20.5 | 0.1 | C | | | 8.5 | 0.04 |
| | | 50 | F | 22.0 | 0.1 | C | | | 9.2 | 0.04 |
| | | 51 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907ventura

## Surface Dust Sample Analysis Sheet

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | | | Analyst: WH | | |
| MVA Sample# | S0891 | Amt Prepped(cm²): | 0.01 | | | Date: 8/14/2007 | | |
| Client I.D.: | 28VA | Filter Area (mm²): | 1256 | | | Page: 1 of 1 | | |
| Instrument: | Philips 120 | Filter Type: | PC | | | Comments: 0.01 ml | | |
| Magnification: | 24,000 | Openings Analyzed: | 10 | | | ASTM Method: D6480 | | |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B4 | 1 | B | 7.5 | 0.7 | C | C | photo | 3.1 | 0.29 |
| | | 2 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 3 | B | 23.5 | 0.3 | C | | | 9.8 | 0.13 |
| | | 4 | B | 4.5 | 0.2 | C | | | 1.9 | 0.08 |
| | | 5 | B | 10.5 | 0.25 | C | | | 4.4 | 0.10 |
| | C7 | 6 | B | 7.0 | 0.8 | C | | | 2.9 | 0.33 |
| | | 7 | F | 51.0 | 0.1 | C | | | 21.3 | 0.04 |
| | | 8 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 9 | C | 32.5 | 15 | C | | | 13.5 | 6.25 |
| | E3 | 10 | B | 6.5 | 0.2 | C | | | 2.7 | 0.08 |
| | | 11 | M | 1.5 | 0.2 | C | C | photo | 0.6 | 0.08 |
| | G4 | 12 | C | 12.0 | 9 | C | | | 5.0 | 3.75 |
| | | 13 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 14 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | I3 | 15 | B | 44.0 | 2.5 | C | | | 18.3 | 1.04 |
| | | 16 | B | 11.0 | 0.6 | C | | | 4.6 | 0.25 |
| | | 17 | B | 5.0 | 0.6 | C | | | 2.1 | 0.25 |
| 2 | B2 | 18 | B | 7.5 | 0.8 | C | | | 3.1 | 0.33 |
| | | 19 | B | 6.0 | 1 | C | | | 2.5 | 0.42 |
| | | 20 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | C4 | 21 | B | 10.0 | 0.2 | C | | | 4.2 | 0.08 |
| | | 22 | F | 51.0 | 0.1 | C | | | 21.3 | 0.04 |
| | | 23 | C | 3.0 | 3 | C | | | 1.3 | 1.25 |
| | | 24 | B | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | E7 | 25 | B | 8.5 | 0.6 | C | | | 3.5 | 0.25 |
| | | 26 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 27 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 28 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | G5 | 29 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 30 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 31 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | H3 | 32 | F | 114.5 | 0.1 | C | | | 47.7 | 0.04 |
| | | 33 | B | 2.5 | 0.5 | C | | | 1.0 | 0.21 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected($cm^2$): | 100 | | | Analyst: WH | | |
| MVA Sample# | S0892 | | Amt Prepped($cm^2$): | 0.01 | | | Date: 8/14/2007 | | |
| Client I.D.: | 29VA | | Filter Area ($mm^2$): | 1256 | | | Page: 1 of 1 | | |
| Instrument: | Philips 120 | | Filter Type: | PC | | | Comments: 0.01 ml | | |
| Magnification: | 24,000 | | Openings Analyzed: | 10 | | | ASTM Method: D6480 | | |
| Acc. Voltage: | 100 | | Grid Opening ($mm^2$): | 0.009 | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C2 | 1 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 2 | F | 30.0 | 0.1 | C | | | 12.5 | 0.04 |
| | B4 | NSD | | | | | | | | |
| | D6 | NSD | | | | | | | | |
| | E8 | NSD | | | | | | | | |
| | G7 | NSD | | | | | | | | |
| 2 | B3 | 3 | C | 6.5 | 4.5 | C | | | 2.7 | 1.88 |
| | C5 | 4 | F | 11.5 | 0.25 | C | C | PHOTO | 4.8 | 0.10 |
| | D1 | 5 | B | 35.0 | 0.5 | C | | | 14.6 | 0.21 |
| | F2 | 6 | B | 8.5 | 0.7 | C | | | 3.5 | 0.29 |
| | G4 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907ventura

## Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0893 | Amt Prepped(cm²): | 0.1 |
| Client I.D.: | 30VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 10 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: WH
Date: 8/14/2007
Page: 1 of 1
Comments: 0.1 ml
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A1 | NSD | | | | | | | | |
| | B3 | NSD | | | | | | | | |
| | C5 | NSD | | | | | | | | |
| | D7 | NSD | | | | | | | | |
| | E9 | NSD | | | | | | | | |
| 2 | G1 | NSD | | | | | | | | |
| | H3 | NSD | | | | | | | | |
| | I5 | NSD | | | | | | | | |
| | J7 | NSD | | | | | | | | |
| | E9 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907ventura

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample# S0894 | Amt Prepped(cm²): 0.01 | Date: 8/16/2007 |
| Client I.D.: 31VA | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01 ml |
| Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F2 | 1 | F | 30.5 | 0.1 | C | | | 12.7 | 0.04 |
| | D3 | 2 | B | 5.5 | 0.3 | C | C | photo | 2.3 | 0.13 |
| | | 3 | C | 2.6 | 0.7 | C | | | 1.1 | 0.29 |
| | C5 | 4 | B | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | B8 | 5 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 6 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 7 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | | 8 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | E9 | 9 | 7 | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 10 | F | 31.5 | 0.1 | C | | | 13.1 | 0.04 |
| 2 | C1 | 11 | F | 30.0 | 0.1 | C | | | 12.5 | 0.04 |
| | | 12 | B | 33.0 | 0.7 | C | | | 13.8 | 0.29 |
| | | 13 | B | 11.0 | 0.25 | C | | | 4.6 | 0.10 |
| | | 14 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | D3 | NSD | | | | | | | | |
| | E7 | 15 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 16 | F | 25.5 | 0.1 | C | | | 10.6 | 0.04 |
| | F4 | 17 | B | 6.0 | 0.2 | C | | | 2.5 | 0.08 |
| | H6 | 18 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 19 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremorite,  N = Non Asbestos

5394report082907ventura