Report of Results:  MVA5394

Analysis of Settled Dust
744 P Street-OB9

Prepared for:

State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605

Respectfully Submitted by:

Tim B. Vander Wood, Ph.D.
Executive Director

MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096

29 August 2007



## Report of Results:  MVA5394

## Analysis of Settled Dust - 744 P Street-OB9

### Introduction

On 20 July 2007, we received five settled dust samples from Clark Sief Clark, reportedly collected from 744 P Street-OB9, Sacramento, California.  We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 06-VA | 4th floor mechanical Rm, Top of electrical panel | S0837 |
| 07-VA | 8th floor-telephone closet top of junction conduit box | S0838 |
| 08.VA | 10th floor mechanical Rm, floor by air unit | S0839 |
| 09.VA | 16th Fl telephone closet, Top of fiber optic box | S0840 |
| 10VA | 17th floor Telephone closet shelf | S0841 |

All analyses were carried out in our laboratory during the period 20 July through 29 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that may serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this dust originated at least in part at W.R. Grace's Libby vermiculite mine.

**Table 1. Asbestos Concentration in Settled Dust Samples**

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 06-VA | S0837 | 23,724,444 |
| 07-VA | S0838 | 15,630,222 |
| 08.VA | S0839 | 41,168,889 |
| 09.VA | S0840 | 775,309 |
| 10VA | S0841 | 418,667 |

5394

**Chain of Custody-**
**TEM Micro-Vacuum**

HEALTH SAFETY | ENGINEERING | ENVIRONMENTAL

| Requested TAT (Circle One) Analysis Type (Circle One) | Same Day Air | One Day (24hr) Surface | Normal (48hr) |
| --- | --- | --- | --- |
| | | | Bulk / Water |

| CSC Project # | Claim # | Sampling By | # of Samples | Date(s) Taken | Page # | Total Pages |
| --- | --- | --- | --- | --- | --- | --- |
| 10/4265 | | FAS | 5 | 7.17.07 DGS | 1 | of 1 |

Project Name & Location:

W.R. Grace
744 P Street - OB9
Sacramento CA

Client Information:

Glenn Graner

Sampling Area and/or Building #:

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06-VA | 7.17.5 | 4th floor Mechanical Rm. Top of electrical panel | IAP 6 | 10.97 / 10.97 | | 2mn | 100 cm² | |
| 07 VA | 7.17-07 | 8th floor Telephone closet top of Junction conduit box | | 10.97 / 10.97 | | 2 min. | n/100 cm² | |
| 08 VA | 7.17.09 | 10th floor Mechanical Rm floor by air unit | | 10.97 / 10.97 | | 2 mn | 100 cm² | |
| 09 VA | 7.17.07 | 16th fl. Telephone closet Top of fiberoptic box | | 10.97 / 10.97 | | | | |
| 10 VA | 7.17.07 | 17th floor Telephone closet shelf | | 10.9 / 10.97 | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Date & Time |
| --- | --- | --- | --- | --- | --- |
| FRANCO SEAT | 7.19.07 09:03 | R. Lowe | | | 1/20/07 |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Date & Time |

Clark Self Clark- 21732 Devonshire Street, 2nd Floor, Chatsworth, CA  91311, Ph (818) 727-2553, Fax (818) 727-2556
www.csceng.com

# APPENDIX



# ASTM D5755 Results
## MVA 5394
By:     W.Hill

**Client project number:**

Str/cm = <u>No Str. X  CFA  X  Total Vol.</u>

Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:**   S0837     **Client #:**    06.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 68 | 1256 | 4 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**     348888.889     Str/CM2 **LOD =3* Anal. Sens =**     <u>1046666.667</u>

**Total =**     23724444.444     Str/CM2

**MVA #:**   S0838     **Client #:**    07.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 56 | 1256 | 5 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**     279111.111     Str/CM2 **LOD =3* Anal. Sens =**     <u>837333.333</u>

**Total =**     15630222.222     Str/CM2

**MVA #:**   S0839     **Client #:**    08.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 118 | 1256 | 4 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**     348888.889     Str/CM2 **LOD =3* Anal. Sens =**     <u>1046666.667</u>

**Total =**     41168888.889     Str/CM2

**MVA #:**   S0840     **Client #:**    09.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 50 | 1256 | 9 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**     15506.173     Str/CM2 **LOD =3* Anal. Sens =**     <u>46518.519</u>

**Total =**     775308.642     Str/CM2

**MVA #:**   S0841     **Client #:**    10.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 3 | 1256 | 10 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**     139555.556     Str/CM2 **LOD =3* Anal. Sens =**     <u>418666.667</u>

**Total =**     418666.667     Str/CM2

*\* According to ASTM D6620*



































































## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm$^2$): | 100 |
| MVA Sample# | S0837 | Amt Prepped(cm$^2$): | 0.1 |
| Client I.D.: | 06.VA | Filter Area (mm$^2$): | 1256 |
| Instrument: | Philips120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 4 |
| Acc. Voltage: | 100 | Grid Opening (mm$^2$): | 0.009 |

Analyst: WH
Date: 7/31/2007
Page: 1 of 2
Comments: 0.1 ml
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | M | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 2 | F | 17.0 | 0.1 | C | | | 7.1 | 0.04 |
| | | 3 | B | 16.0 | 0.5 | C | C | Photo | 6.7 | 0.21 |
| | | 4 | F | 7.0 | 0.15 | C | | | 2.9 | 0.06 |
| | | 5 | F | 3.1 | 0.15 | C | | | 1.3 | 0.06 |
| | | 6 | M | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 7 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 8 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 9 | F | 7.5 | 0.15 | C | | | 3.1 | 0.06 |
| | | 10 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 11 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 12 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 13 | C | 6.5 | 0.3 | C | | | 2.7 | 0.13 |
| | | 14 | B | 10.5 | 0.3 | C | | | 4.4 | 0.13 |
| | | 15 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 16 | F | 2.0 | 0.15 | C | | | 0.8 | 0.06 |
| | | 17 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 18 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | | 19 | F | 5.2 | 0.1 | C | | | 2.2 | 0.04 |
| | C4 | 20 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | | 21 | F | 2.0 | 0.15 | C | | | 0.8 | 0.06 |
| | | 22 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 23 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | | 24 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 25 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 26 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 27 | F | 7.0 | 0.15 | C | | | 2.9 | 0.06 |
| | | 28 | F | 15.0 | 0.1 | C | | | 6.3 | 0.04 |
| | | 29 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 30 | F | 4.0 | 0.15 | C | | | 1.7 | 0.06 |
| | | 31 | F | 23.5 | 0.1 | C | | | 9.8 | 0.04 |
| | | 32 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 33 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 34 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 35 | F | 14.5 | 0.1 | C | | | 6.0 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project#: 5394 | Amt Collected(cm²): 100 | Analyst: WH | |
| MVA Sample#: S0837 | Amt Prepped(cm²): 0.1 | Date: 7/31/2007 | |
| Client I.D.: 06.VA | Filter Area (mm²): 1256 | Page: 2 of 2 | |
| Instrument: Philips120 | Filter Type: PC | Comments: 0.1 ml | |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 | |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755  X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C4 | 36 | F | 2 | 0.1 | C | | | 0.8 | 0.04 |
| | | 37 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | E1 | 38 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 39 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 40 | F | 9.5 | 0.15 | C | | | 4.0 | 0.06 |
| | | 41 | F | 6.0 | 0.15 | C | | | 2.5 | 0.06 |
| | | 42 | F | 5.8 | 0.1 | C | | | 2.4 | 0.04 |
| | | 43 | F | 1.7 | 0.1 | C | | | 0.7 | 0.04 |
| | | 44 | F | 1.6 | 0.1 | C | | | 0.7 | 0.04 |
| | | 45 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 46 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 47 | F | 40.0 | 0.1 | C | | | 16.7 | 0.04 |
| | | 48 | B | 6.5 | 0.5 | C | | | 2.7 | 0.21 |
| | | 49 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 50 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 51 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | G6 | 52 | B | 15.0 | 0.5 | C | | | 6.3 | 0.21 |
| | | 53 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 54 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 55 | B | 34.5 | 0.15 | C | | | 14.4 | 0.06 |
| | | 56 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 57 | F | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | | 58 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 59 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 60 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 61 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 62 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 63 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 64 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 65 | F | 12.0 | 0.7 | C | | | 5.0 | 0.29 |
| | | 66 | M | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 67 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 68 | C | 5.5 | 1 | C | | | 2.3 | 0.42 |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_744P

### MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | |
|---|---|
| MVA Project# | 5394 |
| MVA Sample# | S0838 |
| Client I.D.: | 07.VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 5 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 7/31/2007 |
| Page: | 1 of 2 |
| Comments: | 0.1 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D2 | 1 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 2 | B | 5.5 | 0.3 | C | | | 2.3 | 0.13 |
| | | 3 | B | 8.0 | 0.5 | C | | | 3.3 | 0.21 |
| | | 4 | C | 6.5 | 1 | C | | | 2.7 | 0.42 |
| | | 5 | F | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | | 6 | C | 41.0 | 22.5 | C | | | 17.1 | 9.38 |
| | | 7 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 8 | F | 13.0 | 0.2 | C | | | 5.4 | 0.08 |
| | | 9 | C | 17.5 | 13 | C | C | photo | 7.3 | 5.42 |
| | | 10 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 11 | C | 3.0 | 0.8 | C | | | 1.3 | 0.33 |
| | | 12 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 13 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 14 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 15 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 16 | C | 90.0 | 45.5 | C | | | 37.5 | 18.96 |
| | | 17 | C | 15.0 | 0.1 | C | | | 6.3 | 0.04 |
| | G3 | 18 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 19 | C | 131.5 | 88 | C | | | 54.8 | 36.67 |
| | | 20 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | E1 | 21 | M | 10.0 | 1.2 | C | | | 4.2 | 0.50 |
| | | 22 | B | 6.0 | 0.2 | C | | | 2.5 | 0.08 |
| | | 23 | B | 5.7 | 0.5 | C | | | 2.4 | 0.21 |
| | | 24 | B | 2.5 | 0.4 | C | | | 1.0 | 0.17 |
| | | 25 | F | 25.0 | 0.1 | C | | | 10.4 | 0.04 |
| | | 26 | F | 14.0 | 0.1 | C | | | 5.8 | 0.04 |
| | | 27 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 28 | C | 6.0 | 1.5 | C | | | 2.5 | 0.63 |
| | | 29 | F | 14.5 | 0.15 | C | | | 6.0 | 0.06 |
| | | 30 | M | 2.1 | 0.15 | C | | | 0.9 | 0.06 |
| | | 31 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 32 | C | 23.5 | 7 | C | | | 9.8 | 2.92 |
| | | 33 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 34 | M | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | C5 | 35 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos
5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0838 | Amt Prepped(cm²): | 0.1 |
| Client I.D.: | 07.VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 5 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: WH
Date: 7/31/2007
Page: 2 of 2
Comments: 0.1 ml
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C5 | 36 | B | 56 | 1 | C | | | 23.3 | 0.42 |
| | | 37 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 38 | B | 8.5 | 0.5 | C | | | 3.5 | 0.21 |
| | | 39 | B | 11.5 | 2.1 | C | | | 4.8 | 0.88 |
| | | 40 | B | 11.0 | 0.5 | C | | | 4.6 | 0.21 |
| | | 41 | F | 4.0 | 0.15 | C | | | 1.7 | 0.06 |
| | | 42 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 43 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 44 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | B3 | 45 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 46 | M | 16.0 | 2 | C | | | 6.7 | 0.83 |
| | | 47 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 48 | B | 11.8 | 0.4 | C | | | 4.9 | 0.17 |
| | | 49 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 50 | C | 35.0 | 15 | C | | | 14.6 | 6.25 |
| | | 51 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 52 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 53 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 54 | B | 3.0 | 0.3 | C | | | 1.3 | 0.13 |
| | | 55 | C | 12.0 | 11 | C | | | 5.0 | 4.58 |
| | | 56 | C | 14.5 | 3.5 | C | | | 6.0 | 1.46 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm$^2$): 100 | Analyst: WH |
| MVA Sample# S0839 | Amt Prepped(cm$^2$): 0.1 | Date: 8/1/2007 |
| Client I.D.: 08.VA | Filter Area (mm$^2$): 1256 | Page: 1 of 4 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.1 ml |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm$^2$): 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | C | 2.8 | 1.5 | C | | | 1.2 | 0.63 |
| | | 2 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 3 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 4 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 5 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 6 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 7 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 8 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | | 9 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 10 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 11 | F | 2.5 | 0.3 | C | | | 1.0 | 0.13 |
| | | 12 | M | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | | 13 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 14 | F | 2.2 | 0.15 | C | | | 0.9 | 0.06 |
| | | 15 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 16 | F | 4.5 | 0.1 | C | C | photo | 1.9 | 0.04 |
| | | 17 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 18 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 19 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 20 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 21 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 22 | C | 3.0 | 1.5 | C | | | 1.3 | 0.63 |
| | | 23 | F | 2.8 | 0.1 | C | | | 1.2 | 0.04 |
| | | 24 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 25 | B | 7.0 | 0.8 | C | | | 2.9 | 0.33 |
| | D4 | 26 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 27 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 28 | M | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 29 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 30 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 31 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |
| | | 32 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 33 | B | 29.0 | 0.7 | C | | | 12.1 | 0.29 |
| | | 34 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 35 | B | 4.5 | 0.25 | C | | | 1.9 | 0.10 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH |
| MVA Sample# | S0839 | Amt Prepped(cm²): | 0.1 | Date: 8/1/2007 |
| Client I.D.: | 08.VA | Filter Area (mm²): | 1256 | Page: 2 of 4 |
| Instrument: Philips 120 | | Filter Type: | PC | Comments: 0.1 ml |
| Magnification: | 24,000 | Openings Analyzed: | 4 | ASTM Method: D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D4 | 36 | M | 1.9 | 0.1 | C | | | 0.8 | 0.04 |
| | | 37 | F | 1.7 | 0.1 | C | | | 0.7 | 0.04 |
| | | 38 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 39 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 40 | F | 7.0 | 0.2 | C | | | 2.9 | 0.08 |
| | | 41 | F | 5.5 | 0.15 | C | | | 2.3 | 0.06 |
| | | 42 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 43 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 44 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 45 | F | 27.0 | 0.1 | C | | | 11.3 | 0.04 |
| | | 46 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 47 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 48 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 49 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 50 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 51 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 52 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 53 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | G6 | 54 | M | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 55 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 56 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 57 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 58 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 59 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 60 | F | 21.5 | 0.1 | C | | | 9.0 | 0.04 |
| | | 61 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 62 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 63 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 64 | B | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 65 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 66 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 67 | F | 26.0 | 0.1 | C | | | 10.8 | 0.04 |
| | | 68 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 69 | F | 1.5 | 0.2 | C | | | 0.6 | 0.08 |
| | | 70 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH |
| MVA Sample# | S0839 | Amt Prepped(cm²): | 0.1 | Date: 8/1/2007 |
| Client I.D.: | 08.VA | Filter Area (mm²): | 1256 | Page: 3 of 4 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: 0.1 ml |
| Magnification: | 24,000 | Openings Analyzed: | 4 | ASTM Method: D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755    X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G6 | 71 | B | 6 | 0.4 | C | | | 2.5 | 0.17 |
| | | 72 | B | 3.0 | 0.25 | C | | | 1.3 | 0.10 |
| | | 73 | B | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | | 74 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 75 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 76 | F | 1.5 | 0.2 | C | | | 0.6 | 0.08 |
| | | 77 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 78 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 79 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 80 | B | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 81 | F | 2.0 | 0.15 | C | | | 0.8 | 0.06 |
| | | 82 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 83 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 84 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 85 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 86 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 87 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 88 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | J5 | 89 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 90 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 91 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 92 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 93 | B | 11.0 | 0.3 | C | | | 4.6 | 0.13 |
| | | 94 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 95 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 96 | B | 3.5 | 0.3 | C | | | 1.5 | 0.13 |
| | | 97 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 98 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 99 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 100 | F | 3.6 | 0.1 | C | | | 1.5 | 0.04 |
| | | 101 | B | 6.5 | 0.25 | C | | | 2.7 | 0.10 |
| | | 102 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 103 | M | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 104 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 105 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0839 | |
| Client I.D.: | 08.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/1/2007 |
| Page: | 4 of 4 |
| Comments: | 0.1 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | J5 | 106 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 107 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 108 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 109 | F | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | | 110 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 111 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 112 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 113 | B | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 114 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 115 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 116 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 117 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 118 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0840 | |
| Client I.D.: | 09.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 9 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/1/2007 |
| Page: | 1 of 2 |
| Comments: | 1.0 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A5 | 1 | C | 6.5 | 2.5 | C | | | 2.7 | 1.04 |
| | | 2 | B | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | | 3 | F | 4.6 | 0.15 | C | | | 1.9 | 0.06 |
| | | 4 | F | 4.6 | 0.2 | C | | | 1.9 | 0.08 |
| | | 5 | F | 4.4 | 0.1 | C | | | 1.8 | 0.04 |
| | | 6 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 7 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | | 8 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | C7 | 9 | B | 7.0 | 0.5 | C | C | photo | 2.9 | 0.21 |
| | | 10 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 11 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 12 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 13 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 14 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | D4 | 15 | F | 30.0 | 0.15 | C | | | 12.5 | 0.06 |
| | | 16 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 17 | C | 4.5 | 1.8 | C | | | 1.9 | 0.75 |
| | | 18 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | | 19 | C | 12.5 | 6 | C | | | 5.2 | 2.50 |
| | | 20 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 21 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 22 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |
| | F1 | 23 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 24 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 25 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 26 | F | 4.1 | 0.1 | C | | | 1.7 | 0.04 |
| | | 27 | M | 3.0 | 0.3 | C | | | 1.3 | 0.13 |
| | H8 | 28 | M | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 29 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 30 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 31 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 32 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 33 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| 2 | C2 | 34 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 35 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_744P

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0840 | |
| Client I.D.: | 09.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm$^2$): | 100 |
| Amt Prepped(cm$^2$): | 1 |
| Filter Area (mm$^2$): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 9 |
| Grid Opening (mm$^2$): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/1/2007 |
| Page: | 2 of 2 |
| Comments: | 1.0 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | C2 | 36 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 37 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 38 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 39 | B | 22.0 | 1.5 | C | | | 9.2 | 0.63 |
| | D4 | 40 | M | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | | 41 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 42 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | F8 | 43 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 44 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | H9 | 45 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 46 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 47 | B | 6.0 | 0.4 | C | | | 2.5 | 0.17 |
| | | 48 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 49 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 50 | F | 3.0 | 0.15 | C | | | 1.3 | 0.06 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

# MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | | Amt Collected(cm$^2$): | 100 | | | Analyst: | WH | |
| MVA Sample# | S0841 | | Amt Prepped(cm$^2$): | 0.1 | | | Date: | 8/1/2007 | |
| Client I.D.: | 10.VA | | Filter Area (mm$^2$): | 1256 | | | Page: | 1 of 1 | |
| Instrument: | Philips 120 | | Filter Type: | PC | | | Comments: | 0.1 ml | |
| Magnification: | 24,000 | | Openings Analyzed: | 10 | | | ASTM Method: | D6480 | |
| Acc. Voltage: | 100 | | Grid Opening (mm$^2$): | 0.009 | | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I3 | 1 | B | 2.6 | 0.5 | C | | | 1.1 | 0.21 |
| | H1 | NSD | | | | | | | | |
| | G5 | NSD | | | | | | | | |
| | F7 | NSD | | | | | | | | |
| | C6 | 2 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| 2 | H2 | NSD | | | | | | | | |
| | I5 | 3 | F | 2.9 | 0.1 | C | | | 1.2 | 0.04 |
| | F3 | NSD | | | | | | | | |
| | H9 | NSD | | | | | | | | |
| | C10 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_744P