**Report of Results: MVA5394**

**Analysis of Settled Dust**
**Northern California Youth Correctional Center**

**Prepared for:**

**State of California**
**Dept of General Services**
**Seismic & Special Programs**
**707 West 3rd St.**
**West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Tim B. Vander Wood, Ph.D.**
**Executive Director**

**MVA Scientific Consultants**
**3300 Breckinridge Boulevard**
**Suite 400**
**Duluth, GA 30096**

**29 August 2007**



## Report of Results:  MVA5394

## Analysis of Settled Dust - Northern California Youth Correctional Center

### Introduction

On 1 August 2007, we received five settled dust samples from Clark Sief Clark, reportedly collected from the Northern California Youth Correctional Center, 7650 S. Newcastle, Stockton, California.  We were asked to determine the asbestos levels in the dust and possible sources for the asbestos.  Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 37VA | Hospital Electrical Rm Transformer-<br>Top Surface | S0939 |
| 38VA | Hospital Hallway @ pharmacy return air plenum-<br>Top of light case | S0940 |
| 39VA | Auditorium-Stage-OHC Table surface | S0941 |
| 40VA | Administration-OHC-Hallway-GIC office<br>-ceiling hatch surface | S0942 |
| 41VA | Administration-OHC-Hallway-Janitor's closet<br>-ceiling hatch surface | S0943 |

All analyses were carried out in our laboratory during the period 1 August through 27 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that may serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1.  The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples.  Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby



amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.

## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this dust originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1.  Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|----------------------|
| 37VA | S0939 | 14,513,778 |
| 38VA | S0940 | 502,400 |
| 39VA | S0941 | None Detected |
| 40VA | S0942 | <8,373 |
| 41VA | S0943 | 19,538 |

# Chain of Custody-
# TEM Micro-Vacuum

**Requested TAT (Circle One)**
**Analysis Type (Circle One)**

Same Day | One Day (24hr) | Normal (48hr)
Air | (Surface) | Bulk | Water

| CSC Project # | Claim # | Sampling By | # of Samples: | Date(s) Taken: | Page # | of | Total Pages |
|---|---|---|---|---|---|---|---|
| 10 1 1 7 6 5 | | ✗✗ | 5 | 7.26.07 | | | |

**Project Name & Location:**
Northern California Youth Correctional Center
7650 S. <del>El</del> Newcastle
Stockton

**Client Information:**
DGS
Glenn Connor

**Sampling Area and/or Building #:**

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 37VA | | Hospital Electrical Room Transformer - Top Surface | | 10.9.1 | | 1 min | 60 cm² | |
| 38VA | | Hospital Hallway @ Pharmacy return air plenum - Top of light case | | | | | | |
| 39VA | | Auditorium - Stage - OHC Table Surface | | | | | | |
| 40VA | | Administration - OHC Hallway - GTC office Ceiling Hatch Surface | | | | | | |
| 41VA | | Administration - OHC Hallway Janitor's clock - ceiling hatch surface | | | ↓ | ↓ | ↓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Date & Time |
|---|---|---|---|---|---|
| FRANCO SEST | 7.31.07 | Tim Blanchard | | T 300 | 8.1.07 |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time | Analysis By (Print & Sign) | Date & Time |

Clark Seif Clark 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.cseeng.com

# APPENDIX



## ASTM D5755 Results
**MVA 5394**
By:      W.Hill
**Client project number:**
Str/cm  =  No Str. X  CFA  X  Total Vol.
          Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:**   S0939        **Client #:**      37.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 52 | 1256 | 5 | 0.009 | 0.1 | 100 | 100 |

**Anal. Sens =**        279111.111        Str/CM2  **LOD =3\* Anal. Sens =**        837333.333
**Total =**             14513777.778      Str/CM2

**MVA #:**   S0940        **Client #:**      38.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 36 | 1256 | 10 | 0.009 | 1 | 100 | 100 |

**Anal. Sens =**        13955.556        Str/CM2  **LOD =3\* Anal. Sens =**        41866.667
**Total =**             502400.000       Str/CM2

**MVA #:**   S0941        **Client #:**      39.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 0 | 1256 | 10 | 0.009 | 5 | 100 | 100 |

**Anal. Sens =**        2791.111        Str/CM2 **LOD =3\* Anal. Sens =**        8373.333
**Total =**             0.000           Str/CM2

**MVA #:**   S0942        **Client #:**      40.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 3 | 1256 | 10 | 0.009 | 5 | 100 | 100 |

**Anal. Sens =**        2791.111        Str/CM2 **LOD =3\* Anal. Sens =**        8373.333
**Total =**             8373.333        Str/CM2

**MVA #:**   S0943        **Client #:**      41.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|---|---|---|---|---|---|---|
| 7 | 1256 | 10 | 0.009 | 5 | 100 | 100 |

**Anal. Sens =**        2791.111        Str/CM2 **LOD =3\* Anal. Sens =**        8373.333
**Total =**             19537.778       Str/CM2

***According to ASTM D6620***































































MVA SCIENTIFIC CONSULTANTS

**Surface Dust Sample Analysis Sheet**

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0939 | Amt Prepped(cm²): | 0.1 |
| Client I.D.: | 37VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 5 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: WH
Date: 8/27/2007
Page: 1 of 2
Comments: 0.1 ml
ASTM Method: D6480
or D5755    X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B7 | 1 | B | 26 | 0.3 | C | | | 10.8 | 0.13 |
| | | 2 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 3 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 4 | F | 7.0 | 0.15 | C | | | 2.9 | 0.06 |
| | | 5 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 6 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 7 | B | 3.5 | 0.5 | C | | | 1.5 | 0.21 |
| | | 8 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 9 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 10 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 11 | F | 6.5 | 0.2 | C | | | 2.7 | 0.08 |
| | | 12 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |
| | C9 | 13 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 14 | F | 2.3 | 0.1 | C | | | 1.0 | 0.04 |
| | | 15 | F | 17.0 | 0.1 | C | | | 7.1 | 0.04 |
| | | 16 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 17 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 18 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 19 | C | 5.5 | 1.5 | C | | | 2.3 | 0.63 |
| | | 20 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 21 | B | 9.0 | 1 | C | | | 3.8 | 0.42 |
| | | 22 | F | 19.0 | 0.15 | C | | | 7.9 | 0.06 |
| | E8 | 23 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 24 | B | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | | 25 | B | 5.5 | 0.5 | C | C | PHOTO | 2.3 | 0.21 |
| | | 26 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 27 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 28 | F | 16.0 | 0.1 | C | | | 6.7 | 0.04 |
| | | 29 | B | 3.0 | 0.5 | C | | | 1.3 | 0.21 |
| | | 30 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 31 | F | 36.0 | 0.1 | C | | | 15.0 | 0.04 |
| | | 32 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 33 | B | 41.0 | 0.4 | C | | | 17.1 | 0.17 |
| | | 34 | F | 27.0 | 0.1 | C | | | 11.3 | 0.04 |
| | H7 | 35 | F | 36.0 | 0.1 | C | | | 15.0 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907norcal

MVA SCIENTIFIC CONSULTANTS

## Surface Dust Sample Analysis Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH | | |
| MVA Sample# | S0939 | Amt Prepped(cm²): | 0.1 | Date: 8/27/2007 | | |
| Client I.D.: | 37VA | Filter Area (mm²): | 1256 | Page: 2 of 2 | | |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: 0.1 ml | | |
| Magnification: | 24,000 | Openings Analyzed: | 5 | ASTM Method: D6480 | | |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H7 | 36 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 37 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 38 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 39 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 40 | F | 31.0 | 0.1 | C | | | 12.9 | 0.04 |
| | | 41 | F | 2.9 | 0.1 | C | | | 1.2 | 0.04 |
| | | 42 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 43 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | I5 | 44 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 45 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 46 | F | 1.9 | 0.1 | C | | | 0.8 | 0.04 |
| | | 47 | F | 3.7 | 0.4 | C | | | 1.5 | 0.17 |
| | | 48 | C | 8.0 | 5.5 | C | | | 3.3 | 2.29 |
| | | 49 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 50 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 51 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 52 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907norcal

## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample# S0940 | Amt Prepped(cm²): 1 | Date: 8/27/2007 |
| Client I.D.: 38VA | Filter Area (mm²): 1256 | Page: 1 of 2 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1 ml |
| Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B4 | 1 | F | 4 | 0.1 | C | C | PHOTO | 1.7 | 0.04 |
| | | 2 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | D1 | 3 | B | 8.0 | 1.5 | C | | | 3.3 | 0.63 |
| | | 4 | F | 7.0 | 0.25 | C | | | 2.9 | 0.10 |
| | E4 | 5 | M | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 6 | F | 7.5 | 0.2 | C | | | 3.1 | 0.08 |
| | H2 | 7 | M | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | | 8 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 9 | B | 4.5 | 0.5 | C | | | 1.9 | 0.21 |
| | | 10 | F | 2.1 | 0.15 | C | | | 0.9 | 0.06 |
| | | 11 | F | 21.0 | 0.1 | C | | | 8.8 | 0.04 |
| | | 12 | B | 81.0 | 1.5 | C | | | 33.8 | 0.63 |
| | | 13 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | I4 | 14 | M | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 15 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 16 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 17 | M | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| 2 | C3 | 18 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 19 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 20 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 21 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | D1 | 22 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | | 23 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | E7 | 24 | B | 9.5 | 0.3 | C | | | 4.0 | 0.13 |
| | | 25 | B | 2.2 | 0.2 | C | C | | 0.9 | 0.08 |
| | | 26 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 27 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 28 | C | 5.0 | 1 | C | | | 2.1 | 0.42 |
| | F9 | 29 | M | 5.5 | 0.5 | C | | | 2.3 | 0.21 |
| | | 30 | F | 2.9 | 0.15 | C | | | 1.2 | 0.06 |
| | | 31 | M | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | H8 | 32 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 33 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 34 | C | 7.0 | 1.5 | C | | | 2.9 | 0.63 |
| | | 35 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907norcal

## MVA Scientific Consultants

### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 | Analyst: WH |
| MVA Sample# | S0940 | Amt Prepped(cm²): | 1 | Date: 8/27/2007 |
| Client I.D.: | 38VA | Filter Area (mm²): | 1256 | Page: 2 of 2 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: 1 ml |
| Magnification: | 24,000 | Openings Analyzed: | 10 | ASTM Method: D6480 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | H8 | 36 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

MVA SCIENTIFIC CONSULTANTS

## Surface Dust Sample Analysis Sheet

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm$^2$): | 100 | | Analyst: WH | | |
| MVA Sample# | S0941 | Amt Prepped(cm$^2$): | 5 | | Date: 8/27/2007 | | |
| Client I.D.: | 39VA | Filter Area (mm$^2$): | 1256 | | Page: 1 of 1 | | |
| Instrument: | Philips 120 | Filter Type: | PC | | Comments: 5.0 ml | | |
| Magnification: | 24,000 | Openings Analyzed: | 10 | | ASTM Method: D6480 | | |
| Acc. Voltage: | 100 | Grid Opening (mm$^2$): | 0.009 | | or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G7 | NSD | | | | | | | | |
| | H3 | NSD | | | | | | | | |
| | D5 | NSD | | | | | | | | |
| | C2 | NSD | | | | | | | | |
| | A1 | NSD | | | | | | | | |
| 2 | I2 | NSD | | | | | | | | |
| | H4 | NSD | | | | | | | | |
| | G1 | NSD | | | | | | | | |
| | G8 | NSD | | | | | | | | |
| | E7 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907norcal

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0942 | |
| Client I.D.: | 40VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 5 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/27/2007 |
| Page: | 1 of 1 |
| Comments: | 5 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | NSD | | | | | | | | |
| | C8 | NSD | | | | | | | | |
| | D3 | NSD | | | | | | | | |
| | F1 | 1 | C | 5.5 | 4 | C | C | PHOTO | 2.3 | 1.67 |
| 2 | B4 | NSD | | | | | | | | |
| | C6 | 2 | F | 2.9 | 0.25 | C | | | 1.2 | 0.10 |
| | F8 | NSD | | | | | | | | |
| | I2 | NSD | | | | | | | | |
| | J5 | 3 | M | 1.9 | 0.1 | C | | | 0.8 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907norcal

## Surface Dust Sample Analysis Sheet

MVA SCIENTIFIC CONSULTANTS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
MVA Project#: 5394 | Amt Collected(cm²): 100 | Analyst: WH
MVA Sample#: S0943 | Amt Prepped(cm²): 5 ml | Date: 8/27/2007
Client I.D.: 41VA | Filter Area (mm²): 1256 | Page: 1 of 1
Instrument: Philips 120 | Filter Type: PC | Comments: 5 ml
Magnification: 24,000 | Openings Analyzed: 10 | ASTM Method: D6480
Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755   X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H3 | 1 | M | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | G6 | NSD | | | | | | | | |
| | E8 | NSD | | | | | | | | |
| | C7 | 2 | F | 42.0 | 1 | A | AO | Amphibole (other) | 17.5 | 0.42 |
| | A8 | 3 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| 2 | I2 | NSD | | | | | | | | |
| | G3 | NSD | | | | | | | | |
| | E7 | 4 | C | 7.0 | 1 | C | C | PHOTO | 2.9 | 0.42 |
| | | 5 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 6 | F | 2.1 | 0.15 | C | | | 0.9 | 0.06 |
| | | 7 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | C6 | NSD | | | | | | | | |
| | B1 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907norcal