Revised Report of Results:  MVA5394

Analysis of Settled Dust
714 P Street-OB8

Prepared for:

State of California
Dept of General Services
Seismic & Special Programs
707 West 3rd St.
West Sacramento, CA 95605

**Respectfully Submitted by:**

Tim B. Vander Wood, Ph.D.
Executive Director

MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA  30096

Supercedes Report Dated 29 August 2007

10 October 2007



## Revised Report of Results:  MVA5394

## Analysis of Settled Dust - 714 P Street-OB8

### Introduction

On 20 July 2007, we received five settled dust samples and a blank from Clark Sief Clark, reportedly collected from 741 P Street #OB8, Sacramento, California. The Chain of Custody was incorrect. The address that the samples were collected from was 714 P Street, #OB8, Sacramento, California. We were asked to determine the asbestos levels in the dust and possible sources for the asbestos. Upon receipt, the samples were assigned MVA Scientific Consultants laboratory identification numbers as follows:

| Sample ID | Sample Description | MVA Number |
|---|---|---|
| 16VA | 5th floor-overhang, soffit area north | S0847 |
| 17VA | 5th floor-overhang, soffit area west | S0848 |
| 18VA | 6th floor-overhang, soffit area west | S0849 |
| 19VA | 6th floor-overhang, soffit area south | S0850 |
| 20VA | Basement-Mechanical Room-floor | S0851 |
| 21Blank | Blank | S0852 |

All analyses were carried out in our laboratory during the period 20 July through 29 August 2007.

### Methods

The samples were analyzed according to ASTM Method D5755-03 using either a Philips model EM420 or a Philips model CM120 transmission electron microscope (TEM), equipped with an Oxford INCA energy dispersive x-ray spectrometer (EDS). Additional analyses for dust constituents that may serve as source indicators were also conducted by TEM/EDS.

### Results and Discussion

The results of analysis for these samples are presented in Table 1. The Appendix contains a summary of the analytical results, the laboratory count sheets, and images and EDS spectra of typical asbestos fibers found in these samples. Also contained in the appendix are images and spectra showing vermiculite associated with chrysotile fibers and other asbestiform amphibole minerals typical of those known as "Libby amphibole" and observed as contaminants in vermiculite from the Libby, Montana vermiculite mine operated by W.R. Grace.



## Conclusions

Dust analyzed in this study contains elevated levels of chrysotile asbestos. Portions of the dust are consistent with derivation from a chrysotile/vermiculite bearing fireproofing. Asbestiform amphibole consistent with "Libby amphibole" was also found, indicating that the vermiculite in this dust originated at least in part at W.R. Grace's Libby vermiculite mine.

### Table 1. Asbestos Concentration in Settled Dust Samples

| Sample ID | MVA Number | Asbestos Str/cm$^2$ |
|-----------|------------|---------------------|
| 16VA | S0847 | 150,720,000 |
| 17VA | S0848 | 247,711,111 |
| 18VA | S0849 | 191,888,889 |
| 19VA | S0850 | 275,622,222 |
| 20VA | S0851 | 443,088,889 |
| 21VA | S0852 | None Detected |

# Chain of Custody-
# TEM Micro-Vacuum

CSC — HEALTH & SAFETY • ENGINEERING • ENVIRONMENTAL

| Requested TAT (Circle One) | Same Day | One Day (24hr) | Normal (48hr) |
|---|---|---|---|
| Analysis Type (Circle One) | Air | (Surface) | Bulk | Water |

| CSC Project # | Claim # | Sampling By | # of Samples | Date(s) Taken |
|---|---|---|---|---|
| 10/4265 | | FA | 6 | 7.18.07 |

Project Name & Location:

W. R. Grace
7418 14th Street #OBB
Sacramento, CA

Client Information:
DGS
Glenn Connor

| | | | Page # | Total Pages |
|---|---|---|---|---|
| | | | 1 of | 7 |

Sampling Area and/or Building #:

| Sample # | Date | Sample Location | Pump # | Start Flow Rate / End Flow Rate | Start Time / End Time | Total Time | Total Volume/Area | Type of Analysis |
|---|---|---|---|---|---|---|---|---|
| 16 VA | 7.6.07 | 5th floor - Overhang Soffit area North | IAQ #6 | 10.9/ | 2 min | 60 cm | |
| 17 VA | | 5th floor - Overhang Soffit area West | | 10.9/ 10.9/ | 2 min | 60 cm | |
| 18 VA | | 6th floor - Overhang area West | | 10.9/ 10 | 2 min | 60 cm | |
| 19 VA | | 6th floor - Overhang area South | | 10.9/ 10.9/ | 2 min | 60 cm | |
| 20 VA | | Basement Mechanical room - floor | | 10.9/ 10.9/ | 2 min | 60 cm | |
| 21 Blank | | Blank | | | | | |

| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time |
|---|---|---|---|
| FRANCO SEPP | 7.19.07 | D. Menatt | 7/20/07 |
| Relinquished By (Print & Sign) | Date & Time | Received By (Print & Sign) | Date & Time |
| | | | |

| Analysis By (Print & Sign) | Analysis Date & Time |
|---|---|
| | |

Clark Self Clark: 21732 Devonshire Street, 2nd Floor, Chatsworth, CA 91311, Ph (818) 727-2553, Fax (818) 727-2556
www.cscenq.com

# APPENDIX



# ASTM D5755 Results

## MVA 5394

By:      W.Hill

**Client project number:**

Str/cm = <u>No Str. X  CFA  X  Total Vol.</u>

Grid Op. X GO Area X Vol Filt X Area Sampled

**MVA #:**   S0847      **Client #:**    16.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 54 | 1256 | 5 | 0.009 | 0.01 | 100 | 100 |

Anal. Sens =      2791111.111      Str/CM2  **LOD =3\* Anal. Sens =**   <u>8373333.333</u>

Total =      150720000.000     Str/CM2

**MVA #:**   S0848      **Client #:**    17.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 71 | 1256 | 4 | 0.009 | 0.01 | 100 | 100 |

Anal. Sens =      3488888.889      Str/CM2  **LOD =3\* Anal. Sens =**   <u>10466666.667</u>

Total =      247711111.111     Str/CM2

**MVA #:**   S0849      **Client #:**    18.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 55 | 1256 | 4 | 0.009 | 0.01 | 100 | 100 |

Anal. Sens =      3488888.889      Str/CM2  **LOD =3\* Anal. Sens =**   <u>10466666.667</u>

Total =      191888888.889     Str/CM2

**MVA #:**   S0850      **Client #:**    19.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 79 | 1256 | 4 | 0.009 | 0.01 | 100 | 100 |

Anal. Sens =      3488888.889      Str/CM2  **LOD =3\* Anal. Sens =**   <u>10466666.667</u>

Total =      275622222.222     Str/CM2

**MVA #:**   S0851      **Client #:**    20.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 127 | 1256 | 4 | 0.009 | 0.01 | 100 | 100 |

Anal. Sens =      3488888.889      Str/CM2  **LOD =3\* Anal. Sens =**   <u>10466666.667</u>

Total =      443088888.889     Str/CM2



**MVA #:**   S0852   **Client #:**   21.VA

| Str. # | CFA | #GO | Area GO | Vol Filt ml | Total Vol. | Area Samp. |
|--------|-----|-----|---------|-------------|------------|------------|
| 0 | 1256 | 10 | 0.009 | 10 | 100 | 0 |

**Anal. Sens =**   1395.566**   Str/CM2  **LOD =3* Anal. Sens =**   4186.667**

**Total =**   0.000   Str/CM2

*According to ASTM D6620*

**** Analytical Sensitivity Assuming 100cm^2 Sampling Area*











5394_S0847_matrix_asbestos

Full Scale 582 cts Cursor: 0.000































5394_S0849_matrix_asbestos

Full Scale 867 cts Cursor: 0.000



























## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): 100 |
| MVA Sample# | S0847 | Amt Prepped(cm²): 0.01 |
| Client I.D.: | 16.VA | Filter Area (mm²): 1256 |
| Instrument: | Philips 120 | Filter Type: PC |
| Magnification: | 24,000 | Openings Analyzed: 5 |
| Acc. Voltage: | 100 | Grid Opening (mm²): 0.009 |

Analyst: WH
Date: 8/6/2007-8/7/2007
Page: 1 of 2
Comments: 0.01 ml
ASTM Method: D6480
or D5755   X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 2 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 3 | F | 3.0 | 0.15 | C | | | 1.3 | 0.06 |
| | | 4 | C | 2.5 | 1 | C | | | 1.0 | 0.42 |
| | | 5 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 6 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 7 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 8 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 9 | C | 11.0 | 3 | C | C | photo | 4.6 | 1.25 |
| | C5 | 10 | B | 45.5 | 1.9 | C | | | 19.0 | 0.79 |
| | | 11 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 12 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 13 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 14 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 15 | B | 21.5 | 0.5 | C | | | 9.0 | 0.21 |
| | | 16 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 17 | B | 6.0 | 0.7 | C | | | 2.5 | 0.29 |
| | | 18 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 19 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | D8 | 20 | B | 7.5 | 0.4 | C | | | 3.1 | 0.17 |
| | | 21 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 22 | F | 10.2 | 0.15 | C | | | 4.3 | 0.06 |
| | | 23 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 24 | B | 9.0 | 0.6 | C | | | 3.8 | 0.25 |
| | | 25 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 26 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 27 | F | 6.0 | 0.15 | C | | | 2.5 | 0.06 |
| | | 28 | B | 34.5 | 1 | C | | | 14.4 | 0.42 |
| | | 29 | B | 6.0 | 0.3 | C | | | 2.5 | 0.13 |
| | | 30 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | E10 | 31 | M | 9.5 | 0.5 | C | | | 4.0 | 0.21 |
| | | 32 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 33 | B | 30.5 | 0.6 | C | | | 12.7 | 0.25 |
| | | 34 | F | 18.0 | 0.1 | C | | | 7.5 | 0.04 |
| | | 35 | B | 5.6 | 0.5 | C | | | 2.3 | 0.21 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| MVA Project# | 5394 |
| MVA Sample# | S0847 |
| Client I.D.: | 16.VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.01 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 5 |
| Grid Opening (mm²): | 0.009 |

| Analyst: WH |
| Date: 8/6/2007-8/7/2007 |
| Page: 2 of 2 |
| Comments: 0.01 ml |
| ASTM Method: D6480 |
| or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|------|---------|-------------------|----------------|---------------|--------------|------|-----|----------|----------------|---------------|
| 1 | E10 | 36 | C | 9 | 1.8 | C | | | 3.8 | 0.75 |
| | | 37 | M | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 38 | C | 5.6 | 2.5 | C | | | 2.3 | 1.04 |
| | | 39 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 40 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 41 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 42 | F | 3.8 | 0.1 | C | | | 1.6 | 0.04 |
| | | 43 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 44 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 45 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 46 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | F7 | 47 | F | 5.1 | 0.1 | C | | | 2.1 | 0.04 |
| | | 48 | F | 22.5 | 0.1 | C | | | 9.4 | 0.04 |
| | | 49 | B | 5.0 | 0.25 | C | | | 2.1 | 0.10 |
| | | 50 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 51 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 52 | M | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 53 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 54 | B | 6.0 | 0.3 | C | | photo | 2.5 | 0.13 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_741P_rev1_714P_101007

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

| | | | | | |
|---|---|---|---|---|---|
| MVA Project#: 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample#: S0848 | Amt Prepped(cm²): 0.01 | Date: 8/7/2007 |
| Client I.D.: 17.VA | Filter Area (mm²): 1256 | Page: 1 of 3 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01 ml |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F4 | 1 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 2 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 3 | F | 26.5 | 0.1 | C | | | 11.0 | 0.04 |
| | | 4 | M | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 5 | B | 7.0 | 0.5 | C | | | 2.9 | 0.21 |
| | | 6 | F | 13.5 | 0.1 | C | | | 5.6 | 0.04 |
| | | 7 | C | 11.0 | 2 | C | | | 4.6 | 0.83 |
| | | 8 | B | 2.5 | 0.5 | C | | | 1.0 | 0.21 |
| | | 9 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 10 | C | 9.5 | 4.5 | C | | | 4.0 | 1.88 |
| | | 11 | C | 21.0 | 3.5 | C | | | 8.8 | 1.46 |
| | | 12 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 13 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 14 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 15 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 16 | C | 29.5 | 2 | C | | | 12.3 | 0.83 |
| | | 17 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 18 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 19 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | D3 | 20 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 21 | F | 2.5 | 0.1 | C | C | photo | 1.0 | 0.04 |
| | | 22 | F | 9.8 | 0.1 | C | | | 4.1 | 0.04 |
| | | 23 | B | 3.5 | 0.5 | C | | | 1.5 | 0.21 |
| | | 24 | F | 7.0 | 0.1 | C | C | photo | 2.9 | 0.04 |
| | | 25 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 26 | F | 35.0 | 0.15 | C | | | 14.6 | 0.06 |
| | | 27 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 28 | F | 14.5 | 0.1 | C | | | 6.0 | 0.04 |
| | | 29 | F | 17.5 | 0.15 | C | | | 7.3 | 0.06 |
| | | 30 | B | 32.0 | 0.2 | C | | | 13.3 | 0.08 |
| | | 31 | B | 28.5 | 0.4 | C | | | 11.9 | 0.17 |
| | | 32 | B | 25.0 | 0.3 | C | | | 10.4 | 0.13 |
| | | 33 | M | 19.0 | 0.1 | C | | | 7.9 | 0.04 |
| | | 34 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 35 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0848 | |
| Client I.D.: | 17.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.01 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/7/2007 |
| Page: | 2 of 3 |
| Comments: | 0.01 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D3 | 36 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 37 | M | 2.1 | 0.2 | C | | | 0.9 | 0.08 |
| | C5 | 38 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 39 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 40 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 41 | F | 2.1 | 0.1 | C | | | 0.9 | 0.04 |
| | | 42 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 43 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 44 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 45 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 46 | F | 5.5 | 0.15 | C | | | 2.3 | 0.06 |
| | | 47 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 48 | C | 46.5 | 11 | C | | | 19.4 | 4.58 |
| | | 49 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 50 | M | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 51 | B | 22.0 | 1 | C | | | 9.2 | 0.42 |
| | | 52 | F | 11.5 | 0.2 | C | | | 4.8 | 0.08 |
| | | 53 | F | 39.5 | 0.1 | C | | | 16.5 | 0.04 |
| | | 54 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 55 | B | 7.0 | 0.3 | C | | | 2.9 | 0.13 |
| | B3 | 56 | F | 1.8 | 0.1 | C | | | 0.8 | 0.04 |
| | | 57 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 58 | F | 25.0 | 0.1 | C | | | 10.4 | 0.04 |
| | | 59 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 60 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 61 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 62 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 63 | F | 44.5 | 0.1 | C | | | 18.5 | 0.04 |
| | | 64 | F | 71.0 | 0.1 | C | | | 29.6 | 0.04 |
| | | 65 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 66 | F | 27.0 | 0.1 | C | | | 11.3 | 0.04 |
| | | 67 | B | 13.0 | 0.5 | C | | | 5.4 | 0.21 |
| | | 68 | B | 2.5 | 0.2 | C | | | 1.0 | 0.08 |
| | | 69 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 70 | C | 10.0 | 2.5 | C | | | 4.2 | 1.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample# S0848 | Amt Prepped(cm²): 0.01 | Date: 8/7/2007 |
| Client I.D.: 17.VA | Filter Area (mm²): 1256 | Page: 3 of 3 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01 ml |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B3 | 71 | M | 6 | 0.1 | C | | | 2.5 | 0.04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 5394 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample#: S0849 | Amt Prepped(cm²): 0.01 | Date: 8/7/2007 |
| Client I.D.: 18.VA | Filter Area (mm²): 1256 | Page: 1 of 2 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01 ml |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening (mm²): 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 2 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 3 | F | 9.0 | 0.1 | C | | | 3.8 | 0.04 |
| | | 4 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 5 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 6 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 7 | B | 8.0 | 0.3 | C | | | 3.3 | 0.13 |
| | | 8 | F | 12.0 | 1.5 | C | | | 5.0 | 0.63 |
| | | 9 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 10 | F | 5.0 | 0.2 | C | | | 2.1 | 0.08 |
| | | 11 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 12 | B | 4.5 | 0.4 | C | | | 1.9 | 0.17 |
| | | 13 | B | 38.0 | 0.5 | C | | | 15.8 | 0.21 |
| | | 14 | C | 9.5 | 6.5 | C | | | 4.0 | 2.71 |
| | C4 | 15 | F | 5.1 | 0.1 | C | | | 2.1 | 0.04 |
| | | 16 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 17 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 18 | C | 13.0 | 2.1 | C | | | 5.4 | 0.88 |
| | | 19 | B | 5.0 | 0.5 | C | | | 2.1 | 0.21 |
| | | 20 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 21 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 22 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 23 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 24 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 25 | B | 6.5 | 0.8 | C | | | 2.7 | 0.33 |
| | | 26 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 27 | B | 6.0 | 0.3 | C | | | 2.5 | 0.13 |
| | E7 | 28 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 29 | C | 79.0 | 7.5 | C | | | 32.9 | 3.13 |
| | | 30 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 31 | F | 19.5 | 0.1 | C | | | 8.1 | 0.04 |
| | | 32 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 33 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 34 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 35 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0849 | |
| Client I.D.: | 18.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.01 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/7/2007 |
| Page: | 2 of 2 |
| Comments: | 0.01 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|------|---------|-------------------|----------------|---------------|--------------|------|-----|----------|----------------|---------------|
| 1 | E7 | 36 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 37 | C | 12.0 | 4 | C | C | photo | 5.0 | 1.67 |
| | | 38 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 39 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 40 | F | 2.8 | 0.2 | C | | | 1.2 | 0.08 |
| | | 41 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | G1 | 42 | F | 23.0 | 0.1 | C | | | 9.6 | 0.04 |
| | | 43 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 44 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 45 | F | 22.5 | 0.1 | C | | | 9.4 | 0.04 |
| | | 46 | F | 40.0 | 0.1 | C | | | 16.7 | 0.04 |
| | | 47 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 48 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 49 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 50 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 51 | M | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 52 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 53 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 54 | C | 10.0 | 1 | C | | | 4.2 | 0.42 |
| | | 55 | F | 21.5 | 0.1 | C | | | 9.0 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 5394 | Amt Collected(cm²): | 100 |
| MVA Sample# | S0850 | Amt Prepped(cm²): | 0.01 |
| Client I.D.: | 19.VA | Filter Area (mm²): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,000 | Openings Analyzed: | 4 |
| Acc. Voltage: | 100 | Grid Opening (mm²): | 0.009 |

Analyst: WH
Date: 8/8/2007
Page: 1 of 3
Comments: 0.01 ml
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|------|---------|-------------------|----------------|---------------|--------------|------|-----|----------|----------------|---------------|
| 1 | C1 | 1 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 2 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 3 | F | 27.0 | 0.1 | C | | | 11.3 | 0.04 |
| | | 4 | B | 25.0 | 0.8 | C | | | 10.4 | 0.33 |
| | | 5 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 6 | B | 6.5 | 0.2 | C | | | 2.7 | 0.08 |
| | | 7 | F | 4.8 | 0.1 | C | | | 2.0 | 0.04 |
| | | 8 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 9 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 10 | B | 5.0 | 0.3 | C | | | 2.1 | 0.13 |
| | | 11 | F | 96.0 | 0.1 | C | | | 40.0 | 0.04 |
| | | 12 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 13 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 14 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 15 | F | 5.1 | 0.1 | C | | | 2.1 | 0.04 |
| | | 16 | F | 3.0 | 0.3 | C | | | 1.3 | 0.13 |
| | | 17 | F | 31.5 | 0.1 | C | | | 13.1 | 0.04 |
| | | 18 | C | 7.0 | 2 | C | | | 2.9 | 0.83 |
| | | 19 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 20 | B | 9.0 | 0.4 | C | C | photo | 3.8 | 0.17 |
| | | 21 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 22 | F | 29.5 | 0.1 | C | | | 12.3 | 0.04 |
| | | 23 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 24 | F | 21.5 | 0.1 | C | | | 9.0 | 0.04 |
| | | 25 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 26 | F | 3.1 | 0.1 | C | | | 1.3 | 0.04 |
| | | 27 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 28 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | D3 | 29 | F | 40.5 | 0.1 | C | | | 16.9 | 0.04 |
| | | 30 | B | 5.5 | 0.8 | C | | | 2.3 | 0.33 |
| | | 31 | B | 2.5 | 0.5 | C | | | 1.0 | 0.21 |
| | | 32 | F | 17.0 | 0.1 | C | | | 7.1 | 0.04 |
| | | 33 | B | 7.5 | 0.4 | C | | | 3.1 | 0.17 |
| | | 34 | B | 9.0 | 0.2 | C | | | 3.8 | 0.08 |
| | | 35 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0850 | |
| Client I.D.: | 19.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.01 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/8/2007 |
| Page: | 2 of 3 |
| Comments: | 0.01 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D3 | 36 | F | 2.2 | 0.1 | C | | | 0.9 | 0.04 |
| | | 37 | F | 7.0 | 0.1 | C | | | 2.9 | 0.04 |
| | | 38 | B | 57.5 | 0.4 | C | | | 24.0 | 0.17 |
| | | 39 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 40 | F | 34.0 | 0.1 | C | | | 14.2 | 0.04 |
| | | 41 | C | 29.0 | 1 | C | | | 12.1 | 0.42 |
| | | 42 | B | 7.0 | 0.8 | C | | | 2.9 | 0.33 |
| | | 43 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 44 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 45 | F | 7.1 | 0.1 | C | | | 3.0 | 0.04 |
| | E7 | 46 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 47 | B | 7.0 | 0.3 | C | | | 2.9 | 0.13 |
| | | 48 | F | 43.5 | 0.1 | C | | | 18.1 | 0.04 |
| | | 49 | B | 11.5 | 1 | C | | | 4.8 | 0.42 |
| | | 50 | F | 40.5 | 0.1 | C | | | 16.9 | 0.04 |
| | | 51 | F | 6.5 | 0.1 | C | | | 2.7 | 0.04 |
| | | 52 | F | 22.5 | 0.1 | C | | | 9.4 | 0.04 |
| | | 53 | F | 36.0 | 0.1 | C | | | 15.0 | 0.04 |
| | | 54 | F | 1.8 | 0.15 | C | | | 0.8 | 0.06 |
| | | 55 | F | 5.4 | 0.1 | C | | | 2.3 | 0.04 |
| | | 56 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 57 | B | 4.5 | 0.2 | C | | | 1.9 | 0.08 |
| | | 58 | F | 10.2 | 0.1 | C | | | 4.3 | 0.04 |
| | | 59 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | | 60 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 61 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 62 | F | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | | 63 | F | 24.5 | 0.1 | C | | | 10.2 | 0.04 |
| | | 64 | B | 3.5 | 0.2 | C | | | 1.5 | 0.08 |
| | | 65 | B | 6.0 | 0.3 | C | | | 2.5 | 0.13 |
| | | 66 | F | 12.5 | 0.1 | C | | | 5.2 | 0.04 |
| | G8 | 67 | F | 14.0 | 0.1 | C | | | 5.8 | 0.04 |
| | | 68 | F | 10.2 | 0.1 | C | | | 4.3 | 0.04 |
| | | 69 | C | 40.0 | 10 | C | | | 16.7 | 4.17 |
| | | 70 | F | 3.1 | 0.1 | C | | | 1.3 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0850 | |
| Client I.D.: | 19.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | | |
|---|---|---|
| Amt Collected(cm²): | 100 | |
| Amt Prepped(cm²): | 0.01 | |
| Filter Area (mm²): | 1256 | |
| Filter Type: | PC | |
| Openings Analyzed: | 4 | |
| Grid Opening (mm²): | 0.009 | |

| | | |
|---|---|---|
| Analyst: | WH | |
| Date: | 8/8/2007 | |
| Page: | 3 of 3 | |
| Comments: | 0.01 ml | |
| ASTM Method: | D6480 | |
| or D5755 | X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G8 | 71 | B | 5 | 0.3 | C | | | 2.1 | 0.13 |
| | | 72 | F | 16.5 | 0.1 | C | | | 6.9 | 0.04 |
| | | 73 | F | 30.0 | 0.1 | C | | | 12.5 | 0.04 |
| | | 74 | F | 26.5 | 0.2 | C | | | 11.0 | 0.08 |
| | | 75 | C | 25.0 | 5 | C | | | 10.4 | 2.08 |
| | | 76 | C | 17.0 | 16 | C | | | 7.1 | 6.67 |
| | | 77 | F | 11.5 | 0.1 | C | | | 4.8 | 0.04 |
| | | 78 | F | 14.5 | 0.1 | C | | | 6.0 | 0.04 |
| | | 79 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## Surface Dust Sample Analysis Sheet

| | |
|---|---|
| MVA Project# | 5394 |
| MVA Sample# | S0851 |
| Client I.D.: | 20.VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| | |
|---|---|
| Amt Collected(cm$^2$): | 100 |
| Amt Prepped(cm$^2$): | 0.01 |
| Filter Area (mm$^2$): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm$^2$): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/8/2007 |
| Page: | 1 of 4 |
| Comments: | 0.01 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C2 | 1 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 2 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 3 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 4 | F | 2.5 | 0.2 | C | | | 1.0 | 0.08 |
| | | 5 | M | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 6 | F | 3.2 | 0.1 | C | | | 1.3 | 0.04 |
| | | 7 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 8 | F | 1.9 | 0.1 | C | | | 0.8 | 0.04 |
| | | 9 | B | 4.0 | 0.2 | C | | | 1.7 | 0.08 |
| | | 10 | B | 4.6 | 0.5 | C | | | 1.9 | 0.21 |
| | | 11 | F | 15.5 | 0.1 | C | | | 6.5 | 0.04 |
| | | 12 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 13 | F | 15.5 | 0.2 | C | | | 6.5 | 0.08 |
| | | 14 | B | 3.5 | 0.5 | C | | | 1.5 | 0.21 |
| | | 15 | B | 8.5 | 0.6 | C | | | 3.5 | 0.25 |
| | | 16 | F | 30.0 | 0.1 | C | | | 12.5 | 0.04 |
| | | 17 | B | 9.0 | 0.5 | C | | | 3.8 | 0.21 |
| | | 18 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 19 | F | 8.5 | 0.1 | C | | | 3.5 | 0.04 |
| | | 20 | B | 6.5 | 0.3 | C | | | 2.7 | 0.13 |
| | | 21 | F | 21.5 | 0.1 | C | | | 9.0 | 0.04 |
| | | 22 | F | 20.0 | 0.1 | C | | | 8.3 | 0.04 |
| | | 23 | C | 5.4 | 1.6 | C | | | 2.3 | 0.67 |
| | | 24 | F | 6.5 | 0.2 | C | | | 2.7 | 0.08 |
| | | 25 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 26 | F | 31.5 | 0.1 | C | | | 13.1 | 0.04 |
| | | 27 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | E4 | 28 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 29 | B | 10.5 | 0.4 | C | | | 4.4 | 0.17 |
| | | 30 | F | 4.5 | 0.1 | C | | | 1.9 | 0.04 |
| | | 31 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 32 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 33 | B | 3.0 | 0.2 | C | | | 1.3 | 0.08 |
| | | 34 | F | 27.0 | 0.1 | C | | | 11.3 | 0.04 |
| | | 35 | B | 6.0 | 1 | C | | | 2.5 | 0.42 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 5394 | Amt Collected($cm^2$): 100 | Analyst: WH |
| MVA Sample#: S0851 | Amt Prepped($cm^2$): 0.01 | Date: 8/8/2007 |
| Client I.D.: 20.VA | Filter Area ($mm^2$): 1256 | Page: 2 of 4 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 0.01 ml |
| Magnification: 24,000 | Openings Analyzed: 4 | ASTM Method: D6480 |
| Acc. Voltage: 100 | Grid Opening ($mm^2$): 0.009 | or D5755   X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E4 | 36 | C | 17 | 8.5 | C | | | 7.1 | 3.54 |
| | | 37 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 38 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 39 | F | 32.5 | 0.1 | C | | | 13.5 | 0.04 |
| | | 40 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 41 | M | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 42 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 43 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 44 | F | 29.0 | 0.1 | C | | | 12.1 | 0.04 |
| | | 45 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 46 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 47 | B | 6.0 | 0.4 | C | | | 2.5 | 0.17 |
| | | 48 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 49 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 50 | F | 32.5 | 0.1 | C | | | 13.5 | 0.04 |
| | | 51 | C | 12.5 | 6 | C | C | photo | 5.2 | 2.50 |
| | | 52 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 53 | F | 2.6 | 0.1 | C | | | 1.1 | 0.04 |
| | | 54 | F | 10.0 | 0.15 | C | | | 4.2 | 0.06 |
| | | 55 | F | 21.0 | 0.1 | C | | | 8.8 | 0.04 |
| | | 56 | B | 5.0 | 0.8 | C | | | 2.1 | 0.33 |
| | | 57 | F | 14.0 | 0.1 | C | | | 5.8 | 0.04 |
| | | 58 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 59 | F | 5.6 | 0.1 | C | | | 2.3 | 0.04 |
| | | 60 | C | 19.5 | 2.5 | C | | | 8.1 | 1.04 |
| | | 61 | F | 9.5 | 0.15 | C | | | 4.0 | 0.06 |
| | G5 | 62 | F | 6.0 | 0.15 | C | | | 2.5 | 0.06 |
| | | 63 | F | 18.0 | 0.1 | C | | | 7.5 | 0.04 |
| | | 64 | F | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 65 | F | 1.0 | 0.1 | C | | | 0.4 | 0.04 |
| | | 66 | B | 4.5 | 0.2 | C | | | 1.9 | 0.08 |
| | | 67 | F | 10.5 | 0.1 | C | | | 4.4 | 0.04 |
| | | 68 | M | 2.0 | 0.1 | C | C | photo | 0.8 | 0.04 |
| | | 69 | F | 5.0 | 0.1 | C | | | 2.1 | 0.04 |
| | | 70 | C | 5.5 | 1.5 | C | | | 2.3 | 0.63 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_741P_rev1_714P_101007

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | |
|---|---|
| MVA Project# | 5394 |
| MVA Sample# | S0851 |
| Client I.D.: | 20.VA |
| Instrument: | Philips 120 |
| Magnification: | 24,000 |
| Acc. Voltage: | 100 |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.01 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/8/2007 |
| Page: | 3 of 4 |
| Comments: | 0.01 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G5 | 71 | B | 6 | 0.3 | C | | | 2.5 | 0.13 |
| | | 72 | C | 23.5 | 2 | C | | | 9.8 | 0.83 |
| | | 73 | M | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 74 | F | 6.0 | 0.15 | C | | | 2.5 | 0.06 |
| | | 75 | F | 18.0 | 0.1 | C | | | 7.5 | 0.04 |
| | | 76 | F | 11.0 | 0.1 | C | | | 4.6 | 0.04 |
| | | 77 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 78 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 79 | F | 2.5 | 0.15 | C | | | 1.0 | 0.06 |
| | | 80 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 81 | F | 12.0 | 0.1 | C | | | 5.0 | 0.04 |
| | | 82 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 83 | F | 13.0 | 0.1 | C | | | 5.4 | 0.04 |
| | | 84 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 85 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 86 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | | 87 | F | 2.0 | 0.1 | C | | | 0.8 | 0.04 |
| | | 88 | F | 17.5 | 0.1 | C | | | 7.3 | 0.04 |
| | | 89 | F | 22.0 | 0.1 | C | | | 9.2 | 0.04 |
| | | 90 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |
| | I1 | 91 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 92 | F | 4.0 | 0.1 | C | | | 1.7 | 0.04 |
| | | 93 | F | 23.0 | 0.1 | C | | | 9.6 | 0.04 |
| | | 94 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 95 | F | 6.0 | 0.1 | C | | | 2.5 | 0.04 |
| | | 96 | F | 17.0 | 0.1 | C | | | 7.1 | 0.04 |
| | | 97 | F | 4.6 | 0.1 | C | | | 1.9 | 0.04 |
| | | 98 | F | 20.1 | 0.1 | C | | | 8.4 | 0.04 |
| | | 99 | F | 10.0 | 0.1 | C | | | 4.2 | 0.04 |
| | | 100 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 101 | F | 7.5 | 0.1 | C | | | 3.1 | 0.04 |
| | | 102 | M | 1.5 | 0.1 | C | | | 0.6 | 0.04 |
| | | 103 | C | 6.0 | 0.7 | C | | | 2.5 | 0.29 |
| | | 104 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 105 | C | 52.5 | 7.5 | C | | | 21.9 | 3.13 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_741P_rev1_714P_101007

# MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0851 | |
| Client I.D.: | 20.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 0.01 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 4 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/8/2007 |
| Page: | 4 of 4 |
| Comments: | 0.01 ml |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I1 | 106 | F | 20.5 | 0.1 | C | | | 8.5 | 0.04 |
| | | 107 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 108 | B | 3.0 | 0.5 | C | | | 1.3 | 0.21 |
| | | 109 | F | 5.5 | 0.1 | C | | | 2.3 | 0.04 |
| | | 110 | F | 2.5 | 0.2 | C | | | 1.0 | 0.08 |
| | | 111 | B | 4.0 | 0.3 | C | | | 1.7 | 0.13 |
| | | 112 | F | 42.6 | 0.1 | C | | | 17.8 | 0.04 |
| | | 113 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 114 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 115 | B | 13.0 | 0.3 | C | | | 5.4 | 0.13 |
| | | 116 | C | 32.5 | 8 | C | | | 13.5 | 3.33 |
| | | 117 | F | 12.1 | 0.15 | C | | | 5.0 | 0.06 |
| | | 118 | F | 3.5 | 0.15 | C | | | 1.5 | 0.06 |
| | | 119 | F | 2.5 | 0.1 | C | | | 1.0 | 0.04 |
| | | 120 | F | 9.5 | 0.1 | C | | | 4.0 | 0.04 |
| | | 121 | F | 8.0 | 0.1 | C | | | 3.3 | 0.04 |
| | | 122 | F | 6.5 | 0.15 | C | | | 2.7 | 0.06 |
| | | 123 | F | 14.5 | 0.1 | C | | | 6.0 | 0.04 |
| | | 124 | F | 31.0 | 0.1 | C | | | 12.9 | 0.04 |
| | | 125 | F | 10.1 | 0.1 | C | | | 4.2 | 0.04 |
| | | 126 | F | 3.5 | 0.1 | C | | | 1.5 | 0.04 |
| | | 127 | F | 3.0 | 0.1 | C | | | 1.3 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5394report082907_741P_rev1_714P_101007

# MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 5394 | |
| MVA Sample# | S0852 | |
| Client I.D.: | 21.VA | |
| Instrument: | Philips 120 | |
| Magnification: | 24,000 | |
| Acc. Voltage: | 100 | |

| | |
|---|---|
| Amt Collected(cm²): | 0 |
| Amt Prepped(cm²): | N/A |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.009 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 8/8/2007 |
| Page: | 1 of 1 |
| Comments: | 10 ml |
| ASTM Method: D6480 | |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|------|---------|-------------------|----------------|---------------|--------------|------|-----|----------|----------------|---------------|
| 1 | B3 | NSD | | | | | | | | |
| | C5 | NSD | | | | | | | | |
| | D7 | NSD | | | | | | | | |
| | F4 | NSD | | | | | | | | |
| | G6 | NSD | | | | | | | | |
| 2 | J4 | NSD | | | | | | | | |
| | I6 | NSD | | | | | | | | |
| | G3 | NSD | | | | | | | | |
| | E8 | NSD | | | | | | | | |
| | C9 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED:  C = Chrysotile, A = Amphibole

EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

5394report082907_741P_rev1_714P_101007