IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 25, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
<u>BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON TUESDAY, OCTOBER 23,
2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO.
7709]**

## <u>CONTINUED MATTERS</u>

1. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
(Docket No. 5527)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

    a.    Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

    b.    [Signed] Thirty-Sixth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 9/25/07] (Docket No. 16910)

Response Deadline:  June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to November 26, 2007, at 2:00 p.m.  The Debtors and Weatherford continue to work to resolve this matter.

2.    Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

    a.    [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 9/25/07] (Docket No. 16911)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

    a.    Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: The Debtors objection to the claims of NL Industrial have been resolved and a stipulation will be filed.  The Debtors will withdraw without prejudice their objection to the claim of Hampshire Chemical Corp.

3.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

    a.    [Signed] Order Granting Relief Regarding in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 9/25/07] (Docket No. 16915)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

    a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to November 26, 2007, at 2:00 p.m.

## UNCONTESTED MATTERS

4.    Debtors' Motion for an Order Authorizing the Optimization Plan [Filed: 9/17/07] (Docket No. 16861)

   Related Documents:

   a.    [Proposed] Order Authorizing the Optimization Plan [Filed: 9/17/07] (Docket No. 16861)

   b.    Certification of No Objection Regarding Debtors' Motion for an Order Authorizing the Optimization Plan [Filed: 10/9/07] (Docket No. 17025)

   Response Deadline: October 5, 2007, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

## CONTESTED MATTERS

5.    Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)

   Related Documents:

   a.    [Proposed] Order Granting Motion of the United States Trustee for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)

   b.    Motion to Shorten Notice as to the United States Trustee's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 16627] (Docket No. 16627)

   c.    [Proposed] Order Shortening the Notice as to the United States Trustee's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 16627] (Docket No. 16627)

   Response Deadline: September 10, 2007, at 4:00 p.m.

   Responses Received:

   a.    Response of the Official Committee of Asbestos Personal Injury Claimants to the Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 9/10/07] (Docket No. 16789)

Status: This matter will go forward.

6.   Motion to Lift Automatic Stay and/or Obtain Relief From Preliminary Injunction [Filed: 8/31/07] (Docket No. 16724)

Related Relief:

a.   [Proposed] Order Injunction [Filed: 8/31/07] (Docket No. 16724)

Response Deadline:  October 15, 2007, at 4:00 p.m.

Responses Received:

a.   Debtors' Objection to Prete's Motion to Lift Automatic Stay and/or Obtain Relief From Preliminary Injunction [Filed: 10/5/07] (Docket No. 17014)

Status: This matter will go forward.

7.   Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771].*

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.   Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.   Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.   Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status:  A status conference will go forward on this matter.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

8.    Status Conference on PI Estimation Issues Including Law Firm Discovery

Status: A status conference will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

9.    Motion of Debtors for Entry of an Order Authorizing Settlement of the Prudential Insurance Company of America's Asbestos Property Damage Claims [Filed: 8/29/07] (Docket No. 16703)

Related Documents:

a.    [Proposed] Order Authorizing Settlement with the Prudential Insurance Company of America for Asbestos PD Claims on Attached List and Granting Certain Related Relief [Filed: 8/29/07] (Docket No. 16703, Exhibit B)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

10.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Six Hundred Corporation, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16837)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Six Hundred Corporation, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16837, Exhibit 2)

b.    Supplemental Notice of Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Six Hundred Corporation, Represented By Dies & Hile, LLP [Filed: 10/4/07] (Docket No. 17005)

   (i)    Settlement Agreement [Filed: 10/4/07] (Docket No. 17005)

   (ii)   [Proposed] Order Authorizing Settlement of Asbestos Property Damage
          Claims Filed By Six Hundred Building LTD., Represented By Dies &
          Hile, LLP [Filed: 10/4/07] (Docket No. 17005)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors'
      Motions for Entry of Orders Authorizing Settlement of Asbestos Property
      Damage Claims Filed By Various Property Damage Claimants Represented By
      Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
      10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
      Motions for Entry of Orders Authorizing Settlement of Asbestos Property
      Damage Claims Filed By Various Property Damage Claimants Represented By
      Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
      10/5/07] (Docket No. 17013)

Status: This matter will go forward.

11.   Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
      Damage Claims Filed by City of Houston, Texas, Represented By Dies & Hile, LLP
      [Filed: 9/17/07] (Docket No. 16838)

      Related Documents:

      a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
            Filed by City of Houston, Texas, Represented By Dies & Hile, LLP [Filed:
            9/17/07] (Docket No. 16838, Exhibit 2)

      Response Deadline: October 5, 2007, at 2:00 p.m.

      Responses Received:

      a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors'
            Motions for Entry of Orders Authorizing Settlement of Asbestos Property
            Damage Claims Filed By Various Property Damage Claimants Represented By
            Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
            10/5/07] (Docket No. 17011)

      b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
            Future Claimants' Representative's Limited Omnibus Objection to Debtors'
            Motions for Entry of Orders Authorizing Settlement of Asbestos Property
            Damage Claims Filed By Various Property Damage Claimants Represented By
            Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
            10/5/07] (Docket No. 17013)

      Status: This matter will go forward.

12.  Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
     Damage Claims Filed By Maricopa County, Arizona, Represented By Dies & Hile, LLP
     [Filed: 9/17/07] (Docket No. 16839)

     Related Documents:

     a.  [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
         Filed By Maricopa County, Arizona, Represented By Dies & Hile, LLP [Filed:
         9/17/07] (Docket No. 16839, Exhibit 2)

     Response Deadline: October 5, 2007, at 2:00 p.m.

     Responses Received:

     a.  Future Claimants' Representative's Limited Omnibus Objection to Debtors'
         Motions for Entry of Orders Authorizing Settlement of Asbestos Property
         Damage Claims Filed By Various Property Damage Claimants Represented By
         Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
         10/5/07] (Docket No. 17011)

     b.  Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
         Future Claimants' Representative's Limited Omnibus Objection to Debtors'
         Motions for Entry of Orders Authorizing Settlement of Asbestos Property
         Damage Claims Filed By Various Property Damage Claimants Represented By
         Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
         10/5/07] (Docket No. 17013)

     Status: This matter will go forward.

13.  Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
     Damage Claims Filed By Sabine River Authority, Represented By Dies & Hile, LLP
     [Filed: 9/17/07] (Docket No. 16840)

     Related Documents:

     a.  [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
         Filed By Sabine River Authority, Represented By Dies & Hile, LLP [Filed:
         9/17/07] (Docket No. 16840, Exhibit 2)

     Response Deadline: October 5, 2007, at 2:00 p.m.

     Responses Received:

     a.  Future Claimants' Representative's Limited Omnibus Objection to Debtors'
         Motions for Entry of Orders Authorizing Settlement of Asbestos Property
         Damage Claims Filed By Various Property Damage Claimants Represented By
         Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
         10/5/07] (Docket No. 17011)

     b.  Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
         Future Claimants' Representative's Limited Omnibus Objection to Debtors'
         Motions for Entry of Orders Authorizing Settlement of Asbestos Property
         Damage Claims Filed By Various Property Damage Claimants Represented By

Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

14.    Motion of Debtors for Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Acadia Parish School Board, Brother Martin High School, Caddo Parish School Board, Calcasieu Parish School Board, Congregation of Immaculate Conception Church, Congregation of St. Dominic Catholic Church, Congregation of St. Francis Assissi Church, Congregation of St. Francis Xavier Cabrini Church, Congregation of St. Francis Xavier Church, Congregation of St. Joan of Arc Church, Congregation of Joan of Arc Church – Laplace, Louisiana, Congregation of St. Louise De Marillac Church, Congregation of St. Mary Magdalen Catholic Church, Congregation of St. Philip Neri Catholic Church, Congregation of St. Pius X Roman Catholic Church, Congregation of St. Raymond Catholic Church, Congregation of St. Rita Roman Catholic Church, East Baton Rouge Parish School Board, Jefferson Davis Parish School Board, Jefferson Parish School Board, Lafayette Parish School Board, Lafourche Parish School Board, LaSalle Parish School Board, Mt. Carmel Academy of New Orleans, Natchitoches Parish School Board, Roman Catholic Church of the Archdiocese of new Orleans, St. Martin Parish School Board and St. Mary's Academy of the Holy Family, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16841)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Acadia Parish School Board, Brother Martin High School, Caddo Parish School Board, Calcasieu Parish School Board, Congregation of Immaculate Conception Church, Congregation of St. Dominic Catholic Church, Congregation of St. Francis Assissi Church, Congregation of St. Francis Xavier Cabrini Church, Congregation of St. Francis Xavier Church, Congregation of St. Joan of Arc Church, Congregation of Joan of Arc Church – Laplace, Louisiana, Congregation of St. Louise De Marillac Church, Congregation of St. Mary Magdalen Catholic Church, Congregation of St. Philip Neri Catholic Church, Congregation of St. Pius X Roman Catholic Church, Congregation of St. Raymond Catholic Church, Congregation of St. Rita Roman Catholic Church, East Baton Rouge Parish School Board, Jefferson Davis Parish School Board, Jefferson Parish School Board, Lafayette Parish School Board, Lafourche Parish School Board, LaSalle Parish School Board, Mt. Carmel Academy of New Orleans, Natchitoches Parish School Board, Roman Catholic Church of the Archdiocese of new Orleans, St. Martin Parish School Board and St. Mary's Academy of the Holy Family, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16841, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

15.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Amarillo, Texas, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16842)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Amarillo, Texas, Represented By Dies & Hile LLP [Filed: 9/17/07] (Docket No. 16842, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

16.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By EPEC Realty, Inc., Represented by Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16843)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By EPEC Realty, Inc., Represented by Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16843, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property

Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.  Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

17.  Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Oregon, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16844)

Related Documents:

a.  [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Oregon, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16844, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.  Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.  Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

18.  Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Harlingen Housing Authority, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16845)

Related Documents:

a.  [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Harlingen Housing Authority, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16845, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.   Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.   Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

19.   Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By BNC Forum LLP, Represented By Dies & Hile, LLP [Filed: 16846] (Docket No. 16846)

Related Documents:

a.   [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By BNC Forum LLP, Represented By Dies & Hile, LLP [Filed: 16846] (Docket No. 16846, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.   Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.   Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

20.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
        Damage Claims Filed By County of El Paso, Texas, Represented By Dies & Hile, LLP
        [Filed: 9/17/07] (Docket No. 16847)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By County of El Paso, Texas, Represented By Dies & Hile, LLP [Filed:
                9/17/07] (Docket No. 16847, Exhibit 2)

        Response Deadline: October 5, 2007, at 2:00 p.m.

        Responses Received:

        a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17011)

        b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
                Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17013)

        Status: This matter will go forward.

21.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
        Damage Claims Filed By Coleman Housing Authority, Represented By Dies & Hile, LLP
        [Filed: 9/17/07] (Docket No. 16849)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By Coleman Housing Authority, Represented By Dies & Hile, LLP [Filed:
                9/17/07] (Docket No. 16849, Exhibit 2)

        Response Deadline: October 5, 2007, at 2:00 p.m.

        Responses Received:

        a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17011)

        b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
                Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By

Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

22.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Cook County, Illinois, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16851)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Cook County, Illinois, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16851, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

23.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Tucson, Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16852)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Tucson, Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16852, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

24.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Oklahoma, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16853)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Oklahoma, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16853, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

25.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Connecticut, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16854)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Connecticut, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16854)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property

Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

26.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Phoenix, Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16855)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Phoenix, Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16855, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

27.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16856)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16856, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

28.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by City of Eugene, Oregon, Represented by Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16857)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed by City of Eugene, Oregon, Represented by Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16857, Exhibit 2)

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

29.     Motion of Debtors for Entry of an Order Authorizing Settlement of an Order Authorizing
        Settlement of Asbestos Property Damage Claims Filed By State of Arkansas,
        Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16858)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By State of Arkansas, Represented By Dies & Hile, LLP [Filed: 9/17/07]
                (Docket No. 16858, Exhibit 2)

        Response Deadline: October 5, 2007, at 2:00 p.m.

        Responses Received:

        a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17011)

        b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
                Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17013)

        Status: This matter will go forward.

30.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
        Damage Claims Filed By Oregon Health & Science University, Represented By Dies &
        Hile, LLP [Filed: 9/17/07] (Docket No. 16859)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By Oregon Health & Science University, Represented By Dies & Hile, LLP
                [Filed: 9/17/07] (Docket No. 16859, Exhibit 2)

        Response Deadline: October 5, 2007, at 2:00 p.m.

        Responses Received:

        a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17011)

        b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
                Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

Status: This matter will go forward.

31.    Status Conference on PD Claims

Status: A status conference will go forward.

32.    Status Conference on ZAI Issues

Status: This matter will go forward.

## ADDITIONAL MATTERS

33.    **Status Conference on Debtors' Motion for Preliminary Injunction [Adv. Pro. No. 05-52724]**

**Related Documents:**

a.      **[Signed] Order Requiring Status Report and Setting Status Conference [Filed: 10/5/07] (Adv. Pro. No. 05-52724, Docket No. 26)**

b.      **Debtors' Status Report [Filed: 10/16/07] (Adv. Pro. No. 05-52724, Docket No. 28)**

[Remainder of Page Intentionally Left Blank]

**Status: A status conference on the Debtors' Motion for Preliminary Injunction will go forward.**

Dated: October 16, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and–

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession