IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket Nos. 9315, 15625 & |
| | ) | 15988, 17089 |

### ORDER DISALLOWING AND EXPUNGING
### PROPERTY DAMAGE CLAIM NO. 12430

AND NOW, this 18th day of October, 2007, it is ORDERED, ADJUDGED and DECREED that property damage claim number 12430 (Morguard Investments Limited - 201-32900 South Fraser Way) is hereby disallowed and expunged.

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:131928.1