IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Related Docket Nos: **16967, 17019, 17060,**

## CERTIFICATION OF COUNSEL REGARDING PROTECTIVE ORDER GOVERNING DISCOVERY FROM THE KEENE CREDITORS TRUST

The undersigned hereby certifies that:

1. On or about September 20, 2007, the Debtors served the Keene Creditors Trust with a subpoena under Federal Rules of Civil Procedure 30(b)(6) and 45, which called for the deposition of a corporate representative on specified topics and the production of documents responsive to certain document requests. [Dkt. No. 16967]

2. Counsel for the Keene Creditors Trust and counsel for the Debtors have subsequently met and conferred on numerous occasions, and the Keene Creditors Trust has agreed to provide deposition testimony on certain topics and to produce certain responsive documents. These discussions are ongoing.

3. With respect to discovery from the Keene Creditors Trust, counsel for the Keene Creditors Trust and counsel for the Debtors have conferred and agreed to the attached protective order, which was modeled after similar protective order entered by the Court for the protection of the Celotex Trust. [Dkt. No. 16946]

DOCS_DE:131983.1

4. Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto as Exhibit A.

Dated: October 18, 2007

Respectfully Submitted:

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
John Donley
Ellen Ahern
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

KIRKLAND & ELLIS LLP
Barbara Harding
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar NO. 4042)
Timothy P. Cairns (Bar NO. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2

DOCS_DE:131983.1