IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: *November 8, 2007 at 4:00 p.m.* |

### FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

October 15, 2007
Client/Matter # 01246-011548
Invoice # 119104
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/06/07 | K. Bourdeau | 1.50 | Review P. Marks e-mail re issues to be addressed on 9/7 settlement call; prepare e-mail to P. Marks re permit waiver issue; locate and distribute EPA model language on relevant provision; conference with P. Marks re approach to settlement call. |
| 09/06/07 | P. Marks | 2.50 | Evaluate issues remaining for negotiations; email exchanges re meeting preparation; evaluate permit exception issues; communications with K. Bourdeau re same. |
| 09/07/07 | K. Bourdeau | 2.25 | Conference call with Grace team to prepare for settlement conference call with the U.S., participate in settlement conference call with the U.S.; follow up communications re indemnity language and other open issues. |
| 09/07/07 | P. Marks | 3.50 | Prepare for and conduct pre-meeting and negotiations telephone conference at Grace Columbia offices; post-meeting evaluation and drafting. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  119104
                                                             October 15, 2007
                                                             PAGE  2

| | | | |
|---|---|---|---|
| 09/10/07 | K. Bourdeau | 1.00 | Review comments of P. Bucens and M. Obradovic on current draft of settlement agreement; review L. Duff comments re same; prepare e-mail comment on comments raised by others. |
| 09/10/07 | P. Marks | 2.50 | Prepare for and conduct conference with client team re CX comments to FS and potential Grace positions, and remaining negotiation issues. |
| 09/11/07 | K. Bourdeau | 0.50 | Various e-mail communications re settlement agreement issues. |
| 09/11/07 | P. Marks | 5.00 | Conference with P. Bucens re CX comments; followup tasks re same; work on settlement agreement cleanup related issues. |
| 09/12/07 | K. Bourdeau | 2.50 | Review e-mail communications re settlement agreement and ARAR issues; conduct final "punchlist" review of draft settlement agreement and prepare comments re same. |
| 09/12/07 | P. Marks | 1.00 | Prepare settlement agreement. |
| 09/13/07 | K. Bourdeau | 2.25 | Finalize final "read through" of draft settlement agreement; prepare comments on same; transmit comments to P. Marks with cover e-mail; telephone communications with P. Marks re same. |
| 09/14/07 | K. Bourdeau | 1.75 | Review e-mail communications re settlement agreement issues; participate in conference call with Grace team and U.S. re settlement negotiations; follow-up with L. Duff and M. Obradovic re same. |
| 09/14/07 | P. Marks | 1.75 | Prepare for and conduct telephone conference with DOJ and Grace teams. |
| 09/17/07 | P. Marks | 2.00 | Prepare settlement agreement. |
| 09/18/07 | P. Marks | 0.50 | Prepare settlement agreement. |
| 09/19/07 | P. Marks | 1.50 | Prepare settlement agreement; telephone conference with L. Duff re same. |
| 09/20/07 | K. Bourdeau | 0.25 | Conference with P. Marks re settlement agreement issues. |
| 09/20/07 | P. Marks | 2.50 | Prepare settlement agreement; client email re same; email to DOJ team re same. |
| 09/20/07 | S. Brull | 0.50 | Review contract for SEC consulting services. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  119104
                                                             October 15, 2007
                                                             PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/21/07 | K. Bourdeau | 1.00 | E-mail correspondence re settlement discussions; review P. Marks revised draft of settlement agreement; conference with P. Marks and L. Duff re same. |
| 09/21/07 | P. Marks | 1.75 | Communications with L. Duff re settlement agreement; communications with K. Bourdeau re same; telephone conference with J. Freeman re same. |
| 09/21/07 | S. Brull | 1.00 | Conference with P. Marks re revision of SEC contract; revise SEC contract. |
| 09/22/07 | S. Brull | 0.25 | Revise SEC contract and related email communications. |
| 09/24/07 | K. Bourdeau | 0.25 | Review J. Freeman proposed changes to settlement agreement; e-mail communications with P. Marks re same. |
| 09/24/07 | P. Marks | 0.25 | Review Freeman and client emails. |
| 09/25/07 | P. Marks | 1.00 | Evaluate SES contract issues; review settlement agreement status and comments with L. Duff. |
| 09/26/07 | K. Bourdeau | 0.25 | Review e-mail correspondence re final settlement proposal. |
| 09/26/07 | P. Marks | 2.50 | Telephone conferences with L. Duff and with negotiating teams re finalization of draft and readiness for circulation; research phrasing of anti-deficiency act language; edit settlement agreement; telephone conference with S. Brull re SEC contract. |
| 09/26/07 | S. Brull | 0.75 | Revise SEC contract; telephone conrference with P. Marks re revision of SEC contract. |
| 09/27/07 | K. Bourdeau | 0.25 | Review e-mail correspondence re settlement agreement proposals/changes. |
| 09/29/07 | K. Bourdeau | 0.25 | E-mail communications re settlement agreement. |

                                        **Total Hours :**            **44.75**

                                        **Total Fees :**        **$18,137.50**

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  119104
                                                               October 15, 2007
                                                               PAGE   4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 330.96 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA292097 dated 9/1/07 for data research service | 10.57 |
| Client Meeting Meals - Luncheon meeting for W.R. Grace reimbursement on 8/28/07 | (30.00) |

                              **Total Disbursements :**           **$311.53**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 14.00 | $550.00 | $7,700.00 |
| P. Marks | 28.25 | $350.00 | $9,887.50 |
| S. Brull | 2.50 | $220.00 | $550.00 |

                              **Total Fees :**                  **$18,137.50**

                              **Total Disbursements :**             **$311.53**

                              **TOTAL DUE :**                   **$18,449.03**

# EXHIBIT B

## (Bankruptcy Fee Application)

38234v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

October 15, 2007
Client/Matter #   01246-012629
Invoice # 119105
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/30/07 | P. Marks | 1.25 | Prepare FUSRAP bankruptcy court motion; evaluate FS related issues. |

Total Hours :    1.25

Total Fees :    $437.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 119105
October 15, 2007
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.25 | $350.00 | $437.50 |
| **Total Fees :** | | | **$437.50** |
| **TOTAL DUE :** | | | **$437.50** |