IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*  Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter 11

**Related to Dkt. No. 17103, Debtor's Expedited Motion for Relief from the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses**

ORDER DISMISSING MOTION WITHOUT PREJUDICE

**AND NOW**, this **29th** day of **October, 2007**, it is **ORDERED** that, inasmuch as the above-captioned motion was filed without a proposed order in violation of Bankruptcy Rules, Local Rules, ECF Procedures, and/or the Case Management Order, the motion is **dismissed without prejudice** subject to being refiled in compliance with applicable rules and orders.

*Judith K. Fitzgerald*  rmab
Judith K. Fitzgerald
United States Bankruptcy Judge