# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors | ) | Related Docket No: _____ |
| | ) | |

## ORDER GRANTING RELIEF FROM THE
## OCTOBER 31st DISCOVERY CUT-OFF DATE FOR
## DEPOSING CERTAIN LAWYERS NAMED AS FACT WITNESSES

Upon consideration of *Debtors' Expedited Motion for Relief from the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnessess* (the "Motion")[1] and all oppositions and responses thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and it is further ordered that

2. The fact discovery period is held open to the extent required to complete the discovery related to the testimony of John Cooney, Peter Kraus, Ted Goldberg, Robert Horkovich, Stephen Snyder, and any other attorney listed on the ACC's fact witness list; and it is further ordered that

3. The ACC shall provide Debtors with specific descriptions of the subject-matters of these witnesses' expected testimony, including particular cases, discussions, and related documents; and it is further ordered that

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

DOCS_DE:132050.2

      4.      To the extent that any materials are withheld under privilege claims, the withholding party shall provide a privilege log documenting such withheld documents.

      SO ORDERED AND ADJUDGED this the _____ day of _____, 2007.

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge