IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. _____ |

**ORDER GRANTING LIBBY CLAIMANTS' MOTION
TO STRIKE EXPERT REPORTS**

Upon the Libby Claimant's Motion to Strike Expert Reports (the "Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Grace's expert reports for Drs. Pistorese, Obermiller and Sellman are hereby stricken; and it is further

ORDERED that Grace shall not be permitted to file the late report of Dr. Weill or any other expert.

Dated: _____, 2007
       Wilmington, Delaware

 

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

393.001-18280.doc