IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date: Nov. 26, 2007 @ 2:00 p.m.**<br>**Objection Deadline: Nov. 19, 2007 @ 4:00 p.m.** |

## NOTICE OF MOTION

TO: The United States Trustee for the District of Delaware, counsel to the Debtors, counsel to the Official Committee of Equity Security Holders, counsel to the Official Committee of Unsecured Creditors, counsel to the Official Committee of Property Damage Claimants, counsel to the Official Committee of Personal Injury claimants, counsel to the Future Claimants' Representative and to the parties on the attached service list.

Claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana (the "Libby Claimants") and their counsel, Cohn & Whitesell LLP; and Landis Rath & Cobb LLP (collectively, "Libby Counsel") filed the **Libby Claimants' Motion to Strike Expert Reports (the "Motion").**

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 19, 2007 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned Libby Counsel so as to be **received no later than 4:00 p.m. (ET) on November 19, 2007.**

393.001-17038

A HEARING, IF NECESSARY, ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801, ON **NOVEMBER 26, 2007 AT 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 22, 2007                              LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400 (PHONE)
(302) 467-4450 (FAX)

- and -

Daniel C. Cohn
Christopher M. Candon
COHN & WHITESELL LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505 (Phone)
(617) 951-0679 (Fax)

Counsel to the Libby Claimants

393.001-17038