IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 JKF |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 16703 |
| ) | |
| ) | [Oct. 25, 2007 Agenda No. 9] |

**CERTIFICATION OF COUNSEL ON ORDER AUTHORIZING
SETTLEMENT OF ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

1. On August 29, 2007, the Debtors filed the Motion of Debtors for Entry of an Order Authorizing Settlement of The Prudential Insurance Company of America's Asbestos Property Damage Claims [Docket No. 16703] (the "Motion").

2. Prior to the objection deadline set for the Motions, David T. Austern, the Court-appointed legal representative of future asbestos personal injury claims ("FCR") filed a limited objection (Dkt. No. 17011) to the Motion. Although the FCR did not object to the economic terms of the proposed settlement, the FCR objected to a single provision of the settlement agreement that purported to restrict any person or entity from using, construing, offering or receiving the settlement agreement for any purpose whatsoever, except as otherwise permitted by the agreement ("FCR's Limited Objection"). The Official Committee of Asbestos Personal Injury Claimants ("ACC") timely filed a joinder in the FCR's Limited Objection (Dkt. No. 17013) (the "ACC Joinder").

3. Thereafter, the attorneys for The Prudential Insurance Company of America ("Prudential"), the FCR, and the ACC entered into discussions in an effort to resolve the

FCR's Limited Objection and the ACC Joinder. The discussions resulted in an agreement among those parties on additional language to be included in the form of order to be submitted with respect to the granting of the Motion. The proposed revisions were subsequently provided to the Debtors for their consideration.

4. As a result of the discussions, a revised form of order reflecting the agreed language was prepared and circulated to the FCR, the ACC, the Debtors and the Official Committee of Asbestos Property Damage Claimants ("PD Committee"). As a result of that process, the PD Committee requested that it be included in the new language, and agreed that the inclusion of the new language would justify the elimination of a provision benefiting the PD Committee that was included in prior orders approving settlements of asbestos property damage claims. Attached as Exhibit 1 is the final form of the revised order that is agreeable to Prudential, the FCR, the ACC, the PD Committee and the Debtors. The language resolving the FCR Objection and the ACC Joinder, and which also operates in favor of the PD Committee, appears in Paragraph 5 of the order.

5. Except for the FCR Limited Objection and the ACC Joinder that are resolved by the accompanying order, no other objections were filed against the Motions. As a result, the Debtors hereby request entry of the attached revised Order approving the settlement of Prudential's asbestos PD claims against the Debtors addressed by the Motions.

Dated: October 22, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB, LLP

_____
Laura Davis Jones (Bar No. 2436)
James O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100 (phone)

Co-Counsel for the Debtors and Debtors-In-Possession