# EXHIBIT A

Dr. Arthur Frank, M.D., Ph.D

Dr. Steven E. Haber, M.D.

Dr. Grover M. Hutchins, M.D.

Dr. M. Laurentius Marais, Ph.D.

Dr. William E. Wecker, Ph.D.

Dr. Alan Whitehouse, M.D.