# EXHIBIT B

Dr. Elizabeth Anderson, Ph.D.

Dr. Gordon M. Bragg, Ph.D.

Dr. Daniel Anthony Henry, M.D.

Dr. Richard J. Lee, Ph.D.

Dr. Peter Lees, Ph.D.

Dr. John Parker, M.D.

Dr. Suresh H. Moolgavakar, M.D., Ph.D.

Dr. Joseph Rodricks, M.D.

Dr. David Weill, M.D.