# EXHIBIT C

Dr. James Jay Flynn, M.D.

Patricia A. Sullivan, Sc.D

Dr. Alan Whitehouse, M.D.