IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING RELIEF SOUGHT IN DEBTORS'
TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

Upon the Twenty-Fourth Omnibus Objection to Claims (Substantive) (the "Twenty-Fourth Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing or reducing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twenty-Fourth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Twenty-Fourth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto; and it is further

ORDERED that the Debtors are granted relief from Local Rule 3007-1(e)(1)(a) to include objections to both substantive and non-substantive claims in the Twenty-Fourth Omnibus Objection; and it is further

ORDERED that, the Objection to the Claim listed on Exhibit A to this Order is sustained, and the Claim listed on Exhibit A under the heading "No Liability" is expunged and disallowed for all purposes; and it is further

ORDERED that, the Objection to the Claim listed on <u>Exhibit B</u> to this Order is sustained, and the Claim listed on <u>Exhibit B</u> under the heading "Wrong Debtor" is expunged and disallowed for all purposes; and it is further

ORDERED that, the Objection to each of the Claims listed on <u>Exhibit C</u> to this Order under the heading "Amended" is sustained, and each of the Claims listed on <u>Exhibit C</u> under the heading "Claim To Be Expunged" is expunged and disallowed for all purposes; and it is further

ORDERED that, the Objection to each of the Claims listed on <u>Exhibit D</u> to this Order under the heading "Reduce and Allow" is sustained, and each of the Claims listed on <u>Exhibit D</u> is allowed in the status and amount stated on <u>Exhibit D</u>; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Twenty-Fourth Omnibus Objection as to which relief is entered by this Court, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2007

                                                        Honorable Judith K. Fitzgerald
                                                        United States Bankruptcy Judge