# **<u>EXHIBIT 1</u>**

{D0090037.1 }

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' PRELIMINARY DESIGNATIONS OF THE NON-EXPERT WITNESSES THAT IT INTENDS TO CALL AT THE ASBESTOS PI ESTIMATION HEARING**

Pursuant to the Court's Amended Case Management Order, the Official Committee of Asbestos Personal Injury Claimants ("ACC") hereby identifies the following, prior to the close of discovery, as individuals likely to be called by the ACC as non-expert witnesses at the Asbestos PI Estimation Hearing. As fact discovery has just begun, the ACC reserves their rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify in their case-in-chief at the Estimation Hearing. Moreover, the identification of any individual on this list does not necessarily mean that the ACC intends to depose or offer testimony from a particular witness. The following individuals are listed in alphabetical order.

- Austern, David T.
    Claims Resolution Management Corporation
    3110 Fairview Park Drive
    Suite 200
    P.O. Box 12003
    Falls Church, VA  22042

- Beber, Robert
    317 Branch Water Run
    Linville Ridge, NC  28646

{D0053810:1 }

- Florence, Thomas (Tom)
  Analysis, Research & Planning Corporation
  1900 M Street, N.W.
  Suite 410
  Washington, DC  20036

- Flynn, J. Jay
  HNA Triveris
  246 Industrial Way West
  Eatontown, NJ  07724

- Goldberg, Theodore (Ted)
  Goldberg, Persky, Jennings & White, P.C.
  1030 Fifth Avenue
  3rd Floor
  Pittsburgh, PA  15219

- Hughes, Jay
  c/o W. R. Grace & Co.
  7500 Grace Drive
  Columbia, MD  21044

- Kraus, Peter A.
  Waters & Kraus, LLP
  3219 McKinney Avenue
  Dallas, TX  75204

- Mayer, Mark
  Goldberg, Persky, Jennings & White, P.C.
  1030 Fifth Avenue
  3rd Floor
  Pittsburgh, PA  15219

- Port, John V.
  c/o W. R. Grace & Co.
  7500 Grace Drive
  Columbia, MD  21044

- Restivo, Jr., James J.
  Reed Smith LLP
  435 Sixth Avenue
  Pittsburgh , PA  15219

- Rourke, Dan
    Analysis, Research & Planning Corporation
    420 Lexington Avenue
    Suite 1840
    New York, NY  10170

- Siegal, David
    c/o W. R. Grace & Co.
    7500 Grace Drive
    Columbia, MD  21044

- Snyder, Stephen
    Snyder Miller & Orton LLP
    111 Sutter Street
    Suite 1950
    San Francisco, CA  94104

- Presently unidentified person or persons to be designated by Grace in response to a Fed. R. Civ. Pro. 30(b)(6) request.

- Presently unidentified person or persons to be designated by Casner & Edwards LLP in response to a Fed. R. Civ. Pro. 30(b)(6) request.

- Presently unidentified person or persons to be designated by Rust Consulting, Inc. in response to a Fed. R. Civ. Pro. 30(b)(6) request.

- Presently unidentified persons who created Grace's estimates of asbestos liability for SEC reporting and internal analysis purposes.

- Presently unidentified persons currently or formerly employed by Grace with knowledge of the composition of its asbestos-containing products.

- Presently unidentified living mesothelioma victims exposed to Grace products.

Dated: February 3, 2005

Respectfully submitted,

CAMPBELL & LEVINE, LLC

/S/ Mark T. Hurford
Marla Rosoff Eskin (DE No. 2989)
Mark T. Hurford (DE No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
Tel: (302) 426–1900
Fax: (302) 426-9947

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152
Tel: (212) 319–7125
Fax: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Jeffrey A. Liesemer
One Thomas Circle, NW
Washington, DC 20005
Tel: (202) 862–5000
Fax: (202) 429-3301

Counsel to the Official Committee of Asbestos Personal Injury Claimants