IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 23, 2007 I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Opposition To Grace's Motion For Relief From The October 31st Discovery Cut-Off Date For Deposing Certain Lawyers Named As Fact Witnesses* to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.

Dated: October 23, 2007                     CAMPBELL & LEVINE, LLC

*/s/Mark Hurford*
Mark T. Hurford (DE No. 3299)
800 North King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0094181.1 }