**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 22, 2007 at 4:00 p.m.** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 16976**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Sixty-First Interim Application of Hamilton,

Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property

Damage Claimants for the Period of August 1, 2007 through and including August 31, 2007 (the

"Application").  The undersigned further certifies that she caused the review of the Court's

docket in this case and no answer, objection or other responsive pleading to the Application

appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be

filed and served no later than October 22, 2007.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $1,650.00 which represents 80% of the fees ($2,062.50) and

$0.00 which represents 100% of the expenses requested in the Application for the period

August 1, 2007 through and including August 31, 2007, upon the filing of this certification and

without the need for entry of a Court order approving the Application.

Dated:  October 23, 2007

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel:    (305) 374-7580
Fax:    (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants*