IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**<u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 25, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
<u>BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON TUESDAY, OCTOBER 23,
2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO.
7709]**

## CONTINUED MATTERS

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
       (Docket No. 5527)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

    a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

    b.      [Signed] Thirty-Sixth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 9/25/07] (Docket No. 16910)

Response Deadline: June 4, 2004, at 4:00 p.m.

Status: The hearing on the claims of Weatherford International, Inc. is continued to November 26, 2007, at 2:00 p.m. The Debtors and Weatherford continue to work to resolve this matter.

2.      Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

    a.      [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 9/25/07] (Docket No. 16911)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

    a.      Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: The Debtors objection to the claims of NL Industrial have been resolved and a stipulation will be filed. The Debtors will withdraw without prejudice their objection to the claim of Hampshire Chemical Corp.

3.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

    a.      [Signed] Order Granting Relief Regarding in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 9/25/07] (Docket No. 16915)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

    a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to November 26, 2007, at 2:00 p.m.

## UNCONTESTED MATTERS

4.      Debtors' Motion for an Order Authorizing the Optimization Plan [Filed: 9/17/07]
        (Docket No. 16861)

        Related Documents:

        a.      [Proposed] Order Authorizing the Optimization Plan [Filed: 9/17/07] (Docket No.
                16861)

        b.      Certification of No Objection Regarding Debtors' Motion for an Order
                Authorizing the Optimization Plan [Filed: 10/9/07] (Docket No. 17025)

        Response Deadline: October 5, 2007, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        Status: No parties have objected to the relief requested in the Motion. Accordingly, the
        Debtors have filed a certificate of no objection and respectfully request the entry of the
        order attached to the Motion.

## CONTESTED MATTERS

5.      Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11
        U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07]
        (Docket No. 16626)

        Related Documents:

        a.      [Proposed] Order Granting Motion of the United States Trustee for the
                Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the
                Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)

        b.      Motion to Shorten Notice as to the United States Trustee's Motion for
                Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the
                Conduct of L. Tersigni Consulting, P.C. [Filed: 16627] (Docket No. 16627)

        c.      [Proposed] Order Shortening the Notice as to the United States Trustee's Motion
                for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the
                Conduct of L. Tersigni Consulting, P.C. [Filed: 16627] (Docket No. 16627)

        Response Deadline: September 10, 2007, at 4:00 p.m.

        Responses Received:

        a.      Response of the Official Committee of Asbestos Personal Injury Claimants to the
                Motion of the United States Trustee for Appointment of an Examiner Pursuant to
                11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C.
                [Filed: 9/10/07] (Docket No. 16789)

Status: This matter will go forward.

6.    Motion to Lift Automatic Stay and/or Obtain Relief From Preliminary Injunction [Filed: 8/31/07] (Docket No. 16724)

Related Relief:

a.    [Proposed] Order Injunction [Filed: 8/31/07] (Docket No. 16724)

Response Deadline: October 15, 2007, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to Prete's Motion to Lift Automatic Stay and/or Obtain Relief From Preliminary Injunction [Filed: 10/5/07] (Docket No. 17014)

Status: This matter will go forward.

7.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.    Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.    Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.    Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status: A status conference will go forward on this matter.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

8.     Status Conference on PI Estimation Issues Including Law Firm Discovery

       Status: A status conference will go forward.


## MATTERS RELATING TO ASBESTOS PD CLAIMS

9.     Motion of Debtors for Entry of an Order Authorizing Settlement of the Prudential
       Insurance Company of America's Asbestos Property Damage Claims [Filed: 8/29/07]
       (Docket No. 16703)

       Related Documents:

       a.     [Proposed] Order Authorizing Settlement with the Prudential Insurance Company
              of America for Asbestos PD Claims on Attached List and Granting Certain
              Related Relief [Filed: 8/29/07] (Docket No. 16703, Exhibit B)

       **b.     Certification of Counsel on Order Authorizing Settlement of Asbestos
              Property Damage Claims Filed By the Prudential Insurance Company of
              America [Filed: 10/22/07] (Docket No. 17113)**

              **(i)     [Proposed] Order Authorizing Settlement of Asbestos Property
                      Damage Claims Filed By the Prudential Insurance Company of
                      America [Filed: 10/22/07] (Docket No. 17113, Exhibit 1)**

       Response Deadline: October 5, 2007, at 2:00 p.m.

       Responses Received:

       a.     Future Claimants' Representative's Limited Omnibus Objection to Debtors'
              Motions for Entry of Orders Authorizing Settlement of Asbestos Property
              Damage Claims Filed By Various Property Damage Claimants Represented By
              Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
              10/5/07] (Docket No. 17011)

       b.     Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
              Future Claimants' Representative's Limited Omnibus Objection to Debtors'
              Motions for Entry of Orders Authorizing Settlement of Asbestos Property
              Damage Claims Filed By Various Property Damage Claimants Represented By
              Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
              10/5/07] (Docket No. 17013)

       **Status:  This matter is resolved. The Debtors have filed a certification of counsel
       with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
       Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
       certification.**

10.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
       Damage Claims Filed By Six Hundred Corporation, Represented By Dies & Hile, LLP
       [Filed: 9/17/07] (Docket No. 16837)

       Related Documents:

       a.     [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
              Filed By Six Hundred Corporation, Represented By Dies & Hile, LLP [Filed:
              9/17/07] (Docket No. 16837, Exhibit 2)

       b.     Supplemental Notice of Motion of Debtors for Entry of an Order Authorizing
              Settlement of Asbestos Property Damage Claims Filed By Six Hundred
              Corporation, Represented By Dies & Hile, LLP [Filed: 10/4/07] (Docket No.
              17005)

              (i)     Settlement Agreement [Filed: 10/4/07] (Docket No. 17005)

              (ii)    [Proposed] Order Authorizing Settlement of Asbestos Property Damage
                      Claims Filed By Six Hundred Building LTD., Represented By Dies &
                      Hile, LLP [Filed: 10/4/07] (Docket No. 17005)

       **c.    Certification of Counsel Regarding on Orders Authorizing Settlements of
              Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
              [Filed: 10/22/07] (Docket No. 17112)**

       Response Deadline: October 5, 2007, at 2:00 p.m.

       Responses Received:

       a.     Future Claimants' Representative's Limited Omnibus Objection to Debtors'
              Motions for Entry of Orders Authorizing Settlement of Asbestos Property
              Damage Claims Filed By Various Property Damage Claimants Represented By
              Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
              10/5/07] (Docket No. 17011)

       b.     Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
              Future Claimants' Representative's Limited Omnibus Objection to Debtors'
              Motions for Entry of Orders Authorizing Settlement of Asbestos Property
              Damage Claims Filed By Various Property Damage Claimants Represented By
              Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
              10/5/07] (Docket No. 17013)

       **Status:  This matter is resolved. The Debtors have filed a certification of counsel
       with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
       Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
       certification.**

11.   Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
      Damage Claims Filed by City of Houston, Texas, Represented By Dies & Hile, LLP
      [Filed: 9/17/07] (Docket No. 16838)

      Related Documents:

      a.     [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
             Filed by City of Houston, Texas, Represented By Dies & Hile, LLP [Filed:
             9/17/07] (Docket No. 16838, Exhibit 2)

      Response Deadline: October 5, 2007, at 2:00 p.m.

      Responses Received:

      a.     Future Claimants' Representative's Limited Omnibus Objection to Debtors'
             Motions for Entry of Orders Authorizing Settlement of Asbestos Property
             Damage Claims Filed By Various Property Damage Claimants Represented By
             Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
             10/5/07] (Docket No. 17011)

      b.     Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
             Future Claimants' Representative's Limited Omnibus Objection to Debtors'
             Motions for Entry of Orders Authorizing Settlement of Asbestos Property
             Damage Claims Filed By Various Property Damage Claimants Represented By
             Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
             10/5/07] (Docket No. 17013)

      c.     **Certification of Counsel Regarding on Orders Authorizing Settlements of
             Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
             [Filed: 10/22/07] (Docket No. 17112)**

      **Status:  This matter is resolved. The Debtors have filed a certification of counsel
      with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
      Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
      certification.**

12.   Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
      Damage Claims Filed By Maricopa County, Arizona, Represented By Dies & Hile, LLP
      [Filed: 9/17/07] (Docket No. 16839)

      Related Documents:

      a.     [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
             Filed By Maricopa County, Arizona, Represented By Dies & Hile, LLP [Filed:
             9/17/07] (Docket No. 16839, Exhibit 2)

      b.     **Certification of Counsel Regarding on Orders Authorizing Settlements of
             Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
             [Filed: 10/22/07] (Docket No. 17112)**

      Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status: This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential. The Debtors request entry of the order attached to the certification.**

13.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Sabine River Authority, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16840)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Sabine River Authority, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16840, Exhibit 2)

**b.    Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:** **This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential. The Debtors request entry of the order attached to the certification.**

14.     Motion of Debtors for Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Acadia Parish School Board, Brother Martin High School, Caddo Parish School Board, Calcasieu Parish School Board, Congregation of Immaculate Conception Church, Congregation of St. Dominic Catholic Church, Congregation of St. Francis Assissi Church, Congregation of St. Francis Xavier Cabrini Church, Congregation of St. Francis Xavier Church, Congregation of St. Joan of Arc Church, Congregation of Joan of Arc Church – Laplace, Louisiana, Congregation of St. Louise De Marillac Church, Congregation of St. Mary Magdalen Catholic Church, Congregation of St. Philip Neri Catholic Church, Congregation of St. Pius X Roman Catholic Church, Congregation of St. Raymond Catholic Church, Congregation of St. Rita Roman Catholic Church, East Baton Rouge Parish School Board, Jefferson Davis Parish School Board, Jefferson Parish School Board, Lafayette Parish School Board, Lafourche Parish School Board, LaSalle Parish School Board, Mt. Carmel Academy of New Orleans, Natchitoches Parish School Board, Roman Catholic Church of the Archdiocese of new Orleans, St. Martin Parish School Board and St. Mary's Academy of the Holy Family, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16841)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Acadia Parish School Board, Brother Martin High School, Caddo Parish School Board, Calcasieu Parish School Board, Congregation of Immaculate Conception Church, Congregation of St. Dominic Catholic Church, Congregation of St. Francis Assissi Church, Congregation of St. Francis Xavier Cabrini Church, Congregation of St. Francis Xavier Church, Congregation of St. Joan of Arc Church, Congregation of Joan of Arc Church – Laplace, Louisiana, Congregation of St. Louise De Marillac Church, Congregation of St. Mary Magdalen Catholic Church, Congregation of St. Philip Neri Catholic Church, Congregation of St. Pius X Roman Catholic Church, Congregation of St. Raymond Catholic Church, Congregation of St. Rita Roman Catholic Church, East Baton Rouge Parish School Board, Jefferson Davis Parish School Board, Jefferson Parish School Board, Lafayette Parish School Board, Lafourche Parish School Board, LaSalle Parish School Board, Mt. Carmel Academy of New Orleans, Natchitoches Parish School Board, Roman Catholic Church of the Archdiocese of new Orleans, St. Martin Parish School Board and St. Mary's Academy of the Holy Family, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16841, Exhibit 2)

b.      **Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By

Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.     Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

15.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Amarillo, Texas, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16842)

Related Documents:

a.     [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Amarillo, Texas, Represented By Dies & Hile LLP [Filed: 9/17/07] (Docket No. 16842, Exhibit 2)

**b.     Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.     Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.     Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

16.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
Damage Claims Filed By EPEC Realty, Inc., Represented by Dies & Hile, LLP [Filed:
9/17/07] (Docket No. 16843)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
Filed By EPEC Realty, Inc., Represented by Dies & Hile, LLP [Filed: 9/17/07]
(Docket No. 16843, Exhibit 2)

**b.    Certification of Counsel Regarding on Orders Authorizing Settlements of
Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
[Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors'
Motions for Entry of Orders Authorizing Settlement of Asbestos Property
Damage Claims Filed By Various Property Damage Claimants Represented By
Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
Future Claimants' Representative's Limited Omnibus Objection to Debtors'
Motions for Entry of Orders Authorizing Settlement of Asbestos Property
Damage Claims Filed By Various Property Damage Claimants Represented By
Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel
with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
certification.**

17.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
Damage Claims Filed By State of Oregon, Represented By Dies & Hile, LLP [Filed:
9/17/07] (Docket No. 16844)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
Filed By State of Oregon, Represented By Dies & Hile, LLP [Filed: 9/17/07]
(Docket No. 16844, Exhibit 2)

**b.    Certification of Counsel Regarding on Orders Authorizing Settlements of
Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
[Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.   Future Claimants' Representative's Limited Omnibus Objection to Debtors'
     Motions for Entry of Orders Authorizing Settlement of Asbestos Property
     Damage Claims Filed By Various Property Damage Claimants Represented By
     Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
     10/5/07] (Docket No. 17011)

b.   Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
     Future Claimants' Representative's Limited Omnibus Objection to Debtors'
     Motions for Entry of Orders Authorizing Settlement of Asbestos Property
     Damage Claims Filed By Various Property Damage Claimants Represented By
     Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
     10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel
with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
certification.**

18.   Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
      Damage Claims Filed By Harlingen Housing Authority, Represented By Dies & Hile,
      LLP [Filed: 9/17/07] (Docket No. 16845)

      Related Documents:

      a.   [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
           Filed By Harlingen Housing Authority, Represented By Dies & Hile, LLP [Filed:
           9/17/07] (Docket No. 16845, Exhibit 2)

      b.   **Certification of Counsel Regarding on Orders Authorizing Settlements of
           Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
           [Filed: 10/22/07] (Docket No. 17112)**

      Response Deadline: October 5, 2007, at 2:00 p.m.

      Responses Received:

      a.   Future Claimants' Representative's Limited Omnibus Objection to Debtors'
           Motions for Entry of Orders Authorizing Settlement of Asbestos Property
           Damage Claims Filed By Various Property Damage Claimants Represented By
           Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
           10/5/07] (Docket No. 17011)

      b.   Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
           Future Claimants' Representative's Limited Omnibus Objection to Debtors'
           Motions for Entry of Orders Authorizing Settlement of Asbestos Property
           Damage Claims Filed By Various Property Damage Claimants Represented By
           Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
           10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

19.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By BNC Forum LLP, Represented By Dies & Hile, LLP [Filed: 16846] (Docket No. 16846)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By BNC Forum LLP, Represented By Dies & Hile, LLP [Filed: 16846] (Docket No. 16846, Exhibit 2)

**b.      Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

20.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By County of El Paso, Texas, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16847)

Related Documents:

a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By County of El Paso, Texas, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16847, Exhibit 2)

**b.      Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
        Motions for Entry of Orders Authorizing Settlement of Asbestos Property
        Damage Claims Filed By Various Property Damage Claimants Represented By
        Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
        10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
        Future Claimants' Representative's Limited Omnibus Objection to Debtors'
        Motions for Entry of Orders Authorizing Settlement of Asbestos Property
        Damage Claims Filed By Various Property Damage Claimants Represented By
        Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
        10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel
with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
certification.**

21.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
        Damage Claims Filed By Coleman Housing Authority, Represented By Dies & Hile, LLP
        [Filed: 9/17/07] (Docket No. 16849)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By Coleman Housing Authority, Represented By Dies & Hile, LLP [Filed:
                9/17/07] (Docket No. 16849, Exhibit 2)

        **b.      Certification of Counsel Regarding on Orders Authorizing Settlements of
                Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
                [Filed: 10/22/07] (Docket No. 17112)**

        Response Deadline: October 5, 2007, at 2:00 p.m.

        Responses Received:

        a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17011)

        b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
                Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

22.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Cook County, Illinois, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16851)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Cook County, Illinois, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16851, Exhibit 2)

b.    **Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

23.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
       Damage Claims Filed By City of Tucson, Arizona, Represented By Dies & Hile, LLP
       [Filed: 9/17/07] (Docket No. 16852)

       Related Documents:

       a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
             Filed By City of Tucson, Arizona, Represented By Dies & Hile, LLP [Filed:
             9/17/07] (Docket No. 16852, Exhibit 2)

       **b.    Certification of Counsel Regarding on Orders Authorizing Settlements of
             Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
             [Filed: 10/22/07] (Docket No. 17112)**

       Response Deadline: October 5, 2007, at 2:00 p.m.

       Responses Received:

       a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors'
             Motions for Entry of Orders Authorizing Settlement of Asbestos Property
             Damage Claims Filed By Various Property Damage Claimants Represented By
             Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
             10/5/07] (Docket No. 17011)

       b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
             Future Claimants' Representative's Limited Omnibus Objection to Debtors'
             Motions for Entry of Orders Authorizing Settlement of Asbestos Property
             Damage Claims Filed By Various Property Damage Claimants Represented By
             Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
             10/5/07] (Docket No. 17013)

       **Status:  This matter is resolved. The Debtors have filed a certification of counsel
       with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
       Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
       certification.**

24.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
       Damage Claims Filed By State of Oklahoma, Represented By Dies & Hile, LLP [Filed:
       9/17/07] (Docket No. 16853)

       Related Documents:

       a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
             Filed By State of Oklahoma, Represented By Dies & Hile, LLP [Filed: 9/17/07]
             (Docket No. 16853, Exhibit 2)

       **b.    Certification of Counsel Regarding on Orders Authorizing Settlements of
             Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
             [Filed: 10/22/07] (Docket No. 17112)**

       Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
        Motions for Entry of Orders Authorizing Settlement of Asbestos Property
        Damage Claims Filed By Various Property Damage Claimants Represented By
        Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
        10/5/07] (Docket No. 17011)

b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
        Future Claimants' Representative's Limited Omnibus Objection to Debtors'
        Motions for Entry of Orders Authorizing Settlement of Asbestos Property
        Damage Claims Filed By Various Property Damage Claimants Represented By
        Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
        10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel
with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
certification.**

25.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
        Damage Claims Filed By State of Connecticut, Represented By Dies & Hile, LLP [Filed:
        9/17/07] (Docket No. 16854)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By State of Connecticut, Represented By Dies & Hile, LLP [Filed: 9/17/07]
                (Docket No. 16854)

        b.      **Certification of Counsel Regarding on Orders Authorizing Settlements of
                Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
                [Filed: 10/22/07] (Docket No. 17112)**

        Response Deadline: October 5, 2007, at 2:00 p.m.

        Responses Received:

        a.      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17011)

        b.      Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
                Future Claimants' Representative's Limited Omnibus Objection to Debtors'
                Motions for Entry of Orders Authorizing Settlement of Asbestos Property
                Damage Claims Filed By Various Property Damage Claimants Represented By
                Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
                10/5/07] (Docket No. 17013)

**Status:** **This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential. The Debtors request entry of the order attached to the certification.**

26.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Phoenix, Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16855)

Related Documents;

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By City of Phoenix, Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16855, Exhibit 2)

b.    **Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:** **This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential. The Debtors request entry of the order attached to the certification.**

27.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16856)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Arizona, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16856, Exhibit 2)

b.    **Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors'
      Motions for Entry of Orders Authorizing Settlement of Asbestos Property
      Damage Claims Filed By Various Property Damage Claimants Represented By
      Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
      10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
      Future Claimants' Representative's Limited Omnibus Objection to Debtors'
      Motions for Entry of Orders Authorizing Settlement of Asbestos Property
      Damage Claims Filed By Various Property Damage Claimants Represented By
      Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
      10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel
with a revised form of order acceptable to the FCR, the ACC, the PD Committee,
Dies & Hile and Prudential.  The Debtors request entry of the order attached to the
certification.**

28.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
       Damage Claims Filed by City of Eugene, Oregon, Represented by Dies & Hile, LLP
       [Filed: 9/17/07] (Docket No. 16857)

       Related Documents:

       a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
             Filed by City of Eugene, Oregon, Represented by Dies & Hile, LLP [Filed:
             9/17/07] (Docket No. 16857, Exhibit 2)

       b.    **Certification of Counsel Regarding on Orders Authorizing Settlements of
             Asbestos Property Damage Claimants Represented By Dies & Hile, LLP
             [Filed: 10/22/07] (Docket No. 17112)**

       Response Deadline: October 5, 2007, at 2:00 p.m.

       Responses Received:

       a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors'
             Motions for Entry of Orders Authorizing Settlement of Asbestos Property
             Damage Claims Filed By Various Property Damage Claimants Represented By
             Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
             10/5/07] (Docket No. 17011)

       b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the
             Future Claimants' Representative's Limited Omnibus Objection to Debtors'
             Motions for Entry of Orders Authorizing Settlement of Asbestos Property
             Damage Claims Filed By Various Property Damage Claimants Represented By
             Dies & Hile, LLP and the Prudential Insurance Company of America [Filed:
             10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

29.    Motion of Debtors for Entry of an Order Authorizing Settlement of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Arkansas, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16858)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By State of Arkansas, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16858, Exhibit 2)

b.    **Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.    Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.    Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

30.    Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Oregon Health & Science University, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16859)

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By Oregon Health & Science University, Represented By Dies & Hile, LLP [Filed: 9/17/07] (Docket No. 16859, Exhibit 2)

b.    **Certification of Counsel Regarding on Orders Authorizing Settlements of Asbestos Property Damage Claimants Represented By Dies & Hile, LLP [Filed: 10/22/07] (Docket No. 17112)**

Response Deadline: October 5, 2007, at 2:00 p.m.

Responses Received:

a.  Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17011)

b.  Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Dies & Hile, LLP and the Prudential Insurance Company of America [Filed: 10/5/07] (Docket No. 17013)

**Status:  This matter is resolved. The Debtors have filed a certification of counsel with a revised form of order acceptable to the FCR, the ACC, the PD Committee, Dies & Hile and Prudential.  The Debtors request entry of the order attached to the certification.**

31.  Status Conference on PD Claims

Status: A status conference will go forward.

32.  Status Conference on ZAI Issues

Status: This matter will go forward.


ADDITIONAL MATTERS

33.  Status Conference on Debtors' Motion for Preliminary Injunction [Adv. Pro. No. 05-52724]

Related Documents:

a.  [Signed] Order Requiring Status Report and Setting Status Conference [Filed: 10/5/07] (Adv. Pro. No. 05-52724, Docket No. 26)

b.  Debtors' Status Report [Filed: 10/16/07] (Adv. Pro. No. 05-52724, Docket No. 28)

**Responses Received:**

**a.  Letter Response of the State of New Jersey Regarding Debtors' Status Report [Filed: 10/22/07] (Adv. Pro. No. 05-52724, Docket No. 29]**

Status: A status conference on the Debtors' Motion for Preliminary Injunction will go forward.

34.    **Debtors' Expedited Motion for Relief From the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses [Filed: 10/22/07] (Docket No. 17108)**

   **Related Documents:**

   a.    **Debtors' Motion for Leave From Scheduling Order and to Shorten Notice Period of Debtors' Expedited Motion for Relief From the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses [Filed: 10/19/07] (Docket No. 17104)**

      (i)    **[Proposed] Order Granting Debtors' Motion for Leave From Scheduling Order and to Shorten Notice Period of Debtors' Expedited Motion for Relief From the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses [Filed: 10/19/07] (Docket No. 17104)**

   b.    **[Proposed] Order Granting Relief From the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses [Filed: 10/19/07] (Docket No. 17108)**

   **[Proposed] Response Deadline:** October 23, 2007, at 12:00 p.m.

   **Responses Received:**

   a.    **Official Committee of Asbestos Personal Injury Claimants' Opposition to Grace's Motion for Relief From the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses [Filed: 10/23/07] (Docket No. 17126)**

   b.    **Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Opposition to Debtors' Motion for Relief From the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses [Filed: 10/23/07] (Docket No. 17127)**

*[Remainder of Page Intentionally Left Blank]*

**Status:** **This matter will go forward if the Court approves the Debtors' Motion for Leave from Scheduling Order.**

Dated: October 24, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and–

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession