IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## **NO ORDER REQUIRED** CERTIFICATION OF NO OBJECTION TO MONTHLY FEE AND EXPENSE INVOICE FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006 [RE: DOCKET NO. 16969]

On October 2, 2007, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Monthly Fee and Expense Invoice [Docket No. 16969] (the "Invoice"). The Invoice provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on October 22, 2007. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Invoice and that no answer, objection or any responsive pleading with respect to the Invoice has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Lexecon $12,981.47 which represents eighty percent (80%) of the total fees ($16,226.84), and $33.45, which represents 100% of the expenses requested in the Invoice upon the filing of this

Certification and without the need for entry of a Court order approving the Invoice.

                                    **BUCHANAN INGERSOLL & ROONEY PC**

                              By:      /s/ Teresa K.D. Currier
                                      Teresa K. D. Currier (No. 3080)
                                      The Brandywine Building
                                      1000 West St., Suite 1410
                                      Wilmington, DE 19801

                                                  -and-

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                Philip Bentley, Esquire
                                Gary M. Becker, Esquire
                                919 Third Avenue
                                New York, NY 10022
                                (212) 715-9100

                                Co-Counsel to the Official Committee of
                                Equity Holders

Dated: October 24, 2007