# EXHIBIT 2

## for WR Grace

**Total number of parties: 2**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26259 | MORGUARD INVESTMENTS LIMITED, 201-32900 SOUTH FRASER WAY, ABBOTSFORD, BC, V2S5A1 CANADA | US Mail (1st Class) |
| 26259 | SPEIGHTS, DANIEL A, (RE: MORGUARD INVESTMENTS LIMITED), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 2**