IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 16983)

On October 3, 2007, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from August 1, 2006 through September 30, 2006 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on October 23, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Lexecon respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By   /s/ Teresa K.D. Currier
   Teresa K. D. Currier (No. 3080)
   The Brandywine Building
   1000 West St. - Suite 1410
   Wilmington, DE 19801

-and-

KRLS/Wilm 58748v1

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  Philip Bentley, Esquire
                                                  Robert T. Schmidt, Esquire
                                                  919 Third Avenue
                                                  New York, NY 10022
                                                  (212) 715-9100
                                                  Counsel to the Official Committee of
                                                  Equity Holders

Dated: October 25, 2007                Co-Counsel to the Official Committee
                                                  of Equity Holders

KRLS/Wilm 58748v1