IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 16984)

On October 3, 2007, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from November 1, 2006 through November 30, 2006 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on October 23, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Lexecon respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By  /s/ Teresa K.D. Currier
    Teresa K. D. Currier (No. 3080)
    The Brandywine Building
    1000 West St. - Suite 1410
    Wilmington, DE 19801

-and-

KRLS/Wilm 58748v1

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    Philip Bentley, Esquire
                                    Robert T. Schmidt, Esquire
                                    919 Third Avenue
                                    New York, NY 10022
                                    (212) 715-9100
                                    Counsel to the Official Committee of
                                    Equity Holders

Dated: October 25, 2007           Co-Counsel to the Official Committee
                                        of Equity Holders

KRLS/Wilm 58748v1