IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 16986)

On October 3, 2007, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from April 1, 2007 through June 30, 2007 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on October 23, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Lexecon respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By    /s/ Teresa K.D. Currier
         Teresa K. D. Currier (No. 3080)
         The Brandywine Building
         1000 West St. - Suite 1410
         Wilmington, DE 19801

-and-

KRLS/Wilm 58748v1

                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          Philip Bentley, Esquire
                                                          Robert T. Schmidt, Esquire
                                                          919 Third Avenue
                                                          New York, NY 10022
                                                          (212) 715-9100
                                                          Counsel to the Official Committee of
                                                          Equity Holders

Dated: October 25, 2007                 Co-Counsel to the Official Committee
                                                          of Equity Holders

KRLS/Wilm 58748v1