## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: October 22, 2007 at 4:00 p.m. |
| | ) | Ref . No. 16954, 17034 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 16954, 17034
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Nineteenth Monthly Interim Application (the "Application") of Piper Jaffray & Co., Financial Advisor to David T. Austern, Future Claimants' Representative for the period from August 1, 2007 through August 31, 2007 (the "Period"), filed with the Court on October 1, 2007, and entered on the Court's docket as Docket No. 16954. The Notice of Corrected Objection Deadline Regarding Nineteenth Monthly Interim Application as Financial Advisor to David T. Austern, Future Claimants' Representative was filed on October 10, 2007 at Docket No. 17034 (the "Corrected Notice). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Corrected Notice, objections to the Application were to be filed no later than October 22, 2007.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals entered May 3, 2001 ("the Amended Administrative Order"), the Debtors are authorized to pay Piper Jaffray & Co. $80,000.00 (80% of $100,000.00) and expenses in the amount of $423.32, for a total of $80,423.32 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    The Washington Harbour
    3050 K Street, NW
    Washington, DC  20007
    (202) 339-8400
    Co-Counsel to David T. Austern, Future Claimants
    Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (fax)
    Co-Counsel to David T. Austern, Future Claimants
    Representative

Dated: October 26, 2007

2