IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 15, 2007 at 4:00 p.m |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-SIXTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2007 THROUGH JULY 31, 2007**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | July 1, 2007 through July 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $187,821.00 |
| 80% of fees to be paid: | $150,256.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $         0 |
| Total Fees @ 80% and 100% Expenses: | $150,256.80 |

This is an: ___ interim   X   monthly   ___ final application.

## COMPENSATION SUMMARY
### July 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Ball | Consulting Actuary (10 years) FIA | $550 | 1.00 | $550.00 |
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 106.60 | $66,625.00 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 64.50 | $19,350.00 |
| Melissa Chung | Analyst (1 year) | $295 | 8.00 | $2,360.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 44.20 | $17,680.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 105.90 | $39,712.50 |
| Steve Lin | Consulting Actuary (10 years) | $425 | 55.00 | $23,375.00 |
| Adam Luechtefeld | Analyst (4 years) | $250 | 21.00 | $5,250.00 |
| Alicia Oliver | Analyst (1 year) | $170 | 7.70 | $1,309.00 |
| Brent Petzoldt | Analyst (1 year) | $210 | 26.70 | $5,607.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 2.30 | $1,552.50 |
| Rhamonda Riggins | Analyst (5 years) | $295 | 2.50 | $737.50 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $675 | 5.50 | $3,712.50 |
| **Total Blended Rate: $416.55** | | | **450.90** | **$187,821.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 450.90 | $187,821.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| July 2007 – Grand Total | $187,821.00 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Oct. 19, 2007

2