# EXHIBIT A

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| colspan=6 | | | | | |

<table>
<tr><th colspan="6">W.R. Grace (Bankruptcy)<br>Towers Perrin Time Records</th></tr>
<tr><th>Professional</th><th>Date</th><th>Hours</th><th>Rate</th><th>$ Fees</th><th>Description</th></tr>
<tr><td colspan="6" align="center"><b>Jul-07</b></td></tr>
<tr><td>Matthew Ball</td><td>7/31/2007</td><td>1.00</td><td>$550</td><td>$550.00</td><td>Analysis</td></tr>
<tr><td></td><td></td><td>1.00</td><td></td><td>$550.00</td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Jenni Biggs</td><td>7/2/2007</td><td>7.20</td><td>$625</td><td>$4,500.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/3/2007</td><td>0.50</td><td>$625</td><td>$312.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/4/2007</td><td>2.50</td><td>$625</td><td>$1,562.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/5/2007</td><td>7.50</td><td>$625</td><td>$4,687.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/6/2007</td><td>3.00</td><td>$625</td><td>$1,875.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/10/2007</td><td>6.70</td><td>$625</td><td>$4,187.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/11/2007</td><td>4.50</td><td>$625</td><td>$2,812.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/12/2007</td><td>7.20</td><td>$625</td><td>$4,500.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/13/2007</td><td>7.30</td><td>$625</td><td>$4,562.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/16/2007</td><td>9.00</td><td>$625</td><td>$5,625.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/17/2007</td><td>6.00</td><td>$625</td><td>$3,750.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/18/2007</td><td>10.20</td><td>$625</td><td>$6,375.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/19/2007</td><td>8.00</td><td>$625</td><td>$5,000.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/20/2007</td><td>6.50</td><td>$625</td><td>$4,062.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/21/2007</td><td>1.50</td><td>$625</td><td>$937.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/23/2007</td><td>8.50</td><td>$625</td><td>$5,312.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/24/2007</td><td>0.30</td><td>$625</td><td>$187.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/25/2007</td><td>0.70</td><td>$625</td><td>$437.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/26/2007</td><td>1.80</td><td>$625</td><td>$1,125.00</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/27/2007</td><td>2.50</td><td>$625</td><td>$1,562.50</td><td>Analysis</td></tr>
<tr><td>Jenni Biggs</td><td>7/31/2007</td><td>5.20</td><td>$625</td><td>$3,250.00</td><td>Analysis</td></tr>
<tr><td></td><td></td><td>106.60</td><td></td><td>$66,625.00</td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Julianne Callaway</td><td>7/2/2007</td><td>5.30</td><td>$300</td><td>$1,590.00</td><td>Review Expert Reports</td></tr>
<tr><td>Julianne Callaway</td><td>7/3/2007</td><td>4.20</td><td>$300</td><td>$1,260.00</td><td>Review Expert Reports</td></tr>
<tr><td>Julianne Callaway</td><td>7/5/2007</td><td>6.00</td><td>$300</td><td>$1,800.00</td><td>Review Expert Reports</td></tr>
<tr><td>Julianne Callaway</td><td>7/6/2007</td><td>8.70</td><td>$300</td><td>$2,610.00</td><td>Review Expert Reports</td></tr>
<tr><td>Julianne Callaway</td><td>7/16/2007</td><td>2.00</td><td>$300</td><td>$600.00</td><td>Database prep</td></tr>
<tr><td>Julianne Callaway</td><td>7/17/2007</td><td>0.90</td><td>$300</td><td>$270.00</td><td>Database prep</td></tr>
<tr><td>Julianne Callaway</td><td>7/18/2007</td><td>8.90</td><td>$300</td><td>$2,670.00</td><td>Review Exhibits</td></tr>
<tr><td>Julianne Callaway</td><td>7/19/2007</td><td>7.60</td><td>$300</td><td>$2,280.00</td><td>Review Exhibits</td></tr>
<tr><td>Julianne Callaway</td><td>7/20/2007</td><td>7.10</td><td>$300</td><td>$2,130.00</td><td>Review Exhibits</td></tr>
<tr><td>Julianne Callaway</td><td>7/22/2007</td><td>2.00</td><td>$300</td><td>$600.00</td><td>Review Exhibits</td></tr>
<tr><td>Julianne Callaway</td><td>7/23/2007</td><td>8.30</td><td>$300</td><td>$2,490.00</td><td>Review Exhibits</td></tr>
<tr><td>Julianne Callaway</td><td>7/24/2007</td><td>1.10</td><td>$300</td><td>$330.00</td><td>Review Exhibits</td></tr>
<tr><td>Julianne Callaway</td><td>7/27/2007</td><td>2.40</td><td>$300</td><td>$720.00</td><td>Review Exhibits</td></tr>
<tr><td></td><td></td><td>64.50</td><td></td><td>$19,350.00</td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Melissa Chung</td><td>7/5/2007</td><td>2.20</td><td>$295</td><td>$649.00</td><td>Analysis</td></tr>
<tr><td>Melissa Chung</td><td>7/6/2007</td><td>1.00</td><td>$295</td><td>$295.00</td><td>Analysis</td></tr>
<tr><td>Melissa Chung</td><td>7/6/2007</td><td>1.30</td><td>$295</td><td>$383.50</td><td>Analysis</td></tr>
<tr><td>Melissa Chung</td><td>7/30/2007</td><td>0.50</td><td>$295</td><td>$147.50</td><td>Analysis</td></tr>
<tr><td>Melissa Chung</td><td>7/31/2007</td><td>3.00</td><td>$295</td><td>$885.00</td><td>Analysis</td></tr>
<tr><td></td><td></td><td>8.00</td><td></td><td>$2,360.00</td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Bryan Gillespie</td><td>7/2/2007</td><td>3.00</td><td>$400</td><td>$1,200.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/3/2007</td><td>1.20</td><td>$400</td><td>$480.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/5/2007</td><td>3.10</td><td>$400</td><td>$1,240.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/6/2007</td><td>5.20</td><td>$400</td><td>$2,080.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/9/2007</td><td>2.30</td><td>$400</td><td>$920.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/10/2007</td><td>3.30</td><td>$400</td><td>$1,320.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/11/2007</td><td>6.30</td><td>$400</td><td>$2,520.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/12/2007</td><td>6.70</td><td>$400</td><td>$2,680.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/13/2007</td><td>2.30</td><td>$400</td><td>$920.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/16/2007</td><td>2.20</td><td>$400</td><td>$880.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/17/2007</td><td>3.90</td><td>$400</td><td>$1,560.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/18/2007</td><td>1.80</td><td>$400</td><td>$720.00</td><td>Analysis</td></tr>
<tr><td>Bryan Gillespie</td><td>7/31/2007</td><td>2.90</td><td>$400</td><td>$1,160.00</td><td>Analysis</td></tr>
<tr><td></td><td></td><td>44.20</td><td></td><td>$17,680.00</td><td></td></tr>
</table>

| \multicolumn{6}{c}{W.R. Grace (Bankruptcy)} |
|---|---|---|---|---|---|

### W.R. Grace (Bankruptcy)
### Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Jeff Kimble | 7/9/2007 | 0.20 | $375 | $75.00 | Review expert reports |
| Jeff Kimble | 7/10/2007 | 4.60 | $375 | $1,725.00 | Review expert reports / review new Stallard patterns |
| Jeff Kimble | 7/11/2007 | 9.10 | $375 | $3,412.50 | Review expert reports / review new Stallard patterns |
| Jeff Kimble | 7/12/2007 | 5.00 | $375 | $1,875.00 | Review expert reports / review new Stallard patterns |
| Jeff Kimble | 7/13/2007 | 9.50 | $375 | $3,562.50 | Review expert reports / review new Stallard patterns |
| Jeff Kimble | 7/16/2007 | 4.00 | $375 | $1,500.00 | Prepare files |
| Jeff Kimble | 7/17/2007 | 7.30 | $375 | $2,737.50 | Prepare files |
| Jeff Kimble | 7/18/2007 | 14.20 | $375 | $5,325.00 | Prepare files |
| Jeff Kimble | 7/19/2007 | 10.00 | $375 | $3,750.00 | Prepare files |
| Jeff Kimble | 7/20/2007 | 14.70 | $375 | $5,512.50 | Prepare files |
| Jeff Kimble | 7/22/2007 | 5.20 | $375 | $1,950.00 | Prepare files |
| Jeff Kimble | 7/23/2007 | 7.30 | $375 | $2,737.50 | Prepare files |
| Jeff Kimble | 7/24/2007 | 0.20 | $375 | $75.00 | Prepare files |
| Jeff Kimble | 7/26/2007 | 0.50 | $375 | $187.50 | Review new Stallard patterns |
| Jeff Kimble | 7/27/2007 | 3.00 | $375 | $1,125.00 | Review expert reports |
| Jeff Kimble | 7/30/2007 | 3.70 | $375 | $1,387.50 | Review new Stallard patterns |
| Jeff Kimble | 7/31/2007 | 7.40 | $375 | $2,775.00 | Review new Stallard patterns |
| | | 105.90 | | $39,712.50 | |
| Steve Lin | 7/5/2007 | 4.50 | $425 | $1,912.50 | Review expert reports |
| Steve Lin | 7/6/2007 | 5.50 | $425 | $2,337.50 | Review expert reports |
| Steve Lin | 7/10/2007 | 7.50 | $425 | $3,187.50 | Review expert reports |
| Steve Lin | 7/11/2007 | 6.50 | $425 | $2,762.50 | Review expert reports |
| Steve Lin | 7/12/2007 | 7.00 | $425 | $2,975.00 | Review expert reports |
| Steve Lin | 7/13/2007 | 4.50 | $425 | $1,912.50 | Review expert reports |
| Steve Lin | 7/18/2007 | 5.50 | $425 | $2,337.50 | Analysis |
| Steve Lin | 7/19/2007 | 7.00 | $425 | $2,975.00 | Analysis |
| Steve Lin | 7/20/2007 | 7.00 | $425 | $2,975.00 | Analysis |
| | | 55.00 | | $23,375.00 | |
| Adam Luechtefeld | 7/12/2007 | 4.00 | $250 | $1,000.00 | Create exhibits |
| Adam Luechtefeld | 7/13/2007 | 5.50 | $250 | $1,375.00 | Create exhibits |
| Adam Luechtefeld | 7/14/2007 | 6.00 | $250 | $1,500.00 | Create exhibits |
| Adam Luechtefeld | 7/16/2007 | 2.00 | $250 | $500.00 | Create exhibits |
| Adam Luechtefeld | 7/17/2007 | 1.50 | $250 | $375.00 | Create exhibits |
| Adam Luechtefeld | 7/18/2007 | 1.00 | $250 | $250.00 | Create exhibits |
| Adam Luechtefeld | 7/19/2007 | 1.00 | $250 | $250.00 | Create exhibits |
| | | 21.00 | | $5,250.00 | |
| Alicia Oliver | 7/12/2007 | 1.50 | $170 | $255.00 | Info for Jacoby |
| Alicia Oliver | 7/13/2007 | 3.50 | $170 | $595.00 | Info for Jacoby |
| Alicia Oliver | 7/16/2007 | 1.50 | $170 | $255.00 | Info for Jacoby |
| Alicia Oliver | 7/17/2007 | 0.70 | $170 | $119.00 | Info for Jacoby |
| Alicia Oliver | 7/24/2007 | 0.50 | $170 | $85.00 | Info for Jacoby |
| | | 7.70 | | $1,309.00 | |
| Brent Petzoldt | 7/18/2007 | 6.70 | $210 | $1,407.00 | Technical Review |
| Brent Petzoldt | 7/19/2007 | 7.70 | $210 | $1,617.00 | Technical Review |
| Brent Petzoldt | 7/20/2007 | 7.70 | $210 | $1,617.00 | Technical Review |
| Brent Petzoldt | 7/23/2007 | 1.40 | $210 | $294.00 | Technical Review |
| Brent Petzoldt | 7/23/2007 | 3.20 | $210 | $672.00 | Technical Review |
| | | 26.70 | | $5,607.00 | |
| Dave Powell | 7/12/2007 | 1.00 | $675 | $675.00 | Peer review |
| Dave Powell | 7/17/2007 | 1.30 | $675 | $877.50 | Peer review |
| | | 2.30 | | $1,552.50 | |
| Rhamonda Riggins | 7/12/2007 | 2.00 | $295 | $590.00 | RUST database |
| Rhamonda Riggins | 7/13/2007 | 0.50 | $295 | $147.50 | RUST database |
| | | 2.50 | | $737.50 | |
| Ollie Sherman | 7/11/2007 | 1.00 | $675 | $675.00 | Review of expert report |
| Ollie Sherman | 7/17/2007 | 1.50 | $675 | $1,012.50 | Review of expert report |
| Ollie Sherman | 7/18/2007 | 0.50 | $675 | $337.50 | Review of expert report |
| Ollie Sherman | 7/20/2007 | 1.00 | $675 | $675.00 | Review of expert report |
| Ollie Sherman | 7/23/2007 | 1.00 | $675 | $675.00 | Review of expert report |
| Ollie Sherman | 7/30/2007 | 0.50 | $675 | $337.50 | Review of expert report |
| | | 5.50 | | $3,712.50 | |
| | | 450.90 | | $187,821.00 | |