**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' CROSS QUESTIONS TO W.R. GRACE'S DEPOSITION BY WRITTEN QUESTION OF CELOTEX ASBESTOS SETTLEMENT TRUST**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 26, 2007, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Cross Questions to W.R. Grace's Deposition by Written Question of Celotex Asbestos Settlement Trust* to be served upon the following in the manner indicated:

**Federal Express**
David Bernick, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Federal Express**
Daniel J. Donnellon, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202

**Hand Delivery**
Edwin Harron, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Dated: October 26, 2007          CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0094479.1 }