**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' CROSS QUESTIONS TO W.R. GRACE'S DEPOSITION BY WRITTEN QUESTION OF EAGLE PICHER IND., INC. PERSONAL INJURY SETTLEMENT TRUST**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 26, 2007, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Cross Questions to W.R. Grace's Deposition by Written Question of Eagle Picher Ind., Inc. Personal Injury Settlement Trust* to be served upon the following in the manner indicated:

**Federal Express**
David Bernick, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Federal Express**
Daniel J. Donnellon, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202

**Federal Express**
Eagle Picher Ind., Inc. Personal
Injury Settlement Trust
c/o Christopher K. Kiplock, Esquire
One Battery Park Plaza
New York, NY  1004-1482

**Hand Delivery**
Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Dated: October 26, 2007                CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford  (No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0094478.1 }