**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 26, 2007, I caused a copy of ***Notice of Service of The Official Committee of Asbestos Personal Injury Claimants' Cross-Questions to W.R. Grace's Deposition by Written Question of Eagle Picher Ind., Inc Personal Injury Settlement Trust*** to be served upon the individuals on the attached service list, in the manner indicated.

CAMPBELL & LEVINE, LLC


*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900



Dated: October 26, 2007