# Buchanan Ingersoll ⚓ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2007
                                              MATTER :  0066609-000001
                                              INVOICE : 10050299


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

    RE:  ASSET ANALYSIS AND RECOVERY



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
 ----  ----   -------------------------------                       -----

09/04/07 TC   Reviewed Motion For An Order Approving A               .40
              Stipulation With Continental Casualty Company
              Filed by W.R. Grace & Co., et al., re Monokote
              product

09/04/07 TC   Reviewed Debtors' Motion For Leave From The           .20
              Court's Scheduling And Case Management Orders
              To Hear Motion For An Order Approving A
              Stipulation With Continental Casualty Company
```

## T I M E   S U M M A R Y

```
                       RATE     HOURS          TOTALS
                       ----     -----          ------

T. Currier            500.00     .60           300.00
              TOTALS             .60           300.00


              TOTAL FEES :                     300.00


              TOTAL DUE  :                     300.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   OCTOBER 10, 2007
                                           MATTER :  0066609-000002
                                           INVOICE : 10050300

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

   RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/17/07 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Six Hundred Corporation, Represented by Dies & Hile, LLP Filed by W.R. Grace & Co., et al, and attached materials relating thereto | .60 |
| 09/17/07 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by City of Houston Filed by W.R. Grace & Co., et al, and attached materials relating thereto | .40 |
| 09/17/07 | TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Maricopa County and attached materials relating thereto | .20 |
| 09/17/07 | TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Sabine River Authority and attached Settlement Agreement relating thereto | .40 |
| 09/17/07 | TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by City of Tucson and attached Settlement Agreement relating thereto | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚬ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2007
                                              MATTER :  0066609-000002
                                              INVOICE : 10050300


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

        RE:  ASSET DISPOSITION
```

| | | |
|---|---|---|
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by a number of school boards including adacia parish and attached Settlement Agreements relating thereto | .40 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by state of arkansas and attached settlement agreements and documents | .20 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by state of oklahoma and attached settlement agreements and documents | .20 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by oregon health & science university and attached settlement agreements and documents | .30 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by Epec Realty, Inc and attached settlement agreements and documents | .30 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by the state of oregon and attached settlement agreements and documents | .20 |

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 10, 2007
MATTER : 0066609-000002
INVOICE : 10050300

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

RE:  ASSET DISPOSITION

| | | |
|---|---|---|
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by coleman housing authority and attached settlement agreements and documents | .30 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by cook county illinois and attached settlement agreements and documents | .30 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by state of connecticut and attached settlement agreements and documents | .30 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by city of phoenix and attached settlement agreements and documents | .30 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by state of arizona and attached settlement agreements and documents | .30 |
| 09/18/07 TC | Briefly reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by harligen housing authority and attached settlement agreements and documents | .40 |

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   OCTOBER 10, 2007
                                            MATTER : 0066609-000002
                                            INVOICE : 10050300


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

     RE:   ASSET DISPOSITION


09/18/07 TC    Briefly reviewed Motion of Debtors for Entry of       .20
               an Order Authorizing Settlement of Asbestos
               Property Damage Claims Filed by bnc forum and
               attached settlement agreements and documents

09/18/07 TC    Briefly reviewed Motion of Debtors for Entry of       .20
               an Order Authorizing Settlement of Asbestos
               Property Damage Claims Filed by county of el
               paso and attached settlement agreements and
               documents

09/26/07 TC    Reviewed order approving settlement agreement         .10
               with continental casualty

09/26/07 TC    Reviewed Order Authorizing Settlement of BP           .10
               Products North America, Inc claim



               T I M E   S U M M A R Y
               -----------------------

                      RATE    HOURS         TOTALS
                      ----    -----         ------

   T. Currier        500.00    6.00        3000.00
               TOTALS          6.00        3000.00


               TOTAL FEES :                        3,000.00


               TOTAL DUE  :                        3,000.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚮ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2007
                                             MATTER :  0066609-000003
                                             INVOICE : 10050301

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

       RE:  BUSINESS OPERATIONS


DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
----  ----    -------------------------------                    -----

09/05/07 TC   Reviewed 62 page Debtor-In-Possession Monthly       .60
              Operating Report for Filing Period July 1, 2007
              through July 31, 2007 for W. R. Grace & Co. et
              al. Filed by W.R. Grace & Co., et al


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

       T. Currier        500.00    .60           300.00
                 TOTALS            .60           300.00


                    TOTAL FEES :                        300.00


                    TOTAL DUE  :                        300.00

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 10, 2007
MATTER :   0066609-000004
INVOICE :  10052300

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 09/04/07 | TC | Reviewed Response to PI Committee's Application to Employ Charter Oak Financial Consultants LLC Filed by W.R. Grace & Co., et al, regarding Debtors' concerns about prior professionals retained by PI Committee | .10 |
| 09/04/07 | TC | Reviewed Motion to Amend the OCP (Ordinary Course Professionals) Orders to: (I) Increase the Total Expenditure Cap, and (II) Permit Appropriate OCP's to Seek Compensation for Fees and Expenses in Excess of the Monthly Cap Filed by W.R. Grace & Co., et al | .30 |
| 09/04/07 | TC | Reviewed UNITED STATES TRUSTEE'S MOTION FOR APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. SECTION 1104(c) RELATED TO THE CONDUCT OF L. TERSIGNI CONSULTING, P.C. Filed by United States Trustee for Region 3 | .40 |
| 09/04/07 | MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/05/07 | TC | Reviewed lexecon retention order, as distributed to 2002 service list; reviewed for lexecon fee filing issues | .30 |
| 09/05/07 | MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 10, 2007
MATTER :   0066609-000004
INVOICE :  10052300

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---:|
| 09/06/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/07/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/10/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/11/07 TC | Reviewed Response to of The Official Committee of Asbestos Personal Injury Claimants to the United States Trustee's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. Section 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. Filed by Official Committee of Asbestos Personal Injury Claimants | .20 |
| 09/11/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/12/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2007
MATTER :  0066609-000004
INVOICE : 10052300

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 09/17/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/18/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/19/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/20/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/21/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/24/07 MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2007
MATTER :  0066609-000004
INVOICE : 10052300

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/25/07 | MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates. | .50 |
| 09/26/07 | TC | Reviewed Order (Third Amended) Authorizing the Debtors To Employ and Compensate Certain Professionals Utilized In the Ordinary Course of the Debtors' Business | .10 |
| 09/26/07 | MNF | Reviewed all ECF Filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings, reviewed and calendar all objections and hearing dates | .50 |
| 09/27/07 | MNF | Reviewed all ECF filings in the case as part of docket control; reviewed all agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 1.40 | 700.00 |
| M. Flores | 165.00 | 8.00 | 1320.00 |
| TOTALS | | 9.40 | 2020.00 |

TOTAL FEES :                          2,020.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚜ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2007
                                             MATTER :  0066609-000004
                                             INVOICE : 10052300


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

   RE:  CASE ADMINISTRATION


                     TOTAL DUE   :                    2,020.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :    OCTOBER 10, 2007
                                                   MATTER :  0066609-000005
                                                   INVOICE : 10050303


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

   RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/06/07 | TC | Briefly reviewed appendix of materials supporting debtors' motion to expunge 55 time barred canadian asbestos property damage claims | .60 |
| 09/06/07 | TC | Reviewed Debtors' Supplemental Submission in Support of their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging What Are Now Fifty-Five (55) Time-Barred Canadian Asbestos Property Damage Claims | .60 |
| 09/26/07 | TC | Reviewed Order (Sixth) Regarding Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive). | .10 |
| 09/26/07 | TC | Reviewed Order (Thirty-Sixth Continuation) Regarding The Relief Sought In Debtors' Fifth Omnibus Objection to Claims (Substantive) ("Fifth Omnibus Objection"). | .10 |
| 09/26/07 | TC | Reviewed Order (Continuation) Regarding The Debtors' Eighteenth Omnibus Objection to Claims (Substantive) ("Eighteenth Omnibus Objection"). | .10 |


### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T. Currier | 500.00 | 1.50 | 750.00 |
| TOTALS |  | 1.50 | 750.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    OCTOBER 10, 2007
MATTER  :    0066609-000005
INVOICE :    10050303

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

TOTAL FEES  :                                750.00

TOTAL DUE   :                                750.00

# Buchanan Ingersoll ⚹ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2007
                                              MATTER :  0066609-000006
                                              INVOICE : 10050304


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
  ----  ----   -------------------------------                       -----

09/06/07 TC    Reviewed Order [AMENDED Regarding the Motion to         .20
               Alter or Amend the Court's Order and Memorandum
               Opinion Disallowing and Expunging 71 Claims
               Entered on April 17, 2007, re speights and ryan
               claims

09/26/07 TC    Reviewed Order Regarding Relief Sought in               .10
               Debtors' Objection to Claim Filed By
               Massachusetts Department of Revenue



                   T I M E   S U M M A R Y
                   -----------------------

                             RATE      HOURS           TOTALS
                             ----      -----           ------

  T. Currier                500.00      .30            150.00
                   TOTALS               .30            150.00


                        TOTAL FEES :                   150.00


                        TOTAL DUE  :                   150.00
```

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    OCTOBER 10, 2007
                                           MATTER :  0066609-000011
                                           INVOICE : 10050305


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

RE:  FEE APPLICATIONS, APPLICANT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/05/07 | MNF | Review docket re: objections to 25th quarterly fee request of BIR (.1); Draft CNO re: same (.5) | .60 |
| 09/06/07 | MNF | E-file and serve CNO re: 25th quarterly fee app of BIR | .80 |
| 09/17/07 | MNF | Review/make edits to prebills for August 2007 time (.8); scan and send same to accounting (.2) | 1.00 |
| 09/18/07 | MNF | Draft/Prepare 70th monthly fee app of BIR | 1.50 |
| 09/19/07 | TC | Reviewed two certifications of no objection for our fees and kramer levins; reviewed underlying docket to verify information contained therein | .50 |
| 09/19/07 | MNF | Review docket re: objections to 69th monthly fee app of BIR for July 2007 (.1);Draft CNO re: 69th monthly fee app of BIR for July 2007(.4) | .50 |
| 09/20/07 | MNF | E-file and serve CNO re: 69th monthly fee app of BIR | .80 |
| 09/28/07 | TC | Reviewed bir fee application, made changes, discussed changes with paralegal | .50 |
| 09/28/07 | MNF | Review/ make Edits to 70th monthly fee app of BIR for August(1.0); emails to and from accouting finalizing bills (.5) | 1.50 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2007
MATTER :  0066609-000011
INVOICE : 10050305

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:  FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 1.00 | 500.00 |
| M. Flores | 165.00 | 6.70 | 1105.50 |
| TOTALS | | 7.70 | 1605.50 |

TOTAL FEES :                          1,605.50

TOTAL DUE  :                          1,605.50

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    OCTOBER 10, 2007
                                           MATTER :  0066609-000012
                                           INVOICE : 10050306

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:   FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/04/07 | TC | Reviewed quarterly fee notice to be filed by us for lexecon quarterly fee application; conference with Melissa Flores re notice and objections to same | .40 |
| 09/04/07 | MNF | Draft Notice re: Quarterly fee request of Lexecon (.7); Emails to and from Paul @ Lexecon re: same (.3) | 1.00 |
| 09/05/07 | TC | Worked with melissa flores on quarterly fee notice for lexecon; reviewed revised quarterly fee notice and approved same for filing today for the equity committee's advisor, lexecon | .30 |
| 09/05/07 | TC | Approved and finalized Certificates of no objection for kramer levin fee apps (quarterly) and our fee app (quarterly) | .30 |
| 09/05/07 | MNF | Review docket re: objections to 21st quarterly fee request of Kramer Levin(.1); Draft CNO re: same (.4); | .50 |
| 09/05/07 | MNF | E-file and serve Quarterly fee request of Lexecon | 1.00 |
| 09/06/07 | MNF | E-file and serve CNO re: 21st quarterly fee app of Kramer Levin | .80 |
| 09/19/07 | MNF | Review docket re: objections to 72nd monthly fee app of Kramer Levin(.1); Draft CNO re: 72nd monthly fee app of Kramer Levin (.5) | .60 |
| 09/20/07 | MNF | E-file and serve CNO re: 72nd monthly fee app of Kramer Levin | .80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2007
                                              MATTER :  0066609-000012
                                              INVOICE : 10050306


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

     RE:  FEE APPLICATIONS, OTHERS


09/26/07 TC     Reviewed Order Approving Quarterly Fee                .20
                Applications for the Twenty-Fourth Period


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

   T. Currier           500.00    1.20         600.00
   M. Flores            165.00    4.70         775.50
                  TOTALS          5.90         1375.50


            TOTAL FEES :                             1,375.50


            TOTAL DUE  :                             1,375.50
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   OCTOBER 10, 2007
                                            MATTER :  0066609~000014
                                            INVOICE : 10052303


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

     RE:  HEARINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/23/07 | MDC | Review of additional filings (0.8), telephone calls and emails to Philip Bentley regarding arguments for hearing (0.5), correspondence to and from Terri Currier regarding hearing (0.4), attendance at hearing (3.6). | 5.30 |
| 09/04/07 | TC | Reviewed Order Rescheduling Omnibus Hearings For October 22, 2007 and October 23, 2007 to October 25, 2007 and October 26, 2007 | .10 |
| 09/06/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing On September 10, 2007, At 9:00 A.M. Before The Honorable Judith K. Fitzgerald, In Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al., re debtors' motion to expunge 55 time barred canadian asbestos property damage claims | .30 |
| 09/18/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing on September 24, 2007 at 2:00 P.M. Before The Honorable Judith K. Fitzgerald | .40 |

```
                  T I M E   S U M M A R Y
                  -----------------------

                        RATE    HOURS          TOTALS
                        ----    -----          ------

     M. D. Coleman      340.00   5.30           1802.00
     T. Currier         500.00    .80            400.00
                 TOTALS           6.10           2202.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    OCTOBER 10, 2007
MATTER  :    0066609-000014
INVOICE :    10052303

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:   HEARINGS

TOTAL FEES :                           2,202.00

TOTAL DUE  :                           2,202.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    OCTOBER 10, 2007
                                            MATTER :  0066609-000015
                                            INVOICE : 10050308


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

      RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/04/07 | TC | Reviewed Clerk's Notice Regarding Filing of Appeal, re New Jersey appeal on its late-filed claim | .10 |
| 09/04/07 | TC | Reviewed Rescheduled Notice of Rule 30 (B)(6) Deposition and Subpoena of Rust Consulting, Inc. Filed by David Austern | .10 |
| 09/04/07 | TC | Reviewed Agreed Joint Motion Of The Debtors And The Nonparty National Institute For Occupational Safety And Health For Entry Of A Protective Order Filed by W.R. Grace & Co., et al, form of protective order and exhibits, regarding Vermiculite issues in discovery | .40 |
| 09/04/07 | TC | Reviewed Debtors' Motion For Expedited Consideration Of Agreed Joint Motion For Entry Of Protective Order Filed by W.R. Grace & Co., et al | .10 |
| 09/04/07 | TC | Reviewed Motion for Relief from Stay and/or Obtain Relief from Preliminary Injunction and accompanying materials | .30 |
| 09/04/07 | TC | Reviewed Notice of Deposition Continuation of John C. Irvine Filed by W.R. Grace & Co., et al | .10 |

# Buchanan Ingersoll &Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 10, 2007
MATTER :  0066609-000015
INVOICE : 10050308

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 09/05/07 TC | Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal Regarding the Bankruptcy Court's Order Denying Motion of the State of New Jersey, Department of Environmental Protection, for Leave to File a Late Proof of Claim Filed by W.R. Grace & Co., et al, re denial of New Jersey's request to file a late proof of claim | | .10 |
| 09/05/07 TC | Reviewed Response to Debtor's Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimant's Law Firms Filed by Edward O. Moody, P.A | | .10 |
| 09/05/07 TC | Reviewed Order [MODIFIED Granting Debtors' Motion for Leave from Court's Scheduling and Case Management Orders to Hear Motion for Order Approving A Stipulation with Continental Casualty Company | | .10 |
| 09/07/07 TC | Reviewed First Response to Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimant's Law Firms Filed by Jacobs & Crumplar | | .20 |
| 09/07/07 TC | Reviewed Plaintiff's Response to Debtor's Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms Filed by Cooney & Conway | | .20 |
| 09/13/07 TC | Reviewed order re confidentiality re future claims rep | | .20 |
| 09/13/07 TC | Reviewed order approving consent order | | .20 |
| 09/17/07 TC | Reviewed Order Granting Joint Motion Of The Debtors' And The Claims Processing Facility, Inc. For Entry Of Protective Order | | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2007
MATTER :  0066609-000015
INVOICE : 10050308

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 09/19/07 TC | Reviewed Response of The Wartnick Law Firm to Debtors' Third Set of Interrogatories To Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms | | .10 |
| 09/19/07 TC | Reviewed Response of Paul, Hanley & Harley, LLP ("PHH") to Debtors' Third Set of Interrogatories To Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms | | .10 |
| 09/24/07 TC | Reviewed Debtors' Final Non-Expert Witness Disclosure For Asbestos PI Estimation | | .20 |
| 09/24/07 TC | Reviewed Official Committee of Asbestos Personal Injury Claimants' Designations of the Non-Expert Witness That It Intends to Call at the Asbestos PI Estimation Hearing | | .20 |
| 09/25/07 MNF | Review docket re: estimation dates for estimation trial; email same to TKDC | | .50 |
| 09/26/07 TC | Reviewed Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder Filed by Official Committee of Asbestos Personal Injury Claimants | | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 10050308

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

    RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 09/26/07 TC | Reviewed Order (Agreed Supplemental) Regarding Modified Order Establishing the Non-Waiver of Privileges Contained in Answers to the Debtors' Interrogatories and the Sealing and Confidentiality of Such Answers | | .10 |
| 09/26/07 TC | Reviewed Order Granting Agreed Joint Motion Of The Debtors And The Nonparty National Institute For Occupational Safety And Health For Protective Order | | .10 |

### T I M E   S U M M A R Y
------------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
|              | ----   | ----- | ------  |
| T. Currier   | 500.00 | 3.40  | 1700.00 |
| M. Flores    | 165.00 | .50   | 82.50   |
| TOTALS       |        | 3.90  | 1782.50 |

                    TOTAL FEES :              1,782.50

                    TOTAL DUE  :              1,782.50

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2007
MATTER :  0066609-001000
INVOICE : 10050309

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/07    6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 07/25/07 Messenger/Delivery Service - Parcels 46447 | 20.00 |
| 07/27/07 Messenger/Delivery Service - Parcels 46447 | 30.00 |
| 08/28/07 Messenger/Delivery Service - Parcels 8638 | 232.36 |
| 09/04/07 Photocopies M. Flores | 1.80 |
| 09/04/07 Photocopies M. Flores | 2.70 |
| 09/05/07 Photocopies M. Flores | 15.00 |
| 09/05/07 Messenger/Delivery Service - Parcels - 47282 | 5.00 |
| 09/11/07 Photocopies M. Flores | 42.00 |
| 09/11/07 Photocopies M. Flores | 0.15 |
| 09/25/07 Photocopies M. Flores | 8.10 |
| 09/26/07 On-Line Search Service - Pacer - August 2007 | 3.28 |
| 09/26/07 On-Line Search Service - Pacer - August 2007 | 7.20 |
| 09/26/07 On-Line Search Service - Pacer - August 2007 | 4.64 |
| 09/26/07 Photocopies M. Flores | 5.40 |
| 09/28/07 Photocopies M. Flores | 0.30 |

TOTAL EXPENSE ADVANCES :        377.93

TOTAL DUE  :                    377.93

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA