alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 10/11/07 14:49:08
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

Work Thru : 09/30/07

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 0.00 | 21.72 | 21.72 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 0.00 | 0.00 | 0.00 | 13.35 | 13.35 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 0.00 | 8.29 | 8.29 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 0.00 | 2,577.93 | 2,577.93 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 0.00 | 404.77 | 404.77 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL NON-WORKING | 0.00 | 0.00 | 0.00 | 1,454.45 | 1,454.45 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 0.00 | 0.00 | 0.00 | 4,480.51 | 4,480.51 | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

slp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

Run Date & Time: 10/11/2007 14:49:08

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

| B I L L E D   C O S T S   S U M M A R Y | | | | |
| Code Description | Oldest Entry | Latest Entry | Total Amount | |
| --- | --- | --- | --- | --- |

| B I L L E D   C O S T S   S U M M A R Y | | | | |
| Code Description | Oldest Entry | Latest Entry | Total Amount | |
| --- | --- | --- | --- | --- |
| 0820 PHOTOCOPYING | 09/06/07 | 09/28/07 | 692.40 | |
| 0840 MANUSCRIPT SERVICE | 09/06/07 | 09/06/07 | 0.00 | |
| 0885 LONG-DISTANCE TEL. | 09/28/07 | 09/28/07 | 21.72 | |
| 0920 PRINT & BINDING | 09/24/07 | 09/24/07 | 1,723.15 | |
| 0930 MESSENGER/COURIER | 09/06/07 | 09/17/07 | 640.84 | |
| 0940 CAB FARES | 09/29/07 | 09/07/07 | 150.45 | |
| 0950 OUT-OF-TOWN TRAVEL | 08/29/07 | 09/29/07 | 1,515.05 | |
| 0951 MEALS/T & E | 08/28/07 | 09/29/07 | 238.50 | |
| 0960 TRANSCRIPT FEES | 09/10/07 | 09/23/07 | | |

| | | Total | 4,480.51 | |
| | | Grand Total | 4,480.51 | |

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 10/11/2007 14:48:59
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele 1.00/photo 0.15/W/o mani services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 09/12/9227    TO: -7/-5/-918
UNBILLED DISB FROM: 08/29/2007    TO: 09/28/2007

|  | FEES | COSTS |
|---|---|---|
|  | 0.00 | 4,480.51 |

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:    -7/-5/-918    09/28/2007
CLOSE MATTER/FINAL BILLING    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

FEES:                    0.00    UNIDENTIFIED RECEIPTS:    0.00
DISBURSEMENTS:           0.00    PAID FEE RETAINER:        0.00
FEE RETAINER:            0.00    PAID DISB RETAINER:       0.00
DISB RETAINER:           0.00    TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:       0.00    TRUST BALANCE:

                         BILLING HISTORY

DATE OF LAST BILL:    10/11/07          LAST PAYMENT DATE:    10/09/07
LAST BILL NUMBER:     475004    ACTUAL FEES BILLED TO DATE:   2,705,278.00
                             ON ACCOUNT FEES BILLED TO DATE:       0.00
                                 TOTAL FEES BILLED TO DATE:   2,705,278.00
LAST BILL THRU DATE:  09/30/07       FEES WRITTEN OFF TO DATE:   377,804.66
                                   COSTS WRITTEN OFF TO DATE:    25,571.22

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted (5) Business Development       (8) Premium
    (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding          (10) Client Arrangement
                                                Processed by:                FRC:                CRC:

BILL NUMBER:              DATE OF BILL:

PAGE    1

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/11/2007 14:48:57

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 2413671
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

Special Billing Instructions: reduce tels. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

                                                 TO:
UNBILLED TIME FROM:                              TO:       09/28/2007
UNBILLED DISB. FROM:    09/28/2007               TO:       09/28/2007

                              FEES        COSTS
                              ----        -----
GROSS BILLABLE AMOUNT         0.00        21.72
AMOUNT WRITTEN DOWN
PREMIUM
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED
THANK YOU DISCOUNT
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:                              09/28/2007

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                    FEES:         0.00
DISBURSEMENTS:                    0.00      UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                     0.00      PAID FEE RETAINER:           0.00
DISB RETAINER:                    0.00      PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:                0.00      TOTAL AVAILABLE FUNDS:       0.00
                                            TRUST BALANCE:
                                            BILLING HISTORY

DATE OF LAST BILL:      10/11/07            LAST PAYMENT DATE:          10/09/07
LAST BILL NUMBER:       475048  ACTUAL FEES BILLED TO DATE:            273,532.00
                                ON ACCOUNT FEES BILLED TO DATE:             0.00
                                TOTAL FEES BILLED TO DATE:            273,532.00
LAST BILL THRU DATE:    09/30/07  COSTS WRITTEN OFF TO DATE:           81,055.50
                                FEES WRITTEN OFF TO DATE:             19,421.26

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
                        (1) Exceeded Fixed Fee           (4) Excessive Legal Time     (7) Fixed Fee
                        (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
                        (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding         (10) Client Arrangement

BILL NUMBER:               DATE OF BILL:               Processed by:                  FRC:             CRC:

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE   2
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/11/2007 14:48:58
Matter No: 056772-00001                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2413671
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status  : ACTIVE

B I L L E D   C O S T S   S U M M A R Y  -------- Total Billed --------
Code  Description                    Oldest      Latest        Total
                                     Entry       Entry         Amount

0885  LONG-DISTANCE TEL.            09/28/07    09/28/07         21.72

      Total                                                     21.72


B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee        Date          Amount      Index#   Batch No   Batch Date

LONG-DISTANCE TEL        0885
PREMIERE CONFERENCING            CATON, A.        09/28/07         21.72      8062573   431523    10/01/07
LONG DIST. TEL. - VENDOR - PREMIERE
CONFERENCING

                               0885 LONG-DISTANCE TEL. Total :     21.72

      Costs Total :                                               21.72
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/11/2007 14:18:58

Matter No.: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2413671
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER, THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0885 LONG-DISTANCE TEL. | 21.72 | | | | | | |
| Costs Total : | 21.72 | | | | | | |

slp_132fr: Billed Charges Analysis

Run Date & Time: 10/11/2007 14:48:58

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2413672
Bill Frequency: M

Status  : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:  09/20/2007              TO:  09/20/2007

                          FEES                 COSTS
                                                      13.35

GROSS BILLABLE AMOUNT:           0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:                              09/20/2007
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

FEES:                          0.00        UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                 0.00        PAID FEE RETAINER:              0.00
FEE RETAINER:                  0.00        PAID DISB RETAINER:             0.00
DISB RETAINER:                 0.00        TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:             0.00        TRUST BALANCE:

                                           BILLING HISTORY

DATE OF LAST BILL:      10/11/07       LAST PAYMENT DATE:      10/09/07
LAST BILL NUMBER:     475048   ACTUAL FEES BILLED TO DATE:    118,001.50
                               ON ACCOUNT FEES BILLED TO DATE:       0.00
                                  TOTAL FEES BILLED TO DATE:   318,001.50
LAST BILL THRU DATE:   09/30/07     FEES WRITTEN OFF TO DATE:   22,515.50
                               COSTS WRITTEN OFF TO DATE:        1,724.60

Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development       (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding        (10) Client Arrangement

FOR ACCTG USE ONLY:                               Processed by:               FRC:                    CRC:

BILL NUMBER:            DATE OF BILL:

slp_133Fr: Billed Charges Analysis

FRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  5

Run Date & Time: 10/31/2007 14:48:58

Matter No.: 056772-00002                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2413672
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y  ---------- Total Billed ----------
                                         Oldest      Latest        Total
Code  Description                        Entry       Entry         Amount
----  -----------                        ------      ------        ------
0820  PHOTOCOPYING                       09/20/07    09/20/07        13.35

         Total:                                                      13.35

B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee        Date      Amount    Index    Batch No   Batch Date

PHOTOCOPYING       0820
  PHOTOCOPYING                           BECKER, G M     09/20/07    13.35    8052040   438651    09/21/07
  BECKER  GARY M.
                                         0820 PHOTOCOPYING Total :   13.35

         Costs Total :                                               13.35

slp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   6

Run Date & Time: 10/11/2007 14:48:58

Matter No.:056772-00002                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2413672
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                        Status    : ACTIVE


B I L L E D   C O S T S   S U M M A R Y

Code Description                 Amount          Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                13.35   _____   _____

        Costs Total :           13.35   _____   _____

slp_132r: Billed Charges Analysis

Run Date & Time: 10/11/2007 14:48:58

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2413874
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO: 09/17/2007
UNBILLED DISB FROM: 09/17/2007         TO: 09/17/2007

| | FEES | COSTS |
|---|---|---|
| | | 8.29 |

GROSS BILLABLE AMOUNT:                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                               09/17/2007

CLOSE MATTER/FINAL BILLING?     YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

FEES:                                 0.00      UNIDENTIFIED RECEIPTS:      0.00
DISBURSEMENTS:                        0.00      PAID FEE RETAINER:          0.00
FEE RETAINER:                         0.00      PAID DISB RETAINER:         0.00
DISB RETAINER:                        0.00      TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:                    0.00      TRUST BALANCE:

BILLING HISTORY

DATE OF LAST BILL:      10/11/07    LAST PAYMENT DATE:          10/09/07
LAST BILL NUMBER:       475048     ACTUAL FEES BILLED TO DATE: 142,190.00
                                   ON ACCOUNT FEES BILLED TO DATE:      0.00
                                   TOTAL FEES BILLED TO DATE:  142,490.00
LAST BILL THRU DATE:    09/30/07   FEES WRITTEN OFF TO DATE:    10,746.50
                                   COSTS WRITTEN OFF TO DATE:      431.74

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee             (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted       (5) Business Development        (8) Premium
(3) Pre-arranged Discount          (6) Summer Associate           (9) Rounding       (10) Client Arrangement

DATE OF BILL:          Processed by:                    FRC:                      CRC:

BILL NUMBER:

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00006                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2413674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976        Status    : ACTIVE
Matter Opened : 07/27/2001

B I L L E D   C O S T S   S U M M A R Y  ----------- Total Billed -----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 09/17/07 | 09/17/07 | 8.29 |
| | Total | | | 8.29 |

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MESSENGER/COURIER | 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | RODRIGUEZ Y E | 09/17/07 | 8.23 | 8061334 | 431468 | 09/28/07 |
| Klett Rooney, Lieber & Schorling | | | | | | | |
| | | 0930 MESSENGER/COURIER Total : | | 8.29 | | | |
| | | | | | | | |
| Costs Total : | | | | 8.29 | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00008                          Orig Prtnr : CRD - WGM - 06975        Proforma Number: 1613674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0930 MESSENGER/COURIER | 8.29 | | | | | |
| Costs Total : | 8.29 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00012                          Orig Prtnr : CRED RGTS - 06975        Proforma Number:    2413876
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976   Status    : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:    09/06/2007            TO:    09/28/2007

                                    FEES              COSTS

GROSS BILLABLE AMOUNT:              0.00              2,577.93
AMOUNT WRITTEN DOWN:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                            09/28/2007
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:                                0.00        UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:                       0.00        PAID FEE RETAINER:            0.00
FEE RETAINER:                        0.00        PAID DISB RETAINER:           0.00
DISB RETAINER:                       0.00        TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:                   0.00        TRUST BALANCE:
                                                 BILLING HISTORY

                                                 LAST PAYMENT DATE:    10/09/07
DATE OF LAST BILL:        10/11/07    ACTUAL FEES BILLED TO DATE:    1,161,126.50
LAST BILL NUMBER:         475048     ON ACCOUNT FEES BILLED TO DATE:     0.00
                                     TOTAL FEES BILLED TO DATE:    1,161,126.50
                                     COSTS WRITTEN OFF TO DATE:    8,282.00
LAST BILL THRU DATE:      09/30/07   FEES WRITTEN OFF TO DATE:     2,929.48

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development       (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding       (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:              Processed by:                      FRC:            CRC:

sip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00011
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:   2413676
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y** ------------ Total Billed ----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 09/06/07 | 09/28/07 | 679.05 |
| 0840 | MANUSCRIPT SERVICE | 09/06/07 | 09/06/07 | 0.00 |
| 0920 | PRINT. & BINDING | 09/24/07 | 09/24/07 | 1,723.15 |
| 0930 | MESSENGER/COURIER | 09/06/07 | 09/07/07 | .3255 |
| 0940 | CAB FARES | 09/07/07 | 09/07/07 | 85.68 |
| 0980 | TRANSCRIPT FEES | 09/28/07 | 09/28/07 | 57.50 |
| | Total | | | 2,557.93 |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 09/06/07 | 10.80 | 8037648 | 429735 | 09/20/07 |
| BENTLEY PHILIP | | | | | | | |
| PHOTOCOPYING | | HOROWITZ, G A | 09/07/07 | 33.00 | 8037649 | 429734 | 09/10/07 |
| HOROWITZ GREGORY A. | | | | | | | |
| PHOTOCOPYING | | FARBER, P F | 09/07/07 | 353.70 | 8040233 | 429834 | 09/11/07 |
| FARBER PEGGY | | | | | | | |
| PHOTOCOPYING | | FARBER, P F | 09/18/07 | 7.05 | 8048827 | 430496 | 09/20/07 |
| FARBER PEGGY | | | | | | | |
| PHOTOCOPYING | | BALDINGER, L B | 09/21/07 | 159.15 | 8051284 | 430782 | 09/24/07 |
| BALDINGER LAURIE | | | | | | | |
| PHOTOCOPYING | | BALDINGER, L B | 09/21/07 | 0.45 | 8053185 | 430782 | 09/24/07 |
| BALDINGER LAURIE | | | | | | | |
| PHOTOCOPYING | | HOROWITZ, G A | 09/26/07 | 32.25 | 8057741 | 431169 | 09/21/07 |
| HOROWITZ GREGORY A. | | | | | | | |
| PHOTOCOPYING | | BALDINGER, L B | 09/28/07 | 82.65 | 8062944 | 431778 | 10/01/07 |
| BALDINGER LAURIE | | | | | | | |
| | | | 0820 PHOTOCOPYING Total : | 679.05 | | | |
| MANUSCRIPT SERVICE | 0840 | | | | | | |
| MANUSCRIPT SERVICE | | WIGGINS, C | 09/06/07 | 0.00 | 8045928 | 430815 | 09/19/07 |
| 09/06/2007 | | | | | | | |
| | | | 0840 MANUSCRIPT SERVICE Total : | 0.00 | | | |
| PRINT. & BINDING | 0920 | | | | | | |
| MANUSCRIPT SERVICE | | BALDINGER, L B | 09/24/07 | 621.67 | 8054489 | 430871 | 09/24/07 |
| DTI SKYLINE | | | | | | | |
| PRINT. & BINDING - VENDOR- DTI SKYLINE | | | | | | | |
| DTI SKYLINE | | BALDINGER, L B | 09/24/07 | 495.79 | 8054492 | 430871 | 09/24/07 |
| PRINT. & BINDING - VENDOR- DTI SKYLINE | | | | | | | |
| DTI SKYLINE | | BALDINGER, L B | 09/24/07 | 605.69 | 8054494 | 430871 | 09/24/07 |
| PRINT. & BINDING - VENDOR- DTI SKYLINE | | | | | | | |
| | | | 0920 PRINT. & BINDING Total : | 1,723.15 | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   12

Run Date & Time: 10/31/2007 14:46:58

Proforma Number:    2413676

Matter No: 056772-00012
Client Name : M.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Bill Frequency: M
Status : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MESSENGER/COURIER | 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | FABER, P T | 09/06/07 | 10.88 | 8061040 | 431467 | 09/28/07 |
| Lexecon | | | | | | | |
| FEDERAL EXPRESS CORPORAT | | HOROWITZ, G A | 09/07/07 | 21.67 | 8061039 | 431467 | 09/28/07 |
| Lexecon | | | | | | | |
| | | 0930 MESSENGER/COURIER Total : | | 32.55 | | | |
| CAB FARES | 0940 | | | | | | |
| CAB FARES - ODYSSEY | | PARRA, J M | 09/07/07 | 85.68 | 8058929 | 431239 | 09/27/07 |
| | | 0940 CAB FARES Total : | | 85.68 | | | |
| TRANSCRIPT FEES | 0980 | | | | | | |
| CITIBANK | | GLASS, J D | 09/28/07 | 57.50 | 8060654 | 431345 | 09/28/07 |
| TRANSCRIPT FEES - VENDOR- CITIBANK Court Call | | | | | | | |
| 07/26/07 | | | | | | | |
| | | 0980 TRANSCRIPT FEES Total : | | 57.50 | | | |
| | | Costs Total : | | 2,577.93 | | | |

slp_132r: Billed Charges Analysis

Run Date & Time: 10/11/2007 14:48:58

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  13

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2413676
Bill Frequency: M

Status : ACTIVE

**BILLED COSTS SUMMARY**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 679.05 | | | | | |
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0920 PRINT. & BINDING | 1,723.15 | | | | | |
| 0930 MESSENGER/COURIER | 32.55 | | | | | |
| 0940 CAB FARES | 85.68 | | | | | |
| 0990 TRANSCRIPT FEES | 57.50 | | | | | |
| Costs Total : | 2,577.93 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 10/11/2007 14:40:58

Matter No: 056772-00019                                Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 2433677
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status     : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                         TO:
UNBILLED DISB. FROM:    09/29/2007                          TO:   09/28/2007

                                          FEES                     COSTS

GROSS BILLABLE AMOUNT:                     0.00                    404.77
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE                                                          09/28/2007
CLOSE MATTER/FINAL BILLING?        YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                   BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

FEES:                              0.00          UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:                     0.00          PAID FEE RETAINER:            0.00
FEE RETAINER:                      0.00          PAID DISB RETAINER:           0.00
DISB RETAINER:                                   TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:                 0.00                TRUST BALANCE:
                                                   BILLING HISTORY

                                   10/11/07           LAST PAYMENT DATE:       09/11/07
DATE OF LAST BILL:                         475048 ACTUAL FEES BILLED TO DATE:  268,885.00
LAST BILL NUMBER:                                ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                    TOTAL FEES BILLED TO DATE: 268,885.00
LAST BILL THRU DATE:               09/30/07      FEES WRITTEN OFF TO DATE:      5,087.68
                                                 COSTS WRITTEN OFF TO DATE:        11.04

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
                                   (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
                                   (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding       (10) Client Arrangement

BILL NUMBER:           DATE OF BILL:           Processed By:                        FRC:                    CRC:

alp_131r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   15

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2613677
Bill Frequency: M

Status : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y** ------------- Total Billed ----------------

| Code | Description | Oldest Entry Date | Latest Entry Date | Total Amount |
|------|-------------|-------------------|-------------------|--------------|
| 0940 | CAB FARES | 08/29/07 | 08/29/07 | 64.77 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/29/07 | 08/29/07 | 145.00 |
| 0951 | MEALS/T & E | 08/29/07 | 08/29/07 | 14.00 |
| 0980 | TRANSCRIPT FEES | 09/28/07 | 09/28/07 | 181.00 |

Total    404.77

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| CAB FARES     0940 | | | | | | |
| CAB FARES - ODYSSEY | BENTLEY, P | 08/29/07 | 64.77 | 8044159 | 430061 | 09/13/07 |
| 0940 CAB FARES Total : | | | 64.77 | | | |
| OUT-OF-TOWN TRAVEL    0950 | | | | | | |
| PHILIP BENTLEY Name : J.N.Limousine, Start: 8/29/07, End: 8/29 /07 | BENTLEY, P | 08/29/07 | 70.00 | 8055989 | 431063 | 09/26/07 |
| PHILIP BENTLEY Name : Yellow Cab Co., Start: 8/29/07, End: 8/29 /07 | BENTLEY, P | 08/29/07 | 45.00 | 8055990 | 431063 | 09/26/07 |
| PHILIP BENTLEY Name : Yellow Cab, Start: 8/29/07, End: 8/29/07 | BENTLEY, P | 08/29/07 | 30.00 | 8055991 | 431063 | 09/26/07 |
| 0950 OUT-OF-TOWN TRAVEL Total : | | | 145.00 | | | |
| MEALS/T & E    0951 | | | | | | |
| PHILIP BENTLEY Entertainment (B), (D), Guests: Phil Bentl ey; Affiliations :, Business Discussed: | BENTLEY, P | 08/29/07 | 14.00 | 8055992 | 431063 | 09/26/07 |
| 0951 MEALS/T & E Total : | | | 14.00 | | | |
| TRANSCRIPT FEES    0980 | | | | | | |
| CITIBANK TRANSCRIPT FEES - VENDOR- CITIBANK Court call - 07/16/07 | BECKER, G M | 09/28/07 | 181.00 | 8060652 | 431345 | 09/28/07 |
| 0980 TRANSCRIPT FEES Total : | | | 181.00 | | | |
| Costs Total : | | | 404.77 | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  16

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2413677
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status   : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0940 | CAB FARES | 64.77 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 145.00 | | | | | |
| 0951 | MEALS/T & E | 14.00 | | | | | |
| 0980 | TRANSCRIPT FEES | 181.00 | | | | | |
| | Costs Total | 404.77 | | | | | |

slp_132ri Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   17

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00026                          Orig Prtnr : CRED RGTS - 06975            Proforma Number:   2413679
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL/NON-WORKING               Supv Prtnr : MAYER THOMAS MOERS - 03976      Status     : ACTIVE
Matter Opened : 10/04/2002

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                              PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                              TO:  09/28/2007
          UNBILLED DISB FROM:  09/28/2007                  TO:  09/28/2007

                              FEES                             COSTS

GROSS BILLABLE AMOUNT:                  0.00                         1,454.45
   AMOUNT WRITTEN DOWN:
             PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
           THRU DATE:                                       09/28/2007
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                  UNAPPLIED CASH

FEES:                           0.00      UNIDENTIFIED RECEIPTS:       0.00
DISBURSEMENTS:                  0.00      PAID FEE RETAINER:           0.00
FEE RETAINER:                   0.00      PAID DISB RETAINER:          0.00
DISB RETAINER:                  0.00      TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:              0.00      TRUST BALANCE:
                                          BILLING HISTORY

                                          10/11/07  LAST PAYMENT DATE:      07/25/07
DATE OF LAST BILL:                        425648 ACTUAL FEES BILLED TO DATE:   94,981.00
LAST BILL NUMBER:                         ON ACCOUNT FEES BILLED TO DATE:       0.00
                                          TOTAL FEES BILLED TO DATE:         94,981.00
LAST BILL THRU DATE:                      09/30/07  FEES WRITTEN OFF TO DATE:  25,259.50
                                          COSTS WRITTEN OFF TO DATE:            0.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
  (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
  (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding         (10) Client Arrangement

        DATE OF BILL:                     Processed by:                 FRC:               CRC:

BILL NUMBER:

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:  2413679
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : TRAVEL/NON-WORKING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                          Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y  --------------- Total Billed ---------------

Code  Description                        Oldest     Latest       Total
                                         Entry      Entry        Amount
0950  OUT-OF-TOWN TRAVEL                 09/28/07   09/28/07     1,454.45

         Total                                                   1,454.45

B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee            Date      Amount        Index    Batch No. Batch Date

OUT-OF-TOWN TRAVEL        0950
  EXPENSE CLUB CITICORP DIN                       BENTLEY, P   09/28/07   179.65    8060625   431530   09/28/07
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
  CITICORP DINERS CLUB DEPART: 08/28/07   PIT   TO
  LGA
  DINERS CLUB CITICORP DIN                       BENTLEY, P   09/28/07  1,274.80    8060628   431530   09/28/07
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB   LGA   TO
  CITICORP DINERS CLUB DEPART: 08/29/07
  PIT TO LGA

                    0950 OUT-OF-TOWN TRAVEL Total :              1,454.45

         Costs Total :                                          1,454.45

PAGE 19

alp_131r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/11/2007 14:48:58

Matter No: 056772-00028                                                    Proforma Number: 2413679
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Orig Prtnr : CRED. RGTS - 06975        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                        Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 10/04/2002                              Supv Prtnr : MAYER THOMAS MOERS - 03976        Status : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Bill Amount | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|-------------|-----------|-------------|----------|---------------|
| 0950 | OUT-OF-TOWN TRAVEL | 1,454.45 | | | | |
|      | Costs Total : | 1,454.45 | | | | |