# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1] , | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 19, 2007 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## SEVENTY-SIXTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1572384A01102607

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/04/07 | Telephone call with Judge Bongiovanni's clerk re case status; follow up re: same. | | | |
| 3 | | B. Moffitt | 0.3 | 114.00 |
| 09/04/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | | |
| 14 | | S. Parker | 0.2 | 29.00 |
| 09/05/07 | Draft letter to Court; draft e-mail to co-counsel re: same; telephone call with co-counsel re: same and draft e-mail to D.A.G. Dickinson. | | | |
| 3 | | B. Moffitt | 0.8 | 304.00 |
| 09/05/07 | Worked with B. Moffitt regarding letter to Judge Bongiovanni re: case status. | | | |
| 14 | | S. Parker | 0.2 | 29.00 |
| 09/06/07 | Review response of D.A.G. Dickinson re letter to Judge Bongiovanni and finalize and serve letter. | | | |
| 3 | | B. Moffitt | 0.3 | 114.00 |
| 09/06/07 | Attention to delivery of status letter to Judge Bongiovanni and all counsel. | | | |
| 14 | | S. Parker | 0.3 | 43.50 |
| 09/10/07 | Follow up regarding e-mails with attorneys on case. | | | |
| 14 | | A. Marchetta | 0.3 | 177.00 |
| 09/10/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | | |
| 14 | | S. Parker | 0.3 | 43.50 |
| 09/13/07 | Follow up regarding appeal information and letter to Judge on status. | | | |
| 14 | | A. Marchetta | 0.3 | 177.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/13/07 3 | Confer with A. Marchetta re: case status. | B. Moffitt | 0.2 | 76.00 |
| 09/17/07 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.3 | 43.50 |
| 09/19/07 14 | Follow up regarding filings. | A. Marchetta | 0.4 | 236.00 |
| 09/21/07 14 | Review appeal and follow up with B. Moffitt regarding same. | A. Marchetta | 0.5 | 295.00 |
| 09/21/07 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | S. Parker | 0.4 | 58.00 |
| 09/24/07 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.3 | 43.50 |
| 09/25/07 3 | Review e-mail from co-counsel and Order re: appeal. | B. Moffitt | 0.2 | 76.00 |
| 09/28/07 14 | Follow up regarding appeal and receipt of same. | A. Marchetta | 0.4 | 236.00 |
| 09/28/07 3 | Work with A. Marchetta re: status of NJDEP appeal brief; e-mail exchange with D.A.G. Dickinson re: same; e-mail exchange re: same. | B. Moffitt | 0.4 | 152.00 |
| 09/28/07 14 | Review of current docket in USDC Delaware matter re: appeal; work with B. Moffitt re: same. | S. Parker | 0.4 | 58.00 |
| 09/28/07 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.2 | 29.00 |

3

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.9 | 590.00 | 1,121.00 |
| B. Moffitt | 3 | 2.2 | 380.00 | 836.00 |
| S. Parker | 14 | 2.6 | 145.00 | 377.00 |
| TOTAL | | 6.7 | | 2,334.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 09/07/07 | Address Shell letter and settlement agreement. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

| 09/07/07 | Memo to R. Rose on bankruptcy approval and settlement issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 09/17/07 | Memos with Shell counsel on settlement agreement. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 09/20/07 | Letters to Shell and Sunoco with settlement agreements and escrow arrangement. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |

| 09/21/07 | Review finalized agreement and follow up with W. Hatfield. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

| 09/27/07 | Address Weja settlement status. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.1 | 39.00 |

| 09/28/07 | Call to Weja counsel on settlement status. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.1 | 39.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.2 | 590.00 | 118.00 |
| W. Hatfield | 14 | 1.3 | 390.00 | 507.00 |
| TOTAL | | 1.5 | | 625.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

09/13/07    Attention to quarterly fee application for the 24th interim period and proposed orders regarding same.

4

1572384A01101707

| | | | |
|---|---|---|---|
| 18 | K. Piper | 0.2 | 62.00 |
| 09/18/07 | Attention to filing CNO for July 2007. | | |
| 18 | K. Piper | 0.1 | 31.00 |
| 09/21/07 | Draft fee application for August 2007. | | |
| 18 | K. Piper | 2.1 | 651.00 |
| 09/26/07 | Attention to Order approving fees for the 24th Interim Period. | | |
| 18 | K. Piper | 0.2 | 62.00 |
| 09/27/07 | Review and revise DP's August, 2007 fee application. | | |
| 18 | S. Zuber | 0.3 | 136.50 |
| 09/27/07 | Revise August 2007 fee application and attention to filing same. | | |
| 18 | K. Piper | 0.4 | 124.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.0 | 310.00 | 930.00 |
| TOTAL | | 3.3 | | 1,066.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

| | | | |
|---|---|---|---|
| 09/04/07 | Preparation of correspondence to J. Matusiak regarding affirmation in support of motion to dismiss. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 09/04/07 | Review/Analysis numerous correspondence from J. Matusiak regarding affirmation in support of motion to dismiss. | | |
| 14 | J. Borg | 0.4 | 142.00 |
| 09/05/07 | Preparation of correspondence to J. Matusiak regarding affirmation in support of motion to dismiss. | | |
| 14 | J. Borg | 0.1 | 35.50 |
| 09/07/07 | Preparation of correspondence to V. Finkelstein regarding motion to dismiss. | | |
| 14 | J. Borg | 0.1 | 35.50 |
| 09/10/07 | Preparation of numerous correspondence to J. Matusiak regarding motion to dismiss. | | |
| 14 | J. Borg | 0.4 | 142.00 |

5

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/10/07 | Review/Analysis numerous correspondence from J. Matusiak regarding same. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 09/10/07 | Revise/Finalize motion to dismiss. | | |
| 14 | J. Borg | 3.6 | 1,278.00 |
| 09/11/07 | Review/Analysis numerous correspondence from D. Panitz regarding settlement. | | |
| 14 | J. Borg | 0.6 | 213.00 |
| 09/11/07 | Preparation of numerous correspondence to D. Panitz regarding same. | | |
| 14 | J. Borg | 0.5 | 177.50 |
| 09/12/07 | Preparation of numerous correspondence to V. Finkelstein regarding settlement. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 09/12/07 | Review/Analysis numerous correspondence from V. Finkelstein regarding settlement. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 09/12/07 | Preparation of numerous correspondence to J. Matusiak regarding settlement. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 09/12/07 | Review/Analysis correspondence from J. Matusiak regarding settlement. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 09/12/07 | Review/Analysis correspondence from D. Panitz regarding settlement. | | |
| 14 | J. Borg | 0.1 | 35.50 |
| 09/18/07 | Preparation of numerous correspondence to D. Panitz and J. Matusiak regarding adjournment. | | |
| 14 | J. Borg | 0.4 | 142.00 |
| 09/18/07 | Review/Analysis numerous correspondence from J. Matusiak regarding adjournment of motion to dismiss. | | |
| 14 | J. Borg | 0.3 | 106.50 |
| 09/24/07 | Preparation of numerous correspondence to J. Matusiak regarding taxes and settlement. | | |
| 14 | J. Borg | 0.4 | 142.00 |
| 09/24/07 | Review/Analysis numerous correspondence from J. Matusiak regarding | | |

6

| | | | | |
|---|---|---|---|---|
| 14 | taxes and settlement.<br>J. Borg | | 0.3 | 106.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Borg | 14 | 8.4 | 355.00 | 2,982.00 |
| TOTAL | | 8.4 | | 2,982.00 |

7

# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

Engagement Costs - WEJA, INC.

| | | |
|---|---|---|
| 09/19/07 | INVOICE#: HAT071207; DATE: 7/12/2007 - Expenses Related to: Attended CMC in Jersey City[3] | 48.54 |
| 09/19/07 | INVOICE#: HAT071207; DATE: 7/12/2007 - Expenses Related to: Attended CMC in Jersey City[4] | 34.00 |
| | Matter Total Engagement Cost | 82.54 |

Engagement Costs - WAPPINGER FALLS (GOODWILL)

| | | |
|---|---|---|
| 09/10/07 | INVOICE#: BOR083007; DATE: 8/30/2007 - Expenses Related to: 8/21/07 Travel to Wappinger Falls[5] | 182.50 |
| 09/10/07 | INVOICE#: BOR083007; DATE: 8/30/2007 - Expenses Related to: 8/21/07 Travel to Wappinger Falls[6] | 39.01 |
| | Matter Total Engagement Cost | 221.51 |

---

[3] Direct Reimbursement Expense Report for William Hatfield dated July 12, 2007 to August 23, 2007 attached hereto as Exhibit 1.

[4] *Id.*

[5] Detail of Expenses for Jonathan Borg dated August 5, 2007 to August 30, 2007 attached hereto as Exhibit 2.

[6] Receipt attached hereto as Exhibit 3.

8

1572384A01101707

# EXHIBIT 1

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: William Hatfield

Period From: July 12, 2007
To: August 23, 2007

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Auto Expenses Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 7/12/2007 | Attended CMC in Jersey City | 50.00 | $24.27 | $17.00 | | | | $41.27 | 482910.065656 |
| 8/23/2007 | Attended CMC in Jersey City | 50.00 | $24.27 | $17.00 | | | | $41.27 | 482910.065656 |

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Page 2

Expenses Reported $ 82.54

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature [signed]   Date 9/4/07

9/4/2007

# EXHIBIT 2

Detail of Expenses
See Supplement to Office
Manual for Instructions.

**BUSINESS MEALS**

Period From: August 5, 2007
To: August 30, 2007

| DATE | DESCRIPTION, BUSINESS REASON, NAME OF RESTAURANT & BUSINESS ASSOCIATES ATTENDING | AMOUNT | CLIENT NAME CLIENT NO./MATTER NO. |
|---|---|---|---|
| ■ | ■ | ■ | ■ |

TOTAL: $80.00

**OTHER ALLOWABLE EXPENSES**

| DATE | DESCRIPTION OF EXPENSE | AMOUNT | CLIENT NAME CLIENT NO./MATTER NO. |
|---|---|---|---|
| ■ | ■ | ■ | ■ |
| 8/21/2007 | Car rental and subway to and from location | $182.50 | 482910.116760 |

TOTAL $1,442.63

Signature

report - 07 08 07 to.XLS    Page 1

# EXHIBIT 3

```
Lane 10X    Coll 04615
08/21/07      7:16pm
Plaza 17X to Plaza 15X
Class 2L   Toll $1.15
```

