## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: November 19, 2007 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO TWENTIETH MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

Name of Applicant:                                    Orrick, Herrington & Sutcliffe LLP ("Orrick")

Authorized to Provide Professional
Services to:                                          David T. Austern, Future Claimants' Representative
                                                      (the "FCR")

Date of Retention:                                    As of February 6, 2006 pursuant to Order entered
                                                      by Court on May 8, 2006

Period for which compensation is
sought:                                               September 1, 2007 through September 30, 2007

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:                 $628,858.50

80% of fees to be paid:                               $503,086.80[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                  $ 393,007.08

Total Fees @ 80% and 100%
Expenses:                                             $896,093.88

This is an:     ___  interim     X   monthly     ___   final application.

---

1 Pursuant to the Administrative Order, as amended, entered April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 12.60 hours and the corresponding fees are $3,392.50 and $87.46 in expenses for Orrick's fee applications and 23.20 hours and $4,042.50 in fees and $67.38 in expenses for the FCR and/or his other professionals' fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's Twentieth interim fee application for the period September 1-30, 2007. Orrick has previously filed the following interim fee applications with the Court:

| **Interim Period** | **Fees @ 100%** | **Fees @ 80%** | **Expenses @ 100%** | **Total Fees @ 80% & 100% Expenses** |
|---|---|---|---|---|
| First Interim Period February 6-28, 2006 | $89,026.00 | $71,220.80 | $0.00 | $71,220.80 |
| Second Interim Period March 1-31, 2006 | $117,266.25 | $93,813.00 | $7,501.32 | $101,314.32 |
| Third Interim Period April 1-30, 2006 | $125,362.50 | $100,290.00 | $1,783.43 | $102,073.43 |
| Fourth Interim Period May 1-31, 2006 | $136,416.00 | $109,132.80 | $6,389.80 | $115,522.60 |
| Fifth Interim Period June 1-30, 2006 | $194,266.75 | $155,413.40 | $6,395.69 | $161,809.09 |
| Sixth Interim Period July 1-31, 2006 | $181,982.00 | $145,585.60 | $11,934.45 | $157,520.05 |
| Seventh Interim Period August 1-31, 2006 | $152,041.50 | $121,633.20 | $5,711.17 | $127,344.37 |
| Eighth Interim Period Sept. 1-30,2006 | $223,996.25 | $179,197.00 | $8,006.50 | $187,203.05 |
| Ninth Interim Period October 1-31, 2006 | $225,845.00 | $180,676.00 | $24,528.57 | $205,204.57 |
| Tenth Interim Period November 1-30, 2006 | $387,429.00 | $309,943.20 | $31,267.21 | $341,210.41 |
| Eleventh Interim Period December 1-31, 2006 | $227,796.00 | $182,236.80 | $42,583.17 | $224,819.97 |
| Twelfth Interim Period January 1-31, 2007 | $379,956.25 | $303,965.00 | $14,046.26 | $318,011.26 |
| Thirteenth Interim Period February 1-28, 2007 | $384,551.00 | $307,640.80 | $17,183.12 | $324,823.92 |
| Fourteenth Interim Period March 1-31, 2007 | $347,570.75 | $278,056.60 | $26,494.40 | $304,551.00 |
| Fifteenth Interim Period April 1-30, 2007 | $319,286.00 | $255,428.80 | $50,662.51 | $306,091.31 |
| Sixteenth Interim Period May 1-31, 2007 | $322,920.00 | $258,336.00 | $74,644.21 | $332,980.21 |
| Seventeenth Interim Period June 1-30, 2007 | $379,834.50 | $303,867.60 | $42,991.68 | $346,859.28 |
| Eighteenth Interim Period July 1-31, 2007 | $261,753.75 | $209,403.00 | $51,368.01 | $260,771.01 |
| Ninteenth Interim Period August 1-31, 2007 | $428,316.00 | $342,652.80 | $62,111.63 | $404,764.43 |

To date, Orrick has received payments from the Debtors in the following amounts:

- $71,220.80 representing 80% of fees and 100% of expenses for February 2006
- $101,314.32 representing 80% of fees and 100% of expenses for March 2006
- $17,805.20 representing 20% of fees for February 2006
- $23,453.25 representing 20% of fees for March 2006
- $102,073.43 representing 80% of fees and 100% of expenses for April 2006
- $115,522.60 representing 80% of fees and 100% of expenses for May 2006
- $161,809.09 representing 80% of fees and 100% of most expenses for June 2006
- $157,520.05 representing 80% of fees and 100% of expenses for July 2006
- $127,344.37 representing 80% of fees and 100% of expenses for August 2006
- $187,203.05 representing 80% of fees and 100% of expenses for September 2006
- $91,209.05 representing 20% of fees for April, May and June 2006
- $205,204.57 representing 80% of fees and 100% of expenses for October 2006
- $566,030.38 representing 80% of fees and 100% of expenses for November and December 2006
- $111,603.95 representing 20% of fees for July, August and September 2006

-2-

- $642,835.18 representing 80% of fees and 100% of expenses for January and February 2007
- $156,363.99 representing 20% of fees for October, November, and December 2006
- $133,371.35 representing 80% of fees and 100% of expenses for March and April 2007
- $940,610.50 representing 80% of fees and 100% of expenses for May, June and July 2007
- $206,968.66 representing 20% of fees for January, February and March 2007

## COMPENSATION SUMMARY
### SEPTEMBER 1-30, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| John Ansbro | Partner, 3 years in position; 12 years relevant experience; 1995, Litigation | $625 | 200.4 | $125,250.00 |
| Roger Frankel | Partner, 24 years in position; 36 years relevant experience; 1971, Bankruptcy | $770 | 68.10 | $51,551.50[2] |
| Robert F. Lawrence | Partner, 10 years in position; 24 years relevant experience 1983, Environmental Law | $650 | 5.30 | $3,445.00 |
| Raymond G. Mullady, Jr. | Partner, 14 years in position; 24 years relevant experience; 1983, Litigation | $695 | 102.70 | $70,334.00[3] |
| Jay K. Musoff | Partner, 3 years in position; 14 years relevant experience 1993, Litigation | $625 | 11.20 | $7,000.00 |
| Garret G. Rasmussen | Partner, 25 years in position; 33 years relevant experience; 1974, Litigation | $700 | 31.00 | $21,700.00 |
| Clayton S. Reynolds | Partner, 20 years in position; 28 years relevant experience 1979, Tax | $700 | 20.20 | $14,140.00 |
| Richard H. Wyron | Partner, 18 years in position; 28 years relevant experience; 1979, Bankruptcy | $700 | 42.50 | $29,750.00 |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $550 | 80.60 | $44,330.00 |

---

2 This amount reflects a reduction of $885.50 representing a 50% discount of hourly rates for non-working travel.

3 This amount reflects a reduction of 1,042.50 representing a 50% discount of hourly rates for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Joshua M. Cutler | Associate, 4 years in position; 4 years relevant experience; 2003, Litigation | $430 | 43.10 | $16,383.00[4] |
| Debra L. Felder | Associate, 5 years in position; 5 years relevant experience; 2002, Bankruptcy | $465 | 141.70 | $65,890.50 |
| Nicole M. Jones | Associate, 1 year in position; 1 year relevant experience; 2006, Litigation | $270 | 111.30 | $30,051.00 |
| Antony P. Kim | Associate, 4 years in position; 4 years relevant experience; 2003, Litigation | $430 | 20.20 | $8,686.00 |
| Katherine E. Maco | Law clerk, 1 month in position; 1 month relevant experience; NY bar admission pending, Litigation | $270 | 10.30 | $2,781.00 |
| Christopher O'Connell | Associate, 2 years in position; 3 years relevant experience; 2003, Litigation | $390 | 18.70 | $7,293.00 |
| Courtney M. Rogers | Associate, 1 month in position; 1 month relevant experience; 2006, Bankruptcy | $270 | 22.10 | $5,967.00 |
| Emily S. Somers | Associate, 1 year in position; 1 year relevant experience; 2006, Litigation | $270 | 82.70 | $20,574.00[5] |
| Evgenia Sorokina | Associate, 2 years in position; 4 years relevant experience; 2003, Corporate | $270 | 2.50 | $675.00 |
| Katherine S. Thomas | Associate, 3 years in position; 3 years relevant experience; 2004, Bankruptcy | $390 | 16.30 | $6,357.00 |
| Annie L. Weiss | Associate, 3 years in position; 3 years relevant experience; 2004, Litigation | $390 | 120.90 | $46,176.00[6] |
| Catharine L. Zurbrugg | Associate, 2 years in position; 2 years relevant experience; 2005, Litigation | $355 | 101.50 | $36,032.50 |

---

4 This amount reflects a reduction of $2,150.00 representing a 50% discount of hourly rates for non-working travel.

5 This amount reflects a reduction of $1,755.00 representing a 50% discount of hourly rates for non-working travel.

6 This amount reflects a reduction of $975.00 representing a 50% discount of hourly rates for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Wilson Addo | Research Specialist | $205 | 0.70 | $143.50 |
| Rachael M. Barainca | Legal Assistant | $150 | 55.90 | $8,385.00 |
| James Cangialosi | Legal Assistant | $235 | 0.50 | $117.50 |
| Alan P. Dubin | Senior Research Specialist | $205 | 1.10 | $225.50 |
| Debra O. Fullem | Bankruptcy Research Specialist | $225 | 13.00 | $2,925.00 |
| Timothy J. Hoye | Practice Support Project Coordinator | $195 | 1.40 | $273.00 |
| Risa L. Mulligan | Research Coordinator | $170 | 1.50 | $255.00 |
| Logan West | Legal Assistant | $85 | 25.50 | $2,167.50 |
| **Total** | | | **1,352.90** | **$628,858.50** |
| **Blended Rate: $464.82** | | | | |

## COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1-30, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 10.10 | $1,545.00 |
| Litigation | 1,024.50 | $464,475.00 |
| Plan & Disclosure Statement | 249.20 | $148,595.50 |
| Compensation of Professionals-Other | 23.20 | $4,042.50 |
| Compensation of Professionals-Orrick | 12.60 | $3,392.50 |
| Non-Working Travel | 33.30 | $6,808.00 |
| **TOTAL** | **1,352.90** | **$628,858.50** |

## EXPENSE SUMMARY[7]
### SEPTEMBER 1-30, 2007

| Expense Category | Total |
|---|---|
| CourtCall | $180.00 |
| Deposition Transcript | $3,991.05 |
| Duplicating | $6,696.00 |
| Experts | $367,634.28 |
| Meals | $714.66 |
| Mileage | $36.25 |
| Outside Reproduction | $1,686.91 |
| Parking | $36.00 |
| Postage/Express Delivery | $1,546.05 |
| Secretarial Overtime | $78.82 |
| Telephone | $71.78 |
| Travel – Air Fare/Train | $1,026.84 |
| Travel – Taxi | $431.04 |
| Westlaw and Lexis Research | $8,877.40 |
| **TOTAL** | **$393,007.08** |

---

7 Please note that the receipts for expense items will be attached to Orrick's quarterly fee application for the period July 1, 2007 through September 30, 2007.

Orrick's Client Charges and Disbursements Policy effective January 1, 2007, is as follows:

a.      ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.      ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.75 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.      ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.      ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

e.    ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick.  Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost.  There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Columbia Center
1152 15th Street, NW
Washington, DC  20005
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: October 29, 2007