## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                  September 1, 2007 to September 30, 2007

Invoice No. 25122

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 22.10 | 4,481.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 6.50 | 1,675.00 |
| B18 | Fee Applications, Others - | 6.60 | 772.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 20.50 | 5,330.00 |
| B25 | Fee Applications, Applicant - | 5.30 | 746.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.90 | 754.00 |
| B32 | Litigation and Litigation Consulting - | 7.90 | 2,054.00 |
| B36 | Plan and Disclosure Statement - | 2.80 | 718.00 |
| B37 | Hearings - | 9.20 | 2,392.00 |
| B40 | Employment Applications, Others - | 0.10 | 26.00 |
| B41 | Relief from Stay Litigation - | 0.20 | 52.00 |
| | **Total** | **84.10** | **$19,000.00** |
| | **Grand Total** | **84.10** | **$19,000.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 200.00 | 2.70 | 540.00 |
| Rick S. Miller | 250.00 | 2.50 | 625.00 |
| Steven G. Weiler | 175.00 | 1.40 | 245.00 |
| Theodore J. Tacconelli | 260.00 | 61.50 | 15,990.00 |
| Law Clerk | 100.00 | 1.20 | 120.00 |
| Legal Assistant - MH | 100.00 | 14.80 | 1,480.00 |
| **Total** | | **84.10** | **$19,000.00** |

## DISBURSEMENT SUMMARY

| Expenses - | 1,315.87 |
|---|---:|
| **Total Disbursements** | **$1,370.52** |

**Invoice No. 25122**  **Page** 2 of 14  **October 29, 2007**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re proposed order re S&R's motion to alter and amend 71 order and review proposed order | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review exhibits to debtors' motion to approve settlement with BP | 0.60 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Forman Perry 24th interim period with attachments | 0.40 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for July 07 | 0.40 | TJT |
| | *Case Administration* - Review Holme Roberts March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Dade Pitney July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting debtors' motion for expedited consideration of agreed protective order with SPF | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review E. Moody objection to debtors' 3rd set of interrogatories | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of Motley Rice's objection and supplemental response to debtors' 3rd set of interrogatories | 0.10 | TJT |
| Sep-02-07 | *Case Administration* - Review Holme Roberts 24th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault July Fee Application (re PD issues) | 0.20 | TJT |
| | *Case Administration* - Review BMC Group 20th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn 17th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill July Fee Application | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review re-notice of motion for relief from stay by R. Prete | 0.10 | TJT |
| Sep-03-07 | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris 5th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick 18th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan 3rd Quarterly Fee Application | 0.10 | TJT |
| Sep-04-07 | *Case Administration* - 8/29/07 hearing follow-up and advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review Caplin Drysdale July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 8/24/07 | 0.10 | TJT |
| | *Case Administration* - Confer with law clerk re status memos for pending matters in 3rd circuit, district court and adversary proceedings | 0.10 | TJT |

| Invoice No. 25122 | | Page 3 of 14 | | October 29, 2007 |
|---|---|---|---|---|
| | | *Fee Applications, Others* - Review PI Committee's response to Fee Auditor's Final Report re Forman Perry 24th interim period | 0.10 | TJT |
| | | *Hearings* - Review e-mail from J. Sakalo re 10/25 hearing | 0.10 | TJT |
| | | *Hearings* - Review e-mail from S. Weiler re 8/29/07 hearing follow-up | 0.10 | TJT |
| | | *Relief from Stay Litigation* - Review 2nd renotice of motion re R. Prete motion to lift stay | 0.10 | TJT |
| | | *Case Administration* - Review docket re case status for week ending 8/24/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| | | *Case Administration* - Review docket re case status for week ending 8/31/07, memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |
| Sep-05-07 | | *Case Administration* - Review notice of address change and forward same to M. Hedden | 0.10 | LLC |
| | | *Case Administration* - Review case management Memo re weeks ending 8/24 & 8/21 | 0.10 | LLC |
| | | *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft 9th quarterly fee app for filing | 0.10 | LLC |
| | | *Fee Applications, Others* - Review Certificate of No Objection re CDG 33rd monthly fee app for filing | 0.10 | LLC |
| | | *Fee Applications, Others* - Review Certificate of No Objection re CDG 34th monthly fee app for filing | 0.10 | LLC |
| | | *Fee Applications, Others* - Review Certificate of No Objection re CDG 24th quarterly fee app for filing | 0.10 | LLC |
| | | *Fee Applications, Applicant* - Review Certificate of No Objection re 25th quarterly fee app for e-filing | 0.10 | LLC |
| | | *Plan and Disclosure Statement* - confer with T. Tacconelli re plan issues | 0.30 | RSM |
| | | *Case Administration* - Respond to PD Creditor inquiry | 0.10 | SGW |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review 8/29/07 hearing transcript re PD claim issues | 0.50 | TJT |
| | | *Case Administration* - Review notice of change of name for PSZ&J | 0.10 | TJT |
| | | *Case Administration* - Teleconference with committee member re procedural question | 0.20 | TJT |
| | | *Case Administration* - Review U.S. trustee's supplemental response to objection to Forman Perry Fee Application | 0.10 | TJT |
| | | *Case Administration* - Review Lexacon 1st Quarterly Fee Application | 0.10 | TJT |
| | | *Case Administration* - Review PWC July Fee Application | 0.10 | TJT |
| | | *Litigation and Litigation Consulting* - Review limited objection by PI Committee to proposed Niosh protective order | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Confer with RSM re plan issues | 0.30 | TJT |
| | | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Hilsoft's 9th Quarterly Fee Application | 0.30 | MH |
| | | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's 9th Quarterly Fee Application | 0.50 | MH |
| | | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re CDG's Jan.-Mar. 07 monthly Fee Application | 0.30 | MH |
| | | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Jan.-Mar. 07 monthly Fee Application | 0.50 | MH |
| | | *Fee Applications, Others* - Prepare Certificate of No Objection and | 0.30 | MH |

| Invoice No. 25122 | Page 4 of 14 | | October 29, 2007 |
|---|---|---|---|
| | Certificate of Service re CDG's Apr.-June 07 monthly Fee Application | | |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Apr.-June 07 monthly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re CDG's Jan.-07-June 07 Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Jan.-07-June 07 Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 25th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 25th Quarterly Fee Application | 0.50 | MH |
| Sep-06-07 | *Case Administration* - Review agenda re 9/10 hearing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re plan issues | 0.50 | RSM |
| | *Case Administration* - Send amended order re motion to alter/amend Court's order disallowing/expunging 71 claims to co-counsel (.1); confer with T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' supplemental submission re motion to expunge 55 Canadian claims | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Start reviewing appendix to debtors' supplemental submission re motion to expunge 55 Canadian claims | 2.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended order re motion to alter or amend 71 order and confer with S. Weiler re same | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR/PI Committee 2nd request for production to debtors | 0.10 | TJT |
| | *Hearings* - Review agenda for 9/10/07 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/10/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re plan issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re plan issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re plan issues and preparation for conference call with committee | 0.30 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.30 | LC |
| Sep-07-07 | *Case Administration* - Review fee auditor report re Bilzin 24th quarterly & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing appendix to debtors' supplemental brief re motion to expunge 55 PD claims | 3.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of transmittal of appeal by State of NJ | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review limited objection by FCR | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | to proposed protective order between debtors and Congoleum | | |
| Sep-08-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review appendix B to Irvine expert report | 0.60 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's 2nd set of request for production to debtors | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Jacobs & Crumplar responses to debtors' 3rd set of interrogatories | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Cooney Conway to debtors' 3rd set of interrogatories | 0.30 | TJT |
| Sep-09-07 | *Claims Analysis Obj. & Res. (Asbestos)* - complete review of Appendix to Irvine expert report | 1.40 | TJT |
| | *Case Administration* - Review D. Austern July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 8/31/07 | 0.10 | TJT |
| | *Case Administration* - Review Orrick July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel re revised protective order between debtors and Congoleum and review blackline version | 0.20 | TJT |
| Sep-10-07 | *Case Administration* - Review fee auditor report re apps w/ no issues & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - 9/10/07 hearing follow-up and confer with T. Tacconelli re same | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review docket in NJ district court appeal in district court | 0.20 | TJT |
| | *Case Administration* - Review response by PI Committee to U.S. Trustee's motion to appoint examiner | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Reed Smith 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Olgivey Renault 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Richardson Patrick 24th interim period | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 3.50 | TJT |
| | *Hearings* - Confer with S. Weiler re 9/10/07 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - Review WR Grace payment received and update payment chart, prepare memo to T. Tacconelli re same | 0.20 | MH |
| | *Case Administration* - Review e-mail from L. Coggins re Fee Auditor's Combined Final Report for 24th quarterly period, download same | 0.10 | MH |
| Sep-11-07 | *Case Administration* - Review notice of withdrawal of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' designation of record and issues on appeal of 8/29/07 order expanding PI | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review PD claim litigation documents re status of PD claims objection proceedings | 0.80 | TJT |
| | *Case Administration* - Review 2019 statement by E. Moody | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review notice of withdrawal of PI Committee's response to US trustee's motion to appoint examiner | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certifications of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Piper Jaffery 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Baker Donaldson 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal by Morris James and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault retention application for points raised in Fee Auditor's Final Report to Olgivey Renault's Quarterly Fee Application for 24th interim period | 0.20 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 7/29/07 hearing follow-up and confer with S. Weiler re same | 0.20 | TJT |
| | *Hearings* - Correspond with committee member re 9/24/07 omnibus hearing | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 9/7/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Sep-12-07 | *Case Administration* - Review case management Memo re week ending 9/7/07 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 9/7/07 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Orrick 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Protiviti 23rd interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re K&E 24th interim period with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re plan issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from Bilzin re plan issues | 0.20 | TJT |
| | *Case Administration* - update 2002 and core services lists and labels | 0.30 | MH |
| Sep-13-07 | *Case Administration* - Email from S. Bossay re 24th interim fee chart & forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Confer with M. Hedden re 24th interim fee chart | 0.10 | LLC |
| | *Case Administration* - Email from M. Hedden re 24th interim fee chart | 0.10 | LLC |
| | *Case Administration* - Review fee auditor report re Bilzin 24th & forward to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review e-mail from S. Baena re EPA settlement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review CDG report re EPA settlement | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review draft EPA settlement agreement | 1.00 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report for Scott Law Group and W. Sullivan for 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certifications of No Objection filed by PI Committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | by Unsecured Creditor's Comm. re agreed supplemental order re estimation discovery and review proposed order | | |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel re FCR and Libby Claimants re protective order for expert witness testimony | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review e-mail from S. Bossay re 24th interim period Quarterly Fee Application and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | LC |
| | *Case Administration* - Review e-mail from L. Coggins re Fee Auditor's Amended Final Report re Bilzin's 24th Quarterly Fee Application, download same | 0.10 | MH |
| | *Case Administration* - Review e-mails from L. Coggins and T. Tacconelli re 24th interim fee/expense charts sent by fee auditor, review same re committee fee apps, review Ferry, Joseph & Pearce's 24th Amended Quarterly Fee Application to compare requested fee amount and the amount listed on chart | 0.20 | MH |
| | *Fee Applications, Applicant* - Confer with L. Coggins re Ferry, Joseph & Pearce's incorrect fee on 24th fee/expense chart, e-mail to S. Bossay re same | 0.20 | MH |
| Sep-14-07 | *Case Administration* - Review Fee Auditor's Final Report re Bilzin 24th interim period with attachments | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for teleconference with committee | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.70 | TJT |
| | *Fee Applications, Others* - Correspond with J. Sakalo re Fee Auditor's Final Report for Bilzin for 24th interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order approving FCR/Libby Claimants consent order re estimation discovery | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review 24th Quarterly Fee Application chart | 0.10 | TJT |
| Sep-15-07 | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 24th interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report for no objections for 24th interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order approving Congoleum protective order | 0.10 | TJT |
| Sep-16-07 | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Capstone June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards July Fee Application | 0.10 | TJT |
| Sep-17-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee member re PD claim settlements | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Socia Perzak 24th interim period | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re 10/22/07 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re plan | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | issues | | |
| Sep-18-07 | *Case Administration* - Review agenda re 9/24/07 hearing | 0.10 | LLC |
| | *Case Administration* - Review notice of removal from service list & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection ; re; July, 2007 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Obtain order amending CMO re courtcall procedures (.1); e-mail same to co-counsel and other interested parties (.2) | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with 600 corporation with attachments | 0.50 | TJT |
| | *Case Administration* - Review 12th amended 2019 statement by Silber Perlman | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of motion by State of Iowa to allow late filed claim | 0.10 | TJT |
| | *Case Administration* - Review notice of removal from service list by Farleigh Witt and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's amended Final Report re Bilzin 24th interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service by Waters and Krause re responses to debtors' 3rd set of interrogatories | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review protective order entered by court re CPF | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/24/07 hearing | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re 9/24/07 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re plan issues | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's July Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's July Fee Application | 0.50 | MH |
| Sep-19-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Maricopa County with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re PD settlements | 0.10 | TJT |
| | *Case Administration* - Review order amending CMO in main case | 0.10 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Forman Perry's response to Fee Auditor's Final Report re 24th interim period with attachments | 0.40 | TJT |
| | *Hearings* - Review agenda for 9/24/07 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Baena re 9/24/07 agenda re PD matters | 0.10 | TJT |
| | *Hearings* - Review correspondence from D. Cameron re 9/24/07 hearing re PD issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from committee member re plan issues | 0.10 | TJT |
| Sep-20-07 | *Fee Applications, Others* - Review Certificate of No Objection re HRA | 0.10 | LLC |

| Description | Hours | Atty |
|---|---|---|
| 16th monthly fee application for filing | | |
| *Fee Applications, Others* - Review Certificate of No Objection re Bilzin 73rd monthly fee app for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft 9th monthly fee app for filing | 0.10 | LLC |
| *Case Administration* - 9/10/07 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Restivo re 9/24/07 hearing agenda re PD matters | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Epec Realty with attachments | 0.50 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Bilzin memo re PD claim settlements | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review letter from debtors to J. Rapisardi re settlement stipulation | 0.10 | TJT |
| *Case Administration* - Review 5th amended 2019 statement by Motley Rice | 0.10 | TJT |
| *Case Administration* - Review Stroock July Fee Application | 0.10 | TJT |
| *Case Administration* - Review Certification of Counsel re 24th interim period summary of fees and expenses | 0.10 | TJT |
| *Case Administration* - Review Certification of Counsel re proposed order re 24th interim period Quarterly Fee Applications | 0.10 | TJT |
| *Case Administration* - Review Blackstone April Fee Application | 0.10 | TJT |
| *Case Administration* - Review debtors' motion to authorize optimization plan | 0.40 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Prepare for and attend teleconference with committee | 0.60 | TJT |
| *Litigation and Litigation Consulting* - Review Notice of Service of response by Early Ludwig firm to debtors' 3rd set of interrogatories | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review Notice of Service and responses by The Wartnick Firm to debtors' 3rd set of interrogatories | 0.10 | TJT |
| *Hearings* - Review correspondence from committee member re 9/24/07 hearing | 0.10 | TJT |
| *Hearings* - Review correspondence from S. Baena re 9/24/07 hearing | 0.20 | TJT |
| *Hearings* - Review e-mail from S. Weiler re 9/10/07 hearing follow-up | 0.10 | TJT |
| *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | LC |
| *Case Administration* - Review docket re case status for week ending 9/14/07, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's July Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's July Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hilsoft's July Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's July Fee Application | 0.50 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's July Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's July Fee Application | 0.50 | MH |
| Sep-21-07 | *Case Administration* - Review case management Memo re week ending 9/14/07 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee member re previous motion filed by PD Committee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review documents and memorandum opinion of district court and prepare memo to committee member re PD claim issues | 1.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with State of Oregon with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re PD claim settlements and related issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with State of Connecticut with attachments | 0.50 | TJT |
| | *Case Administration* - Review correspondence from committee member re district court opinion re claim issues | 0.10 | TJT |
| | *Case Administration* - locate and review district court opinion re claims and prepare short memo to committee member re same | 0.50 | TJT |
| | *Case Administration* - Review 9th circuit docket in WR Grace criminal appeal | 0.20 | TJT |
| | *Case Administration* - update 2002 service list and labels | 0.10 | MH |
| | *Case Administration* - e-mail from S. Weiler re 9/10/07 hearing follow-up | 0.50 | MH |
| Sep-22-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with City of Tuscon with attachments | 0.50 | TJT |
| | *Case Administration* - Review amended 2019 statement by LeBlanc and Waddell | 0.10 | TJT |
| | *Case Administration* - Prepare memo to law clerk re Montana criminal case | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/14/07 | 0.10 | TJT |
| | *Case Administration* - Review debtors' designation of additional items in record on appeal re appeal by Libby Claimants | 0.10 | TJT |
| | *Case Administration* - Review Blackstone May Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of Paul Hanly's responses to debtors' 3rd set of interrogatories | 0.10 | TJT |
| Sep-23-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with State of Oklahoma with attachments | 0.50 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Prepare correspondence to S. Baena re 9/24/07 hearing | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 9/24/07 hearing | 1.60 | TJT |
| Sep-24-07 | *Case Administration* - Obtain and send copy of order shortening notice re US trustee's motion for appointment of examiner re L. Tersigni Consulting to co-counsel and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Coleman Housing Authority with attachment | 0.40 | TJT |

**Invoice No. 25122**  **Page** 11 of 14  **October 29, 2007**

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review correspondence from S. Baena re EPA settlement | 0.10 | TJT |
| | *Case Administration* - Review order shortening notice re US trustee's motion to appoint examiner | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review re-notice of deposition of Russ Consulting by FCR | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service and responses by Brayton Purcell to debtors' 3rd set of interrogatories | 0.10 | TJT |
| | *Hearings* - Prepare for hearing | 0.20 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.70 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re case administration issues | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 9/21/07, memo to T. Tacconelli and L. Coggins | 0.40 | MH |
| Sep-25-07 | *Case Administration* - Review case management Memo re week ending 9/21/07 | 0.10 | LLC |
| | *Case Administration* - Obtain and forward order approving Quarterly Fee Applications re 24th period to co-counsel and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with City of Houston with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze reply brief by appellants in Mission Towers appeal | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review appellant's joint motion to supplement record on appeal with attachments re Mission Towers appeal | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review claim information | 0.10 | TJT |
| | *Case Administration* - Review 9/21/07 draft of EPA settlement agreement | 0.40 | TJT |
| | *Case Administration* - Review Blackstone June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Barron and Budd | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of responses by Kazan and McClain to debtors' 3rd set of interrogatories | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Aug. prebill | 0.80 | TJT |
| | *Case Administration* - continue organizing and condensing fee apps and cnos filed by PD Committee professionals from the start of case, pull and organize ECF sheets in preparation for scanning | 1.30 | MH |
| Sep-26-07 | *Fee Applications, Others* - Review 23rd quarterly fee application order & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with County of El Paso, TX with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to settle claims with Harwogen Housing Authority with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 35th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review order approving 24th interim period | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Quarterly Fee Applications | | |
| | *Case Administration* - Review order approving BP settlement | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/21/07 | 0.10 | TJT |
| | *Case Administration* - Review affidavit of W. Coates | 0.10 | TJT |
| | *Case Administration* - Review order approving Continental Casualty Co. settlement | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Aug. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review order authorizing debtor to retain Morrison and Foster | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of amended responses by Walters and Kraus to debtors' 3rd set of interrogatories | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' designation of non-expert witnesses | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' non-expert witness disclosures | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Barron and Budd re 2nd supplemental responses to debtors' 3rd set of interrogatories | 0.10 | TJT |
| | *Case Administration* - download order re 24th Quarterly Fee Applications | 0.10 | MH |
| Sep-27-07 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 1.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Cook County, Illinois with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 6th order re 22nd omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review amended order re ordinary course professionals | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.70 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mails from D. Felder re FCR expert rebuttal reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of supplemental responses by LeBlanc and Waddell to debtors' 3rd set of interrogatories | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service and rebuttal expert report by debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review protective order entered by court re Niosh | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review L. Chambers' rebuttal report (portion responding to Peterson's expert report) | 2.90 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | LC |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Aug. prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Aug. invoice, prepare Fee Application Notice, Summary, and Certificate of | 1.10 | MH |

**Invoice No. 25122**                    **Page** 13 of 14                    **October 29, 2007**

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Service re same | | |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Aug. Fee Application | 0.70 | MH |
| Sep-28-07 | *Fee Applications, Applicant* - Review August 07' fee application for filing & email to M. Hedden | 0.20 | LLC |
| | *Plan and Disclosure Statement* - confer with T. Tacconelli re plan issues | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Sabine River Authority with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order continuing objection to Mass. Dept. of Revenue claim objection | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J July Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspond with S. Baena re teleconference with committee | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's motion to file expert rebuttal reports under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's designation of fact witnesses | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's designation of fact witnesses | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of rebuttal expert reports by PI Committee re Snyder and Peterson | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service and rebuttal expert reports by FCR re Biggs | 0.10 | TJT |
| Sep-29-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with City of Amarillo with attachment | 0.30 | TJT |
| | *Case Administration* - Review Olgivey Renault Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review docket in State of NJ appeal | 0.10 | TJT |
| | *Case Administration* - Review 8th amended 2019 statement by RMQ | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review supplemental order re confidentiality of estimation discovery | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel re proposed order re Celotex Trust's production to debtors with attachments | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of 1st request for production and 2nd interrogatories to PI Committee and FCR | 0.10 | TJT |
| Sep-30-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Oregon Health and Science University with attachment | 0.30 | TJT |
| | *Case Administration* - Review Day Pitney Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn July Fee Application | 0.10 | TJT |
| | Totals | 84.10 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Sep-04-07 | Photocopy Cost | 0.15 |
| | Photocopy Cost | 0.10 |
| | Photocopy Cost | 0.15 |

**Invoice No. 25122**  **Page** 14 of 14  **October 29, 2007**

|  |  |  |
|---|---|---|
|  | Photocopy Cost | 0.10 |
|  | Photocopy Cost | 0.15 |
|  | Photocopy Cost | 0.10 |
| Sep-05-07 | Photocopy Cost | 21.00 |
|  | Postage - 8 @ 1.14 | 9.12 |
|  | service supplies | 7.50 |
| Sep-12-07 | J&J Court Transcribers (WR Grace) | 100.43 |
| Sep-13-07 | Photocopy Cost | 0.10 |
| Sep-18-07 | Photocopy Cost | 4.50 |
|  | Postage - 8 @ 0.97 | 7.76 |
|  | service supplies | 7.50 |
| Sep-19-07 | Blue Marble - Invoice #15582 -- copies 107.20; supplies 34.84; postage 255.55 | 397.59 |
| Sep-20-07 | Photocopy Cost | 4.50 |
|  | Photocopy Cost | 9.00 |
|  | Postage- 8 @ 1.14 | 9.12 |
|  | service supplies | 7.50 |
| Sep-25-07 | Tristate Courier & Carriage - delivery charge | 13.00 |
| Sep-26-07 | Photocopy Cost | 0.10 |
|  | Blue Marble - deliveries  (WR Grace) | 557.90 |
| Sep-27-07 | Photocopy Cost | 0.10 |
|  | Photocopy Cost | 0.10 |
|  | Photocopy Cost | 0.10 |
|  | J&J Court Transcribers (WR Grace) | 95.45 |
| Sep-28-07 | Photocopy Cost | 7.20 |
|  | Photocopy Cost | 7.20 |
|  | Business Card (WR Grace) courtcall 9/10/07 hearing | 103.00 |
|  | Totals | $1,370.52 |
|  | **Total Fees & Disbursements** | **$20,370.52** |

**Balance Due Now**

**$20,370.52**