# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD JULY 1, 2007 THROUGH SEPTEMBER 30, 2007**

**FEES FOR THE FEE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007[2]**

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 08/03/07 | Follow up regarding information on motion status, settlement and information to court. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 08/06/07 | Telephone call with State regarding settlement and follow up regarding same. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| 08/06/07 | Review A. Marchetta e-mail re: settlement offer. | | |
| 3 | B. Moffitt | 0.1 | 38.00 |
| 08/06/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 08/07/07 | Telephone call with State regarding settlement and follow up with client regarding same. | | |
| 14 | A. Marchetta | 1.3 | 767.00 |
| 08/07/07 | Work with A. Marchetta re: follow up to D.A.G. Dickinson re: settlement demand response. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 08/07/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant article and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 08/08/07 | Telephone call and follow up regarding settlement and State rejection of same. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| 08/08/07 | Review article re: execution of bill eliminating statute of limitations for certain environmental crimes. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |

| 08/08/07 | Searched regarding compilation of information regarding status of appeal. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| 08/10/07 | Telephone call with client and follow up regarding meeting with NJDEP regarding settlement; telephone call regarding same; prepare information with B. Moffitt for call to State. | | |
| 14 | A. Marchetta | 1.4 | 826.00 |

| 08/10/07 | Work with A. Marchetta re: follow up to settlement offer; prepare meeting summary. | | |
| 3 | B. Moffitt | 1.8 | 684.00 |

| 08/11/07 | Review notice of appeal and forward; follow up regarding telephone calls as to potential meeting with the State. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| 08/12/07 | Review NJDEP's notice of appeal of order denying leave to file late proof of claim. | | |
| 3 | B. Moffitt | 0.1 | 38.00 |

| 08/13/07 | Review information regarding appeal and follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 08/13/07 | Numerous telephone calls and e-mails regarding settlement with State and information regarding same. | | |
| 14 | A. Marchetta | 1.2 | 708.00 |

| 08/13/07 | Work with A. Marchetta re: NJDEP appeal of denial of motion to file late proof of claim and re: settlement issues; participate in telephone calls re: same. | | |
| 3 | B. Moffitt | 0.6 | 228.00 |

| 08/14/07 | Follow up regarding appeal; telephone calls regarding NJDEP meeting. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 08/14/07 | Respond to e-mail from D.A.G. Lehr re: bankruptcy hearing; telephone call with D.A.G. Dickinson re: same; forward requested transcript. | | |
| 3 | B. Moffitt | 0.6 | 228.00 |

| 08/14/07 | Review appeal of denial of motion to file late proof of claim; work with A. | | |

3

|  |  |  |  |
|---|---|---|---|
| 3 | Marchetta re: same.<br>B. Moffitt | 0.2 | 76.00 |
| 08/14/07<br>14 | Searched regarding compilation of information on current status of investigation and related issues.<br>S. Parker | 0.4 | 58.00 |
| 08/14/07<br>14 | Worked with B. Moffitt regarding issues pertaining to NJDEP's notice of appeal of Order denying motion for leave to file late notice of appeal.<br>S. Parker | 0.2 | 29.00 |
| 08/15/07<br>14 | Follow up regarding request from State for information and work on meeting with State; telephone call regarding discussions; telephone calls with client regarding same.<br>A. Marchetta | 1.3 | 767.00 |
| 08/16/07<br>14 | Forward information to client as requested and follow up with B. Moffitt regarding same.<br>A. Marchetta | 0.4 | 236.00 |
| 08/16/07<br>14 | Follow up regarding appeal procedure/mediation.<br>A. Marchetta | 0.4 | 236.00 |
| 08/16/07<br>3 | Preparation of e-mail to client summarizing status; review file material re: same; work with A. Marchetta re: same.<br>B. Moffitt | 1.1 | 418.00 |
| 08/17/07<br>14 | Follow up regarding information to court and settlement discussions.<br>A. Marchetta | 0.5 | 295.00 |
| 08/20/07<br>14 | Follow up regarding talks with State and communications regarding same.<br>A. Marchetta | 0.7 | 413.00 |
| 08/20/07<br>14 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same.<br>S. Parker | 0.3 | 43.50 |
| 08/21/07<br>3 | Preparation of e-mail forwarding transcript and order on motion to file late proof of claim.<br>B. Moffitt | 0.3 | 114.00 |
| 08/22/07<br>14 | Telephone call and follow up regarding meeting with State.<br>A. Marchetta | 0.9 | 531.00 |

4

| 08/23/07 | Telephone call and follow up regarding communications with State regarding settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 531.00 |
| | | | |
| 08/24/07 | Telephone call and e-mail to client regarding call; follow up regarding information for client. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| | | | |
| 08/24/07 | Review article and forward to case team. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| | | | |
| 08/24/07 | Work with A. Marchetta re: settlement issues and review article and legislation. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |
| | | | |
| 08/24/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| | | | |
| 08/27/07 | E-mails and follow up regarding information for appeal record; work with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| | | | |
| 08/27/07 | Review e-mail re: designation of record on appeal; review file material and respond re: same; work with A. Marchetta and S. Parker re: same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |
| | | | |
| 08/27/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| | | | |
| 08/27/07 | Retrieved and reviewed US District Court docket in order to response to request for information needed to prepare counter-designation of the record. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| | | | |
| 08/27/07 | Worked with B. Moffitt regarding review of US District Court docket in order to respond to request for information. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| | | | |
| 08/28/07 | Telephone calls regarding information on appeal. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| | | | |
| 08/28/07 | Review and forward article on new legislation and Grace site to case team. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

5

| 08/28/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| 08/29/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 14.1 | 590.00 | 8,319.00 |
| W. Hatfield | 14 | 0.5 | 390.00 | 195.00 |
| B. Moffitt | 3 | 5.8 | 380.00 | 2,204.00 |
| S. Parker | 14 | 3.9 | 145.00 | 565.50 |
| | TOTAL | 24.3 | | 11,283.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

| 08/02/07 | Follow up with J. Borg regarding eviction and issues. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| 08/02/07 | Preparation of correspondence to J. Matusiak regarding status; Preparation of correspondence to V. Finkelstein regarding same; Preparation of correspondence to A. Marchetta regarding same. | | |
| 3 | J. Borg | 0.4 | 142.00 |

| 08/08/07 | Follow up with J. Borg regarding status of matter. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |

| 08/14/07 | Follow up with J. Borg regarding settlement. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |

| 08/15/07 | Follow up regarding details of settlement with J. Borg. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| 08/15/07 | Preparation of correspondence to J. Matusiak regarding dismissal of case. | | |
| 3 | J. Borg | 0.3 | 106.50 |

| 08/15/07 | Review/Analysis correspondence from J. Matusiak regarding dismissal of | | |

6

| | | | |
|---|---|---|---|
| 3 | case.<br>J. Borg | 0.4 | 142.00 |
| 08/15/07<br>3 | Preparation of correspondence to D. Panitz regarding dismissal of case.<br>J. Borg | 0.2 | 71.00 |
| 08/15/07<br>3 | Review/Analysis correspondence from D. Panitz regarding dismissal of case.<br>J. Borg | 0.3 | 106.50 |
| 08/15/07<br>3 | Revise/Finalize Stipulation of Discontinuance.<br>J. Borg | 0.3 | 106.50 |
| 08/15/07<br>3 | Preparation of correspondence to V. Finkelstein regarding dismissal of case and stipulation of discontinuance.<br>J. Borg | 0.2 | 71.00 |
| 08/16/07<br>3 | Preparation of correspondence to J. Matusiak regarding stipulation of discontinuance.<br>J. Borg | 0.2 | 71.00 |
| 08/16/07<br>3 | Review/Analysis correspondence from J. Matusiak regarding stipulation of discontinuance.<br>J. Borg | 0.2 | 71.00 |
| 08/16/07<br>3 | Preparation of correspondence to D. Panitz regarding stipulation of discontinuance.<br>J. Borg | 0.2 | 71.00 |
| 08/16/07<br>3 | Review/Analysis correspondence from D. Panitz regarding same.<br>J. Borg | 0.1 | 35.50 |
| 08/16/07<br>3 | Preparation of correspondence to V. Finkelstein regarding stipulation of discontinuance.<br>J. Borg | 0.2 | 71.00 |
| 08/17/07<br>14 | Follow up regarding with prejudice dismissal.<br>A. Marchetta | 0.3 | 177.00 |
| 08/20/07<br>14 | Follow up regarding e-mails with client regarding dismissal; telephone calls with J. Borg regarding same.<br>A. Marchetta | 0.4 | 236.00 |
| 08/20/07<br>3 | Preparation of correspondence to J. Matusiak regarding stipulation of discontinuance.<br>J. Borg | 0.1 | 35.50 |

7

| | | | |
|---|---|---|---|
| 08/20/07 | Review/Analysis correspondence from J. Matusiak regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| 08/20/07 | Preparation of correspondence to D. Panitz regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| 08/20/07 | Review/Analysis correspondence from D. Panitz to Court regarding notice of discontinuance. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| 08/20/07 | Preparation of correspondence to V. Finkelstein regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| 08/20/07 | Review/Analysis correspondence from V. Finkelstein regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| 08/20/07 | Review/Analysis correspondence from A. Marchetta regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| 08/21/07 | Follow up with J. Borg regarding strategy and motion to dismiss. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 08/21/07 | Telephone conference with A. Marchetta regarding appearance on Petition for Possession of Real Property. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| 08/21/07 | Preparation of correspondence to Court regarding appearance on Petition for Possession of Real Property. | | |
| 3 | J. Borg | 0.4 | 142.00 |
| 08/21/07 | Review/Analysis numerous correspondence from V. Finkelstein regarding appearance on Petition for Possession of Real Property. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| 08/21/07 | Preparation for and appearance at Town Court, Wappingers Falls, regarding Petition for Possession of Real Property. | | |
| 3 | J. Borg | 6.3 | 2,236.50 |
| 08/21/07 | Preparation of numerous correspondence to V. Finkelstein regarding appearance on Petition for Possession of Real Property. | | |

8

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 71.00 |

08/22/07  Follow up regarding motion to dismiss.
14        A. Marchetta                                          0.2        118.00

08/27/07  Preparation of correspondence to J. Matusiak regarding motion to dismiss petition.
3         J. Borg                                               0.4        142.00

08/27/07  Review/Analysis correspondence from J. Matusiak regarding motion to dismiss petition.
3         J. Borg                                               0.4        142.00

08/27/07  Preparation of Motion to Dismiss Petition with prejudice.
3         J. Borg                                               1.7        603.50

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.4 | 590.00 | 1,416.00 |
| J. Borg | 3 | 13.6 | 355.00 | 4,828.00 |
| TOTAL | | 16.0 | | 6,244.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

08/01/07  Review revisions to settlement agreement from Sun and e-mail response to K. Balderston concerning same; telephone from Richards' counsel concerning settlement discussion; telephone Court and confirm settlement meeting on August 23 and letter to counsel.
14        R. Rose                                               0.8        380.00

08/02/07  Follow up regarding settlement issues.
14        A. Marchetta                                          0.5        295.00

08/02/07  Address CMC and settlement conference schedule status in memos to clients.
14        W. Hatfield                                           0.5        195.00

08/07/07  Address memo from client on Honeywell cleanup status.
14        W. Hatfield                                           0.2        78.00

08/07/07  Memo to client on cleanup issues and CMC.
14        W. Hatfield                                           0.2        78.00

08/07/07  Follow up with W. Hatfield regarding settlement conference.

9

1573184A01101907

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |
| 08/09/07 | Call with Shell counsel on settlement agreement. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/10/07 | Call with J. Bariso's chambers on motion to compel by Weja for settlement agreements. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/13/07 | Review and address issues on Weja motion to compel. | | |
| 14 | W. Hatfield | 0.7 | 273.00 |
| 08/13/07 | Memo to client on CMC and motion to compel. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| 08/14/07 | Address case issues on Weja motion. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 08/14/07 | Review Weja motion to compel production of settlements; discuss same and adjournment of settlement conference pending disposition of motion with W. Hatfield. | | |
| 14 | R. Rose | 0.7 | 332.50 |
| 08/15/07 | Address Shell settlement agreement and correspondence from counsel. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/16/07 | Discuss Weja's position on settlement documents with W. Hatfield. | | |
| 14 | R. Rose | 0.2 | 95.00 |
| 08/16/07 | Memo to client on Shell agreement and settlement discussions; motion to compel and proposed PSJ motion. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/16/07 | Address cancellation of hearing issues. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 08/17/07 | Address opposition to Weja Motion to Compel. | | |
| 14 | W. Hatfield | 1.5 | 585.00 |
| 08/17/07 | Call with court clerk on canceling CMC. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/17/07 | Letter to court canceling CMC. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 08/17/07 | Address memos on Shell agreement issues on confidentiality and terms. | | |

10

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 195.00 |

| | | | |
|---|---|---|---|
| 08/20/07 14 | Follow up regarding settlement and motion.<br>A. Marchetta | 0.4 | 236.00 |

| | | | |
|---|---|---|---|
| 08/20/07 14 | Review Weja letter to the court on conference issues.<br>W. Hatfield | 0.2 | 78.00 |

| | | | |
|---|---|---|---|
| 08/21/07 14 | Calls with defense counsel on settlement conference and motion issues.<br>W. Hatfield | 0.5 | 195.00 |

| | | | |
|---|---|---|---|
| 08/21/07 14 | Calls and memos with clients on CMC and settlement issues.<br>W. Hatfield | 0.3 | 117.00 |

| | | | |
|---|---|---|---|
| 08/21/07 14 | Call with court clerk and letter to Judge confirming carrying of motion to compel and court conference on settlement.<br>W. Hatfield | 0.5 | 195.00 |

| | | | |
|---|---|---|---|
| 08/21/07 14 | Calls and memos with RGR on strategy on motion and settlement conference issues and address opposition to motion.<br>W. Hatfield | 0.4 | 156.00 |

| | | | |
|---|---|---|---|
| 08/22/07 14 | Follow up regarding court conference and settlement/strategy discussions.<br>A. Marchetta | 0.4 | 236.00 |

| | | | |
|---|---|---|---|
| 08/23/07 14 | Discuss settlement position with B. Hatfield in advance of conference.<br>R. Rose | 0.4 | 190.00 |

| | | | |
|---|---|---|---|
| 08/23/07 14 | Telephone calls and follow up regarding settlement negotiations.<br>A. Marchetta | 0.2 | 118.00 |

| | | | |
|---|---|---|---|
| 08/23/07 14 | Prepare for and attend CMC and settlement negotiations of case before Judge Bariso in Jersey City.<br>W. Hatfield | 6.5 | 2,535.00 |

| | | | |
|---|---|---|---|
| 08/23/07 14 | Prepare memo to clients on settlement status and negotiation strategy.<br>W. Hatfield | 0.5 | 195.00 |

| | | | |
|---|---|---|---|
| 08/24/07 14 | Discuss outcome of settlement conference with B. Hatfield.<br>R. Rose | 0.2 | 95.00 |

| | | | |
|---|---|---|---|
| 08/24/07 14 | Telephone calls and e-mails regarding settlement.<br>A. Marchetta | 0.5 | 295.00 |

| | | | |
|---|---|---|---|
| 08/24/07 | Attend to revised Shell settlement agreement and forward to client with memo on execution. | | |

11

| | | | | |
|---|---|---|---|---|
| 14 | W. Hatfield | | 0.3 | 117.00 |

08/24/07    Prepare memo to AJM on settlement and call with client on same.
14         W. Hatfield                                        0.5        195.00

08/27/07    Address settlement issues on Weja and carriers with R. Rose.
14         W. Hatfield                                        0.2         78.00

08/30/07    Review and forward Weja correspondence to Court on withdrawing motion
           to compel.
14         W. Hatfield                                        0.3        117.00

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 2.3 | 475.00 | 1,092.50 |
| A. Marchetta | 14 | 2.4 | 590.00 | 1,416.00 |
| W. Hatfield | 14 | 16.4 | 390.00 | 6,396.00 |
| TOTAL | | 21.1 | | 8,904.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

08/16/07    Attention to July 2007 fee application.
18         K. Piper                                           0.2         62.00

08/17/07    Attention to drafting July 2007 fee application.
18         K. Piper                                           0.9        279.00

08/21/07    Drafted July 2007 fee application.
18         K. Piper                                           1.5        465.00

08/22/07    Review and revise DP's July, 2007 Fee Application.
18         S. Zuber                                           0.3        136.50

08/27/07    Finalize fee application for July 2007 and attention to filing same.
18         K. Piper                                           0.5        155.00

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.1 | 310.00 | 961.00 |
| TOTAL | | 3.4 | | 1,097.50 |

12

## FEES FOR THE FEE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 08/03/07 | Follow up regarding information on motion status, settlement and information to court. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 08/06/07 | Telephone call with State regarding settlement and follow up regarding same. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| 08/06/07 | Review A. Marchetta e-mail re: settlement offer. | | |
| 3 | B. Moffitt | 0.1 | 38.00 |
| 08/06/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 08/07/07 | Telephone call with State regarding settlement and follow up with client regarding same. | | |
| 14 | A. Marchetta | 1.3 | 767.00 |
| 08/07/07 | Work with A. Marchetta re: follow up to D.A.G. Dickinson re: settlement demand response. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 08/07/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant article and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 08/08/07 | Telephone call and follow up regarding settlement and State rejection of same. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |
| 08/08/07 | Review article re: execution of bill eliminating statute of limitations for certain environmental crimes. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 08/08/07 | Searched regarding compilation of information regarding status of appeal. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 08/10/07 | Telephone call with client and follow up regarding meeting with NJDEP | | |

13

|  |  |  |  |
|---|---|---|---|
|  | regarding settlement; telephone call regarding same; prepare information with B. Moffitt for call to State. | | |
| 14 | A. Marchetta | 1.4 | 826.00 |
| 08/10/07 | Work with A. Marchetta re: follow up to settlement offer; prepare meeting summary. | | |
| 3 | B. Moffitt | 1.8 | 684.00 |
| 08/11/07 | Review notice of appeal and forward; follow up regarding telephone calls as to potential meeting with the State. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| 08/12/07 | Review NJDEP's notice of appeal of order denying leave to file late proof of claim. | | |
| 3 | B. Moffitt | 0.1 | 38.00 |
| 08/13/07 | Review information regarding appeal and follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 08/13/07 | Numerous telephone calls and e-mails regarding settlement with State and information regarding same. | | |
| 14 | A. Marchetta | 1.2 | 708.00 |
| 08/13/07 | Work with A. Marchetta re: NJDEP appeal of denial of motion to file late proof of claim and re: settlement issues; participate in telephone calls re: same. | | |
| 3 | B. Moffitt | 0.6 | 228.00 |
| 08/14/07 | Follow up regarding appeal; telephone calls regarding NJDEP meeting. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 08/14/07 | Respond to e-mail from D.A.G. Lehr re: bankruptcy hearing; telephone call with D.A.G. Dickinson re: same; forward requested transcript. | | |
| 3 | B. Moffitt | 0.6 | 228.00 |
| 08/14/07 | Review appeal of denial of motion to file late proof of claim; work with A. Marchetta re: same. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 08/14/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 08/14/07 | Worked with B. Moffitt regarding issues pertaining to NJDEP's notice of appeal of Order denying motion for leave to file late notice of appeal. | | |

14

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |
| 08/15/07 | Follow up regarding request from State for information and work on meeting with State; telephone call regarding discussions; telephone calls with client regarding same. | | |
| 14 | A. Marchetta | 1.3 | 767.00 |
| 08/16/07 | Forward information to client as requested and follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 08/16/07 | Follow up regarding appeal procedure/mediation. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 08/16/07 | Preparation of e-mail to client summarizing status; review file material re: same; work with A. Marchetta re: same. | | |
| 3 | B. Moffitt | 1.1 | 418.00 |
| 08/17/07 | Follow up regarding information to court and settlement discussions. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 08/20/07 | Follow up regarding talks with State and communications regarding same. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |
| 08/20/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 08/21/07 | Preparation of e-mail forwarding transcript and order on motion to file late proof of claim. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |
| 08/22/07 | Telephone call and follow up regarding meeting with State. | | |
| 14 | A. Marchetta | 0.9 | 531.00 |
| 08/23/07 | Telephone call and follow up regarding communications with State regarding settlement. | | |
| 14 | A. Marchetta | 0.9 | 531.00 |
| 08/24/07 | Telephone call and e-mail to client regarding call; follow up regarding information for client. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| 08/24/07 | Review article and forward to case team. | | |

15

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

| | | | |
|---|---|---|---|
| 08/24/07 | Work with A. Marchetta re: settlement issues and review article and legislation. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| | | | |
|---|---|---|---|
| 08/24/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| | | | |
|---|---|---|---|
| 08/27/07 | E-mails and follow up regarding information for appeal record; work with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| | | | |
|---|---|---|---|
| 08/27/07 | Review e-mail re: designation of record on appeal; review file material and respond re: same; work with A. Marchetta and S. Parker re: same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| | | | |
|---|---|---|---|
| 08/27/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| | | | |
|---|---|---|---|
| 08/27/07 | Retrieved and reviewed US District Court docket in order to response to request for information needed to prepare counter-designation of the record. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| | | | |
|---|---|---|---|
| 08/27/07 | Worked with B. Moffitt regarding review of US District Court docket in order to respond to request for information. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| | | | |
|---|---|---|---|
| 08/28/07 | Telephone calls regarding information on appeal. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| | | | |
|---|---|---|---|
| 08/28/07 | Review and forward article on new legislation and Grace site to case team. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| | | | |
|---|---|---|---|
| 08/28/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| | | | |
|---|---|---|---|
| 08/29/07 | Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of relevant | | |

16

articles and forwarded same to A. Marchetta and B. Moffitt with brief summary of same.

| | | | | |
|---|---|---|---|---|
| 14 | S. Parker | | 0.3 | 43.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 14.1 | 590.00 | 8,319.00 |
| W. Hatfield | 14 | 0.5 | 390.00 | 195.00 |
| B. Moffitt | 3 | 5.8 | 380.00 | 2,204.00 |
| S. Parker | 14 | 3.9 | 145.00 | 565.50 |
| | TOTAL | 24.3 | | 11,283.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

| 08/02/07 | Follow up with J. Borg regarding eviction and issues. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 08/02/07 | Preparation of correspondence to J. Matusiak regarding status; Preparation of correspondence to V. Finkelstein regarding same; Preparation of correspondence to A. Marchetta regarding same. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 142.00 |

| 08/08/07 | Follow up with J. Borg regarding status of matter. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

| 08/14/07 | Follow up with J. Borg regarding settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

| 08/15/07 | Follow up regarding details of settlement with J. Borg. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 08/15/07 | Preparation of correspondence to J. Matusiak regarding dismissal of case. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 106.50 |

| 08/15/07 | Review/Analysis correspondence from J. Matusiak regarding dismissal of case. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 142.00 |

| 08/15/07 | Preparation of correspondence to D. Panitz regarding dismissal of case. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 71.00 |

| 08/15/07 | Review/Analysis correspondence from D. Panitz regarding dismissal of case. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 106.50 |

17

| 08/15/07 | Revise/Finalize Stipulation of Discontinuance. | | |
| 3 | J. Borg | 0.3 | 106.50 |
| | | | |
| 08/15/07 | Preparation of correspondence to V. Finkelstein regarding dismissal of case and stipulation of discontinuance. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| | | | |
| 08/16/07 | Preparation of correspondence to J. Matusiak regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| | | | |
| 08/16/07 | Review/Analysis correspondence from J. Matusiak regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| | | | |
| 08/16/07 | Preparation of correspondence to D. Panitz regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| | | | |
| 08/16/07 | Review/Analysis correspondence from D. Panitz regarding same. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| | | | |
| 08/16/07 | Preparation of correspondence to V. Finkelstein regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.2 | 71.00 |
| | | | |
| 08/17/07 | Follow up regarding with prejudice dismissal. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| | | | |
| 08/20/07 | Follow up regarding e-mails with client regarding dismissal; telephone calls with J. Borg regarding same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| | | | |
| 08/20/07 | Preparation of correspondence to J. Matusiak regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| | | | |
| 08/20/07 | Review/Analysis correspondence from J. Matusiak regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.1 | 35.50 |
| | | | |
| 08/20/07 | Preparation of correspondence to D. Panitz regarding stipulation of discontinuance. | | |
| 3 | J. Borg | 0.1 | 35.50 |

18

| 08/20/07 | Review/Analysis correspondence from D. Panitz to Court regarding notice of discontinuance. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 71.00 |

| 08/20/07 | Preparation of correspondence to V. Finkelstein regarding stipulation of discontinuance. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 35.50 |

| 08/20/07 | Review/Analysis correspondence from V. Finkelstein regarding stipulation of discontinuance. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 71.00 |

| 08/20/07 | Review/Analysis correspondence from A. Marchetta regarding stipulation of discontinuance. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 35.50 |

| 08/21/07 | Follow up with J. Borg regarding strategy and motion to dismiss. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 08/21/07 | Telephone conference with A. Marchetta regarding appearance on Petition for Possession of Real Property. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 35.50 |

| 08/21/07 | Preparation of correspondence to Court regarding appearance on Petition for Possession of Real Property. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 142.00 |

| 08/21/07 | Review/Analysis numerous correspondence from V. Finkelstein regarding appearance on Petition for Possession of Real Property. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 71.00 |

| 08/21/07 | Preparation for and appearance at Town Court, Wappingers Falls, regarding Petition for Possession of Real Property. | | |
|---|---|---|---|
| 3 | J. Borg | 6.3 | 2,236.50 |

| 08/21/07 | Preparation of numerous correspondence to V. Finkelstein regarding appearance on Petition for Possession of Real Property. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 71.00 |

| 08/22/07 | Follow up regarding motion to dismiss. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

| 08/27/07 | Preparation of correspondence to J. Matusiak regarding motion to dismiss petition. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 142.00 |

19

| 08/27/07 | Review/Analysis correspondence from J. Matusiak regarding motion to dismiss petition. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 142.00 |

| 08/27/07 | Preparation of Motion to Dismiss Petition with prejudice. | | |
|---|---|---|---|
| 3 | J. Borg | 1.7 | 603.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.4 | 590.00 | 1,416.00 |
| J. Borg | 3 | 13.6 | 355.00 | 4,828.00 |
| TOTAL | | 16.0 | | 6,244.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 08/01/07 | Review revisions to settlement agreement from Sun and e-mail response to K. Balderston concerning same; telephone from Richards' counsel concerning settlement discussion; telephone Court and confirm settlement meeting on August 23 and letter to counsel. | | |
|---|---|---|---|
| 14 | R. Rose | 0.8 | 380.00 |

| 08/02/07 | Follow up regarding settlement issues. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 08/02/07 | Address CMC and settlement conference schedule status in memos to clients. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 195.00 |

| 08/07/07 | Address memo from client on Honeywell cleanup status. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 08/07/07 | Memo to client on cleanup issues and CMC. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 08/07/07 | Follow up with W. Hatfield regarding settlement conference. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 08/09/07 | Call with Shell counsel on settlement agreement. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

| 08/10/07 | Call with J. Bariso's chambers on motion to compel by Weja for settlement agreements. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

20

| 08/13/07 | Review and address issues on Weja motion to compel. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.7 | 273.00 |

| 08/13/07 | Memo to client on CMC and motion to compel. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |

| 08/14/07 | Address case issues on Weja motion. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 08/14/07 | Review Weja motion to compel production of settlements; discuss same and adjournment of settlement conference pending disposition of motion with W. Hatfield. | | |
|---|---|---|---|
| 14 | R. Rose | 0.7 | 332.50 |

| 08/15/07 | Address Shell settlement agreement and correspondence from counsel. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

| 08/16/07 | Discuss Weja's position on settlement documents with W. Hatfield. | | |
|---|---|---|---|
| 14 | R. Rose | 0.2 | 95.00 |

| 08/16/07 | Memo to client on Shell agreement and settlement discussions; motion to compel and proposed PSJ motion. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

| 08/16/07 | Address cancellation of hearing issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 08/17/07 | Address opposition to Weja Motion to Compel. | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.5 | 585.00 |

| 08/17/07 | Call with court clerk on canceling CMC. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

| 08/17/07 | Letter to court canceling CMC. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

| 08/17/07 | Address memos on Shell agreement issues on confidentiality and terms. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 195.00 |

| 08/20/07 | Follow up regarding settlement and motion. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 08/20/07 | Review Weja letter to the court on conference issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 08/21/07 | Calls with defense counsel on settlement conference and motion issues. | | |
|---|---|---|---|

21

| 14 | | W. Hatfield | 0.5 | 195.00 |

| 08/21/07 | Calls and memos with clients on CMC and settlement issues. | | | |
| 14 | W. Hatfield | | 0.3 | 117.00 |

| 08/21/07 | Call with court clerk and letter to Judge confirming carrying of motion to compel and court conference on settlement. | | | |
| 14 | W. Hatfield | | 0.5 | 195.00 |

| 08/21/07 | Calls and memos with RGR on strategy on motion and settlement conference issues and address opposition to motion. | | | |
| 14 | W. Hatfield | | 0.4 | 156.00 |

| 08/22/07 | Follow up regarding court conference and settlement/strategy discussions. | | | |
| 14 | A. Marchetta | | 0.4 | 236.00 |

| 08/23/07 | Discuss settlement position with B. Hatfield in advance of conference. | | | |
| 14 | R. Rose | | 0.4 | 190.00 |

| 08/23/07 | Telephone calls and follow up regarding settlement negotiations. | | | |
| 14 | A. Marchetta | | 0.2 | 118.00 |

| 08/23/07 | Prepare for and attend CMC and settlement negotiations of case before Judge Bariso in Jersey City. | | | |
| 14 | W. Hatfield | | 6.5 | 2,535.00 |

| 08/23/07 | Prepare memo to clients on settlement status and negotiation strategy. | | | |
| 14 | W. Hatfield | | 0.5 | 195.00 |

| 08/24/07 | Discuss outcome of settlement conference with B. Hatfield. | | | |
| 14 | R. Rose | | 0.2 | 95.00 |

| 08/24/07 | Telephone calls and e-mails regarding settlement. | | | |
| 14 | A. Marchetta | | 0.5 | 295.00 |

| 08/24/07 | Attend to revised Shell settlement agreement and forward to client with memo on execution. | | | |
| 14 | W. Hatfield | | 0.3 | 117.00 |

| 08/24/07 | Prepare memo to AJM on settlement and call with client on same. | | | |
| 14 | W. Hatfield | | 0.5 | 195.00 |

| 08/27/07 | Address settlement issues on Weja and carriers with R. Rose. | | | |
| 14 | W. Hatfield | | 0.2 | 78.00 |

| 08/30/07 | Review and forward Weja correspondence to Court on withdrawing motion | | | |

22

|    |                | | | |
|----|----------------|---|---|---|
|    | to compel.     | | | |
| 14 | W. Hatfield    | | 0.3 | 117.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| R. Rose | 14 | 2.3 | 475.00 | 1,092.50 |
| A. Marchetta | 14 | 2.4 | 590.00 | 1,416.00 |
| W. Hatfield | 14 | 16.4 | 390.00 | 6,396.00 |
| | TOTAL | 21.1 | | 8,904.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 08/16/07 | Attention to July 2007 fee application. | | |
| 18 | K. Piper | 0.2 | 62.00 |
| | | | |
| 08/17/07 | Attention to drafting July 2007 fee application. | | |
| 18 | K. Piper | 0.9 | 279.00 |
| | | | |
| 08/21/07 | Drafted July 2007 fee application. | | |
| 18 | K. Piper | 1.5 | 465.00 |
| | | | |
| 08/22/07 | Review and revise DP's July, 2007 Fee Application. | | |
| 18 | S. Zuber | 0.3 | 136.50 |
| | | | |
| 08/27/07 | Finalize fee application for July 2007 and attention to filing same. | | |
| 18 | K. Piper | 0.5 | 155.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.1 | 310.00 | 961.00 |
| | TOTAL | 3.4 | | 1,097.50 |

## FEES FOR THE FEE PERIOD
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 09/04/07 | Telephone call with Judge Bongiovanni's clerk re case status; follow up re: same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

23

| 09/04/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 09/05/07 | Draft letter to Court; draft e-mail to co-counsel re: same; telephone call with co-counsel re: same and draft e-mail to D.A.G. Dickinson. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.8 | 304.00 |

| 09/05/07 | Worked with B. Moffitt regarding letter to Judge Bongiovanni re: case status. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 09/06/07 | Review response of D.A.G. Dickinson re letter to Judge Bongiovanni and finalize and serve letter. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 114.00 |

| 09/06/07 | Attention to delivery of status letter to Judge Bongiovanni and all counsel. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 09/10/07 | Follow up regarding e-mails with attorneys on case. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 09/10/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 09/13/07 | Follow up regarding appeal information and letter to Judge on status. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 09/13/07 | Confer with A. Marchetta re: case status. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 09/17/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 09/19/07 | Follow up regarding filings. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 09/21/07 | Review appeal and follow up with B. Moffitt regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 09/21/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of relevant articles and forwarded same to A. Marchetta and B. | | |
|---|---|---|---|

24

|       | Moffitt with brief summary of same.                                                                                      |     |        |
| 14    | S. Parker                                                                                                                | 0.4 | 58.00  |

| 09/24/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues.   |     |        |
| 14       | S. Parker                                                                                                                 | 0.3 | 43.50  |

| 09/25/07 | Review e-mail from co-counsel and Order re: appeal.                                                                       |     |        |
| 3        | B. Moffitt                                                                                                                | 0.2 | 76.00  |

| 09/28/07 | Follow up regarding appeal and receipt of same.                                                                           |     |        |
| 14       | A. Marchetta                                                                                                              | 0.4 | 236.00 |

| 09/28/07 | Work with A. Marchetta re: status of NJDEP appeal brief; e-mail exchange with D.A.G. Dickinson re: same; e-mail exchange re: same. |     |        |
| 3        | B. Moffitt                                                                                                                | 0.4 | 152.00 |

| 09/28/07 | Review of current docket in USDC Delaware matter re: appeal; work with B. Moffitt re: same.                               |     |        |
| 14       | S. Parker                                                                                                                 | 0.4 | 58.00  |

| 09/28/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues.   |     |        |
| 14       | S. Parker                                                                                                                 | 0.2 | 29.00  |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper   | TASK CODE | HOURS | RATE   | FEE      |
| ------------ | --------- | ----- | ------ | -------- |
| A. Marchetta | 14        | 1.9   | 590.00 | 1,121.00 |
| B. Moffitt   | 3         | 2.2   | 380.00 | 836.00   |
| S. Parker    | 14        | 2.6   | 145.00 | 377.00   |
| TOTAL        |           | 6.7   |        | 2,334.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 09/07/07 | Address Shell letter and settlement agreement.                                                                           |     |        |
| 14       | W. Hatfield                                                                                                              | 0.3 | 117.00 |

| 09/07/07 | Memo to R. Rose on bankruptcy approval and settlement issues.                                                            |     |        |
| 14       | W. Hatfield                                                                                                              | 0.2 | 78.00  |

| 09/17/07 | Memos with Shell counsel on settlement agreement.                                                                        |     |        |
| 14       | W. Hatfield                                                                                                              | 0.2 | 78.00  |

| 09/20/07 | Letters to Shell and Sunoco with settlement agreements and escrow                                                        |     |        |

| | | | | |
|---|---|---|---|---|
| 14 | arrangement.<br>W. Hatfield | | 0.4 | 156.00 |
| 09/21/07<br>14 | Review finalized agreement and follow up with W. Hatfield.<br>A. Marchetta | | 0.2 | 118.00 |
| 09/27/07<br>14 | Address Weja settlement status.<br>W. Hatfield | | 0.1 | 39.00 |
| 09/28/07<br>14 | Call to Weja counsel on settlement status.<br>W. Hatfield | | 0.1 | 39.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.2 | 590.00 | 118.00 |
| W. Hatfield | 14 | 1.3 | 390.00 | 507.00 |
| TOTAL | | 1.5 | | 625.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 09/13/07<br>18 | Attention to quarterly fee application for the 24th interim period and proposed orders regarding same.<br>K. Piper | | 0.2 | 62.00 |
| 09/18/07<br>18 | Attention to filing CNO for July 2007.<br>K. Piper | | 0.1 | 31.00 |
| 09/21/07<br>18 | Draft fee application for August 2007.<br>K. Piper | | 2.1 | 651.00 |
| 09/26/07<br>18 | Attention to Order approving fees for the 24th Interim Period.<br>K. Piper | | 0.2 | 62.00 |
| 09/27/07<br>18 | Review and revise DP's August, 2007 fee application.<br>S. Zuber | | 0.3 | 136.50 |
| 09/27/07<br>18 | Revise August 2007 fee application and attention to filing same.<br>K. Piper | | 0.4 | 124.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |

26

1573184A01101907

| K. Piper | | 18 | 3.0 | 310.00 | 930.00 |
|---|---|---|---|---|---|
| | TOTAL | | 3.3 | | 1,066.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

| 09/04/07 | Preparation of correspondence to J. Matusiak regarding affirmation in support of motion to dismiss. | | |
|---|---|---|---|
| 14 | J. Borg | 0.2 | 71.00 |

| 09/04/07 | Review/Analysis numerous correspondence from J. Matusiak regarding affirmation in support of motion to dismiss. | | |
|---|---|---|---|
| 14 | J. Borg | 0.4 | 142.00 |

| 09/05/07 | Preparation of correspondence to J. Matusiak regarding affirmation in support of motion to dismiss. | | |
|---|---|---|---|
| 14 | J. Borg | 0.1 | 35.50 |

| 09/07/07 | Preparation of correspondence to V. Finkelstein regarding motion to dismiss. | | |
|---|---|---|---|
| 14 | J. Borg | 0.1 | 35.50 |

| 09/10/07 | Preparation of numerous correspondence to J. Matusiak regarding motion to dismiss. | | |
|---|---|---|---|
| 14 | J. Borg | 0.4 | 142.00 |

| 09/10/07 | Review/Analysis numerous correspondence from J. Matusiak regarding same. | | |
|---|---|---|---|
| 14 | J. Borg | 0.2 | 71.00 |

| 09/10/07 | Revise/Finalize motion to dismiss. | | |
|---|---|---|---|
| 14 | J. Borg | 3.6 | 1,278.00 |

| 09/11/07 | Review/Analysis numerous correspondence from D. Panitz regarding settlement. | | |
|---|---|---|---|
| 14 | J. Borg | 0.6 | 213.00 |

| 09/11/07 | Preparation of numerous correspondence to D. Panitz regarding same. | | |
|---|---|---|---|
| 14 | J. Borg | 0.5 | 177.50 |

| 09/12/07 | Preparation of numerous correspondence to V. Finkelstein regarding settlement. | | |
|---|---|---|---|
| 14 | J. Borg | 0.2 | 71.00 |

| 09/12/07 | Review/Analysis numerous correspondence from V. Finkelstein regarding settlement. | | |
|---|---|---|---|

27

| 14 | J. Borg | | 0.2 | 71.00 |
|---|---|---|---|---|

| 09/12/07 | Preparation of numerous correspondence to J. Matusiak regarding settlement. | | | |
|---|---|---|---|---|
| 14 | J. Borg | | 0.2 | 71.00 |

| 09/12/07 | Review/Analysis correspondence from J. Matusiak regarding settlement. | | | |
|---|---|---|---|---|
| 14 | J. Borg | | 0.2 | 71.00 |

| 09/12/07 | Review/Analysis correspondence from D. Panitz regarding settlement. | | | |
|---|---|---|---|---|
| 14 | J. Borg | | 0.1 | 35.50 |

| 09/18/07 | Preparation of numerous correspondence to D. Panitz and J. Matusiak regarding adjournment. | | | |
|---|---|---|---|---|
| 14 | J. Borg | | 0.4 | 142.00 |

| 09/18/07 | Review/Analysis numerous correspondence from J. Matusiak regarding adjournment of motion to dismiss. | | | |
|---|---|---|---|---|
| 14 | J. Borg | | 0.3 | 106.50 |

| 09/24/07 | Preparation of numerous correspondence to J. Matusiak regarding taxes and settlement. | | | |
|---|---|---|---|---|
| 14 | J. Borg | | 0.4 | 142.00 |

| 09/24/07 | Review/Analysis numerous correspondence from J. Matusiak regarding taxes and settlement. | | | |
|---|---|---|---|---|
| 14 | J. Borg | | 0.3 | 106.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Borg | 14 | 8.4 | 355.00 | 2,982.00 |
| TOTAL | | 8.4 | | 2,982.00 |

28