IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | Case No. 01-01139 (JFK) |
| | : | Jointly Administered |
| Debtors-in-possession. | : | |

## CERTIFICATE OF SERVICE

I, Alwyn H. Luckey, hereby certify that I caused a true and correct copy of the within Objections and Responses to Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms to be sent as indicated on October 22, 2007 to:

David M. Bernick, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Barbara M. Harding, Esquire
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, NW
Washington, DC 20005

Respectfully submitted,

LAW FIRM OF ALWYN H. LUCKEY, P.A.
A Professional Association
2016 Bienville Blvd.
Post Office Box 724
Ocean Springs, Mississippi 39566-0724
Telephone: (228) 875-3175
Facsimile:  (228) 872-4719
Attorneys for Claimants

By: ___/s/ Alwyn H. Luckey___
     ALWYN H. LUCKEY