

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| W. R. GRACE & CO., et al, | § § | CASE NO. 01-01139 (JKF) |
| | § | Jointly Administered |
| Debtors. | § § § | |

**REQUEST FOR REMOVAL FROM COURT'S MATRIX AND**
**REQUEST TO STOP ELECTRONIC AND OTHER NOTICE**

The undersigned requests that the following be removed from the Court's matrix and from the Court's electronic notice system for this case, and that all parties cease providing general written notice:

> Alan H. Katz
> Assistant General Counsel
> Entergy Services, Inc.
> 639 Loyola Avenue, 26th Floor
> New Orleans, LA 70113

Dated: October 22, 2007

Respectfully submitted,

By: _____
Alan H. Katz
Assistant General Counsel
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA 70113
Phone: (504) 576-2240
Fax: (504) 576-4150
Email: akatz@entergy.com