**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |

**NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF**
**ASBESTOS PERSONAL INJURY CLAIMANTS' RESPONSES**
**TO DISCOVERY PROPOUNDED BY THE DEBTORS**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 29, 2007, I caused a copy of the following documents to be served upon the parties on the attached service list, in the manner indicated:

1. *Response of the Asbestos PI Claimants' Committee to the First Set of Document Requests and Interrogatories Propounded by the Debtors;*

2. *Response of the Asbestos PI Claimants' Committee to the Second Set of Interrogatories Propounded by the Debtors;* and

3. *Letter from Nathan M. Finch to Barbara M. Harding dated October 29, 2007.*

Dated: October 29, 2007         CAMPBELL & LEVINE, LLC

                                */s/ Mark T. Hurford*
                                Mark T. Hurford  (No. 3299)
                                800 King Street, Suite 300
                                Wilmington, DE 19801
                                (302) 426-1900

{D0094597.1 }