# SERVICE LIST

| **Debtors' Counsel:** | **Debtors' Counsel:** | **Debtors' Counsel:** |
|---|---|---|
| Barbara Harding, Esquire<br>Kirkland & Ellis<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>*Federal Express* | David Bernick, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Federal Express* | James O'Neill, Esquire<br>Pachulski, Stang, Ziehl, & Jones, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>*First Class Mail* |
| **Unsecured Creditors Comm.:** | **Unsecured Creditors Comm.:** | |
| Arlene Krieger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>*Federal Express* | Michael R. Lastowski, Esquire<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>*First Class Mail* | |
| **Equity Comm.:** | **Equity Comm.:** | |
| Philip Bentley, Esq.<br>Gary M. Becker, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Federal Express* | Theresa K.D. Currier, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>*First Class Mail* | |
| **Future Claimants Rep:** | **Future Claimants Rep:** | |
| Raymond G. Mullady Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street<br>Washington, DC 20005<br>*Federal Express* | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>*First Class Mail* | |
| **Asbestos Property Damage:** | **Asbestos Property Damage:** | |
| Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price<br>   & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131<br>*Federal Express* | Theodore Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 N. Market Street, Suite 904<br>Wilmington, DE 19801<br>*First Class Mail* | |
| **Libby Claimants:** | **Libby Claimants:** | |
| Daniel C. Cohn, Esquire<br>Christopher M. Candon<br>Cohn & Whitesell LLP<br>101 Arch Street, Suite 1605<br>Boston, MA 02110<br>*Federal Express* | Richard S. Cobb, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>*First Class Mail* | |