# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 27, 2007 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2007 THROUGH MAY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1286789 v1

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 360.00 | 1.0 | $ 360.00 |
| Haag, Susan | Paralegal | $ 160.00 | 3.6 | $ 576.00 |
| Total | | | 4.60 | $ 936.00 |

Expenses

### Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ 1.50 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 2.00 |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 1,569.49 |
| Total | $ 1,572.99 |

Holme Roberts & Owen LLP

June 13, 2007

W.R. Grace

Page: 11
Invoice No.: 772087
Client No.: 04339
Matter No.: 00390

**Disbursement Summary**

| | | |
|---|---|---:|
| Consulting Fee | $ | 1,569.49 |
| Document Reproduction | | 1.50 |
| Long Distance Telephone | | 2.00 |
| **Total Disbursements:** | **$** | **1,572.99** |

**Accounts Receivable Detail**

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *2.66* |
| 684108 | 11/01/04 | Bill | | 1,924.09 |
| | 01/04/05 | Cash Receipt | | -1,506.75 |
| | 04/22/05 | Cash Receipt | | -375.44 |
| | *Outstanding Balance on Invoice 684108:* | | *$* | *41.90* |
| 716200 | 11/08/05 | Bill | | 2,495.80 |

Holme Roberts & Owen LLP

June 13, 2007

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 772087 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/07 | EKF | Review and finalize October 2006 monthly fee application. | 0.30 | $ 108.00 |
| 05/01/07 | SH | Draft October 2006 monthly fee application. | 0.60 | 96.00 |
| 05/02/07 | SH | Draft November 2006 monthly fee application. | 0.60 | 96.00 |
| 05/03/07 | EKF | Review and finalize monthly fee application for November 2006. | 0.20 | 72.00 |
| 05/03/07 | SH | Draft December 2006 monthly fee application. | 0.60 | 96.00 |
| 05/04/07 | EKF | Review and finalize monthly fee application for December 2006. | 0.20 | 72.00 |
| 05/21/07 | EKF | Review, revise and finalize Twenty-Third Interim Quarterly fee application. | 0.30 | 108.00 |
| 05/21/07 | SH | Draft 23rd interim fee application. | 1.80 | 288.00 |
| | | **Total Fees Through May 31, 2007:** | **4.60** | **$ 936.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 1.00 | $ 360.00 |
| SH | Susan Haag | Paralegal | 160.00 | 3.60 | 576.00 |
| | | **Total Fees:** | | **4.60** | **$ 936.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/25/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 302464; DATE: 4/25/2007 - Professional Services through March 31, 2007 | $ 1,569.49 |
| 05/21/07 | 10 | Document Reproduction | 1.50 |
| 05/29/07 | | Long Distance Telephone: 20 Mins., TranTime:14:20 | 2.00 |
| | | **Total Disbursements:** | **$ 1,572.99** |