REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1614375
One Town Center Road                      Invoice Date        10/26/07
Boca Raton, FL   33486                    Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                          107,423.00
          Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $107,423.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number  1614375 |
| One Town Center Road | Invoice Date  10/26/07 |
| Boca Raton, FL   33486 | Client Number  172573 |
| | Matter Number  60026 |

======================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 08/06/07 | Flatley | Call with B. Harding and follow-up e-mails and calls (0.4); preparation for August 7 meeting (1.5). | 1.90 |
| 08/20/07 | Flatley | Follow-up with C. Gatewood and e-mails re: coverage. | .30 |
| 09/01/07 | Klapper | Continue work on initial drafts of deposition outlines for 2 other experts. | 7.00 |
| 09/02/07 | Klapper | Continue work on initial drafts of deposition outlines for 2 other experts. | 5.30 |
| 09/03/07 | Cameron | Attention to expert deposition issues. | .70 |
| 09/03/07 | Klapper | Finish initial drafts of deposition outlines for 2 remaining experts. | 6.70 |
| 09/04/07 | Ament | Provide 8/29/07 transcript to client and working group. | .10 |
| 09/04/07 | Flatley | Call with fact witness and follow-up on call. | .50 |
| 09/04/07 | Klapper | Meet with outside counsel regarding expert deposition preparation. | 3.60 |

172573 W. R. Grace & Co.                        Invoice Number  1614375
60026  Litigation and Litigation Consulting     Page    2
October 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 09/04/07 | Klapper | Edit outlines. | 4.30 |
| 09/05/07 | Cameron | Review materials for R. Lee testimony (0.9); e-mails regarding same (0.3). | 1.20 |
| 09/05/07 | Flatley | Call with W. Sparks and follow-up re: deposition preparation. | .60 |
| 09/05/07 | Klapper | Continue work on Lemen cross outline based on discussion with other outside counsel. | 4.30 |
| 09/07/07 | Ament | Review agenda for 9/24/07 hearing (.10); e-mails with J. O'Neill re: same (.20). | .30 |
| 09/07/07 | Cameron | Attention to deposition issues. | .90 |
| 09/08/07 | Klapper | Prepare for Lemen deposition. | 4.70 |
| 09/10/07 | Klapper | Continue prep work for Lemen deposition per discussions with B. Harding | 3.80 |
| 09/11/07 | Cameron | Multiple e-mails regarding deposition issues for PI estimation (0.8); review materials for Longo deposition preparation (1.8). | 2.60 |
| 09/11/07 | Flatley | Call with fact witness. | .20 |
| 09/12/07 | Cameron | Attention to issues for PI estimation depositions of Lee and Longo (0.9); review expert reports regarding same (2.7). | 3.60 |
| 09/12/07 | Flatley | Preparation for witness call (1.6); witness call and follow-up (.8); e-mails re: scheduling witness preparation meetings (0.3); preparation for September 18-19 depositions (3.5). | 6.20 |
| 09/12/07 | Klapper | Prepare for meeting with B. Harding regarding Lemen. | 2.00 |
| 09/12/07 | Klapper | Work with B. Harding on cross outline regarding same. | 5.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1614375
60026  Litigation and Litigation Consulting  Page    3
October 26, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/13/07 | Cameron | Review reports and materials for PI estimation deposition (1.9); e-mails regarding depositions (0.4). | 2.30 |
| 09/13/07 | Flatley | E-mails and replies (0.3); preparation for fact witness deposition on September 18 and 19 (3.8). | 4.10 |
| 09/13/07 | Klapper | Conduct final preparation for Lemen deposition. | 3.00 |
| 09/14/07 | Cameron | Attention to expert deposition materials and preparation issues. | 3.90 |
| 09/14/07 | Flatley | Preparation for September 18 and 19 depositions, including outline e-mailed to co-counsel and other preparation for deposition trip. | 3.60 |
| 09/14/07 | Klapper | Prepare for Lemon deposition (.8); attend Lemon deposition (6.5). | 7.30 |
| 09/16/07 | Cameron | Review materials for expert witness deposition preparation. | 1.50 |
| 09/17/07 | Cameron | Review materials for Bragg deposition and e-mails regarding same (1.1); review materials for Longo deposition preparation (1.3); review materials for Lee deposition preparation and e-mails regarding same (1.7). | 4.10 |
| 09/17/07 | Flatley | Preparation for witness meetings on Philadelphia trip (2.5); witness meetings in Philadelphia (8.5); follow-up on witness meetings in Philadelphia (0.5). | 11.50 |
| 09/18/07 | Cameron | Multiple e-mails regarding expert witness depositions (0.8); review reports and materials for expert witness preparation sessions (2.5); attention to back-up materials for claimants' expert witnesses (1.9). | 5.20 |

172573 W. R. Grace & Co.                          Invoice Number  1614375
60026  Litigation and Litigation Consulting       Page   4
October 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 09/18/07 | Flatley | Meeting with witness and D. Mendelsohn to prepare for deposition (1.0); defending Cintani deposition (8.5); follow up after deposition (0.8); prepare for T. Egan deposition (0.2). | 10.50 |
| 09/18/07 | Klapper | Prepare for prep session with expert. | 2.20 |
| 09/19/07 | Ament | E-mails and telephone calls re: 9/24/07 Omnibus Hearing in DE. | .20 |
| 09/19/07 | Cameron | Multiple e-mails regarding deposition preparation (0.5); review reports and historical documents regarding same (2.4); review Longo deposition transcript (1.7). | 4.60 |
| 09/19/07 | Flatley | Preparation for T. Egan deposition (1.0); meeting with T. Egan and D. Mendelsohn and other preparation for deposition (2.0); T. Egan deposition and follow-up (8.2). | 11.20 |
| 09/19/07 | Klapper | Participate in meeting with expert re testimony at trial. | 4.20 |
| 09/20/07 | Ament | Review e-mail from R. Baker re: 11/1/07 hearing date and e-mail to J. Restivo and D. Cameron re: same. | .10 |
| 09/20/07 | Cameron | Prepare for expert witness meeting (2.8); review materials regarding expert report and depositions (0.7); e-mails regarding scheduling (0.3); review deposition summary (0.5). | 4.30 |
| 09/20/07 | Flatley | Follow up from Philadelphia depositions (0.8); call with W. Sparks and follow-up on call (0.8). | 1.60 |
| 09/20/07 | Klapper | Participate in meeting with expert prep session. | 7.20 |

172573 W. R. Grace & Co.                          Invoice Number  1614375
60026  Litigation and Litigation Consulting       Page   5
October 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 09/21/07 | Cameron | Prepare for (1.9) and attend witness preparation session (4.2); prepare summary of issues from same (0.9). | 7.00 |
| 09/22/07 | Cameron | Prepare summary of deposition issues. | 1.20 |
| 09/23/07 | Cameron | Continued review of deposition preparation materials. | 1.10 |
| 09/24/07 | Ament | E-mails re: PI estimation hearings. | .10 |
| 09/24/07 | Cameron | Review materials for Rich Lee preparation. | 2.30 |
| 09/25/07 | Cameron | Attention to issues relating to witness preparation (0.6); review expert reports and notes from meetings (0.8); review Longo reports (1.3). | 2.70 |
| 09/25/07 | Klapper | Assist counsel with preparation for Frank deposition. | 2.30 |
| 09/25/07 | Lord | Research docket and draft CNO to Reed Smith July monthly fee application. | .40 |
| 09/26/07 | Cameron | Continued review of expert report materials. | 2.70 |
| 09/26/07 | Klapper | Assist counsel with preparation for Frank deposition by drafting updated Frank deposition outline. | 8.70 |
| 09/27/07 | Cameron | Telephone call with R. Finke and e-mails regarding expert deposition preparation (0.9); review Longo expert materials (1.5). | 2.40 |
| 09/27/07 | Flatley | E-mails and drafting letter re: deposition transcripts. | .40 |
| 09/27/07 | Klapper | Complete updated Frank deposition outline. | 4.20 |

172573 W. R. Grace & Co.                          Invoice Number  1614375
60026  Litigation and Litigation Consulting        Page    6
October 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|

09/28/07 Cameron      Multiple e-mails and telephone      2.00
                      calls regarding Rich Lee
                      deposition issues (0.8); review
                      reports and preparation issues
                      (1.2).

09/28/07 Flatley      E-mails and replies re: deposition    .20
                      follow-up.

                                                        ------
                                      TOTAL HOURS      196.40


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 52.80 | at $ | 575.00 | = | 30,360.00 |
| Douglas E. Cameron | 56.30 | at $ | 570.00 | = | 32,091.00 |
| Antony B. Klapper | 86.10 | at $ | 520.00 | = | 44,772.00 |
| John B. Lord | 0.40 | at $ | 210.00 | = | 84.00 |
| Sharon A. Ament | 0.80 | at $ | 145.00 | = | 116.00 |

                      CURRENT FEES                     107,423.00


                                                      ------------
              TOTAL BALANCE DUE UPON RECEIPT          $107,423.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1614376
5400 Broken Sound Blvd., N.W.        Invoice Date        10/26/07
Boca Raton, FL 33487                 Client Number        172573


=============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

          Fees                          2,702.50
          Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT        $2,702.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1614376 |
| Invoice Date | 10/26/07 |
| Client Number | 172573 |
| Matter Number | 60027 |

======================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2007

| Date | Name | | Hours |
|------|------|---|------|
| 09/07/07 | Flatley | One-half of time spent going to New York and returning to Pittsburgh. | 2.30 |
| 09/19/07 | Flatley | One-half of time returning from Philadelphia to Pittsburgh. | 2.40 |
| | | TOTAL HOURS | 4.70 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 4.70 at $ 575.00 = | | 2,702.50 |

CURRENT FEES                                            2,702.50

                                                    ------------
TOTAL BALANCE DUE UPON RECEIPT              $2,702.50
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                         Invoice Number      1614377
5400 Broken Sound Blvd., N.W.       Invoice Date        10/26/07
Boca Raton, FL 33487                Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                      16,410.00
        Expenses                       0.00

                TOTAL BALANCE DUE UPON RECEIPT      $16,410.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    1614377
5400 Broken Sound Blvd., N.W.            Invoice Date      10/26/07
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028


================================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/04/07 | Flatley | Call with D. Cameron and e-mail re: New York City meeting. | .30 |
| 09/05/07 | Flatley | Begin preparations for New York City meeting. | .20 |
| 09/06/07 | Cameron | Review materials for ZAI work plan and e-mail to L. Flatley regarding same (0.9); review materials for meeting (0.3). | 1.20 |
| 09/06/07 | Flatley | Prepare for call (0.1); conference call with R. Finke and W. Sparks (0.5); follow-up call with R. Finke (0.3); prepare for New York City trip (0.5). | 1.40 |
| 09/07/07 | Cameron | Attention to ZAI work plan materials. | .40 |
| 09/07/07 | Flatley | Preparation for New York City meeting (2.2); meeting in New York City with R. Finke, W. Sparks, et al. (4.3). | 6.50 |
| 09/10/07 | Flatley | Follow up New York trip (0.6); with R. Finke re: Friday meeting (0.2). | .80 |
| 09/11/07 | Cameron | Prepare for (0.4) and participate in conference call with J. Restivo, T. Rea, K&E and R. Finke regarding ZAI strategy issues (0.9); follow-up from conference | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  1614377
60028 ZAI Science Trial                           Page    2
October 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| | | call (0.5). | |
| 09/11/07 | Pickens | Legal research/analysis of State Law related to ZAI Claimants. | 1.10 |
| 09/11/07 | Rea | Conference call re: ZAI claims. | 1.50 |
| 09/11/07 | Restivo | Prepare for and telephone conference strategy discussions. | 2.50 |
| 09/12/07 | Cameron | Attention to legal research issues. | .40 |
| 09/13/07 | Cameron | Review materials relating to legal research issues. | .90 |
| 09/13/07 | Rea | Meetings and analysis of ZAI claims. | 2.60 |
| 09/14/07 | Pickens | Legal research/analysis of State Law related to ZAI Claimants. | 1.20 |
| 09/15/07 | Cameron | Review ZAI legal research issues. | .80 |
| 09/20/07 | Restivo | Transcript review (.7); telephone calls with Beber, Finke, and Westbrook (.3) and emails with K&E (.3). | 1.30 |
| 09/26/07 | Cameron | Review materials from R. Finke and D. Bernick (0.4); review legal research issues (0.7). | 1.10 |
| 09/27/07 | Cameron | Review materials for ZAI call. | .90 |
| 09/27/07 | Restivo | File review re:  Canadian claim (1.0); emails and telephone calls with clients and D. Cameron (.4). | 1.40 |
| 09/28/07 | Cameron | E-mails regarding ZAI issues. | .40 |
| 09/28/07 | Rea | Telephone call re: ZAI claims. | .50 |
| 09/28/07 | Restivo | Prepare for and conference call with clients and K&E. | 1.20 |

                                           ------
                                 TOTAL HOURS   30.40


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| ------------------------ | ------------------ | | ------- |

```
172573 W. R. Grace & Co.                    Invoice Number  1614377
60028  ZAI Science Trial                    Page    3
October 26, 2007
```

| | | | | |
|---|---|---|---|---|
| James J. Restivo Jr. | 6.40 | at $ 635.00 | = | 4,064.00 |
| Lawrence E. Flatley | 9.20 | at $ 575.00 | = | 5,290.00 |
| Douglas E. Cameron | 7.90 | at $ 570.00 | = | 4,503.00 |
| Traci Sands Rea | 4.60 | at $ 400.00 | = | 1,840.00 |
| Dustin Pickens | 2.30 | at $ 310.00 | = | 713.00 |

```
                 CURRENT FEES                          16,410.00


                                                     ------------
                 TOTAL BALANCE DUE UPON RECEIPT        $16,410.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1614378
5400 Broken Sound Blvd., N.W.        Invoice Date        10/26/07
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

        Fees                          3,673.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,673.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1614378
5400 Broken Sound Blvd., N.W.        Invoice Date       10/26/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


=================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 09/11/07 | Muha | Begin review and revisions to fee and expense entries for August monthly fee application. | 1.20 |
| 09/12/07 | Ament | Attend to billing issues (.70); various e-mails and meetings with A. Muha re: same (.10); e-mails with J. Lord re: same (.10); review fee auditor report re: 24th quarterly fee application (.10). | 1.00 |
| 09/12/07 | Muha | Continue review and revisions to August 2007 monthly fee application. | 1.20 |
| 09/13/07 | Ament | Attend to billing issues (.20); meet with A. Muha re: same (.10). | .30 |
| 09/13/07 | Muha | Research issues re: rulings by Fee Auditor on expense charges. | .80 |
| 09/18/07 | Muha | Continue extensive revisions to August fee and expense detail, including multiple e-mails to verify various charges and time entries. | 1.90 |
| 09/19/07 | Ament | Attend to billing matters (.30); review invoices and begin drafting spreadsheet and August monthly fee application (.50). | .80 |

172573 W. R. Grace & Co.                        Invoice Number  1614378
60029 Fee Applications-Applicant                Page    2
October 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|

| 09/24/07 | Ament | E-mails re: August fee application (.10); attend to billing issues (.10); begin calculating fees and expenses for Aug. monthly fee application (.50); prepare spreadsheet re: same (.50); draft fee application (.50). | 1.70 |
| 09/24/07 | Lord | E-mail to S. Ament re: August monthly fee application. | .10 |
| 09/25/07 | Ament | E-mails with A. Muha re: Aug. monthly fee application. | .10 |
| 09/26/07 | Ament | Attend to billing issues relating to consulting fees (.40); various e-mails and meetings re: same (.20); | .60 |
| 09/26/07 | Lord | E-file and perfect service of CNO to Reed Smith's July monthly fee application (.3); draft correspondence to R. Finke at Grace re: same (.1). | .40 |
| 09/26/07 | Muha | Attention to expense entries in August monthly fee application. | .50 |
| 09/27/07 | Ament | Review and respond to e-mail from J. Lord re: Aug. monthly fee application (.10); continue calculating fees and expenses for Aug. monthly fee application (1.0); continue spreadsheet re: same (.40); provide fee application to A. Muha for review (.10); various e-mails and meetings with A. Muha re: same (.20); finalize fee application (.10); e-mail 7th monthly fee application and fee and expense details to J. Lord for DE filing (.10). | 2.00 |
| 09/27/07 | Lord | Prepare Reed Smith August monthly fee application for e-filing and service. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1614378
60029  Fee Applications-Applicant                 Page    3
October 26, 2007

      Date   Name                                              Hours
   -------- -----------                                        -----

   09/27/07 Muha          Make final review and revisions to    .90
                          summary form for August monthly
                          fee application.

   09/28/07 Ament         E-mails with J. Lord re: CNO for       .10
                          July monthly fee application.

   09/28/07 Lord          E-file and perfect service of Reed     .60
                          Smith August monthly fee
                          application.

                                                               ------
                                          TOTAL HOURS           15.20


   TIME SUMMARY              Hours        Rate          Value
   ----------------------    --------------------    -------
   Andrew J. Muha            6.50  at  $  350.00  =   2,275.00
   John B. Lord             2.10  at  $  210.00  =     441.00
   Sharon A. Ament          6.60  at  $  145.00  =     957.00

                          CURRENT FEES                            3,673.00


                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT         $3,673.00
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number        1614379
One Town Center Road                    Invoice Date          10/26/07
Boca Raton, FL    33486                 Client Number          172573

===============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

         Fees                          2,589.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $2,589.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1614379
One Town Center Road                      Invoice Date      10/26/07
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number      60030

========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2007

|   Date   | Name | | Hours |
| -------- | ---------- | --- | ----- |
| 09/10/07 | Restivo | Attend oral argument re:  Canadian statue of limitations. | 3.00 |
| 09/20/07 | Cameron | Review materials for hearing. | .50 |
| 09/24/07 | Cameron | Participate in part of Omnibus Hearing (via telephone). | .70 |

                                                          ------
                                          TOTAL HOURS      4.20


| TIME SUMMARY | Hours | | Rate | | Value |
| ------------ | ----- | --- | ---- | --- | ----- |
| James J. Restivo Jr. | 3.00 | at | $ 635.00 | = | 1,905.00 |
| Douglas E. Cameron | 1.20 | at | $ 570.00 | = | 684.00 |

           CURRENT FEES                              2,589.00


                                                  ------------
           TOTAL BALANCE DUE UPON RECEIPT           $2,589.00
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1614380
One Town Center Road                      Invoice Date       10/26/07
Boca Raton, FL    33486                   Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          93,083.50
         Expenses                           0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $93,083.50
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1614380
One Town Center Road                      Invoice Date      10/26/07
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 08/17/07 | Rawls | Cite checking and editing deposition designations in summary judgment brief for Pacific Freeholds matter. | .60 |
| 08/20/07 | Rawls | Continued cite checking and editing deposition designations in summary judgment brief for Pacific Freeholds matter. | .30 |
| 08/21/07 | Rawls | Continued cite checking and editing deposition designations in summary judgment brief for Pacific Freeholds matter. | .20 |
| 08/23/07 | Rawls | Continued cite checking and editing deposition designations in summary judgment brief for Pacific Freeholds matter. | 2.50 |
| 08/27/07 | Rawls | Continuing to cite check and edit deposition designations in summary judgment brief for Pacific Freeholds matter. | 1.20 |
| 08/28/07 | Rawls | Continuing to cite check and edit deposition designations in summary judgment brief for Pacific Freeholds matter. | 1.80 |

172573 W. R. Grace & Co.                         Invoice Number  1614380
60033  Claim Analysis Objection Resolution       Page    2
       & Estimation (Asbestos)
October 26, 2007


| Date | Name | | Hours |
|------|------|------|------|
| 08/29/07 | Rawls | Continuing to cite check and edit deposition designations in summary judgment brief for Pacific Freeholds matter. | 1.50 |
| 08/30/07 | Rawls | Continuing to cite check and edit deposition designations in summary judgment brief for Pacific Freeholds matter. | .10 |
| 08/31/07 | Ament | Assist T. Rea with document production. | .80 |
| 08/31/07 | Rawls | Continuing to cite check and edit deposition designations in summary judgment brief for Pacific Freeholds matter. | 4.60 |
| 09/01/07 | Cameron | Continued review of draft brief and multiple e-mails regarding same (2.2); review deposition and expert reports for support regarding same (1.9). | 4.10 |
| 09/02/07 | Cameron | Review and provide comments to draft brief and supplemental materials for Canadian summary judgment motion. | 2.60 |
| 09/03/07 | Cameron | Review and revise draft supplemental brief regarding Canadian claims summary judgment motion (3.5); meet with T. Rea regarding same (0.5); e-mails regarding same (0.8); review materials from Canadian counsel (0.8). | 5.60 |
| 09/03/07 | Rea | Revisions to Supplemental Canadian Submission. | 4.80 |
| 09/04/07 | Ament | Prepare for and attend team status meeting (.60); assist team with various issues relating to PD claims (.30); various e-mails and meetings re: same (.20); assist T. Rea with brief relating to Canadian claims (2.0); various e-mails and meetings with T. Rea re: same (.50). | 3.60 |

172573 W. R. Grace & Co.                          Invoice Number  1614380
60033  Claim Analysis Objection Resolution        Page     3
       & Estimation (Asbestos)
October 26, 2007


| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|------|------|
| 09/04/07 | Cameron | Review and revise draft supplemental brief regarding Canadian claims motion for summary judgment (3.2); multiple e-mails and telephone calls regarding same (1.1); prepare for and attend strategy meeting (0.4); meet with T. Rea regarding brief and appendix issues (0.6); review deposition transcripts and record for Appendix (1.9). | 7.20 |
| 09/04/07 | Flatley | Team meeting and follow-up with D. Cameron and J. Restivo. | .70 |
| 09/04/07 | Garlitz | Conference with S. Ament regarding various PD claims (.20); Review of e-mails regarding same (.20). | .40 |
| 09/04/07 | Rea | Revisions to Supplemental Canadian Submission. | 10.60 |
| 09/04/07 | Restivo | Weekly planning meeting (1.0); work on supplemental brief (.6). | 1.60 |
| 09/05/07 | Ament | Assist team with various issues relating to PD claims (.20); assist D. Cameron and T. Rea with supplemental brief relating to Canadian claims (4.0); various e-mails, telephone calls and meetings re: same (1.0); pull cases and statutes per T. Rea request (1.0); quote check brief per T. Rea request (.80); prepare debtors' hearing binders re: same (3.20); prepare claimant's hearing binders (1.50). | 11.70 |
| 09/05/07 | Cameron | Review and revise Supplemental Submission and Appendix (3.8); multiple e-mails, telephone calls and meetings regarding same (1.3); review materials from Canadian claimants (2.1); multiple e-mails and telephone calls regarding same (1.1); begin preparation for Argument (0.9). | 9.20 |

172573 W. R. Grace & Co.                          Invoice Number  1614380
60033  Claim Analysis Objection Resolution        Page   4
       & Estimation (Asbestos)
October 26, 2007


|   Date   | Name     |                                                          | Hours |
| -------- | -------- | -------------------------------------------------------- | ----- |
| 09/05/07 | Flatley  | E-mails and call with D. Cameron re: September 10 hearing preparation. | .20 |
| 09/05/07 | Garlitz  | Assist D. Cameron and T. Rea with supplemental brief relating to Canadian claims (4.0); various e-mails, telephone calls and meetings re: same (1.0); pull cases per T. Rea request (1.0); cite check brief per T. Rea request (.80); prepare hearing binders re: same (4.7). | 11.50 |
| 09/05/07 | Rea      | Finalize and file Supplemental Canadian Submission. | 9.30 |
| 09/05/07 | Restivo  | Finalize brief and documents re: September 10 argument (2.0); telephone calls with Speights (.4); analyze Speights exhibits (1.0). | 3.40 |
| 09/06/07 | Ament    | Complete preparation of debtors' and claimant's hearing binders (3.80); hand deliver same to Judge Fitzgerald and counsel (.40); overnight binders to opposing counsel (.10); assist team with hearing preparation relating to Canadian claims (3.50). | 7.80 |
| 09/06/07 | Aten     | Miscellaneous issues related to medical experts. | 2.70 |
| 09/06/07 | Cameron  | Review documents produced by Speights & Runyan for argument (1.7); begin preparation of argument outline (1.4); review Canadian case law (2.5); review summary judgment record (0.9); e-mails regarding same (0.8); meet with T. Rea and L. Flatley regarding same (0.8). | 8.10 |
| 09/06/07 | Flatley  | E-mails and call with D. Cameron re: hearing (0.3); with D. Cameron re: claimants' documents for September 10 hearing and reviewing documents (1.2); follow-up on | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1614380
60033  Claim Analysis Objection Resolution        Page    5
       & Estimation (Asbestos)
October 26, 2007


| Date | Name | | Hours |
|------|------|---|------|
| | | documents with D. Cameron (0.6); call with R. Aten (0.2); call with R. Senftleben and follow-up (0.2). | |
| 09/06/07 | Garlitz | Prepare hearing binders regarding PD claims (1.0); conference with S. Ament regarding same (.20). | 1.20 |
| 09/06/07 | Rea | Preparation for Canadian argument. | 3.30 |
| 09/07/07 | Ament | Assist team with various issues relating to Canadian claims (.20); various e-mails with team re: same (.20); assist team with hearing preparation for 9/10/07 hearing (.60); | 1.00 |
| 09/07/07 | Cameron | Preparation for summary judgment argument (5.8); multiple e-mails, telephone calls and meetings with T. Rea regarding same (1.3). | 7.10 |
| 09/07/07 | Rea | Assist in preparation for Canadian argument. | 3.50 |
| 09/08/07 | Cameron | Continued preparation for summary judgment argument, including review and revise argument, review case law, review claimants' submissions. | 5.00 |
| 09/08/07 | Rea | Assist in preparation for Canadian argument. | 1.50 |
| 09/08/07 | Restivo | Review oral argument filings. | .50 |
| 09/09/07 | Aten | Miscellaneous issues re: medical experts (.4); reviewed deposition designations/trial brief re: Pacific Freeholds (.3). | .70 |
| 09/09/07 | Cameron | Prepare for oral argument on Canadian claims motion for summary judgment. | 7.50 |
| 09/09/07 | Rea | Assist in preparation for Canadian argument. | .50 |

172573  W. R. Grace & Co.                          Invoice Number  1614380
60033   Claim Analysis Objection Resolution        Page    6
          & Estimation (Asbestos)
October 26, 2007


| Date | Name | | Hours |
|------|------|---|-------|

| 09/10/07 | Ament | Assist team with hearing preparation (2.0); assist team with various issues relating to PD claims (.70); e-mails and meetings re: same (.30). | 3.00 |
| 09/10/07 | Cameron | Prepare for (2.0) and attend argument on Canadian claims motion for summary judgment (3.8); follow-up from oral argument (0.7); meet with R. Finke regarding miscellaneous issues (0.4); e-mail regarding arguments (0.5); review brief and legal research for potential reply brief (0.9). | 8.30 |
| 09/10/07 | Flatley | E-mails and replies (0.1); attend summary judgment argument before Judge Fitzgerald and follow-up with R. Finke, D. Cameron and T. Rea (3.6); e-mails from/to R. Aten (0.1). | 3.80 |
| 09/10/07 | Rea | Assist in preparation for and attendance at Canadian summary judgment argument. | 4.50 |
| 09/10/07 | Restivo | Mark-up Cameron oral argument (.90); pre-hearing meetings (.90); discussions with Speights re: select Canadian buildings (.20). | 2.00 |
| 09/11/07 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/11/07 | Cameron | Attention to issues from summary judgment oral argument (0.8); multiple e-mails regarding same (0.7); review discovery issues (0.9); review selected Canadian claims files (0.9). | 3.30 |
| 09/11/07 | Rea | Analysis of remaining property damage claims. | 2.30 |
| 09/11/07 | Restivo | Telephone calls with R. Finke, et al. | .50 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 26, 2007

Invoice Number  1614380
Page    7

| Date | Name | | Hours |
|------|------|------|-------|
| 09/12/07 | Cameron | Additional review of Canadian claims materials (0.8); review statute of limitations materials for discovery purposes (0.9). | 1.70 |
| 09/12/07 | Restivo | Receipt and handling of new material. | .50 |
| 09/13/07 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails and meetings with team re: same (.20). | .60 |
| 09/13/07 | Cameron | Review summary judgment material for potential reply brief (.70); review product ID material (.30); review Canadian claim file (.50). | 1.50 |
| 09/13/07 | Rea | Reviewed status memo (.1); e-mails re: Canadian claims (.2). | .30 |
| 09/13/07 | Restivo | Update status report (.4); check temporary space availability for PI trial (.2); telephone call with Speights (.6). | 1.20 |
| 09/14/07 | Ament | Assist team with various issues relating to PD claims (.20); review J. Restivo memo re: status report on PD claims (.10). | .30 |
| 09/14/07 | Cameron | Review Canadian claims files and various summary judgment issues. | 1.30 |
| 09/14/07 | Flatley | Review draft outline (0.6); call with R. Aten re: draft outline and e-mails (0.1). | .70 |
| 09/17/07 | Ament | Assist team with various issues relating to PD claims (.20); various e-mails with team re: same (.10). | .30 |
| 09/17/07 | Aten | Miscellaneous issues re: medical experts. | .10 |
| 09/17/07 | Cameron | Review summary of revised expert report for PI claims (0.8); review legal research issues (0.9). | 1.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1614380
60033  Claim Analysis Objection Resolution  Page    8
       & Estimation (Asbestos)
October 26, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/18/07 | Ament | Assist team with various issues relating to PD claims (.20); scan and e-mail Longo depositions re: lack of hazard and product ID to M. Rosenberg per request (.20). | .40 |
| 09/18/07 | Cameron | Telephone call with R. Finke regarding multiple PD claims issues (0.4); attention to inquiry from D. Speights (0.3); review materials relating to duplicate claims (0.6); review hearing agenda and issues (0.4). | 1.70 |
| 09/18/07 | Flatley | E-mails and replies. | .20 |
| 09/19/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with D. Cameron re: Dr. Lee deposition preparation (.10). | .30 |
| 09/19/07 | Cameron | Attention to expert report issues (0.4); review Canadian claims for possible dismissal (0.9). | 1.30 |
| 09/19/07 | Rea | E-mail correspondence re: negotiations and upcoming omnibus hearing. | .20 |
| 09/19/07 | Restivo | Telephone calls and emails with R. Finke and D. Cameron. | .60 |
| 09/20/07 | Ament | Assist team with various issues relating to PD claims (.10); assist D. Cameron with Dr. Lee deposition preparation (.20). | .30 |
| 09/20/07 | Flatley | E-mails and replies. | .20 |
| 09/20/07 | Restivo | Transcript review (.8); correspondence with Speights, Baena, and K&E attorneys (.4); prepare for Omnibus; planning for PI hearing (.8). | 3.20 |
| 09/21/07 | Ament | Assist D. Cameron with preparation for Dr. Lee deposition. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1614380
60033  Claim Analysis Objection Resolution        Page    9
       & Estimation (Asbestos)
October 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 09/21/07 | Flatley | Reviewing file materials and formulating plan going forward (3.2); with D. Cameron and T. Rea (0.3). | 3.50 |
| 09/21/07 | Restivo | Meeting with R. Finke; prepare for Omnibus Hearing. | 1.60 |
| 09/24/07 | Ament | Assist team with various issues relating to PD claims (.50); various e-mails with team re: same (.10); prepare for and attend team status meeting (.70). | 1.30 |
| 09/24/07 | Cameron | Attend team meeting regarding strategy issues (0.7); review product ID issues (0.4). | 1.10 |
| 09/24/07 | DiChiera | Prepare and organize files of Egan and Cintani Documents | 1.10 |
| 09/24/07 | Flatley | Team meeting and follow-up (1.0); e-mails and replies (0.2). | 1.20 |
| 09/24/07 | Rea | Preparation for team meeting (.3); team meeting (.7). | 1.00 |
| 09/24/07 | Restivo | Planning meeting (.5); prepare for and attend by telephone the September Omnibus Hearing (3.0). | 3.50 |
| 09/25/07 | Cameron | Review J. Restivo status memo (0.4); review Canadian claim materials (0.3). | .70 |
| 09/25/07 | Flatley | E-mails and replies. | .10 |
| 09/26/07 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails re: same (.20). | .50 |
| 09/26/07 | Flatley | R. Aten e-mail and reply re: medical issues. | .20 |
| 09/27/07 | Ament | Assist team with various issues relating to PD claims (.30); e-mails re: same (.10); circulate transcript from 9/10/07 hearing relating to Speights claims (.10). | .50 |

172573 W. R. Grace & Co.                         Invoice Number  1614380
60033  Claim Analysis Objection Resolution       Page  10
        & Estimation (Asbestos)
October 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 09/27/07 | Flatley | With R. Aten re: status and follow-up. | .40 |
| 09/28/07 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/28/07 | Flatley | E-mail and reply. | .10 |

                                          TOTAL HOURS   217.00

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 18.60 | at $ | 635.00 | = | 11,811.00 |
| Lawrence E. Flatley | 13.80 | at $ | 575.00 | = | 7,935.00 |
| Douglas E. Cameron | 79.00 | at $ | 570.00 | = | 45,030.00 |
| Traci Sands Rea | 41.80 | at $ | 400.00 | = | 16,720.00 |
| Rebecca E. Aten | 3.50 | at $ | 295.00 | = | 1,032.50 |
| Danielle D. Rawls | 12.80 | at $ | 240.00 | = | 3,072.00 |
| Maria E. DiChiera | 1.10 | at $ | 210.00 | = | 231.00 |
| Sharon A. Ament | 33.30 | at $ | 145.00 | = | 4,828.50 |
| Margaret A. Garlitz | 13.10 | at $ | 185.00 | = | 2,423.50 |

                    CURRENT FEES                     93,083.50


                                                  ------------
        TOTAL BALANCE DUE UPON RECEIPT              $93,083.50
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1614381
One Town Center Road                      Invoice Date      10/26/07
Boca Raton, FL    33486                   Client Number      172573



==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          40,594.00
        Expenses                           0.00

                     TOTAL BALANCE DUE UPON RECEIPT     $40,594.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number     1614381
One Town Center Road                          Invoice Date      10/26/07
Boca Raton, FL    33486                       Client Number       172573
                                              Matter Number        60035


==============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2007

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 09/04/07 | Sanner | Continue analysis of government materials (3.3); email correspondence with A. Klapper re same (.2); email correspondence with J. Taylor-Payne re same (.2). | 3.70 |
| 09/04/07 | Taylor-Payne | Continue researching and compiling key governmental records. | 3.60 |
| 09/05/07 | Sanner | Analysis of government materials. | 5.60 |
| 09/05/07 | Taylor-Payne | Continue reviewing and organizing key governmental documents. | .50 |
| 09/06/07 | Sanner | Assess government materials. | 1.30 |
| 09/07/07 | Sanner | Continue analysis of government materials. | 1.10 |
| 09/07/07 | Sanner | Continue review and assessment of government materials. | 2.30 |
| 09/07/07 | Taylor-Payne | Continue researching and organizing key governmental documents. | 1.30 |
| 09/10/07 | Sanner | Review and analyze government materials. | 6.50 |
| 09/10/07 | Taylor-Payne | Continue review and organization of key governmental records. | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  1614381
60035  Grand Jury Investigation                   Page    2
October 26, 2007


      Date   Name                                               Hours
      -------- -----------                                       -----

   09/12/07 Cameron         Review materials from expert          1.20
                            reports.

   09/13/07 Sanner          Analyze industry government           4.70
                            materials related to occupational
                            exposure to Asbestos, Actinolite,
                            Tremolite, and Anthophyllite.

   09/15/07 Cameron         Review expert witness materials.       .90

   09/17/07 Sanner          Continue analysis of government       3.00
                            materials.

   09/18/07 Sanner          Continue analysis of government       6.10
                            materials.

   09/19/07 Sanner          Continue analysis of government       4.80
                            materials.

   09/19/07 Taylor-Payne    Continue researching and compiling     .50
                            key governmental documents.

   09/20/07 Cameron         Review 9th Circuit Opinion (1.2);     1.60
                            multiple e-mails regarding same
                            (0.4).

   09/20/07 Sanner          Analysis of government materials.     5.30

   09/21/07 Cameron         Participate in conference call        1.20
                            regarding Ninth Circuit Opinion.

   09/21/07 Sanner          Review and consideration of          5.50
                            additional government materials.

   09/22/07 Cameron         Review R. Lee work product           1.80
                            materials.

   09/24/07 Cameron         Review of expert materials for       1.90
                            trial preparation issues.

   09/24/07 Sanner          Continue analysis of submissions     4.80
                            to government.

   09/25/07 Sanner          Continue analysis of government      4.70
                            materials (4.4); conference with
                            J. Taylor-Payne re citation
                            history issues (.3).

   09/25/07 Taylor-Payne    Continue researching and compiling   1.30
                            key governmental documents.

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
October 26, 2007

Invoice Number  1614381
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 09/26/07 | Sanner | Continue analysis of government submissions (Vols. 101-108) (3.6); conference with J. Taylor-Payne re same (.3). | 3.90 |
| 09/26/07 | Taylor-Payne | Continue researching and compiling key governmental documents. | 2.10 |
| 09/27/07 | Salzberg | Research Montana Occupational Disease Act. | .40 |
| 09/27/07 | Sanner | Email correspondence with A. Klapper and with A. Salzberg re legislation (.1); review of legislation (.3). | .40 |
| 09/27/07 | Sanner | Review and analyze government materials (Vols. 109-115). | 4.50 |
| 09/27/07 | Sanner | Conference with J. Taylor-Payne re review and analysis of government materials. | .30 |
| 09/27/07 | Taylor-Payne | Continue review and organization of key governmental documents. | 2.40 |
| 09/28/07 | Sanner | Review and assess government materials (Vols. 108 through 116). | 4.20 |
| 09/28/07 | Sanner | Analyze government materials (4.0); conference with J. Taylor-Payne re same (.2). | .80 |
| 09/28/07 | Taylor-Payne | Continue review and organization of key governmental documents. | 3.10 |
| 09/29/07 | Sanner | Continue analysis and review of government materials. | 3.10 |

TOTAL HOURS    102.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 8.60 | at $ | 570.00 | = | 4,902.00 |
| Margaret L. Sanner | 76.60 | at $ | 425.00 | = | 32,555.00 |
| Jennifer L. Taylor-Payne | 16.60 | at $ | 185.00 | = | 3,071.00 |
| Anne L. Salzberg | 0.40 | at $ | 165.00 | = | 66.00 |

CURRENT FEES                                    40,594.00

172573 W. R. Grace & Co.                          Invoice Number  1614381
60035  Grand Jury Investigation                   Page    4
October 26, 2007

                                                        ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $40,594.00
                                                        ============