REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1614687
One Town Center Road                      Invoice Date        10/26/07
Boca Raton, FL   33486                    Client Number        172573

=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                              0.00
          Expenses                     39,503.28

                    TOTAL BALANCE DUE UPON RECEIPT     $39,503.28
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1614687
One Town Center Road                      Invoice Date      10/26/07
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

          IKON Copy Services                   137.10
          PACER                                 25.36
          Duplicating/Printing/Scanning        390.70
          Consulting Fees                    36,519.74
          Courier Service - Outside            101.87
          Lodging                            1,219.80
          Parking/Tolls/Other Transportation    29.25
          Air Travel Expense                   692.80
          Taxi Expense                          62.00
          Mileage Expense                       29.10
          Meal Expense                         291.01
          General Expense                        4.55

              CURRENT EXPENSES                39,503.28
                                            --------------

              TOTAL BALANCE DUE UPON RECEIPT    $39,503.28
                                            ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1614687
One Town Center Road                      Invoice Date    10/26/07
Boca Raton, FL    33486                   Client Number    172573
                                          Matter Number     60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/09/07 | PACER | 4.56 |
| 08/10/07 | PACER | 20.80 |
| 09/04/07 | Meal Expense - - Lunch for 9 for Reed Smith & K&E attorneys working on Omnibus Hrg. issues, 8/29/07. | 135.84 |
| 09/04/07 | Meal Expense - - Breakfast for 7 for Reed Smith/K&E attorneys preparing for Omnibus Hrg., 8/29/07. | 50.87 |
| 09/04/07 | Duplicating/Printing/Scanning ATTY # 0559: 11 COPIES | 1.10 |
| 09/04/07 | Duplicating/Printing/Scanning ATTY # 0559: 11 COPIES | 1.10 |
| 09/04/07 | Courier Service - Outside 206800 on 8/28/07 | 20.35 |
| 09/07/07 | Duplicating/Printing/Scanning ATTY # 7015: 18 COPIES | 1.80 |
| 09/10/07 | Duplicating/Printing/Scanning ATTY # 0710; 24 COPIES | 2.40 |
| 09/10/07 | Duplicating/Printing/Scanning ATTY # 0559; 6 COPIES | .60 |
| 09/11/07 | Duplicating/Printing/Scanning ATTY # 0559; 1384 COPIES | 138.40 |
| 09/11/07 | Duplicating/Printing/Scanning ATTY # 0559; 112 COPIES | 11.20 |

172573 W. R. Grace & Co.                          Invoice Number  1614687
60026  Litigation and Litigation Consulting        Page    2
October 26, 2007


| 09/12/07 | IKON Copy Services - - Service of monthly fee app. CNO. | 70.30 |
| 09/12/07 | IKON Copy Services - - Service of monthly fee app. CNO. | 66.80 |
| 09/12/07 | Duplicating/Printing/Scanning ATTY # 0710; 4 COPIES | .40 |
| 09/12/07 | Duplicating/Printing/Scanning ATTY # 0559: 24 COPIES | 2.40 |
| 09/12/07 | Duplicating/Printing/Scanning ATTY # 0559: 11 COPIES | 1.10 |
| 09/13/07 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .10 |
| 09/13/07 | Duplicating/Printing/Scanning ATTY # 0886; 64 COPIES | 6.40 |
| 09/13/07 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 09/13/07 | Duplicating/Printing/Scanning ATTY # 0559; 15 COPIES | 1.50 |
| 09/14/07 | Duplicating/Printing/Scanning ATTY # 0396: 6 COPIES | .60 |
| 09/14/07 | Duplicating/Printing/Scanning ATTY # 0396: 6 COPIES | .60 |
| 09/14/07 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Lawrence Flatley Reed Smith LLP - Pittsburgh to Meg M. Welsh Reed Smith LLP (PHILADELPHIA PA 19103). | 85.99 |
| 09/14/07 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from REED SMITH LLP Pittsburgh to Meg M. Welsh Reed Smith LLP (PHILADELPHIA PA 19103). | -4.47 |
| 09/20/07 | Duplicating/Printing/Scanning ATTY # 0886; 20 COPIES | 2.00 |
| 09/20/07 | Duplicating/Printing/Scanning ATTY # 7015; 175 COPIES | 17.50 |
| 09/20/07 | Duplicating/Printing/Scanning ATTY # 7015; 467 COPIES | 46.70 |

172573 W. R. Grace & Co.                    Invoice Number  1614687
60026  Litigation and Litigation Consulting   Page    3
October 26, 2007


| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 2 COPIES | .20 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 475 COPIES | 47.50 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 78 COPIES | 7.80 |
| 09/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 78 COPIES | 7.80 |
| 09/24/07 | Meal Expense - - VENDOR: LAWRENCE E. FLATLEY<br>ATTEND DEPOSITIONS 9/17-9/19/07 - - Two dinners<br>at hotel dining room during stay in PHL. | 104.30 |
| 09/24/07 | Lodging - - VENDOR: LAWRENCE E. FLATLEY ATTEND<br>DEPOSITIONS 9/17-9/19/07 - - Two nights' stay<br>at PHI Four Seasons hotel for witness meetings<br>in PHI (no other hotel vacancies in downtown<br>area) - - including room charge, state and<br>local room taxes. | 1219.80 |
| 09/24/07 | Air Travel Expense - - VENDOR: LAWRENCE E.<br>FLATLEY ATTEND DEPOSITIONS 9/17-9/19/07 - -<br>Airfare for trip to PHL. | 692.80 |
| 09/24/07 | Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY<br>ATTEND DEPOSITIONS 9/17-9/19/07 - - Taxi fare<br>from PHL airport to downtown and for return<br>trip to airport. | 62.00 |
| 09/24/07 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY<br>ATTEND DEPOSITIONS 9/17-9/19/07 - - Mileage<br>to/from PIT airport. | 29.10 |
| 09/24/07 | Parking/Tolls/Other Transportation - - VENDOR:<br>LAWRENCE E. FLATLEY ATTEND DEPOSITIONS<br>9/17-9/19/07 - -Parking at PIT airport during<br>trip to PHL. | 29.25 |
| 09/24/07 | General Expense - - VENDOR: LAWRENCE E. FLATLEY<br>ATTEND DEPOSITIONS 9/17-9/19/07 | 4.55 |
| 09/26/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 09/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0396; 550 COPIES | 55.00 |
| 09/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1614687
60026  Litigation and Litigation Consulting  Page    4
October 26, 2007
```

| 09/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 352 COPIES | 35.20 |
|---|---|---|
| 10/29/07 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - CONTINUED REVIEW OF DR. RODRICKS'<br>UPCOMING DEPOSITION - Expert consultant fees<br>for work on personal injury claims against W.R.<br>Grace for September, 2007 | 36519.74 |

```
                    CURRENT EXPENSES                39,503.28
                                                  ------------
                    TOTAL BALANCE DUE UPON RECEIPT   $39,503.28
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number     1614688
5400 Broken Sound Blvd., N.W.        Invoice Date      10/26/07
Boca Raton, FL 33487                 Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

     Fees                              0.00
     Expenses                        478.95

                 TOTAL BALANCE DUE UPON RECEIPT       $478.95
                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1614688
5400 Broken Sound Blvd., N.W.        Invoice Date       10/26/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

=======================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Telephone Expense                      2.20
         Duplicating/Printing/Scanning          4.10
         Parking/Tolls/Other Transportation     9.75
         Air Travel Expense                   232.80
         Taxi Expense                          59.00
         Mileage Expense                       29.10
         Telephone - Outside                  142.00

                    CURRENT EXPENSES                     478.95
                                                   -------------

               TOTAL BALANCE DUE UPON RECEIPT          $478.95
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number    1614688
5400 Broken Sound Blvd., N.W.        Invoice Date      10/26/07
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

==============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/05/07 | Telephone Expense<br>803-943-4444/HAMPTON, SC/8 | .40 |
| 09/06/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/13 | .65 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 2 COPIES | .20 |
| 09/07/07 | Telephone - Outside - - VENDOR: JAMES J.<br>RESTIVO, JR. COURT CONFERENCE CALL RE: CANADIAN<br>ZONOLITE 7/30/07 | 142.00 |
| 09/11/07 | Air Travel Expense - - VENDOR: LAWRENCE E.<br>FLATLEY MEETING WITH CLIENTS NYC 9/7/07 | 232.80 |
| 09/11/07 | Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY<br>MEETING WITH CLIENTS NYC 9/7/07 - - Taxi trips<br>in NYC from airport to office and office to<br>airport. | 59.00 |
| 09/11/07 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY<br>MEETING WITH CLIENTS NYC 9/7/07 - - Mileage for<br>trips to/from PIT airport. | 29.10 |
| 09/11/07 | Parking/Tolls/Other Transportation - - VENDOR:<br>LAWRENCE E. FLATLEY MEETING WITH CLIENTS NYC<br>9/7/07 - - Parking at PIT airport during trip<br>to NYC. | 9.75 |
| 09/11/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .20 |
| 09/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |

172573  W. R. Grace & Co.
60028  ZAI Science Trial
October 26, 2007

Invoice Number  1614688
Page    2

| | | |
|---|---|---:|
| 09/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 09/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 1.60 |
| 09/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 09/20/07 | Telephone Expense<br>561-362-1959/BOCA RATON, FL/3 | .15 |
| 09/20/07 | Telephone Expense<br>828-898-8565/BANNER ELK, NC/12 | .60 |
| 09/27/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .20 |

CURRENT EXPENSES                          478.95
                                      ------------
TOTAL BALANCE DUE UPON RECEIPT            $478.95
                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1614689
One Town Center Road                      Invoice Date        10/26/07
Boca Raton, FL    33486                   Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                0.00
         Expenses                        7,259.92

                        TOTAL BALANCE DUE UPON RECEIPT        $7,259.92
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1614689 |
| Invoice Date | 10/26/07 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 8.45 |
| PACER | 84.56 |
| Duplicating/Printing/Scanning | 876.10 |
| Lexis | 5.10 |
| Westlaw | 880.60 |
| Transcript Expense | 191.73 |
| Courier Service - Outside | 135.14 |
| Outside Duplicating | 4,155.41 |
| Parking/Tolls/Other Transportation | 5.00 |
| Taxi Expense | 6.00 |
| Mileage Expense | 45.67 |
| Meal Expense | 857.41 |
| General Expense | 8.75 |

CURRENT EXPENSES                     7,259.92
                                 -------------

TOTAL BALANCE DUE UPON RECEIPT       $7,259.92
                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1614689 |
| Invoice Date | 10/26/07 |
| Client Number | 172573 |
| Matter Number | 60033 |

======================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
            (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 08/17/07 | PACER | 10.56 |
| 08/21/07 | PACER | 1.04 |
| 08/21/07 | PACER | 18.00 |
| 08/28/07 | PACER | 7.44 |
| 08/30/07 | PACER | 47.52 |
| 08/31/07 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to DANIEL A. SPEIGHTS, SPEIGHTS & RUNYAN (HAMPTON SC 29924). | 11.48 |
| 09/03/07 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 09/04/07 | Meal Expense - - LUNCH FOR 4 WITNESSES, 2 ATTORNEYS AND SUPPORT DURING WITNESS PREPARATION MEETING IN PHL 8/7/07. | 227.93 |
| 09/04/07 | Telephone Expense 818-314-3401/VAN NUYS, CA/12 | .60 |
| 09/04/07 | Telephone Expense 404-876-8979/ATLANTA, GA/2 | .10 |
| 09/04/07 | Telephone Expense 310-829-9589/SNMN SNMN, CA/16 | .80 |
| 09/04/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/15 | .75 |

172573 W. R. Grace & Co.                           Invoice Number  1614689
60033  Claim Analysis Objection Resolution         Page    2
       & Estimation (Asbestos)
October 26, 2007

| | | |
|---|---|---:|
| 09/04/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 58 COPIES | 5.80 |
| 09/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 09/04/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 29 COPIES | 2.90 |
| 09/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 62 COPIES | 6.20 |
| 09/04/07 | Meal Expense - - BREAKFAST FOR K&E ATTORNEYS<br>AND 2 PARALEGALS DURING HEARING PREPARATION ON<br>8/1/07. | 85.18 |
| 09/04/07 | Meal Expense - - LUNCH FOR 5 K&E ATTORNEYS AND<br>2 PARALEGALS DURING HEARING PREPARATIONS ONS<br>8/1/07. | 115.18 |
| 09/04/07 | Meal Expense - - DINNER FOR 6 ATTORNEYS AND 2<br>PARALEGALS DURING HEARING PREPARATION ON<br>8/1/07. | 231.65 |
| 09/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 09/05/07 | General Expense - - VENDOR: THE BOX COMPANY.COM<br>5 STORAGE BOXES | 8.75 |
| 09/05/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .60 |
| 09/05/07 | Telephone Expense<br>312-345-1500/CHICAGO, IL/8 | .35 |
| 09/05/07 | Telephone Expense<br>404-495-0777/ATLANTA, GA/10 | .45 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 212 COPIES | 21.20 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 49 COPIES | 4.90 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 178 COPIES | 17.80 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 247 COPIES | 24.70 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 26, 2007

Invoice Number  1614689<br>Page    3

| Date | Description | Amount |
|---|---|---|
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 505 COPIES | 50.50 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 200 COPIES | 20.00 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 304 COPIES | 30.40 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 355 COPIES | 35.50 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 186 COPIES | 18.60 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 500 COPIES | 50.00 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 968 COPIES | 96.80 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 112 COPIES | 11.20 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.20 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 13 COPIES | 1.30 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 708 COPIES | 70.80 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 19 COPIES | 1.90 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 254 COPIES | 25.40 |
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 7029: 23 COPIES | 2.30 |

172573 W. R. Grace & Co.                          Invoice Number  1614689
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
October 26, 2007


09/05/07    Duplicating/Printing/Scanning                      2.10
            ATTY # 0559: 21 COPIES

09/05/07    Duplicating/Printing/Scanning                      4.00
            ATTY # 4195: 40 COPIES

09/05/07    Westlaw - - Legal research for cite-checking of  175.33
            Summary Judgment brief.

09/05/07    Westlaw - - Legal research for cite-checking of  705.27
            Summary Judgment brief.

09/05/07    Lexis - - Legal research for motions for           .96
            Summary Judgment.

09/05/07    Lexis - - Legal research for motions for          4.14
            Summary Judgment.

09/06/07    Telephone Expense                                  .10
            803-943-4444/HAMPTON, SC/2

09/06/07    Telephone Expense                                  .45
            561-362-1551/BOCA RATON, FL/9

09/06/07    Duplicating/Printing/Scanning                      6.60
            ATTY # 4810; 66 COPIES

09/06/07    Duplicating/Printing/Scanning                      .50
            ATTY # 4810; 5 COPIES

09/06/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0559; 2 COPIES

09/06/07    Duplicating/Printing/Scanning                      1.20
            ATTY # 0559; 12 COPIES

09/06/07    Duplicating/Printing/Scanning                      6.90
            ATTY # 0559; 69 COPIES

09/06/07    Duplicating/Printing/Scanning                      2.40
            ATTY # 4810; 24 COPIES

09/06/07    Duplicating/Printing/Scanning                      6.00
            ATTY # 8767; 60 COPIES

09/06/07    Duplicating/Printing/Scanning                      7.20
            ATTY # 4810; 72 COPIES

09/06/07    Duplicating/Printing/Scanning                      .10
            ATTY # 3928: 1 COPY

172573 W. R. Grace & Co.                    Invoice Number  1614689
60033  Claim Analysis Objection Resolution  Page   5
        & Estimation (Asbestos)
October 26, 2007


| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 21 COPIES | 2.10 |
| 09/06/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from REED SMITH LLP to<br>James E. O'Neill, Pachulski Stang Ziehl Jones<br>(WILMINGTON DE 19801). | 2.26 |
| 09/06/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from REED SMITH LLP to<br>James E. O'Neill, Pachulski Stang Ziehl Jones<br>(WILMINGTON DE 19801). | 7.57 |
| 09/06/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Sharon Ament Reed<br>Smith LLP - Pittsburgh to James E. O'Neill,<br>Pachulski Stang Ziehl Jones (WILMINGTON DE<br>19801). | 17.84 |
| 09/06/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Sharon Ament Reed<br>Smith LLP - Pittsburgh to James E. O'Neill,<br>Pachulski Stang Ziehl Jones (WILMINGTON DE<br>19801). | 21.56 |
| 09/06/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Sharon Ament Reed<br>Smith LLP - Pittsburgh to Daniel A. Speights,<br>Speights & Runyan (HAMPTON SC 29924). | 28.84 |
| 09/06/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Sharon Ament Reed<br>Smith LLP - Pittsburgh to Daniel A. Speights,<br>Speights & Runyan (HAMPTON SC 29924). | 36.08 |
| 09/06/07 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from  REED SMITH LLP to<br>Daniel A. Speights, Speights & Runyan (HAMPTON<br>SC 29924). | 9.51 |
| 09/07/07 | Telephone Expense<br>513-352-6790/CINCINNATI, OH/4 | .20 |
| 09/07/07 | Telephone Expense<br>510-693-4300/OKLD MN-PD, CA/10 | .50 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 42 COPIES | 4.20 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 26, 2007

Invoice Number  1614689
Page   6

| Date | Description | Amount |
|------|-------------|--------|
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 13 COPIES | 1.30 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 1 COPY | .10 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 8767; 2 COPIES | .20 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 90 COPIES | 9.00 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 149 COPIES | 14.90 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 09/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 38 COPIES | 3.80 |
| 09/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 1.80 |
| 09/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 40 COPIES | 4.00 |
| 09/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 40 COPIES | 4.00 |
| 09/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 09/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 09/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 09/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 09/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1614689
60033  Claim Analysis Objection Resolution        Page    7
       & Estimation (Asbestos)
October 26, 2007


09/09/07    Duplicating/Printing/Scanning                    4.00
            ATTY # 0559: 40 COPIES

09/09/07    Duplicating/Printing/Scanning                    3.80
            ATTY # 0559: 38 COPIES

09/09/07    Duplicating/Printing/Scanning                   15.20
            ATTY # 0559: 152 COPIES

09/10/07    Duplicating/Printing/Scanning                     .80
            ATTY # 0559; 8 COPIES

09/10/07    Duplicating/Printing/Scanning                     .40
            ATTY # 0559; 4 COPIES

09/10/07    Duplicating/Printing/Scanning                     .40
            ATTY # 0559: 4 COPIES

09/11/07    Taxi Expense - - VENDOR: MARGARET A. GARLITZ      6.00
            TRAVEL REQUIRED FOR OT TO PREPARE PD HEARING
            BINDERS 9/5/07

09/11/07    Mileage Expense - - VENDOR: MARGARET A. GARLITZ  13.66
            TRAVEL REQUIRED FOR OT TO PREPARE PD HEARING
            BINDERS 9/5/07

09/11/07    Parking/Tolls/Other Transportation - - VENDOR:    5.00
            MARGARET A. GARLITZ TRAVEL REQUIRED FOR OT TO
            PREPARE PD HEARING BINDERS 9/5/07

09/11/07    Meal Expense - - VENDOR: SHARON AMENT - -        56.98
            DINNER FOR 3 DURING OVERTIME TO PREPARE PD
            HEARING BINDERS FOR COURT.

09/11/07    Mileage Expense - - VENDOR: SHARON AMENT TRAVEL  32.01
            REQUIRED FOR OVERTIME TO PREPARE PD HEARING
            BINDERS

09/11/07    Duplicating/Printing/Scanning                   80.00
            ATTY # 0559; 800 COPIES

09/11/07    Duplicating/Printing/Scanning                     .90
            ATTY # 0559; 9 COPIES

09/11/07    Telephone Expense                                 .25
            410-531-9078/COLUMBIA, MD/5

09/11/07    Duplicating/Printing/Scanning                     .20
            ATTY # 0559: 2 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1614689
60033  Claim Analysis Objection Resolution        Page   8
       & Estimation (Asbestos)
October 26, 2007


| 09/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 09/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 09/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 09/13/07 | Duplicating/Printing/Scanning<br>ATTY # 2806; 125 COPIES | 12.50 |
| 09/14/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 21 COPIES | 2.10 |
| 09/17/07 | Duplicating/Printing/Scanning<br>ATTY # 2806; 1 COPY | .10 |
| 09/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 17 COPIES | 1.70 |
| 09/18/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/30 | 1.50 |
| 09/18/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .20 |
| 09/18/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 136 COPIES | 13.60 |
| 09/18/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 09/19/07 | Transcript Expense - - VENDOR: J&J COURT<br>TRANSCRIBERS, INC. - FED BANKRUPTCY CT 8/29<br>HEARING TRANSCRIPT | 191.73 |
| 09/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 09/19/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 09/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 180 COPIES | 18.00 |
| 09/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 324 COPIES | 32.40 |
| 09/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 662 COPIES | 66.20 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 26, 2007

Invoice Number  1614689
Page   9

| Date | Description | Amount |
|------|-------------|-------:|
| 09/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 57 COPIES | 5.70 |
| 09/20/07 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/5 | .20 |
| 09/20/07 | Telephone Expense<br>513-352-6790/CINCINNATI, OH/13 | .65 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 1.40 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 1.40 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | .70 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 09/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | .70 |
| 09/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .50 |
| 09/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 12 COPIES | 1.20 |
| 09/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 09/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 45 COPIES | 4.50 |
| 09/24/07 | Meal Expense - - LUNCH FOR 5 DURING<br>DEPOSITIONS. | 93.19 |

172573 W. R. Grace & Co.                          Invoice Number  1614689
60033  Claim Analysis Objection Resolution         Page  10
       & Estimation (Asbestos)
October 26, 2007


09/25/07   Outside Duplicating - - VENDOR: IKON OFFICE            4155.41
           SOLUTIONS, INC. - COPYING, TABS AND BINDERS
           FOR COURT'S CANADIAN CLAIMS HEARING BINDERS.

09/26/07   Duplicating/Printing/Scanning                            1.00
           ATTY # 0559; 10 COPIES

09/27/07   Telephone Expense                                         .75
           847-432-3517/HIGHLAND PK, IL/16

09/27/07   Duplicating/Printing/Scanning                            5.80
           ATTY # 0349; 58 COPIES

09/27/07   Duplicating/Printing/Scanning                             .80
           ATTY # 0559; 8 COPIES

09/30/07   Meal Expense - - VENDOR: REED SMITH TRANSFERS           12.00
           PANTRY ALLOCATION OF WATER, DRINKS OR SNACKS ON
           09/17/07 - - relating to depositions (2
           witnesses, 3 attorneys).

09/30/07   Meal Expense- VENDOR: REED SMITH TRANSFERS              15.00
           PANTRY ALLOCATION OF WATER, DRINKS OR SNACKS ON
           09/18/07 - - relating to depositions (2
           witnesses, 3 attorneys).

09/30/07   Meal Expense- VENDOR: REED SMITH TRANSFERS              15.00
           PANTRY ALLOCATION OF WATER, DRINKS OR SNACKS ON
           09/19/07 - - relating to depositions (2
           witnesses, 3 attorneys).

09/30/07   Meal Expense- VENDOR: REED SMITH TRANSFERS               5.30
           PANTRY ALLOCATION FOR LUNCH ON 09/21/07 - -
           relating to deposition preparation (1 witness
           and 2 attorneys).

                        CURRENT EXPENSES                        7,259.92
                                                               ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $7,259.92
                                                               ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1614690
One Town Center Road                    Invoice Date        10/26/07
Boca Raton, FL    33486                 Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                              0.00
        Expenses                        177.51

              TOTAL BALANCE DUE UPON RECEIPT        $177.51
                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


W.R. Grace & Co.                  Invoice Number     1614690
One Town Center Road              Invoice Date      10/26/07
Boca Raton, FL    33486           Client Number      172573
                                  Matter Number       60035


===============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning          119.90
        Courier Service - Outside               57.61

                    CURRENT EXPENSES                         177.51
                                                      -------------

            TOTAL BALANCE DUE UPON RECEIPT              $177.51
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1614690
One Town Center Road                      Invoice Date    10/26/07
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60035

==========================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    09/04/07   Duplicating/Printing/Scanning                   82.30
               ATTY # 5254; 823 COPIES

    09/04/07   Courier Service - Outside Courier Service -     20.37
               00843 UPS - Shipped from   to TONY KLAPPER REED
               SMITH LLP (WASHINGTON DC 20005).

    09/04/07   Courier Service - Outside Courier Service -     21.40
               00843 UPS - Shipped from   to TONY KLAPPER REED
               SMITH LLP (WASHINGTON DC 20005).

    09/04/07   Courier Service - Outside Courier Service -     15.84
               00843 UPS - Shipped from   to TONY KLAPPER REED
               SMITH LLP (WASHINGTON DC 20005).

    09/05/07   Duplicating/Printing/Scanning                     .40
               ATTY # 4995: 4 COPIES

    09/05/07   Duplicating/Printing/Scanning                     .40
               ATTY # 4995: 4 COPIES

    09/05/07   Duplicating/Printing/Scanning                     .50
               ATTY # 4995: 5 COPIES

    09/05/07   Duplicating/Printing/Scanning                     .40
               ATTY # 4995: 4 COPIES

    09/05/07   Duplicating/Printing/Scanning                     .20
               ATTY # 4995: 2 COPIES

    09/05/07   Duplicating/Printing/Scanning                     .20
               ATTY # 4995: 2 COPIES

    09/05/07   Duplicating/Printing/Scanning                     .40
               ATTY # 4995: 4 COPIES

```
172573 W. R. Grace & Co.                    Invoice Number  1614690
60035  Grand Jury Investigation             Page    2
October 26, 2007
```

| | | |
|---|---|---|
| 09/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 2 COPIES | .20 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 3 COPIES | .30 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 3 COPIES | .30 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 3 COPIES | .30 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 6 COPIES | .60 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 3 COPIES | .30 |
| 09/06/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 3 COPIES | .30 |
| 09/10/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 324 COPIES | 32.40 |
| 09/10/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 2 COPIES | .20 |
| 09/10/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 2 COPIES | .20 |

```
                        CURRENT EXPENSES              177.51
                                                 ------------
                 TOTAL BALANCE DUE UPON RECEIPT      $177.51
                                                 ============
```