**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF FILING
OF CERTIFICATE OF SERVICE (RELATED D.I. 17215)**

**PLEASE TAKE NOTICE,** that Campbell & Levine, LLC, hereby gives notice of the withdrawal without prejudice of its filing of the *Certificate of Service* related to the *Notice of Service of The Official Committee of Asbestos Personal Injury Claimants' Responses to Discovery Propounded by the Debtors* at Docket No. 17215, in the above captioned matter. This filing was entered in error, as the incorrect scanned image was filed. A corrected *Certificate of Service* will be filed to replace the one filed in error.

Dated: October 30, 2007

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900