**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 30, 2007, I caused a copy of the *Notice of Service of The Official Committee of Asbestos Personal Injury Claimants' Responses to Discovery Propounded by the Debtors* to be served upon the individuals on the attached service list, in the manner indicated.

          CAMPBELL & LEVINE, LLC

          */s/ Mark T. Hurford*
          Mark T. Hurford (No. 3299)
          800 N. King Street
          Suite 300
          Wilmington, DE 19801
          (302) 426-1900

Dated: October 30, 2007

{D0094602.1 }