# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

October 4, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1337300          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 32.70 hrs. at | $595.00 /hr. = | $19,456.50 |
| RW RILEY | PARTNER | 7.20 hrs. at | $480.00 /hr. = | $3,456.00 |
| WS KATCHEN | OF COUNSEL | 17.50 hrs. at | $650.00 /hr. = | $11,375.00 |
| ME HOFFMAN | ASSOCIATE | 0.50 hrs. at | $265.00 /hr. = | $132.50 |
| BA GRUPPO | PARALEGAL | 1.30 hrs. at | $235.00 /hr. = | $305.50 |
| EM O'BYRNE | PARALEGAL | 3.70 hrs. at | $180.00 /hr. = | $666.00 |
| AT ASH | LEGAL ASSISTANT | 3.50 hrs. at | $175.00 /hr. = | $612.50 |
| | | | | $36,004.00 |

DISBURSEMENTS
DINNER - LOCAL                          8.04
PRINTING & DUPLICATING                 40.35
TOTAL DISBURSEMENTS                              $48.39

BALANCE DUE THIS INVOICE                         $36,052.39

PREVIOUS BALANCE                                $114,079.57

TOTAL BALANCE DUE                               $150,131.96

Duane Morris
October 4, 2007
Page 2

File # K0248-00001                                      INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/4/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.10 | $18.00 |
| 9/5/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/6/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET FOR UPDATES AND FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 9/7/2007 | 003 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET, DOWNLOAD AND SEND TO W KATCHEN | 0.20 | $36.00 |
| 9/10/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FOR PAST THREE DAYS, FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/11/2007 | 003 | EM O'BYRNE | REVIEW DOCKET, DOWNLOAD AND FORWARD TO W KATCHEN | 0 20 | $36.00 |
| 9/12/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/13/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET, FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| 9/14/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; EMAIL TO W KATCHEN | 0.20 | $36 00 |
| 9/17/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/18/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/19/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/19/2007 | 003 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO OPTIMIZATION PLAN | 0.70 | $416.50 |
| 9/20/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; SCAN AND FORWARD TO W KATCHEN | 0.20 | $36 00 |
| 9/21/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD LISTING OF NEW FILINGS AND FORWARD TO W KATCHEN | 0 20 | $36.00 |
| 9/24/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FROM LAST FRIDAY FORWARD, SCAN AND EMAIL TO W KATCHEN PURSUANT TO HIS REQUEST | 0 20 | $36.00 |
| 9/25/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; EMAIL TO W KATCHEN PER HIS REQUEST | 0.20 | $36.00 |
| 9/26/2007 | 003 | EM O'BYRNE | REVIEW COURT DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0 20 | $36.00 |

Duane Morris
October 4, 2007
Page 3

File # K0248-00001                                          INVOICE #  1337300
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 9/27/2007 003 | EM O'BYRNE | REVIEW CASE DOCKET SHEET, DOWNLOAD NEW POSTINGS AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/28/2007 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD, SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | Code Total | 4.40 | $1,082.50 |

Duane Morris
October 4, 2007
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| 9/5/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK; (.1) | 0.10 | $65 00 |
| 9/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/7/2007 | 004 | WS KATCHEN | REVIEW CERTIFICATION OF COUNSEL, AND AMENDED ORDER - 71 CLAIMS (.2) | 0.20 | $130.00 |
| 9/7/2007 | 004 | WS KATCHEN | CONFERENCE WITH COMMITTEE MEMBERS. | 0.40 | $260 00 |
| 9/10/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L J KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| 9/11/2007 | 004 | RW RILEY | REVIEWING DOCKET AND MATTERS ON FOR SEPTEMBER OMNIBUS HEARING | 1 60 | $768 00 |

Duane Morris
October 4, 2007
Page 5

File # K0248-00001                                          INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/14/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/17/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/19/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
October 4, 2007
Page 6

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 9/28/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0 10 | $23.50 |
| | | | Code Total | 3.60 | $1,528.50 |

Duane Morris
October 4, 2007
Page 7

File # K0248-00001                                          INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/5/2007 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: SPEIGHTS & RUNYON CLAIMS | 0.10 | $59.50 |
| 9/6/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' SUPPLEMENTAL SUBMISSION IN FAVOR OF EXPUNGING CANADIAN PROPERTY DAMAGE CLAIMS AND UNDERLYING APPENDIX | 2.20 | $1,309.00 |
| 9/6/2007 | 005 | MR LASTOWSKI | REVIEW IRVINE EXPERT REPORT | 1.20 | $714.00 |
| 9/6/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS LIMITED OBJECTION TO OSHA PROTECTIVE ORDER | 0.10 | $59.50 |
| 9/7/2007 | 005 | WS KATCHEN | REVIEW EXPERT REPORT/APPENDIX - CANADIAN ASBESTOS LIMITATIONS | 1.10 | $715.00 |
| 9/11/2007 | 005 | MR LASTOWSKI | REVIEW LIMITED OBJECTIONS TO MOTION FOR APPOINTMENT OF EXAMINER | 1.20 | $714.00 |
| 9/11/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' APPELLATE DESIGNATIONS | 0.10 | $59.50 |
| 9/14/2007 | 005 | RW RILEY | REVIEWING DOCKET AND RECENTLY FILED MATTERS RELATED TO CLAIM ESTIMATION ISSUES INCLUDING CONSENT ORDER CONCERNING CONFIDENTIALITY OF DOCUMENTS AND PLAINTIFF'S RESPONSE TO DEBTOR'S THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS | 2.40 | $1,152.00 |
| 9/19/2007 | 005 | MR LASTOWSKI | REVIEW RULE 9019 MOTIONS RELATING TO SETTLEMENT OF ASBESTOS PROPERTY DAMAGE CLAIMS | 0.80 | $476.00 |
| 9/19/2007 | 005 | RW RILEY | REVIEWING VARIOUS 9019 MOTIONS RELATED TO ASBESTOS PROPERTY DAMAGE CLAIMANTS | 0.80 | $384.00 |
| 9/20/2007 | 005 | MR LASTOWSKI | REVIEW VALUATION ISSUES | 1.20 | $714.00 |
| 9/21/2007 | 005 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER ISSUES | 0.80 | $476.00 |
| 9/21/2007 | 005 | MR LASTOWSKI | REVIEW SETTLEMENT STATUS | 0.50 | $297.50 |
| 9/25/2007 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S APPELLATE BRIEF ON BEHALF OF CLAIMANTS' WHOSE CLAIMS WERE DISMISSED BY THE COURT'S ORDER DATED 4/17/07 | 0.70 | $416.50 |
| 9/26/2007 | 005 | MR LASTOWSKI | ANALYSIS OF COMMITTEE REBUTTAL REPORT | 2.20 | $1,309.00 |
| 9/26/2007 | 005 | MR LASTOWSKI | REVIEW CLAIM VALUATION ISSUES | 2.20 | $1,309.00 |

Duane Morris
October 4, 2007
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/26/2007 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVE'S REBUTTAL REPORT AND SUPPORTING MATERIALS | 2.40 | $1,428.00 |
| 9/26/2007 | 005 | MR LASTOWSKI | REVIEW ISSUES RELATING TO SERVICE OF EXPERT REPORTS | 0.20 | $119.00 |
| 9/26/2007 | 005 | RW RILEY | REVIEWING SUPPLEMENTAL EXPERT REPORT OF OF JENNIFER L. BIGGS; REVIEWING REBUTTAL EXPERT REPORT OF MARSHALL SHAPO; REVIEWING REBUTTAL EXPERT REPORT OF JACOB JACOBY; AND REVIEWING REBUTTAL/SUPPLEMENTAL EXPERT REPORTS OF JOSEPH RADECKI AND P.J. ERIC STALLARD; REVIEWING | 2.40 | $1,152.00 |
| 9/27/2007 | 005 | MR LASTOWSKI | REVIEW PARTIES' WITNESS DESIGNATIONS | 0.30 | $178.50 |
| 9/28/2007 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVE'S REBUTTAL EXPERT REPORTS | 2.60 | $1,547.00 |
| | | | Code Total | 25.50 | $14,589.00 |

Duane Morris
October 4, 2007
Page 9

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/5/2007 | 006 | WS KATCHEN | REVIEW COMMITTEE MEMO ON NON-ASBESTOS SETTLEMENT (FIREPROOFING PRODUCT) | 0.20 | $130.00 |
| | | | Code Total | 0.20 | $130.00 |

Duane Morris
October 4, 2007
Page 10

File # K0248-00001                                   INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/21/2007 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM ICI COUNSEL STEVEN BRYANT (LOCK, LIDDELL AND SATZ) RE: STATUS | 0.40 | $238.00 |
| 9/21/2007 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE STATUS | 0.40 | $238.00 |
| | | | Code Total | 0.80 | $476.00 |

Duane Morris
October 4, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/25/2007 | 012 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE DUANE MORRIS 25TH QUARTERLY APPLICATION. | 0.30 | $52.50 |
| | | | Code Total | 0.30 | $52.50 |

Duane Morris
October 4, 2007
Page 12

File # K0248-00001                                    INVOICE #  1337300
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/5/2007 | 013 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 75TH MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 9/12/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 41ST MONTHLY APPLICATION OF CAPSTONE. | 0.40 | $70.00 |
| 9/12/2007 | 013 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 13TH QUARTERLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 9/12/2007 | 013 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 24TH QUARTERLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 9/14/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 76TH MONTHLY APPLICATION OF STROOCK. | 0.50 | $87.50 |
| | | | Code Total | 1.80 | $315.00 |

Duane Morris
October 4, 2007
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/10/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 4.20 | $2,499.00 |
| 9/21/2007 | 015 | MR LASTOWSKI | REVIEW MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 24, 2006. | 2.50 | $1,487.50 |
| 9/24/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 3.20 | $1,904.00 |
| 9/27/2007 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 9/25/07 | 0.10 | $59.50 |
| | | | Code Total | 10.00 | $5,950.00 |

Duane Morris
October 4, 2007
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/25/2007 | 016 | MR LASTOWSKI | ANALYSIS OF VALUATION REPORTS | 2.20 | $1,309.00 |
| 9/25/2007 | 016 | MR LASTOWSKI | E-MAIL (2D) FROM K. PASQUALE RE: VALUATION REPORTS | 0.10 | $59.50 |
| | | | Code Total | 2.30 | $1,368.50 |

Duane Morris
October 4, 2007
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/11/2007 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH STROOCK (.2); AND TELEPHONE CONVERSATION WITH COMMITTEE MEMBER (.1) | 0.30 | $195.00 |
| 9/12/2007 | 025 | AT ASH | FINALIZE CERTIFICATION OF COUNSEL RE AGREED SUPPLEMENTAL ORDER, CONVERT TO PDF FORMAT AND E-FILE. | 0.50 | $87.50 |
| 9/20/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTIONS TO APPROVE PD SETTLEMENTS AND REVIEW BINDER FOR SEPTEMBER 26, 2007 MEETING (1.0); (I) ACADIA PARISH; (II) STATE OF ARKANSAS; (III) OREGON; (IV) ARIZONA; (V) SABIRE RIVER; (VI) CITY OF AMARILLO; AND (VII) BNC FORUM | 1.80 | $1,170.00 |
| 9/24/2007 | 025 | WS KATCHEN | ADDITIONAL PREPARATION FOR 9/26/07 COMMITTEE MEETING | 0.70 | $455.00 |
| 9/26/2007 | 025 | AT ASH | PREPARE FOR SERVICE OF REBUTTAL REPORT. | 0.60 | $105.00 |
| 9/26/2007 | 025 | AT ASH | PREPARATION OF NOTICE OF SERVICE OF REBUTTAL REPORT. | 0.30 | $52.50 |
| 9/26/2007 | 025 | ME HOFFMAN | ANALYSIS OF ISSUES WITH WSKATCHEN. | 0.20 | $53.00 |
| 9/26/2007 | 025 | WS KATCHEN | COMMITTEE MEETING OF KIRKLAND ELLIS (JAN BAER) (5.0); AND REVIEW CHAMBERS' REBUTTAL REPORT (1.4) | 6.40 | $4,160.00 |
| 9/27/2007 | 025 | WS KATCHEN | ADDITIONAL RESEARCH FOR EPA ISSUES (.9); DISCUSSION WITH STROOCK/EMAIL TO AND FROM STROOCK (.3); AND CONFERENCE WITH CAPSTONE (E. ORDWAY) REGARDING ABOVE (.2) | 1.40 | $910.00 |
| 9/28/2007 | 025 | ME HOFFMAN | OBTAIN COPY OF RECENT OPINION FOR WSKATCHEN. | 0.30 | $79.50 |
| | | | Code Total | 12.50 | $7,267.50 |

Duane Morris
October 4, 2007
Page 16

File # K0248-00001                                    INVOICE #  1337300
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/5/2007 | 027 | MR LASTOWSKI | REVIEW JULY MOR | 0.10 | $59.50 |
| | | | Code Total | 0.10 | $59.50 |

Duane Morris
October 4, 2007
Page 17

File # K0248-00001                                          INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/4/2007 | 029 | WS KATCHEN | EMAIL UPDATES - ATTENTION TO DISCOVERY REGARDING LIBBY. | 0.20 | $130.00 |
| 9/5/2007 | 029 | WS KATCHEN | REVIEW NOTICE OF APPEAL - LIBBY CLAIMANTS. | 0.10 | $65.00 |
| 9/8/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE EMAIL PROPOSED ORDER | 0.20 | $130.00 |
| 9/8/2007 | 029 | WS KATCHEN | REVIEWED DECISION APPEAL BRIEF - LATE CLAIMS ISSUES - SPEIGHTS & RUNYAN | 0.50 | $325.00 |
| 9/11/2007 | 029 | WS KATCHEN | REVIEW JOINT MOTION FOR PROTECTIVE ORDER | 0.30 | $195.00 |
| 9/11/2007 | 029 | WS KATCHEN | ANALYSIS        ISSUE FORM 346 BR 647 FOR VOTING PURPOSES (K. PASQUALE) | 0.80 | $520.00 |
| 9/11/2007 | 029 | WS KATCHEN | REVIEW MOTION FOR APPROVAL OF SETTLEMENT - PRUDENTIAL PD CLAIMS | 0.20 | $130.00 |
| 9/12/2007 | 029 | WS KATCHEN | REVIEW STIPULATION AND PROTECTIVE ORDER REGARDING CONGOLEUM CORP. (.1); REVIEW OF ASBESTOS COMMITTEE RESPONSE REGARDING (.1); REVIEW CORRESPONDENCE OF COUNSEL (.1); REVIEW OBJECTION ASBESTOS COMMITTEE ET AL TO JOINT MOTIONS NATIONAL INSTITUTE REGARDING PROTECTIVE ORDER (.1) | 0.40 | $260.00 |
| 9/14/2007 | 029 | WS KATCHEN | REVIEW WHY CLAIMANT'S OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.20 | $130.00 |
| 9/17/2007 | 029 | WS KATCHEN | REVIEW CAPSTONE FINANCIAL REPORT (.3); AND REVIEW ISSUES REVISED BY ACC (.2) | 0.50 | $325.00 |
| 9/19/2007 | 029 | WS KATCHEN | REVIEW FORMAN PERRY'S RESPONSE | 0.20 | $130.00 |
| 9/24/2007 | 029 | WS KATCHEN | REVIEW MOTION FOR AUTHORIZATION REGARDING "OPTIMIZATION PLAN" | 0.20 | $130.00 |
| 9/26/2007 | 029 | WS KATCHEN | RESEARCH LATEST OPINIONS - 502(E)(1)(B) & CERCLA (.7); AND EMAIL TO AND FROM STROOCK REGARDING STRATEGY MEMO (.3) | 1.00 | $650.00 |
| 9/26/2007 | 029 | WS KATCHEN | REVIEW ADDITIONAL RECORD ITEMS | 0.10 | $65.00 |
| | | | Code Total | 4.90 | $3,185.00 |

Duane Morris
October 4, 2007
Page 18

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1337300

|  | TOTAL SERVICES | 66.40 | $36,004.00 |
|---|---|---|---|

Duane Morris
October 4, 2007
Page 19

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/30/2007 | DINNER - LOCAL | | 8.04 |
| | | Total: | $8.04 |
| | | | |
| 9/30/2007 | PRINTING & DUPLICATING | | 40.35 |
| | | Total: | $40.35 |
| | | | |
| | TOTAL DISBURSEMENTS | | $48.39 |