# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: __W. R. Grace & Co., et al__
Debtor

Case No.  **01-01139** Jointly Administered
**Reporting Period:  September 2007**

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | | | See attached Attestation Form |
| Copies of bank statements | | | See attached Attestation Form |
| Cash disbursements journals | | | Not available |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Not available |
| Copies of Federal income tax returns filed during reporting period | | | None filed |
| Summary of Unpaid Postpetition Debts | MOR-4 | | See Note #4 |
| Listing of aged accounts payable | | | See Note #4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_Robert M. Tarola_
_____
Signature of Authorized Individual*

_29 October 2007_
_____
Date

Robert M. Tarola
_____
Printed Name of Authorized Individual

Senior Vice President and
Chief Financial Officer
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

**W. R. Grace & Co.**
**Monthly Financial Report**
**September 30, 2007**

## Table of Contents

Chart #

**Form MOR**

**Monthly Operating Report**
Schedule of Cash Receipts and Disbursements ............................................................ 1    MOR-1
       See attached
Bank Reconciliations ............................................................................................ 2    Attestation Form
Combining Statement of Operations - Filing Entities Only ...................................... 3    MOR-2
Combining Balance Sheet - Filing Entities Only ...................................................... 4    MOR-3
Status of Postpetition Taxes ................................................................................... 5    MOR-4
Accounts Receivable Reconciliation and Aging ....................................................... 6    MOR-5
Debtor Questionnaire ............................................................................................. 7    MOR-5

**Combined Chapter 11 Filing Entity Statements**
Combined Statement of Operations............................................................................ 8
Combined Functional Basis Statement of Cash Flows ................................................ 9
Combined Balance Sheet ....................................................................................... 10
Notes to Combined Financial Statements ................................................................ 11

       See attached
**Bank Statements**    Attestation Form

**Federal Income Tax Returns**    None filed

---

**Forward-Looking Information**

This monthly financial report contains forward-looking information that involves risks and uncertainties. For such information, Grace claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from the results predicted, and reported results should not be considered as a indication of future performance. Factors that could cause actual results to differ from those contained in the forward-looking information include those factors set forth in Grace's most recent Annual Report on Form 10-K and quarterly reports on Form 10-Q, which have been filed with the Securities Exchange Commission.

---

**Statement of Confidentiality**

The information contained in the monthly financial report contains confidential information of W. R. Grace & Co. and its subsidiaries (the "Confidential Information"). The Confidential Information has been prepared solely for information purposes and may not be disclosed to any person or entity or reproduced, disseminated or disclosed, in whole or in part, except to officers, directors, employees, and representatives of the recipient ("Representatives") or as required by applicable law or regulation. By receipt of the Confidential Information, each recipient agrees to (1) use the Confidential Information only to enhance its understanding of Grace and its businesses, and (2) inform its Representatives of the confidential nature of such information and direct them to treat such information in accordance with the terms. Each recipient agrees to be responsible for any breach of these provisions by any of its Representatives.

# Monthly Operating Report

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | JP Morgan Chase Disbursement 9101013572 | First Union Deposit Acct 2199500021812 | First Union Payroll 2079900003615 | Merrill Lynch Investment 2323735 | Bank of America Lockbox 8188700107 | JP Morgan Chase Holding 323223141 | JP Morgan Chase Concentration 16001257 |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 66,316 | $ 262,529 | $ - | $ 123,367,672 | $ 7,113 | $ 832,483 | $ 2,316,108 |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 1,681 | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | 338,376 | | 502,331 | | 3,792 | 2,755,542 |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | 14,009,331 |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 200,000 | | | 55,200,000 | | | 187,324,775 |
| MISCELLANEOUS | | | | | | | |
| **TOTAL RECEIPTS** | 200,000 | 338,376 | - | 55,702,331 | 1,681 | 3,792 | 204,089,647 |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | | | | |
| PAYROLL TAXES | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | 1,391,262 |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | 210,449 |
| TRANSFERS OUT - THIRD PARTIES | 208,893 | | | | | | 18,850,762 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | 593,106 | | 47,900,000 | | | 183,525,578 |
| MISCELLANEOUS | | 8 | | | | | |
| **TOTAL DISBURSEMENTS** | 208,893 | 593,114 | - | 47,900,000 | - | - | 203,978,051 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (8,893) | (254,738) | - | 7,802,331 | 1,681 | 3,792 | 111,596 |
| **CASH - END OF MONTH** | $ 57,424 | $ 7,791 | $ - | $ 131,170,003 | $ 8,794 | $ 836,275 | $ 2,427,704 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**September 2007**

| | Bank of America Lockbox 6188203114 | Banc of America Securities LLC 22330134 | First Union Concentration 2000000282172 | First Union Payroll 2079000018741 | First Union Petty Cash 2079000005600 | First Union Libby Medical 2079000065006 |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 1,099,587 | $ 70,792,139 | $ 10,283,682 | $ (70,811) | $ - | $ - |
| **RECEIPTS** | | | | | | |
| | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 49,266,360 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | 1,609,836 | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | |
| DIP BORROWINGS | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | 317,051 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | 6,187,100 | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 106,800,000 | 17,277,161 | | 103,461 |
| MISCELLANEOUS | | | | | | |
| **TOTAL RECEIPTS** | 57,063,296 | 317,051 | 106,800,000 | 17,277,161 | - | 103,461 |
| **DISBURSEMENTS** | | | | | | |
| | | | | | | |
| PAYROLL | | | | 11,790,620 | | |
| PAYROLL TAXES | | | | 5,621,587 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 62,462 | | | | | 103,461 |
| TRANSFERS OUT - NONFILING ENTITIES | 1,597,165 | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 55,255,454 | | 107,620,318 | | | |
| MISCELLANEOUS | | | 4,780 | | | |
| **TOTAL DISBURSEMENTS** | 56,915,081 | - | 107,625,098 | 17,412,207 | - | 103,461 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 148,216 | 317,051 | (825,098) | (135,047) | - | - |
| **CASH - END OF MONTH** | $ 1,247,803 | $ 71,109,191 | 9,458,584 | $ (205,858) | $ - | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | First Union Accts Payable 2079900005761 | First Union Payroll 2079900067554 | Wachovia Lockbox 1866-082635 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | SunTrust Payroll 00000141309 | PNC 4002641360 | Hibernia Nat'l Disbursement 101391210 | JP Morgan Chase Lockbox 304816494 |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ (5,410,626) | $ - | $ - | $ - | $ - | $ 45,246 | $ 24,196 | $ 10,000 | $ 700,608 |
| **RECEIPTS** | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | | | 33,900,247 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | | 25,183,178 |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | | | |
| DIP BORROWINGS | | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 44,402,770 | | | 1,229,183 | 44,607,743 | | | | |
| MISCELLANEOUS | | | | 22,657 | | | | | |
| TOTAL RECEIPTS | 44,402,770 | - | - | 1,251,840 | 44,607,743 | - | - | - | 59,083,425 |
| **DISBURSEMENTS** | | | | | | | | | |
| | | | | | | | | | |
| PAYROLL | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | (a) 43,661,952 | | | 1,251,840 | 44,189,824 | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | | | 35,995,616 |
| MISCELLANEOUS | | | | | 417,920 | | | | |
| TOTAL DISBURSEMENTS | 43,661,952 | - | - | 1,251,840 | 44,607,743 | - | - | - | 35,995,616 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 740,818 | - | - | - | 0 | | - | | 23,087,809 |
| CASH - END OF MONTH | $ (4,669,807) | $ - | $ - | $ - | $ - | $ 45,246 | $ 24,196 | $ 10,000 | $ 23,788,417 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

(a) These disbursements include Libby indictment, legal, and indemnification costs of $1,503,955.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | Allfirst Payroll 16298657 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125063172 | Banco Interam de Finanzas 007000107847 |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ - | $ - | $ 16,703 | $ 263,420 | $ - |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 30,366 | 274,499 | - |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | - | 21,031 | - |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | - | - | - |
| DIP BORROWINGS | | | - | - | - |
| TRANSFERS IN - THIRD PARTIES | | | 187,304 | 2,127 | - |
| TRANSFERS IN - NONFILING ENTITIES | | | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | - | - | - |
| MISCELLANEOUS | | | | | |
| **TOTAL RECEIPTS** | - | - | 217,671 | 297,656 | - |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | | 9,490 | - | - |
| PAYROLL TAXES | | | 37,926 | - | - |
| TRADE PAYABLES - THIRD PARTIES | | | - | 197,521 | - |
| TRADE PAYABLES - INTERCOMPANY | | | - | - | - |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | - | - | - |
| DIP PRINCIPAL REPAYMENTS | | | - | - | - |
| DIP INTEREST AND USAGE FEES | | | - | - | - |
| TRANSFERS OUT - THIRD PARTIES | | | 138,370 | 186,000 | - |
| TRANSFERS OUT - NONFILING ENTITIES | | | - | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | - | - | - |
| MISCELLANEOUS | | | 45,770 | 17,903 | - |
| **TOTAL DISBURSEMENTS** | - | - | 231,556 | 401,424 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | (13,885) | (103,767) | - |
| **CASH - END OF MONTH** | $ - | $ - | $ 2,818 | $ 159,652 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | Banco Interium de Finanzas 7000107707 | Banco Sudamer. Operating Acct 10220251 | Banco HSBC Operating Acct 10220260 | Cash in Transit | Cash on Hand | Other |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ - | $ - | $ 152,502 | $ (120) | $ 30,203 | $ (198,350) |
| **RECEIPTS** | | | | | | |
| | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | | 525,159 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | | - | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | - | | - | | | |
| DIP BORROWINGS | - | | - | | | |
| TRANSFERS IN - THIRD PARTIES | - | | - | 4,375,811 | | |
| TRANSFERS IN - NONFILING ENTITIES | - | | - | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | | - | | | |
| MISCELLANEOUS | | | | | | |
| TOTAL RECEIPTS | - | - | 525,159 | 4,375,811 | - | - |
| **DISBURSEMENTS** | | | | | | |
| | | | | | | |
| PAYROLL | - | | - | | | |
| PAYROLL TAXES | - | | - | | | |
| TRADE PAYABLES - THIRD PARTIES | - | | 643,206 | | | |
| TRADE PAYABLES - INTERCOMPANY | - | | - | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | - | | - | | | |
| DIP PRINCIPAL REPAYMENTS | - | | - | | | |
| DIP INTEREST AND USAGE FEES | - | | - | | | |
| TRANSFERS OUT - THIRD PARTIES | - | | - | | | |
| TRANSFERS OUT - NONFILING ENTITIES | - | | - | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | | - | | | |
| MISCELLANEOUS | - | | 8,058 | | | 58,440 |
| TOTAL DISBURSEMENTS | - | - | 651,264 | - | - | 58,440 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | (126,105) | 4,375,811 | - | (58,440) |
| CASH - END OF MONTH | $ - | $ - | $ 26,397 | $ 4,375,691 | $ 30,203 | $ (256,790) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**September 2007**

| | CURRENT MONTH | |
|---|---|---|
| | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $        204,590,600 | $                    - |
| **RECEIPTS** | | |
| | | |
| **ACCOUNTS RECEIVABLE - THIRD PARTIES** | 83,998,313 | |
| **ACCOUNTS RECEIVABLE - INTERCOMPANY** | 26,814,044 | |
| **ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI** | - | |
| **DIP BORROWINGS** | - | |
| **TRANSFERS IN - THIRD PARTIES** | 8,482,334 | |
| **TRANSFERS IN - NONFILING ENTITIES** | 20,196,431 | |
| **TRANSFERS IN - FILING ENTITY CASH ACCOUNTS** | 457,145,093 | |
| **MISCELLANEOUS** | 22,657 | |
| **TOTAL RECEIPTS** | 596,658,871 | - |
| **DISBURSEMENTS** | | |
| | | |
| **PAYROLL** | 11,800,110 | |
| **PAYROLL TAXES** | 5,659,513 | |
| **TRADE PAYABLES - THIRD PARTIES** | 91,335,604 | |
| **TRADE PAYABLES - INTERCOMPANY** | - | |
| **ACCOUNT SECURITIZATION** **PAYMENTS AS SERVICER FOR GRPI** | - | |
| **DIP PRINCIPAL REPAYMENTS** | - | |
| **DIP INTEREST AND USAGE FEES** | 210,449 | |
| **TRANSFERS OUT - THIRD PARTIES** | 19,549,948 | |
| **TRANSFERS OUT - NONFILING ENTITIES** | 1,597,165 | |
| **TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS** | 430,890,072 | |
| **MISCELLANEOUS** | 552,878 | |
| **TOTAL DISBURSEMENTS** | 561,595,739 | - |
| **NET CASH FLOW** **(RECEIPTS LESS DISBURSEMENTS)** | 35,063,132 | - |
| **CASH - END OF MONTH** | $        239,653,732 | $                    - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of certain other debtor entities, generally and
primarily those that are inactive and/or have no direct
employees. Such expenditures are generally de minimis
and could include professional fees, state registration fees,
business license fees and certain taxes.

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $           - | $           - | $           - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 21,325,578 | 21,325,578 | |
| TOTAL RECEIPTS | 21,325,578 | 21,325,578 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 21,325,578 | 21,325,578 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 21,325,578 | 21,325,578 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $           - | $           - | $           - |

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | JP Morgan Chase Depository/Wire 323863842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ - | $ (406,753) | $ - | $ (406,753) | $ - |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 2,287,677 | 260,146 | | 2,547,824 | |
| TOTAL RECEIPTS | 2,287,677 | 260,146 | - | 2,547,824 | - |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 401,370 | | 401,370 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 2,287,677 | | | 2,287,677 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 2,287,677 | 401,370 | - | 2,689,047 | |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | (141,224) | - | (141,224) | |
| **CASH - END OF MONTH** | $ - | $ (547,977) | $ - | $ (547,977) | $ - |

Darex Puerto Rico, Inc.

Schedule of Cash Receipts and Disbursements

MOR-1

September 2007

| | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 5,342,975 | $ - | $ - | $ - | $ 5,342,975 | $ - |
| **RECEIPTS** | | | | | | |
| | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 409,673 | | | | 409,673 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| DIP BORROWINGS | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 298,503 | | | | 298,503 | |
| **TOTAL RECEIPTS** | 708,176 | - | - | - | 708,176 | - |
| **DISBURSEMENTS** | | | | | | |
| | | | | | | |
| PAYROLL | 5,985 | | | | 5,985 | |
| PAYROLL TAXES | 2,307 | | | | 2,307 | |
| TRADE PAYABLES - THIRD PARTIES | 174,085 | | | | 174,085 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 298,503 | | | | 298,503 | |
| MISCELLANEOUS | | | | | - | |
| **TOTAL DISBURSEMENTS** | 480,880 | - | - | - | 480,880 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 227,296 | - | - | - | 227,296 | - |
| **CASH - END OF MONTH** | $ 5,570,271 | $ - | $ - | $ - | $ 5,570,271 | $ - |

Chart 1

Grace International Holdings

Schedule of Cash Receipts and Disbursements

MOR-1

September 2007

| | Grace International Holdings 323136524 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | 26,515,167 | 26,515,167 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | 26,515,167 | 26,515,167 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 26,515,167 | 26,515,167 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 26,515,167 | 26,515,167 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| **CASH - END OF MONTH** | $ - | $ - | $ - |

Chart 1

**CC Partners**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**September 2007**

| | First Union Deposit Acct 2199500031802 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | | - | - |
| CASH - END OF MONTH | $ - | $ - | $ - |

Chart 1

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | First National Bank of Montana 1049097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 46,439 | $ 46,439 | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| **TOTAL RECEIPTS** | - | - | |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| **TOTAL DISBURSEMENTS** | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| **CASH - END OF MONTH** | $ 46,439 | $ 46,439 | $ - |

Chart 1

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | Barclays Bank PLC | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $          - | $          - | $          - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | . | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|    TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|    TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
|    CASH - END OF MONTH | $          - | $          - | $          - |

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | Cash On Hand | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ 500 | $ 500 | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| **TOTAL RECEIPTS** | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| **TOTAL DISBURSEMENTS** | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| **CASH - END OF MONTH** | $ 500 | $ 500 | $ - |

Chart 1

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2007**

| | Miscellaneous | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $            - | $            - | $            - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| **TOTAL RECEIPTS** | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| **TOTAL DISBURSEMENTS** | - | - | |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| **CASH - END OF MONTH** | $            - | $            - | $            - |

September 30, 2007

Office of the United States Trustee

Subject: <u>Attestation Regarding Bank Account Reconciliations</u>

The debtor, W. R. Grace & Co, et al, hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements and copies of all account reconciliations.

The debtor has, on a timely basis, performed all bank account reconciliations in the ordinary course of business. Copies of bank account statements and reconciliations are available for inspection upon request by the United States Trustee's Office.

Name:     Robert M. Tarola
Position: Senior Vice President and
          Chief Financial Officer

Sworn to and Subscribed
before me on this
day of _____, 2007.

V. BRIDGET SARIKAS
NOTARY PUBLIC STATE OF MARYLAND
County of Montgomery
My Commission Expires February 1, 2011

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | W.R. Grace & Co. Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | LB Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $  83,002,009 | $         - | $         - | $         - | $         - | $         - | $         - | $         - | $         - |
| Net sales to non-filing entities | 38,231,085 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | (98,629) | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 883,457 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (7,666,766) | 4,589,399 | 610,758 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| | 114,351,156 | 4,589,399 | 610,758 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 57,575,395 | - | (1,118) | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 28,941,388 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | (110,468) | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 31,437,102 | - | (1,761) | - | - | 37,500 | - | - | - |
| Research and development expenses | 3,771,969 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 4,530,970 | - | 1,761 | - | - | - | - | - | - |
| Interest expense | 5,523,310 | - | - | - | - | - | - | - | - |
| Other expense (income), net | (1,250,829) | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net of interest income | 5,983,882 | - | - | - | - | - | - | - | - |
| | 130,418,836 | - | (1,118) | - | - | 37,500 | - | - | - |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | (16,067,680) | 4,589,399 | 611,876 | 19,173 | 845,233 | (37,500) | 2,602,915 | - | - |
| (Provision for) benefit from income taxes | 6,671,557 | (1,606,289) | (214,231) | (6,711) | (295,831) | 13,125 | (911,020) | (2,119) | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net (loss) income** | $  (9,396,123) | $ 2,983,110 | $   397,645 | $   12,462 | $  549,402 | $   (24,375) | $1,691,895 | $   (2,119) | $         - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

(a) Amount includes $1,446,997 of expenses for Grace's legal and indemnification costs related to the Libby indictment. $936,924 of this amount relates specifically to the indemnification costs of the seven current and former employees under indictment.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 497,668 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 698,037 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (1,301,982) | - | - | - | - | - | - | - | - |
| | (603,945) | 497,668 | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 268,519 | 5,664 | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 25,791 | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 62,322 | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 85,710 | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| Other expense (income), net | (824,893) | (19,311) | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net of interest income | - | - | - | - | - | - | - | - | - |
| | (824,893) | 423,032 | 5,664 | - | - | - | - | - | - |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | 220,947 | 74,636 | (5,664) | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 193,328 | (121,144) | 1,983 | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| Net (loss) income | $ 414,275 | $ (46,508) | $ (3,681) | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| Other expense (income), net | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net of interest income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net (loss) income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $         - | $         - | $         - | $         - | $         - | $         - | $         - | $         - | $         - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| Other expense (income), net | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net of interest income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net (loss) income** | $         - | $         - | $         - | $         - | $         - | $         - | $         - | $         - | $         - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| | - | - | - | | - | | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| Other expense (income), net | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net of interest income | - | - | - | - | - | - | - | - | - |
| | - | - | - | | - | | - | - | - |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | | - | | |
| (Provision for) benefit from income taxes | - | - | - | - | - | | - | | |
| Minority interest in income of subsidiary | - | - | - | - | - | | - | | |
| Equity in net income of non-filing entities | - | - | - | - | - | | - | | |
| **Net (loss) income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| Other expense (income), net | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net of interest income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net (loss) income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | 98,629 |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | 301,272 |
| | - | - | - | - | - | - | - | - | 399,900 |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | 84,677 |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| Other expense (income), net | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net of interest income | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | 84,677 |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | 315,224 |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| Net (loss) income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 315,224 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

*Chart 3*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2007**

| | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|
| Net sales to third parties | $ - | $ 83,499,678 |
| Net sales to non-filing entities | - | 38,231,085 |
| Net sales to filing entities | - | - |
| Interest and royalties from non-filing entities, net | - | 1,581,494 |
| Interest and royalties from filing entities, net | - | - |
| | - | 123,312,257 |
| Cost of goods sold to third parties | - | 59,148,459 |
| Cost of goods sold to non-filing entities | - | 28,941,388 |
| Cost of goods sold to filing entities | - | - |
| Selling, general and administrative expenses | - | 30,935,164 |
| Research and development expenses | - | 3,771,969 |
| Depreciation and amortization | - | 4,618,441 |
| Interest expense | - | 5,523,310 |
| Other expense (income), net | - | (2,095,033) |
| Chapter 11 reorganization expenses, net of interest income | - | 5,983,882 |
| | - | 136,827,580 |
| | | |
| (Loss) income before income taxes, minority interest and equity in net income of non-filing entities | - | (13,515,323) |
| (Provision for) benefit from income taxes | - | 3,722,647 |
| Minority interest in income of subsidiary | - | - |
| Equity in net income of non-filing entities | 18,925,836 | 18,925,836 |
| **Net (loss) income** | $ 18,925,836 | $ 9,133,160 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. Conn.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2007**

| | W. R. Grace & Co. Conn | W. R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 239,653,732 | $ - | $ (547,977) | $ - | $ - | $ - |
| Marketable securities | 26,000,000 | | | | | |
| Accounts and other receivables, net | 121,019,567 | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 390,629,871 | (368,809,581) | (28,273,266) | 12,877,002 | (69,841,192) | (12,119,944) |
| Inventories | 73,493,478 | | | | | |
| Deferred income taxes | 30,144,549 | | 479,114 | | | |
| Other current assets | 16,145,223 | | | | | |
| **Total Current Assets** | 897,086,419 | (368,809,581) | (28,342,129) | 12,877,002 | (69,841,192) | (12,119,944) |
| | | | | | | |
| Properties and equipment, net | 387,513,610 | - | 358,181 | - | - | - |
| Goodwill | 24,163,463 | - | | - | | |
| Cash value of company owned life insurance, net of policy loans | 93,466,734 | | | | | |
| Deferred income taxes | 1,031,572,686 | - | 20,608,227 | - | | |
| Asbestos-related insurance receivable | 500,000,000 | | | | | |
| Loans receivable from/(payable) to filing and non-filing entities, net | (1,808,400,393) | 1,039,990,903 | 111,706,559 | 5,684,289 | 246,398,829 | |
| Investment in filing and non-filing entities | 832,152,888 | 241,512,111 | | | | |
| Other assets | 56,504,183 | | | | | 1 |
| **Total Assets** | $ 2,014,059,590 | $ 912,693,432 | $ 104,330,837 | $ 18,561,290 | $ 176,557,637 | $ (12,119,943) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 66,952,405 | | 21,796 | | | |
| Income taxes payable | 775,576 | | | | | |
| Other current liabilities | 156,469,854 | | 7,196 | | | (210) |
| **Total Current Liabilities** | 224,197,834 | - | 28,991 | - | - | (210) |
| | | | | | | |
| Debt payable after one year | - | | | | | |
| Deferred income taxes | 316,967,144 | - | - | - | - | - |
| Minority interest in consolidated entities | 54,394,000 | - | - | - | - | |
| Other liabilities | 148,113,390 | | | | | |
| **Total Liabilities Not Subject to Compromise** | 743,672,369 | - | 28,991 | - | - | (210) |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 787,189,079 | | - | | - | |
| Accounts payable | 30,897,967 | | 656,146 | | | |
| Income taxes payable | (41,011,339) | 83,297,951 | (13,756,545) | 371,075 | 16,856,571 | (323,518) |
| Asbestos-related liability | 1,700,000,000 | | | | | |
| Other liabilities | 596,392,036 | | 60,249,546 | | | |
| **Total Liabilities Subject to Compromise** | 3,073,467,744 | 83,297,951 | 47,149,148 | 371,075 | 16,856,571 | (323,518) |
| **Total Liabilities** | 3,817,140,113 | 83,297,951 | 47,178,139 | 371,075 | 16,856,571 | (323,728) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | | | | | |
| Common stock | 83,968,960 | 816,070 | 12,223 | 1,000 | | 1,000 |
| Paid in capital | 142,809,878 | 424,755,993 | 9,724,449 | 34,052,467 | 56,011,577 | |
| (Accumulated deficit)/Retained earnings | (1,674,058,781) | 484,189,749 | 47,416,026 | (15,863,251) | 103,689,489 | (11,797,215) |
| Treasury stock, at cost | - | (80,366,430) | | | | |
| Accumulated other comprehensive (loss) income | (355,800,580) | 100 | - | - | - | |
| Deferred compensation trust | | 100 | | | | |
| **Total Shareholders' Equity (Deficit)** | (1,803,080,523) | 829,395,481 | 57,152,698 | 18,190,216 | 159,701,066 | (11,796,215) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,014,059,590 | $ 912,693,432 | $ 104,330,837 | $ 18,561,290 | $ 176,557,637 | $ (12,119,943) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2007**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 5,570,271 | $ - |
| Marketable securities | - | - | - | - | - | - |
| Accounts and other receivables, net | - | 102,045 | - | - | 2,024,717 | - |
| Receivables from/(payables to) filing and non-filing entities, net | (386,938,610) | 5,788,034 | 140,524,854 | (83,653,717) | 1,986,470 | (4,989,748) |
| Inventories | - | (0) | - | - | 134,255 | - |
| Deferred income taxes | - | 91,031 | - | - | 42,350 | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (386,938,610) | 5,981,110 | 140,524,854 | (83,653,717) | 9,758,063 | (4,989,748) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 643,468 | - |
| Goodwill | - | - | - | - | 1,256,948 | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | 583,469,663 | (3,289,422) | - | 41,270,584 | - | - |
| Investment in filing and non-filing entities | - | - | - | 58,669,464 | - | - |
| Other assets | - | 54,000 | - | - | 6,961,030 | - |
| **Total Assets** | $ 196,531,054 | $ 2,745,688 | $ 140,524,854 | $ 16,286,331 | $ 18,619,509 | $ (4,989,748) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | 27,433 | - | 934,563 | 1,073,523 | - |
| Income taxes payable | - | - | - | - | (775,308) | - |
| Other current liabilities | - | 357,377 | - | 13,446,408 | 200,571 | - |
| **Total Current Liabilities** | - | 384,809 | - | 14,380,971 | 498,786 | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | 0 | - | 3,522,839 | - | - |
| Minority interest in consolidated entities | - | - | - | - | - | - |
| Other liabilities | - | - | - | 1,243,361 | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 384,810 | - | 19,147,171 | 498,786 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | 133,907 | - |
| Income taxes payable | 51,927,640 | (981,358) | (150) | (14,548,210) | 1,179,425 | (340,136) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | 260,089 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 51,927,640 | (721,269) | (150) | (14,548,210) | 1,313,332 | (340,136) |
| **Total Liabilities** | 51,927,640 | (336,459) | (150) | 4,598,961 | 1,812,119 | (340,136) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | 112 | - | - | - | - | - |
| Common stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,287,410) | - | 25,358,993 | 61,845,489 | 13,074,177 | 274,606 |
| (Accumulated deficit)/Retained earnings | 173,869,711 | (496,434) | 115,166,011 | (94,391,903) | 3,732,213 | (4,924,418) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive (loss) income | - | 3,577,581 | - | 44,232,784 | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 144,603,414 | 3,082,148 | 140,525,004 | 11,687,370 | 16,807,390 | (4,649,612) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 196,531,054 | $ 2,745,688 | $ 140,524,854 | $ 16,286,331 | $ 18,619,509 | $ (4,989,748) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2007**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Marketable securities | - | - | - | - | - | - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,580) | - | (57,817,172) | (110) | (330) | (24,591) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,580) | - | (57,817,172) | (110) | (330) | (24,591) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,986,986 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Minority interest in consolidated entities | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (210) | - | - | (110) | (330) | (6,939) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (210) | - | - | (110) | (330) | (6,939) |
| **Total Liabilities** | (210) | - | - | (110) | (330) | (6,939) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | - | - | - | - | - |
| Common stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,493,925 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive (loss) income | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 55,993,925 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,986,986 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.