## EXHIBIT A

### W. R. Grace & Co., et al.
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on *De Minimis* Asset Sales July 1, 2007 through September 30, 2007

**Part I – Sales in excess of $25,000, but less than $250,000**

NONE

**Part II – Sales equal to or less than $25,000**

NONE

K&E 12176463.1