## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on Settlements of Certain Claims and Causes of Action
### July 1, 2007 through September 30, 2007

| U.S. Environmental Protection Agency Region 8 1595 Wynkoop Street Denver, CO 80202-1129 | W. R. Grace & Co.-Conn. 7500 Grace Drive Columbia, MD 21044 | Grace and the EPA entered into an administrative consent order, signed and effective on September 17, 2007, under which Grace will take responsibility and pay for a Superfund remedial investigation/ feasibility study for the former Libby vermiculite mine and environs to determine the current extent of contamination, if any, in that area and the best means for remediating any such contamination. No specific payment amount was specified in this administrative consent order. |
|---|---|---|
| Estate of Rosario Rapisardi, c/o James P. Rapisardi, Executor 2251 Township Line Road Logan Township, NJ | W. R. Grace & Co.-Conn. 7500 Grace Drive Columbia, MD 21044 | On April 1, 2003, the Estate of Rosario Rapisardi ("Rapisardi") filed Claim No. 15073 asserting a claim in the amount of $680,060.44 for alleged damages arising from property damage, reduction in value, and/or creation of a nuisance resulting in costs incurred by property owner. On August 28, 2007, Grace and Rapisardi entered into a stipulation resolving this claim, which stipulation was filed as part of the *Eighth Order Regarding Relief Sought in Debtors' Twentieth Omnibus Objection to Claims (Substantive)* at Docket No. 16697. Grace settled the claim by allowing Claim No. 15073 as an unsecured, prepetition, non-priority claim in the amount of $10,000. |

| State of Minnesota Office of the Attorney General Suite 900 445 Minnesota Street St. Paul, MN 55101-2127 | W. R. Grace & Co.-Conn. 7500 Grace Drive Columbia, MD 21044 | On March 28, 2003, the State of Minnesota filed Claim No. 9648 asserting a claim in the amount of $2.616 million for alleged liability for certain environmental contamination and clean-up costs with respect to the Western Minerals Processing Site in Minneapolis, MN. On April 24, 2007, the parties entered a stipulation which was filed as part of the *Thirteen Claim Settlement Notice* at Docket No. 15809. Grace settled the claim by allowing Claim No. 9648 as an unsecured, prepetition, non-priority claim in the amount of $360,000.[1] |
|---|---|---|
| Louisiana Department of Environmental Quality ("LDEQ") General Law Section Post Office Box 4302 Baton Rough, LA 70821-4302 | W. R. Grace & Co.-Conn. 7500 Grace Drive Columbia, MD 21044 | On October 15, 2002, the LDEQ filed Claim No. 2181, asserting a claim in the amount of $1,748, for annual monitoring and maintenance fees with respect to property located in Lake Charles, Louisiana, which was subsequently amended by Claim No. 13417, filed on March 31, 2003, reducing the claim amount to $1,478. On June 12, 2007, Grace entered into a stipulation with the LDEQ, which was filed with the court at Docket No. 16098. Grace settled the claim by allowing Claim No. 13417 as an unsecured, prepetition, non-priority claim in the amount of $1,478.[2] |

---

[1] This settlement was not disclosed in the Debtors' *Debtors' Twenty-Fourth Quarterly Report Of Settlements From April 1, 2007 Through June 30, 2007 In Accordance With That Certain Amended Order Authorizing And Approving An Omnibus Procedure For Settling Certain Claims And Causes Of Action Brought By Or Against The Debtors In A Judicial, Administrative, Arbitral Or Other Action Or Proceeding* [Docket No. 16440].

[2] This settlement was not disclosed in the Debtors' *Debtors' Twenty-Fourth Quarterly Report Of Settlements From April 1, 2007 Through June 30, 2007 In Accordance With That Certain Amended Order Authorizing And Approving An Omnibus Procedure For Settling Certain Claims And Causes Of Action Brought By Or Against The Debtors In A Judicial, Administrative, Arbitral Or Other Action Or Proceeding* [Docket No. 16440].