IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 OCT 30 AM 9: 41
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | Case No. 01-01139 (JFK) |
| | : | Jointly Administered |
| Debtors-in-possession. | : | |

## CERTIFICATE OF SERVICE

I, Alwyn H. Luckey, hereby certify that I caused a true and correct copy of the within Objections and Responses to Debtors' Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms to be sent as indicated on October 26, 2007 to:

    David M. Bernick, Esquire
    KIRKLAND & ELLIS LLP
    200 East Randolph Drive
    Chicago, IL 60601-6636

    Barbara M. Harding, Esquire
    KIRKLAND & ELLIS, LLP
    655 Fifteenth Street, NW
    Washington, DC 20005

    Respectfully submitted,

    LAW FIRM OF ALWYN H. LUCKEY, P.A.
    A Professional Association
    2016 Bienville Blvd.
    Post Office Box 724
    Ocean Springs, Mississippi 39566-0724
    Telephone: (228) 875-3175
    Facsimile:  (228) 872-4719
    Attorneys for Claimants

    By: ___/s/ Alwyn H. Luckey___
         ALWYN H. LUCKEY