# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 22, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTY-SECOND MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc:, CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/423239

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 26, 2007

Bill Number 10751

File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through September 30, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/04/07 | MTM | Review documents at Winthrop Square and various corporate directories re: product sales project for in-house counsel (3.4); email to in-house counsel re: same (.5); review standard interrogatory answers re: same (1.9). | 5.80 Hrs | $1,479.00 |
| 09/04/07 | ARA | Document control (1.3). Per telephone call from MTM, search for and obtain additional documents re: sales regions and plants (1.0); review same and discussion with MTM re: same (.5). Return WRG corporate directories to the repository (.2). | 3.00 Hrs | $330.00 |
| 09/05/07 | MTM | Work on product sales project for in-house counsel (.6); review memos of interviews and documents re: same (1.7); email to in-house counsel re: same (.3). | 2.60 Hrs | $663.00 |
| 09/05/07 | ARA | Quality control sales documents and return them to the production set (1.0). Per MTM's request, search for standard interrogatory answer binder (.4); discussion with MTM as to what was found (.2). | 1.60 Hrs | $176.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/06/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.4). | 0.60 Hrs | $177.00 |
| 09/06/07 | ARA | Quality control documents produced for review by criminal defense counsel. | 2.00 Hrs | $220.00 |
| 09/07/07 | ARA | Quality control documents produced for review by criminal defense counsel. | 4.60 Hrs | $506.00 |
| 09/10/07 | RAM | Telephone conference with in-house counsel re: expert's testimony (.1). Read selected transcripts of expert's testimony (.5); telephone conference with in-house counsel re: same (.1). | 0.70 Hrs | $206.50 |
| 09/10/07 | ARA | Search for and review expert depositions per RAM's request; produce depositions to RAM (2.8). Document control (.9). | 3.70 Hrs | $407.00 |
| 09/11/07 | RAM | Read selected documents filed in bankruptcy court (.3). Telephone conferences with in-house counsel re: sending transcripts of expert's testimony to K&E; advise in-house counsel this was done previously (.2); check transcripts to see where Grace is mentioned and email information to Kirkland & Ellis attorney (.5). | 1.00 Hrs | $295.00 |
| 09/11/07 | MTM | Conference with MB re: expert's depositions requested by K&E (.2); receipt and review of email from in-house counsel re: Grace materials in Boston (.2); review prior emails and notes re: same (1.5). | 1.90 Hrs | $484.50 |
| 09/14/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $59.00 |
| 09/20/07 | RAM | Read emails seeking information re: non-CPD company; note to MTM re: same. | 0.10 Hrs | $29.50 |
| 09/20/07 | MTM | Email from paralegal for criminal defense counsel re: personnel file (.1); review inventory and email response to her re: same (.2); receipt and review of email from in-house counsel re: non-CPD company asbestos products (.2); review attachment and locate source of information at Winthrop Square re: same (1.5); telephone call to in-house counsel re: same (.2); email documents to him re: same (.2). | 2.40 Hrs | $612.00 |
| 09/20/07 | ARA | Telephone call from MTM re: non-CPD company binder; search for and locate same for MTM's review. | 0.50 Hrs | $55.00 |
| 09/24/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (1.1). | 1.20 Hrs | $354.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/25/07 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $147.50 |
| | | TOTAL LEGAL SERVICES | | $6,201.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.30 Hrs | 295/hr | $1,268.50 |
| MATTHEW T. MURPHY | 12.70 Hrs | 255/hr | $3,238.50 |
| ANGELA R. ANDERSON | 15.40 Hrs | 110/hr | $1,694.00 |
| | 32.40 Hrs | | $6,201.00 |

TOTAL THIS BILL     $6,201.00

Page 3

Case 01-01139-AMC    Doc 17260-1    Filed 10/31/07    Page 6 of 11

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 26, 2007
Bill Number 10752
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through September 30, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/05/07 | RAM | Work on July fee application. | 0.20 Hrs | $59.00 |
| 09/06/07 | RAM | Work on July fee application. | 1.00 Hrs | $295.00 |
| 09/07/07 | RAM | Work on July fee application (.3). Send it to in-house counsels (.1). | 0.40 Hrs | $118.00 |
| 09/11/07 | RAM | Email from in-house counsel and telephone conference with second in-house counsel that July fee application may be filed (.1); finalize fee application (.2) and send it to Delaware counsel to file (.1). | 0.40 Hrs | $118.00 |
| 09/22/07 | RAM | Work on August fee application. | 0.30 Hrs | $88.50 |
| 09/25/07 | RAM | Work on August fee application. | 0.20 Hrs | $59.00 |
| | | TOTAL LEGAL SERVICES | | $737.50 |

Page 1

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.50 Hrs | 295/hr | $737.50 |
| | 2.50 Hrs | | $737.50 |
| | | TOTAL THIS BILL | $737.50 |

# **EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 26, 2007

Bill Number 10753
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through September 30, 2007

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/10/07 | To 655 Fifteenth St., Kirkland & Ellis LLP, Terrell Stansbury from Casner & Edwards on 08/13/07 by MTM. | 96.90 |
| | | $96.90 |

### OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 09/10/07 | MERRILL COMM - Copy set of product binders for K & E counsel (05/29/07). | 1,377.96 |
| 09/10/07 | MERRILL COMM -Libby personnel files (8/22/07). | 77.27 |
| | | $1,455.23 |

### PHOTOCOPYING

| | | |
|---|---|---|
| 09/06/07 | 5 copies at .10 per copy | 0.50 |
| 09/13/07 | 18 copies at .10 per copy | 1.80 |
| | | $2.30 |

### RENT REIMBURSEMENT

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2007

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 09/04/07 | Rent and utilities for document repository at One Winthrop Square - September 2007. | 12,203.91 |
| | | $12,203.91 |

MISCELLANEOUS

| | | |
|---|---|---|
| 09/11/07 | RECORDKEEPER ARCHIVE-Storage 9/01/07 through 9/30/07. | 402.60 |
| | | $402.60 |
| | TOTAL DISBURSEMENTS | $14,160.94 |
| | TOTAL THIS BILL | $14,160.94 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 26, 2007

Bill Number 10754
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through September 30, 2007

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/10/07 | To 919 North Market St, Pachulski Stang Ziehl Young, Patricia Cuniff from Casner & Edwards on 08/14/07 by RAM. | 21.39 |
| | | $21.39 |
| | TOTAL DISBURSEMENTS | $21.39 |
| | TOTAL THIS BILL | $21.39 |

Page 1