IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket Nos.: 16640, 17014 |
| | | 10/25/07 Agenda Item No. 6 |

**RELATED TO ADV. 01-771, DOC. NO. 87**

## ORDER REGARDING THE WITHDRAWAL OF PRETE MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND/OR THE PRELIMINARY INJUNCTION

Upon consideration of the Prete Motion for Relief from the Automatic Stay and/or the Preliminary Injunction (the "Motion") [Docket No. 16640], the Debtors' Objection to the Motion [Docket No. 17014], and counsel for Prete's decision to withdraw the Motion, as indicated by the Debtors, it is hereby:

ORDERED that the Motion shall be deemed withdrawn; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

**It is FURTHER ORDERED that counsel for movant shall immediately serve a copy of this Order on all parties in interest, including those in the adversary case, and shall file a certificate of service at the main case and in the adversary, linked to the proper document numbers.**

Dated: **Dated: 10/31/2007 16:08:18**, 2007

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E 12192304.1