IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |

### FEE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S FEE APPLICATION FOR THE PERIOD JULY 1, 2007 TO JULY 31, 2007

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 7/2/2007 | Mary Margaret Ratliff | 2.6 | Work with third party computer consultants and paraprofessional document analysts regarding current status of analysis of all documents produced in response to subpoenas issued by Debtors |
| 7/12/2007 | Justin Alderson | 2.5 | Continue to review status of subpoenas issued to and document productions received from third party screening companies and third party screening doctors and update memoranda regarding same |
| 7/13/2007 | Justin Alderson | 2.5 | Continue to review status of subpoenas issued to and document productions received from third party screening companies and third party screening doctors and update memoranda regarding same |
| 7/16/2007 | Mary Margaret Ratliff | 1.2 | Perform quality control evaluation on procedures for analyzing documents and materials produced to Debtors by third party screening companies and screening doctors |
| 7/20/2007 | Mary Margaret Ratliff | 1.0 | Work with oustide computer consultant regarding on-going maintenance of documents and materials produced to Debtors via third party subpoenas |
| 7/23/2007 | Mary Margaret Ratliff | 2.1 | Continue to perform routine quality control checks on the analysis of all documents and materials produced to Debtors by third party screening companies and doctors |
| 7/24/2007 | Mary Margaret Ratliff | 1.2 | Continue to perform routine quality control checks on the analysis of all documents and materials produced to Debtors by third party screening companies and doctors |
| 7/11/2007 | Justin Alderson | 1.3 | Continue to review current status of screening doctor and screening company document productions and update memoranda summarizing same |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|---|---|---|---|
| 7/12/2007 | Tanya Dearman | 0.2 | Telephone conference with attorney for screening company in Austin, Texas regarding production of materials pursuant to Debtors' subpoena |
| 7/13/2007 | Justin Alderson | 1.5 | Continue to review current status of screening doctor and screening company analysis and update memoranda regarding same |
| 7/16/2007 | Mary Margaret Ratliff | 1.3 | Work with document production team and document analysts on materials produced by third party screening company in Liberty, Texas on proper method for analyzing and reviewing certain electronic files |
| 7/17/2007 | Mary Margaret Ratliff | 1.4 | Continue to work with document production team and document analysts on materials produced by third party screening company in Liberty, Texas on proper method for analyzing and reviewing certain electronic files |
| 7/18/2007 | Mary Margaret Ratliff | 0.8 | Continue to work with document production team and document analysts on materials produced by third party screening company in Liberty, Texas on proper method for analyzing and reviewing certain electronic files |
| 7/19/2007 | Tanya Dearman | 0.2 | Review correspondence from attorney for third party screening company in Austin, Texas regarding subpoena and production of documents |
| 7/20/2007 | Tanya Dearman | 0.2 | Draft letter to attorney for third party screening company in Austin, Texas regarding subpoena and production of documents |
| 7/24/2007 | Mary Margaret Ratliff | 1.5 | Continue on-going negotiations with counsel for third party screening company in Austin, Texas regarding the production of documents and materials by same pursuant to Debtors' subpoena |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/25/2007 | Mary Margaret Ratliff | 0.8 | Continue on-going negotiations with counsel for third party screening company in Austin, Texas regarding the production of documents and materials by same pursuant to Debtors' subpoena |

**Matter 21 – Claims Analysis Objection and Resolution (Asbestos) - Fees**

### Analysis of Diagnostic Materials and Third Party Discovery

The following section details the work of the paraprofessionals-document analysts who read and analyze each item in the collection of over 1.5 million documents produced by asbestos screening companies and asbestos screening doctors pursuant to subpoenas in this action. During the applicable fee period, 15 paraprofessionals-document analysts completed 1942.8 hours of work reviewing these materials as they relate to the screening and diagnosis of the Debtor's asbestos claimants.

On a daily, weekly, and monthly basis, each paraprofessional conducts a detailed analysis of hundreds/thousands of documents relating to the diagnosis of Debtor's asbestos claimants. This work is typically summarized using the exact same time description for each analyst for every hour and day they spend on these efforts:

> Individual, detailed review and analysis of hundreds of records and documents, produced by various third party screening companies and screening doctors subpoenaed by client, in order to examine the screening and diagnosis of Debtors' asbestos claimants

To set forth each paraprofessional-document analyst's daily time entries with this same description would result in dozens of pages of repetitive time descriptions. Therefore, in the interest of economy, we have summarized for your convenience the hours worked by timekeeper by day for the July 1, 2007 through July 31, 2007 time period below. For each timekeeper and entry, the time description set forth above applies.

## Total Hours Worked by Day by Paraprofessionals-Document Analysts
## July 2007

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicator of Fraud |
|---|---|---|---|
| 7/2/2007 | Maya Dial | 4.5 | 1,500 |
| 7/2/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/2/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/2/2007 | Shelly McMillan | 7.2 | 2,400 |
| 7/2/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/2/2007 | Virginia Miller | 6.8 | 2,267 |
| 7/2/2007 | Regina Epps | 7.2 | 2,400 |
| 7/2/2007 | Kim Byrd | 6.9 | 2,300 |
| 7/2/2007 | Priscilla Hutton | 6.4 | 2,133 |
| 7/2/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/2/2007 | Esandra Crump | 7.0 | 2,333 |
| 7/2/2007 | Machandra Forest-Wilder | 8.0 | 2,667 |
| 7/2/2007 | Dante Toigo | 7.5 | 2,500 |
| 7/2/2007 | Ashley Ficklin | 7.4 | 2,467 |
| 7/2/2007 | Haley Peets | 7.5 | 2,500 |
| **Total for July 2, 2007** | | **107.4** | **35,800** |
| 7/3/2007 | Maya Dial | 4.8 | 1,600 |
| 7/3/2007 | Sheila Mays | 6.5 | 2,167 |
| 7/3/2007 | Tyler Sims | 6.0 | 2,000 |
| 7/3/2007 | Shelly McMillan | 3.3 | 1,100 |
| 7/3/2007 | Dana Mitchell | 5.5 | 1,833 |
| 7/3/2007 | Virginia Miller | 6.0 | 2,000 |
| 7/3/2007 | Regina Epps | 6.5 | 2,167 |
| 7/3/2007 | Kim Byrd | 5.7 | 1,900 |
| 7/3/2007 | Priscilla Hutton | 5.5 | 1,833 |
| 7/3/2007 | Shirley Gray | 8.5 | 2,833 |
| 7/3/2007 | Esandra Crump | 6.0 | 2,000 |
| 7/3/2007 | Machandra Forest-Wilder | 4.0 | 1,333 |
| 7/3/2007 | Dante Toigo | 6.5 | 2,167 |
| 7/3/2007 | Ashley Ficklin | 6.0 | 2,000 |
| 7/3/2007 | Haley Peets | 7.3 | 2,433 |
| **Total for July 3, 2007** | | **88.1** | **29,367** |
| 7/5/2007 | Maya Dial | 4.5 | 1,500 |
| 7/5/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/5/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/5/2007 | Shelly McMillan | 1.8 | 600 |
| 7/5/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/5/2007 | Virginia Miller | 7.2 | 2,400 |
| 7/5/2007 | Regina Epps | 7.3 | 2,433 |
| 7/5/2007 | Priscilla Hutton | 7.4 | 2,467 |
| 7/5/2007 | Machandra Forest-Wilder | 8.0 | 2,667 |
| 7/5/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/5/2007 | Ashley Ficklin | 7.4 | 2,467 |
| 7/5/2007 | Haley Peets | 7.5 | 2,500 |
| **Total for July 5, 2007** | | **81.1** | **27,033** |
| 7/6/2007 | Maya Dial | 5.1 | 1,700 |
| 7/6/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/6/2007 | Tyler Sims | 7.5 | 2,500 |

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicator of Fraud |
|---|---|---|---|
| 7/6/2007 | Shelly McMillan | 7.5 | 2,500 |
| 7/6/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/6/2007 | Virginia Miller | 7.3 | 2,433 |
| 7/6/2007 | Regina Epps | 7.3 | 2,433 |
| 7/6/2007 | Priscilla Hutton | 7.4 | 2,467 |
| 7/6/2007 | Machandra Forest-Wilder | 8.0 | 2,667 |
| 7/6/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/6/2007 | Haley Peets | 7.3 | 2,433 |
| | Total for July 6, 2007 | 79.9 | 26,633 |
| 7/9/2007 | Maya Dial | 2.8 | 933 |
| 7/9/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/9/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/9/2007 | Shelly McMillan | 6.3 | 2,100 |
| 7/9/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/9/2007 | Virginia Miller | 7.3 | 2,433 |
| 7/9/2007 | Regina Epps | 7.3 | 2,433 |
| 7/9/2007 | Kim Byrd | 6.7 | 2,233 |
| 7/9/2007 | Priscilla Hutton | 7.4 | 2,467 |
| 7/9/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/9/2007 | Machandra Forest-Wilder | 7.5 | 2,500 |
| 7/9/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/9/2007 | Ashley Ficklin | 7.4 | 2,467 |
| 7/9/2007 | Haley Peets | 7.2 | 2,400 |
| | Total for July 9, 2007 | 98.9 | 32,967 |
| 7/10/2007 | Maya Dial | 4.6 | 1,533 |
| 7/10/2007 | Sheila Mays | 5.5 | 1,833 |
| 7/10/2007 | Tyler Sims | 5.5 | 1,833 |
| 7/10/2007 | Dana Mitchell | 5.0 | 1,667 |
| 7/10/2007 | Virginia Miller | 5.4 | 1,800 |
| 7/10/2007 | Regina Epps | 5.2 | 1,733 |
| 7/10/2007 | Kim Byrd | 5.5 | 1,833 |
| 7/10/2007 | Priscilla Hutton | 2.5 | 833 |
| 7/10/2007 | Shirley Gray | 7.0 | 2,333 |
| 7/10/2007 | Machandra Forest-Wilder | 5.5 | 1,833 |
| 7/10/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/10/2007 | Ashley Ficklin | 5.5 | 1,833 |
| 7/10/2007 | Haley Peets | 5.5 | 1,833 |
| | Total for July 10, 2007 | 70.7 | 23,567 |
| 7/11/2007 | Maya Dial | 2.8 | 933 |
| 7/11/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/11/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/11/2007 | Shelly McMillan | 2.0 | 667 |
| 7/11/2007 | Dana Mitchell | 6.0 | 2,000 |
| 7/11/2007 | Virginia Miller | 6.0 | 2,000 |
| 7/11/2007 | Regina Epps | 7.2 | 2,400 |
| 7/11/2007 | Kim Byrd | 7.1 | 2,367 |
| 7/11/2007 | Priscilla Hutton | 6.4 | 2,133 |
| 7/11/2007 | Shirley Gray | 9.0 | 3,000 |

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicator of Fraud |
|---|---|---|---|
| 7/11/2007 | Machandra Forest-Wilder | 8.0 | 2,667 |
| 7/11/2007 | Dante Toigo | 6.0 | 2,000 |
| 7/11/2007 | Ashley Ficklin | 7.4 | 2,467 |
| 7/11/2007 | Haley Peets | 7.3 | 2,433 |
| | Total for July 11, 2007 | 90.2 | 30,067 |
| 7/12/2007 | Maya Dial | 5.9 | 1,967 |
| 7/12/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/12/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/12/2007 | Shelly McMillan | 6.9 | 2,300 |
| 7/12/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/12/2007 | Virginia Miller | 7.2 | 2,400 |
| 7/12/2007 | Regina Epps | 7.3 | 2,433 |
| 7/12/2007 | Kim Byrd | 7.3 | 2,433 |
| 7/12/2007 | Priscilla Hutton | 7.4 | 2,467 |
| 7/12/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/12/2007 | Machandra Forest-Wilder | 7.5 | 2,500 |
| 7/12/2007 | Dante Toigo | 7.5 | 2,500 |
| 7/12/2007 | Ashley Ficklin | 7.5 | 2,500 |
| 7/12/2007 | Haley Peets | 7.3 | 2,433 |
| | Total for July 12, 2007 | 102.8 | 34,267 |
| 7/13/2007 | Maya Dial | 6.3 | 2,100 |
| 7/13/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/13/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/13/2007 | Shelly McMillan | 4.0 | 1,333 |
| 7/13/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/13/2007 | Virginia Miller | 7.2 | 2,400 |
| 7/13/2007 | Regina Epps | 7.3 | 2,433 |
| 7/13/2007 | Kim Byrd | 7.5 | 2,500 |
| 7/13/2007 | Priscilla Hutton | 7.4 | 2,467 |
| 7/13/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/13/2007 | Machandra Forest-Wilder | 7.5 | 2,500 |
| 7/13/2007 | Dante Toigo | 7.5 | 2,500 |
| 7/13/2007 | Ashley Ficklin | 7.0 | 2,333 |
| 7/13/2007 | Haley Peets | 7.3 | 2,433 |
| | Total for July 13, 2007 | 100.0 | 33,333 |
| 7/16/2007 | Maya Dial | 7.1 | 2,367 |
| 7/16/2007 | Tyler Sims | 5.5 | 1,833 |
| 7/16/2007 | Shelly McMillan | 6.1 | 2,033 |
| 7/16/2007 | Dana Mitchell | 5.8 | 1,933 |
| 7/16/2007 | Virginia Miller | 5.0 | 1,667 |
| 7/16/2007 | Regina Epps | 6.0 | 2,000 |
| 7/16/2007 | Kim Byrd | 5.0 | 1,667 |
| 7/16/2007 | Priscilla Hutton | 6.0 | 2,000 |
| 7/16/2007 | Shirley Gray | 8.0 | 2,667 |
| 7/16/2007 | Machandra Forest-Wilder | 5.0 | 1,667 |
| 7/16/2007 | Dante Toigo | 4.0 | 1,333 |
| 7/16/2007 | Ashley Ficklin | 7.2 | 2,400 |
| 7/16/2007 | Haley Peets | 5.3 | 1,767 |

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicator of Fraud |
|---|---|---|---|
| | **Total for July 16, 2007** | **76.0** | **25,333** |
| 7/17/2007 | Maya Dial | 1.8 | 600 |
| 7/17/2007 | Tyler Sims | 6.3 | 2,100 |
| 7/17/2007 | Shelly McMillan | 7.1 | 2,367 |
| 7/17/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/17/2007 | Virginia Miller | 7.2 | 2,400 |
| 7/17/2007 | Regina Epps | 7.0 | 2,333 |
| 7/17/2007 | Kim Byrd | 7.0 | 2,333 |
| 7/17/2007 | Priscilla Hutton | 6.7 | 2,233 |
| 7/17/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/17/2007 | Esandra Crump | 6.5 | 2,167 |
| 7/17/2007 | Machandra Forest-Wilder | 7.0 | 2,333 |
| 7/17/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/17/2007 | Ashley Ficklin | 7.0 | 2,333 |
| 7/17/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 17, 2007** | **94.9** | **31,633** |
| 7/18/2007 | Maya Dial | 7.1 | 2,367 |
| 7/18/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/18/2007 | Shelly McMillan | 8.0 | 2,667 |
| 7/18/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/18/2007 | Virginia Miller | 7.2 | 2,400 |
| 7/18/2007 | Regina Epps | 7.2 | 2,400 |
| 7/18/2007 | Kim Byrd | 7.5 | 2,500 |
| 7/18/2007 | Priscilla Hutton | 6.7 | 2,233 |
| 7/18/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/18/2007 | Esandra Crump | 6.5 | 2,167 |
| 7/18/2007 | Machandra Forest-Wilder | 7.5 | 2,500 |
| 7/18/2007 | Dante Toigo | 9.0 | 3,000 |
| 7/18/2007 | Ashley Ficklin | 7.2 | 2,400 |
| 7/18/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 18, 2007** | **104.7** | **34,900** |
| 7/19/2007 | Maya Dial | 6.7 | 2,233 |
| 7/19/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/19/2007 | Shelly McMillan | 5.3 | 1,767 |
| 7/19/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/19/2007 | Virginia Miller | 7.5 | 2,500 |
| 7/19/2007 | Regina Epps | 7.2 | 2,400 |
| 7/19/2007 | Kim Byrd | 4.0 | 1,333 |
| 7/19/2007 | Priscilla Hutton | 6.0 | 2,000 |
| 7/19/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/19/2007 | Esandra Crump | 7.0 | 2,333 |
| 7/19/2007 | Machandra Forest-Wilder | 7.0 | 2,333 |
| 7/19/2007 | Dante Toigo | 9.0 | 3,000 |
| 7/19/2007 | Ashley Ficklin | 7.0 | 2,333 |
| 7/19/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 19, 2007** | **97.5** | **32,500** |
| 7/20/2007 | Maya Dial | 5.3 | 1,767 |
| 7/20/2007 | Tyler Sims | 7.5 | 2,500 |

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicator of Fraud |
|---|---|---|---|
| 7/20/2007 | Shelly McMillan | 7.0 | 2,333 |
| 7/20/2007 | Dana Mitchell | 4.5 | 1,500 |
| 7/20/2007 | Regina Epps | 7.2 | 2,400 |
| 7/20/2007 | Priscilla Hutton | 7.3 | 2,433 |
| 7/20/2007 | Esandra Crump | 6.0 | 2,000 |
| 7/20/2007 | Machandra Forest-Wilder | 8.0 | 2,667 |
| 7/20/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/20/2007 | Ashley Ficklin | 7.2 | 2,400 |
| | **Total for July 20, 2007** | **68.0** | **22,667** |
| 7/23/2007 | Maya Dial | 5.6 | 1,867 |
| 7/23/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/23/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/23/2007 | Shelly McMillan | 5.4 | 1,800 |
| 7/23/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/23/2007 | Regina Epps | 7.3 | 2,433 |
| 7/23/2007 | Priscilla Hutton | 7.0 | 2,333 |
| 7/23/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/23/2007 | Esandra Crump | 7.0 | 2,333 |
| 7/23/2007 | Machandra Forest-Wilder | 7.0 | 2,333 |
| 7/23/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/23/2007 | Ashley Ficklin | 7.3 | 2,433 |
| 7/23/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 23, 2007** | **92.9** | **30,967** |
| 7/24/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/24/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/24/2007 | Shelly McMillan | 7.5 | 2,500 |
| 7/24/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/24/2007 | Virginia Miller | 7.0 | 2,333 |
| 7/24/2007 | Regina Epps | 7.2 | 2,400 |
| 7/24/2007 | Kim Byrd | 7.0 | 2,333 |
| 7/24/2007 | Priscilla Hutton | 6.9 | 2,300 |
| 7/24/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/24/2007 | Esandra Crump | 7.0 | 2,333 |
| 7/24/2007 | Machandra Forest-Wilder | 7.0 | 2,333 |
| 7/24/2007 | Dante Toigo | 7.5 | 2,500 |
| 7/24/2007 | Ashley Ficklin | 7.0 | 2,333 |
| 7/24/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 24, 2007** | **102.4** | **34,133** |
| 7/25/2007 | Maya Dial | 3.4 | 1,133 |
| 7/25/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/25/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/25/2007 | Shelly McMillan | 9.0 | 3,000 |
| 7/25/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/25/2007 | Virginia Miller | 7.2 | 2,400 |
| 7/25/2007 | Regina Epps | 7.0 | 2,333 |
| 7/25/2007 | Kim Byrd | 7.0 | 2,333 |
| 7/25/2007 | Priscilla Hutton | 6.5 | 2,167 |
| 7/25/2007 | Shirley Gray | 9.0 | 3,000 |

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicator of Fraud |
|---|---|---|---|
| 7/25/2007 | Esandra Crump | 6.5 | 2,167 |
| 7/25/2007 | Machandra Forest-Wilder | 8.0 | 2,667 |
| 7/25/2007 | Ashley Ficklin | 7.3 | 2,433 |
| 7/25/2007 | Haley Peets | 7.2 | 2,400 |
| | **Total for July 25, 2007** | **100.1** | **33,367** |
| 7/26/2007 | Sheila Mays | 7.5 | 2,500 |
| 7/26/2007 | Tyler Sims | 7.5 | 2,500 |
| 7/26/2007 | Shelly McMillan | 6.8 | 2,267 |
| 7/26/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/26/2007 | Virginia Miller | 7.1 | 2,367 |
| 7/26/2007 | Regina Epps | 7.0 | 2,333 |
| 7/26/2007 | Kim Byrd | 7.0 | 2,333 |
| 7/26/2007 | Priscilla Hutton | 6.0 | 2,000 |
| 7/26/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/26/2007 | Esandra Crump | 6.5 | 2,167 |
| 7/26/2007 | Machandra Forest-Wilder | 7.0 | 2,333 |
| 7/26/2007 | Dante Toigo | 7.0 | 2,333 |
| 7/26/2007 | Ashley Ficklin | 7.2 | 2,400 |
| 7/26/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 26, 2007** | **99.9** | **33,300** |
| 7/27/2007 | Sheila Mays | 5.5 | 1,833 |
| 7/27/2007 | Tyler Sims | 5.5 | 1,833 |
| 7/27/2007 | Shelly McMillan | 8.0 | 2,667 |
| 7/27/2007 | Dana Mitchell | 5.5 | 1,833 |
| 7/27/2007 | Virginia Miller | 5.5 | 1,833 |
| 7/27/2007 | Regina Epps | 5.5 | 1,833 |
| 7/27/2007 | Kim Byrd | 5.0 | 1,667 |
| 7/27/2007 | Priscilla Hutton | 5.4 | 1,800 |
| 7/27/2007 | Shirley Gray | 7.0 | 2,333 |
| 7/27/2007 | Esandra Crump | 5.0 | 1,667 |
| 7/27/2007 | Machandra Forest-Wilder | 6.5 | 2,167 |
| 7/27/2007 | Dante Toigo | 5.5 | 1,833 |
| 7/27/2007 | Ashley Ficklin | 5.5 | 1,833 |
| 7/27/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 27, 2007** | **82.7** | **27,567** |
| 7/30/2007 | Maya Dial | 4.8 | 1,600 |
| 7/30/2007 | Sheila Mays | 7.0 | 2,333 |
| 7/30/2007 | Tyler Sims | 7.0 | 2,333 |
| 7/30/2007 | Shelly McMillan | 8.5 | 2,833 |
| 7/30/2007 | Dana Mitchell | 7.0 | 2,333 |
| 7/30/2007 | Virginia Miller | 7.0 | 2,333 |
| 7/30/2007 | Regina Epps | 7.0 | 2,333 |
| 7/30/2007 | Kim Byrd | 7.0 | 2,333 |
| 7/30/2007 | Priscilla Hutton | 6.5 | 2,167 |
| 7/30/2007 | Shirley Gray | 9.0 | 3,000 |
| 7/30/2007 | Esandra Crump | 6.5 | 2,167 |
| 7/30/2007 | Machandra Forest-Wilder | 6.5 | 2,167 |
| 7/30/2007 | Dante Toigo | 7.0 | 2,333 |

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicator of Fraud |
|---|---|---|---|
| 7/30/2007 | Ashley Ficklin | 7.0 | 2,333 |
| 7/30/2007 | Haley Peets | 7.3 | 2,433 |
| | **Total for July 30, 2007** | **105.1** | **35,033** |
| 7/31/2007 | Maya Dial | 6.8 | 2,267 |
| 7/31/2007 | Sheila Mays | 6.5 | 2,167 |
| 7/31/2007 | Tyler Sims | 6.5 | 2,167 |
| 7/31/2007 | Shelly McMillan | 2.7 | 900 |
| 7/31/2007 | Dana Mitchell | 6.5 | 2,167 |
| 7/31/2007 | Virginia Miller | 6.6 | 2,200 |
| 7/31/2007 | Regina Epps | 6.5 | 2,167 |
| 7/31/2007 | Kim Byrd | 7.0 | 2,333 |
| 7/31/2007 | Priscilla Hutton | 6.9 | 2,300 |
| 7/31/2007 | Shirley Gray | 8.5 | 2,833 |
| 7/31/2007 | Esandra Crump | 6.5 | 2,167 |
| 7/31/2007 | Machandra Forest-Wilder | 6.5 | 2,167 |
| 7/31/2007 | Dante Toigo | 8.0 | 2,667 |
| 7/31/2007 | Ashley Ficklin | 7.0 | 2,333 |
| 7/31/2007 | Haley Peets | 7.0 | 2,333 |
| | **Total for July 31, 2007** | **99.5** | **33,167** |

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| 7/5/2007 | Marcy Croft | 1.8 | Continue to prepare fee and expense exhibits to FPWKT Fee Application for Unirembursed Expenses and Fees in Excess of the OCP cap for May 2007 Fee Period |
| 7/9/2007 | Marcy Croft | 2.8 | Continue to draft FPWKT Fee Application for Unirembursed Expenses and Fees in Excess of the OCP cap for the May 2007 and June 2007 Fee Periods |
| 7/9/2007 | Ashley Calhoun | 6.5 | Continue to prepare fee and expense exhibits to FPWKT Fee Application for Unirembursed Expenses and Fees in Excess of the OCP cap for May 2007 and June 2007 Fee Periods |
| 7/11/2007 | Ashley Calhoun | 5.1 | Continue to prepare fee and expense exhibits to FPWKT Fee Application for Unirembursed Expenses and Fees in Excess of the OCP cap for May 2007 and June 2007 Fee Periods |
| 7/13/2007 | Ashley Calhoun | 4.6 | Begin draft of response to Fee Auditor's Initial Report relating to FPWKT's Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007 |
| 7/14/2007 | Ashley Calhoun | 0.8 | Continue to draft and prepare exhibits to FPWKT Fee Application for Unirembursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/16/2007 | Marcy Croft | 2.2 | Continue to revise response to Fee Auditor's Initial Report relating to FPWKT's Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007 |
| 7/16/2007 | Ashley Calhoun | 7.6 | Continue to draft and revise response to Fee Auditor's Initial Report relating to FPWKT's Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007 |

A-13

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 7/17/2007 | Marcy Croft | 4.1 | Continue to draft and revise responses to questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |
| 7/17/2007 | Marcy Croft | 0.9 | Continue to draft and revise the FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the May 2007 Fee Period |
| 7/17/2007 | Ashley Calhoun | 8.6 | Continue to draft and revise responses to questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |
| 7/18/2007 | Marcy Croft | 3.2 | Continue to draft and revise the FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the May 2007 Fee Period |
| 7/18/2007 | Ashley Calhoun | 4.8 | Continue to draft and revise exhibits to the FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the May 2007 Fee Period |
| 7/19/2007 | Marcy Croft | 2.7 | Continue to draft and revise responses to questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |
| 7/19/2007 | Marcy Croft | 1.9 | Continue to draft and revise FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/20/2007 | Marcy Croft | 4.9 | Continue to draft and revise responses to questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |
| 7/20/2007 | Ashley Calhoun | 8.7 | Begin to draft and revise responses to amended questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| 7/21/2007 | Ashley Calhoun | 2.2 | Continue to draft and revise responses to amended questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |
| 7/22/2007 | Ashley Calhoun | 1.8 | Continue to draft and revise responses to amended questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |
| 7/23/2007 | Marcy Croft | 7.7 | Continue to draft and revise responses to amended questions by Fee Auditor on FPWKT Fee Application for Excess Fees and Unreimbursed Expenses during the April 2006 to March 2007 fee periods |
| 7/24/2007 | Marcy Croft | 2.7 | Continue to draft FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/27/2007 | Amanda Summerlin | 1.1 | Revise and edit exhibits to FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/27/2007 | Amanda Summerlin | 0.3 | Revise and edit exhibits to FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/30/2007 | Marcy Croft | 6.7 | Continue to draft FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/30/2007 | Amanda Summerlin | 1.1 | Revise and edit exhibits to FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/31/2007 | Marcy Croft | 0.8 | Locate materials requested by the Fee Auditor as they relate to the FPWKT Fee Application Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007 |

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| 7/31/2007 | Marcy Croft | 6.4 | Continue to draft FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |
| 7/31/2007 | Amanda Summerlin | 0.3 | Follow up with co-counsel regarding FPWKT Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the June 2007 Fee Period |