## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.**[1] | ) | |
| | ) | **Case No. 01-01139 (JKF)** |
| Debtors. | ) | **(Jointly Administered)** |

## EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S
## FEE APPLICATION FOR THE PERIOD JULY 1, 2007 TO JULY 31, 2007

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT B

## Summary of FPWKT Expenses for All Matters

| Service Description | Amount |
|---|---|
| Computer Research/Internet | $1.92 |
| FPWKT Only Working Meals | $112.18 |
| Meeting Space for Deposition | $221.32 |
| Photocopies | $0.30 |
| Telephone | $1.31 |
| **TOTAL EXPENSES REQUESTED IN APPLICATION** | **$337.03** |

**Matter 21 - Claims Analysis, Objection and Resolution (Asbestos) - Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 7/9/2007 | Long Distance call from Jackson, MS to Texas | $0.90 |
| 7/10/2007 | Long Distance call from Jackson, MS to Washington, D.C. | $0.14 |
| 7/20/2007 | Telephone call from Jackson, MS to Pennsylvania | $0.27 |
| 7/11/2007 | Photocopies Requested by Attorney for Analysis of Documents Produced by Third Party | $0.30 |
| 7/11/2007 | FPWKT Only Working Meal, July 5, 2007 (4 Attorneys) | $109.29 |
| 7/18/2007 | Expenses incurred renting conference room for deposition of third party expert deposed on June 14, 2007 in Meridian, Mississippi | $221.32 |
| 7/19/2007 | FPWKT Only Working Meal, July 17, 2007 (1 Attorney) | $2.89 |
| 7/31/2007 | Expense incurred searching computer database | $1.92 |