IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF SERVICE OF RESPONSES OF THE FUTURE CLAIMANTS'
REPRESENTATIVE TO DEBTORS' SECOND SET OF INTERROGATORIES
AND FIRST SET OF DOCUMENT REQUESTS AND INTERROGATORIES

PLEASE TAKE NOTICE that on October 31, 2007, a true and correct copy of the following documents were served upon counsel on the attached service list, in the manner indicated:

1. *Response of the Future Claimants' Representative to the Second Set of Interrogatories Propounded by the Debtors*; and

2. *Response of the Future Claimants' Representative to the First Set of Document Requests and Interrogatories Propounded by the Debtors*

[SIGNATURE FOLLOWS ON NEXT PAGE]

Dated: November 1, 2007

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,*
*Future Claimants' Representative*

***(via electronic mail and overnight mail)***
Kirkland & Ellis LLP
Barbara Mack Harding
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
bharding@kirkland.com
Telephone: (202) 879-5000
*Counsel for the Debtors*

***(via electronic mail and First Class mail)***
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
mhurford@camlev.com
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

***(via electronic mail and First Class mail)***
Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Jay M. Sakalo
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
sbaena@bilzin.com
jsakalo@bilzin.com
*Counsel for the Official Committee of Asbestos
Property Damage Claimants*

***(via electronic mail and First Class mail)***
Stroock & Stroock & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
lkruger@stroock.com
kpasquale@stroock.com
*Counsel for the Official Committee of
Unsecured Creditors*

***(via electronic mail and First Class mail)***
Pachulski Stang Ziehl & Jones LLP
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
joneill@pszyjw.com
*Counsel for the Debtors*

***(via electronic mail and First Class mail)***
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000
NDF@Capdale.com
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

***(via electronic mail and First Class mail)***
Ferry, Joseph & Pearce, P.A.
Michael B. Joseph
Theodore J. Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone: (302) 575-1555
ttacconelli@ferryjoseph.com
*Counsel for the Official Committee of
Asbestos Property Damage Claimants*

***(via electronic mail and First Class mail)***
Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
mlastowski@duanemorris.com
rwriley@duanemorris.com
*Counsel for the Official Committee of
Unsecured Creditors*

3

*(via electronic mail and First Class mail)*
Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
pbentley@kramerlevin.com
ghorowitz@kramerlevin.com
gbecker@kramerlevin.com
*Counsel for the Official Committee of Equity Security Holders*

*(via electronic mail and First Class mail)*
Buchanan Ingersoll & Rooney, PC
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Teresa.currier@bipc.com
Telephone: (302) 552-4200
*Counsel for the Official Committee of Equity Security Holders*

*(via electronic mail and First Class mail)*
Daniel C. Cohen
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street, Suite 1605
Boston, MA 02110
Telephone: (617) 951-2505
cohn@cwg11.com
candon@cwg11.com
*Counsel for the Libby Claimants*

*(via electronic mail and First Class mail)*
Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
landis@lrclaw.com
*Counsel for the Libby Claimants*

*(via electronic mail)*
David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
david.klauder@usdoj.gov