## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| **In re:** | ) **Chapter 11** |
| | ) **Case No. 01-1139 (JKF)** |
| **W.R. GRACE & CO., et al.,** | ) **(Jointly Administered)** |
| | ) |
| **Debtors.** | ) |
| | ) |

### NOTICE OF SERVICE OF FUTURE CLAIMANTS' REPRESENTATIVE'S
### SECOND SET OF INTERROGATORIES DIRECTED TO THE DEBTORS

**PLEASE TAKE NOTICE** that on October 31, 2007, a true and correct copy of the *Future Claimants' Representative's Second Set of Interrogatories Directed to the Debtors* was served upon counsel on the attached service list via electronic mail.

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2007, a true and correct copy of the foregoing was served upon counsel on the attached service via First Class mail.

[SIGNATURE FOLLOWS ON NEXT PAGE]

Dated: November 1, 2007

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,*
*Future Claimants' Representative*

Kirkland & Ellis LLP
Barbara Mack Harding
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
bharding@kirkland.com
Telephone:  (202) 879-5000
*Counsel for the Debtors*

Pachulski Stang Ziehl & Jones LLP
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
Telephone:  (302) 652-4100
joneill@pszyjw.com
*Counsel for the Debtors*

Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 426-1900
mhurford@camlev.com
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
Telephone:  (202) 862-5000
NDF@Capdale.com
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Jay M. Sakalo
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  (305) 374-7580
sbaena@bilzin.com
jsakalo@bilzin.com
*Counsel for the Official Committee of Asbestos
Property Damage Claimants*

Ferry, Joseph & Pearce, P.A.
Michael B. Joseph
Theodore J. Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone:  (302) 575-1555
ttacconelli@ferryjoseph.com
*Counsel for the Official Committee of
Asbestos Property Damage Claimants*

Stroock & Stroock & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York  10038
Telephone:  (212) 806-5400
lkruger@stroock.com
kpasquale@stroock.com
*Counsel for the Official Committee of
Unsecured Creditors*

Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 657-4900
mlastowski@duanemorris.com
rwriley@duanemorris.com
*Counsel for the Official Committee of
Unsecured Creditors*

Kramer Levin Naftalis & Frankel LLP
Gregory Horowitz
Gary M. Becker
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
ghorowitz@kramerlevin.com
gbecker@kramerlevin.com
*Counsel for the Official Committee of Equity*
*Security Holders*

Buchanan Ingersoll & Rooney, PC
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware  19801
Teresa.currier@bipc.com
Telephone:  (302) 552-4200
*Counsel for the Official Committee of*
*Equity Security Holders*

Daniel C. Cohen
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street, Suite 1605
Boston, MA  02110
Telephone:  (617) 951-2505
cohn@cwg11.com
candon@cwg11.com
*Counsel for the Libby Claimants*

Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone:  (302) 467-4400
landis@lrclaw.com
*Counsel for the Libby Claimants*

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware  19801
david.klauder@usdoj.gov