# EXHIBIT A

## EXHIBIT A (i)
### Debtor Affiliates

Alltech Japan Company Limited
Alltech y Applied Science Para Mexico, SA de CV
Arral & Partners
Asian Food Investment Limited
Carbon Dioxide Slurry Systems LP
Colowyo Coal Company LP
Cormix Middle East LLC
Emerson & Cuming (Trading) Ltd.
Emerson & Cuming (UK) Ltd.
Emirates Chemicals LLC
GKA Company Limited
Grace GmbH & Co. KG
Grace Kriz
Grace Manufacturing Gmbh & Co KG
Grace Offshore Turnkey
Grace Produits de Construction SAS
Grace Trading (Shanghai) Co., Ltd.
Grace Yapi Kimyasallari Sanayi ve Ticaret AS
LC Service BV
Paramount Coal Company
W.R. Grace & Co. Employees Disaster Relief Foundation, Inc.
W.R. Grace Foundation, Inc.

**EXHIBIT A (ii)**
**Significant Equity Holders**

AQR Capital Management LLC
Ardsley Partners
Atticus Capital LP
Avenue Capital
Avenue Capital Group
Barclays Global Investors NA
Barclays Global Investors (UK) Ltd.
Bear Stearns Asset Management Inc.
BlackRock Investment Management LLC
Blue Ridge Capital
Brencourt Advisors LLC
California Public Employees' Retirement System (CalPERS)
Caxton Associates LLC
Citi Investment Research (US)
College Retirement Equities Fund
Credit Suisse Securities (USA) LLC
Delta Partners LLC
Deutsche Asset Management Americas
Duma Capital Management LP
Dune Capital Management LP
Endeavour Capital Advisors Inc.
Fortress Investment Group LLC
Freeman Associates Investment Management LLC
FrontPoint Partners LLC
Grantham Mayo Van Otterloo & Co. LLC
J.P. Morgan Investment Management Inc. (New York)
Keeley Asset Management Corp.
Lehman Brothers Inc.
Mellon Private Wealth Management
MLH Capital LLC
Morgan Stanley & Co. Inc.
Northern Trust Investments NA
Oceanwood Capital Management LLP
Oppenheimer Asset Management Inc.
Oppenheimer Funds Inc.
Peninsula Capital Partners LP
QVT Financial LP
Renaissance Technologies Corp.
Straus Capital Management LLC
Tiger Management LLC
Tocqueville Asset Management LP
Torray LLC
Tudor Investment Corp.
UBS O'Connor LLC
Vanguard Group Inc.
Wellington Management Co. LLP

## EXHIBIT A (iii)
## Rule 2002 Parties

Attorney General of the State of Georgia
Attorney General of the State of Minnesota
Attorney General of the State of Ohio
Aulgur, Robert T.
Beard, Christopher L.
Frese, William E.
Havins & Associates PC
Henderson, Paul D., PC
Kelly, Sheree L.
Linebarger Goggan Blair & Sampson LLP
Linebarger Heard Goggan Blair Pena & Sampson LLP
Loizides & Associates PC
Mendes & Mount LLP
Ogilvy Renault LLP
Shalome, Maurie
Treasurer/Tax Collector of San Diego County

## EXHIBIT A (iv)
## 21st, 22nd & 24th Omnibus Claims

Altura Energy Ltd
American 1st Credit Union
Ameritech Corporation
Armstrong World Industries Inc
Asbestos school litigation
BCL Capital
Bio-medical Applications of Indiana
Bio-medical Applications of Mississippi
Bio-medical Applications of Oklahoma
Bio-medical Applications of Rhode Island
Bio-medical Applications of South Carolina
Cambridge, City of
Cambridge, City of [MA]
Caterpillar Financial Services
Central Puget Sound Regional Transit Authority
Century Indemnity Company
Chwala, Jeffrey, Estate of
Circle Bar Ranch
Contrarian Capital Trade Claims LP
Cook County Treasurer [IL]
Copy Concepts Inc
CPI Packaging
Cryovac Chile Holdings LLC
Cryovac Far East Holdings LLC
Cryovac Inc & Certain Affiliates
Cryovac International Holdings Inc
Cryovac Leasing Corporation
Cryovac Poland Holdings Inc
Dallas County
Dallas, County of
Dell Receivables, LP
Department of Revenue, State of Missouri
Department of the Treasury
Douglas County Treasurer
Douglas County Treasurer [CO]
Fresenius Medical Care Holdings
Fresenius USA Inc.
GAF Corp G-I Holdings
Gallet Dreyer & Berkey LLP
General Electric Capital Corporation
General Motors Acceptance Corporation
Georgia Department of Revenue, State of
G-I Holdings

H.H. Holmes Testing Labs, Inc.
Hamilton County Delinquent Tax Office
Hearthside Residential Corp
Houston Independent School District
Houston ISD
ICI Americas Inc
Internal Revenue Service
IOS Capital
Jew, H. Anthony
Jew, Violet W.
Kennecott Colorado Coal Company
Kittl, Samantha
Knox County Trustee
Labvantage Solutions Inc
Labvantage Solutions Inc.
Maryland Casualty Company
Master Pumps & Equipment Corp
Michigan Department of Treasury Revenue Division
Montana Department of Environmental Quality, State of
National Medical Care
New York State Department of Taxation and Finance
NMC Homecare Inc
Occidental Permian Ltd
Omni Supply Inc
One Beacon America Insurance Company
Palazzo, Raphael J.
Poly Packaging Systems Inc
PolyPride Inc
Reflectix
Reliant Energy
Robertson-Ceco Corporation
Rothman, Paley
Ryder Shared Services Center
Samson Hydrocarbons Company
Sealed Air Corporation
Sealed Air Corporation US
Sealed Air LLC
Sealed Air Nevada Holdings Limited
Sealed Air Trucking Inc
Seaton Insurance Company
Shaffer Realty Nominee Trust
Shaffer, Irving
Shanklin Corp
Signal Landmark
Spartanburg County Tax Collector [SC]
Spotsylvania, County of, Virginia

Transcat
Travelers Casualty and Surety Company
Tyco Healthcare Group LP
Underwood Air Systems, Inc.
United Rentals (North America), Inc

# EXHIBIT A (v)

## Post Petition Third Party Motions

Anderson Memorial Hospital
Asbestos Claimants
Bayshore Community Hospital (NJ)
Children's Hospital of Pittsburgh of UPMC Health System (DeSoto Wing Only)
Continental Casualty Company
Iowa Department of Revenue
Jameson Memorial Hospital (PA)
LeBlanc & Waddell LLP
Libby Claimants
MMWR Cancer Firm
Prete, Roberta J.
Richards Packaging, Inc
Skarie, Ron
State of California, Department of General Services
State of New Jersey Department of Environmental Protection

## EXHIBIT A (vi)

### Parties with Interest

First National Bank [now an RBS subsidiary]

K&E 11989232.7