# EXHIBIT B

# EXHIBIT B

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| J.P. Morgan & Chase Co. | JP Morgan Asset Management | Current | Representation in matters unrelated to the Debtors |
| | J.P. Morgan LLC | Current | Representation in matters unrelated to the Debtors |
| General Motors | Nuvell Credit Corporation | Current | Representation in matters unrelated to the Debtors |
| | Capital Auto Receivables, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Wholesale Auto Receivables Corporation | Current | Representation in matters unrelated to the Debtors |
| | General Motors de Mexico | Current | Representation in matters unrelated to the Debtors |
| PGI Oriented Polymers [Polymer Group Inc.] | MatlinPatterson Global Advisors LLC | Current | Representation in matters unrelated to the Debtors |
| | MatlinPatterson Advisors Ltd. | Current | Representation in matters unrelated to the Debtors |
| General Electric | General Electric Capital Corporation | Current | Representation in matters unrelated to the Debtors |
| KPMG Legal | KPMG Bohlins AB | Current | Representation in matters unrelated to the Debtors |
| Bear, Stearns & Co. Inc. | David E. King | Current | Representation in matters unrelated to the Debtors |
| | Phillip M. Carpenter III | Current | Representation in matters unrelated to the Debtors |
| | Kurt W. Butenhoff | Current | Representation in matters unrelated to the Debtors |
| | Robert Juneja | Current | Representation in matters unrelated to the Debtors |
| | Bodil Arlander | Current | Representation in matters unrelated to the Debtors |
| National Casualty Co. of America | Nationwide Lloyds | Current | Representation in matters unrelated to the Debtors |
| | Scottsdale Insurance Company | Current | Representation in matters unrelated to the Debtors |
| | Scottsdale Indemnity Company | Current | Representation in matters unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| GTE Operations Support Inc. | Verizon Federal Inc. | Current | Representation in matters unrelated to the Debtors |
| GTE | Cellco Partnership | Current | Representation in matters unrelated to the Debtors |
| | Verizon Wireless Telecom Inc. | Current | Representation in matters unrelated to the Debtors |
| | Idearc Media Corp. | Current | Representation in matters unrelated to the Debtors |
| HSBC / Marine Midland | HSBC Investment Bank plc | Current | Representation in matters unrelated to the Debtors |
| | HSBC Securities, Inc. | Current | Representation in matters unrelated to the Debtors |
| | HSBC Bank, plc | Current | Representation in matters unrelated to the Debtors |
| Wachovia Bank N.A. | Wachovia Securities LLC | Current | Representation in matters unrelated to the Debtors |
| Monsanto Company | Channel Bio Corp. and Crow's Hybrid Corn Company | Current | Representation in matters unrelated to the Debtors |
| AON Risk Services | Aon Consulting, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Aon Risk Services, Inc. of Ohio | Current | Representation in matters unrelated to the Debtors |
| | Aon Special Risk Services, Inc. | Current | Representation in matters unrelated to the Debtors |
| | AON Risk Services Inc. of Illinois | Current | Representation in matters unrelated to the Debtors |
| | Aon Broker Services, Inc. | Current | Representation in matters unrelated to the Debtors |
| California Public Employees' Retirement System (CalPERS) | CenterPoint Properties Trust | Current | Representation in matters unrelated to the Debtors |
| Sempra Energy | Sempra Energy | Current | Representation in matters unrelated to the Debtors |
| CBS Corp. | CBS Operations, Inc. | Current | Representation in matters unrelated to the Debtors |
| Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP | Current | Representation in matters unrelated to the Debtors |

K&E 11989232.7

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| First National Bank | Citizens Financial Group, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Charter One Bank | Current | Representation in matters unrelated to the Debtors |
| | Royal Bank of Scotland | Current | Representation in matters unrelated to the Debtors |
| | Royal Bank of Scotland | Former | Representation in matters unrelated to the Debtors |
| Nomura | Nomura International plc | Current | Representation in matters unrelated to the Debtors |
| Avenue Capital | Avenue Capital Management II, L.P. | Current | Representation in matters unrelated to the Debtors |
| Avenue Capital Group | Avenue Capital Partners | Closed | Representation in matters unrelated to the Debtors |
| QVT Financial LP | QVT Financial LP | Current | Representation in matters unrelated to the Debtors |
| | QVT Associates GP LLC | Current | Representation in matters unrelated to the Debtors |
| | QVT Associates LP | Current | Representation in matters unrelated to the Debtors |
| | QVT Fund LP | Current | Representation in matters unrelated to the Debtors |
| | QVT Global LP | Current | Representation in matters unrelated to the Debtors |
| | QVT International LP | Current | Representation in matters unrelated to the Debtors |
| | QVT Overseas Ltd. | Current | Representation in matters unrelated to the Debtors |
| UBS O'Connor LLC | UBS Warburg | Current | Representation in matters unrelated to the Debtors |
| | UBS Financial Services, Inc. | Current | Representation in matters unrelated to the Debtors |
| | UBS Financial Services Incorporated of Puerto Rico | Current | Representation in matters unrelated to the Debtors |
| Freeman Associates Investment Management LLC | Freeman Associates Investment Management LLC | Current | Representation in matters unrelated to the Debtors |
| Fortress Investment Group LLC | Fortress Investment Group | Current | Representation in matters unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| | Fortress Credit Corporation | Current | Representation in matters unrelated to the Debtors |
| Atticus Capital LP | Atticus Capital LLC | Closed | Representation in matters unrelated to the Debtors |
| Lehman Brothers Inc | Lehman Brothers Merchant Banking Partners Inc. | Current | Representation in matters unrelated to the Debtors |
| | Lehman Brothers, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Neuberger Berman, LLC | Closed | Representation in matters unrelated to the Debtors |
| Oppenheimer Asset Management Inc. | Cibc - Oppenheimer | Closed | Representation in matters unrelated to the Debtors |
| Oppenheimer Funds Inc. | Oppenheimer & Co., Inc. | Current | Representation in matters unrelated to the Debtors |
| Tyco Healthcare Group LP | Tyco Electronics Logistics AG | Current | Representation in matters unrelated to the Debtors |
| | Tyco International Management Company | Current | Representation in matters unrelated to the Debtors |
| Ameritech Corporation | SBC Communications Inc. | Current | Representation in matters unrelated to the Debtors |
| | Cingular Wireless | Closed | Representation in matters unrelated to the Debtors |
| | BellSouth Corporation | Former | Representation in matters unrelated to the Debtors |
| | Ameritech Mobile Communications, Inc. | Closed | Representation in matters unrelated to the Debtors |
| Cook County Treasurer | Cook County Court Appointed Special Advocate | Former | Representation in matters unrelated to the Debtors |