
ATTORNEYS AT LAW

October 30, 2007

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   128374

FOR PROFESSIONAL SERVICES RENDERED
      THROUGH September 30, 2007

### CLIENT SUMMARY

BALANCE AS OF- **09/30/07**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $0.00 | $26,967.15 | $26,967.15 |
| 02 - Debtors' Business Operations - .15538 | $752.50 | $0.00 | $752.50 |
| 03 - Creditors Committee - .15539 | $10,270.00 | $0.00 | $10,270.00 |
| 07 - Applicant's Fee Application - .15543 | $2,612.00 | $0.00 | $2,612.00 |
| 08 - Hearings - .15544 | $7,187.00 | $0.00 | $7,187.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $24,982.00 | $0.00 | $24,982.00 |
| 10 - Travel - .15546 | $3,527.50 | $0.00 | $3,527.50 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) - .15548 | $0.00 | $0.00 | $0.00 |
| 18 - Plan & Disclosure Statement - .15554 | $9,257.50 | $0.00 | $9,257.50 |
| 27 - Litigation Consulting - .15563 | $0.00 | $0.00 | $0.00 |
| 30 - Fee Application of Others - .17781 | $407.00 | $0.00 | $407.00 |
| *Client Total* | *$58,995.50* | *$26,967.15* | *$85,962.65* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 31.50 | $650.00 | $20,475.00 |
| Flores, Luisa M | 6.00 | $190.00 | $1,140.00 |
| Sakalo, Jay M | 57.70 | $425.00 | $24,522.50 |
| Ortiz, Alicia C | 1.50 | $190.00 | $285.00 |
| Abreu, Jovan | 0.00 | $0.00 | $0.00 |
| Moon, James C | 0.00 | $0.00 | $0.00 |
| Snyder, Jeffrey I | 7.10 | $250.00 | $1,775.00 |
| Kramer, Matthew I | 28.20 | $350.00 | $9,870.00 |
| Testa Mehdipour, Nicole | 0.40 | $340.00 | $136.00 |
| Lazarus, Shanon | 4.80 | $165.00 | $792.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | | *$58,995.50* |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $4,250.80 |
| Court Reporter Charges | $12,211.28 |
| Fares, Mileage, Parking | $288.27 |
| Federal Express | $37.02 |
| Long Distance Telephone | $211.82 |
| Long Distance Telephone-Outside Services | $1,289.35 |
| Lodging | $653.99 |
| Meals | $97.84 |
| Miscellaneous Costs | $6,724.74 |
| Postage | $0.58 |
| Publication | $180.00 |
| Transcript of Deposition | $519.80 |
| Westlaw-Online Legal Research | $97.46 |
| Copies | $404.20 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$26,967.15* |
| *TOTAL BALANCE DUE THIS PERIOD* | *$85,962.65* |

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

PROFESSIONAL SERVICES                                                                $0.00

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 05/03/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 2-022-82125; DATE: 5/7/2007  -  Account# 1013-7196-4 | 10.27 |
| 05/03/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 2-022-82125; DATE: 5/7/2007  -  Account# 1013-7196-4 | 8.91 |
| 05/31/07 | Airfare Firm travel was cancelled - ticket to be used at a later date and charge will be transferred accordingly when ticket re-used - VENDOR: DINERS CLUB; INVOICE#: 04/26/07-05/29/07; DATE: 5/29/2007  -  Acct. #5306220025395504 | 435.60 |
| 05/31/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 2-073-85811; DATE: 10/4/2007  -  Account# 1013-7196-4 | 9.30 |
| 05/31/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 2-073-85811; DATE: 10/4/2007  -  Account# 1013-7196-4 | 8.54 |
| 07/30/07 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/27/07-08/28/07; DATE: 8/28/2007  -  Acct. #5306-2200-2539-5504 | 135.50 |
| 07/30/07 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/27/07-08/28/07; DATE: 8/28/2007  -  Acct. #5306-2200-2539-5504 | 142.00 |
| 07/30/07 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/27/07-08/28/07; DATE: 8/28/2007  -  Acct. #5306-2200-2539-5504 | 148.50 |
| 07/31/07 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 07/27/07-08/28/07; DATE: 8/28/2007  -  Acct. #5306-2200-2539-5504 | 1,627.70 |
| 08/02/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00999670; DATE: 8/31/2007  -  Account# 306300 | 17.66 |
| 08/05/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814337484; DATE: 9/1/2007  -  Account# 5306220025395504 | 59.62 |

| | | |
|---|---|---|
| 08/07/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00999670; DATE: 8/31/2007  -  Account# 306300 | 0.28 |
| 08/07/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814337484; DATE: 9/1/2007  -  Account# 5306220025395504 | 22.75 |
| 08/07/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814337484; DATE: 9/1/2007  -  Account# 5306220025395504 | 0.56 |
| 08/08/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814337484; DATE: 9/1/2007  -  Account# 5306220025395504 | 0.56 |
| 08/09/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00999670; DATE: 8/31/2007  -  Account# 306300 | 7.62 |
| 08/09/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00999670; DATE: 8/31/2007  -  Account# 306300 | 10.66 |
| 08/23/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00999670; DATE: 8/31/2007  -  Account# 306300 | 24.09 |
| 08/26/07 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 814337484; DATE: 9/1/2007  -  Account# 5306220025395504 | 13.97 |
| 08/29/07 | Meals Travel to Pittsburgh and Baltimore - VENDOR: Matthew Kramer; INVOICE#: MIK-08/30/07; DATE: 8/30/2007  -  Client - 15537 | 13.40 |
| 08/29/07 | Airfare Travel to Washington, DC - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 389.80 |
| 08/29/07 | Airfare Airfare exchange fee travel FTL/Washington/Pittsburgh (original ticket fare cost shown on previous entry $435.60) - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 135.00 |
| 08/30/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 00999670; DATE: 8/31/2007  -  Account# 306300 | 10.61 |
| 08/30/07 | Fares, Mileage, Parking Cab fares - Travel to Pittsburgh and Baltimore - VENDOR: Matthew Kramer; INVOICE#: MIK-08/30/07; DATE: 8/30/2007  -  Client - 15537 | 145.81 |
| 08/30/07 | Lodging Travel to Pittsburgh and Baltimore - VENDOR: Matthew Kramer; INVOICE#: MIK-08/30/07; DATE: 8/30/2007  -  Client - 15537 | 370.13 |

| | | |
|---|---|---:|
| 08/30/07 | Meals Travel to Pittsburgh and Baltimore - VENDOR: Matthew Kramer; INVOICE#: MIK-08/30/07; DATE: 8/30/2007 - Client - 15537 | 62.72 |
| 08/30/07 | Transcript of Deposition VENDOR: Gore Brothers Reporting & Video Co.; INVOICE#: 10102578; DATE: 9/12/2007 - Clients | 519.80 |
| 09/03/07 | Publication W.R. Grace Bankruptcy News Issue #'s 134-137 - VENDOR: Bankruptcy Creditors' Service, Inc.; INVOICE#: 09/03/2007WRGRACE; DATE: 9/3/2007 - Clients | 180.00 |
| 09/04/07 | Postage | 0.58 |
| 09/04/07 | Long Distance Telephone 1(214)698-3868; 2 Mins. | 2.38 |
| 09/05/07 | Long Distance Telephone 1(803)943-4444; 20 Mins. | 24.99 |
| 09/05/07 | Long Distance Telephone 1(212)686-5269; 1 Mins. | 1.19 |
| 09/06/07 | Long Distance Telephone 1(212)686-5269; 12 Mins. | 14.28 |
| 09/06/07 | Long Distance Telephone 1(803)943-4444; 13 Mins. | 16.66 |
| 09/06/07 | Long Distance Telephone 1(803)943-4444; 10 Mins. | 11.90 |
| 09/06/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01040629; DATE: 9/30/2007 - Account# 306300 | 35.58 |
| 09/07/07 | Long Distance Telephone 1(803)943-4444; 8 Mins. | 9.52 |
| 09/07/07 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 2.38 |
| 09/07/07 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 1.19 |
| 09/10/07 | Airfare Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/10/7; DATE: 9/10/2007 - Client - 15537 | 1,662.70 |
| 09/10/07 | Lodging Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/10/7; DATE: 9/10/2007 - Client - 15537 | 283.86 |
| 09/10/07 | Fares, Mileage, Parking Taxi fares - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/10/7; DATE: 9/10/2007 - Client - 15537 | 95.00 |
| 09/10/07 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/10/7; DATE: 9/10/2007 - Client - 15537 | 21.72 |
| 09/10/07 | Fares, Mileage, Parking Airport parking - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/10/7; DATE: 9/10/2007 - Client - 15537 | 30.00 |
| 09/10/07 | Fares, Mileage, Parking Travel to Airport - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/10/7; DATE: 9/10/2007 - Client - 15537 | 17.46 |
| 09/11/07 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 1.19 |
| 09/11/07 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 1.19 |
| 09/11/07 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 1.19 |
| 09/11/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007 - Acct. # | 77.00 |

| Date | Description | Amount |
|---|---|---|
| 09/11/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 83.50 |
| 09/11/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 83.50 |
| 09/11/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 90.00 |
| 09/12/07 | Long Distance Telephone 1(214)698-3868; 14 Mins. | 17.85 |
| 09/12/07 | Long Distance Telephone 1(843)727-6513; 5 Mins. | 5.95 |
| 09/13/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 25.00 |
| 09/14/07 | Long Distance Telephone 1(803)943-4444; 5 Mins. | 5.95 |
| 09/14/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01040629; DATE: 9/30/2007  -  Account# 306300 | 19.36 |
| 09/14/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064393; DATE: 10/5/2007  -  Clients | 1,538.07 |
| 09/17/07 | Long Distance Telephone 1(202)309-8513; 1 Mins. | 1.19 |
| 09/17/07 | Long Distance Telephone 1(202)339-8513; 2 Mins. | 2.38 |
| 09/17/07 | Long Distance Telephone 1(803)943-4444; 5 Mins. | 5.95 |
| 09/18/07 | Long Distance Telephone 1(202)339-8513; 3 Mins. | 3.57 |
| 09/18/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064387; DATE: 10/5/2007  -  Clients | 2,322.39 |
| 09/19/07 | Long Distance Telephone 1(310)437-1886; 6 Mins. | 8.33 |
| 09/19/07 | Long Distance Telephone 1(509)455-3978; 6 Mins. | 8.33 |
| 09/19/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064396; DATE: 10/5/2007  -  Clients | 2,193.92 |
| 09/19/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 103.00 |
| 09/19/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 103.00 |
| 09/19/07 | Long Distance Telephone-Outside Services COURT CALL - Conference call - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 109.50 |
| 09/20/07 | Long Distance Telephone 1(310)437-1886; 9 Mins. | 11.90 |
| 09/20/07 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 2.38 |
| 09/20/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01040629; DATE: 9/30/2007  -  Account# 306300 | 10.46 |

| | | |
|---|---|---|
| 09/21/07 | Long Distance Telephone 1(843)524-5708; 18 Mins. | 21.42 |
| 09/24/07 | Long Distance Telephone 1(202)973-9381; 1 Mins. | 1.19 |
| 09/24/07 | Long Distance Telephone 1(202)973-9381; 4 Mins. | 4.76 |
| 09/24/07 | Long Distance Telephone 1(212)813-1703; 8 Mins. | 9.52 |
| 09/26/07 | Long Distance Telephone 1(512)417-3961; 1 Mins. | 1.19 |
| 09/26/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064438; DATE: 10/11/2007  -  Clients | 2,927.00 |
| 09/27/07 | Long Distance Telephone 1(415)652-7349; 10 Mins. | 11.90 |
| 09/27/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01040629; DATE: 9/30/2007  -  Account# 306300 | 52.53 |
| 09/27/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064444; DATE: 10/15/2007  -  Clients | 3,229.90 |
| 09/30/07 | Miscellaneous Costs      Professional/Expert fees related to PD Estimation for September 2007 $6,724.74 | 6,724.74 |
| 09/04/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/05/07 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/05/07 | Copies 844 pgs @ 0.10/pg | 84.40 |
| 09/07/07 | Copies 632 pgs @ 0.10/pg | 63.20 |
| 09/19/07 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/26/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/17/07 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 09/14/07 | Copies 134 pgs @ 0.10/pg | 13.40 |
| 09/27/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/14/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/14/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/17/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/17/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/17/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/17/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/17/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 09/17/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/17/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/18/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/26/07 | Copies 81 pgs @ 0.10/pg | 8.10 |
| 09/26/07 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 09/26/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/26/07 | Copies 68 pgs @ 0.10/pg | 6.80 |
| 09/26/07 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 09/26/07 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 09/26/07 | Copies 8 pgs @ 0.10/pg | 0.80 |

| | | |
|---|---|---|
| 09/26/07 | Copies 86 pgs @ 0.10/pg | 8.60 |
| 09/26/07 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 09/26/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/26/07 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/26/07 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 09/26/07 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 09/26/07 | Copies 79 pgs @ 0.10/pg | 7.90 |
| 09/26/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/26/07 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/26/07 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 09/26/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/26/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/26/07 | Copies 356 pgs @ 0.10/pg | 35.60 |
| 09/26/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/26/07 | Copies 100 pgs @ 0.10/pg | 10.00 |
| 09/26/07 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 09/26/07 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 09/26/07 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 09/26/07 | Copies 86 pgs @ 0.10/pg | 8.60 |
| 09/19/07 | Copies 83 pgs @ 0.10/pg | 8.30 |
| 09/19/07 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 09/20/07 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/20/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/20/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/21/07 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 09/21/07 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 09/21/07 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/21/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/24/07 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 09/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/24/07 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 09/25/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/25/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/25/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/07/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/07/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/07/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/07/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/07/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/10/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/10/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/10/07 | Copies 15 pgs @ 0.10/pg | 1.50 |

| | | |
|---|---|---|
| 09/10/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/10/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/10/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/10/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/10/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/11/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/11/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/12/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/12/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/05/07 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/05/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/05/07 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/06/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/06/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/06/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/06/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/06/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/06/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/06/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/06/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/04/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/04/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/04/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/04/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/04/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/04/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/04/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/04/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/04/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/04/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/04/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/04/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/04/07 | Copies 33 pgs @ 0.10/pg | 3.30 |

**TOTAL COSTS ADVANCED** **$26,967.15**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $4,250.80 |
| Court Reporter Charges | $12,211.28 |
| Fares, Mileage, Parking | $288.27 |
| Federal Express | $37.02 |
| Long Distance Telephone | $211.82 |
| Long Distance Telephone-Outside Services | $1,289.35 |
| Lodging | $653.99 |
| Meals | $97.84 |
| Miscellaneous Costs | $6,724.74 |
| Postage | $0.58 |
| Publication | $180.00 |
| Transcript of Deposition | $519.80 |
| Westlaw-Online Legal Research | $97.46 |
| Copies | $404.20 |
| *TOTAL* | *$26,967.15* |

**CURRENT BALANCE DUE THIS MATTER**                    **$26,967.15**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 08/02/07 | SLB | 0.70 | 455.00 | Review report of D. Siegel's time (.2); review Watson Wyatt analysis (.5). |
| 09/24/07 | JMS | 0.70 | 297.50 | Telephone conference with G. Boyer regarding optimization motion (.3); prepare list of questions/issues thereon (.4). |

**PROFESSIONAL SERVICES** $752.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.70 | $650.00 | $455.00 |
| Sakalo, Jay M | 0.70 | $425.00 | $297.50 |
| *TOTAL* | *1.40* | | *$752.50* |

**CURRENT BALANCE DUE THIS MATTER** $752.50

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| 09/05/07 | SLB | 0.40 | 260.00 | Review miscellaneous correspondence including invoices of experts. |
|---|---|---|---|---|
| 09/06/07 | SLB | 2.10 | 1,365.00 | Prepare for and conduct committee meeting. |
| 09/06/07 | JMS | 0.50 | 212.50 | E-mail to Committee regarding committee call (.1); review agenda for 9/10 hearing and e-mail to Committee thereon (.3); e-mail with M. Dies thereon (.1). |
| 09/06/07 | JMS | 1.20 | 510.00 | Committee call. |
| 09/06/07 | MIK | 1.60 | 560.00 | Committee call and preparation for same. |
| 09/14/07 | SLB | 1.00 | 650.00 | Prepare for and conduct committee meeting (.8); telephone call to D. Speights regarding same (.2). |
| 09/14/07 | JMS | 1.00 | 425.00 | Prepare for and attend Committee call ( .8 ) and follow-up for same ( 0.2 ). |
| 09/14/07 | JMS | 0.10 | 42.50 | E-mail to Committee regarding call. |
| 09/17/07 | JMS | 0.30 | 127.50 | Review agenda and email to committee thereon. |
| 09/20/07 | SLB | 1.30 | 845.00 | Prepare for and conduct committee meeting (1.0); telephone call to E. Westbrook regarding next meeting (.2); email to E. Cabresa regarding same (.1). |
| 09/20/07 | JMS | 0.80 | 340.00 | Prepare for and attend committee call. |
| 09/20/07 | JIS | 0.70 | 175.00 | Prepare for, attend, and follow up to weekly committee call. |
| 09/20/07 | MIK | 0.50 | 175.00 | Committee call. |
| 09/21/07 | SLB | 0.50 | 325.00 | Email to T. Brandi and to E. Westbrook regarding October 4 meeting (.2); telephone call from and email to E. Westbrook regarding same (.3). |
| 09/27/07 | SLB | 2.50 | 1,625.00 | Prepare for and conduct creditors committee meeting. |
| 09/27/07 | JMS | 2.80 | 1,190.00 | Committee call (1.8); telephone conference with S. Baena to prepare and second telephone conference regarding follow up (1.0). |
| 09/27/07 | MIK | 2.30 | 805.00 | Interoffice conference with S. Baena regarding committee call (.5); attend committee call (1.8). |
| 09/28/07 | JMS | 1.50 | 637.50 | Analysis of by-laws, votins issues, and special meetings including e-mails and telephone conference with S. Baena thereon. |

**PROFESSIONAL SERVICES**                                                                                          **$10,270.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 7.80 | $650.00 | $5,070.00 |
| Sakalo, Jay M | 8.20 | $425.00 | $3,485.00 |
| Snyder, Jeffrey I | 0.70 | $250.00 | $175.00 |
| Kramer, Matthew I | 4.40 | $350.00 | $1,540.00 |
| *TOTAL* | *21.10* | | *$10,270.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                      **$10,270.00**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 09/04/07 | JMS | 2.30 | 977.50 | Work on response to Fee Auditor regarding 24th interim report. |
| 09/04/07 | MIK | 0.10 | 35.00 | Telephone call with J. Sakalo regarding fees. |
| 09/05/07 | JMS | 0.60 | 255.00 | Telephone conference with S. Bossay regarding response to 24th interim report (.1); draft supplemental response (.5). |
| 09/09/07 | JIS | 0.90 | 225.00 | Review and revise August 2007 prebill. |
| 09/10/07 | JIS | 0.30 | 75.00 | Attention to August prebill (0.2) and briefly confer with S. Lazarus in reference to same (0.1). |
| 09/10/07 | SL | 0.10 | 16.50 | Meet with J. Snyder regarding August prebill. |
| 09/12/07 | JMS | 0.70 | 297.50 | Telephone conference with and e-mail to W. Smith regarding supplemental response. |
| 09/13/07 | LMF | 0.60 | 114.00 | Review fee auditors' proposed spreadsheet of fees and costs and confirm accuracy via email. |
| 09/13/07 | JMS | 0.10 | 42.50 | E-mail from W. Smith regarding fee auditor report. |
| 09/14/07 | SLB | 0.40 | 260.00 | Review report of fee auditor and memo to J. Sakalo regarding same. |
| 09/17/07 | MIK | 0.30 | 105.00 | Review monthly invoices. |
| 09/18/07 | LMF | 0.40 | 76.00 | Review fee auditors' preliminary report and email confirmation of Bilzin's fees and costs. |
| 09/24/07 | LMF | 0.70 | 133.00 | Prepare August monthly statement, notice and summary and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                 **$2,612.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $650.00 | $260.00 |
| Sakalo, Jay M | 3.70 | $425.00 | $1,572.50 |
| Snyder, Jeffrey I | 1.20 | $250.00 | $300.00 |
| Kramer, Matthew I | 0.40 | $350.00 | $140.00 |
| Flores, Luisa M | 1.70 | $190.00 | $323.00 |
| Lazarus, Shanon | 0.10 | $165.00 | $16.50 |
| *TOTAL* | *7.50* | | *$2,612.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$2,612.00**

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| 09/04/07 | JMS | 0.30 | 127.50 | E-mail from S. Weiler regarding 8/29 transcript (.2); e-mail to Committee regarding change of hearing date (.1). |
|----------|-----|------|--------|---|
| 09/04/07 | SL | 0.30 | 49.50 | Analyze hearing transcript for J. Sakalo. |
| 09/06/07 | SLB | 0.10 | 65.00 | Attention to agenda for 9/10 hearing. |
| 09/06/07 | LMF | 0.90 | 171.00 | Arrange for telephone appearances at hearing for various parties and send confirmations via electronic mail. |
| 09/06/07 | JMS | 0.30 | 127.50 | Conference with S. Lazarus regarding hearing notebook (.3). |
| 09/06/07 | SL | 0.80 | 132.00 | Meet with J. Sakalo regarding documents for hearing binder (.2); analyze pleadings for hearing binder (.6) |
| 09/07/07 | SL | 0.70 | 115.50 | Review exhibits to pleadings for hearing binder for J. Sakalo. |
| 09/10/07 | SLB | 3.50 | 2,275.00 | Telephonic attendance at hearing on S.O.L. for Canadian claims. |
| 09/10/07 | JMS | 3.50 | 1,487.50 | Attend summary judgment hearing on Canadian PD claims. |
| 09/18/07 | LMF | 1.20 | 228.00 | Review agenda and make arrangements for all parties to attend hearing via telephone. |
| 09/18/07 | JMS | 0.60 | 255.00 | Email exchange with D. Speights, D. Cameron et al regarding 9/24 hearing and matters to be covered (.4); emails to E. Westbrook and D. Scott regarding 9/24 hearing (.2). |
| 09/19/07 | LMF | 0.40 | 76.00 | Arrange for additional parties to attend hearing by phone. |
| 09/19/07 | JMS | 0.30 | 127.50 | Emails with E. Westbrook regarding ZAI issues for hearing. |
| 09/24/07 | SLB | 1.50 | 975.00 | Telephonic attendance at omnibus hearing. |
| 09/24/07 | JMS | 1.80 | 765.00 | Prepare for and attend omnibus hearing. |
| 09/24/07 | MIK | 0.60 | 210.00 | Partially attend omnibus hearing. |

**PROFESSIONAL SERVICES**                                                                                        **$7,187.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Baena, Scott L | 5.10 | $650.00 | $3,315.00 |
| Sakalo, Jay M | 6.80 | $425.00 | $2,890.00 |
| Kramer, Matthew I | 0.60 | $350.00 | $210.00 |
| Flores, Luisa M | 2.50 | $190.00 | $475.00 |
| Lazarus, Shanon | 1.80 | $165.00 | $297.00 |
| *TOTAL* | *16.80* | | *$7,187.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    **$7,187.00**

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 09/05/07 | JMS | 1.00 | 425.00 | E-mail exchange with D. Speights regarding settlements (.3); conference with S. Lazarus regarding reconciliation of claims remaining and claims settled (.3); analysis of Prudential settlement (.4). |
|---|---|---|---|---|
| 09/05/07 | ACO | 1.00 | 190.00 | Analyze queries and reports for Claims Register database. |
| 09/05/07 | SL | 0.50 | 82.50 | Meet with J. Sakalo regarding additions to PD report (.3). email A. Ortiz regarding additional data reports (.2). |
| 09/06/07 | SLB | 0.10 | 65.00 | Attention to revised order on S&R expunged claims. |
| 09/06/07 | JMS | 0.40 | 170.00 | E-mails to D. Speights regarding Canada summary judgment hearing (.2); e-mails with S. Walsh regarding same (.2). |
| 09/07/07 | SLB | 0.20 | 130.00 | Interoffice conference with J. Sakalo regarding supplemental brief regarding S&R claims. |
| 09/07/07 | JMS | 1.30 | 552.50 | Conferences with S. Lazarus regarding hearing notebook (.3); telephone conference with D. Speights regarding Canadian summary judgment; and supplemental brief (.5); analysis of prior orders thereon (.5). |
| 09/07/07 | SL | 0.70 | 115.50 | Amend PD claims chart (.5); meet with J. Sakalo regarding remaining PD claims (.2) |
| 09/08/07 | JMS | 0.80 | 340.00 | E-mails with D. Speights regarding history surrounding claims objection (.5); telephone conference with D. Speights regarding same (.3). |
| 09/09/07 | JMS | 1.50 | 637.50 | Review summary judgment file for hearing. |
| 09/11/07 | JMS | 0.30 | 127.50 | E-mail exchange regarding Rust deposition. |
| 09/11/07 | MIK | 0.10 | 35.00 | Telephone call with J. Sakalo regarding deposition schedule. |
| 09/11/07 | SL | 0.70 | 115.50 | Meet with J. Sakalo (.1); review court docket for PD related orders expunging claims (.6) |
| 09/12/07 | SLB | 1.10 | 715.00 | Interoffice conference with M. Kramer and J. Sakalo regarding transmitting estimation discovery and telephone call to E. Westbrook's office regarding deposition of Gordon Bragg. |
| 09/12/07 | JMS | 2.10 | 892.50 | Telephone conference with K. Davis regarding PD claims file (.1); e-mail from B. Fairey regarding S&R expunged claims (.3); e-mail to S. Lazarus regarding same and updates needed (.2); conference with S. Baena and M. Kramer regarding PI deposition schedule and coverage/strategy for same (.8); review Debtors' responses to FCR interrogatories (.7). |
| 09/12/07 | JMS | 1.10 | 467.50 | E-mail from G. Boyer regarding EPA settlement and review same. |
| 09/12/07 | ACO | 0.50 | 95.00 | Edit and fix Claims Register database. |
| 09/12/07 | MIK | 2.70 | 945.00 | Interoffice conference with S. Baena, J. Sakalo regarding deposition scheduling. |
| 09/12/07 | SL | 1.00 | 165.00 | Emails to A. Ortiz regarding additions to claims database (.1); analyze orders expunging and settling PD claims (.9). |
| 09/14/07 | SLB | 0.20 | 130.00 | Email and attachments from L. Sinanyas regarding EPA settlement. |
| 09/14/07 | JMS | 0.90 | 382.50 | Conference with S. Baena regarding upcoming depositions (.2); conference with M. Kramer regarding Lemen deposition and matters covered (.2); e-mail exchange from J. Heberling and S. McMillan regarding certain Libby depositions (.2); e-mail exchange with D. Speights regarding status report (.2); e-mail from D. Felder regarding Stallard back-up material (.1). |
| 09/14/07 | MIK | 7.60 | 2,660.00 | Attend Lemen deposition (5.9); summarize depositions (1.7). |
| 09/17/07 | SLB | 0.50 | 325.00 | Email from M. Dies and interoffice conference with J. Sakalo regarding Dies & Hile settlements (.3); email from E. Westbrook regarding Bragg depo (.2). |
| 09/17/07 | JMS | 3.80 | 1,615.00 | Emails to D. Speights regarding summary data charts (.7); email from M. Dies regarding Dies & Hile claims settlement (.2); telephone call with G. Boyer regarding same (.2); email from D. Smith regarding Egan and Cintani depositions (.1); email from D. Felder regarding Biggs depositions (.1); begin review of Dies & Hile settlement agreements and analysis of same (1.9); |

| | | | | |
|---|---|---|---|---|
| | | | | email from E. Westbrook regarding Bragg deposition (.2); emails with J. George regarding settlements (.4). |
| 09/17/07 | MIK | 0.80 | 280.00 | Review PI expert reports. |
| 09/18/07 | JMS | 4.40 | 1,870.00 | Begin memo to committee regarding settlement agreements and analysis of underlying agreements (4.0); emails with M. Dies regarding 9/24 hearing (.2); review emails regarding deposition scheduling (.2). |
| 09/18/07 | JIS | 3.50 | 875.00 | Telephonic attendance at deposition of J. Cintani. |
| 09/19/07 | SLB | 4.30 | 2,795.00 | Telephonic attendance at deposition of Gordon Bragg. |
| 09/19/07 | SLB | 0.50 | 325.00 | Review executive summary of Dies & Hile settlements and email to J. Sakalo regarding same (.3); email from and to G. George, Esq. regarding such settlements (.2). |
| 09/19/07 | JMS | 0.70 | 297.50 | Finalize memo to committee regarding settlement agreements and emails thereon. |
| 09/19/07 | JIS | 1.20 | 300.00 | Review of notes from Cintani deposition and draft summary email regarding same (1.1); attention to Egan transcript and email to M. Kramer regarding same (0.1). |
| 09/19/07 | MIK | 5.10 | 1,785.00 | Attend Egan deposition (5.1). |
| 09/19/07 | NT | 0.40 | 136.00 | E-mail communications and conferences with M. Kramer regarding deposition and Garabrant reports. |
| 09/20/07 | SLB | 0.40 | 260.00 | Email from and to D. Speights and T. Taconnelli regarding 9/24 hearing and email to J. Restivo regarding same. |
| 09/20/07 | JIS | 0.30 | 75.00 | Attention to email from S. Baena regarding settlement with EPA, review docket, and respond to same. |
| 09/20/07 | MIK | 0.30 | 105.00 | Attend to Grace PI matters. |
| 09/21/07 | JMS | 1.30 | 552.50 | Analysis of 9th Circuit Court of Appeals ruling in criminal proceeding (.7); telephone conference with D. Speights regarding summary data and analysis of same (.6). |
| 09/24/07 | JMS | 0.80 | 340.00 | Continue review of 9th Circuit decision regarding criminal proceeding. |
| 09/24/07 | JMS | 0.50 | 212.50 | E-mail from D. Speights regarding claims question (.2); telephone conference with S. Walsh regarding transition of data (.3). |
| 09/25/07 | JIS | 0.10 | 25.00 | Attention to email from M. Kramer regarding Cintani deposition and respond to same. |
| 09/26/07 | JMS | 4.00 | 1,700.00 | Analysis of EPA claims issues and draft settlement agreement (2.5); telephone conference with D. Speights regarding claims data updates (.5); research regarding EPA settlement (1.0). |
| 09/26/07 | JIS | 0.10 | 25.00 | Brief conference with M. Kramer regarding Cintani and Egan depositions. |
| 09/28/07 | MIK | 4.70 | 1,645.00 | Attend Grace deposition [Arthur Frank] (4.7). |

**PROFESSIONAL SERVICES**                                                                                   **$24,982.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 7.30 | $650.00 | $4,745.00 |
| Sakalo, Jay M | 24.90 | $425.00 | $10,582.50 |
| Snyder, Jeffrey I | 5.20 | $250.00 | $1,300.00 |
| Kramer, Matthew I | 21.30 | $350.00 | $7,455.00 |
| Testa Mehdipour, Nicole | 0.40 | $340.00 | $136.00 |
| Lazarus, Shanon | 2.90 | $165.00 | $478.50 |
| Ortiz, Alicia C | 1.50 | $190.00 | $285.00 |
| *TOTAL* | *63.50* | | *$24,982.00* |

**CURRENT BALANCE DUE THIS MATTER**                                    **$24,982.00**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 09/09/07 | JMS | 3.80 | 1,615.00 | Non-working travel to Pittsburgh. |
| 09/10/07 | JMS | 4.50 | 1,912.50 | Non-working return travel to Miami. |

**PROFESSIONAL SERVICES**                                        $3,527.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 8.30 | $425.00 | $3,527.50 |
| *TOTAL* | *8.30* | | *$3,527.50* |

**CURRENT BALANCE DUE THIS MATTER**                              $3,527.50

**Atty – SLB**
**Client No.: 74817/15548**

**RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)**

**PROFESSIONAL SERVICES**                                                                 **$0.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL*    | *0*   |      | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$0.00**

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| 09/05/07 | SLB | 1.80 | 1,170.00 | Emails from and to R. Frankel and E. Inselbuch, attention to term sheet attached (.6); telephone call to D. Speights regarding same (.3); email to and from G. Boyer regarding same (.2); memo to committee regarding same (.5); email to Frankel et al regarding conference call (.2). |
|---|---|---|---|---|
| 09/05/07 | JMS | 1.50 | 637.50 | Conference with S. Baena and e-mail from E. Inselbuch (.4); telephone conference with S. Baena, D. Speights regarding same (.3); review memorandum from Inselbuch and analyze same (.6); review draft memorandum to Committee and revise same (.2). |
| 09/06/07 | SLB | 2.60 | 1,690.00 | Telephone call from G. Boyer regarding term sheet (.3); interoffice conference with J. Sakalo regarding term sheet from ACC, etc. (.6); telephone call from S. Brumsby /Debtwire (.4); telephone call from R. Frankel regarding term sheet (.3); telephone call to D. Speights regarding same (.3); interoffice conference with J. Sakalo regarding same (.4); telephone call from D. Speights regarding same (.3). |
| 09/06/07 | JMS | 0.90 | 382.50 | Conference with S. Baena regarding term sheet and options (.6); telephone conference with D. Speights, S. Baena regarding same (.3). |
| 09/07/07 | SLB | 1.80 | 1,170.00 | Prepare chart and conference with J. Sakalo and M. Kramer regarding plan contours. |
| 09/07/07 | MIK | 1.50 | 525.00 | Interoffice conference with S. Baena, J. Sakalo regarding plan issues. |
| 09/10/07 | SLB | 0.70 | 455.00 | Revise plan flow chart. |
| 09/11/07 | JMS | 1.00 | 425.00 | Telephone conference with D. Rosenbloom regarding status (.5); review flow chart of options and revise same (.5). |
| 09/12/07 | SLB | 0.70 | 455.00 | Memo with revised chart to committee regarding plan contours. |
| 09/14/07 | JMS | 0.30 | 127.50 | Conference with S. Baena regarding discussions with PI and FCR. |
| 09/17/07 | SLB | 0.60 | 390.00 | Telephone call to R. Frankel regarding meeting, etc. (.2); email to Frankel and email to committee regarding plan meeting (.4). |
| 09/17/07 | JMS | 0.70 | 297.50 | Emails with G. Boyer regarding plan meeting (.3); emails from S. Baena regarding meeting with ACC (.2); emails with R. Frankel thereon (.2). |
| 09/18/07 | SLB | 0.70 | 455.00 | Telephone call from and telephone call to and email to R. Frankel regarding meeting and emails to and from committee members regarding same. |
| 09/18/07 | JMS | 0.20 | 85.00 | Emails from S. Baena regarding meeting with ACC. |
| 09/19/07 | SLB | 0.30 | 195.00 | Emails from and to committee members regarding meeting. |
| 09/20/07 | JMS | 0.30 | 127.50 | Conference with S. Baena regarding meeting with ACC. |
| 09/21/07 | JMS | 0.20 | 85.00 | Telephone conference with S. Baena and E. Westbrook regarding plan meeting. |
| 09/27/07 | SLB | 0.90 | 585.00 | Telephone call from D. Speights regarding plan meeting (.2); telephone call from M. Dies regarding term sheet 1.10 |

**PROFESSIONAL SERVICES**                                                                                                          **$9,257.50**

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 10.10 | $650.00 | $6,565.00 |
| Sakalo, Jay M | 5.10 | $425.00 | $2,167.50 |
| Kramer, Matthew I | 1.50 | $350.00 | $525.00 |
| *TOTAL* | *16.70* | | *$9,257.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$9,257.50**

**Atty – SLB**
**Client No.: 74817/15563**

RE:  27 - Litigation Consulting

PROFESSIONAL SERVICES                                                                         $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL*    | *0*   |      | *$0.00* |

CURRENT BALANCE DUE THIS MATTER                                                    $0.00

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 09/04/07 | LMF | 0.50 | 95.00 | Attention to transmission of payment to professional. |
| 09/07/07 | SLB | 0.10 | 65.00 | Review UST supplemental objection regarding Forman Perry. |
| 09/11/07 | LMF | 0.50 | 95.00 | Review payment received for Bilzin's fees and fees of professionals and attention to reimbursement date. |
| 09/24/07 | LMF | 0.80 | 152.00 | Review August statement from HR&A and prepare notice and summary for filing. |

**PROFESSIONAL SERVICES**                                                                 **$407.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.10 | $650.00 | $65.00 |
| Flores, Luisa M | 1.80 | $190.00 | $342.00 |
| *TOTAL* | *1.90* | | *$407.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                     **$407.00**