# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

October 8, 2007
Invoice No. HRA20070810

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of September, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>15.0 hours @ $ 625 per hour | $ 9,375.00 |
| **TOTAL DUE:** | **$ 9,375.00** |

*Please remit to corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

SEPTEMBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 09/06/07 | 1.0 | Review note from Scott Baena (0.5); Talk with Mark Peterson (0.5). |
| 09/25/07 | 1.0 | Assemble expert reports. |
| 09/26/07 | 7.0 | Overview of expert reports (4.5); Brief review of Peterson rebuttal report (1.0); Review of Horkovich authenticating chart re asbestos loss and expenses (0.8); Review of Myer and Eveland report (0.7). |
| 09/27/07 | 1.5 | Review Snyder report. |
| 09/28/07 | 4.5 | Begin review of Florence supplement (2.5); Begin review of Dunbar rebuttal of Peterson (2.0). |
| TOTAL: | 15.0 | |