**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and**
  **September 1, 2007 through September 30, 2007**

**Summary of Professional Hours by Staff**

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 19.90 | $ 535.00 | $10,646.50 |
| James Sinclair - Senior Managing Director | 82.40 | $ 535.00 | $44,084.00 |
| Peter Cramp - Analyst | 12.00 | $ 200.00 | $2,400.00 |
| Total Professional Hours and Fees | 114.30 | | $ 57,130.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007

Summary of Expenses Incurred by Charter Oak Financial Consultants, LLC

| Date | Description of Item | Amount |
|---|---|---|
| 09/10/07 | P Cramp travel to/from Mamaroneck office for meeting at Piper Jaffray. | $12.50 |
| 09/10/07 | B Rapp travel to/from Allentown, Pa for meeting at Piper Jaffray. | $124.93 |
| 09/19/07 | P Cramp travel to/from Mamaroneck office for meeting at Piper Jaffray. | $14.75 |
| 09/19/07 | B Rapp travel to/from Allentown, Pa., lodging and meals in connection with meeting at Piper Jaffray. | $229.41 |
| 09/30/07 | On-line research | $108.00 |
| | Total Out-of-pocket expenses | $489.59 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Asset analysis and recovery** | | | | | |
| 07/30/07 | JS | Review, analyze 2nd Quarter 2007 financial report 8-K for due diligence and valuation for purposes of recovery analysis at request of counsel. | 1.80 | $ 535.00 | $ 963.00 |
| 07/30/07 | JS | Commence review and analysis of comparable companies for purposes of valuation and recovery analysis at request of counsel. | 1.30 | $ 535.00 | $ 695.50 |
| 07/31/07 | JS | Continue review and analysis of comparable companies for purposes of valuation and recovery analysis at request of counsel. | 2.40 | $ 535.00 | $ 1,284.00 |
| 07/31/07 | JS | Develop comparable company market multiple valuation of Grace for purposes of recovery analysis at request of counsel. | 2.20 | $ 535.00 | $ 1,177.00 |
| 07/31/07 | JS | Review claims and liabilities for recovery analysis, outline format for P Cramp for recovery scenarios for purposes of recovery analysis at request of counsel. | 1.40 | $ 535.00 | $ 749.00 |
| 07/31/07 | JS | Write memorandum to ACC counsel regarding valuation and recovery analysis for purposes of advising ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| 07/31/07 | PC | Discussed liabilities and claims with James Sinclair for recovery analysis. | 1.40 | $ 200.00 | $ 280.00 |
| 09/03/07 | JS | Review ACC counsel's memorandum of 8/29 and 8/30 regarding claims and next steps for settlement discussions. | 0.90 | $ 535.00 | $ 481.50 |
| 09/04/07 | BMR | Review of memo from Jimmy Sinclair regarding treatment of Libby PI claimants in the proposed POR | 0.10 | $ 535.00 | $ 53.50 |
| 09/07/07 | JS | Review claims, recovery and valuation materials, commence drafting agenda for meeting on 9/10/07 with Futures Rep financial adviser for settlement discussions. | 1.20 | $ 535.00 | $ 642.00 |
| 09/10/07 | JS | Revise materials and agenda for meeting with Futures Rep. financial adviser for settlement discussions. | 1.40 | $ 535.00 | $ 749.00 |
| 09/10/07 | JS | Meeting with Futures Rep. financial advisor regarding claims, valuation and recovery for settlement discussions. | 1.40 | $ 535.00 | $ 749.00 |
| 09/10/07 | JS | Review notes from meeting with Futures Rep. financial adviser, commence revisions of claims and recovery analysis for settlement discussions. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/10/07 | PC | Meeting at Piper Jaffray w/ J Radecki, Future Claims financial advisor, regarding valuation, claims and settlement | 1.40 | $ 200.00 | $ 280.00 |
| 09/12/07 | JS | Continue review of claims and recovery analysis for further discussions with Futures Rep. financial adviser for settlement discussions. | 1.30 | $ 535.00 | $ 695.50 |
| 09/14/07 | JS | Further review and revisions of claims estimates, recovery analysis and asset allocation in preparation for call with Futures Rep. financial adviser for purposes of advising ACC counsel. | 2.20 | $ 535.00 | $ 1,177.00 |
| 09/14/07 | JS | Call with Futures Rep financial adviser to discuss valuation, claims and recovery analysis, arrange further meeting regarding same on 9/19/07 for purposes of advising ACC counsel for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/14/07 | JS | Write status memorandum to ACC counsel regarding valuation, claims and recovery analysis for purposes of advising ACC counsel for settlement discussions. | 0.40 | $ 535.00 | $ 214.00 |
| 09/16/07 | BMR | Review of overview of Grace settlement with the United States re environmental liabilities | 0.80 | $ 535.00 | $ 428.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/17/07 | BMR | Review of Settlement Agreement between Grace and the United States relating to certain environmental liabilities | 1.40 | $ 535.00 | $ 749.00 |
| 09/18/07 | JS | Write memorandum to ACC counsel in response to his inquiry for valuation and recovery analysis. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/18/07 | JS | Review presentation documents, revise agenda for meeting with Piper Jaffray on 9/19/07 for settlement discussions | 0.90 | $ 535.00 | $ 481.50 |
| 09/19/07 | JS | Meeting with Rapp and Cramp to discuss agenda and presentation for meeting with Piper Jaffray for settlement discussions. | 0.80 | $ 535.00 | $ 428.00 |
| 09/19/07 | JS | Meeting with Piper Jaffray regarding valuation for settlement discussions. | 0.90 | $ 535.00 | $ 481.50 |
| 09/19/07 | JS | Revise claims, recovery analysis and asset allocation for purposes of advising ACC counsel for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 09/19/07 | JS | Calls with ACC counsel regarding valuations and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/19/07 | JS | Calls with FCR adviser regarding valuation and recovery analysis for settlement discussions. | 0.40 | $ 535.00 | $ 214.00 |
| 09/19/07 | PC | Meeting w/ B Rapp and J Sinclair to prepare for meeting w/ Piper Jaffray | 1.00 | $ 200.00 | $ 200.00 |
| 09/19/07 | PC | Meeting w/ J Radecki of Piper Jaffray, Future Claims Rep, to discuss Company valuation | 1.00 | $ 200.00 | $ 200.00 |
| 09/20/07 | JS | Review ACC counsel's memorandum regarding NJ and Libby suits for claims and recovery analysis for POR | 0.70 | $ 535.00 | $ 374.50 |
| 09/21/07 | JS | Review of 9th Circuit rulings on Libby criminal sent for analysis of liabilities for claims and recovery analysis for POR | 1.40 | $ 535.00 | $ 749.00 |
| 09/24/07 | JS | Calls with ACC counsel and FCR financial adviser regarding claims for claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/24/07 | JS | Call with ACC counsel regarding claims for claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/24/07 | JS | Commence review and analysis for draft of settlement agreement between Grace and US Gov't for due diligence and claims and recovery analysis for settlement discussions. | 0.50 | $ 535.00 | $ 267.50 |
| 09/25/07 | JS | Review, analyze inquiry of ACC counsel regarding claims and recovery analysis for purposes of advising ACC counsel for settlement discussions. | 0.90 | $ 535.00 | $ 481.50 |
| 09/25/07 | JS | Write memorandum revising claims and recovery analysis to ACC counsel for settlement discussions. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/25/07 | JS | Continue review and analysis of draft settlement agreement between Grace and US Gov't regarding environmental claims for due diligence and claims and recovery analysis for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 09/25/07 | JS | Discuss draft of Environmental Settlement with FCR financial adviser for due diligence and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/25/07 | JS | Write preliminary memorandum to ACC counsel regarding Environmental Settlement for claims and recovery analysis for settlement. | 0.40 | $ 535.00 | $ 214.00 |
| 09/26/07 | BMR | Review of revisions to Grace "strip recovery analysis" and associated e-mails between J Sinclair and counsel to the ACC | 0.30 | $ 535.00 | $ 160.50 |
| 09/26/07 | JS | Write memorandum to ACC counsel regarding claims and claims analysis at counsel's request for purposes of advising counsel for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 09/26/07 | JS | Calls with Blackstone to discuss Environmental Settlement for purposes of advising ACC counsel. | 0.30 | $ 535.00 | $ 160.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/26/07 | JS | Calls with Piper Jaffray to discuss revisions to claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/26/07 | JS | Met with ACC counsel to discuss revisions to claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/29/07 | JS | Revise claims and recovery analysis for settlement discussions. | 2.20 | $ 535.00 | $ 1,177.00 |
| 09/29/07 | JS | Write memorandum to ACC counsel regarding revised claims and recovery analysis for settlement discussions. | 1.10 | $ 535.00 | $ 588.50 |
| | | Asset analysis and recovery | 55.80 | | $ 28,245.00 |

**Committee Administration**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 07/30/07 | JS | Call with ACC counsel to discuss status of case for planning of work. | 0.20 | $ 535.00 | $ 107.00 |
| 07/30/07 | JS | Call with ACC counsel for planning of work and assignments. | 0.40 | $ 535.00 | $ 214.00 |
| | | Committee Administration | 0.60 | | $ 321.00 |

**Business Operations**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/04/07 | JS | Review, analyze July 2007 Monthly Financial Report for due diligence and valuation monitoring | 2.30 | $ 535.00 | $ 1,230.50 |
| | | Business Operations | 2.30 | | $ 1,230.50 |

**Hearings**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/16/07 | BMR | Review and analysis of Debtor's motion to implement the Optimization Plan. | 1.40 | $ 535.00 | $ 749.00 |
| 09/17/07 | BMR | Document review in preparation for Committee conference call to discuss Optimization Plan | 0.40 | $ 535.00 | $ 214.00 |
| | | Hearings | 1.80 | | $ 963.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Litigation** | | | | | |
| 09/22/07 | BMR | Review of MD&A section of July 2007 Monthly Financial Report relating to recent court rulings relating to recent 9th Circuit ruling overturning certain lower court rulings | 0.30 | $ 535.00 | $ 160.50 |
| 09/22/07 | BMR | Review of Bloomberg article relating to Grace litigation relating to Libby, Montana plaintiffs | 0.10 | $ 535.00 | $ 53.50 |
| | | Litigation | 0.40 | | $ 214.00 |
| **Travel (non-working)** | | | | | |
| 09/10/07 | BMR | 1/2 travel time from Allentown to NYC to attend meeting with financial advisor to the futures representative (1/2 x 3.4 hours). | 1.70 | $ 535.00 | $ 909.50 |
| 09/10/07 | BMR | 1/2 travel time from NYC to Allentown (1/2 x 2.2 hours). | 1.10 | $ 535.00 | $ 588.50 |
| 09/10/07 | PC | 1/2 travel time from Mamaroneck to Piper Jaffray (1/2 pay 2 hrs round trip) | 1.00 | $ 200.00 | $ 200.00 |
| 09/10/07 | JS | 1/2 travel time from 95th St. to 42nd St. to meeting with Futures Rep. Financial adviser. | 0.40 | $ 535.00 | $ 214.00 |
| 09/19/07 | BMR | 1/2 travel time from Secaucus, NJ to NYC for meeting with financial advisor to the futures rep | 0.50 | $ 535.00 | $ 267.50 |
| 09/19/07 | BMR | 1/2 travel time from NYC to Allentown (1/2 x 2.4 hours) following meeting at Piper Jaffray | 1.20 | $ 535.00 | $ 642.00 |
| 09/19/07 | JS | 1/2 travel time (1/2 x 1 hour) from 95th St. to 42nd St. for meeting with Piper Jaffray. | 0.50 | $ 535.00 | $ 267.50 |
| 09/19/07 | JS | 1/2 travel time (1/2 x 1.2 hours) from Piper Jaffray to Mamaroneck office following meeting. | 0.60 | $ 535.00 | $ 321.00 |
| 09/19/07 | PC | 1/2 travel time from Mamaroneck to Piper Jaffray (1/2 2 hrs round trip) | 1.00 | $ 200.00 | $ 200.00 |
| | | Travel (non-working) | 8.00 | | $ 3,610.00 |
| **Plan and disclosure statement** | | | | | |
| 09/04/07 | BMR | Review of memo from Elihu Inselbuch regarding status of negotiations. | 0.20 | $ 535.00 | $ 107.00 |
| 09/04/07 | BMR | Review of term sheet for ACC's proposed plan of reorganization for Grace | 0.20 | $ 535.00 | $ 107.00 |
| 09/11/07 | BMR | Review of GUC interest schedules for purpose of analyzing proposed POR. | 0.60 | $ 535.00 | $ 321.00 |
| 09/11/07 | BMR | Review of spreadsheet showing details of environmental claims against Grace in connection with analysis of proposed POR | 0.70 | $ 535.00 | $ 374.50 |
| 09/19/07 | JS | Revise draft POR Term Sheet, write memorandum to ACC counsel for settlement discussions. | 2.50 | $ 535.00 | $ 1,337.50 |
| 09/20/07 | JS | Review ACC counsel's comments, develop alternatives for POR and POR Term Sheet for settlement discussions. | 2.30 | $ 535.00 | $ 1,230.50 |
| 09/20/07 | JS | Discuss alternative structures for POR with FCR financial adviser for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/20/07 | JS | Write memorandum to FCR financial adviser regarding alternative structures for POR for settlement discussions. | 2.50 | $ 535.00 | $ 1,337.50 |
| 09/20/07 | JS | Call with FCR financial adviser to discuss alternative structures for POR for settlement discussions. | 0.50 | $ 535.00 | $ 267.50 |
| 09/20/07 | JS | Write draft of alternative POR Term Sheet for ACC counsel, FCR counsel and FCR financial adviser for settlement discussions. | 2.80 | $ 535.00 | $ 1,498.00 |
| 09/21/07 | JS | Review, revise documents attendant to POR Term Sheet for settlement discussions. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/21/07 | JS | Further revision of documents attendant to POR Term Sheet for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/22/07 | BMR | Review of revisions to the draft term sheet for proposed plan of reorganization | 0.20 | $ 535.00 | $ 107.00 |
| 09/26/07 | JS | Revise draft of POR Term Sheet for FCR financial adviser, ACC counsel and FCR counsel for settlement discussions. | 1.50 | $ 535.00 | $ 802.50 |
| 09/26/07 | JS | Calls with ACC counsel to discuss claims and revisions to POR Term Sheet for settlement discussion. | 0.30 | $ 535.00 | $ 160.50 |
| | | Plan and disclosure statement | 19.70 | | $ 10,539.50 |

**Tax issues**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/14/07 | JS | Review, analyze Grace's Optimization Plan Motion for "a more tax-efficient global capital structure…" for purposes of advising ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| 09/14/07 | JS | Call with Blackstone financial adviser to Grace, regarding Optimization Plan Motion and estimated claims for purposes of advising ACC counsel. | 0.40 | $ 535.00 | $ 214.00 |
| 09/14/07 | JS | Further review and analysis of Optimization Plan Motion, draft questions for conference call with Company on 9/17/07 for purposes of advising ACC counsel. | 1.40 | $ 535.00 | $ 749.00 |
| 09/17/07 | BMR | Participation in conference call with the company to discuss the company's proposed Optimization Plan | 0.60 | $ 535.00 | $ 321.00 |
| 09/17/07 | JS | Review Optimization Plan Motion, expand questions, in preparation for conference call with Company in preparation for conference call with Company for purposes of advising ACC counsel. | 0.60 | $ 535.00 | $ 321.00 |
| 09/17/07 | JS | Call with Rapp to discuss Optimization Plan Motion in preparation for conference call with Company for purposes of advising ACC counsel. | 0.30 | $ 535.00 | $ 160.50 |
| 09/17/07 | JS | Conference call with Company regarding Optimization Plan Motion for purposes of advising ACC counsel. | 0.70 | $ 535.00 | $ 374.50 |
| 09/26/07 | BMR | Drafting of memorandum to counsel to the ACC with recommendation re Debtor's motion to implement an optimization plan | 2.10 | $ 535.00 | $ 1,123.50 |
| | | Tax issues | 8.70 | | $ 4,654.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Valuation** | | | | | |
| 09/10/07 | BMR | Meeting with financial advisor to the futures representatives to discuss claims and valuation issues (my participation related to valuation matters). | 1.00 | $ 535.00 | $ 535.00 |
| 09/14/07 | JS | Review valuation materials in preparation for call with Futures Rep. Financial adviser for purposes of advising ACC counsel. | 1.40 | $ 535.00 | $ 749.00 |
| 09/14/07 | PC | Review of WR Grace Market Multiple Valuation and call w/ J Solganick of Piper Jaffray | 1.00 | $ 200.00 | $ 200.00 |
| 09/17/07 | BMR | Review of latest COFC market multiples valuation of Grace for purpose of providing comments thereon | 1.40 | $ 535.00 | $ 749.00 |
| 09/17/07 | JS | Review, revise comparable companies market multiple valuations in preparation for meeting on 9/19/07 with Future Rep financial adviser for settlement discussions. | 1.80 | $ 535.00 | $ 963.00 |
| 09/17/07 | JS | Review, analyze Futures Rep financial adviser, Piper Jaffray, valuation report in preparation for meeting with Piper Jaffray on 9/19/07 for settlement discussions. | 2.60 | $ 535.00 | $ 1,391.00 |
| 09/17/07 | PC | Updating of WR Grace Market Multiple Valuation | 4.20 | $ 200.00 | $ 840.00 |
| 09/18/07 | BMR | Review of Piper Jaffray's preliminary valuation of Grace in anticipation of meeting of financial advisors to discuss valuation | 2.20 | $ 535.00 | $ 1,177.00 |
| 09/19/07 | BMR | Meeting with J. Sinclair and P. Cramp to review COFC valuations in preparation for meeting with Piper Jaffray | 0.40 | $ 535.00 | $ 214.00 |
| 09/19/07 | BMR | Meeting with J.Sinclair, P. Cramp and representatives of Piper Jaffray for purpose of reviewing updated valuations of W.R. Grace | 1.00 | $ 535.00 | $ 535.00 |
| | | Valuation | 17.00 | | $ 7,353.00 |
| | | TOTAL | 114.30 | | $ 57,130.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 09/04/07 | BMR | Review of memo from Elihu Inselbuch regarding status of negotiations. | 0.20 | $ 535.00 | $ 107.00 |
| 09/10/07 | BMR | 1/2 travel time from Allentown to NYC to attend meeting with financial advisor to the futures representative (1/2 x 3.4 hours). | 1.70 | $ 535.00 | $ 909.50 |
| 09/10/07 | BMR | Meeting with financial advisor to the futures representatives to discuss claims and valuation issues (my participation related to valuation matters). | 1.00 | $ 535.00 | $ 535.00 |
| 09/10/07 | BMR | 1/2 travel time from NYC to Allentown (1/2 x 2.2 hours). | 1.10 | $ 535.00 | $ 588.50 |
| 09/11/07 | BMR | Review of GUC interest schedules for purpose of analyzing proposed POR. | 0.60 | $ 535.00 | $ 321.00 |
| 09/16/07 | BMR | Review and analysis of Debtor's motion to implement the Optimization Plan. | 1.40 | $ 535.00 | $ 749.00 |
| 09/16/07 | BMR | Review of overview of Grace settlement with the United States re environmental liabilities | 0.80 | $ 535.00 | $ 428.00 |
| 09/17/07 | BMR | Document review in preparation for Committee conference call to discuss Optimization Plan | 0.40 | $ 535.00 | $ 214.00 |
| 09/17/07 | BMR | Participation in conference call with the company to discuss the company's proposed Optimization Plan | 0.60 | $ 535.00 | $ 321.00 |
| 09/17/07 | BMR | Review of Settlement Agreement between Grace and the United States relating to certain environmental liabilities | 1.40 | $ 535.00 | $ 749.00 |
| 09/19/07 | BMR | 1/2 travel time from Secaucus, NJ to NYC for meeting with financial advisor to the futures rep | 0.50 | $ 535.00 | $ 267.50 |
| 09/19/07 | BMR | Meeting with J. Sinclair and P. Cramp to review COFC valuations in preparation for meeting with Piper Jaffray | 0.40 | $ 535.00 | $ 214.00 |
| 09/19/07 | BMR | Meeting with J.Sinclair, P. Cramp and representatives of Piper Jaffray for purpose of reviewing updated valuations of W.R. Grace | 1.00 | $ 535.00 | $ 535.00 |
| 09/19/07 | BMR | 1/2 travel time from NYC to Allentown (1/2 x 2.4 hours) following meeting at Piper Jaffray | 1.20 | $ 535.00 | $ 642.00 |
| 09/22/07 | BMR | Review of revisions to the draft term sheet for proposed plan of reorganization | 0.20 | $ 535.00 | $ 107.00 |
| 09/22/07 | BMR | Review of MD&A section of July 2007 Monthly Financial Report relating to recent court rulings relating to recent 9th Circuit ruling overturning certain lower court rulings | 0.30 | $ 535.00 | $ 160.50 |
| 09/22/07 | BMR | Review of Bloomberg article relating to Grace litigation relating to Libby, Montana plaintiffs | 0.10 | $ 535.00 | $ 53.50 |
| 09/26/07 | BMR | Drafting of memorandum to counsel to the ACC with recommendation re Debtor's motion to implement an optimization plan | 2.10 | $ 535.00 | $ 1,123.50 |
| 09/26/07 | BMR | Review of revisions to Grace "strip recovery analysis" and associated e-mails between James Sinclair and counsel to the ACC | 0.30 | $ 535.00 | $ 160.50 |
| 09/04/07 | BMR | Review of term sheet for ACC's proposed plan of reorganization for Grace | 0.20 | $ 535.00 | $ 107.00 |
| 09/04/07 | BMR | Review of memo from Jimmy Sinclair regarding treatment of Libby PI claimants in the proposed POR | 0.10 | $ 535.00 | $ 53.50 |
| 09/11/07 | BMR | Review of spreadsheet showing details of environmental claims against Grace in connection with analysis of proposed POR | 0.70 | $ 535.00 | $ 374.50 |
| 09/17/07 | BMR | Review of latest COFC market multiples valuation of Grace for purpose of providing comments thereon | 1.40 | $ 535.00 | $ 749.00 |
| 09/18/07 | BMR | Review of Piper Jaffray's preliminary valuation of Grace in anticipation of meeting of financial advisors to discuss valuation | 2.20 | $ 535.00 | $ 1,177.00 |
| | | Total Bradley Rapp | 19.90 | | $ 10,646.50 |

**James Sinclair - Senior Managing Director**

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 07/30/07 | JS | Call with ACC counsel to discuss status of case for planning of work. | 0.20 | $ 535.00 | $ 107.00 |
| 07/30/07 | JS | Call with ACC counsel for planning of work and assignments. | 0.40 | $ 535.00 | $ 214.00 |
| 07/30/07 | JS | Review, analyze 2nd Quarter 2007 financial report 8-K for due diligence and valuation for purposes of recovery analysis at request of counsel. | 1.80 | $ 535.00 | $ 963.00 |
| 07/30/07 | JS | Commence review and analysis of comparable companies for purposes of valuation and recovery analysis at request of counsel. | 1.30 | $ 535.00 | $ 695.50 |
| 07/31/07 | JS | Continue review and analysis of comparable companies for purposes of valuation and recovery analysis at request of counsel. | 2.40 | $ 535.00 | $ 1,284.00 |
| 07/31/07 | JS | Develop comparable company market multiple valuation of Grace for purposes of recovery analysis at request of counsel. | 2.20 | $ 535.00 | $ 1,177.00 |
| 07/31/07 | JS | Review claims and liabilities for recovery analysis, outline format for Peter Cramp for recovery scenarios for purposes of recovery analysis at request of counsel. | 1.40 | $ 535.00 | $ 749.00 |
| 07/31/07 | JS | Write memorandum to ACC counsel regarding valuation and recovery analysis for purposes of advising ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| 09/03/07 | JS | Review ACC counsel's memorandum of 8/29 and 8/30 regarding claims and next steps for settlement discussions. | 0.90 | $ 535.00 | $ 481.50 |
| 09/04/07 | JS | Review, analyze July 2007 Monthly Financial Report for due diligence and valuation monitoring | 2.30 | $ 535.00 | $ 1,230.50 |
| 09/07/07 | JS | Review claims, recovery and valuation materials, commence drafting agenda for meeting on 9/10/07 with Futures Rep financial adviser for settlement discussions. | 1.20 | $ 535.00 | $ 642.00 |
| 09/10/07 | JS | Revise materials, revise agenda, for meeting with Futures Rep. Financial adviser for settlement discussions. | 1.40 | $ 535.00 | $ 749.00 |
| 09/10/07 | JS | 1/2 travel time not working from 4 E. 95th St. to 150 E. 42nd St. to meeting with Futures Rep. Financial adviser. | 0.40 | $ 535.00 | $ 214.00 |
| 09/10/07 | JS | Meeting with Futures Rep. Financial regarding claims, valuation and recovery for settlement discussions. | 1.40 | $ 535.00 | $ 749.00 |
| 09/10/07 | JS | Review notes from meeting with Futures Rep. Financial adviser, commence revisions of claims and recovery analysis for settlement discussions. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/12/07 | JS | Continue review of claims and recovery analysis for further discussions with Futures Rep. Financial adviser for settlement discussions. | 1.30 | $ 535.00 | $ 695.50 |
| 09/14/07 | JS | Further review and revisions of claims estimates, recovery analysis and asset allocation in preparation for call with Futures Rep. Financial adviser for purposes of advising ACC counsel. | 2.20 | $ 535.00 | $ 1,177.00 |
| 09/14/07 | JS | Review valuation materials in preparation for call with Futures Rep. Financial adviser for purposes of advising ACC counsel. | 1.40 | $ 535.00 | $ 749.00 |
| 09/14/07 | JS | Call with Futures Rep financial adviser to discuss valuation, claims and recovery analysis, arrange further meeting regarding same on 9/19/07 for purposes of advising ACC counsel for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/14/07 | JS | Write status memorandum to ACC counsel regarding valuation, claims and recovery analysis for purposes of advising ACC counsel for settlement discussions. | 0.40 | $ 535.00 | $ 214.00 |
| 09/14/07 | JS | Review, analyze Grace's Optimisation Plan Motion for "a more tax-efficient global capital structure…" for purposes of advising ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/14/07 | JS | Call with Blackstone financial adviser to Grace, regarding Optimisation Plan Motion and estimated claims for purposes of advising ACC counsel. | 0.40 | $ 535.00 | $ 214.00 |
| 09/14/07 | JS | Further reivew and analysis of Optimisation Plan Motion, draft questions for conference call with Company on 9/17/07 for purposes of advising ACC counsel. | 1.40 | $ 535.00 | $ 749.00 |
| 09/17/07 | JS | Review, revise comparable companies market multiple valuations in preparation for meeting on 9/19/07 with Future Rep financial adviser for settlement discussions. | 1.80 | $ 535.00 | $ 963.00 |
| 09/17/07 | JS | Review, analyze Futures Rep financial adviser, Piper Jaffray, valuation report in preparation for meeting with Piper Jaffray on 9/19/07 for settlement discussions. | 2.60 | $ 535.00 | $ 1,391.00 |
| 09/17/07 | JS | Review Optimization Plan Motion, expand questions, in preparation for conference call with Company in preparation for conference call with Company for purposes of advising ACC counsel. | 0.60 | $ 535.00 | $ 321.00 |
| 09/17/07 | JS | Call with Rapp to discuss Optimisation Plan Motion in preparation for conference call with Company for purposes of advising ACC counsel. | 0.30 | $ 535.00 | $ 160.50 |
| 09/17/07 | JS | Conference call with Company regarding Optimisation Plan Motion for purposes of advising ACC counsel. | 0.70 | $ 535.00 | $ 374.50 |
| 09/18/07 | JS | Write memorandum to ACC counsel in response to his inquiry for valuation and recovery analysis. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/18/07 | JS | Review presentation documents, revise agenda for meeting with Piper Jaffray on 9/19/07 for settlement discussions | 0.90 | $ 535.00 | $ 481.50 |
| 09/19/07 | JS | 1/2 travel time (1/2 x 1 hour) to from 95th St. to 42nd St. for meeting with Piper Jaffray. | 0.50 | $ 535.00 | $ 267.50 |
| 09/19/07 | JS | Meeting with Rapp and Cramp to discuss agenda and presentation for meeting with Piper Jaffray for settlement discussions. | 0.80 | $ 535.00 | $ 428.00 |
| 09/19/07 | JS | Meeting with Piper Jaffray regarding valuation for settlement discussions. | 0.90 | $ 535.00 | $ 481.50 |
| 09/19/07 | JS | 1/2 travel time (1/2 x 1.2 hours) from 42nd St. Mamaroneck office following meeting at Piper Jaffray. | 0.60 | $ 535.00 | $ 321.00 |
| 09/19/07 | JS | Revise claims, recovery analysis and asset allocation for purposes of advising ACC counsel for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 09/19/07 | JS | Calls with ACC counsel regarding valuations and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/19/07 | JS | Calls with FCR adviser regarding valuation and recovery analysis for settlemtn discussions. | 0.40 | $ 535.00 | $ 214.00 |
| 09/19/07 | JS | Revise draft POR Term Sheet, write memorandum to ACC counsel for settlement discussions. | 2.50 | $ 535.00 | $ 1,337.50 |
| 09/20/07 | JS | Review ACC counsel's comments, develop alternatives for POR and POR Term Sheet for settlement discussions. | 2.30 | $ 535.00 | $ 1,230.50 |
| 09/20/07 | JS | Discuss alternative stuctures for POR with FCR financial adviser for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/20/07 | JS | Write memorandum to FCR financial adviser regarding alternative structures for POR for settlement discussions. | 2.50 | $ 535.00 | $ 1,337.50 |
| 09/20/07 | JS | Call with FCR financial adviser to discuss alternative structures for POR for settlement discussions. | 0.50 | $ 535.00 | $ 267.50 |
| 09/20/07 | JS | Review ACC counsel's memorandum regarding NJ and Libby suits for claims and recovery analysis for POR | 0.70 | $ 535.00 | $ 374.50 |
| 09/20/07 | JS | Write draft of alternative POR Term Sheet for ACC counsel, FCR counsel and FCR financial adviser for settlement discussions. | 2.80 | $ 535.00 | $ 1,498.00 |
| 09/21/07 | JS | Review, revise documents attendant to POR Term Sheet for settlement discussions. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/21/07 | JS | Review of 9th Circuit rulings on Libby criminal sent for analysis of liabilities for claims and recovery analysis for POR | 1.40 | $ 535.00 | $ 749.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/21/07 | JS | Further revision of documents attendant to POR Term Sheet for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 09/24/07 | JS | Calls with ACC counsel and FCR financial adviser regarding claims for claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/24/07 | JS | Call with ACC counsel regarding claims for claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/24/07 | JS | Commence reivew and analysis for draft of settlement agreement between Grace and US Gov't for due diligence and claims and recovery analysis for settlement discussions. | 0.50 | $ 535.00 | $ 267.50 |
| 09/25/07 | JS | Review, analyze enquiry of ACC counsel regarding claims and recovery analysis for purposes of advising ACC counsel for settlement discussions. | 0.90 | $ 535.00 | $ 481.50 |
| 09/25/07 | JS | Write memorandum revising claims and recovery analysis to ACC counsel for settlement discussions. | 2.40 | $ 535.00 | $ 1,284.00 |
| 09/25/07 | JS | Continue reivew and analysis of draft settlement agreement between Grace and US Gov't regarding environmental claims for due diligence and claims and recovery analysis for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 09/25/07 | JS | Discuss draft of Environmental Settlement with FCR financial adviser for due diligence and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/25/07 | JS | Write preliminary memornadum to ACC counsel regarding Environmental Settlement for claims and recovery analysis for settlement. | 0.40 | $ 535.00 | $ 214.00 |
| 09/26/07 | JS | Write memorandum to ACC counsel regarding claims and claims analysis at counsel's request for purposes of advising counsel for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 09/26/07 | JS | Revise draft of POR Term Sheet for FCR financial adviser, ACC counsel and FCR counsel for settlement discussions. | 1.50 | $ 535.00 | $ 802.50 |
| 09/26/07 | JS | Calls with ACC counsel to discuss claims and revisions to POR Term Sheet for settlement discussion. | 0.30 | $ 535.00 | $ 160.50 |
| 09/26/07 | JS | Calls with Blackstone to discuss Environmental Settlement for purposes of advising ACC counsel. | 0.30 | $ 535.00 | $ 160.50 |
| 09/26/07 | JS | Calls with Piper Jaffray to discuss revisions to claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/26/07 | JS | Meet with ACC counsel to discuss revisions to claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 09/29/07 | JS | Revise claims and recovery analysis for settlement discussions. | 2.20 | $ 535.00 | $ 1,177.00 |
| 09/29/07 | JS | Write memorandum to ACC counsel regarding revised claims and recovery analysis for settlement discussions. | 1.10 | $ 535.00 | $ 588.50 |
| | | Total James Sinclair | 82.40 | | $ 44,084.00 |

**Peter Cramp - Analyst**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 07/31/07 | PC | Discussed liabilities and claims with James Sinclair for recovery analysis. | 1.40 | $ 200.00 | $ 280.00 |
| 09/10/07 | PC | Meeting at Piper Jaffray w/ J Radecki, Future Claims Financial Advisor, regarding valuation, claims and settlement. | 1.40 | $ 200.00 | $ 280.00 |
| 09/10/07 | PC | 1/2 travel time from Mamaroneck to Piper Jaffray (1/2 pay 2 hrs round trip) | 1.00 | $ 200.00 | $ 200.00 |
| 09/14/07 | PC | Review of WR Grace Market Multiple Valuation and call w/ J Solganick of Piper Jaffray. | 1.00 | $ 200.00 | $ 200.00 |
| 09/17/07 | PC | Updating of WR Grace Market Multpile Valuation | 4.20 | $ 200.00 | $ 840.00 |
| 09/19/07 | PC | 1/2 travel time from Mamaroneck to Piper Jaffray (1/2 2 hrs round trip) | 1.00 | $ 200.00 | $ 200.00 |
| 09/19/07 | PC | Meeting w/ B Rapp and J Sinclair to prepare for meeting w/ Piper Jaffray | 1.00 | $ 200.00 | $ 200.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period July 30 - 31, 2007 and September 1, 2007 through September 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 09/19/07 | PC | Meeting w/ J Radecki of Piper Jaffray, Future Claims Rep, to discuss Company valuation | 1.00 | $ 200.00 | $ 200.00 |
| | | Total Peter Cramp | 12.00 | | $ 2,400.00 |
| | | TOTAL | 114.30 | | $ 57,130.50 |