**EXHIBIT A**

**Case Administration (54.20 Hours; $ 16,199.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 2.50 | $800 | 2,000.00 |
| Trevor W. Swett | .10 | $630 | 63.00 |
| Rita C. Tobin | 1.00 | $480 | 480.00 |
| James P. Wehner | .20 | $425 | 85.00 |
| Danielle K. Graham | 23.80 | $320 | 7,616.00 |
| Andrew J. Sackett | 4.60 | $225 | 1,035.00 |
| Erroll G. Butts | 5.00 | $225 | 1,125.00 |
| David B. Smith | 16.00 | $225 | 3,600.00 |
| Andrew D. Katznelson | 1.00 | $195 | 195.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 09/04/07 | PVL | 800.00 | 0.10 | Review 8 miscellaneous filings. |
| 09/04/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 09/04/07 | DBS | 225.00 | 4.70 | Update case calendar (.2); compile and review pleadings, correspondence and discovery materials for electronic and hard case files (4.5). |
| 09/05/07 | PVL | 800.00 | 0.20 | Review 11 miscellaneous filings (.1); review draft resp. re examiner motion (.1). |
| 09/05/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 09/05/07 | DBS | 225.00 | 4.10 | Compile expert report for expert review (.3); coordinate with court reporter re scheduling issues for upcoming depositions and compile deposition information for their review (3.8). |
| 09/06/07 | DBS | 225.00 | 7.20 | Compile documents and materials for use in upcoming deposition preparation meeting (4.5); coordinate with court reporter re scheduling issues for upcoming depositions and compile deposition information for their review (2.7). |
| 09/07/07 | PVL | 800.00 | 0.10 | Review draft response to LTC. |

| 09/10/07 | PVL | 800.00 | 0.20 | Review 6 miscellaneous filings (.1); review Hurford memo (.1). |
|----------|-----|--------|------|--------------------------------------------------------------|
| 09/10/07 | DKG | 320.00 | 3.00 | Attention to Moolgavkar deposition (3.0) |
| 09/11/07 | PVL | 800.00 | 0.10 | Review 4 miscellaneous filings. |
| 09/11/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 09/11/07 | DKG | 320.00 | 5.00 | Attention to Moolgavkar deposition (5.0). |
| 09/12/07 | DKG | 320.00 | 4.50 | Attention to Moolgavkar deposition (3.5); attention to Daubert research issues (1.0). |
| 09/13/07 | DKG | 320.00 | 3.80 | Attention to Moolgavkar deposition (2.5); attention to Daubert research issues (1.3). |
| 09/13/07 | AJS | 225.00 | 1.50 | Legal research re evidence issues. |
| 09/14/07 | PVL | 800.00 | 0.20 | Review 5 miscellaneous filings (.1); review draft Grace optimization motion (.1). |
| 09/14/07 | DKG | 320.00 | 7.50 | Attention to Daubert motions (.5); complete Heckman project (7.0). |
| 09/14/07 | AJS | 225.00 | 3.10 | Legal research re evidence issues. |
| 09/17/07 | PVL | 800.00 | 0.10 | Review 4 miscellaneous filings. |
| 09/17/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 09/18/07 | PVL | 800.00 | 0.10 | Review revised agenda. |
| 09/21/07 | PVL | 800.00 | 1.20 | Review 22 miscellaneous filings (.1); review email (.4); review 7 pls counsel resps to 3rd set of rogs (.7). |
| 09/24/07 | PVL | 800.00 | 0.10 | Review 6 miscellaneous filings. |
| 09/24/07 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 09/25/07 | PVL | 800.00 | 0.10 | Review Hurford memo and reply. |
| 09/26/07 | ADK | 195.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |

| 09/27/07 | TWS | 630.00 | 0.10 | Telephone conference with M. Whipple; conference with JPW re LTC matter; edit letter to US Trustees; discuss same with EI; telephone conference with A. Tersigni |
| 09/27/07 | ADK | 195.00 | 0.50 | Review of file record index file, recalled materials from warehouse for NDF. |
| 09/27/07 | JPW | 425.00 | 0.20 | Telephone conference with M. Hurford; meet with TWS re Heller Ehman Report; draft letter to UST; telephone conference with A. Tersigni re report; telephone conference with EI re report |
| 09/28/07 | EGB | 225.00 | 5.00 | Copy DVD's for W. Slocombe and assist with finding additional materials; load additional data into his personal folder. |

**Total Task Code .04        54.20**


## Claim Analysis Objection & Resolution (Asbestos) (14.60 Hours; $ 11,680.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 14.60 | $800 | 11,680.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/07 | PVL | 800.00 | 2.60 | Review draft response to motion re NIOSH and email Hurford (.1); review JPW expert summaries (.4); review email and reply (.3); prep for EI teleconference (.2); teleconference EI, NDF, WBS and JPW re est. prep. (1.6). |
| 09/05/07 | PVL | 800.00 | 0.10 | Teleconference Esserman. |
| 09/06/07 | PVL | 800.00 | 1.10 | Review FCR doc request (.1); review email (.1); review Grace suppl brief re Canadian claims (.3); review Irvine report re Canadian PD claims (.6). |
| 09/10/07 | PVL | 800.00 | 1.00 | Review email (.1); review Grace rog answers to Libby Cls (.2); confer NDF (.7). |
| 09/11/07 | PVL | 800.00 | 0.50 | Conference NDF, BSB, JAL and JPW. |

| 09/12/07 | PVL | 800.00 | 0.50 | Confer Snyder. |
|---|---|---|---|---|
| 09/13/07 | PVL | 800.00 | 2.60 | Review draft Snyder report. |
| 09/14/07 | PVL | 800.00 | 0.40 | Review Prudential 9019 motion and email Hurford (.2); review revised Snyder report (.2). |
| 09/17/07 | PVL | 800.00 | 1.90 | Teleconference Snyder, Miller and NDF (1.1); confer NDF (.6); review Snyder draft and reply (.2). |
| 09/18/07 | PVL | 800.00 | 0.50 | Review motions re Dies PD settlements. |
| 09/19/07 | PVL | 800.00 | 0.10 | Review draft fact witness list and NDF email. |
| 09/20/07 | PVL | 800.00 | 1.60 | Confer NDF (.6); review email and reply (.3); review NDF memo and reply (.2); review 9.20.07 CA9 opinion in US v. Grace (.5). |
| 09/24/07 | PVL | 800.00 | 0.10 | Review email and reply. |
| 09/25/07 | PVL | 800.00 | 0.50 | Review email (.2); review Anderson Memorial D. Ct. reply brief    (.2); review Grace fact witness test (.1). |
| 09/26/07 | PVL | 800.00 | 0.50 | Review expert reports (.3); review NDF memo and reply (.1); confer NDF (.1). |
| 09/27/07 | PVL | 800.00 | 0.50 | Review expert reports (.1); review email and reply (.1); confer NDF (.2); review depo calendar (.1). |
| 09/28/07 | PVL | 800.00 | 0.10 | Review email. |

**Total Task Code .05        14.60**


## Claim Analysis Objection & Resolution (Non-Asbestos) (1.10 Hours; $ 880.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $800 | 880.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/22/07 | PVL | 800.00 | 1.10 | Review draft EPA settlement agreement and email |

EI re same.

**Total Task Code .06**           **1.10**

**Committee, Creditors', Noteholders' or Equity Holders' (.10 Hours; $ 87.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $875 | 87.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/21/07 | EI | 875.00 | 0.10 | Minutes review. |

**Total Task Code .07**           **.10**

**Fee Applications, Applicant (6.50 Hours; $ 2,265.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.50 | $480 | 1,680.00 |
| Andrew D. Katznelson | 3.00 | $195 | 585.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/10/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 09/17/07 | RCT | 480.00 | 1.50 | Review and edit prebills (1.5) |
| 09/18/07 | RCT | 480.00 | 0.80 | Review and edit exhibits (.8) |
| 09/20/07 | ADK | 195.00 | 1.00 | Researched firm billing information for TWS and JWR. |
| 09/21/07 | RCT | 480.00 | 1.00 | Address fee issues (1.0) |
| 09/26/07 | ADK | 195.00 | 1.00 | Worked on monthly fee application. |

| 09/27/07 | ADK | 195.00 | 0.50 | Worked on monthly fee application |
| 09/28/07 | RCT | 480.00 | 0.20 | Review fee app. schedule for October (.2) |

**Total Task Code .12**    **6.50**

## Fee Applications, Others (.30 Hours; $ 240.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $800 | 240.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/07 | PVL | 800.00 | 0.10 | Review draft resp. re Forman Perry fee application. |
| 09/18/07 | PVL | 800.00 | 0.20 | Review Forman Perry reply re fees. |

**Total Task Code .13**    **.30**

## Hearings (1.50 Hours; $ 1,200.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.50 | $800 | 1,200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/24/07 | PVL | 800.00 | 1.50 | Attend omni hearing by phone. |

**Total Task Code .15**    **1.50**

**Litigation and Litigation Consulting (897.50 Hours; $ 405,102.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 9.50 | $875 | 8,312.50 |
| Walter B. Slocombe | 82.40 | $685 | 56,444.00 |
| Bernard S. Bailor | 150.80 | $600 | 90,480.00 |
| Nathan D. Finch | 160.90 | $580 | 93,322.00 |
| Jeffrey A. Liesemer | 1.10 | $445 | 489.50 |
| James P. Wehner | 174.00 | $425 | 73,950.00 |
| Danielle K. Graham | 32.20 | $320 | 10,304.00 |
| Adam L. VanGrack | 138.00 | $275 | 37,950.00 |
| Jeanna M. Rickards | 41.50 | $235 | 9,752.50 |
| Andrew J. Sackett | 24.90 | $225 | 5,602.50 |
| David B. Smith | 82.20 | $225 | 18,495.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/07 | WBS | 685.00 | 1.00 | Work on Rodricks summary and outline for deposition. |
| 09/01/07 | NDF | 580.00 | 0.60 | Telephone conference with Peterson re estimation report issues. |
| 09/02/07 | WBS | 685.00 | 1.70 | Work on Rodricks summary and outline for deposition. |
| 09/03/07 | WBS | 685.00 | 9.20 | Draft Rodricks summary for deposition (2.7); review Lee reports and draft deposition summary (3.5); review Lee reports and draft summary and analysis for deposition (3.0). |
| 09/03/07 | JPW | 425.00 | 4.10 | Review and edit expert summaries (2.7); draft response to motion for examine (1.4) |
| 09/04/07 | BSB | 600.00 | 7.90 | Deposition preparation - review of Bragg reliance materials (4.3); work on deposition template (3.6) |
| 09/04/07 | BSB | 600.00 | 9.00 | Deposition scheduling matters (.5); review rebuttal reports (3.7); deposition preparation (4.8) |
| 09/04/07 | WBS | 685.00 | 2.40 | Review hearing transcript from August 30 (0.7); schedule issues (0.2); strategy conference with EI, NDF, PVNL (1.5). |

| 09/04/07 | EI | 875.00 | 2.00 | Conf. call PVNL/NDF/WBS re: insurance issues, witnesses, pd matters (1.5); memos to prepare (.5). |
| 09/04/07 | NDF | 580.00 | 9.50 | Prepare for estimation depositions and trial (3.5); telephone conference with Mullady re discovery issues (0.5); telephone conference with Grace lawyers re same issues (0.7); draft letter to Cohn (0.5); review Anderson Kill materials re insurance issues (0.8); telephone conference with EI and PVNL re insurance issues, fact witness preparation, plan negotiations, case preparation, etc. (1.5); prepare for insurance deposition (2.0). |
| 09/04/07 | DKG | 320.00 | 2.50 | Attention to Moolgavkar deposition preparation. |
| 09/04/07 | ALV | 275.00 | 7.10 | Review materials in preparation of expert depositions; review hearing transcripts for relevance. |
| 09/04/07 | JPW | 425.00 | 6.70 | Meet and confer with W.R. Grace re discovery issues (1.0); revise and edit expert summaries (3.2); telephone conference with EI, NDF, PVNL re evidentiary issues, estimation case (2.5) |
| 09/05/07 | EI | 875.00 | 0.30 | Motion for examination matters (.3). |
| 09/05/07 | NDF | 580.00 | 8.50 | Prepare for estimation depositions and trial (3.8); email correspondence re scheduling, etc. (0.5); analyze insurance coverage report from Anderson Kill (0.5); prepare for depositions of estimation experts (3.7). |
| 09/05/07 | DKG | 320.00 | 5.00 | Attention to Heckman project. |
| 09/05/07 | JPW | 425.00 | 7.10 | Work with M. Eveland on expert report (2.6); e-mails re expert report (1.1); telephone conference with NDF re Cintani and Egan depositions (.2); draft response to motion for examiner (1.2); e-mails re deposition scheduling (1.0); review and analyze Anderson and Florence reports (1.0) |
| 09/06/07 | BSB | 600.00 | 7.40 | Deposition preparation - Bragg Garabrant |
| 09/06/07 | NDF | 580.00 | 6.50 | Review documents to prepare for Posner deposition and 9/7 meeting with Horkovich (2.5); review asbestos medical and hygiene articles for expert rebuttals (2.1); telephone conference with R. Lemen (0.3); review Lemen report (0.5); telephone conference with DOJ attorney re Grace (0.5); |

| | | | | |
|---|---|---|---|---|
| | | | | telephone conference with Peterson re expert estimates (0.6). |
| 09/06/07 | DKG | 320.00 | 2.50 | Attention to issues re state legislation (1.0); attention to Heckman project (1.5). |
| 09/06/07 | ALV | 275.00 | 6.30 | Review materials in preparation of expert and fact deponents. |
| 09/06/07 | JPW | 425.00 | 7.70 | Review Grace insurance production (3.2); meet with NDF and DBS re Posner docs (.5); telephone conference with D BS re expert backup (.2); meet with BSB re deposition schedules (.1); revise response to motion for examiner (2.0); e-mails re PIQ forms (.3); telephone conference with M. Hurford re experts (.4); prepare for Cintani and Egan depositions (1.0) |
| 09/07/07 | BSB | 600.00 | 5.80 | Read Bragg Report references (1.5); deposition preparation (4.3) |
| 09/07/07 | EI | 875.00 | 0.30 | Examiner motion response (.3). |
| 09/07/07 | NDF | 580.00 | 4.90 | Meet with Horkovich re insurance issues and coverage block and Posner (4.0); telephone conference with Peter Kraus (0.2); telephone conference with PVNL re case issues (0.3); emails to FCR attorneys re scheduling issues (0.4). |
| 09/07/07 | DBS | 225.00 | 3.50 | Attend deposition preparation meeting and collect documents for use in upcoming deposition. |
| 09/07/07 | DKG | 320.00 | 0.50 | Attention to case status. |
| 09/07/07 | ALV | 275.00 | 3.10 | Review materials in preparation of expert and fact deponents. |
| 09/07/07 | JPW | 425.00 | 7.10 | Review insurance documents (1.6); meet with R. Harkovich re insurance issues (3.5); prepare for Cintani and Egan depositions (1.8); telephone conference with M. Hursford re response (.2) |
| 09/08/07 | NDF | 580.00 | 0.50 | Telephone conference with Peterson re expert report issues. |
| 09/10/07 | BSB | 600.00 | 8.10 | Set up deposition (.3); work on deposition research (medical articles) (5.6); work on deposition template (2.2) |

| 09/10/07 | WBS | 685.00 | 0.80 | Review Grace interrogatory answers and e-mails re their significance. |
|----------|-----|--------|------|------|
| 09/10/07 | NDF | 580.00 | 6.20 | Prepare for Posner deposition (review documents) (1.5); meet with DBS re same (0.5); telephone conference with VERUS (0.5); telephone conference with Peterson (0.4); telephone conference with Harding and Mendelson re discovery issue (0.5); telephone conference with Mullady re same (0.6); prepare for Florence and Dunbar depositions (0.9); draft insert for motion to compel (0.6); email to ALV re same motion (0.2); telephone conference with Kraus and Goldberg re testimony (0.5). |
| 09/10/07 | DBS | 225.00 | 3.20 | Compile potential exhibits for upcoming deposition for attorney review (2.0); update case calendar (.2); review document production for relevant testimony from insurance ADR (1.0). |
| 09/10/07 | ALV | 275.00 | 9.50 | Review materials in preparation of expert deponents; review pleadings (6.0); draft Motion to Compel discovery material (1.2); review case law related to discovery, experts, and potential Motion to Compel (2.3). |
| 09/10/07 | JPW | 425.00 | 6.50 | Finalize response to motion for examiner (1.1); telephone conference (x2) with J. Ansbro re discovery issues (.5); telephone conference with Verus re expert report (.7); meet with NDF re Posner deposition (.4); meet with BSB re discovery issues (.3); e-mails re expert backup materials (1.0); telephone conference with FCR counsel re Cintani and Egan depositions (.5); prepare for Cintani and Egan depositions (2.0) |
| 09/11/07 | BSB | 600.00 | 8.00 | Telephone conference with Hammer's office (.2); deposition preparation (medical literature review) (7.8) |
| 09/11/07 | WBS | 685.00 | 4.20 | Draft deposition outline. |
| 09/11/07 | NDF | 580.00 | 6.90 | Prepare for estimation depositions (Posner, Snyder, Lemen, Peterson, Florence, Dunbar and Eveland/Myer) and trial. |
| 09/11/07 | DBS | 225.00 | 5.40 | Compile potential exhibits for upcoming deposition for attorney review (3.0); review document production for relevant testimony from insurance ADR (1.0); compile and review pleadings, |

| | | | | |
|---|---|---|---|---|
| | | | | correspondence, and discovery materials for electronic and hard case files (1.4) |
| 09/11/07 | ALV | 275.00 | 3.60 | Review pleadings; review expert reports. |
| 09/11/07 | JPW | 425.00 | 7.10 | Telephone conference with J. Ansbro re depositions (.3); meeting with BSB re depositions (.4); prepare for Cintani and Egan depositions (5.9); e-mails re deposition schedule (.5) |
| 09/12/07 | BSB | 600.00 | 9.60 | Prepare deposition template for Bragg (5.6); review documents and studies (2.3); research Grace database for additional dust (1.7) |
| 09/12/07 | WBS | 685.00 | 2.30 | Start review of Rodricks publications; incorporate ideas in deposition outline. |
| 09/12/07 | EI | 875.00 | 0.20 | T/c NDF re: expert prep schedule (.2). |
| 09/12/07 | NDF | 580.00 | 5.50 | Review and edit Stallard rebuttal report (1.0); telephone conference with Mullady re same (0.5); prepare for Lemen deposition defense (1.0); confer with JPW, et al. re Cintani and Egan (0.5); review additional documents to use with Posner (1.5); review Goldberg deposition (0.6); telephone conference with Peter Kraus re deposition date (0.2); draft letter to Goldberg (0.2). |
| 09/12/07 | DBS | 225.00 | 5.70 | Compile potential exhibits for upcoming deposition for attorney review (3.2); attend meeting re upcoming deposition (.7); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.5); coordinate with court reporter re deposition schedule (.3). |
| 09/12/07 | ALV | 275.00 | 9.00 | Meet with NDF, JPW and JMR regarding upcoming depositions (0.7); review documents and prepare material for upcoming depositions (8.3). |
| 09/12/07 | JPW | 425.00 | 4.80 | Meeting with NDF, JMR, ALV, DBS re Cintani and Egan exhibits (4.6); e-mails re deposition schedules (.2) |
| 09/12/07 | JMR | 235.00 | 5.50 | Meeting to prepare for depositions of Mr. Cintani and Mr. Egan (1.0); review documents to locate pertinent documents for use in depositions (4.5) |
| 09/12/07 | AJS | 225.00 | 0.10 | Meeting with NDF re evidence issues research. |

| | | | | |
|---|---|---|---|---|
| 09/13/07 | BSB | 600.00 | 7.20 | Preparation for and meeting with Dr. Lemen (4.0); research Bragg writings (3.2) |
| 09/13/07 | WBS | 685.00 | 5.50 | Prepare for Rodricks deposition; review expert reports and publications. |
| 09/13/07 | NDF | 580.00 | 9.30 | Prepare for estimation depositions (experts Peterson, Florence, Dunbar, Snyder, Lemen, Welch and Eveland) and trial (7.8); meet with Lemen for deposition preparation (1.5). |
| 09/13/07 | DBS | 225.00 | 4.90 | Compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (4.4); coordinate with court reporter re deposition schedule (.5). |
| 09/13/07 | ALV | 275.00 | 2.30 | Review documents and prepare material for upcoming depositions; review discovery and expert related material for motions. |
| 09/13/07 | JPW | 425.00 | 7.70 | Cintani and Egan deposition preparation (4.8); review expert report (1.2); research Grace liability case (1.7) |
| 09/13/07 | JMR | 235.00 | 3.60 | Review documents to locate documents relevant for depositions |
| 09/14/07 | BSB | 600.00 | 9.30 | Meeting with Lemen (.6); attend Lemen deposition (6.3); continue review of Bragg writings (2.4) |
| 09/14/07 | WBS | 685.00 | 4.60 | Memo on Daubert issues and conference with DKG re work to be done (1.2); review Rodricks publications and adjust deposition outline to reflect and update outline (3.4). |
| 09/14/07 | NDF | 580.00 | 7.50 | Defend deposition of R. Lemen (6.8); respond to email correspondence re expert materials (0.7). |
| 09/14/07 | DBS | 225.00 | 5.60 | Review articles written by expert for potential use in upcoming deposition (5.0); coordinate with court reporter re scheduling issues for upcoming depositions and compile deposition information for their review (.6). |
| 09/14/07 | ALV | 275.00 | 9.40 | Review documents and prepare material for upcoming depositions; review pleadings; review documents for relevance (7.0); conversation with WBS regarding upcoming depositions (0.2); draft |

|          |     |        |       |                                                                                                                                                                                                                                                                                                                                                                                                           |
|----------|-----|--------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |        |       | Motion to Compel (1.3); meets with JMR and JPW regarding upcoming depositions (0.9).                                                                                                                                                                                                                                                                                                                        |
| 09/14/07 | JPW | 425.00 | 8.40  | E-mails re deposition scheduling (.3); analyze Verus data and Grace expert reports; e-mails re same (2.1); meet with JMR re Cintani and Egan depositions (.6); meet with ALV re depositions (.2); review and prepare for Cintani deposition (5.2)                                                                                                                                                             |
| 09/14/07 | JMR | 235.00 | 0.30  | Research regarding relevant recent opinions                                                                                                                                                                                                                                                                                                                                                                 |
| 09/15/07 | WBS | 685.00 | 3.10  | Work on deposition outlines.                                                                                                                                                                                                                                                                                                                                                                                |
| 09/16/07 | WBS | 685.00 | 2.00  | Read Verus, Sappo, Stallard report drafts.                                                                                                                                                                                                                                                                                                                                                                  |
| 09/16/07 | NDF | 580.00 | 1.80  | Review and edit Snyder draft report.                                                                                                                                                                                                                                                                                                                                                                        |
| 09/16/07 | JPW | 425.00 | 4.90  | Analyze Verus results - e-mail re same (1.3); prepare for Cintani deposition (3.6)                                                                                                                                                                                                                                                                                                                          |
| 09/17/07 | BSB | 600.00 | 9.00  | Conference call with Orrick personnel re depositions - send e-mail (.6); work on deposition template (4.2); read Gibb article and report (1.3); pull material for Gibb examination (2.9)                                                                                                                                                                                                                      |
| 09/17/07 | WBS | 685.00 | 3.40  | Read and comment on expert draft rebuttal.                                                                                                                                                                                                                                                                                                                                                                  |
| 09/17/07 | EI  | 875.00 | 3.40  | Read Snyder draft rebuttal report (3.0); t/c NDF re: same (.2); t/c Cooney re: witness issues (.2).                                                                                                                                                                                                                                                                                                          |
| 09/17/07 | NDF | 580.00 | 11.30 | Prepare for Gibb deposition (3.5); prepare for Posner deposition (1.5); review Snyder report and edit of same (1.5); telephone conference with Snyder re report (1.0); confer with PVNL re case issue (0.3); prepare for Florence deposition (1.0); review closed tried claims materials and email re same (0.8); review and edit Peterson draft report (1.0); emails to Mullady re case issues (0.5); telephone conference with EI re case issue (0.2). |
| 09/17/07 | DBS | 225.00 | 5.70  | Compile and review documents for use as potential exhibits in upcoming depositions (5.4); research and compile medical article cited by expert for attorney review (.3).                                                                                                                                                                                                                                     |
| 09/17/07 | DKG | 320.00 | 2.50  | Complete draft of Moolgavkar deposition outline.                                                                                                                                                                                                                                                                                                                                                            |
| 09/17/07 | ALV | 275.00 | 12.20 | Review pleadings for relevance and case status; review documents and prepare material for upcoming                                                                                                                                                                                                                                                                                                          |

|          |     |        |       | depositions (6.4); review documents for relevance communication with BSB, NDF, and experts regarding upcoming depositions (0.2); research case law regarding expert expenditures (4.7); daft Motion to Compel (0.9). |
|----------|-----|--------|-------|---|
| 09/17/07 | JPW | 425.00 | 11.90 | Meet with JMR re Cintani deposition (1.0); Cintani deposition preparation (6.9); e-mails re meeting with Verus (.3); review potential exhibits (2.7); read draft expert report (1.0) |
| 09/17/07 | JMR | 235.00 | 7.80  | Organize documents for deposition of Mr. Cintani and Mr. Egan; review memo regarding prior testimony to prepare (5.4).  Travel to Philadelphia (2.4) |
| 09/17/07 | AJS | 225.00 | 3.00  | Legal research re evidence issues. |
| 09/18/07 | BSB | 600.00 | 11.30 | Final preparation for Bragg deposition (5.4); preparation for Garabrandt (2.7); travel to Toronto (3.2) |
| 09/18/07 | WBS | 685.00 | 3.80  | Peterson report comments (3.6); scheduling depositions (0.2). |
| 09/18/07 | NDF | 580.00 | 8.60  | Make revisions to Peterson draft report (5.0); telephone conference with Peterson re same (0.5); prepare for Gibb deposition with BSB (0.6); respond to emails re case issues (0.5); review Grace financial results and 8-K filing (0.5); revise fact witness disclosure (0.5); email correspondence re scheduling issues (0.5); email to financial advisor re Grace valuation (0.5). |
| 09/18/07 | DBS | 225.00 | 6.30  | Compile, review and index documents for use as potential exhibits in upcoming depositions. |
| 09/18/07 | DKG | 320.00 | 5.50  | Research and draft memo regarding Daubert issues. |
| 09/18/07 | ALV | 275.00 | 10.40 | Research case law related to appellate confirmed asbestos liability; research discover related issues (6.8); communication with BSB, NDF, and experts regarding upcoming depositions (0.4); review documents and prepare material for upcoming depositions (2.9); communication with AJS regarding appellate confirmed asbestos liability case law (0.3). |

| 09/18/07 | JPW | 425.00 | 13.90 | Deposition of S. Cintani (Philadelphia)d (9.0); prepare for T. Egan deposition (4.7); telephone conference with NDF re deposition (.2) |
|---|---|---|---|---|
| 09/18/07 | JMR | 235.00 | 10.80 | Attend deposition of Mr. Cintani (9.2); review documents and prepare for deposition of Mr. Egan (1.6) |
| 09/18/07 | AJS | 225.00 | 0.10 | Review of email from NDF regarding verdicts research. |
| 09/18/07 | AJS | 225.00 | 0.10 | Meeting with ALV regarding verdicts research. |
| 09/18/07 | AJS | 225.00 | 2.70 | Legal research regarding verdicts. |
| 09/19/07 | BSB | 600.00 | 10.30 | Bragg deposition in Toronto (6.2); return to DC (4.1) |
| 09/19/07 | WBS | 685.00 | 0.30 | E-mails re expert reports and schedules for depositions. |
| 09/19/07 | NDF | 580.00 | 8.30 | Attend portion of Egan deposition to prepare for trial cross (3.5); review medical articles re asbestos EPI to prepare for Gibb deposition (4.0); review and revise Peterson report draft (0.8). |
| 09/19/07 | DBS | 225.00 | 5.90 | Compile, review and index documents for use as potential exhibits in upcoming depositions. |
| 09/19/07 | DKG | 320.00 | 3.20 | Discuss case issues with ALV (1.2); continue research and drafting memo regarding Daubert (2.0). |
| 09/19/07 | ALV | 275.00 | 10.20 | Research case law related to appellate confirmed asbestos liability (8.8); confer with DBS and DKG re status and strategy (1.0); communication with AJS regarding appellate confirmed asbestos liability case law (0.4). |
| 09/19/07 | JPW | 425.00 | 9.50 | Deposition of T. Egan (8.4); prepare for Egan deposition (1.1) |
| 09/19/07 | JMR | 235.00 | 11.60 | Attend deposition of Mr. Egan (9.1); travel to Washington, DC (2.5) |
| 09/19/07 | AJS | 225.00 | 5.00 | Legal research regarding verdicts. |
| 09/19/07 | AJS | 225.00 | 0.20 | Meeting with ALV regarding verdicts research. |
| 09/19/07 | AJS | 225.00 | 0.30 | Preparation of memo regarding verdicts. |

| | | | | |
|---|---|---|---|---|
| 09/20/07 | BSB | 600.00 | 8.50 | Follow up on Bragg deposition (1.2); prepare for Longo deposition (5.3); review articles cited by Moolgavkar (2.0) |
| 09/20/07 | EI | 875.00 | 1.00 | 9th Circuit decision (1.0). |
| 09/20/07 | NDF | 580.00 | 3.50 | Review past trial transcript for fact witness testimony for use in estimation hearing. |
| 09/20/07 | NDF | 580.00 | 4.00 | Review and revise expert reports re estimation. |
| 09/20/07 | DBS | 225.00 | 5.40 | Compile, review, and index documents for use as potential exhibits in upcoming depositions (3.8); review and compile deposition transcripts and exhibits for case files (.4); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.2). |
| 09/20/07 | DKG | 320.00 | 8.00 | Continue research and drafting memo regarding Daubert. |
| 09/20/07 | JAL | 445.00 | 1.10 | Review and analysis of Ninth Circuit's decision in Libby criminal case. |
| 09/20/07 | ALV | 275.00 | 5.10 | Review documents and prepare material for upcoming depositions; review documents for relevance. |
| 09/20/07 | JPW | 425.00 | 7.70 | Work with experts on expert reports (2.7); telephone conference with D. Myers (.5); Rust deposition preparation (3.9); e-mails re deposition schedules (.3); meet with NDF re depositions (.3) |
| 09/20/07 | AJS | 225.00 | 7.30 | Legal research regarding evidence issues. |
| 09/21/07 | BSB | 600.00 | 7.80 | Work on Moolgavkar expert report (4.9); review Hammar report (2.9) |
| 09/21/07 | EI | 875.00 | 0.50 | Tax question (.2); memo to PVNL re: agenda (.1); t/c Weitz re: court of appeals decision (.2). |
| 09/21/07 | NDF | 580.00 | 6.60 | Review and edit expert reports for estimation (3.0); review Grace past trial records for fact witness testimony (2.1); revise and edit witness list (.03); draft insert for Horkovich declaration and review same (0.5); review settlement with EPA motion and email to PVNL re same (0.4); review tax optimization motion and email to PVNL re same (0.3). |

| 09/21/07 | DBS | 225.00 | 5.20 | Proofread memorandum for attorney review (.5); review and compile deposition transcripts and exhibits for case files (.7); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (2.5); attend meeting re case files (.5); review docket for pleadings from relevant proceeding (1.0). |
| 09/21/07 | DKG | 320.00 | 2.50 | Finalized Daubert memo. |
| 09/21/07 | ALV | 275.00 | 10.40 | Review documents and prepare material for upcoming depositions; review documents for relevance (6.8); review pleadings relevant to estimation hearing (0.4); research issues concerning Daubert and expert issues (1.5); meet with DKG and DBS to discuss files and research (1.7). |
| 09/21/07 | JPW | 425.00 | 7.90 | Review new Posner documents (2.2); telephone conference with K&E re discovery issues (.5); review draft report (1.2); compile expert summaries (1.9); review Notsworthy testimony (1.3); e-mails re discovery issue (.4); meet with BSB re Moolgavkar (.4) |
| 09/21/07 | AJS | 225.00 | 6.10 | Preparation of memo regarding evidence issues. |
| 09/23/07 | WBS | 685.00 | 3.60 | Review Peterson draft, comments, and conference with NDF. |
| 09/23/07 | NDF | 580.00 | 1.60 | Review and edit Peterson report (1.1); review emails re case issues (0.5). |
| 09/23/07 | JPW | 425.00 | 3.60 | Review draft Peterson report (2.7); read Jacoby report (.9) |
| 09/24/07 | BSB | 600.00 | 8.60 | Telephone call and e-mail - Michelle - Dr. Hammar's office re deposition scheduling (.6); deposition preparation - Dr. Hammar (3.4); review of Moolgavkar's cited materials (4.4); pleading review (.2) |
| 09/24/07 | WBS | 685.00 | 3.50 | Review and send comments to Peterson re next-to-final draft rebuttal report; conference with NDF re same. |
| 09/24/07 | NDF | 580.00 | 9.20 | Review and suggest edits for Jacoby report (1.1); review and suggest edits for Peterson report (2.7); review documents to prepare for Posner deposition |

{D0094724.1 }

| | | | | |
|---|---|---|---|---|
| | | | | (1.3); revise and edit fact witness disclosure document (0.7); review Colley trial testimony for use in estimation hearing (2.5); final review of Verus report (0.5); email to Snyder re report (0.1); telephone conference with PVNL re 9/24 omnibus hearing (0.3). |
| 09/24/07 | DBS | 225.00 | 5.80 | Compile, review, and index documents for use as potential exhibits in upcoming depositions (3.6); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.8); coordinate with court reporter re scheduling issues for upcoming depositions and compile deposition information for their review (.4). |
| 09/24/07 | ALV | 275.00 | 5.40 | Review documents and prepare material for upcoming depositions (4.9); communication with JPW regarding upcoming depositions (0.2); communication with experts regarding upcoming depositions (0.3). |
| 09/24/07 | JPW | 425.00 | 9.60 | Telephone conference with J. Ansboro re Jacoby (.3); review draft Verus Report (2.0); telephone conference with M. Eveland (.5); meet with NDF and DBS re Posner deposition (1.3); review insurance documents (2.7); e-mails re draft reports (1.0); review draft Peterson report (1.0); review draft exhibit list (.8) |
| 09/25/07 | BSB | 600.00 | 7.80 | Review of medical literature - Moolgaukar (3.3); read expert reports (4.5) |
| 09/25/07 | WBS | 685.00 | 4.10 | Review expert summary of Peterson report and e-mail comments (1.3); review Lee reports and start deposition outline (2.4); conference with ALV re Rodricks publications (0.4). |
| 09/25/07 | NDF | 580.00 | 11.80 | Prepare for Posner deposition (4.5); review and revise expert reports from ACC witnesses (4.8); read and review Chambers rebuttal report (1.0); memo to counsel re judicial notice of facts (1.5). |
| 09/25/07 | DBS | 225.00 | 6.00 | Compile, review, and index documents for use as potential exhibits in upcoming depositions (3.4); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (2.3); coordinate with court reporter re scheduling issues for upcoming depositions and compile deposition information for their review (.3). |

| 09/25/07 | ALV | 275.00 | 8.60 | Review documents and prepare material for upcoming depositions. |
| 09/25/07 | JPW | 425.00 | 9.60 | Review and finalize expert reports (6.7); e-mails re expert report service and filing (1.2); telephone conference with M. Hurford (x2) (.4); meet with NDF re reports (.2); cover letter for expert reports (.3); prepare for Posner deposition (.8) |
| 09/26/07 | WBS | 685.00 | 5.50 | Review deposition transcripts and notes from Cintani and Eagan (3.5); conference with Hays re his report and rebuttal to Lee, et al. (2.0). |
| 09/26/07 | NDF | 580.00 | 12.40 | Prepare for Posner deposition (1.1); download and review Grace expert reports (0.8); depose Posner (7.5); meet with S. Hays, expert witness (2.5); telephone conference with PVNL re Posner (0.5). |
| 09/26/07 | DBS | 225.00 | 8.80 | Attend deposition of J. Posner and assist attorneys with deposition exhibits (8.0); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (.8) |
| 09/26/07 | ALV | 275.00 | 9.00 | Review documents and prepare material for upcoming depositions; review documents for relevance. |
| 09/26/07 | JPW | 425.00 | 9.90 | Meet with NDF and DBS re Posner deposition (.5); prepare for Posner deposition (.5); Posner deposition (7.5); read Heckman Report (1.1); telephone conference with M. Hurford re witness list (.3) |
| 09/27/07 | BSB | 600.00 | 9.00 | Meeting with Dr. Hammar (.8); Hammar deposition (8.2) |
| 09/27/07 | WBS | 685.00 | 5.20 | Conference with Hays re his deposition; issues to raise in Lee deposition (1.3); preparation for Lee deposition (3.9). |
| 09/27/07 | EI | 875.00 | 0.80 | T/c NDF/Irwin re: Mekus XBT (.5); t/c NDF re: same (.2); expert report issues (.1). |
| 09/27/07 | NDF | 580.00 | 13.00 | Review expert reports (7.5); prepare for expert depositions (3.5); meet with S. Hayes (expert witness) (2.0). |
| 09/27/07 | DBS | 225.00 | 4.80 | Compile expert back-up materials for expert and attorney review (2.0); compile deposition exhibits for |

{D0094724.1 }

| | | | | co-counsel review (.7); coordinate with court reporter re scheduling issues for upcoming depositions and compile deposition information for their review (.4); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.7). |
|---|---|---|---|---|
| 09/27/07 | ALV | 275.00 | 8.70 | Review documents and prepare material for upcoming depositions; review documents for relevance. |
| 09/27/07 | JPW | 425.00 | 7.20 | Review expert reports (4.0); telephone conference (x2) with J. Ansboro re expert reports (1.1); analyze Florence report (1.6); telephone conference with A. Brody re deposition (.2); review protective order (.3) |
| 09/27/07 | JMR | 235.00 | 1.90 | Review liability outline and locate documents referenced to establish case |
| 09/28/07 | WBS | 685.00 | 10.70 | Grace preparation for Lee deposition and Hays deposition. |
| 09/28/07 | EI | 875.00 | 1.00 | Read L. Chambers' rebuttal and witness designation (1.0). |
| 09/28/07 | NDF | 580.00 | 2.00 | Review and respond to correspondence re scheduling (0.5); review Grace discovery and begin to draft response to same (1.5). |
| 09/28/07 | ALV | 275.00 | 7.70 | Attend deposition of (and conduct preparation for) Arthur Frank on behalf of the ACC. |
| 09/28/07 | JPW | 425.00 | 9.00 | Read expert rebuttal reports (5.2); prepare for R. Lee deposition (2.2); meet with WBS re Lee deposition (.4); meet with JMR re Castleman (.2); e-mails re report backup (.2); revise expert roster (.8) |
| 09/29/07 | BSB | 600.00 | 6.20 | Review Hammar deposition and prepare digest |
| 09/29/07 | WBS | 685.00 | 5.50 | Preparation for Lee; research re individual Hays issues. |
| 09/29/07 | NDF | 580.00 | 0.90 | Respond to WBS questions re expert depositions. |
| 09/30/07 | JPW | 425.00 | 2.10 | Deposition preparation for R. J. Lee |

**Total Task Code.16        897.50**

**Plan & Disclosure Statement (23.70 Hours; $ 18,523.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 7.50 | $875 | 6,562.50 |
| Peter Van N. Lockwood | 11.20 | $800 | 8,960.00 |
| Ronald E. Reinsel | 4.70 | $610 | 2,867.00 |
| Jeffrey A. Liesemer | .30 | $445 | 133.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/07 | PVL | 800.00 | 0.20 | Review Horkovich memo re ins. |
| 09/03/07 | PVL | 800.00 | 0.30 | Email Kramer and Horkovich re memo. |
| 09/04/07 | PVL | 800.00 | 0.90 | Review email and reply (.2); teleconference Horkovich (.7). |
| 09/04/07 | EI | 875.00 | 0.90 | T/c Rice re: status (.2); t/c Frankel re: status (.5); t/cs Frankel re: term sheet (.2). |
| 09/05/07 | EI | 875.00 | 0.50 | T/cs Frankel re: POR status (.3); memos to Baena and Frankel re: same (.2). |
| 09/06/07 | PVL | 800.00 | 0.40 | Teleconference EI and NDF. |
| 09/06/07 | EI | 875.00 | 1.70 | Prep for meeting with Frankel (.2); conf. Frankel (1.2); memo to Rice (.3). |
| 09/07/07 | PVL | 800.00 | 0.60 | Review email and reply (.1); teleconference Frankel (.3); confer RER (.2). |
| 09/07/07 | EI | 875.00 | 0.90 | Status report (.3); CNA coverage memos (.5); t/c Sinclair re: status (.1). |
| 09/10/07 | PVL | 800.00 | 1.90 | Confer Frankel, Wyron, Wallace, Felder and RER. |
| 09/10/07 | RER | 610.00 | 2.90 | Prep. for and meeting re: plan issues and follow up. |
| 09/11/07 | PVL | 800.00 | 0.10 | Teleconference EI. |
| 09/12/07 | EI | 875.00 | 0.20 | T/c Sinclair re: status (.2). |

| 09/14/07 | EI | 875.00 | 0.40 | T/c Sinclair re: status (.1); Baena status inquiry (.1); MPIST production inquiry (.1); expert summaries inquiry (.1) |
| 09/17/07 | EI | 875.00 | 0.50 | T/c Frankel and memo to set up meeting (.5). |
| 09/18/07 | PVL | 800.00 | 0.10 | Teleconference Wyron. |
| 09/18/07 | EI | 875.00 | 0.70 | Arranging meeting date (.5); reviewed Sinclair numbers (.2). |
| 09/19/07 | PVL | 800.00 | 0.10 | Review Sinclair schedules. |
| 09/19/07 | EI | 875.00 | 0.90 | Numbers with Sinclair (.3); memo to Dan Cohn re: Libby issues (.3); PD meeting matters (.2); Optimization Plan status inquiry (.1). |
| 09/20/07 | EI | 875.00 | 0.50 | Finalizing meeting plans (.3); Sinclair materials (.2). |
| 09/21/07 | PVL | 800.00 | 0.30 | Review revised term sheet (.2); review draft POR (.1). |
| 09/22/07 | PVL | 800.00 | 1.40 | Review draft POR. |
| 09/23/07 | PVL | 800.00 | 3.30 | Review draft POR. |
| 09/24/07 | PVL | 800.00 | 1.20 | Review draft POR and email Frankel et al re same. |
| 09/24/07 | JAL | 445.00 | 0.30 | Brief review of proposed plan of reorganization drafted by FCR's counsel. |
| 09/26/07 | PVL | 800.00 | 0.10 | Review Sinclair email. |
| 09/26/07 | EI | 875.00 | 0.30 | T/cs Sinclair re: term sheet. |
| 09/26/07 | RER | 610.00 | 1.80 | Review rebuttal responses |
| 09/27/07 | PVL | 800.00 | 0.20 | Confer RER and NDF. |
| 09/30/07 | PVL | 800.00 | 0.10 | Review revised term sheet and Sinclair schedules. |

**Total Task Code .17        23.70**


**<u>Tax Issues (4.90 Hours; $ 2,841.00)</u>**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $875 | 437.50 |
| Peter Van N. Lockwood | .10 | $800 | 80.00 |
| Christopher S. Rizek | 2.20 | $555 | 1,221.00 |
| Seth M. Green | 2.10 | $525 | 1,102.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/19/07 | CSR | 555.00 | 0.40 | Review tax motion. |
| 09/25/07 | SMG | 525.00 | 2.10 | Review filing re FTC/NOL planning; teleconference with Chris Rizek, Elyse Filon |
| 09/25/07 | CSR | 555.00 | 0.50 | Email re teleconference with Grace tax director. |
| 09/25/07 | CSR | 555.00 | 0.90 | Teleconference with Grace, emails and office conferences with SMG re tax motion. |
| 09/27/07 | PVL | 800.00 | 0.10 | Review Rapp memo. |
| 09/27/07 | CSR | 555.00 | 0.40 | Emails re tax plan. |
| 09/28/07 | EI | 875.00 | 0.50 | Read memos on Optimization Plan (tax) (.5). |

**Total Task Code .19**        **4.90**

**Travel – Non Working (44.20 Hours; $ 10,631.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Bernard Bailor | 18.00 | $300 | 5,400.00 |
| Nathan D. Finch | 10.50 | $290 | 3,045.00 |
| James P. Wehner | 2.70 | $212.50 | 573.75 |
| Adam L. Vangrack | 6.00 | $137.50 | 825.00 |
| David B. Smith | 7.00 | $112.50 | 787.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 09/07/07 | NDF | 290.00 | 7.00 | Travel to NYC for meeting with Horkovich (3.5); return to D.C. from NYC (3.5). |
| 09/07/07 | DBS | 112.50 | 7.00 | Travel to and from New York for deposition preparation meeting. |
| 09/07/07 | JPW | 212.50 | 0.70 | Travel NYC - DC |
| 09/19/07 | NDF | 290.00 | 3.50 | Return to DC from Philadelphia and Egan deposition. |
| 09/19/07 | JPW | 212.50 | 2.00 | Travel to DC |
| 09/26/07 | BSB | 300.00 | 9.00 | Travel to Seattle, WA re Hammar deposition |
| 09/28/07 | BSB | 300.00 | 9.00 | Travel from Seattle, WA to Washington, DC |
| 09/28/07 | ALV | 137.50 | 6.00 | Travel from Washington, DC to Philadelphia, PA for Frank Deposition (3.0); travel from Philadelphia, PA to Washington, DC (3.0). |

**Total Task Code .21        44.20**

**Fee Auditor Matters (5.10 Hours; $ 2,480.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |
| Rita C. Tobin | 5.00 | $480 | 2,400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/05/07 | PVL | 800.00 | 0.10 | Review draft reply to Smith and email RCT. |
| 09/05/07 | RCT | 480.00 | 2.00 | Respond to Fee Auditor (2.0) |
| 09/06/07 | RCT | 480.00 | 3.00 | Respond to Fee Auditor (3.0) |

**Total Task Code .32        5.10**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,745.52 |
| Air Freight & Express Mail | 4.94 |
| Charge of Cell and/or Home Phone Useage | 65.45 |
| Conference Meals | 473.18 |
| Court Reporting/Transcript Service | 4,252.00 |
| Database Research | 4,788.43 |
| Local Transportation - DC | 184.12 |
| Long Distance-Equitrac In-House | 18.72 |
| Meals Related to Travel | 468.31 |
| Miscellaneous: Client Advances | 15,170.52 |
| NYO Long Distance Telephone | 442.40 |
| Outside Local Deliveries | 8.44 |
| Outside Photocopying/Duplication Service | 1,837.26 |
| Postage & Air Freight | 467.50 |
| Professional Fees & Expert Witness Fees | 214,908.42 |
| Research Material | 19.04 |
| Travel Expenses - Ground Transportation | 1,597.95 |
| Travel Expenses - Hotel Charges | 2,905.86 |
| Travel Expenses - LD Calls on Hotel Bill | 48.04 |
| Travel Expenses - Miscellaneous | 6.00 |
| Xeroxing | 4,252.40 |

**Total:    $256,664.50**