**EXHIBIT B**

**Case Administration (54.20 Hours; $ 16,199.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   54.20**


**Claim Analysis Objection & Resolution (Asbestos) (14.60 Hours; $ 11,680.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   14.60**


**Claim Analysis Objection & Resolution (Non-Asbestos) (1.10 Hours; $ 880.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06   1.10**


**Committee, Creditors', Noteholders' or Equity Holders' (.10 Hours; $ 87.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07   .10**


**Fee Applications, Applicant (6.50 Hours; $ 2,265.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   6.50**


**Fee Applications, Others (.30 Hours; $ 240.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         .30**

**Hearings (1.50 Hours; $ 1,200.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         1.50**

**Litigation and Litigation Consulting (897.50 Hours; $ 405,102.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         897.50**

**Plan & Disclosure Statement (23.70 Hours; $ 18,523.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         23.70**

**Tax Issues (4.90 Hours; $ 2,841.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19         4.90**

**Travel Non-Working (44.20 Hours; $ 10,631.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21         44.20**

**Fee Auditor Matters (5.10 Hours; $ 2,480.00)**

{D0094725.1 }

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        5.10**

{D0094725.1 }