## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,745.52 |
| Air Freight & Express Mail | 4.94 |
| Charge of Cell and/or Home Phone Useage | 65.45 |
| Conference Meals | 473.18 |
| Court Reporting/Transcript Service | 4,252.00 |
| Database Research | 4,788.43 |
| Local Transportation - DC | 184.12 |
| Long Distance-Equitrac In-House | 18.72 |
| Meals Related to Travel | 468.31 |
| Miscellaneous: Client Advances | 15,170.52 |
| NYO Long Distance Telephone | 442.40 |
| Outside Local Deliveries | 8.44 |
| Outside Photocopying/Duplication Service | 1,837.26 |
| Postage & Air Freight | 467.50 |
| Professional Fees & Expert Witness Fees | 214,908.42 |
| Research Material | 19.04 |
| Travel Expenses - Ground Transportation | 1,597.95 |
| Travel Expenses - Hotel Charges | 2,905.86 |
| Travel Expenses - LD Calls on Hotel Bill | 48.04 |
| Travel Expenses - Miscellaneous | 6.00 |
| Xeroxing | 4,252.40 |
| **Total:** | **$256,664.50** |

{D0094726.1 }