**Matter 000** **Disbursements**

10/19/2007
Print Date/Time:
10/19/2007
2:52:57PM
Invoice #

Attn:

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 9/30/2007

**Matter 000**
**Disbursements**
Bill Cycle: Monthly Style: i1 Start: 4/16/2001

Last Billed : 9/30/2007 13,655

Client Retainers Available $1,411.44 Committed to Invoices: $0.00 Remaining: $1,411.44

Trust Amount Available

Total Expenses Billed To Date $1,659,662.34

Billing Empl: 0120 Elihu Inselbuch
Responsible Empl: 0120 Elihu Inselbuch
Alternate Empl: 0120 Elihu Inselbuch
Originating Empl: 0120 Elihu Inselbuch

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0001 | BSB | Bernard Bailor | 0.00 | 21,341.06 | 0.00 | 21,341.06 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 4.94 | 0.00 | 4.94 |
| 0187 | NDF | Nathan D Finch | 0.00 | 219,104.82 | 0.00 | 218,803.82 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 610.25 | 0.00 | 610.25 |
| 0215 | KRS | Barbara J Zarchin | 0.00 | 5.20 | 0.00 | 5.20 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 162.40 | 0.00 | 162.40 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 25.80 | 0.00 | 25.80 |
| 0251 | JO | Joan O'Brien | 0.00 | 11.90 | 0.00 | 11.90 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 192.80 | 0.00 | 192.80 |
| 0263 | MLH | Michelle L Hawkins | 0.00 | 3.30 | 0.00 | 3.30 |
| 0300 | DMH | Diara M Holmes | 0.00 | 13.50 | 0.00 | 13.50 |
| 0308 | DBS | David B Smith | 0.00 | 959.80 | 0.00 | 959.80 |
| 0310 | DKG | Danielle K Graham | 0.00 | 135.85 | 0.00 | 135.85 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 19.64 | 0.00 | 19.64 |
| 0334 | JPW | James P Wehner | 0.00 | 3,555.72 | 0.00 | 3,427.72 |
| 0354 | JMR | Jeanna M Rickards | 0.00 | 1,808.73 | 0.00 | 1,680.73 |
| 0500 | TS | Temporary Secretaries | 0.00 | 16.10 | 0.00 | 16.10 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 9,249.69 | 0.00 | 9,249.69 |
| **Total Fees** | | | **0.00** | **257,221.50** | **0.00** | **256,664.50** |

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|---|---|
| **Total Fees** | | | | | | | | |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements**

10/19/2007
Print Date/Time:
10/19/2007
2:52:57PM
Invoice #

Attn:

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2133870 | Photocopy | E | 09/03/2007 | 0251 | JO | | 0.00 | $5.00 | | 0.00 | $5.00 | 5.00 |
| 2133872 | Photocopy | E | 09/03/2007 | 0334 | JPW | | 0.00 | $0.20 | | 0.00 | $0.20 | 5.20 |
| 2133891 | Photocopy | E | 09/04/2007 | 0220 | SKL | | 0.00 | $1.10 | | 0.00 | $1.10 | 6.30 |
| 2133894 | Photocopy | E | 09/04/2007 | 0220 | SKL | | 0.00 | $0.10 | | 0.00 | $0.10 | 6.40 |
| 2133936 | Photocopy | E | 09/04/2007 | 0220 | SKL | | 0.00 | $1.30 | | 0.00 | $1.30 | 7.70 |
| 2133653 | Equitrac - Long Distance to 3024261900 | E | 09/04/2007 | 0999 | C&D | | 0.00 | $0.09 | | 0.00 | $0.09 | 7.79 |
| 2133433 | Postage | E | 09/05/2007 | 0999 | C&D | | 0.00 | $0.41 | | 0.00 | $0.41 | 8.20 |
| 2134007 | Petty Cash BSB mileage and parking expenses to Baltimore, MD for deosition on 8/30 | E | 09/05/2007 | 0001 | BSB | | 0.00 | $62.44 | | 0.00 | $62.44 | 70.64 |
| 2135889 | Equitrac - Long Distance to 3053507246 | E | 09/05/2007 | 0999 | C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 70.70 |
| 2135910 | Equitrac - Long Distance to 3024261900 | E | 09/05/2007 | 0999 | C&D | | 0.00 | $0.10 | | 0.00 | $0.10 | 70.80 |
| 2135929 | Equitrac - Long Distance to 8054993572 | E | 09/05/2007 | 0999 | C&D | | 0.00 | $0.39 | | 0.00 | $0.39 | 71.19 |
| 2135940 | Photocopy | E | 09/05/2007 | 0220 | SKL | | 0.00 | $1.30 | | 0.00 | $1.30 | 72.49 |
| 2136886 | Federal Express to Katherine Hemming from EI on 8/23 | E | 09/06/2007 | 0120 | EI | | 0.00 | $4.94 | | 0.00 | $4.94 | 77.43 |
| 2136889 | Gobbell Hays; Professional services for July | E | 09/06/2007 | 0187 | NDF | | 0.00 | $25,622.50 | | 0.00 | $25,622.50 | 25,699.93 |
| 2136890 | Trialsmith; Invoices for services 8/9-8/16 | E | 09/06/2007 | 0187 | NDF | | 0.00 | $252.00 | | 0.00 | $252.00 | 25,951.93 |
| 2136957 | Equitrac - Long Distance to 8432169198 | E | 09/06/2007 | 0999 | C&D | | 0.00 | $0.76 | | 0.00 | $0.76 | 25,952.69 |
| 2136960 | Equitrac - Long Distance to 2122781000 | E | 09/06/2007 | 0999 | C&D | | 0.00 | $0.44 | | 0.00 | $0.44 | 25,953.13 |
| 2136983 | Equitrac - Long Distance to 3024261900 | E | 09/06/2007 | 0999 | C&D | | 0.00 | $0.40 | | 0.00 | $0.40 | 25,953.53 |
| 2137050 | Photocopy | E | 09/06/2007 | 0220 | SKL | | 0.00 | $0.40 | | 0.00 | $0.40 | 25,953.93 |
| 2137067 | Photocopy | E | 09/06/2007 | 0999 | C&D | | 0.00 | $40.00 | | 0.00 | $40.00 | 25,993.93 |
| 2137068 | Photocopy | E | 09/06/2007 | 0220 | SKL | | 0.00 | $2.50 | | 0.00 | $2.50 | 25,996.43 |
| 2137069 | Photocopy | E | 09/06/2007 | 0220 | SKL | | 0.00 | $0.40 | | 0.00 | $0.40 | 25,996.83 |
| 2137081 | Photocopy | E | 09/06/2007 | 0220 | SKL | | 0.00 | $3.10 | | 0.00 | $3.10 | 25,999.93 |
| 2137090 | Photocopy | E | 09/06/2007 | 0220 | SKL | | 0.00 | $12.10 | | 0.00 | $12.10 | 26,012.03 |
| 2137124 | Photocopy | E | 09/06/2007 | 0999 | C&D | | 0.00 | $33.70 | | 0.00 | $33.70 | 26,045.73 |
| 2137138 | Photocopy | E | 09/06/2007 | 0999 | C&D | | 0.00 | $766.40 | | 0.00 | $766.40 | 26,812.13 |
| 2137150 | Postage | E | 09/07/2007 | 0999 | C&D | | 0.00 | $42.39 | | 0.00 | $42.39 | 26,854.52 |
| 2137152 | Postage | E | 09/07/2007 | 0999 | C&D | | 0.00 | $46.31 | | 0.00 | $46.31 | 26,900.83 |
| 2137238 | Photocopy | E | 09/07/2007 | 0999 | C&D | | 0.00 | $10.10 | | 0.00 | $10.10 | 26,910.93 |
| 2137265 | Photocopy | E | 09/07/2007 | 0220 | SKL | | 0.00 | $0.10 | | 0.00 | $0.10 | 26,911.03 |
| 2137410 | Business Card; Charges on firm VISA charge account ; Reference materials ordered through the Library for BSB | E | 09/10/2007 | 0001 | BSB | | 0.00 | $447.00 | | 0.00 | $447.00 | 27,358.03 |
| 2137984 | Photocopy | E | 09/10/2007 | 0220 | SKL | | 0.00 | $1.30 | | 0.00 | $1.30 | 27,359.33 |
| 2137999 | Photocopy | E | 09/10/2007 | 0220 | SKL | | 0.00 | $0.40 | | 0.00 | $0.40 | 27,359.73 |
| 2138031 | Photocopy | E | 09/10/2007 | 0999 | C&D | | 0.00 | $0.40 | | 0.00 | $0.40 | 27,360.13 |
| 2137825 | Equitrac - Long Distance to 3024261900 | E | 09/10/2007 | 0999 | C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 27,360.19 |
| 2137840 | Equitrac - Long Distance to 4124713980 | E | 09/10/2007 | 0999 | C&D | | 0.00 | $0.05 | | 0.00 | $0.05 | 27,360.24 |
| 2137842 | Equitrac - Long Distance to 4042016906 | E | 09/10/2007 | 0999 | C&D | | 0.00 | $0.29 | | 0.00 | $0.29 | 27,360.53 |
| 2137845 | Equitrac - Long Distance to 2125063741 | E | 09/10/2007 | 0999 | C&D | | 0.00 | $0.20 | | 0.00 | $0.20 | 27,360.73 |
| 2137871 | Equitrac - Long Distance to 2125063741 | E | 09/10/2007 | 0999 | C&D | | 0.00 | $0.40 | | 0.00 | $0.40 | 27,361.13 |
| 2137872 | Equitrac - Long Distance to 2143576244 | E | 09/10/2007 | 0999 | C&D | | 0.00 | $0.07 | | 0.00 | $0.07 | 27,361.20 |
| 2137915 | Equitrac - Long Distance to 2125063741 | E | 09/11/2007 | 0999 | C&D | | 0.00 | $0.41 | | 0.00 | $0.41 | 27,361.61 |
| 2137924 | Equitrac - Long Distance to 5135796408 | E | 09/11/2007 | 0999 | C&D | | 0.00 | $0.62 | | 0.00 | $0.62 | 27,362.23 |
| 2138116 | Photocopy | E | 09/11/2007 | 0999 | C&D | | 0.00 | $354.40 | | 0.00 | $354.40 | 27,716.63 |
| 2138121 | Photocopy | E | 09/11/2007 | 0263 | MLH | | 0.00 | $3.30 | | 0.00 | $3.30 | 27,719.93 |
| 2138130 | Photocopy | E | 09/11/2007 | 0999 | C&D | | 0.00 | $170.70 | | 0.00 | $170.70 | 27,890.63 |
| 2138178 | Photocopy | E | 09/11/2007 | 0327 | ALV | | 0.00 | $0.60 | | 0.00 | $0.60 | 27,891.23 |
| 2137450 | Red Top Cab Late night cab home for JMR on 8/22 | E | 09/11/2007 | 0354 | JMR | | 0.00 | $33.12 | | 0.00 | $33.12 | 27,924.35 |
| 2137464 | ADA Travel Coach class travel to NYC for JPW on 9/7 | E | 09/11/2007 | 0334 | JPW | | 0.00 | $668.80 | | 0.00 | $668.80 | 28,593.15 |
| 2137465 | ADA Travel Agency fee on Coach class travel to NYC for JPW on 9/7 | E | 09/11/2007 | 0334 | JPW | | 0.00 | $40.00 | | 0.00 | $40.00 | 28,633.15 |
| 2137466 | ADA Travel NDF coach class travel to NYC on 9/7 | E | 09/11/2007 | 0187 | NDF | | 0.00 | $668.80 | | 0.00 | $668.80 | 29,301.95 |
| 2137467 | ADA Travel Agency fee NDF coach class travel to NYC on 9/7 | E | 09/11/2007 | 0187 | NDF | | 0.00 | $40.00 | | 0.00 | $40.00 | 29,341.95 |
| 2137469 | ADA Travel JPW coach class travel to NYC on 9/24 | E | 09/11/2007 | 0334 | JPW | | 0.00 | $668.80 | | 0.00 | $668.80 | 30,010.75 |
| 2137470 | ADA Travel agency fee on JPW coach class travel to NYC on 9/24 | E | 09/11/2007 | 0334 | JPW | | 0.00 | $40.00 | | 0.00 | $40.00 | 30,050.75 |
| 2137820 | Kazan, McClain, Abrams; Professional services | E | 09/12/2007 | 0199 | ADK | | 0.00 | $610.25 | | 0.00 | $610.25 | 30,661.00 |
| 2138228 | Postage | E | 09/12/2007 | 0999 | C&D | | 0.00 | $32.92 | | 0.00 | $32.92 | 30,693.92 |
| 2138382 | Equitrac - Long Distance to 2123199240 | E | 09/12/2007 | 0999 | C&D | | 0.00 | $0.26 | | 0.00 | $0.26 | 30,694.18 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 10/19/2007

Print Date/Time: 10/19/2007 2:52:57PM

Attn: Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2138423 | Photocopy | E | 09/12/2007 | 0999 | C&D | 0.00 | $275.60 | 0.00 | $275.60 | 30,969.78 |
| 2138428 | Photocopy | E | 09/12/2007 | 0308 | DBS | 0.00 | $19.90 | 0.00 | $19.90 | 30,989.68 |
| 2138435 | Photocopy | E | 09/12/2007 | 0308 | DBS | 0.00 | $17.40 | 0.00 | $17.40 | 31,007.08 |
| 2138444 | Photocopy | E | 09/12/2007 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 31,008.28 |
| 2138447 | Photocopy | E | 09/12/2007 | 0999 | C&D | 0.00 | $17.20 | 0.00 | $17.20 | 31,025.48 |
| 2138451 | Photocopy | E | 09/12/2007 | 0999 | C&D | 0.00 | $4.00 | 0.00 | $4.00 | 31,029.48 |
| 2138477 | Photocopy | E | 09/12/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 31,029.68 |
| 2138501 | Photocopy | E | 09/12/2007 | 0308 | DBS | 0.00 | $5.40 | 0.00 | $5.40 | 31,035.08 |
| 2138521 | Postage | E | 09/13/2007 | 0999 | C&D | 0.00 | $12.34 | 0.00 | $12.34 | 31,047.42 |
| 2138555 | Snyder Miller & Orton; Work involved in preparation of rebuttal report (by Snyder) | E | 09/13/2007 | 0187 | NDF | 0.00 | $171,050.20 | 0.00 | $171,050.20 | 202,097.62 |
| 2138557 | Lasership to GW/Gelman Library on 8/21 | E | 09/13/2007 | 0999 | C&D | 0.00 | $8.44 | 0.00 | $8.44 | 202,106.06 |
| 2138560 | Reprints Desk Article supply services requested by BSB | E | 09/13/2007 | 0001 | BSB | 0.00 | $14,723.52 | 0.00 | $14,723.52 | 216,829.58 |
| 2138737 | Equitrac - Long Distance to 4107031808 | E | 09/13/2007 | 0999 | C&D | 0.00 | $1.92 | 0.00 | $1.92 | 216,831.50 |
| 2138742 | Equitrac - Long Distance to 3024261900 | E | 09/13/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 216,831.57 |
| 2138743 | Equitrac - Long Distance to 3024261900 | E | 09/13/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 216,831.62 |
| 2138760 | Equitrac - Long Distance to 4108373027 | E | 09/13/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 216,831.71 |
| 2138763 | Equitrac - Long Distance to 4159624400 | E | 09/13/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 216,831.86 |
| 2138777 | Photocopy | E | 09/13/2007 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 216,833.06 |
| 2138783 | Photocopy | E | 09/13/2007 | 0255 | DAT | 0.00 | $7.80 | 0.00 | $7.80 | 216,840.86 |
| 2138790 | Photocopy | E | 09/13/2007 | 0308 | DBS | 0.00 | $20.60 | 0.00 | $20.60 | 216,861.46 |
| 2138800 | Photocopy | E | 09/13/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 216,861.56 |
| 2138864 | Photocopy | E | 09/13/2007 | 0251 | JO | 0.00 | $0.50 | 0.00 | $0.50 | 216,862.06 |
| 2138907 | PAKC/DSL, P.S.; Deposition | E | 09/14/2007 | 0001 | BSB | 0.00 | $4,000.00 | 0.00 | $4,000.00 | 220,862.06 |
| 2139069 | Petty Cash Airport parking for JPW on travel to NYC for meetring on 9/7 with insurance counsel | E | 09/14/2007 | 0334 | JPW | 0.00 | $36.00 | 0.00 | $36.00 | 220,898.06 |
| 2139078 | Petty Cash Late night cab home for DBS on 9/10 | E | 09/14/2007 | 0308 | DBS | 0.00 | $20.00 | 0.00 | $20.00 | 220,918.06 |
| 2139079 | Petty Cash Cab to airport for DBS for travel to NYC for meeting re deposition on 9/10 | E | 09/14/2007 | 0308 | DBS | 0.00 | $20.00 | 0.00 | $20.00 | 220,938.06 |
| 2139081 | Petty Cash Late night dinner for NDF on 9/13 | E | 09/14/2007 | 0187 | NDF | 0.00 | $64.24 | 0.00 | $64.24 | 221,002.30 |
| 2139082 | Petty Cash late night cab home for NDF on 9/13 | E | 09/14/2007 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 221,022.30 |
| 2139083 | Petty Cash Cabs for NDF and DBS in NYC for meeting on 9/7 | E | 09/14/2007 | 0187 | NDF | 0.00 | $75.00 | 0.00 | $75.00 | 221,097.30 |
| 2139094 | ADA Travel DBS coach class airfare to NYC on 9/7 | E | 09/14/2007 | 0308 | DBS | 0.00 | $678.80 | 0.00 | $678.80 | 221,776.10 |
| 2139095 | ADA Travel Agency fee DBS coach class airfare to NYC on 9/7 | E | 09/14/2007 | 0308 | DBS | 0.00 | $40.00 | 0.00 | $40.00 | 221,816.10 |
| 2139256 | Photocopy | E | 09/14/2007 | 0220 | SKL | 0.00 | $5.80 | 0.00 | $5.80 | 221,821.90 |
| 2139287 | Photocopy | E | 09/14/2007 | 0999 | C&D | 0.00 | $3.40 | 0.00 | $3.40 | 221,825.30 |
| 2139293 | Photocopy | E | 09/14/2007 | 0999 | C&D | 0.00 | $18.40 | 0.00 | $18.40 | 221,843.70 |
| 2139324 | Photocopy | E | 09/14/2007 | 0220 | SKL | 0.00 | $3.50 | 0.00 | $3.50 | 221,847.20 |
| 2139332 | Photocopy | E | 09/14/2007 | 0255 | DAT | 0.00 | $14.90 | 0.00 | $14.90 | 221,862.10 |
| 2139339 | Photocopy | E | 09/14/2007 | 0300 | DMH | 0.00 | $13.50 | 0.00 | $13.50 | 221,875.60 |
| 2139341 | Photocopy | E | 09/14/2007 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 221,876.60 |
| 2139353 | Photocopy | E | 09/16/2007 | 0334 | JPW | 0.00 | $67.80 | 0.00 | $67.80 | 221,944.40 |
| 2139354 | Photocopy | E | 09/16/2007 | 0334 | JPW | 0.00 | $4.30 | 0.00 | $4.30 | 221,948.70 |
| 2139355 | Photocopy | E | 09/16/2007 | 0334 | JPW | 0.00 | $5.40 | 0.00 | $5.40 | 221,954.10 |
| 2139362 | Equitrac - Long Distance to 2123199240 | E | 09/17/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 221,954.19 |
| 2139368 | Equitrac - Long Distance to 4163611000 | E | 09/17/2007 | 0999 | C&D | 0.00 | $1.07 | 0.00 | $1.07 | 221,955.26 |
| 2139373 | Equitrac - Long Distance to 2123199240 | E | 09/17/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 221,955.31 |
| 2139382 | Equitrac - Long Distance to 8608821676 | E | 09/17/2007 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 221,955.65 |
| 2139436 | Photocopy | E | 09/17/2007 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $6.60 | 221,962.25 |
| 2139438 | Photocopy | E | 09/17/2007 | 0334 | JPW | 0.00 | $0.80 | 0.00 | $0.80 | 221,963.05 |
| 2139440 | Photocopy | E | 09/17/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 221,963.25 |
| 2139441 | Photocopy | E | 09/17/2007 | 0334 | JPW | 0.00 | $9.00 | 0.00 | $9.00 | 221,972.25 |
| 2139443 | Photocopy | E | 09/17/2007 | 0500 | TS | 0.00 | $1.70 | 0.00 | $1.70 | 221,973.95 |
| 2139445 | Photocopy | E | 09/17/2007 | 0999 | C&D | 0.00 | $48.00 | 0.00 | $48.00 | 222,021.95 |
| 2139448 | Photocopy | E | 09/17/2007 | 0999 | C&D | 0.00 | $21.00 | 0.00 | $21.00 | 222,042.95 |
| 2139454 | Photocopy | E | 09/17/2007 | 0334 | JPW | 0.00 | $7.20 | 0.00 | $7.20 | 222,050.15 |
| 2139469 | Photocopy | E | 09/17/2007 | 0500 | TS | 0.00 | $14.00 | 0.00 | $14.00 | 222,064.15 |
| 2139477 | Photocopy | E | 09/17/2007 | 0999 | C&D | 0.00 | $38.90 | 0.00 | $38.90 | 222,103.05 |
| 2139503 | Photocopy | E | 09/17/2007 | 0251 | JO | 0.00 | $1.80 | 0.00 | $1.80 | 222,104.85 |
| 2139155 | Postage | E | 09/17/2007 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 222,105.26 |
| 2139525 | Postage | E | 09/18/2007 | 0999 | C&D | 0.00 | $36.48 | 0.00 | $36.48 | 222,141.74 |
| 2139526 | Postage | E | 09/18/2007 | 0999 | C&D | 0.00 | $18.85 | 0.00 | $18.85 | 222,160.59 |
| 2139802 | Photocopy | E | 09/18/2007 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 222,161.59 |
| 2139804 | Photocopy | E | 09/18/2007 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 222,163.19 |
| 2139836 | Photocopy | E | 09/18/2007 | 0308 | DBS | 0.00 | $20.20 | 0.00 | $20.20 | 222,183.39 |
| 2139842 | Photocopy | E | 09/18/2007 | 0308 | DBS | 0.00 | $43.50 | 0.00 | $43.50 | 222,226.89 |
| 2139859 | Photocopy | E | 09/18/2007 | 0999 | C&D | 0.00 | $45.60 | 0.00 | $45.60 | 222,272.49 |
| 2139866 | Photocopy | E | 09/18/2007 | 0500 | TS | 0.00 | $0.20 | 0.00 | $0.20 | 222,272.69 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 10/19/2007

Print Date/Time: 10/19/2007 2:52:57PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2139886 | Photocopy | E | 09/18/2007 | 0999 | C&D | 0.00 | $29.50 | 0.00 | $29.50 | 222,302.19 |
| 2139890 | Photocopy | E | 09/18/2007 | 0215 | KRS | 0.00 | $5.20 | 0.00 | $5.20 | 222,307.39 |
| 2139645 | Equitrac - Long Distance to 7708663200 | E | 09/18/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 222,307.45 |
| 2139666 | Equitrac - Long Distance to 4163611000 | E | 09/18/2007 | 0999 | C&D | 0.00 | $1.68 | 0.00 | $1.68 | 222,309.13 |
| 2139700 | Equitrac - Long Distance to 8054993572 | E | 09/18/2007 | 0999 | C&D | 0.00 | $0.39 | 0.00 | $0.39 | 222,309.52 |
| 2139705 | Equitrac - Long Distance to 8054993572 | E | 09/18/2007 | 0999 | C&D | 0.00 | $1.02 | 0.00 | $1.02 | 222,310.54 |
| 2139788 | Equitrac - Long Distance to 8054993572 | E | 09/19/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 222,310.63 |
| 2139928 | Photocopy | E | 09/19/2007 | 0999 | C&D | 0.00 | $2.20 | 0.00 | $2.20 | 222,312.83 |
| 2139938 | Photocopy | E | 09/19/2007 | 0999 | C&D | 0.00 | $228.30 | 0.00 | $228.30 | 222,541.13 |
| 2139952 | Photocopy | E | 09/19/2007 | 0999 | C&D | 0.00 | $181.40 | 0.00 | $181.40 | 222,722.53 |
| 2139961 | Photocopy | E | 09/19/2007 | 0999 | C&D | 0.00 | $32.40 | 0.00 | $32.40 | 222,754.93 |
| 2139572 | Postage | E | 09/19/2007 | 0999 | C&D | 0.00 | $30.72 | 0.00 | $30.72 | 222,785.65 |
| 2139573 | Postage | E | 09/19/2007 | 0999 | C&D | 0.00 | $19.24 | 0.00 | $19.24 | 222,804.89 |
| 2139626 | Professional Fees & Expert Witness Fees - Gore Brothers Reporting - Deposition & Related Charges | E | 09/19/2007 | 0001 | BSB | 0.00 | $653.60 | 0.00 | $653.60 | 223,458.49 |
| 2139627 | Conference Meals - DKG - Dinner w/ALV & DBS after working on client matter | E | 09/19/2007 | 0310 | DKG | 0.00 | $135.85 | 0.00 | $135.85 | 223,594.34 |
| 2139631 | Professional Fees & Expert Witness Fees - Verus Claims Svces - Prof Svces for August | E | 09/19/2007 | 0187 | NDF | 0.00 | $4,160.00 | 0.00 | $4,160.00 | 227,754.34 |
| 2140026 | Equitrac - Long Distance to 2069579510 | E | 09/20/2007 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 227,754.42 |
| 2140037 | Equitrac - Long Distance to 6094660427 | E | 09/20/2007 | 0999 | C&D | 0.00 | $0.86 | 0.00 | $0.86 | 227,755.28 |
| 2140063 | Equitrac - Long Distance to 2123199240 | E | 09/20/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 227,755.51 |
| 2140073 | Equitrac - Long Distance to 9143721874 | E | 09/20/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 227,755.57 |
| 2140099 | Photocopy | E | 09/20/2007 | 0999 | C&D | 0.00 | $4.40 | 0.00 | $4.40 | 227,759.97 |
| 2140162 | Photocopy | E | 09/20/2007 | 0220 | SKL | 0.00 | $1.80 | 0.00 | $1.80 | 227,761.77 |
| 2140205 | Postage | E | 09/21/2007 | 0999 | C&D | 0.00 | $32.12 | 0.00 | $32.12 | 227,793.89 |
| 2141070 | Equitrac - Long Distance to 9736359254 | E | 09/21/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 227,794.04 |
| 2141086 | Equitrac - Long Distance to 2123199240 | E | 09/21/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 227,794.10 |
| 2141088 | Equitrac - Long Distance to 8054993572 | E | 09/21/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 227,794.20 |
| 2141113 | Photocopy | E | 09/21/2007 | 0500 | TS | 0.00 | $0.20 | 0.00 | $0.20 | 227,794.40 |
| 2141115 | Photocopy | E | 09/21/2007 | 0220 | SKL | 0.00 | $59.60 | 0.00 | $59.60 | 227,854.00 |
| 2141121 | Photocopy | E | 09/21/2007 | 0220 | SKL | 0.00 | $4.40 | 0.00 | $4.40 | 227,858.40 |
| 2141148 | Photocopy | E | 09/21/2007 | 0999 | C&D | 0.00 | $14.80 | 0.00 | $14.80 | 227,873.20 |
| 2141150 | Photocopy | E | 09/21/2007 | 0999 | C&D | 0.00 | $41.90 | 0.00 | $41.90 | 227,915.10 |
| 2141172 | Photocopy | E | 09/21/2007 | 0999 | C&D | 0.00 | $455.00 | 0.00 | $455.00 | 228,370.10 |
| 2141209 | Postage | E | 09/24/2007 | 0999 | C&D | 0.00 | $46.72 | 0.00 | $46.72 | 228,416.82 |
| 2141218 | Postage | E | 09/24/2007 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 228,417.23 |
| 2141250 | JMR; Travel expenses to Philadelphia for depositions on 9/17-19 for meals | E | 09/24/2007 | 0354 | JMR | 0.00 | $133.81 | 0.00 | $133.81 | 228,551.04 |
| 2141251 | JMR; Travel expenses to Philadelphia for depositions on 9/17-19 for Fourt Seasons hotel | E | 09/24/2007 | 0354 | JMR | 0.00 | $1,219.80 | 0.00 | $1,219.80 | 229,770.84 |
| 2141253 | BSB; Travel expenses to Toronto for Gordon Bragg deposition on 9/18-20 for meals | E | 09/24/2007 | 0001 | BSB | 0.00 | $85.92 | 0.00 | $85.92 | 229,856.76 |
| 2141254 | BSB; Travel expenses to Toronto for Gordon Bragg deposition on 9/18-20 for r/t coach airfare. | E | 09/24/2007 | 0001 | BSB | 0.00 | $724.32 | 0.00 | $724.32 | 230,581.08 |
| 2141255 | BSB; Travel expenses to Toronto for Gordon Bragg deposition on 9/18-20 for Sheraton hotel | E | 09/24/2007 | 0001 | BSB | 0.00 | $466.26 | 0.00 | $466.26 | 231,047.34 |
| 2141256 | BSB; Travel expenses to Toronto for Gordon Bragg deposition on 9/18-20 for cabs | E | 09/24/2007 | 0001 | BSB | 0.00 | $162.00 | 0.00 | $162.00 | 231,209.34 |
| 2141257 | BSB; Travel expenses to Toronto for Gordon Bragg deposition on 9/18-20 for miscellaneous tips to bellman | E | 09/24/2007 | 0001 | BSB | 0.00 | $6.00 | 0.00 | $6.00 | 231,215.34 |
| 2141270 | JPW; Travel expenses to Philadelphis for depositions on 9/17-19 for meals | E | 09/24/2007 | 0334 | JPW | 0.00 | $248.58 | 0.00 | $248.58 | 231,463.92 |
| 2141271 | JPW; Travel expenses to Philadelphis for depositions on 9/17-19 for Fourt Seasons hotel | E | 09/24/2007 | 0334 | JPW | 0.00 | $1,219.80 | 0.00 | $1,219.80 | 232,683.72 |
| 2141272 | JPW; Travel expenses to Philadelphis for depositions on 9/17-19 for parking and cabs | E | 09/24/2007 | 0334 | JPW | 0.00 | $69.00 | 0.00 | $69.00 | 232,752.72 |
| 2141273 | JPW; Travel expenses to Philadelphis for depositions on 9/17-19 for Internet usage and phone calls made from hotel | E | 09/24/2007 | 0334 | JPW | 0.00 | $48.04 | 0.00 | $48.04 | 232,800.76 |
| 2141772 | Equitrac - Long Distance to 8054993572 | E | 09/24/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 232,800.99 |
| 2141775 | Equitrac - Long Distance to 2125063741 | E | 09/24/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 232,801.59 |
| 2141784 | Equitrac - Long Distance to 8054993572 | E | 09/24/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 232,801.65 |
| 2141787 | Equitrac - Long Distance to 6094660427 | E | 09/24/2007 | 0999 | C&D | 0.00 | $0.73 | 0.00 | $0.73 | 232,802.38 |
| 2141802 | Equitrac - Long Distance to 4159624400 | E | 09/24/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 232,802.45 |
| 2141806 | Equitrac - Long Distance to 9143721874 | E | 09/24/2007 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 232,802.95 |
| 2141891 | Photocopy | E | 09/24/2007 | 0220 | SKL | 0.00 | $3.80 | 0.00 | $3.80 | 232,806.75 |
| 2141893 | Photocopy | E | 09/24/2007 | 0220 | SKL | 0.00 | $1.80 | 0.00 | $1.80 | 232,808.55 |
| 2141894 | Photocopy | E | 09/24/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 232,808.65 |
| 2141901 | Photocopy | E | 09/24/2007 | 0220 | SKL | 0.00 | $4.60 | 0.00 | $4.60 | 232,813.25 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 10/19/2007

Print Date/Time: 10/19/2007 2:52:57PM

Attn: Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2141943 | Photocopy | E | 09/24/2007 | 0251 | JO | 0.00 | $1.20 | 0.00 | $1.20 | 232,814.45 |
| 2141945 | Photocopy | E | 09/24/2007 | 0251 | JO | 0.00 | $3.40 | 0.00 | $3.40 | 232,817.85 |
| 2141948 | Photocopy | E | 09/24/2007 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 232,818.65 |
| 2141956 | Photocopy | E | 09/24/2007 | 0308 | DBS | 0.00 | $38.00 | 0.00 | $38.00 | 232,856.65 |
| 2141961 | Photocopy | E | 09/24/2007 | 0999 | C&D | 0.00 | $9.40 | 0.00 | $9.40 | 232,866.05 |
| 2141963 | Photocopy | E | 09/24/2007 | 0220 | SKL | 0.00 | $2.90 | 0.00 | $2.90 | 232,868.95 |
| 2141969 | Photocopy | E | 09/24/2007 | 0220 | SKL | 0.00 | $5.20 | 0.00 | $5.20 | 232,874.15 |
| 2141981 | Photocopy | E | 09/24/2007 | 0999 | C&D | 0.00 | $79.80 | 0.00 | $79.80 | 232,953.95 |
| 2141992 | Photocopy | E | 09/25/2007 | 0237 | SRB | 0.00 | $4.80 | 0.00 | $4.80 | 232,958.75 |
| 2142003 | Photocopy | E | 09/25/2007 | 0220 | SKL | 0.00 | $9.80 | 0.00 | $9.80 | 232,968.55 |
| 2142007 | Photocopy | E | 09/25/2007 | 0220 | SKL | 0.00 | $15.40 | 0.00 | $15.40 | 232,983.95 |
| 2142009 | Photocopy | E | 09/25/2007 | 0220 | SKL | 0.00 | $3.80 | 0.00 | $3.80 | 232,987.75 |
| 2142017 | Photocopy | E | 09/25/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 232,987.85 |
| 2142023 | Photocopy | E | 09/25/2007 | 0999 | C&D | 0.00 | $3.90 | 0.00 | $3.90 | 232,991.75 |
| 2142055 | Photocopy | E | 09/25/2007 | 0255 | DAT | 0.00 | $10.10 | 0.00 | $10.10 | 233,001.85 |
| 2142057 | Photocopy | E | 09/25/2007 | 0255 | DAT | 0.00 | $6.20 | 0.00 | $6.20 | 233,008.05 |
| 2142060 | Photocopy | E | 09/25/2007 | 0255 | DAT | 0.00 | $9.10 | 0.00 | $9.10 | 233,017.15 |
| 2142067 | Photocopy | E | 09/25/2007 | 0999 | C&D | 0.00 | $61.20 | 0.00 | $61.20 | 233,078.35 |
| 2142068 | Photocopy | E | 09/25/2007 | 0220 | SKL | 0.00 | $2.70 | 0.00 | $2.70 | 233,081.05 |
| 2142071 | Photocopy | E | 09/25/2007 | 0255 | DAT | 0.00 | $0.80 | 0.00 | $0.80 | 233,081.85 |
| 2142072 | Photocopy | E | 09/25/2007 | 0999 | C&D | 0.00 | $30.00 | 0.00 | $30.00 | 233,111.85 |
| 2142082 | Photocopy | E | 09/25/2007 | 0255 | DAT | 0.00 | $1.90 | 0.00 | $1.90 | 233,113.75 |
| 2142086 | Photocopy | E | 09/25/2007 | 0255 | DAT | 0.00 | $5.40 | 0.00 | $5.40 | 233,119.15 |
| 2142088 | Photocopy | E | 09/25/2007 | 0255 | DAT | 0.00 | $1.50 | 0.00 | $1.50 | 233,120.65 |
| 2142089 | Photocopy | E | 09/25/2007 | 0187 | NDF | 0.00 | $0.90 | 0.00 | $0.90 | 233,121.55 |
| 2142093 | Photocopy | E | 09/25/2007 | 0999 | C&D | 0.00 | $32.40 | 0.00 | $32.40 | 233,153.95 |
| 2141825 | Equitrac - Long Distance to 8054993572 | E | 09/25/2007 | 0999 | C&D | 0.00 | $1.24 | 0.00 | $1.24 | 233,155.19 |
| 2141858 | Equitrac - Long Distance to 5613621302 | E | 09/25/2007 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 233,156.24 |
| 2141695 | Postage | E | 09/25/2007 | 0999 | C&D | 0.00 | $34.22 | 0.00 | $34.22 | 233,190.46 |
| 2141540 | LexisNexis Courtlink; Database research through 8/31 | E | 09/25/2007 | 0327 | ALV | 0.00 | $19.04 | 0.00 | $19.04 | 233,209.50 |
| 2141566 | NYO Long Distance Telephone and Conference Calls for 8/1/07-8/31/07 on 8/28/ Conf. Call with PVNL, EI, RER, NDF, JPW | E | 09/25/2007 | 0999 | C&D | 0.00 | $218.04 | 0.00 | $218.04 | 233,427.54 |
| 2141569 | NYO Long Distance Telephone and Conference Calls for 8/1/07-8/31/07 on 8/23/ Conf. Call with Negotiating Subcommittee, NDF, PVNL | E | 09/25/2007 | 0999 | C&D | 0.00 | $224.36 | 0.00 | $224.36 | 233,651.90 |
| 2141643 | Christopher's Copy Service; Records copies from Reaud Morgan Quinn | E | 09/25/2007 | 0187 | NDF | 0.00 | $1,837.26 | 0.00 | $1,837.26 | 235,489.16 |
| 2141657 | Premiere Global Services; Conference calls made during August 200 | E | 09/25/2007 | 0187 | NDF | 0.00 | $65.45 | 0.00 | $65.45 | 235,554.61 |
| 2141667 | Gobbell Hays partners, Inc. Services 8/1 through 8/31 | E | 09/25/2007 | 0187 | NDF | 0.00 | $2,919.21 | 0.00 | $2,919.21 | 238,473.82 |
| 2141677 | Petty Cash Cab for BSB and NDF from deposition | E | 09/26/2007 | 0001 | BSB | 0.00 | $10.00 | 0.00 | $10.00 | 238,483.82 |
| 2141687 | Petty Cash Late night cabs home for NDF September 12-20 | E | 09/26/2007 | 0187 | NDF | 0.00 | $101.00 | 0.00 | $101.00 | 238,584.82 |
| 2141688 | Petty Cash Late night dinners for NDF September 12-20 | E | 09/26/2007 | 0187 | NDF | 0.00 | $52.98 | 0.00 | $52.98 | 238,637.80 |
| 2141689 | Petty Cash Working lunch for NDF and WBS on 9/24 | E | 09/26/2007 | 0187 | NDF | 0.00 | $11.53 | 0.00 | $11.53 | 238,649.33 |
| 2142096 | ADA Travel JPW 9/17 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0334 | JPW | 0.00 | $382.00 | 0.00 | $254.00 | 238,903.33 |
| 2142097 | ADA Travel Aagency fee on JPW 9/17 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0334 | JPW | 0.00 | $40.00 | 0.00 | $40.00 | 238,943.33 |
| 2142098 | ADA Travel NDF 9/17 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0187 | NDF | 0.00 | $382.00 | 0.00 | $254.00 | 239,197.33 |
| 2142099 | ADA Travel Agency fee on NDF 9/17 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 239,237.33 |
| 2142100 | ADA Travel JMR 9/17 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0354 | JMR | 0.00 | $382.00 | 0.00 | $254.00 | 239,491.33 |
| 2142101 | ADA Travel Agency fee on JMR 9/17 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0354 | JMR | 0.00 | $40.00 | 0.00 | $40.00 | 239,531.33 |
| 2142103 | ADA Travel NDF 9/19 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0187 | NDF | 0.00 | $427.00 | 0.00 | $254.00 | 239,785.33 |
| 2142104 | ADA Travel Agency fee on NDF 9/19 travel to Philadelphia (business class fare $254.00) | E | 09/26/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 239,825.33 |
| 2142150 | Photocopy | E | 09/26/2007 | 0999 | C&D | 0.00 | $56.70 | 0.00 | $56.70 | 239,882.03 |
| 2142165 | Photocopy | E | 09/26/2007 | 0237 | SRB | 0.00 | $21.00 | 0.00 | $21.00 | 239,903.03 |
| 2142166 | Photocopy | E | 09/26/2007 | 0255 | DAT | 0.00 | $12.60 | 0.00 | $12.60 | 239,915.63 |
| 2142167 | Photocopy | E | 09/26/2007 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 239,915.93 |
| 2142184 | Photocopy | E | 09/26/2007 | 0999 | C&D | 0.00 | $99.20 | 0.00 | $99.20 | 240,015.13 |
| 2142190 | Photocopy | E | 09/26/2007 | 0308 | DBS | 0.00 | $27.40 | 0.00 | $27.40 | 240,042.53 |
| 2142198 | Photocopy | E | 09/26/2007 | 0999 | C&D | 0.00 | $172.20 | 0.00 | $172.20 | 240,214.73 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** 

**Matter 000** **Disbursements** 10/19/2007

Print Date/Time: 10/19/2007 2:52:57PM

Attn: Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2142210 | Photocopy | E | 09/26/2007 | 0308 | DBS | 0.00 | $1.80 | 0.00 | $1.80 | 240,216.53 |
| 2142244 | Postage | E | 09/27/2007 | 0999 | C&D | 0.00 | $16.21 | 0.00 | $16.21 | 240,232.74 |
| 2142245 | Postage | E | 09/27/2007 | 0999 | C&D | 0.00 | $16.56 | 0.00 | $16.56 | 240,249.30 |
| 2142738 | High Noon; NDF client luncheon on 9/26 | E | 09/27/2007 | 0187 | NDF | 0.00 | $208.58 | 0.00 | $208.58 | 240,457.88 |
| 2142752 | BostonCoach car service for NDF round trip to Pittsburgh on 8/29 | E | 09/27/2007 | 0187 | NDF | 0.00 | $911.71 | 0.00 | $911.71 | 241,369.59 |
| 2142753 | BostonCoach car service for NDF on 9/7 to airport for travel to NYC | E | 09/27/2007 | 0187 | NDF | 0.00 | $261.80 | 0.00 | $261.80 | 241,631.39 |
| 2144362 | Equitrac - Long Distance to 8054997126 | E | 09/27/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 241,631.49 |
| 2144390 | Equitrac - Long Distance to 5135796426 | E | 09/27/2007 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 241,631.90 |
| 2144391 | Equitrac - Long Distance to 2123199240 | E | 09/27/2007 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 241,632.24 |
| 2144395 | Equitrac - Long Distance to 9195137662 | E | 09/27/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 241,632.31 |
| 2144400 | Equitrac - Long Distance to 2125063741 | E | 09/27/2007 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 241,632.42 |
| 2144420 | Photocopy | E | 09/27/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 241,633.02 |
| 2144422 | Photocopy | E | 09/27/2007 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 241,633.82 |
| 2144480 | Photocopy | E | 09/27/2007 | 0308 | DBS | 0.00 | $6.80 | 0.00 | $6.80 | 241,640.62 |
| 2144492 | Photocopy | E | 09/27/2007 | 0255 | DAT | 0.00 | $3.30 | 0.00 | $3.30 | 241,643.92 |
| 2144561 | Photocopy | E | 09/28/2007 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 241,645.12 |
| 2144562 | Photocopy | E | 09/28/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 241,645.22 |
| 2144579 | Photocopy | E | 09/28/2007 | 0255 | DAT | 0.00 | $14.20 | 0.00 | $14.20 | 241,659.42 |
| 2144593 | Photocopy | E | 09/28/2007 | 0999 | C&D | 0.00 | $15.80 | 0.00 | $15.80 | 241,675.22 |
| 2144600 | Photocopy | E | 09/28/2007 | 0220 | SKL | 0.00 | $3.90 | 0.00 | $3.90 | 241,679.12 |
| 2144614 | Photocopy | E | 09/28/2007 | 0999 | C&D | 0.00 | $9.80 | 0.00 | $9.80 | 241,688.92 |
| 2144615 | Photocopy | E | 09/28/2007 | 0255 | DAT | 0.00 | $105.00 | 0.00 | $105.00 | 241,793.92 |
| 2144631 | Photocopy | E | 09/28/2007 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 241,797.52 |
| 2144640 | Photocopy | E | 09/28/2007 | 0999 | C&D | 0.00 | $26.80 | 0.00 | $26.80 | 241,824.32 |
| 2144644 | Photocopy | E | 09/28/2007 | 0999 | C&D | 0.00 | $54.50 | 0.00 | $54.50 | 241,878.82 |
| 2144647 | Photocopy | E | 09/28/2007 | 0999 | C&D | 0.00 | $23.40 | 0.00 | $23.40 | 241,902.22 |
| 2142805 | Richard A. Lemen, Ph.D, M.S.P.H.; Expert witness for ACC | E | 09/28/2007 | 0187 | NDF | 0.00 | $9,892.66 | 0.00 | $9,892.66 | 251,794.88 |
| 2142811 | Postage | E | 09/28/2007 | 0999 | C&D | 0.00 | $30.72 | 0.00 | $30.72 | 251,825.60 |
| 2142812 | Postage | E | 09/28/2007 | 0999 | C&D | 0.00 | $50.47 | 0.00 | $50.47 | 251,876.07 |
| 2147424 | Database Research/Lexis Charges for 8/24/07-9/24/07 By: JMR on 9/14 | E | 09/30/2007 | 0999 | C&D | 0.00 | $181.40 | 0.00 | $181.40 | 252,057.47 |
| 2147425 | Database Research/Lexis Charges for 8/24/07-9/24/07 By: BSB on 8/29 | E | 09/30/2007 | 0999 | C&D | 0.00 | $59.97 | 0.00 | $59.97 | 252,117.44 |
| 2147426 | Database Research/Lexis Charges for 8/24/07-9/24/07 By: A. Sackett on 9/14 | E | 09/30/2007 | 0999 | C&D | 0.00 | $412.84 | 0.00 | $412.84 | 252,530.28 |
| 2147561 | Database Research - Westlaw by BSB on 9/14 & 20 | E | 09/30/2007 | 0999 | C&D | 0.00 | $244.28 | 0.00 | $244.28 | 252,774.56 |
| 2147562 | Database Research - Westlaw by DKG on 9/19-21 | E | 09/30/2007 | 0999 | C&D | 0.00 | $459.84 | 0.00 | $459.84 | 253,234.40 |
| 2147563 | Database Research - Westlaw by JMR on 9/14 | E | 09/30/2007 | 0999 | C&D | 0.00 | $535.74 | 0.00 | $535.74 | 253,770.14 |
| 2147564 | Database Research - Westlaw by ALV on 9/17-19 | E | 09/30/2007 | 0999 | C&D | 0.00 | $1,212.98 | 0.00 | $1,212.98 | 254,983.12 |
| 2147565 | Database Research - Westlaw by JPW on 9/10 | E | 09/30/2007 | 0999 | C&D | 0.00 | $97.31 | 0.00 | $97.31 | 255,080.43 |
| 2147566 | Database Research - Westlaw by AJS on 9/14-21 | E | 09/30/2007 | 0999 | C&D | 0.00 | $1,367.83 | 0.00 | $1,367.83 | 256,448.26 |
| 2147567 | Database Research - Westlaw by AJS on 9/20 | E | 09/30/2007 | 0999 | C&D | 0.00 | $216.24 | 0.00 | $216.24 | 256,664.50 |
| **Total Expenses** | | | | | | 0.00 | $257,221.50 | 0.00 | $256,664.50 | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 257,221.50 | | 256,664.50 |
| Matter Total | 0.00 | 257,221.50 | 0.00 | 256,664.50 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $257,221.50 | | $256,664.50 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 10/19/2007

Print Date/Time: 10/19/2007 2:52:57PM

Attn: Invoice #

| | | | | |
|---|---|---|---|---|
| Prebill Total | 0.00 | $257,221.50 | 0.00 | $256,664.50 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 57,444 | 02/28/2007 | 255,105.50 | 51,021.10 |
| 57,767 | 03/23/2007 | 325,262.50 | 65,052.50 |
| 58,096 | 04/26/2007 | 333,488.50 | 66,697.70 |
| 58,439 | 05/22/2007 | 353,903.50 | 70,780.70 |
| 58,979 | 06/29/2007 | 408,209.50 | 81,641.90 |
| 59,278 | 07/23/2007 | 287,802.00 | 57,560.40 |
| 59,594 | 08/20/2007 | 496,886.93 | 496,886.93 |
| 60,172 | 09/30/2007 | 671,794.17 | 671,794.17 |
| | | 3,148,073.60 | 1,564,559.60 |