**Attachment B**
**To Fee Application**

## Summary of PwC's Fees By Professional
### August 2007

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended August 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 8.3 | $ 5,686.41 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 7.6 | $ 4,655.30 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 2.0 | $ 1,808.10 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 5.0 | $ 2,940.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 3.3 | $ 1,299.38 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 58.0 | $ 22,828.80 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $285.36 | 2.0 | $ 570.72 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 1.0 | $ 297.66 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 5.5 | $ 1,472.63 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 108.0 | $ 23,512.68 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 5.0 | $ 1,057.80 |
| Mariana Isturiz Espinoza | Tax Senior Associate | 4 | Integrated Audit | $189.00 | 5.0 | $ 945.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.29 | 51.0 | $ 7,715.79 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $138.99 | 4.0 | $ 555.96 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $147.60 | 2.0 | $ 295.20 |
| Jennifer D'Angelo | Audit Associate | 2 | Integrated Audit | $138.99 | 33.0 | $ 4,586.67 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.08 | 116.5 | $ 13,756.32 |
| Ovais Anwar | Intern | <1 | Integrated Audit | $88.56 | 15.0 | $ 1,328.40 |

{02411}

| | | TOTAL | 432.2 | $ 95,312.82 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    65.0    $ 8,512.83

## Summary of PwC's Fees By Project Category:
### August 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 65.0 | $8,512.83 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |

{02411}

| | | |
|---|---|---|
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 432.2 | $95,312.82 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 497.2 | $103,825.65 |

Expense Summary
August 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $29.00 |
| Lodging | N/A | $0 |
| Sundry | N/A | $0 |
| Business Meals | N/A | $169.51 |
| TOTAL: | | $198.51 |

{02411}