# EXHIBIT - A

WR Grace and Co.
Fee Application Preparation
Month ended August 31, 2007

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|--------------------------------|-----------|--|---------------|--|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name: Pamela Barkley** | | | | | | |
| 8/6/2007 | 1.0 | Review quarterly application | $ | 217.71 | $ | 217.71 |
| 8/21/2007 | 2.0 | Reviewing July time for bankruptcy reporting | $ | 217.71 | $ | 435.42 |
| 8/22/2007 | 1.0 | Reviewing Darex reporting for bankruptcy | $ | 217.71 | $ | 217.71 |
| 8/28/2007 | 1.0 | Review colombia 404 matrix | $ | 217.71 | $ | 217.71 |
| 8/28/2007 | 1.0 | Review 25th quarterly application | $ | 217.71 | $ | 217.71 |
| 8/29/2007 | 3.0 | Working on the Darex time reporting issue and reviewing the quarterly application | $ | 217.71 | $ | 653.13 |
| | **9.0** | | | | | |
| | | | | | | |
| **Name: Melissa Noel** | | | | | | |
| 8/1/2007 | 2.5 | Fee application preparation | $ | 118.08 | $ | 295.20 |
| 8/3/2007 | 1.0 | Quarter 25 application | $ | 118.08 | $ | 118.08 |
| | 2.5 | WIPS and July 2007 report | $ | 118.08 | $ | 295.20 |
| 8/6/2007 | 3.0 | Fee application preparation | $ | 118.08 | $ | 354.24 |
| 8/7/2007 | 4.0 | Fee application preparation | $ | 118.08 | $ | 472.32 |
| 8/8/2007 | 8.0 | Darex reporting | $ | 118.08 | $ | 944.64 |
| 8/9/2007 | 3.0 | Darex reporting | $ | 118.08 | $ | 354.24 |
| 8/10/2007 | 0.5 | Fee application preparation | $ | 118.08 | $ | 59.04 |
| 8/13/2007 | 1.0 | Fee application preparation | $ | 118.08 | $ | 118.08 |
| 8/14/2007 | 0.5 | Fee application preparation | $ | 118.08 | $ | 59.04 |
| 8/15/2007 | 2.5 | Fee application preparation | $ | 118.08 | $ | 295.20 |
| 8/16/2007 | 3.0 | Fee application preparation | $ | 118.08 | $ | 354.24 |
| 8/17/2007 | 2.0 | Quarter 25 application | $ | 118.08 | $ | 236.16 |
| | 1.0 | Darex reporting | $ | 118.08 | $ | 118.08 |
| | 1.0 | Fee application preparation | $ | 118.08 | $ | 118.08 |
| 8/20/2007 | 2.0 | Fee application preparation | $ | 118.08 | $ | 236.16 |
| 8/22/2007 | 1.5 | Darex reporting | $ | 118.08 | $ | 177.12 |
| 8/23/2007 | 2.0 | July fee app clean up | $ | 118.08 | $ | 236.16 |
| | 1.0 | Darex clean up | $ | 118.08 | $ | 118.08 |
| 8/24/2007 | 1.5 | Wrap up July fee application | $ | 118.08 | $ | 177.12 |
| | 1.5 | Darex expenses | $ | 118.08 | $ | 177.12 |
| | 2.0 | Darex clean up | $ | 118.08 | $ | 236.16 |
| 8/28/2007 | 1.0 | Darex clean up | $ | 118.08 | $ | 118.08 |
| 8/29/2007 | 3.5 | Quarter 25 application | $ | 118.08 | $ | 413.28 |
| 8/30/2007 | 1.0 | Quarter 25 application | $ | 118.08 | $ | 118.08 |
| | 1.5 | Darex clean up | $ | 118.08 | $ | 177.12 |
| | **54.0** | | | | | |
| | | | | | | |
| **Name: Barry Buchholz** | | | | | | |
| 8/24/2007 | 2.0 | Time to prepare application fee | $ | 88.56 | $ | 177.12 |
| | **2.0** | | | | | |
| | | | | | | |
| Totals | **65.0** | Total Grace Time Tracking Charged Hours | | | $ | 8,512.83 |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended August 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 8.3 | $ 5,686.41 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 7.6 | $ 4,655.30 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 2.0 | $ 1,808.10 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 5.0 | $ 2,940.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 3.3 | $ 1,299.38 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 58.0 | $ 22,828.80 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $285.36 | 2.0 | $ 570.72 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 1.0 | $ 297.66 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 5.5 | $ 1,472.63 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 108.0 | $ 23,512.68 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 5.0 | $ 1,057.80 |
| Mariana Isturiz Espinoza | Tax Senior Associate | 4 | Integrated Audit | $189.00 | 5.0 | $ 945.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $151.29 | 51.0 | $ 7,715.79 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $138.99 | 4.0 | $ 555.96 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $147.60 | 2.0 | $ 295.20 |
| Jennifer D'Angelo | Audit Associate | 2 | Integrated Audit | $138.99 | 33.0 | $ 4,586.67 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $118.08 | 116.5 | $ 13,756.32 |
| Ovais Anwar | Intern | <1 | Integrated Audit | $88.56 | 15.0 | $ 1,328.40 |
| | TOTAL | | | | 432.2 | $ 95,312.82 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2007 | 1.5 | Read draft Form 10-Q |
| 8/2/2007 | 0.5 | Discuss second quarter results and issues with F Festa (Grace) and P Barkley (PwC) |
| 8/2/2007 | 1.2 | Discuss status of implementation of PCAOB AS 5 with E Bull, B Summerson (Grace), D Parker and P Barkley (PwC) |
| 8/2/2007 | 0.3 | Discuss second quarter issues with B Tarola (Grace) |
| 8/3/2007 | 0.8 | Discuss comments on Form 10-Q with B Dockman, T Dyer (Grace), D Parker and P Barkley (PwC) |
| 8/5/2007 | 1.0 | Review quarter review file |
| 8/6/2007 | 0.6 | Attend audit committee call for review of Form 10-Q |
| 8/15/2007 | 0.4 | Read Bankruptcy News |
| 8/21/2007 | 0.3 | Read background data for Puerto Rico question |
| 8/21/2007 | 0.2 | Discuss Puerto Rico question with T Dyer (Grace) and P Barkley (PwC) |
| 8/27/2007 | 0.8 | Discuss bankruptcy process and company issues with B Tarola (Grace) |
| 8/27/2007 | 0.7 | Review final quarterly financial management reporting package |
| | **8.3** | **Total Grace Integrated Audit Charged Hours** |
| | **8.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8.2.07 | 0.4 | email re planning |
| 8.7.07 | 3.5 | preparation for and participation in an IT scoping and planning meeting  S Chen and N Heisler |
| 8.14.07 | 0.9 | emails re testing approach |
| 8.15.07 | 0.7 | call with S Chen and D Parker re planning |
| 8.16.07 | 1.0 | review of draft budget |
| 8.17.07 | 0.6 | review of testing nature and extent |
| 8.22.07 | 0.5 | review of revised scope |

| | | |
|------|-------|----------------------------------|
| | 7.6 | Total Grace Integrated Audit Charged Hours |
| | 7.6 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Robert Eydt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/2/2007 | 2.0 | reviewed the 6-30-07 10-Q |

| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
| | 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  George Baccash**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8/6/2007 | 2.0 | Transfer pricing meeting and foreign subsidiary issues.  3rd quarter planning. |
| 8/7/2007 | 2.0 | Transfer pricing meeting and foreign subsidiary issues.  3rd quarter planning. |
| 8/15/2007 | 1.0 | Transfer pricing meeting and foreign subsidiary issues.  3rd quarter planning. |

|  | **5.0** | **Total Grace Integrated Audit Charged Hours** |
|--|---------|------------------------------------------------|

|  | **5.0** | **Total Hours** |
|--|---------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Bonnie Shub-Gayer**

| 8/6/2007 | 3.3 | fin 48 – transfer pricing |

| | 3.3 | **Total Grace Integrated Audit Charged Hours** |

| | 3.3 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: Douglas Parker** | | |
| 8/1/2007 | 8.0 | 2Q 2007 interim review - review of staff work |
| 8/2/2007 | 5.0 | Review of Grace 2Q 2007 10Q |
| 8/2/2007 | 1.0 | Meeting with Grace internal audit (E. Bull & team) regarding AS 5 strategy |
| 8/3/2007 | 1.5 | 2Q 2007 interim review - review of staff work |
| 8/3/2007 | 1.5 | Review of Grace 2Q 2007 10Q (continued) |
| 8/3/2007 | 1.0 | Meeting with B. Dockman and T. Dyer to discuss 10Q comments |
| 8/6/2007 | 2.5 | Grace 2Q 2007 BOD Audit Committee Meeting |
| 8/6/2007 | 1.0 | Review of Grace 2Q 2007 10Q |
| 8/7/2007 | 1.5 | Meeting / call with PwC SPA team to discuss 2007 audit plan |
| 8/7/2007 | 2.5 | 2Q 2007 interim review - review of staff work |
| 8/8/2007 | 5.0 | 2Q 2007 interim review - review of staff work |
| 8/9/2007 | 2.0 | 2007 audit planning - review of draft summary plan and results |
| 8/10/2007 | 2.0 | 2007 audit planning - review of draft summary plan and results |
| 8/13/2007 | 3.5 | 2007 audit planning - review of draft summary plan and results |
| 8/14/2007 | 2.0 | 2007 audit planning - review of draft summary plan and results |
| 8/16/2007 | 2.5 | Physical inventory scoping / planning |
| 8/17/2007 | 2.0 | Review identification of significant locations |
| 8/20/2007 | 5.0 | 2007 audit planning - review of draft summary plan and results / audit strategy memo |
| 8/22/2007 | 4.5 | 2007 audit planning - review of draft summary plan and results |
| 8/24/2007 | 4.0 | 2007 audit planning - review of draft summary plan and results |
| | **58.0** | **Total Grace Integrated Audit Charged Hours** |
| | **58.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Seshadri Venkiteswaran**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/7/2007 | 2.0 | Meeting with Ed Bull & Barb Summerson to discuss ITGC-Integrated Audit. Discussions with Doug Parker and Pam to discuss integrated audit approach. |
| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
| | 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Marvin deGuzman**

| 8/13/2007 | 1.0 | Coordination of journal entry testing |

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |

| | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Daniel Spratt** | | |
| 8/6/2007 | 4.0 | Quarterly tax provision review. |
| 8/7/2007 | 1.5 | Quarterly tax provision review. |
| | **5.5** | **Total Grace Integrated Audit Charged Hours** |
| | **5.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Barkley**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2007 | 1.0 | Working on the Journal entry planning for year end |
| | 3.0 | Reviewing the database for the 2nd Quarter |
| | 2.0 | Working on the audit strategy memo |
| | 1.0 | Working on the completion steps for the quarter |
| 8/2/2007 | 1.0 | Meeting with E.Bull (Grace) about 404 planning |
| | 1.0 | Meeting with F.Festa (Grace) and B.Bishop (PwC) on Quarter updates |
| | 1.0 | Preparing 404 testing for the Germany time |
| | 1.0 | Reviewing B.Bishop's (pwc) 10-Q comments |
| | 2.0 | Reviewing the 2nd Quarter database |
| | 1.0 | Preparing the management rep letter |
| 8/3/2007 | 1.0 | Reviewing the company questionairre |
| | 2.0 | Planning for 404 testing at year end |
| | 1.0 | Reviewing the tax documentation for the quarter |
| | 1.0 | Reviewing the plants for physical inventories at year end |
| | 1.0 | Reviewing comments on the 10-Q with Grace |
| 8/6/2007 | 1.0 | Reviewing the washcoats memo |
| | 2.0 | Reviewing the next draft of the 10-Q |
| | 2.0 | completing completion steps in the 2nd Quarter database |
| 8/7/2007 | 1.0 | Planning meeting with PwC SPA team |
| | 2.0 | Tying out SAP to SOAR binder |
| | 1.0 | Working on the completion steps of the database |
| | 2.0 | Reviewing the 2nd Quarter database |
| 8/8/2007 | 2.0 | Reviewing 404 planning |
| | 1.5 | Working on the data criteria for Journal entry testing |
| | 1.5 | Reviewing guidance on XBRL |
| 8/9/2007 | 2.0 | Working on the audit strategy memo |
| 8/10/2007 | 1.0 | Working on the audit strategy memo |
| 8/14/2007 | 1.0 | Working on the audit strategy memo |
| 8/15/2007 | 2.0 | Working on the international Letter |
| 8/16/2007 | 4.0 | Working on the international letter |
| | 2.0 | Working on the audit strategy memo |
| | 1.0 | Reviewing criteria for the sherlock tool |
| | 1.0 | preparing for 404 testing |
| 8/20/2007 | 3.0 | XBRL |
| | 2.0 | Preparing for 404 testing matrices |
| | 2.0 | Working on the international letter |
| 8/21/2007 | 0.5 | Reading bankruptcy report |
| | 2.5 | Reviewing 404 matrices |
| | 1.0 | Reading Chemical industry information given to the client |
| 8/22/2007 | 2.0 | XBRL |
| | 2.0 | Working on international instruction letter |
| | 1.5 | Preparing for 404 testing |
| 8/23/2007 | 8.0 | XBRL |
| | 1.0 | Reviewing the audit strategy memo |
| 8/24/2007 | 1.0 | XBRL |
| | 2.0 | Reviewing the consolidation process for 404 |
| | 1.0 | Reviewing control matrices for Curtis Bay |
| 8/27/2007 | 1.5 | Reviewing plants for physical inventory testing |
| | 2.0 | working on the Audit Strategy memo |

|  |  |  |
|---|---|---|
|  | 1.0 | Reviewing reports from the Foreign teams |
|  | 2.0 | Updating the planning section of the database |
| 8/28/2007 | 3.0 | Updating the planning section of the database |
|  | 3.0 | Revieiwing internal audit test plans |
| 8/29/2007 | 2.0 | XBRL |
|  | 1.0 | Working on the audit strategy memo |
| 8/30/2007 | 3.0 | Preparing for 404 testing |
|  | 3.0 | Working XBRL reporting tie out |
|  | 2.0 | Documenting for year end planning |
| 8/31/2007 | 1.0 | XBRL |
|  | 3.0 | 404 planning |
|  | 1.0 | reviewing the international letter |
|  | **108.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **108.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Cindy Chen**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/7/2007 | 2.0 | Meet with B.Summerson and E.Bull (Grace) to discuss engagement. |
| 8/9/2007 | 3.0 | Grace planning call with PwC - N. Heisler, S. Venkiteswaran. Prepare the budget file and control assessment |

| | | |
|------|-------|----------------------------------|
| | 5.0 | **Total Grace Integrated Audit Charged Hours** |
| | 5.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Mariana Espinoza**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/2/2007 | 2.0 | Review of tax provision regarding transfer pricing issues. Internal discussions regarding the review. |
| 8/3/2007 | 1.0 | Review of tax provision regarding transfer pricing issues. |
| 8/6/2007 | 2.0 | Review of tax provision regarding transfer pricing issues.   Internal discussions regarding conclusions. |

| | | |
|---|---|---|
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Erica Margolius** | | |
| 8/1/2007 | 0.5 | Address notes on scoping schedule for multilocation audit |
| | 0.6 | Review J. D'Angelo's documentation of core operating costs |
| | 0.6 | Review J. D'Angelo's documentation of non-core operating costs |
| | 1.0 | Email T. Dyer, Grace, about India foreign fluxes; update documentation on responses |
| | 0.5 | Review L. Keorlet's documentation of review of stock appreciation rights |
| | 0.5 | Meet with B. Harsh, Grace, about india foreign fluxes |
| | 3.0 | Perform research on FAS 144, assets held and used, to analyze Grace's treatment of the Washcoats sale |
| | 1.0 | Update documentation for analytical procedures for foreign company codes |
| | 1.0 | Complete documentation of work performed on the corporate trial balance |
| | 1.5 | Complete documentation of work performed on the divestment reserves and legal reserves meeting |
| | 0.3 | Meet with S. Anderson, Grace, about investment increase for Trans Meridian on the Corporate trial balance; scan in support and update documentation in database |
| | 0.5 | Meet with B. Davis, Grace, to discuss letter of credit drawdowns and divestment reserves. |
| 8/2/2007 | 1.0 | Complete step on review of environmental reserves |
| | 3.5 | Continue to tie out US and foreign pension schedules; Email K. Blood, Grace, with questions. |
| | 0.4 | Review B. Bishop's, PwC, comments on the quarterly report; attach in database |
| | 1.5 | Perform fluctuation analysis on Davison US profit and loss reports by product line for the year. Email to D. Nolte, Grace. |
| | 0.5 | Review J. D'Angelo's documentation of health & welfare clearing reserves |
| | 0.5 | Review J. D'Angelo's documentation of self insurance reserves |
| | 0.6 | Address database notes. |
| | 1.5 | Perform research on FAS 146 for exit or disposal costs for the Washcoats sale. |
| 8/3/2007 | 3.0 | Continue to tie out US and foreign pension schedules. |
| | 2.0 | Document in review of foreign and US pensions step |
| | 1.5 | Obtain updated contracts on the Washcoats sale from D. Nolte and review for documentation |
| | 1.0 | Obtain Washcoats memorandum. Email D. Parker, PwC, with analysis on Grace's treatment for financial statement purposes. |
| | 1.0 | Update analytical procedures for foreign fluctuation explanations |
| 8/6/2007 | 1.5 | Document step on change in estimated PBO for 2007 valuation report |
| | 1.0 | Review Grace memorandum on the change in their PBO for 2007 valuation and prior year errors. |
| | 0.5 | Complete SEC review step for quarterly report |
| | 1.5 | Document in review of foreign and US pensions step |
| | 2.0 | Document step on treatment of Washcoats sale |
| | 0.5 | Meet with D. Nolte, Grace, to discuss Washcoats sale. |
| | 1.0 | Review J. D'Angelo's documentation of interest expense |
| | 1.5 | Perform research on FAS 87 and 158 for documentation of pension step. |
| 8/7/2007 | 2.5 | Complete step "Pensions - Change in Estimate PBO per 2007 Valuation" step |
| | 2.0 | Complete documentation of review of foreign and US pensions |
| | 1.0 | Obtain in-house legal letter; complete documentation for in-house legal counsel letter |
| | 1.5 | Complete documentation of step on treatment of Washcoats sale |
| | 1.0 | Complete analytical procedures step for consolidated Grace, Davison US, and select Grace co. code |
| 8/8/2007 | 1.0 | Archive the second quarter database |
| | 1.5 | Create draft of updated legal matters schedule. Email to D. Parker, PwC. |
| | 2.0 | Tie out clean version of form 10Q |
| | **51.0** | **Total Grace Integrated Audit Charged Hours** |
| | **51.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Linda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/2/2007 | 1.0 | Review significant contracts for Q2 2007 Davison |
| 8/3/2007 | 0.5 | Compare Q1 and Q2 entity lists provided by client to determine if unknown additions / deletions were made |
| 8/6/2007 | 1.0 | Finalize documentation of Q2 independence by updating Global Entity Management database |
| 8/7/2007 | 0.5 | Review filed draft of Q2 10Q |
| 8/28/2007 | 1.0 | View special on Libby MT as it relates to Grace and their asbestos liabilities |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Nicole Heisler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/9/2007 | 0.5 | SPA planning/budgeting |
| 8/16/2007 | 0.5 | SPA planning/budgeting |
| 8/17/2007 | 1.0 | SPA control assessment |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Jennifer D'Angelo**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2007 | 7.0 | 10-Q tie out |
| | 0.8 | Follow up on AR analytics |
| | 0.8 | Follow up on Revenue analytics |
| 8/2/2007 | 7.0 | 10-Q tie out |
| | 0.8 | Document AR analytics |
| | 0.8 | Document AR analytics |
| 8/3/2007 | 2.0 | Interest expense analytics |
| | 3.0 | Finished Davison AR analytics |
| | 3.0 | Finished Davison Revenue analytics |
| 8/6/2007 | 7.0 | SAP to SOAR |
| | 1.0 | Wrap up items to roll off |
| | **33.0** | **Total Grace Integrated Audit Charged Hours** |
| | **33.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Adam Lueck**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2007 | 6.0 | I am tieing-out 10Q supporting documentation. |
| | 2.0 | I am reviewing other employees' tie-out of the 10-Q |
| 8/2/2007 | 7.0 | I am tieing-out 10Q supporting documentation. |
| | 2.0 | I am reviewing other employees' tie-out of the 10-Q |
| 8/3/2007 | 8.0 | I am tieing-out draft one of the 10-Q |
| 8/5/2007 | 2.0 | I am tieing out Proforma support for the e10-Q |
| | 1.0 | I am reviewing other employees' tie-out of the 10-Q |
| 8/6/2007 | 13.0 | I am tieing out the 10-Q |
| 8/7/2007 | 9.0 | I am tieing out the 10-Q |
| 8/8/2007 | 3.0 | I am preparing the workpapers for the 10-Q filing. |
| | 5.0 | I am tieing out the final 10-Q |
| 8/9/2007 | 2.0 | I am tieing out the final 10-Q |
| | 1.0 | I am preparing for the Columbia Sales Order Processing walkthrough. |
| | 2.0 | I am waking through the Sales Order Processing process with Ed Henry (Grace) and Kim Kroening (Grace). |
| | 0.5 | I am meeting with Ed Henry (Grace) regarding Internal Audits testing schedule. |
| 8/10/2007 | 4.0 | I am completing the final 10-Q tie out. |
| | 0.5 | I am meeting with Ed Henry (Grace) regarding Internal Audits testing schedule. |
| | 1.0 | I am reviewing Internal Audit's testing schedule |
| | 0.5 | I am meeting with Dena Nolte (Grace) regarding the 2007 Davison Inventories. |
| | 2.0 | I am updating control matrices to reflect 2007 testing plans. |
| 8/13/2007 | 4.0 | I am updating control matrices to reflect 2007 testing plans. |
| 8/14/2007 | 4.0 | I am updating control matrices to reflect 2007 testing plans. |
| 8/15/2007 | 3.0 | I am updating control matrices to reflect 2007 testing plans. |
| | 1.0 | I am meeting with Linda Anton (Grace) regarding the Davison Sales Order Processing walkthrough. |
| 8/16/2007 | 3.0 | I am creating updated Summary Plan & Results for the 2007 year |
| | 5.0 | I am creating 404 test plans for Grace's Davison Chicago plant. |
| 8/17/2007 | 5.0 | I am creating 404 test plans for Grace's GPC Chicago Plants |
| | 1.0 | I am documenting the Davison Columbia Sales Order Processing Walkthrough. |
| | 2.0 | I am reviewing Internal Audits Chicago testing plans and adjusting PwC's plans accordingly |
| 8/20/2007 | 2.8 | I am documenting the Davison Columbia Sales Order Processing Walkthrough. |
| | 0.2 | I am speaking to Ken Greeley (Grace) regarding Curtis Bay 404 scheduling. |
| | 0.5 | I am participating in a conference call with Internal Audit (Grace: E. Henry & B.) and P. Barkley (PwC). |
| 8/21/2007 | 1.5 | I am documenting the Sales Order Processing walkthrough. |
| | 1.0 | I am testing the documentation obtained during the Sales Order Processing walkthrough. |
| 8/22/2007 | 0.5 | I am meeting with Pam Estes (Grace) regarding the payroll process. |
| | 1.5 | I am completing the Sales Order Processing walkthrough documentation. |
| 8/28/2007 | 2.0 | I am completing the Sales Order Processing walkthrough documentation. |
| | 0.5 | I am participating in a call with Dan Deacon (Grace) regarding scheduling the Chicago 71st Street 404 testing. |
| 8/29/2007 | 0.2 | I am participating in a call with Jim Hansen (Grace) regarding scheduling the Chicago 51st Street 404 testing. |
| | 0.3 | I am participating in a call with Rich Heintz (Grace) regarding scheduling the Chicago 65th Street 404 testing. |
| | 1.0 | I am creating the schedule and testing plan for the Curtis Bay, MD plant. |
| 8/30/2007 | 0.5 | I am completing the Curtis Bay, MD testing plan. |
| | 0.5 | I am meeting with Linda Anton (Grace) regarding the Sales Order Processing controls testing. |
| | 2.0 | I am testing Columbia Sales Order Processing controls. |
| 8/31/2007 | 2.0 | I am documenting the results of the Sales Order Processing controls. |

| | **116.5** | **Total Grace Integrated Audit Charged Hours** |

**116.5**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended August 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Ovais Anwar**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2007 | 8.0 | perform 10Q tie out |
| 8/2/2007 | 7.0 | perform 10Q tie out |
| | **15.0** | **Total Grace Integrated Audit Charged Hours** |
| | **15.0** | **Total Hours** |