# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended August 31, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 8/2/07 | | | | $ 96.10 | Audit team lunch at Champp's - D Parker, P Barkley, A Lueck, O Anwar, J D'Angelo (PwC) |
| | | 8/27/07 | | | | $ 24.21 | Lunch with B Tarola (Grace) at Luna Bella to discuss current company events |
| | | 8/31/07 | | | | $ 49.20 | Audit team lunch at Champp's - P Barkley, A Lueck (PwC) |
| Seshadri Venkiteswaran | Integrated Audit | 8/7/07 | $ 29.00 | | | | Mileage, 60 mile round trip: SOX Meeting with Ed Bull and Barb / Followed by a Audit Scoping Discussion with Doug Parke |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|---|
| | | $ 198.51 | $ 29.00 | $ . | $ . | $ 169.51 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended August 31, 2007

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 8/2/07 | Audit Partner | $ 96.10 | Audit team lunch at Champp's - D Parker, P Barkley, A Lueck, O Anwar, J D'Angelo (PwC) |
| | 8/27/07 | Audit Partner | $ 24.21 | Lunch with B Tarola (Grace) at Luna Bella to discuss current company events |
| | 8/31/07 | Audit Partner | $ 49.20 | Audit team lunch at Champp's - P Barkley, A Lueck (PwC) |
| | | | $ 169.51 | |
| Seshadri Venkiteswaran | 8/7/2007 | Audit Senior Manager | $ 29.00 | Mileage, 60 mile round trip:  SOX Meeting with Ed Bull and Barb /  Followed by a Audit Scoping Discussion with Doug Par |
| | | | $ 29.00 | |