IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No.** ____ |

## <u>DESTRUCTION CERTIFICATION</u>

1.      My name is _____. I am employed by _____ and

am authorized to bind _____.

2.      _____ received Protected Information from UNR Asbestos-Disease

Claims Trust in connection with the Grace Estimation Proceedings.

3.      I hereby certify that _____ has complied with its obligation under the

terms of the Order Concerning Discovery Materials From the UNR Asbestos-Disease Claims

Trust (the "Order") to return or destroy all copies of Protected Information and all reports,

compilations, documents, files, or databases containing or based upon Protected Information.

4.      I understand that sanctions may be entered against _____ for violation of

the terms of the Order. _____ consents to personal jurisdiction over it by the United

States Bankruptcy Court for the District of Delaware with respect to the Order.


Executed this _____ day of _____ 20__.


_____