# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Aug-07** |
| Jenni Biggs | 8/1/2007 | 7.50 | $625 | $4,687.50 | Analysis |
| Jenni Biggs | 8/2/2007 | 13.50 | $625 | $8,437.50 | Analysis |
| Jenni Biggs | 8/3/2007 | 3.00 | $625 | $1,875.00 | Analysis |
| Jenni Biggs | 8/13/2007 | 3.50 | $625 | $2,187.50 | Analysis |
| Jenni Biggs | 8/14/2007 | 1.80 | $625 | $1,125.00 | Analysis |
| Jenni Biggs | 8/15/2007 | 4.70 | $625 | $2,937.50 | Analysis |
| Jenni Biggs | 8/16/2007 | 3.70 | $625 | $2,312.50 | Analysis |
| Jenni Biggs | 8/17/2007 | 5.00 | $625 | $3,125.00 | Analysis |
| Jenni Biggs | 8/18/2007 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 8/19/2007 | 1.20 | $625 | $750.00 | Analysis |
| Jenni Biggs | 8/20/2007 | 13.80 | $625 | $8,625.00 | Analysis |
| Jenni Biggs | 8/21/2007 | 17.20 | $625 | $10,750.00 | Analysis |
| Jenni Biggs | 8/22/2007 | 7.50 | $625 | $4,687.50 | Analysis |
| Jenni Biggs | 8/22/2007 | 2.20 | $625 | $1,375.00 | 50% Non-Billable Travel |
| Jenni Biggs | 8/23/2007 | 8.80 | $625 | $5,500.00 | Meeting and Preparation |
| Jenni Biggs | 8/24/2007 | 3.00 | $625 | $1,875.00 | Analysis |
| Jenni Biggs | 8/28/2007 | 3.20 | $625 | $2,000.00 | Analysis |
| Jenni Biggs | 8/29/2007 | 4.30 | $625 | $2,687.50 | Analysis |
| Jenni Biggs | 8/30/2007 | 7.00 | $625 | $4,375.00 | Analysis |
| Jenni Biggs | 8/31/2007 | 3.80 | $625 | $2,375.00 | Analysis |
| | | 115.70 | | $72,312.50 | |
| | | | | | |
| Julianne Callaway | 8/6/2007 | 6.40 | $300 | $1,920.00 | Review Florence |
| Julianne Callaway | 8/7/2007 | 3.10 | $300 | $930.00 | Review Florence |
| Julianne Callaway | 8/8/2007 | 5.40 | $300 | $1,620.00 | Review Florence |
| Julianne Callaway | 8/9/2007 | 3.50 | $300 | $1,050.00 | Review Florence |
| Julianne Callaway | 8/10/2007 | 6.80 | $300 | $2,040.00 | Review Florence |
| Julianne Callaway | 8/13/2007 | 7.40 | $300 | $2,220.00 | Review Florence |
| Julianne Callaway | 8/15/2007 | 6.70 | $300 | $2,010.00 | Review Florence |
| Julianne Callaway | 8/16/2007 | 5.30 | $300 | $1,590.00 | Review Florence |
| Julianne Callaway | 8/17/2007 | 7.00 | $300 | $2,100.00 | Review Florence |
| Julianne Callaway | 8/20/2007 | 7.00 | $300 | $2,100.00 | Review Florence |
| Julianne Callaway | 8/21/2007 | 8.40 | $300 | $2,520.00 | Review Florence |
| Julianne Callaway | 8/22/2007 | 7.80 | $300 | $2,340.00 | Review Florence |
| Julianne Callaway | 8/24/2007 | 1.50 | $300 | $450.00 | Review Florence |
| Julianne Callaway | 8/27/2007 | 4.40 | $300 | $1,320.00 | Review Florence |
| Julianne Callaway | 8/29/2007 | 5.90 | $300 | $1,770.00 | Review Florence |
| Julianne Callaway | 8/30/2007 | 4.30 | $300 | $1,290.00 | Review Florence |
| Julianne Callaway | 8/31/2007 | 6.60 | $300 | $1,980.00 | Review Florence |
| | | 97.50 | | $29,250.00 | |
| | | | | | |
| Melissa Chung | 8/1/2007 | 1.00 | $295 | $295.00 | Analysis |
| Melissa Chung | 8/3/2007 | 0.20 | $295 | $59.00 | Analysis |
| Melissa Chung | 8/13/2007 | 0.70 | $295 | $206.50 | Analysis |
| Melissa Chung | 8/16/2007 | 0.50 | $295 | $147.50 | Analysis |
| Melissa Chung | 8/21/2007 | 1.00 | $295 | $295.00 | Analysis |
| | | 3.40 | | $1,003.00 | |
| | | | | | |
| Bryan Gillespie | 8/1/2007 | 7.80 | $400 | $3,120.00 | Analysis |
| Bryan Gillespie | 8/2/2007 | 7.80 | $400 | $3,120.00 | Analysis |
| Bryan Gillespie | 8/3/2007 | 7.70 | $400 | $3,080.00 | Analysis |
| Bryan Gillespie | 8/6/2007 | 6.10 | $400 | $2,440.00 | Analysis |
| Bryan Gillespie | 8/7/2007 | 8.30 | $400 | $3,320.00 | Analysis |
| Bryan Gillespie | 8/8/2007 | 5.20 | $400 | $2,080.00 | Analysis |
| Bryan Gillespie | 8/9/2007 | 8.20 | $400 | $3,280.00 | Analysis |
| Bryan Gillespie | 8/10/2007 | 5.80 | $400 | $2,320.00 | Analysis |
| Bryan Gillespie | 8/14/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 8/15/2007 | 2.40 | $400 | $960.00 | Analysis |
| Bryan Gillespie | 8/16/2007 | 7.70 | $400 | $3,080.00 | Analysis |
| Bryan Gillespie | 8/17/2007 | 8.20 | $400 | $3,280.00 | Analysis |
| Bryan Gillespie | 8/18/2007 | 1.00 | $400 | $400.00 | Analysis |
| Bryan Gillespie | 8/19/2007 | 5.20 | $400 | $2,080.00 | Analysis |
| Bryan Gillespie | 8/20/2007 | 8.30 | $400 | $3,320.00 | Analysis |
| Bryan Gillespie | 8/21/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 8/22/2007 | 4.10 | $400 | $1,640.00 | Analysis |
| Bryan Gillespie | 8/23/2007 | 1.70 | $400 | $680.00 | Analysis |
| Bryan Gillespie | 8/23/2007 | 6.80 | $400 | $2,720.00 | Meeting and Preparation |
| Bryan Gillespie | 8/23/2007 | 2.60 | $400 | $1,040.00 | 50% Non-Billable Travel |
| Bryan Gillespie | 8/24/2007 | 0.30 | $400 | $120.00 | Analysis |
| Bryan Gillespie | 8/27/2007 | 1.10 | $400 | $440.00 | Analysis |
| Bryan Gillespie | 8/28/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 8/29/2007 | 0.80 | $400 | $320.00 | Analysis |
| Bryan Gillespie | 8/30/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 8/31/2007 | 1.20 | $400 | $480.00 | Analysis |
| | | 116.40 | | $46,560.00 | |

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Jeff Kimble | 8/1/2007 | 9.40 | $375 | $3,525.00 | Analysis |
| Jeff Kimble | 8/2/2007 | 7.50 | $375 | $2,812.50 | Analysis |
| Jeff Kimble | 8/3/2007 | 7.20 | $375 | $2,700.00 | Analysis |
| Jeff Kimble | 8/4/2007 | 0.50 | $375 | $187.50 | Analysis |
| Jeff Kimble | 8/6/2007 | 5.90 | $375 | $2,212.50 | Analysis |
| Jeff Kimble | 8/7/2007 | 8.40 | $375 | $3,150.00 | Analysis |
| Jeff Kimble | 8/8/2007 | 5.00 | $375 | $1,875.00 | Analysis |
| Jeff Kimble | 8/9/2007 | 6.00 | $375 | $2,250.00 | Analysis |
| Jeff Kimble | 8/10/2007 | 6.20 | $375 | $2,325.00 | Analysis |
| Jeff Kimble | 8/12/2007 | 3.00 | $375 | $1,125.00 | Analysis |
| Jeff Kimble | 8/13/2007 | 7.50 | $375 | $2,812.50 | Analysis |
| Jeff Kimble | 8/14/2007 | 4.20 | $375 | $1,575.00 | Analysis |
| Jeff Kimble | 8/15/2007 | 8.70 | $375 | $3,262.50 | Analysis |
| Jeff Kimble | 8/16/2007 | 10.10 | $375 | $3,787.50 | Analysis |
| Jeff Kimble | 8/17/2007 | 12.80 | $375 | $4,800.00 | Analysis |
| Jeff Kimble | 8/19/2007 | 4.00 | $375 | $1,500.00 | Analysis |
| Jeff Kimble | 8/20/2007 | 7.90 | $375 | $2,962.50 | Analysis |
| Jeff Kimble | 8/21/2007 | 13.80 | $375 | $5,175.00 | Analysis |
| Jeff Kimble | 8/22/2007 | 9.80 | $375 | $3,675.00 | Analysis |
| Jeff Kimble | 8/23/2007 | 2.00 | $375 | $750.00 | 50% Non-Billable Travel |
| Jeff Kimble | 8/23/2007 | 8.00 | $375 | $3,000.00 | Meeting and Preparation |
| Jeff Kimble | 8/24/2007 | 7.00 | $375 | $2,625.00 | Analysis |
| Jeff Kimble | 8/26/2007 | 2.50 | $375 | $937.50 | Analysis |
| Jeff Kimble | 8/27/2007 | 3.00 | $375 | $1,125.00 | Analysis |
| Jeff Kimble | 8/28/2007 | 3.50 | $375 | $1,312.50 | Analysis |
| Jeff Kimble | 8/29/2007 | 13.80 | $375 | $5,175.00 | Analysis |
| Jeff Kimble | 8/30/2007 | 11.60 | $375 | $4,350.00 | Analysis |
| Jeff Kimble | 8/31/2007 | 10.30 | $375 | $3,862.50 | Analysis |
| | | 199.60 | | $74,850.00 | |
| Steve Lin | 8/1/2007 | 1.00 | $425 | $425.00 | Analysis |
| Steve Lin | 8/2/2007 | 1.00 | $425 | $425.00 | Analysis |
| Steve Lin | 8/3/2007 | 0.50 | $425 | $212.50 | Analysis |
| Steve Lin | 8/10/2007 | 0.50 | $425 | $212.50 | Analysis |
| Steve Lin | 8/17/2007 | 2.00 | $425 | $850.00 | Analysis |
| Steve Lin | 8/24/2007 | 0.50 | $425 | $212.50 | Analysis |
| | | 5.50 | | $2,337.50 | |
| Adam Luechtefeld | 8/6/2007 | 0.50 | $250 | $125.00 | Preparing Exhibits |
| Adam Luechtefeld | 8/21/2007 | 3.00 | $250 | $750.00 | Preparing Exhibits |
| Adam Luechtefeld | 8/22/2007 | 8.00 | $250 | $2,000.00 | Preparing Exhibits |
| Adam Luechtefeld | 8/27/2007 | 1.00 | $250 | $250.00 | Preparing Exhibits |
| Adam Luechtefeld | 8/28/2007 | 7.50 | $250 | $1,875.00 | Preparing Exhibits |
| Adam Luechtefeld | 8/29/2007 | 9.50 | $250 | $2,375.00 | Preparing Exhibits |
| Adam Luechtefeld | 8/30/2007 | 7.50 | $250 | $1,875.00 | Preparing Exhibits |
| | | 37.00 | | $9,250.00 | |
| Alicia Oliver | 8/2/2007 | 5.50 | $170 | $935.00 | Analysis |
| Alicia Oliver | 8/3/2007 | 8.00 | $170 | $1,360.00 | Analysis |
| Alicia Oliver | 8/6/2007 | 4.00 | $170 | $680.00 | Analysis |
| Alicia Oliver | 8/7/2007 | 3.50 | $170 | $595.00 | Analysis |
| Alicia Oliver | 8/29/2007 | 2.00 | $170 | $340.00 | Analysis |
| | | 23.00 | | $3,910.00 | |
| Brent Petzoldt | 8/6/2007 | 2.80 | $235 | $658.00 | Updating Exhibits |
| Brent Petzoldt | 8/20/2007 | 2.00 | $235 | $470.00 | Updating Exhibits |
| Brent Petzoldt | 8/22/2007 | 1.10 | $235 | $258.50 | Updating Exhibits |
| Brent Petzoldt | 8/24/2007 | 0.60 | $235 | $141.00 | Updating Exhibits |
| | | 6.50 | | $1,527.50 | |
| Dave Powell | 8/17/2007 | 2.50 | $675 | $1,687.50 | Peer review |
| Dave Powell | 8/22/2007 | 4.20 | $675 | $2,835.00 | Peer review |
| Dave Powell | 8/31/2007 | 2.80 | $675 | $1,890.00 | Peer review |
| | | 9.50 | | $6,412.50 | |
| Rhamonda Riggins | 8/2/2007 | 4.00 | $295 | $1,180.00 | RUST Database |
| Rhamonda Riggins | 8/3/2007 | 1.00 | $295 | $295.00 | RUST Database |
| Rhamonda Riggins | 8/6/2007 | 2.00 | $295 | $590.00 | RUST Database |
| Rhamonda Riggins | 8/7/2007 | 4.00 | $295 | $1,180.00 | RUST Database |
| Rhamonda Riggins | 8/8/2007 | 2.00 | $295 | $590.00 | RUST Database |
| Rhamonda Riggins | 8/13/2007 | 0.50 | $295 | $147.50 | RUST database |
| Rhamonda Riggins | 8/15/2007 | 1.00 | $295 | $295.00 | RUST database |
| Rhamonda Riggins | 8/16/2007 | 0.50 | $295 | $147.50 | RUST database |
| Rhamonda Riggins | 8/17/2007 | 0.50 | $295 | $147.50 | RUST database |
| Rhamonda Riggins | 8/22/2007 | 1.00 | $295 | $295.00 | RUST Database |
| | | 16.50 | | $4,867.50 | |
| Ollie Sherman | 8/6/2007 | 1.00 | $675 | $675.00 | Review of Supplemental/Rebutal report |
| Ollie Sherman | 8/20/2007 | 1.00 | $675 | $675.00 | Review Report |
| Ollie Sherman | 8/22/2007 | 2.00 | $675 | $1,350.00 | Review of Updated report |
| Ollie Sherman | 8/23/2007 | 4.00 | $675 | $2,700.00 | Meeting with Orrick |
| Ollie Sherman | 8/29/2007 | 0.50 | $675 | $337.50 | Discussions of Revised report |
| | | 8.50 | | $5,737.50 | |
| | | 639.10 | | $258,018.00 | |