## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: November 26, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### TWENTIETH MONTHLY INTERIM APPLICATION OF
### PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Twentieth Monthly Application of Piper Jaffray & Co. for Compensation for Services

Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period

September 1, 2007 through September 30, 2007 seeking payment of fees in the amount of

$80,000.00 (80% of $100,000.00) and expenses in the amount of $421.91 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 26, 2007 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe, Columbia Center, 1152 15th Street, Washington, DC 20005; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

      Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

                      ORRICK, HERRINGTON, & SUTCLIFFE LLP

                      By:_____
                        Roger Frankel, *pro hac vice*
                        Richard H. Wyron, *pro hac vice*
                        The Washington Harbour
                        Columbia Center
                        1152 15th Street
                        Washington, DC 20005
                        (202) 339-8400
                        Counsel to David T. Austern,
                        As Future Claimants' Representative

--and--

                      PHILLIPS, GOLDMAN & SPENCE, P.A.
                      John C. Phillips, Jr. (#110)
                      1200 North Broom Street
                      Wilmington, DE 19806
                      (302) 655-4200
                      (302) 655-4210 (fax)
                      Co-Counsel to David T. Austern, Future Claimants'
                      Representative

Dated: November 5, 2007