# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### September-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 9/4/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/4/2007 | 1.5 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/4/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/4/2007 | 1.5 | Financial Analysis | Review of comparable company press release |
| Jason Solganick | 9/4/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/4/2007 | 1.5 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/4/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/4/2007 | 1.5 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/4/2007 | 1.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/5/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/5/2007 | 0.5 | Case Administration | Review of 9/10 agenda |
| Desiree Davis | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Geoffrey Zbikowski | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Jason Solganick | 9/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Jonathan Brownstein | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Joseph Radecki | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Jason Solganick | 9/7/2007 | 0.4 | Case Administration | Review court docket |
| Desiree Davis | 9/10/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Desiree Davis | 9/10/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Desiree Davis | 9/10/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/10/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Geoffrey Zbikowski | 9/10/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/10/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/10/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/10/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jason Solganick | 9/10/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/10/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/10/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jonathan Brownstein | 9/10/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/10/2007 | 4.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Joseph Radecki | 9/10/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Desiree Davis | 9/11/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 9/11/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Geoffrey Zbikowski | 9/11/2007 | 1.0 | Financial Analysis | Comparable company conference call and analysis |
| Geoffrey Zbikowski | 9/11/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Jason Solganick | 9/11/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/11/2007 | 1.5 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/11/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/11/2007 | 1.0 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Jonathan Brownstein | 9/11/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/11/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Joseph Radecki | 9/11/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/12/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 9/12/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/12/2007 | 2.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 9/12/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 9/12/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 9/12/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/12/2007 | 2.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 9/12/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/12/2007 | 1.5 | Financial Analysis | Claims analysis |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### September-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 9/13/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/13/2007 | 3.0 | Financial Analysis | Comparable company conference call and analysis |
| Geoffrey Zbikowski | 9/13/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/13/2007 | 3.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 9/13/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/13/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/13/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 9/13/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/13/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/14/2007 | 1.5 | Business Operations | Review of Optimization Plan materials |
| Desiree Davis | 9/14/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/14/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/14/2007 | 1.5 | Business Operations | Review of Optimization Plan materials |
| Geoffrey Zbikowski | 9/14/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/14/2007 | 5.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/14/2007 | 1.5 | Business Operations | Review of Optimization Plan materials |
| Jason Solganick | 9/14/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/14/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/14/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 9/14/2007 | 1.0 | Business Operations | Review of Optimization Plan materials |
| Jonathan Brownstein | 9/14/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/14/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/14/2007 | 1.0 | Business Operations | Review of Optimization Plan materials |
| Joseph Radecki | 9/14/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/14/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Desiree Davis | 9/17/2007 | 1.0 | Business Operations | Review of Grace 8-K |
| Desiree Davis | 9/17/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/17/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Desiree Davis | 9/17/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Geoffrey Zbikowski | 9/17/2007 | 1.0 | Business Operations | Review of Grace 8-K |
| Geoffrey Zbikowski | 9/17/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/17/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/17/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Jason Solganick | 9/17/2007 | 1.0 | Business Operations | Review of Grace 8-K |
| Jason Solganick | 9/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/17/2007 | 1.5 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/17/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/17/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Jonathan Brownstein | 9/17/2007 | 0.5 | Business Operations | Review of Grace 8-K |
| Jonathan Brownstein | 9/17/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/17/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Joseph Radecki | 9/17/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/17/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 9/18/2007 | 2.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 9/18/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 9/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/18/2007 | 1.0 | Case Administration | Review of revised CMO |
| Jason Solganick | 9/18/2007 | 3.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 9/18/2007 | 2.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 9/18/2007 | 1.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Desiree Davis | 9/19/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Geoffrey Zbikowski | 9/19/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jason Solganick | 9/19/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jonathan Brownstein | 9/19/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Joseph Radecki | 9/19/2007 | 1.5 | Financial Analysis | Valuation analyses |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### September-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/20/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 9/21/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/21/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/21/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/21/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jason Solganick | 9/21/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/21/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/21/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/21/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/21/2007 | 1.5 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/24/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 9/25/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Desiree Davis | 9/25/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/25/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/25/2007 | 5.0 | Financial Analysis | Comparable company conference calls and analysis |
| Geoffrey Zbikowski | 9/25/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/25/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jason Solganick | 9/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/25/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/25/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Jason Solganick | 9/25/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/25/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/25/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/26/2007 | 2.0 | Financial Analysis | Review of expert reports |
| Desiree Davis | 9/26/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Geoffrey Zbikowski | 9/26/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 9/26/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Jason Solganick | 9/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/26/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 9/26/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/26/2007 | 3.0 | Financial Analysis | Comparable company conference calls and analysis |
| Jonathan Brownstein | 9/26/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 9/26/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/26/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 9/27/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 9/28/2007 | 2.0 | Financial Analysis | Review of expert reports |
| Desiree Davis | 9/28/2007 | 3.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 9/28/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/28/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 9/28/2007 | 2.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/28/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/28/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/28/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 9/28/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jonathan Brownstein | 9/28/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 9/28/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |