# EXHIBIT B

## W.R. Grace
### Detail of expenses (September 1, 2007 – September 30, 2007)

Telephone
| | | | |
|---|---|---|---|
| Jason Solganick | 09/17/07 | $ 83.50 | |
| Geoff Zbikowski | 09/13/07 | $ 105.13 | |
| | **Total Telephone:** | | **$ 188.63** |

Meals
| | | | |
|---|---|---|---|
| Joe Radecki | 09/17/07 | $ 158.28 | |
| Joe Radecki | 09/17/07 | $ 75.00 | |
| | **Total Meals:** | | **$ 233.28** |

**TOTAL EXPENSES:** $ 421.91