IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------x
IN RE:                              )    In Proceedings for a
                                    )    Reorganization under
PITTSBURGH CORNING CORPORATION,     )    Chapter 11
                                    )
        Debtor.                     )    Case No. 00-22876-JKF
------------------------------------x
IN RE:                              )    In Proceedings for a
                                    )    Reorganization under
NORTH AMERICAN REFRACTORIES         )    Chapter 11
COMPANY, ET AL.,                    )
                                    )    Jointly Administered at
        Debtors.                    )    Case No. 02-20198-JKF
------------------------------------x
IN RE:                              )    In Proceedings for a
                                    )    Reorganization under
GLOBAL INDUSTRIAL                   )    Chapter 11
TECHNOLOGIES, INC., ET AL.,         )
                                    )    Jointly Administered at
        Debtors.                    )    Case No. 02-21626-JKF
------------------------------------x
IN RE:                              )    In Proceedings for a
                                    )    Reorganization under
THE FLINTKOTE COMPANY and           )    Chapter 11
FLINTKOTE MINES, LIMITED,           )
                                    )    Jointly Administered at
        Debtors.                    )    Case No. 04-11300-JKF
------------------------------------x
IN RE:                              )    In Proceedings for a
                                    )    Reorganization under
FEDERAL-MOGUL GLOBAL, INC., ET AL., )    Chapter 11
                                    )
                                    )    Jointly Administered at
        Debtors.                    )    Case No. 01-10578-JKF
------------------------------------x
```

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings for a |
| | ) | Reorganization under |
| W.R. GRACE & CO., ET AL., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered at |
| Debtors. | ) | Case No. 01-01139-JKF |

------------------------------x

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings for a |
| | ) | Reorganization under |
| ACandS, INC., ET AL., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered at |
| Debtors. | ) | Case No. 02-12687-JKF |

------------------------------x

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a joint hearing will be held on **November 13, 2007 at 1:00 p.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on the Motion of the U.S. Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C., filed in the above-captioned cases.

Parties wishing to participate telephonically must make arrangements through **CourtCall** by Telephone (866-582-6878) or Facsimile (866-533-2946) **no later than Noon on Friday, November 9, 2007**.

Dated:  November 5, 2007

/s/ David Ziegler
David Ziegler, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh PA  15219
(412) 288-3026
dziegler@reedsmith.com

Counsel for Pittsburgh Corning Corporation, North American Refractories Company, and Global Industrial Technologies, Inc.