# EXHIBIT A TO ORRICK'S SIXTH QUARTERLY: APRIL 1-30, 2007 MONTHLY FEE APPLICATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: July 16, 2007 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### FIFTEENTH MONTHLY INTERIM APPLICATION OF
### ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:     (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
        (4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
        (5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
        (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
        Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Fifteenth Monthly Application of Orrick,

Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period April 1, 2007 through April 30, 2007,

seeking payment of fees in the amount of $255,428.80 (80% of $319,286.00) and expenses in the

amount of $50,662.51, for a total amount of $306,091.31 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **July 16, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 18, 2007                    By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: July 16, 2007 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO FIFTEENTH MONTHLY INTERIM APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2007 THROUGH APRIL 30, 2007**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | April 1, 2007 through April 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $319,286.00 |
| 80% of fees to be paid: | $255,428.80[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 50,662.51 |
| Total Fees @ 80% and 100% Expenses: | $306,091.31 |

This is an:    ____    interim    __X__    monthly    ____    final application.

---

[1] Pursuant to the Administrative Order, as amended, entered April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 6.00 hours and the corresponding fees are $1,522.50 and $84.61 in expenses for Orrick's fee applications and 8.10 hours and $1,362.50 in fees and $247.85 in expenses for the FCR and/or his other professionals' fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's Fifteenth interim fee application for the period April 1-30, 2007. Orrick has previously filed the following interim fee applications with the Court:

| Interim Period | Fees @ 100% | Fees @ 80% | Expenses @ 100% | Total Fees @ 80% & 100% Expenses |
|---|---|---|---|---|
| First Interim Period February 6-28, 2006 | $89,026.00 | $71,220.80 | $0.00 | $71,220.80 |
| Second Interim Period March 1-31, 2006 | $117,266.25 | $93,813.00 | $7,501.32 | $101,314.32 |
| Third Interim Period April 1-30, 2006 | $125,362.50 | $100,290.00 | $1,783.43 | $102,073.43 |
| Fourth Interim Period May 1-31, 2006 | $136,416.00 | $109,132.80 | $6,389.80 | $115,522.60 |
| Fifth Interim Period June 1-30, 2006 | $194,266.75 | $155,413.40 | $6,395.69 | $161,809.09 |
| Sixth Interim Period July 1-31, 2006 | $181,982.00 | $145,585.60 | $11,934.45 | $157,520.05 |
| Seventh Interim Period August 1-31, 2006 | $152,041.50 | $121,633.20 | $5,711.17 | $127,344.37 |
| Eighth Interim Period Sept. 1-30,2006 | $223,996.25 | $179,197.00 | $8,006.50 | $187,203.05 |
| Ninth Interim Period October 1-31, 2006 | $225,845.00 | $180,676.00 | $24,528.57 | $205,204.57 |
| Tenth Interim Period November 1-30, 2006 | $387,429.00 | $309,943.20 | $31,267.21 | $341,210.41 |
| Eleventh Interim Period December 1-31, 2006 | $227,796.00 | $182,236.80 | $42,583.17 | $224,819.97 |
| Twelfth Interim Period January 1-31, 2007 | $379,956.25 | $303,965.00 | $14,046.26 | $318,011.26 |
| Thirteenth Interim Period February 1-28, 2007 | $384,551.00 | $307,640.80 | $17,183.12 | $324,823.92 |
| Fourteenth Interim Period March 1-31, 2007 | $347,570.75 | $278,056.60 | $26,494.40 | $304,551.00 |

To date, Orrick has received payments from the Debtors in the following amounts:

- $71,220.80 representing 80% of fees and 100% of expenses for February 2006
- $101,314.32 representing 80% of fees and 100% of expenses for March 2006
- $17,805.20 representing 20% of fees for February 2006
- $23,453.25 representing 20% of fees for March 2006
- $102,073.43 representing 80% of fees and 100% of expenses for April 2006
- $115,522.60 representing 80% of fees and 100% of expenses for May 2006
- $161,809.09 representing 80% of fees and 100% of most expenses for June 2006
- $157,520.05 representing 80% of fees and 100% of expenses for July 2006
- $127,344.37 representing 80% of fees and 100% of expenses for August 2006
- $187,203.05 representing 80% of fees and 100% of expenses for September 2006
- $91,209.05 representing 20% of fees for April, May and June 2006
- $205,204.57 representing 80% of fees and 100% of expenses for October 2006

-2-

- $566,030.38 representing 80% of fees and 100% of expenses for November and December 2006
- $111,603.95 representing 20% of fees for July, August and September 2006
- $642,835.18 representing 80% of fees and 100% of expenses for January and February 2007

### COMPENSATION SUMMARY
### APRIL 1-30, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| John Ansbro | Partner, 3 years in position; 12 years relevant experience; 1995, Litigation | $625 | 115.00 | $69,500.00[2] |
| Roger Frankel | Partner, 24 years in position; 36 years relevant experience; 1971, Bankruptcy | $770 | 15.80 | $11,781.00[3] |
| Raymond G. Mullady, Jr. | Partner, 14 years in position; 24 years relevant experience; 1983, Litigation | $695 | 86.10 | $57,858.75[4] |
| Garret G. Rasmussen | Partner, 25 years in position; 33 years relevant experience; 1974, Litigation | $700 | 17.70 | $12,390.00 |
| Richard H. Wyron | Partner, 18 years in position; 28 years relevant experience; 1979, Bankruptcy | $700 | 5.70 | $3,990.00 |
| Joshua M. Cutler | Associate, 4 years in position; 4 years relevant experience; 2003, Litigation | $430 | 54.60 | $23,478.00 |
| Debra L. Felder | Associate, 5 years in position; 5 years relevant experience; 2002, Bankruptcy | $465 | 168.50 | $76,260.00[5] |

---

2 This amount reflects a reduction of $2,375.00 for the 50% discount of hourly rates for non-working travel.
3 This amount reflects a reduction of $385.00 for the 50% discount of hourly rates for non-working travel.
4 This amount reflects a reduction of $1,980.75 for the 50% discount of hourly rates for non-working travel.
5 This amount reflects a reduction of $2,092.50 for the 50% discount of hourly rates for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Annie L. Hermele | Associate, 3 years in position; 3 years relevant experience; 2004, Litigation | $390 | 51.80 | $20,202.00 |
| Emily S. Somers | Associate, .5 years in position; .5 years relevant experience; 2006, Litigation | $270 | 5.40 | $1,458.00 |
| Katherine S. Thomas | Associate, 3 years in position; 3 years relevant experience; 2004, Bankruptcy | $390 | 1.10 | $429.00 |
| Catharine L. Zurbrugg | Associate, 2 years in position; 2 years relevant experience; 2005, Litigation | $355 | 94.70 | $31,648.25[6] |
| Rachael M. Barainca | Legal Assistant | $150 | 29.50 | $4,425.00 |
| James Cangialosi | Legal Assistant | $235 | 19.50 | $3,995.00[7] |
| Debra O. Fullem | Bankruptcy Research Specialist | $225 | 6.30 | $1,417.50 |
| Aurora Hamilton | Legal Assistant | $200 | 1.00 | $200.00 |
| Timothy J. Hoye | Litigation Support | $195 | 1.30 | $253.50 |
| Total | | | 674.00 | $319,286.00 |
| Blended Rate: $473.71 | | | | |

## COMPENSATION BY PROJECT CATEGORY
### APRIL 1-30, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 14.90 | $2,257.50 |
| Litigation | 604.00 | $304,392.50 |
| Retention of Professionals-Orrick | 1.60 | $360.00 |
| Compensation of Professionals-Other | 8.10 | $1,362.50 |
| Compensation of Professionals-Orrick | 6.00 | $1,522.50 |
| Non-Working Travel | 39.40 | $9,391.00 |
| TOTAL | 674.00 | $319,286.00 |

---

6 This amount reflects a reduction of $1,970.25 for the 50% discount of hourly rates for non-working travel.
7 This amount reflects a reduction of $587.50 for the 50% discount of hourly rates for non-working travel.

### EXPENSE SUMMARY[8]
### APRIL 1-30, 2007

| Expense Category | Total |
|---|---|
| Court Call | $236.50 |
| Duplicating | $5,202.83 |
| Experts | $32,379.00 |
| Litigation Support | $3,203.54 |
| Meals | $750.69 |
| Postage/Express Delivery | $536.10 |
| Telephone | $70.35 |
| Travel - Air Fare/Train | $5,403.37 |
| Travel - Taxi/Tolls | $860.88 |
| Westlaw and Lexis Research | $2,019.25 |
| **TOTAL** | **$50,662.51** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2007, is as follows:

a.    ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.    ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.75 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.    ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

---

8 Please note that the receipts for expense items will be attached to Orrick's quarterly fee application for the period April 1, 2007 through June 30, 2007.

d.    ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.  Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case.  Thus, certain charges were incurred by secretaries for overtime.  (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

e.    ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick.  Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost.  There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 18, 2007                  By:_____
                                         Roger Frankel, admitted *pro hac vice*
                                         Richard H. Wyron, admitted *pro hac vice*
                                         The Washington Harbour
                                         3050 K Street, NW
                                         Washington, DC  20007
                                         (202) 339-8400
                                         Co-Counsel to David T. Austern, Future Claimants
                                         Representative

-6-

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) |  |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A[1] to Orrick's monthly interim application.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
Richard H. Wyron

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 18 DAY OF JUNE, 2007

_____
Notary Public

*Sandra Dee R. Walter*

My commission expires: **My Commission Expires June 14, 2008**

---

1 Certain portions of the time entries in the attached Exhibit A have been redacted as they contain confidential information.

# EXHIBIT A

# ORRICK INVOICES FOR THE TIME PERIOD

# APRIL 1-30, 2007

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 24, 2007
Client No. 17367
Invoice No. 1072484

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter: 2 - Case Administration**

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/30/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/30/07 | R. Barainca | Update case calendar. | 1.20 |
| 04/02/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/02/07 | R. Barainca | Update case calendar. | 0.80 |
| 04/03/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/03/07 | D. Fullem | Review docket and calendar updates. | 0.10 |
| 04/04/07 | R. Barainca | Update case calendar. | 0.40 |
| 04/04/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/05/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/06/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/06/07 | R. Barainca | Update case calendar. | 0.70 |
| 04/09/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/10/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/11/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/12/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/12/07 | R. Barainca | Update case calendar. | 0.80 |
| 04/13/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/13/07 | R. Barainca | Update case calendar. | 0.70 |
| 04/16/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/16/07 | R. Barainca | Update case calendar. | 0.80 |
| 04/17/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/18/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/19/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/19/07 | R. Barainca | Update case calendar. | 1.00 |
| 04/20/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/20/07 | R. Barainca | Update case calendar. | 0.30 |
| 04/23/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/23/07 | R. Barainca | Update case calendar. | 0.40 |
| 04/23/07 | D. Fullem | Review calendar items. | 0.20 |
| 04/24/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/24/07 | R. Barainca | Update case calendar. | 0.40 |
| 04/25/07 | R. Barainca | Update case calendar. | 0.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

May 24, 2007
Invoice No. 1072484

| 04/25/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/26/07 | R. Barainca | Update case calendar. | 1.30 |
| 04/26/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/27/07 | R. Barainca | Update case calendar. | 0.50 |
| 04/27/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/30/07 | R. Barainca | Update case calendar. | 0.50 |
| 04/30/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours                   14.90
Total For Services                            $2,257.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 14.60 | 150.00 | 2,190.00 |
| Debra O. Fullem | 0.30 | 225.00 | 67.50 |
| Total All Timekeepers | 14.90 | $151.51 | $2,257.50 |

Disbursements
    Duplicating Expense                        9.60
    Postage                                    1.26
                        Total  Disbursements        $10.86

                        **Total For This Matter**        **$2,268.36**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

May 24, 2007
Invoice No. 1072484

For Legal Services Rendered Through April 30, 2007 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/07 | J. Ansbro | Review e-mails from D. Felder and ACC counsel regarding motion to compel navigable database (.5); review Grace's slides for use at motion hearing and team e-mails regarding same (.5); review case transcripts and prior Grace submissions, prepare time line for motion hearing (2.3). | 3.30 |
| 04/01/07 | R. Mullady, Jr. | Prepare for 4/2 omnibus hearing and hearing on motion to compel navigable database. | 3.00 |
| 04/02/07 | C. Zurbrugg | Review draft expert report. | 1.00 |
| 04/02/07 | K. Thomas | Coordinate with R. Barainca re National Union adversary (.1); review docket re motions and memoranda on 4/3 hearing (.2); coordinate with P. Reyes re relevant pleadings for review (.1); review debtor's brief (.4). | 0.80 |
| 04/02/07 | J. Cutler | Review Grace Informational Brief. | 0.90 |
| 04/02/07 | D. Felder | Review Debtors' motion to compel non-compliance with x-ray order (.5); review estimation materials and e-mails regarding discovery issues (1.8); telephonic participation in omnibus hearing (4.0). | 6.30 |
| 04/02/07 | J. Ansbro | Attend (via teleconference) portions of Court omnibus hearing relating to motion to compel navigable database (1.2); e-mails to/from R. Mullady and D. Felder regarding same (.5). | 1.70 |
| 04/02/07 | R. Mullady, Jr. | Prepare for and attend omnibus and motions hearing (7.5); working travel to and from hearing including discussions with ACC counsel regarding strategy (3.5). | 11.00 |
| 04/02/07 | G. Rasmussen | Response to J. Jacoby's questions. | 0.20 |
| 04/02/07 | R. Wyron | Attend omnibus hearing telephonically. | 1.00 |
| 04/02/07 | R. Frankel | Telephone conference with D. Austern re meeting at Caplin; e-mails re capitalization issues. | 0.30 |
| 04/02/07 | R. Frankel | Review file in preparation for hearing. | 1.20 |
| 04/02/07 | R. Frankel | Attend hearing in Wilmington (3.7); confer with N. Finch, Hurford before hearing (.5). | 4.20 |
| 04/02/07 | R. Frankel | Consider litigation strategies during travel to DC. | 0.80 |
| 04/03/07 | A. Hermele | Continue review of deposition and trial transcripts of Grace employee Egan. | 1.30 |
| 04/03/07 | K. Thomas | Review docket (.1); send and review series of e-mails re canceled hearing and rescheduling (.2). | 0.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                                  Invoice No. 1072484
page 4

| 04/03/07 | J. Cutler | Review memorandum of A. Venegas regarding precedent on estimations under Section 524(g) (.4); review March 2007 analysis by M. Peterson (1.7); ▮▮▮▮▮▮▮▮▮▮▮▮ | 3.30 |
|---|---|---|---|
| 04/03/07 | D. Felder | E-mails to and from J. Wehner, N. Finch and C. Zurbrugg regarding discovery issues (.9); attention to estimate issues and e-mails to experts regarding same (2.7); review recently filed pleadings regarding motions to compel and related matters (3.2); telephone conference with R. Mullady regarding litigation issues (.1); telephone conference with G. Rasmussen regarding estimation issues (.1); e-mails to R. Mullady regarding estimation issues (.6); review PI CMO and e-mails to experts regarding same (.2); review Debtors' claim objections (1.2). | 9.00 |
| 04/03/07 | R. Mullady, Jr. | Conference call with Debtors' counsel regarding deposition scheduling (.5); confer with D. Felder and G. Rasmussen regarding various discovery and expert issues (2.0); meeting with J. Cutler regarding briefing issues (1.2); telephone calls to prospective expert and prepare retainer letter (.3); telephone conversation with N. Finch regarding subpoena served on Verus and discuss same with other ACC counsel (.5). | 4.50 |
| 04/03/07 | G. Rasmussen | Response to R. Mullady's question on Rust database. | 0.10 |
| 04/03/07 | G. Rasmussen | Conference with J. Jacoby re his report. | 0.20 |
| 04/03/07 | R. Frankel | Review various filings in case (.2); review case agenda for April 9 (.2); telephone conference with D. Austern re market cap (.2). | 0.60 |
| 04/04/07 | A. Hermele | Continue review of transcripts of Grace employees Egan and Cintani (2.6); add new material to e-mail memo to R. Mullady and D. Felder regarding areas to which Egan and Cintani testified (1.2); submit memo to R. Mullady and D. Felder for review (.1). | 3.90 |
| 04/04/07 | J. Cutler | Review PIQ, and motion papers opposing PIQ. | 2.00 |
| 04/04/07 | D. Felder | Review ACC's draft opposition to motion to compel consulting expert order (.6); e-mails to R. Mullady regarding expert issues and review notices for filing (1.6); review transcripts from N. Finch and e-mail summary regarding same (2.5). | 4.70 |
| 04/04/07 | R. Mullady, Jr. | Review and revise draft ACC brief in opposition to debtors' motion for sanctions (.5); attention to expert witness reports and discovery matters (1.5). | 2.00 |
| 04/05/07 | A. Hermele | Review another transcript of trial testimony by Grace employee Egan. | 0.90 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 24, 2007
17367                                                                                 Invoice No. 1072484
page 5

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/05/07 | D. Felder | Attention to estimation issues and e-mails regarding same (3.3); review pleadings regarding consulting expert orders (2.1); e-mails to R. Mullady and J. Brownstein regarding upcoming issues and scheduling (1.0); telephone conference with G. Rasmussen and experts regarding estimation issues (.5). | 6.90 |
| 04/05/07 | R. Mullady, Jr. | Attention to expert reports and discovery matters. | 1.50 |
| 04/05/07 | G. Rasmussen | Preparation for and conference with V. Roggli concerning his expert report. | 0.30 |
| 04/05/07 | G. Rasmussen | Preparation for and conference with J. Jacoby re his expert report. | 0.30 |
| 04/06/07 | J. Cutler | Begin review of cases on estimation assembled by A. Venegas (1.3); preliminary research on 524(g) and estimation proceedings (1.6). | 2.90 |
| 04/06/07 | D. Felder | Review pleadings in preparation for May 2 omnibus hearing (3.0); review other recently filed pleadings and e-mails to R. Barainca regarding same (1.5); prepare schedule of upcoming estimation issues and review notes regarding same (2.4); e-mails to R. Mullady and J. Ansbro regarding same (.3). | 7.20 |
| 04/06/07 | R. Mullady, Jr. | Review transcript of D. Siegel deposition in Sealed Air (.6); review correspondence from debtors' counsel regarding Verus subpoena and discuss same with N. Finch (.3); review new data from J. Biggs and discuss with estimation team (.4); e-mails to/from C. Zurbrugg regarding document analysis (.2). | 1.50 |
| 04/08/07 | D. Felder | Review 4/13 hearing agenda and e-mail to R. Mullady regarding same. | 0.10 |
| 04/08/07 | R. Mullady, Jr. | Review summary of Egan and Cintani transcripts (.3); review data received from J. Biggs (.5). | 0.80 |
| 04/08/07 | G. Rasmussen | Identify expert reports for V. Roggli. | 0.20 |
| 04/08/07 | R. Wyron | Review 4/13 hearing agenda and e-mails re same. | 0.30 |
| 04/09/07 | R. Barainca | Confer with L. Blackhurst concerning expert payments. | 0.20 |
| 04/09/07 | A. Hermele | Send J. Ansbro summary of Egan and Cintani testimony, and list for R. Mullady the transcripts reviewed and the total number of transcripts. | 0.20 |
| 04/09/07 | D. Felder | Telephonic participation in hearing on PD summary judgment motions (8.3); review pleadings for May 2 omnibus hearing (1.3); telephone conference with R. Mullady and J. Ansbro regarding update and next steps (.8). | 10.40 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -         May 24, 2007
17367                                                                     Invoice No. 1072484
page 6

| 04/09/07 | J. Ansbro | Review various e-mails (.6); review Grace subpoena to Verus and review e-mails to/from ACC counsel and R. Mullady regarding same (.6); review e-mail analysis and data spreadsheets (received today) from J. Biggs regarding case analysis and draft expert report issues (.8); review e-mails and materials from ACC counsel regarding screening companies and MDL proceedings (.4); review Roggli deposition transcript (.6); review summaries of Egan and Cintani transcripts (.3); attention to deposition scheduling (.2); review transcripts of omnibus hearings regarding navigable database and expert issues (.7); review sections of draft Peterson and Biggs expert reports (.6). | 4.80 |
| 04/09/07 | R. Mullady, Jr. | Attention to various discovery matters and expert issues. | 2.00 |
| 04/10/07 | C. Zurbrugg | Confer with J. Ansbro re assignments (.4); teleconference with J. Biggs, R. Mullady, G. Rasmussen, J. Ansbro and D. Felder re outstanding claims issues (1.2); draft letter re outstanding discovery (1.8). | 3.40 |
| 04/10/07 | D. Felder | Prepare summary regarding motions scheduled for May 2 omnibus hearing (1.0); prepare summary regarding PD issues and review notes regarding same (1.0); review materials from Debtors regarding Libby issues (.5); review materials from B. Gillespie regarding estimation report (.7); review data from J. Biggs (1.7); telephone conference with J. Biggs, B. Gillespie, R. Mullady, J. Ansbro and G. Rasmussen regarding estimation issues and data (1.4); follow-up regarding same (1.2); prepare for expert meeting and review materials regarding same (1.1). | 8.60 |
| 04/10/07 | J. Ansbro | Review updated case data (received today) from J. Biggs (.6); conference with C. Zurbrugg regarding updated Biggs data, discovery status and assignments (.4); conference call with estimation team, and J. Biggs and Tillinghast team regarding case analysis and expert issues (1.4); follow-up discussion re same and discovery assignment with C. Zurbrugg (.5); review draft outline for BMC deposition, revisions to same (.6); review and revise draft e-mail to Grace counsel regarding Order on motion to compel navigable database (.3); teleconference with D. Felder regarding Tillinghast draft data (.4); further review of draft Peterson report and materials regarding tort reform in asbestos arena (1.4). | 5.60 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -     May 24, 2007
17367                                                                   Invoice No. 1072484
page 7

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/10/07 | R. Mullady, Jr. | Prepare for meeting with prospective expert▮▮▮▮▮▮ (1.5); conference call with J. Biggs (1.0); review and reply to e-mails from debtors' counsel regarding deposition scheduling (.2); e-mail to debtors' counsel regarding proposed order requested by Judge Fitzgerald and review transcript of 4/2 hearing in connection with same (.6). | 3.30 |
| 04/10/07 | G. Rasmussen | Conference with J. Biggs concerning her report and matches with Rust database. | 1.10 |
| 04/10/07 | G. Rasmussen | Read Grace's non-estimation expert reports and identify rebuttal points. | 4.20 |
| 04/10/07 | R. Wyron | Review e-mails regarding PD claims and related litigation. | 0.40 |
| 04/10/07 | R. Frankel | Review memo summaries from D. Felder; notes and e-mails re same. | 0.70 |
| 04/11/07 | J. Cangialosi | Assist attorney re preparation of work copies of recently filed pleadings. | 0.50 |
| 04/11/07 | E. Somers | Review software materials in preparation for litigation team meeting. | 1.10 |
| 04/11/07 | J. Cutler | Continue review of cases assembled by A. Venegas (1.3); meet with outside litigation consultant re issue analysis for case database (1.1). | 2.40 |
| 04/11/07 | D. Felder | Meet with expert regarding estimation issues (2.5); review materials in preparation for expert meeting (3.0). | 5.50 |
| 04/11/07 | J. Ansbro | Review materials from B. Gillespie (Tillinghast) regarding case analysis, e-mails to/from Gillespie and team members regarding same (.8); teleconference with ACC counsel, J. Wehner (.5); e-mails to/from R. Mullady re proposed order on motion to compel navigable database (.3); attention to coordination and integration of document management software tool, teleconferences with outside consultant regarding same and case background (1.2); e-mails to/from ACC counsel regarding substance of upcoming Rust and BMC depositions (.5); prepare for tomorrow's team meeting (.8). | 4.10 |
| 04/11/07 | R. Mullady, Jr. | Prepare for and participate in conference call with▮▮▮▮▮ ▮▮▮▮▮▮ expert (9.5); attention to discovery matters (.3). | 9.80 |
| 04/11/07 | G. Rasmussen | Draft status report to R. Mullady regarding V. Roggli. | 0.20 |
| 04/12/07 | R. Barainca | Review trial materials in preparation for estimation hearing. | 4.20 |
| 04/12/07 | J. Cangialosi | Assist attorney re attending team meeting in DC to discuss litigation database and case preparation. | 7.00 |
| 04/12/07 | E. Somers | Team meeting to discuss scope of and strategy for document review (2.0); initial team working session with litigation consultant to organize document review and issue analysis (2.3). | 4.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                                    May 24, 2007
17367                                                                                                 Invoice No. 1072484
page 8

| 04/12/07 | C. Zurbrugg | Review draft expert report (1.1); work with litigation team on using litigation software to organize documents and issues (4.8); teleconference with N. Finch, R. Mullady and J. Ansbro re revision of order (.7); confer with J. Ansbro and R. Mullady re same (.4). | 7.00 |
|---|---|---|---|
| 04/12/07 | A. Hermele | Attend meeting with R. Mullady, J. Ansbro, D. Felder, J. Cutler, and others on litigation team to discuss current case status, discuss issue analyses and document review, and receive litigation software instruction. | 5.80 |
| 04/12/07 | J. Cutler | Team meeting with outside litigation consultant re issue analysis for case database. | 4.80 |
| 04/12/07 | D. Felder | Review trial materials in preparation for estimation hearing and conferences with R. Mullady and J. Ansbro regarding same (4.3); telephone conference with J. Biggs and B. Gillespie regarding data issues (1.1); review materials for expert (2.5). | 7.90 |
| 04/12/07 | J. Ansbro | Prepare for and conduct team meeting regarding document analysis, team meeting with outside litigation software consultant (7.0); discussions with R. Mullady regarding draft order on navigable database, review and revise same, conference regarding same with N. Finch (.7). | 7.70 |
| 04/12/07 | R. Mullady, Jr. | Prepare for and attend meeting with estimation team regarding organization and analysis of documents (5.8); prepare for 4/13 motions hearing including drafting of order to present to court on motion to compel complete navigable database (2.4). | 8.20 |
| 04/13/07 | J. Cangialosi | Assist attorney re preparation of work sets of documents. | 0.50 |
| 04/13/07 | D. Felder | Review recently filed pleadings (1.5); e-mails to R. Barainca regarding same (.5); e-mails to R. Mullady, J. Ansbro and J. Biggs regarding estimation issues (.6); telephonic participation in hearing (3.3); telephone conference with J. Ansbro regarding same (.2); review materials from Debtors and e-mail regarding same (.6); review estimation hearing exhibits (2.3). | 9.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

May 24, 2007
Invoice No. 1072484

| 04/13/07 | J. Ansbro | Teleconferences with D. Felder regarding today's court hearing (.4); e-mails to/from D. Felder regarding progress of court hearing, review D. Felder's notes regarding same (.5); e-mails to/from R. Mullady regarding same (.2); teleconference with R. Mullady regarding same and discovery issues (.3);  initial review of Grace objections to BMC and Rust subpoenas, e-mails to/from ACC counsel regarding same (.6); further review of Grace's non-estimation expert reports and supporting materials (2.0); attention to review of key documents and issue analysis for case database (1.5). | 5.50 |
| --- | --- | --- | --- |
| 04/13/07 | R. Mullady, Jr. | Attend hearing and meet with N. Finch (4.3); report to D. Austern on outcome of hearing (.3); confer with debtors' counsel regarding various discovery matters (.3). | 4.90 |
| 04/13/07 | R. Frankel | Review series of e-mails re expert reports, scheduling (.3); review R. Mullady e-mail re hearing (.2). | 0.50 |
| 04/14/07 | C. Zurbrugg | Draft letter re outstanding discovery requests. | 3.00 |
| 04/14/07 | J. Ansbro | E-mails to/from R. Mullady and ACC counsel regarding upcoming Rust and BMC depositions. | 0.30 |
| 04/14/07 | R. Mullady, Jr. | E-mails to/from J. Ansbro and J. Wehner regarding Rust and BMC depositions. | 0.30 |
| 04/15/07 | C. Zurbrugg | Draft and revise letter re outstanding discovery requests. | 2.50 |
| 04/15/07 | D. Felder | E-mail correspondence with R. Mullady and J. Ansbro regarding upcoming scheduling issues and motion to compel pre-petition estimates. | 0.20 |
| 04/15/07 | J. Ansbro | E-mails to/from R. Mullady and D. Felder regarding discovery tasks (.3); further review of Grace Objections to BMC and Rust subpoenas, e-mail to team regarding same (.6); prepare for conference call with associates regarding document review and substantive document/testimony analysis (.5); review R. Mullady e-mail report to client (.2); review various data from Tillinghast and ACC counsel regarding expert case analysis (1.0). | 2.60 |
| 04/15/07 | R. Mullady, Jr. | Review Grace and Rust's objections to deposition notice and subpoena (.4); e-mails to/from J. Ansbro and D. Felder regarding various discovery matters (.3). | 0.70 |
| 04/16/07 | R. Barainca | Telephone conference with J. Ansbro, D. Felder, A. Hermele, J. Cutler and C. Zurbrugg regarding document review for estimation trial. | 1.20 |