

ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 28, 2007
17367                                                                              Invoice No. 1075077
page 10

| | | | |
|---|---|---|---|
| 05/14/07 | D. Felder | Review e-mail correspondence from R. Mullady regarding update (.2); prepare for status meeting with litigation team (1.0); conference with litigation team regarding status and strategy (1.2); conference with R. Mullady and N. Finch regarding strategy (1.0); telephone conference with B. Harding, J. Baer, R. Mullady and N. Finch regarding PI CMO (.3); conference with N. Finch and R. Mullady regarding strategy (.8); follow-up regarding same and e-mail correspondence to litigation team regarding same (1.0); e-mail correspondence with J. Biggs regarding status (.5). | 6.00 |
| 05/14/07 | J. Ansbro | E-mails to/from R. Mullady regarding expert issues (.3); prepare for and participate on internal team conference call regarding case status, expert issues and upcoming discovery (1.6); prepare for and participate in conference calls with ACC counsel regarding case scheduling and strategy (1.0); e-mails to/from D. Felder and R. Mullady regarding same and follow up discussions with Grace counsel (.3); review background materials and records regarding Grace experts (1.6). | 4.80 |
| 05/14/07 | R. Mullady, Jr. | Prepare for and participate in internal meetings and conference calls with ACC counsel regarding estimation case (3.5); review draft report of M. Shapo (1.0); review transcript of 5/2 motions hearing and analyze effect of Judge Fitzgerald's ruling on permissible scope of deposition of D. Siegel (1.0). | 5.50 |
| 05/14/07 | G. Rasmussen | Conference with R. Mullady concerning status of expert reports. | 2.00 |
| 05/14/07 | G. Rasmussen | Conference with N. Finch and R. Mullady concerning scheduling. | 0.80 |
| 05/15/07 | R. Barainca | Review omnibus hearing transcripts regarding estimation issues. | 2.10 |
| 05/15/07 | T. Hoye | Review new deposition transcript and discuss same with J. Cangialosi as necessary. | 0.20 |
| 05/15/07 | J. Cangialosi | Assist attorney re preparation of hearing transcripts. | 0.50 |
| 05/15/07 | C. Zurbrugg | Review documents for issues and facts for case database. | 1.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 11

June 28, 2007  
Invoice No. 1075077

| 05/15/07 | D. Felder | Review e-mails to and from R. Mullady regarding document production and review materials regarding same (1.0); review transcripts regarding estimation issues and conference with R. Barainca regarding same (1.2); review draft pension motion (.3); prepare for telephone conference with J. Biggs regarding estimation issues (.9); telephone conference with J. Biggs, B. Gillespie, R. Wyron and litigation team regarding estimation issues (1.0); review materials from B. Gillespie regarding estimation issues (.3); review letter from D. Mendelson regarding FCR's request for production (.1). | 4.80 |
|---|---|---|---|
| 05/15/07 | J. Ansbro | Prepare for and participate (via telephone) in team meeting with J. Biggs and Tillinghast team, follow-up e-mails to R. Mullady (2.0); various e-mail regarding competing case schedules/CMOs, review same (.4); conference with C. Zurbrugg regarding her ongoing review and analysis of discovery record and organization of facts and issue in case database (1.3); e-mails to/from E. Somers regarding same (.3); e-mails to/from R. Mullady regarding case strategy (.3); review letter from Grace counsel regarding FCR document demands and review demands in connection with same (.4); continue review of materials regarding Grace experts (.9). | 5.60 |
| 05/15/07 | R. Mullady, Jr. | Prepare for and participate in conference call with J. Biggs (1.5); attention to modification of pre-trial scheduling order (.5); attention to discovery matters (1.0); review letter from D. Mendelson regarding FCR request for production and e-mail A. Hermele regarding same (.5). | 3.50 |
| 05/15/07 | G. Rasmussen | Conference with J. Biggs on her expert report and follow-up. | 1.00 |
| 05/15/07 | R. Wyron | Review data for call with J. Biggs (.2); participate in call with J. Biggs and follow-up (.5); call to J. Radecki on report issues (.3); review report from J. Radecki (.3). | 1.30 |
| 05/15/07 | R. Frankel | Review e-mails, draft revised orders re scheduling of estimation hearing, discovery, expert reports. | 0.60 |
| 05/15/07 | R. Frankel | Review agenda for Omnibus Hearing. | 0.40 |
| 05/16/07 | R. Barainca | Review omnibus hearing transcripts regarding estimation issues. | 4.00 |
| 05/16/07 | E. Somers | Review transcript of deposition of Robert Beber (2007) and analyze facts and issues in preparation for claims estimation hearing. | 2.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

June 28, 2007
Invoice No. 1075077

| 05/16/07 | C. Zurbrugg | Confer with J. Ansbro re Grace document analysis (1.0); review testing by Grace representation in American Re-Insurance arbitration transcripts (4.3); review e-mail correspondence re revised case management order (.2). | 5.50 |
|---|---|---|---|
| 05/16/07 | D. Felder | E-mail correspondence to and from R. Mullady and J. Ansbro regarding PI CMO (.6); review materials from R. Barainca regarding transcripts and hearing exhibit preparation (1.5); review hearing transcripts regarding estimation issues (1.0); review non-estimation expert reports regarding V. Roggli issues (3.0). | 6.10 |
| 05/16/07 | J. Ansbro | Review Grace's latest document productions, e-mail to R. Mullady regarding same (2.5); meet with C. Zurbrugg regarding ongoing review and issue analysis of prior Grace productions, review pertinent document and deposition passages with C. Zurbrugg (1.0); e-mails to/from R. Mullady and ACC counsel regarding CMO, Daubert and trial strategy issues (1.0); continue review of recent law review article regarding changes to asbestos tort law (1.2); further review of materials regarding Grace's experts (1.1). | 6.80 |
| 05/16/07 | R. Mullady, Jr. | Review and reply to e-mails from debtors' counsel regarding amendments to scheduling order (.7); discussions with ACC counsel and J. Ansbro regarding same and overall strategy (.8). | 1.50 |
| 05/16/07 | R. Frankel | Review motion, stipulation, proposed orders re subpoena issued to CRMC. | 0.60 |
| 05/16/07 | R. Frankel | Review litigation strategy issues, issues re timing of expert reports, estimation hearing. | 1.30 |
| 05/17/07 | R. Barainca | Review discovery materials. | 0.80 |
| 05/17/07 | R. Barainca | Review omnibus hearing transcripts regarding estimation issues. | 2.20 |
| 05/17/07 | E. Somers | Confer with J. Ansbro regarding issue analysis of 2007 R. Beber deposition (.9); continue review of 2007 deposition of R. Beber for case database (1.3). | 2.20 |
| 05/17/07 | J. Cutler | Confer with J. Ansbro about Daubert motion strategy and schedule. | 0.20 |
| 05/17/07 | D. Felder | E-mail correspondence with litigation team regarding discovery and strategy issues (.6); review draft hearing exhibits (.5). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

June 28, 2007
Invoice No. 1075077

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/17/07 | J. Ansbro | Review facts and issues organized in case database (1.7); telephone conference with J. Cutler regarding his ongoing review and analysis of discovery record, and organization of facts and issues in case database (.6); telephone conference with E. Somers regarding same (.6); e-mails to/from R. Mullady, D. Felder and N. Finch regarding Grace's latest document production, further review of same and related correspondence with Grace counsel (1.3); review and suggest revisions for proposed demonstrative for 5/21 hearing, e-mails to/from R. Mullady regarding same (.4); continue review of materials regarding Grace experts (1.0). | 5.60 |
| 05/17/07 | R. Mullady, Jr. | Review documents produced by debtors on 5/14 (2.0); e-mails to estimation experts regarding reports (1.0); review correspondence from D. Mendelson and plan motion to compel discovery (.5). | 3.50 |
| 05/17/07 | G. Rasmussen | Call to E. Stallard to check status of report. | 0.20 |
| 05/17/07 | R. Frankel | Telephone conference with R. Wyron re scheduling; notes re same. | 0.30 |
| 05/18/07 | R. Barainca | Review discovery materials. | 0.40 |
| 05/18/07 | D. Felder | E-mail correspondence regarding matters for omnibus hearing (1.3); conference with R. Frankel regarding update (.1); e-mails to R. Mullady and J. Ansbro regarding hearing exhibits and review same (1.5); telephone conference with M. Hurford regarding same (.3); e-mail correspondence with J. Biggs, R. Mullady and J. Ansbro regarding estimation issues (2.0); review hearing exhibits from R. Barainca and e-mails regarding same (2.0); telephone conference with J. Ansbro regarding same (.2). | 7.40 |
| 05/18/07 | J. Ansbro | Review draft expert materials (rec'd. today) from J. Biggs, e-mail to team with comments, follow-up e-mails to/from D. Felder (1.5); review and revise demonstrative exhibits for 5/21 Omnibus hearing, telephone conferences with R. Mullady and D. Felder regarding same, e-mails re same (1.0); e-mails to/from N. Finch regarding Grace third party discovery (.3); review Grace's motions for Protective Order re Manville subpoena (.3); select various pertinent e-mails for J. Cutler regarding expert issues (.3); e-mails to/from R. Mullady regarding preparations for 5/21 Omnibus Hearing (.3); prepare for 5/21 Omnibus Hearing (.7); review Grace exhibits for 5/21 Omnibus (.4); review background materials prepared by Grace experts (1.0). | 5.40 |
| 05/18/07 | R. Mullady, Jr. | Prepare for omnibus hearing on 5/21. | 2.00 |
| 05/18/07 | R. Frankel | Review series of e-mails re scheduling, expert reports. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    June 28, 2007
17367                                                                Invoice No. 1075077
page 14

| | | | |
|---|---|---|---|
| 05/18/07 | R. Frankel | Confer with D. Felder re status of PD issues, settlements. | 0.40 |
| 05/18/07 | R. Frankel | Telephone conference with J. Radecki re sale of division, break-up fee; notes re same. | 0.40 |
| 05/18/07 | R. Frankel | Review draft Biggs slides for presentation (.6); series of e-mails re same (.5); telephone conference with D. Felder re same (.1). | 1.20 |
| 05/20/07 | J. Ansbro | Prepare for 5/21 Omnibus Hearing. | 1.50 |
| 05/21/07 | J. Cangialosi | Assist attorney re preparation of materials for upcoming depositions. | 1.00 |
| 05/21/07 | C. Zurbrugg | Review testimony of J. Hughes in 12/18/02 AmRe proceeding for case database (1.8); review AmRe/Grace opening arbitration memorandum (.7). | 2.50 |
| 05/21/07 | A. Hermele | Review e-mails, letters, and discovery documents in preparation for drafting letter of response to 5/14/07 letter from Mendelson/Grace, refusing to respond to FCR's requests for production (1.5); review Siegel deposition from Sealed Air to gather suggested questions for R. Mullady to ask during deposition of same witness in W.R. Grace proceedings (6.3). | 7.80 |
| 05/21/07 | D. Felder | E-mails with litigation team regarding estimation issues and e-mails to J. Biggs regarding same (1.5); telephonic participation in omnibus hearing (5.3); review notes and prepare e-mail summary regarding same (.7). | 7.50 |
| 05/21/07 | J. Ansbro | Review Grace notices of deposition to plaintiff firms, e-mails to/from R. Mullady regarding same (.4); e-mails to/from estimation team regarding draft expert materials of J. Biggs (.3); review recent law review article regarding asbestos estimation proceedings and tort reforms and consider same in connection with potential expert testimony (2.4); discussions with R. Mullady regarding case status and strategy and today's Omnibus Hearing (.7); attend Omnibus Hearing (3.7). | 7.50 |
| 05/21/07 | R. Mullady, Jr. | Preparation for omnibus hearing including during working travel to Wilmington, DE (4.0); attend omnibus hearing (4.0); review draft expert report (.5). | 8.50 |
| 05/21/07 | R. Wyron | Review e-mails on pension motion and follow-up (.3); review information from J. Biggs (.3). | 0.60 |
| 05/21/07 | R. Frankel | Attend Omnibus hearing by telephone. | 3.30 |
| 05/21/07 | R. Frankel | Review series of e-mails re J. Biggs' presentation (.2); review demonstrations in preparation for Omnibus hearing (.6). | 0.80 |
| 05/22/07 | J. Cangialosi | Assist attorney re preparation of materials for upcoming depositions. | 3.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     June 28, 2007
17367                                                                   Invoice No. 1075077
page 15

| 05/22/07 | A. Hermele | Meet with R. Mullady to discuss current assignments and deadlines (.5); prepare digest of deposition of D. Siegel from Sealed Air and suggested deposition question to aid R. Mullady in preparing for D. Siegel deposition in W.R. Grace (9.0). | 9.50 |
|---|---|---|---|
| 05/22/07 | D. Felder | Telephone conference with J. Solganick regarding update on estimation issues (.1); review recently filed pleadings, deposition notices and interrogatories served on plaintiffs' counsel (3.2); e-mail correspondence with J. Biggs regarding estimation issues (.3); review documents from Debtors (.5). | 4.10 |
| 05/22/07 | J. Ansbro | Further review of Grace's latest document production (1.4); e-mails to J. Cutler regarding expert issues (.3); review recently received materials regarding Grace's expert(s) (1.4). | 3.10 |
| 05/22/07 | R. Mullady, Jr. | Prepare for deposition of D. Siegel. | 2.50 |
| 05/22/07 | R. Wyron | Review new pension motion. | 0.30 |
| 05/22/07 | R. Frankel | Review status report on Grace hearing (.4); confer with R. Wyron re settlement/litigation issues (.3). | 0.70 |
| 05/22/07 | R. Frankel | Review motion, schedules re funding for defined benefit plan. | 0.60 |
| 05/23/07 | J. Cangialosi | Assist attorney re preparation of materials for upcoming depositions. | 0.50 |
| 05/23/07 | C. Zurbrugg | Confer with J. Ansbro re Farrar deposition (.2); review Hughes AmRe testimony for use in litigation software (3.5). | 3.70 |
| 05/23/07 | A. Hermele | Attend and assist R. Mullady at deposition of D. Siegel. | 10.00 |
| 05/23/07 | D. Felder | Review 5/8 hearing transcript (1.0); review materials from J. Biggs and e-mail correspondence regarding same (2.0); review PD issues and e-mail correspondence regarding same (.3). | 3.30 |
| 05/23/07 | J. Ansbro | Initial review of J. Biggs' revised draft expert report (.5); review portions of transcript of 5/8 Omnibus transcript (.4). | 0.90 |
| 05/23/07 | R. Mullady, Jr. | Prepare for and attend deposition of D. Siegel (11.0). | 11.00 |
| 05/23/07 | R. Wyron | Review information on pension motion from J. Brownstein. | 0.30 |
| 05/24/07 | J. Cangialosi | Assist attorney re preparation of hearing transcripts and draft reports. | 1.00 |
| 05/24/07 | C. Zurbrugg | Review outlines in preparation for deposition of G. Farrar (.6); review transcript of deposition of F. Zaremby (.9); confer with J. Ansbro re preparation for deposition of G. Farrar (.5). | 2.00 |
| 05/24/07 | A. Hermele | Begin drafting response to Grace May 14 letter regarding production of documents by Grace and consideration of motion to compel on our part. | 2.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

June 28, 2007
Invoice No. 1075077

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/24/07 | D. Felder | Review recently filed pleadings regarding PD issues (.8); telephone conference with D. Austern regarding same (.1); e-mail regarding same (.1); telephone conference with M. Kramer regarding PD issues (.1); conference with A. Hermele regarding D. Siegel deposition (.5); review Debtors' interrogatories and deposition notices to plaintiffs' lawyers and e-mails to J. Ansbro regarding same (1.0); review draft estimation expert report (3.5). | 6.10 |
| 05/24/07 | J. Ansbro | Confer with R. Wyron regarding case strategy (.3); review proposed x-ray order and related e-mails among counsel (.3); review Grace interrogatories to plaintiff firms, compare against versions offered at Omnibus hearing (.3); further review Grace's recent document production (.8); telephone conference with R. Mullady regarding Siegel testimony and case strategy (.6); further review of J. Biggs' revised expert report (.6). | 2.90 |
| 05/24/07 | R. Mullady, Jr. | Review and revise draft amended CMO (.2); telephone conversation with J. Ansbro (.6); review and reply to e-mail from J. Biggs (.2). | 1.00 |
| 05/24/07 | R. Wyron | Review J. Biggs' draft report. | 0.70 |
| 05/25/07 | C. Zurbrugg | Review transcript of F. Zaremby deposition (.3); confer with J. Ansbro re deposition of G. Farrar (.6); review 12/17/02 testimony of J. Hughes in AmRe proceeding (.4). | 1.30 |
| 05/25/07 | A. Hermele | Finish drafting letter to Grace regarding Grace's document production and notice of plan to file motion to compel, and provide to R. Mullady for review. | 2.00 |
| 05/25/07 | J. Ansbro | Conference with C. Zurbrugg regarding preparations for G. Farrar deposition (.6); review select portions of F. Zaremby transcript regarding G. Farrar (.6); work on order of proof and team assignments (1.0). | 2.20 |
| 05/25/07 | R. Mullady, Jr. | Telephone conversation with J. Ansbro (.4); review and reply to e-mail from J. Biggs (.2); confer with A. Hermele regarding FCR motion to compel (.2). | 0.80 |
| 05/25/07 | R. Wyron | Call with counsel for PD and PI on pension motion and other pending matters (.6); follow-up e-mails to Piper Jaffray on pension issues (.2); review AON report (.3). | 1.10 |
| 05/25/07 | R. Frankel | Review series of e-mails re PD settlements, re J. Biggs modified reports, exhibits. | 0.60 |
| 05/27/07 | R. Frankel | Review draft expert report from J. Biggs. | 2.30 |
| 05/28/07 | C. Zurbrugg | Review F. Zaremby deposition transcript and take notes re same. | 0.80 |
| 05/28/07 | R. Mullady, Jr. | Review and revise draft letter to D. Mendelson regarding FCR's request for production. | 0.50 |
| 05/28/07 | R. Frankel | Review draft report from J. Biggs (further review). | 1.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 28, 2007
17367                                                                                   Invoice No. 1075077
page 17

| | | | |
|---|---|---|---|
| 05/29/07 | J. Cangialosi | Assist attorney re preparation of deposition transcripts and draft reports (.7); prepare work sets of materials for upcoming depositions (.3). | 1.00 |
| 05/29/07 | C. Zurbrugg | Revise Farrar notice of deposition and transmit to D. Felder (.2); e-mail D. Mendelson re attendees at Farrar deposition (.1); review transcript of Zaremby deposition and draft notes re same (1.8) draft outline for Farrar deposition (2.9); confer with J. Ansbro re same (1.5); gather materials for Farrar deposition (.4); revise Farrar outline (1.5). | 8.40 |
| 05/29/07 | A. Hermele | Revise letter to Grace regarding Grace's responses to FCR's production requests (.8); review 4/2/07 and 5/2/07 court transcripts for J. Ansbro (1.5). | 2.30 |
| 05/29/07 | D. Felder | E-mail correspondence with J. Biggs and B. Gillespie regarding estimation issues (.1); telephone conference with V. Roggli regarding same (.1); review deposition notice for G. Farrar and finalize same (.5); e-mails to litigation team regarding estimation issues (.3); e-mail correspondence with J. Phillips and M. Hurford regarding deposition notice of G. Farrar (.3); continue reviewing estimation expert report from J. Biggs (2.0); e-mail correspondence with Debtors and official committees regarding deposition of G. Farrar (.3); telephone conference with J. Biggs, B. Gillespie and V. Roggli regarding estimation issues (1.1); telephone conference with M. Jeweler regarding G. Farrar deposition (.2); telephone conference with J. Ansbro regarding same (.2); review draft letter from A. Hermele regarding discovery issues and telephone conference regarding same (.5). | 5.60 |
| 05/29/07 | J. Ansbro | Review and revise draft letter to Grace counsel regarding FCR document demands, review record in connection with same, e-mails to/from A. Hermele and R. Mullady regarding same (.7); prepare to depose Grace witness G. Farrar, conferences with C. Zurbrugg regarding same and potential exhibits (4.3); initial review further revisions to J. Biggs' draft expert report (received today) (.6). | 5.60 |
| 05/29/07 | R. Mullady, Jr. | Discussions with J. Ansbro regarding Farrar deposition (.2); e-mails to/from M. Hurford and D. Felder (.2). | 0.40 |
| 05/29/07 | G. Rasmussen | Conference with E. Stallard concerning his expert report. | 1.00 |
| 05/29/07 | R. Frankel | Review various docket entries, joinder of ACC with Montana. | 0.60 |
| 05/29/07 | R. Frankel | Review parts of exhibits to J. Biggs draft report. | 1.20 |
| 05/30/07 | C. Zurbrugg | Revise G. Farrar deposition outline (1.0); confer with J. Ansbro and J. Wehner re G. Farrar deposition (.8); attend G. Farrar deposition (2.3). | 4.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                      June 28, 2007
17367                                                                                     Invoice No. 1075077
page 18

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/30/07 | D. Felder | Review recently filed pleadings (.3); review materials from J. Biggs and prepare for conference call regarding same (1.0); telephonic participation in PD hearing (4.5); follow-up telephone conference with M. Hurford regarding same (.2); e-mail to litigation team regarding same (.1); telephone conference with J. Biggs regarding update (.6); telephone conference with G. Rasmussen and V. Roggli regarding medical issues (.4); review e-mail correspondence regarding PI estimation and circulate proposed PI CMO (1.0). | 8.10 |
| 05/30/07 | J. Ansbro | Further preparation to depose Grace witness, G. Farrar, discussions with ACC counsel (J. Wehner) regarding same (2.0); take G. Farrar's deposition (2.0); | 4.00 |
| 05/30/07 | R. Mullady, Jr. | Review and revise letter to debtors' counsel regarding FCR request for production (1.0); plan motion to compel (.5); review J. Biggs expert report draft and revise same (1.5). | 3.00 |
| 05/30/07 | G. Rasmussen | Conference with V. Roggli on status of his report. | 0.50 |
| 05/30/07 | R. Wyron | Review pension motion and outline comments. | 0.40 |
| 05/30/07 | R. Frankel | Review draft Executive Summary from J. Biggs. | 1.60 |
| 05/31/07 | J. Cangialosi | Assist attorney re preparation of draft reports (.2); organize deposition transcripts and draft reports (.3). | 1.00 |
| 05/31/07 | D. Felder | Telephone conference with R. Mullady regarding estimation issues (.2); review e-mail correspondence from N. Finch and R. Mullady regarding discovery issues (.2); review non-estimation expert reports (1.6); telephone conference with J. Ansbro regarding estimation issues (.1); review draft estimation expert report and exhibits and comments regarding same (3.1). | 5.20 |
| 05/31/07 | J. Ansbro | Telephone conference with R. Mullady regarding Farrar deposition, expert issues and case strategy (.5); review ACC's draft motion to quash Grace subpoenas to plaintiff's lawyers (.4); review revised letter to Grace counsel regarding FCR document demands, check hearing transcripts in connection with same (.4); prepare for and conference call with R. Mullady and ACC counsel regarding upcoming discovery and case strategy (.7); review J. Biggs' draft Executive Summary to expert report, e-mails to/from R. Mullady regarding same (.7); review Tillinghast presentation regarding asbestos estimation (.4); initial review of transcript of D. Siegel deposition (.6); work on issue outline and related team assignments in discovery (.5); review comments of ACC counsel regarding draft expert reports, e-mail to team regarding same (.7). | 4.90 |
| 05/31/07 | R. Mullady, Jr. | Revise draft report of J. Biggs (2.0); conference calls with J. Ansbro, D. Felder and ACC counsel (1.5). | 3.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

June 28, 2007
Invoice No. 1075077

|  | Total Hours | 543.90 |  |
|  | Total For Services |  | $296,719.00 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| John Ansbro | 132.40 | 625.00 | 82,750.00 |
| Rachael Barainca | 9.50 | 150.00 | 1,425.00 |
| James Cangialosi | 10.50 | 235.00 | 2,467.50 |
| Joshua M. Cutler | 14.00 | 430.00 | 6,020.00 |
| Debra Felder | 114.40 | 465.00 | 53,196.00 |
| Roger Frankel | 45.50 | 770.00 | 35,035.00 |
| Annie L. Hermele | 46.70 | 390.00 | 18,213.00 |
| Timothy J. Hoye | 1.60 | 195.00 | 312.00 |
| Raymond G. Mullady, Jr. | 62.30 | 695.00 | 43,298.50 |
| Garret G. Rasmussen | 27.40 | 700.00 | 19,180.00 |
| Emily S. Somers | 7.20 | 270.00 | 1,944.00 |
| Richard H. Wyron | 20.80 | 700.00 | 14,560.00 |
| Catharine L. Zurbrugg | 51.60 | 355.00 | 18,318.00 |
| Total All Timekeepers | 543.90 | $545.54 | $296,719.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                June 28, 2007
17367                                                                            Invoice No. 1075077
page 20

Disbursements

| | |
|---|---:|
| Color Copies | 12.50 |
| Deposition/Transcript Expenses | 2,520.30 |
| Duplicating Expense | 1,680.90 |
| Expert; Consultants | 50,682.65 |
| Express Delivery | 449.32 |
| Facsimile | 21.00 |
| Lexis Research | 71.00 |
| Litigation Support | 1,000.00 |
| Local Taxi Expense | 723.71 |
| Local Tolls | 21.00 |
| Online Database | 115.81 |
| Other Business Meals | 698.70 |
| Out of Town Business Meals | 222.09 |
| Outside Reproduction Services | 2,769.74 |
| Outside Services | 3,126.94 |
| Overtime Meals | 31.61 |
| Parking Expense | 40.00 |
| Postage | 815.31 |
| Secretarial/Staff Overtime | 249.22 |
| Telephone | 37.70 |
| Travel Expense, Air Fare | 5,345.08 |
| Travel Expense, Local | 272.51 |
| Travel Expense, Out of Town | 352.84 |
| Westlaw Research | 627.00 |

Total  Disbursements          $71,886.93


**Total For This Matter**          $368,605.93



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    June 28, 2007
17367    Invoice No. 1075077
page 21

For Legal Services Rendered Through May 31, 2007 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/07/07 | R. Barainca | Prepare D. Austern's fee applications for February and March 2007 | 2.50 |
| 05/08/07 | R. Barainca | Prepare D. Austern's Twelfth Quarterly fee application. | 2.00 |
| 05/09/07 | D. Fullem | Review drafts of D. Austern's February and March monthly fee applications. | 0.20 |
| 05/10/07 | R. Barainca | Confer with K. Boeger concerning Tillinghast's fee applications. | 0.20 |
| 05/14/07 | R. Barainca | Edit Tillinghast's April 2007 monthly fee application. | 0.60 |
| 05/18/07 | R. Barainca | Prepare Tillinghast and Austern fee applications for filing. | 0.50 |
| 05/24/07 | D. Fullem | Review and respond to e-mail from J. Solganick at Piper regarding their February and March fee applications. | 0.20 |
| 05/25/07 | D. Fullem | Coordinate filing with C. Hartman of PJC fee applications; coordinate service on parties; follow up with J. Solganick regarding confirmation of filing. | 0.50 |

Total Hours    6.70
Total For Services    $1,072.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 5.80 | 150.00 | 870.00 |
| Debra O. Fullem | 0.90 | 225.00 | 202.50 |
| Total All Timekeepers | 6.70 | $160.07 | $1,072.50 |

Disbursements
  Duplicating Expense    55.50
  Express Delivery    324.79
  Outside Services    3.84
  Postage    6.26
            Total Disbursements    $390.39

            **Total For This Matter    $1,462.89**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

June 28, 2007
Invoice No. 1075077

For Legal Services Rendered Through May 31, 2007 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/03/07 | D. Fullem | Confer with R. Barainca regarding notice of withdrawal of M. Almy; review and comment on notice. | 0.00 |
| 05/04/07 | D. Fullem | Review draft of notice of withdrawal of appearance of M. Almy from R. Barainca. | 0.20 |
| 05/07/07 | D. Fullem | Review updated conflict reports. | 2.00 |
| 05/08/07 | D. Fullem | Review e-mail from R. Barainca regarding withdrawal of appearance of M. Almy. | 0.10 |
| 05/11/07 | D. Fullem | Review e-mail from R. Wyron regarding DCP Holdings; review conflict list for appearance of company and role in the Grace; prepare e-mail to R. Wyron with information. | 0.30 |
| 05/15/07 | D. Fullem | Review and respond to e-mail from R. Wyron regarding preparation of supplemental disclosure relating to new Orrick recruiting manager and previous involvement on Grace case (.2); prepare draft supplemental disclosure with details (.7); forward to R. Wyron for review and comment (.1). | 1.00 |
| 05/15/07 | R. Wyron | Call with M. Riccardi re ethical wall and disclosure, and follow-up. | 0.40 |
| 05/16/07 | R. Wyron | Review ethical wall memo (.2); revise draft disclosure (.3); review ethical rules (.6). | 1.10 |
| 05/17/07 | D. Fullem | Review current version of R. Frankel's fifth supplemental declaration (.20); review and respond to emails from R. Wyron regarding same (.20); coordinate signature by R. Frankel (.10); coordinate preparation for service of document on parties in the case (.10). | 0.60 |
| 05/18/07 | D. Fullem | Coordinate filing with Court and service on parties of R. Frankel's fifth supplemental declaration in support of application to employ Orrick as bankruptcy counsel to FCR. | 0.50 |

Total Hours 6.20
Total For Services $2,107.50

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Debra O. Fullem | 4.70 | 225.00 | 1,057.50 |
| Richard H. Wyron | 1.50 | 700.00 | 1,050.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          June 28, 2007
17367                                                                        Invoice No. 1075077
page 23

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Total All Timekeepers | 6.20 | $339.92 | $2,107.50 |

Disbursements
    Duplicating Expense            139.80
    Outside Services               21.20
    Postage                        242.50
                     Total  Disbursements        $403.50


                     **Total For This Matter**       **$2,511.00**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

June 28, 2007
Invoice No. 1075077

For Legal Services Rendered Through May 31, 2007 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/03/07 | R. Barainca | Prepare Orrick's March 2007 monthly fee application. | 1.80 |
| 05/03/07 | D. Fullem | Prepare e-mail to L. Blackhurst regarding status of payments; update R. Barainca regarding same. | 0.20 |
| 05/03/07 | D. Fullem | Update Orrick fee and expense spreadsheets; prepare e-mail to R. Wyron and forward same. | 0.40 |
| 05/03/07 | D. Fullem | Prepare e-mail to W. Sparks at Grace regarding CNOs filed on January and February interim fee filings and attach same; follow up on quarterly filing; update R. Wyron regarding same. | 0.60 |
| 05/03/07 | D. Fullem | Confer with R. Wyron regarding status of outstanding payments. | 0.20 |
| 05/06/07 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of payments. | 0.10 |
| 05/07/07 | D. Fullem | Review April prebills. | 1.00 |
| 05/08/07 | D. Fullem | Prepare e-mail to W. Sparks at Grace regarding status of payment on 20% fee holdback from Oct-Dec 06 time period as allowed by Court. | 0.20 |
| 05/08/07 | D. Fullem | Review list from P. Parrish on account status and when payments expected. | 0.40 |
| 05/08/07 | D. Fullem | Continue review of prebills (.9); prepare e-mail to R. Wyron regarding status and litigation matter (.1). | 1.00 |
| 05/08/07 | D. Fullem | Follow up with several attorneys regarding corrections to time entries. | 0.50 |
| 05/08/07 | D. Fullem | Review response from W. Sparks to my request for information on payment status. | 0.10 |
| 05/09/07 | D. Fullem | Review and respond to e-mails from R. Barainca and D. Felder regarding fee auditor's request for expense detail on quarterly for period October-December 2006. | 0.20 |
| 05/09/07 | D. Fullem | Prepare e-mail to P. Parrish regarding response from W. Sparks and timing of payment. | 0.10 |
| 05/09/07 | R. Wyron | Review April pre-bill (.4); call to J. Ansbro re clarification of document review work (.3). | 0.70 |
| 05/10/07 | R. Barainca | Review Orrick Fourth Quarterly for expenses regarding e-mail from S. Bossay; coordinate information with L. Blackhurst, P. Reyes and D. Fullem. | 0.50 |
| 05/10/07 | R. Barainca | Confer by e-mails with L. Blackhurst concerning backup for the fee auditors request. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -            June 28, 2007
17367                                                                        Invoice No. 1075077
page 25

| 05/10/07 | D. Fullem | Telephone call from S. Bossay, fee auditor, regarding providing backup expense detail from quarterly period Oct-Dec 06; prepare e-mail to R. Wyron, D. Felder and R. Barainca regarding same. | 0.50 |
|---|---|---|---|
| 05/10/07 | D. Fullem | Confer with R. Wyron regarding time entries in April prebill litigation matter (.2); coordinate with accounting to obtain summary of specific entries (.2); review summary and highlight specific information for R. Wyron (.8); forward same to R. Wyron with e-mail of information (.1) | 1.30 |
| 05/10/07 | D. Fullem | Confer with R. Barainca regarding response to fee auditor's request for expense detail; discuss format of previous responses provided to fee auditor and similar organization for current request. | 0.40 |
| 05/11/07 | D. Fullem | Review edits by R. Wyron to CaseMap time entries (.10); prepare revisions to spreadsheet on same (.80); prepare email to R. Wyron regarding review and comment to same (.20). | 1.10 |
| 05/14/07 | D. Fullem | Confer with P. Reyes regarding status of Grace prebills and time entries to be reviewed. | 0.30 |
| 05/14/07 | D. Fullem | Review and respond to e-mail from P. Parrish in accounting regarding recent payment; update spreadsheets with payment information. | 0.60 |
| 05/14/07 | D. Fullem | Confer with R. Wyron regarding case database time entries, spreadsheet, and status of sending to J. Ansbro (.10); prepare update to spreadsheet to include original narrative and proposed revised narrative columns (.60); prepare email to J. Ansbro regarding review and comment on same (.10). | 0.80 |
| 05/15/07 | R. Barainca | Prepare exhibits to the memo to S. Bossay concerning Orrick's expenses for October 1, 2006 through December 31, 2006. | 4.00 |
| 05/15/07 | D. Fullem | Review expense detail and backup with R. Barainca to provide to fee auditor (.8); review and respond to e-mail from S. Bossay, fee auditor, regarding status update (.2); prepare e-mail to R. Wyron regarding information obtained and status of providing same for review (.1). | 1.10 |
| 05/16/07 | R. Barainca | Continue preparing exhibits to the memo to S. Bossay concerning Orrick's expenses for October 1, 2006 through December 31, 2006. | 3.40 |
| 05/16/07 | D. Fullem | Review and respond to e-mail from R. Barainca regarding expense backup for fee auditor. | 0.10 |
| 05/17/07 | D. Fullem | Confer with P. Reyes regarding status of April prebills. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 28, 2007
17367                                                                               Invoice No. 1075077
page 26

| | | | |
|---|---|---|---|
| 05/17/07 | D. Fullem | Prepare edits to case database time entries as revised by J. Ansbro (.60); review and respond to emails from R. Wyron regarding same (.10); prepare email to J. Ansbro with updated entries for his review (.10). | 0.80 |
| 05/17/07 | D. Fullem | Confer with R. Barainca regarding status of backup expense detail to provide to fee auditor. | 0.20 |
| 05/17/07 | R. Wyron | Review expense back-up to respond to fee auditor's request (.3); review March interim fee application (.4); confer with R. Barainca regarding fee auditor's request (.2). | 0.90 |
| 05/18/07 | R. Barainca | Continue preparing exhibits to the memo to S. Bossay concerning Orrick's expenses for October 1, 2006 through December 31, 2006. | 3.60 |
| 05/18/07 | D. Fullem | Review expense detail with R. Barainca and discuss certain detail information that is not available (.50); update R. Wyron regarding same (.10); prepare email to S. Bossay, fee auditor, regarding status of sending information (.10); review and respond to email from S. Bossay (.10). | 0.80 |
| 05/18/07 | D. Fullem | Review email from J. Ansbro regarding case database time entries to be reviewed by billing attorneys. | 0.10 |
| 05/21/07 | R. Barainca | Continue preparing exhibits to the memo to S. Bossay concerning Orrick's expenses for October 1, 2006 through December 31, 2006. | 4.00 |
| 05/21/07 | D. Fullem | Follow up on litigation time entries (.8); review same with R. Wyron and P. Reyes (.4). | 1.20 |
| 05/21/07 | D. Fullem | Review expense information as requested by fee auditor during Oct-Dec 06 quarterly fee application (.5); review draft response by R. Wyron to same and related attachments (.8); confer with R. Barainca (.5); follow up e-mail to R. Wyron (.2). | 2.00 |
| 05/21/07 | R. Wyron | Review expense detail for S. Bossay. | 0.20 |
| 05/22/07 | R. Barainca | Continue preparing exhibits to the memo to S. Bossay concerning Orrick's expenses for October 1, 2006 through December 31, 2006. | 5.70 |
| 05/22/07 | D. Fullem | Confer with R. Barainca (.5); review items to attach to fee auditor request letter (1.0). | 1.50 |
| 05/22/07 | D. Fullem | Review responses by attorneys regarding time entries and organize data. | 1.00 |
| 05/22/07 | D. Fullem | Assist with finalizing and sending letter and related exhibits to S. Bossay in response to his request for expense detail during period Oct-Dec 2006. | 1.00 |
| 05/22/07 | R. Wyron | Review expense summary and back-up (.2); confer with R. Barainca and follow-up (.2). | 0.40 |
| 05/23/07 | D. Fullem | Review and respond to e-mail from S. Bossay regarding initial interim report. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

June 28, 2007
Invoice No. 1075077

| | | | |
|---|---|---|---:|
| 05/24/07 | R. Barainca | Review Fee Auditor's Objection and confer with D. Fullem regarding plans to go forward (.3); prepare Memo to R. Wyron (.3). | 0.60 |
| 05/24/07 | R. Barainca | Prepare documentation for the Fee Auditors Objection to Orrick's Fourth Quarterly. | 2.00 |
| 05/24/07 | D. Fullem | Review fee auditor's initial report on Oct-Dec 06 quarterly fee application (.8); prepare responsive letter (4.0); e-mails to and from R. Wyron and R. Barainca (.7); confer with R. Barainca regarding same (.5). | 6.00 |
| 05/25/07 | D. Fullem | Review e-mail from R. Mullady regarding travel time (.2); review and revise draft response letter to S. Bossay (.8); e-mail to R. Wyron regarding same (.2). | 1.20 |
| 05/28/07 | R. Wyron | Review and revise response to Fee Auditor's comments. | 0.60 |
| 05/29/07 | D. Fullem | Update S. Bossay with status of response to audit letter. | 0.10 |
| 05/29/07 | D. Fullem | Review draft response to fee audit letter. | 1.00 |
| 05/29/07 | R. Wyron | Review draft responses to fee auditor. | 0.30 |
| 05/30/07 | D. Fullem | Review and respond to e-mail from R. Wyron regarding hearing agendas for October 23, November 20, December 5, and December 18, 2006 (.2); research docket and download; forward same to R. Wyron and D. Felder (.7); review current draft of response letter to fee auditor (.5). | 1.40 |
| 05/30/07 | D. Felder | Review and revise response to fee auditor's objection. | 0.70 |
| 05/31/07 | D. Fullem | Review and confirm facts and figures in response to fee auditor letter (2.0); review fee auditor letter (.3); assist with finalizing of response (.5); e-mail to fee auditor and follow-up (.1). | 2.90 |
| 05/31/07 | D. Fullem | Prepare Orrick's April fee application. | 1.00 |
| 05/31/07 | D. Fullem | Prepare summary of Orrick's April invoices. | 0.10 |
| 05/31/07 | R. Wyron | Review final response to fee auditor. | 0.30 |

Total Hours       63.90
Total For Services      $14,218.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---:|---:|---:|
| Rachael Barainca | 25.90 | 150.00 | 3,885.00 |
| Debra Felder | 0.70 | 465.00 | 325.50 |
| Debra O. Fullem | 33.90 | 225.00 | 7,627.50 |
| Richard H. Wyron | 3.40 | 700.00 | 2,380.00 |
| Total All Timekeepers | 63.90 | $222.50 | $14,218.00 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 28, 2007
17367                                                                                   Invoice No. 1075077
page 28

Disbursements
    Duplicating Expense                        18.75
    Outside Services                           24.00
    Postage                                     4.60
    Telephone                                   1.09
              Total  Disbursements            $48.44


**Total For This Matter**            **$14,266.44**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

June 28, 2007
Invoice No. 1075077

For Legal Services Rendered Through May 31, 2007 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/01/07 | J. Ansbro | Non-working portion of travel time from New York City to Pittsburgh to attend 5/2 Omnibus Hearing. | 2.00 |
| 05/02/07 | J. Ansbro | Non-working portion of travel time on return from Pittsburgh to New York City after Omnibus Hearing. | 2.30 |
| 05/07/07 | J. Ansbro | Non-working portion of travel time from New York City to Washington DC office to attend meeting with Tillinghast team (1.9); non-working portion of travel time from Washington DC to Pittsburgh, PA to attend 5/8 continued Omnibus Hearing (3.0). | 4.90 |
| 05/08/07 | J. Ansbro | Non-working portion of travel time during return from Pittsburgh, PA to New York City after participating at continued Omnibus Hearing before Judge Fitzgerald. | 2.20 |
| 05/21/07 | J. Ansbro | Non-working portion of travel time from New York City to Wilmington, Delaware to attend Omnibus Hearing, and return travel to New York City. | 2.60 |
| 05/21/07 | R. Mullady, Jr. | Non-working return travel from Wilmington. | 1.00 |
| 05/23/07 | R. Mullady, Jr. | Non-working return travel. | 1.00 |
| 05/30/07 | C. Zurbrugg | Travel to and from Washington, DC for deposition of G. Farrar. | 5.20 |
| 05/30/07 | J. Ansbro | Non-working portions of travel time from New York City to Washington DC to take deposition of Grace witness, Gary Farrar, and return travel to New York City. | 4.00 |

|  | Total Hours | 25.20 |  |
|---|---|---|---|
|  | Total For Services |  | $7,243.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 18.00 | 312.50 | 5,625.00 |
| Raymond G. Mullady, Jr. | 2.00 | 347.50 | 695.00 |
| Catharine L. Zurbrugg | 5.20 | 177.50 | 923.00 |
| Total All Timekeepers | 25.20 | $287.42 | $7,243.00 |

**Total For This Matter**                    $7,243.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 28, 2007
17367                                                                                 Invoice No. 1075077
page 30

**\* \* \* COMBINED TOTALS \* \* \***

|  |  |  |
|---|---|---|
| Total Hours | 655.70 | |
| Total Fees, all Matters | | $322,920.00 |
| Total Disbursements, all Matters | | $74,644.21 |
| Total Amount Due | | $397,564.21 |