# EXHIBIT C TO ORRICK'S SIXTH QUARTERLY: JUNE 1-30, 2007 MONTHLY FEE APPLICATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: August 29, 2007 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## SEVENTEENTH MONTHLY INTERIM APPLICATION OF
## ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Seventeenth Monthly Application of Orrick, Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for the time period June 1, 2007 through June 30, 2007, seeking payment of fees in the amount of $303,867.60 (80% of $379,834.50) and expenses in the amount of $42,991.68, for a total amount of $346,859.28 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **August 29, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: August 9, 2007

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: August 29, 2007 at 4:00p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO SEVENTEENTH MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2007 THROUGH JUNE 30, 2007

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | June 1, 2007 through June 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $379,834.50 |
| 80% of fees to be paid: | $303,867.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 42,991.68 |
| Total Fees @ 80% and 100% Expenses: | $346,859.28 |

This is an: ____ interim    X   monthly    ____ final application.

---

1 Pursuant to the Administrative Order, as amended, entered April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 15.50 hours and the corresponding fees are $3,787.50 and $23.79 in expenses for Orrick's fee applications and 4.00 hours and $870.00 in fees and $128.66 in expenses for the FCR and/or his other professionals' fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's Seventeenth interim fee application for the period June 1-30, 2007. Orrick has previously filed the following interim fee applications with the Court:

| Interim Period | Fees @ 100% | Fees @ 80% | Expenses @ 100% | Total Fees @ 80% & 100% Expenses |
|---|---|---|---|---|
| First Interim Period February 6-28, 2006 | $89,026.00 | $71,220.80 | $0.00 | $71,220.80 |
| Second Interim Period March 1-31, 2006 | $117,266.25 | $93,813.00 | $7,501.32 | $101,314.32 |
| Third Interim Period April 1-30, 2006 | $125,362.50 | $100,290.00 | $1,783.43 | $102,073.43 |
| Fourth Interim Period May 1-31, 2006 | $136,416.00 | $109,132.80 | $6,389.80 | $115,522.60 |
| Fifth Interim Period June 1-30, 2006 | $194,266.75 | $155,413.40 | $6,395.69 | $161,809.09 |
| Sixth Interim Period July 1-31, 2006 | $181,982.00 | $145,585.60 | $11,934.45 | $157,520.05 |
| Seventh Interim Period August 1-31, 2006 | $152,041.50 | $121,633.20 | $5,711.17 | $127,344.37 |
| Eighth Interim Period Sept. 1-30,2006 | $223,996.25 | $179,197.00 | $8,006.50 | $187,203.05 |
| Ninth Interim Period October 1-31, 2006 | $225,845.00 | $180,676.00 | $24,528.57 | $205,204.57 |
| Tenth Interim Period November 1-30, 2006 | $387,429.00 | $309,943.20 | $31,267.21 | $341,210.41 |
| Eleventh Interim Period December 1-31, 2006 | $227,796.00 | $182,236.80 | $42,583.17 | $224,819.97 |
| Twelfth Interim Period January 1-31, 2007 | $379,956.25 | $303,965.00 | $14,046.26 | $318,011.26 |
| Thirteenth Interim Period February 1-28, 2007 | $384,551.00 | $307,640.80 | $17,183.12 | $324,823.92 |
| Fourteenth Interim Period March 1-31, 2007 | $347,570.75 | $278,056.60 | $26,494.40 | $304,551.00 |
| Fifteenth Interim Period April 1-30, 2007 | $319,286.00 | $255,428.80 | $50,662.51 | $306,091.31 |
| Sixteenth Interim Period May 1-31, 2007 | $322,920.00 | $258,336.00 | $74,644.21 | $332,980.21 |

To date, Orrick has received payments from the Debtors in the following amounts:

- $71,220.80 representing 80% of fees and 100% of expenses for February 2006
- $101,314.32 representing 80% of fees and 100% of expenses for March 2006
- $17,805.20 representing 20% of fees for February 2006
- $23,453.25 representing 20% of fees for March 2006
- $102,073.43 representing 80% of fees and 100% of expenses for April 2006
- $115,522.60 representing 80% of fees and 100% of expenses for May 2006
- $161,809.09 representing 80% of fees and 100% of most expenses for June 2006
- $157,520.05 representing 80% of fees and 100% of expenses for July 2006
- $127,344.37 representing 80% of fees and 100% of expenses for August 2006
- $187,203.05 representing 80% of fees and 100% of expenses for September 2006
- $91,209.05 representing 20% of fees for April, May and June 2006
- $205,204.57 representing 80% of fees and 100% of expenses for October 2006

- $566,030.38 representing 80% of fees and 100% of expenses for November and December 2006
- $111,603.95 representing 20% of fees for July, August and September 2006
- $642,835.18 representing 80% of fees and 100% of expenses for January and February 2007
- $156,363.99 representing 20% of fees for October, November, and December 2006

### COMPENSATION SUMMARY
### JUNE 1-30, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| John Ansbro | Partner, 3 years in position; 12 years relevant experience; 1995, Litigation | $625 | 193.40 | $117,343.75[2] |
| Roger Frankel | Partner, 24 years in position; 36 years relevant experience; 1971, Bankruptcy | $770 | 25.20 | $19,404.00 |
| Raymond G. Mullady, Jr. | Partner, 14 years in position; 24 years relevant experience; 1983, Litigation | $695 | 107.20 | $72,175.75[3] |
| Garret G. Rasmussen | Partner, 25 years in position; 33 years relevant experience; 1974, Litigation | $700 | 22.00 | $15,400.00 |
| Richard H. Wyron | Partner, 18 years in position; 28 years relevant experience; 1979, Bankruptcy | $700 | 12.20 | $8,540.00 |
| Debra L. Felder | Associate, 5 years in position; 5 years relevant experience; 2002, Bankruptcy | $465 | 185.30 | $86,164.50 |

---

[2] This amount reflects a reduction of $3,531.25 representing a 50% discount of hourly rates for non-working travel.
[3] This amount reflects a reduction of $2,328.25 representing a 50% discount of hourly rates for non-working travel.

-3-

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Annie L. Hermele | Associate, 3 years in position; 3 years relevant experience; 2004, Litigation | $390 | 23.60 | $9,204.00 |
| Antony P. Kim | Associate, 4 years in position; 4 years relevant experience; 2003, Litigation | $430 | 3.40 | $1,462.00 |
| Catharine L. Zurbrugg | Associate, 2 years in position; 2 years relevant experience; 2005, Litigation | $355 | 112.20 | $39,831.00 |
| Jordan L. Coyle | Summer Associate | $250 | 1.70 | No Charge[4] |
| Lauren B. Muldoon | Summer Associate | $250 | 4.10 | No Charge[5] |
| Rachael M. Barainca | Legal Assistant | $150 | 17.90 | $2,685.00 |
| James Cangialosi | Legal Assistant | $235 | 16.50 | $3,877.50 |
| Debra O. Fullem | Bankruptcy Research Specialist | $225 | 14.50 | $3,262.50 |
| Logan B. West | Legal Assistant | $85 | 5.70 | $484.50 |
| Total | | | 739.10 | $379,834.50 |
| Blended Rate: $513.91 | | | | |

## COMPENSATION BY PROJECT CATEGORY
## JUNE 1-30, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 11.50 | $1,740.00 |
| Litigation | 690.10 | $367,577.50 |
| Compensation of Professionals-Other | 4.00 | $870.00 |
| Compensation of Professionals-Orrick | 15.50 | $3,787.50 |
| Non-Working Travel | 18.00 | $5,859.50 |
| TOTAL | 739.10 | $379,834.50 |

---

4 The total fees billed by Jordan L. Coyle have been removed from Orrick's total fees, but the reference remains in Exhibit A.

5 The total fees billed by Lauren B. Muldoon have been removed from Orrick's total fees, but the reference remains in Exhibit A.

-4-

## EXPENSE SUMMARY[6]
## JUNE 1-30, 2007

| Expense Category | Total |
|---|---|
| Publications re Testifying Experts | $543.44 |
| Deposition Transcripts | $2,935.31 |
| Duplicating | $3,624.55 |
| Experts | $24,234.00 |
| Facsimile | $6.00 |
| Meals | $195.94 |
| Parking | $36.00 |
| Postage/Express Delivery | $973.51 |
| Secretarial Overtime | $209.58 |
| Telephone | $92.78 |
| Travel - Air Fare/Train | $1,537.06 |
| Travel - Taxi | $322.51 |
| Westlaw and Lexis Research | $8,281.00 |
| **TOTAL** | **$42,991.68** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2007, is as follows:

    a.    ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

    b.    ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.75 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

    c.    ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

    d.    ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal

---

6 Please note that the receipts for expense items will be attached to Orrick's quarterly fee application for the period April 1, 2007 through June 30, 2007.

charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

   e. ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: August 9, 2007   By: _____
           Roger Frankel, admitted *pro hac vice*
           Richard H. Wyron, admitted *pro hac vice*
           The Washington Harbour
           3050 K Street, NW
           Washington, DC 20007
           (202) 339-8400
           Co-Counsel to David T. Austern, Future Claimants
           Representative

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) |
| | ) Case No. 01-1139 (JKF) |
| Debtors. | ) |
| | ) |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1. I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

2. I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A[1] to Orrick's monthly interim application.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
Richard H. Wyron

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 9th DAY OF AUGUST, 2007

_____        My commission expires: 03-14-09
Notary Public

---

[1] Certain portions of the time entries in the attached Exhibit A have been redacted as they contain confidential information.

# EXHIBIT A



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 16, 2007
Client No. 17367
Invoice No. 1078600

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2007 in connection with the matters described on the attached pages: | $ | 381,284.50 |
| DISBURSEMENTS as per attached pages: | | 42,991.68 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **424,276.18** |

Matter(s): 17367/11, 13, 15, 2, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,137,474.06
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | *Wire Transfers Only:* | *ACH Transfers Only:* |
| 4253 Collections Center Drive | ABA Number 0260-0959-3 | ABA Number 121-000358 |
| Chicago, IL 60693 | Bank of America | Bank of America |
| Reference: 17367/ Invoice: 1078600 | 100 West 33rd Street, NY, NY 10001 | San Francisco Main Branch |
| E.I.N. 94-2952627 | Account of | Account of |
| Overnight deliveries: (312) 974-1642 | Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| | Account Number: 1499-4-10382 | Account Number: 1499-4-10382 |
| | Reference: 17367/ Invoice: 1078600 | Reference: 17367/ Invoice: 1078600 |
| | E.I.N. 94-2952627 | E.I.N. 94-2952627 |



# ORRICK

| | |
|---|---|
| David Austern, Futures Claims Representative for<br>W.R. Grace & Co.<br>c/o Claims Resolution Management Corp.<br>3110 Fairview Park Drive, Suite 200<br>Falls Church, VA 22042 | July 16, 2007<br>Client No. 17367<br>Invoice No. 1078600 |

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2007 in Connection With:

**Matter: 2 - Case Administration**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/04/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/04/07 | R. Barainca | Update case calendar. | 2.30 |
| 06/05/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/06/07 | R. Barainca | Update case calendar. | 0.80 |
| 06/06/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/07/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/08/07 | R. Barainca | Update case calendar. | 0.50 |
| 06/11/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/13/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/14/07 | R. Barainca | Update case calendar. | 1.00 |
| 06/14/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/15/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/18/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/19/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/20/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/21/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/21/07 | R. Barainca | Update case calendar. | 1.50 |
| 06/22/07 | R. Barainca | Update case calendar. | 0.50 |
| 06/22/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/25/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/26/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/26/07 | D. Fullem | Review of updated calendar items. | 0.20 |
| 06/27/07 | R. Barainca | Update case calendars. | 0.80 |
| 06/27/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/28/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/29/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/29/07 | R. Barainca | Update case calendar. | 0.30 |

Total Hours    11.50

Total For Services    $1,740.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

July 16, 2007  
Invoice No. 1078600

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 11.30 | 150.00 | 1,695.00 |
| Debra O. Fullem | 0.20 | 225.00 | 45.00 |
| Total All Timekeepers | 11.50 | $151.30 | $1,740.00 |

Disbursements
- Duplicating Expense — 0.15
- Postage — 1.38
- Secretarial/Staff Overtime — 139.42
- Telephone — 0.89

Total Disbursements                   $141.84

**Total For This Matter**              **$1,881.84**



ORRICK

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | July 16, 2007 |
| page 3 | | | Invoice No. 1078600 |

For Legal Services Rendered Through June 30, 2007 in Connection With:

**Matter: 8 - Litigation**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/01/07 | D. Felder | Review non-estimation expert reports submitted by the Debtors (2.5); e-mails to A. Hermele regarding discovery issues (.2); telephone conference with J. Biggs regarding update (.3); e-mails with J. Biggs regarding same (.3); telephone conference with J. Radecki regarding update (.1); review draft estimation expert report (3.4); telephone conference with J. Biggs regarding same (.2); telephone conference with R. Mullady and J. Ansbro regarding strategy (.1); e-mails to and from J. Biggs regarding estimation issues (.3). | 7.40 |
| 06/01/07 | J. Ansbro | Further review and revise draft motion to quash Grace deposition notices, e-mail to ACC counsel and R. Mullady regarding same (.6); telephone conference with R. Mullady regarding expert issues and case strategy (.6); e-mails to/from D. Felder regarding expert work of E. Stallard (.4); review and consider written comments from ACC counsel (N. Finch and W. Slocombe) regarding draft expert report, e-mails to/from ACC counsel and OHS teams regarding same, review draft report and supporting materials in connection with same (3.5); review deposition transcript of David Siegel (2.0). | 7.10 |
| 06/01/07 | R. Mullady, Jr. | Review and revise draft J. Biggs report (3.6); review letter from D. Mendelson and plan reply to same (.4); telephone conversations with N. Finch and J. Ansbro (.6); confer with R. Wyron (.2); e-mails to/from J. Biggs and D. Felder (.4). | 5.20 |
| 06/01/07 | R. Wyron | Call with PI and PD on pension motion and follow-up (.4); e-mails regarding pension analysis (.3). | 0.70 |
| 06/01/07 | R. Frankel | Review revised CMO, expert report dates; review notice on PI firm depositions. | 0.60 |
| 06/04/07 | J. Cangialosi | Assist attorney re preparation of deposition transcripts and trial demonstratives. | 0.50 |
| 06/04/07 | C. Zurbrugg | Review 12/17/02 AmRe transcript and draft notes re same to input into database. | 3.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 4

July 16, 2007  
Invoice No. 1078600

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/04/07 | D. Felder | Review draft estimation report and exhibits (3.5); telephone conferences with J. Ansbro and R. Mullady regarding same (.3); e-mail correspondence to J. Biggs, R. Mullady and J. Ansbro regarding same (1.0); review materials from J. Biggs (3.4); review motion for protective order (.8); prepare agenda and next steps for status meeting with litigation team (.5); conference with R. Mullady and J. Ansbro regarding status and next steps (.9); telephone conferences with G. Rasmussen regarding same (.2); telephone conference with M. Hurford regarding pension issues (.1). | 10.70 |
| 06/04/07 | J. Ansbro | Prepare for and conference call with R. Mullady and D. Felder regarding upcoming discovery and case strategy (.9); review revised motion to quash Grace deposition notices, e-mail to ACC counsel regarding same (.4); review and write comments on draft sections of J. Biggs' expert report and draft paragraphs for report and e-mails to R. Mullady regarding same (3.0); draft memorandum to R. Mullady regarding discovery and expert issues (.7); review and comments to draft letter to Grace counsel regarding dispute over FCR document demands, review record in connection with same (.6); prepare for 6/5 meeting with J. Biggs regarding draft expert report (1.0); review select portions of Grace expert deposition (rec'd today from ACC counsel) (.7); confer with C. Zurbrugg regarding status of document review and issue identification (.3). | 7.60 |
| 06/04/07 | R. Mullady, Jr. | Meet with estimation team (1.0); review draft motion for protective order prepared by ACC counsel (.2); review and reply to e-mails from debtors and ACC counsel (.3); letter to D. Mendelson regarding discovery matters (1.2). | 2.70 |
| 06/04/07 | G. Rasmussen | Review and analysis of J. Biggs draft report. | 3.00 |
| 06/05/07 | J. Cangialosi | Assist attorney re preparation of deposition transcripts. | 0.50 |
| 06/05/07 | C. Zurbrugg | Confer with J. Ansbro re discovery notice (.1); review 12/17/02 AmRe transcript and draft notes on same to input into database (3.3). | 3.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

July 16, 2007
Invoice No. 1078600

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/05/07 | D. Felder | Continue reviewing draft estimation expert report and prepare for meeting with J. Biggs (2.9); conference with J. Ansbro regarding same (.1); telephone conference with J. Radecki regarding estimation issues (.1); telephone conference with R. Wyron regarding same (.1); telephone conference with V. Roggli regarding same (.1); telephone conference with M. Hurford regarding update (.4); conference with J. Biggs, G. Rasmussen, R. Mullady and J. Ansbro regarding estimation expert report issues (5.5); review draft report from V. Roggli (.5); review e-mail correspondence regarding motions for protective orders and discovery issues (1.0); review recently filed pleadings (.3). | 11.00 |
| 06/05/07 | J. Ansbro | Review latest revised drafts of J. Biggs' expert report and Executive summary (.6); work on case status discovery memorandum (.6); pre-meeting discussions with R. Mullady regarding draft Biggs report (.3); meeting with J. Biggs regarding draft expert report (4.5); post-meeting work on revisions to draft report (.9); telephone conference with C. Zurbrugg regarding new 30(b)(6) deposition notice to Grace (.2). | 7.10 |
| 06/05/07 | R. Mullady, Jr. | Meet with J. Biggs and estimation team regarding estimation report (6.0); telephone conversations with and e-mails to N. Finch and J. Ansbro regarding discovery matters (.5). | 6.50 |
| 06/05/07 | G. Rasmussen | Preparation for and conference with J. Biggs regarding her report and areas for further work. | 7.70 |
| 06/05/07 | R. Wyron | Call with J. Radecki on expert testimony for estimation hearing and follow-up (.4); call with D. Felder regarding meeting with J. Biggs (.3). | 0.70 |
| 06/06/07 | J. Cangialosi | Assist attorney re preparation of work copies of W.R. Grace 10-K annual reports from SEC website (2.0); prepare work copies of recently filed pleadings for protective order (.5). | 2.50 |
| 06/06/07 | C. Zurbrugg | Revise deposition notice and confer with J. Ansbro re same (1.3); confer with J. Ansbro re expert reports (1.0); review Peterson draft report (3.0); conduct research re discovery rules and draft e-mail memorandum re same (4.0). | 9.30 |
| 06/06/07 | D. Felder | Review articles on tort reform for estimation issues (.7); review recently filed pleadings and e-mail correspondence with R. Barainca regarding same (3.6); review Third Circuit local rules and e-mail correspondence with ACC and PD Committee regarding Third Circuit exclusivity appeal (.9); telephone conference with R. Frankel regarding same (.1); review draft report from V. Roggli (.8). | 6.20 |