

ORRICK

| | | | |
|---|---|---|---|
| 06/06/07 | J. Ansbro | Telephone conference with R. Mullady regarding case strategy (.5); review draft expert report of V. Roggli and e-mails to/from ACC counsel regarding same (.4); review draft notice of deposition to Grace, discussions and e-mails with C. Zurbrugg and J. Wehner regarding same (.5); conferences with C. Zurbrugg regarding research in connection with expert reports, telephone conferences with D. Felder regarding same (.6); review and edit draft expert report of J. Biggs (3.1); e-mails to/from team regarding additional, potential expert report (.4); confer with C. Zurbrugg regarding follow-up legal research on Rule 30 (.3). | 5.80 |
| 06/06/07 | R. Mullady, Jr. | Review draft expert report of V. Roggli (.6); telephone conversations and e-mails to tort law expert (2.2); meet with consultant regarding trial preparation activity (1.0); e-mail to N. Finch regarding same (.2). | 4.00 |
| 06/06/07 | G. Rasmussen | Review V. Roggli draft report. | 0.30 |
| 06/06/07 | R. Wyron | Call with J. Radecki and follow-up (.4); review draft report from J. Radecki (.3). | 0.70 |
| 06/07/07 | J. Cangialosi | Assist attorney re preparation of work copies of W.R. Grace 10-K annual reports from SEC website (1.0); prepare work copies of recently filed pleadings for protective order (.5). | 1.50 |
| 06/07/07 | C. Zurbrugg | Review Peterson draft report (1.7); confer with J. Ansbro re expert report (.1); conduct research re Grace Libby lawsuits and confer with J. Ansbro re same (3.2); review Grace 10-K (.5). | 5.50 |
| 06/07/07 | D. Felder | E-mail correspondence with R. Mullady and J. Ansbro regarding estimation issues. | 0.50 |
| 06/07/07 | J. Ansbro | Review and revise draft expert report of J. Biggs, including discussions with C. Zurbrugg regarding her review of supporting materials and draft inserts (8.5); e-mails to/from B. Gillespie (Tillinghast) regarding supporting materials for J. Biggs' expert report, telephone conferences with Gillespie regarding same and revisions to draft report (1.3); review revised draft expert report of J. Radecki, e-mails to/from team regarding same (.5); e-mails to/from D. Felder regarding next meeting with experts (.3); e-mails to/from R. Frankel regarding draft Biggs report and upcoming meeting (.3). | 10.90 |
| 06/07/07 | R. Mullady, Jr. | E-mails to/from J. Ansbro, D. Felder and R. Frankel regarding Biggs report (.5); e-mails to/from N. Finch regarding depositions of plaintiffs' firms (.3). | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 16, 2007
17367                                                                                     Invoice No. 1078600
page 7

| 06/07/07 | R. Frankel | Confer with J. Biggs re case issues (.5); review series of e-mails re expert reports, summary of report (.4). | 0.90 |
|---|---|---|---|
| 06/08/07 | R. Barainca | Listen to telephonic hearing for D. Felder and correspond with D. Felder regarding result of hearing. | 0.70 |
| 06/08/07 | J. Cangialosi | Assist J. Ansbro re preparation of work copies of W.R. Grace 10-K annual reports from SEC website. | 0.50 |
| 06/08/07 | C. Zurbrugg | Review Grace 10-Ks (1.3); review draft expert report (.5); confer with J. Ansbro re same (.5); review sample expert reports (1.3); confer with J. Ansbro re same (.5). | 3.60 |
| 06/08/07 | D. Felder | E-mail to and from R. Barainca and M. Hurford regarding PD status conference (.3); telephone conferences with G. Rasmussen regarding estimation issues (.5); e-mail correspondence with R. Mullady, G. Rasmussen and J. Ansbro regarding estimation issues (1.0); e-mail correspondence with J. Biggs regarding same (.2). | 2.00 |
| 06/08/07 | J. Ansbro | Telephone conferences (extended) with B. Gillespie (Tillinghast) re draft expert report and revisions to same (2.3); review and revise draft expert report of J. Biggs, review record in connection with same (3.0); discussions with C. Zurbrugg regarding her review of supporting materials and discovery record in connection with revisions to draft Biggs report (1.0); consider issue raised today by ACC counsel in connection with draft expert report of V. Roggli, review draft report and related materials, draft e-mail to ACC counsel and R. Mullady recommending strategy (1.0); e-mails to/from R. Mullady regarding discussions with Biggs regarding revisions to draft report (.7); telephone conference with J. Biggs regarding draft expert report, e-mails to/from J. Biggs regarding same (.4); review and draft comments to draft V. Roggli report (.6). | 8.80 |
| 06/08/07 | R. Mullady, Jr. | Review and revise J. Biggs report and discuss same with J. Ansbro and G. Rasmussen (.6); review and reply to e-mails from D. Felder regarding J. Biggs (.2); telephone conversation with D. Austern (.2); review correspondence from D. Mendelson (.2). | 1.20 |
| 06/08/07 | G. Rasmussen | Answer J. Ansbro's questions regarding Biggs Report and analysis of questions raised by J. Ansbro. | 0.40 |
| 06/08/07 | R. Wyron | Call with J. Sakalo re pension motion (.2); follow-up with J. Baer (.2). | 0.40 |
| 06/09/07 | J. Ansbro | Review and revise draft expert report of J. Biggs (8.0); e-mails to/from R. Mullady and team re same (.5). | 8.50 |
| 06/09/07 | R. Mullady, Jr. | Review and comment on J. Biggs' expert report. | 1.00 |
| 06/09/07 | R. Wyron | Review case calendar and organize notes on open issues. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

July 16, 2007
Invoice No. 1078600

| 06/10/07 | D. Felder | E-mail correspondence with J. Ansbro regarding estimation issues (.1); review draft report from V. Roggli (1.0); review related materials in connection with V. Roggli's expert report (1.0); review e-mail correspondence from R. Mullady, G. Rasmussen and J. Ansbro (.3); review calendar of upcoming filings and deadlines (.1). | 2.50 |
|---|---|---|---|
| 06/10/07 | J. Ansbro | Review and respond to e-mail from G. Rasmussen regarding draft expert report (.6); review and revise draft estimation expert report, e-mails to/from J. Biggs and Orrick team regarding same (8.5). | 9.10 |
| 06/10/07 | R. Mullady, Jr. | E-mails to/from G. Rasmussen and J. Ansbro regarding J. Biggs report. | 0.50 |
| 06/11/07 | J. Cangialosi | Assist attorney re preparation of work copies of transcripts. | 0.50 |
| 06/11/07 | C. Zurbrugg | Review draft expert report (4.9); confer with J. Ansbro re same (2.0). | 6.90 |
| 06/11/07 | D. Felder | Review and finalize V. Roggli's expert report and e-mails with litigation team regarding same (5.5); review Third Circuit Rules and Federal Rules regarding appendix and briefing (.8); telephone conference with J. Ansbro regarding estimation expert report and review same (.5); telephone conference with J. Sakalo and J. Liesemer regarding Third Circuit appeal (.5); telephone conference with B. Gillespie regarding estimation issues (.2); telephone conference with M. Hurford regarding expert reports (.4); telephone conference with J. Ansbro regarding same (.2); telephone conference with V. Roggli regarding expert report (.2). | 8.30 |
| 06/11/07 | J. Ansbro | Continue review and revisions to J. Biggs' draft expert report, including conferences with C. Zurbrugg regarding record research and draft inserts to same (8.0); e-mails to/from R. Mullady and Tillinghast team regarding same (.7); further revisions to draft V. Roggli expert report, e-mails to/from D. Felder and ACC counsel regarding same (.7); review draft section of expert report of tort scholar, e-mail to R. Mullady regarding same (.7). | 10.10 |
| 06/11/07 | R. Mullady, Jr. | Review and revise draft report of V. Roggli (.5); review and revise draft report of J. Biggs (.8); review and forward e-mails providing reports of other parties (.2). | 1.50 |
| 06/12/07 | C. Zurbrugg | Confer with J. Ansbro re timing of Rust and BMC depositions (.6); review Biggs report attachments and attachment list and revise same (6.1); review Biggs' draft report and confer with J. Ansbro re same (1.4); confer with Ansbro re expert report timing and call with Biggs (.2). | 8.30 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -          July 16, 2007
17367                                                                       Invoice No. 1078600
page 9

| 06/12/07 | D. Felder | Review estimation expert report (4.5); telephone conference with M. Hurford regarding expert report issues (.1); telephone conference with Tillinghast, R. Mullady and J. Ansbro regarding estimation expert report issues (1.2); follow-up regarding same (1.5); telephone conferences and e-mail correspondence with J. Ansbro regarding estimation expert report issues and review and revise same (4.5). | 11.80 |
|---|---|---|---|
| 06/12/07 | J. Ansbro | Review and revise all sections of draft Biggs expert report, e-mails to J. Biggs regarding same (6.0); review D. Siegel correspondence regarding Grace asbestos PI strategy, e-mails to/from R. Mullady regarding same (.3); confer with C. Zurbrugg and J. Wehner regarding substance and timing of MD and Rust depositions, e-mails to/from Grace counsel regarding same (.6); attention to revisions to draft Radecki expert report, including e-mails to/from team regarding same (.3); prepare for and conference call with R. Mullady and Tillinghast team regarding draft Biggs expert report (1.5); follow-up discussions with R. Mullady regarding same (.4); review and revise Biggs CV and list of reliance materials, e-mails and conferences with D. Felder regarding same (1.7); draft new paragraphs for Biggs' expert report, review record in connection with same and e-mails to/from Tillinghast team regarding same (1.0). | 11.90 |
| 06/12/07 | R. Mullady, Jr. | Review and revise J. Biggs expert report (7.0); telephone conversations with J. Ansbro regarding same (1.0); conference call with J. Biggs and O. Sherman (1.0); telephone conversation with R. Frankel (.2); telephone conversation with N. Finch (.2). | 9.40 |
| 06/12/07 | G. Rasmussen | Review of proposed changes to J. Biggs' report.. | 0.30 |
| 06/12/07 | R. Wyron | Review draft report for J. Radecki and provide comments to D. Felder. | 1.20 |
| 06/12/07 | R. Frankel | Telephone conference with R. Mullady re expert reports (.3); review draft Radecki report (.7); review draft Biggs executive summary (.7). | 1.70 |
| 06/13/07 | C. Zurbrugg | Confer with J. Ansbro re Biggs report exhibits (2.3); review J. Hughes testimony and confer with J. Ansbro re same (2.2); proofread draft expert report (.9). | 5.40 |
| 06/13/07 | A. Hermele | Review letters and documents regarding dispute with Grace over FCR's First Set of RPDs, and e-mail R. Mullady re analysis (3.5); draft letter to Grace re RDPs (1.0). | 4.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 16, 2007
17367                                                                                Invoice No. 1078600
page 10

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/13/07 | D. Felder | Review J. Radecki expert report (1.0); telephone conference with J. Radecki regarding same (.1); telephone conference with J. Brownstein regarding same (.1); review estimation expert report and reliance materials (7.0); various telephone conferences and e-mail correspondence with J. Ansbro regarding same (2.0); review designation of joint appendix for Third Circuit appeal (1.0); telephone conference with R. Frankel regarding update (.2); telephone conference with E. Stallard regarding estimation issues (.4). | 11.80 |
| 06/13/07 | J. Ansbro | Review and revise draft expert report of J. Biggs, including numerous consultations with R. Mullady, D. Felder and C. Zurbrugg and review of the record (9.0); e-mails to and from J. Biggs re same (1.5); further review and revision of expert report of J. Radecki (.5); e-mails to and from R. Mullady re same (.3). | 11.30 |
| 06/13/07 | R. Mullady, Jr. | Further preparation of J. Biggs report (7.0); telephone conversation with N. Finch (.2); telephone conversations with J. Ansbro (.5); review letter from D. Mendelson and outline response (.3); review and revise expert report of tort law expert (.5). | 8.50 |
| 06/13/07 | R. Frankel | Telephone conference with D. Felder re Third Circuit appeal, estimation expert reports. | 0.30 |
| 06/13/07 | R. Frankel | Review Finch e-mail, attachments re Third Circuit appeal (.4); review PD CMO (.2). | 0.60 |
| 06/14/07 | J. Cangialosi | Assist attorney re preparation of work copies of deposition transcripts and exhibits. | 1.00 |
| 06/14/07 | C. Zurbrugg | Review and proofread draft expert report (8.9); confer with J. Ansbro re same (.3). | 9.20 |
| 06/14/07 | D. Felder | Review ACC/FCR's statement on PI CMO issues (.5); review estimation expert reports (11.1); telephone conference with A. Hermele regarding upcoming depositions (.2); telephone conference with G. Rasmussen regarding update (.1); telephone conference with M. Hurford regarding statement on PI CMO issues and e-mails regarding same to M. Hurford and J. Phillips (.7). | 12.60 |
| 06/14/07 | J. Ansbro | Review and revise draft expert report of J. Biggs (6.5); telephone conference with J. Biggs re same (.3); e-mails to and from R. Mullady and D. Felder re same (.6); confer with C. Zurbrugg re proofread and follow-up fact research re Biggs report (.3); review and revise draft expert report of E. Stallard, e-mails to and from R. Mullady re same (.7); conference call with ACC counsel and Finch and R. Mullady re opposition papers on Daubert hearing (.5); review and comment on draft papers re same (.3). | 9.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -       July 16, 2007
17367                                                                    Invoice No. 1078600
page 11

| 06/14/07 | R. Mullady, Jr. | Further preparation of J. Biggs report (3.5); review and revise M. Shapo report (2.0); review and revise E. Stallard report (.7); telephone conversations with and e-mails to J. Ansbro, J. Biggs and tort law expert (.8). | 7.00 |
|---|---|---|---|
| 06/14/07 | G. Rasmussen | Conference call with D. Felder regarding Stallard report. | 0.30 |
| 06/15/07 | C. Zurbrugg | Review draft report (.4); review materials regarding Grace product use and confer with J. Ansbro re same (2.1); gather materials re same (.4). | 2.90 |
| 06/15/07 | D. Felder | Review estimation expert reports (9.9); various telephone conferences with J. Ansbro regarding same (1.0); telephone conference with G. Rasmussen regarding same (.1); telephone conferences with J. Liesemer regarding Third Circuit appeal (.2); telephone conference with M. Hurford regarding same (.1); telephone conference with T. Tacconelli regarding same (.1); e-mail correspondence with D. Boll regarding same (.2); review Third Circuit and Federal Appellate Rules regarding Third Circuit issues (.5); revise and finalize designation of joint appendix (1.2). | 13.30 |
| 06/15/07 | J. Ansbro | Continue review and revision of draft Biggs report, including numerous e-mails to/from B. Gillespie, e-mails to/from R. Mullady, and conference call with Gillespie (6.2); e-mails to/from and telephone conference with ACC counsel, J. Wehner, regarding various expert issues and strategy (.7); discussions with C. Zurbrugg regarding her review and edits to draft Biggs report (1.0); review and revise draft Biggs CV and list of reliance materials, telephone conferences with D. Felder regarding same (1.4). | 9.30 |
| 06/15/07 | R. Mullady, Jr. | Further attention to J. Biggs and tort law draft expert reports. | 5.00 |
| 06/15/07 | G. Rasmussen | Review of J. Biggs' report. | 2.00 |
| 06/15/07 | R. Wyron | Review CoC on pension plan motion; call to D. Austern. | 0.40 |
| 06/15/07 | R. Frankel | Telephone conference with D. Felder re appeal (.2); review issues re appeal (.3). | 0.50 |
| 06/16/07 | D. Felder | Review estimation expert report from J. Biggs (1.5); review recently filed pleadings (.9). | 2.40 |
| 06/16/07 | R. Mullady, Jr. | Review and reply to G. Rasmussen comments on draft report of J. Biggs. | 0.30 |
| 06/16/07 | G. Rasmussen | Further review of Biggs' report. | 1.80 |
| 06/17/07 | D. Felder | Review estimation expert report (3.8); telephone conference with R. Wyron regarding same (.1); e-mail correspondence with R. Mullady, G. Rasmussen and J. Ansbro regarding same (.2). | 4.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          July 16, 2007
17367                                                                       Invoice No. 1078600
page 12

| 06/17/07 | J. Ansbro | E-mails to/from B. Gillespie (Tillinghast) and team members regarding further revisions to draft Biggs expert report. | 1.00 |
|---|---|---|---|
| 06/18/07 | J. Cangialosi | Assist attorney re preparation of work sets of expert reports. | 0.50 |
| 06/18/07 | C. Zurbrugg | Confer with J. Ansbro re citations for expert report (.4); review source materials for expert report and confer with J. Ansbro re same (.8); telephone conference with B. Gillespie re expert report (.6); review e-mail from J. Ansbro (.2); review list of reliance materials for expert report (.8); review Biggs resume and confer with J. Ansbro and D. Felder re same (.8); review reliance materials for expert report (1.0); review Grace non-estimation expert supplemental reports and summarize same (3.9); confer with J. Ansbro re same (.5). | 9.00 |
| 06/18/07 | D. Felder | Review, revise and finalize estimation expert reports by J. Biggs, E. Stallard and J. Radecki along with reliance materials and exhibits (11.0); various telephone conferences and e-mail communication with litigation team regarding same (2.0); conference with litigation team regarding same (1.1). | 14.10 |
| 06/18/07 | J. Ansbro | Review revisions to draft Biggs report from B. Gillespie, e-mails to/from team members regarding same (.7); prepare for and conference call with R. Mullady, G. Rasmussen and D. Felder regarding revisions to draft expert report of J. Biggs (1.3); make revisions to draft report and numerous e-mails to/from Tillinghast and Orrick team regarding same (3.0); follow-up revisions and finalize Biggs' report, CV and list of reliance materials, and numerous discussions with C. Zurbrugg and D. Felder regarding proofreading edits, and additional telephone conferences with Tillinghast team regarding same (2.5); review and comment on final revisions to E. Stallard's expert report, confer with D. Felder regarding same (1.0); review Grace's non-estimation expert reports and discussions with C. Zurbrugg regarding same (2.0). | 10.50 |
| 06/18/07 | R. Mullady, Jr. | Further preparation of J. Biggs report (2.8); further preparation of draft report of non-estimation rebuttal expert (1.0); discussions with N. Finch, D. Felder, J. Ansbro and B. Gillespie regarding expert reports (.5). | 4.30 |
| 06/18/07 | G. Rasmussen | Analysis of J. Biggs report. | 1.50 |
| 06/19/07 | R. Barainca | Review recently filed pleadings for D. Felder. | 0.50 |
| 06/19/07 | J. Cangialosi | Assist attorney re preparation of work sets of expert reports (2.0); document management (.5). | 2.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

July 16, 2007
Invoice No. 1078600

| 06/19/07 | C. Zurbrugg | Review Grace non-estimation expert supplemental reports and summarize same (3.1); confer with J. Ansbro re same (.5); confer with J. Ansbro re case matrix (.9); review expert reports and draft case matrix (4.0). | 8.50 |
|---|---|---|---|
| 06/19/07 | D. Felder | E-mail correspondence with litigation team regarding trial and estimation issues (.8); begin reviewing estimation expert reports (2.5); begin reviewing non-estimation expert reports (3.5); strategy meeting with litigation team (1.1); telephone conferences with J. Biggs regarding estimation issues (.6); telephone conferences with J. Ansbro regarding same (.5). | 9.00 |
| 06/19/07 | J. Ansbro | Review T. Florence's expert report (rec'd 6/18), e-mails to/from R. Mullady regarding same (2.3); attention to planning for trial dates recently set by the Court, e-mails to/from D. Felder, Orrick team members and Tillinghast regarding same, confer with J. Cangialosi regarding same (.6); e-mails to/from J. Jacoby regarding estimation rebuttal report (.3); e-mails to/from ACC counsel and R. Mullady regarding Grace estimation expert reports (.5); conferences with C. Zurbrugg regarding preparation of case matrix and summaries of expert reports, review drafts of same (2.0); prepare for and participate on conference call with R. Mullady, D. Felder and G. Rasmussen regarding case status and strategy (1.5); e-mails to/from J. Biggs regarding Grace request to file report on Court docket (1.0). | 8.20 |
| 06/19/07 | R. Mullady, Jr. | Review expert reports of T. Florence and F. Dunbar (2.5); conference call with prospective rebuttal expert (.5); prepare for and attend meeting with estimation team regarding discovery and expert witness matters (1.5). | 4.50 |
| 06/19/07 | G. Rasmussen | Conference with R. Mullady concerning Grace's expert reports. | 1.30 |
| 06/19/07 | G. Rasmussen | Review of Florence Report. | 0.50 |
| 06/20/07 | L. West | Research and review case support for litigation expert report. | 0.70 |
| 06/20/07 | J. Cangialosi | Assist attorney re preparation of work sets of expert reports (1.0); document management (.5). | 1.50 |
| 06/20/07 | C. Zurbrugg | Review expert reports and draft case matrix (4.5); review expert reports and confer with J. Ansbro re same (1.4). | 5.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                          July 16, 2007
17367                                                                                         Invoice No. 1078600
page 14

| 06/20/07 | D. Felder | Review recently filed pleadings and e-mail to J. Liessemer and D. Smith regarding estimation and exclusivity issues (1.0); telephone conference with M. Hurford regarding estimation issues (.4); conference with G. Rasmussen regarding estimation issues (.1); review expert reports (3.5); telephone conference with R. Mullady and estimation expert regarding estimation issues (1.2); follow-up issues regarding same (2.5). | 8.70 |
|---|---|---|---|
| 06/20/07 | J. Ansbro | Consider expert issues and e-mails to/from R. Mullady and N. Finch regarding same (.4); review Grace estimation expert reports and initial review of their reliance materials (2.5); conferences with C. Zurbrugg regarding expert opinion matrix, review draft (1.0); e-mails to/from R. Mullady, G. Rasmussen and D. Felder regarding Grace expert opinions (.4); prepare for and telephone conference with rebuttal expert regarding rebuttal analysis and opinions, e-mail to team regarding same, select materials and forward to expert (1.2); telephone conferences with Tillinghast regarding expert report, e-mails to/from team regarding same, telephone conferences with R. Mullady regarding same (2.5). | 8.00 |
| 06/20/07 | R. Mullady, Jr. | Review report of F. Dunbar (1.0); prepare for and participate in conference call with rebuttal expert to Dunbar (1.5); discussions with Tillinghast and estimation team regarding filing of J. Biggs expert report on court docket (1.0); discussions with J. Ansbro and N. Finch regarding estimation case preparation (.5). | 4.00 |
| 06/20/07 | G. Rasmussen | Conference with E. Stallard re rebuttal reports. | 0.30 |
| 06/21/07 | L. West | Research and review case support for litigation expert report. | 3.00 |
| 06/21/07 | J. Cangialosi | Assist attorney re preparation of work sets of expert reports and related documents (2.0); document management (.5). | 2.50 |
| 06/21/07 | C. Zurbrugg | Review expert reports and draft case matrix (2.0); confer with J. Ansbro re same (1.7); review e-mail and confer with J. Ansbro re same (.4). | 4.10 |
| 06/21/07 | D. Felder | Telephone conferences with J. Ansbro and e-mail correspondence with litigation team regarding expert issues (1.5); review pleadings for July 23 omnibus hearing (3.0); review expert reports and reliance materials (5.5). | 10.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

July 16, 2007
Invoice No. 1078600

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/21/07 | J. Ansbro | Conference call with R. Mullady and Tillinghast team regarding expert report (.5); telephone conferences with R. Mullady regarding expert issues (1.2); conference call with D. Austern and R. Mullady regarding expert issues (.4); review expert materials and draft e-mail to Tillinghast team, follow-up e-mails regarding same, conferences with C. Zurbrugg regarding background materials regarding same (5.5); confer with C. Zurbrugg regarding expert issue matrix and review revised draft of same (.8). | 8.40 |
| 06/21/07 | R. Mullady, Jr. | Conference call with J. Biggs and O. Sherman regarding estimation report (1.0); review and revise e-mail to O. Sherman and discussions with J. Ansbro regarding same (1.3); telephone conversation with D. Austern (.2); review and revise report of rebuttal expert to F. Dunbar (3.5). | 6.00 |
| 06/22/07 | L. West | Research and review case support for litigation expert report. | 2.00 |
| 06/22/07 | C. Zurbrugg | Review expert reports and draft case matrix (3.0); confer with J. Ansbro re expert reports (.2); confer with J. Ansbro re expert deposition schedule (.3). | 3.50 |
| 06/22/07 | D. Felder | Attention to estimation issues and expert reports (6.0); meeting with R. Mullady and ACC regarding estimation issues (3.0); telephone conference with M. Hurford regarding same (.1); conference with R. Frankel regarding update (.2). | 9.30 |
| 06/22/07 | J. Ansbro | E-mails to/from D. Felder and R. Mullady regarding expert issues and materials to be provided to Judge Fitzgerald (.5); telephone conference with D. Austern and R. Frankel regarding case strategy, e-mail to team summarizing same (.4); review e-mails of ACC counsel regarding motions to quash Grace depositions (.3); prepare for and participate (via telephone) in meeting with R. Mullady, D. Felder and ACC counsel team regarding expert issues, case analysis and strategy (1.8); telephone conferences with Tillinghast regarding expert report, e-mails to/from R. Mullady and J. Biggs regarding same (1.8); follow-emails to/from and telephone conference with R. Mullady regarding expert issues, e-mails and telecon with D. Felder regarding same (1.0); confer with C. Zurbrugg regarding expert deposition schedule (.3); confer with C. Zurbrugg regarding Grace expert reports and draft matrix (.2); review Grace estimation reports (1.0). | 7.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 16, 2007
17367                                                                                                      Invoice No. 1078600
page 16

| 06/22/07 | R. Mullady, Jr. | Revise report of rebuttal expert to F. Dunbar (.5); prepare for and attend meeting with ACC counsel regarding estimation issues (5.); review debtors 8-K filing (.2); e-mails to/from J. Biggs (.2); review report of T. Florence (.6). | 6.50 |
|---|---|---|---|
| 06/22/07 | R. Wyron | Review pleadings on voting rights issue for "unimpaired" claimants. | 0.50 |
| 06/22/07 | R. Frankel | Review series of e-mails re expert reports, related issues (1.1); confer with D. Felder re status of PI estimation, PD cases (.5). | 1.60 |
| 06/22/07 | R. Frankel | Telephone conference with D. Austern, J. Ansbro re estimation hearing (.4); notes re same (.2). | 0.60 |
| 06/23/07 | C. Zurbrugg | Draft schedule for Grace expert depositions (2.0); confer with J. Ansbro re same (.6); revise same (.1). | 2.70 |
| 06/23/07 | D. Felder | Review Quigley pleadings regarding Grace asbestos issues (1.5); prepare e-mail summary to litigation team regarding same (.5); review Debtors' exclusivity motion and motion to sell Washcoat business (1.0). | 3.00 |
| 06/23/07 | J. Ansbro | Review Grace estimation reports (.8); meet with C. Zurbrugg regarding upcoming expert depositions and discussions with ACC counsel regarding case strategy (.5). | 1.30 |
| 06/23/07 | R. Frankel | Review debtors motion to extend exclusive periods (1.2); notes re same (.2). | 1.40 |
| 06/24/07 | R. Frankel | Review e-mails re Quigley case, trustee appointment motion. | 0.50 |
| 06/25/07 | R. Barainca | Research two decisions in the Quigley case for R. Wyron. | 0.50 |
| 06/25/07 | J. Cangialosi | Assist attorney re preparation of work sets of expert reports and related materials. | 0.50 |
| 06/25/07 | J. Coyle | Review and check expert report. | 1.70 |
| 06/25/07 | L. Muldoon | Research federal case law, focusing on Third Circuit cases, articulating standards for Daubert hearings in bench trials; e-mail summary of case law to D. Felder. | 4.10 |
| 06/25/07 | C. Zurbrugg | Draft e-mail to R. Mullady re expert deposition schedule (.2); review expert reports and draft case matrix (4.3); revise expert deposition summary and schedule (1.1); confer with J. Ansbro re same (.4); confer with J. Ansbro re ACC experts (.2); e-mail D. Felder re same (.1). | 6.30 |
| 06/25/07 | A. Hermele | Review and outline salient points from latest Cintani transcript to prepare for deposition (1.5); same for prior Cintani transcript (2.0). | 3.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

July 16, 2007
Invoice No. 1078600

| 06/25/07 | D. Felder | Telephone conference with R. Frankel, J. Liessemer and S. Baena regarding exclusivity issues and follow-up with R. Frankel regarding same (.7); telephonic participation in omnibus hearing (4.0); e-mail correspondence with L. Muldoon and R. Mullady regarding research issue and review case law regarding same (.8). | 5.50 |
|---|---|---|---|
| 06/25/07 | J. Ansbro | Prepare for 5/26 Court hearing (.7); detail review of Grace estimation expert reports and outline potential areas for rebuttal (4.2); discussions with R. Mullady regarding 5/26 hearing, expert issues and case strategy (.7). | 5.60 |
| 06/25/07 | R. Mullady, Jr. | Prepare for and attend hearing (6.5); discussions with M . Hurford, N. Finch and J. Ansbro regarding expert and fact discovery matters and negotiations with plaintiffs' counsel regarding same (1.3). | 7.80 |
| 06/25/07 | R. Wyron | Attend omnibus hearing re exclusivity discussion (.7); follow-up on outline of objections to exclusivity motion and current draft (.2); review Certification of Counsel on pension motion and follow-up e-mail (.2). | 1.10 |
| 06/25/07 | R. Frankel | Review notes and file in preparation for telephone conference re exclusivity. | 0.80 |
| 06/25/07 | R. Frankel | Telephone conference with S. Baena, J. Liessemer re exclusivity opposition (.7); confer with D. Felder re draft opposition (.4). | 1.10 |
| 06/25/07 | R. Frankel | Review transcript of exclusivity hearing in June 06. | 0.80 |
| 06/26/07 | R. Barainca | Review Case Management Orders entered by Judge Wolin. | 0.90 |
| 06/26/07 | C. Zurbrugg | Create summary table of FCR and ACC experts and testimony (2.8); review letter and organize by issue (1.1). | 3.90 |
| 06/26/07 | A. Hermele | Continue reviewing depositions of Cintani and incorporating salient points into depo outline. | 7.10 |
| 06/26/07 | D. Felder | E-mail correspondence with R. Mullady regarding estimation issues. | 0.10 |
| 06/26/07 | J. Ansbro | Pre-hearing meeting with R. Mullady (.6); attend Court hearing on CMS and discovery disputes (4.3); continue review and analysis of Grace expert reports and prepare for rebuttals (1.7); e-mails to/from R. Mullady and team members regarding Grace failure to preserve e-mails (.3). | 6.90 |
| 06/26/07 | R. Mullady, Jr. | Prepare for and attend motions hearing (4.5); review and discuss correspondence from D. Siegel (.5); discuss Daubert briefing with D. Felder and A. Kim (.2). | 5.20 |
| 06/26/07 | R. Wyron | Re exclusivity: confer with R. Frankel regarding discussion at omnibus hearing and follow-up e-mail (.3); confer with D. Felder and follow-up (.3). | 0.60 |
| 06/26/07 | R. Frankel | Review expert reports of Dunbar & Florence. | 2.40 |
| 06/26/07 | R. Frankel | Review, notes re draft 3rd Circuit Brief (preliminary). | 1.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 16, 2007
17367                                                                                                              Invoice No. 1078600
page 18

| 06/26/07 | R. Frankel | Telephone conference with D. Felder re hearing (.3); series of e-mails re no negotiations (.2); telephone conference with R. Wyron re hearing (.3). | 0.80 |
|---|---|---|---|
| 06/27/07 | J. Cangialosi | Assist attorney re preparation of work sets of expert reports (.7); prepare work sets of Grace-Rust and Grace-BMC production documents (.8). | 1.50 |
| 06/27/07 | C. Zurbrugg | Confer with J. Ansbro re dates for Rust and BMC depositions (.5); confer with J. Ansbro re expert reports (.5); review Dunbar expert report and confer with J. Ansbro re same (.6); revise summary of experts and confer with J. Ansbro re same (.4). | 2.00 |
| 06/27/07 | A. Hermele | Continue reviewing depositions of J. Cintani  and outlining salient points in preparation for deposition of same. | 5.50 |
| 06/27/07 | A. Kim | Conference with R. Mullady to discuss estimation expert strategy and Daubert issues pertaining to same (.5); overview of estimation opinions in prior cases in preparation for expert work (.3). | 0.80 |
| 06/27/07 | J. Ansbro | Discussions with C. Zurbrugg regarding revised summaries of case expert opinions, review draft of same (1.0); e-mails to/from ACC counsel regarding Grace's latest interrogatories to plaintiff's firms, review same and Grace expert reports in connection with same (.7). | 1.70 |
| 06/27/07 | R. Mullady, Jr. | Telephone conversation with prospective rebuttal expert regarding report (1.0); meet with R. Frankel and R. Wyron regarding estimation issues (1.0); review F. Dunbar report (.3); discussions with N. Finch and J. Ansbro regarding interrogatories to claimants' firms (.3). | 2.60 |
| 06/27/07 | R. Wyron | Review Washcoat sale motion. | 0.70 |
| 06/27/07 | R. Frankel | Review expert reports. | 3.00 |
| 06/27/07 | R. Frankel | Telephone conferences with E. Inselbuch and D. Austern re plan negotiations; notes re same. | 0.80 |
| 06/27/07 | R. Frankel | Review issues in connection with 3rd Circuit Brief and opposition to exclusivity motion. | 1.60 |
| 06/28/07 | J. Cangialosi | Assist attorney re preparation of work sets of documents relating to expert reports. | 0.50 |
| 06/28/07 | C. Zurbrugg | Review Dunbar report (4.6); revise summary of experts and confer with J. Ansbro re same (1.2). | 5.80 |
| 06/28/07 | A. Hermele | Incorporate points from final Cintani deposition into outline of points for upcoming deposition (1.5); integrate points from various Cintani depositions (.9); begin structuring questions for upcoming Cintani deposition (.6). | 3.00 |
| 06/28/07 | A. Kim | Initial review of Grace estimation expert reports (.5); review and analysis of key estimation opinions in prior asbestos-related action re Daubert challenges (1.6). | 2.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

July 16, 2007
Invoice No. 1078600

| | | | |
|---|---|---|---|
| 06/28/07 | D. Felder | Review materials for expert (.1); review pleadings and transcripts regarding exclusivity (4.0); telephone conference with estimation experts and litigation team regarding strategy and next steps (2.0); follow-up regarding same (1.7); e-mails with R. Mullady and J. Ansbro regarding same (.5); draft opposition to exclusivity motion (4.0). | 12.30 |
| 06/28/07 | J. Ansbro | E-mails to/from, and telephone conference with R. Mullady regarding Grace Interrogatories and upcoming expert depositions (.4); conference with Mullady and N. Finch regarding same (.5); discussions with C. Zurbrugg regarding summaries of expert opinions and deposition assignments, review and comments to memorandum regarding same (.5); prepare for and conference call with estimation team and Tillinghast team regarding review and analysis of Grace expert reports (2.5); review Florence expert report and e-mails to J. Biggs regarding same (.7). | 4.60 |
| 06/28/07 | R. Mullady, Jr. | Prepare for and participate in conference call with J. Biggs regarding estimation issues. | 2.50 |
| 06/28/07 | G. Rasmussen | Review of J. Biggs' Power Point and conference regarding differences between her analysis and Florence's. | 2.00 |
| 06/28/07 | R. Wyron | Call with J. Radecki re Washcoat motion. | 0.40 |
| 06/28/07 | R. Frankel | Review various motions to compel re existing trusts. | 0.60 |
| 06/28/07 | R. Frankel | Telephone conferences with E. Inselbuch and D. Austern re status of negotiations, litigation; notes re same. | 0.60 |
| 06/28/07 | R. Frankel | Telephone conference with R. Mullady, J. Biggs, D. Felder, G. Rasmussen re expert reports, rebuttal strategy; notes re same. | 2.20 |
| 06/29/07 | C. Zurbrugg | Review Dunbar report (1.3); review tort law expert draft (1.0). | 2.30 |
| 06/29/07 | A. Kim | Analysis of methodologies asserted and accepted by courts in key estimation opinions. | 0.50 |
| 06/29/07 | D. Felder | Draft and revise opposition to motion to extend exclusivity (7.5); telephone conference with J. Ansbro regarding estimation issues (.1); telephone conference with M. Hurford regarding update (.2); e-mail correspondence with J. Phillips regarding upcoming deadlines (.1); telephone conference with G. Rasmussen regarding estimation issues (.5); telephone conference with R. Mullady and J. Ansbro regarding expert issues (.3). | 8.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

July 16, 2007
Invoice No. 1078600

| 06/29/07 | J. Ansbro | Telephone conference with J. Biggs regarding case analysis (.6); telephone conference with R. Mullady and D. Felder regarding Grace request for "machine readable" reliance materials (.4); review proposed assignments of expert deposition responsibility, telephone conference with R. Mullady regarding same (.4); review Grace motions to compel documents from asbestos trusts, e-mail to N. Finch regarding same (.4); review proposed CMO and e-mail to team regarding same (.2). | 2.00 |
|---|---|---|---|
| 06/29/07 | R. Mullady, Jr. | Attention to rebuttal expert report and various estimation discovery matters. | 3.50 |
| 06/29/07 | G. Rasmussen | Plan for depositions of experts; review R. Mullady's assignments and suggestions for changes. | 0.60 |
| 06/29/07 | R. Wyron | Review analysis from J. Biggs re expert reports and rebuttal (1.6); review and revise draft opposition to motion to extend exclusivity (1.6). | 3.20 |

|  | Total Hours | 695.90 |  |
|---|---|---|---|
|  | Total For Services |  | $369,027.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| John Ansbro | 182.10 | 625.00 | 113,812.50 |
| Rachael Barainca | 2.60 | 150.00 | 390.00 |
| James Cangialosi | 16.50 | 235.00 | 3,877.50 |
| Jordan L. Coyle | 1.70 | 250.00 | 425.00 |
| Debra Felder | 185.30 | 465.00 | 86,164.50 |
| Roger Frankel | 25.20 | 770.00 | 19,404.00 |
| Annie L. Hermele | 23.60 | 390.00 | 9,204.00 |
| Antony P. Kim | 3.40 | 430.00 | 1,462.00 |
| Lauren B. Muldoon | 4.10 | 250.00 | 1,025.00 |
| Raymond G. Mullady, Jr. | 100.50 | 695.00 | 69,847.50 |
| Garret G. Rasmussen | 22.00 | 700.00 | 15,400.00 |
| Logan B. West | 5.70 | 85.00 | 484.50 |
| Richard H. Wyron | 11.00 | 700.00 | 7,700.00 |
| Catharine L. Zurbrugg | 112.20 | 355.00 | 39,831.00 |
| Total All Timekeepers | 695.90 | $530.29 | $369,027.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

July 16, 2007
Invoice No. 1078600

Disbursements

| | | |
|---|---|---|
| Color Copies | 160.00 | |
| Deposition/Transcript Expenses | 2,935.31 | |
| Duplicating Expense | 3,374.70 | |
| Expert; Consultants | 23,084.00 | |
| Express Delivery | 224.48 | |
| Facsimile | 6.00 | |
| Lexis Research | 2,158.50 | |
| Local Taxi Expense | 317.17 | |
| Out of Town Business Meals | 195.94 | |
| Outside Services | 1,150.00 | |
| Parking Expense | 36.00 | |
| Postage | 684.90 | |
| Purchases | 543.44 | |
| Secretarial/Staff Overtime | 70.16 | |
| Telephone | 91.89 | |
| Travel Expense, Air Fare | 1,116.95 | |
| Travel Expense, Local | 255.59 | |
| Travel Expense, Out of Town | 169.86 | |
| Westlaw Research | 6,122.50 | |
| Total Disbursements | | $42,697.39 |

**Total For This Matter**          **$411,724.89**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 16, 2007
17367                                                                              Invoice No. 1078600
page 22

For Legal Services Rendered Through June 30, 2007 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 06/11/07 | R. Barainca | Prepare Certificates of No Objection for D. Austern's February and March 2007 Monthly. | 0.80 |
| 06/11/07 | R. Barainca | Prepare Certificates of No Objection for Tillinghast's March 2007 Monthly. | 0.50 |
| 06/12/07 | D. Fullem | Review and respond to e-mail from D. Felder regarding D. Austern's sixth quarterly on agenda for June 25 hearing. | 0.20 |
| 06/15/07 | D. Fullem | Prepare CNOs for D. Austern, Tillinghast, and Piper Jaffray fee applications; coordinate filing and serving of same. | 1.00 |
| 06/25/07 | R. Barainca | Review Tillinghast's May 2007 Monthly fee application. | 0.50 |
| 06/29/07 | R. Barainca | Prepare Tillinghast's April and May 2007 Monthly fee applications for filing. | 0.50 |
| 06/29/07 | D. Fullem | Review and respond to e-mail from J. Solganick at Piper regarding April and May fee applications; forward to R. Barainca to finalize. | 0.20 |
| 06/29/07 | R. Wyron | Review CNOs. | 0.30 |

|  | Total Hours | 4.00 |  |
|---|---|---|---|
|  | Total For Services |  | $870.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 2.30 | 150.00 | 345.00 |
| Debra O. Fullem | 1.40 | 225.00 | 315.00 |
| Richard H. Wyron | 0.30 | 700.00 | 210.00 |
| Total All Timekeepers | 4.00 | $217.50 | $870.00 |

Disbursements
    Duplicating Expense                     72.75
    Express Delivery                         45.67
    Postage                               10.24

|  | Total Disbursements | $128.66 |
|---|---|---|

**Total For This Matter**                                                                       **$998.66**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 16. 2007
17367                                                                         Invoice No. 1078600
page 23

For Legal Services Rendered Through June 30, 2007 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 06/04/07 | D. Fullem | Review and reply to e-mail from R. Wyron regarding follow up with S. Bossay regarding our response to auditor interim report. | 0.20 |
| 06/04/07 | D. Fullem | Telephone call from S. Bossay regarding comments to our response to initial report (.1); e-mail to R. Wyron regarding same (.1); review response from R. Wyron (.1); e-mail to R. Mullady regarding more detail for description of work while traveling to hearings (.1); prepare draft response to S. Bossay with R. Mullady's description and send to R. Wyron for approval (.2); prepare e-mail to S. Bossay with response (.2). | 0.80 |
| 06/05/07 | D. Fullem | Prepare e-mail to S. Bossay to determine if expense detail is required to be filed for FCR and his other professionals; review reply; review fee auditor order. | 0.20 |
| 06/07/07 | D. Fullem | Prepare draft e-mail to Grace team attorneys regarding expense items and documentation to be regularly provided for fee application filings as required by fee auditor (.7); confer with R. Wyron and R. Barainca regarding same (.4); finalize and send e-mail to Grace team (.4). | 1.50 |
| 06/07/07 | D. Fullem | Review and respond to e-mail from J. Ansbro regarding the fee auditor expense documentation requirements. | 0.20 |
| 06/08/07 | D. Fullem | Review, revise and comment on May prebills (1.4); e-mail note to R. Wyron and forward for review of same (.1). | 1.50 |
| 06/11/07 | R. Barainca | Prepare Certificates of No Objection for Orrick's March 2007 Monthly. | 0.50 |
| 06/11/07 | D. Fullem | Review e-mail from R. Wyron along with report from accounting regarding outstanding amounts; review spreadsheets to compare a/r totals. | 0.60 |
| 06/11/07 | D. Fullem | Review and respond to e-mail from R. Wyron regarding follow up on fee auditor's final report relating to Orrick's Oct-Dec 06 quarterly fee application; review final report to confirm numbers are correct; prepare e-mail to J. O'Neill at Pachulski Stang regarding correct numbers as per agreed reductions to be included in proposed fee order. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 16, 2007
17367                                                                         Invoice No. 1078600
page 24

| | | | |
|---|---|---|---|
| 06/11/07 | D. Fullem | Review e-mail from D. Felder regarding follow up with R. Barainca on status of D. Austern's Sixth Quarterly to be included in hearing agenda on June 25; prepare e-mail to R. Barainca regarding same; review response from R. Barainca. | 0.20 |
| 06/11/07 | D. Fullem | Review monthly summaries to confirm amounts in spreadsheet compared to accounting a/r report. | 0.60 |
| 06/12/07 | D. Fullem | Review April invoice and note problem with R. Frankel's hourly billing rate; forward note to L. Blackhurst to revise/correct same and reprint invoice; e-mail to P. Reyes with copy to R. Wyron to mail revised invoice to D. Austern. | 0.10 |
| 06/12/07 | D. Fullem | Review chart from S. Bossay of figures provided in proposed fee order; prepare e-mail to S. Bossay that we agree with numbers. | 0.40 |
| 06/12/07 | D. Fullem | Review reports from accounting and compare to fee and expense spreadsheets; forward e-mail to R. Wyron regarding the difference in numbers relates to outstanding expenses. | 1.00 |
| 06/13/07 | D. Fullem | Review and respond to e-mails from D. Felder and R. Wyron; e-mails to Pachulski Stang; review responses and follow-up to confirm D. Austern's sixth quarterly is on hearing agenda for June 25. | 1.00 |
| 06/14/07 | D. Fullem | Research CNO for March monthly fee applications; prepare e-mail to W. Sparks at Grace regarding objection deadline expired and payment due on March invoices. | 0.30 |
| 06/15/07 | D. Fullem | Review and send April litigation invoice to R. Mullady for possible confidential material. | 0.10 |
| 06/15/07 | D. Fullem | Continue work on finalizing April fee application. | 1.00 |
| 06/16/07 | R. Wyron | Review May pre-bill. | 0.90 |
| 06/18/07 | D. Fullem | Finalize and coordinate filing and serving of April fee application. | 1.00 |
| 06/19/07 | R. Barainca | Prepare documentation for Fee Auditors Objection to Orrick's Fifth Quarterly. | 1.20 |
| 06/19/07 | D. Fullem | Update fee and expense spreadsheet. | 0.20 |
| 06/25/07 | D. Fullem | Update A/R chart; forward to R. Wyron. | 0.20 |
| 06/25/07 | D. Fullem | Update fee and expense chart with May invoice information. | 0.20 |
| 06/26/07 | D. Fullem | Follow up e-mail to J. Ansbro regarding litigation invoice. | 0.10 |
| 06/27/07 | D. Fullem | Review and reply to e-mail from R. Wyron regarding recent payment; update charts with information on March invoice payment. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

July 16, 2007
Invoice No. 1078600

| 06/27/07 | D. Fullem | Review and respond to e-mail from J. Ansbro regarding time entries on litigation bill; update P. Reyes regarding edits thereto and transfer of nonworking time entries. | 0.50 |
| 06/29/07 | D. Fullem | Update fee and expense charts with May invoice information. | 0.20 |

|  | Total Hours | 15.50 |  |
|  | Total For Services |  | $3,787.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Rachael Barainca | 1.70 | 150.00 | 255.00 |
| Debra O. Fullem | 12.90 | 225.00 | 2,902.50 |
| Richard H. Wyron | 0.90 | 700.00 | 630.00 |
| Total All Timekeepers | 15.50 | $244.35 | $3,787.50 |

Disbursements
| Duplicating Expense | 16.95 |  |
| Postage | 6.84 |  |
| Total Disbursements |  | $23.79 |

**Total For This Matter**                      **$3,811.29**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 16, 2007
17367                                                                                  Invoice No. 1078600
page 26

For Legal Services Rendered Through June 30, 2007 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 06/05/07 | J. Ansbro | Non-working portion of travel time from NY to DC to attend meeting with FCR's expert, and return travel from DC to NY. | 6.20 |
| 06/25/07 | J. Ansbro | Non-working portion of travel time from NY to Pittsburgh, PA to attend 6/26 Court hearing on CMO and discovery disputes. | 2.00 |
| 06/25/07 | R. Mullady, Jr. | Non-working travel to omnibus hearing in Pittsburgh. | 3.20 |
| 06/26/07 | J. Ansbro | Non-working portion of travel time on return from Pittsburgh, PA to NY following Court hearing on CMO and discovery disputes. | 3.10 |
| 06/26/07 | R. Mullady, Jr. | Non-working return travel from Pittsburgh. | 3.50 |

|  | | |
|---|---|---|
| Total Hours | 18.00 | |
| Total For Services | | $5,859.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 11.30 | 312.50 | 3,531.25 |
| Raymond G. Mullady, Jr. | 6.70 | 347.50 | 2,328.25 |
| Total All Timekeepers | 18.00 | $325.53 | $5,859.50 |

**Total For This Matter**                                    **$5,859.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 744.90 | |
| Total Fees, all Matters | | $381,284.50 |
| Total Disbursements, all Matters | | $42,991.68 |
| Total Amount Due | | $424,276.18 |