# EXHIBIT D TO ORRICK'S SIXTH QUARTERLY: COURTCALL

| TR DA | APP ATE | ATTORNEY | CCID# | REF | J | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BAL ANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/2 | 6/07 | Kathleen Thomas | 1640802 | | U. Cc | Courtroom | Honorable Judith Fitzgerald (Visiting) | Federal-Mogul Global, Inc./01-10578 | $90.00 | $0.00 | $90.00 | ($1,866.00) |
| 2/2 | 6/07 | Jonathan Brownstein | 1651264 | | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $70.50 | $0.00 | $70.50 ($1,795.50) |
| 2/2 | 6/07 | Ritwik Chatterjee | 1651280 | | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $44.50 | $0.00 | $44.50 ($1,751.00) |
| 3/ | 6/07 | Debra Felder | 1651234 | | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $70.50 | $0.00 | $70.50 ($1,680.50) |
| 3/12 | 2/07 | Deposit By Check #: 662157 | | | | | Payment $434.00 | | | | | $2,114.50) |
| 3/1 | 8/07 | Debra Felder | 1652598 | | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $51.00 | $0.00 | $51.00 ($2,063.50) |

*(handwritten)*

17355.2 = $90.00
17361.8 = $236.50
―――――――
326.50

Court Call Debit Account
CCDA-06-2041

Orrick, Herrington & Sutcliffe (CC-2041)
Attn: Diane Bannerman/ Rose Meade
3050 K. Street, NW
Washington, DC 20007
Tel: 202-339-8400
Fax: 202-339-8500

Print   /29/07  9:47 AM

| T | | CCID# | REF | JURISDICTION | DEPT | JUDC | NAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| her | as | 1683970 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | Mogul Global, )578 *Cooper* | $38.00 | $0.00 | $38.00 | ($2,025.50) |
| ne | her | 1684002 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | Mogul Global, )578 *Cooper* | $44.50 | $0.00 | $44.50 | ($1,981.00) |
| ra | | 1684964 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | ace & Co./01-01139 *ustern/Grace* | $122.50 | $0.00 | $122.50 | ($1,858.50) |
| har | | 1684974 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | ace & Co./01-01139 | $44.50 | $0.00 | $44.50 | ($1,814.00) |
| on | | 1692658 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | ace & Co./01-01139 | $122.50 | $0.00 | $122.50 | ($1,691.50) |
| ep | | 1684976 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | ace & Co./01-01139 | $77.00 | $0.00 | $77.00 | ($1,614.50) |
| os | | k #: 664840 | | | Payment $326.50 | | | | | | $1,941.00 |
| ra | | 1682794 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | ace & Co./01-01139 | $213.50 | $0.00 | $213.50 | ($1,727.50) |
| ra | | 1694298 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | ace & Co./01-01139 7) | $96.50 | $0.00 | $96.50 | ($1,631.00) |
| m | dy | 1694300 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | ace & Co./01-01139 7) | $25.00 | $0.00 | $25.00 | ($1,606.00) |
| 4/17/07  4/13/07  Roger | | 1698244 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Ju Fitzgerald (Vi | Mogul Global, )578 *Cooper* | $142.00 | $0.00 | $142.00 | ($1,464.00) |

*Charge Cooper (17355.2) = 224.*
*Charge Austern/Grace (17367.8) = 110*

Court Call Debit Account
CCDA-06-2041

Orrick, Herrington & Sutcliffe (CC-2041)
Attn: Diane Bannerman/ Rose Meade
3050 K. Street, NW

Washington, DC 20007
Tel: 202-339-8400
Fax: 202-339-8500

Printed on 04/30/07 8:12

| TRAN DATE | APP DATE | ATTORNEY | CCID# | REF | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Orrick, Herrington & Sutcliffe (CC-2041) | | 03/29/2007 through 04/30/2007 | | | | | |
| 4/24/07 | 4/19/07 | Debra Felder | 1703586 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 *austern/Grace* | $38.00 | $0.00 | $38.00 | ($1,426.00) |
| 4/26/07 | 4/23/07 | Debra Felder | 1703591 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 *u* | $194.00 | $0.00 | $194.00 | ($1,232.00) |
| 4/26/07 | 4/24/07 | Debra Felder | 1703595 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 *u* | $135.50 | $0.00 | $135.50 | ($1,096.50) |
| 4/27/07 | 4/25/07 | Debra Felder | 1703598 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 *u* | $38.00 | $0.00 | $38.00 | ($1,058.50) |

| TRAN DATE | APP DATE | ATTORNEY | CCID# | REF | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/27/07 | 4/25/07 | [faded] | 1702508 | | U.S. Bankruptcy | Courtroom | Honorable Judith | W. R. Grace & Co./01-01139 | $38.00 | $0.00 | $38.00 | ($1,058.50) |
| 5/7/07 | 5/2/07 | Debra Felder | 1717787 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $122.50 | $0.00 | $122.50 | ($525.00) |
| 5/7/07 | 5/2/07 | Jason Solganick | 1717801 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $122.50 | $0.00 | $122.50 | ($402.50) |
| 5/7/07 | 5/2/07 | Jonathan Brownstein | 1717810 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $122.50 | $0.00 | $122.50 | ($280.00) |
| 5/8/07 | 5/8/07 | Deposit By Check #: 667343 | | | | Payment $1331.50 | | | | | | $1,611.50 |

Orrick Herrington & Sutcliffe
04/27/2007 through 05/30/2007

Orrick Herrington & Sutcliffe
Attn: Diane Bannerman/ Rose Meade
3050 K. Street, NW
Washington, DC 20007
Tel: 202-339-8400
Fax: 202-339-8500

Court Call Debit Account
CCDA-06-2041

Printed on 05/30/07  11:12 AM

| TRAN DATE | APP DATE | ATTORNEY | CCID# | REF | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Orrick Herrington & Sutcliffe | | 04/27/2007 through 05/30/2007 | | | | | | |
| 5/10/07 | 5/8/07 | Richard Wyron | 1726122 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $129.00 | ✓ | $0.00 | $129.00 | ($1,457.50) |
| 5/10/07 | 5/8/07 | Debra Felder | 1724298 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $200.50 | ✓ | $0.00 | $200.50 | ($1,257.00) |
| 5/10/07 | 5/8/07 | Roger Frankel | 1724305 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $129.00 | ✓ | $0.00 | $129.00 | ($1,128.00) |
| 5/10/07 | 5/8/07 | Jason Solganick | 1724892 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $200.50 | ✓ | $0.00 | $200.50 | ($927.50) |
| 5/10/07 | 5/8/07 | Jonathan Brownstein | 1725171 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $187.50 | ✓ | $0.00 | $187.50 | ($740.00) |
| 5/11/07 | 5/9/07 | Debra Felder | 1726131 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $44.50 | ✓ | $0.00 | $44.50 | ($695.50) |
| 5/24/07 | 5/21/07 | | 1730660 | | U.S. Bankruptcy | Courtroom | Honorable Judith | Federal Mogul Global | $148.50 | | $0.00 | $148.50 | ($547.00) |

| TRAN DATE | APP DATE | ATTORNEY | CCID# | REF | Orrick Herrington & Sutcliffe JURISDICTION | DEPT | 04/27/2007 through 05/30/2007 JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/07 | 5/21/07 | Debra Felder | 1739790 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $148.50 | $0.00 | $148.50 | $60.00 |
| 5/25/07 | 5/21/07 | Jason Solganick | 1739775 | | U.S. Bankruptcy Court-Delaware | Courtroom | Honorable Judith Fitzgerald (Visiting) | W. R. Grace & Co./01-01139 | $122.50 | $0.00 | $122.50 | $182.50 |