# EXHIBIT E TO ORRICK'S SIXTH QUARTERLY: DOCUMENT TECHNOLOGIES, INC.

*Grace - area of 92 materials* (handwritten)



**Document Technologies, Inc.**

2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 311990

Invoice Date: 03/27/07

Bill To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

| | | | |
|---|---|---|---|
| Customer ID | 19744 | Client / Matter No. | 17367/8 |
| Terms | Net 15 Days | Job No. | 03-356 |
| SalesPerson | DC CRB | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 9,449 | B Work - Light Litigation | 0.10 | 944.90 |
| 1 | File Foldes | 0.50 | 0.50 |
| 3 | Redwells | 2.00 | 6.00 |
| 1 | IMG - CD Master | 25.00 | 25.00 |

Ordered 03-26-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 976.40 |
| Total Sales Tax: | 56.14 |
| Total: | 1,032.54 |

Accepted By: *D. Felder* (signature)

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA 31193-3440



# Document Technologies, Inc.

2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

## INVOICE

*package of disks containing Rust database + images*

Invoice Number: 313602

Invoice Date: 03/30/07

**Bill To:**
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

**Ship To:**
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

| | | | |
|---|---|---|---|
| Customer ID | 19744 | Client / Matter No. | 17367/8 |
| Terms | Net 15 Days | Job No. | 03-029 |
| SalesPerson | DC CRB | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2 | EDD Tech Time | 65.00 | 130.00 |
| 1 | EDD Media (Hard Drive) | 500.00 | 500.00 |
| 3 | IMG - DVD Master | 35.00 | 105.00 |
| 1 | IMG - CD/Floppy Duplication | 20.00 | 20.00 |

Ordered 03-02-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 755.00 |
| Total Sales Tax: | 35.94 |
| Total: | 790.94 |

Accepted By: *D. Felder*

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA 31193-3440



**Document Technologies, Inc.**

2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 314498

Invoice Date: 04/10/07

Bill To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135

| | |
|---|---|
| Customer ID | 19744 |
| Terms | Net 15 Days |
| SalesPerson | DC CRB |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Client / Matter No. | 17367/8 |
| Job No. | 04-037 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 1,479 | Scanning C work - Med. Lit | 0.14 | 207.06 |
| 1,479 | IMG - OCR | 0.05 | 73.95 |
| 1,479 | IMG - PDF File Conversion | 0.01 | 14.79 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 0.25 | IMG - Technical Time | 95.00 | 23.75 |

Ordered 04-03-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 344.55 |
| Total Sales Tax: | 18.45 |
| Total: | 363.00 |

Accepted By: _D. Felder_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



**Document Technologies, Inc.**
2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

**INVOICE**

Invoice Number: 318974

Invoice Date: 04/30/07

Bill To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC  20007-5135

| | | | |
|---|---|---|---|
| Customer ID | 19744 | Client / Matter No. | 17367/8 |
| Terms | Net 15 Days | Job No. | 04-357 |
| SalesPerson | DC CRB | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 457 | Scanning C work - Med. Lit | 0.14 | 63.98 |
| 457 | IMG - OCR | 0.05 | 22.85 |
| 457 | IMG - PDF File Conversion | 0.01 | 4.57 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 26 | IMG - PDF Naming | 0.25 | 6.50 |

Orderd on 04/25/07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 122.90 |
| Total Sales Tax: | 7.07 |
| Total: | 129.97 |

Accepted By: _D. Felder_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



**Document Technologies, Inc.**
2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 316482

Invoice Date: 04/30/07

Bill To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

Customer ID   19744
Terms         Net 15 Days
SalesPerson   DC CRB
SalesPerson 2
Cust. P.O.

Client / Matter No.   17367/8
Job No.               04-185
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 3 | IMG - DVD Duplication | 40.00 | 120.00 |
| 1 | IMG - DVD Master | 30.00 | 30.00 |

Ordered 04-13-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal:          150.00
Total Sales Tax:     8.63
Total:             158.63

Accepted By: _[signature: D Felder]_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440



## Document Technologies, Inc.

2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 318674

Invoice Date: 04/30/07

Bill To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

| | | | |
|---|---|---|---|
| Customer ID | 19744 | Client / Matter No. | 17367/8-W.R.Grace |
| Terms | Net 15 Days | Job No. | 04-210 |
| SalesPerson | DC CRB | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 3,789 | Scanning D work - Heavy Lit | 0.114 | 431.95 |
| 3,789 | IMG - OCR | 0.05 | 189.45 |
| 3,789 | IMG - PDF File Conversion | 0.01 | 37.89 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 148 | IMG - Other | 0.25 | 37.00 |

Ordered on 04/16/07

10% discount from original invoice 316510

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 721.29
Total Sales Tax: 41.47

Accepted By: _D. Felder_

Total: 762.76

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA 31193-3440



**Document Technologies, Inc.**

2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 320139

Invoice Date: 05/07/07

Bill To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

Customer ID     19744
Terms           Net 15 Days
SalesPerson     DC CRB
SalesPerson 2
Cust. P.O.

Client / Matter No.    17367/8
Job No.                05-055
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 302 | Copies - Color (8.5x11) | 0.90 | 271.80 |
|  | Ordered 05-04-07 |  |  |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 271.80
Total Sales Tax: 15.63
Total: 287.43

Accepted By: *D. Felder* (signature)

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA 31193-3440

## Document Technologies, Inc.

2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 322505

Invoice Date: 05/21/07

**Bill To:**
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

**Ship To:**
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

| | | | |
|---|---|---|---|
| Customer ID | 19744 | Client / Matter No. | 17367/8 |
| Terms | Net 15 Days | Job No. | 05-175 |
| SalesPerson | DC CRB | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 4,071 | C Work - Medium Litigation | 0.12 | 488.52 |
| 24 | GBC Binding | 2.00 | 48.00 |

Ordered 05-15-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 536.52 |
| Total Sales Tax: | 30.85 |
| Total: | 567.37 |

Accepted By: _[signature]_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA 31193-3440



**Document Technologies, Inc.**
2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 323952

Invoice Date: 05/30/07

Bill To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

Customer ID    19744
Terms          Net 15 Days
SalesPerson    DC CRB
SalesPerson 2
Cust. P.O.

Client / Matter No.    173678
Job No.                05-028
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 198 | Scanning D work - Heavy Lit | 0.16 | 31.68 |
| 198 | IMG - OCR | 0.05 | 9.90 |
| 198 | IMG - PDF File Conversion | 0.01 | 1.98 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 198 | IMG - Bates Capture | 0.01 | 1.98 |

Ordered on 5/3/07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal:         70.54
Total Sales Tax:   4.06
Total:            74.60

Accepted By: _[signature]_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA 31193-3440



**Document Technologies, Inc.**
2000 M Street, NW
Suite LL03
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

**INVOICE**

Invoice Number: 324889

Invoice Date: 05/31/07

Bill To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135
Debbie Felder

Ship To:
Orrick, Herrington & Sutcliffe
LLP
3050 K Street, NW
Washington Harbour
Washington, DC 20007-5135

| | | | |
|---|---|---|---|
| Customer ID | 19744 | Client / Matter No. | 17367/8 |
| Terms | Net 15 Days | Job No. | 05-176 |
| SalesPerson | DC CRB | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 640 | Scanning C work - Med. Lit | 0.16 | 102.40 |
| 640 | IMG - OCR | 0.05 | 32.00 |
| 640 | IMG - PDF File Conversion | 0.01 | 6.40 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 640 | IMG -Bates Captures | 0.01 | 6.40 |

Ordered 05-15-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 172.20
Total Sales Tax: 9.90
Total: 182.10

Accepted By: _D. Felder_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA 31193-3440



**Document Technologies, Inc.**

2000 M Street, NW
Suite LL03
Washington, DC  20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  324965

Invoice Date:  05/31/07

Bill To:
Orrick, Herrington & Sutcliffe LLP
666 5th Avenue
New York, NY  10103-0001
Deb Felder

Ship To:
Orrick, Herrington & Sutcliffe LLP
666 5th Avenue
New York, NY  10103-0001

| | |
|---|---|
| Customer ID | 17294 |
| Terms | Net 15 Days |
| SalesPerson | DC CRB |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Client / Matter No. | 17367/8 |
| Job No. | 05-054 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | EDD Media (CD/DVD/Hard Drive) | 500.00 | 500.00 |
| 1 | EDD Tech Time | 65.00 | 65.00 |

Ordered 05-04-07

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 565.00 |
| Total Sales Tax: | 41.88 |
| Total: | 606.88 |

Accepted By: _D. Felder_

**Remit To:** Document Technologies, DC
PO Box 933440
Atlanta, GA  31193-3440