# EXHIBIT F TO ORRICK'S SIXTH QUARTERLY: EXPERTS

100 Pine Street
Suite 1500
San Francisco, California 94111
415 395 9300 Tel
415 395 7499 Fax

A L T M A N & C R O N I N
BENEFIT CONSULTANTS, LLC

June 8, 2007

Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe
3050 K Street, N.W.
Washington, DC  20007-5135

**Invoice for Professional Services Rendered - #SP0507-8**

Dear Mr. Wyron:

The following is our invoice for professional services rendered in May, 2007:

**Description of Services – W. R. Grace**

- 
- 

**Hours Rendered**

| | | |
|---|---|---|
| • I. Altman | 2.50 hours x $460 | $1,150 |
| **Total Invoice** | | **$1,150** |

**Please remit payment to:**    Altman & Cronin
100 Pine Street, Suite 1500
San Francisco, CA  94111

**Payment due upon receipt**

Thank you for the opportunity to work with your organization.  If you have any
questions regarding this invoice, please call (415) 395-9300.

# JACOB JACOBY RESEARCH, INC.

THREE LINCOLN CENTER, SUITE 60A
160 WEST 66TH STREET, NEW YORK, NEW YORK 10023-6570
212 769-2700  FAX: 212 769-2763  E-MAIL: JJACOBY@JJRI.COM

Jacob Jacoby, Ph.D.
*President*

---

### INVOICE 6033-C

TO:    Garrett Rasmussen, Esq.
Orrick, Herrington & Sutcliffe
3050 K Street, N.W.
Washington, D.C. 20007-5135

DATE:    May 30, 2007

RE:    W.R. Grace

FOR:

| Date | Activity | Hours |
|------|----------|-------|
| 03-13 | | 4.50 |
| 03-20 | | 1.00 |
| 03-21 | | 4.00 |
| 03-27 | | 1.75 |
| 03-29 | | 3.00 |
| | Total: | 14.25 |

14.25 hours @ $750/hour = $10,687.50

## TOTAL AMOUNT DUE:    $10,687.50

Jacob Jacoby, Ph.D.

Tax ID:    13-3454874

April __, 2007

Raymond G. Mullady Jr.
(202) 339-8477
rmullady@orrick.com

*VIA FEDEX*

Marshall S. Shapo
Vose Professor of Law
Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois  60611-3069

Re:    In re W. R. Grace, et al., Case No. 01-01139 (JKF)
       United States Bankruptcy Court for the District of Delaware

Dear Professor Shapo:

        This letter will confirm your retention as a consulting expert in the above-referenced
Chapter 11 bankruptcy proceeding on behalf of our client, David T. Austern, the Court-Appointed
Legal Representative for Future Asbestos Personal Injury Claimants ("FCR"). A retainer check in
the amount of $5,000.00 is enclosed herewith, together with a copy of the confidentiality agreement
you will need to review and sign before reviewing materials subject to that agreement.

        We look forward to working with you.

                                    Sincerely,


                                    Raymond G. Mullady Jr.


RGM/rrj
Enclosures

cc:    Nathan D. Finch, Esq.

Marshall Shapo
April __, 2007
Page 2


bcc:    Garret Rasmussen, Esq.
        John Ansbro, Esq.
        Debra Felder, Esq.

MARSHALL S. SHAPO
ID

<u>Legal consultation</u>

In re W.R. Grace & Co. et al., Debtors

April 5-April 22, 2007

April 5

29 minutes; 59 minutes

Total: One hour 28 minutes

April 6

1 hour 10 minutes; 14 minutes; 55 minutes

Total: 2 hours 19 minutes

April 7

39 minutes; 1 hour 25 minutes

33 minutes

Total: 2 hours 37 minutes

April 10

Total: 10 minutes

April 11

15 minutes

2 hours

2 hours 35 minutes

Total: 4 hours 50 minutes

April 13

28 minutes; 38 minutes

Total: One hour 6 minutes

April 14

Total: One hour 50 minutes

April 16

22 minutes; 1 hour 12 minutes

Total: 1 hour 34 minutes

April 17

50 minutes; 25 minutes; 25 minutes; 15 minutes; one hour 33
minutes

Total: Three hours 28 minutes

April 18

One hour 43 minutes

Two hours 28 minutes

Total:  Four hours 11 minutes

April 19

17 minutes;   2 hours 20 minutes; 38 minutes, 56 minutes;
55 minutes; 52 minutes; one hour 30 minutes

Total: 7 hours 28 minutes

April 20

28 minutes; 2 hours 3 minutes; 55 minutes; 2 hours 31 minutes;
40 minutes

Total:  6 hours 37 minutes

April 21

16 minutes; 3 hours 14 minutes; 2 hours 47 minutes

Total: 6 hours 17 minutes

April 22

39 minutes; 2 hours 33 minutes; 2 hours 40 minutes

Total: 5 hours 52 minutes

OVERALL TOTAL:  49.78 hours  x  $550 per hour = $27,379

MARSHALL S. SHAPO

al consultation

e W.R. Grace & Co. et al., Debtors

l 24-May 4 2007

13 minutes;  2 hours 36 minutes; 1 hour 34 minutes

Total:  4 hours 23 minutes

April 25

18 minutes; 2 hours 55 minutes; 2 hours 10 minutes

Total: 5 hours 23 minutes

April 26

35 minutes; 1 hour 20 minutes

Total: One hour 55 minutes

April 27

Total: 51 minutes

April 28

26 minutes; 27 minutes; 1 hour 7 minutes;

2 hours 5 minutes

Total: 4 hours 5 minutes

April 29

22 minutes; 57 minutes; 2 hours 55 minutes; 31 minutes

Total: 4 hours 45 minutes

April 30

16 minutes; 1 hour 33 minutes; 2 hours 12 minutes; 2 hours 49 minutes

Total: 6 hours 50 minutes

May 1

26 minutes; 30 minutes; 2 hours 21 minutes; 1 hour 41 minutes;1 hour 22 minutes; 56 minutes; 16 minutes; 28 minutes

Total: 8 hours

May 2

43 minutes; 1 hour 44 minutes; 1 hour 10 minutes; 55 minutes

Total: 4 hours 32 minutes

May 3

34 minutes; 1 hour 34 minutes; 1 hour 16 minutes; 2 hours 21 minutes; 32 minutes; 28 minutes

Total: 6 hours 45 minutes

May 4

      56 minutes
      2 hours 20 minutes

      1 hour 20 minutes

Total:  4 hours 36 minutes

OVERALL TOTAL:  52.0833 hours  x $550 = $28,645.83

MARSHALL S. SHAPO

Id #

Legal consultation

In re W.R. Grace & Co., Debtors

June 1- June 15 2007

June 1

52 minutes

3 hours 5 minutes

Total:  3 hours 57 minutes

June 4

1 hour 30 minutes

50 minutes; 59 minutes; one hour 21 minutes;

52 minutes

19 minutes

One hour 12 minutes

Total:  7 hours 3 minutes