June 5

    One hour 14 minutes

    18 minutes; one hour 3 minutes, one hour 23 minutes

Total:  2 hours 44 minutes

June 6

    27 minutes

    One hour 39 minutes

Total: 2 hours 6 minutes

June 8

    One hour 24 minutes

    20 minutes

    34 minutes

Total:  2 hours 18 minutes

June 11

    13 minutes

    4 hours 8 minutes

2 hours 22 minutes

Total:   6 hours 43 minutes

June 12

    10 mnutes
    50 minutes

Total: One hour

June 15, 2007

    20 minutes
    2 hours 5 minutes
    One hour 57 minutes
    One hour 25 minutes

Total:  5 hours 47 minutes

OVERALL TOTAL:    31 hours 38 minutes @ $550 = $17,396.50

-$5000
(retainer)
=$12,396.50

P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A.

## INVOICE

TO: Garret G. Rasmussen
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007-5135

(202) 339-8481

PERIOD COVERED: December 1, 2006 – December 31, 2006

REPORT NO. 3

STATEMENT OF WORK: See attached Time Log

|  | Hours Worked | Amount |
|---|---|---|
| Consultation | 16.250 | $6,500.00 |
| Travel |  | $0.00 |
| Fax |  | $0.00 |
| Total Amount Due |  | $6,500.00 |

Send check to: P.J. Eric Stallard
P.O. Box 71717
Durham, NC 27722-1717

Thank you.    *[signature: P.J. Eric Stallard]*

May 1, 2007

Time Log – P.J. Eric Stallard: December 1, 2006 – December 31, 2006

| Month/Date | Daily Total | Description of Work |
|---|---|---|
| December 8, 2006 | 1:40 | |
| December 11, 2006 | 0:10 | |
| December 12, 2006 | 0:05 | |
| December 13, 2006 | 1:15 | |
| December 14, 2006 | 3:30 | |
| December 15, 2006 | 2:30 | |
| December 15, 2006 | 3:20 | |
| December 15, 2006 | 1:50 | |
| December 17, 2006 | 0:15 | |
| December 18, 2006 | 1:25 | |
| December 21, 2006 | 0:15 | |
| | | |
| Total Hours ( hh:mm format) | 16:15 | |
| Total Hours (decimal format) | 16.250 | |
| Rate per Hour | $400.00 | |
| Fee | $6,500.00 | |

**P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A.**

**INVOICE**

TO:  Garret G. Rasmussen
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007-5135

(202) 339-8481

PERIOD COVERED: January 1, 2007 – April 30, 2007

REPORT NO. 4

STATEMENT OF WORK: See attached Time Log

|  | Hours Worked | Amount |
|---|---|---|
| Consultation | 37.417 | $14,966.67 |
| Travel |  | $570.15 |
| Fax |  | $0.00 |
| Total Amount Due |  | $15,536.82 |

Send check to:  P.J. Eric Stallard
P.O. Box 71717
Durham, NC 27722-1717

Thank you.   *[signature: P.J. Eric Stallard]*

May 1, 2007

Time Log – P.J. Eric Stallard: January 1, 2007 – April 30, 2007

| Month/Date | Daily Total | Description of Work |
|---|---|---|
| January 12, 2007 | 0:20 | |
| January 22, 2007 | 0:05 | |
| January 25, 2007 | 0:05 | |
| January 29, 2007 | 0:20 | |
| January 30, 2007 | 0:35 | |
| January 31, 2007 | 0:05 | |
| February 1, 2007 | 1:10 | |
| February 2, 2007 | 2:45 | |
| February 5, 2007 | 0:10 | |
| February 6, 2007 | 1:10 | |
| February 7, 2007 | 0:25 | |
| February 8, 2007 | 8:00 | |
| February 15, 2007 | 3:30 | |
| February 20, 2007 | 0:30 | |
| February 25, 2007 | 0:10 | |
| March 8, 2007 | 0:05 | |
| March 9, 2007 | 1:50 | |
| March 12, 2007 | 1:55 | |
| March 12, 2007 | 1:10 | |
| March 18, 2007 | 0:05 | |
| March 20, 2007 | 1:00 | |
| March 26, 2007 | 1:50 | |
| March 27, 2007 | 2:40 | |
| March 29, 2007 | 0:05 | |
| April 2, 2007 | 0:05 | |
| April 12, 2007 | 0:30 | |
| April 13, 2007 | 0:05 | |
| April 17, 2007 | 1:30 | |
| April 18, 2007 | 3:00 | |
| April 19, 2007 | 1:40 | |
| April 23, 2007 | 0:20 | |
| April 27, 2007 | 0:05 | |
| April 30, 2007 | 0:10 | |

| | |
|---|---|
| Total Hours ( hh:mm format) | 37:25 |
| Total Hours (decimal format) | 37.417 |
| Rate per Hour | $400.00 |
| Fee | $14,966.67 |

Travel Report
P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A.

**Purpose of Travel: Meet with Orrick Attorneys re Grace Asbestos Litigation**

Date of Travel: February 8, 2007

| | |
|---|---:|
| Travel to/from RDU Airport (44 mi. @ $0.485/mi.) | $21.34 |
| Parking at RDU Airport ($10.00 per day) | $10.00 |
| Airfare RDU to DCA | $503.81 |
| Local Transportation in Washington, DC | |
|     Taxi fare from DCA to Washington Harbour | $17.00 |
|     Taxi fare from Washington Harbour to DCA | $18.00 |
| **Total** | **$570.15** |



## Travel Confirmation

Thank you for booking your trip with Expedia.com. This email is your receipt for the travel item(s) you just booked; an itinerary that includes up-to-date trip details will follow in the next 4 days.

Remember that you can always view your itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

We're sorry, this booking did not qualify for ThankYou<sup>SM</sup> Points. Please see your itinerary for more details.
Learn more about how to earn points for future bookings.



**Flight:** Raleigh to Washington DC
**Traveler name:** Patrick Stallard

| | | | | |
|---|---|---|---|---|
| Raleigh to Washington DC | 2/08/07 | 9:35 am - 10:35 am | American Airlines | |
| Washington DC to Raleigh | 2/08/07 | 7:25 pm - 8:30 pm | US Airways | |

| | |
|---|---|
| Total ticket cost: | $444.66 |
| Taxes & Fees: | $54.15 |
| Booking Fees: | $5.00 |
| **Flights Total:** | **$503.81** |

View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support
**Itinerary number: 118652321948**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

## What else can we help you with?


**Save on hotels** in Washington DC
- Washington Court Hotel
  From $188.80 per night
- L'Enfant Plaza Hotel
  From $199.00 per night
- Jurys Washington Hotel
  From $299.00 per night

Search for more hotels


**Save on cars** in Washington DC
At the airport:
- Economy
- Midsize
- Full Size

Search for more cars


**Save on Activities & Services** in Washington DC
- Sightseeing
- Dining options
- Ground transportation
- Attraction passes

Search for more activities & services

Want to know about great travel deals? Sign up to receive Expedia emails!

Thank you for choosing Expedia.com. Enjoy your trip.<sup>TM</sup>
http://www.expedia.com