# EXHIBIT G TO ORRICK'S SIXTH QUARTERLY: HOTEL

OMNI WILLIAM PENN HOTEL
530 WILLIAM PENN PLACE
PITTSBURGH          PA   15219
**Tele-**                 **Fax-**

                                                                    1173
                                                                    153
ANSBRO, JOHN                                                        DDN
LAWYERS TRAVEL                                                      1 / 0


05/01/07   05/02/07                              LAWTVL        ESP        17000607399


| 05/01/07 | 1173 | WIFI INTERNET ACCESS | 1173/213516/71 | |
|----------|------|----------------------|----------------|---|
| 05/01/07 | 1173 | ROOM SERVICE | 1173/3888/23:12/ROOM SERVICE | |
| 05/01/07 | 1173 | ROOM CHARGE | #1173 ANSBRO, JOHN | $153.00 |
| 05/01/07 | 1173 | COUNTY OCCUPANCY TAX 7% | COUNTY OCCUPANCY TAX 7% | $10.71 |
| 05/01/07 | 1173 | STATE RAD TAX 1% | STATE RAD TAX 1% | $1.53 |
| 05/01/07 | 1173 | STATE SALES TAX 6% | STATE SALES TAX 6% | $9.18 |
| 05/02/07 | 1173 | ROOM SERVICE | 1173/3938/07:53/ROOM SERVICE | |
| 05/02/07 | 1173 | AMERICAN EXPRESS | #1173 ANSBRO, JOHN | |

=$174.42

**TOTAL DUE:**          $0.00

OMNI WILLIAM PENN HOTEL
530 WILLIAM PENN PLACE
PITTSBURGH        PA    15219
**Tele-**              **Fax-**

1624
153
KNLUX
1 / 0

ANSBRO, JOHN
LAWYERS TRAVEL

| 05/07/07 | 05/08/07 | | | LAWTVL | ESP | 17000608403 |
|----------|----------|-----|-----|--------|-----|-------------|

| 05/07/07 | 1624 | ROOM CHARGE | #1624 ANSBRO, JOHN | $153.00 |
|----------|------|-------------|--------------------|---------|
| 05/07/07 | 1624 | COUNTY OCCUPANCY TAX 7% | COUNTY OCCUPANCY TAX 7% | $10.71 |
| 05/07/07 | 1624 | STATE RAD TAX 1% | STATE RAD TAX 1% | $1.53 |
| 05/07/07 | 1624 | STATE SALES TAX 6% | STATE SALES TAX 6% | $9.18 |
| 05/08/07 | 1624 | ROOM SERVICE | 1624/4491/07:18/ROOM SERVICE | |
| 05/08/07 | 1624 | AMERICAN EXPRESS | #1624 ANSBRO, JOHN | ($197.26) |

+$4.00 tip
=$178.42

**TOTAL DUE:**                    $0.00

# Marriott.
## PITTSBURGH
## CITY CENTER

112 Washington Place
Pittsburgh, PA 15219
(412) 471 4000
Marriott.com/PITDT

**GUEST FOLIO**

| 1703 | ANSBRO/JOHN | | 149.00 | 06/26/07 | 12:00 | 16167 |
|---|---|---|---|---|---|---|
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |
| NSDB | | | | 06/25/07 | 18:00 | |
| TYPE | | | | ARRIVE | TIME | |
| 41 | | | PASSPORT: | | | |

| ROOM CLERK | ADDRESS | PAYMENT | MR#: |
|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|

```
06/25 ROOM       1703, 1    149.00
06/25 TAX        1703, 1     10.43
06/25 OCC TAX    1703, 1     10.43
06/26 AX CARD
```

TO BE SETTLED TO:     AMERICAN EXPRESS CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK AT EXT 1843, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

=$169.86

Planning has its rewards! If you're planning a business meeting,
reunion, seminar, wedding, or a retreat...why not earn points?
Earn up to 100,000 points with Rewarding Events. For more
info, visit Marriott.com/meetings/rewards. Reward Yourself!

MARRIOTT REWARDS ACCOUNT # XXXXX7305
DATE 06/25/07 - 06/26/07 REVENUE IF APPLICABLE      $164.11
BASE POINTS EARNED: 1641   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.
## PITTSBURGH
## CITY CENTER

112 Washington Place
Pittsburgh, PA 15219
(412) 471 4000
Marriott.com/PITDT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



### Hilton Chicago O'Hare Airport
### QUICK CONFIRMATION AGREEMENT
### Orrick Herrington
### Wednesday, April 11, 2007

## Thursday, April 05, 2007

| Name: | Ms. Debra Felder | Hotel Name: | Hilton Chicago O'Hare Airport |
|---|---|---|---|
| Title: | ~~Partner~~ Associate | Sales Manager: | Jenevieve Zolvinski |
| Company Name: | Orrick Herrington | Phone: | |
| Address: | 3050 K Street Northwest | Fax: | |
| City, State, Zip: | Washington, DC 20007 | Email: | |
| Phone: | (202) ~~337-7748~~ 339-8567 | Name of Event: | Orrick Herrington |
| Fax: | (202) ~~342-7475~~ 339-8500 | Event Dates: | Wednesday, April 11, 2007 |
| Email: | cuyler@passportexecutive.com | Booking #: | 13262106 |
| On Site Contact: | Debra Felder  dfelder@orrick.com | Mrkt. Segment: | Company Mtg/Inct/Cat |
| Hilton Honors#: | | Booking Type: | Company Mtg Catering |

## We are pleased to offer the following accommodations for your event:

| BILLLING FOR EVENT: | Credit Card |
|---|---|
| Comments: | |

| Date | Start Time | End Time | Function | Room | Setup | Agr | Room Rental |
|---|---|---|---|---|---|---|---|
| 4/11/2007 | 9:00 AM | 5:00 PM | Meeting/Session | 2005 | Conference | 5 | $ 500.00 |



- *Subject to change*
- *Meeting Room Rental and Food & Beverage are subject to state and local taxes.*
- *Event Orders will be signed to confirm specific room set-up before your event.*

**GRATUITY:** 17.5% (17.75%, arrivals after November 1, 2007) of the food and beverage total plus applicable state or local tax will be added to your account as a gratuity and fully distributed to servers, and where applicable, bussers and/or bartenders assigned to the Event.

**SERVICE CHARGE:** 3.75% of the food and beverage total, plus any applicable state or local tax, will be added to your account as a service charge. This service charge is not a gratuity and is the property of the hotel to cover discretionary costs of the Event.

**AUDIO VISUAL/SOUND/PROJECTION:** All equipment orders are subject to a set-up fee, 6% City of Chicago tax and all other applicable taxes. <u>All equipment must be cancelled at least 48 business hours prior to scheduled event or the company will be charged</u>. All equipment is set, operated and maintained by the Hilton Chicago O'Hare Airport. No company is permitted to patch, set-up or to operate any audio or visual equipment, or connect into any house sound. Hotel Audio/Visual Technicians are required for set up times, to man any lighting, audio equipment, video equipment, audio and/or video recording, recording devices, projections (slide or LCD) and/ or other sound requirements that take place at the Hilton Chicago O'Hare Airport in any guest room, meeting space or public area. <u>Please see the Technology Service Products and Services catalog for complete requirements and specifications.</u>

**BUSINESS CENTER:** All incoming and outgoing shipped materials and faxes are subject to receiving and delivery fees. See separate price schedule for the Business Center.

The function space and food and beverage functions listed above will be considered definite commitments upon signing of this agreement by both parties, and will be subject to all terms and conditions set forth on the reverse side. You will be asked to sign Event Orders confirming the details of your events. Faxed signatures will be accepted. The persons signing below agree that they are authorized representatives of the above indicated group and Hotel who have authority to enter this contract. This agreement and the terms and conditions on the reverse side may not be changed or amended unless done so in writing and signed by both parties.

## 2007 QUICK CONFIRMATION TERMS AND CONDITIONS

1. **CANCELLATION:** The rates offered by us are based in part upon the total gross revenue anticipated by us from your agreement to use and pay for the rooms and events listed on the opposite side. You agree and understand that in the event of a cancellation by you, our actual damages would be difficult to determine. Therefore, you have agreed to pay reasonable liquidated damages to the Hotel for cancellation as described in this paragraph. Cancellation damages will be calculated as a percentage, based on the date of cancellation listed below, of total anticipated gross revenues from all contracted sleeping rooms, food and beverage and meeting room rental listed on the opposite side.

| Date of Cancellation | Percentage owed |
|---|---|
| 29 days or less in advance of event | 80% |

2. **PAYMENT IN ADVANCE:** Unless you have established credit in advance with us, you will pay the entire contract price in cash or by certified check at least three days prior to your function or by personal bank check two weeks prior to your function. If you have established credit, payment in full will be due within thirty (30) days of your function. If you prefer, all charges can be paid by credit card. Hilton accepts American Express, Diners Club, Discover Card, JCB International, Master Card or Visa. If credit has not been approved for your function, you will provide us with the credit card to which all estimated master account charges will be charged no later than **Thursday, April 5, 2007**. If credit has been approved, you will provide us with your credit card information at the time of your function.

3. **OUTSIDE FOOD AND BEVERAGE:** Due to state law, you may not bring to the Hotel alcoholic beverages. You must obtain prior approval from us before you bring in any food or non-alcoholic beverages from outside sources.

4. **SECURITY:** We have no insurance for and are not responsible for any loss or damage to your property. If required, in our sole judgment, in order to maintain adequate security measures in light of the size and/or nature of your function, you will provide, at your expense, security personnel supplied by a reputable licensed guard or security agency doing business in the city or county in which we are located, which agency will be subject to our prior approval. Such security personnel may not carry weapons. For the safety of persons and property, no fireworks or incendiary devices may be used indoors at the hotel Group agrees to comply with all applicable federal, state and local laws, including health and safety codes and federal anti-terrorism laws and regulations including all provisions of the Patriot Act and regulations of the U.S. Department of Homeland Security and the Office of Foreign Assets Control. Group agrees to cooperate with Hotel and any relevant governmental authority to ensure compliance with such laws.

5. **INDEMNIFICATION & INSURANCE:** To the extent permitted by law, you agree to protect, indemnify, defend and hold harmless the Hotel, Hilton, and the owner of the Hotel, and their respective employees and agents against all claims, losses or damages to persons or property, governmental charges or fines, and costs (including reasonable attorney's fees), arising out of or connected with your function, except those claims arising out of the sole negligence or willful misconduct of the Hotel. You represent and warrant that your activities conducted at the hotel and in connection with the function shall not infringe the patent, copyright or trademark rights or violate rights of privacy or publicity of any third party. You further agree to obtain and keep in force General Liability Insurance covering the event described in this contract with limits of not less than $1,000,000 per occurrence and to provide the Hotel with a certificate of insurance naming Hotel, Hilton and the owner as an additional insured for your event.

6. **AUXILIARY AIDS:** The Hotel represents and you acknowledge that the Hotel facilities being rented for you including guest rooms, common areas and transportation services will be in compliance with our public accommodation requirements under the Americans With Disabilities Act. You agree that one week in advance you will furnish to us a list of any auxiliary aids needed by your attendees in meeting or function space. You agree to pay all charges associated with the provision of such aids. When your attendees make room reservations, please ask them to notify us of their auxiliary aid needs so that we may notify you as to the names of businesses with which you may contract to obtain those aids.

7. **PROMOTIONAL CONSIDERATIONS:** We have the right to review and approve any advertisements or promotional materials in connection with your function that specifically reference any name or logo of the Hilton family of Hotel brands.

8. **FORCE MAJEURE:** Neither party shall be responsible for failure to perform this contract if circumstances beyond their control, including, but not limited to; acts of God, shortage of commodities or supplies to be furnished by the Hotel, governmental authority, or war in the United States that makes it illegal or impossible for the hotel to hold the event.

9. **ARBITRATION:** The parties agree that any dispute in any way arising out of or relating to this contract, other than disputes involving patents, trademarks, trade dress, copyrights, trade secrets, false advertising, false representation, unfair competition and/or infringement of intellectual property rights, will be resolved by arbitration before JAMS/ENDISPUTE® or the American Arbitration Association, pursuant to the organization's rules in the state and city in which the hotel is located and pursuant to that State's law as the governing law. The parties agree that any arbitration award will be enforceable in state or federal court. The prevailing party in any arbitration or court proceeding will be entitled to an award of its reasonable costs and attorney fees and pre and post judgment interest.

10. **ACCEPTANCE:** All of the above facilities and services are being held on a first option tentative basis until **Thursday, April 5, 2007**. After this date all contractual items noted herein shall be null and void unless notified in writing by Orrick Herrington of a delay with the subsequent acceptance of the delay by the hotel.

Dated: _____4/5/07_____ By: _Debra Felder_____ For: Orrick Herrington
Ms. Debra Felder, ~~Partner~~ Associate

Dated: _____ By: _____ For: Hilton Chicago O'Hare Airport
Jenevieve Zolvinski, Sales Representative

TheHiltonFamily

         

## *INSERT HOTEL NAME HERE*

## Credit Card Payment Authorization Form

*Please complete all areas below. Incomplete requests may be rejected. This form must be received at least 5 business days prior to the Check-In, or by specified date in Event Contract, to ensure acceptance of the credit card to be charged. Do not send completed form by email.*

**FAX COMPLETED FORM TO:** *[INSERT FAX #]*         ATTN: Jenevieve Zolvinski

**HOTEL USE ONLY:**                                              Date: April 5, 2007

| | |
|---|---|
| Guest / Group Name: | |
| Check-In / Event Date: | |
| Name of Person/Group Making Reservation: | Phone: |
| Authorized Amount: | Approval Code: — Date: |

**CARDHOLDER - Please complete the following section and sign/date below.**

Cardholder Name as it Appears on Credit Card: Debra L Felder
Cardholder Billing Address: 7969 Blitz Court
City: _____   State: ____   Zip: _____
Daytime /Business Telephone: (202) 339-8567    Evening Telephone: (703) 608-4356
Credit Card Number: _____   Expiration Date: __/__

Credit Card Type: (Circle one)
(Visa) MasterCard        American Express        Discover        JCB        Diners Club

Credit Card Issuing Bank Name: _____    Bank Phone Number (from back of your credit card): _____

I agree to cover the following categories of charges: (Please circle)
(All Charges)        Room & Tax        Food & Beverage        Retail        Recreation

I agree to cover the above categories of charges up to a Maximum Amount of $ all charges

**DIRECT BILL ACCOUNT PAYMENTS ONLY:**

Name on Invoice/Statement _____    Date on Invoice/Statement _____

Invoice/Statement  Number _____    Authorized Amount $ _____

**Note: Charges for room and tax, group deposits or direct bill account payments will be charged to your credit card immediately. Any incidental charges circled above will be charged at the time of check-out.**

Amount to be immediately charged to credit card for room and taxes or deposit: $ 500.00

Final Balance Billed to Credit Card (hotel use only): $ _____

$500.00 original booking fee
+$500.00 additional charges
=$1,000.00

By signing below, you authorize the hotel to charge your credit card immediately for the amount indicated above up to the "Maximum Amount" indicated above. You further acknowledge that if "all charges" has been selected, then all guest/group related charges (less Deposit) will be charged to the above card number at the time of check-out or event conclusion.

Cardholder Signature: Debra L. Felder              Date: 4/5/07