# EXHIBIT H TO ORRICK'S SIXTH QUARTERLY: JANE ROSE REPORTING



# JANE ROSE REPORTING
coast-to-coast court reporting & video coverage

## INVOICE FOR SERVICES

Josh Cutler, Esquire
ORRICK HERRINGTON
Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007

**SEND PAYMENT TO**

Jane Rose Reporting Inc.
2547 State Highway 35
Luck, Wisconsin 54853

Tax Id: 39-2003825

| BILLING REFERENCE | INVOICE DATE | INVOICE NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| 17367-8 | 5/4/2007 | 1064073 | Net 30 | 6/3/2007 |

| PROFESSIONAL COURT REPORTING SERVICES | QTY | RATE | AMOUNT |
|---|---|---|---|
| US DISTRICT COURT - DELAWARE | | | |
| CHAPTER 11 - W.R. GRACE | | | |
| | | | |
| Request on May 1, 2007 for electronic copy of the witnesses listed below | | | |
| Files emailed to Josh Cutler, Esquire | | | |
| | | | |
| DEPOSITION OF: Robert Beber - July 31, 2002 | 225 | 0.50 | 112.50 |
| One Copy - 225 Pages @ $0.50 (electronic copy only) | | | |
| | | | |
| DEPOSITION OF: David Siegel - September 19, 2002 | 299 | 0.50 | 149.50 |
| One Copy - 299 Pages @ $0.50 (electronic copy only) | | | |

CLIENT MATTER _____
APPROVED BY _____
DATE _____

PAY BY AMERICAN EXPRESS, MASTERCARD, VISA
PHONE   1-800-825-3341
EMAIL   janerose@janerosereporting.com

**AMOUNT DUE**        $262.00
INTEREST AT 1.5% PER MO. AFTER 30 DAYS



# JANE ROSE REPORTING
coast-to-coast court reporting & video coverage
phone 1-800-825-3341   janerosereporting.com

**SERVICES RENDERED TO**

Josh Cutler, Esquire
ORRICK HERRINGTON
Washington Harbour
3050 K Street, N.W.
Washington, D.C.  20007

**PLEASE MAKE PAYMENT TO**

Jane Rose Reporting Inc.
Administration Offices
2547 State Highway 35
Luck, Wisconsin 54853

Tax ID:   39-2003825

**INVOICE**
6/13/2007

| BILLING REFERENCE | | INV. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| W.R. Grace | | 1064200 | Net 30 | 7/13/2007 |
| **PROFESSIONAL COURT REPORTING SERVICES** | | QTY | RATE | AMOUNT |
| US DISTRICT COURT - DELAWARE<br>CHAPTER 11 - W.R. GRACE<br>Location: Washington, D.C.<br>Attorney: Raymond Mullady and Annie Hermele | | | | |
| DEPOSITION OF: David Siegel - May 23, 2007<br>One Copy - 348 Pages @ $5.05 - Three (3) Day Expedite Delivery<br>Includes Full-Sized Transcript, Min-U-Script, ASCII & E-Transcript | | 348 | 5.05 | 1,757.40 |
| 460 Hard Copy Tabbed/Scanned Exhibits @ $.55 each | | 460 | 0.55 | 253.00 |
| Federal Express/Delivery Charges | | | 104.11 | 104.11 |

CLIENT MATTER _____
APPROVED BY _____

INTEREST AT 1.5% PER MO. AFTER 30 DAYS
PAY BY AMERICAN EXPRESS, MASTERCARD, VISA

**TOTAL AMOUNT DUE**     $2,114.51



# JANE ROSE REPORTING
coast-to-coast court reporting & video coverage
phone 1-800-825-3341   janerosereporting.com

17367-8

**SERVICES RENDERED TO**

Josh Cutler, Esquire
ORRICK HERRINGTON
Washington Harbour
3050 K Street, N.W.
Washington, D.C.  20007

**PLEASE MAKE PAYMENT TO**

Jane Rose Reporting Inc.
Administration Offices
2547 State Highway 35
Luck, Wisconsin 54853

Tax ID:   39-2003825

**STATEMENT**
7/2/2007

| INVOICE DATE | PAST DUE INVOICES | AMOUNT | BALANCE |
|---|---|---|---|
| 06/13/2007 | W.R. Grace-<br>INV #1064200. Due 07/13/2007. Orig. Amount $2,114.51. | 2,114.51 | 2,114.51 |

CLIENT MATTER _____
APPROVED BY _____

INTEREST AT 1.5% PER MO. AFTER 30 DAYS
PAY BY AMERICAN EXPRESS, MASTERCARD, VISA

| CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 2,114.51 | 0.00 | 0.00 | 0.00 | 0.00 |

TOTAL AMOUNT DUE___ $2,114.51