# EXHIBIT I TO ORRICK'S SIXTH QUARTERLY: LEXISNEXIS CASESOFT



# LexisNexis CaseSoft

5000 Sawgrass Village Circle
Suite 21
Ponte Vedra Beach, FL 32082
Phone: (904) 273-5000  Fax: (904) 273-5001

# Invoice

| DATE | INVOICE NUMBER |
|---|---|
| 4/30/2007 | 07043097003 |

**BILL TO**
Orrick, Herrington & Sutcliffe
Second Floor
666 Fifth Avenue
New York, NY 10103

**SHIP TO**
Orrick, Herrington & Sutcliffe
Second Floor
666 Fifth Avenue
New York, NY 10103

| P.O. NUMBER | ACCOUNT REP | TERMS | SHIP | VIA |
|---|---|---|---|---|
|  | LY | Due on receipt | 4/30/2007 | Electronic |

| ITEM | DESCRIPTION | QUANTITY | AMOUNT | TOTAL |
|---|---|---|---|---|
| Training | On-Site Training Session - Consulting<br>April 12, 2007 - Trainer: Julie Parker |  | 1,000.00 | 1,000.00 |

**REMIT PAYMENTS TO:** LexisNexis CaseSoft,
P.O. Box 7247-6478, Philadelphia, PA  19170-6478

PLEASE SUBMIT ONE COPY OF THIS INVOICE WITH YOUR PAYMENT.

Please read the terms of the LEXISNEXIS SOFTWARE AND CUSTOMER SUPPORT SUBSCRIPTION AGREEMENT at www.casesoft.com/supportagreement.htm.

| | |
|---|---|
| Subtotal | $1,000.00 |
| Sales Tax (8.375%) | $0.00 |
| **Total** | **$1,000.00** |



# LexisNexis CaseSoft

5000 Sawgrass Village Circle
Suite 21
Ponte Vedra Beach, FL 32082
Phone: (904) 273-5000  Fax: (904) 273-5001

# Invoice

| DATE | INVOICE NUMBER |
|---|---|
| 4/9/2007 | 07031597001 |

| BILL TO | SHIP TO |
|---|---|
| Orrick, Herrington & Sutcliffe<br>Second Floor<br>666 Fifth Avenue<br>New York, NY 10103 | Orrick, Herrington & Sutcliffe<br>Second Floor<br>666 Fifth Avenue<br>New York, NY 10103 |

| P.O. NUMBER | ACCOUNT REP | TERMS | SHIP | VIA |
|---|---|---|---|---|
|  | LY | Due on receipt | 4/9/2007 | Electronic |

| ITEM | DESCRIPTION | QUANTITY | AMOUNT | TOTAL |
|---|---|---|---|---|
| Training | On-Site Training Session - March 30, 2007 (Trainer: Julie Parker) |  | 1,800.00 | 1,800.00 |
| Expenses | Travel Expense Reimbursement<br><br>EXPENSES:<br><br>Airline Ticket: $830.20<br>Mileage: $79.54<br>Ground Transportation: $90.00<br>Hotel Room: $257.62<br>Tips: $13.00<br>Meals: $43.18<br><br>TOTAL: $1,313.54 |  | 1,313.54 | 1,313.54 |

**REMIT PAYMENTS TO:** LexisNexis CaseSoft,
P.O. Box 7247-6478, Philadelphia, PA  19170-6478

**PLEASE SUBMIT ONE COPY OF THIS INVOICE WITH YOUR PAYMENT.**

Please read the terms of the LEXISNEXIS SOFTWARE AND CUSTOMER SUPPORT SUBSCRIPTION AGREEMENT at www.casesoft.com/supportagreement.htm.

| | |
|---|---|
| Subtotal | $3,113.54 |
| Sales Tax (8.375%) | $0.00 |
| **Total** | **$3,113.54** |