# EXHIBIT J TO ORRICK'S SIXTH QUARTERLY: MEALS









**FRONTIER Restaurant**
593 Third Avenue   3/25/07   New York
Phone: 685-6340-1
CHECK NUMBER 56254

---

SATURDAY 3-24-07
Cafe Metro
22 West 52nd Street
New York, NY 10017
212-265-4848

Cntr 1663  03/24/07-A  10:43am
Guests 1  BREAKFAST 2  Table (STANDEE)

1..FRESH SQUEEZE OJ          2.99
   FRESH SQ'E OJ             1.49
1..COFFEE/TEA
   MED
1..SNAPP 8BOTTLE SOD         1.69
1..MISC. TAXABLE             3.95

           Items            10.12
           Tax                .85
           TOTAL           10.97

           CASH            20.00
(Change due)                9.03
Check 1663 PAID 10:43am FILESVR#1-A

Thank you for Choosing Cafe Metro
order online at cafemetrony.com
and receive a 10% discount

---

Sunday
Cafe Metro
22 West 52nd Street
New York, NY 10017
212-265-4848

Cntr 4035  04/15/07-A  3:41pm
Guests 1  BREAKFAST 2  Table (STANDEE)

1..SOUP                      3.59
   MED
1..MISC. TAXABLE             2.75
1..MISC. TAXABLE             1.00

           Items             7.34
           Tax                .61
           TOTAL            7.95

           CASH             8.00
(Change due)                 .05
Check 4035 PAID 3:41pm FILESVR#1-A

Thank you for Choosing Cafe Metro
order online at cafemetrony.com
and receive a 10% discount

---

03-25-07
03  *3.75
03  *1.75
*5.50M
000-9124
8-30

Sunday
3-25-07
3/25/8-8/5/03



**ORRICK**

JOHN ANSBRO

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

tel 212-506-3741
fax 212-506-5151
jansbro@orrick.com
WWW.ORRICK.COM

Sunday - 4-1-07.

$12.50

Breakfast

5103

17

Missing Receipt

$10.97
5.5
12.50
12.50
7.95
=$49.42

John Ansbro.

LONDON   LOS ANGELES   MILAN   ORANGE COUNTY   PACIFIC NORTHWEST   PARIS
ROME   SACRAMENTO   SAN FRANCISCO   SILICON VALLEY   TOKYO   WASHINGTON DC

17369-8/5103

Tidewater Landing
Reagan National Airport
Terminal B South Pier

203 Julio S

| Chk 3455 | Mar30'07 06:09PM | Gst 0 |

1 Reg Starr Hill        4.50
1 Reg Bud               3.95
Cash                   20.00

w/Tip = aD
$11

Subtotal                8.45
Sales Tax               0.76
Payment                 9.21
Change Due             10.79
---------203 Check Closed---------
---------Mar30'07 06:09PM---------

```
      YANKEE  CLIPPER
      FOOD SERVICE


   04-25-2007    #1111

   PLN COSANT     2.25 T
   WATER          1.95 T
   TAX            0.35
   TOTAL          4.55
   CATEND        20.00
   CHANGE        15.45

     1CL
```

*Pittsburgh to attend Omnibus Hearing.*

OMNI WILLIAM PENN HOTEL
530 WILLIAM PENN PLACE
PITTSBURGH      PA    15219
**Tele-**           **Fax-**

ANSBRO, JOHN
LAWYERS TRAVEL

1173
153
DDN
1 / 0

| | | | | | |
|---|---|---|---|---|---|
| 05/01/07 | 05/02/07 | | | LAWTVL    ESP | 17000607399 |

| Date | Code | Description | Reference | Amount |
|---|---|---|---|---|
| 05/01/07 | 1173 | WIFI INTERNET ACCESS | 1173/213516/71 | |
| 05/01/07 | 1173 | ROOM SERVICE | 1173/3688/23:12/ROOM SERVICE | $67.11 |
| 05/01/07 | 1173 | ROOM CHARGE | #1173 ANSBRO, JOHN | |
| 05/01/07 | 1173 | COUNTY OCCUPANCY TAX 7% | COUNTY OCCUPANCY TAX 7% | |
| 05/01/07 | 1173 | STATE RAD TAX 1% | STATE RAD TAX 1% | |
| 05/01/07 | 1173 | STATE SALES TAX 6% | STATE SALES TAX 6% | |
| 05/02/07 | 1173 | ROOM SERVICE | 1173/3938/07:53/ROOM SERVICE | $22.84 |
| 05/02/07 | 1173 | AMERICAN EXPRESS | #1173 ANSBRO, JOHN | |

**TOTAL DUE:**      $0.00

17367-8/5103

Au Bon Pain
Au Bon Pain 103

Office Catering Specialists 800-765-4227

STORE #000103

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #3170
2007-05-02                        13:16:24
      000103 3 38 3170

| Fresh Fruit | .79 |
| 20oz Aquafina | 1.79 |

| TO GO | 2.58 |
| Tax | - .06 |
| Amount Due | $2.64 |
| | |
| $5 CASH | $5.00 |
| Change | $2.36 |

** TGI FRIDAY'S #1500 **
PITTSBURGH AIRPORT, PA
Date:        May02'07 07:51PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXX2006
Exp Date:    XX/XX
Auth Code:   583933
Check:       2043
Table:       30/1
Server:      68 JUSTIN S
             J ANSBRO

Subtotal:              26.17

TIP              $  16.00

TOTAL            $  36.17

** GUEST COPY **

17367-8/5103

| $67.11 |
| 22.84 |
| 2.64 |
| +36.17 |
| =$128.76 |

purch (7367-8/5103

YOUR RECEIPT
THANK YOU

05/08/2007  1:38PM    01
000000#0754      CLERK01

DEPT.04            $5.50
DEPT.15            $1.00

ITEMS      20
CASH       $6.50

OMNI WILLIAM PENN HOTEL  
530 WILLIAM PENN PLACE  
PITTSBURGH      PA    15219  
Tele-                Fax-

1624  
153  
KNLUX  
1 / 0

ANSBRO, JOHN  
LAWYERS TRAVEL

| 05/07/07 | 05/08/07 | | | LAWTVL | ESP | 17000608403 |
|---|---|---|---|---|---|---|
| 05/07/07 | 1624 | ROOM CHARGE | #1624 ANSBRO, JOHN | | | |
| 05/07/07 | 1624 | COUNTY OCCUPANCY TAX 7% | COUNTY OCCUPANCY TAX 7% | | | |
| 05/07/07 | 1624 | STATE RAD TAX 1% | STATE RAD TAX 1% | | | |
| 05/07/07 | 1624 | STATE SALES TAX 6% | STATE SALES TAX 6% | | | |
| 05/08/07 | 1624 | ROOM SERVICE | 1624/4491/07:18/ROOM SERVICE | | | $22.84 |
| 05/08/07 | 1624 | AMERICAN EXPRESS | #1624 ANSBRO, JOHN | | | |

$22.84  
+6.50  
=$29.34

**TOTAL DUE:**        $0.00







Felder

breakfast (cash)                    dinner (VISA)

```
                                        HMSHOST
                                     ELI'S CHEESECAKE
    Potbelly Sandwich Works        Chicago 773.686.6180
      A First Class Dive
    Ronald Reagan Nat'l Arpt.
    Quennie        04/11/2007       Seema
    61                8:13 AM       ------------------------------
                        20259       24  APR11'07  5:03PM
                                    ------------------------------
     d Water            2.00
                        1.49        PRE RTE TRK PRV      6.99
     tal                          1 BANANA FRUIT         1.09
                        3.4        1 FRUIT CUP           3.99
                        0.3        1 COKE BTL 20oz       2.09
    n Total             3.6 ← $3.84  XXXXXXXXXXXXXXX0     XX/XX
                                    VISA       A0 4*    15.67
                        4.
    inge                0.1         SUBTOTAL            14.16
                                    TAX                  1.51
    Thanks for your business.       AMOUNT PAID       15.67
    We really appreciate it!
    Visit our Website @
      www.potbelly.com

      --- Check Closed ---   =$19.51
```

Frankel

0236
Server: JOSEPH 1                  Rec: 88
02/14/07 20:16, Swiped   T: 1   Term:  4

ist 54th St
York, NY 10022
)688-1999
HANT #:

  TYPE        ACCOUNT NUMBER      EXP
ICAN EXPRES   XXXXXXXXXXXX2009   0408
: RL FRANKEL
RANSACTION APPROVED
ORIZATION #: 569676
rence: 0214010000236
S TYPE: Credit Card SALE

ECK:              129.5

..P:              25.00

TAL:             154.51

Frankel,
Austern,
Radecki

:(   )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
**** THANK YOU FOR DINING AT BICE ****
        ** VISIT US AT **
     ** WWW.BICENEWYORK.COM **
-------- Customer Copy, Top Copy. --------

**DEAN AND DELUCA**
GEORGETOWN
3276 M STREET NW
WASHINGTON, DC 20007

CATERING INVOICE

3300710

| Delivery Information | | | |
|---|---|---|---|
| DELIVER DATE | 3/30/2007 | OUT OF KITCHEN | |
| DELIVERY DAY | FRIDAY | 10:00 AM | |
| DELIVERY TIME | 12:00 PM | | |

| Deliver To | |
|---|---|
| ORRICK HERRINGTON SUTCLIFFE | |
| 3050 K ST NW/ POTOMAC ROOM | |
| WASHINGTON, DC 20007 | |
| ATTN: ROSE | |
| (202) 339-8588 | PHONE |
| | CELL |

| Billing Information | |
|---|---|
| ORRICK HERRINGTON - | |
| 3050 K STREET NW | |
| SUITE 200 | |
| WASHINGTON, DC 20007 | |
| (202) 339-8400 | PHONE |
| | FAX |

Payment Method: HOUSE 91010506

| Items |
|---|
| THE SHENANDOAH |
| ASSORTED SANDWICHES |
| PASTA SALAD |
| VEGETABLE SALAD |
| COOKIE PLATTER ***NO BROWNIE*** |
| DEAN & DELUCA DELIVERY |
| PAPER |

NOTES: LEAVE BILL WITH RECEPTIONIST

**DEAN & DELUCA**

3276 M Street NW
Washington, DC 20007
(202) 342-2500
www.deandeluca.com

| | |
|---|---|
| CATERING DELIVERY | 25.00 T |
| CATERING FOODS | 132.00 T |
| TAX | 15.70 |
| **** BALANCE | 172.70 |
| House Charge | 172.70 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 2
03/30/07 08:20am 100 3 9 233

For Gifts, Catering, or Delivery call
(202) 342-2500. To order a catalog or
place an order call 1-800-221-7714.

Exchanges and Returns accepted within
10 days when accompanied by a receipt.
Store Credit Only.

Thank you for your patronage.

PHONE: 202-342-2500, EXT 233      3276 M STREET NW, WASHINGTON, DC 20007      FAX: 202-342-2520

**DEAN AND DELUCA**
GEORGETOWN
3276 M STREET NW
WASHINGTON, DC 20007

INVOICE

| | | | | Invoice Number | 4120706 |
|---|---|---|---|---|---|
| Delivery Date | 4/12/2007 | Out of Kitchen | | Deliver To | |
| | THURSDAY | 10:00 AM | | ORRICK HERRINGTON SUTCLIFFE | |
| Delivery Time | 12:00 PM | | | 3050 K ST NW | |
| | | | | WASHINGTON, DC 20007 | |
| | | | | ATTN: ROSE | |
| Billing Information | | | | 202 339-8588 | PHONE |
| ORRICK HERRINGTON | | | | | |
| 3050 K Street, NW | | | | | |
| Suite 200 | | | | | |
| ATTN: ROSE | | | | | |
| 202 339-8400 | PHONE | | | | |
| 202 339-8500 | FAX | | | | |

Payment Method: House Account - 91010506

| Item |
|---|
| THE ROCK CREEK |
|   ASSORTED SANDWICHES |
| PASTA SALAD |
| COOKIE PLATTER |
|   ****NO BROWNIE*** |
| PAPER |
| DEAN & DELUCA DELIVERY |

NOTES

**DEAN & DELUCA**

3276 M Street NW
Washington, DC 20007
(202) 342-2500
www.deandeluca.com

```
CATERING DELIVERY      25.00 T
CATERING FOODS        145.00 T
TAX                    17.00

**** BALANCE          187.00

     House Charge     187.00

     CHANGE             0.00

TOTAL NUMBER OF ITEMS SOLD =   2
04/12/07 08:43am 100 3 6 233
```

For Gifts, Catering, or Delivery call
(202) 342-2500. To order a catalog or
place an order call 1-800-221-7714.

Exchanges and Returns accepted within
10 days when accompanied by a receipt.
Store Credit Only.

Thank you for your patronage.