**DEAN AND DELUCA**
GEORGETOWN
3276 M STREET NW
WASHINGTON, DC 20007

INVOICE



| | | | |
|---|---|---|---|
| DELIVERY DATE | 5/7/2007 | OUT OF KITCHEN | 9:45 AM |
| DELIVERY DAY | MONDAY | | |
| DELIVERY TIME | 11:45 AM | | |

Store Name | 5070710

DELIVER TO
ORRICK HERRINGTON SUTCLIFFE
3050 K ST NW, WDC 20007
THOMAS JEFFERSON ROOM
ATTN: ROSE MEADE
202 339-8588

BILLING
ORRICK HERRINGTON
3050 K Street, NW
Suite 200
ATTN: LATICIA
202 339-8400

Payment     HOUSE  91010506

THE SHENANDOAH
   ASSORTED SANDWICHES

   PASTA SALAD

   GREEN SALAD

   ASSORTED COOKIE AND BROWNIE PLATTER

12 BOTTLES OF WATER

ASSORTED COOKIE AND BROWNIE PLATTER

PAPER

DEAN AND DELUCA DELIVERY

NOTES

# DEAN & DELUCA

3276 M Street NW
Washington, DC  20007
(202) 342-2500
www.deananddeluca.com

| | | |
|---|---|---|
| CATERING DELIVERY | 25.00 | T |
| CATERING BEVERAGES | 18.00 | T |
| CATERING FOODS | 198.00 | T |
| CATERING FOODS | 72.00 | T |
| TAX | 31.30 | |
| **** BALANCE | 344.30 | |
| House Charge | 344.30 | |
| CHANGE | 0.00 | |

TOTAL NUMBER OF ITEMS SOLD = 4
05/07/07 09:38am 101 3 6 233

For Gifts, Catering, or Delivery call
(202) 342-2500. To order a catalog or
place an order call 1-800-221-7714.

Exchanges and Returns accepted within
10 days when accompanied by a receipt.
Store Credit Only.

Thank you for your patronage.

```
'5-07-07 .

02 ⊠*5,3? 1
    *5,3? 3T
    *0,53⊠1

        1  Q
$5.83 → +5.85 TL
    *20,00 RD
    *14.17 CG

    11-52
.00-0217
```

SeamlessWeb Invoice

Meade

Orrick (D

## Detail Invoice Report

Date Range: 4/23/2007 - 5/6/2007 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Tip | Amount | SpcOver InsBdgt | Amnd |
|---------|------|-----------|--------------|----------|--------|-------------|------------------|------|-----|-----|--------|-----------------|------|
| S4634335 | Meade, Rose | 12:21 PM 4/30/2007 12:05 PM | 005789 017367- 000008 | 9432 | High Noon Catering (19) | Catering | | $150.00 | $15.00 | $0.00 | $181.42 | - No | Y |

Mullady

```
        RAK ***
           IL
           OR
       WWW.AMTRAK.COM
     WE'RE MAKING TRAKS

  REG  03-29-2007 09:02
              2154-0000

  HOT BEV            $1
  TL                 $1
  TOTAL           $1.7
  CASH            $20      ← $1.75
  CHANGE          $18

    ***AMTRAK***

  FOR NEXT RESERVATIO..
  CALL 1 800 USA-RAIL
```

Chesapeake Bay Roasting Co.
BWI Airport, Concourse D
Baltimore, MD 21240
phone: 410-859-1154
email: bwicoffee@comcast.net

527 Marie
------------------------------------------
Check: 4023                    Guests: 1
        04/11/2007 09:51AM
------------------------------------------
    16oz French Roast Coffee  1.79
    Muffins                   2.00
    Cash                     20.00

    Sub-Total                 3.79
    Tax                       0.19
    Payment                   3.98
ange Due                    $16.02

    --------- Check Closed -----------
        04/11/2007 09:51:49AM

... ..ase all your coffee needs online @
        www.cbayroasting.com/

    Thank you for joining us!


Order  Number:  4023

```
OMNI WILLIAM PENN HOTEL
530 WILLIAM PENN PLACE
PITTSBURGH, PA. 15219
(412)281-7100
THE TAP ROOM
CHECK:        5 5 6 3
SERVER:      121 RON
DATE:        APR13'07  1:21PM
CARD TYPE:   AMERICAN EXPRESS
ACCT #:      XXXXXXXXXXX2009
EXP DATE:    XX/XX
AUTH CODE:   579537
RESEARCH:    000000000000
               RG JR.


SUBTOTAL:         37.45

GRATUITY           7.50

TOTAL             44.95

              5/

    CUSTOMER SIGNATURE
```

Mullady,
Finch

```
**
    1 8UL
        OR
    WWW.AMTRAK.COM
  WE'RE MAKING TRACKS

REG  04-02-2007 06:15
             0129-000(

    3EER              $6.
    ZELS              $1.
    DOG               $3.
                     $10.



   .L         $10.50
 . {          $20.00
CHANGE         $9.50

THANKS FOR TRAVELING
 ***AMTRAK***
FOR NEXT RESERVATION
CAL' 1 800 USA-RAIL
```

# FABER NEWS STAND
### BWI Amtrak Train Station

902 Sanhmie

---------------------------------
\#   3987         May21'07 10:55AM      0
---------------------------------

034000002207
1 Hershey Chc King          1.70
072440102279
PEOPLE                      3.49
cash                        6.00

Subtotal                    5.19
Tax                         0.26
Total                       5.45
Change Due                  0.55

Thank you for shopping with us!

=$14.49

YOUR RECEIPT
THANK YOU

05/21/2007 12:35PM     ?
000000#9089     CLERK0

DEPT.04          1  $4.
DEPT.04          1  $4.
DEPT.04          1  $1.
DEPT.04          1  $1.

ITEMS      40
CASH   $11.00

Wyron

```
BRASSERIE
100 East 53rd Street
New York, NY 10022
www.thebrasserieny.com
CHECK:      1284
TABLE:      334/1
SERVER:     108 AMY
DATE:       JAN25'07  2:22PM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXXX1005
EXP DATE:   XX/XX
AUTH CODE:  575236
RESEARCH:   702519509941
            RH WYRON

SUBTOTAL:        62.32

TIP   $          12

TOTAL $          74 32

X
        SIGNATURE

X
     PLEASE PRINT NAME
Signed Copy-Merchant
Second Copy-Customer
```

SeamlessWeb Invoice

| Zurbrugg |



| 51435402 | Zurbrugg, Catharine | 6:39 PM 3/14/2007 6:49 PM | 17367-8 | 10038 | (Time Square) Lou's Café | Meals | | | $11.45 | $0.96 | $2.25 | $15.03 | - | No |

| 51327675 | Zurbrugg, Catharine | 3/13/2007 7:01 PM 6:19 PM | 17367-8 | 10038 | Lou's Café | Meals | $15.50 | $1.30 | $3.00 | $20.30 | - | No |

| 52045422 | Zurbrugg, Catharine | 7:14 PM 3/22/2007 7:06 PM | 17367-8 | 10038 | (44th/9th) Pump Energy Food (50th St) | Meals | $12.60 | $1.06 | $3.00 | $17.08 | - | No |

Seamless Web Invoice

6:37 PM

| 51773958 | Zurbrugg, Catharine | 3/19/2007 7:38 PM | 17367-8 | 10038 | Chg) Tang Pavilion | Meals | $8.95 | $0.75 | $2.00 | $11.99 | No |



| 52376733 | Zurbrugg, Catharine | 8:58 PM 3/27/2007 8:51 PM | 17367-8 | 10038 | Haru (Min 12% Tip) | Meals | $20.50 | $1.71 | $2.50 | $25.33 | - | No |

SeamlessWeb Invoice

| 52262841 | Zurbrugg, Catharine | 7:06 PM 3/26/2007 | 17367-8   10038 | Restaurant Mangia | Meals | $18.15 | $1.51 | $3.00 | $23.23 | - | No |
|---|---|---|---|---|---|---|---|---|---|---|---|

Over Budget: 0 transactions ($0.00)

Total Orders: 140

Total: $2,827.44

SeamlessWeb Invoice

## Detail Invoice Report

Date Range: 4/9/2007 - 4/15/2007 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Tip | Amount | SpcOver InsBdgt | Amnd |
|---------|------|-----------|--------------|----------|--------|-------------|------------------|------|-----|-----|--------|-----------------|------|
| | | 1:34 PM | | | Food | | | | | | | | |
| 53555631 | Zurbrugg, Catharine | 4/14/2007 12:15 PM | 17367-8 | 10038 | Marrakesh | Meals | | $10.70 | $0.90 | $1.50 | $13.43 | - | No |

## Detail Invoice Report

Date Range: 4/16/2007 - 4/22/2007 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | TipAmount | SpcOver InsBdgt | Amnd |
|---------|------|-----------|--------------|----------|--------|-------------|------------------|------|-----|-----------|-----------------|------|
| 54078087 | Zurbrugg, Catharine | 4/22/2007 11:59 AM | 17357-8 | 10038 | goodburger (Lex) | | Meals | $15.70 | $1.31 | $3.00 | $20.51 - No | |

SeamlessWeb Invoice



| 53682423 | Zurbrugg, Catharine | 4/16/2007 6:37 PM 6:37 PM | Molyvos | Meals | $18.00 | $1.51 | $3.25 | $23.33 | No | Y |

## Detail Invoice Report

Date Range: 4/23/2007 - 4/29/2007 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Tip | Amount | SpcOver Ins | Amnd Bdgt |
|---------|------|-----------|--------------|----------|--------|-------------|------------------|------|-----|-----|--------|-------------|-----------|
| 54573264 | Zurbrugg, Catharine | 4/29/2007 12:15 PM | 17367-8 | 10028 | goodburger (Lex) | Meals | | $14.70 | $1.23 | $3.00 | $19.40 | - | No |
| 54572251 | McQuade, James | 4/29/2007 | 40203-80 | 3200 | Pump Energy | Meals | | $13.10 | $1.10 | $2.50 | $17.12 | - | No |

| 54276111 | Zurbrugg, Catharine | 4/24/2007 7:54 PM | 17367-8 | 10038 | Tang Pavilion | Meals | $33.90 | $2.84 | $6.25 | $44.06 | - | No |

Dinner for John Ansbro and Catharine Zurbrugg

| | | 7:00 PM | | Cuisine | | | | | | |

| 54160425 | Zurbrugg, Catharine | 4/23/2007 6:20 PM | 17367-8    10038 | Marrakesh | Meals | $16.45 | $1.38 | $3.25 | $21.61 | - | No |

Over Budget: 1 transactions ($3.25)

Total Orders: 172

Total: $4,235.27

| 54850911 | Zurbrugg, Catharine | 5/2/2007 6:45 PM | 17367-8 | 10038 | Lounge Pump Energy Food | Meals | $8.40 | $0.70 | $2.00 | $11.38 | - | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

17367-8

TWO CONTINENTS
HOTEL WASHINGTON
202-638-5900

125 Maria

1/1          1003    GST 1
APR25'07  9:43AM

1 Danish Pastry         3.00
SUBTOTAL                3.00
TAX                     0.30
PAYMENT DUE             3.30

Plus
+ $2.00
for other

ROOM #_____   GRATUITY: 2.00

$7.30
+6.13
=$13.43

TOTAL: $7.30

PRINT NAME: Catharine Zurbrigg

SIGNATURE:_____

---

Potbelly Sandwich Works
A First Class Dive
1400 New York Ave
Washington, DC
Phone (202) 628-9500

Host: Hanh                04/25/2007
Order156                  12:30 PM

Turkey Breast                 3.99
Chips                         0.69
Can Soda                      0.89

Sub Total                     5.57
Tax                           0.56

Dine in Total                 6.13

Cash                          6.25

Change                        0.12

Thanks for your business.
We really appreciate it!
Visit our Website @
www.potbelly.com

--- Check Closed ---