# EXHIBIT K TO ORRICK'S SIXTH QUARTERLY: PUBLICATIONS RE NATIONAL DEPO

# INVOICE

## Henderson Legal Services, Inc.

An Affiliate of National Depo

Please note our new address is: 1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

**Bill To:** John Ansbro, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

**Invoice #:** DC8036
**Invoice Date:** 04/30/2007
**Balance Due:** $ 2,520.30

**Case:** In Re: W.R. Grace & Co.
**Job #:** 3417 | **Job Date:** 4/25/2007 | **Delivery:** Expedited
**Billing Atty:**
**Location:** Kirkland & Ellis
655 15th Street, NW | Washington, DC, DC
**Sched Atty:** John Ansbro

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Frederick Zaremby | Transcript - Original & 1 copy | Page | 324.00 | $5.70 | $1,846.80 |
| 2 | | Transcript - Rough ASCII | Page | 324.00 | $1.50 | $486.00 |
| 3 | | Attendance Fee (appearance) | Hour | 1.00 | $100.00 | $100.00 |
| 4 | | Exhibits | Per page | 210.00 | $0.25 | $52.50 |
| 5 | | Shipping & handling | Package | 1.00 | $35.00 | $35.00 |

**Notes:** Original transcript, expedited (3 business day) delivery

**Invoice Total:** $2,520.30
**Payment:**
**Credits:**
**Balance Due:** $2,520.30

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

# INVOICE

**Henderson Legal Services, Inc.**
An Affiliate of National Depo

Please note our new address is:
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

**Bill To:** John Ansbro, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

**Invoice #:** DC8750
**Invoice Date:** 06/17/2007
**Balance Due:** $ 820.80

**Case:** In Re: W.r. Grace & Co.
**Job #:** 3587 | **Job Date:** 5/30/2007 | **Delivery:** Normal
**Billing Atty:**
**Location:** Kirkland & Ellis
655 15th Street, NW | Washington, DC, DC 20005
**Sched Atty:** John Ansbro

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gary Farrar | Transcript - Original & 1 copy | Page | 101.00 | $3.55 | $358.55 |
| 2 | | Transcript - Rough ASCII | Page | 101.00 | $1.50 | $151.50 |
| 3 | | Realtime | Per page | 101.00 | $1.75 | $176.75 |
| 4 | | Attendance Fee (appearance) | Hour | 1.00 | $100.00 | $100.00 |
| 5 | | Exhibits | Per page | 8.00 | $0.25 | $2.00 |
| 6 | | Shipping & handling | Package | 1.00 | $32.00 | $32.00 |

**Notes** Original transcript, normal delivery

**Invoice Total:** $820.80
**Payment:**
**Credits:**

# INVOICE

## Henderson Legal Services, Inc.
An Affiliate of National Depo

Please note our new address is: 1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Invoice #: DC8750
Job #: 3587
Invoice Date: 06/17/2007

Balance: $ 820.80

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 2 of 2