# EXHIBIT L TO ORRICK'S SIXTH QUARTERLY: PUBLICATIONS RE PACER

# PACER SERVICE CENTER INVOICE/STATEMENT
U.S. COURTS – PACER • P.O. BOX 70951 • CHARLOTTE, NC 28272-0951

| LOGIN ID: | OH0272 | Debra Fullem |
| --- | --- | --- |
| BILLING DATE: | 04/05/2007 | Orrick, Herrington & Sutcliffe LLP |
| BILLING CYCLE: | 01/01/2007 - 03/31/2007 | 202-339-8400 |
| PAGE: | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than 05/07/2007. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440.*

## ACCOUNT SUMMARY

| | | |
| --- | --- | --- |
| Number of Dial-Up PACER Transactions: | 0 | |
| Dial-Up PACER Billing Rate: | $.60 / Minute | |
| Dial-Up PACER Total Time: | 00:00:00 | |
| *Dial-Up PACER Charges:* | $0.00 | |
| Number of PACER-Net Transactions : | 9670 | |
| PACER-Net Billing Rate: | $0.00 / Page | |
| PACER-Net Total Web Pages: | 70741 | |
| *PACER-Net Charges:* | | |
| **Previous Balance:** | | $0.00 |
| **Current Charges:** | | $5659.28 |
| **Total Amount Due:** | | $5659.28 |

| | |
|---|---:|
| | 570.40 |
| | 0.72 |
| | 3.84 |
| | 21.20 |
| | 24.00 |
| | 1253.68 |
| | 24.72 |