# EXHIBIT M TO ORRICK'S SIXTH QUARTERLY: PUBLICATIONS RE PARKING

Mullady

RAK ***

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

:# 21616
29/07 18:26   L#18 A#  1   Txn# 30458
29/07 07:04 In   03/29/07 18:26 Out
# 208062
<. Card       $ 9.00-
(XXXXXXX2009 10/10
-oval No. : 539188
Reference No. . 08829229

B.W.I. AIRPORT PARKING
MAIN TERMINAL GARAGE
MARYLAND PARKING

Rcpt#171456
04/11/07 12:07 LH 8 AM 32 TAM#040121
04/11/07 28:46 to 04/11/07 12:07 OUT
Fee ..... : $15.40
Total Tax   $0.60
Total Fee   $16.00
CASH PAID  $16.00-
Cash Tender $16.00
Change Due  $0.00
THANK YOU
HAVE A SAFE TRIP

BWI AIRPORT PARKING
MAIN TERMINAL GARAGE
MARYLAND PARKING



$20.00

```
                    THE MARC STATION
                      THANKS YOU
                   PLEASE COME AGAIN


        Rcpt# 24152
        04/02/07 19:17    L.#17 A#  1   Txn# 36
        04/02/07 10:56 In   04/02/07 19:17 Ou
        Tkt# 209014
        Amex. Card         $ 9.00-
        XXXXXXXXXXX2009 10/10
        Approval No.: 560360
        Reference No.: 09202136
```

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# [illegible]11
05/21/07 19:33 [illegible] Txn# 42958
05/21/07 11:00 In [illegible]/07 19:33 Out
Tkt# 221680
Amex. Card [illegible]
XXXXXXXXXXX2008 [illegible]
Approval No.: 557391
Reference No.: 14121180

$9.00

Orrick, Herrington Sutcliffe LLP
**Travel Expense Report**

| | | | | |
|---|---|---|---|---|
| Name | Raymond G. Mullady, Jr. | Attorney Number | 6908 | Date 6/5/2007 |
| Home Office/Dept | DC | | | A |
| Client Name | Austern | Client Number | 17367 | |
| Matter Name | Litigation | Number | 8 | |
| Office Charge Number | | Purpose of Trip | 5/23/07 deposition of D. Siegel | |

COPY

RECEIVED JUN 12 2007

| | | REIMBURSABLE | | | | | Prepaid |
|---|---|---|---|---|---|---|---|
| Date | 5/23/2007 | | | | | | |
| City Visited | Baltimore, MD | | | | | | |
| Airline/Train | | | | | | | |
| Rental Car Including Gas | | | | | | | |
| Taxi | | | | | | | |
| Personal Auto Miles: 10 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Mileage X $0.485 | | | | | | | |
| Parking | ✗ $11.00 | | | | | | |
| Tolls | | | | | | | |
| Hotel Expense (Include Tax, Exclude Food) | | | | | | | |
| Telephone & Facsimile | | | | | | | |
| Tips (Non-Food) | | | | | | | |
| Other (Itemize) | | | | | | | |
| A = Total Non Food | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Meals Under $25 (Attach Receipts) | | | | | | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | | | | | | |
| B = Total Meals & Entertainment | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Non Food (From Line A) | | | | | | | |
| Entertainment (From Line B) | | | | | | | |
| Less Cash Advance | | | | | | | |
| Amt. Due/Owed (2)(3) | | | | | | | |

DIRECT DEPOSIT JUN 20 2007

SIGNATURE: Raymond G. Mullady, Jr. /ij
APPROVAL SIGNATURE: Bannon

Instructions:
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the **"Prepaid"** column and attach a copy of the itinerary invoice.
    Do not include **"Prepaid"** amounts with **"REIMBURSABLE"** totals.
4. The total of all travel expenses and meals & entertainment expenses are entered on the "Total" lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

(1) Traveler lost receipt for $11.00 parking

Wyron

```
REAGAN NATIONAL
    AIRPORT
For Questions or Comments: (703)417-4300
   Entrance: 08:06 01/25/07  Lane # 06
   Exit   : 20:06 01/25/07  Lane # 31
   License Plate MD MVC575
   Cashier : 024            Seq. # 8961
   Length of stay  0/000 12hr. 00min.
   Amount Paid  *$  36.00 Card
   *****  Thank You for Flying  *****
   *****  Reagan National Airport  *****
```