# EXHIBIT N TO ORRICK'S SIXTH QUARTERLY: PUBLICATIONS RE TESTIFYING EXPERTS

**amazon**.com.



Amazon.com
1850 Mercer Rd.
Lexington, KY 40511



Debra Felder
Orrick Herrington & Sutcliffe LLP
3050 K St NW
Washington, DC 20007–5108
United States

For detailed information about this and other orders, please visit Your Account. You can also print invoices, change your e-mail address and payment settings, alter your communication preferences, and much more – 24 hours a day – at http://www.amazon.com/your-account.

**Billing Address:**
Debra L Felder
7969 Blitz Court
Dunn Loring, Virginia 22027
United States

**Shipping Address:**
Debra Felder
Orrick Herrington & Sutcliffe LLP
3050 K St NW
Washington, DC 20007–5108
United States

### Returns Are Easy!

Visit http://www.amazon.com/returns to return any item – including gifts – in unopened or original condition within 30 days for a full refund (other restrictions apply). Please have your order ID ready.

DNpBQtPCR/-4 of 4-/next/3231403  PL

**Your order of June  6, 2007 (Order ID 002–7745255–1304047)**

| Qty. | Item | Item Price | Total |
|------|------|-----------:|------:|
| | **IN THIS SHIPMENT** | | |
| 2 | **Asbestos: Medical and Legal Aspects, Fifth Edition** <br> Castleman, Barry I. --- Hardcover <br> (** C–7 : D–7 **)  0735552606 <br> 0735552606 | $175.75 | $351.50 |
| 2 | **Estimating Future Claims: Case Studies from Mass Tort and Product Liability** <br> Dunbar, Frederick D. --- Paperback <br> (** C–7 **)  0963624687 <br> 0963624687 | $38.00 | $76.00 |

Thanks for shopping at Amazon.com, and please come again!

| | |
|---|---:|
| Subtotal | $427.50 |
| Shipping & Handling | $32.95 |
| Order Total | $460.45 |
| Paid via Visa | $460.45 |
| Balance due | $0.00 |

This shipment completes your order.


**amazon**.com
and you're done."

**amazon**.com.  Amazon.com
1850 Mercer Rd.
Lexington, KY 40511



http://www.amazon.com

Debra Felder
Orrick Herrington & Sutcliffe LLP
3050 K St NW
Washington, DC 20007-5108
United States

**Billing Address:**
Debra L Felder
7969 Blitz Court
Dunn Loring, Virginia 22027
United States

**Shipping Address:**
Debra Felder
Orrick Herrington & Sutcliffe LLP
3050 K St NW
Washington, DC 20007-5108
United States

For detailed information about this and other orders, please visit Your Account. You can also print invoices, change your e-mail address and payment settings, alter your communication preferences, and much more – 24 hours a day – at http://www.amazon.com/your-account.

DyTVQ2PLR/-4 of 4-/next/3251615  PL

**Returns Are Easy!**

Visit http://www.amazon.com/returns to return any item – including gifts – in unopened or original condition within 30 days for a full refund (other restrictions apply). Please have your order ID ready.

**Your order of June 23, 2007 (Order ID 002-4566537-2128849)**

| Qty. | Item | Item Price | Total |
|------|------|-----------|-------|
| | **IN THIS SHIPMENT** | | |
| 2 | **Fatal Deception : The Terrifying True Story of How Asbestos is Killing America**<br>Bowker, Michael --- Paperback<br>(** D-4 **) 0743251431  (Sold by Borders teamed with Amazon.com, Inc.)<br>0743251431 | $11.90 | $23.80 |
| 2 | **Libby, Montana: Asbestos and the Deadly Silence of an American Corporation**<br>Peacock, Andrea --- Paperback<br>(** D-4 : E-4 **)  1555663192  (Sold by Borders teamed with Amazon.com, Inc.)<br>1555663192 | $13.12 | $26.24 |

|  |  |
|---|---|
| Subtotal | $50.04 |
| Shipping & Handling | $32.95 |
| Order Total | $82.99 |
| Paid via Visa | $82.99 |
| Balance due | $0.00 |

**Thanks for shopping at Amazon.com, and please come again!**

Unless otherwise noted, items are sold by Amazon.com LLC and taxed if shipped to the states of Kansas, Kentucky, North Dakota, or Washington. For more tax and seller information, visit http://www.amazon.com/o/sor?o=002-4566537-2128849.

This shipment completes your order.

