# EXHIBIT O TO ORRICK'S SIXTH QUARTERLY: PUBLICATIONS RE TRAVEL – AIRFARE/TRAIN

AIRFARE

Ansbro

Delta

ETKT PASSENGER ITINERARY

PAGE 01 OF 02

NOT TRANSFERABLE

ANSBRO/JOHN

DL2079321481 DATE/PLACE OF ISSUE 29MAR07 LGA

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| FRI 30MAR07 | 1943 | OK | DELTA AIR LINES INC | LV NYC-LAGUARDIA | 0730A | 99X | COACH | BREAKFST | |
| | OPERATED BY DELTA SHUTTLE | | | AR WAS-R REAGAN NAT | 840A | | | | @A |
| FRI 30MAR07 | 1962 | OK | DELTA AIR LINES INC | LV WAS-R REAGAN NAT | 0530P | | COACH | SNACK | |
| | OPERATED BY DELTA SHUTTLE | | | AR NYC-LAGUARDIA | 650P | | | | |

CONTINUED . . .

DUPLICATE 0 006 7823238930 6 DUPLICATE

Delta

ETKT PASSENGER RECEIPT

PAGE 02 OF 02

NOT TRANSFERABLE

THIS DOCUMENT EXPIRES 29MAR08

ANSBRO/JOHN

DL2079321481 DATE/PLACE OF ISSUE 29MAR07 LGA

ISS AGT ID AA/AQ CONF NBR CA23ZP

ENDORSEMENTS /VAL DL ONLY/NON ENDO/TRANS

IATA 33601400 TOUR CODE ANHK

FARE CALCULATION NYC DL WAS180.79YSHLGA/ANHK DL NYC180.79 YSHLGA/ANHK USD361.58END ZPLGADCA XT5 .00AY 9.00XF LGA4.5DCA4.5

| | |
|---|---|
| USD | 361.58 |
| US | 27.12 |
| ZP | 6.80 |
| XT | 14.00 |
| | USD409.50 |

FORM OF PAYMENT AXXXXXXXXXXXX2006

DUPLICATE 0 006 7823238930 6 DUPLICATE

Delta

ETKT PASSENGER ITINERARY

PAGE 01 OF 02

NOT TRANSFERABLE

ANSBRO/JOHN

DL2079321481 DATE/PLACE OF ISSUE 30MAR07 LGA

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| FRI 30MAR07 | 1964 | OK | DELTA AIR LINES INC | LV WAS-R REAGAN NAT | 0630P | [illegible] | COACH | SNACK | |
| | OPERATED BY DELTA SHUTTLE | | | AR NYC-LAGUARDIA | 744P | | | | |

CONTINUED...

DUPLICATE 0 0067823238952 C DUPLICATE

Delta

ETKT PASSENGER RECEIPT

PAGE 02 OF 02

NOT TRANSFERABLE

THIS DOC [illegible] EXPIRES 30MAR08

ANSBRO/JOHN

DL2079321481 DATE/PLACE OF ISSUE 30MAR07 LGA

ISS AGT ID [illegible]A2Q CONF NBR CA23ZP

ENDORSEMENTS /VAL DL ONLY NONEND/TRANS

IATA 336[illegible] TOUR CODE ANHK

FARE CALCULATION WAS DL NYC208.60[illegible] ANHK [illegible]208.60END ZPDCA XT 2.50AY 4.50[illegible]

USD 208.61
US 15.65
ZP 3.40
XT 7.00
USD234.66

FORM OF PAYMENT AXXXXXXXXXX[illegible]

DUPLICATE 0 0067823238952 C DUPLICATE

$409.50
234.66
+52.25 (Service Charge
=$696.41

**Orrick, Herrington and Sutcliffe**
666 Fifth Avenue
23rd Floor
New York, NY 10103-0001

212/506.3660
212/506.3636 fax

OVATION TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
**UH6B**

SALES PERSON: 2Q ITINERARY/INVOICE NO. 0005995 DATE: 23 APR 07
CUSTOMER NBR: B90740 JAVOUG PAGE: 01

TO: ORRICK, HERRINGTON
AND SUTCLIFFE, LLP
666 FIFTH AVE
NEW YORK NY 10103

FOR: ANSBRO/JOHN REF: NY-017367-000008-5103

---

```
         BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
         AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
         MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
         EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
         FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
         FOR A COMPLETE LIST OF CARRY ON
         BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
25 APR 07  -  WEDNESDAY
   AIR   DELTA AIR LINES INC  FLT:1943   COACH          BREAKFAST
         LV NEW YORK LGA                 730A           EQP: MD-80
         DEPART: MARINE AIR TERMINAL                    01HR 10MIN
         AR WASHINGTON REAGAN            840A           NON-STOP
         ARRIVE: TERMINAL B                             REF: P0YS9L
         ANSBRO/JOHN                  DL-2079321481
         SEAT AIRPORT CHECKIN
   AIR   DELTA AIR LINES INC  FLT:1964   COACH          SNACK
         LV WASHINGTON REAGAN            630P           EQP: MD-80
         DEPART: TERMINAL B                             01HR 15MIN
         AR NEW YORK LGA                 745P           NON-STOP
         ARRIVE: MARINE AIR TERMINAL                    REF: P0YS9L
         ANSBRO/JOHN                  DL-2079321481
         SEAT AIRPORT CHECKIN

22 OCT 07  -  MONDAY
   OTHER INFORMATION
         HAVE A GREAT TRIP
MCO          XD1965669423
                          BILLED TO AXXXXXXXXXXXX2006          52.25*

AIR TICKET   DL7035496419 ANSBRO JOHN
ELEC TKT                  BILLED TO AXXXXXXXXXXXX2006         409.50*
                                                         ---------------
                          TOTAL BASE                          413.83
                          TOTAL TAX                            47.92
                          NET CC BILLING                      461.75*
                                                         ---------------
                          TOTAL AMOUNT DUE                      0.00
```

CONTINUED ON PAGE 2



06 3426 7778
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NY-017367-000008-5103
890740 0005995 A2Q
ETKT
PASSENGER RECEIPT
A·R·C
DELTA AIR LINES INC XXXXXAHK A33601400 ANSBRO/JOHN
THE LAWYERS TRAVE NEW YORK NY US23APR07 LGA
ANSBRO/JOHN JAVOUG/AA MULTI 7 0011/ ODCA DL1943 Y 25APRYSHLGA/AHK
**NOT VALID FOR** THIS IS YOUR RECEIPT 25APR LGA DL1964 Y 25APRYSHLGA/AHK
**TRANSPORTATION* UH6BA2Q
/VAL DL ONLY/NONENDO/TRANS
FP AXXXXXXXXXXXX2006*0109/ 145512 /FCNYC DL WAS180.79YSHLGA/AHK DL NYC180.79YSHLGA/AHK USD361.58END ZPLGADCA XT5.00AY 9.00XFLGA4.5DCA4.5

FARE XT 14.00
USD 361.58
US 27.12
ZP 6.80
TOTAL USD 409.50

39218352552
0 006 7035496419 3
NOT VALID FOR TRAVEL
0 006 7035496419 3
AA33601400

06 3426 7778
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXXX NY-017367-000008-5103 890740 0005995 A2Q
MISCELLANEOUS CHARGES ORDER
A·R·C PASSENGER RECEIPT
AIRLINES REPORTING CRP A33601400 MISCELLANEOUS
THE LAWYERS TRAVE NEW YORK NYUS23APR07 CHARGES ORDER
ANSBRO/JOHN JAVOUG/AA 7 0011/
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE UH6BA2Q

FP AXXXXXXXXXXXX2006* 0109 / 183933

NOT VALID FOR TRAVEL

FARE USD 52.25
TAX/FEE/CHARGE 0.00
TOTAL USD 52.25

39218352574
890 1965669423 1
8901 AA33601400

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

NY-017367-000008-5103

890740 0005870 A20

ETKT

PASSENGER RECEIPT

A·R·C

DELTA AIR LINES INC XXXXXITN-ANHK A33601400 ANSBRO/JOHN
THE LAWYERS TRAVE NEW YORK NY US11APR07 LGA
ANSBRO/JOHN EIXKLZ/AA MULTI Z 0011/ ODCA DL1943 Y 12APRYSHLGA/ANHK
**NOT VALID FOR** THIS IS YOUR RECEIPT 12APR LGA DL1962 Y 12APRYSHLGA/ANHK
**TRANSPORTATION* UH6BA2Q
/VAL DL ONLY/NON ENDO/TRANS
FP AXXXXXXXXXXXX2006*0109/ 182291 /FCNYC DL WAS18
0.79YSHLGA/ANHK DL NYC180.79 YSHLGA/ANHK
USD361.58END ZPLGADCA XT5.00AY 9.00XF LGA4.5DCA4.5

XT 14.00
USD 361.58
US 27.12
ZP 6.80 39148338003 0 006 7035496320 2 **********
TOTAL USD 409.50

NOT VALID FOR TRAVEL
0 006 7035496320 2
AA33601400

Delta

ETKT PASSENGER RECEIPT

PAGE 02 OF 02

NOT TRANSFERABLE

ANSBRO/JOHN

DL2079321481

THIS DOCUMENT EXPIRES 11APR08

DATE/PLACE OF ISSUE 11APR07 LGA

ISS AGT ID AA/A2Q

CONF NBR DH8FMH

ENDORSEMENTS /VAL DL ONLY/NON ENDO/TRANS

IATA 336[illegible]

TOUR CODE ITN-ANHK

FARE CALCULATION NYC DL WAS180.79YSHLGA/ANHK DL NYC180.79 YSHLGA/ANHK USD361.58END ZPLGADCA XT5 .00AY 9.00XF LGA4.5DCA4.5

USD 361.58
US 27.12
ZP 6.80
XT 14.00
USD409.50

FORM OF PAYMENT AXXXXXXXXXXX2[illegible]

19367-8/5703

DUPLICATE 0 0067035496320 2 DUPLICATE

+52.25 (Ovation Fee) =$461.75

Delta

ETKT PASSENGER ITINERARY

PAGE 01 OF 02

NOT TRANSFERABLE

ANSBRO/JOHN

DL2079321481

DATE/PLACE OF ISSUE 11APR07 LGA

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| THU 12APR07 | 1943 | OK | DELTA AIR LINES INC | LV NYC-LAGUARDIA | 0730A | [illegible] | COACH | BREAKFST | |
| | OPERATED BY DELTA SHUTTLE | | | AR WAS-R REAGAN NAT | 840A | | | | |
| THU 12APR07 | 1962 | OK | DELTA AIR LINES INC | LV WAS-R REAGAN NAT | 0530P | [illegible] | COACH | SNACK | |
| | OPERATED BY DELTA SHUTTLE | | | AR NYC-LAGUARDIA | 650P | | | | |

CONTINUED . . .

DUPLICATE 0 0067035496320 2 DUPLICATE

**Orrick, Herrington and Sutcliffe**
666 Fifth Avenue
23rd Floor
New York, NY 10103-0001

212/506.3660
212/506.3636 fax




THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
**UH6B**

SALES PERSON: 2Q ITINERARY/INVOICE NO. 0005870 DATE: 11 APR 07
CUSTOMER NBR: B90740 EIXKLZ PAGE: 01

TO: ORRICK, HERRINGTON
AND SUTCLIFFE, LLP
666 FIFTH AVE
NEW YORK NY 10103

FOR: ANSBRO/JOHN REF: NY-017367-000008-5103

---

BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA, MEXICO, BERMUDA, AND THE CARIBBEAN. THIS REQUIREMENT EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008 FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV FOR A COMPLETE LIST OF CARRY ON BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

```
12 APR 07  -  THURSDAY
   AIR    DELTA AIR LINES INC  FLT:1943    COACH          BREAKFAST
          LV NEW YORK LGA                  730A           EQP: MD-80
          DEPART: MARINE AIR TERMINAL                     01HR 10MIN
          AR WASHINGTON REAGAN             840A           NON-STOP
          ARRIVE: TERMINAL B                              REF: DH8FMH
          ANSBRO/JOHN                   DL-2079321481
          SEAT DONE AT AIRPORT
   AIR    DELTA AIR LINES INC  FLT:1962    COACH          SNACK
          LV WASHINGTON REAGAN             530P           EQP: MD-80
          DEPART: TERMINAL B                              01HR 20MIN
          AR NEW YORK LGA                  650P           NON-STOP
          ARRIVE: MARINE AIR TERMINAL                     REF: DH8FMH
          ANSBRO/JOHN                   DL-2079321481
          SEAT DONE AT AIRPORT

09 OCT 07  -  TUESDAY
   OTHER INFORMATION
          HAVE A GREAT TRIP
MCO          XD1965160679
                              BILLED TO AXXXXXXXXXXXX2006        52.25*

AIR TICKET   DL7035496320     ANSBRO JOHN
ELEC TKT                      BILLED TO AXXXXXXXXXXXX2006       409.50*
                                                            ------------
                              TOTAL BASE                        413.83
                              TOTAL TAX                          47.92
                              NET CC BILLING                    461.75*
                                                            ------------
                              TOTAL AMOUNT DUE                    0.00
```

CONTINUED ON PAGE 2

06 3426 7778
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

NY-017367-000008-5103 B90740 0006054 A2Q

ETKT PASSENGER RECEIPT XXXXXXXXX

A·R·C XXXX

US AIRWAYS XXXXXCDN132045 A33601400 ANSBRO/JOHN
THE LAWYERS TRAVE NEW YORK NY US30APR07 LGA
ANSBRO/JOHN EJIYDE/AA MULTI 6 0011/ OPIT US1158 G 01MAYGA0N1B
**NOT VALID FOR** THIS IS YOUR RECEIPT LGA US1096 U 02MAYUA0N1B
**TRANSPORTATION* UH6BA2Q
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/
FP AXXXXXXXXXXXX2006*0109/ 165084 /FCNYC US PIT12
0.00GA0N1B US NYC87.44UA0N1B 207.44 END ZPLGAPIT
XT5.00AY9.00XFLGA4.5PIT4.5

| | | | | |
|---|---|---|---|---|
| FARE XT | 14.00 | | | |
| USD | 207.44 | STOCK CONTROL NO | DOCUMENT NUMBER *********** | |
| US | 15.56 | | | NOT VALID FOR TRAVEL |
| ZP | 6.80 | 39218354906 | 0 037 7035496477 3 | 0 037 7035496477 3 |
| USD | 243.80 | | | AA33601400 |


06 3426 7778
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXXXX NY-017367-000008-5103 B90740 0006054 A2Q
MISCELLANEOUS CHARGES ORDER XXXXXXXXX
A·R·C XXXX PASSENGER RECEIPT

AIRLINES REPORTING CRP A33601400 MISCELLANEOUS
THE LAWYERS TRAVE NEW YORK NYUS30APR07 CHARGES ORDER
ANSBRO/JOHN EJIYDE/AA Z 0011/
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE UH6BA2Q

FP AXXXXXXXXXXXX2006* 0109 / 188080

NOT VALID FOR TRAVEL

| | | | |
|---|---|---|---|
| USD | 52.25 | STOCK CONTROL NO | DOCUMENT NUMBER |
| | 0.00 | 39218354921 | 890 1965669474 3 |
| USD | 52.25 | | 8901 AA33601400 |




$243.80
+159.40
=$477.45

Orrick, Herrington
and Sutcliffe
666 Fifth Avenue
23rd Floor
New York, NY 10103-0001

212/506.3660
212/506.3636 fax

OVATION
TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
UH6B

SALES PERSON: 2Q ITINERARY/INVOICE NO. 0006054 DATE: 30 APR 07
CUSTOMER NBR: B90740 EJIYDE PAGE: 01

TO: ORRICK, HERRINGTON
AND SUTCLIFFE, LLP
666 FIFTH AVE
NEW YORK NY 10103

FOR: ANSBRO/JOHN REF: NY-017367-000008-5103

---

BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA, MEXICO, BERMUDA, AND THE CARIBBEAN. THIS REQUIREMENT EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
FOR A COMPLETE LIST OF CARRY ON
BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

```
01 MAY 07  -  TUESDAY
   AIR   US AIRWAYS           FLT:1158   COACH CLASS
         LV NEW YORK LGA                 610P          EQP: AIRBUS A319
         DEPART: USAIRWAYS LA GUARDIA TERM             01HR 37MIN
         AR PITTSBURGH                   747P          NON-STOP
                                                       REF: BSL793
         ANSBRO/JOHN        SEAT-20A   US-E530U52
   HOTEL PITTSBURGH                      OUT-02MAY   CORP ID-N1000598
         OMNI HOTELS                     1 NIGHT
         OMNI WILLIAM PENN HOTEL         1 ROOM      DELUXE ROOM REQ  1 KING OR
         530 WILLIAM PENN PLACE
         PITTSBURGH PA 15219             RATE-153.00USD PER NIGHT
         FONE 1-412-281-7100             CANCEL BY 12P DAY OF ARRIVAL
         FAX  1-412-553-5252
         GUARANTEED LATE ARRIVAL
         CONFIRMATION 2008745473
         NONSMOKE KING

02 MAY 07  -  WEDNESDAY
   AIR   US AIRWAYS           FLT:1096   COACH CLASS
         LV PITTSBURGH                   835P          EQP: AIRBUS A319
                                                       01HR 22MIN
         AR NEW YORK LGA                 957P          NON-STOP
         ARRIVE: USAIRWAYS LA GUARDIA TERM             REF: BSL793
         ANSBRO/JOHN        SEAT-19C   US-E530U52

29 OCT 07  -  MONDAY
   OTHER INFORMATION
         HAVE A GREAT TRIP
MCO          XD1965669474
                        BILLED TO AXXXXXXXXXXX2006          52.25*
```

CONTINUED ON PAGE 2

Orrick, Herrington
and Sutcliffe
666 Fifth Avenue
23rd Floor
New York, NY 10103-0001

212/506.3660
212/506.3636 fax

OVATION
TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
UH6B

SALES PERSON: 2Q ITINERARY/INVOICE NO. 0006054 DATE: 30 APR 07
CUSTOMER NBR: B90740 EJIYDE PAGE: 02

TO: ORRICK, HERRINGTON
AND SUTCLIFFE, LLP
666 FIFTH AVE
NEW YORK NY 10103

FOR: ANSBRO/JOHN REF: NY-017367-000008-5103

---

| | | | |
|---|---|---|---|
| AIR TICKET | US7035496477 | ANSBRO JOHN | |
| ELEC TKT | | BILLED TO AXXXXXXXXXXXX2006 | 243.80* |
| | | TOTAL BASE | 259.69 |
| | | TOTAL TAX | 36.36 |
| | | NET CC BILLING | 296.05* |
| | | TOTAL AMOUNT DUE | 0.00 |

THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
#
##################################################
THANK YOU FOR CHOOSING THE OVATION TRAVEL GROUP
FOR ALL OF YOUR TRAVEL NEEDS
.
EMERGENCY TRAVEL ASSISTANCE
830AM-900PM EST 800-431-1112/212-679-1600
AFTER HOURS TRAVEL HELPLINE-800-876-4922
A FEE WILL BE CHARGED TO YOUR CREDIT CARD FOR
CALLS TO THE AFTER HOURS TRAVEL HELPLINE
YOUR TRAVEL HELPLINE MEMBERSHIP ID IS F6V0
.
.
GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
RECONFIRM ALL FLIGHT TIMES PRIOR TO YOUR DEPARTURE
.
THIS TICKET IS NON REFUNDABLE-VALID ONLY FOR FLIGHTS
ON TICKET. ALL CHANGES ***MUST*** BE MADE AND
TICKET REISSUED ON/BEFORE TRAVEL DATE OF EACH
SEGMENT OF YOUR ITINERARY OR YOUR TICKET WILL HAVE
NO VALUE AND IS *NO*LONGER VALID FOR ANY FUTURE TRAVEL
AS PER AIRLINE RULES.
CHANGES SUBJECT TO FEE,FARE RULES AND FARE DIFFERENCE.
STANDBY ON TICKETED DATE ONLY WILL NOW COST 100.00
ON MOST CARRIERS WHEN PERMITTED.
9AM-530PM EST MONDAY THRU FRIDAY CALL 212-506-3660
AFTER HOURS PLEASE CALL 800-876-4922 - YOUR
TRAVEL HELPLINE MEMBER ID IS UH6B

CONTINUED ON PAGE 3




**OVATION AND THE LAWYERS TRAVEL SERVICE**
PHONE: 212-506-3660
E-MAIL OVATION AND THE LAWYERS TRAVEL SERVICE

## Electronic Invoice

Print this page | Close window | Help

Salesperson: 2Q | Invoice number: 0006112 | Date: 04MAY2007
For: ANSBRO/JOHN | Record locator: MWYGDS | Customer number: B90740

ORRICK, HERRINGTON
AND SUTCLIFFE, LLP
666 FIFTH AVE
NEW YORK NY 10103

Notes: BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
MEXICO, BERMUDA, AND THE CARIBBEAN. THIS REQUIREMENT
EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
FOR A COMPLETE LIST OF CARRY ON
BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

**Mon, May 7**

| **Air** | DELTA AIR LINES INC | Flight # : 1945 | Economy | Breakfast |
|---|---|---|---|---|
| | From : NEW YORK LGA, NY | | 0830A | |
| | Departure Terminal : Z | | | 1Hr 30Min |
| | To : WASHINGTON REAGAN, DC | | 1000A | Non Stop |
| | Arrival Terminal : B | | | |
| | ANSBRO/JOHN | | DL - XXXXXXXX81 | |

---

**Mon, May 7**

| **Air** | US AIRWAYS | Flight # : 3477 | Economy | |
|---|---|---|---|---|
| | From : WASHINGTON REAGAN, DC | | 0635P | |
| | Departure Terminal : C | | | 1Hr 00Min |
| | To : PITTSBURGH, PA | | 0735P | Non Stop |
| | ANSBRO/JOHN | Seat(s) - 13C | US - XXXXX52 | |

Notes: OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS
SEAT DONE AT AIRPORT

**Mon, May 7**

**Hotel**

| | |
|---|---|
| PITTSBURGH, PA | Out - 08MAY |
| OMNI HOTELS | 1 Night(s) |
| OMNI WILLIAM PENN HOTEL | 1 Room(s) - DELUXE ROOM REQ 1 KING OR 1 Q |
| 530 WILLIAM PENN PLACE | Rate - 153.00USD Per Night |
| PITTSBURGH PA 15219 | |

Phone 1-412-281-7100
Guaranteed Late Arrival
Confirmation: 2008770179
CD- N1000598
NONSMOKE KING

**Tue, May 8**

| | | | | |
|---|---|---|---|---|
| **Air** | US AIRWAYS | Flight # : 3482 | Economy | |
| | From : PITTSBURGH, PA | | 0125P | |
| | | | | 1Hr 20Min |
| | To : NEWARK, NJ | | 0245P | Non Stop |
| | Arrival Terminal : A | | | |
| | Equipment : EMBRAER JET | | | |
| | ANSBRO/JOHN | Seat(s) - 02C | US - XXXXX52 | |

Notes: OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS
SEAT DONE AT AIRPORT

**Tue, Nov 13**

**Other** INFORMATION
HAVE A GREAT TRIP

| | | | |
|---|---|---|---|
| Ticket number | DL7043874035 | ANSBRO JOHN | |
| | | Billed to AX XXXXXXXXXX 2006 | *208.00 |

NY→DC

| | |
|---|---|
| Total base fare amount | 183.81 |
| Total taxes | 24.19 |
| Net credit card billing | *208.00 |
| Total amount due | 0.00 |

THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
9AM-530PM EST MONDAY THRU FRIDAY CALL 212-506-3660
AFTER HOURS PLEASE CALL 800-876-4922 - YOUR
TRAVEL HELPLINE MEMBER ID IS UH6B
HU*
HU*
HU*

Your travel arranger provides the information contained in this document to you. *Sabre®* *Virtually There®* is not responsible for the content of this document. Please contact your travel arranger should you have any questions.




**OVATION AND THE LAWYERS TRAVEL SERVICE**
PHONE: 212-506-3660
E-MAIL OVATION AND THE LAWYERS TRAVEL SERVICE

## Electronic Invoice

Print this page | Close window | Help

| | | |
|---|---|---|
| Salesperson: 2Q | Invoice number: 0006114 | Date: 07MAY2007 |
| For: ANSBRO/JOHN | Record locator: MWYGDS | Customer number: B90740 |

ORRICK, HERRINGTON
AND SUTCLIFFE, LLP
666 FIFTH AVE
NEW YORK NY 10103

Notes: BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
MEXICO, BERMUDA, AND THE CARIBBEAN. THIS REQUIREMENT
EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
FOR A COMPLETE LIST OF CARRY ON
BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

**Mon, May 7**

| | | | | |
|---|---|---|---|---|
| **Air** | DELTA AIR LINES INC | Flight # : 1945 | Economy | Breakfast |
| | From : NEW YORK LGA, NY | | 0830A | |
| | Departure Terminal : Z | | | 1Hr 30Min |
| | To : WASHINGTON REAGAN, DC | | 1000A | Non Stop |
| | Arrival Terminal : B | | | |
| | ANSBRO/JOHN | | DL - XXXXXXXX81 | |

---

**Mon, May 7**

| | | | | |
|---|---|---|---|---|
| **Air** | US AIRWAYS | Flight # : 3477 | Economy | |
| | From : WASHINGTON REAGAN, DC | | 0635P | |
| | Departure Terminal : C | | | 1Hr 00Min |
| | To : PITTSBURGH, PA | | 0735P | Non Stop |
| | ANSBRO/JOHN | Seat(s) - 13C | US - XXXXX52 | |
| | Notes: OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS | | | |

**Mon, May 7**

| | | |
|---|---|---|
| **Hotel** | PITTSBURGH, PA | Out - 08MAY |
| | OMNI HOTELS | 1 Night(s) |
| | OMNI WILLIAM PENN HOTEL | 1 Room(s) - DELUXE ROOM REQ 1 KING OR 1 Q |
| | 530 WILLIAM PENN PLACE | Rate - 153.00USD Per Night |
| | PITTSBURGH PA 15219 | |
| | Phone 1-412-281-7100 | |

Guaranteed Late Arrival
Confirmation: 2008770179
CD- N1000598
NONSMOKE KING

**Tue, May 8**

| | | | | |
|---|---|---|---|---|
| **Air** | US AIRWAYS | Flight # : 3482 | Economy | |
| | From : PITTSBURGH, PA | | 0125P | |
| | | | | 1Hr 20Min |
| | To : NEWARK, NJ | | 0245P | Non Stop |
| | Arrival Terminal : A | | | |
| | Equipment : EMBRAER JET | | | |
| | ANSBRO/JOHN | Seat(s) - 02C | US - XXXXX52 | |

Notes: OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS

**Tue, Nov 13**

**Other** INFORMATION
HAVE A GREAT TRIP

| | | | |
|---|---|---|---|
| Ticket number | US7043874037 | ANSBRO JOHN | |
| | | Billed to AX XXXXXXXXXX 2006 | *378.80 |
| Service Fee | XD1966285278 | | |
| | | Billed to AX XXXXXXXXXX 2006 | *52.25 |
| | | | ---------- |
| | | Total base fare amount | 385.27 |
| | | Total taxes | 45.78 |
| | | Net credit card billing | *431.05 |
| | | | ---------- |
| | | Total amount due | 0.00 |

THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
9AM-530PM EST MONDAY THRU FRIDAY CALL 212-506-3660
AFTER HOURS PLEASE CALL 800-876-4922 - YOUR
TRAVEL HELPLINE MEMBER ID IS UH6B
HU*
HU*
HU*

Your travel arranger provides the information contained in this document to you. *Sabre®* *Virtually There®* is not responsible for the content of this document. Please contact your travel arranger should you have any questions.

**OVATION AND THE LAWYERS TRAVEL SERVICE**

PHONE: 212-506-3660
E-MAIL OVATION AND THE LAWYERS TRAVEL SERVICE

OVATION TRAVEL GROUP
THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

**Electronic Invoice**

Print this page | Close window | Help

Salesperson: 2Q
For: ANSBRO/JOHN

Invoice number: 0006138
Record locator: MWYGDS

Date: 08MAY2007
Customer number: B90740

ORRICK, HERRINGTON
AND SUTCLIFFE, LLP
666 FIFTH AVE
NEW YORK NY 10103

Change of return flight

Notes: BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA, MEXICO, BERMUDA, AND THE CARIBBEAN. THIS REQUIREMENT EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008 FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV FOR A COMPLETE LIST OF CARRY ON BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

**Mon, May 7**

| | | | | |
|---|---|---|---|---|
| **Air** | DELTA AIR LINES INC | Flight # : 1945 | Economy | Breakfast |
| | From : NEW YORK LGA, NY | | 0830A | |
| | Departure Terminal : Z | | | 1Hr 30Min |
| | To : WASHINGTON REAGAN, DC | | 1000A | Non Stop |
| | Arrival Terminal : B | | | |
| | ANSBRO/JOHN | | DL - XXXXXXXX81 | |

---

**Mon, May 7**

| | | | | |
|---|---|---|---|---|
| **Air** | US AIRWAYS | Flight # : 3477 | Economy | |
| | From : WASHINGTON REAGAN, DC | | 0635P | |
| | Departure Terminal : C | | | 1Hr 00Min |
| | To : PITTSBURGH, PA | | 0735P | Non Stop |
| | ANSBRO/JOHN | Seat(s) - 13C | US - XXXXX52 | |
| | Notes: OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS | | | |

**Mon, May 7**

| | | |
|---|---|---|
| **Hotel** | PITTSBURGH, PA | Out - 08MAY |
| | OMNI HOTELS | 1 Night(s) |
| | OMNI WILLIAM PENN HOTEL | 1 Room(s) - DELUXE ROOM REQ 1 KING OR 1 Q |
| | 530 WILLIAM PENN PLACE | Rate - 153.00USD Per Night |
| | PITTSBURGH PA 15219 | |
| | Phone 1-412-281-7100 | |

Guaranteed Late Arrival
Confirmation: 2008770179
CD- N1000598
NONSMOKE KING

**Tue, May 8**

| | | | | |
|---|---|---|---|---|
| Air | US AIRWAYS | Flight # : 3482 | Economy | |
| | From : PITTSBURGH, PA | | 0125P | |
| | | | | 1Hr 20Min |
| | To : NEWARK, NJ | | 0245P | Non Stop |
| | Arrival Terminal : A | | | |
| | Equipment : EMBRAER JET | | | |
| | ANSBRO/JOHN | | US - XXXXX52 | |
| | Notes: OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS | | | |

**Tue, May 8**

| | | | | |
|---|---|---|---|---|
| Air | CONTINENTAL AIRLINES | Flight # : 2511 | Economy | |
| | From : PITTSBURGH, PA | | 1150A | |
| | | | | 1Hr 28Min |
| | To : NEWARK, NJ | | 0118P | Non Stop |
| | Arrival Terminal : C | | | |
| | Equipment : EMBRAER EMB 190 JET | | | |

**Tue, May 8**

| | | | | |
|---|---|---|---|---|
| Air | US AIRWAYS | Flight # : 3918 | Economy | |
| | From : PITTSBURGH, PA | | 0545P | |
| | | | | 1Hr 27Min |
| | To : NEWARK, NJ | | 0712P | Non Stop |
| | Arrival Terminal : A | | | |
| | Equipment : CRJ-CANADAIR REGIONAL JET | | | |
| | ANSBRO/JOHN | | US - XXXXX52 | |

**Tue, May 8**

| | | | | |
|---|---|---|---|---|
| Air | CONTINENTAL AIRLINES | Flight # : 3127 | Economy | |
| | From : PITTSBURGH, PA | | 0525P | |
| | | | | 1Hr 40Min |
| | To : NEWARK, NJ | | 0705P | Non Stop |
| | Arrival Terminal : C | | | |
| | Equipment : EMBRAER EMB 190 JET | | | |

**Tue, Nov 13**

**Other** INFORMATION
HAVE A GREAT TRIP

Ticket number US7043874058 ANSBRO JOHN

| | | | |
|---|---|---|---|
| | | Billed to AX XXXXXXXXXX 2006 | *139.40 |
| Service Fee | XD1966285299 | | |
| | | Billed to AX XXXXXXXXXX 2006 | *52.25 |

----------

| | |
|---|---|
| Total base fare amount | 172.25 |
| Total taxes | 19.40 |
| Net credit card billing | *191.65 |
| | ---------- |
| Total amount due | 0.00 |

THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
9AM-530PM EST MONDAY THRU FRIDAY CALL 212-506-3660
AFTER HOURS PLEASE CALL 800-876-4922 - YOUR
TRAVEL HELPLINE MEMBER ID IS UH6B
THANK YOU FOR CHOOSING THE OVATION TRAVEL GROUP
FOR ALL OF YOUR TRAVEL NEEDS

$208.00
431.05
191.65
=$830.70

EMERGENCY TRAVEL ASSISTANCE
830AM-900PM EST 800-431-1112/212-679-1600
AFTER HOURS TRAVEL HELPLINE-800-876-4922
A FEE WILL BE CHARGED TO YOUR CREDIT CARD FOR
CALLS TO THE AFTER HOURS TRAVEL HELPLINE
YOUR TRAVEL HELPLINE MEMBERSHIP ID IS F6V0

GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
RECONFIRM ALL FLIGHT TIMES PRIOR TO YOUR DEPARTURE

THIS TICKET IS NON REFUNDABLE-VALID ONLY FOR FLIGHTS
ON TICKET. ALL CHANGES ***MUST*** BE MADE AND
TICKET REISSUED ON/BEFORE TRAVEL DATE OF EACH
SEGMENT OF YOUR ITINERARY OR YOUR TICKET WILL HAVE
NO VALUE AND IS *NO*LONGER VALID FOR ANY FUTURE TRAVEL
AS PER AIRLINE RULES.
CHANGES SUBJECT TO FEE,FARE RULES AND FARE DIFFERENCE.
STANDBY ON TICKETED DATE ONLY WILL NOW COST 100.00
ON MOST CARRIERS WHEN PERMITTED.
HU*
HU*
HU*
HU*

Your travel arranger provides the information contained in this document to you. *Sabre®* *Virtually There®* is not responsible for the content of this document. Please contact your travel arranger should you have any questions.

**Delta**

ETKT PASSENGER RECEIPT

PAGE 02 OF 02

NOT TRANSFERABLE

THIS DOCUMENT EXPIRES 04MAY08

ANSBRO/JOHN

DL2079321481

DATE/PLACE OF ISSUE 04MAY07 LGA

ISS AGT ID AA/A2Q

CONF NBR DP1RBG

IATA 33601400

TOUR CODE ITN-ANHK

ENDORSEMENTS /VAL DL ONLY/NONENDO/TRAN

FARE CALCULATION NYC DL WAS183.81YSHLGA/ANHK USD183.81END ZPLGA XT 2.50AY 4.50XFLGA4.5

USD 183.81
US 13.79
ZP 3.40
XT 7.00
USD208.00

FORM OF PAYMENT AXXXXXXXXXXXX2006

DUPLICATE

0 006 7043874035 5

DUPLICATE