Itinerary Confirmation                                                                                       Page 1 of 2

| | | |
|---|---|---|
| ANSBRO/JOHN | NY-017367-000008-5103 | 03May07 05:05pm<br>ORRICK, HERRINGTON<br>AND SUTCLIFFE, LLP |
| | Booking locator: MWYGDS | |

BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
FOR A COMPLETE LIST OF CARRY ON
BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

| | | |
|---|---|---|
| 17May 08:30am<br>Thursday | **Air** Delta Air Lines<br>From: New York La Guardia NY, U<br>Meal:Breakfast Equip:McDonnell Dou<br>Arrival: 17May Thursday 10:00am<br>Stops:0 | Flight#1945 Class:Y<br>To: Washington/Reagan Natl,<br>D<br>Status:Confirmed |

Depart - MARINE AIR TERMINAL
Arrive - TERMINAL B
Delta Air Lines locator: DP1RBG
DL Frequent Flyer# 2079321481-ANSBRO/JOHN

| | | |
|---|---|---|
| 07May 06:35pm<br>Monday | **Air** US Airways<br>From: Washington/Reagan Natl, D<br>Meal:None Equip:E70<br>Arrival: 07May Monday 07:35pm<br>Stops:0 | Flight#3477 Class:Y<br>To: Pittsburgh PA, USA<br>Status:Confirmed |

DCA-PIT OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS
Depart - TERMINAL C
Arrive -
US Airways locator: C5R8PS
US Frequent Flyer# E530U52-ANSBRO/JOHN

OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS

| | | |
|---|---|---|
| | **Hotel** Omni Hotels Omni William Penn Hotel | |
| 07May<br>Monday | 530 WILLIAM PENN PLACE, PITTSBURGH<br>PA 15219 HEA<br>Number of Rooms: 1<br>Confirmation#: 2008770179<br>Check Out: 08May Tuesday (1 Night)<br>Cancel By 12 PM on Date of Arrival<br>NONSMOKE KING | Phone:1-412-281-7100<br>Fax:1-412-553-5252<br>Room Guaranteed<br>Rate: 153.00USD |

| | | |
|---|---|---|
| 08May 01:25pm<br>Tuesday | **Air** US Airways<br>From: Pittsburgh PA, USA<br>Meal:None Equip:E70<br>Arrival: 08May Tuesday 02:45pm<br>Stops:0 | Flight#3482 Class:Y<br>To: Newark Liberty Internatio<br>Status:Confirmed |

PIT-EWR OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS
Depart -
Arrive - TERMINAL A

```
                US Airways locator: C5R8PS
                US Frequent Flyer# E530U52-ANSBRO/JOHN

                OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRWAYS
```

| 13Nov07 Tuesday | **Other** INFORMATION HAVE A GREAT TRIP |
|---|---|

```
        Ovation and The Lawyers' Travel Service can proactively notify
        you of
        flight changes, delays and cancellations. To opt in, go to
        http://www.ovationtravel.com/alerts

        We value your input and welcome you to fill out our online
        survey:
        http://www.ovationtravel.com/survey

        Discover Hotel Crescent Court, a luxury hotel in downtown
        Dallas.
        Follow this link: http://www.lawyerstravel.com/hotelofthemonth

        Situated in the heart of San Francisco, a city famous for
        activity,
        culture, and tradition, Le Meridien with warm earth tones and
        gorgeous views of the San Francisco skyline offers a truly
        distinctive
        experience to its guests.
        Follow this link: http://www.ovationtravel.com/hotelofthemonth




        THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
        #
        ##################################################
```

ResFAX(r) Copyright(c) 1992-2007 Cornerstone Information Systems, Inc., Bloomington, IN

***ResFAX Message ID 4351014***
***ResFAX Itinerary E-Mail***



07 3426 3215
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

NOT TRANSFERABLE

NY-017367-000008-5103          B90740    0006296    A2Q

ETKT                    PASSENGER RECEIPT                    XXXXXXXCASS

A·R·C xxx

ISSUED BY          TOUR CODE          AGENT CODE
DELTA AIR LINES INC    XXXXXXANHK    PLACE OF ISSUE    A33601400    ANSBRO/JOHN
THE LAWYERS TRAVE    NEW YORK    NY    US29MAY07    LGA
ANSBRO/JOHN          IZTQXY/AA MULTI    6 0011    ODCA DL1943 Y 30MAYYSHLGA/ANHK
**NOT VALID FOR**    THIS IS YOUR RECEIPT    STATUS    LGA DL1960 Y 30MAYYSHLGA/ANHK
**TRANSPORTATION*                    ISSUING AGENT ID    UH6BA2Q

VALID DL/NONEND-REF AGT
FP AXXXXXXXXXXXX2006*0109/    121613 /FCNYC DL WAS18
9.86YSHLGA/ANHK DL NYC189.86YSHLGA/ANHK379.72 END Z
PLGADCA XT5.00AY9.00XFLGA4.5DCA4.5

FARE    XT 14.00
USD    379.72                    NOT VALID FOR TRAVEL
TAX/FEE/CHARGE    US 28.48    STOCK CONTROL NO TX 889    CK    CPN    DOCUMENT NUMBER
ZP 6.80    39287423733    0 006 7043874191 0    0 006 7043874191 0
TOTAL
USD 429.00                    AA33601400

07 3426 3215
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXX    NY-017367-000008-5103          B90740    0006296    A2Q
SUBJECT TO CONDITIONS OF CONTRACT
MISCELLANEOUS CHARGES ORDER                    XXXXXXXCASS

A·R·C xxx PASSENGER RECEIPT

ISSUED BY          AGENT CODE          NAME OF PASSENGER
AIRLINES REPORTING CRP    OF    PLACE OF ISSUE    A33601400    MISCELLANEOUS
THE LAWYERS TRAVE    NEW YORK    NYUS29MAY07    CHARGES ORDER
ANSBRO/JOHN          IZTQXY/AA    0011/    FROM
AIRLINES REPORTING CORP                    NOT VALID BEFORE    TO
TRAVEL RELATED SERVICE FEE                    UH6BA2Q

FP AXXXXXXXXXXXX2006* 0109 /    148698

                    NOT VALID FOR TRAVEL

FARE    USD 52.25
TAX/FEE/CHARGE    0.00    STOCK CONTROL NO TX 659    CK    CPN    DOCUMENT NUMBER    CK
TOTAL    39287423766    890 8152025406 4
USD 52.25                    8901 AA33601400

Virtually There - eTicket Receipt Duplicate Copy                                    Page 1 of 2

 **OVATION AND THE LAWYERS TRAVEL SERVICE**
PHONE:  212-506-3660
E-MAIL OVATION AND THE LAWYERS TRAVEL SERVICE

## eTicket Receipt Duplicate Copy

🖶 Print this page | Close window | Help

**Sabre Reservation Code: JZTQXY**

| | | | |
|---|---|---|---|
| Ticket number: | 0067043874191 | Issuing agent: | NEW YORK NY |
| Issuing airline: | DELTA AIR LINES INC | Issuing agent: | UH6B/A2Q |
| | | IATA number: | 33601400 |
| Date issued: | 29MAY07 | Invoice number: | 0006296 |
| Tour Code: | ANHK | | |
| Customer number: | B90740 | | |

Passenger: ANSBRO/JOHN [NY-017367-000008-5103]

| | | | |
|---|---|---|---|
| **30MAY07** | **DELTA AIR LINES INC DL 1943** | | |
| From: NEW YORK LGA, NY | MARINE AIR TERMINAL | Departs:730A Economy | Confirmed |
| To:  WASHINGTON REAGAN, DC | TERMINAL B | Arrives: 840A Fare basis: YSHLGA/ANHK | |
| **Airline Confirmation: QTB77Q** | | | |
| **30MAY07** | **DELTA AIR LINES INC DL 1960** | | |
| From: WASHINGTON REAGAN, DC | TERMINAL B | Departs:430P Economy | Confirmed |
| To:  NEW YORK LGA, NY | MARINE AIR TERMINAL | Arrives: 538P Fare basis: YSHLGA/ANHK | |
| **Airline Confirmation: QTB77Q** | | | |

~~Form of payment: Credit Card - American Express  XXXXXXXXXXX 2006~~

Endorsement / restrictions: VALID DL/NONEND-REF AGT

Fare calculation line:
NYC DL WAS189.86YSHLGA/ANHK DL NYC189.86YSHLGA/ANHK379.72 END ZPLGADCA XT5.00AY9.00XFLGA4.5DCA4.5

| | |
|---|---|
| Fare: | USD 379.72 |
| Taxes/fees/charges | |
| Taxes/fees/charges: | USD  28.48 US US Transportation Tax |
| Taxes/fees/charges: | USD   6.80 ZP US Segment Tax |
| Taxes/fees/charges: | USD  14.00 XT Combined Taxes |
| Total: | USD 429.00 |

$429.00
+$52.25 (Service Fee)
=$481.25

**Positive identification required for airport check in**





CC-1348
PAGE   2

**AIR/RAIL TRANSACTIONS**
TICKET CHARGES AND TICKET REFUNDS

ACCOUNT – BTA

ACCOUNT NUMBER:   3782-

STATEMENT
04/26/0

| ACCOUNT NUMBER / ACCOUNT NAME / PASSENGER | TRANSACTION DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES TO AMEX |
|---|---|---|---|---|
| 3782-937008 TOM BEATTY | | | | |
| BURNS/JAM | 04/13/07 | 8901965420... | 52.25 | 15224-2 |
| | 04/17/07 | 8901965420100 | 52.25 | 15224-2 |
| | | | $104.50 | |
| BURSIK/HE | 04/23/07 | 0017039568129  5V 4514 | 897.69 | 5545-90 |
| | 04/25 | | | |
| | 04/23/07 | 8901965893327 | 52.25 | 5545-90 |
| BURTON/PR | 03/28/07 | 0167828377256  DC 8812 | $950.12 | 16318-4 |
| | 03/29 | | 874.06 | |
| CANGIALOS | 04/10/07 | 55470354963.06  104 1414 | 390.00 | 17367-8 |
| | 04/12 | | $974.06 | |
| | 04/10/07 | 8901965160663 | 52.25 | 17367-8 |
| CARRADERO, | 04/10/07 | 8901965205687  5V 4091 | $382.25 | 17793-10 |
| | | | (15.00) | $15.00 |

Cangialosi

AMERICAN EXPRESS

Services

TOLL FREE
1-800-492-1477

FAX
1-623-492-5339



Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

Account Number
3782-937008-11008

Closing Date
04/26/07

Page 137 of 257

**Activity Continued**

| | Reference Code | Amount $ |
|---|---|---|

| 04/11/07 | AMTRAK                NEW YORK      NY | 04859170000 | 330.00 |
|---|---|---|---|

TKT# 5547035496306              04/10
PASSENGER TICKET
CANGIALOSI/JAMES          AMTRAK
THE LAWYERS TVL SERV      NEW YORK      NY
FROM
  NEW YORK - PENN,NY
TO              CARRIER CLASS
  WASHINGTON-UNIO,DC   2V   1K
TO
  NEW YORK - PENN,NY
TO
  WASHINGTON-UNIO,DC   2V   1K

Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Account Number
3782-937008-11008

| Activity Continued | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 04/11/07 | TRAVEL AGENCY SERVICENEW YORK      NY | | 06594170000 | 52.25 |
| | TKT# 8901965160663                04/10 | | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | |
| | CANGIALOSI/JAMES          TRAVEL AGENCY SERVICE F | | | |
| | THE LAWYERS TVL SERV    NEW YORK        NY | | | |
| | FROM | | | |
| |      NOT RECORDED | | | |
| | TO              CARRIER CLASS | | | |
| |      NOT RECORDED | | | |
| 04/11/07 | TRAVEL AGENCY SERVICENEW YORK      NY | | 06594170000 | 52.25 |



1025 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

TOTAL TAX $473.80 →



**REFERENCE COPY**

American Society
of Travel Agents

WWW.PASSPORTEXECUTIVE.COM

EasyCheck-in: Boarding Documents                                                        Page 2 of 2

## *⧫* U N I T E D
# EconomyPlus

## Economy Plus purchase receipt                                                April 10, 2007

---

**Washington, D.C (DCA) to Chicago, IL (ORD)**

| **Flight** | **Departs** | **Arrives** | **Cabin** |
|---|---|---|---|
| United 607 | Washington, D.C (DCA)<br>Apr 11 | Chicago, IL (ORD)<br>Apr 11 | United Economy Plus |

---

| | |
|---|---|
| **Name** | **FELDER, DEBRA** |
| Number in party | 1 |
| Ticket number | 0167036142300 |
| **Total** | **USD 29.00** |
| Form of payment | XXXXXXXXXXXX9380 |
| Document number | 0164068223828  5 |

$214.40
+  29.00
=$243.40

---

### Economy Plus Purchase Terms and Conditions
Economy Plus® purchase applies for flights printed on your receipt only. Valid for travel on United® / United Express® / Ted℠ only. Star Alliance® or marketed code share flights are not permitted. Economy Plus purchase is processed based on the seating availability at the time of check-in. Economy Plus purchase is nonrefundable unless Economy Plus is not available for the flights indicated on the receipt. Amount of refund for unfulfilled segment(s) will be calculated according to the segment fee charged at time of sale. To request a refund send your original receipt and boarding pass to:

United Airlines
WHQAK - Passenger Refunds
P.O. Box 66282
Chicago, IL 60666

Void if sold or bartered.

---

## *⧫⧫⧫* U N I T E D
### It's time to fly.™

Printed from *⧫⧫⧫* U N I T E D c C O M ®

```
06 8212 6889
PASSENGER TICKET AND BAGGAGE CHECK                                    8888881868    1116798
SUBJECT TO CONDITIONS OF CONTRACT
ISSUED BY:    EJKT      A·R·C    TIAPR07   PASSENGER RECEIPT 1 OF 1    ORD                      7
        UNITED AIRLINES                  8811 / 1218  A50 / A50           US    DCA UA 622   Q 11APR QA8NDX
ISOLATION POINT OFFICE   PASSPORT EXECUTIVE     / WASHINGTON  DC              89888291
NAME OF PASSENGER  FELDER/DEBRA                           QA8NDX                         0
FROM **NOT VALID FOR**  **RETAIN THIS  RECEIPT**   VALID AFTER
TO  ** TRANSPORTATION** **THROUGHOUT  YOUR JOURNEY*
NONREF/CHG100PLUSFAREDIF/CXL BY FLT DATE OR NOVALUE
                                                           HYKFCT/AA
ORIGINAL ISSUE                      ISSUED IN EXCHANGE FOR      CONJ. TKT. NO.

CHI UA WAS189.77QA8NDX 189.77 END ZPORD XT2.50AY4.50XFORD4.5

FARE  USD   189.77   EQUIV. FARE PAID    VIXXXXXXXXXXX9388*1089/  811714
TAX/FEE/CHARGE  US  14.23   FORM OF PAYMENT
TAX/FEE/CHARGE  ZP   3.40   STOCK CONTROL NUMBER TX     DOCUMENT NUMBER      NOT VALID FOR TRAVEL
TAX/FEE/CHARGE  XT   7.00  88940161122901     0 016 7036142526 1      016 7036142526 1
TOTAL  USD   214.40
```



1025 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

SALES PERSON: CUYLER    ITINERARY/INVOICE NO. 1116798           DATE: 11 APR 07
CUSTOMER NBR: 0000001060                         WXKFCT          PAGE: 01

          TO: ORRICK HERRINGTON
              3050 K ST. NW
              WASHINGTON DC 20007


     FOR: FELDER/DEBRA


     11 APR 07  -  WEDNESDAY
         AIR    UNITED AIRLINES      FLT:622    ECONOMY
                LV CHICAGO OHARE                505P          EQP: AIRBUS A319
                DEPART: TERMINAL 1                            01HR 46MIN
                AR WASHINGTON REAGAN            751P          NON-STOP
                ARRIVE: TERMINAL C                            REF: MZL5SB
                FELDER/DEBRA              US-L206J76

     AIR TICKET    UA7036142526       FELDER DEBRA
     ELEC TKT                         BILLED TO VISA                   214.40*

                                      TOTAL BASE                       189.77
                                      TOTAL TAX                         24.63
                                      NET CC BILLING                   214.40*
                                                                 -----------------
                                      TOTAL AMOUNT DUE                   0.00

     FOR CHANGES ENROUTE, CALL US AT 800-222-9800.
     FOR **EMERGENCY** RESERVATIONS OR CHANGES AFTERHOURS
       AND WEEKENDS, CALL 800-483-0803  **EMERGENCY ONLY**
       REFER TO MEMBERSHIP CODE-S12J0.  WE MUST CHARGE FOR
       NON-EMERGENCY CALLS.  PLEASE CALL YOUR AIRLINE
       DIRECTLY OR THE AGENCY DURING BUSINESS HOURS FOR
       NON-EMERGENCY MATTERS.
     IF OUT OF USA PLEASE CONSULT YOUR CALLING CARD
       FOR PROPER NUMBER TO CALL.
     PLEASE CK-IN 2 HOURS PRIOR FOR DOMESTIC FLIGHTS**
     THANK YOU FOR CHOOSING PASSPORT EXECUTIVE TRAVEL.
                 ****************
            YOU MAY VERIFY YOUR ITINERARY AND/OR
            PRINT YOUR E-TICKET RECEIPT ON LINE.
               GO TO WWW.PASSPORTEXECUTIVE.COM
                 CLICK ON *VIEW ITINERARY*
          ENTER THE 6-LETTER RECORD LOCATOR AT THE TOP
          OF YOUR INVOICE/ITINERARY AND YOUR LAST NAME.
          WHEN REQUESTED ENTER *PASSPORT* AS YOUR EMAIL.
                 ****************


     *hU



**CUSTOMER'S COPY**

Member
ASTA
American Society
of Travel Agents

WWW.PASSPORTEXECUTIVE.COM



Frankel

Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

$768.40



REFERENCE COPY

Member
ASTA
American Society
of Travel Agents



AUSTERN-GRACE

*17367.9*

1025 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

SALES PERSON: PAT      ITINERARY/INVOICE NO. 1112562      DATE: 03 JAN 07
CUSTOMER NBR: 0000000035              LBRDDA              PAGE: 01

```
    TO: ROGER FRANKEL           ELECTRONIC TICKET
        ORRICK HERRINGTON       RECORD LOCATOR HWJSOC
        3050 K STREET NW
```

FOR: FRANKEL/ROGER


```
04 JAN 07  -  THURSDAY
    AIR   US AIRWAYS           FLT:2174   COACH CLASS
          LV WASHINGTON REAGAN      200P            EQP: AIRBUS A319
          DEPART: TERMINAL C                        01HR 11MIN
          AR NEW YORK LGA           311P            NON-STOP
          ARRIVE: USAIRWAYS LA GUARDIA TERM         REF: HWJSOC
          FRANKEL/ROGER            US-1187366
    HOTEL NEW YORK LGA                OUT-05JAN   CORP ID-C1000650
          OMNI HOTELS              1 NIGHT
          OMNI BERKSHIRE PLACE     1 ROOM    DELUXE ROOM REQUEST  1 KIN
          21 EAST 52ND STREET      COMPLIMENTARY WIRELESS INTERNE
          NEW YORK NY 10022        RATE-309.00USD PER NIGHT
          FONE 1-212-753-5800      CANCEL 24 HOURS PRIOR TO ARRIVAL
          FAX  1-212-754-5018
          GUARANTEED LATE ARRIVAL
          CONFIRMATION 2008067957
          RO KING NON SMOKE

05 JAN 07  -  FRIDAY
    AIR   US AIRWAYS           FLT:2183   COACH CLASS
          LV NEW YORK LGA           500P            EQP: AIRBUS A319
          DEPART: USAIRWAYS LA GUARDIA TERM         01HR 12MIN
          AR WASHINGTON REAGAN      612P            NON-STOP
          ARRIVE: TERMINAL C                        REF: HWJSOC
          FRANKEL/ROGER            US-1187366
HCO       XD8138913909              BILLED TO AMERICAN EXPRESS         45.00*


AIR TICKET   US7795413467      FRANKEL ROGER
ELEC TKT                       BILLED TO AMERICAN EXPRESS          319.65*

                               TOTAL BASE                         323.00
                               TOTAL TAX                           41.65
                               NET CC BILLING                     364.65*

                               TOTAL AMOUNT DUE                     0.00
```

CONTINUED ON PAGE 2

Member
ASTA
American Society
of Travel Agents

**CUSTOMER'S COPY**





1025 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

$364.65

REFERENCE COPY

ACCOUNT NUMBER:

STATEMENT DATE
04/26/07

. ACCOUNT - BTA

7008-11008

CC-1348
PAGE  100

# AIR/RAIL TRANSACTIONS
TICKET CHARGES AND TICKET REFUNDS

Mullady



| ACCOUNT NUMBER / ACCOUNT NAME / PASSENGER NAME | ES YOUR RDS | AIR/RAIL CODE | | TRANSACTION/ DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES TO AMEX |
|---|---|---|---|---|---|---|---|
| 3782-937008-11008 TOM BEATTY/BTA MOSS/GEOFFREY | | | | 03/27/07 | 8901964050204 | $411.05 52.25 | 655-6000 |
| MOSS/MEREDITH | | UA | SCO CA DULLES VA | 04/03/07 04/19 | 0167823238970 | 804.73 52.25 | 655-404 655-404 |
| MOSS/QUINN | | AA | ARE IL DIA NY | 04/13/07 04/26 | 0017035496204 | $556.88 175.84 52.25 | 655-600 |
| MULLADY/RAYMOND | | UA | ARE IL WASH MD | 04/09/07 04/11 | 0167035496207 | $227.08 419.97 294.50 | 17367-8 17367-8 |
| | | US | I PA WASH MD | 04/12/07 04/13 | 0317035496336 | 257.05 | 455-600 |
| | | LH | GERMANY IET UNION GERMANY DULLES VA | 04/05/07 IA/DF | 2207035496260 | 6,996.55 | |
| | | 2V | LSON KENA WASH MD | 03/28/07 04/02 | 5547823238925 | 125.00 181.25 | 17367-8 |

TOLL FREE
1-800-492-3477

FAX
1-623-492-5399


Service.

CC-1348

PAGE 107

# AIR/RAIL TRANSACTIONS
## TICKET CHARGES AND TICKET REFUNDS

SS TRAVEL ACCOUNT - BTA

/BTA
RINGTON
ST
NV 26003

ACCOUNT NUM



STATEMENT DA
04/26/07

ACCOUNT NUMB
ACCOUNT NAM
PASSENGER N

3782-937008-1
TOM BEATTY/B1

| ATION TO: | TRANSACTION/ DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES TO AMEX |
|---|---|---|---|---|
| MULLADY/RAY» | 03/28/07 | 8901963986310 | 52.25 | DC 6908   17367-8 |
| | 04/05/07 | 8901963986367 | 52.25 | 655-600 |
| | 04/09/07 | 8901965160654 | 52.25 | 17367-8 |
| | 04/12/07 | 8901965160693 | 52.25 | 17367-8 |
| **TOTAL** | | | **$7,064.46** | |
| MULLALLY/UEF A | -SAN FRANCISCO CA | 0017035206473 | 1,271.27 | NY 6459   716-605 |
| | -NYC KENNEDY NY 04/18 | | (1423.60) | |
| | -BOSTON MA | 0377039568165 | 831.50 | 655-600 |
| | -WHITE PLAINS NY 05/06 | | (032.65) | |
| | 03/28/07 | 0377814083735 | 309.46 | 11816-5-4 |
| | 04/13/07 | 8901985420019 | 52.25 | 716-605 |
| | 04/25/07 | 8901965693372 | 52.25 | 655-600 |
| **CA TOTAL** | | | **$1,773.23** | |
| MURPHY/BREE A | -SAN FRANCISCO CA | 0167035496271 | 646.23 | DC 8843   655-600 |
| | -WASHINGTN DULLES VA 05/13 | | (192.77) | 10710-2 |
| S VA | -LONDON HEATHROW UK | 0167035498343 | 8,495.90 | |
| UK | -WASHINGTN DULLES VA 04/15 | | (653.05) | 655-600 |
| | 04/06/07 | 8901965160629 | 52.25 | |

C
S

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

Account Number
3782-937008-11008

Page 190 of 257

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 04/13/07 | TRAVEL AGENCY SERVICENEW YORK      NY | 06594220000 | 52.25 |
| | TKT# 8901965160693             04/12 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | MULLADY/RAYMOND          TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TVL SERV     NEW YORK      NY | | |
| | FROM | | |
| |    NOT RECORDED | | |
| | TO               CARRIER CLASS | | |
| |    NOT RECORDED | | |



Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Account Number
3782-937008-11008

Closing Date
04/26/07

Page 73 of 257

**Activity Continued**          Reference Code          Amount $

| | | | | |
|---|---|---|---|---|
| 04/10/07 | UNITED AIRLINES | NEW YORK | NY | |
| | TKT# 0167035496297 | | 04/09 | 06904160000 | 367.72 |
| | PASSENGER TICKET | | | |
| | MULLADY/RAYMOND | UNITED AIRLINES | | |
| | THE LAWYERS TVL SERV | NEW YORK | NY | |
| | FROM | | | |
| | BALTIMORE MD | | | |
| | TO | CARRIER CLASS | | |
| | O HARE FIELD IL | UA QA | | |
| | TO | | | |
| | BALTIMORE MD | UA QA | | |

$367.72
+ 52.25
=$419.97

*Continued on reverse*