Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Account Number
**3782-937008-11008**

Page 116 of 257

**Activity Continued**                                    Reference Code                    Amount $

| 04/13/07 | US AIRWAYS | NEW YORK | NY | 06004220000 | 204.80 |

TKT# 037703549G336                    04/12
PASSENGER TICKET
MULLADY/RAYMOND            US AIRWAYS
THE LAWYERS TVL SERV    NEW YORK        NY
FROM
    BALTIMORE MD
TO                CARRIER CLASS
    PITTSBURGH PA    US    KA
TO
    BALTIMORE MD    US    KA

$204.80
+52.25
=$257.05

Continued on next page

AMERICAN EXPRESS

Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Account Number
**3782-937008-11008**

Closing Date
**04/26/07**

Page 143 of 257

## Activity Continued

| | Reference Code | Amount $ |
|---|---|---|

| | | | |
|---|---|---|---|
| 03/29/07 | TRAVEL AGENCY SERVICENEW YORK     NY | 06593510000 | 52.25 |
| | TKT# 8901963986310              03/28 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | MULLADY/RAYMOND          TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TVL SERV     NEW YORK      NY | | |
| | FROM | | |
| |     NOT RECORDED | | |
| | TO              CARRIER CLASS | | |
| |     NOT RECORDED | | |

*Continued on reverse*



| Prepared For | Account Number | Closing Date | Page 185 of 257 |
|---|---|---|---|
| **TOM BEATTY/BTA**<br>**ORRICK HERRINGTON** | **3782-937008-11008** | **04/26/07** | |

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|

04/10/07   TRAVEL AGENCY SERVICENEW YORK       NY            08594160000                     52.25
           TKT# 8901965160654                 04/09
           MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
           MULLADY/RAYMOND            TRAVEL AGENCY SERVICE F
           THE LAWYERS TVL SERV       NEW YORK        NY
           FROM
               NOT RECORDED
           TO               CARRIER CLASS
               NOT RECORDED

*Continued on reverse*



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| **TOM BEATTY/BTA**<br>**ORRICK HERRINGTON** | 3782-937008-11008 | 04/26/07 | Page 139 of 257 |

**Activity Continued**　　　　　　　　　　　　　　　　　　Reference Code　　　　　　　Amount $

| 03/29/07 | AMTRAK              NEW YORK      NY | 04968810000 | 129.00 |
|---|---|---|---|
| | TKT# 5547823238925                    03/28 | | |
| | PASSENGER TICKET | | |
| | MULLADY/RAYMOND              AMTRAK | | |
| | THE LAWYERS TVL SERV     NEW YORK        NY | | |
| | FROM | | |
| |    BWI AIRPORT RAI,MD | | |
| | TO                    CARRIER CLASS | | |
| |    WILMINGTON      ,DE   2V    1K | | |
| | TO | | |
| |    BWI AIRPORT RAI,MD   2V    1K | | |

*Continued on reverse*

AMERICAN EXPRESS

Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Account Number
3782-937008-11008

Closing Date
04/26/07

Page 143 of 257

**Activity Continued**                                                    Reference Code                          Amount $

| 03/29/07 | TRAVEL AGENCY SERVICENEW YORK    NY | 06598510000 | 52.25 |
| | TKT# 8901963986310              03/28 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | MULLADY/RAYMOND          TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TVL SERV    NEW YORK    NY | | |
| | FROM | | |
| |    NOT RECORDED | | |
| | TO              CARRIER CLASS | | |
| |    NOT RECORDED | | |

*Continued on reverse*



*Passport*
**Executive**
*travel*

1825 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 333-7718 • Fax (202) 342-7475
PE TRAVEL@PASSPORTEXECUTIVE.CO

```
SALES PERSON: PAUL       ITINERARY/INVOICE NO. 1113403         DATE: 24 JAN
CUSTOMER NBR: 0000000050                        CPCPNO          PAGE: 01

        TO: ORRICK HERRINGTON      ELECTRONIC TICKET
            3050 K ST. NW          RECORD LOCATOR MBAJAQ
            WASHINGTON DC 20007


FOR: WYRON/RICHARD H


25 JAN 07  -  THURSDAY
    AIR   US AIRWAYS         FLT:2164   COACH CLASS
          LV WASHINGTON REAGAN         900A         EQP: AIRBUS A319
          DEPART: TERMINAL C                        01HR 14MIN
          AR NEW YORK LGA              1014A        NON-STOP
          ARRIVE: USAIRWAYS LA GUARDIA TERM         REF: MBAJAQ
          WYRON/RICHARD H             US-1967792
    AIR   US AIRWAYS         FLT:2187   COACH CLASS
          LV NEW YORK LGA              700P         EQP: AIRBUS A319
          DEPART: USAIRWAYS LA GUARDIA TERM         01HR 21MIN
          AR WASHINGTON REAGAN         821P         NON-STOP
          ARRIVE: TERMINAL C                        REF: MBAJAQ
          WYRON/RICHARD H             US-1967792
MCO          XD813°644110
                                    BILLED TO AMERICAN EXPRESS        45.0


AIR TICKET     US7808466824        WYRON RICHARD H
ELEC TKT                           BILLED TO AMERICAN EXPRESS       319.6

                                   TOTAL BASE                       323.0
                                   TOTAL TAX                         41.6
                                   NET CC BILLING $364.65   ---->    364.6

                                   TOTAL AMOUNT DUE                    0.0
```

CONTINUED ON PAGE 2

CUSTOMER'S COPY



Member
**ASTA**
American Society
of Travel Agents



1625 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

```
SALES PERSON: CUYLER     ITINERARY/INVOICE NO. 1116196      DATE: 28 MAR 07
CUSTOMER NBR: 0000000050                     FYIEHU        PAGE: 01

       TO: ORRICK HERRINGTON
           3050 K ST. NW
           WASHINGTON DC 20007


FOR: WYRON/RICHARD H


29 MAR 07  -  THURSDAY
    AIR   US AIRWAYS          FLT:2164    COACH CLASS
          LV WASHINGTON REAGAN          900A          EQP: AIRBUS A319
          DEPART: TERMINAL C                          01HR 15MIN
          AR NEW YORK LGA               1015A         NON-STOP
          ARRIVE: USAIRWAYS LA GUARDIA TERM           REF: AXP22X
          WYRON/RICHARD H              US-1967792
    AIR   US AIRWAYS          FLT:2185    COACH CLASS
          LV NEW YORK LGA               600P          EQP: AIRBUS A319
          DEPART: USAIRWAYS LA GUARDIA TERM           01HR 15MIN
          AR WASHINGTON REAGAN          715P          NON-STOP
          ARRIVE: TERMINAL C                          REF: AXP22X
          WYRON/RICHARD H              US-1967792
MCO          XD1964592691
                              BILLED TO AMERICAN EXPRESS         45.00*

AIR TICKET   US7819234182    WYRON RICHARD H
ELEC TKT                     BILLED TO AMERICAN EXPRESS        319.65*
                                                          -------------
                             TOTAL BASE                       323.00
                             TOTAL TAX                          41.65
                             NET CC BILLING    $364.65  -->    364.65*
                                                          -------------
                             TOTAL AMOUNT DUE                    0.00
```

CONTINUED ON PAGE 2

**CUSTOMER'S COPY**

Member
ASTA
American Society
of Travel Agents

▲ **Delta**

ETKT PASSENGER ITINERARY        [Zurbrugg]        PAGE 01 OF 02

NOT TRANSFERABLE

ZURBRUGG/CATHARINE

DATE/PLACE OF ISSUE 29MAR07  LGA

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|----------|--------|--------|----------------|------|------|------|-------|------|--------|
| MAR07 | 1943 | OK | DELTA AIR LINES INC | LV NYC-LAGUARDIA | 0730A | 99X | COACH | BREAKFST | |
| | | | OPERATED BY DELTA SHUTTLE | AR WAS-R REAGAN NAT | 840A | | | | QA |
| MAR07 | 1962 | OK | DELTA AIR LINES INC | LV WAS-R REAGAN NAT | 0530P | | COACH | SNACK | |
| | | | OPERATED BY DELTA SHUTTLE | AR NYC-LAGUARDIA | 650P | | | | |

CONTINUED . . .        DUPLICATE        0  006 7823238929     5        DUPLICATE

▲ **Delta**

ETKT PASSENGER RECEIPT        PAGE 02 OF 02

NOT TRANSFERABLE

ZURBRUGG/CATHARINE

THIS DOCUMENT EXPIRES 29MAR08
DATE/PLACE OF ISSUE 29MAR07  LGA
ISS AGT ID AA/A2C        CONF NBR  CA28ND
IATA 33601400        TOUR CODE ANHK

XORSEMENTS /VAL DL ONLY/NONEND/TRANS

E CALCULATION NYC DL WAS180.79YSHLGA/ANHK DL NYC180.79        YSHLGA/ANHK USD361.58END ZPLGADCA XT5

.00AY 9.00XF  LGA4.5DCA4.5

| | |
|---|---|
| USD | 361.58 |
| US | 27.12 |
| ZP | 6.80 |
| XT | 14.00 |
| USD | 409.50 |

$409.50
+52.25 (Service Fee)
=$461.75

17367~8

**VIP**
**TEL: 7**

DATE: 4/12/07

TRIP ORIGIN: Reese

DESTINATION: 2050

FARE: $ 20 ºº

SIGNATURE

$409.50
+$52.25 (Service Fee)
=$461.75

ETKT PASSENGER RECEIPT

NOT TRANSFERABLE          DL2597062179

E

ONLY/NONENDO/TRANS

WA$180.75YSHLGA/ANHK DL NYC180.79          YSH

.00XF LGA4.5DCA4.5

RM OF PAYMENT AXXXXXXXXXXX1008

DUPLICATE          0  006 7035496319          1

DUPLICATE

JS      27.12
CP       6.80
CT      14.00
        USD409.50



▲**Delta**

VG PASS
ELECTRONIC TICKET

ZURBRUGG/CATHARINE                    1  006  7035496423    3
                                           P2FOWM

DL2597062179

YSHLGA/ANHK

| FLIGHT | DATE | CLASS | ORIGIN | DEPARTS | SEAT |
| DL 1943 | 25APR | Y | NYC-LAGUARDIA | 730A | ANY |

OPERATED BY          COACH      DESTINATION
DELTA SHUTTLE                   WAS-R REAGAN NA

DEPARTURE GATE  SH6    **SUBJECT TO CHANGE**


SEQ NO
040

LGA03011A/KI

---

▲**Delta**                    BOARDING PASS            BOARDING PASS
                          ELECTRONIC TICKET        ******* ET *******
ZURBRUGG/CATHARINE        2  006  7035496423  6     ZURBRUGG/CATHARINE
                              P2FOWM

DL2597062179                              SEAT        DL2597062179        SEAT

YSHLGA/ANHK                               ANY                             ANY

| FLIGHT | DATE | CLASS | ORIGIN | DEPARTS |
| DL1964 | 25APR | Y | WAS-R REAGAN NA | 630P |

OPERATED BY   COACH   DESTINATION                    FLIGHT   DATE
DELTA SHUTTLE         NYC-LAGUARDIA                   DL1964   25APR

                                                     ORIGIN
DEPARTURE GATE  18   **SUBJECT TO CHANGE**           WAS-R REAGAN NA

                                                     DESTINATION
                                                     NYC-LAGUARDIA

                                                     OPERATED BY DELTA SHUTTLE


SEQ NO                                                SEQ NO
056                                                   056

                     DCA065112/LU

CC-1348

PAGE  172

# BUSINESS TRAVEL ACCOUNT - BTA

TOM BEATTY/BTA
ORRICK HERRINGTON
2121 MAIN ST
WHEELING, WV 26003

# AIR/RAIL TRANSACTIONS

TICKET CHARGES AND TICKET REFUNDS

ACCOUNT NUMBER

STATEMENT DATE
04/26/07

ACCOUNT NUMBER
ACCOUNT NAME
PASSENGER NAME

3782-937008-11008
TOM BEATTY/BTA

ZUKLIE/MITCHELL

ZURBRUGG/CATHAR



| ...TING INFORMATION | | TRANSACTION/ DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES TO AMEX |
|---|---|---|---|---|---|
| ...M: | TO: | | | | |
| | | 04/18/07 | 89019654201O7 | 52.25 | 18135-1 |
| **ZUKLIE/MITCHELL TOTAL** | | | | **11,981.74** | |
| ...C LAGUARDIA NY ...SHINGTON NAT'L DC | ...WASHIN NAT'L DC ...NYC LA | 04/11/07 04/12 | 0067005496319 AV4 10058 | 490.50 | 17367-8 |
| ...C LAGUARDIA NY ...SHINGTON NAT'L DC | ...WASHIN NAT'L DC ...NYC LA | 04/24/07 04/25 | 0067005496423 | 40.75 490.50 | 17367-8 |
| ...C LAGUARDIA NY ...SHINGTON NAT'L DC | ...WASHIN NAT'L DC ...NYC LA | 03/29/07 03/30 | 0067823238928 | 40.75 490.50 | 17367-8 |
| ...SHINGTON NAT'L DC | ...WASHIN IA NY | 03/30/07 03/30 | 0067823238953 | 800.91 284.06 | 17367-8 |
| ...' PENN CENTRAL ...SHINGTON DC | ...WASHIN ...NY PENN | 03/28/07 03/30 | 5547823238919 | -880.00 | e |
| ...' PENN CENTRAL ...SHINGTON DC | ...WASHIN ...NY PENN | 03/28/07 VOIDED TKT | 5547823238919 | (-880.00) | |
| | | 03/28/07 | 89019839863O5 | 52.25 | 17367-8 |
| | | 03/29/07 | 89019839863l4 | 52.25 | 17367-8 |
| | | 03/30/07 | 89019839863337 | 52.25 | 17367-8 |
| | | 04/11/07 | 89019851608678 | 52.25 | 17367-8 |

TOLL FREE
1-800-492-1477

FAX
1-623-492-5393

American Express
Corporate
Services



Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

Account Number
**3782-937008-11008**

Closing Date
**04/26/07**

Page 43 of 257

**Activity Continued**          Reference Code          Amount $

| 04/12/07 | DELTA AIR LINES | NEW YORK | NY | | 06904210000 | 409.50 |

TKT# 0067035496319          04/11
PASSENGER TICKET
ZURBRUGG/CATHARINE          DELTA AIR LINES
THE LAWYERS TVL SERV     NEW YORK          NY
FROM
  LAGUARDIA INTL A/P
TO                          CARRIER CLASS
  WASHINGTON NAT'L DC  DL  YS
TO
  LAGUARDIA INTL A/P   DL  YS

03578  R046AMA  06563

*Continued on reverse*



**Prepared For**
TOM BEATTY/BTA
ORRICK HERRINGTON

Account Number
3782-937008-11008

Closing Date
04/26/07

Page 45 of 257

---

**Activity Continued**                                    Reference Code                    Amount $

| 04/25/07 | DELTA AIR LINES    NEW YORK    NY | 06904370000 | 409.50 |
| | TKT# 0067035496423              04/24 | | |
| | PASSENGER TICKET | | |
| | ZURBRUGG/CATHARINE      DELTA AIR LINES | | |
| | THE LAWYERS TVL SERV    NEW YORK    NY | | |
| | FROM | | |
| |    LAGUARDIA INTL A/P | | |
| | TO              CARRIER CLASS | | |
| |    WASHINGTON NAT'L DC  DL   YS | | |
| | TO | | |
| |    LAGUARDIA INTL A/P   DL   YS | | |

*Continued on reverse*



| Prepared For | Account Number | Closing Date | Page 49 of 257 |
|---|---|---|---|
| TOM BEATTY/BTA | 3782-937008-11008 | 04/26/07 | |
| ORRICK HERRINGTON | | | |

**Activity Continued**                                    Reference Code                              Amount $

| 03/30/07 | DELTA AIR LINES       NEW YORK       NY | 06903520000 | 409.50 |
|---|---|---|---|
| | TKT# 0067823238929                    03/29 | | |
| | PASSENGER TICKET | | |
| | ZURBRUGG/CATHARINE         DELTA AIR LINES | | |
| | THE LAWYERS TVL SERV      NEW YORK          NY | | |
| | FROM | | |
| |     LAGUARDIA INTL A/P | | |
| | TO                    CARRIER CLASS | | |
| |   WASHINGTON NAT'L DC   DL    YS | | |
| | TO | | |
| |     LAGUARDIA INTL A/P    DL   YS | | |

| 03/31/07 | DELTA AIR LINES       NEW YORK       NY | 06903530000 | 234.66 |
|---|---|---|---|
| | TKT# 0067823238953                    03/30 | | |
| | PASSENGER TICKET | | |
| | ZURBRUGG/CATHARINE         DELTA AIR LINES | | |
| | THE LAWYERS TVL SERV      NEW YORK          NY | | |
| | FROM | | |
| |   WASHINGTON NAT'L DC | | |
| | TO                    CARRIER CLASS | | |
| |     LAGUARDIA INTL A/P    DL   YS | | |

*Continued on reverse*

| | Prepared For | Account Number | Closing Date | |
|---|---|---|---|---|
| | TOM BEATTY/BTA | 3782-937008-11008 | 04/26/07 | Page 143 of 257 |
| | ORRICK HERRINGTON | | | |

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 03/29/07 | TRAVEL AGENCY SERVICENEW YORK         NY | 06593510000 | 52,25 |
| | TKT# 8901963986305                    03/28 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | ZURBRUGG/CATHARINE         TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TVL SERV    NEW YORK       NY | | |
| | FROM | | |
| |   NOT RECORDED | | |
| | TO              CARRIER CLASS | | |
| |   NOT RECORDED | | |

*Continued on reverse*

Prepared For
**TOM BEATTY/BTA**
ORRICK HERRINGTON

Account Number
**3782-937008-11008**

Page 144 of 257

**Activity Continued**

Reference Code

Amount $

| 03/30/07 | TRAVEL AGENCY SERVICENEW YORK      NY | 06593520000 | 52.25 |
| | TKT# 8901963986314              03/29 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | ZURBRUGG/CATHARINE      TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TVL SERV    NEW YORK      NY | | |
| | FROM | | |
| | NOT RECORDED | | |
| | TO            CARRIER CLASS | | |
| | NOT RECORDED | | |



Prepared For
**TOM BEATTY/BTA**
**ORRICK HERRINGTON**

| Account Number | Closing Date | |
|---|---|---|
| 3782-937008-11008 | 04/26/07 | Page 147 of 257 |

**Activity Continued**                                    Reference Code                                    Amount $

| | | |
|---|---|---|
| 03/31/07 | TRAVEL AGENCY SERVICENEW YORK      NY | 06593530000 | 52.25 |

TKT# 8901963986337             03/30
MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
ZURBRUGG/CATHARINE         TRAVEL AGENCY SERVICE F
THE LAWYERS TVL SERV       NEW YORK      NY
FROM
  NOT RECORDED
TO                 CARRIER CLASS
  NOT RECORDED

*Continued on reverse*

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

Account Number
3782-937008-11008

Page 188 of 257

**Activity Continued**                                          Reference Code                              Amount $

```
04/12/07    TRAVEL AGENCY SERVICENEW YORK        NY          0650#210000                        52.25
            TKT# 8901965160678                  04/11
            MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
            ZURBRUGG/CATHARINE         TRAVEL AGENCY SERVICE F
            THE LAWYERS TVL SERV       NEW YORK        NY
            FROM
                NOT RECORDED
            TO                 CARRIER CLASS
                NOT RECORDED
```

Prepared For
TOM BEATTY/BTA
ORRICK HERRINGTON

Account Number
3782-937008-11008

Page 234 of 257

**Activity Continued**       Reference Code       Amount $

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 04/25/07 | TRAVEL AGENCY SERVICENEW YORK    NY<br>TKT# 8901965669428              04/24<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>ZURBRUGG/CATHARINE        TRAVEL AGENCY SERVICE F<br>THE LAWYERS TVL SERV    NEW YORK       NY<br>FROM<br>  NOT RECORDED<br>TO                    CARRIER CLASS<br>  NOT RECORDED | 06594370000 | 52.25 |

Itinerary Confirmation                    TRAIN                    Page 1 of 1

Ansbro

| ANSBRO/JOHN | NY-000000-000000-5103 | 14May07 01:53pm<br>ORRICK, HERRINGTON<br>AND SUTCLIFFE, LLP |
|---|---|---|
| | Booking locator: HAMTVR | |

| 21May 11:00am<br>Monday | **Rail** Amtrak<br>From: NEW YORK PENN NY<br>Info: AMTRAK 001KD BSNSS | Train: 2155 Class: AMTRAK<br>001KD BSNSS<br>To: WILMINGTON DE<br>Arrival: 21May Monday<br>12:29pm<br>Status: Confirmed |
|---|---|---|
| | Amtrak Reservation Number: 070095 | |

| 21May 05:12pm<br>Monday | **Rail** Amtrak<br>From: WILMINGTON DE<br>Info: AMTRAK 002KB BSNSS | Train: 2172 Class: AMTRAK<br>002KB BSNSS<br>To: NEW YORK PENN NY<br>Arrival: 21May Monday<br>06:45pm<br>Status: Confirmed |
|---|---|---|
| | Amtrak Reservation Number: 070095 | |

```
Ovation and The Lawyers' Travel Service can proactively notify
you of
flight changes, delays and cancellations. To opt in, go to
http://www.ovationtravel.com/alerts

We value your input and welcome you to fill out our online
survey:
http://www.ovationtravel.com/survey

Discover Hotel Crescent Court, a luxury hotel in downtown
Dallas.
Follow this link: http://www.lawyerstravel.com/hotelofthemonth

Situated in the heart of San Francisco, a city famous for
activity,
culture, and tradition, Le Meridien with warm earth tones and
gorgeous views of the San Francisco skyline offers a truly
distinctive
experience to its guests.
Follow this link: http://www.ovationtravel.com/hotelofthemonth




THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
#
#################################################
```

ResFAX(r) Copyright(c) 1992-2007 Cornerstone Information Systems, Inc., Bloomington, IN

***ResFAX Message ID 4370848***
***ResFAX Itinerary E-Mail***



| Prepared For | Account Number | Closing Date | Page 3 of 8 |
|---|---|---|---|
| JOHN ANSBRO | XXXX-XXXXX3-42006 | 06/12/07 | |

**Due in Full continued**

Amount $

05/18/07    AMTRAK    NEW YORK    NY    198.00
AMTRAK
From:    To:    Carrier:    Class:
NEW YORK - PENN,NY
WILMINGTON ,DE    2V    1K
NEW YORK - PENN,NY    2V    1K
Ticket Number: 55470438741465    Date of Departure: 05/21
Passenger Name: ANSBRO/JOHN
Document Type: PASSENGER TICKET

05/18/07    TRAVEL AGENCY SERVICENEW YORK    NY    52.25
TRAVEL AGENCY SERVICE FEE
Routing Details Not Available
Ticket Number: 89019668897666
Passenger Name: ANSBRO/JOHN    =$250.25
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.



Frankel

1025 Thomas Jefferson St. NW
Washington, DC 20007
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

SALES PERSON: PAT          ITINERARY/INVOICE NO. 1116316          DATE: 30 MAR 07
CUSTOMER NBR: 0000000035                        LPOBYB          PAGE: 01

    TO: ROGER FRANKEL            PAPER TICKET
        ORRICK HERRINGTON
        3050 K STREET NW

FOR: FRANKEL/ROGER

02 APR 07 - MONDAY
    RAIL  AMTRAK SERVICE                CONFIRMATION 2V089F96
          LV WASHINGTON DC    700A
          AR WILMINGTON DE    815A
          TRAIN 2154
          AMTRAK 005PA FIRST
    RAIL  AMTRAK SERVICE                CONFIRMATION 2V089F96
          LV WILMINGTON DE    526P
          AR WASHINGTON DC    645P
          TRAIN 2125
          AMTRAK 006PB FIRST
MCO        XD1964809767
                                BILLED TO AMERICAN EXPRESS      45.00*

RAIL TICKET   2V7819234308      FRANKEL ROGER
                                BILLED TO AMERICAN EXPRESS     327.00*
                                                        -------------
                                TOTAL BAS              372.00
                                TOTAL TAX                0.00
                                NET CC BI              372.00*
                                                        -------------
                                TOTAL AMOUNT DUE         0.00

$372/2=$186.00

CONTINUED ON PAGE 2

CUSTOMER'S COPY



06 8212 6889
PASSENGER TICKET AND BAGGAGE CHECK

A·R·C   30MAR07 MCO PASSENGER RECEIPT
AIRLINES REPORTING CRP      8011 / 1218 /35 / X35
PASSPORT EXECUTIVE /WASHINGTON     DC
FRANKEL/ROGER
TO AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

0888888835  1116316
MISCELLANEOUS
CHARGES ORDER
THIS IS YOUR RECEIPT

NOT VALID FOR TRAVEL OR PAYMENT

USD  45.00
0.00

XXXXXXXXXXXX2889* 0400 /   108911

88940161113974     0 890 1964809767 1     8901   09800291

USD  45.00

---

06 8212 6889
PASSENGER TICKET AND BAGGAGE CHECK

A·R·C   30MAR07     PASSENGER RECEIPT 1 OF 1
AMTRAK                8011 / 1218 /35 / X35
PASSPORT EXECUTIVE   /WASHINGTON, D DC
FRANKEL/ROGER
***NOT VALID FOR*****RETAIN THIS RECEIPT***
*TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
AMTRAK RAIL SERVICE          1FULL

0888888835  1116316                7
XWAS
XWIL 2V 2154 PA 82APR 1PAFIRST
WAS 2V 2125 PB 82APR 1P0FIRST

NOT VALID FOR TRAVEL

USD  327.00
EXEMPT

*XXXXXXXXXXXXXX89-XN* 0408/ C 186847

88940161113963     0 554 7819234308 1     554 7819234308 1

USD  327.00

Mullady



$191.00
 191.00
+  21.25 (service charge
=$406.25

Itinerary Confirmation
Page 1 of 1

TRAIN

Ansbro

| ANSBRO/JOHN | NY-000000-000000-5103 | 14May07 01:53pm ORRICK, HERRINGTON AND SUTCLIFFE, LLP |
|---|---|---|
| | Booking locator: HAMTVR | |

| 21May 11:00am Monday | **Rail** Amtrak From: NEW YORK PENN NY Info: AMTRAK 001KD BSNSS | Train: 2155 Class: AMTRAK 001KD BSNSS To: WILMINGTON DE Arrival: 21May Monday 12:29pm Status: Confirmed |
|---|---|---|
| | Amtrak Reservation Number: 070095 | |

| 21May 05:12pm Monday | **Rail** Amtrak From: WILMINGTON DE Info: AMTRAK 002KB BSNSS | Train: 2172 Class: AMTRAK 002KB BSNSS To: NEW YORK PENN NY Arrival: 21May Monday 06:45pm Status: Confirmed |
|---|---|---|
| | Amtrak Reservation Number: 070095 | |

```
Ovation and The Lawyers' Travel Service can proactively notify you of
flight changes, delays and cancellations. To opt in, go to
http://www.ovationtravel.com/alerts

We value your input and welcome you to fill out our online survey:
http://www.ovationtravel.com/survey

Discover Hotel Crescent Court, a luxury hotel in downtown Dallas.
Follow this link: http://www.lawyerstravel.com/hotelofthemonth

Situated in the heart of San Francisco, a city famous for activity,
culture, and tradition, Le Meridien with warm earth tones and
gorgeous views of the San Francisco skyline offers a truly distinctive
experience to its guests.
Follow this link: http://www.ovationtravel.com/hotelofthemonth




THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE.
#
##################################################
```

ResFAX(r) Copyright(c) 1992-2007 Cornerstone Information Systems, Inc., Bloomington, IN

\*\*\*ResFAX Message ID 4370848\*\*\*
\*\*\*ResFAX Itinerary E-Mail\*\*\*

file://C:\Documents and Settings\...\Local Settings\Temporary Internet Files\OLK7\50007... 5/18/2007



| Prepared For<br>JOHN ANSBRO | Account Number<br>XXXX-XXXXX3-42006 | Closing Date<br>06/12/07 | Page 3 of 8 |
|---|---|---|---|

## Due in Full continued

| | | | | | | Amount $ |
|---|---|---|---|---|---|---|
| 05/18/07 | AMTRAK    NEW YORK   NY | | | | | 198.00 |

AMTRAK

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| NEW YORK - PENN,NY | | | |
| | WILMINGTON ,DE | 2V | 1K |
| | NEW YORK - PENN,NY | 2V | 1K |

Ticket Number: 55470438741465          Date of Departure: 05/21
Passenger Name: ANSBRO/JOHN
Document Type: PASSENGER TICKET

| 05/18/07 | TRAVEL AGENCY SERVICENEW YORK   NY | 52.25 |
|---|---|---|

TRAVEL AGENCY SERVICE FEE
Routing Details Not Available
Ticket Number: 89019668897666
Passenger Name: ANSBRO/JOHN
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

=$250.25



Frankel

1025 Thomas Jefferson St. NW
Washington, DC 20067
Tel: (202) 337-7718 • Fax (202) 342-7475
PETRAVEL@PASSPORTEXECUTIVE.COM

```
SALES PERSON: PAT        ITINERARY/INVOICE NO. 1116316        DATE: 30 MAR 07
CUSTOMER NBR: 0000000035                    LPOBYB           PAGE: 01

        TO: ROGER FRANKEL            PAPER TICKET
            ORRICK HERRINGTON
            3050 K STREET NW


FOR: FRANKEL/ROGER



02 APR 07  -  MONDAY
    RAIL  AMTRAK SERVICE              CONFIRMATION 2V089F96
          LV WASHINGTON DC    700A
          AR WILMINGTON DE    815A
          TRAIN 2154
          AMTRAK 005PA FIRST
    RAIL  AMTRAK SERVICE              CONFIRMATION 2V089F96
          LV WILMINGTON DE    526P
          AR WASHINGTON DC    645P
          TRAIN 2125
          AMTRAK 006PB FIRST
HCO          XD1964809767
                                    BILLED TO AMERICAN EXPRESS      45.00*

RAIL TICKET   2V7819234308          FRANKEL ROGER
                                    BILLED TO AMERICAN EXPRESS     327.00*
                                                                -----------
                                    TOTAL BAS            372.00
                                    TOTAL TAX              0.00
                                    NET CC BI            372.00*
                                    TOTAL AMOUNT DUE       0.00
```

$372/2=$186.00

CONTINUED ON PAGE 2



Member
ASTA
American Society
of Travel Agents

**CUSTOMER'S COPY**

06 8212 6889
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
ISSUED BY

A R C  30MAR07 MCO PASSENGER RECEIPT
AIRLINES REPORTING CRP  0011/120/35/X35      US
PASSPORT EXECUTIVE /WASHINGTON  DC   09000291
FRANKEL/ROGER
TO ARLINES REPORTING CORP
TRAVE RELATED SIRVICE FEE

LPUBYB /AA

USD  45.00
0.00

88940161113974    0 890 1964809767 1

USD  45.00

---

000000035  1116316
MISCELLANEOUS
CHARGES ORDER
NAME OF PASSENGER
7 THIS IS YOUR RECEIPT

NOT VALID FOR TRAVEL
OR PAYMENT

8901    09800291

---

06 8212 6889
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
ISSUED BY

A R C  30MAR07  PASSENGER RECEIPT 1 of 1
AMTRAK  0011/120/35/X35      US
PASSPORT EXECUTIVE  /WASHINGTON, D C   09000291
FRANKEL/ROGER  MULTI
***NOT VALID FOR***RETAIN THIS RECEIPT***
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
AMTRAK RAIL SERVICE    1FULL

LPONTA/AA

USD  327.00
EXEMPT

88940161113963    0 554 7819234308 1

USD  327.00

---

000000035  1116316    7
XWAS
XWIL 2V 2154 PA 02APR 1PAFIRST
WAS 2V 2125 PE 02APR 1P0FIRST

NOT VALID FOR TRAVEL
554 7819234308 1

Mullady



$191.00
 191.00
+  21.25 (service charge
=$406.25