# EXHIBIT P TO ORRICK'S SIXTH QUARTERLY: PUBLICATIONS RE TRAVEL – TAXI

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |
| Payment Terms | | |
| Due on Receipt | | |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept

Phone #: (718)499-2007

************** Send remittance to PO Box 159033, BROOKLN, NY 11215 **************    Page 3 of  101

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |



| 02/23/07 | 11:13 | 239 | 7256013 | ANSBRO | | EWR, CONTINENTAL DOMESTIC | 77701 | 60.00 | 3.00 | 0.00 | 1.74 | 88.74 |
| 17357 | | 6 | | 5103 | | 666 5 AVE | 107 | | 16.00 | 8.00 | | 88.74 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |
| **Payment Terms** | | |
| Due on Receipt | | |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept
Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************   Page 13 of 102

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 03/26/07 | 23:45 | 333 | 2779405 | ZARBRIGG | | 666 5 AVE | 107 | 23.00 | 3.00 | 0.00 | 0.52 | 26.52 |
| 17367 | | 8 | | 10038 | | 2560 BROADWAY | 111 | | | | | 26.52 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |

| Payment Terms |
|---|
| Due on Receipt |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103



Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept

Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************      Page 18 of 102

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID/ | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 03/28/07 | 03:14 | 017 | 7185954 | ZUBRUGG | | 666 5 AVE | 107 | 23.00 | 3.00 | 0.00 | 0.52 | 26.52 |
| 17387 | | 15 | | 10038 | | 2350 BROADWAY | 111 | | | | | 26.52 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com



| Invoice # | Date | Total Due |
|---|---|---|
| **Payment Terms** | | |
| Due on Receipt | | |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept

Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************     Page 18 of  102

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 03/28/07 | 03:14 | 017 | 7185954 | ZUBRUGG | | 666 5 AVE | 107 | 23.00 | 3.00 | 0.00 | 0.52 | 26.52 |
| 17367 | | 15 | | 10038 | | 2350 BROADWAY | 111 | | | | | 26.52 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |

**Payment Terms**
Due on Receipt

Account #: 37000 ORRICK HERRINGTON & SUTCL

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Acct. Serv. and Billing Inq: Customer Service Dept

Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************    Page 22 of 102

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 03/29/07 | 15:56 | 264 | 2783212 | WYRON | | 666 5 AVE | 107 | 40.00 | 3.00 | 4.00 | 1.03 | 52.52 |
| 17367 | | 6 | | 9492 | | LGA | 11371 | | 4.50 | | | 52.53 |



# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |

**Payment Terms**
Due on Receipt

Account #: 37000 ORRICK HERRINGTON & SUTCL

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Acct. Serv. and Billing Inq: Customer Service Dept
Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************    Page 3 of    72

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/07 | 05:43 | 459 | 7266704 | ZURBRUGG | 2350 BROADWAY | 111 | 40.00 | 3.00 | 0.00 | 1.57 | 80.07 |
| 17387 | 8 | | 10038 | | LGA | 11371 | 27.00 | 4.00 | 4.50 | | 80.07 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| **Payment Terms** | | |
| Due on Receipt | | |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept
Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************    Page 16 of 83

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID/ | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 04/12/07 | 02:25 | 179 | 7272559 | CANGIALOSI | | REDDING CT | 81214 | 154.00 | 3.00 | 0.00 | 3.25 | 166.01 |
| 17362 | | 08 | 7417 | | | PENN STATION | 105 | | 5.75 | | | 166.01 |
| 04/12/07 | 05:51 | 004 | 7275107 | ZURBRUTG | | 2350 BROADWAY | 111 | 40.00 | 3.00 | 0.00 | 1.49 | 75.99 |
| 17367 | | 8 | | 10038 | | LGA | 11371 | 27.00 | 4.50 | | | 75.99 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |
| Payment Terms | | |
| Due on Receipt | | |

Account #: 37000 ORRICK HERRINGTON & SUTCL

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Acct. Serv. and Billing Inq: Customer Service Dept
Phone #: (718)499-2007

************** Send remittance to PO Box 159033, BROOKLN, NY 11215 **************   Page 6 of 85



| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 04/23/07 00:01 | 360 | 2785831 | | ZAMBRIA ← Misspelled | | VAY | 107 | 23.00 | 3.00 | 0.00 | 0.52 | 26.52 |
| 17357 | | 8 | | 10038 | | | 111 | | | | | 26.52 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| **Payment Terms** | | |
| Due on Receipt | | |

Account #: 37000 ORRICK HERRINGTON & SUTCL

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Acct. Serv. and Billing Inq: Customer Service Dept
Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************   Page 10 of 85

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 04/24/07 00:01 | | 061 | 2785927 | SEE DISP | | 666 5 AVE | 107 | 23.00 | 3.00 | 0.00 | 0.52 | 26.52 |
| 17367 | | 0 | | 10038 | | 2350 BROADWAY | 111 | | | | | 26.52 |



# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |

**Payment Terms**
Due on Receipt

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept

Phone #: (718)499-2007

************** Send remittance to PO Box 159033, BROOKLN, NY 11215 **************   Page 14 of 85

| Date | Time | Car # Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | EMPLOYEE ID/ | | Destination | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 04/25/07 09:34 | 217 | 7174557 | ZUBBRUGG AnspLO | | 2350 BROADWAY | 111 | 40.00 | 0.00 | 0.00 | 1.65 | 94.15 |
| 17357 | 098 | | 6105 | | LGA | 11371 | 27.00 | 6.00 | 4.50 | | 94.15 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |
| **Payment Terms** | | |
| Due on Receipt | | |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept
Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************          Page 12 of 103

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 05/01/07 | 16:00 | 338 | 6881301 | ANSBRO | 1 | 666 5 AVE | 197 | 40.00 | 3.00 | 0.00 | 1.43 | 72.93 |
| 17367 | | 6 | | 5103 | | LGA | 11371 | 24.00 | 4.50 | | | 72.93 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
|  |  | 3 |

**Payment Terms**
Due on Receipt

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept

Phone #: (718)499-2007

************ Send remittance to PO Box 159033, BROOKLN, NY 11215 **************   Page 18 of 103

| Date | Time | Car # | Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | | EMPLOYEE ID/ | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 05/__/07 | 20:50 | 383 | 2795985 | G Z | | 666 5 AVE | 107 | 23.00 | 3.00 | 0.00 | 0.52 | 26.52 |
| 17367 | | 8 | | 10038 | | 2550 BROADWAY | 111 | | | | | 26.52 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| | | |
| **Payment Terms** | | |
| Due on Receipt | | |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept

Phone #: (718)499-2007

*************** Send remittance to PO Box 159033, BROOKLN, NY 11215 ***************     Page 9 of 98

| Date | Time | Car # Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | EMPLOYEE ID# | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 06/07/07 | 06:48 | 386  7229796 | ANSBRO | | 155 E 38 ST | 104 | 40.00 | 3.00 | 0.00 | 0.95 | 48.45 |
| 17367 | | 8 | 5103 | | LGA | 11371 | | | 4.50 | | 48.45 |

# INVOICE

**XYZ Two Way Radio Service, Inc**
Po Box 159033, Brooklyn, NY 11215
Tel. 718-499-2007  Fax. 718-768-5068
www.xyzcar.com

| Invoice # | Date | Total Due |
|---|---|---|
| **Payment Terms** | | |
| Due on Receipt | | |

LISA QUINTANA
ORRICK HERRINGTON & SUTCLIFFE
666 5TH AVE - FLR 2
--JENNIFER LAINE-506-5088
NEW YORK, NY 10103

Account #: 37000 ORRICK HERRINGTON & SUTCL

Acct. Serv. and Billing Inq: Customer Service Dept
Phone #: (718)499-2007

************** Send remittance to PO Box 159033, BROOKLN, NY 11215 **************   Page 13 of 98

| Date | Time | Car # Vchr# | Cust. Name | Car-Pass # | PU Address | Zone | Fare | S.C. | Tips | Misc.* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT # | | MATTER # | EMPLOYEE ID/ | | Destinastion | Zone | Stops | W.T. | Tolls | Phone | Disc Total |
| 05/08/07 | 19:14 | 032  7266445 | ANSBRO | | EWR, US AIR | 77701 | 60.00 | 3.00 | 7.00 | 1.72 | 87.72 |
| 17367 | | 8 | 5103 | | PIER 40 | 101 | | 8.00 | 8.00 | | 87.72 |

