

## Taxi Cab Receipt

17369-3/5703

DATE: 4-12-07                TIME: _____

ORIGIN 3080 K Street    CAB # _____

DESTINATION: Reagan Nat'l Airport.

FARE: $ 20.00    SIGNATURE _____

B-AIRPORT -
17367-8/5103

```
YELLOW CAB PGH
    CAB  #447
05/02/07  18:17

TRIP #        21
DIST    18.19 mi
FARE     $ 32.09
TOTAL    $ 32.09
    THANK  YOU
  (412) 665-8100
```

w/Tip = $35.00

OFFICIAL
TAXI RECEIPT

Date 5-1-07 20 .......

FROM PittsBurgh AiRPoRT ...............

TO Wm-PEnn HoTel ...............

FARE ............... TOLL w/Tip $38.00 TOTAL .........

SIGNATURE 17367-8/5103 ........ # ...............

=$73.00

=$56.00

## TAXICAB RECEIPT

[7367-8/5603

Date: 5-7-07

Time: _____

Company: _____

Origin of Trip: Pittsburgh Airport.

Destination: Wm. Penn Hotel

Fare: TP = $36.00   Sign: _____

*Hope you had a pleasant ride.*
*Thank you for your business*

tips. $4.

DATE 5-7-07   AMOUNTS $20.00

RECEIVED FROM _____

FROM Reagan Hotel Airport.

DESTINATION Crrick DC office

CAB # _____   DRIVER I.D. # _____

DRIVERS NAME [7367-8/5703



17367-8/5703

**JW MARRIOTT.**
PENNSYLVANIA AVENUE
1331 PENNSYLVANIA AVENUE, NW, WASHINGTON, D.C. 20004
PHONE: 202/393-2000;  website: WWW.EXPERIENCEJW.COM

**TAXI CAB RECEIPTS**

=$36.00

DATE: 25 / 30 / 07          TIME: _____

TRIP ORIGIN: K + C .

DESTINATION: _____ Reagan Ntl Airport .

FARE: $ 18.00          SIGNATURE: _____

---

17367-8/3703

**Taxi Cab Receipts**

DATE: 5-30-07          TIME: _____

TRIP ORIGIN: Reagan Ntl Airport

DESTINATION: Kirkland & Ellis

FARE: $ 18.00          SIGNATURE _____









5-21-07

# *Seacoast Taxi*
## 302-377-4357
302-834-7575
### 24 Hours

Date: _____ Cab #: _____

From: *Fredk Station to Wilmington* ← +$3.00 tip

To: _____ *Babylon*

Amount: *99.00* Driver: *Cent.*

=$22.00

17367 8/5 07

$ 8.00 ← +$2.00 tip

17367-8/5/03

w/[Toll+Tip
= $30.00

Pittsburgh Apt.
to Hotel.

```
   YELLOW CAB PGH
     CAB  #346
06/25/07  16:44
06/25/07  17:15
TRIP #      284
DIST   19.78 mi
FARE    $ 35.41
EXTRAS   $ 1.00
TOTAL   $ 36.41
    THANK YOU
  (412) 321-8100
```

w/Tip=
$40.00

=$70.00

## Business Meals and Entertainment Over $25.00 (Required Substantiation)

*To be Reimbursable the Expenses should be incurred immediately before, during or after a meeting where bona fide business was discussed*

| Date | Time (From/To) | Attendee(s) & Position Held | Describe Purpose and Business Reason or Benefit Expected to be Derived | Place | Amount | Client/Matter or Firm No. |
|---|---|---|---|---|---|---|
| 6/25/2007 | | J. Ansbro and R. Mullady | Working dinner | The Carlton | $108.20 | 17367-8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **TOTAL BUSINESS MEALS & ENTERTAINMENT** | | $108.20 | |

**Notes:**    Attach original receipts and explanation for all "other" items and any expenses over $75.00
Total by Date should agree to the first page of this form.

Felder

# TAXICAB RECEIPT

17367/8

Date: 6/22/07
Time: 5:30pm

Company: _____
Origin of Trip: Caplin + Drysdale, 1 Thomas Circle
Destination: Orrick - DC
Fare: 12    Sign: _____

*Hope you had a pleasant ride.*
*Thank you for your business*

17367/8

# TAXICAB RECEIPT

Time: 1:30 pm
Date: 6/22/07

Origin of trip: Orrick DC

Destination: One Thomas Circle

Fare: 12    Sign: _____



Frankel

## Red Top Executive Sedan

**Invoice**

P.O.BOX 100519
Arlington, VA 22210-0748
(703) 525-0900

Account No.:
Invoice No.:
Date:
Page:

ORRICK, HERRINGTON
3050 K STREET NW  SUITE 200
WASHINGTON,  DC 20007

| Vch# | Date | Time | Passenger | Pick Up | Destination | Rate | Wait | Tips | Other | Admin | Disc | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5001067 | 3/29/2007 | 7:30AM | FRANKEL,ROGER | 1615 35TH ST NW WASHINGTO | 944  US AIR, DCA 1136 T | $26.35 | $0.00 | $3.65 | $0.00 | $1.05 | $0.00 | $31.05 |

**Payment and Adjustments:**

| Type | Description | Date | Check# |
|---|---|---|---|
| PA | Payment | 4/5/2007 | 684695 |
| PA | Payment | 4/6/2007 | 664752 |

Printed:    4/16/2007

Mullady

**RECEIPT**

DATE :_____

TIME :_____

# ZIZO CAB
**24 HOUR TAXI SERVICE**
**SERVING ALL DELAWARE**
**CALL : 302-345-8976**

FROM : _Train station_

TO : _824 N. Market_

CAR:_____

DRIVER:_____

TOTAL: $ 6.00

*ON TIME SERVICE*

Zurbrugg.

17367-8
Catharine Zurbrugg

# COLUMBUS CAB CORP.
## FARE RECEIPT

PH: 703-684-7373

FROM _DCA_

TO _3050 K ST. NW_

DATE _3/30/09_    FARE$ _20⁰⁰_

DRIVER'S NAME _PARK_    CAB# _1469_

17367-8    C Zurbrugg

# Taxi Cab Receipts

DATE: _3-30-07_  TIME: _5:48 pm_

TRIP ORIGIN: _DC_

DESTINATION: _DCA_

FARE: $ _21_    SIGNATURE

1767-8

+ toll ± $35.50
$92.⁵⁰
C Zurbrugg

| |
|---|
| $20.00 |
| 21.00 |
| +42.00 |
| =$83.00 |

Orrick, Herrington Sutcliffe LLP
Travel Expense Report

RECEIVED APR 1 6 2007

| Name | Catharine Zurbrugg | | 10038 | 4/13/2007 |
| --- | --- | --- | --- | --- |
| | | | Attorney Number | Date |
| Home Office/Dept | New York / Litigation | | | |
| Client Name | David T. Austern | | Client Number | 17367 |
| Matter Name | W. R. Grace | | Matter Number | 8 |
| Office Charge Number | 17367-8 | | Purpose of Trip | Team Meeting on Managing Docs and Case Planning using Casemap |
| | | | | (This Must Be Completed) |

COPY

| U. S. DOLLAR | | $ | REIMBURSABLE TRAVEL REPORT | | | | | | Prepaid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | 4/12/2007 | | | | | | | | |
| City Visited | Washington, DC | | | | | | | | |
| Airline | | | | | | | | | |
| Rental Car Including Gas | | | | | | | | | |
| Taxi | $49.50 +x | | 55.50 | | | | | | |
| Personal Auto Miles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Mileage X $0.485 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Parking | | | | | | | | | |
| Tolls | $4.50 tol | | | | | | | | |
| Hotel Expense (Include Tax, Exclude Food) | | | | | | | | | |
| Telephone & Facsimile | | | | | | | | | |
| Tips (Non-Food) | $6.00 | | | | | | | | |
| Other (1wk Metro Pass) | | | | | | | | | $409.50 |
| A = Total Non Food | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $409.50 |
| Meals Under $25 (Attach Receipts) | | | | | | | | | |
| Meals Over $25 (Complete Back and Attach Receipts) | | | | | | | | | |
| B = Total Meals & Entertainment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

| | | |
| --- | --- | --- |
| Total Non Food (From Line A) | $60.00 | |
| Total Meals & Entertainment (From Line B) | $0.00 | SIGNATURE: |
| Less Cash Advance | | |
| Amount Due/Owed | $60.00 | |

DIRECT DEPOSIT
APR 2 5 2007

APPROVAL SIGNATURE: _____

Instructions:
1. Attach original receipts for hotel bills and all expenditures $75 and greater.
2. Record each expense under the heading most closely describing the Expenditure, and in the appropriate date column.
3. Enter expenditures charged directly to the firm in the "Prepaid" column and attach a copy of the itinerary invoice.
    Do not include "Prepaid" amounts with "REIMBURSABLE" totals.
4. The total of all travel expenses and meals & entertainment expenses are entered on the "Total" lines for each category.
5. Deduct any travel advances and indicate the difference as amount Due/Owed.

# S E X P E N S E   R E P O R T

U.S. DOLLAR

04/19/07

RECD APR 20 2007
RECEIVED APR 2 4 2007

Name: Catharine Zurbrugg
Home Office: New York
Department: Litigation
Emp.Number: 10038

Print or Type

## TRANSPORTATION

| DATE | BUSINESS PURPOSE | LOCATION | MILES | MILEAGE @ | PARKING | TOLLS | TAXI | OTHER | CLIENT MATTER OR FIRM NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 3/27/2007 | Taxi home late | | | | $0.00 | | $15.00 | 23~ | 173678 |
| 4/14/2007 | Taxi to office (weekend) | | 0 | | $0.00 | | $14.00 | | 182492001 |
| 4/14/2007 | Taxi from office (weekend) | | 0 | | $0.00 | | $9.00 | | 17367/8 |
| | | | 0 | | $0.00 | | | | |
| | | | 0 | | $0.00 | | | | |
| | | | 0 | | $0.00 | | | | |
| | | | 0 | | $0.00 | | | | |
| | | | 0 | | $0.00 | | | | |
| | | | 0 | | $0.00 | | | | |
| | | | 0 | | $0.00 | | | | |
| TOTAL | | | | | $0.00 | $0.00 | $37.00 | $0.00 | |

## OTHER EXPENSES

| DATE | BUSINESS PURPOSE | OVERTIME MEALS | OTHER EXPENSES | CLIENT MATTER OR FIRM NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | | $0.00 | $0.00 | |

DIRECT DEPOSIT
MAY 0 2 2007

EMPLOYEE SIGNATURE

APPROVAL SIGNATURE

## SUMMARY OF EXPENSES

| | |
|---|---|
| Mileage | $0.00 |
| Parking | $0.00 |
| Tolls | $0.00 |
| Taxi | $37.00 |
| Other Transportation | $0.00 |
| O.T. Meals | $0.00 |
| Other Expenses | $0.00 |
| Bus. Meals/Entertainment | $0.00 |
| GRAND TOTAL | $37.00 |





←$13.00

1736 7-8    C. Zurbrigg

## Blue Top Cab Receipt

Date _D4/25/07_  Time _____
From _DCA_
To _655 15th St NW_
Run # _____  Fare $ _20_
Cab # _84_  Signature _Munt_

**703/243-TAXI**



17367-8 C.Zurbrigg

=$87.00

w/ tip (Total: $47.00)

## Taxi Cab Receipts

DATE: _4/25/07_   TIME: _____

TRIP ORIGIN: _655 15th St. N.W._

DESTINATION: _Reagan National Airport_

FARE: $ _20_    SIGNATURE: _____





17367-8    C Zurbmy

