# EXHIBIT Q TO ORRICK'S SIXTH QUARTERLY: MEAL REDUCTIONS

## MEAL SUMMARY FOR CHARGES OVER $15.00
## APRIL 1, 2007 THROUGH JUNE 30, 2007

| Date | Meal Charge | Type of Meal | Number of People | Fee Auditor's Guideline Amount | Expense Reduction |
|---|---|---|---|---|---|
| 1/25/07 | $74.32 | Lunch | 2 | $50.00 | $24.32 |
| 2/14/07 | $154.51 | Dinner | 3 | $150.00 | $4.51 |
| 3/13/07 | $20.30 | Dinner | 1 | $50.00 | -- |
| 3/14/07 | $15.03 | Dinner | 1 | $50.00 | -- |
| 3/18/07 | $18.25 | 1 Breakfast 1 Lunch | 1 | $40.00 | -- |
| 3/22/07 | $17.08 | Dinner | 1 | $50.00 | -- |
| 3/24/07 | $49.42 | 4 Breakfasts 1 Lunch | 1 | $85.00 | -- |
| 3/26/07 | $23.23 | Dinner | 1 | $50.00 | -- |
| 3/27/07 | $25.33 | Dinner | 1 | $50.00 | -- |
| 3/30/07 | $172.70 | Lunch | 6 | $150.00 | $22.70 |
| 4/11/07 | $19.51 | 1 Breakfast 1 Dinner | 1 | $65.00 | -- |
| 4/12/07 | $187.00 | Lunch | 8 | $200.00 | -- |
| 4/13/07 | $44.95 | Lunch | 2 | $50.00 | -- |
| 4/16/07 | $23.33 | Dinner | 1 | $50.00 | -- |
| 4/22/07 | $20.51 | Dinner | 1 | $50.00 | -- |
| 4/22/07 | $31.61 | 3 Lunches | 1 | $75.00 | -- |
| 4/23/07 | $21.61 | Dinner | 1 | $50.00 | -- |
| 4/24/07 | $44.06 | Dinner | 1 | $50.00 | -- |
| 4/25/07 | $19.40 | Dinner | 1 | $50.00 | -- |
| 4/30/07 | $181.42 | Lunch | 3 | $75.00 | $106.42 |
| 5/1/07 | $128.76 | 1 Breakfast 1 Lunch 2 Dinners | 1 | $140.00 | -- |
| 5/7/07 | $344.30 | Lunch | 11 | $275.00 | $69.30 |
| 5/7/07 | $29.34 | 1 Lunch 1 Breakfast | 1 | $40.00 | -- |
| 6/25/07 | $117.83 | 2 Lunches 1 Dinner (2 people) | 2 | $150.00 | -- |
| **Total Reduction** | | | | | **$227.25** |