IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

**NOTICE OF FILING OF (I) PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND THE FUTURE CLAIMANTS' REPRESENTATIVE FOR W.R. GRACE & CO., ET AL., AND (II) <u>GLOSSARY OF TERMS USED IN PLAN DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that on November 5, 2007, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative"), and the Official Committee of Asbestos Personal Injury Claimants filed the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative for W.R. Grace & Co., et al. (the "FCR/ACC Plan") and the Glossary of Terms Used in Plan Documents (the "Glossary").

**PLEASE TAKE FURTHER NOTICE** that copies of the FCR/ACC Plan and Glossary are available for review in the office of the clerk of the Court during normal hours of operation and are also available on the Court's website through the CM/ECF system. Copies may also be obtained by contacting counsel for the Future Claimants' Representative by a written request sent to:

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Attention: Mary Wallace
Telephone: (202) 339-8400

**PLEASE TAKE FURTHER NOTICE** that the filing and service of this Notice, the FCR/ACC Plan, and the Glossary does not constitute solicitation of an acceptance or rejection of the FCR/ACC Plan, which can only occur after a written disclosure statement approved by the Court is transmitted to holders of claims or interests.

**PLEASE TAKE FURTHER NOTICE** that true and correct copies of this Notice, the FCR/ACC Plan, and the Glossary were served via First Class mail upon the parties listed on Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that true and correct copies of this Notice were served via First Class mail upon the parties listed on Exhibit B.

[SIGNATURE FOLLOWS ON NEXT PAGE]

Dated: November 5, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

*(signature)*

Roger Frankel
Richard H. Wyron
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400

- and -

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,
Future Claimants' Representative*

CAPLIN & DRYSDALE, CHARTERED

*(signature)*

Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000

- and -

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*