## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## AUGUST 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| August 1 | Meeting in Pittsburgh with Grace to discuss settlement (3) | 3.00 | $500 | $1,500.00 |
| August 2 | Pre preparation of memorandum/report to attorneys and others concerning August 1st meeting (1.8); review of Dr. Roggli rebuttal report (.5) | 2.30 | $500 | $1,150.00 |
| August 3 | Meeting with R. Frankel and R. Wyron re settlement (1.5); telephone conference with Falise, Macchiarola re Grace subpoena to CRMC (.3); conference with Marvin re Grace subpoena (.2) | 2.00 | $500 | $1,000.00 |
| August 8 | Analysis of Dr. Whitehouse report and preparation of memoranda to litigation team concerning same | 7.70 | $500 | $3,850.00 |
| August 16 | Meeting with financial adviser (2.5) | 2.50 | $500 | $1,250.00 |
| August 30 | Telephone conference with Westbrook re zonolite (.5); telephone conference with R. Frankel re same (.2) | 0.70 | $500 | $ 350.00 |
| August 31 | Telephone conference with Rice re settlement | 0.50 | $500 | $ 250.00 |
| SUBTOTAL | | 18.70 | | $9,350.00 |

## *Non-Working Travel*

| | | | | |
|---|---|---|---|---|
| August 1 | Travel from Washington, D.C. to Pittsburgh and return (2 hours billed as 1) | 1.00 | $500 | $ 500.00 |
| August 16 | Travel from Washington, D.C. to New York and return (4 hours billed as 2) | 2.00 | $500 | $1,000.00 |
| | SUBTOTAL | 3.00 | | $1,500.00 |
| | | | | |
| **TOTAL** | | **21.70** | | **$10,850.00** |