## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## AUGUST 2007

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| August 3 | $ 14.00 | Parking |
| August 16 | | |
| | $678.79 | Airfare |
| | $ 45.00 | Taxi |
| **TOTAL** | **$737.79** | |