IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: November 26, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-SIXTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | September 1, 2007 through September 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,100.00 |
| 80% of fees to be paid: | $3,280.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $3,280.00 |
| This is an: ___ interim   X   monthly   ___ final application. | |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's Thirty-Sixth interim fee application for the period July 1-31, 2007; the FCR previously filed the following fee applications in this case during this year: thirty-fifth fee application for the period August 1-31, 2007 in the amount of $8,680.00 (80% of $10,850.00) and $737.79 in expenses; thirty-fourth fee application for the period July 1-31, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and $762.10 in expenses; thirty-third interim fee application for the period June 1-30, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and no expenses; thirty-second interim fee application for the period May 1-31, 2007 in the amount of $4,160.00 (80% of $5,200.00) in fees and no expenses; thirty-first interim fee application for the period March 1-31, 2007 in the amount of $1,880.00 (80% of $2,350.00) in fees and no expenses; thirtieth interim fee application for the period February 1-28, 2007 in the amount of $5,200.00 (80% of $6,500.00) in fees and no expenses; twenty-ninth interim fee application for the period January 1-31, 2007 in the amount of $4,920.00 (80% of $6,150.00) in fees and $531.92 expenses

## COMPENSATION SUMMARY
### SEPTEMBER 2007

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 8.20 | $4,100.00 |
| Grand Total: | | | 8.20 | $4,100.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:     $ 4,100.00
Total Hours:         8.20
Blended Rate:   $   500.00

## COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 8.20 | $4,100.00 |
| TOTAL | 8.20 | $4,100.00 |

2

## EXPENSE SUMMARY
## SEPTEMBER 2007

| Expense Category | Total |
|---|---:|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

                                       Respectfully submitted,

                                       _____
                                       David T. Austern
                                       Claims Resolution Management Corporation
                                       3110 Fairview Park Drive, Suite 200
                                       Falls Church, VA  22042-0683
                                       (703) 205-0835

Dated: November 2, 2007