## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## SEPTEMBER 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **_Litigation_** | | | | |
| September 2 | Telephone conference with R. Frankel re settlement | 0.20 | $500 | $ 100.00 |
| September 5 | Telephone conference with R. Frankel re settlement | 0.50 | $500 | $ 250.00 |
| September 10 | Telephone conference with Westbrook re zonolite (.4); telephone conference with Frankel and Shelnitz (twice) (.8) | 1.20 | $500 | $ 600.00 |
| September 12 | Meeting with trial team | 3.50 | $500 | $1,750.00 |
| September 28 | Review of Biggs report and rebuttal and preparation of memoranda to litigation team concerning same | 2.80 | $500 | $1,400.00 |
| **TOTAL** | | 8.20 | | $4,100.00 |