IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF POSTPONEMENT OF DEPOSITION OF JOHN COONEY

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Northern District of Illinois issued a subpoena for John Cooney. This subpoena was served on October 10, 2007. The subpoena required John Cooney to appear for deposition on November 9, 2007 beginning at 9:00 a.m., CST at the offices of Kirkland & Ellis LLP, 200 East Randolph Street, Chicago, IL 60601. The subpoena also requested that Mr. Cooney produce certain documents at the same location on October 26, 2007.

**TAKE FURTHER NOTICE** that the deposition will not go forward on this date as noticed and the subpoena will be held in temporary abeyance. Counsel for the Debtors, counsel for the parties to the estimation, and Mr. Cooney are in the process of conferring in order to reach an agreement on a mutually-convenient date for the deposition to take place.

Dated: November 5, 2007

        Respectfully submitted,

        KIRKLAND & ELLIS LLP
        David M. Bernick
        Ellen Therese Ahern
        Janet S. Baer
        Salvatore F. Bianca
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone:   (312) 861-2000
        Facsimile:   (312) 861-2200

        KIRKLAND & ELLIS LLP
        Barbara Harding
        David E. Mendelson
        Brian T. Stansbury
        Amanda C. Basta
        655 Fifteenth Street, NW
        Washington, D.C. 20005
        Telephone:   (202) 879-5000
        Facsimile:   (202) 879-5200

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone:   (302) 652-4100
        Facsimile:   (302) 652-4400