# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JUNE 1, 2007 THROUGH
## JUNE 30, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 1, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   71200

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 06/30/07     $17,017.00
           Subtotal for COSTS only: 06/30/07        $742.33
                                               ---------------
CURRENT PERIOD FEES AND COSTS: 06/30/07         $17,759.33
                                               ---------------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page   2

November 1, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   71200

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 43.9 | 15,573.00 |
| FEE/EMPLOYMENT APPLICATIONS | 7.1 | 1,276.00 |
| CASE ADMINISTRATION | 1.2 | 168.00 |
| Subtotal for FEES only: 06/30/07 | 52.2 | $17,017.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 41.20 | 41.20 | 15,450.00 | 0.00 | 0.00 |
| 275.00 | BEF | 0.20 | 0.20 | 55.00 | 0.00 | 0.00 |
| 140.00 | CAH | 10.80 | 10.80 | 1,512.00 | 0.00 | 0.00 |
| Totals | | 52.20 | 52.20 | 17,017.00 | 0.00 | 0.00 |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | BEF | 06/14/07 | Phone conference with opposing counsel and co-counsel re: Statement concerning Estimation Case Management Order; review of and sign same. | 0.20 | 55.00 | Li |
| | | | | 0.20 | 55.00 | |
| WRG LITIGATION | CAH | 06/11/07 | Download Notice of Service of expert report for John C. Phillips, Jr. review; e-mail back to D. Felder for service. | 0.40 | 56.00 | |
| WRG LITIGATION | CAH | 06/11/07 | Phone conference with Parcels; e-mail documents to be filed upon request by John C. Phillips, Jr. | 0.30 | 42.00 | |
| WRG LITIGATION | CAH | 06/15/07 | Exchange of e-mails concerning filing for Monday. | 0.20 | 28.00 | |
| WRG LITIGATION | CAH | 06/18/07 | Receive and review of e-mail from D. Felder; respond to same. | 0.20 | 28.00 | |
| WRG LITIGATION | CAH | 06/18/07 | Conference with Brian E. Farnan re: Notice of Filing; scan and e-mail to D. Felder after execution. | 0.30 | 42.00 | |
| WRG LITIGATION | CAH | 06/18/07 | Travel after hours (billed at 1/2 time) and file Notice of Service of Expert Reports. | 0.70 | 98.00 | |
| WRG LITIGATION | CAH | 06/22/07 | Phone conference with D. Felder; e-mail to Stephen W. Spence re: filing and service to Judge of reports (Brian E. Farnan not available). | 0.60 | 84.00 | |
| WRG LITIGATION | CAH | 06/22/07 | Respond to e-mails from D. Felder concerning letter to Judge and service of filing. | 0.30 | 42.00 | |
| WRG LITIGATION | CAH | 06/22/07 | Download and have Robert S. Goldman execute Notice of Filing after which filed with exhibits and e-mails to R. Meade to serve. | 0.50 | 70.00 | |
| WRG LITIGATION | CAH | 06/22/07 | E-mail to co-counsel re: Trial date Order after downloading same. | 0.20 | 28.00 | |
| | | | | 3.70 | 518.00 | |
| WRG LITIGATION | JCP | 06/01/07 | Review of Notice of Subpoena and Subpoena to Dr. Edward Holmes (.1); review of Notice of Subpoena and Subpoena to Dr. Michael Conner (.1); review of Newly Amended Case Management Order re: Estimation of Personal Injury Claims (.1); e-mail from Debbie Felder re: same (.1); memorandum to file re: same (.1); review of Notice of Suspended Depositions; e-mail from Debbie Felder (2x) re: 6/4/07 filing (.1); e-mail from Celeste A. Hartman re: same (.1); conference with Celeste A. Hartman re: same (.1); review of Personal Injury Committee's Supplemental Interrogatories and Requests for Production to Plaintiff (.1). | 0.90 | 337.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 06/04/07 | Review of Maryland Casualty's Objection to BNSF's Certification of Counsel re: Motion for Clarification of Scope of Preliminary Injunction (2.); review of Agenda for 6/8/07 Hearing (.1); review of Certification of Counsel re: Expungment of certain Canadian claims(.1); e-mail from Debbie Felder re: not filing Motion to Compel today(.1); e-mail from Debbie Felder with enclosure(.1); review of and revise Motion for Protective Order, Memo in Support and Exhibits thereto (.4); e-mail to and e-mail from Debbie Felder re: same (.1); e-mail from and e-mail to local counsel for Personal Injury Committee re: same (.1); review of revised Notice and Motion for Protective Order; review of list of depositions taken(.1); e-mail from John Ansbro approving filing; letter to Mark Hurfod forwarding original signature pages(.1); executed Notice and Motion for Protective Order(.2); e-mail to local counsel for Personal Injury Committee forwarding signature pages (.1); e-mail from counsel for Personal Injury Committee approving filing (.1). | 1.70 | 637.50 | Li |
| WRG LITIGATION | JCP | 06/05/07 | Review of 5/21/07 Hearing Transcript (lengthy)(.6); review of Motley Rice's Motion for Protective Order, proposed Order, Memo in Support and Exhibits and Motion to Shorten Time re: same(.1); review of Maryland Casualty's Amended Objection to BNSF's Certification of Counsel re: Scope of Preliminary Injunction (.1); review of Certification of Counsel re: Philadelphia's Property Damage Claim (.1); review of Cooney & Conway Claimants' Memo in Support of Motion for Protective Order(.1). | 1.00 | 375.00 | |
| WRG LITIGATION | JCP | 06/06/07 | Review of Royal Indemnity's and Continental Casualty's Joinders in Maryland Casualty's Amended Objection to BNSF's Certification of Counsel re: Scope of Injunction (.4); review of Motion of Certain Law Firms to Quash Deposition Notices and for Protective Order; review of Notice of Rescheduled Deposition of Dr. Holmes(.1); review of miscellaneous pleadings(.1); review of Agenda for 6/8/07 Hearing(.1); e-mail from Debbie Felder re: 6/11/07 filing(.1); review of Briefing Notice from Third Circuit re: Exclusivity Appeal(.1). | 0.90 | 337.50 | |
| WRG LITIGATION | JCP | 06/07/07 | Review of Modified Order re: Debtor's Motion to Expand Preliminary Injunction to Include BNSF; review of Modified Order re: Montana' Motion for REconsideration of Court's Order Denying Relief from Automatic Stay; review of Supplemental Order re: Production of X-Rays; review of Substitution of Counsel for Aon Consulting. | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 06/08/07 | Phone conference with Judge Fitzgerald and all counsel re: class certification status report (.4); review of Early Ludwick, et al.'s Motion for Protective Order (.2); review of 5/30/07 Transcript(.1); review of miscellaneous pleadings (.1). | 0.80 | 300.00 | |

WRG-AUS                                              LEGALMASTER MRC For Transactions                               11/05/07 Page 4
                                                                   -Fees-

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 06/11/07 | Review of Debtors' Response to Speights & Runyan's Motion to Amend 4/17/07 Order Expunging 71 claims (.3); e-mail from Debbie Felder with enclosure (2x)(.1); review of and execute Notice of Service of Dr. Roggli's report(.1); review of Dr. Roggli's Report (.1); conference with Celeste A. Hartment re: filing Notice (.1); letter from Alwyn Luckey re: deposition of Alwyn Luckey, P.A.(.1); letter from counsel for Property Damage Committee with enclosure (.1); review of Property Damage Committee's Concise Summary of Case (Exclusivity) to Third Circuit (.1); e-mail from Celeste A. Hartman to Parcels re: filing Notice of Service of Dr. Roggli's report (.1); e-mail from and e-mail to Debbie Felder re: filing Notice (3x) (.2); phone conference with Parcels approving filing of Notice; e-mail from Debbie Felder with enclosure (.1). | 1.40 | 525.00 | Li |
| WRG | LITIGATION | JCP | 06/12/07 | Review of Notice from Third Circuit re: Motion to Stay (.1); review of Libby Claimants' Notice of Service of Expert Reports (.1); review of Order Disallowing Certain Property Damage Claims; review of Order Disallowing Certain California Property Damage Claims (.2); review of Personal Injury Committee's Notice of Service of Expert Reports (.2); review of Stephen Snyder's report (.4); review of Mark Eveland's report (.2); review of Laura Welch's report (.1); review of Steve Hays' report (voluminous) (1.1). | 2.50 | 937.50 | |
| WRG | LITIGATION | JCP | 06/13/07 | Review of Clarification Order re: BNSF/Scope of Preliminary Injunction (.1); review of Notice of Cancellation and Rescheduling of Hearing (.1); arrange for telephonic participation in same (.2); review of Scheduling Order for 6/26/07 Hearing on Property Damage Claims (.1); calendar hearing date; review of Debtors' Motion for Leave to File Expert Report of Dr. Anderson re: Lack of Hazard (.2); review of Dr. Anderson's Report re: Lack of Hazard (voluminous) (1.1); review of Dr. Alan Whitehouse's Supplemental Report (.5); review of Dr. Frank's Rebuttal to 10/3/06 Anderson Report (.2); review of Dr. Frank's Rebuttal to 10/3/06 Bragg Report (.2); review of Dr. Frank's Rebuttal to 10/3/06 Lee Report (.3); review of Libby Experts' Responses to Dr. Epstein's, Dr. Haber's, Dr. Henry's, Dr. Hutchinson's, Dr. Garabrant's, Dr. Marais & Wecher's, Dr. Moolgavkar's, Dr. Price's and Dr. Weill's Reports (.5). | 4.50 | 1,687.50 | |
| WRG | LITIGATION | JCP | 06/14/07 | E-mail from Debbie Felder re: 6/18/07 filing (.1); e-mail to and e-mail from Celeste A. Hartman re: same (.1); review of Order Expunging Daggy Hall Claim and Allowing California Claims (.1); review of Certification of Counsel re: Expunging Speights & Runyan's Folger Building Claim (.1); e-mail from local counsel for Personal Injury Committee re: 6/14 filing (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Personal Injury Committee's and FRC's Statement re: Estimation Case Management Order (.1); e-mail from and e-mail to local | 1.00 | 375.00 | |

WRG-AUS                                              LEGALMASTER MRC For Transactions                              11/05/07  Page 5
                                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  LITIGATION | JCP | 06/15/07 | Review of Personal Injury Committee's Motion to Alter Modified Order re: Motion to Expand Preliminary Injunction to BNSF (.2); review of Certification of Counsel re: Expunging Certain California Property Damage Claims (.1); review of Debtors' Brief re: Outstanding Issues under Newly Amended Personal Injury Case Management Order (.1); e-mail from Debbie Felder with enclosure (.1); review of Personal Injury Committee's and FRC's Designation of Joint Appendix (.1); e-mail to and e-mail from Debbie Felder re: same; e-mail from Debbie Felder with enclosure (.1); review of final version of Joint Appendix as served (.1). | 0.80 | 300.00 | |
| WRG  LITIGATION | JCP | 06/16/07 | Review of miscellaneous pleadings (.6); review of Debtors' Combined Response to Motion for Protective Orders Precluding Depositions of 21 Law Firms (.2). | 0.80 | 300.00 | |
| WRG  LITIGATION | JCP | 06/18/07 | E-mail from Debbie Felder with enclosure (.2); Preliminary review of expert reports of P.J. Eric Stallard, Joseph J. Radecki, Jr. and Jennifer L. Biggs (2.1 hrs.); e-mail from Debbie Felder with enclosure (.2); review of Certificate of Service re: expert reports (.2); Preliminary review of Dr. Peterson's Projected Liabilities for Asbestos Personal Injury Claims against Debtors (3.4 hrs.). | 6.10 | 2,287.50 | |
| WRG  LITIGATION | JCP | 06/19/07 | Review of Expert Report of Dr. Letitia Chambers (Navigant Consulting, Inc.)(.1); review of Agenda for 6/25/07 Hearing (.1); review of Debtors' 10th Motion for an Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (.1); review of Debtors' Motion to Authorize Sempra Energy Settlement (.1); review of Debtors' Motion for Leave to Streamline Objections to IRS Claims (.1); review of Debtors' Notice of Sale of Washcoat Business (.1); review of Debtors' Certification of Counsel re: Order Authorizing Settlement with Trumbull Hospital (.1); review of Certification of Counsel re: Order Authorizing Settlement with Building Labors Union (.1); review of Debtors' Combined Response to 21 Law Firms' Motion for Protective Order (.1); review of Debtors' Certification of Counsel re: Contribution to Pension Plans (.1); review of Debtors' Certification of Counsel re: Motion to Employ Perkins (.1); review of three Orders Disallowing Speights & Runyan Property Damage Claims (.1); review of Debtors' 23rd Objection to Certain IRS Claims (voluminous)(.4); review of Equity Committee's Notice re: Rebuttal Report by Dr. James Heckman; review of Motion for Order Authorizing Sale of Washcoat Business (voluminous)(.5). | 2.10 | 787.50 | |
| WRG  LITIGATION | JCP | 06/20/07 | Review of Agenda for 6/26/07 Hearing; review of miscellaneous pleadings; review of Amended Notice of Sale | 0.40 | 150.00 | |

WRG-AUS                             LEGALMASTER MIRC For Transactions                          11/05/07  Page 6
                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 06/21/07 | Review of Certification of Counsel re: Proposed Order Scheduling Personal Injury Estimation Trial Dates (.1); review of Debtors' Notice of Filing of Expert Reports (.1); review of counsel for Libby Claimants' Notice, Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF and Exhibits to same (.1); review of Debtors' Motion to Streamline Objection to IRS Claims (.1); review of Debtors' Motion to Alter Order Disallowing Daggy Hall Claim and others (.1); review of miscellaneous pleadings (.1); review of Third Circuit Order staying Bagley Appeal (.1); review of Order Authorizing Turnbull Settlement (.1); review of Order Authorizing Settlement of Certain Claims and Granting Relief; review of Cooney & Conway's Notice of Filing Answers to Interrogatories (.1); review of Order Authorizing Pension Plan Contributions (.1); review of Order Authorizing Debtors to Employ Perkins; review of Debtors' Certification of Counsel re: Order Scheduling Personal Injury Estimation Trial Dates (.1); review of Debtors' Notice of Filing of Tom Florence's and Fred Dunbar's Expert Reports (.1); review of Florence's Expert Report (voluminous) (1.1 hrs). | 2.20 | 825.00 | |
| WRG LITIGATION | JCP | 06/22/07 | Review of 6/8/07 Hearing Transcript (.1); review of Debtors' Declaration of Service re: Daggy Hall Order (.1); review of Debtors' Two Declarations of Service re: Sutter Place Building and Folger Building (.1); review of Certification of Counsel re: Scheduling Order re: Property Damage Claims; e-mail from Debbie Felder re: filing today (.1); e-mail from Debbie Felder with enclosure (.1); review of filing (.1); conference with Celeste A. Hartman re: same (.1). | 0.70 | 262.50 | |
| WRG LITIGATION | JCP | 06/25/07 | Review of Certification of Counsel re: Order on Debtors' Motion to Amend Objection to Property Damage Claims with enclosure (.1); review of competing proposed Orders (.1); review of miscellaneous pleadings (.1); review of BNSF's Joinder in Libby Claimants' Motion to Alter Court's Modified Order re: Debtors' Motion to Expand Preliminary Injunction (.1); review of Certification of Counsel re: Disallowing Property Damage Claims (.1); review of Order Scheduling Personal Injury Estimation Trial Dates (.1); conference with paralegal re: same (.1); phone conference with Judge Fitzgerald and all counsel (4.5); e-mail from Debbie Felder re: 7/6/07 filing (.1); e-mail from Celeste A. Hartman re: same; memorandum to file re: same (.1). | 5.40 | 2,025.00 | |
| WRG LITIGATION | JCP | 06/26/07 | Review of Modified Order Granting Motley Rice's Motion for leave to Shorten Notice and Modify CMO (.1); review of Scheduling Order for Adjudication of Property Damage Claims; calendar trial dates; memorandum to file re: same | 4.20 | 1,575.00 | |

WRG-AUS                              LEGALMASTER MIRC For Transactions                              11/05/07  Page 7
                                                    -Fees-

| Cl Code Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 06/27/07 | Review of 33rd Continuation Order re: Debtors' 5th Omnibus Objection to Claims (.1); review of Order re: Debtors' 18th Omnibus Objection (.2); review of 6th Order re: Debtors' 20th Omnibus Objection (.1); review of 3rd Order re: Debtors' 22nd Omnibus Objection (.1); review of Certification of No Objection (.1); review of Order re: Joint Motion for Claims Resolution Protective Order (.1); review of Order re: Forman Perry; review of Order Disallowing 13 Property Damage Claims (.1); review of Order Allowing Debtors to Pension Plan Contributions (.1). (.2); review of Order Granting Debtors' Objection to Mass. Dept. of Revenue's Claim (.1); phone conference with Judge Fitzgerald and all counsel (3.8 hrs). | 0.80 | 300.00 | |
| WRG | LITIGATION | JCP | 06/28/07 | Letter from Ray Mullady to Judge Fitzgerald (.1); review of 6/26/07 Order re: Debtors' Motion to Amend Objections to Property Damage Claims (.1); review of miscellaneous pleadings (.1); review of Debtors' Certification of Counsel re: Order Concerning Amendments to Property Damage Claims with proposed Order (.1); review of Debtors' Motion to Compel DII Industries Trust with Exhibits (voluminous)(.2); review of Debtors' Motion to Compel Celotex Trust with Exhibits (voluminous)(.2). | 0.80 | 300.00 | |
| WRG | LITIGATION | JCP | 06/29/07 | E-mail from Debbie Felder with enclosure (.1); e-mail to and e-mail from Debbie Felder re: Opposition to Debtors' 10th Motion to Extend Exclusivity (.1); letter from local counsel for Personal Injury Committee to Judge Fitzgerald (.1); e-mail from local counsel for Personal Injury Committee re: rescheduling Egan and Cintani depositions (.1); review of Certification of Counsel of Property Damage Committee re: Debtors' Certification of Counsel Order re: Amendments to Property Damage Claims with Exhibits and proposed Order (.2). | 0.60 | 225.00 | |
| | | | | | 40.00 | 15,000.00 | |
| | | | | | 43.90 | 15,573.00 | |

WRG-AUS                              LEGALMASTER MIRC For Transactions                              11/05/07 Page 8
                                                    -Fees-

| Cl | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| Code Grouping code description | | | | | | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/12/07 | Check numbers provided by S. Bossey re: 11th Quarterly Fee Application and confirm correct. | 0.20 | 28.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/12/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence 11th Quarterly Fee Application; scan file and serve once approved by John C. Phillips, Jr. | 0.60 | 84.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/13/07 | Download and print Certificate of No Objection for Austerns 30th and 31st Monthly Fee Applications; file both. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/13/07 | Download and print Certificate of No Objection for Orrick Herrington's 14th Monthly Fee Application and file same. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/13/07 | Download and print Certificate of No Objection for Towers Perrin's 22nd Monthly Fee Application; attempted filing; phone conference with Rachel that confirms wrong number; red corrected and file. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/15/07 | Download, print and file Certificate of No Objection for Quarterly Fee Applications for D. Austern, Orrick Herrington, Piper Jaffray and Towers Perrin. | 0.70 | 98.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/18/07 | Code pre-bill to comply with local Rules. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/18/07 | Download and file Orrick Herrington's April Fee Application. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/22/07 | Reconcile payment to Fee Application. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/22/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence April Fee Application. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/25/07 | Draft Fee Application for May 2007. | 0.70 | 98.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/25/07 | After execution by John C. Phillips, Jr., scan file and serve Certificate of No Objection for April Fee Application; scan file and serve May Fee Application. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 06/29/07 | Download and file 23rd and 24th Monthly Fee Application for Towers Perrin for April and May. | 0.50 | 70.00 | |
| | | | | ----- | ------ | |
| | | | | 5.90 | 826.00 | |
| | | | | ----- | ------ | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 06/12/07 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence, P.A.'s 11th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 06/14/07 | Review of Fee Auditor's Report. | 0.10 | 37.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 06/16/07 | Review of and revise prebill for May 2007. | 0.20 | 75.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 06/19/07 | Review of Debtors' Certification of Counsel re: Order Approving Quarterly Fee Applications; review of Debtors' | 0.20 | 75.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    11/05/07  Page 9
                                                         -Fees-

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|----|-------------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/25/07 | Review of, revise and execute Certification of No Objection re: PG&S' 35th Monthly Fee Application; review of, revise and execute PG&S' 36th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.40 | 150.00 | |
| | | | | Certification of Counsel re: 23rd Quarter Project Category Summary. | | | |
| | | | | | 1.20 | 450.00 | |
| | | | | | 7.10 | 1,276.00 | |
| | | | | | 52.20 | 17,017.00 | |

56 records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/05/07  Page 1

Sort Fields:
  Grouping code       (Paginate)
  Client code
  Actual employee code  (Subtotals)
  Transaction date

Range Fields:
  Client code     I  WRG - WRG
  Invoice Number  I  71200 - 71200

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 06/19/07 | Merge original signatures into signed documents. | 0.30 | 42.00 | Ca |
| CASE ADMINISTRATION | CAH | 06/19/07 | Merge original signatures into filed documents. | 0.20 | 28.00 | |
| CASE ADMINISTRATION | CAH | 06/22/07 | Update docket to system. | 0.20 | 28.00 | |
| CASE ADMINISTRATION | CAH | 06/28/07 | Merge original signatures into filed pleadings. | 0.20 | 28.00 | |
| CASE ADMINISTRATION | CAH | 06/29/07 | Download and file Notice of Withdrawal for M. Almay. | 0.30 | 42.00 | |
| | | | | 1.20 | 168.00 | |
| | | | | 1.20 | 168.00 | |