# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JUNE 1, 2007 THROUGH
# JUNE 30, 2007

Phillips, Goldman & Spence, P.A.

Page   2

November 1, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   71200

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/01/07 | Federal Express | 145.49 |
| 05/09/07 | Postage | 215.76 |
| 06/01/07 | Photocopy charges at $.10 per page - 434 pages. | 43.40 |
| 06/01/07 | Long distance phone charges | 2.28 |
| 06/04/07 | Facsimile | 3.00 |
| 06/20/07 | Check No.: 34564 - Parcels, Inc. - document retrieval/service/copy/mail, etc.. | 10.00 |
| 06/27/07 | Check No.: 34621 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 7.50 |
| 06/29/07 | Check No.: 34648 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 06/29/07 | Check No.: 34648 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 259.90 |
| 06/29/07 | Check No.: 34648 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 45.00 |

Subtotal for COSTS only: 06/30/07        $742.33