IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING
AGREED PROTECTIVE ORDER GOVERNING DISCOVERY FROM
THE OWENS/CORNING FIBREBOARD ASBESTOS PI TRUST**

The undersigned hereby certifies that:

1. On or about May 23, 2007, the Debtors served the Owens Corning/Fibreboard Asbestos PI Trust ("OCF Trust") with a subpoena under Federal Rule of Civil Procedure 45, which called for the production of documents responsive to certain document requests.

2. Counsel for the OCF Trust and counsel for the Debtors have subsequently met and conferred on numerous occasions, and the OCF Trust has agreed to produce certain responsive documents.

3. With respect to discovery from the OCF Trust, counsel for the OCF Trust and counsel for the Debtors have conferred and agreed to the attached protective order, which is similar in substance to a protective order entered by the Court for the protection of the Celotex Trust. [Dkt. No. 16946]

4.      Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto as Exhibit A.

Dated: November 7, 2007

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen Therese Ahern
200 E. Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

and

KIRKLAND & ELLIS LLP
Barbara M. Harding
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

2