IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) <br><br> Objection Deadline: 9/7/07 <br> Hearing Date: 9/24/07 @ 2:00 p.m. |

## COVER SHEET
## THIRTEENTH QUARTERLY APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT EXPENSES FOR THE PERIOD OF APRIL 1, 2007 THROUGH JUNE 30, 2007

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 *Nunc Pro Tunc* to May 24, 2004 |
| Period for which Compensation is Sought: | April 1, 2007 through June 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $54,596.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,627.26 |
| Total Requested: | $57,223.76 |

This is an:   __X__ interim   __X__ quarterly   _____ monthly   _____ final application