IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>        Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware   :
                            : ss
New Castle County :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

      1.     I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

      2.     I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

      3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

                                                  JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                                  Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 7th DAY OF NOVEMBER 2007

                                           Notary Public
                                           ANN MARIE MILLER
                                           NOTARY PUBLIC
                                           STATE OF DELAWARE
                                       My Commission Expires Nov. 18, 2009