IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

Name of Applicant:

Capstone Advisory Group, LLC
(formerly known as Capstone Corporate
Recovery, LLC)

Authorized to Provide Professional Services to:

The Official Committee of
Unsecured Creditors

Date of Retention:

June 8, 2004 (nunc pro tunc to
February 4, 2004)

Period for which compensation and
reimbursement is sought:

September 1, 2007 through
September 30, 2007

Amount of Compensation sought
as actual, reasonable and necessary
(80% of $78,887.50):

$   63,110.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):

396.82

Total Amount Due:

$   63,506.82

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of
Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the June, July and August monthly fee statements and the
Fourteenth quarterly fee statement is 8.7 hours and corresponding compensation requested is
approximately $3,108.50.

This is the Forty-Fourth Interim Application filed by Capstone. Disclosure for the current period and
prior periods is as follows:

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |

**FORTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007)**

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 9/1/07 through 9/30/07**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 20.10 | $11,959.50 |
| S. Cunningham | Member | $595 | 64.10 | $38,139.50 |
| R. Frezza | Consultant | $485 | 1.10 | $533.50 |
| J. Dolan | Consultant | $375 | 74.60 | $27,975.00 |
| M. Desalvio | Research | $160 | 1.00 | $160.00 |
| N. Backer | Paraprofessional | $100 | 1.20 | $120.00 |
| **For the Period 9/1/07 through 9/30/07** | | | **162.10** | **$78,887.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 9/1/07 through 9/30/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant Consulted with the Company and its advisors Regarding potential acquisitions. | 3.10 | $1,162.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims including review and analysis of draft motion related to EPA issues. | 15.70 | $8,406.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD proposal and settlements and other analyses with counsel and Committee members. Also, prepared for and participated in annual Committee meeting with the Debtors. | 26.80 | $13,262.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the monthly June, July and August Fee Statements as well as prepared the 2Q Fee Application. | 8.70 | $3,108.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q2 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to the Committee was prepared thereon. | 45.60 | $23,617.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant analyzed motions related to the Company's Optimization Plan, held numerous discussions with counsel and the Debtors, and prepared a presentation to the Committee regarding Optimization Plan including background, objectives, issues and analyses. | 57.60 | $27,606.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a meeting with counsel, the Committee and the Debtors. | 4.60 | $1,725.00 |
| **For the Period 9/1/07 through 9/30/07** | | **162.10** | **$78,887.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/07 through 9/30/07

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 9/6/2007 | J. Dolan | 0.40 | Discussed potential Darex acquisition with Blackstone and internally. |
| 9/11/2007 | J. Dolan | 1.00 | Prepared request for financial information for potential acquisitions based on review of prior transactions. |
| 9/11/2007 | J. Dolan | 0.60 | Call with Blackstone regarding potential acquisitions contemplated by the Company. |
| 9/26/2007 | J. Dolan | 1.10 | Prepared information request for potential acquisitions and discussed with Blackstone. |
| Subtotal | | 3.10 | |
| 03. Claims Analysis & Valuation | | | |
| 9/5/2007 | R. Frezza | 1.10 | Read and analyzed Stroock memo regarding non-asbestos claims; discussed internally and with counsel. |
| 9/14/2007 | E. Ordway | 1.90 | Began to review industry research reports for competitors to understand market valuations. |
| 9/14/2007 | E. Ordway | 0.80 | Read and analyzed EPA settlement motion. |
| 9/14/2007 | S. Cunningham | 2.60 | Read and reviewed EPA settlement motion. |
| 9/17/2007 | S. Cunningham | 2.30 | Reviewed EPA settlement issues. |
| 9/18/2007 | E. Ordway | 1.20 | Reviewed industry research reports for competitors to understand market valuations. |
| 9/24/2007 | J. Dolan | 1.20 | Prepared environmental reserve analysis in connection with motion to be filed. |
| 9/24/2007 | S. Cunningham | 0.60 | Read motions & Blackstone analysis re :EPA settlement |
| 9/27/2007 | S. Cunningham | 0.90 | Prepared information request re: EPA Issues |
| 9/27/2007 | J. Dolan | 0.80 | Prepared information request for environmental claims and settlements. |
| 9/28/2007 | J. Dolan | 1.70 | Prepared information request for environmental claims and settlements. |

Capstone Advisory Group, LLC
Invoice for the September 2007 Fee Application

Page 1 of 7

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/28/2007 | E. Ordway | 0.60 | Read and analyzed rebuttal report from Letitia Chambers. |
| Subtotal | | 15.70 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/4/2007 | E. Ordway | 0.30 | Called committee member to discuss tax proposal. |
| 9/4/2007 | S. Cunningham | 0.20 | Reviewed Draft agenda Re: 9/26 meeting with company. |
| 9/4/2007 | J. Dolan | 1.20 | Prepared for and participated in call with Blackstone regarding agenda for 9/26 committee meeting. |
| 9/5/2007 | E. Ordway | 0.40 | Read and analyzed counsels' memo regarding PI retention of FA. |
| 9/5/2007 | J. Dolan | 0.70 | Read and analyzed counsel's memo on 9/26 agenda items and status of EPA matters. |
| 9/5/2007 | J. Dolan | 0.70 | Read and analyzed counsel's memo on Debtors 2 proposed non-asbestos settlements. |
| 9/5/2007 | E. Ordway | 0.40 | Read and analyzed counsel memo on EPA matters; listed items to discuss with Debtor. |
| 9/5/2007 | E. Ordway | 0.70 | Read and analyzed data regarding BP agreement and Continental Stipulation. |
| 9/5/2007 | S. Cunningham | 1.00 | Review information regarding BP motion & AKZO settlements. |
| 9/5/2007 | J. Dolan | 0.30 | Read and analyzed counsel's memo on asbestos advisors. |
| 9/6/2007 | J. Dolan | 1.40 | Reviewed draft agenda received from Blackstone for 9/26 meeting, discussed with counsel and responded with changes. |
| 9/6/2007 | S. Cunningham | 0.30 | Review agenda topics for Sept 26 meeting. |
| 9/7/2007 | J. Dolan | 0.70 | Revised work plan. |
| 9/10/2007 | E. Ordway | 0.30 | Reviewed/edited work plan prepared by staff. |
| 9/10/2007 | J. Dolan | 0.50 | Case status update. |
| 9/11/2007 | J. Dolan | 0.80 | Prepared and participated in call with counsel regarding case update include EPA status. |
| 9/11/2007 | J. Dolan | 0.70 | Read and recent docket submissions. |
| 9/12/2007 | S. Cunningham | 0.30 | Discuss Q2 report with counsel. |
| 9/12/2007 | S. Cunningham | 0.30 | Review agenda 9/26 meeting with management. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/14/2007 | E. Ordway | 0.30 | Call with Committee member to discuss upcoming meeting. |
| 9/17/2007 | E. Ordway | 0.80 | Reviewed and commented on Debtors' meeting agenda. |
| 9/18/2007 | J. Dolan | 0.30 | Review of final agenda for 9/26 meeting. |
| 9/18/2007 | J. Dolan | 0.40 | Updated attendee list for 9/26 meeting. |
| 9/20/2007 | E. Ordway | 1.40 | Read and analyzed Debtors' presentation to the Committee and itemized follow-up questions. |
| 9/24/2007 | J. Dolan | 1.50 | Gathered analyses for Committee meeting on 9/26. |
| 9/24/2007 | S. Cunningham | 2.50 | Read and review information package in preparation for management meeting on Sept 26th |
| 9/25/2007 | J. Dolan | 1.60 | Reviewed and analysis of information received from Blackstone for 9/26 meeting. |
| 9/26/2007 | S. Cunningham | 5.40 | Participated in committee meeting & presentation by Grace management |
| 9/27/2007 | J. Dolan | 1.40 | Discussion with counsel regarding case matters. |
| Subtotal | | 26.80 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2007 | J. Dolan | 1.90 | Read and analyzed monthly operating reports for July 2007. |
| 9/10/2007 | N. Backer | 1.20 | Prepared July fee application. |
| 9/10/2007 | J. Dolan | 0.80 | Fee hour analysis. |
| 9/10/2007 | E. Ordway | 0.40 | Prepared fee application. |
| 9/10/2007 | J. Dolan | 0.70 | Preparation of July fee app. |
| 9/10/2007 | J. Dolan | 0.40 | Finalized June fee app and distributed to counsel. |
| 9/10/2007 | J. Dolan | 0.70 | Preparation of Aug fee app. |
| 9/14/2007 | E. Ordway | 0.40 | Prepared fee application. |
| 9/29/2007 | J. Dolan | 1.00 | Prepared fee application for July 2007. |
| 9/29/2007 | J. Dolan | 1.20 | Prepared fee quarterly application for 2nd qtr 07. |
| Subtotal | | 8.70 | |

Capstone Advisory Group, LLC
Invoice for the September 2007 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/4/2007 | S. Cunningham | 3.00 | Read & Reviewed analyses and draft report Re: Q207 performance |
| 9/5/2007 | S. Cunningham | 1.00 | Reviewed draft report on Q2 results to the Committee. |
| 9/5/2007 | S. Cunningham | 2.20 | Read & Reviewed peer information included in Q2 report to the Committee. |
| 9/6/2007 | J. Dolan | 1.70 | Revisions to 2Q07 report to the Committee based on internal comments and discussions. |
| 9/6/2007 | S. Cunningham | 3.80 | Review Q2 financial performance and latest estimate forecast. |
| 9/7/2007 | J. Dolan | 2.20 | Read final version of report for distribution incorporating comments. |
| 9/7/2007 | M. Desalvio | 1.00 | Retrieve 10Q's for Grace and peer group for 1Q07 and 2Q07 |
| 9/10/2007 | S. Cunningham | 1.40 | Read and analyzed updated peer review. |
| 9/10/2007 | J. Dolan | 2.20 | Sensitized year-end EBITDA for 2Q07 report. |
| 9/10/2007 | E. Ordway | 1.40 | Directed staff in preparing 2Q report. |
| 9/10/2007 | S. Cunningham | 2.40 | Reviewed draft report to committee re Q2 results. |
| 9/10/2007 | J. Dolan | 1.70 | Sensitized year-end cash for 2Q07 report. |
| 9/10/2007 | J. Dolan | 1.40 | Analyzed peer 10Q's to support valuation multiple analysis in 2Q07 report to the Committee including Albemarle, Chemtura, DuPont, Dow. |
| 9/11/2007 | S. Cunningham | 3.10 | Prepared and reviewed 2007 sensitivity analysis for P&L & cash flow. |
| 9/11/2007 | J. Dolan | 1.50 | Analyzed peer 10Q's to support valuation multiple analysis in 2Q07 report to the Committee including Fuller, Int'l flavors, PPG & Rohm & Haas. |
| 9/11/2007 | E. Ordway | 0.60 | Directed staff in analyzing peer group by determining maximization adjustments to EBITDA. |
| 9/11/2007 | E. Ordway | 1.70 | Prepared/analyzed EBITDA bridge for inclusion in report to the Committee. |
| 9/11/2007 | J. Dolan | 1.50 | Sensitized cash and EBITDA for 2Q07 report to the Committee. |
| 9/11/2007 | S. Cunningham | 1.20 | Reviewed draft report to committee re Q2 results. |
| 9/11/2007 | J. Dolan | 0.80 | Revisions to report based on additional analyses performed. |
| 9/12/2007 | S. Cunningham | 2.30 | Edit and reviewed draft Q2 report to the Committee. |
| 9/13/2007 | S. Cunningham | 2.30 | Finalize Q2 report to committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/17/2007 | E. Ordway | 1.20 | Reviewed Debtors' 2006 presentation to list out initiatives included in 2007 Business Plan. |
| 9/17/2007 | J. Dolan | 0.30 | Distribution to Committee of 2Q07 Report. |
| 9/17/2007 | J. Dolan | 0.70 | Revisions to report based on Committee Chair comments. |
| 9/19/2007 | S. Cunningham | 0.50 | Analyzed current industry issues. |
| 9/20/2007 | S. Cunningham | 1.10 | Review financial analysis re: 2nd quarter results. |
| 9/24/2007 | E. Ordway | 1.40 | Read and analyzed tax footnotes in most recent 10Q and 10K. |
| Subtotal | | 45.60 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/14/2007 | S. Cunningham | 2.00 | Reviewed Company's NOL analysis. |
| 9/14/2007 | S. Cunningham | 0.40 | Read and Review NOL Optimization Plan. |
| 9/17/2007 | S. Cunningham | 1.80 | Reviewed and analyzed details of optimization plan. |
| 9/17/2007 | S. Cunningham | 0.50 | Participate in call w/ Counsel to review optimization plan. |
| 9/17/2007 | S. Cunningham | 0.80 | Participate in call with Grace management to discuss optimization plan. |
| 9/17/2007 | E. Ordway | 0.50 | Directed staff in analyzing cash impact of tax optimization strategy. |
| 9/17/2007 | J. Dolan | 1.40 | Prepared follow up questions for the Company based on discussions with Counsel. |
| 9/17/2007 | J. Dolan | 0.70 | Read and analyzed Tax Optimization motion filed by the Company. |
| 9/17/2007 | J. Dolan | 1.60 | Prepared for and participated on call with Counsel regarding Optimization Plan. |
| 9/18/2007 | J. Dolan | 2.80 | Prepared presentation to the Committee regarding Optimization Plan including background, objectives, issues and analyses. |
| 9/19/2007 | J. Dolan | 3.40 | Prepared presentation to the Committee regarding Optimization Plan including background, objectives, issues and analyses. |
| 9/19/2007 | S. Cunningham | 2.20 | Prepared and reviewed Optimization Plan analysis re NOLs and FTCs. |
| 9/19/2007 | S. Cunningham | 0.50 | Prepare report to the Committee regarding the Company's proposed Optimization Plan. |
| 9/20/2007 | S. Cunningham | 0.30 | Discuss infomation request pertaining to the Optimization Plan with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/20/2007 | J. Dolan | 1.50 | Update to presentation to the Committee regarding Optimization Plan based on discussions with management. |
| 9/20/2007 | S. Cunningham | 3.00 | Reviewed optimization plan analysis. |
| 9/20/2007 | J. Dolan | 1.60 | Prepared for and participated on call with management regarding Optimization Plan. |
| 9/20/2007 | J. Dolan | 1.70 | Review of prior case NOL analysis to assist in analyzing managements motion. |
| 9/21/2007 | J. Dolan | 2.40 | Update to presentation to the Committee regarding Optimization Plan based on discussions with management. |
| 9/21/2007 | S. Cunningham | 4.30 | Finalized Optimization Plan Report to Committee. |
| 9/24/2007 | S. Cunningham | 3.00 | Reviewed and prepared analysis re: Optimization plan report and related impact on NOL & FTC |
| 9/24/2007 | E. Ordway | 2.80 | Prepared/edited analyses regarding tax maximization proposed from Debtors. |
| 9/24/2007 | E. Ordway | 0.60 | Researched foreign tax strategies in European jurisdictions. |
| 9/24/2007 | J. Dolan | 0.70 | Prepared cash flow analysis to support Optimization Plan. |
| 9/24/2007 | J. Dolan | 0.70 | Incorporated comments from counsel into Optimization Report. |
| 9/24/2007 | J. Dolan | 1.00 | Prepared and participation in call with Company regarding Optimization Plan. |
| 9/24/2007 | J. Dolan | 1.90 | Review of information received from Blackstone regarding Optimization Plan. |
| 9/25/2007 | J. Dolan | 1.40 | Prepared analysis for Optimization Plan and related commentary including background of the Plan. |
| 9/25/2007 | J. Dolan | 1.00 | Discussion with counsel regarding Optimization Plan. |
| 9/25/2007 | J. Dolan | 1.50 | Prepared analysis for Optimization Plan and related commentary including structure of the Plan. |
| 9/27/2007 | J. Dolan | 1.00 | Discussed with Company the German and Belgian structure of the Optimization Plan. |
| 9/27/2007 | J. Dolan | 1.60 | Final changes and comments to the Optimization Plan report. |
| 9/27/2007 | S. Cunningham | 3.30 | Read and reviewed draft report to committee re: Optimization Plan |
| 9/28/2007 | J. Dolan | 0.50 | Issued Optimization Plan to Committee. |
| 9/28/2007 | J. Dolan | 1.90 | Finalized Optimization Plan Report to Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/28/2007 | S. Cunningham | 1.30 | Reviewed report to committee re: Optimization Plan |
| Subtotal | | 57.60 | |
| 26. Meetings with Debtors/Advisors | | | |
| 9/26/2007 | J. Dolan | 4.60 | Prepared for and participated in meeting with the Debtors. |
| Subtotal | | 4.60 | |
| **Total Hours** | | **162.10** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/07 through 9/30/07

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Copies | | | |
| 9/30/2007 | Capstone Expenses | 180 copies @ $ .10 ea | $18.00 |
| Subtotal - Copies | | | $18.00 |
| Parking/Tolls | | | |
| 9/27/2007 | S. Cunningham | S. Cunningham parking & Tolls. | $48.00 |
| Subtotal - Parking/Tolls | | | $48.00 |
| Postage/FedEx | | | |
| 9/30/2007 | Capstone Expenses | Fed Ex 2-215-06790 | $11.10 |
| Subtotal - Postage/FedEx | | | $11.10 |
| Research | | | |
| 9/30/2007 | Capstone Expenses | September Pacer Charges | $3.36 |
| Subtotal - Research | | | $3.36 |
| Scans | | | |
| 9/30/2007 | Capstone Expenses | 66 Scans @ $1.00 ea | $66.00 |
| Subtotal - Scans | | | $66.00 |
| Telecom Charges | | | |
| 9/30/2007 | Capstone Expenses | Telephone charges - Saddle Brook office | $250.36 |
| Subtotal - Telecom Charges | | | $250.36 |
| **For the Period 9/1/07 through 9/30/07** | | | $396.82 |