IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: November 28, 2007 |
| | | Hearing Deadline: to be scheduled, if necessary |

## NINTH MONTHLY FEE APPLICATION OF OGILVY RENAULT LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | Ogilvy Renault LLP ("OR") |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2007 through September 30, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $104,938.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $104,661.80 |
| This is a:    X monthly        ___ interim        ___final application. | |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] All dollar amounts reflected in this Monthly Fee Application are in Canadian currency.

DOCSTOR: 1365080\1

Case 01-01139-AMC    Doc 17317    Filed 11/08/07    Page 2 of 7

- 2 -

The total time expended for preparation of this fee application is approximately three (3) hours and the corresponding estimated compensation requested is approximately $480.00[3]. This is OR's monthly application for interim compensation of services for the interim fee period September 1, 2007 through September 30, 2007.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | Pending | Pending |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | Pending | Pending |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in OR's subsequent fee applications.

[4] The "Approved Fees" amount represents 80% of the fees requested by OR.

[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

## OR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Derrick C. Tay | Senior Partner, Year of Call to the Ontario Bar – 1981 | $875.00 | 52.40 | $45,850.00 |
| Ian Ness | Partner, Year of Call to the Ontario Bar – 1984 | $650.00 | 1.80 | $1,170.00 |
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar – 1995 | $560.00 | 34.40 | $19,264.00 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $510.00 | 5.00 | $2,550.00 |
| Jennifer Stam | Associate, Year of Call to the Ontario Bar – 2002 | $465.00 | 34.40 | $15,996.00 |
| Jessica Caplan | Associate, Year of Call to the Ontario Bar – 2006 | $245.00 | 44.00 | $10,780.00 |
| Karen Whibley | Law Clerk, n/a | $215.00 | 28.30 | $6,084.50 |
| Anna Traer | Law Clerk, n/a | $190.00 | 2.10 | $399.00 |
| Penny Adams | Law Clerk, n/a | $160.00 | 17.20 | $2,752.00 |
| Kathleen Smirle | Articling Student, n/a | $185.00 | 0.50 | $92.50 |

**Total Fees:** $104,938.00
**Total Hours:** 220.10
**Blended Rate:** $476.77

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0006 | Litigation and Litigation Consulting | 205.70 | $101,934.00 |
| 0008 | Fee Applications, Applicant | 14.40 | $3,004.00 |
| Total |  | 220.10 | $104,938.00 |

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

## EXPENSE SUMMARY

Invoice No. 378107 (Litigation and litigation consulting – File No. 01016442-0006)

| Description | Timekeeper | Vendor | Amount |
|---|---|---|---|
| Document Database Maintenance – PLG Platinum Legal Croup Inc. | Karen Whibley | N/A | $62,753.90 |
| Document Database Maintenance – PLG Platinum Legal Croup Inc. | Karen Whibley | N/A | $41,159.29 |
| Long distance calls (1.514.366.3070) | Allison Kuntz | N/A | $0.66 |
| Photocopies | Monique Massabki | N/A | $177.60 |
| Courier service (FedEx) – Inv#689588755053 | Derrick Tay | N/A | $91.69 |
| Courier service (FedEx) – Inv#689588755064 | Derrick Tay | N/A | $69.52 |
| External DB Search/Quicklaw | Jessica Caplan | N/A | $1.25 |
| Filing notice of Motion | Jessica Caplan | N/A | $127.00 |
| Photocopies | Jessica Caplan | N/A | $26.40 |
| Photocopies | Jessica Caplan | N/A | $10.70 |
| Photocopies | Jessica Caplan | N/A | $0.20 |
| Photocopies | Jessica Caplan | N/A | $0.10 |
| Photocopies | Jessica Caplan | N/A | $0.90 |

DOCSTOR: 1365080\1

| Description | Timekeeper | Vendor | Amount |
|---|---|---|---|
| Facsimile | Teresa Walsh | N/A | $9.00 |
| Courier service (FedEx) Inv#689588755568 | Derrick Tay | N/A | $40.87 |
| Courier service (FedEx) Inv#689588755579 | Derrick Tay | N/A | $40.87 |
| Courier service (FedEx) Inv#689588755590 | Derrick Tay | N/A | $40.87 |
| Facsimile | Jessica Caplan | N/A | $38.00 |
| Facsimile | Jennifer Stam | N/A | $6.00 |
| Photocopies | Teresa Walsh | N/A | $0.20 |
| Facsimile | Jennifer Stam | N/A | $7.00 |
| Long distance calls (1.561.362.1533) | Derrick Tay | N/A | $0.81 |
| Photocopies | Jennifer Stam | N/A | $30.60 |
| **TOTAL** | | | **$104,633.43** |

**Invoice No. 735193 (Fee Applications, Applicant – File No. 01016442-0008)**

| Description | Timekeeper | Vendor | Amount |
|---|---|---|---|
| Photocopies | Penny Adams | N/A | $2.70 |
| Long distance calls (1.410.531.4355) | Teresa Walsh | N/A | $2.29 |
| Photocopies | Teresa Walsh | N/A | $0.30 |
| Photocopies | Teresa Walsh | N/A | $0.60 |
| Photocopies | Penny Adams | N/A | $2.40 |
| Long distance calls (1.312.861.3267) | Penny Adams | N/A | $0.80 |
| Photocopies | Teresa Walsh | N/A | $16.10 |
| Long distance calls (1.312.861.3267) | Penny Adams | N/A | $3.18 |
| **TOTAL** | | | **$28.37** |

| Expense Category | Total Expenses |
|---|---|
| Photocopies | $268.80 |
| Courier Service | $283.82 |
| Long Distance Calls | $7.74 |
| Facsimile | $60.00 |
| External DB Search/Quicklaw | $1.25 |
| Document Database Maintenance | $103,913.19 |
| Filing Notice of Motion | $127.00 |
| **Total** | **$104,661.80** |

WHEREFORE, OR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $104,938.00 for reasonable and necessary professional services that OR has rendered to the Debtors during the Fee Period ($83,950.40) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by OR during the Fee Period ($104,661.80); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Dated: November 8, 2007

OGILVY RENAULT LLP

_____Teresa J. Walsh_____
Teresa J. Walsh LSUC#: 385140
Suite 3800, 200 Bay Street
Royal Bank Plaza, South Tower
Toronto, Ontario, Canada M5J 2Z4
Telephone: (416) 216-4080
Facsimile: (416) 216-3980

Special Counsel for the Debtors and Debtors in Possession

DOCSTOR: 1365080\1

## VERIFICATION

PROVINCE OF ONTARIO    :

CITY OF TORONTO    :

Teresa J. Walsh, after being duly sworn according to law, deposes and says:

(a)    I am a partner with the law firm of Ogilvy Renault LLP ("OR").

(b)    I am familiar with the legal services rendered by OR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of OR.

(c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this 8th day of November, 2007.

_____    _____
A Commissioner for Taking    Teresa J. Walsh
Affidavits