IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: November 28, 2007 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S NINTH MONTHLY FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1365080\1



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | October 10, 2007 |
| RE: | Litigation and litigation consulting | INVOICE: 748434 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending September 30, 2007

| | |
|---|---|
| FEES | $101,934.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 104,633.43 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $206,567.43 |

Canadian Funds



Please return a copy with payment to our address below.

Payable upon receipt

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including Invoice number on transfer order.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                        01016442-0006

RE: Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| K. Smirle | 0.5 | $92.50 |
| P. Adams | 4.8 | $768.00 |
| A. Traer | 2.1 | $399.00 |
| K. Whibley | 28.3 | $6,084.50 |
| J. Caplan | 44 | $10,780.00 |
| J. Stam | 34.4 | $15,996.00 |
| I.A. Ness | 1.8 | $1,170.00 |
| O. Pasparakis | 34.4 | $19,264.00 |
| D.C. Tay | 52.4 | $45,850.00 |
| T. Walsh | 3 | $1,530.00 |
| Total | 205.70 | $101,934.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/9/07 | Orestes Pasparakis | Advice and direction regarding reply materials. | 0.50 | $280.00 |
| 4/9/07 | Derrick C. Tay | Reviewing material from representative counsel and dealing with same. | 1.50 | $1,312.50 |
| 4/9/07 | Jessica Caplan | Drafting the 24th Report of the Information Officer. | 1.50 | $367.50 |
| 4/9/07 | Karen Whibley | Coding documents for relevance. | 7.40 | $1,591.00 |
| 5/9/07 | Jessica Caplan | Reviewing the 24th Report of the Information Officer (0.5); drafting materials for the stay extension motion returnable September 25, 2007 (1.5). | 2.00 | $490.00 |
| 5/9/07 | Karen Whibley | Coding documents for relevance. | 5.60 | $1,204.00 |
| 6/9/07 | Anna Traer | Meeting with K. Whibley regarding coding of database and past review of documents for Request To Produce. | 0.80 | $152.00 |
| 6/9/07 | Karen Whibley | Coding documents for relevance (5.9); conference with A. Traer regarding coding of response to request documents (1.0). | 6.90 | $1,483.50 |
| 6/9/07 | Jennifer Stam | Reviewing draft Finke affidavit. | 0.80 | $372.00 |
| 6/9/07 | Derrick C. Tay | Reviewing material from U.S. and considering impact of same. | 1.50 | $1,312.50 |

INVOICE: 748434



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                     01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/9/07 | Jessica Caplan | Meeting with J. Stam to discuss the Finke affidavit. | 0.50 | $122.50 |
| 7/9/07 | Karen Whibley | Coding documents for relevance (2.8); reviewing database with A. Traer (1.7); coding documents regarding Request to Produce (2.9). | 7.40 | $1,591.00 |
| 7/9/07 | Jessica Caplan | Revisions to the Finke affidavit (4.0); meeting with J. Stam to discuss the Finke affidavit (0.3); drafting the 24th Report of the Information Officer (1.0). | 5.30 | $1,298.50 |
| 7/9/07 | Anna Traer | Meeting with K. Whibley and further review of database and materials prepared for document review in preparation of two CDs delivered to client in response to Request to Produce. | 1.30 | $247.00 |
| 7/9/07 | Derrick C. Tay | Initial review of materials served by representative counsel for October motion. | 3.50 | $3,062.50 |
| 8/9/07 | Jessica Caplan | Revisions to Finke affidavit (1.5); preparing a key date chronology for the Finke affidavit (0.5). | 2.00 | $490.00 |
| 8/9/07 | Derrick C. Tay | Continuing review of material served by representative counsel (1.8); considering implications and arguments (1.7). | 3.50 | $3,062.50 |
| 9/9/07 | Orestes Pasparakis | Considering Report (0.6); considering strategy and next steps (0.4). | 1.00 | $560.00 |
| 10/9/07 | Teresa Walsh | Reviewing 24th Report of the Information Officer and suggesting revisions and additions to same (0.4); follow-up with J. Caplan regarding revisions (0.1). | 0.50 | $255.00 |
| 10/9/07 | Penny Adams | Discussions with O. Pasparakis and J. Caplan regarding the Finke affidavit (0.3); reviewing the 24th Information Officer's Report (0.5). | 0.80 | $128.00 |
| 10/9/07 | Karen Whibley | Coding documents for relevance. | 1.00 | $215.00 |
| 10/9/07 | Jessica Caplan | Final revisions to the 24th Report of the Information Officer (1.0); preparing and sending the 24th Report to U.S. counsel for review (0.5); revisions to the key date chronology for the Finke affidavit (1.0). | 2.50 | $612.50 |

INVOICE: 748434



**OGILVY RENAULT**
LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO. 01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/9/07 | Orestes Pasparakis | Reviewing first draft of affidavit materials and considering same (2.0); considering materials to be filed (1.0). | 3.00 | $1,680.00 |
| 11/9/07 | Jessica Caplan | Review of changes to the Finke affidavit (0.5); revisions to the motion materials for the motion returnable September 25, 2007 (0.5). | 1.00 | $245.00 |
| 11/9/07 | Derrick C. Tay | Reviewing status of various internal tasks. | 1.50 | $1,312.50 |
| 11/9/07 | Orestes Pasparakis | Preparing Finke affidavit (4.0); reviewing materials (1.8). | 5.80 | $3,248.00 |
| 11/9/07 | Jennifer Stam | Conversations regarding factum and draft affidavit (0.2); considering same (0.3). | 0.50 | $232.50 |
| 11/9/07 | Penny Adams | Correspondence with J. Caplan regarding the file (0.8); assembling documentation relating to the U.S. and Canadian process (1.2). | 2.00 | $320.00 |
| 12/9/07 | Derrick C. Tay | Dealing with report of Information Officer on Canadian proceedings. | 1.00 | $875.00 |
| 12/9/07 | Penny Adams | Providing materials to O. Pasparakis and J. Caplan for the Finke affidavit. | 0.50 | $80.00 |
| 12/9/07 | Jessica Caplan | Assisting O. Pasparakis with preparation of the Finke affidavit. | 4.50 | $1,102.50 |
| 12/9/07 | Orestes Pasparakis | Further revisions to the affidavit material (2.0); reviewing documents in connection with same (0.8). | 2.80 | $1,568.00 |
| 13/9/07 | Orestes Pasparakis | Follow up on status and next steps (0.3); preparing for September 25, 2007 motion (0.6); providing instructions regarding Court materials (0.3); considering affidavit and structure (0.6). | 1.80 | $1,008.00 |
| 13/9/07 | Jennifer Stam | Considering issues and conversation regarding the Finke affidavit (0.5); reviewing and revising the notice of motion (0.5); reviewing the 24th Report (0.3). | 1.30 | $604.50 |
| 14/9/07 | Teresa Walsh | Telephone conversation with R. Finke regarding fee auditor's latest report. | 0.30 | $153.00 |

INVOICE: 748434



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                       01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/9/07 | Derrick C. Tay | Reviewing comments and concerns regarding Information Officer's Report (1.5); communicating with Kirkland & Ellis regarding same (0.5). | 2.00 | $1,750.00 |
| 14/9/07 | Jennifer Stam | Reviewing and revising the Finke affidavit (1.5); conversation with L. Sinanyon regarding report (0.2); reviewing report (0.3). | 2.00 | $930.00 |
| 15/9/07 | Orestes Pasparakis | Completing comprehensive first draft of Finke affidavit. | 9.00 | $5,040.00 |
| 15/9/07 | Derrick C. Tay | Considering legal arguments (1.5); reviewing and revising draft affidavit for October motion (1.5). | 3.00 | $2,625.00 |
| 15/9/07 | Jessica Caplan | Revisions to the 24th Report of the Information Officer (1.0); revisions to motion materials for the motion returnable September 25, 2007 (1.0); assistance with the Finke affidavit (2.0). | 4.00 | $980.00 |
| 15/9/07 | Jennifer Stam | Reviewing and revising the Finke affidavit (6.5); reviewing and revising the 24th Information Officer's Report (0.8). | 7.30 | $3,394.50 |
| 17/9/07 | Jennifer Stam | Correspondence with R. Finke and others regarding the report (0.5); internal discussions with respect to the Finke affidavit (0.3). | 0.80 | $372.00 |
| 17/9/07 | Penny Adams | Correspondence with J. Caplan regarding the Finke affidavit. | 0.40 | $64.00 |
| 17/9/07 | Derrick C. Tay | Meeting regarding other work that needs to be done for Finke affidavit (1.3); dealing with Information Officer's Report for stay extension motion (0.7); dealing with representative counsel issues (0.5). | 2.50 | $2,187.50 |
| 17/9/07 | Jessica Caplan | Revisions, fact confirmation and exhibit gathering for the Finke affidavit (6.0); revisions to the 24th Report of the Information Officer (1.0). | 7.00 | $1,715.00 |
| 18/9/07 | Jennifer Stam | Correspondence regarding the report. | 0.20 | $93.00 |

INVOICE: 748434



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 18/9/07 | Jessica Caplan | Transcript review (1.5); exhibit gathering for the Finke affidavit (1.0); revisions to the 24th Report of the Information Officer (0.5); revisions to, and coordination of, the materials for the motion returnable September 25, 2007 (0.7). | 3.70 | $906.50 |
| 18/9/07 | Derrick C. Tay | Reviewing material from Delaware counsel and considering implications. | 1.50 | $1,312.50 |
| 19/9/07 | Teresa Walsh | Discussion with A. Kuntz regarding continuation of document review in Quebec (0.1); follow-up with client regarding status of document review and other matters related to document review conducted to date (0.4). | 0.50 | $255.00 |
| 19/9/07 | Derrick C. Tay | Supervising finalization of court materials and serving of same. | 1.50 | $1,312.50 |
| 19/9/07 | Orestes Pasparakis | Follow-up on affidavit issues. | 0.50 | $280.00 |
| 19/9/07 | Jennifer Stam | Correspondence with respect to the report and service of materials (0.5); reviewing motion materials (0.5). | 1.00 | $465.00 |
| 19/9/07 | Jessica Caplan | Transcript review (1.0); revisions to materials for motion returnable September 25, 2007 (1.0); preparing and serving materials for September 25, 2007 motion (1.0). | 3.00 | $735.00 |
| 20/9/07 | Jennifer Stam | Reviewing and revising the Finke affidavit. | 2.50 | $1,162.50 |
| 20/9/07 | Jessica Caplan | Service of September 25, 2007 motion materials not previously served on September 19, 2007 (1.5); preparing and filing materials for motion returnable September 25, 2007 (1.0); drafting correspondence to client regarding motion materials (0.5); final review, and preparation, of the exhibits to the Finke affidavit (1.5); general file organization (0.5). | 5.00 | $1,225.00 |
| 20/9/07 | Derrick C. Tay | Dealing with administrative aspects of the file and communications with R. Finke regarding same. | 0.50 | $437.50 |
| 21/9/07 | Derrick C. Tay | Being apprised of representative counsel's concerns and various communications to deal with same. | 1.50 | $1,312.50 |

INVOICE: 748434



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                          01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 23/9/07 | Derrick C. Tay | Considering representative counsel's issues and related strategic implications. | 1.50 | $1,312.50 |
| 24/9/07 | Teresa Walsh | Review of email from J. Stam regarding motion to extend order staying proceedings. | 0.20 | $102.00 |
| 24/9/07 | Jennifer Stam | Considering issues regarding the Finke affidavit (4.5); conference call with D. Thompson, M. Moloci and D. Tay regarding September 25 extension motion (0.5); revising extension Order (0.5); correspondence regarding extension Order with Scarfone Hawkins, the Crown and others (0.3). | 5.80 | $2,697.00 |
| 24/9/07 | Derrick C. Tay | Conference with representative counsel regarding specific concerns with stay extension order and possibility of an overall settlement (0.7); considering strategic next steps and advising R. Finke of same (1.0); responding to queries from Kirkland & Ellis regarding stay order (0.8). | 2.50 | $2,187.50 |
| 25/9/07 | Ian A. Ness | Review affidavit of R. Finke regarding pending hearing to lift stay and providing comments thereon. | 1.10 | $715.00 |
| 25/9/07 | Derrick C. Tay | Reviewing and revising affidavit and discussions regarding same (2.5); working on structure of legal argument for motion (2.5); dealing with Canadian stay extension (1.5); dealing with representative counsel and possible settlement discussions (1.0). | 7.50 | $6,562.50 |
| 25/9/07 | Jennifer Stam | Revising Finke affidavit and considering issues regarding same (3.5); preparing for and attending at the commercial list for stay extension (2.5); revising order for stay extension (0.2). | 6.20 | $2,883.00 |

INVOICE: 748434



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                              01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 26/9/07 | Derrick C. Tay | Ongoing discussions with representative counsel regarding settlement discussions and adjournment of October 25 motion (1.5); discussions with counsel for federal government regarding strategy for settlement discussions with representative counsel (0.7); discussions with R. Finke regarding same (0.2); continued work on response material for representative counsel motion (3.0). | 5.40 | $4,725.00 |
| 26/9/07 | Ian A. Ness | Review Finke affidavit regarding relief from stay motion. | 0.50 | $325.00 |
| 26/9/07 | Orestes Pasparakis | Significant revisions to the affidavit and review of documents to ensure accuracy (5.8); discussions with counsel for the Crown (0.7); discussions with R. Finke (0.3); email communications with opposing counsel (0.2); preparing court materials (1.0). | 8.00 | $4,480.00 |
| 26/9/07 | Jessica Caplan | Reviewing Finke affidavit. | 1.00 | $245.00 |
| 26/9/07 | Jennifer Stam | Conversations regarding affidavit and factum. | 0.70 | $325.50 |
| 26/9/07 | Penny Adams | Correspondence with the Commercial List regarding court time (0.2); discussion with J. Stam regarding same (0.1). | 0.30 | $48.00 |
| 27/9/07 | Teresa Walsh | Reviewing and suggested revisions to Finke affidavit in response to representative counsel's motion to lift stay in Canadian proceedings. | 1.50 | $765.00 |
| 27/9/07 | Orestes Pasparakis | Finalizing court materials (1.5); considering strategy (0.5). | 2.00 | $1,120.00 |
| 27/9/07 | Jennifer Stam | Correspondence regarding new court date for representative counsel's motion (0.5); reviewing and revising Finke affidavit (1.5). | 2.00 | $930.00 |
| 27/9/07 | Jessica Caplan | Reviewing Finke affidavit. | 1.00 | $245.00 |
| 27/9/07 | Derrick C. Tay | Working on court materials for representative counsel motion (3.0); dealing with representative counsel and crown counsel (1.0). | 4.00 | $3,500.00 |
| 28/9/07 | Kathrine Smirle | Meeting with J. Stam regarding factum. | 0.20 | $37.00 |
| 28/9/07 | Penny Adams | Correspondence with J. Caplan, G. Vogt and others regarding U.S. Court materials. | 0.80 | $128.00 |

INVOICE: 748434



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                            01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 28/9/07 | Jennifer Stam | Reviewing and revising Finke affidavit (1.0); conversations and correspondence regarding factum (1.0); considering research for factum (1.3). | 3.30 | $1,534.50 |
| 28/9/07 | Derrick C. Tay | Reviewing and revising draft affidavit (2.5); working on legal arguments for preparation of factum (2.5); dealing with representative counsel and lawyers for federal government (1.5). | 6.50 | $5,687.50 |
| 28/9/07 | Ian A. Ness | Office consultation regarding lifting of stay issues. | 0.20 | $130.00 |
| 30/9/07 | Kathrine Smirle | Reviewing Finke affidavit in connection with case law required for factum. | 0.30 | $55.50 |
|  |  | **TOTAL FEES** |  | **$101,934.00** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 246.70 |
| Facsimile | 60.00 |
| Long distance calls | 1.47 |
| Courier service | 283.82 |
| External DB Search/Quicklaw | 1.25 |
| Document Database Maintenance | 103,913.19 |
| Filing notice of motion | 127.00 |
| | $104,633.43 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 30/6/07 | Karen Whibley | Document Database Maintenance - PLG PLATINUM LEGAL GROUP INC. | 62,753.90 |
| 30/7/07 | Karen Whibley | Document Database Maintenance - PLG PLATINUM LEGAL GROUP INC. | 41,159.29 |
| 4/9/07 | Allison Kuntz | Long distance calls 15143663070 | 0.66 |
| 7/9/07 | Monique Massabki | Photocopies | 177.60 |

INVOICE: 748434

Case 01-01139-AMC    Doc 17317-1    Filed 11/08/07    Page 11 of 16



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                        01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 7/9/07 | Derrick C. Tay | Courier service FedEx shipment #689588755053 FROM TORONTO, ON, CA. To: JANET S. BAER,KIRKLAND & ELLIS LLP, CHICAGO, IL, US. ON 07-09-2007, GST: 0.00, QST: 0.00 | 91.69 |
| 7/9/07 | Derrick C. Tay | Courier service FedEx shipment #689588755064 FROM TORONTO, ON, CA. To: MR. RICHARD FINKE,W.R. GRACE & CO., COLUMBIA, MD, US. ON 07-09-2007, GST: 0.00, QST: 0.00 | 69.52 |
| 15/9/07 | Jessica Caplan | External DB Search/Quicklaw | 1.25 |
| 19/9/07 | Jessica Caplan | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 19/9/07 | Jessica Caplan | Photocopies | 26.40 |
| 19/9/07 | Jessica Caplan | Photocopies | 10.70 |
| 20/9/07 | Jessica Caplan | Photocopies | 0.20 |
| 20/9/07 | Jessica Caplan | Photocopies | 0.10 |
| 20/9/07 | Jessica Caplan | Photocopies | 0.90 |
| 20/9/07 | Teresa Walsh | Facsimile 9056834659 | 9.00 |
| 20/9/07 | Derrick C. Tay | Courier service FedEx shipment #689588755568 FROM TORONTO, ON, CA. To: ,W.R. GRACE & CO., COLUMBIA, MD, US. ON 20-09-2007, GST: 0.00, QST: 0.00 | 40.87 |
| 20/9/07 | Derrick C. Tay | Courier service FedEx shipment #689588755579 FROM TORONTO, ON, CA. To: ,KIRKLAND & ELLIS LLP, CHICAGO, IL, US. ON 20-09-2007, GST: 0.00, QST: 0.00 | 40.87 |
| 20/9/07 | Derrick C. Tay | Courier service FedEx shipment #689588755590 FROM TORONTO, ON, CA. To: THEODORE L. FREEDMAN,KIRKLAND & ELLIS LLP, NEW YORK, NY, US. ON 20-09-2007, GST: 0.00, QST: 0.00 | 40.87 |
| 20/9/07 | Jessica Caplan | Facsimile 4169433300 | 38.00 |
| 24/9/07 | Jennifer Stam | Facsimile 4169433300 | 6.00 |
| 24/9/07 | Teresa Walsh | Photocopies | 0.20 |
| 25/9/07 | Jennifer Stam | Facsimile 4169433300 | 7.00 |
| 26/9/07 | Derrick C. Tay | Long distance calls 15613621533 | 0.81 |
| 28/9/07 | Jennifer Stam | Photocopies | 30.60 |
| | | TOTAL | $104,633.43 |

INVOICE: 748434



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | |
|---|---|
| Client: W.R. GRACE & CO. | October 10, 2007 |
| RE: Fee Applications, Applicant | INVOICE: 748437 |
| Matter No.: 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending September 30, 2007

| | |
|---|---|
| FEES | $3,004.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 28.37 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $3,032.37 |



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930
ogilvyrenault.com

Payable upon receipt



## OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                                    01016442-0008

RE: Fee Applications, Applicant

---

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 2 | $1,020.00 |
| P. Adams | 12.4 | $1,984.00 |
| Total | 14.40 | $3,004.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/9/07 | Penny Adams | Correspondence regarding August invoices. | 0.10 | $16.00 |
| 10/9/07 | Penny Adams | Reviewing August invoices (0.5); email to working group regarding docketing procedures (0.2). | 0.70 | $112.00 |
| 12/9/07 | Penny Adams | Reviewing and considering auditor's final report (0.7); reviewing name change notice from Pachulski Stang Ziehl & Jones LLP (0.2); updating records to reflect the change (0.3). | 1.20 | $192.00 |
| 12/9/07 | Teresa Walsh | Review of Fee Auditor's final report (0.2); report to client on same (0.2). | 0.40 | $204.00 |
| 13/9/07 | Penny Adams | Reviewing August invoices (0.7); drafting the Eighth Monthly Fee Application and reviewing same (2.3). | 3.00 | $480.00 |
| 14/9/07 | Penny Adams | Reviewing and revising the Eighth Monthly Fee Application. | 1.00 | $160.00 |
| 17/9/07 | Penny Adams | Reviewing and revising the Eighth Monthly Fee Application (0.4); correspondence with T. Walsh regarding overpayment issues (0.3). | 0.70 | $112.00 |
| 19/9/07 | Penny Adams | Correspondence with T. Walsh and K. Whibley regarding coding disbursements (0.5); reviewing and revising fee application (0.3); | 0.80 | $128.00 |
| 20/9/07 | Penny Adams | Dealing with various issues related to the Eighth Monthly Fee Application. | 0.60 | $96.00 |
| 20/9/07 | Teresa Walsh | Review of billings for upcoming fee application. | 0.30 | $153.00 |
| 21/9/07 | Teresa Walsh | Review of August quarterly fee application including all dockets for which reimbursement is being claimed (0.7); office conference with P. Adams and swearing fee application (0.1). | 0.80 | $408.00 |

INVOICE: 748437



## OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.  01016442-0008

RE: Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/9/07 | Penny Adams | Correspondence with R. Finke, T. Walsh and others regarding the Eighth Monthly Fee Application (0.4); finalizing same (0.6). | 1.00 | $160.00 |
| 24/9/07 | Penny Adams | Correspondence with Fee Auditor, P. Cuniff and others regarding fee application (0.6); circulating final version of same (0.3); receiving confirmation of filing (0.1). | 1.00 | $160.00 |
| 24/9/07 | Teresa Walsh | Review of email from R. Finke regarding most recent fee application. | 0.20 | $102.00 |
| 25/9/07 | Penny Adams | Telephone discussion with A. Johnson regarding conflict search issues (0.2); e-mail regarding same (0.4). | 0.60 | $96.00 |
| 26/9/07 | Penny Adams | Telephone conference with A. Johnson regarding conflict search issue (0.2); considering issues relating to same (0.4); telephone call and e-mails to T. Walsh regarding same (0.6); correspondence with A. Johnson regarding same (0.1); reviewing retention affidavit of T. Walsh (0.4). | 1.70 | $272.00 |
| 26/9/07 | Teresa Walsh | Follow-up with P. Adams regarding ongoing conflict searches in respect of fee applications. | 0.30 | $153.00 |
| | | **TOTAL FEES** | | **$3,004.00** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 22.10 |
| Long distance calls | 6.27 |
| | $28.37 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 7/9/07 | Penny Adams | Photocopies | 2.70 |
| 12/9/07 | Teresa Walsh | Long distance calls 14105314355 | 2.29 |
| 12/9/07 | Teresa Walsh | Photocopies | 0.30 |

INVOICE: 748437



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                            01016442-0008

RE:   Fee Applications, Applicant

| Date    | Timekeeper    | Description                       |       | Amount |
|---------|---------------|-----------------------------------|-------|--------|
| 12/9/07 | Teresa Walsh  | Photocopies                       |       | 0.60   |
| 21/9/07 | Penny Adams   | Photocopies                       |       | 2.40   |
| 25/9/07 | Penny Adams   | Long distance calls 13128613267   |       | 0.80   |
| 26/9/07 | Teresa Walsh  | Photocopies                       |       | 16.10  |
| 26/9/07 | Penny Adams   | Long distance calls 13128613267   |       | 3.18   |
|         |               |                                   | TOTAL | $28.37 |

INVOICE: 748437