# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JULY 1, 2007 THROUGH
## JULY 31, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 6, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File     WRG-AUS/JCP
Invoice number   71442

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only: 07/31/07     $17,802.00
            Subtotal for COSTS only: 07/31/07         $99.66
                                                 --------------
  CURRENT PERIOD FEES AND COSTS: 07/31/07        $17,901.66
                                                 --------------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

November 6, 2007

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number  71442

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 0.7 | 98.00 |
| LITIGATION | 48.9 | 17,662.00 |
| CASE ADMINISTRATION | 0.3 | 42.00 |
| Subtotal for FEES only: 07/31/07 | 49.9 | $17,802.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 45.00 | 45.00 | 16,875.00 | 0.00 | 0.00 |
| 275.00 | BEF | 1.80 | 1.80 | 495.00 | 0.00 | 0.00 |
| 140.00 | CAH | 3.00 | 3.00 | 420.00 | 0.00 | 0.00 |
| 120.00 | TLB | 0.10 | 0.10 | 12.00 | 0.00 | 0.00 |
| Totals | | 49.90 | 49.90 | 17,802.00 | 0.00 | 0.00 |

WRG-AUS                                          LEGALMASTER MIRC For Transactions                                11/06/07  Page 2
                                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | BEF | 07/19/07 | Attendance at 7/19 Hearing by telephone. | 1.20 | 330.00 | Li |
| WRG LITIGATION | BEF | 07/31/07 | Review e-mails re: filing Notice of Service. | 0.10 | 27.50 | |
| WRG LITIGATION | BEF | 07/31/07 | Review of Notice of Service; e-mails with co-counsel re: same; file Notice. | 0.50 | 137.50 | |
| | | | | 1.80 | 495.00 | |
| WRG LITIGATION | CAH | 07/20/07 | Review of e-mail from D. Fender; e-mail to John C. Phillips, Jr. re: same; download pleadings and print same; e-mail to D. Felder re: Certificate of Service. | 0.50 | 70.00 | |
| WRG LITIGATION | CAH | 07/20/07 | Scan Notice of Deposition with signatures for Rust and BMC; file same. | 0.40 | 56.00 | |
| WRG LITIGATION | CAH | 07/26/07 | Phone conference with and e-mail to Parcels re: 2 Pro Hac Vice Motions to be filed in District Court. | 0.20 | 28.00 | |
| WRG LITIGATION | CAH | 07/26/07 | Scan file and e-mail to Chambers 2 Pro Hac Vice Motions from Orrick. | 0.40 | 56.00 | |
| WRG LITIGATION | CAH | 07/31/07 | E-mail to D. Felder (3x) re: Notice of Amended expert report to be filed. | 0.30 | 42.00 | |
| WRG LITIGATION | CAH | 07/31/07 | Scan John C. Phillips, Jr.'s signature page for Notice of Amended Expert Report to D. Felder for service; note corrections to same. | 0.20 | 28.00 | |
| | | | | 2.00 | 280.00 | |
| WRG LITIGATION | JCP | 07/02/07 | Review of 6/26/07 Hearing Transcript (.1); review of miscellaneous pleadings (.1); review of Mission Towers' Notice of Appeal with Exhibits and Designation of Items to be Included in Record on Appeal (.1); review of Debtors' Counter-Designation of Items to be Included in Record on Appeal (.1); review of District Court's Notice of Docketing of Appeal (.1); review of District Court's Order Consolidating 44 Appeals and Setting Briefing Schedule (.1); review of and revise Asbestos Constituents' Opposition to Debtors' 10th Motion to Extend Exclusivity (1.8 hrs). | 2.40 | 900.00 | |
| WRG LITIGATION | JCP | 07/03/07 | Review of Agenda for 7/5/07 Hearing (.1); review of notification of time change for 7/5/07 Hearing and calendar same (.1); review of revised Opposition to Debtors' 10th Motion for Extension of Exclusivity (.1); e-mail from counsel for Personal Injury Committee with enclosure (.1); review of additional exclusivity argument proposed by counsel for Personal Injury Committee (.2); e-mail from counsel for Property Damage Committee with enclosure (.1); | 1.80 | 675.00 | |

WRG-AUS                                                LEGALMASTER MIRC For Transactions                              11/06/07  Page 3
                                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 07/04/07 | Review of Debtors Notice of Deposition of Brayton Purcell (.1); review of Agreed Motion of Debtors and Congoleum re: Entry of Stipulation and Protective Order with enclosure (.2); review of proposed Protective Order (.2); review of Debtors' Motion to Expedite Consideration of same (.1); review of Certification of Counsel re: Second Newly Amended Case Management Order re: Estimation of Personal Injury Claims with enclosure (.1); review of proposed Order; calendar Personal Injury Estimation Trial Dates (.1); review of final version of Asbestos Constituents' Opposition to Debtors' 10th Motion to Extend Exclusivity (.1). | 1.00 | 375.00 | WRG |
| LITIGATION | JCP | 07/05/07 | Phone conference with Judge Fitzgerald and all counsel (in 2 parts of 2 hours and 4.5 hours); letter from counsel for Debtor re: Debtors' Answers to Interrogatories and Requests for Production of Documents from Personal Injury Committee (.1); review of Notice of Service of Same (.1); review of Fireman's Fund's Objection to Assignment to Rhodia, Inc. (.2); review of and execute Asbestos Constituents' Objection to Debtors' 10th Motion to Extend Exclusivity (.2); conference with paralegal re: filing same; e-mail to local counsel for Personal Injury Committee and local counsel for Property Damage Committee re: signing same and return to John C. Phillips, Jr.(.1). | 7.20 | 2,700.00 | WRG |
| LITIGATION | JCP | 07/06/07 | Review of Celotex Trust's Opposition to Debtors' Motion to Shorten Notice Period for Motion to Compel Asbestos Trusts with Exhibits (.3); review of IRS' Response to Debtors' 23rd Omnibus Objection (.3); review of Debtors' Emergency Motion to File Response to Speights' Motion to Supplement Record (.1); e-mail from and e-mail to Debbie Felder re: filing Objection to Debtors' 10th Motion to Extend Exclusivity (2x)(.1); e-mail from local counsel for Personal Injury Committee (2x) re: same (.1); e-mail from local counsel for Property Damage Committee (2x) re: same (.1); e-mail to paralegal forwarding fully executed signature page for the same (.1); e-mail from and e-mail to paralegal re: U.S. Trustee's Objection to Debtors' 10th Motion to Extend Exclusivity (.1). | 1.20 | 450.00 | WRG |

Row 1 of body also includes preceding text: "review of additional exclusivity argument proposed by counsel for Property Damage Committee (.2); e-mail from Roger Frankel re: Property Damage Committee's proposed revisions (.1); review of further revised Opposition (.1); review of Debtors' List of Claims to be Tried on 7/30 - 8/1/07 (.2); review of miscellaneous pleadings (.2); review of Speights & Runyan's Motion to Supplement Record re: Motion to Alter or Amend Court's Order and Opinion Disallowing 71 Claims Entered on April 17, 2007 with Exhibit (Murdaugh Declaration)(.1); e-mail from local counsel for Speights & Runyan re: filing Opposition on 7/6/07 (2x) and e-mail to Debbie Felder re: same (.1);"

WRG-AUS                             LEGALMASTER MIRC For Transactions                          11/06/07  Page 4
                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 07/09/07 | Review of Montana's Response to Libby Claimants' Motion to Amend Modified Order re: Debtors' Motion to Expand Preliminary Injunction (.2); review of Debtors' Motion to Extend Exclusivity (.2); review of Committee's Statement in Further Support of Opposition to Debtors' 10th Motion to File Late Proof of Claim; review of Debtors' Consolidated Response to Motions to Amend Temporary Stay Order re: Actions Against BNSF and Montana (.1); review of U.S. Trustee's Objection to Debtors' 10th Motion to Extend Exclusivity (.1); review of U.S. Trustee's Objection to Debtors' Motion to Approve Sale to Rhodia (.1); review of 7/6/07 Order Setting Response and Reply Dates re: Debtors' Motion to Compel (.1). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 07/10/07 | Review of Debtors' Certification of Counsel re: Protective Order on Debtors' Third Set of Interrogatories to Claimants' Law Firms; review of Debtors' Objection to NJDEP's Motion to File Late Proof of Claim; review of Creditors' Committee's Joinder in same; review of Joint Certification of Counsel re: Order Establishing the Non-waiver of Privileges in Answering Debtors Interrogatories and proposed Order; review of Modified Second Newly Amended Case Management Order for estimation of Personal Injury Claims. | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 07/12/07 | Review of miscellaneous pleadings; review of Debtors' Motion to Philadelphia's Property Damage Claim. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 07/12/07 | Review of 7/10/07 Protective Order re: CRMC (.1); review of Modified Order Establishing Non-Waiver of Privileges Contained in Claimants' Counsel's Answers to Debtors' Interrogatories (.1); review of 7/9/07 Second Newly Amended Case Management Order for Estimation of Personal Injury Liabilities (.2); review of Debtors' Certification of Counsel re: Amended Scheduling Order for Adjudication of Property Damage Claims and Proposed Order (.2); calendar various hearing dates (.1); memorandum to paralegal re: registering to participate by phone in all hearing dates (.1); conference with Brian E. Farnan re: covering 7/19/07 Hearing (.1); review of Debtors' Final Witness List for 7/30 - 31/07 Hearing (.1); review of Debtors' Trial Brief for 7/30 - 31/07 Hearing (.1). | 1.30 | 487.50 | |
| WRG LITIGATION | JCP | 07/13/07 | Review of Agenda for 7/19/07 Hearing (.1); e-mail to Brian E. Farnan re: covering hearing/new hearing time (.1); confirm telephone participation in same (.1); e-mail from Debbie Felder with enclosure (.1); preliminary review of draft 3rd Circuit Exclusivity Brief (.4). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 07/16/07 | E-mail from Debbie Felder with enclosure (.1); review of Re-Notices of Depositions of Egan and Cintani (.1); e-mail to local counsel for Personal Injury Committee re: same | 4.40 | 1,650.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/06/07  Page 5

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | | | | |
| LITIGATION | JCP | 07/17/07 | Review of Speights & Runyan's Opening Appeal Brief re: 41 Anderson Memorial Class Action Claimants (.8); review of Notice of Rescheduling Depositions of Cintani and Egan (.1); review of Order Granting Debtors' Leave to File Reply Brief in Support of Tenth Motion to Extend Exclusivity (.1); review of New Jersey's Response to Debtors' Objection to Motion to File late Proof of Claim (.4 hrs); review of Agenda for 7/23/07 Hearing (.1); review of Debtors' as filed Reply to Objections to Tenth Motion to Extend Exclusivity (.1); review of Claimants' Trial Brief for Statute of Limitations Hearing (.5 hrs); review of Claimants' Objections to Debtors' Exhibits for Statute of Limitations Hearing (.1); e-mail from Debbie Felder with enclosure (.1); review of and execute Consent Order re: confidentiality of Documents to be Produced by Future Claimants Representative's Expert (.1); e-mail to Debbie Felder forwarding executed signature page for same (.1); e-mail from Debbie Felder re: same (.1); e-mail from local counsel for Personal Injury Committee (2x) with enclosure (.1); review of 6/29/07 Hearing Transcript (.2); review of miscellaneous pleadings (.3); review of Kelley & Ferraro's Responses to Debtors' Third Set of Interrogatories (.2); review of Debtors' Response to Speights & Runyan's Motion to Supplement Record re: Motion to Alter Court's 4/17/07 Order Expunging 71 Claims (.1); review of Debtors' Motion to File Reply in Support of Tenth Motion to Extend Exclusivity (.1); review of Debtors' Reply in Support of Tenth Motion to Extend Exclusivity (.1); review of Certificate of No Objection re: Debtors' Motion for Leave to File Dr. Anderson's expert report (.1); review of Certificate of No Objection re: Debtors' Motion for Order Authorizing Sempra Energy Settlement (.1); review of Future Claimants Representative's, Personal Injury Committee's and Property Damage Committee's Third Circuit opening brief re: exclusivity appeal (2.9 hrs). | 2.70 | 1,012.50 | |
| LITIGATION | JCP | 07/18/07 | E-mail from local counsel for Personal Injury Committee re: Exclusivity Appeal Brief (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of revised Joint Objection to Debtors' Motion to Compel Production from Asbestos Trusts (.1); e-mail to local counsel for Personal Injury Committee approving same (.1); review of California's Response and Revised Response to Debtors' Motion to File Reply in Support of Tenth Motion to Extend Exclusivity (.1); review of Certification of Counsel re: Stipulation for Protective Order re: claims filed by Del Taco and proposed Protective Order (.1); review of Certification of Counsel re: Consolidating Acton's Claims and proposed Order (.1); review of Claimants' Final Witness List for Statute of Limitations Hearing (.1); review of Claimants' Exhibits list for Statute of Limitations Hearing (.1). | 0.90 | 337.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 07/19/07 | Review of Anderson Memorial's Joinder in Asbestos Constituents' Opposition to Debtors' Tenth Motion to Extend Exclusivity (.1); review of Debtors' Motion to Authorize Filing Debtors' Brief in Support of Opposition to Motions to Preclude Depositions of Law Firms Under Seal (.1); review of Debtors' Brief and Exhibits in Opposition to Motions to Preclude Depositions of Law Firms (voluminous) (.4 hrs); conference with paralegal re: 7/23/07 agenda and call-in information (.1); e-mail from Debbie Felder re: signing notices of two rescheduled 30(b)(6) depositions (.1). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 07/20/07 | E-mail from Debbie Felder with enclosure (.1); review of Rust 30(b)(6) subpoena (.1); review of and execute Re-Notice of Rust 30(b)(6) deposition (.1); review of BMC 30(b)(6) subpoena (.1); review of and execute Re-Notice of BMC 30(b)(6) deposition (.1); review of Certification of Counsel re: Order Granting Debtors' Motion to File Under Seal Debtors' Brief in Support of Opposition to Law Firms' Motion for Protective Order (.1); review of proposed Order (.1); review of executed Order (.1); review of Debtors' Brief in Further Support of Opposition to Motions for Protective Orders to Preclude Law Firm Depositions as filed (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of executed notices for two rescheduled 30(b)(6) depositions (.1); e-mail to Celeste A. Hartman forwarding same (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of revised draft Objection to Debtors' Motion to Compel Production from Asbestos Trusts (.1); review of same as filed (.1); review of Celotex Trust's Opposition to Debtors' Motion to Compel with Exhibits (voluminous) (.7 hrs). | 2.20 | 825.00 | |
| WRG LITIGATION | JCP | 07/21/07 | Review of expert reports of Jennifer Briggs (.8), Joe Radecki and Eric Stallard (.4). | 1.20 | 450.00 | |
| WRG LITIGATION | JCP | 07/23/07 | E-mail from Debbie Felder with enclosure (.1); review of Future Claimants Representative's Timeline Chart of Exclusivity (.2); review of Amended Agenda for 7/23/07 Hearing (.1); review of DII Trust's Response to Debtors' Motion to Compel (.1); review of Amendment to Debtors' Limited Reply to Objections to Tenth Motion to Extend Exclusivity (.1); review of Debtors' Motion in Limine to Exclude Testimony and Evidence of Nummum Tempus Status at 7/30 - 31/07 Motley Rice Statute of Limitations Hearing and proposed Order (.2); phone conference with Judge Fitzgerald and all counsel for 7/23/07 Hearing (4.9 hrs). | 5.70 | 2,137.50 | |
| WRG LITIGATION | JCP | 07/24/07 | Review of Iowa's Motion to File Late Proof of Claim; review of Debtors' Reply Brief re: Statute of Limitations Hearing on Motley Rice Property Damage claims; review of Debtors' Objections to Motley Rice Property Damage Claims Exhibits. | 0.40 | 150.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

WRG-AUS                                                                                                    11/06/07  Page 7

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 07/25/07 | E-mail to and e-mail from Celeste A. Hartman (2x) re: filing 2 pro hac motions(.1); e-mail from Debbie Felder re: sending Pro Hac motions to Judge Fitzgerald(.1); e-mail from Celeste A. Hartman forwarding Pro Hac motions to Judge Fitzgerald (.1); review of 7/19/07 Hearing transcript (.2); review of Debtors' Motion to Implement 2007 - 2009 long Term Incentive Plan for Key Employees (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Order Terminating Exclusivity (.1); e-mail to Roger Frankel re: same; e-mail from Debbie Felder with enclosure (.1); review of Personal Injury Committee's and Future Claimants Representative's draft Opposition to Debtors' Renewed Request for Attorney Depositions (.2). | 1.10 | 412.50 | |
| WRG LITIGATION | JCP | 07/25/07 | Review of Order Disallowing Certain IRS Claims; review of Order Granting Debtors' leave to File Dr. Anderson's Report (.1); review of Order Regarding Relief Sought in Debtors' Objection to Massachusetts Dept. of Revenue Claim; review of Order Authorizing Settlement with Sempra (.1); review of 34th Order Continuing Debtors' Fifth Omnibus Objection to Claims (.1); review of Order Continuing Debtors' 18th Omnibus Objection to Claims (.1); review of Fourth Order re: Debtors' 22nd Objection to Claims (.1); review of 7th Order re: Debtors' 20th Objection to Claims; review of Order Approving Agreement of Washcoat Sale to Rhodia (.1); review of Claimants' Response to Debtors' Motion in Limine to Exclude Nullum Tempus Testimony and Evidence (.1); e-mail from Debbie Felder re: 7/26/07 filing (.1); e-mail from Debbie Felder with enclosure (2x) (.1); review of and execute Pro Hac Motion for Annie Hermele (.1); e-mail to Celeste A. Hartman re: same (.1); e-mail from and e-mail to Debbie Felder re: pro hac admissions (.1); review of and execute Pro Hac Motion for Catharine Zurbrugg (.1); e-mail to Celeste A. Hartman re: same (.1); review of Agenda for 7/30 - 31/07 Hearing (.1). | 1.50 | 562.50 | |
| WRG LITIGATION | JCP | 07/27/07 | Review of Protective Order re: CRMC electronic data base (.1); review of Amended Agenda for 7/30 - 31/07 Hearings (.1); review of Protective Order re: Claims filed by Del Taco (.1); review of and revise draft Opposition of Future Claimants Representative to Debtors' Renewed Request for Attorney Depositions (.7); review of e-mails from counsel for Personal Injury Committee re: same (.1); review of voluminous exhibits for Opposition (.2); review of final version of Opposition (.1); e-mail from and e-mail to local counsel approving same (.1); review of as filed version of Opposition (.1). | 1.60 | 600.00 | |
| WRG LITIGATION | JCP | 07/30/07 | Review of Notice of 8/1/07 Hearing (.1); review of 7/26/07 Protective Order re: CRMC (.1); review of Debtors' Reply in Support of Motion to Compel Discovery from Celotex Trust and DII Trust(.1); review of Motley Rice's Motion to Authorize Filing Reply to Debtors' Brief in Further Support | 0.70 | 262.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/06/07  Page 8

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | LITIGATION | JCP | 07/31/07 | E-mail from Debbie Felder re: 7/31/07 filing (5x) (.1); review of Depositions Under Seal and proposed Order (.1); review of Notice of Motion and Motion for Order Authorizing Baron & Budd to File Response to Debtors' Request for Depositions Under Seal (.1); review of Certification of Counsel re: same; review of proposed Order for same (.1); review of Agenda for 8/1/07 Hearing (.1). e-mail from Celeste A. Hartman re: same (3x) (.1); e-mail from Debbie Felder with enclosure (.1); review of and execute Notice of Filing of Future Claimants Representative's Supplemental/Rebuttal Expert Report (.1); conference with Celeste A. Hartman re: filing same (2x)(.1); e-mail from Debbie Felder with enclosure (.1); review of Future Claimants Representative's Supplemental Expert Report (.1); review of Amended Agenda for 8/1/07 Hearing (.1); phone conference with local counsel for Personal Injury Committee re: 8/1/07 Hearing (.1); make travel arrangements for 8/1/07 Hearing (.1); conference with Brian E. Farnan re: filing Notice of Filing (.1); e-mail from Brian E. Farnan confirming filing (.1); review of MMWR Firms' Brief in Opposition to Debtors' Brief in Further Support of Opposition to Motions for Protective Order (.2); review of Libby Claimants' Supplemental Expert Reports (Dr. Frank (.1), Whitehouse Response to Haber (.5), Whitehouse Response to Marais/Wecker (.3) Report, Whitehouse Response to Moolgavkar Report (.2), Whitehouse Response to Weill Report (.2), Dr. Whitehouse Response 7/23/07 Expert Report and Exhibits (voluminous)(.9); review of 7/5/07 Hearing Transcript (voluminous)(.4); review of Order Scheduling 8/27/07 Hearing (.1); review of Order Authorizing Baron & Budd to File Response to Debtors' Request for Depositions Under Seal(.1); review of Order Authorizing Motley Rice to File Reply Brief Under Seal (.1); review of Debtors' 24th Quarterly Report of Settlements(.1); review of Debtors' 24th Quarterly Report of Settlements (.1); review of Debtors' Certification of Counsel re: Amendments to Property Damage Claims with enclosure (.1); review of proposed Order (.1); review of Debtors' Certification of Counsel re: Expungement of three Speight & Runyan Property Damage Claims with enclosure (.1); review of proposed Order (.1); review of Debtors' Certification of Counsel re: Order Denying New Jersey's Motion for Leave to File a Late Proof of Claim with enclosure (.1); review of proposed Order (.1); review of 7/23/07 Hearing Transcript (voluminous) (.3); review of Personal Injury Committee's Supplemental Interrogatories and Request for Production of Documents (.1). | 4.70 | 1,762.50 | |
| | | | | | 45.00 | 16,875.00 | |

WRG-AUS 11/06/07 Page 9

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | TLB | 07/06/07 | E-file Asbestos Constituents' Opposition to Debtor's 10th Motion for Extension of Exclusivity. | 0.10 | 12.00 | Li |
| | | | | 0.10 | 12.00 | |
| | | | | 48.90 | 17,662.00 | |

WRG-AUS                    LEGALMASTER MIRC For Transactions                    11/06/07  Page 10
                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 07/02/07 | Download and file April and May Fee Applications for Piper Jaffray. | 0.40 | 56.00 | fa |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 07/27/07 | Reconcile payment to invoice and Fee Applications. | 0.30 | 42.00 | |
| | | | | ------- | ---------- | |
| | | | | 0.70 | 98.00 | |
| | | | | ------- | ---------- | |
| | | | | 0.70 | 98.00 | |
| | | | | ------- | ---------- | |
| | | | | 49.90 | 17,802.00 | |
| | | | | ======= | ========== | |

46 records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/06/07 Page 1

Sort Fields:
   Grouping code
   Client code        (Paginate)
   Actual employee code
   Transaction date  (Subtotals)

Range Fields:
   Client code      I  WRG - WRG
   Invoice Number   I  71442 - 71442

Cl Code Grouping code description

| Act | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | | | | |
| CASE ADMINISTRATION | | | | | | |
| CAH | | 07/20/07 | Merge original signatures into filed documents; e-mail to R. Meade re: missing signature. | 0.30 | 42.00 | Ca |
| | | | | ------- | ------- | |
| | | | | 0.30 | 42.00 | |
| | | | | ------- | ------- | |
| | | | | 0.30 | 42.00 | |
| | | | | ------- | ------- | |