# EXHIBIT B

## PHILLIPS, GOLDMAN & SPENCE, P.A.

### EXPENSE RECORDS

### FOR THE TIME PERIOD
### JULY 1, 2007 THROUGH
### JULY 31, 2007

# Phillips, Goldman & Spence, P.A.

November 6, 2007

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    71442

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/01/07 | Federal Express | 33.90 |
| 07/01/07 | Long distance phone charges | 2.28 |
| 07/01/07 | On-line docket research | 52.48 |
| 07/18/07 | Check No.: 34801 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 07/24/07 | Facsimile | 1.00 |
| | Subtotal for COSTS only: 07/31/07 | $99.66 |