**EXHIBIT 2**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070430**

| Period Ending 4/30/2007 | Expense Type | Amount |
|---|---|---|
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $85.55 |
| | Postage/Shipping | $489.66 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $111.76 |
| | **Total** | **$1,786.97** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| **BANK:** | *Citibank* |
| | *15233 Ventura Blvd. 1st Floor* |
| | *Sherman Oaks, CA 91403* |
| **ABA/Routing#:** | 322271724 |
| **Account #:** | 201381993 - BMC Group |
| **Tax ID #:** | 52-2083477 |

EXHIBIT 2

BMC GROUP

WR GRACE EXPENSE DETAIL

APRIL 2007

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070430 | WR Grace | BMC10, bmc | BMC | $250.00 | 30-Apr-07 | Website Hosting | Website Hosting |
| 21_070430 | WR Grace | BMC10, bmc | BMC | $850.00 | 30-Apr-07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070430 | WR Grace | BMC10, bmc | BMC | $111.76 | 30-Apr-07 | Website Storage/Traffic | website traffic - 51 docs |
| 21_070430 | WR Grace | BMC10, bmc | BMC | $85.55 | 30-Apr-07 | Document Storage | 59 boxes |
| 21_070430 | WR Grace | BMC10, bmc | DHL | $19.81 | 18-Apr-07 | Postage/Shipping | 15159701874 |
| 21_070430 | WR Grace | BMC10, bmc | Fedex | $23.81 | 13-Apr-07 | Postage/Shipping | no. 79163520320 |
| 21_070430 | WR Grace | BMC10, bmc | DHL | $434.00 | 11-Apr-07 | Postage/Shipping | Po Box no. 913 6 month renewal |
| 21_070430 | WR Grace | BMC10, bmc | DHL | $12.04 | 11-Apr-07 | Postage/Shipping | WR Grace DVD shipped- Tracking no. 20394482452 |

$1,786.97

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070404-2 | 4/4/2007 | $112.21 |
| Invoice # | 021-20070404-1 | 4/4/2007 | $32.04 |
| Invoice # | 021-20070426-2 | 4/26/2007 | $27.07 |
| Invoice # | 021-20070426-1 | 4/26/2007 | $1.48 |
| Invoice # | 021-20070427-1 | 4/27/2007 | $29.96 |
| | | Total | $202.76 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/4/2007
Invoice #: 021-20070404-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 1572 - 21st Omni Order | 6 / 57 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 57 Pieces @ $.63 each | $35.91 |
| | | | Production | Copy | 342 Pieces @ $.12 each | $41.04 |
| | | | | Stuff and Mail | 57 Pieces @ $.05 each | $2.85 |
| | | | Supplies | Inkjet and Envelope - Catalog | 57 Pieces @ $.13 each | $7.41 |

**Total Due:** $112.21

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/4/2007
Invoice #: 021-20070404-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 1571 - 20th Omni Order | 3 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.39 each | $3.12 |
| | | | Production | Copy | 24 Pieces @ $.12 each | $2.88 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

**Total Due:** $32.04

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/26/2007
Invoice #: 021-20070426-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15218 - Ord re Montana Claim | 8 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.39 each | $0.39 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | **Total Due:** | **$1.48** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/26/2007
Invoice #: 021-20070426-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15296 - Ord Expunging Claim | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:** $27.07

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/27/2007
Invoice #: 021-20070427-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15371 - Ord Expunge/Reduce | 6 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.39 each | $1.56 |
| | | | Production | Copy | 24 Pieces @ $.12 each | $2.88 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:** $29.96

EXHIBIT 2
*Invoice Due Upon Receipt*