# EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070531**

| Period Ending 5/31/2007 | Expense Type | Amount |
|---|---|---|
| | Airline | $243.00 |
| | B-Linx/Data Storage | $850.00 |
| | Conference Call | $46.93 |
| | Document Storage | $89.90 |
| | Lodging - BMC/Client | $189.00 |
| | Phone/ISP | $10.05 |
| | Website Hosting | $250.00 |
| | **Total** | **$1,678.88** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| *BANK:* | *Citibank* |
| | *15233 Ventura Blvd. 1st Floor* |
| | *Sherman Oaks, CA 91403* |
| *ABA/Routing#:* | *322271724* |
| *Account #:* | *201381993  - BMC Group* |
| *Tax ID #:* | *52-2083477* |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

MAY 2007

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070531 | WR Grace | Feil, Tinamarie | United | $243.00 | 17-May-07 | Airline | TF LAX - JFK 5/17 |
| 21_070531 | WR Grace | Feil, Tinamarie | Marriott | $189.00 | 17-May-07 | Lodging - BMC/Client | TF Deposition preparation with K& E |
| 21_070531 | WR Grace | BMC10, bmc | BMC | $850.00 | 31-May-07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070531 | WR Grace | BMC10, bmc | BMC | $250.00 | 31-May-07 | Website Hosting | Website Hosting |
| 21_070531 | WR Grace | BMC10, bmc | Conference call.com | $46.93 | 31-May-07 | Conference Call | WR Grace monthly conference calls |
| 21_070531 | WR Grace | BMC10, bmc | BMC | $89.90 | 31-May-07 | Document Storage | 62 boxes |
| 21_070531 | WR Grace | Daniel, Brad | Verizon | $5.70 | 16-May-07 | Phone/ISP | Cell phone usage 3/17 - 4/16 |
| 21_070531 | WR Grace | Daniel, Brad | Verizon | $4.35 | 16-Apr-07 | Phone/ISP | Cell phone usage 2/17 - 3/16 |

$1,678.88

EXHIBIT 2



**bmc**

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070507-1 | 5/7/2007 | $28.00 |
| Invoice # | 021-20070507-2 | 5/7/2007 | $31.72 |
| Invoice # | 021-20070507-3 | 5/7/2007 | $31.08 |
| Invoice # | 021-20070507-4 | 5/7/2007 | $36.43 |
| Invoice # | 021-20070507-5 | 5/7/2007 | $61.48 |
| Invoice # | 021-20070507-6 | 5/7/2007 | $71.41 |
| Invoice # | 021-20070522-1 | 5/22/2007 | $0.78 |
| Invoice # | 021-20070523-1 | 5/23/2007 | $29.08 |
| Invoice # | 021-20070523-2 | 5/23/2007 | $31.84 |
| Invoice # | 021-20070523-3 | 5/23/2007 | $37.00 |
| Invoice # | 021-20070523-4 | 5/23/2007 | $29.50 |
| | | **Total** | **$388.32** |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/7/2007
Invoice #:  021-20070507-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dkt 15500 - 31st Omni 5 Contin Ord | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $28.00

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

Production Date: 5/7/2007
Invoice #: 021-20070507-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15501 - Omni 18 Contin Ord | 5 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.39 each | $2.34 |
| | | | Production | Copy | 30 Pieces @ $.12 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |

**Total Due:** $31.72

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

Production Date: 5/7/2007
Invoice #:      021-20070507-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15502 - 4th Omni 20 Ord | 2 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.39 each | $3.12 |
| | | | Production | Copy | 16 Pieces @ $.12 each | $1.92 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

Total Due:      $31.08

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

Production Date: 5/7/2007
Invoice #: 021-20070507-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15503 - Seaton Ord | 23 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.87 each | $2.61 |
| | | | Production | Copy | 69 Pieces @ $.12 each | $8.28 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:** **$36.43**

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/7/2007
Invoice #:      021-20070507-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15504 - 2nd Omni 21 Ord | 1 / 57 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 57 Pieces @ $.39 each | $22.23 |
| | | | Production | Copy | 57 Pieces @ $.12 each | $6.84 |
| | | | | Fold and Stuff | 57 Pieces @ $.05 each | $2.85 |
| | | | Supplies | Inkjet and Envelope - #10 | 57 Pieces @ $.08 each | $4.56 |

**Total Due:**   $61.48

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

Production Date: 5/7/2007
Invoice #: 021-20070507-6

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dkt 15505 - 2nd Omni 22 Ord | 16 / 17 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 17 Pieces @ $.63 each | $10.71 |
| | | | Production | Copy | 272 Pieces @ $.12 each | $32.64 |
| | | | | Stuff and Mail | 17 Pieces @ $.05 each | $0.85 |
| | | | Supplies | Inkjet and Envelope - Catalog | 17 Pieces @ $.13 each | $2.21 |

**Total Due:** $71.41

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/22/2007
Invoice #: 021-20070522-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No.15699 - Corr Ord Exp Claim | 2 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.41 each | $0.41 |
| | | | Production | Copy | 2 Pieces @ $.12 each | $0.24 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |

**Total Due:** $0.78

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

Production Date: 5/23/2007
Invoice #: 021-20070523-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 15758 - 32nd Omni Obj | 4 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 16 Pieces @ $.12 each | $1.92 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:**    $29.08

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/23/2007
Invoice #: 021-20070523-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dkt No. 15759 - 18th Omni Obj | 5 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.41 each | $2.46 |
| | | | Production | Copy | 30 Pieces @ $.12 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |

**Total Due:** $31.84

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date:  5/23/2007
Invoice #:  021-20070523-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 15760 - 5th Ord Re 20th Omni | 8 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.41 each | $3.28 |
| | | | Production | Copy | 64 Pieces @ $.12 each | $7.68 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

**Total Due:**    $37.00

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/23/2007
Invoice #: 021-20070523-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 15761 - 2nd Ord Re 22nd Omni | 3 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 15 Pieces @ $.12 each | $1.80 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

**Total Due:**    $29.50

EXHIBIT 2
*Invoice Due Upon Receipt*