**EXHIBIT 2**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070630**

| Period Ending 6/30/2007 | Expense Type | Amount |
|---|---|---|
| | B-Linx/Data Storage | $850.00 |
| | Conference Call | $298.72 |
| | Document Storage | $482.85 |
| | Pacer | $645.12 |
| | Phone/ISP | $67.41 |
| | Postage/Shipping | $38.46 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $144.48 |
| | **Total** | **$2,777.04** |

*Wire payments may be sent to the following account:*

*BANK:*          *Citibank*
                 *15233 Ventura Blvd. 1st Floor*
                 *Sherman Oaks, CA 91403*

*ABA/Routing#:*     *322271724*
*Account #:*        *201381993  - BMC Group*

*Tax ID #:*         *52-2083477*

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

JUNE 2007

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070630 | WR Grace | BMC, BMC | BMC | $250.00 | 30-Jun-07 | Website Hosting | Website Hosting |
| 21_070630 | WR Grace | BMC, BMC | BMC | $850.00 | 30-Jun-07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070630 | WR Grace | BMC10, bmc | BMC | $645.12 | 30-Jun-07 | Pacer | qtrly court doc dwnloads-4/1-6/30/07 |
| 21_070630 | WR Grace | BMC10, bmc | BMC | $144.48 | 30-Jun-07 | Website Storage/Traffic | website traffic - 73 docs |
| 21_070630 | WR Grace | BMC10, bmc | DHL | $12.04 | 21-May-07 | Postage/Shipping | WR Grace DVD shipped to K & E- Tracking no. 15159819872 |
| 21_070630 | WR Grace | BMC10, bmc | DHL | $26.42 | 22-May-07 | Postage/Shipping | WR Grace shipment to Warren H. Smith and Assoc.- Tracking no. 21687755655 |
| 21_070630 | WR Grace | BMC10, bmc | Conference call | $298.72 | 30-Jun-07 | Conference Call | May Conference calls |
| 21_070630 | WR Grace | BMC10, bmc | BMC | $482.85 | 30-Jun-07 | Document Storage | 333 boxes |
| 21_070630 | WR Grace | Daniel, Brad | Verizon | $67.41 | 18-Jun-07 | Phone/ISP | Cell phone usage 4/17 - 6/16 |

$2,777.04

EXHIBIT 2



**bmc⊕⊕⊕**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070611-1 | 6/11/2007 | $37.10 |
| Invoice # | 021-20070611-2 | 6/11/2007 | $29.62 |
| Invoice # | 021-20070618-1 | 6/18/2007 | $36.22 |
| Invoice # | 021-20070618-2 | 6/18/2007 | $26.32 |
| Invoice # | 021-20070618-3 | 6/18/2007 | $29.62 |
| Invoice # | 021-20070627-1 | 6/27/2007 | $27.04 |
| Invoice # | 021-20070627-2 | 6/27/2007 | $30.10 |
| Invoice # | 021-20070627-3 | 6/27/2007 | $32.14 |
| Invoice # | 021-20070627-4 | 6/27/2007 | $28.60 |
| Invoice # | 021-20070627-5 | 6/27/2007 | $40.34 |
| | | Total | $317.10 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**bmc⊕⊕⊕**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/11/2007
Invoice #: 021-20070611-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 16012 - Ord Disallow Prop Damage Claims | 2 / 13 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.41 each | $2.46 |
| | | | | USPS - MX/CA | 7 Pieces @ $.69 each | $4.83 |
| | | | Production | Copy | 26 Pieces @ $.12 each | $3.12 |
| | | | | Fold and Stuff | 13 Pieces @ $.05 each | $0.65 |
| | | | Supplies | Inkjet and Envelope - #10 | 13 Pieces @ $.08 each | $1.04 |

**Total Due:** **$37.10**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/11/2007
Invoice #: 021-20070611-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 16013 - Ord Disallow Prop Damage Claims | 1 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.41 each | $2.87 |
| | | | Production | Copy | 7 Pieces @ $.12 each | $0.84 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

Total Due:  $29.62

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/18/2007
Invoice #: 021-20070618-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Dkt 16039 - Ord re Claims - Hall/CDGS | 4 / 11 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 11 Pieces @ $.41 each | $4.51 |
| | | | Production | Copy | 44 Pieces @ $.12 each | $5.28 |
| | | | | Fold and Stuff | 11 Pieces @ $.05 each | $0.55 |
| | | | Supplies | Inkjet and Envelope - #10 | 11 Pieces @ $.08 each | $0.88 |

**Total Due:**     **$36.22**

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/18/2007
Invoice #: 021-20070618-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16066 - Ord Expung Claim - Folger | 1 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.41 each | $0.82 |
| | | | Production | Copy | 2 Pieces @ $.12 each | $0.24 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

**Total Due:** $26.32

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/18/2007
Invoice #: 021-20070618-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16067 - Ord Expung Claim - Sutter | 1 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.41 each | $2.87 |
| | | | Production | Copy | 7 Pieces @ $.12 each | $0.84 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

|  |  |
|---|---|
| **Total Due:** | **$29.62** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #:  021-20070627-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16155 - 33rd Contin Ord Omni 5 | 4 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.41 each | $0.82 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

**Total Due:**   $27.04

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #: 021-200706627-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16156 - Omni 18 Contin Ord | 4 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 20 Pieces @ $.12 each | $2.40 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

**Total Due:** $30.10

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #: 021-20070627-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16157 - 6th Ord re Omni 20 | 4 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.41 each | $2.87 |
| | | | Production | Copy | 28 Pieces @ $.12 each | $3.36 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

**Total Due:** **$32.14**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #: 021-20070627-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16158 - 3rd ord re Omni 22 | 3 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:**     $28.60

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #: 021-20070627-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dkt 16160 - Ord Disallow & Expunge Claims | 1 / 19 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.41 each | $3.69 |
| | | | | USPS - MXJCA | 10 Pieces @ $.69 each | $6.90 |
| | | | Production | Copy | 19 Pieces @ $.12 each | $2.28 |
| | | | | Fold and Stuff | 19 Pieces @ $.05 each | $0.95 |
| | | | Supplies | Inkjet and Envelope - #10 | 19 Pieces @ $.08 each | $1.52 |

**Total Due:** $40.34

EXHIBIT 2
*Invoice Due Upon Receipt*