IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No: 17074** |

# DEBTORS' RESPONSE TO CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' MOTION FOR LEAVE TO FILE THE EXPERT REPORT OF DR. TIM VANDER WOOD

Debtors submit the following response to the Motion for Leave to File the Expert Report of Dr. Tim Vander Wood (the "Motion") which was filed by Claimant State of California, Department of General Services ("DGS") on October 16, 2007.

Debtors do not object to the Motion on the grounds that the filing of the proposed expert report is untimely. Debtors, however, reserve the right to raise at the appropriate time any and all other objections to the DGS's proffered expert report, including but not limited to objections to the relevance, weight, validity and admissibility of the report.

Dated: November 9, 2007

REED SMITH LLP
James J. Restivo, Jr. (Bar No. 10113)
Lawrence E. Flatley (Bar No. 21871)
Douglas E. Cameron (Bar No. 41644)
Traci S. Rea (Bar No. 76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

1

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa Esayian
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

By: *[signature]*
Co-Counsel for the Debtors and
Debtors in Possession