IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Re: Docket No. 16626** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
MOTION OF THE UNITED STATES TRUSTEE FOR THE APPOINTMENT
OF AN EXAMINER PURSUANT TO 11 U.S.C.§1104(c) RELATED TO THE CONDUCT
OF L. TERSIGNI CONSULTING, P.C.**

The undersigned hereby certifies that:

1. On August 24, 2007, the United States Trustee filed her Motion for the Appointment of an Examiner Pursuant to 11 U.S.C §1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. (the "Motion").

2. On October 25, 2007, a continued hearing was held regarding the Motion and the Court, from the bench, granted the Motion, subject to a written order that would first be circulated among the parties and then provided to the Court.

3. With respect to the Order granting the Motion, counsel for the United States Trustee along with counsel for the Debtors and the various committees in the case have conferred and agreed to the attached Order. Accordingly, the United States Trustee respectfully requests that the Court enter the Order attached hereto as *Exhibit A*.

1

                              Respectfully submitted,

                              KELLY BEAUDIN STAPLETON
                              United States Trustee, Region Three


                    BY:    */s/ David M. Klauder*
                              David M. Klauder
                              Trial Attorney
                              Office of the United States Trustee
                              J. Caleb Boggs Federal Building
                              844 King Street, Suite 2207, Lockbox 35
                              Wilmington, DE 19801
Dated: November 9, 2007         (302) 573-6491
                              (302) 573-6497 fax machine