IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Hearing Date: November 26, 2007 at 2:00 p.m.**
**Objection Deadline: November 9, 2007 at 4:00 p.m.**

CREDITORS' RESPONSE TO DEBTOR'S TWENTY-FOURTH
OMNIBUS OBJECTION TO CLAIMS
[DOCKET NO. 17115]

COMES NOW, H. ANTHONY JEW AND VIOLET W. JEW, creditors herein (Claim No. 56), and respond to the Debtor's Twenty-Fourth Omnibus Objection to Claims, as follows:

1. The Debtor's claim is based solely on an argument that the claim was not filed against the correct related debtor entity and therefore "should be disallowed and expunged for all purposes."

2. The Debtor is estopped from expungment of the claim for all purposes because the claim properly identified the correct Debtor, W.R. Grace & Co., by name; the documents attached to the claim correctly identified the Debtor by name; and correspondence between counsel and the Debtor's Office of the Claims Agent correctly identified the proper Debtor by name. True and correct copies of a cover letter submitting the claim, dated May 11, 2001, and W.R. Grace Claims Administrator's acknowledgment of the claim are attached hereto, collectively, as Exhibit "A" and made a part hererto.

MSR.074

3.  Since no plan has been confirmed in this case nor have any distributions to creditors been made, there is no prejudice to allowing the aforesaid creditors to amend the claim to correct the single apparently erroneous digit in the case number of the original claim so it can be filed in the above-captioned case.

WHEREFORE, the aforesaid creditors respectfully request that this Court enter an Order allowing amendment of their claim and permit filing of the same in the above-captioned case and for such other and further relief as the Court deems proper.

Dated: November 9, 2007

JAMES A. TIEMSTRA (CA Bar No. 96203)
LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 987-8000
Facsimile: (510) 987-8001
E-mail: jat@tiemlaw.com

Attorneys for Creditors H. ANTHONY JEW
AND VIOLET W. JEW

MSR.074