IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Hearing Date: November 26, 2007 at 2:00 p.m.**
**Objection Deadline: November 9, 2007 at 4:00 p.m.**

CERTIFICATE OF SERVIVCE FOR CREDITORS' RESPONSE TO DEBTOR'S TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS [DOCKET NO. 17115]

I, Susan M. LeBlanc, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Tribune Tower, 409 Thirteenth Street, 15th Floor, Oakland, California 94612-2605. On November 9, 2007, I caused true and correct copies of the following document:

CREDITORS' RESPONSE TO DEBTOR'S TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS [DOCKET NO. 17115]

to be served upon the parties listed below via Notice of Electronic Filing and first class mail:

CO-COUNSEL FOR THE DEBTORS:
James E. O'Neil
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE:
John C. Phillips, Jr.
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS:
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Mark T Hurford: cl@camlev.com

COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:
Michael R. Lastowski
Duane, Morrs & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

MSR.074

and on the parties listed below via first class mail:

| | |
|---|---|
| CO-COUNSEL FOR THE DEBTORS:<br>Lori Sinanyan<br>Kirkland & Ells LLP<br>777 South Figueroa Street<br>Los Angeles, California 90017 | COUNSEL TO THE OFFICIAL<br>COMMITTEE OF UNSECURED<br>CREDITORS:<br>Lewis Kruger<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| COUNSEL TO THE OFFCIAL<br>COMMITTEE OF PROPERTY<br>DAMAGE CLAIMANTS:<br>Scott L. Baena<br>Bilzin, Sumberg, Dun, Baena, Price &<br>Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | COUNSEL TO THE OFFCIAL<br>COMMITTEE OF PROPERTY<br>DAMAGE CLAIMANTS:<br>Michael B. Joseph<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |
| COUNSEL TO THE OFFICIAL<br>COMMITTEE OF PERSONAL INJURY<br>CLAIMANTS:<br>Peter Van L. Lockwood<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | COUNSEL TO THE FUTURE<br>CLAIMANTS' REPRESENTATIVE:<br>Richard H. Wyron<br>Orrick, Herrngton & Sutcliffe, LLP<br>3050 K Street, NW, Suite 300<br>Washington, DC 20007 |
| COUNSEL TO THE OFFICIAL<br>COMMITTEE OF EQUITY HOLDERS:<br>Gary Becker<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | COUNSEL TO THE OFFICIAL<br>COMMITTEE OF EQUITY HOLDERS:<br>Teresa K.D. Curer<br>Buchanan, Ingersoll & Roney, P.C.<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 |

Office of the United States Trustee
Att: David Klauder
844 N. King Street
Wilmington, DE 19801.

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MSR.074

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 9, 2007, at Oakland, California.

_____
Susan M. LeBlanc

LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 987-8000
Facsimile: (510) 987-8001
E-mail: jat@tiemlaw.com

Attorneys for Creditors H. ANTHONY JEW
AND VIOLET W. JEW

MSR.074