# EXHIBIT C

## Ninth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #17317 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1368940\1