# EXHIBIT B

August Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 1, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

### SUMMARY OF THE SEVENTY-FIRST MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2007 through August 31, 2007 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $18,956.00  (80% = $15,164.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,010.22

This is an:    X monthly     __ interim     __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |

| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |

3

| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|-----------|--------------------------------|--------------------------------|
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |

| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |
|---------|----------------------------|------------|------------|----------------------------------|----------------------------------|
| 5/1/06  | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06  | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07  | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07  | 04/01/07 through 04/30/07 | $9,905.00  | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07  | 05/01/07 through 05/31/07 | $7,235.00  | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |

| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/12/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | Pending | Pending |

As indicated above, this is the seventieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $590.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
| --- | --- | --- | --- | --- | --- | --- |
| Robert A. Murphy | Senior Counsel | 41 | Litigation | $295.00 | 7.70 | $2,271.50 |
| Donna Brewer MacKenna | Partner | 24 | Litigation | $260.00 | 1.60 | $416.00 |
| Matthew T. Murphy | Associate | 20 | Litigation | $255.00 | 28.90 | $7,369.50 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
| --- | --- | --- | --- | --- | --- | --- |
| Angela R. Anderson | Paralegal | 24 | Litigation | $110.00 | 80.90 | $8,899.00 |
| TOTALS | | | | | 119.10 | $18,956.00 |

**Total Fees:**          **$18,956.00**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $10.20 |
| Federal Express | $50.02 |
| Photocopying ($0.10/page) | $30.40 |
| Rent Reimbursement | $11,430.00 |
| Miscellaneous | $489.60 |
| TOTAL | $12,010.22 |

**Total Expenses:**    **$12,010.22**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 115.50 | $17,894.00 |
| Fee Applications, Applicant | 3.60 | $1,062.00 |
| Expenses | N/A | $12,010.22 |
| TOTALS | 119.10 | $30,966.22 |

Dated:  October 9, 2007

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363,700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/421603

8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: November 1, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number 09932
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through August 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/07 | RAM | Conference with MTM re: whether Canadian documents were produced to Speights (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $88.50 |
| 08/01/07 | MTM | Work on Canadian document issue. | 0.70 Hrs | $178.50 |
| 08/01/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 4.20 Hrs | $462.00 |
| 08/02/07 | ARA | Quality control documents produced during criminal defense attorney document review (4.0). Document control (1.2). | 5.20 Hrs | $572.00 |
| 08/03/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 6.50 Hrs | $715.00 |
| 08/06/07 | MTM | Work on product sales project for in-house counsel (2.1); work on request for Canadian documents from Speights at request of different in-house counsel (1.4); email to in-house counsel re: Speights project (.3). | 3.80 Hrs | $969.00 |
| 08/06/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 6.50 Hrs | $715.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/07/07 | MTM | Email and response from K&E paralegal requesting numerous expert depositions (.1); review deposition inventories re: same (.3); telephone call to ARA re: same (.2). | 0.60 Hrs | $153.00 |
| 08/07/07 | ARA | Quality control documents produced during criminal defense attorney review (6.6). Telephone call to and from MTM re: request from K&E paralegal for deposition transcripts (.2). | 6.80 Hrs | $748.00 |
| 08/08/07 | RAM | Conference with MTM re: locating documents re: dust control equipment at Libby for expert. | 0.10 Hrs | $29.50 |
| 08/08/07 | MTM | Telephone call from expert re: dust collection systems at Libby (.6); conference with DBM re: same (.1); conference with RAM re: same (.1). | 0.80 Hrs | $204.00 |
| 08/08/07 | ARA | Quality control documents produced during criminal defense attorney document review (5.5). Search for and obtain expert depositions per request from K&E paralegal (2.0). | 7.50 Hrs | $825.00 |
| 08/09/07 | ARA | Continue to search for and obtain depositions requested by K&E; review them and remove notes before copying by Merrill Corp. (7.5). Document control (.5). | 8.00 Hrs | $880.00 |
| 08/10/07 | ARA | Quality control documents produced during criminal defense attorney document review. | 6.40 Hrs | $704.00 |
| 08/13/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $29.50 |
| 08/13/07 | DBM | Review and respond to email from MTM re: product sales records by region. | 0.10 Hrs | $26.00 |
| 08/13/07 | MTM | Receipt and review of copies of expert depositions requested by K&E paralegal (.3); letter to her re: same (.1). Receipt and review of email from in-house counsel re: evidence of lack of sales of particular product in certain areas (.2); review CPD business plans and other documents re: same (1.2). Email from paralegal for criminal defense counsel re: various Libby personnel files (.1); review indices re: same (.2). | 2.10 Hrs | $535.50 |
| 08/14/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $88.50 |
| 08/14/07 | MTM | Review ledgers at Winthrop Square re: no sales of particular product in certain regions (3.6); email to in-house counsel re: same (.5); | 4.10 Hrs | $1,045.50 |
| 08/15/07 | DBM | Search for dust collection shop drawings for MTM. | 0.60 Hrs | $156.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/15/07 | MTM | Email from DBM re: search for Libby documents re: expert's request (.3); email to Holme Roberts paralegal re: same (.8). | 1.10 Hrs | $280.50 |
| 08/16/07 | MTM | Work on product sales project for in-house counsel. | 1.80 Hrs | $459.00 |
| 08/17/07 | MTM | Email from Holme Roberts paralegal re: project for expert (.1); continue to search for responsive documents re: same (.5). | 0.60 Hrs | $153.00 |
| 08/20/07 | MTM | Telephone call from Reed Smith counsel re: Speights discovery (.3); work on same (1.7). | 2.00 Hrs | $510.00 |
| 08/22/07 | MTM | Prepare for conference call later today (2.1); telephone call to ARA re: personnel files requested by paralegal for criminal defense counsel (.2); conference with Holme Roberts paralegal and counsel re: issues in connection with upcoming conference call (.3); conference call on product issue (1.3). | 3.90 Hrs | $994.50 |
| 08/22/07 | ARA | Telephone calls to and from MTM re: email request from criminal defense counsel (.2); per email, search for Libby personnel files, review files and arrange to have them copied (2.4). Receipt of expert depositions from Merrill Corp. re: request by K&E paralegal (.2); quality control transcripts, return notes to transcripts and return depositions to the expert library (4.5). | 7.30 Hrs | $803.00 |
| 08/23/07 | MTM | Letter to criminal defense counsel's paralegal re: Libby personnel file (.2); work on product sales records project (.8). | 1.00 Hrs | $255.00 |
| 08/23/07 | ARA | Receipt of Libby personnel file from Merrill Corp. re: request by criminal defense counsel (.3). Quality control expert deposition binders copied for K&E paralegal and return them to the expert deposition library (7.5). | 7.80 Hrs | $858.00 |
| 08/24/07 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.90 Hrs | $265.50 |
| 08/24/07 | ARA | Quality control expert deposition binders copied for K&E paralegal and return them to the expert deposition library. | 3.20 Hrs | $352.00 |
| 08/26/07 | RAM | Read selected documents filed in bankruptcy court. | 1.80 Hrs | $531.00 |
| 08/27/07 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $118.00 |
| 08/27/07 | MTM | Work on product sales project for in-house counsel. | 0.60 Hrs | $153.00 |
| 08/28/07 | ARA | Document control. | 1.80 Hrs | $198.00 |
| 08/29/07 | RAM | Conference with MTM re: what documents might indicate Grace corporate regional structure over time; look for same. | 0.20 Hrs | $59.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/29/07 | DBM | Discussion with MTM re: sales regions (.2) and search of documentation on same (.7). | 0.90 Hrs | $234.00 |
| 08/29/07 | MTM | Email from in-house counsel re: historical sales regions (.2); conference with RAM re: same (.1); review business plans and other documents re: same (2.0); conference with DBM re: search re: same (.2); review results of search re: same (.7); review documents and deposition transcripts at Winthrop Square re: same (2.6). | 5.80 Hrs | $1,479.00 |
| 08/29/07 | ARA | Document control (.7). Per MTM's email, search for and obtain documents re: sales regions and plants (3.0). | 3.70 Hrs | $407.00 |
| 08/30/07 | ARA | Continue to search for and obtain documents re: sales regions and plants, per MTM. | 5.30 Hrs | $583.00 |
| 08/31/07 | ARA | Organize documents re: sales regions and plants for MTM. | 0.70 Hrs | $77.00 |
| | | TOTAL LEGAL SERVICES | | $17,894.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.10 Hrs | 295/hr | $1,209.50 |
| DONNA B. MACKENNA | 1.60 Hrs | 260/hr | $416.00 |
| MATTHEW T. MURPHY | 28.90 Hrs | 255/hr | $7,369.50 |
| ANGELA R. ANDERSON | 80.90 Hrs | 110/hr | $8,899.00 |
| | 115.50 Hrs | | $17,894.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $17,894.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number  09933
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through August 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/07 | RAM | Work on June fee application. | 1.00 Hrs | $295.00 |
| 08/02/07 | RAM | Work on June fee application. | 1.20 Hrs | $354.00 |
| 08/03/07 | RAM | Finalize June fee application (.3); send it to in-house counsels (.1). | 0.40 Hrs | $118.00 |
| 08/13/07 | RAM | Telephone call from in-house counsel that June fee application may be filed; finalize June fee application. | 0.20 Hrs | $59.00 |
| 08/14/07 | RAM | Work on quarterly fee application; send it to Delaware counsel to file. | 0.40 Hrs | $118.00 |
| 08/30/07 | RAM | Work on July fee application. | 0.40 Hrs | $118.00 |
| | | TOTAL LEGAL SERVICES | | $1,062.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.60 Hrs | 295/hr | $1,062.00 |
| | 3.60 Hrs | | $1,062.00 |

TOTAL THIS BILL    $1,062.00

## **EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number 09934
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through August 31, 2007

EXCESS POSTAGE $10.20

FEDERAL EXPRESS

| | | |
|---|---|---|
| 08/14/07 | To 1000 E North Street, Roe Cassidy Costes & Price, Linda Satcher from Casner and Edwards on 07/19/07 by MTM. | 17.26 |
| 08/14/07 | To 1909 E Street NW, Mayer Brown Rowe, James Parkinson from Casner and Edwards on 07/19/07 by MTM. | 16.38 |
| 08/14/07 | To 655 Fifteenth Street, Kirkland & Ellis, Tyler Mace from Casner and Edwards on 07/19/07 by MTM. | 16.38 |
| | | $50.02 |

PHOTOCOPYING

| | | |
|---|---|---|
| 08/06/07 | 9 copies at .10 per copy | 0.90 |
| 08/14/07 | 2 copies at .10 per copy | 0.20 |
| 08/20/07 | 66 copies at .10 per copy | 6.60 |
| 08/20/07 | 54 copies at .10 per copy | 5.40 |
| 08/28/07 | 23 copies at .10 per copy | 2.30 |
| | | $15.40 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through August 31, 2007

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 08/01/07 | Rent and Utilities for document repository at One Winthrop Square- August 2007. | 11,430.00 | |
| | | | $11,430.00 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 08/09/07 | RECORDKEEPER ARCHIVE-Storage from 7/01/07 to 7/31/07 | 489.60 | |
| | | | $489.60 |
| | | TOTAL DISBURSEMENTS | $11,995.22 |
| | | TOTAL THIS BILL | $11,995.22 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2007

Bill Number  09935
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through August 31, 2007

PHOTOCOPYING

| | | |
|---|---|---|
| 08/14/07   150 copies at .10 per copy | 15.00 | |
| | | $15.00 |
| TOTAL DISBURSEMENTS | | $15.00 |
| TOTAL THIS BILL | | $15.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) |
| | ) |
| Debtors. | ) |

Chapter 11

Case No. 01-1139 (JKF)
Jointly Administered

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                            )SS
COUNTY OF NEW CASTLE )

Margaret Lynzy Oberholzer, being duly sworn according to law, deposes and says

that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the

Debtors, in the above-captioned action, and that on the 10th day of October 2007 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Seventy-First Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from August 1, 2007 through August 31, 2007**

Dated: October 10, 2007

Margaret Lynzy Oberholzer

Sworn to and subscribed before
me this 10th day of October, 2007

Notary Public
My Commission Expires: July 18, 2009

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2009

9

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
10- E-Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

***Hand Delivery***
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

***Federal Express***
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

***Federal Express and E-mail:***
***william.sparks@grace.com***
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

***E-mail: meskin@del.camlev.com***
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

***E-mail: ttacconelli@ferryjoseph.com***
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail: mlastowski@duanemorris.com***
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

***E-mail: currier@klettrooney.com***
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP