**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | Doc No 15130 |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Re Dkt # 14598
Re 4/9/07 hearing agenda # 11

**ORDER DISALLOWING AND EXPUNGING PROPERTY DAMAGE CLAIM NO. 9778**

AND NOW, this 9 day of April, 2007, it is ORDERED, ADJUDGED, and DECREED that claim number 9778 is hereby disallowed and expunged.

JK Fitzgerald
Judith K. Fitzgerald
United States Bankruptcy Judge