IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 14598, 15130 and _____** |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of Debtors' Motion to Disallow and Expunge the Allegheny Center Duplicate Claims and any response thereto, it is ORDERED, ADJUDGED, and DECREED that property damage claim numbers 11036 (Two Allegheny Center) and 11037 (One Allegheny Center) are hereby disallowed and expunged.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:132693.1