# EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070430**

| Period Ending  4/30/2007 | Expense Type | Amount |
|---|---|---|
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $85.55 |
| | Postage/Shipping | |
| | | $489.66 |
| | Website Hosting | |
| | | $250.00 |
| | Website Storage/Traffic | |
| | | $111.76 |
| | **Total** | **$1,786.97** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| *BANK:* | *Citibank* |
| | *15233 Ventura Blvd. 1st Floor* |
| | *Sherman Oaks, CA 91403* |
| *ABA/Routing#:* | *322271724* |
| *Account #:* | *201381993  - BMC Group* |
| *Tax ID #:* | *52-2083477* |

EXHIBIT 2

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070531**

| Period Ending | 5/31/2007 | Expense Type | Amount |
|---|---|---|---|
| | | Airline | |
| | | | $243.00 |
| | | B-Linx/Data Storage | |
| | | | $850.00 |
| | | Conference Call | |
| | | | $46.93 |
| | | Document Storage | |
| | | | $89.90 |
| | | Lodging - BMC/Client | |
| | | | $189.00 |
| | | Phone/ISP | |
| | | | $10.05 |
| | | Website Hosting | |
| | | | $250.00 |
| | | **Total** | **$1,678.88** |

*Wire payments may be sent to the following account:*

| BANK: | *Citibank* |
| | *15233 Ventura Blvd. 1st Floor* |
| | *Sherman Oaks, CA 91403* |
| *ABA/Routing#:* | *322271724* |
| *Account #:* | *201381993  - BMC Group* |
| *Tax ID #:* | *52-2083477* |

EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070630**

| Period Ending 6/30/2007 | Expense Type | Amount |
|---|---|---|
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Conference Call | |
| | | $298.72 |
| | Document Storage | |
| | | $482.85 |
| | Pacer | |
| | | $645.12 |
| | Phone/ISP | |
| | | $67.41 |
| | Postage/Shipping | |
| | | $38.46 |
| | Website Hosting | |
| | | $250.00 |
| | Website Storage/Traffic | |
| | | $144.48 |
| | **Total** | **$2,777.04** |

*Wire payments may be sent to the following account:*

**BANK:**          *Citibank*
                   *15233 Ventura Blvd. 1st Floor*
                   *Sherman Oaks, CA 91403*

*ABA/Routing#:*    *322271724*
*Account #:*       *201381993  - BMC Group*

*Tax ID #:*        *52-2083477*

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

25TH QTRLY - APRIL TO JUNE 2007

| Date | Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 11-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | DHL | $434.00 | Postage/Shipping | Po Box no. 913 6 month renewal |
| 11-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | DHL | $12.04 | Postage/Shipping | WR Grace DVD shipped- Tracking no. 20394482452 |
| 13-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | Fedex | $23.81 | Postage/Shipping | 79163520320 |
| 16-Apr-07 | 21_070531 | WR Grace | Daniel, Brad | Verizon | $4.35 | Phone/ISP | Cell phone usage 2/17 - 3/16 |
| 18-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | DHL | $19.81 | Postage/Shipping | WR Grace docs sent to Kirkland & Ellis- Tracking no. 15159701874 |
| 30-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | BMC | $250.00 | Website Hosting | Website Hosting |
| 30-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 30-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | BMC | $111.76 | Website Storage/Traffic | website traffic - 51 docs |
| 30-Apr-07 | 21_070430 | WR Grace | BMC10, bmc | BMC | $85.55 | Document Storage | 59 boxes |
| 16-May-07 | 21_070531 | WR Grace | Daniel, Brad | Verizon | $5.70 | Phone/ISP | Cell phone usage 3/17 - 4/16 |
| 17-May-07 | 21_070531 | WR Grace | Feil, Tinamarie | United | $243.00 | Airline | TF LAX - JFK 5/17 |
| 17-May-07 | 21_070531 | WR Grace | Feil, Tinamarie | Marriott | $189.00 | Lodging - BMC/Client | TF Deposition preparation with K& E |
| 21-May-07 | 21_070630 | WR Grace | BMC10, bmc | DHL | $12.04 | Postage/Shipping | WR Grace DVD shipped to K & E- Tracking no. 15159819872 |
| 22-May-07 | 21_070630 | WR Grace | BMC10, bmc | DHL | $26.42 | Postage/Shipping | 21687755655 |
| 31-May-07 | 21_070531 | WR Grace | BMC10, bmc | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 31-May-07 | 21_070531 | WR Grace | BMC10, bmc | BMC | $250.00 | Website Hosting | Website Hosting |
| 31-May-07 | 21_070531 | WR Grace | BMC10, bmc | Conference call.com | $46.93 | Conference Call | WR Grace monthly conference calls |
| 31-May-07 | 21_070531 | WR Grace | BMC10, bmc | BMC | $89.90 | Document Storage | 62 boxes |
| 18-Jun-07 | 21_070630 | WR Grace | Daniel, Brad | Verizon | $67.41 | Phone/ISP | Cell phone usage 4/17 - 6/16 |
| 30-Jun-07 | 21_070630 | WR Grace | BMC, BMC | BMC | $250.00 | Website Hosting | Website Hosting |
| 30-Jun-07 | 21_070630 | WR Grace | BMC, BMC | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 30-Jun-07 | 21_070630 | WR Grace | BMC10, bmc | BMC | $645.12 | Pacer | qtrly court doc dwnloads-4/1-6/30/07 |
| 30-Jun-07 | 21_070630 | WR Grace | BMC10, bmc | BMC | $144.48 | Website Storage/Traffic | website traffic - 73 docs |
| 30-Jun-07 | 21_070630 | WR Grace | BMC10, bmc | Conference call | $298.72 | Conference Call | May Conference calls |
| 30-Jun-07 | 21_070630 | WR Grace | BMC10, bmc | BMC | $482.85 | Document Storage | 333 boxes |
|  |  |  |  |  | $6,242.89 |  |  |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070404-2 | 4/4/2007 | $112.21 |
| Invoice # | 021-20070404-1 | 4/4/2007 | $32.04 |
| Invoice # | 021-20070426-2 | 4/26/2007 | $27.07 |
| Invoice # | 021-20070426-1 | 4/26/2007 | $1.48 |
| Invoice # | 021-20070427-1 | 4/27/2007 | $29.96 |
| | | **Total** | **$202.76** |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/4/2007
Invoice #: 021-200704042

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 1572 - 21st Omni Order | 6 / 57 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 57 Pieces @ $.63 each | $35.91 |
| | | | Production | Copy | 342 Pieces @ $.12 each | $41.04 |
| | | | | Stuff and Mail | 57 Pieces @ $.05 each | $2.85 |
| | | | Supplies | Inkjet and Envelope - Catalog | 57 Pieces @ $.13 each | $7.41 |

**Total Due:** $112.21

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/4/2007
Invoice #: 021-20070404-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 1571 - 20th Omni Order | 3 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.39 each | $3.12 |
| | | | Production | Copy | 24 Pieces @ $.12 each | $2.88 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

**Total Due:** $32.04

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/26/2007
Invoice #: 021-20070426-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15218 - Ord re Montana Claim | 8 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.39 each | $0.39 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |

**Total Due:** $1.48

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/26/2007
Invoice #: 021-20070426-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15296 - Ord Expunging Claim | 1/3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:** $27.07

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 4/27/2007
Invoice #: 021-20070427-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15371 - Ord Expunge/Reduce | 6 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.39 each | $1.56 |
| | | | Production | Copy | 24 Pieces @ $.12 each | $2.88 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |
| | | | | | **Total Due:** | **$29.96** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070507-1 | 5/7/2007 | $28.00 |
| Invoice # | 021-20070507-2 | 5/7/2007 | $31.72 |
| Invoice # | 021-20070507-3 | 5/7/2007 | $31.08 |
| Invoice # | 021-20070507-4 | 5/7/2007 | $36.43 |
| Invoice # | 021-20070507-5 | 5/7/2007 | $61.48 |
| Invoice # | 021-20070507-6 | 5/7/2007 | $71.41 |
| Invoice # | 021-20070522-1 | 5/22/2007 | $0.78 |
| Invoice # | 021-20070523-1 | 5/23/2007 | $29.08 |
| Invoice # | 021-20070523-2 | 5/23/2007 | $31.84 |
| Invoice # | 021-20070523-3 | 5/23/2007 | $37.00 |
| Invoice # | 021-20070523-4 | 5/23/2007 | $29.50 |
| | | **Total** | **$388.32** |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/7/2007
Invoice #: 021-20070507-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15500 - 31st Omni 5 Contin Ord | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | **Total Due:** | **$28.00** |

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/7/2007
Invoice #:    021-200770507-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15501 - Omni 18 Confin Ord | 5 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.39 each | $2.34 |
| | | | Production | Copy | 30 Pieces @ $.12 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |

| | Total Due: | $31.72 |
|---|---|---|

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/7/2007
Invoice #:  021-20070507-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15502 - 4th Omni 20 Ord | 2 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.39 each | $3.12 |
| | | | Production | Copy | 16 Pieces @ $.12 each | $1.92 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

**Total Due:** $31.08

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 5/7/2007
**Invoice #:** 021-20070507-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15503 - Seaton Ord | 23 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.87 each | $2.61 |
| | | | Production | Copy | 69 Pieces @ $.12 each | $8.28 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:** $36.43

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 5/7/2007
**Invoice #:** 021-20070507-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15504 - 2nd Omni 21 Ord | 1 / 57 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 57 Pieces @ $.39 each | $22.23 |
| | | | Production | Copy | 57 Pieces @ $.12 each | $6.84 |
| | | | | Fold and Stuff | 57 Pieces @ $.05 each | $2.85 |
| | | | Supplies | Inkjet and Envelope - #10 | 57 Pieces @ $.08 each | $4.56 |

**Total Due:** **$61.48**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 5/7/2007
**Invoice #:** 021-20070507-6

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 15505 - 2nd Omni 22 Ord | 16 / 17 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 17 Pieces @ $.63 each | $10.71 |
| | | | Production | Copy | 272 Pieces @ $.12 each | $32.64 |
| | | | | Stuff and Mail | 17 Pieces @ $.05 each | $0.85 |
| | | | Supplies | Inkjet and Envelope - Catalog | 17 Pieces @ $.13 each | $2.21 |

**Total Due:** $71.41

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 5/22/2007
**Invoice #:** 021-20070522-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No.15699 - Corr Ord Exp Claim | 2 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.41 each | $0.41 |
| | | | Production | Copy | 2 Pieces @ $.12 each | $0.24 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | **Total Due:** | **$0.78** |

EXHIBIT 2
Invoice Due Upon Receipt



**bmc** ⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/23/2007
Invoice #: 021-20070523-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 15758 - 32nd Omni Obj | 4 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 16 Pieces @ $.12 each | $1.92 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:** $29.08

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/23/2007
Invoice #: 021-20070523-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 15759 - 18th Omni Obj | 5 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.41 each | $2.46 |
| | | | Production | Copy | 30 Pieces @ $.12 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |

**Total Due:** $31.84

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/23/2007
Invoice #: 021-20070523-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 15760 - 5th Ord Re 20th Omni | 8 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.41 each | $3.28 |
| | | | Production | Copy | 64 Pieces @ $.12 each | $7.68 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

|  |  |  |  |  | **Total Due:** | **$37.00** |

EXHIBIT 2
Invoice Due Upon Receipt



**bmc** ⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 5/23/2007
Invoice #: 021-20070523-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 15761 - 2nd Ord Re 22nd Omni | 3 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 15 Pieces @ $.12 each | $1.80 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

**Total Due:** $29.50

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc⊕⊕⊕**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20070611-1 | 6/11/2007 | $37.10 |
| Invoice # | 021-20070611-2 | 6/11/2007 | $29.62 |
| Invoice # | 021-20070618-1 | 6/18/2007 | $36.22 |
| Invoice # | 021-20070618-2 | 6/18/2007 | $26.32 |
| Invoice # | 021-20070618-3 | 6/18/2007 | $29.62 |
| Invoice # | 021-20070627-1 | 6/27/2007 | $27.04 |
| Invoice # | 021-20070627-2 | 6/27/2007 | $30.10 |
| Invoice # | 021-20070627-3 | 6/27/2007 | $32.14 |
| Invoice # | 021-20070627-4 | 6/27/2007 | $28.60 |
| Invoice # | 021-20070627-5 | 6/27/2007 | $40.34 |
| | | **Total** | **$317.10** |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/11/2007
Invoice #: 021-20070611-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 16012 - Ord Disallow Prop Damage Claims | 2 / 13 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.41 each | $2.46 |
| | | | | USPS - MXCA | 7 Pieces @ $.69 each | $4.83 |
| | | | Production | Copy | 26 Pieces @ $.12 each | $3.12 |
| | | | | Fold and Stuff | 13 Pieces @ $.05 each | $0.65 |
| | | | Supplies | Inkjet and Envelope - #10 | 13 Pieces @ $.08 each | $1.04 |

**Total Due:** $37.10

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/11/2007
Invoice #: 021-20070611-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 16013 - Ord Disallow Prop Damage Claims | 1 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.41 each | $2.87 |
| | | | Production | Copy | 7 Pieces @ $.12 each | $0.84 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

**Total Due:** $29.62

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/18/2007
Invoice #: 021-20070618-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Dkt 16039 - Ord re Claims - Hall/CDGS | 4 / 11 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 11 Pieces @ $.41 each | $4.51 |
| | | | Production | Copy | 44 Pieces @ $.12 each | $5.28 |
| | | | | Fold and Stuff | 11 Pieces @ $.05 each | $0.55 |
| | | | Supplies | Inkjet and Envelope - #10 | 11 Pieces @ $.08 each | $0.88 |

**Total Due:** $36.22

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

Production Date: 6/18/2007
Invoice #: 021-20070618-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16066 - Ord Expung Claim - Folger | 1 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.41 each | $0.82 |
| | | | Production | Copy | 2 Pieces @ $.12 each | $0.24 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

**Total Due:** **$26.32**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/18/2007
Invoice #: 021-200706618-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16067 - Ord Expung Claim - Sutter | 1 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.41 each | $2.87 |
| | | | Production | Copy | 7 Pieces @ $.12 each | $0.84 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

**Total Due:** $29.62

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 6/27/2007
**Invoice #:** 021-20070627-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16155 - 33rd Contin Ord Omni 5 | 4 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.41 each | $0.82 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

**Total Due:** $27.04

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

Production Date: 6/27/2007
Invoice #: 021-200706272-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dkt 16156 - Omni 18 Contin Ord | 4 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 20 Pieces @ $.12 each | $2.40 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |
| | | | | | **Total Due:** | **$30.10** |

EXHIBIT 2
Invoice Due Upon Receipt



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #: 021-20070627-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16157 - 6th Ord re Omni 20 | 4 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.41 each | $2.87 |
| | | | Production | Copy | 28 Pieces @ $.12 each | $3.36 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

**Total Due:** $32.14

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #: 021-200706627-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16158 - 3rd ord re Omni 22 | 3 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |
| | | | | | **Total Due:** | **$28.60** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 6/27/2007
Invoice #:      021-20070627-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16160 - Ord Disallow & Expunge Claims | 1 / 19 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.41 each | $3.69 |
| | | | | USPS - MX/CA | 10 Pieces @ $.69 each | $6.90 |
| | | | Production | Copy | 19 Pieces @ $.12 each | $2.28 |
| | | | | Fold and Stuff | 19 Pieces @ $.05 each | $0.95 |
| | | | Supplies | Inkjet and Envelope - #10 | 19 Pieces @ $.08 each | $1.52 |

Total Due:    $40.34

EXHIBIT 2
*Invoice Due Upon Receipt*