# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |

### DEBTORS OBJECTIONS TO THE CROSS-QUESTIONS OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS UPON THE KEENE CREDITORS TRUST

On October 12, 2007, the Debtors served the Keene Creditors Trust with a deposition upon written questions (the "Deposition"). On or about October 26, 2007, the Official Committee of Asbestos Personal Injury Claimants (the "ACC") propounded cross-questions to the Deposition (the "Cross Questions"). Pursuant to Federal Rule of Civil Procedure 32, the Debtors reserve their rights to assert all evidentiary objections to the Cross Questions at the time of trial. Notwithstanding, pursuant to Federal Rule of Civil Procedure 31(a)(4), the Debtors hereby assert the following objections to the Cross Questions, and present the following Re-Direct questions to the Keene Creditors Trust.

### Objections to Specific ACC Cross-Questions

**Objections to Written Question Nos. 4, 5, 6, and 7:** Fairly read, these questions call for simple "yes or no" answers. However, to the extent that any or all of the questions are interpreted as calling for narrative answers, the Debtors object to the breadth of the questions and their calling for narrative answers, and the Debtors would move to strike any answer(s) other than "yes" or "no."

### Re-Direct Questions for the Keene Creditors Trust

**Written Deposition Question 8:** In preparing to answer and answering Written Question Nos. 4-7, did the Keene Creditors Trust, the person answering on behalf of the Keene

Creditors Trust, or anyone assisting with the response to the question consult with any representative of or lawyer for: the ACC, Legal Representative for Future Claimants, any other party to or claimant in the Grace chapter 11 proceeding, the Keene Creditors Trust TAC, Trustees of the Keene Creditors Trust, and/or any lawyer or law firm that represents asbestos plaintiffs? If so, identify all such persons and the date(s) of communication, length, detailed subject matter, and any documents created, reviewed or exchanged.

**Answer:**

**Written Deposition Question 9:** In preparing to answer and answering Written Question Nos. 4-7, who, if anyone, did the person responding consult with? Please identify date(s) of communication, length, detailed subject matter (unless the person was counsel to the Trust rendering legal advice), and any documents created, reviewed or exchanged.

**Answer:**

Dated: November 9, 2007

KIRKLAND & ELLIS LLP

_____
David M. Bernick
John Donley
Ellen T. Ahern
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200