IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF POSTPONEMENT OF DEPOSITION

To All Parties on the Attached Service List:

 **PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Northern District of Texas issued a subpoena for Peter Kraus. This subpoena was served on October 4, 2007. The subpoena required Peter Kraus to appear for deposition on November 15, 2007 beginning at 9:00 a.m., CST at the offices of Waters & Kraus, LLP 3219 McKinney Avenue, Dallas, TX 75204. The subpoena also requested that Mr. Cooney produce certain documents at the same location on November 1, 2007. The notice of deposition was subsequently amended by agreement of the parties to change the location of the deposition to the offices of Kirkland Ellis LLP, 655 Fifteenth Street, NW, Washington DC, 20005.

 **TAKE FURTHER NOTICE** that the deposition will not go forward on this date as noticed and the subpoena will be held in temporary abeyance. Counsel for the Debtors, counsel for the parties to the estimation, and Mr. Kraus are in the process of conferring in order to reach an agreement on a mutually-convenient date for the deposition to take place.

Dated: November 12, 2007

          Respectfully submitted,

          KIRKLAND & ELLIS LLP
          David M. Bernick
          Ellen Therese Ahern
          Janet S. Baer
          Salvatore F. Bianca
          200 East Randolph Drive
          Chicago, IL 60601
          Telephone:   (312) 861-2000
          Facsimile:   (312) 861-2200

          KIRKLAND & ELLIS LLP
          Barbara Harding
          David E. Mendelson
          Brian T. Stansbury
          Amanda C. Basta
          655 Fifteenth Street, NW
          Washington, D.C. 20005
          Telephone:   (202) 879-5000
          Facsimile:   (202) 879-5200

          -and-

          PACHULSKI, STANG, ZIEHL, & JONES LLP
          _/s/ James E. O'Neill_
          Laura Davis Jones (Bar No. 2436)
          James E. O'Neill (Bar No. 4042)
          Timothy P. Cairns (Bar No. 4228)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, Delaware 19899-8705 (Courier 19801)
          Telephone:   (302) 652-4100
          Facsimile:   (302) 652-4400