# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|---|---|---|---|---|---|---|
| | | | April | May | June | |
| Coggon, Katheryn | Sp. Counsel | $ 345.00 | 0.3 | 0 | 0 | $ 103.50 |
| | | | | | | |
| TOTAL | | | $ 0.30 | $ - | $ - | $ 103.50 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 212.54 | $ - | | $ 212.54 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| TOTAL | $ 212.54 | $ - | $ - | $ 212.54 |

Holme Roberts & Owen LLP

May 8, 2007

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 768460 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/05/07 | KJC | Respond to request for information from R. Emmett. | 0.30 | $ | 103.50 |
| | | **Total Fees Through April 30, 2007:** | **0.30** | **$** | **103.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $345.00 | 0.30 | $ | 103.50 |
| | | **Total Fees:** | | **0.30** | **$** | **103.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/09/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: GA91310; Storage | $ | 212.54 |
| | | **Total Disbursements:** | **$** | **212.54** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 212.54 |
| **Total Disbursements:** | **$** | **212.54** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | | TOTAL HOURS BILLED | | | |
|------|----------|-------------|-------|-----|------|------------|
| | | | April | May | June | Total Comp. |
| Flaagan, Elizabeth | Partner | $ 360.00 | 0 | 1 | 0 | $ 360.00 |
| Haag, Susan | Paralegal | $ 160.00 | 0 | 3.6 | 0 | $ 576.00 |
| | | | | | | |
| TOTAL | | | 0 | 4.6 | 0 | $ 936.00 |

**Bankruptcy Matters - 00390**

| Description | April | | May | | June | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | - | $ | 1.50 | | | $ | 1.50 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | 2.00 | $ | - | $ | 2.00 |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | - | $ | 1,569.49 | $ | 2,637.82 | $ | 4,207.31 |
| Postage | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | - | $ | 1,572.99 | $ | 2,637.82 | $ | 4,210.81 |

Holme Roberts & Owen LLP

June 13, 2007

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 772087 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/07 | EKF | Review and finalize October 2006 monthly fee application. | 0.30 | $ 108.00 |
| 05/01/07 | SH | Draft October 2006 monthly fee application. | 0.60 | 96.00 |
| 05/02/07 | SH | Draft November 2006 monthly fee application. | 0.60 | 96.00 |
| 05/03/07 | EKF | Review and finalize monthly fee application for November 2006. | 0.20 | 72.00 |
| 05/03/07 | SH | Draft December 2006 monthly fee application. | 0.60 | 96.00 |
| 05/04/07 | EKF | Review and finalize monthly fee application for December 2006. | 0.20 | 72.00 |
| 05/21/07 | EKF | Review, revise and finalize Twenty-Third Interim Quarterly fee application. | 0.30 | 108.00 |
| 05/21/07 | SH | Draft 23rd interim fee application. | 1.80 | 288.00 |

|  | Total Fees Through May 31, 2007: | 4.60 | $ 936.00 |
|---|---|---|---|

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 1.00 | $ 360.00 |
| SH | Susan Haag | Paralegal | 160.00 | 3.60 | 576.00 |

|  | Total Fees: | 4.60 | $ 936.00 |
|---|---|---|---|

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/25/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 302464; DATE: 4/25/2007 - Professional Services through March 31, 2007 | $ 1,569.49 |
| 05/21/07 | 10 | Document Reproduction | 1.50 |
| 05/29/07 | | Long Distance Telephone: 20 Mins., TranTime:14:20 | 2.00 |

|  | Total Disbursements: | $ 1,572.99 |
|---|---|---|

Holme Roberts & Owen LLP

June 13, 2007

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 772087 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,569.49 |
| Document Reproduction | | 1.50 |
| Long Distance Telephone | | 2.00 |
| **Total Disbursements:** | **$** | **1,572.99** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *2.66* |
| 684108 | 11/01/04 | Bill | | 1,924.09 |
| | 01/04/05 | Cash Receipt | | -1,506.75 |
| | 04/22/05 | Cash Receipt | | -375.44 |
| | *Outstanding Balance on Invoice 684108:* | | *$* | *41.90* |
| 716200 | 11/08/05 | Bill | | 2,495.80 |

Holme Roberts & Owen LLP

July 13, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 775243 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/21/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 303137; DATE: 5/21/2007 - Professional Services through April 30, 2007 | $ | 842.51 |
| 06/12/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 303864; DATE: 6/12/2007 - Professional Services through May 31, 2007 | | 1,795.31 |
| | | **Total Disbursements:** | $ | **2,637.82** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 2,637.82 |
| **Total Disbursements:** | $ | **2,637.82** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $ | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $360.00 | 1.0 | $360.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $345.00 | 0.3 | $103.50 |
| Susan Haag | Paralegal | Bankruptcy | $160.00 | 3.6 | $576.00 |
| TOTAL | | | | 4.9 | $1,039.50 |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $1.50 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $2.00 |
| Other Expenses | $212.54 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $4,207.31 |
| Velo Binding | $0.00 |
| **TOTALS** | **$4,423.35** |