```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/05/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    722.50
 #6901     perform various tabulations and checks of Florence   425.00
           files

 09/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5    637.50
 #6905     read Biggs' report                                   425.00

 09/30/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6    680.00
 #6924     develop comments for Heckman report                  425.00
```

{D0095133.1 }

```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/06/07  Relles    / (07) Committee, Creditors'                0.2      85.00
 #6904     send files to Finch                                 425.00

 09/12/07  Relles    / (07) Committee, Creditors'                0.4     170.00
 #6909     check numbers in Peterson email to Inselbuch        425.00

 09/14/07  Relles    / (07) Committee, Creditors'                3.3    1402.50
 #6912     answer Wehner request re: exposures and occupations 425.00

 09/24/07  Peterson  / (07) Committee, Creditors'                1.0     700.00
 #6728     Telephone Finch, Slocombe re: report                700.00

 09/27/07  Relles    / (07) Committee, Creditors'                1.8     765.00
 #6920     review rebuttal reports, email Finch               425.00
```

{D0095133.1 }

```
Date: 11/08/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/09/07  Peterson  / (16) Plan and Disclosure Statement       2.3     1610.00
 #6710     Review TDP and related documents                   700.00
```

```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 4

                            W. R. Grace


Date/Slip#  Description                              HOURS/RATE     AMOUNT
------------------------------------------------------------------------------
 09/01/07   Peterson  / (28) Data Analysis                  7.9     5530.00
 #6701      Work on rebuttal report                       700.00

 09/02/07   Peterson  / (28) Data Analysis                  8.2     5740.00
 #6702      Work on rebuttal report                       700.00

 09/03/07   Peterson  / (28) Data Analysis                  8.9     6230.00
 #6703      Work on rebuttal report                       700.00

 09/04/07   Peterson  / (28) Data Analysis                  7.7     5390.00
 #6704      Work on rebuttal report                       700.00

 09/05/07   Peterson  / (28) Data Analysis                 12.2     8540.00
 #6705      Work on rebuttal report                       700.00

 09/05/07   Relles    / (28) Data Analysis                  2.3      977.50
 #6902      work on rebuttal report                       425.00

 09/06/07   Peterson  / (28) Data Analysis                 10.3     7210.00
 #6706      Work on rebuttal report                       700.00

 09/06/07   Relles    / (28) Data Analysis                  2.0      850.00
 #6903      compare pdf files sent to Delaware Claims Facility  425.00
            vs those submitted as PIQs

 09/07/07   Peterson  / (28) Data Analysis                  9.1     6370.00
 #6707      Work on rebuttal report                       700.00

 09/08/07   Peterson  / (28) Data Analysis                  4.7     3290.00
 #6708      Work on rebuttal report                       700.00

 09/09/07   Peterson  / (28) Data Analysis                  6.7     4690.00
 #6709      Work on rebuttal report                       700.00

 09/09/07   Relles    / (28) Data Analysis                  1.3      552.50
 #6906      review Peterson report, determine whether certain  425.00
            cases had a PIQ sent in

 09/10/07   Peterson  / (28) Data Analysis                  6.4     4480.00
 #6711      Work on rebuttal report                       700.00

 09/10/07   Relles    / (28) Data Analysis                  1.6      680.00
 #6907      search for evidence of when Delaware Claims Facility  425.00
            received and processed the open claims
```

{D0095133.1 }

```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 5

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/11/07  Peterson  / (28) Data Analysis                      6.7    4690.00
 #6712     Work on rebuttal report                          700.00

 09/12/07  Peterson  / (28) Data Analysis                      9.3    6510.00
 #6713     Work on rebuttal report                          700.00

 09/12/07  Relles    / (28) Data Analysis                      1.6     680.00
 #6908     work on rebuttal report                          425.00

 09/13/07  Peterson  / (28) Data Analysis                     11.2    7840.00
 #6714     Work on rebuttal report                          700.00

 09/13/07  Relles    / (28) Data Analysis                      2.8    1190.00
 #6910     work on rebuttal report                          425.00

 09/14/07  Peterson  / (28) Data Analysis                     13.5    9450.00
 #6715     Work on rebuttal report                          700.00

 09/14/07  Relles    / (28) Data Analysis                      1.9     807.50
 #6911     work on rebuttal report                          425.00

 09/15/07  Peterson  / (28) Data Analysis                     10.7    7490.00
 #6716     Work on rebuttal report                          700.00

 09/16/07  Peterson  / (28) Data Analysis                     12.9    9030.00
 #6717     Work on rebuttal report                          700.00

 09/16/07  Relles    / (28) Data Analysis                      5.0    2125.00
 #6913     work on rebuttal report                          425.00

 09/16/07  Relles    / (28) Data Analysis                      3.4    1445.00
 #6914     prepare first draft of rebuttal report           425.00

 09/17/07  Peterson  / (28) Data Analysis                      6.7    4690.00
 #6718     Work on rebuttal report                          700.00

 09/17/07  Peterson  / (28) Data Analysis                      0.2     140.00
 #6719     Telephone Garza re: exposure quantification      700.00

 09/17/07  Peterson  / (28) Data Analysis                      6.9    4830.00
 #6720     Review draft of rebuttal report                  700.00

 09/17/07  Relles    / (28) Data Analysis                      5.4    2295.00
 #6915     work on rebuttal report                          425.00
```

{D0095133.1 }

```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 6

                        W. R. Grace


Date/Slip#  Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/18/07   Peterson  / (28) Data Analysis                    14.7    10290.00
 #6721      Work on revisions to rebuttal report            700.00

 09/18/07   Relles    / (28) Data Analysis                     9.5     4037.50
 #6916      work on rebuttal report                         425.00

 09/19/07   Peterson  / (28) Data Analysis                    13.2     9240.00
 #6722      Work on revisions to rebuttal report            700.00

 09/19/07   Relles    / (28) Data Analysis                    11.6     4930.00
 #6917      work on rebuttal report                         425.00

 09/20/07   Peterson  / (28) Data Analysis                    15.4    10780.00
 #6723      Work on revisions to rebuttal report            700.00

 09/20/07   Relles    / (28) Data Analysis                     8.5     3612.50
 #6918      work on rebuttal report                         425.00

 09/21/07   Peterson  / (28) Data Analysis                     8.3     5810.00
 #6724      Work on revisions to rebuttal report            700.00

 09/22/07   Peterson  / (28) Data Analysis                    10.9     7630.00
 #6725      Work on revisions to rebuttal report            700.00

 09/23/07   Peterson  / (28) Data Analysis                    14.7    10290.00
 #6726      Work on revisions to rebuttal report            700.00

 09/24/07   Peterson  / (28) Data Analysis                    16.8    11760.00
 #6727      Work on revisions to rebuttal report            700.00

 09/25/07   Peterson  / (28) Data Analysis                    10.7     7490.00
 #6729      Work on revisions to rebuttal report            700.00

 09/26/07   Peterson  / (28) Data Analysis                     6.4     4480.00
 #6730      Review other experts' rebuttal reports          700.00

 09/26/07   Relles    / (28) Data Analysis                     1.5      637.50
 #6919      review rebuttal reports                         425.00

 09/27/07   Peterson  / (28) Data Analysis                     3.4     2380.00
 #6731      Review other experts' rebuttal reports          700.00

 09/28/07   Peterson  / (28) Data Analysis                     5.8     4060.00
 #6732      Review other experts' rebuttal reports          700.00
```

```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 7

                       W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/29/07  Peterson   / (28) Data Analysis                        5.9   4130.00
 #6733     Review other experts' rebuttal reports              700.00

 09/29/07  Relles     / (28) Data Analysis                        5.7   2422.50
 #6921     organize and review data sent in support of rebuttal 425.00
           reports

 09/29/07  Relles     / (28) Data Analysis                        2.0    850.00
 #6922     review rebuttal reports                             425.00

 09/30/07  Peterson   / (28) Data Analysis                        7.3   5110.00
 #6734     Review other experts' rebuttal reports              700.00

 09/30/07  Relles     / (28) Data Analysis                        2.5   1062.50
 #6923     review rebuttal reports                             425.00
-------------------------------------------------------------------------------
```

{D0095133.1 }

```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 8

                             W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                        September 2007 - September 2007

   MONTH       ACTIVITY                                     HOURS     AMOUNT
   ---------------------------------------------------------------------------
   September - (05) Claims Anal Objectn/Resolutn (Asbest)     4.8    2040.00
   September - (07) Committee, Creditors'                     6.7    3122.50
   September - (16) Plan and Disclosure Statement             2.3    1610.00
   September - (28) Data Analysis                           362.3  234745.00
   September - (99) Total                                   376.1  241517.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)     4.8    2040.00
   Total     - (07) Committee, Creditors'                     6.7    3122.50
   Total     - (16) Plan and Disclosure Statement             2.3    1610.00
   Total     - (28) Data Analysis                           362.3  234745.00
   Total     - (99) Total                                   376.1  241517.50

   ---------------------------------------------------------------------------
```

{D0095133.1 }

```
Date: 11/08/07             Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 9

                    W. R. Grace

            Summary Of Time Charges, By Month and Person
                   September 2007 - September 2007

  MONTH         PERSON                                      HOURS     AMOUNT
  -----------------------------------------------------------------------
  September  - Relles                                        79.1   33617.50
  September  - Peterson                                     297.0  207900.00
  September  - Total                                        376.1  241517.50

  Total      - Relles                                        79.1   33617.50
  Total      - Peterson                                     297.0  207900.00
  Total      - Total                                        376.1  241517.50

  -----------------------------------------------------------------------
```

{D0095133.1 }

```
Date: 11/08/07           Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 10

                    W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    September 2007 - September 2007

 MONTH       PERSON                               HOURS    RATE    AMOUNT
 ----------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 September - Relles                                 4.8    425.    2040.00

 (07) Committee, Creditors'

 September - Relles                                 5.7    425.    2422.50
 September - Peterson                               1.0    700.     700.00

 (16) Plan and Disclosure Statement

 September - Peterson                               2.3    700.    1610.00

 (28) Data Analysis

 September - Relles                                68.6    425.   29155.00
 September - Peterson                             293.7    700.  205590.00


 ----------------------------------------------------------------------
```

{D0095133.1 }