## **EXHIBIT A**

## CT CORPORATION SYSTEM        **Search Report**

Date: 09/04/07

| | | | |
|---|---|---|---|
| **Customer:** | Claude Irmis<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 | **Subject:** | W. R. Grace & Company |

**CT Order#:** 6770338 WO

**Customer Reference #1:** None Given
**Customer Reference #2:** none given

**Jurisdiction:** Georgia

**Search Type:** UCC Liens - Georgia Cooperative Authority
**Searched From:** 01/01/95        **Searched Through:** 08/24/07

**Synopsis:** No Records Found
Results of this search have been certified by the filing officer
Note: The following variations were found: W.R. GRACE & CO.-CONN INC.-LESSEE
Note: To request searches on these variations, please contact our office
The information listed within this report was obtained by searching the official records of the filing office referenced above using the standard search logic of that filing office

CT CORPORATION SYSTEM
Chicago UCC Service Center
208 South LaSalle Street
Suite 814
Chicago, IL 60604
Phone: (312) 263-1414
Fax: (888) 829-5819

This report contains information compiled from sources which CT Corporation System considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion, or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. the categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

Signed _____

GEORGIA UCC INDEXING SYSTEM
CERTIFIED SEARCH REPORT
REPORT NUMBER: 6983108
SEARCH FROM: 1/1/1995 THROUGH: 08/24/2007

PAGE: 1
DATE: 8/31/2007
TIME: 14:54

CERTIFIED SEARCH REPORT REQUESTED FOR NAME:
**W.R. GRACE & COMPANY**

NO RECORDS WERE FOUND FOR THE CERTIFIED SEARCH REQUESTED FOR THE NAME
MENTIONED ABOVE.

I, the undersigned officer for the Georgia Superior Court Clerks' Cooperative Authority ("the authority"), do hereby certify that the above listing is a record of all currently effective original financing statements and any subsequent UCC Amendment filings related thereto, and Transitional Filings presented in accordance with the appropriate code section, filed on or after January 1, 1995, which name the above debtor and which are on file in the Authority's UCC Central Indexing System as of 08/24/2007. This certification covers only those UCC statements or Transitional filings filed on or after January 1, 1995, which disclose the exact name set forth above. FAILURE TO INCLUDE THE DEBTOR'S TAXPAYER IDENTIFICATION NUMBER IN YOUR REQUEST FOR INFORMATION MAY RESULT IN AN INCOMPLETE LISTING OF FILINGS PERTAINING TO THE DEBTOR YOU ARE SEARCHING. This certified search report does not provide information on (1) original UCC financing statements filed prior to January 1, 1995; or (2) the real estate records of any Georgia county, including UCC Real Estate Related Filings. DESCRIPTIONS CONTAINED HEREIN ARE FOR INFORMATION PURPOSES ONLY AND ARE NOT A SUBSTITUTE FOR THE COLLATERAL DESCRIPTION CONTAINED IN THE ACTUAL FINANCING STATEMENTS. Neither the Authority or any of its agents, employees, contractors or independent contractors shall be liable to any person or persons for consequential damages suffered by virtue of reliance upon the above information.

GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY

BY: _David R. Williams_
EXECUTIVE DIRECTOR

GEORGIA UCC INDEXING SYSTEM
CERTIFIED SEARCH REPORT
REPORT NUMBER: 6983108
SEARCH FROM: 1/1/1995 THROUGH: 08/24/2007

PAGE: 1
DATE: 8/31/2007
TIME: 14:54

CERTIFIED SEARCH REPORT REQUESTED FOR NAME:
**W.R. GRACE & COMPANY**

The search information under the above name also revealed the following filings for debtors with the same or similar names. This additional information is not part of the attached certified search report, and therefore is not certified by the Georgia Superior Court Clerks' Cooperative Authority ("the authority"). This additional information may not represent a complete listing of debtor names that may be considered similar to the name under which the search was made. This listing covers UCC statements filed on or after 01/01/1995.

| NAME | TAX ID# | FILE NUMBER |
|------|---------|-------------|
| **W. R. GRACE & CO.-CONN INC.-LESSEE** | **135114230** | **044-1999-002938** |

## CT CORPORATION SYSTEM          **Search Report**

**Date: 09/04/07**

| | | | |
|---|---|---|---|
| **Customer:** | Claude Irmis<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 | **Subject:** | W. R. Grace & Company |

---

**CT Order#:** 6770338  WO

**Customer Reference #1:** None Given
**Customer Reference #2:** none given

---

**Jurisdiction:** Richmond County, Georgia

**Search Type:** State Tax Liens - Clerk of the Superior Court
**Searched:** 7 Years     **Searched Through:** 08/22/07

**Synopsis:** No Records Found

---

**CT CORPORATION SYSTEM**
Chicago UCC Service Center
208 South LaSalle Street
Suite 814
Chicago, IL 60604
Phone: (312) 263-1414
Fax: (888) 829-5819

This report contains information compiled from sources which CT Corporation System considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion, or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. the categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

Signed _____

## CT CORPORATION SYSTEM          **Search Report**

Date: 09/04/07

| | | | |
|---|---|---|---|
| **Customer:** | Claude Irmis<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 | **Subject:** | W. R. Grace & Company Conn. |

CT Order#: 6770338  WO

Customer Reference #1:   None Given
Customer Reference #2:   none given

**Jurisdiction:** Georgia

Search Type:   UCC Liens - Georgia Cooperative Authority
Searched From:   01/01/95      Searched Through:   08/24/07

Synopsis:   No Records Found
Results of this search have been certified by the filing officer
Note: The following variations were found:  W.R. GRACE & CO.-CONN INC.-LESSEE
Note: To request searches on these variations, please contact our office
The information listed within this report was obtained by searching the official records of the filing office referenced above using the standard search logic of that filing office

---

**CT CORPORATION SYSTEM**
Chicago UCC Service Center
208 South LaSalle Street
Suite 814
Chicago, IL 60604
Phone: (312) 263-1414
Fax: (888) 829-5819

This report contains information compiled from sources which CT Corporation System considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion, or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. the categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

Signed _____

GEORGIA UCC INDEXING SYSTEM
CERTIFIED SEARCH REPORT
REPORT NUMBER: 6983109
SEARCH FROM: 1/1/1995 THROUGH: 08/24/2007

PAGE: 1
DATE: 8/31/2007
TIME: 14:54

CERTIFIED SEARCH REPORT REQUESTED FOR NAME:
**W. R. GRACE & COMPANY CONN**

NO RECORDS WERE FOUND FOR THE CERTIFIED SEARCH REQUESTED FOR THE NAME
MENTIONED ABOVE.

I, the undersigned officer for the Georgia Superior Court Clerks' Cooperative Authority ("the
authority"), do hereby certify that the above listing is a record of all currently effective original
financing statements and any subsequent UCC Amendment filings related thereto, and Transitional
Filings presented in accordance with the appropriate code section, filed on or after January 1, 1995,
which name the above debtor and which are on file in the Authority's UCC Central Indexing System as
of 08/24/2007. This certification covers only those UCC statements or Transitional filings filed on or
after January 1, 1995, which disclose the exact name set forth above. FAILURE TO INCLUDE THE
DEBTOR'S TAXPAYER IDENTIFICATION NUMBER IN YOUR REQUEST FOR INFORMATION
MAY RESULT IN AN INCOMPLETE LISTING OF FILINGS PERTAINING TO THE DEBTOR
YOU ARE SEARCHING. This certified search report does not provide information on (1) original
UCC financing statements filed prior to January 1, 1995; or (2) the real estate records of any Georgia
county, including UCC Real Estate Related Filings. DESCRIPTIONS CONTAINED HEREIN ARE
FOR INFORMATION PURPOSES ONLY AND ARE NOT A SUBSTITUTE FOR THE
COLLATERAL DESCRIPTION CONTAINED IN THE ACTUAL FINANCING STATEMENTS.
Neither the Authority or any of its agents, employees, contractors or independent contractors shall be
liable to any person or persons for consequential damages suffered by virtue of reliance upon the above
information.

GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY

BY  *David R Williams*

EXECUTIVE DIRECTOR

GEORGIA UCC INDEXING SYSTEM
CERTIFIED SEARCH REPORT
REPORT NUMBER: 6983109
SEARCH FROM: 1/1/1995 THROUGH: 08/24/2007

PAGE: 1
DATE: 8/31/2007
TIME: 14:54

CERTIFIED SEARCH REPORT REQUESTED FOR NAME:
**W. R. GRACE & COMPANY CONN**

The search information under the above name also revealed the following filings for debtors with the same or similar names. This additional information is not part of the attached certified search report, and therefore is not certified by the Georgia Superior Court Clerks' Cooperative Authority ("the authority"). This additional information may not represent a complete listing of debtor names that may be considered similar to the name under which the search was made. This listing covers UCC statements filed on or after 01/01/1995.

| NAME | TAX ID# | FILE NUMBER |
|------|---------|-------------|
| **W. R. GRACE & CO.-CONN INC.-LESSEE** | **135114230** | **044-1999-002938** |

## CT CORPORATION SYSTEM          **Search Report**

Date: 09/04/07

| | | | |
|---|---|---|---|
| **Customer:** | Claude Irmis<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 | **Subject:** | W. R. Grace & Company Conn. |

**CT Order#:** 6770338 WO

**Customer Reference #1:** None Given
**Customer Reference #2:** none given

**Jurisdiction:** Richmond County, Georgia

**Search Type:** State Tax Liens - Clerk of the Superior Court
**Searched:** 7 Years    **Searched Through:** 08/22/07

**Synopsis:** No Records Found

---

**CT CORPORATION SYSTEM**
Chicago UCC Service Center
208 South LaSalle Street
Suite 814
Chicago, IL 60604
Phone: (312) 263-1414
Fax: (888) 829-5819

This report contains information compiled from sources which CT Corporation System considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion, or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. the categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

Signed _____