IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: December 3, 2007, at 4⁰⁰ p.m. |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

**WRG-0081**
**AUTOMATED YIELD MONITORING AND CONTROL**

| 09/21/2007 | DMD | Preparation of Supplemental Information Disclosure Statement | 0.80 |
|---|---|---|---|
| 09/24/2007 | DMD | Attendance to filing of Supplemental Information Disclosure Statement. | 0.60 |

SERVICES $ 182.00

| | DMD | DAVID M. DESANTO | 1.40 | hours @ | $130.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **182.00**

**WRG-0082**
**EVALUATION OF THIRD PARTY U.S. PATENT**
**RELATING TO CO2 ABSORPTION**

| 09/07/2007 | GHL | Continued work on written opinion on alternative designs for proposed absorbent; | 3.40 |
|---|---|---|---|
| 09/10/2007 | GHL | Continue drafting opinion on design-around alternatives and non-infringement; | 5.20 |
| 09/11/2007 | GHL | Continued drafting op opinion, telephone conference with Mr. Williams regarding the opinion, and attendance to dispatch of the opinion to Mr. Williams. | 2.30 |

SERVICES    $    5,777.00

| | GHL | GARY H. LEVIN | 9.10 | hours @ | $530.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

PATENT COPIES    $    194.00

DISBURSEMENT TOTAL    $    194.00

SERVICE TOTAL    $    5,777.00

**INVOICE TOTAL**    **$    5,971.00**

**WRG-0083**
**FREEDOM-TO-OPERATE ANALYSIS REGARDING**
**REGENERATION OF SPENT HYDROPROCESSING CATALYSTS**

| 09/13/2007 | DRB | Analysis of materials and process description for opinion review. | 1.00 |
|---|---|---|---|
| 09/14/2007 | DRB | Analysis of opinion materials and telephone conference with Grace technical representatives concerning background of the technology and Grace's proposed processes. | 3.70 |

SERVICES                    $    2,044.50

| | DRB | DAVID R. BAILEY | 4.70 | hours @ | $435.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**            $    **2,044.50**