**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 17027** |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING AMENDED MOTION FOR AN ORDER PURSUANT TO SECTION 107(B) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 9018-1(B) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF THE EXPERT REBUTTAL REPORTS OF DR. MARK PETERSON AND STEPHEN M. SNYDER**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Amended Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder* (the "Amended Motion"), filed on October 9, 2007 (D.I. 17027). The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection or other responsive pleading to the Amended Motion appears thereon. Pursuant to local rules, a response to the Amended Motion was due on or before November 9, 2007.

It is hereby respectfully requested that the Proposed Order approving the Amended

Motion, attached hereto as "Exhibit A", be entered at the earliest convenience of the Court.

Dated: November 13, 2007               CAMPBELL & LEVINE, LLC

                                       <u>/s/Mark T. Hurford</u>
                                       Marla Rosoff Eskin (No. 2989)
                                       Mark T. Hurford (No. 3299)
                                       800 N. King St., Suite 300
                                       Wilmington, Delaware 19801
                                       Tel. (302) 426-1900
                                       Fax (302) 426-9947

                                       *Counsel for the Official Committee of Asbestos Personal Injury Claimants*