# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on November 13, 2007, I caused a copy of the *Certificate of No Objection Regarding the Amended Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder* **[Docket No. 17027]**, to be served upon the individuals on the attached service list, in the manner indicated.

                                                                                    CAMPBELL & LEVINE, LLC

                                                                                     */s/ Mark T. Hurford*
                                                                                     Mark T. Hurford (No. 3299)
                                                                                     800 N. King Street
                                                                                      Suite 300
                                                                                     Wilmington, DE 19801
                                                                                     (302) 426-1900

Dated: November 13, 2007

{D0095168.1 }