## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 01-1139 (JKF)<br>(Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | Re. Docket No. 14148 |
| Debtors. | |

## VERIFIED STATEMENT IN CONNECTION WITH THE
## REPRESENTATION  OF CREDITORS
## AS REQUIRED BY F.R.B.P.  RULE 2019

TOM  B.  SCOTT,  III,  being  first  duly  sworn,  hereby  deposes  and states as follows:

1.    I  am  a  sole  practitioner  in  Jackson,  Mississippi.    I  am  a member in good standing of the Bar of the State of Mississippi, Mississippi Bar No. 6578.

2.    This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 25, 2004 (the "Revised Order").

3.     The undersigned has been retained as counsel for individual creditors in the above-referenced bankruptcy.  The list of each of these creditors' names and addresses is attached hereto.

4.     The undersigned certifies that each creditor named on the attached list has executed a Power of Attorney authorizing the undersigned to represent the creditor in bankruptcy proceedings.

5.     The address of each creditor for purposes hereof is as set forth in the exhibit list.

6.     The creditors hold claims in varying amounts for monetary damages due to injuries caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the above-referenced debtors and debtors-in-possession (the ADebtors@) and others, and thus hold claims against, *inter alia*, the Debtors.  Pursuant to the Revised Order, all of the relevant information identifying the creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7.     The undersigned does not hold any claims against or interest in the Debtor.

2

8.    The undersigned will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
TOM B. SCOTT, III

SWORN TO AND SUBSCRIBED before me, this the _12_ day of November_, 200_7_.

_____
Notary Public

Commission Expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 1, 2011
BONDED THRU STEGALL NOTARY SERVICE

3