IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE: Federal Mogul Global, Inc.** | ) ) ) | Bankruptcy No. 01-10578 (JKF) (Jointly Administered) |
| Debtors(s) | ) ) ) ) | Chapter 11 **RE: 13696** |
| **IN RE: ACandS, Inc.** | ) ) ) | Bankruptcy No. 02-12687 (JKF) (Jointly Administered) |
| Debtors(s) | ) ) ) ) ) | Chapter 11 **RE: 3011** |
| **IN RE: USG Corporation** | ) ) ) | Bankruptcy No. 01-2094 (JKF) (Jointly Administered) |
| Debtors(s) | ) ) ) ) | Chapter 11 |
| **IN RE: The Flintkote Company** | ) ) ) | Bankruptcy No. 04-11300 (JKF) (Jointly Administered) |
| Debtors(s) | ) ) ) | Chapter 11 **RE: 2818** |
| **IN RE: W.R. Grace & Co.** | ) ) ) | Bankruptcy No. 01-1139 (JKF) (Jointly Administered) |
| Debtors(s) | ) ) ) ) | Chapter 11 **RE: 17352** |

## ORDER SCHEDULING HEARING WITH REGARD TO THE APPOINTMENT OF AN EXAMINER RELATING TO THE CONDUCT OF L. TERSIGNI CONSULTING, P.C.

AND NOW, this 13th day of November, 2007, it is **ORDERED** that the continued hearing on the above matter is scheduled to be heard on **Tuesday December 11, 2007 at 1:00 PM Eastern time** and to be held in **Pittsburgh, PA**.

It is further **ORDERED** that weekly conference calls among the parties and the United States Trustee, without this Court's involvement, will occur on the following **Mondays** at **12:00 PM EST** leading up to the December 11th hearing:

> November 19, 2007
> November 26, 2007
> December 3, 2007
> December 10, 2007

It is further **ORDERED** that anyone wishing to appear in the weekly conference calls must contact CourtCall at 1-866-582-6878 by **12:00 PM EST** two (2) business days before **EACH** conference call (i.e., by noon Eastern time each Wednesday before the Monday conference calls).

It is further **ORDERED** that counsel for the debtor(s) and/or trustee(s) shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge