IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Hearing Date: November 26, 2007 at 2:00 p.m.**
**Objection Deadline: November 9, 2007 at 4:00 p.m.**

NOTICE OF ERRATA REGARDING EXHIBIT A TO CREDITORS'
RESPONSE TO DEBTOR'S TWENTY-FOURTH
OMNIBUS OBJECTION TO CLAIMS [DOCKET NO. 17325]

PLEASE TAKE NOTICE THAT creditors H. Anthony Jew and Violet W. Jew hereby submit this Notice of Errata regarding Exhibit A to Creditors' Response to Debtor's Twenty-Fourth Omnibus Objection to Claims electronically filed on November 9, 2007, as Docket No. 17325. Exhibit A was inadvertently omitted and is attached hereto.

Dated: November 14, 2007

_____
JAMES A. TIEMSTRA (CA Bar No. 96203)
LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 987-8000
Facsimile: (510) 987-8001
E-mail: jat@tiemlaw.com

Attorneys for Creditors H. ANTHONY JEW
AND VIOLET W. JEW

MSR.074