

**MILLER STARR & REGALIA**

A PROFESSIONAL LAW CORPORATION

1331 NORTH CALIFORNIA BLVD.
FIFTH FLOOR
P.O. BOX 8177
WALNUT CREEK, CALIFORNIA 94596
FACSIMILE (925) 933-4126
TELEPHONE (925) 935-9400

May 11, 2001

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

   Re: W.R. Grace & Co., et al.; Bankruptcy Case No. 01-01189 JJF; Chapter
     11; Jointly Administered

Dear Clerk:

   Enclosed please find an original and three copies, including one unbound copy for
scanning purposes, of the following document in the above-referenced matter:

          PROOF OF CLAIM.

   Please file the original document and return a conformed copy in the enclosed
self-addressed, stamped envelope. Please feel free to call me directly at (925) 941-3272 if you
have any questions or comments. Thank you.

      Very truly yours,

      MILLER, STARR & REGALIA

      Susan M. LeBlanc
      Paralegal

Enclosures

cc: Anthony H. Jew, M.D. (w/encl.)
  Karl E. Geier, Esq. (w/encl.)
  James A. Tiemstra, Esq. (w/encl.)

**EXHIBIT A**

W. R. GRACE & CO. BANKRUPTC
OFFICE OF THE CLAIMS AGENT
P.O. BOX 1620
FARIBAULT, MN 55021-1620
1-800-432-1909

March 12, 2002

JAMES A TIEMSTRA
MILLER STARR REGALIA
1331 N CALIFORNIA BLVD 5TH FLR
PO BOX 8177
WALNUT CREEK CA 94596

Re: W. R. Grace Bankruptcy

Dear Sir or Madam:

We have received your claim(s) for the W. R. Grace & Co. bankruptcy cases. You included a copy of each claim and requested that we return a file stamped copy acknowledging our receipt of the same. In accordance with your request, enclosed are the acknowledgement of the receipt of your claim(s).

At this time, an official Bar Date has not been established. However, if you have any questions about the docketing of your claim(s), you may contact Pat Meland at (507) 333-4356.

Sincerely,

W. R. Grace Claims Administrator

Enclosure

Copy CN 00000066