IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Hearing Date: November 26, 2007 at 2:00 p.m.**
**Objection Deadline: November 9, 2007 at 4:00 p.m.**

CERTIFICATE OF SERVICE FOR NOTICE OF ERRATA REGARDING EXHIBIT A TO CREDITORS' RESPONSE TO DEBTOR'S TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS [DOCKET NO. 17325]

    I, Susan M. LeBlanc, declare:

    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Tribune Tower, 409 Thirteenth Street, 15th Floor, Oakland, California 94612-2605. On November 14, 2007, I caused true and correct copies of the following document:

    NOTICE OF ERRATA REGARDING EXHIBIT A TO CREDITORS' RESPONSE TO DEBTOR'S TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS [DOCKET NO. 17325]

to be served upon the parties listed below via Notice of Electronic Filing and first class mail:

| | |
|---|---|
| CO-COUNSEL FOR THE DEBTORS:<br>James E. O'Neil<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801) | COUNSEL TO THE FUTURE<br>CLAIMANTS' REPRESENTATIVE:<br>John C. Phillips, Jr.<br>Philips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| COUNSEL TO THE OFFICIAL<br>COMMITTEE OF PERSONAL INJURY<br>CLAIMANTS:<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | COUNSEL TO THE OFFICIAL<br>COMMITTEE OF UNSECURED<br>CREDITORS:<br>Michael R. Lastowski<br>Duane, Morrs & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |

and on the parties listed below via first class mail:

CO-COUNSEL FOR THE DEBTORS:
Lori Sinanyan
Kirkland & Ells LLP
777 South Figueroa Street
Los Angeles, CA 90017

COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS:
Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

COUNSEL TO THE OFFCIAL
COMMITTEE OF PROPERTY
DAMAGE CLAIMANTS:
Scott L. Baena
Bilzin, Sumberg, Dun, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

COUNSEL TO THE OFFCIAL
COMMITTEE OF PROPERTY
DAMAGE CLAIMANTS:
Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

COUNSEL TO THE OFFICIAL
COMMITTEE OF PERSONAL INJURY
CLAIMANTS:
Peter Van L. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

COUNSEL TO THE FUTURE
CLAIMANTS' REPRESENTATIVE:
Richard H. Wyron
Orrick, Herrngton & Sutcliffe, LLP
3050 K Street, NW, Suite 300
Washington, DC 20007

COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY HOLDERS:
Gary Becker
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY HOLDERS:
Teresa K.D. Curer
Buchanan, Ingersoll & Roney, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Office of the United States Trustee
Att: David Klauder
844 N. King Street
Wilmington, DE 19801

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MSR.074

        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

        Executed on November 14, 2007, at Oakland, California.

*/s/ Susan M. LeBlanc*
Susan M. LeBlanc

LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 987-8000
Facsimile: (510) 987-8001
E-mail: jat@tiemlaw.com

Attorneys for Creditors H. ANTHONY JEW
AND VIOLET W. JEW

MSR.074