IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 4, 2007 @ 4:00 pm |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE
INTERIM PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | April 1, 2007 through April 30, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 21,425.00 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 10/1/2006-10/31/2006 | $6,500.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 11/1/2006-11/30/2006 | $4,750.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 12/1/2006-12/31/2006 | $22,917.5 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 1/1/2007-1/31/2007 | $57,062.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 2/1/2007-2/28/2007 | $6,867.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 3/1/2007-3/31/2007 | $35,875.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Fifty-Fifth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 32.0 | $20,800.00 |
| TOTALS | | | | | 32.0 | $20,800.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 1.0 | $125.00 |
| Kim Camarda | Paralegal | 13 | Litigation | $125 | 4.0 | $500.00 |
| TOTALS | | | | | 5.0 | $625.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 37.0 | $21,485.00 |
| TOTALS | 37.0 | $21,485.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: November 14, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*[signature]*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA   )
                          )
COUNTY OF CHARLESTON      )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)  I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)  I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)  I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 25TH day of September, 2007.

_____
Kimberly A. Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

09/25/2007

1

# Time and Expense report
04/01/2007 - 04/30/2007

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | 04/01/2007 | | | | |
| 04/01/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on motion for reconsideration in district court | $650.00 | 4.30 | $2,795.00 |
| **Day:** | | 04/03/2007 | | | | |
| 04/03/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue to work on ZAI motion, conferences with co-counsel regarding revisions | $650.00 | 4.40 | $2,860.00 |
| **Day:** | | 04/04/2007 | | | | |
| 04/04/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue to work on motion for reconsideration | $650.00 | 5.20 | $3,380.00 |
| **Day:** | | 04/05/2007 | | | | |
| 04/05/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversations with PD Committee regarding ZAI motion (.4); review of the ZAI legal theories regarding estoppel (1.2) | $650.00 | 1.60 | $1,040.00 |
| **Day:** | | 04/17/2007 | | | | |
| 04/17/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review status of various court orders | $650.00 | 1.40 | $910.00 |
| **Day:** | | 04/19/2007 | | | | |
| 04/19/2007<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Email ZAI homeowner regarding requested information | $125.00 | 0.50 | $62.50 |
| **Day:** | | 04/20/2007 | | | | |
| 04/20/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on preparation for May 2 hearing including preparing discovery and memos | $650.00 | 3.20 | $2,080.00 |
| **Day:** | | 04/24/2007 | | | | |
| 04/24/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on preparation for May 2 hearing including review of draft discovery and strategic planning (2.6) | $650.00 | 2.60 | $1,690.00 |
| **Day:** | | 04/26/2007 | | | | |
| 04/26/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace's opposition to ATSDR motion and dictate notes for May 2 hearing regarding same | $650.00 | 1.50 | $975.00 |

09/25/2007 2

# Time and Expense report
04/01/2007 - 04/30/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |
| 04/26/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | | 0000 | Email ZAI homeowner regarding requested information | | | |
| **Day:** | | **04/27/2007** | | | | |
| 04/27/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.70 | $1,105.00 |
| ewestbrook | | 0000 | Work on class action and other discovery (1.2); conference with local counsel regarding ZAI issues (.5) | | | |
| **Day:** | | **04/30/2007** | | | | |
| 04/30/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.10 | $3,965.00 |
| ewestbrook | | 0000 | Work on preparation for items on agenda for Wednesday, May 2 hearing, including research and preparation for argument | | | |
| 04/30/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| kcamarda | | 0000 | Summarized 3/5/07 hearing transcript for May 2nd hearing. | | | |

|  |  |
|---|---|
| **Grand Total:** | **$21,425.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$21,425.00** |
| **Total Hours/Report:** | **37.00** |
| **Count:** | **13** |