IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 4, 2007 @ 4:00 pm |
| | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

Name of Applicant:                                    Richardson Patrick Westbrook
                                                                      & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                             July 1, 2007 through
                                                                    July 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $ 2,070.00

Amount of Expenses Reimbursement:            $ 0

This is a:  X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-6/30/2006 | $4,312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 10/1/2006-10/31/2006 | $6,500.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 11/1/2006-11/30/2006 | $4,750.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 12/1/2006-12/31/2006 | $22,917.5 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 1/1/2007-1/31/2007 | $57,062.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 2/1/2007-2/28/2007 | $6,867.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 3/1/2007-3/31/2007 | $35,875.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/14/2007 | 4/1/2007-4/30/2007 | $21,425.00 | $ 0 | Pending | Pending |
| 11/14/2007 | 5/1/2007-5/31/2007 | $23,010.00 | $ 0 | Pending | Pending |

| 11/14/2007 | 6/1/2007-6/30/2007 | $8,505.00 | $ 0 | Pending | Pending |

This is the Fifty-Eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 2.8 | $1,820.00 |
| TOTALS | | | | | 2.8 | $1,820.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 2.0 | $250.00 |
| TOTALS | | | | | 2.0 | $250.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 4.8 | $2,070.00 |
| TOTALS | 4.8 | $2,070.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: November 14, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ Will DvH/*
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 14th day of November, 2007.

_____
Kimberly A. Garcia
Notary Public for South Carolina
My Commission Expires
February 4, 2014

09/20/2007

1

# Time report
### 07/01/2007 - 07/31/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |

**Transaction:** L106

### Day: 07/02/2007

| 07/02/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Review Grace agendas and proposed orders regarding property damage matters (.4); communications to counsel regarding court's suggestion (.2) | | | |

### Day: 07/10/2007

| 07/10/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Complete review of 5/4/07 NIOSH hearing for RJ Lee testimony | | | |

### Day: 07/26/2007

| 07/26/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.20 | $1,430.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Read and review Judge's Order regarding exclusivity (.2), discussions with Darrell Scott regarding same and participate in PD conference call regarding Order (1.0); strategic conversation regarding Order (.4); and conversation regarding need for class representative in ZAI (.6) | | | |

| | |
|---|---|
| **Grand Total:** | **$2,070.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$2,070.00** |
| **Total Hours/Report:** | **4.80** |
| **Count:** | **3** |