## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2007 through July 31, 2007* to be made this November 14, 2007 upon the parties identified on the attached service list, in the manner indicated:


*November 14, 2007*　　　　　　　　　　　　　*/s/ William D. Sullivan*
Date　　　　　　　　　　　　　　　　　　　　William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire

The Bayard Firm
*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP