IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 JKF |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 17116, 17117, 17118, |
| | ) | 17119, 17120, 17121, 17122, 17123 |
| | ) | Nov. 26, 2007 Agenda Nos. 11-18 |

## CERTIFICATION OF COUNSEL ON ORDERS AUTHORIZING SETTLEMENTS OF ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY VARIOUS PROPERTY DAMAGE CLAIMANTS REPRESENTED BY <u>MOTLEY RICE LLC</u>

1.  On October 22, 2007, the Debtors filed 8 separate motions ("Motions") for orders authorizing settlements of asbestos property damage claims filed by property damage claimants (the "Motley Rice Claimants") represented by the law firm of Motley Rice LLC (the "Motley Rice PD Settlements"). [1]

2.  Prior to the objection deadline set for the Motions, counsel for the appointed legal representative of future asbestos personal injury claims ("FCR") requested that certain minor changes be made to the draft orders attached to the Motions, so that the Orders would be

---

[1] The Motley Rice Claimants, and the docket numbers and agenda item numbers of the Motions relating to their respective settlements, are:

| Motley Rice Claimant | Docket No. | Agenda No. |
|---|---|---|
| CHP Associates, Inc. | 17116 | 11 |
| Church of the Most Holy Redeemer | 17117 | 12 |
| The State of Washington | 17118 | 13 |
| The Fargo Housing Authority | 17119 | 14 |
| The Catholic Diocese of Little Rock, Arkansas | 17120 | 15 |
| The Church of St. Helena | 17121 | 16 |
| The Port of Seattle | 17122 | 17 |
| The American Legion | 17123 | 18 |

consistent with the orders previously entered by the Court allowing settlements with certain claimants represented by the firm of Dies & Hile LLP and with Prudential Life Insurance Company.

3. As a result, the Debtors prepared revised forms of orders reflecting the requested changes and circulated such revised orders to the FCR, the Asbestos Claimants Committee ("ACC"), the Official Committee of Asbestos Property Damage Claimants ("PD Committee") and Motley Rice, who have no objections to entry of the revised Orders.

4. Attached as Exhibits 1-8 are the final forms of the revised orders that are agreeable to the FCR, the ACC, the PD Committee, the Motley Rice Claimants and the Debtors, in forms tailored for each of the Motions (in the order of the Motions listed in Footnote 1 above).

5. No objections were filed to the Motions.

*[Remainder of Page Intentionally Left Blank]*

6. As a result, the Debtors hereby request entry of the attached revised Orders approving the Motley Rice PD Settlements addressed by the Motions.

Dated: November 14, 2007

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> Lisa G. Esayian
> 200 East Randolph Drive
> Chicago, IL 60601
> (312) 861-2000 (phone)
> (312) 861-2200 (fax)
>
> and
>
> PACHULSKI STANG ZIEHL & JONES LLP
>
> /s/ James E. O'Neill
> Laura Davis Jones (Bar No. 2436)
> James O'Neill (Bar No. 4042)
> Timothy P. Cairns (Bar No. 4228)
> 919 North Market Street, 17th Floor
> P. O. Box 8705
> Wilmington, Delaware 19899-8705
> Telephone: 302 652-4100
> Facsimile: 302-652-4400
>
> Co-Counsel for the Debtors and Debtors-In-Possession