# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | Objection Deadline: Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2007 THROUGH JULY 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 51 - Daramic NOR

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 4.1 | $2,091.00 |
| Jacob N. Polatin | Partner | Real Estate | $510.00 | 1.5 | $  765.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 5.6 | $2,856.00 |



**FOLEY
HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Company

August 28, 2007
Invoice No.: 393904
Matter No.: 08743.00051

**Re:    Daramic NOR**

For Professional Services rendered through July 31, 2007

|  |  |
|---|---|
| Fees | $2,856.00 |
| **Total Fees and Disbursements** | **$2,856.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00051
Re: Daramic NOR

Invoice No.: 393904
August 28, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/03/07 | Jaffe | Review, revise draft NOR revisions; email to client regarding same (0.8). | 0.8 |
| 07/10/07 | Jaffe | Telephone conference with Ms. Duff and Mr. Obradovic regarding deed notice (0.5); office conference and email with J. Polatin regarding same (0.3); email to Ms. Duff and Mr. Obradovic regarding same (0.3). | 1.1 |
| 07/11/07 | Polatin | Draft notice regarding drinking water (1.5). | 1.5 |
| 07/18/07 | Jaffe | Review draft deed notice and email to team regarding same (0.3). | 0.3 |
| 07/20/07 | Jaffe | Emails with team regarding deed notice (0.3). | 0.3 |
| 07/23/07 | Jaffe | Emails with Mr. Obradovic regarding deed notice and telephone call with J. Polatin regarding same (0.3). | 0.3 |
| 07/25/07 | Jaffe | Emails with Mr. Bucens regarding deed notice (0.2). | 0.2 |
| 07/27/07 | Jaffe | Revise draft deed notice and emails with Mr. Bucens and Ms. Duff regarding same (0.6). | 0.6 |
| 07/30/07 | Jaffe | Reviewing submittal to DEP and email with Mr. Bucens regarding same (0.5). | 0.5 |
| | | **Total Hours** | **5.6** |

Matter No.: 08743.00051
Re: Daramic NOR

Invoice No.: 393904
August 28, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Polatin | 1.5 |
| Jaffe | 4.1 |

|  |  |
|---|---|
| **Total Fees** | $2,856.00 |

|  |  |
|---|---|
| **Total Fees** | $2,856.00 |
| **Total Fees and Disbursements** | **$2,856.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Company

August 28, 2007
Invoice No.: 393904
Matter No.: 08743.00051

**Re:   Daramic NOR**

**Total Fees and Disbursements**          **$2,856.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00051, **Invoice #:** 393904
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.6 | $816.00 |
| | | | | | |
| TOTAL | | | | 1.6 | $816.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 22.44 |
| | |
| TOTAL | $ 22.44 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2007
Invoice No.: 393905
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through July 31, 2007

| | |
|---|---:|
| Fees | $816.00 |
| Disbursements | 22.44 |
| **Total Fees and Disbursements** | **$838.44** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/16/07 | Jaffe | Review, revise draft work plan for EPA and email to team regarding same (1.6). | 1.6 |
| | | **Total Hours** | **1.6** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 393905
August 28, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.6 |

**Total Fees** $816.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/31/07 | In-House Photocopying | 22.44 |

**Total Disbursements** $22.44

| | |
|---|---|
| **Total Fees** | $816.00 |
| **Total Disbursements** | 22.44 |
| **Total Fees and Disbursements** | **$838.44** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2007
Invoice No.: 393905
Matter No.: 08743.00088

**Re:   Acton Site OU3**

**Total Fees and Disbursements**         **$838.44**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 393905
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Rice | Paralegal | Bankruptcy | $190.00 | 0.8 | $152.00 |
| | | | | | |
| **TOTAL** | | | | 0.8 | $152.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 19.08 |
| | |
| **TOTAL** | $ 19.08 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2007
Invoice No.: 393906
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through July 31, 2007

|  |  |
|---|---|
| Fees | $152.00 |
| Disbursements | 19.08 |
| **Total Fees and Disbursements** | **$171.08** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 393906
August 28, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/30/07 | Rice | Review, file and serve monthly fee application (0.8). | 0.8 |
| | | **Total Hours** | **0.8** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 393906
August 28, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Rice | 0.8 |

|  | |
|---|---|
| **Total Fees** | $152.00 |

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 07/31/07 | In-House Photocopying | 19.08 |

|  |  |
|---|---|
| **Total Disbursements** | $19.08 |

| | |
|---|---|
| **Total Fees** | $152.00 |
| **Total Disbursements** | 19.08 |
| **Total Fees and Disbursements** | **$171.08** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2007
Invoice No.: 393906
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

**Total Fees and Disbursements**          **$171.08**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt <br> Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 393906
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.8 | $918.00 |
| | | | | | |
| **TOTAL** | | | | **1.8** | **$918.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2007
Invoice No.: 393907
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through July 31, 2007

|  |  |
|---|---|
| Fees | $918.00 |
| **Total Fees and Disbursements** | **$918.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 393907
August 28, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/02/07 | Jaffe | Review emails regarding dam issues (0.4). | 0.4 |
| 07/10/07 | Jaffe | Telephone conference and emails with Ms. Duff and Mr. Obradovic regarding dam issues (0.4). | 0.4 |
| 07/17/07 | Jaffe | Emails with team (0.3). | 0.3 |
| 07/19/07 | Jaffe | Telephone call with Ms. Duff regarding negotiating strategy (0.3). | 0.3 |
| 07/25/07 | Jaffe | Reviewing emails regarding meeting with EPA (0.4). | 0.4 |
| | | **Total Hours** | **1.8** |

Matter No.: 08743.00102                                    Invoice No.: 393907
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          August 28, 2007
                                                                 Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 1.8 |

**Total Fees**                                              $918.00


**Total Fees**                                              $918.00
**Total Fees and Disbursements**                            <u>$918.00</u>



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2007
Invoice No.: 393907
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Total Fees and Disbursements          **$918.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 393907
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com