# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 51 - Daramic NOR

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 3.5 | $1,785.00 |
| Jacob N. Polatin | Partner | Real Estate | $510.00 | 0.4 | $ 204.00 |
| | | | | | |
| TOTAL | | | | 3.9 | $1,989.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Company

October 29, 2007
Invoice No.: 398600
Matter No.: 08743.00051

Re:    **Daramic NOR**

For Professional Services rendered through September 30, 2007

|  |  |  |
|---|---|---|
| Fees | | $1,989.00 |
| **Total Fees and Disbursements** | | **$1,989.00** |

Matter No.: 08743.00051
Re: Daramic NOR

Invoice No.: 398600
October 29, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/12/07 | Jaffe | Emails with team regarding RAO filing details (0.4). | 0.4 |
| 09/14/07 | Jaffe | Revise deed notice and emails with team regarding same (0.3). | 0.3 |
| 09/17/07 | Jaffe | Emails regarding deed notice (0.2). | 0.2 |
| 09/18/07 | Jaffe | Emails with team regarding deed notice (0.6). | 0.6 |
| 09/24/07 | Jaffe | Review emails from Mr. Bucens regarding deed notice and office conference with J. Polatin regarding same (0.4). | 0.4 |
| 09/24/07 | Polatin | Office conference with S. Jaffe and revise Notice of Restriction (0.4). | 0.4 |
| 09/25/07 | Jaffe | Review revised deed notice and email to Mr. Bucens regarding same (0.4). | 0.4 |
| 09/27/07 | Jaffe | Emails with team regarding deed notice issues (0.4); review updated response action outcome materials (0.4). | 0.8 |
| 09/28/07 | Jaffe | Review revised response action outcome materials (0.4). | 0.4 |
| | | **Total Hours** | **3.9** |

Matter No.: 08743.00051
Re: Daramic NOR

Invoice No.: 398600
October 29, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Polatin | 0.4 |
| Jaffe | 3.5 |

**Total Fees**                                    $1,989.00

**Total Fees**                                    $1,989.00
**Total Fees and Disbursements**            $1,989.00



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Company

October 29, 2007
Invoice No.: 398600
Matter No.: 08743.00051

Re:   **Daramic NOR**

**Total Fees and Disbursements**           **$1,989.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00051, **Invoice #:** 398600
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

### Matter 88 - Acton Site OU3

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.1 | $561.00 |
| | | | | | |
| **TOTAL** | | | | **1.1** | **$561.00** |

#### Expenses

| Description | Total |
|---|---|
| Telepho | $ 1.35 |
| | |
| **TOTAL** | **$ 1.35** |

B3388825.1



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 29, 2007
Invoice No.: 398601
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through September 30, 2007

| | |
|---|---|
| Fees | $561.00 |
| Disbursements | 1.35 |
| **Total Fees and Disbursements** | **$562.35** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 398601
October 29, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/06/07 | Jaffe | Review groundwater withdrawal issues and telephone call with Ms. Johns regarding same (1.1). | 1.1 |
| | | **Total Hours** | **1.1** |

Matter No.: 08743.00088
Re: Acton Site OU3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.1 |

| | |
|---|---|
| Total Fees | $561.00 |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 09/30/07 | Telephone | 1.35 |

| | |
|---|---|
| Total Disbursements | $1.35 |

| | |
|---|---|
| Total Fees | $561.00 |
| Total Disbursements | 1.35 |
| Total Fees and Disbursements | $562.35 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 29, 2007
Invoice No.: 398601
Matter No.: 08743.00088

**Re:   Acton Site OU3**

**Total Fees and Disbursements**                    **$562.35**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 398601
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Rice | Paralegal | Bankruptcy | $210.00 | 0.9 | $189.00 |
| TOTAL | | | | 0.9 | $189.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 6.72 |
| TOTAL | $ 6.72 |

B3388825.1



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 29, 2007
Invoice No.: 398602
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through September 30, 2007

| | |
|---|---|
| Fees | $189.00 |
| Disbursements | 6.72 |
| **Total Fees and Disbursements** | **$195.72** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 398602
October 29, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/19/07 | Rice | Review docket for CNO; attention to fee application (0.5). | 0.5 |
| 09/28/07 | Rice | Review and file monthly fee application (0.4). | 0.4 |
| | | **Total Hours** | **0.9** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 398602
October 29, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Rice | 0.9 |

**Total Fees**                                    $189.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 09/30/07 | In-House Photocopying | 6.72 |

**Total Disbursements**                           $6.72

| | |
|---|---|
| **Total Fees** | $189.00 |
| **Total Disbursements** | 6.72 |
| **Total Fees and Disbursements** | $195.72 |



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 29, 2007
Invoice No.: 398602
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**          **$195.72**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 398602
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 7.1 | $3,621.00 |
| | | | | | |
| **TOTAL** | | | | **7.1** | **$3,621.00** |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 29, 2007
Invoice No.: 398603
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through September 30, 2007

|  |  |
|---|---|
| Fees | $3,621.00 |
| **Total Fees and Disbursements** | **$3,621.00** |

Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/14/07 | Jaffe | Team telephone conference regarding land disposal issues and preparing for same (0.6). | 0.6 |
| 09/18/07 | Jaffe | Emails with team regarding on-site disposal option (0.5). | 0.5 |
| 09/25/07 | Jaffe | Emails with team regarding team meeting and meeting with EPA (0.3). | 0.3 |
| 09/26/07 | Jaffe | Emails with team (0.4). | 0.4 |
| 09/27/07 | Jaffe | Review, revise draft Feasibility Study (1.1). | 1.1 |
| 09/28/07 | Jaffe | Review, revise, draft Feasibility Study for Walpole Site and email with team regarding same (3.5); telephone conference with Grace team, Covidien, and consultant regarding Feasibility Study issues (0.7). | 4.2 |

**Total Hours**    **7.1**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 398603
October 29, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 7.1 |

| | |
|---|---|
| **Total Fees** | $3,621.00 |

| | |
|---|---|
| **Total Fees** | $3,621.00 |
| **Total Fees and Disbursements** | **$3,621.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

October 29, 2007
Invoice No.: 398603
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**                    **$3,621.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 398603
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP            BOSTON            WASHINGTON, DC            www.foleyhoag.com