## CERTIFICATE OF SERVICE

    I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Application of William D. Sullivan, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from September 1, 2007 through September 30, 2007* to be made this November 14, 2007 upon the parties identified on the attached service list, in the manner indicated.


*November 14, 2007*                                                                 */s/ William D. Sullivan*
Date                                                                                     William D. Sullivan

## SERVICE LIST

***E-mail:*** smcfarland@pszyj.com
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

***Hand Delivery***
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

***Hand Delivery***
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

***Federal Express***
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

***Federal Express and E-mail:***
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail:*** syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire

The Bayard Firm
***E-mail:*** meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

***E-mail:*** ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail:*** mlastowski@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

***E-mail:*** currier@klettrooney.com
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

***E-mail:***
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail:*** pvnl@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail:*** elawler@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail:*** carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP