**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 4, 2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

Name of Applicant:                                     William D. Sullivan, LLC

Authorized to Provide Professional Services to:        Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                               October 1, 2007 through
                                                       October 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                             $ 1,056.00

Amount of Expenses Reimbursement:                      $ 912.66

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the fifteenth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | Pending | Pending |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | Pending | Pending |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 3.3 | $1,056.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 0.0 | $0.00 |
| TOTALS | | | | | 0.0 | $1,056.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 3.1 | $992.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.2 | $64.00 |
| TOTALS | 3.3 | $1,056.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $853.18 |
| Courier Service | $12.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $47.48 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $912.66 |

Dated: November 14, 2007
Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  December 4, 2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tax ID # 20-5238500**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

November 13, 2007
Invoice #    10295

**In Reference To:     W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/2/2007 | WDS | Review docket; retrieve order approving fee applications; forward to co-counsel | 0.30 | 96.00 |
| 10/3/2007 | WDS | Prepare, file and serve monthly fee applications for William D. Sullivan, LLC for April, May and June 2007 | 1.20 | 384.00 |
| | WDS | Review, revise, file and serve Scott Law Group fee applications for April, May and June 2007 | 0.50 | 160.00 |
| 10/10/2007 | WDS | Draft and approve for filing William D. Sullivan, LLC 25th Quarterly Fee Application | 0.80 | 256.00 |
| | WDS | Review and approve for filing the 25th Quarterly Fee Application for the Scott Law Group | 0.30 | 96.00 |
| 10/18/2007 | WDS | Review agenda for October 25 hearing, ZAI conference going forward | 0.20 | 64.00 |
| | | For professional services rendered | 3.30 | $1,056.00 |
| | | Additional Charges : | | |
| 10/3/2007 | | Delivery Services | | 12.00 |
| | FedEx | | | 14.19 |
| | FedEx | | | 33.29 |
| 10/10/2007 | | Copying and Service of 25th Quarterly Fee Appliations | | 350.14 |
| | | Copying and service of Notice of 25th Quarterly fee applications | | 503.04 |
| | | Total additional charges | | $912.66 |

ZAI Claimants

|  | Amount |
|---|---|
| Total amount of this bill | $1,968.66 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 3.30 | 320.00 | $1,056.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 4, 2007 @ 4:00 pm** |
| | ) | **Hearing Date: TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From October 1, 2007 Through October

31, 2007:

1.     I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.     I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.     I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 14, 2007
      Wilmington, Delaware

                    WILLIAM D. SULLIVAN, LLC


                    William D. Sullivan (No. 2820)
                    Elihu E. Allinson, III (No. 3476)
                    4 East 8th Street, Suite 400
                    Wilmington, DE  19801
                    Telephone: (302) 428-8191
                    Facsimile: (302) 428-8195

                    Delaware Counsel for the ZAI Claimants