IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM   APRIL 1, 2007  THROUGH APRIL 30, 2007
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT B**

W JDR 146625 v1
2850487-000001 5/15/2007

## MARCH 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 4/3 | 3 | Begin work on Rare Earth problems |
| 4/4 | 2 | Work on strategic mineral question; telephone conference with government officials at Department of Interior |
| 4/6 | .5 | Telephone conference with Grace official regarding mineral question |
| 4/11 | 2 | Continue work on Rare Earth |
| 4/17 | 1 | Continue work on Rare Earth |
| 4/18 | 1 | Follow legislative activities regarding asbestos |
| 4/24 | 1 | Work on Rare Earth metals |

# EXPENSES FOR APRIL 2007

### W.R. Grace Expenses
### Client #2850487-000001
### Itemized and summarized through 04/30/2007

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 3/30/2007 | $1.75 |
| Long Distance Charge | 4/2/2007 | $3.15 |
| Long Distance Charge | 4/3/2007 | $0.35 |
| Computer Research | 4/5/2007 | $895.30 |
| Long Distance Charge | 4/6/2007 | $4.55 |
| Long Distance Charge | 4/9/2007 | $4.90 |
| Long Distance Charge | 4/10/2007 | $1.40 |
| Long Distance Charge | 4/11/2007 | $1.05 |
| **Itemized Totals** | | **$912.45** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $17.15 |
| Computer Research | $895.30 |
| **Summarized Totals** | **$912.45** |

W JDR 146625 v1
2850487-000001 5/15/2007