## Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
September 5, 2007

**Invoice No.**
1252577

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE  19801

**Re:** W.R. Grace  (999604-12)
Asbestos Claimants Committee

| | |
|---|---|
| Professional Services Through As per Time Exhibit Attached............ | $0.00 |
| Costs Through  08/31/07 | |
| Out of Town Travel | 420.10 |
| Total Costs............ | $420.10 |
| Total Invoice............ | $420.10 |

## Payable Expense Exhibit
Re: W.R. Grace (999604-12)
Invoice for charges rendered through 08/31/07

**Invoice No.** 1252577

| Date | Description | Check | Amount |
|---|---|---|---|
| **Out of Town Travel** | | | |
| 08/01/07 | Airfare - Travel from Charleston, SC to Pittsburgh, PA for meeting w/WRG group on 8/1/07 | 225 | 210.05 |
| 08/02/07 | Airfare - Travel from Pittsburgh, PA to Charleston, SC for meeting w/WRG group on 8/1/07 | 226 | 210.05 |
| | Total | | 420.10 |

*999604 12*

*Travel to Pittsburgh for meeting w/ WRG group 8/1/07*



| Summary |
|---|
| 1 Ticket / One way |
| CHS Charleston to |
| CHS Charleston |
| Leave: Wed 8-Aug |
| 1 adult $351.62 |
| Taxes & Fees $63.48 |
| Booking Fee $5.00 |
| Total $420.10 |

## Total price for this trip: $420.10

I have a coupon.  [i] What's a coupon?

### 1 Review the flight details

**Wed 8-Aug-07**

**Charleston** (CHS) to **Cincinnati** (CVG)   498 mi   Flight: **5255**
Depart 6:25 am   Arrive 8:10 am   (801 km)   Operated by: COMAIR IN(
   Terminal 3   Duration: 1hr 45mn

Economy/Coach Class, Canadair RJ
Please check in with **Comair**. If checking in at a kiosk, use your name rather than confirmation number.

**Cincinnati** (CVG) to **Pittsburgh** (PIT)   257 mi   Flight: **5085**
Depart 9:15 am   Arrive 10:27 am   (414 km)   Operated by: COMAIR IN(
Terminal 3      Duration: 1hr 12mn

Economy/Coach Class, Canadair RJ

**Pittsburgh** (PIT) to **Atlanta** (ATL)   528 mi   Flight: **1473**
Depart 5:50 pm   Arrive 7:31 pm   (850 km)
   Terminal SOUTH   Duration: 1hr 41mn
   TERMINAL

Economy/Coach Class, BOEING (DOUGLAS) MD-88

**Atlanta** (ATL) to **Charleston** (CHS)   260 mi   Flight: **1269**
Depart 8:35 pm   Arrive 9:44 pm   (418 km)
Terminal SOUTH      Duration: 1hr 9mn
TERMINAL

Economy/Coach Class, BOEING (DOUGLAS) MD-88

Total distance: 1,543 mi (2,483 km)   Total duration: 5hr 47mn (15hr 19mn with

*Tip:* Flight terminals may change. Please confirm the terminal with the airline before leavir airport.

**QUESTIONS?**

- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

### Add a rental car to this trip

◉ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

### 2 Review the rules and restrictions

- Tickets are nonrefundable.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ti** charged by Expedia for any changes you make to the flights in this itinerary. This fee is w; changes made online. [i] More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.

- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ **I have read and accept the rules and restrictions.** (please check the box to continue

## 3  Select a booking option

**Fares are not guaranteed until purchased.**

▶ Continue with booking

Due to the restrictions associated with this fare, tickets must be purchased immediately not possible to reserve this fare for later ticketing.

▸ Save this to my itinerary.

▸ Cancel and go to home page.

Expedia Information:  about Expedia.com | press room | investor relations | Expedia, Inc. terms of use | privacy policy | become an affiliate | a
Expedia Links:  home | flights | hotels | cars | cruises | earn ThankYou Points | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2007 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

Top Destinations Links:

| | | | | |
|---|---|---|---|---|
| Airlines | Florida vacations | Amsterdam hotels | Hawaii | Busin |
| Cheap flights | Hawaii vacations | Hotel reservations | Chicago | Europ |
| Airline tickets | Mexico vacations | Luxury hotels | Las Vegas | Paris |
| Car rentals | Orlando vacations | Rome hotels | New York | Trave |

International sites:    Australia | Canada | China | Denmark | France | Germany | Italy | Japan | Netherlands | Norway | Spai

Partner sites:
100 Orlando Spots | Big World Trips | Boston Hotelier | Citysearch | ClassicVacations.com | CondoSaver.com | Cruises.net | Entertainment.com |
Hotwire | HSN | ImprovementsCatalog.com | LendingTree | Match.com | RealEstate.com | ReserveAmerica | San Francisco Hotelier  Ticketmaste