```
Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
07/01/07   Ebener   / (05) Claims Anal Objectn/Resolutn (Asbest) 1.0    300.00
#6502      Review ARPC data entry and QC protocol        300.00

07/01/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 4.5   1912.50
#6201      work with ARPC data to replicate computations in the  425.00
           report

07/01/07   Totten   / (05) Claims Anal Objectn/Resolutn (Asbest) 2.0    400.00
#6901      run ARPC's SAS programs to generate additional     200.00
           outputs necessary to understand ARPC's analysis

07/02/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 4.5   1912.50
#6202      work on ARPC file conversion and assessment of     425.00
           what's in the data

07/03/07   Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 1.6   1120.00
#6004      Review Biggs report                              700.00

07/03/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 4.5   1912.50
#6204      work on relating ARPC data to contents of report   425.00

07/04/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 6.5   2762.50
#6205      work on analyzing ARPC's computations on closed    425.00
           claims

07/05/07   Peterson / (05) Claims Anal Objectn/Resolutn (Asbest) 1.1    770.00
#6007      Telephone Relles re: analyses of ARPC data (several 700.00
           calls)

07/05/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 2.0    850.00
#6206      work on relating ARPC data to contents of report for 425.00
           closed claims

07/05/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 2.7   1147.50
#6207      work on relating ARPC data to contents of report for 425.00
           pending claims

07/05/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 1.1    467.50
#6208      Telephone Peterson re: analyses of ARPC data       425.00
           (several calls)

07/06/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 1.0    425.00
#6210      review ARPC report                               425.00
```

Date: 08/04/07          Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 2

            W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.5   637.50
#6211     review lung cancer claims that did not meet ARPC's   425.00
          criteria; prepare dvd for Wehner

07/13/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 8.0  3400.00
#6215     review ARPC programs and data to replicate "meet     425.00
          criteria" indexes

07/14/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 6.8  4760.00
#6016     Review ARPC data and work on rebuttal                700.00

07/14/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 9.5  4037.50
#6216     review ARPC programs and data to identify Celotex    425.00
          Trust disease coding problems

07/15/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 4.8  3360.00
#6017     Review ARPC data and work on rebuttal                700.00

07/16/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 7.8  5460.00
#6018     Review ARPC data and work on rebuttal                700.00

07/17/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 9.7  6790.00
#6019     Review ARPC data and work on rebuttal                700.00

07/17/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 8.4  3570.00
#6219     review ARPC programs and data to replicate various   425.00
          aspects of ARPC's report

07/18/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 9.2  6440.00
#6020     Review ARPC data and work on rebuttal                700.00

07/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 1.2   840.00
#6021     telephone Relles re: issues with ARPC report         700.00

07/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 10.2 7140.00
#6022     Review ARPC data and work on rebuttal                700.00

07/19/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 6.3  2677.50
#6222     review closed and open claims files for problems     425.00
          with ARPC report

07/19/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.2   510.00
#6223     telephone Peterson re: problems with ARPC report     425.00

07/20/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 10.2 7140.00
#6026     Review ARPC data and work on rebuttal                700.00

```
Date: 08/04/07          Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 3

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
07/21/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 8.4  5880.00
#6027      Review ARPC data and work on rebuttal           700.00

07/22/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 9.3  6510.00
#6028      Review ARPC data and work on rebuttal           700.00

07/23/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 10.6 7420.00
#6029      Review ARPC data and work on rebuttal           700.00

07/24/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 7.4  5180.00
#6030      Review ARPC data and work on rebuttal           700.00

07/25/07  Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3    90.00
#6504      Telephone Peterson about ARPC report rebuttal   300.00

07/25/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 8.2  5740.00
#6031      Review ARPC data and work on rebuttal           700.00

07/25/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3   210.00
#6032      Telephone Ebener about ARPC report rebuttal      700.00

07/26/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 7.4  5180.00
#6033      Review ARPC data and work on rebuttal           700.00

07/27/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 9.6  6720.00
#6034      Review ARPC data and work on rebuttal           700.00

07/28/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 7.8  5460.00
#6035      Review ARPC data and work on rebuttal           700.00

07/29/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 8.7  6090.00
#6036      Review ARPC data and work on rebuttal           700.00

07/29/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.4  1680.00
#6037      Review Tillinghast materials                    700.00

07/30/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 8.7  6090.00
#6038      Review ARPC data and work on rebuttal           700.00

07/31/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 9.7  6790.00
#6039      Review ARPC data and work on rebuttal           700.00

07/31/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 6.5  2762.50
#6232      work on replicating ARPC's computations         425.00
```

{D0091546.1 }

```
Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 4

            W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
07/10/07   Peterson  / (07) Committee, Creditors'       0.6     420.00
#6013      Telephone Wehner (.3) Relles (.3) re: Celotex Trust  700.00
           coding issues

07/20/07   Peterson  / (07) Committee, Creditors'       0.6     420.00
#6023      conf call with Finch and Slocombe re: status of    700.00
           rebuttal report

07/20/07   Relles    / (07) Committee, Creditors'       0.6     255.00
#6225      conference call with Finch and Slocombe re: status  425.00
           of rebuttal report

07/20/07   Relles    / (07) Committee, Creditors'       0.4     170.00
#6229      explore effort to satisfy Wehner request, email     425.00
           Wehner
```

```
Date: 08/04/07          Legal Analysis Systems, Inc.
Time: 11:00am                                                   Page 5

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
07/01/07  Ebener   / (28) Data Analysis                 1.0     300.00
#6501     Review LAS report                           300.00

07/01/07  Peterson  / (28) Data Analysis               7.8    5460.00
#6001     Work on rebuttal report                     700.00

07/02/07  Peterson  / (28) Data Analysis               7.5    5250.00
#6002     Work on rebuttal report                     700.00

07/02/07  Relles   / (28) Data Analysis                0.4     170.00
#6203     telephone Totten re: Nera datasets          425.00

07/02/07  Totten   / (28) Data Analysis                2.4     480.00
#6902     Nera datasets conversion (2.0); telephone Relles re: 200.00
          same (0.4)

07/03/07  Peterson  / (28) Data Analysis               2.4    1680.00
#6003     Work on rebuttal report                     700.00

07/03/07  Totten   / (28) Data Analysis                2.3     460.00
#6903     run SAS programs for additional output      200.00

07/04/07  Ebener   / (28) Data Analysis                1.0     300.00
#6503     Review samples of source files from Relles  300.00

07/04/07  Peterson  / (28) Data Analysis               4.3    3010.00
#6005     Work on rebuttal report                     700.00

07/04/07  Totten   / (28) Data Analysis                1.7     340.00
#6904     run SAS programs for additional output      200.00

07/05/07  Peterson  / (28) Data Analysis               5.2    3640.00
#6006     Work on rebuttal report                     700.00

07/05/07  Relles   / (28) Data Analysis                1.3     552.50
#6209     review case images                          425.00

07/06/07  Peterson  / (28) Data Analysis               2.7    1890.00
#6008     Work on rebuttal report                     700.00

07/06/07  Peterson  / (28) Data Analysis               2.1    1470.00
#6009     Review back up materials for FCR expert report 700.00

07/07/07  Peterson  / (28) Data Analysis               5.2    3640.00
#6010     Work on rebuttal report                     700.00
```

```
Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 6

          W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/08/07  Peterson  / (28) Data Analysis                     3.2   2240.00
#6011     Work on rebuttal report                         700.00

07/09/07  Peterson  / (28) Data Analysis                     6.9   4830.00
#6012     Work on rebuttal report                         700.00

07/10/07  Relles    / (28) Data Analysis                     0.3    127.50
#6212     Telephone Peterson re: Celotex Trust coding issues 425.00

07/11/07  Relles    / (28) Data Analysis                     3.2   1360.00
#6213     analyze Verus data on medical conditions and    425.00
          exposures

07/12/07  Peterson  / (28) Data Analysis                     3.2   2240.00
#6014     Work on rebuttal report                         700.00

07/12/07  Relles    / (28) Data Analysis                     2.5   1062.50
#6214     more analysis of Verus data on medical conditions 425.00
          and exposures

07/14/07  Peterson  / (28) Data Analysis                     0.5    350.00
#6015     telephone Relles re: Celotex Trust disease coding 700.00
          issues

07/14/07  Relles    / (28) Data Analysis                     0.5    212.50
#6217     telephone Peterson re: Celotex Trust disease coding 425.00
          problems

07/15/07  Relles    / (28) Data Analysis                     2.6   1105.00
#6218     identify other cancer Celotex Trust disease coding 425.00
          problems, review cases

07/17/07  Relles    / (28) Data Analysis                     1.2    510.00
#6220     prepare SAS-related files for Totten to review  425.00

07/17/07  Relles    / (28) Data Analysis                     0.3    127.50
#6221     telephone Totten re: SAS programming            425.00

07/17/07  Totten    / (28) Data Analysis                     2.5    500.00
#6905     produce additional SAS output                   200.00

07/20/07  Peterson  / (28) Data Analysis                     1.2    840.00
#6024     telephone Relles re: computations for rebuttal  700.00
          report
```

```
Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                     Page 7

            W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/20/07  Peterson  / (28) Data Analysis                    0.5     350.00
#6025     discussion with Relles and Totten re: closed claims  700.00
          summary files

07/20/07  Relles    / (28) Data Analysis                    3.5    1487.50
#6224     develop tables and listings for rebuttal report     425.00
          analysis

07/20/07  Relles    / (28) Data Analysis                    1.2     510.00
#6226     telephone Peterson re: computations for rebuttal    425.00
          report

07/20/07  Relles    / (28) Data Analysis                    0.4     170.00
#6227     telephone Totten re: Peterson requirements          425.00

07/20/07  Relles    / (28) Data Analysis                    0.5     212.50
#6228     discussion with Totten and Peterson re: closed      425.00
          claims summary files

07/20/07  Totten    / (28) Data Analysis                    0.4      80.00
#6906     telephone Relles re: Peterson requirements          200.00

07/20/07  Totten    / (28) Data Analysis                    0.5     100.00
#6907     discussion with Relles and Peterson re: closed      200.00
          claims summary files

07/29/07  Relles    / (28) Data Analysis                    0.6     255.00
#6230     review emails of ongoing activities                 425.00

07/30/07  Relles    / (28) Data Analysis                    2.7    1147.50
#6231     organize Verus files                                425.00

07/31/07  Brelsford / (28) Data Analysis                    1.9     418.00
#6701     convert certain problematical csv files to ascii    220.00
-----------------------------------------------------------------------------
```

```
Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 8

            W. R. Grace

        Summary Of Time Charges, By Month and Activity
                 July 2007 - July 2007

MONTH       ACTIVITY                                   HOURS    AMOUNT
----------------------------------------------------------------------
July      - (05) Claims Anal Objectn/Resolutn (Asbest) 232.6 142545.00
July      - (07) Committee, Creditors'                   2.2   1265.00
July      - (28) Data Analysis                          87.6  48878.00
July      - (99) Total                                 322.4 192688.00

Total     - (05) Claims Anal Objectn/Resolutn (Asbest) 232.6 142545.00
Total     - (07) Committee, Creditors'                   2.2   1265.00
Total     - (28) Data Analysis                          87.6  48878.00
Total     - (99) Total                                 322.4 192688.00

------------------------------------------------------------------------------
```

```
Date: 08/04/07          Legal Analysis Systems, Inc.
Time: 11:00am                                                Page 9

        W. R. Grace

        Summary Of Time Charges, By Month and Person
              July 2007 - July 2007

MONTH      PERSON                          HOURS    AMOUNT
----------------------------------------------------------------------
July       - Relles                         90.4  38420.00
July       - Peterson                      215.0 150500.00
July       - Totten                         11.8   2360.00
July       - Ebener                          3.3    990.00
July       - Brelsford                       1.9    418.00
July       - Total                         322.4 192688.00

Total      - Relles                         90.4  38420.00
Total      - Peterson                      215.0 150500.00
Total      - Totten                         11.8   2360.00
Total      - Ebener                          3.3    990.00
Total      - Brelsford                       1.9    418.00
Total      - Total                         322.4 192688.00

--------------------------------------------------------------------------------
```

Date: 08/04/07            Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 10

            W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
            July 2007 - July 2007

MONTH      PERSON                           HOURS   RATE    AMOUNT
------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

July      - Relles                          68.2   425.   28985.00
July      - Peterson                       161.1   700.  112770.00
July      - Totten                           2.0   200.     400.00
July      - Ebener                           1.3   300.     390.00

(07) Committee, Creditors'

July      - Relles                           1.0   425.     425.00
July      - Peterson                         1.2   700.     840.00

(28) Data Analysis

July      - Relles                          21.2   425.    9010.00
July      - Peterson                        52.7   700.   36890.00
July      - Totten                           9.8   200.    1960.00
July      - Ebener                           2.0   300.     600.00
July      - Brelsford                        1.9   220.     418.00

--------------------------------------------------------------------------------