```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 08/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2    1360.00
 #6701     develop full-variable files to analyze alternative    425.00
           ARPC assumptions

 08/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.0    1275.00
 #6702     step through ARPC report, generate alternative       425.00
           estimates of ARPC parameters

 08/03/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8    1190.00
 #6706     work on generating alternative estimates of ARPC     425.00
           parameters

 08/05/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.4    1020.00
 #6707     work on generating alternative estimates of ARPC     425.00
           parameters

 08/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.5    1912.50
 #6721     work on replicating ARPC's results using SAS output  425.00
           files

 08/10/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 10.0    4250.00
 #6722     work on replicating ARPC's results using contents of 425.00
           Access databases

 08/11/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  7.2    3060.00
 #6723     work on replicating ARPC's lung cancer results       425.00

 08/12/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2    1360.00
 #6726     more work at identifying sources of ARPC's           425.00
           information on lung cancer

 08/17/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3     977.50
 #6734     work on adding duplicates matches to ARPC list       425.00

 08/23/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3     977.50
 #6751     examine ARPC files to understand medical screening   425.00
           analysis

 08/24/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.4    1020.00
 #6752     look for biases in ARPC samples                      425.00
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 08/24/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.5   1912.50
 #6753     run computations to investigate ARPC's medical         425.00
           screening analysis
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/02/07   Peterson   / (07) Committee, Creditors'             0.6      420.00
 #6505      email to Finch re: law firm interrogatories       700.00

 08/07/07   Relles     / (07) Committee, Creditors'             2.5     1062.50
 #6713      construct liabilities estimates by year for       425.00
            Horkovich

 08/07/07   Relles     / (07) Committee, Creditors'             0.2       85.00
 #6714      email Horkovich                                   425.00

 08/08/07   Peterson   / (07) Committee, Creditors'             0.5      350.00
 #6519      Telephone Finch re: rebuttal report               700.00

 08/09/07   Peterson   / (07) Committee, Creditors'             0.8      560.00
 #6523      Telephone Finch (.3); emails re: scheduling       700.00
            deposition (.5)

 08/28/07   Relles     / (07) Committee, Creditors'             0.5      212.50
 #6758      review Goldberg-Persky claims in response to Wehner 425.00
            query
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page  4

                  W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/06/07  Peterson  / (16) Plan and Disclosure Statement       4.2    2940.00
 #6510     Analysis of TDP issues and values; Review historic 700.00
           resolutions

 08/07/07  Peterson  / (16) Plan and Disclosure Statement       2.4    1680.00
 #6513     Work on TDP issues for plan                        700.00

 08/08/07  Peterson  / (16) Plan and Disclosure Statement       3.6    2520.00
 #6517     Review TDP/tort comparisons; draft memo            700.00
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 5

                     W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/01/07  Peterson  / (28) Data Analysis                   4.8    3360.00
 #6501     Review claims files                            700.00

 08/01/07  Peterson  / (28) Data Analysis                   7.8    5460.00
 #6502     Work on rebuttal report                        700.00

 08/02/07  Peterson  / (28) Data Analysis                   8.3    5810.00
 #6503     Work on rebuttal report                        700.00

 08/02/07  Peterson  / (28) Data Analysis                   1.3     910.00
 #6504     Review emails re: Grace hearing, data          700.00

 08/02/07  Relles    / (28) Data Analysis                   2.0     850.00
 #6703     organize Verus meso data                       425.00

 08/02/07  Relles    / (28) Data Analysis                   2.7    1147.50
 #6704     respond to questions by Caplin-Drysdale attorneys 425.00

 08/02/07  Relles    / (28) Data Analysis                   2.3     977.50
 #6705     compare Verus and Celotex responses to Rust    425.00
           questionnaires

 08/03/07  Peterson  / (28) Data Analysis                   9.9    6930.00
 #6506     Work on rebuttal report                        700.00

 08/04/07  Peterson  / (28) Data Analysis                   6.4    4480.00
 #6507     Work on rebuttal report                        700.00

 08/05/07  Peterson  / (28) Data Analysis                   7.0    4900.00
 #6508     Work on rebuttal report                        700.00

 08/06/07  Peterson  / (28) Data Analysis                   0.4     280.00
 #6509     telephone Relles re: discuss projections       700.00

 08/06/07  Peterson  / (28) Data Analysis                   3.7    2590.00
 #6511     Work on rebuttal report                        700.00

 08/06/07  Peterson  / (28) Data Analysis                   0.7     490.00
 #6512     telephone Relles re: discuss Grace trust simulations  700.00

 08/06/07  Relles    / (28) Data Analysis                   0.4     170.00
 #6708     telephone Peterson re: discuss projections     425.00

 08/06/07  Relles    / (28) Data Analysis                   0.6     255.00
 #6709     produce order statistics for Peterson review   425.00
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 6

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/06/07  Relles    / (28) Data Analysis                     1.6      680.00
 #6710     develop average values                           425.00

 08/06/07  Relles    / (28) Data Analysis                     2.3      977.50
 #6711     develop Grace trust simulation capability, run   425.00
           simulations

 08/06/07  Relles    / (28) Data Analysis                     0.7      297.50
 #6712     telephone Peterson re: discuss Grace trust       425.00
           simulations

 08/07/07  Peterson  / (28) Data Analysis                     0.3      210.00
 #6514     Telephone Relles re: insurance analysis          700.00

 08/07/07  Peterson  / (28) Data Analysis                     1.0      700.00
 #6515     Review insurance analysis                        700.00

 08/07/07  Peterson  / (28) Data Analysis                     7.7     5390.00
 #6516     Work on rebuttal report                          700.00

 08/07/07  Relles    / (28) Data Analysis                     0.6      255.00
 #6715     research availability and quality of exposure   425.00
           information to Grace products

 08/07/07  Relles    / (28) Data Analysis                     1.8      765.00
 #6716     run additional Grace trust simulations           425.00

 08/07/07  Relles    / (28) Data Analysis                     0.3      127.50
 #6717     Telephone Peterson re: insurance analysis        425.00

 08/08/07  Peterson  / (28) Data Analysis                     0.5      350.00
 #6518     Telephone Relles re: rebuttal report             700.00

 08/08/07  Peterson  / (28) Data Analysis                     3.4     2380.00
 #6520     Review transcript of Aug 7 hearing               700.00

 08/08/07  Peterson  / (28) Data Analysis                     3.2     2240.00
 #6521     Review Anderson report                           700.00

 08/08/07  Peterson  / (28) Data Analysis                     2.1     1470.00
 #6522     Work on rebuttal report                          700.00

 08/08/07  Relles    / (28) Data Analysis                     4.6     1955.00
 #6718     develop additional summaries of Grace Trust      425.00
           liabilities
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 7

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/08/07  Relles   / (28) Data Analysis                        0.5     212.50
 #6719     Telephone Peterson re: rebuttal report            425.00

 08/09/07  Peterson / (28) Data Analysis                        8.3    5810.00
 #6524     Work on rebuttal report                           700.00

 08/09/07  Relles   / (28) Data Analysis                        2.6    1105.00
 #6720     update trust simulation software, rerun trust     425.00
           simulation

 08/10/07  Peterson / (28) Data Analysis                        9.5    6650.00
 #6525     Work on rebuttal report                           700.00

 08/11/07  Peterson / (28) Data Analysis                       11.6    8120.00
 #6526     Work on rebuttal report                           700.00

 08/12/07  Peterson / (28) Data Analysis                        0.5     350.00
 #6527     telephone Relles re: rebuttal analyses            700.00

 08/12/07  Peterson / (28) Data Analysis                        8.6    6020.00
 #6528     Work on rebuttal report                           700.00

 08/12/07  Relles   / (28) Data Analysis                        0.5     212.50
 #6724     telephone Peterson re: rebuttal analyses          425.00

 08/12/07  Relles   / (28) Data Analysis                        0.6     255.00
 #6725     look at Anderson report                           425.00

 08/13/07  Peterson / (28) Data Analysis                       12.1    8470.00
 #6529     Work on rebuttal report                           700.00

 08/14/07  Peterson / (28) Data Analysis                       10.8    7560.00
 #6530     Work on rebuttal report                           700.00

 08/14/07  Peterson / (28) Data Analysis                        0.8     560.00
 #6531     telephone Relles re: rebuttal report              700.00

 08/14/07  Relles   / (28) Data Analysis                        1.0     425.00
 #6727     read Anderson expert report                       425.00

 08/14/07  Relles   / (28) Data Analysis                        3.5    1487.50
 #6728     work on rebuttal report                           425.00

 08/14/07  Relles   / (28) Data Analysis                        0.8     340.00
 #6729     telephone Peterson re: rebuttal report            425.00
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 8

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/15/07  Peterson  / (28) Data Analysis                        9.4   6580.00
 #6532     Work on rebuttal report                             700.00

 08/15/07  Peterson  / (28) Data Analysis                        0.5    350.00
 #6533     telephone Relles re: rebuttal report                700.00

 08/15/07  Relles    / (28) Data Analysis                        7.0   2975.00
 #6730     work on rebuttal report                             425.00

 08/15/07  Relles    / (28) Data Analysis                        0.5    212.50
 #6731     telephone Peterson re: rebuttal report              425.00

 08/16/07  Peterson  / (28) Data Analysis                       10.3   7210.00
 #6534     Work on rebuttal report                             700.00

 08/16/07  Peterson  / (28) Data Analysis                        0.8    560.00
 #6535     telephone Relles re: rebuttal report                700.00

 08/16/07  Relles    / (28) Data Analysis                        8.5   3612.50
 #6732     work on rebuttal report                             425.00

 08/16/07  Relles    / (28) Data Analysis                        0.8    340.00
 #6733     telephone Peterson re: rebuttal report              425.00

 08/17/07  Peterson  / (28) Data Analysis                        1.0    700.00
 #6536     telephone Relles re: rebuttal report                700.00

 08/17/07  Peterson  / (28) Data Analysis                        9.5   6650.00
 #6537     Work on rebuttal report                             700.00

 08/17/07  Relles    / (28) Data Analysis                        2.0    850.00
 #6735     work on developing alternative estimates of valid   425.00
           claims

 08/17/07  Relles    / (28) Data Analysis                        7.3   3102.50
 #6736     work on rebuttal report                             425.00

 08/17/07  Relles    / (28) Data Analysis                        1.0    425.00
 #6737     telephone Peterson re: rebuttal report              425.00

 08/18/07  Peterson  / (28) Data Analysis                        8.8   6160.00
 #6538     Work on rebuttal report                             700.00

 08/18/07  Peterson  / (28) Data Analysis                        0.6    420.00
 #6539     telephone Relles re: rebuttal report                700.00
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 9

                  W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 08/18/07  Relles    / (28) Data Analysis                  10.0    4250.00
 #6738     work on rebuttal report                        425.00

 08/18/07  Relles    / (28) Data Analysis                   0.6     255.00
 #6739     telephone Peterson re: rebuttal report         425.00

 08/19/07  Peterson  / (28) Data Analysis                  11.3    7910.00
 #6540     Work on rebuttal report                        700.00

 08/19/07  Peterson  / (28) Data Analysis                   0.4     280.00
 #6541     telephone Relles re: rebuttal report           700.00

 08/19/07  Relles    / (28) Data Analysis                  12.0    5100.00
 #6740     work on rebuttal report                        425.00

 08/19/07  Relles    / (28) Data Analysis                   0.4     170.00
 #6741     telephone Peterson re: rebuttal report         425.00

 08/20/07  Peterson  / (28) Data Analysis                  15.0   10500.00
 #6542     Work on rebuttal report                        700.00

 08/20/07  Peterson  / (28) Data Analysis                   1.2     840.00
 #6543     telephone Relles re: rebuttal report           700.00

 08/20/07  Relles    / (28) Data Analysis                  12.0    5100.00
 #6742     finish draft of section of rebuttal report     425.00

 08/20/07  Relles    / (28) Data Analysis                   1.2     510.00
 #6743     telephone Peterson re: rebuttal report         425.00

 08/21/07  Peterson  / (28) Data Analysis                  13.2    9240.00
 #6544     Work on rebuttal report                        700.00

 08/21/07  Peterson  / (28) Data Analysis                   0.4     280.00
 #6545     telephone Relles re: miscellaneous printout requests  700.00

 08/21/07  Relles    / (28) Data Analysis                   0.4     170.00
 #6744     telephone Peterson re: miscellaneous printout  425.00
           requests

 08/21/07  Relles    / (28) Data Analysis                   1.0     425.00
 #6745     respond to Peterson requests                   425.00

 08/21/07  Relles    / (28) Data Analysis                   0.6     255.00
 #6746     telephone Kramer and Chung re: exposure analysis  425.00
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 10

                     W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 08/21/07  Relles   / (28) Data Analysis                       2.3    977.50
 #6747     run computations in support of exposure analysis  425.00

 08/21/07  Relles   / (28) Data Analysis                       1.5    637.50
 #6748     read Dunbar report                               425.00

 08/22/07  Peterson / (28) Data Analysis                      10.2   7140.00
 #6546     Work on rebuttal report                          700.00

 08/22/07  Relles   / (28) Data Analysis                       2.3    977.50
 #6749     run computations in support of exposure analysis  425.00
           critique

 08/23/07  Peterson / (28) Data Analysis                       9.7   6790.00
 #6547     Work on rebuttal report                          700.00

 08/23/07  Relles   / (28) Data Analysis                       1.5    637.50
 #6750     finish exposure analysis, send email to Kramer   425.00

 08/24/07  Peterson / (28) Data Analysis                       0.4    280.00
 #6548     Review materials on insurance analysis           700.00

 08/24/07  Peterson / (28) Data Analysis                       8.4   5880.00
 #6549     work on rebuttal report                          700.00

 08/25/07  Peterson / (28) Data Analysis                       9.4   6580.00
 #6550     work on rebuttal report                          700.00

 08/25/07  Relles   / (28) Data Analysis                       4.5   1912.50
 #6754     read Henry report, replicate his analysis, review 425.00
           all backup materials

 08/26/07  Peterson / (28) Data Analysis                       9.9   6930.00
 #6551     work on rebuttal report                          700.00

 08/27/07  Peterson / (28) Data Analysis                       9.0   6300.00
 #6552     Work on rebuttal                                 700.00

 08/27/07  Peterson / (28) Data Analysis                       3.3   2310.00
 #6553     Review Henry materials                           700.00

 08/27/07  Relles   / (28) Data Analysis                       3.6   1530.00
 #6755     work on rebuttal report                          425.00

 08/27/07  Relles   / (28) Data Analysis                       2.0    850.00
 #6756     read August 7 hearing transcript                 425.00
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 11

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/28/07  Peterson  / (28) Data Analysis                      12.2    8540.00
 #6554     Work on rebuttal                                   700.00

 08/28/07  Relles    / (28) Data Analysis                       0.5     212.50
 #6757     correspondence with Caplin-Drysdale re: Henry backup 425.00
           materials

 08/28/07  Relles    / (28) Data Analysis                       6.7    2847.50
 #6759     work on rebuttal report                            425.00

 08/29/07  Peterson  / (28) Data Analysis                      14.4   10080.00
 #6555     Work on rebuttal                                   700.00

 08/29/07  Relles    / (28) Data Analysis                       2.9    1232.50
 #6760     work on insurance analysis, send spreadsheets to   425.00
           Kramer

 08/29/07  Relles    / (28) Data Analysis                       0.7     297.50
 #6761     telephone Kramer (Anderson-Kill) re: insurance     425.00
           analysis

 08/29/07  Relles    / (28) Data Analysis                       4.3    1827.50
 #6762     work on rebuttal report                            425.00

 08/30/07  Peterson  / (28) Data Analysis                      13.9    9730.00
 #6556     Work on rebuttal                                   700.00

 08/30/07  Relles    / (28) Data Analysis                       2.5    1062.50
 #6763     work on insurance analysis, send spreadsheets to   425.00
           Kramer

 08/30/07  Relles    / (28) Data Analysis                       1.6     680.00
 #6764     work on rebuttal report                            425.00

 08/30/07  Relles    / (28) Data Analysis                       2.6    1105.00
 #6765     additional work on insurance analysis, send        425.00
           spreadsheets to Kramer

 08/31/07  Peterson  / (28) Data Analysis                      14.0    9800.00
 #6557     Work on rebuttal                                   700.00
------------------------------------------------------------------------------
```

{D0093246.1 }

```
Date: 10/01/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 12

                            W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                         August 2007 - August 2007

   MONTH       ACTIVITY                                        HOURS    AMOUNT
   -----------------------------------------------------------------------------
   August    - (05) Claims Anal Objectn/Resolutn (Asbest)       47.8   20315.00
   August    - (07) Committee, Creditors'                        5.1    2690.00
   August    - (16) Plan and Disclosure Statement               10.2    7140.00
   August    - (28) Data Analysis                              462.1  286565.00
   August    - (99) Total                                      525.2  316710.00

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)       47.8   20315.00
   Total     - (07) Committee, Creditors'                        5.1    2690.00
   Total     - (16) Plan and Disclosure Statement               10.2    7140.00
   Total     - (28) Data Analysis                              462.1  286565.00
   Total     - (99) Total                                      525.2  316710.00

-------------------------------------------------------------------------------
```

{D0093246.1 }

```
Date: 10/01/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 13

                    W. R. Grace

             Summary Of Time Charges, By Month and Person
                    August 2007 - August 2007

 MONTH      PERSON                                         HOURS     AMOUNT
 ----------------------------------------------------------------------------
 August    - Relles                                        185.2   78710.00
 August    - Peterson                                      340.0  238000.00
 August    - Total                                         525.2  316710.00

 Total     - Relles                                        185.2   78710.00
 Total     - Peterson                                      340.0  238000.00
 Total     - Total                                         525.2  316710.00

 ----------------------------------------------------------------------------
```

{D0093246.1 }

```
Date: 10/01/07           Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 14

              W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                     August 2007 - August 2007

MONTH       PERSON                              HOURS    RATE     AMOUNT
-----------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

August    - Relles                               47.8    425.    20315.00

(07) Committee, Creditors'

August    - Relles                                3.2    425.     1360.00
August    - Peterson                              1.9    700.     1330.00

(16) Plan and Disclosure Statement

August    - Peterson                             10.2    700.     7140.00

(28) Data Analysis

August    - Relles                              134.2    425.    57035.00
August    - Peterson                            327.9    700.   229530.00

-----------------------------------------------------------------------------
```

{D0093246.1 }