```
Date: 11/08/07           Legal Analysis Systems, Inc.
Time: 8:00am                                                  Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                          HOURS/RATE    AMOUNT
-------------------------------------------------------------------
 09/05/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    722.50
 #6901     perform various tabulations and checks of Florence    425.00
           files

 09/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5    637.50
 #6905     read Biggs' report                                    425.00

 09/30/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6    680.00
 #6924     develop comments for Heckman report                   425.00
```

{D0095133.1 }

```
Date: 11/08/07              Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 2

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
 09/06/07  Relles    / (07) Committee, Creditors'         0.2     85.00
 #6904     send files to Finch                         425.00

 09/12/07  Relles    / (07) Committee, Creditors'         0.4    170.00
 #6909     check numbers in Peterson email to Inselbuch 425.00

 09/14/07  Relles    / (07) Committee, Creditors'         3.3   1402.50
 #6912     answer Wehner request re: exposures and occupations 425.00

 09/24/07  Peterson  / (07) Committee, Creditors'         1.0    700.00
 #6728     Telephone Finch, Slocombe re: report       700.00

 09/27/07  Relles    / (07) Committee, Creditors'         1.8    765.00
 #6920     review rebuttal reports, email Finch       425.00
```

{D0095133.1 }

```
Date: 11/08/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 3

                   W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
 09/09/07  Peterson  / (16) Plan and Disclosure Statement    2.3   1610.00
 #6710     Review TDP and related documents             700.00
```

{D0095133.1 }

```
Date: 11/08/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 4


            W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------
 09/01/07  Peterson  / (28) Data Analysis               7.9   5530.00
 #6701     Work on rebuttal report                   700.00

 09/02/07  Peterson  / (28) Data Analysis               8.2   5740.00
 #6702     Work on rebuttal report                   700.00

 09/03/07  Peterson  / (28) Data Analysis               8.9   6230.00
 #6703     Work on rebuttal report                   700.00

 09/04/07  Peterson  / (28) Data Analysis               7.7   5390.00
 #6704     Work on rebuttal report                   700.00

 09/05/07  Peterson  / (28) Data Analysis              12.2   8540.00
 #6705     Work on rebuttal report                   700.00

 09/05/07  Relles    / (28) Data Analysis               2.3    977.50
 #6902     work on rebuttal report                   425.00

 09/06/07  Peterson  / (28) Data Analysis              10.3   7210.00
 #6706     Work on rebuttal report                   700.00

 09/06/07  Relles    / (28) Data Analysis               2.0    850.00
 #6903     compare pdf files sent to Delaware Claims Facility  425.00
           vs those submitted as PIQs

 09/07/07  Peterson  / (28) Data Analysis               9.1   6370.00
 #6707     Work on rebuttal report                   700.00

 09/08/07  Peterson  / (28) Data Analysis               4.7   3290.00
 #6708     Work on rebuttal report                   700.00

 09/09/07  Peterson  / (28) Data Analysis               6.7   4690.00
 #6709     Work on rebuttal report                   700.00

 09/09/07  Relles    / (28) Data Analysis               1.3    552.50
 #6906     review Peterson report, determine whether certain  425.00
           cases had a PIQ sent in

 09/10/07  Peterson  / (28) Data Analysis               6.4   4480.00
 #6711     Work on rebuttal report                   700.00

 09/10/07  Relles    / (28) Data Analysis               1.6    680.00
 #6907     search for evidence of when Delaware Claims Facility  425.00
           received and processed the open claims
```

{D0095133.1 }

```
Date: 11/08/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 5

            W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
--------------------------------------------------------------------
 09/11/07  Peterson  / (28) Data Analysis             6.7   4690.00
 #6712     Work on rebuttal report                  700.00

 09/12/07  Peterson  / (28) Data Analysis             9.3   6510.00
 #6713     Work on rebuttal report                  700.00

 09/12/07  Relles    / (28) Data Analysis             1.6    680.00
 #6908     work on rebuttal report                  425.00

 09/13/07  Peterson  / (28) Data Analysis            11.2   7840.00
 #6714     Work on rebuttal report                  700.00

 09/13/07  Relles    / (28) Data Analysis             2.8   1190.00
 #6910     work on rebuttal report                  425.00

 09/14/07  Peterson  / (28) Data Analysis            13.5   9450.00
 #6715     Work on rebuttal report                  700.00

 09/14/07  Relles    / (28) Data Analysis             1.9    807.50
 #6911     work on rebuttal report                  425.00

 09/15/07  Peterson  / (28) Data Analysis            10.7   7490.00
 #6716     Work on rebuttal report                  700.00

 09/16/07  Peterson  / (28) Data Analysis            12.9   9030.00
 #6717     Work on rebuttal report                  700.00

 09/16/07  Relles    / (28) Data Analysis             5.0   2125.00
 #6913     work on rebuttal report                  425.00

 09/16/07  Relles    / (28) Data Analysis             3.4   1445.00
 #6914     prepare first draft of rebuttal report   425.00

 09/17/07  Peterson  / (28) Data Analysis             6.7   4690.00
 #6718     Work on rebuttal report                  700.00

 09/17/07  Peterson  / (28) Data Analysis             0.2    140.00
 #6719     Telephone Garza re: exposure quantification  700.00

 09/17/07  Peterson  / (28) Data Analysis             6.9   4830.00
 #6720     Review draft of rebuttal report          700.00

 09/17/07  Relles    / (28) Data Analysis             5.4   2295.00
 #6915     work on rebuttal report                  425.00
```

```
Date: 11/08/07           Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 6

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 09/18/07  Peterson  / (28) Data Analysis             14.7  10290.00
 #6721     Work on revisions to rebuttal report      700.00

 09/18/07  Relles    / (28) Data Analysis              9.5   4037.50
 #6916     work on rebuttal report                   425.00

 09/19/07  Peterson  / (28) Data Analysis             13.2   9240.00
 #6722     Work on revisions to rebuttal report      700.00

 09/19/07  Relles    / (28) Data Analysis             11.6   4930.00
 #6917     work on rebuttal report                   425.00

 09/20/07  Peterson  / (28) Data Analysis             15.4  10780.00
 #6723     Work on revisions to rebuttal report      700.00

 09/20/07  Relles    / (28) Data Analysis              8.5   3612.50
 #6918     work on rebuttal report                   425.00

 09/21/07  Peterson  / (28) Data Analysis              8.3   5810.00
 #6724     Work on revisions to rebuttal report      700.00

 09/22/07  Peterson  / (28) Data Analysis             10.9   7630.00
 #6725     Work on revisions to rebuttal report      700.00

 09/23/07  Peterson  / (28) Data Analysis             14.7  10290.00
 #6726     Work on revisions to rebuttal report      700.00

 09/24/07  Peterson  / (28) Data Analysis             16.8  11760.00
 #6727     Work on revisions to rebuttal report      700.00

 09/25/07  Peterson  / (28) Data Analysis             10.7   7490.00
 #6729     Work on revisions to rebuttal report      700.00

 09/26/07  Peterson  / (28) Data Analysis              6.4   4480.00
 #6730     Review other experts' rebuttal reports    700.00

 09/26/07  Relles    / (28) Data Analysis              1.5    637.50
 #6919     review rebuttal reports                   425.00

 09/27/07  Peterson  / (28) Data Analysis              3.4   2380.00
 #6731     Review other experts' rebuttal reports    700.00

 09/28/07  Peterson  / (28) Data Analysis              5.8   4060.00
 #6732     Review other experts' rebuttal reports    700.00
```

{D0095133.1 }

```
Date: 11/08/07            Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 7

                   W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 09/29/07  Peterson  / (28) Data Analysis               5.9   4130.00
 #6733     Review other experts' rebuttal reports    700.00

 09/29/07  Relles    / (28) Data Analysis               5.7   2422.50
 #6921     organize and review data sent in support of rebuttal 425.00
           reports

 09/29/07  Relles    / (28) Data Analysis               2.0    850.00
 #6922     review rebuttal reports                   425.00

 09/30/07  Peterson  / (28) Data Analysis               7.3   5110.00
 #6734     Review other experts' rebuttal reports    700.00

 09/30/07  Relles    / (28) Data Analysis               2.5   1062.50
 #6923     review rebuttal reports                   425.00
-----------------------------------------------------------------------
```

{D0095133.1 }

```
Date: 11/08/07          Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 8

            W. R. Grace

        Summary Of Time Charges, By Month and Activity
                September 2007 - September 2007

    MONTH       ACTIVITY                                    HOURS    AMOUNT
    ------------------------------------------------------------------------
    September - (05) Claims Anal Objectn/Resolutn (Asbest)   4.8    2040.00
    September - (07) Committee, Creditors'                   6.7    3122.50
    September - (16) Plan and Disclosure Statement           2.3    1610.00
    September - (28) Data Analysis                         362.3 234745.00
    September - (99) Total                                 376.1 241517.50

    Total     - (05) Claims Anal Objectn/Resolutn (Asbest)   4.8    2040.00
    Total     - (07) Committee, Creditors'                   6.7    3122.50
    Total     - (16) Plan and Disclosure Statement           2.3    1610.00
    Total     - (28) Data Analysis                         362.3 234745.00
    Total     - (99) Total                                 376.1 241517.50


    --------------------------------------------------------------------------
```

{D0095133.1 }

```
Date: 11/08/07           Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 9

           W. R. Grace

           Summary Of Time Charges, By Month and Person
                 September 2007 - September 2007

MONTH        PERSON                                    HOURS     AMOUNT
----------------------------------------------------------------------
September - Relles                                      79.1  33617.50
September - Peterson                                   297.0 207900.00
September - Total                                      376.1 241517.50

Total     - Relles                                     79.1  33617.50
Total     - Peterson                                  297.0 207900.00
Total     - Total                                     376.1 241517.50


----------------------------------------------------------------------------
```

{D0095133.1 }

```
Date: 11/08/07          Legal Analysis Systems, Inc.
Time: 8:00am                                                      Page 10

            W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                  September 2007 - September 2007

MONTH       PERSON                              HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

September - Relles                                4.8   425.    2040.00

(07) Committee, Creditors'

September - Relles                               5.7   425.    2422.50
September - Peterson                             1.0   700.     700.00

(16) Plan and Disclosure Statement

September - Peterson                             2.3   700.    1610.00

(28) Data Analysis

September - Relles                              68.6   425.   29155.00
September - Peterson                           293.7   700.  205590.00


-----------------------------------------------------------------------
```

{D0095133.1 }