# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:    100055.WRG01

August 28, 2007                          INVOICE:       219290

MATTER:  CLAIMANTS COMMITTEE

c/o Peter Van N. Lockwood, Esq.          DATE:    August 28, 2007
Caplin & Drysdale                        MATTER:  100055.WRG01
One Thomas Circle
Washington, DC 20005                     INVOICE:      219290

MATTER:  CLAIMANTS COMMITTEE                         Robert M Horkovich

### PROFESSIONAL SERVICES through 07/31/07

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/27/07 | Obtained materials re settlement agreements. | W001 | AVK | 0.50 |
| 06/28/07 | Communications with Horkovich, Sobel and Chung re materials. | W001 | AVK | 0.60 |
| 07/01/07 | Research re: coverage and factual issues for premises coverage. | W001 | RYC | 1.00 |
| 07/02/07 | Early premises policy research for R. Chung | W001 | HEG | 1.50 |
| 07/02/07 | Reviewed and analysis of prior settlement, New York and Montana coverage law. | W001 | IF | 1.90 |
| 07/02/07 | Research re: CNA v. Grace litigation. | W001 | IF | 1.00 |
| 07/02/07 | Review and analysis of W.R. Grace's insurance file in connection with premises coverage and settlements. | W001 | RYC | 5.40 |
| 07/03/07 | Analysis of insurance policies/related documents re: bodily injury coverage. | W001 | GFF | 2.80 |
| 07/03/07 | Lloyd's Underwriters settlement review (1.20); alternative policy availability researched (1.30) | W001 | HEG | 2.50 |
| 07/03/07 | Continued to review and analysis of alternative Grace insurance policies and Lloyd's and London Market. | W001 | IF | 1.50 |
| 07/03/07 | Review and analysis in connection with available primary policies (1.80); analysis of alternative policies re: ability to pay asbestos bodily injury claims (2.70); correspondence with Libby claims representative re: coverage analysis (.30). | W001 | RYC | 4.80 |

NYDOCS1-871097.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                                 EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:    100055.WRG01

August 28, 2007                                                    INVOICE:        219290

MATTER: CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/05/07 | Insurance policy analysis re: bodily injury coverage and aggregates. | W001 | GFF | 1.80 |
| 07/05/07 | Continued alternative policy and settlement review for possible availability (.70); prior settlements reviewed (1.30) | W001 | HEG | 2.00 |
| 07/05/07 | Continued to review Grace insurance policy materials re: amount of available insurance coverage and alternative insurance coverage. | W001 | IF | 1.90 |
| 07/05/07 | Reviewed information re: prior insurance litigation. | W001 | IF | 0.60 |
| 07/05/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 6.50 |
| 07/05/07 | Review and analysis of non-products coverage scenarios under New York law. | W001 | RYC | 5.20 |
| 07/06/07 | Review of Lloyd's Underwriters Settlement (.9); Review of Maryland Casualty Settlement (.7); Analysis of Maryland Casualty policies (1.1). | W001 | GFF | 2.70 |
| 07/06/07 | Continued alternative policy and settlement research to determine possible availability for new claims (2.10); various color charts reviewed and edited as necessary (1.90) | W001 | HEG | 4.00 |
| 07/06/07 | Reviewed Maryland Casualty insurance policies and settlement agreements (2.20); Research re: approved version of prior Settlement Agreement (2.50); | W001 | IF | 4.70 |
| 07/06/07 | Assisted in preparation of insurance company policies for review. | W001 | MIC | 0.20 |
| 07/06/07 | Analysis of Libby claimants in connection with coverage issues (1.80); review and analyze alternative policies (2.00). | W001 | RYC | 3.80 |
| 07/08/07 | Research re: third-party actions against insurance companies. | W001 | RYC | 2.50 |
| 07/09/07 | Analysis of various insurance policies from other entities re: potential bodily injury/property damage coverage. | W001 | GFF | 1.30 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

August 28, 2007                                                     INVOICE:          219290

MATTER: CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/09/07 | Alternative policy review and analysis (1.10); corporate research (1.70); charts adjusted to reflect unavailability of certain coverage due to recent settlement (.80). | W001 | HEG | 4.50 |
| 07/09/07 | Review of Grace related insurance policies. | W001 | IF | 1.50 |
| 07/09/07 | Revisions to color-coded insurance charts. | W001 | KS | 1.00 |
| 07/09/07 | Assisted with preparation of subject insurance policies for review. | W001 | MIC | 1.40 |
| 07/09/07 | Analysis of underlying substantive pleadings in CNA's stayed New York declaratory judgment action against W.R. Grace (1.0); Research New York law re: asbestos coverage issues (3.6). | W001 | RYC | 4.60 |
| 07/10/07 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 07/10/07 | Analysis of selected Grace related insurance policies/related documents re: potential bodily injury/property damage coverage (.80); analysis of prior settlement agreement (1.10). | W001 | GFF | 1.90 |
| 07/10/07 | Additional analysis re non-Grace policies (2.60); color coverage charts edited to reflect settlements (.30); edits of new charting for Grace related coverage (1.10). | W001 | HEG | 4.00 |
| 07/10/07 | Reviewed prior Settlement Agreement information. | W001 | IF | 1.00 |
| 07/10/07 | Assisted with preparation of subject insurance policies for review. | W001 | MIC | 1.00 |
| 07/10/07 | Review confidentiality issues (.40); due diligence re: Grace related policies (1.30); follow-up research re: third-party actions against insurance companies (1.50); follow-up research re: New York insurance coverage law for asbestos (3.80). | W001 | RYC | 7.00 |
| 07/11/07 | Review and analyze W.R. Grace related policies received from Libby claimants representative. | W001 | RYC | 6.70 |
| 07/12/07 | Analysis of selected Grace related policies re: potential bodily injury and property damage coverage. | W001 | GFF | 1.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:      100055.WRG01

August 28, 2007                                                           INVOICE:        219290

MATTER: CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/12/07 | Grace related policy review, analysis and discussion of potential availability (3.70); coverage chart edits (1.80) | W001 | HEG | 5.50 |
| 07/12/07 | Reviewed prior insurance policies and settlement agreement re: Grace related insurance policies. | W001 | IF | 1.20 |
| 07/12/07 | Research re: coverage issues for asbestos non-product coverage. | W001 | RYC | 7.20 |
| 07/13/07 | Reviewed CNA v. Grace litigation materials. | W001 | IF | 0.50 |
| 07/13/07 | Draft memo re: issues for asbestos non-products coverage. | W001 | RYC | 6.80 |
| 07/14/07 | Continued analysis of non-products coverage under primary policies (1.10); analysis of impact of W.R. Grace's bankruptcy settlements (1.70). | W001 | RYC | 2.80 |
| 07/16/07 | In depth review of all primaries and settlements for possible non-products coverage (3.70); results charted (.80) | W001 | HEG | 4.50 |
| 07/16/07 | Research of Grace policy data to explain possible participation by European Re of Zurich which has pending final claim submission date | W001 | HEG | 0.50 |
| 07/16/07 | Reviewed CNA insurance policies and CNA Settlement Agreement. | W001 | IF | 3.70 |
| 07/16/07 | Assisted with preparation of Continental Casualty Company policies for review. | W001 | MIC | 0.30 |
| 07/16/07 | Analysis of settlements in non-product coverage context (2.70); continue research re: alternative New York coverage scenarios (3.00). | W001 | RYC | 5.70 |
| 07/17/07 | Additional research re: potential premises coverage issues. | W001 | HEG | 4.00 |
| 07/17/07 | Continued to review and prepare updated CNA insurance policy information. (1.80); Updated insurance policy chart information re: Lloyd's and London Market.(1.70) | W001 | IF | 3.50 |
| 07/17/07 | Revisions to color-coded insurance charts. | W001 | KS | 0.70 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

August 28, 2007                                   INVOICE:       219290

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/17/07 | Continued analysis of settlements in premises coverage context (2.30); research re: insurance issues specific to Libby claimants (4.70). | W001 | RYC | 7.00 |
| 07/18/07 | Review and analysis of information re: reinsurance received from R. Horkovich. | W001 | IF | 0.50 |
| 07/18/07 | Revisions to color-coded insurance charts. | W001 | KS | 0.50 |
| 07/18/07 | Research and analysis re: coverage obstacles in connection with coverage availability. | W001 | RYC | 5.80 |
| 07/19/07 | Reviewed and revised time entries. | W011 | ACS | 0.60 |
| 07/19/07 | Continued to review and prepare materials re: primary insurance policies. | W001 | IF | 2.50 |
| 07/19/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 1.50 |
| 07/19/07 | Review and comment upon fee application. | W011 | RYC | 0.30 |
| 07/19/07 | Revise memo re: premises coverage issues. | W001 | RYC | 6.20 |
| 07/20/07 | Draft memo re: Libby claimant specific coverage concerns. | W001 | RYC | 4.20 |
| 07/21/07 | Revise memo re: Libby claimant specific coverage concerns. | W001 | RYC | 2.00 |
| 07/23/07 | Finalized time entries and forwarded same to local counsel. | W011 | ACS | 0.30 |
| 07/23/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 2.00 |
| 07/23/07 | Additional research and analysis of issues related to Libby claimant specific coverage issues. | W001 | RYC | 3.80 |
| 07/24/07 | Revise memorandum re: premises insurance coverage issues. | W001 | RYC | 3.60 |
| 07/26/07 | Further analysis of specific issues pertaining to settlements and policies specific to non-products coverage. | W001 | RYC | 5.20 |
| 07/27/07 | Continued analysis of specific issues pertaining to settlements and policies specific to non-products coverage. | W001 | RYC | 3.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:   100055.WRG01

August 28, 2007                               INVOICE:   219290

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/30/07 | Review and analysis of claimant committee's historical information re: insurance coverage (4.30). Analysis of policies and settlements to determine non-products coverage limitations (3.80). | W001 | RYC | 8.10 |
| 07/31/07 | Analysis of prior settlement agreement re: allocation and other issues. | W001 | GFF | 2.20 |
| 07/31/07 | Policies, spreadsheets and settlements reviewed re: products/premises availability. | W001 | HEG | 6.00 |
| 07/31/07 | Review of insurance policy information re: available limits. | W001 | IF | 1.50 |
| 07/31/07 | Research re: back up data for "asbestos loss" reports. | W001 | IF | 0.50 |
| 07/31/07 | Conference regarding value of insurance assets (1.70). Prepare for same (1.00). | W001 | RMH | 2.70 |
| 07/31/07 | Prepared for and attended phone conference with committee re: coverage and liability analysis (2.7); prepare response to overall coverage availability analysis (3.5). | W001 | RYC | 6.20 |

**TOTAL FEES:**                                                     $86,736.50

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Ann V Kramer | 625.00 | 1.10 | 687.50 |
| Anne C Suffern | 210.00 | 1.10 | 231.00 |
| Glenn F Fields | 270.00 | 14.10 | 3,807.00 |
| Harris E Gershman | 225.00 | 39.00 | 8,775.00 |
| Izak Feldgreber | 235.00 | 28.00 | 6,580.00 |
| Kathleen Samet | 150.00 | 2.20 | 330.00 |
| Melissa I Chee | 90.00 | 2.90 | 261.00 |
| Robert M Horkovich | 725.00 | 12.70 | 9,207.50 |
| Robert Y Chung | 475.00 | 119.70 | 56,857.50 |
| **TOTAL FEES:** |  |  | **$86,736.50** |

NYDOCS1-871097.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE             MATTER:    100055.WRG01

August 28, 2007                             INVOICE:   219290

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Ann V Kramer | 1.10 | 687.50 |
| Glenn F Fields | 14.10 | 3,807.00 |
| Harris E Gershman | 39.00 | 8,775.00 |
| Izak Feldgreber | 28.00 | 6,580.00 |
| Kathleen Samet | 2.20 | 330.00 |
| Melissa I Chee | 2.90 | 261.00 |
| Robert M Horkovich | 2.70 | 1,957.50 |
| Robert Y Chung | 119.40 | 56,715.00 |
| TOTAL: | 209.40 | 79,113.00 |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 1.10 | 231.00 |
| Robert Y Chung | 0.30 | 142.50 |
| TOTAL: | 1.40 | 373.50 |

ACTIVITY CODE: W014     Hearing

|  | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 10.00 | 7,250.00 |
| TOTAL: | 10.00 | 7,250.00 |

                                                          $86,736.50
**TOTAL LEGAL FEES**

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| August 28, 2007 | INVOICE: | 219290 |

### COSTS through 07/31/07

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 07/02/07 | DI - PHOTOCOPYING - | E101 | 41.00 |
| 07/02/07 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 07/02/07 | DI - PHOTOCOPYING - | E101 | 8.00 |
| 07/10/07 | DI - PHOTOCOPYING - | E101 | 242.25 |
| 07/13/07 | DI - PHOTOCOPYING - | E101 | 27.50 |
| 07/13/07 | DI - PHOTOCOPYING - | E101 | 9.50 |
| 07/18/07 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 07/18/07 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 07/24/07 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 07/25/07 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER AK0483 Pacer services | E106 | 6.32 |
| 07/31/07 | SERVICE OF PAPERS - - VENDOR: HATFIELD PROCESS SERVICE  - Documents | E113 | 58.50 |
| **TOTAL COSTS:** | | | **$394.57** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| CM | CLIENT - ON-LINE COMP SVC | 6.32 |
| SP | SERVICE OF PAPERS | 58.50 |
| XE | DI - PHOTOCOPYING - | 329.75 |
| | **TOTAL COSTS:** | **$394.57** |