# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| October 26, 2007 | INVOICE: | 220977 |

MATTER: CLAIMANTS COMMITTEE

| | | |
|---|---|---|
| c/o Peter Van N. Lockwood, Esq. | DATE: | October 26, 2007 |
| Caplin & Drysdale | MATTER: | 100055.WRG01 |
| One Thomas Circle | INVOICE: | 220977 |
| Washington, DC 20005 | | |

**MATTER:** CLAIMANTS COMMITTEE          Robert M Horkovich

**PROFESSIONAL SERVICES through 09/30/07**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/06/07 | Conference call with Horkovich and Chung re insurance analysis project | W001 | AVK | 0.80 |
| 08/15/07 | Review of Mark Peterson report. | W001 | AVK | 3.50 |
| 08/17/07 | Analysis of Grace remaining insurance coverage | W001 | AVK | 7.50 |
| 08/20/07 | Continue insurance analysis | W001 | AVK | 6.60 |
| 08/21/07 | Continue work re insurance analysis | W001 | AVK | 3.20 |
| 08/22/07 | Continue insurance analysis/allocation | W001 | AVK | 4.70 |
| 08/23/07 | Continue insurance analysis/allocation | W001 | AVK | 5.50 |
| 08/24/07 | Continue insurance analysis/allocation | W001 | AVK | 9.00 |
| 08/25/07 | Continue insurance analysis/allocation | W001 | AVK | 6.30 |
| 08/27/07 | Drafting outline re remaining asbestos insurance limits (1.40); continue analysis (8.70). | W001 | AVK | 10.10 |
| 08/28/07 | Continue analysis (3.60); discuss and revise outline re remaining asbestos insurance limits for review and comment (1.30) | W001 | AVK | 4.90 |
| 08/29/07 | Insurance analysis continued (9.50); conference call with PVN Lockwood re analysis )1.70); telephone conversations with D. Relles re: analysis (.50) | W001 | AVK | 11.70 |
| 08/30/07 | Insurance analysis continued. | W001 | AVK | 9.50 |
| 08/31/07 | Finish insurance analysis. | W001 | AVK | 8.40 |
| 09/03/07 | Respond to P. Lockwood questions re insurance analysis | W001 | AVK | 0.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

October 26, 2007                                       INVOICE:            220977


MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/03/07 | Follow-up research and analysis re. non-products claimant estimates. | W001 | RYC | 1.80 |
| 09/04/07 | Email to J. Scott re applicability of insurance proceeds research. | W001 | MDS | 0.30 |
| 09/04/07 | Confer with Mr. Lockwood regarding coverage valuation. | W001 | RMH | 1.00 |
| 09/04/07 | Attention to issues for upcoming insurance deposition. | W001 | RYC | 1.00 |
| 09/05/07 | Obtained documents re: plans and disclosure issues. | W001 | ACS | 0.40 |
| 09/05/07 | Additional research and revisions to memo re: applicability of insurance proceeds to 524(g) trusts as per discussion with MDS | W001 | JLS | 10.20 |
| 09/05/07 | Valuation of insurance asset. | W001 | RMH | 2.00 |
| 09/05/07 | Analysis of bankruptcy counsel inquiries re. insurance valuation. | W001 | RYC | 3.30 |
| 09/06/07 | Obtained documentation pertaining to plan and disclosure issues for review by J. Scott. | W001 | ACS | 1.80 |
| 09/06/07 | Analysis of selected umbrella insurance policies (.80); review/revise products coverage chart (.90) | W001 | GFF | 1.70 |
| 09/06/07 | Research re: W.R. Grace products availability color policy chart. | W001 | IF | 0.70 |
| 09/06/07 | Review of certain settlement agreements re: "availability of products coverage." | W001 | IF | 1.00 |
| 09/06/07 | Continued research and writing re: application of insurance proceeds (4.90); reviewed OWC, Fuller Austin and Federal Mogul plans and disclosure statements (4.70) | W001 | JLS | 9.60 |
| 09/06/07 | Attention to CNA coverage for Libby claims (.80); prepare for deposition of Jeff Posner (.60); assemble material for potential exhibits (.60). | W001 | RMH | 2.00 |
| 09/06/07 | Research impact of certain settlements (.80); prepare for updated insurance analysis with bankruptcy co-counsel (3.50). | W001 | RYC | 4.30 |
| 09/07/07 | Reviewed and revised time entries. | W011 | ACS | 0.30 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

October 26, 2007                                                         INVOICE:           220977

MATTER:   CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/07/07 | Assist R. Chung and R. Horkovich with support documentation and chart reproductions for client meeting | W001 | HEG | 3.00 |
| 09/07/07 | Review of products insurance policy chart information. | W001 | IF | 1.00 |
| 09/07/07 | Follow up with J. Scott re status of memo. | W001 | MDS | 0.20 |
| 09/07/07 | Review of 524(g) cases. | W001 | MDS | 0.80 |
| 09/07/07 | Meeting with co-counsel in preparation for deposition of Jeff Posner (3.30). Assemble material for same (2.20). | W001 | RMH | 5.50 |
| 09/07/07 | Assist with insurance deposition preparation and follow-up research re. pertinent issues and documentation. | W001 | RYC | 5.70 |
| 09/08/07 | Research and analysis in connection with insurance deposition. | W001 | RYC | 1.50 |
| 09/10/07 | Review/consider additional analysis requested by PVNL | W001 | AVK | 0.20 |
| 09/10/07 | Continued working on liability insurance policy proceeds memo | W001 | JLS | 8.60 |
| 09/10/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 2.50 |
| 09/10/07 | Continued research and analysis in connection with insurance valuation. | W001 | RYC | 3.80 |
| 09/11/07 | Completed research and memo re: use of liability insurance proceeds (8.90); discussions with MDS re: same (1.20); emailed memo to MDS (.20) | W001 | JLS | 10.30 |
| 09/11/07 | Review memo from J. Scott and underlying cases (.60); meeting with J. Scott re: same (1.20) | W001 | MDS | 1.80 |
| 09/11/07 | Additional research and analysis in connection with insurance valuation. | W001 | RYC | 4.20 |
| 09/12/07 | Obtained documents pertaining to plans and disclosures for review by J. Scott. | W001 | ACS | 0.90 |
| 09/12/07 | Review index in certain case and assemble documents requested: (Order Approving Disclosure Statement; Disclosure Statement and Plan of Reorganization). | W001 | ESH | 0.90 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

October 26, 2007                                  INVOICE:       220977

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/12/07 | Independent research on 524(g) history. | W001 | MDS | 3.00 |
| 09/12/07 | Review J. Scott's memo. | W001 | MDS | 1.00 |
| 09/12/07 | Follow up with R. Horkovich. | W001 | MDS | 0.50 |
| 09/12/07 | Attention to coverage valuation. | W001 | RMH | 0.50 |
| 09/13/07 | Assist R. Chung in attempting to locate historic insolvency submissions | W001 | HEG | 0.50 |
| 09/13/07 | Follow-up research re. insurance deposition issues. | W001 | RYC | 2.50 |
| 09/17/07 | Finished revising memo and sent same to MDS | W001 | JLS | 0.80 |
| 09/18/07 | Attention to issues re. valuation deposition. | W001 | RYC | 2.30 |
| 09/19/07 | Review memo with J. Scott and edit same (.80); review of Congoleum and other cases (.60); follow up re status (1.10). | W001 | MDS | 2.50 |
| 09/19/07 | Review production in advance of deposition (3.20); review material and prepare affidavit (1.90); provide material for use in deposition (.80); provide material and information regarding policy valuation to future's rep. counsel (.60). | W001 | RMH | 6.50 |
| 09/19/07 | Follow-up research and analysis re. valuation deposition. | W001 | RYC | 1.50 |
| 09/20/07 | Forwarded revised invoice to attorney for review. | W011 | ACS | 0.10 |
| 09/20/07 | Additional phone and email inquiries re insolvency issues per R. Chung. | W001 | HEG | 1.00 |
| 09/20/07 | Draft and edit affidavit authenticating insurance report table. | W001 | RMH | 1.00 |
| 09/20/07 | Prepare for meeting with Libby claimants. | W001 | RYC | 2.00 |
| 09/21/07 | Worked with accounting re: final revisions to time entries. | W011 | ACS | 0.20 |
| 09/21/07 | Conference call with Libby claimants counsel re insurance analysis needed. | W001 | AVK | 0.70 |
| 09/21/07 | Work on new ARPC liability estimate allocation | W001 | AVK | 6.40 |
| 09/21/07 | Review J. Scott memo. | W001 | MDS | 0.50 |
| 09/21/07 | Confer with Libby counsel (Cohn)(1.20); draft affidavit (1.80). | W001 | RMH | 3.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

October 26, 2007                                   INVOICE:         220977


MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/21/07 | Meeting with Libby claimants re. outstanding issues and follow-up research and analysis. | W001 | RYC | 3.50 |
| 09/22/07 | Review and comment upon fee application. | W011 | RYC | 0.70 |
| 09/23/07 | Work on allocation | W001 | AVK | 6.20 |
| 09/23/07 | Research and analysis re. settlement related issues. | W001 | RYC | 1.50 |
| 09/24/07 | Work on insurance allocation | W001 | AVK | 10.20 |
| 09/24/07 | Additional phone and email correspondence to research historic insolvency matters per R. Chung. | W001 | HEG | 1.00 |
| 09/24/07 | Prepare for deposition of Jeff Posner | W001 | RMH | 0.60 |
| 09/24/07 | Hearing with Judge Fitzgerald | W014 | RMH | 1.40 |
| 09/24/07 | Attention to historical valuation documentation. | W001 | RYC | 0.50 |
| 09/25/07 | Finalized and forward time entries to local counsel. | W011 | ACS | 0.20 |
| 09/25/07 | Assemble settlement documents for review by I. Feldgreber | W001 | DL | 2.30 |
| 09/25/07 | Assisted with assembly of set of insurance company settlement agreements. | W001 | IF | 2.50 |
| 09/25/07 | Assisted with assembly of insurance company settlement agreements. | W001 | MIC | 2.00 |
| 09/26/07 | Prepared set of insurance company settlement agreements. | W001 | MIC | 5.50 |
| 09/26/07 | Deposition of Jeff Posner (7.30); prepare for same (1.20). | W001 | RMH | 8.50 |
| 09/26/07 | Travel to and from D.C. (billed at 50%) | W019 | RMH | 2.00 |
| 09/26/07 | Attention to Libby claimant valuation issues. | W001 | RYC | 2.50 |
| 09/27/07 | Prepared set of insurance company settlement agreements. | W001 | MIC | 1.00 |
| 09/27/07 | Research and analysis re. Libby claimant valuation issues. | W001 | RYC | 3.80 |
| 09/28/07 | Continue research and analysis re. Libby claimant valuation. | W001 | RYC | 2.00 |

**TOTAL FEES:**                                                       **$148,416.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

October 26, 2007                              INVOICE:    220977

MATTER: CLAIMANTS COMMITTEE

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Ann V Kramer | 625.00 | 115.80 | 72,375.00 |
| Anne C Suffern | 210.00 | 3.90 | 819.00 |
| Daryl Lyew | 200.00 | 2.30 | 460.00 |
| Eugenia S Hoyle | 210.00 | 0.90 | 189.00 |
| Glenn F Fields | 270.00 | 1.70 | 459.00 |
| Harris E Gershman | 225.00 | 5.50 | 1,237.50 |
| Izak Feldgreber | 235.00 | 5.20 | 1,222.00 |
| John L Scott | 375.00 | 39.50 | 14,812.50 |
| Mark D Silverschotz | 625.00 | 10.60 | 6,625.00 |
| Melissa I Chee | 90.00 | 8.50 | 765.00 |
| Robert M Horkovich | 725.00 | 36.50 | 26,462.50 |
| Robert Y Chung | 475.00 | 48.40 | 22,990.00 |
| **TOTAL FEES:** |  |  | **$148,416.50** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| October 26, 2007 | INVOICE:    220977 |

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 3.10 | 651.00 |
| Ann V Kramer | 115.80 | 72,375.00 |
| Daryl Lyew | 2.30 | 460.00 |
| Eugenia S Hoyle | 0.90 | 189.00 |
| Glenn F Fields | 1.70 | 459.00 |
| Harris E Gershman | 5.50 | 1,237.50 |
| Izak Feldgreber | 5.20 | 1,222.00 |
| John L Scott | 39.50 | 14,812.50 |
| Mark D Silverschotz | 10.60 | 6,625.00 |
| Melissa I Chee | 8.50 | 765.00 |
| Robert M Horkovich | 30.60 | 22,185.00 |
| Robert Y Chung | 47.70 | 22,657.50 |
| **TOTAL:** | **271.40** | **143,638.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 0.80 | 168.00 |
| Robert Y Chung | 0.70 | 332.50 |
| **TOTAL:** | **1.50** | **500.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

October 26, 2007                                      INVOICE:             220977

ACTIVITY CODE: W014      Hearing

|                      | HOURS | TOTALS    |
|----------------------|-------|-----------|
| Robert M Horkovich   | 3.90  | 2,827.50  |
| **TOTAL:**           | **3.90** | **2,827.50** |

ACTIVITY CODE: W019      Travel (non-working)

|                      | HOURS | TOTALS    |
|----------------------|-------|-----------|
| Robert M Horkovich   | 2.00  | 1,450.00  |
| **TOTAL:**           | **2.00** | **1,450.00** |

**TOTAL LEGAL FEES**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:      100055.WRG01

October 26, 2007                                                            INVOICE:          220977

**COSTS through 09/30/07**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 09/01/07 | LIBRARY & LEGAL RESEARCH Westlaw Charges - August 1 - 31, 2007 | E106 | 13.73 |
| 09/05/07 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 09/06/07 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 09/06/07 | DI - PHOTOCOPYING - | E101 | 36.00 |
| 09/07/07 | AIRFARE/RAIL EXPS. | E110 | 30.00 |
| 09/07/07 | AIRFARE/RAIL EXPS. | E110 | 210.80 |
| 09/07/07 | AIRFARE/RAIL EXPS. | E110 | 123.00 |
| 09/07/07 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 09/07/07 | DI - PHOTOCOPYING - | E101 | 12.00 |
| 09/11/07 | LIBRARY & LEGAL RESEARCH - - VENDOR: American Express  - For I Feldgreber/Horkovich | E124 | 1,000.00 |
| 09/11/07 | LOCAL TRAVEL Cab from 1251 6 AVE to BALDWIN;LI for JOHN SCOT T on 09/11/07 ;voucher 103658; Invoice# 1118843 | E109 | 95.37 |
| 09/21/07 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 228624639 Tracking Number: 790834225728 Reference: 100055 wrg01 02 594    Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US To: Nat han Finch, Caplin & Drysdale, One Thomas Circle, N W   , WASHINGTON, DC, 20005, US | E107 | 8.11 |
| 09/28/07 | DI - PHOTOCOPYING - | E101 | 6.50 |
| 09/30/07 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: HORKOVICH, ROBERT M. Washington, DC 9/26 re: deposition of Jeff Dosner | E110 | 35.00 |
| 09/30/07 | MEALS AWAY & TRAVEL EXP. - - VENDOR: HORKOVICH, ROBERT M. Washington, DC 9/26 re: deposition of Jeff Dosner | E111 | 9.44 |

**TOTAL COSTS:**                                                                                       **$1,582.95**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---:|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| October 26, 2007 | INVOICE: | 220977 |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 8.11 |
| AR | AIRFARE/RAIL EXPS. | 363.80 |
| LB | LIBRARY & LEGAL RESEARCH | 1,013.73 |
| LT | LOCAL TRAVEL | 95.37 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 35.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 9.44 |
| XE | DI - PHOTOCOPYING - | 57.50 |
| | **TOTAL COSTS:** | **$1,582.95** |

{D0094730.1 }NYDOCS1-876347.1