IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
In re                                         *      Chapter 11
                                              *
W.R. GRACE & CO., et al.,                     *      Case No. 01-01139 (JKF)
                                              *      Jointly Administered
            Debtors.                          *
* * * * * * * * * * * * * * * * * * * * * * * *      Related Docket Nos. 17110 and 17114
```

## CERTIFICATION OF COUNSEL CONCERNING THE
## LIBBY CLAIMANTS' ESTIMATION PROCEEDING MOTIONS

The undersigned hereby certifies that:

1.      On October 22, 2007, the claimants injured by exposure to asbestos from the

Debtors' operations in Lincoln County, Montana[1] (the "Libby Claimants"), filed the Libby

Claimants' Motion In Limine Concerning Estimation Proceeding Evidence [Docket No. 17114]

(the "Motion In Limine") and the Libby Claimants' Motion to Strike Expert Reports [Docket No.

17110] (the "Motion to Strike").

2.      Pursuant to the Motion In Limine, the Libby Claimants seek to decrease the

length, complexity and expense of the pending proceeding to estimate the value of the Debtors'

aggregate liability ("Aggregate Liability") respecting all pending and future personal injury

claims and demands (the "Estimation Proceeding") by excluding therefrom all evidence

concerning (a) the medical characteristics of asbestos-related disease diagnosed in Libby

Claimants, and (b) the portion of Aggregate Liability attributable to Libby claims and demands.

If granted, the Motion In Limine provides that the Libby Claimants shall not appear in, or in

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis
Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 15692], as it may be amended and restated from
time to time.

connection with, the Estimation Proceeding as a separate party from the Official Committee of Asbestos Personal Injury Claimants (the "ACC").

3.      Having conferred at length with counsel to the Libby Claimants, counsel for the Debtors, the ACC, the Future Claimants' Representative (the "FCR") have agreed with the Libby Claimants that the Motion In Limine should be granted subject to the terms of the proposed order attached hereto as Exhibit A (the "Proposed Order"). The Proposed Order is a modified version of the form of order submitted with the Motion In Limine and a blackline showing the changes from the order submitted is attached hereto as Exhibit B.

4.      Entry of the Proposed Order renders moot the Motion to Strike. Accordingly, the Proposed Order provides that the Motion to Strike shall be deemed withdrawn by the Libby Claimants.

5.      The Libby Claimants, the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Equity Holders, the ACC, the Official Committee of Property Damage Claimants, and the FCR have all agreed on the form of the Proposed Order. Accordingly, the Libby Claimants respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: November 15, 2007

LANDIS RATH & COBB LLP

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2505
Facsimile:  (617) 951-0679

Counsel for the Libby Claimants

877P\Cert of Counsel re Estimation Motions4