**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period August 1, 2007 through August 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/01/07 | JS | Write further memorandum to ACC counsel regarding recovery analysis for purposes of advising ACC counsel. | 2.10 | $ 535.00 | $ 1,123.50 |
| 08/02/07 | JS | Review, revise Cramp's alternative scenarios for recovery analysis for purposes of advising ACC counsel. | 1.20 | $ 535.00 | $ 642.00 |
| 08/02/07 | JS | Review ACC counsel's inquiry regarding status of claims for recovery analysis to advise ACC counsel. | 1.60 | $ 535.00 | $ 856.00 |
| 08/02/07 | JS | Call with Debtors financial adviser, Blackstone to discuss status of claims to advise ACC counsel. | 0.30 | $ 535.00 | $ 160.50 |
| 08/02/07 | JS | Write memorandum to ACC counsel regarding status of claims and alternative scenarios for recovery analysis for purposes of advising ACC counsel. | 2.30 | $ 535.00 | $ 1,230.50 |
| 08/02/07 | PC | Grace recovery analysis. Excel work with J Sinclair | 3.00 | $ 200.00 | $ 600.00 |
| 08/03/07 | JS | Review, revise additional atlernative scenarios for recovery analysis for purposes of advising ACC counsel. | 1.30 | $ 535.00 | $ 695.50 |
| 08/03/07 | JS | Write memorandum to ACC counsel regarding additional alternative scenarios for recovery analysis for purposes of advising ACC counsel. | 1.90 | $ 535.00 | $ 1,016.50 |
| 08/03/07 | PC | Continued recovery analysis Excel work | 0.80 | $ 200.00 | $ 160.00 |
| 08/07/07 | JS | Call with ACC counsel to discuss recovery analysis and revisions to analysis for settlement discussions. | 1.20 | $ 535.00 | $ 642.00 |
| 08/08/07 | JS | Revise claims and recovery analysis per discussions with ACC counsel for purposes of advising ACC counsel. | 2.90 | $ 535.00 | $ 1,551.50 |
| 08/08/07 | JS | Draft memorandum to ACC counsel regarding claims and recovery analysis for purposes of advising ACC counsel. | 1.10 | $ 535.00 | $ 588.50 |
| 08/08/07 | JS | Further revisions to claims and recovery analysis for memorandum to ACC counsel for purposes of advising ACC counsel. | 1.20 | $ 535.00 | $ 642.00 |
| 08/10/07 | BMR | Review of Charter Oak's asset allocation analysis for W.R. Grace dated August 10, 2007 in connection with ACC drafting of proposed plan of reorganization. | 0.30 | $ 535.00 | $ 160.50 |
| 08/10/07 | JS | Revise claims and recovery analysis for ACC counsel for purposes of advising ACC cousel at counsel's request. | 2.70 | $ 535.00 | $ 1,444.50 |
| 08/10/07 | JS | Write memorandum to ACC regarding claims and recovery analysis for pruposes of advising ACC counsel. | 0.60 | $ 535.00 | $ 321.00 |
| 08/10/07 | JS | Further revisions to claims and recovery analysis for memorandum to ACC counsel for purposes of advising ACC counsel. | 1.80 | $ 535.00 | $ 963.00 |
| 08/10/07 | JS | Review, analyse memorandum from ACC regarding claims and recovery for purposes of advising ACC and ACC counsel. | 0.80 | $ 535.00 | $ 428.00 |
| 08/13/07 | JS | Continue review and analysis of memorandum from ACC regarding claims and recovery for purposes of advising ACC and ACC counsel. | 2.30 | $ 535.00 | $ 1,230.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period August 1, 2007 through August 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/13/07 | JS | Write memorandum to ACC counsel regarding memorandum from ACC and analysis of claims and recovery for purposes of advising ACC and ACC counsel. | 2.50 | $ 535.00 | $ 1,337.50 |
| 08/14/07 | BMR | Review of Sinclair updated recovery analysis prepared at request of counsel | 0.50 | $ 535.00 | $ 267.50 |
| 08/15/07 | JS | Discuss with Rapp ACC memorandum regarding claims and recovery for purposes of advising ACC counsel. | 0.80 | $ 535.00 | $ 428.00 |
| 08/23/07 | JS | Review materials in preparation for conference call with ACC on 8/23/07 for purposes of advising ACC. | 1.60 | $ 535.00 | $ 856.00 |
| 08/23/07 | JS | Conference call with ACC and ACC counsel regarding status of Grace case for planning purposes. | 0.70 | $ 535.00 | $ 374.50 |
| 08/23/07 | PC | Conference call with ACC and ACC counsel regarding status of Grace case for planning purposes. | 0.70 | $ 200.00 | $ 140.00 |
| 08/27/07 | JS | Review, analyse ACC and ACC counsel memoranda for purposes of advising counsel and ACC for settlement discussions. | 1.60 | $ 535.00 | $ 856.00 |
| 08/27/07 | JS | Plan work and assignments for purposes of advising ACC counsel and ACC for settlement discussions. | 0.60 | $ 535.00 | $ 321.00 |
| 08/27/07 | JS | Review, analyse, revise drafts of POR Terms Sheet and recovery analysis for purposes of advising ACC Counsel and ACC for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 08/27/07 | JS | Revise asset allocation analysis for POR Term Sheet for purposes of advising ACC counsel for settlement discussions. | 1.20 | $ 535.00 | $ 642.00 |
| 08/28/07 | JS | Further reivew of POR Term Sheet, asset allocation and recovery analyses for purposes of advising ACC counsel for settlement discussions. | 1.30 | $ 535.00 | $ 695.50 |
| 08/28/07 | JS | Review ACC counsel's memorandum regarding asbestos claims for POR Term Sheet and recovery analysis for settlement discussions. | 0.80 | $ 535.00 | $ 428.00 |
| | | Asset Analysis and Recovery | 44.40 | | $ 22,246.50 |

**Business Operations**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/10/07 | PC | Review and analysis of Grace Q2 10-Q. | 3.10 | $ 200.00 | $ 620.00 |
| 08/13/07 | JS | Review, analyse Q2 2007 10Q for due diligence, valuation and business operations monitoring and in preparation for conference call with Company on 8/14/07. | 2.60 | $ 535.00 | $ 1,391.00 |
| 08/13/07 | JS | Review, analyse Financial Briefing, Q2 2007, from Company, continue review and analysis of Q2 2007 10Q for due diligence, business and valuation monitoring and in preparation for conference call with Compnay on 8/14/07 | 2.80 | $ 535.00 | $ 1,498.00 |
| 08/13/07 | PC | Reviewed and analyzed WR Grace Financial Briefing. | 2.80 | $ 200.00 | $ 560.00 |
| 08/14/07 | JS | Draft questions for conference call with Company on 8/14/07 for due diligence, business operations and valuation monitoring. | 1.90 | $ 535.00 | $ 1,016.50 |
| 08/14/07 | PC | Conference call preparation for Company financial results. | 1.10 | $ 200.00 | $ 220.00 |
| 08/14/07 | PC | Prepare presentation to Asbestos Claimants Committee for Grace 2nd quarter results | 4.30 | $ 200.00 | $ 860.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period August 1, 2007 through August 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/15/07 | JS | Commence review and analysis of Executive Summary, Q2 2007, from Company for business operations and valuation monitoring and due diligence to advise ACC counsel. | 2.90 | $ 535.00 | $ 1,551.50 |
| 08/15/07 | PC | Continue to prepare presentation to Asbestos Claimants Committee for Grace 2nd quarter results. | 3.20 | $ 200.00 | $ 640.00 |
| 08/17/07 | PC | Review of Joe Rice memo regarding claims and recovery. | 0.70 | $ 200.00 | $ 140.00 |
| 08/20/07 | PC | Continue to prepare presentation to Asbestos Claimants Committee for Grace 2nd quarter results. | 2.60 | $ 200.00 | $ 520.00 |
| 08/21/07 | JS | Review, revise Q2 2007 Review to ACC for purposes of advising ACC and ACC counsel. | 1.30 | $ 535.00 | $ 695.50 |
| 08/23/07 | PC | Material review for conference call. | 0.60 | $ 200.00 | $ 120.00 |
| | | Business Operations | 29.90 | | $ 9,832.50 |

**Employee Benefits/Pensions**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/08/07 | JS | Review, analyse LTIP Motion and related materials for purposes of advising ACC counsel at request of counsel. | 2.10 | $ 535.00 | $ 1,123.50 |
| 08/08/07 | JS | Write memorandum of analysis regarding LTIP Motion to ACC counsel for purposes of advising ACC counsel at counsel's request. | 1.10 | $ 535.00 | $ 588.50 |
| 08/09/07 | JS | Call with Blackstone regarding LTIP Motion for purposes of advising ACC counsel and ACC. | 0.30 | $ 535.00 | $ 160.50 |
| 08/09/07 | JS | Call with Piper Jaffrey, advisor fo FCR regarding LTIP Motion for purposes of advising ACC counsel and ACC. | 0.30 | $ 535.00 | $ 160.50 |
| 08/09/07 | JS | Write memorandum to ACC counsel regarding LTIP Motion for purposes of advising ACC counsel and ACC. | 0.60 | $ 535.00 | $ 321.00 |
| | | Employee Benefits/Pensions | 4.40 | | $ 2,354.00 |

**Plan and Disclosure Statement**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/14/07 | BMR | Review of memorandum re Joe Rice re negotiations in connection with drafting proposed plan of reorganization. | 0.40 | $ 535.00 | $ 214.00 |
| 08/16/07 | JS | Review, analyse ACC counsel's memorandum and draft of POR Term Sheet in preparation for conference call with ACC on 8/21/07 for purpose of advising ACC and ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| 08/16/07 | JS | Review, analyse draft of Trust Distribution Procedures (TDP) for purposes of advising ACC and ACC counsel. | 2.70 | $ 535.00 | $ 1,444.50 |
| 08/16/07 | JS | Review, analyse draft of PI Trust Agreement for purposes of advising ACC and ACC counsel. | 2.40 | $ 535.00 | $ 1,284.00 |
| 08/17/07 | BMR | Review of term sheet prepared by Peter Lockwood in preparation for Tuesday conference call to discuss the same. | 0.40 | $ 535.00 | $ 214.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period August 1, 2007 through August 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/17/07 | BMR | Tel C w/ Jimmy Sinclair to discuss Lockwood term sheet and W.R. Grace valuation issues in preparation for Tuesday conference call. | 1.00 | $ 535.00 | $ 535.00 |
| 08/17/07 | JS | Further review and analysis of POR Term Sheet draft, TDP and Trust Agreement in preparation for conference call with ACC on 8/21/07 for purposes of advising ACC and ACC counsel. | 2.20 | $ 535.00 | $ 1,177.00 |
| 08/17/07 | JS | Call with Rapp to discuss draft of POR Term Sheet and agenda for conference call with ACC on 8/21/07 for purposes of advising ACC and ACC counsel. | 1.00 | $ 535.00 | $ 535.00 |
| 08/23/07 | BMR | Conf call w/ Committee and counsel to the Committee for purpose of discussing proposed plan of reorganization. | 0.70 | $ 535.00 | $ 374.50 |
| 08/23/07 | BMR | Tel C w/ Jimmy Sinclair to discuss work to be done as a result of the conference call with the Committee and counsel to the Committee. | 0.30 | $ 535.00 | $ 160.50 |
| | | Plan and Disclosure Statement | 13.70 | | $ 7,329.50 |

**Valuation**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/09/07 | JS | Review, analyse precedent transactions in the chemical industry for precedent transaction valuation for purposes of advising ACC counsel. | 2.10 | $ 535.00 | $ 1,123.50 |
| 08/09/07 | JS | Write memorandum to ACC counsel regarding precedent transation analysis for precedent transaction valuation for purposes of advising ACC counsel. | 1.00 | $ 535.00 | $ 535.00 |
| 08/10/07 | BMR | Review of Charter Oak market multiples valuation of W.R. Grace as of June 30, 2007 for purpose of valuation. | 1.00 | $ 535.00 | $ 535.00 |
| 08/10/07 | BMR | Review of Charter Oak precedent transaction analysis for purpose of valuation. | 0.20 | $ 535.00 | $ 107.00 |
| 08/10/07 | BMR | Review of Grace product fit with BASF analysis for purpose of precedent transaction valuation analysis | 0.40 | $ 535.00 | $ 214.00 |
| 08/12/07 | BMR | Review of first half of text of Grace's 2006 10-K for purpose of valuation and of on-going monitoring of Chapter 11 proceedings. | 2.30 | $ 535.00 | $ 1,230.50 |
| 08/12/07 | BMR | Review of second half of text of Grace's 2006 10-K for purpose of on-going monitoring of Chapter 11 proceedings. | 2.40 | $ 535.00 | $ 1,284.00 |
| 08/12/07 | BMR | Review of Grace financial statements set forth in the Financial Supplement to the Grace 2006 10-K for purpose of on-going monitoring of chapter 11 proceedings. | 1.10 | $ 535.00 | $ 588.50 |
| 08/13/07 | BMR | Review of footnotes 1 through 14 set forth in the Financial Supplement to Grace's 2006 10-K for purpose of valuation and on-going monitoring of chapter 11 proceedings. Telephone with J Sinclair to discuss work to be done and allocation of that workload. | 2.20 | $ 535.00 | $ 1,177.00 |
| 08/13/07 | BMR | Review of "Management's Discussion and Analysis of Financial Condition and Results of Operations" and related materials set forth in Financial Supplement to the 2006 10-K for purpose of valuation and on-going monitoring of chapter 11 proceedings. | 2.80 | $ 535.00 | $ 1,498.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period August 1, 2007 through August 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 08/13/07 | BMR | Review of footnotes 15 through 21 set forth in the Financial Supplement to Grace's 2006 10-K for purpose of valuation and on-going monitoring of chapter 11 proceedings | 1.10 | $ 535.00 | $ 588.50 |
| 08/14/07 | JS | Conference call with Company to review Q2 2007 results for due diligence and valuation monitoring. | 0.70 | $ 535.00 | $ 374.50 |
| 08/14/07 | PC | Conference call with Company regarding 2nd quarter results for valution monitoring purposes. | 0.70 | $ 200.00 | $ 140.00 |
| 08/16/07 | JS | Call with financial advisor to FCR to discuss valuations for purposes of advising ACC and ACC counsel. | 0.30 | $ 535.00 | $ 160.50 |
| 08/17/07 | BMR | Review of W.R. Grace financial briefing for the second quarter of 2007 in preparation for conference call with the company and other financial advisors | 2.10 | $ 535.00 | $ 1,123.50 |
| 08/17/07 | JS | Review materials for valuation in preparation for meeting with FCR financial adviser for purposes of advising ACC and ACC counsel. | 1.50 | $ 535.00 | $ 802.50 |
| 08/17/07 | JS | Continue review of Executive Summary, Q2 2007, for valuation and business monitoring for purposes of advising ACC and ACC counsel. | 1.60 | $ 535.00 | $ 856.00 |
| 08/20/07 | JS | Discuss with Peter Cramp and Duncan Sinclair comparable companies for valuation for purposes of advising ACC and ACC counsel. | 0.80 | $ 535.00 | $ 428.00 |
| 08/20/07 | JS | Review forecasts for comparable companies for comparable companies market multiple valuation for valuation and recovery analysis. | 0.80 | $ 535.00 | $ 428.00 |
| 08/20/07 | PC | Prepare comparable company market multiple valuation for Q2 2007 and discuss with D Sinclair and J Sinclair. | 4.80 | $ 200.00 | $ 960.00 |
| 08/21/07 | BMR | Review of Grace 10-Q for the second quarter of 2007 for purpose of valuation and on-going monitoring of chapter 11 proceedings. | 2.90 | $ 535.00 | $ 1,551.50 |
| 08/21/07 | PC | Continue to prepare comparable company market multiple valuation for Q2 2007 | 3.70 | $ 200.00 | $ 740.00 |
| 08/22/07 | BMR | Review of Charter Oak's summary of 2Q operating results for W.R. Grace. | 0.20 | $ 535.00 | $ 107.00 |
| 08/23/07 | BMR | Review of updated Charter Oak market multiples valuation of W.R. Grace as of August 17, 2007 for purpose of valuation. | 0.50 | $ 535.00 | $ 267.50 |
| 08/28/07 | JS | Review, revise comparable companies market multiple valuation for valuation and recovery analysis. | 1.60 | $ 535.00 | $ 856.00 |
| | | Valuation | 38.80 | | $ 17,676.00 |
| | | **TOTAL** | 131.20 | | $ 59,438.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period August 1, 2007 through August 31, 2007**
**Summary of Professional Hours by Staff**

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 22.80 | $ 535.00 | $12,198.00 |
| James Sinclair - Senior Managing Director | 76.30 | $ 535.00 | $40,820.50 |
| Peter Cramp - Analyst | 32.10 | $ 200.00 | $6,420.00 |
| Total Professional Hours and Fees | 131.20 | | $ 59,438.50 |