**EXHIBIT B**

**Case Administration (176.2 Hours; $ 44,653.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**       176.2

**Claim Analysis Objection & Resolution (Asbestos) (27.9 Hours; $ 22,320.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**       27.9

**Claim Analysis Objection & Resolution (Non-Asbestos) (1.1 Hours; $ 880.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**       1.1

**Committee, Creditors', Note holders' or Equity Holders' (1.5 Hours; $ 1,312.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**       1.5

**Employee Benefits/Pension (.4 Hours; $ 263.00)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**       .4

**Employee Applications, Others (9.9 Hours; $ 5,827.50)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10        9.9**

**Fee Applications, Applicant (18.0 Hours; $ 6,232.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        18.0**

**Fee Applications, Others (1.7 Hours; $ 1,057.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        1.7**

**Hearings (8.1 Hours; $ 6,480.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        8.1**

**Litigation and Litigation Consulting (2,406.2 Hours; $ 1,034,524.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  2,406.2**

**Plan & Disclosure Statement (194.2 Hours; $ 115,069.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0095231.1 }

**Total Task Code .17  194.2**


**Tax Issues (4.9 Hours; $ 2,841.00)**

  Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19            4.9**


**Travel Non-working (69.8 Hours; $ 17,934.25)**

  Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  69.8**


**Fee Auditor Matters (10.7 Hours; $ 5,168.00)**

  Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32            10.7**