## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $827.58 |
| Outside Local Deliveries | $182.80 |
| Research Material | $564.71 |
| Professional Fees & Expert Witness Fees | $545,804.32 |
| Charge of Cell and/or Home Phone Useage | $311.38 |
| Air & Train Transportation | $5,512.12 |
| Meals Related to Travel | $792.33 |
| Conference Meals | $473.18 |
| Court Reporting/Transcript Service | $6,399.50 |
| Outside Photocopying/Duplication Service | $16,355.87 |
| Miscellaneous: Client Advances | $19,653.55 |
| Travel Expenses - Hotel Charges | $4,444.16 |
| Travel Expenses - Ground Transportation | $5,501.41 |
| Travel Expenses - Miscellaneous | $6.00 |
| Travel Expenses - LD Calls on Hotel Bill | $87.94 |
| Local Transportation - DC | $462.62 |
| Database Research | $17,158.95 |
| Xeroxing | $6,656.70 |
| Postage & Air Freight | $1,218.96 |
| Long Distance-Equitrac In-House | $55.12 |
| NYO Long Distance Telephone | $442.40 |
| **Total for Report** | **$632,911.60** |