IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-SIXTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2007 THROUGH SEPTEMBER 30, 2007**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2007 through September 30, 2007

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $1,264,562.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $632,911.60

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $1,011,650.20

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $632,911.60

Total Amount of Holdback Fees Sought for applicable period:  $252,912.55

# EXHIBIT D

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD JULY 1, 2007 THROUGH SEPTEMBER 30, 2007

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 8/31/07; 16728 | 7/1/07-7/31/07 | $300,851.20 (80% of $376,064.00) | $120,822.93 | **Pending** | **Pending** |
| 10/3/07; 16999 | 8/1/07-8/31/07 | $333,096.00 (80% of $416,370.00) | $255,424.17 | **Pending** | **Pending** |
| 11/1/07; 17272 | 9/1/07-9/30/07 | $377,703.00 (80% of $472,128.75) | $256,664.50 | **Pending** | **Pending** |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Cumulative July to September, 2007 Hours | Cumulative July to September, 2007 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $       .00 | 10.2 | $     7,711.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .0 | .00 | 17.4 | 7,615.00 |
| Case Administration | 176.2 | 44,653.50 | 3,217.8 | 774,843.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 27.9 | 22,320.00 | 1,695.5 | 635,450.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 1.1 | 880.00 | 14.4 | 9,109.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 1.5 | 1,312.50 | 111.6 | 68,050.00 |
| Employee Benefits/Pension | .4 | 263.00 | 14.7 | 9,005.00 |

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | 9.9 | 5,827.50 | 65.3 | 30,956.50 |
| Fee Applications, Applicant | 18.0 | 6,232.50 | 455.4 | 123,518.50 |
| Fee Applications, Others | 1.7 | 1,057.50 | 119.1 | 46,049.00 |
| Financing | .0 | .00 | 5.3 | 4,437.00 |
| Hearings | 8.1 | 6,480.00 | 164.7 | 114,075.50 |
| Litigation and Litigation Consulting | 2,406.2 | 1,034,524.00 | 13,228.7 | 5,272,798.50 |
| Plan & Disclosure Statement | 194.2 | 115,069.00 | 1,038.5 | 510,664.50 |
| Relief from Stay Proceedings | .0 | .00 | 2.6 | 1,648.00 |
| Tax Issues | 4.9 | 2,841.00 | 95.5 | 38,459.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 69.8 | 17,934.25 | 858.3 | 199,222.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 10.7 | 5,168.00 | 60.2 | 26,899.50 |
| **Totals** | **2,930.6** | **$1,264,562.75** | **21,264.3** | **$7,909,242.75** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 7/1/07 – 9/30/07 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 17,158.95 | $ 195,412.41 |
| Research Material | 564.71 | 8,365.34 |
| Air Freight & Express Mail | 827.58 | 17,368.80 |
| Outside Local Deliveries | 182.80 | 1,520.14 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 473.18 | 4,938.52 |
| Outside Photocopy Service | 16,355.87 | 200,712.49 |
| Professional Fees & Expert Witness Fees | 545,804.32 | 1,152,694.34 |
| Court Reporting/Transcript Service | 6,399.50 | 35,920.26 |
| Miscellaneous Client Advances | 19,653.55 | 22,600.84 |
| Air & Train Transportation | 5,512.12 | 109,995.91 |
| Meals Related to Travel | 792.33 | 12,020.64 |
| Travel Expenses – Hotel Charges | 4,444.16 | 36,579.43 |
| Travel Expenses – Ground Transportation | 5,501.41 | 24,634.97 |
| Travel Expenses – Miscellaneous | 6.00 | 233.49 |
| Travel Expenses – LD Calls on Hotel Bill | 87.94 | 1,306.25 |
| Local Transportation - DC | 462.62 | 1,383.72 |
| Local Transportation – NY | .00 | 384.39 |
| Xeroxing | 6,656.70 | 71,001.35 |
| Postage | 1,218.96 | 1,918.01 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,376.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 55.12 | 2,145.18 |
| NYO Long Distance Telephone | 442.40 | 8,197.93 |
| Use of Cell/Home Phone | 311.38 | 1,701.82 |
| **TOTAL** | **$ 632,911.60** | **$ 1,914,696.27** |