IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 146625 v1
2850487-000001 5/15/2007

**APPENDIX C**

## MARCH 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 4/3  | 3     | Begin work on Rare Earth problems |
| 4/4  | 2     | Work on strategic mineral question; telephone conference with government officials at Department of Interior |
| 4/6  | .5    | Telephone conference with Grace official regarding mineral question |
| 4/11 | 2     | Continue work on Rare Earth |
| 4/17 | 1     | Continue work on Rare Earth |
| 4/18 | 1     | Follow legislative activities regarding asbestos |
| 4/24 | 1     | Work on Rare Earth metals |

# EXPENSES FOR APRIL 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 04/30/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 3/30/2007 | $1.75 |
| Long Distance Charge | 4/2/2007 | $3.15 |
| Long Distance Charge | 4/3/2007 | $0.35 |
| Computer Research | 4/5/2007 | $895.30 |
| Long Distance Charge | 4/6/2007 | $4.55 |
| Long Distance Charge | 4/9/2007 | $4.90 |
| Long Distance Charge | 4/10/2007 | $1.40 |
| Long Distance Charge | 4/11/2007 | $1.05 |
| **Itemized Totals** | | **$912.45** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $17.15 |
| Computer Research | $895.30 |
| **Summarized Totals** | **$912.45** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2007 THROUGH APRIL 30, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 148480 v1
2850487-000002 10/24/2007

## APRIL, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
| --- | --- | --- |
| 4/2 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 4/4 | 6 | Discuss CEO's trip in April to China |
| 4/5 | 4 | Contacted colleagues; Spoke with client regarding the Chinese Children's Program 2007 |
| 4/11 | 4 | Talked with Bill Corcoran of Grace on projects |
| 4/16 | 6 | Arrange meetings with China Government officials |
| 4/19 | 3 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |
| 4/25 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 4/30/2007**
**Bill # 6904672 dated 5/15/2007**

| Description | Date | Amount |
|---|---|---|
| Bill #6904672 itemized totals | | $15,385.72 |

| **Summarized:** | **Amount** |
|---|---|
| Meetings on Behalf on Clients | $ 15,385.72 |
| Bill #6904672 summarized totals | |

See next page for breakdown of expenses.

| | Mar. 20 | Mar. 21 | Mar. 22 | Mar. 23 | Mar. 24 | Mar. 25 | Mar. 26 | Mar. 27 | Mar. 28 |
|---|---|---|---|---|---|---|---|---|---|
| Airfare | $8,880.10 | | | | | | | | |
| Ground Transportation | $71.00 | | $64.93 | | | | $123.37 | $64.93 | |
| Lodging | | $388.10 | $388.10 | $388.10 | $388.10 | $388.10 | $596.02 | $388.10 | $388.10 |
| Breakfast | | | $35.83 | | | | | | $38.83 |
| Lunch | | | | $39.28 | $40.32 | $43.31 | $41.42 | | $45.55 |
| Dinner | | | | $73.62 | | | $8.96 | $104.24 | $89.61 |
| Telephone | | | | | | | | | |
| Entertainment | | | | | | $116.88 | | | $137.64 |
| Non-Meal Tips | | $25.00 | $25.00 | | | | $25.00 | | $25.00 |
| Laundry | | | | | | $47.79 | | | |
| Miscellaneous | $42.00 | | $84.77 | | | | $50.00 | | $67.29 |
| **Joan's Expenses** | $8,993.10 | $413.10 | $598.63 | $501.00 | $428.42 | $596.08 | $844.77 | $557.27 | $792.02 |

| Mar. 29 | Mar. 30 | Totals | WR Grace |
|---|---|---|---|
|  | $6,079.70 | $14,959.80 | $9,873.47 |
| $64.93 | $71.00 | $460.16 | $460.16 |
| $388.10 |  | $3,700.82 | $3,700.82 |
| $38.83 | $38.83 | $152.32 | $152.32 |
|  |  | $209.88 | $209.88 |
| $35.10 |  | $311.53 | $311.53 |
|  | $5.00 | $5.00 | $5.00 |
|  |  | $254.52 | $254.52 |
|  | $25.00 | $125.00 | $125.00 |
|  |  | $47.79 | $47.79 |
|  | $1.17 | $245.23 | $245.23 |
| $526.96 | $6,220.70 | $20,472.05 | $15,385.72 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MAY 1, 2007 THROUGH MAY 30, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 147165 v1
2850487-000001 7/11/2007

## MAY 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 5/2 | 1 | Work with Capitol officials for visit by Grace employees |
| 5/3 | 2.5 | Work with Department of Agriculture officials regarding Chesapeake Bay facilities of interest to Grace |
| 5/7 | 1 | Follow legislative activities regarding asbestos |
| 5/8 | 2 | Work on rare earth metals |
| 5/10 | 1 | Follow legislative activities regarding asbestos |
| 5/15 | 1 | Follow legislative activities regarding asbestos |
| 5/23 | 1 | Follow legislative activities regarding asbestos |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MAY 1, 2007 THROUGH MAY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MAY, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 5/2  | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 5/4  | 6 | Had discussions with Grace to discuss rare earth |
| 5/9  | 4 | Contacted colleagues; Spoke with client regarding the Chinese Children's Program 2007 |
| 5/14 | 4 | Discuss CEO's trip to China |
| 5/15 | 6 | Arrange meetings with China Government officials to discuss rare earth |
| 5/21 | 3 | Discussed the agenda for technical meetings in China |
| 5/25 | 5 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |

## EXPENSES ITEMIZED AND SUMMARIZED FOR MAY, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 5/31/2007**
**Bill # 6913615 dated 6/21/2007**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge | 5/1/07 | 9.60 |
| Meals | 5/1,5/2,5/5,5/11,4/21 | 214.61 |
| Miscellaneous Expenses | 5/9,5/17 | 152.25 |
| Mobile Cell Phones Charges | 5/4/ | 23.08 |
| Parking/Travel Expense- Service Fee | 5/7 | 14.25 |
| **Bill #6913615 itemized totals** | | **$413.79** |

**Bill #6913615 summarized totals**      413.79

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 147166 v1
2850487-000001 7/11/2007

## EXPENSES FOR JUNE 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 06/30/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | | $7.00 |
| Shipping Expense | | $26.48 |
| Long Distance Charge | | $2.80 |
| Long Distance Charge | | $0.70 |
| Shipping Expense | | $16.41 |
| Long Distance Charge | | $3.85 |
| Long Distance Charge | | $0.35 |
| **Itemized Totals** | | **$57.59** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $14.70 |
| Shipping Expense | $42.89 |
| **Summarized Totals** | **$57.59** |

W JDR 147166 v1
2850487-000001 7/11/2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )    Chapter 11
                                                )
W.R.GRACE & CO., et al.[1]                      )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
                                                )

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## JUNE, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 6/1  | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 6/5  | 6 | Sent correspondence discussing the agenda for technical meetings in China |
| 6/6  | 4 | Spoke with client regarding the Chinese Children's Program 2007 |
| 6/13 | 4 | Discuss outcome of CEO's trip to China |
| 6/14 | 6 | Arrange meetings with China Government officials |
| 6/21 | 3 | Had discussions with Grace to discuss rare earth |
| 6/27 | 5 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |

EXPENSES ITEMIZED AND SUMMARIZED FOR JUNE, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 6/30/2007**
**Bill # 6919202 dated 7/18/2007**

| Description | Date | Amount |
| --- | --- | --- |
| Airport Transfers | 6/20 | 30.00 |
| Meetings on behalf of clients | 6/5,6/20 | 52.28 |
| Travel Expenses | 6/20 | 85.62 |
| **Bill #6919202 itemized totals** | | **$167.90** |
| **Bill # 6919202 summarized totals** | | **167.90** |