## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Objection Deadline: November 13, 2007 @ 4:00 p.m. |
| | ) | Hearing Date: November 26, 2007 @ 2:00 p.m. |
| | ) | Re Docket Nos. 17074 & 17323 |

### CERTIFICATE OF NO OBJECTION TO CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' MOTION FOR LEAVE TO FILE THE EXPERT REPORT OF DR. TIM VANDER WOOD

On October 16, 2007, Claimant State of California, Department of General Services ("DGS"), by and through, by and through its undersigned counsel, filed the Motion for Leave to File the Expert Report of Dr. Tim Vander Wood (the "Motion") (Docket No. 17074). Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than November 13, 2007 at 4:00 p.m. (the "Objection Deadline")

The undersigned hereby certifies that, on November 9, 2007, the Debtors filed a response to the Motion (Docket No. 17323), which advised that the Debtors had no objection to the filing of the proposed expert report. The undersigned hereby further certifies that, as of the date hereof, she has received no other formal answers, objections or other responsive pleadings to the Motion, and that she has reviewed the Court's docket in these Chapter 11 cases and no answers, objections or other responsive pleadings to the Motion appear thereon.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 16, 2007
Wilmington, Delaware

          BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman
    Tobey Marie Daluz, Esq. (No. 3939)
    Leslie C. Heilman, Esq. (No. 4716)
    919 North Market Street, 12th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 252-4465
    Facsimile: (302) 252-4466
    Email: daluzt@ballardspahr.com
           heilmanl@ballardspahr.com

    -and-

HAHN & HESSEN LLP
Steven J. Mandelsberg, Esq. (admitted pro hac)
Christina J. Kang, Esq. (admitted pro hac)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: smandelsberg@hahnhessen.com
       ckang@hahnhessen.com

Counsel for Claimant
State of California, Dep't of General Services

DMEAST #9922247 v1