IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING LEAVE FROM THIS COURT'S
DECEMBER 19, 2006 SCHEDULING ORDER AND DECEMBER 14, 2006
CASE MANAGEMENT ORDER REGARDING MOTION OF DEBTORS FOR ENTRY
OF AN ORDER AUTHORIZING SETTLEMENT OF AN ASBESTOS PROPERTY
DAMAGE CLAIM FILED BY THE CITY OF BARNESVILLE, REPRESENTED BY
MOTLEY RICE LLC**

Upon the Motion[3] of the Debtors seeking entry of an order pursuant to Del. Bankr. LR 9006-1(c) and 9006-1(e), Bankruptcy Rule 9006(c) and section 102 of the Bankruptcy Code, for an Order for leave from this Court's Scheduling Order and Case Management Order, so that the

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[3] Capitalized terms not otherwise defined in this Order have the meanings given to them in the Motion for Entry of an Order Authorizing Settlement.

Application may be heard at the Debtors' December 17, 2007 omnibus hearing, and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and due and proper notice of the Motion having been given, and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest, and after due deliberation and sufficient cause appearing:

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

1. The Motion is granted.

2. The Motion for Entry of an Order Authorizing Settlement is hereby scheduled to be heard at the Debtors' December 17, 2007 omnibus hearing.

3. Any objections to the Motion for Entry of an Order Authorizing Settlement must be filed and served so as to be received by December 6, 2007 at 12:00 p.m.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order which is final.

Dated: November ___, 2007

                                                                                Judith K. Fitzgerald
                                                                                United States Bankruptcy Judge