# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Sep-07** |
| Jenni Biggs | 9/4/2007 | 5.70 | $625 | $3,562.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/5/2007 | 9.00 | $625 | $5,625.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/6/2007 | 1.00 | $625 | $625.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/7/2007 | 5.00 | $625 | $3,125.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/10/2007 | 1.50 | $625 | $937.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/11/2007 | 10.50 | $625 | $6,562.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/12/2007 | 4.00 | $625 | $2,500.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/13/2007 | 4.00 | $625 | $2,500.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/14/2007 | 5.50 | $625 | $3,437.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/17/2007 | 10.00 | $625 | $6,250.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/18/2007 | 14.50 | $625 | $9,062.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/19/2007 | 10.00 | $625 | $6,250.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/20/2007 | 15.00 | $625 | $9,375.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/21/2007 | 7.00 | $625 | $4,375.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/23/2007 | 4.80 | $625 | $3,000.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/24/2007 | 20.00 | $625 | $12,500.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/25/2007 | 13.00 | $625 | $8,125.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/26/2007 | 1.00 | $625 | $625.00 | Review Reports |
| Jenni Biggs | 9/27/2007 | 1.50 | $625 | $937.50 | Review Reports |
| Jenni Biggs | 9/28/2007 | 1.50 | $625 | $937.50 | Review Reports |
| | | 144.50 | | $90,312.50 | |
| Julianne Callaway | 9/5/2007 | 7.30 | $300 | $2,190.00 | Analysis |
| Julianne Callaway | 9/6/2007 | 6.30 | $300 | $1,890.00 | Analysis |
| Julianne Callaway | 9/10/2007 | 4.10 | $300 | $1,230.00 | Analysis |
| Julianne Callaway | 9/12/2007 | 4.10 | $300 | $1,230.00 | Analysis |
| Julianne Callaway | 9/14/2007 | 5.80 | $300 | $1,740.00 | Analysis |
| Julianne Callaway | 9/19/2007 | 5.60 | $300 | $1,680.00 | Analysis |
| Julianne Callaway | 9/20/2007 | 5.70 | $300 | $1,710.00 | Analysis |
| Julianne Callaway | 9/21/2007 | 7.50 | $300 | $2,250.00 | Analysis |
| Julianne Callaway | 9/24/2007 | 4.50 | $300 | $1,350.00 | Analysis |
| Julianne Callaway | 9/25/2007 | 13.50 | $300 | $4,050.00 | Analysis |
| | | 64.40 | | $19,320.00 | |
| Melissa Chung | 9/13/2007 | 1.00 | $295 | $295.00 | Analysis |
| Melissa Chung | 9/19/2007 | 0.40 | $295 | $118.00 | Analysis |
| Melissa Chung | 9/21/2007 | 3.00 | $295 | $885.00 | Analysis |
| | | 4.40 | | $1,298.00 | |
| Bryan Gillespie | 9/4/2007 | 3.40 | $400 | $1,360.00 | Analysis |
| Bryan Gillespie | 9/5/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 9/6/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 9/7/2007 | 0.60 | $400 | $240.00 | Analysis |
| Bryan Gillespie | 9/13/2007 | 3.10 | $400 | $1,240.00 | Analysis |
| Bryan Gillespie | 9/14/2007 | 8.10 | $400 | $3,240.00 | Analysis |
| Bryan Gillespie | 9/17/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 9/18/2007 | 2.50 | $400 | $1,000.00 | Analysis |
| Bryan Gillespie | 9/19/2007 | 4.10 | $400 | $1,640.00 | Analysis |
| Bryan Gillespie | 9/20/2007 | 7.80 | $400 | $3,120.00 | Analysis |
| Bryan Gillespie | 9/21/2007 | 2.00 | $400 | $800.00 | Analysis |
| Bryan Gillespie | 9/22/2007 | 2.70 | $400 | $1,080.00 | Analysis |
| Bryan Gillespie | 9/24/2007 | 2.50 | $400 | $1,000.00 | Analysis |
| Bryan Gillespie | 9/25/2007 | 9.10 | $400 | $3,640.00 | Analysis |
| Bryan Gillespie | 9/26/2007 | 0.30 | $400 | $120.00 | Review Reports |
| Bryan Gillespie | 9/27/2007 | 0.90 | $400 | $360.00 | Review Reports |
| | | 52.10 | | $20,840.00 | |
| Jeff Kimble | 9/2/2007 | 3.50 | $375 | $1,312.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/4/2007 | 9.80 | $375 | $3,675.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/5/2007 | 8.60 | $375 | $3,225.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/6/2007 | 8.40 | $375 | $3,150.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/7/2007 | 3.90 | $375 | $1,462.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/9/2007 | 3.00 | $375 | $1,125.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/12/2007 | 8.30 | $375 | $3,112.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/13/2007 | 9.80 | $375 | $3,675.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/14/2007 | 7.20 | $375 | $2,700.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/15/2007 | 1.00 | $375 | $375.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/16/2007 | 1.00 | $375 | $375.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/17/2007 | 11.00 | $375 | $4,125.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/18/2007 | 9.70 | $375 | $3,637.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/19/2007 | 8.90 | $375 | $3,337.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/20/2007 | 13.90 | $375 | $5,212.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/21/2007 | 9.00 | $375 | $3,375.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/23/2007 | 5.00 | $375 | $1,875.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/24/2007 | 13.90 | $375 | $5,212.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/25/2007 | 13.40 | $375 | $5,025.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/26/2007 | 0.30 | $375 | $112.50 | Review Reports |
| Jeff Kimble | 9/27/2007 | 1.00 | $375 | $375.00 | Review Reports |
| Jeff Kimble | 9/28/2007 | 3.90 | $375 | $1,462.50 | Review Reports |
| | | 154.50 | | $57,937.50 | |

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Steve Lin | 9/7/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 9/12/2007 | 3.00 | $425 | $1,275.00 | Analysis |
| Steve Lin | 9/14/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 9/17/2007 | 8.00 | $425 | $3,400.00 | Analysis |
| Steve Lin | 9/18/2007 | 8.00 | $425 | $3,400.00 | Analysis |
| Steve Lin | 9/20/2007 | 8.00 | $425 | $3,400.00 | Rebuttal Report |
| Steve Lin | 9/21/2007 | 8.00 | $425 | $3,400.00 | Rebuttal Report |
| Steve Lin | 9/26/2007 | 2.20 | $425 | $935.00 | Review Reports |
| Steve Lin | 9/27/2007 | 2.30 | $425 | $977.50 | Review Reports |
| Steve Lin | 9/28/2007 | 4.80 | $425 | $2,040.00 | Review Reports |
| | | 49.30 | | $20,952.50 | |
| Adam Luechtefeld | 9/4/2007 | 2.00 | $250 | $500.00 | Supplemental Report |
| Adam Luechtefeld | 9/6/2007 | 4.00 | $250 | $1,000.00 | Supplemental Report |
| Adam Luechtefeld | 9/7/2007 | 1.00 | $250 | $250.00 | Supplemental Report |
| Adam Luechtefeld | 9/7/2007 | 2.00 | $250 | $500.00 | Supplemental Report |
| Adam Luechtefeld | 9/11/2007 | 0.50 | $250 | $125.00 | Supplemental Report |
| Adam Luechtefeld | 9/14/2007 | 2.75 | $250 | $687.50 | Supplemental Report |
| Adam Luechtefeld | 9/19/2007 | 3.50 | $250 | $875.00 | Supplemental Report |
| Adam Luechtefeld | 9/20/2007 | 5.00 | $250 | $1,250.00 | Supplemental Report |
| Adam Luechtefeld | 9/21/2007 | 1.75 | $250 | $437.50 | Supplemental Report |
| Adam Luechtefeld | 9/25/2007 | 3.50 | $250 | $875.00 | Supplemental Report |
| | | 26.00 | | $6,500.00 | |
| Alicia Oliver | 9/5/2007 | 0.50 | $170 | $85.00 | Analysis |
| | | 0.50 | | $85.00 | |
| Brent Petzoldt | 9/19/2007 | 3.20 | $235 | $752.00 | Analysis |
| | | 3.20 | | $752.00 | |
| Dave Powell | 9/14/2007 | 0.30 | $675 | $202.50 | Peer Review |
| Dave Powell | 9/15/2007 | 2.70 | $675 | $1,822.50 | Peer Review |
| Dave Powell | 9/17/2007 | 0.70 | $675 | $472.50 | Peer Review |
| Dave Powell | 9/18/2007 | 0.50 | $675 | $337.50 | Peer Review |
| Dave Powell | 9/19/2007 | 0.50 | $675 | $337.50 | Peer Review |
| Dave Powell | 9/20/2007 | 0.80 | $675 | $540.00 | Peer Review |
| Dave Powell | 9/24/2007 | 6.50 | $675 | $4,387.50 | Peer Review |
| Dave Powell | 9/25/2007 | 4.30 | $675 | $2,902.50 | Peer Review |
| | | 16.30 | | $11,002.50 | |
| Rhamonda Riggins | 9/5/2007 | 1.00 | $295 | $295.00 | RUST Database |
| Rhamonda Riggins | 9/6/2007 | 1.50 | $295 | $442.50 | RUST Database |
| Rhamonda Riggins | 9/7/2007 | 1.00 | $295 | $295.00 | RUST Database |
| Rhamonda Riggins | 9/10/2007 | 1.00 | $295 | $295.00 | Analysis |
| Rhamonda Riggins | 9/17/2007 | 0.50 | $295 | $147.50 | Analysis |
| | | 5.00 | | $1,475.00 | Analysis |
| Ollie Sherman | 9/17/2007 | 1.00 | $675 | $675.00 | Review of Supplemental Report |
| Ollie Sherman | 9/19/2007 | 1.00 | $675 | $675.00 | Review of Rebuttal Report |
| Ollie Sherman | 9/24/2007 | 1.50 | $675 | $1,012.50 | Review of Rebuttal Report |
| Ollie Sherman | 9/25/2007 | 1.00 | $675 | $675.00 | Review of Rebuttal Report |
| | | 4.50 | | $3,037.50 | |
| Patrick Yu | 9/12/2007 | 0.50 | $215 | $107.50 | Analysis |
| Patrick Yu | 9/14/2007 | 2.50 | $215 | $537.50 | Analysis |
| | | 3.00 | | $645.00 | |
| | | 527.70 | | $234,157.50 | |