## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**May 1, 2007 through May 31, 2007**
**(Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| Timothy Tuerff | Partner | 0.5 | $ 600 | $ 300 |
| Mark Wanek | Manager | 5.0 | $ 475 | $ 2,375 |
| **Total Repatriation Planning Total** | | **5.5** | | **$ 2,675** |
| | | | | |
| John Keenan | Director | 0.5 | $ 600 | $ 300 |
| Randall Bessinger | Senior Manager | 5.2 | $ 515 | $ 2,678 |
| **Total Interest Computation Fees** | | **5.7** | | **$ 2,978** |
| | | | | |
| Bryan Collins | Partner | 3.0 | $ 600 | $ 1,800 |
| Matthew Gareau | Senior Manager | 4.0 | $ 515 | $ 2,060 |
| **Total Lonely Parent Fees** | | **7.0** | | **$ 3,860** |
| | | | | |
| Lecia Ross | Administrative | 4.0 | $ 70 | $ 280 |
| **Total Administrative Fees** | | **4.0** | | **$ 280** |
| | | | | |
| **Total Deloitte Tax LLP Fees for May 2007** | | **22.2** | | **$ 9,793** |