# EXHIBIT C

W.R. Grace
Hours Spent by Each Professional
May 1, 2007 through May 31, 2007 (Deloitte Tax LLP)

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 5/3/2007 | Bryan Collins | Loss Carry-back - Lonely Parent Rule Analysis | conference call with Grace and Steptoe & Johnson to discuss the draft Tax Court petition for the 10 year carryback (Lonely Parent) issue | 2 | $ 600 | $ 1,200 |
| 5/16/2007 | Bryan Collins | Loss Carry-back - Lonely Parent Rule Analysis | Analysis regarding tax petitions. | 1 | $ 600 | $ 600 |
| 5/1/2007 | Timothy Tuerff | Repatriation Planning | share redemption question regarding UK subsidiary | 0.5 | $ 600 | $ 300 |
| 5/10/2007 | John Keenan | Interest Computations | Communications with Randy Bessinger prepare for and participate on call with Randy Bessinger and Alan Gibbons from WR Grace | 0.5 | $ 600 | $ 300 |
| 5/9/2007 | Randall Bessinger | Interest Computations | Phone call to discuss my assistance with IRS interest computations-trip to Florida or phone net meetings | 0.5 | $ 515 | $ 258 |
| 5/10/2007 | Randall Bessinger | Interest Computations | Review of Grace's interest comps before net meeting | 1 | $ 515 | $ 515 |
| 5/14/2007 | Randall Bessinger | Interest Computations | Net meeting to discuss approaches to computing IRS interest | 1.3 | $ 515 | $ 670 |
| 5/15/2007 | Randall Bessinger | Interest Computations | F/U questions from Grace regarding interest computations | 0.6 | $ 515 | $ 309 |
| 5/16/2007 | Randall Bessinger | Interest Computations | Review additional information provided for interest comps | 1.8 | $ 515 | $ 927 |
| 5/3/2007 | Matthew Gareau | Loss Carry-back - Lonely Parent Rule Analysis | conference call with Grace and Steptoe & Johnson to discuss the draft Tax Court petition for the 10 year carryback (Lonely Parent) issue | 2 | $ 515 | $ 1,030 |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 5/14/2007 | Matthew Gareau | Loss Carry-back - Lonely Parent Rule Analysis | lonely parent rule analysis | 1 | $ 515 | $ 515 |
| 5/15/2007 | Matthew Gareau | Loss Carry-back - Lonely Parent Rule Analysis | comments - tax court petition | 1 | $ 515 | $ 515 |
| 5/1/2007 | Mark Wanek | Repatriation Planning | WR Grace - UK Analysis - discuss with Sarah Lord her note re the valuation for GCP Ltd, need to create distributable reserves in Grace Ltd, US analysis of share redemption, circulate analysis to Elyse/Debra | 2 | $ 475 | $ 950 |
| 5/8/2007 | Mark Wanek | Repatriation Planning | WR Grace - review correspondence on Belgium distribution; discuss issues with Tim Tuerff / Francois Hinck; call with Francois re status of distribution | 1 | $ 475 | $ 475 |
| 5/20/2007 | Mark Wanek | Repatriation Planning | WR Grace - client correspondence re contacts, discuss transactions with François Hinck re Belgium analysis | 0.5 | $ 475 | $ 238 |
| 5/21/2007 | Mark Wanek | Repatriation Planning | WR Grace -discuss share transactions with François Hinck re Belgium analysis, review correspondence to date and summarize for Tim Tuerff, discuss planning alternatives with Tim Tuerff | 1.5 | $ 475 | $ 713 |
| 5/18/2007 | Lecia Ross | Administrative services | Administrative and Billing services | 3 | $ 70 | $ 210 |
| 5/21/2007 | Lecia Ross | Administrative services | Administrative and Billing services | 0.5 | $ 70 | $ 35 |
| 5/25/2007 | Lecia Ross | Administrative services | Administrative and Billing services | 0.5 | $ 70 | $ 35 |
| | | | **TOTALS:** | 22.2 | | $ 9,793 |

91100-001\DOCS_DE:79005.1