# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**June 1, 2007 through June 30, 2007**
**(Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| Mark Wanek | Manager | 1.0 | $ 475 | $ 475 |
| **Total Repatriation Planning Total** | | **1.0** | | **$ 475** |
| | | | | |
| Randall Bessinger | Senior Manager | 7.0 | $ 515 | $ 3,605 |
| **Total Interest Computation Fees** | | **7.0** | | **$ 3,605** |
| | | | | |
| Matthew Gareau | Senior Manager | 0.5 | $ 515 | $ 258 |
| **Total Lonely Parent Fees** | | **0.5** | | **$ 258** |
| | | | | |
| Lecia Ross | Administrative | 2.3 | $ 70 | $ 161 |
| **Total Administrative Fees** | | **2.3** | | **$ 161** |
| | | | | |
| **Total Deloitte Tax LLP Fees for June 2007** | | **10.8** | | **$ 4,499** |