## EXHIBIT C

**W.R. Grace**
**Hours Spent by Each Professional**
**June 1, 2007 through June 30, 2007**
**(Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 6/4/2007 | Bessinger | Interest Computations | review of WR Grace's IRS interest computations | 1 | $ 515 | $ 515 |
| 6/5/2007 | Bessinger | Interest Computations | review of WR Grace's IRS interest computations | 1 | $ 515 | $ 515 |
| 6/7/2007 | Bessinger | Interest Computations | review of WR Grace's IRS interest computations | 3 | $ 515 | $ 1,545 |
| 6/13/2007 | Bessinger | Interest Computations | review of WR Grace's IRS interest computations | 1 | $ 515 | $ 515 |
| 6/26/2007 | Bessinger | Interest Computations | review of WR Grace's IRS interest computations | 1 | $ 515 | $ 515 |
| 6/25/2007 | Gareau | Loss Carry-back - Lonely Parent Rule Analysis | lonely parent rule analysis | 0.5 | $ 515 | $ 258 |
| 6/8/2007 | Wanek | Repatriation Planning | WR Grace - client correspondence regarding repartriation planning | 0.7 | $ 475 | $ 333 |
| 6/26/2007 | Wanek | Repatriation Planning | WR Grace - client correspondence regarding repartriation planning | 0.3 | $ 475 | $ 143 |
| 6/1/2007 | Ross | Administrative Services | Administrative and billing services | 1 | $ 70 | $ 70 |
| 6/4/2007 | Ross | Administrative Services | Administrative and billing services | 0.5 | $ 70 | $ 35 |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 6/7/2007 | Ross | Administrative Services | Administrative and billing services | 0.3 | $ 70 | $ 21 |
| 6/25/2007 | Ross | Administrative Services | Administrative and billing services | 0.3 | $ 70 | $ 21 |
| 6/27/2007 | Ross | Administrative Services | Administrative and billing services | 0.2 | $ 70 | $ 14 |
| | | | **TOTALS:** | **10.8** | | **$ 4,499** |