# EXHIBIT A

# W R GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2007 - SEPTEMBER 30, 2007

| Matter Code | Project Category | Hours | Total Fees |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & E | 213.1 | $ 124,217.00 |
| 0009 | Asset Dispositions, Sales, Uses and Lease | 0.2 | 121.00 |
| 0013 | Business Operations | 1.4 | 847.00 |
| 0014 | Case Administration | 61.8 | 12,739.50 |
| 0015 | Claims Analysis/Objections/Administration | 1.7 | 1,028.50 |
| 0017 | Committee, Creditors', Noteholders', or | 40.0 | 26,125.00 |
| 0018 | Fee Application, Applicant | 21.4 | 6,809.00 |
| 0019 | Creditor Inquiries | 0.4 | 242.00 |
| 0020 | Fee Application, Others | 8.6 | 4,411.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 17.8 | 10,769.00 |
| 0031 | Investigations | 1.4 | 916.00 |
| 0036 | Plan and Disclosure Statement | 0.7 | 423.50 |
| 0037 | Hearings | 11.4 | 6,897.00 |
| 0040 | Employment Applications - Others | 0.3 | 181.50 |
| 0047 | Tax Issues | 18.2 | 11,181.50 |
| | | | |
| | Total | 398.4 | $ 206,908.50 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | November 1, 2007 |
| INVOICE NO. | 423792 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2007, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/23/2007 | Attend to deposition. Transcripts. | Cromwell, M. | 0.5 |
| 08/24/2007 | Attend to seven deposition transcripts. | Cromwell, M. | 2.1 |
| 09/02/2007 | Attend to depositions and schedule. | Krieger, A. | 0.2 |
| 09/04/2007 | Attend to multiple memoranda with KP and plaintiffs counsel re terms of revised order on Committee's motion (.3); attend to memoranda re deposition schedule (.2); attend to limited objection of ACC to NIOSH protective order (.1); exchange multiple memoranda with KP re agreement to amend the July 10, 2007 order and preparation of supplement to the order (1.3). | Krieger, A. | 1.9 |
| 09/04/2007 | Attention to confidentiality issues re disclosure of PI information, including emails and telephone conference N. Ramsey re same. | Pasquale, K. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/05/2007 | Attend to deposition schedule (.2); attend to revised order re Committee's motion to amend the Court's July 10, 2007 order, competing order and memorandum from claimants' counsel and exchanged memoranda with KP (1.9); attend to deposition related memoranda (.2); exchanged memoranda with J. Baer re Prudential settlement (.1); attend to pleadings for 9/10/07 argument on objections to Canadian claims (2.1); attend to amended order to expand the preliminary injunction and notice of appeal (.1). | Krieger, A. | 4.6 |
| 09/05/2007 | Attention to emails and issues re UCC motion to modify confidentiality order. | Pasquale, K. | 0.3 |
| 09/06/2007 | Attend to proposed Prudential Settlement (1.0); attend to agenda notice of 9/10/07 hearing on Canadian claims and o/c LK and DM re same (.2); attend to memoranda re deposition schedule (.2); memorandum to LK, KP re Prudential settlement (.1); attend to ACC/FCR's limited objection to motion for agreed protective order with Congoleum (.1); attend to scheduling orders re agreed orders with third parties for protective orders (.2); attend to pleadings for 9/10/07 agreement on Canadian claims (1.7); exchanged memoranda with KP re exchange with Van Hooker re proposed revised order supplementing 7/10/07 order (.3). | Krieger, A. | 3.8 |
| 09/06/2007 | Continued emails re UCC motion to modify confidentiality order. | Pasquale, K. | 0.3 |
| 09/07/2007 | Exchanged memoranda with KP re proposed compromise on form of supplemental order to 7/10/07 order (.4); attend to Irvine expert report and pleadings for 9/10/07 Canadian claims hearing (3.6); exchanged memoranda with D. Parsons re agreement of experts to proposed confidentiality agreement (.1); attend to revised proposed order and declaration from David | Krieger, A. | 5.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Parsons and memoranda to KP re my comments thereon (.9). | | |
| 09/07/2007 | Attention to recent PI discovery pleading, discovery responses. | Pasquale, K. | 0.8 |
| 09/09/2007 | Attend to KP mark up of supplemental order and experts statement on confidentiality and memorandum to D. Parsons, N. Ramsey, Van Hocker re same (.4) ;attend to 9/07 amended order re motion to alter/amend order disallowing 71 PD claims (.1); attend to certificate of counsel re revised stipulation and order (Congoleum) (.1). | Krieger, A. | 0.6 |
| 09/10/2007 | Attend to memoranda from plaintiffs' counsels' firms re proposed supplemental order and confidentiality rider (.2); attend to final form of order, confidentiality order and o/c KP re same (4.); attend to US Trustee's motion to appoint an examiner (.3); attend to expert reports (1.9). | Krieger, A. | 2.8 |
| 09/10/2007 | Telephone conference G. Horowitz re discovery issues (.2); attention to discovery and expert issues (.6). | Pasquale, K. | 0.8 |
| 09/11/2007 | Attend to memoranda re deposition schedule (.5); attend to draft certification of counsel re supplemental order amending 7/10/07 order and related expert confidentiality rider (1.2); attend to expert report (1.0); memorandum to M. Lastowski re certification of counsel on Committee's motion to amend (.6); memorandum to A. Basta re Lemen deposition (.2); exchanged memoranda with L. Esayian re PD status conf (.2). | Krieger, A. | 3.7 |
| 09/11/2007 | Review PI expert reports. | Kruger, L. | 0.6 |
| 09/11/2007 | Attention to PI discovery and expert reports/issues. | Pasquale, K. | 2.2 |
| 09/12/2007 | Attend to COC and exchanged memoranda | Krieger, A. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | with KP and then memorandum to M. Lastowski re service and filing of Committee's COC (.7); attend to estimation issues (1.7); exchanged memoranda with ML re service of COC (.2). | | |
| 09/12/2007 | Review rebuttal expert reports. | Kruger, L. | 1.6 |
| 09/12/2007 | Preparation for Lemen deposition (1.5); attention to rebuttal expert report issues (2.0). | Pasquale, K. | 3.5 |
| 09/14/2007 | Attend to order re Congoleum and Towers protective orders (.1); attend to Libby Claimants designation of items for the record and issues statement (.1); attend to Prudential settlement documents (.4); memoranda re changes to deposition schedule (.1). | Krieger, A. | 0.7 |
| 09/14/2007 | Preparation for and participated in Dr. Lemen deposition (telephone). | Pasquale, K. | 5.0 |
| 09/16/2007 | Attend to expert issues and reports. | Krieger, A. | 3.2 |
| 09/16/2007 | Attention to PI estimation issues/expert rebuttal. | Pasquale, K. | 2.0 |
| 09/17/2007 | Attend to PI estimation issues and reports (4.2); attend to PD 9019 settlement motions and exchanged memoranda with L. Esayian re same (.4); attend to memoranda re changes to deposition schedule (.1). | Krieger, A. | 4.7 |
| 09/17/2007 | Review expert rebuttal. | Kruger, L. | 0.8 |
| 09/17/2007 | Attention to PI estimation issues./expert rebuttal. | Pasquale, K. | 3.2 |
| 09/18/2007 | Prep for Thomas Egan deposition. | Cutler, I. | 0.2 |
| 09/18/2007 | Attend Cintani deposition (7.3) attend to memorandum re Cintani deposition (.6); attend to expert issues (2.1). | Krieger, A. | 10.0 |
| 09/18/2007 | Review expert reports. | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/18/2007 | Attention to PI estimation issues, rebuttal expert reports. | Pasquale, K. | 2.4 |
| 09/19/2007 | Office conference with K. Pasquale regarding upcoming depositions. | Arnett, J. | 0.9 |
| 09/19/2007 | Covered deposition of Thomas Egan. | Cutler, I. | 7.2 |
| 09/19/2007 | Attend to expert rebuttal reports (.9); prep for and attend (telephonically) deposition of Gordon Bragg (4.9); memorandum re J. Cintani deposition (.4); attend to protective order re claims processing facility production (.1); attend to memoranda re deposition schedule (.2). | Krieger, A. | 6.5 |
| 09/19/2007 | Review deposition transcripts (.6); review notice of 9/24 agenda (.1); office conf. with A. Krieger re Bragg deposition (.2). | Kruger, L. | 0.9 |
| 09/19/2007 | Attention to PI estimation issues/rebuttal expert report (4.0); confer J. Arnett re: issues for expert depositions (0.6); attention to expert deposition results and testimony (0.7). | Pasquale, K. | 5.3 |
| 09/20/2007 | Prepare for depositions. | Arnett, J. | 3.7 |
| 09/20/2007 | Attend to revised deposition schedule and memoranda thereon (.6); attend to PI estimation issues (.5); memorandum re Bragg deposition (.3). | Krieger, A. | 1.4 |
| 09/20/2007 | Attention to PI estimation issues/rebuttal expert issues. | Pasquale, K. | 3.2 |
| 09/21/2007 | Edited notes re- Egan deposition for Ken Pasquale. | Cutler, I. | 0.5 |
| 09/21/2007 | Calls with expert (.3); attend to estimation issues (.9). | Krieger, A. | 1.2 |
| 09/21/2007 | Review expert report. | Kruger, L. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/21/2007 | Attention to PI estimation issues/rebuttal reports. | Pasquale, K. | 2.8 |
| 09/23/2007 | Attend to rebuttal report and issues. | Krieger, A. | 5.6 |
| 09/23/2007 | Attention to PI estimation rebuttal issues. | Pasquale, K. | 2.2 |
| 09/24/2007 | Prepare for depositions (2.0); office conference with K. Pasquale regarding deposition calendar (.1) | Arnett, J. | 2.1 |
| 09/24/2007 | Attend to rebuttal reports (2.8); o/cs KP re preparation of rebuttal report and service of same (.4); memorandum to M. Lastowski re service of rebuttal report (.2); attend to motion approving PD settlements with Dies & Hile claimants (1.9). | Krieger, A. | 5.3 |
| 09/24/2007 | Review experts reports. | Kruger, L. | 0.7 |
| 09/24/2007 | Attention to PI estimation expert rebuttal issues and reports. | Pasquale, K. | 6.8 |
| 09/25/2007 | Prepare for depositions. | Arnett, J. | 0.7 |
| 09/25/2007 | Reviewed and computed claim amounts for AGK of claims filed. | Holzberg, E. | 1.8 |
| 09/25/2007 | Attend to rebuttal issues and reports (4.6); conf call NCI re rebuttal issues (.5). | Krieger, A. | 5.1 |
| 09/25/2007 | Met with KP, discuss case management, attention to litigation files. | Palacios, G. | 2.8 |
| 09/25/2007 | Attention to parties' fact witness lists (.3); attention to PI estimation expert rebuttal issues and confer Navigant re same (11.2). | Pasquale, K. | 11.5 |
| 09/26/2007 | Attend deposition of Jeffery Posner by phone. | Cutler, I. | 6.9 |
| 09/26/2007 | Attend to rebuttal reports (.8); preparation for Hammar deposition (1.1); attend to ACC's motion to file expert rebuttal reports under seal | Krieger, A. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and memorandum to KP re same (.2). | | |
| 09/26/2007 | Added to PI estimation documents. | Lollie, T. | 2.0 |
| 09/26/2007 | Update expert reports and deposition transcripts files. | Palacios, G. | 4.5 |
| 09/26/2007 | Attention to estimation rebuttal expert reports served. | Pasquale, K. | 4.2 |
| 09/26/2007 | Attend to organization of witness files. | Rodriguez, P. | 2.0 |
| 09/27/2007 | Prepare for depositions. | Arnett, J. | 0.9 |
| 09/27/2007 | Exchanged memoranda with KP re service of Chambers' Report (4.); preparation for and conf call with L. Esayian and Richard Finke (1.3); attendance (telephonically) at Samuel Hammer deposition (6.7); preparation of correspondence to Judge Fitzgerald re courtesy copy of Dr. Chambers' expert report (.3). | Krieger, A. | 8.7 |
| 09/27/2007 | Update expert reports and deposition transcripts files. | Palacios, G. | 3.6 |
| 09/27/2007 | Attention to estimation rebuttal reports and related issues (3.8); attention to testimony from recent expert and fact witness depositions (2.0) | Pasquale, K. | 5.8 |
| 09/28/2007 | Preparation for and attendance (telephonically) at Dr. Frank deposition (6.6); attend to property damage settlements (.6). | Krieger, A. | 7.2 |
| 09/28/2007 | Review estimation rebuttal report. | Kruger, L. | 1.6 |
| 09/28/2007 | Confer w/ K Pasquale re: expert rebuttal reports (.4) ;attention to expert reports (3.9). | Melendres, L. | 4.3 |
| 09/28/2007 | Attention to estimation rebuttal reports and related issues (5.0); attention to Posner deposition transcript (1.4). | Pasquale, K. | 6.4 |
| 09/30/2007 | Attend to proposed protective order re Celotex data. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/30/2007 | Attention to expert reports. | Melendres, L. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Arnett, Jennifer | 8.3 | $ 465 | $ 3,859.50 |
| Cromwell, Marlon E. | 2.6 | 215 | 559.00 |
| Cutler, Ilana | 14.8 | 335 | 4,958.00 |
| Holzberg, Ethel H. | 1.8 | 255 | 459.00 |
| Krieger, Arlene G. | 87.0 | 605 | 52,635.00 |
| Kruger, Lewis | 8.6 | 860 | 7,396.00 |
| Lollie, Toya | 2.0 | 165 | 330.00 |
| Melendres, Linda M. | 5.9 | 260 | 1,534.00 |
| Palacios, Gino D. | 10.9 | 225 | 2,452.50 |
| Pasquale, Kenneth | 69.2 | 720 | 49,824.00 |
| Rodriguez, Peter J. | 2.0 | 105 | 210.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 124,217.00 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 124,217.00 |
|-----------------------|--------------|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|----|---|
|    | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/12/2007 | Exchanged memoranda with J. McFarland re information on new potential acquisition. | Krieger, A. | 0.1 |
| 09/28/2007 | Exchanged memoranda with J. McFarland re status of transaction under discussion. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 605 | $ 121.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 121.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 121.00 |
|---|---|

# STROOCK

PAGE: 10

| RE | Business Operations 699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/14/2007 | Attend to Capstone's report on 2nd quarter operations (1.1); t/c S. Cunningham re Capstone report and related matters (.3). | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 605 | $ 847.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 847.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 847.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/04/2007 | Call to court call for A. Krieger to attend hearing on 9/10 telephonically (.2). Reviewed Legal docket to update status (.9). | Holzberg, E. | 1.1 |
| 09/04/2007 | Exchanged memoranda with J. Baer re US Trustee's motion to appoint an examiner (.1); memorandum to EH re 9/10/07 court call arrangements (.1). | Krieger, A. | 0.2 |
| 09/04/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.1); attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 2.2 |
| 09/05/2007 | Memoranda re Grace representatives call. | Krieger, A. | 0.2 |
| 09/05/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4); retrieve certain pleadings for attorney review (.6). | Mohamed, D. | 3.4 |
| 09/06/2007 | O/c DM re 8/29/07 filing of Prudential settlement and request to check docket for other filings not notified of (.2); memorandum to J. Baer re failure to receive electronic notifications for docket items 16995 through 16703 on 8/29/07 (.1). | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/06/2007 | Oc's w/ D. Mohamed re: e-notification on W.R. Grace (.2); call w/ DE Clerk's Office re: same (.2). | Magzamen, M. | 0.4 |
| 09/06/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (2.1), research re lapse of electronic notifications of pleadings (.5). | Mohamed, D. | 3.2 |
| 09/07/2007 | Reviewed docket to update status. | Holzberg, E. | 1.1 |
| 09/07/2007 | O/c LK re Grace representatives call on 9/11/07 and memorandum to J. Baer re same (.2); exchanged memoranda with LK, KP and memorandum to M. Shelnitz re article on status of negotiations reported (.3). | Krieger, A. | 0.5 |
| 09/07/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.5); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.6 |
| 09/09/2007 | Attend to recently filed certifications of counsel. | Krieger, A. | 0.3 |
| 09/10/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.6 |
| 09/10/2007 | Review memo re hearing on objection to Canadian claims. | Kruger, L. | 0.4 |
| 09/10/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); retrieve certain pleadings for attorney review (.4); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.6 |
| 09/11/2007 | Reviewed docket to update status. | Holzberg, E. | 0.8 |
| 09/11/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/12/2007 | Attend to newly filed certifications. | Krieger, A. | 0.4 |
| 09/12/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.9), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.0 |
| 09/13/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.7), retrieve certain pleadings for attorney review (.6), review case file documents in preparation for central file supplementation (.8); review fee auditor's chart for the twenty-fourth interim period with regards to Stroock's figures for any discrepancies and forward corrections to fee auditor (.9). | Mohamed, D. | 3.5 |
| 09/14/2007 | Attend to response to S. Bosay re 24th Interim Compensation Charts (.1).; attend to newly filed certifications (.2). | Krieger, A. | 0.3 |
| 09/14/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.8), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.9 |
| 09/17/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.9), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.0 |
| 09/18/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.9 |
| 09/18/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (2.8). | Mohamed, D. | 3.3 |
| 09/19/2007 | Attend to certifications, applications. | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/19/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (2.1), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), retrieve certain pleadings for attorney review (.4). | Mohamed, D. | 3.7 |
| 09/20/2007 | Court call to arrange for AGK to attend hearing telephonically. | Holzberg, E. | 0.2 |
| 09/20/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed in main case (.8), review case file documents in preparation for central file supplementation (1.1), retrieve certain pleadings for attorney review (.6). | Mohamed, D. | 3.0 |
| 09/21/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.8), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.9 |
| 09/24/2007 | Office conf. with A. Krieger re omnibus hearing and issue of examiner re Tersigni issue. | Kruger, L. | 0.3 |
| 09/24/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.3), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), retrieve certain pleadings for attorney review (.5). | Mohamed, D. | 2.9 |
| 09/25/2007 | Reviewed docket to update status. | Holzberg, E. | 1.0 |
| 09/25/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (2.4), retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4). | Mohamed, D. | 3.4 |
| 09/26/2007 | Reviewed emails of docket entries. Reviewed docket to update status. | Holzberg, E. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/26/2007 | Attend to notices, applications and certifications. | Krieger, A. | 0.4 |
| 09/26/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.2), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.3 |
| 09/27/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.6), retrieve certain pleadings for attorney review (.7). | Mohamed, D. | 2.8 |
| 09/28/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.1), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), prepare sub-folders pertaining to correspondence, pleadings and research (.7). | Mohamed, D. | 2.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 6.8 | $ 255 | $ 1,734.00 |
| Krieger, Arlene G. | 3.2 | 605 | 1,936.00 |
| Kruger, Lewis | 0.7 | 860 | 602.00 |
| Magzamen, Michael S. | 0.4 | 255 | 102.00 |
| Mohamed, David | 50.7 | 165 | 8,365.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,739.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,739.50 |
|-----------------------|-------------|

# STROOCK

---
PAGE: 16
---

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71042830v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/03/2007 | Memorandum to J. Baer re additional inquiry on Continental settlement. | Krieger, A. | 0.2 |
| 09/04/2007 | Exchanged memoranda with J. Baer re additional inquiries re the Continental settlement (.2); exchanged memoranda with JB re conf call to discuss outstanding points (.1); attend to review of CNA policy (.7); preparation for and conf call with JB, J. Posner re BP and Continental settlement information (.5). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 605 | $ 1,028.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,028.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,028.50 |
|---|---|

# STROOCK

PAGE: 18

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/03/2007 | Attend to memorandum to the Committee re BP and Continental settlements and additional information from Debtors' counsel (2.9); attend to memorandum to the Committee re 8/29/07 hearing on Charter Oak retention (.6). | Krieger, A. | 3.5 |
| 09/04/2007 | Attend to memorandum to the Committee re US Trustee's examiner appointment motion, and the August 29 hearing on the Charter Oak retention (.8); attend to revised memorandum re BP and Continental settlement motions (2.8); t/c J. Dolan re 9/26/07 meeting and agenda (.3); conf call J. Baer re status of pending matters and agenda for 9/26/07 meeting (.2). | Krieger, A. | 4.1 |
| 09/05/2007 | Attend Committee memorandum re BP and Continental settlements and memorandum to C. Freedgood re same (.6); memorandum to the Committee re settlements (.2); memorandum to the Committee re Charter Oak retention hearing and Tersigni billing investigation (.5); exchanged memoranda with E. Ordway re 9/26/07 meeting (.2); memoranda re agenda (1.6). | Krieger, A. | 3.1 |
| 09/06/2007 | Attend to proposed agenda from J. O'Connell and exchanged memoranda with J. Dolan re revisions thereto, Grace participants at the meeting (.6); memorandum to LK, KP re 9/26/07 agenda (.2); exchanged memoranda with M. Berg, P. McGrath 9/26/07 meeting and environmental matters to be addressed (.5); attend to memorandum to the Committee re | Krieger, A. | 3.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Prudential settlement (1.7); attend to memorandum to the Committee re compensation related motions, including OCP motion, Morrison & Foerster LLP retention (.7). | | |
| 09/07/2007 | Exchanged memoranda with P. McGrath re FUSRAP matter and 9/26/07 meeting (.4); exchanged memoranda with C. Freedgood re article on plan negotiations (.1); memorandum to E. Ordway, S. Cunningham re same (.1). | Krieger, A. | 0.6 |
| 09/11/2007 | Conf call with Grace representatives re pending matters, and matters to be discussed at 9/26/06 meeting (.6); exchanged memoranda with J. Dolan re meeting agenda (.2); memoranda to Committee members re 9/26/07 meeting (.5); attend to memorandum to J. O'Connell re 9/26/07 meeting (.4); conf call S. Cunningham, J. Dolan re matters to be addressed 9/26/07 (.4): memorandum to LK, KP re 9/26/07 meeting (.1). | Krieger, A. | 2.2 |
| 09/11/2007 | Office conf with K. Pasquale, A. Krieger and Call with Shelnitz and debtor professionals regular update call and office conf with K. Pasquale and A. Krieger post call. | Kruger, L. | 0.6 |
| 09/11/2007 | Conference call with debtors, L. Kruger, A. Krieger re status. | Pasquale, K. | 0.5 |
| 09/14/2007 | Exchanged memoranda with J. O'Connell re 9/26/07 materials (.3); exchanged memoranda with Committee member re contact information (.1); attend to contact information for J. O'Connell (.6). | Krieger, A. | 1.0 |
| 09/17/2007 | Attend to memorandum to J. O'Connell re contact information for Debtors/Blackstone materials. | Krieger, A. | 0.2 |
| 09/18/2007 | Exchanged memoranda with J. O'Connell re 9/26/07 meeting (.4); memorandum to the Committee re 9/20/07 meeting (.4). | Krieger, A. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/19/2007 | Memorandum to J. O'Connell re 9/26/07 meeting (.1); memorandum to Committee member re 9/26/07 meeting (.1); memorandum to M. Berg re 9/26/07 meeting (.1). | Krieger, A. | 0.3 |
| 09/20/2007 | Memorandum to the Committee re presentation materials (.2); memorandum to Committee re 9/26/07 meeting (.1); memorandum to M. Berg re 9/26/07 meeting (.1). | Krieger, A. | 0.4 |
| 09/20/2007 | Review memo to committee re materials from 9/26 meeting (.2); review memo re Bragg deposition (.2); review EPA agreement (.7). | Kruger, L. | 1.1 |
| 09/25/2007 | Attend to memorandum to the Committee re PD claims settlements (1.6); preparation for 9/26/07 Committee meeting (1.6). | Krieger, A. | 3.2 |
| 09/25/2007 | Review Grace materials for 9/26/07 committee meeting. | Kruger, L. | 0.8 |
| 09/26/2007 | Attend Committee meeting at K&E offices with representatives for the Debtors re: operating results, environmental matters other. | Krieger, A. | 3.6 |
| 09/26/2007 | Committee meeting with debtor re debtors financial performance, litigation, environmental issues, strategy and committee meeting re same. | Kruger, L. | 3.2 |
| 09/26/2007 | Meeting with debtors, professionals and committee re business plan, case issues, etc. | Pasquale, K. | 3.6 |
| 09/30/2007 | Draft memorandum to the Committee re Dies and Prudential PD settlements. | Krieger, A. | 3.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 30.2 | $ 605 | $ 18,271.00 |
| Kruger, Lewis | 5.7 | 860 | 4,902.00 |
| Pasquale, Kenneth | 4.1 | 720 | 2,952.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 26,125.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 26,125.00 |
|---|---|

.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|----|--------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/02/2007 | Attend to SSL's July 2007 fee statement. | Krieger, A. | 1.6 |
| 09/04/2007 | Reviewed and made additional edits to July monthly application. | Holzberg, E. | 0.9 |
| 09/05/2007 | Reviewed edits and worked on July bill. | Holzberg, E. | 0.9 |
| 09/06/2007 | Worked on July monthly fee application. | Holzberg, E. | 2.8 |
| 09/10/2007 | Started to review time and worked on 77th monthly fee for August. | Holzberg, E. | 3.5 |
| 09/12/2007 | Updated July bill. | Holzberg, E. | 0.8 |
| 09/12/2007 | Attend to August 2007 fee statement. | Krieger, A. | 1.7 |
| 09/14/2007 | Checked additional time for 77th monthly fee application. | Holzberg, E. | 2.8 |
| 09/14/2007 | Attend to August 2007 fee statement. | Krieger, A. | 0.6 |
| 09/14/2007 | Review Stroock's seventy-sixth monthly fee statement for July 2007 in preparation for filing (.7), prepare affidavit of service re same and forward to local counsel for filing (.4), prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.7 |
| 09/17/2007 | Worked on 77th monthly fee application for August. | Holzberg, E. | 2.0 |
| 09/28/2007 | Completed 77th monthly fee application and prepared for filing (1.6).  Reviewed Navigant's bill (.1). | Holzberg, E. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/28/2007 | Attend to SSL's August 2007 fee statement. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 15.4 | $ 255 | $ 3,927.00 |
| Krieger, Arlene G. | 4.3 | 605 | 2,601.50 |
| Mohamed, David | 1.7 | 165 | 280.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,809.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,809.00 |
|---|---|

# STROOCK

PAGE: 24

| RE | Creditor Inquiries |
| --- | --- |
| | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/17/2007 | Tel. conf. w/ creditor re prospects of payment of post-interest on unsecured claims in Grace case and relevant case law re same (.3); emails Krieger re same (.1). | Wildes, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Wildes, Denise K. | 0.4 | $ 605 | $ 242.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 242.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 242.00 |
| --- | --- |

# STROOCK

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/02/2007 | Attend to memo to M. Lyman re July 2007 invoice inquiry (.3);attend to Fee Examiner's final reports regarding Forman Perry's fee application for fees above the OCP cap for the April 2006 through March 31, 2007 period (.5). | Krieger, A. | 0.8 |
| 09/04/2007 | Attend to US Trustee's objection to supplemental response by Forman & Perry. | Krieger, A. | 0.1 |
| 09/05/2007 | Attend to Debtors' motion to increase the total OCP cap and amend procedures for seeking amounts above the monthly cap. | Krieger, A. | 0.2 |
| 09/06/2007 | Attend to recently filed fee applications. | Krieger, A. | 0.8 |
| 09/07/2007 | Attend to recently filed fee applications, certifications, fee auditors final reports. | Krieger, A. | 0.9 |
| 09/09/2007 | Attend to US Trustee's supplemental response to compensation application of Forman & Perry for 4/06 to 3/07 period (.1); attend to ACC's supplemental response to Forman Perry's application (.1). | Krieger, A. | 0.2 |
| 09/10/2007 | Attend to fee examiner's final reports. | Krieger, A. | 0.2 |
| 09/11/2007 | Review Capstone Advisory Group's forty-first monthly fee statement for June 2007 in preparation for filing (.5), prepare notice and affidavit of service re same and forward to local counsel for filing (.6). | Mohamed, D. | 1.1 |
| 09/12/2007 | Exchanged memoranda with A. McIntosh re Navigant's July 2007 invoice and attend to | Krieger, A. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | same (.2) ;attend to newly filed fee applications, final reports (.7); attend to Navigant's revised July 2007 invoice (.3). | | |
| 09/12/2007 | Prepare and effectuate service re Capstone Advisory Group's forty-first monthly fee statement for June 2007. | Mohamed, D. | 0.7 |
| 09/14/2007 | Attend to Navigant's further revised July 2007 invoice (.4); attend to newly filed applications, related certifications, fee auditor's final reports (.7). | Krieger, A. | 1.1 |
| 09/19/2007 | Attend to response by Forman Perry to fee auditor's final report on 24th interim period (.3); attend to fee applications (.3). | Krieger, A. | 0.6 |
| 09/26/2007 | Attend to fee examiner's reports (.2); attend to Navigant's August 2007 invoice (.1). | Krieger, A. | 0.3 |
| 09/28/2007 | Attend to Navigant's August invoice and follow-up exchange of memoranda re same. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 6.8 | $ 605 | $ 4,114.00 |
| Mohamed, David | 1.8 | 165 | 297.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,411.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,411.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/06/2007 | E-mails re 9/26 meeting with debtor. | Berg, M. | 0.1 |
| 09/06/2007 | Attend to memorandum from P. McGrath re FUSRAP program and review underlying documents. | Krieger, A. | 0.3 |
| 09/11/2007 | T/c J. O'Connell re documentation with respect to EPA multi-site settlement. | Krieger, A. | 0.1 |
| 09/14/2007 | Attend to multi site settlement materials and memorandum to P. McGrath, M. Berg re same. | Krieger, A. | 1.3 |
| 09/17/2007 | Preparation for meeting with Company re EPA settlement; begin review of site summaries; settlement documents. | Berg, M. | 0.6 |
| 09/17/2007 | T/c S. Cunningham re environmental settlement (.2); exchanged memoranda with P. McGrath re same (.1); memorandum to M. Berg re environmental claim schedules (.3). | Krieger, A. | 0.6 |
| 09/20/2007 | Attend to multi-site agreement with the EPA. | Krieger, A. | 3.7 |
| 09/21/2007 | Review Global Settlement Agreement; review materials provided by debtor. | Berg, M. | 1.8 |
| 09/21/2007 | Memoranda to P. McGrath, M. Berg re environmental settlement observations (.4); attend to settlement agreement (2.8). | Krieger, A. | 3.2 |
| 09/24/2007 | Conference call with A. Krieger and P. McGrath re Global EPA settlement. | Berg, M. | 1.0 |
| 09/24/2007 | Attend to environmental settlement and related | Krieger, A. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | materials (.6); conf call P. McGrath, M. Berg re multisite settlement agreement (1.0). |  |  |
| 09/26/2007 | Participate by telephone in meeting with Grace and Committee regarding environmental settlement. | Berg, M. | 2.1 |
| 09/26/2007 | Exchanged memoranda with MB and P. McGrath re environmental matters meeting (.4); o/c S. Cunningham re environmental meeting and information request (.2); o/c J. Baer re environmental matters meeting (.2). | Krieger, A. | 0.8 |
| 09/27/2007 | Exchanged memoranda re M. Berg, P. McGrath, S. Cunningham re meeting with Debtors' representatives over environmental settlements (.2); memorandum to J. Baer re same (.1). | Krieger, A. | 0.3 |
| 09/28/2007 | Exchanged memoranda with J. Baer re meeting on environmental matters (.1); memoranda to S. Cunningham, M. Berg re same (.1). | Krieger, A. | 0.2 |
| 09/30/2007 | Exchanged memoranda with M. Berg re meeting with Debtors' representatives. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 5.6 | $ 605 | $ 3,388.00 |
| Krieger, Arlene G. | 12.2 | 605 | 7,381.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,769.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,769.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

RE        Expenses
          699843  0024

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 115.64 |
| Long Distance Telephone | 64.48 |
| Duplicating Costs-in House | 232.50 |
| Court Reporting Services | 2279.00 |
| In House Messenger Service | 53.34 |
| Travel Expenses - Transportation | 165.80 |
| Westlaw | 146.13 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,056.89 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,056.89 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| RE | Investigations |
|---|---|
| | 699843  0031 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/24/2007 | Attention to 9th Circuit opinion on Libby appeal. | Pasquale, K. | 0.6 |
| 09/26/2007 | Attend to 9th Cir. Decision re Libby criminal litigation. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 605 | $ 484.00 |
| Pasquale, Kenneth | 0.6 | 720 | 432.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 916.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 916.00 |
|---|---|

# STROOCK

PAGE: 32

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/07/2007 | O/c LK re plan negotiations. | Krieger, A. | 0.1 |
| 09/19/2007 | Attend to plan related issues. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.7 | $ 605 | $ 423.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 423.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 423.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| RE | Hearings<br>699843 0037 |
|----|----------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/07/2007 | Attend to transcript of 8/29/07 hearing. | Krieger, A. | 0.8 |
| 09/09/2007 | Attend to 8/29 hearing transcript. | Krieger, A. | 1.8 |
| 09/10/2007 | Preparation for and attend hearing re Debtors' summary judgment hearing on objection to Canadian claims (4.2); attend to memorandum on hearing (1.6). | Krieger, A. | 5.8 |
| 09/11/2007 | Complete memorandum re 9/10/07 hearing on objection to Canadian claims. | Krieger, A. | 0.6 |
| 09/19/2007 | Attend to agenda notice for 9/24/07 hearing. | Krieger, A. | 0.1 |
| 09/23/2007 | Prepare for 9/24/07 hearing. | Krieger, A. | 0.3 |
| 09/24/2007 | Attend omnibus hearing re Creditors' Committee motion to amend July 10, 2007 order, US Trustee's motion to appoint an examiner, other (1.6); o/c KP re same (.3); o/c LK re same (.1). | Krieger, A. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.4 | $ 605 | $ 6,897.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,897.00 |
|------------------------------------------|------------|

# STROOCK

| PAGE: 34 | |
| --- | --- |
| TOTAL FOR THIS MATTER | $ 6,897.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

PAGE: 35

| RE | Employment Applications - Others<br>699843 0040 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/06/2007 | Attend to motion to retain Morrison & Foerster. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 605 | $ 181.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 181.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 181.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| RE | Tax Issues 699843 0047 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/11/2007 | Memo to M. Greenberg, M. Eichler re tax optimization presentation matter. | Krieger, A. | 0.2 |
| 09/14/2007 | Exchanged memorandum with S. Cunningham re Debtors' motion on restructuring for tax purposes and proposed conference call (.1); memorandum to M. Greenberg, M. Eichler re above and attend to draft motion (.9). | Krieger, A. | 1.0 |
| 09/17/2007 | Reviewing motion re: Optimization Plan; conference call describing plan and benefits; discussion with M. Greenberg, A. Krieger and S. Cunningham re: same. | Eichler, M. | 1.5 |
| 09/17/2007 | Call with Company et al re optimization plan; follow up call with Krieger, Eichler and Capstone. | Greenberg, M. | 1.1 |
| 09/17/2007 | Memoranda to M. Greenberg, M. Eichler re case status (.6); prep for conference call and calls on Debtors' optimization transactions (1.5). | Krieger, A. | 2.1 |
| 09/18/2007 | Reviewing and revising diligence request list. | Eichler, M. | 0.5 |
| 09/18/2007 | Exchanged memoranda with J. Dolan re questions on optimization plan (.2); memorandum to MG and ME re same (.1). | Krieger, A. | 0.3 |
| 09/20/2007 | Reviewing and revising presentation prepared by Capstone describing "Optimization Plan." | Eichler, M. | 3.5 |
| 09/20/2007 | Attend to tax optimization plan material, draft information request (.8) and outline and t/c S. | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Cunningham re same (.4); exchanged further memoranda re information request; follow up conf call with E. Filon (.3); o/c M. Eichler re presentation for the Committee, COLI liquidation and follow up conf call (.3). | | |
| 09/21/2007 | Memorandum to S. Cunningham re conf call with E. Filon. | Krieger, A. | 0.1 |
| 09/24/2007 | Reviewing revised presentation and background materials supplied by company; conference call with company re: Optimization Plan; updating presentation to reflect additional information received on conference call. | Eichler, M. | 2.8 |
| 09/24/2007 | Exchanged memoranda with J. Dolan re memorandum addressing optimization plan (.1); o/c M. Eichler re conf call with Elyse Filon (.2); exchanged memoranda with S. Cunningham re same (.2). | Krieger, A. | 0.5 |
| 09/25/2007 | Drafting comments to presentation; t/c with J. Dolan re: same. | Eichler, M. | 0.3 |
| 09/25/2007 | Attend to Capstone memorandum re Debtors' tax optimization plan (.7); t/c J. Dolan re optimization plan and memorandum describing same (.7). | Krieger, A. | 1.4 |
| 09/27/2007 | Attend to Capstone's revised memorandum to the committee re tax optimization plan and memorandum to J. Dolan re same. | Krieger, A. | 0.7 |
| 09/28/2007 | T/c J. Dolan re Capstone memorandum on tax optimization program. | Krieger, A. | 0.4 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 8.6 | $ 605 | $ 5,203.00 |
| Greenberg, Mayer | 1.1 | 760 | 836.00 |
| Krieger, Arlene G. | 8.5 | 605 | 5,142.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,181.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 11,181.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 206,908.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 3,056.89 |
| TOTAL BILL | $ 209,965.39 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.