# EXHIBIT B

# W R GRACE & CO
## SUMMARY OF FEES
### SEPTEMBER 1, 2007 - SEPTEMBER 30, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 1.1 | $ 760 | $ 836.00 |
| Kruger, Lewis | 15.0 | 860 | 12,900.00 |
| Pasquale, Kenneth | 73.9 | 720 | 53,208.00 |
| | | | |
| **Associates** | | | |
| Arnett, Jennifer | 8.3 | 465 | 3,859.50 |
| Cutler, Ilana | 14.8 | 335 | 4,958.00 |
| Eichler, Mark | 8.6 | 605 | 5,203.00 |
| Krieger, Arlene G. | 168.7 | 605 | 102,063.50 |
| Melendres, Linda M. | 5.9 | 260 | 1,534.00 |
| Wildes, Denise K. | 0.4 | 605 | 242.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 24.0 | 255 | 6,120.00 |
| Magzamen, Michael S. | 0.4 | 255 | 102.00 |
| Palacios, Gino D. | 10.9 | 225 | 2,452.50 |
| Berg, Madelaine | 5.6 | 605 | 3,388.00 |
| Cromwell, Marlon E. | 2.6 | 215 | 559.00 |
| Lollie, Toya | 2.0 | 165 | 330.00 |
| Mohamed, David | 54.2 | 165 | 8,943.00 |
| Rodriguez, Peter J. | 2.0 | 105 | 210.00 |
| | | | |
| **Total** | **398.4** | | **$ 206,908.50** |

NY 71042830v1