# EXHIBIT C

W R GRACE & CO

DISBURSEMENT SUMMARY

SEPTEMBER 1, 2007 - SEPTEMBER 30,2007

| | |
|---|---:|
| Outside Messenger Service | 115.64 |
| Long Distance Telephone | 64.48 |
| Duplicating Costs-in House | 232.50 |
| Court Reporting Services | 2,279.00 |
| In House Messenger Service | 53.34 |
| Travel Expenses - Transportation | 165.80 |
| Westlaw | 146.13 |
| | |
| Total | 3,056.89 |

NY 71042830v1

# STROOCK

## Disbursement Register

| DATE | October 31, 2007 |
|------|------------------|
| INVOICE NO. | 423792 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXSPENSES INCURRED in the captioned matter for the period through September 30, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Outside Messenger Service**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827357; DATE: 09/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196750066 on 08/30/2007 | 9.70 |
| 09/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827357; DATE: 09/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196754679 on 08/30/2007 | 9.70 |
| 09/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827357; DATE: 09/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197035882 on 08/30/2007 | 15.06 |
| 09/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827357; DATE: 09/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199189696 on 08/30/2007 | 9.70 |
| 09/17/2007 | VENDOR: UPS; INVOICE#: 0000010X827377; DATE: 09/15/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Mary Lyman Esq. Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270194609393 on 09/10/2007 | 7.05 |
| 09/17/2007 | VENDOR: UPS; INVOICE#: 0000010X827377; DATE: 09/15/2007; | 7.05 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM Monika Lee, 180 Maiden Lane, New York, NY TO Mary Lyman Esq. Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270192089495 on 09/11/2007 | |
| 09/17/2007 | VENDOR: UPS; INVOICE#: 0000010X827377; DATE: 09/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198503874 on 09/12/2007 | 6.49 |
| 09/17/2007 | VENDOR: UPS; INVOICE#: 0000010X827377; DATE: 09/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198737087 on 09/12/2007 | 6.49 |
| 09/17/2007 | VENDOR: UPS; INVOICE#: 0000010X827377; DATE: 09/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197962899 on 09/12/2007 | 9.22 |
| 09/17/2007 | VENDOR: UPS; INVOICE#: 0000010X827377; DATE: 09/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195737305 on 09/12/2007 | 6.49 |
| 09/24/2007 | VENDOR: UPS; INVOICE#: 0000010X827387; DATE: 09/22/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190602307 on 09/14/2007 | 6.49 |
| 09/24/2007 | VENDOR: UPS; INVOICE#: 0000010X827387; DATE: 09/22/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191789525 on 09/14/2007 | 6.49 |
| 09/24/2007 | VENDOR: UPS; INVOICE#: 0000010X827387; DATE: 09/22/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193787514 on 09/14/2007 | 6.49 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/24/2007 | VENDOR: UPS; INVOICE#: 0000010X827387; DATE: 09/22/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194952333 on 09/14/2007 | 9.22 |

**Outside Messenger Service Total**      **115.64**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 09/04/2007 | EXTN.5562, TEL.215-772-7354, S.T.14:54, DUR.00:03:42 | 1.88 |
| 09/06/2007 | EXTN.4689, TEL.302-252-2887, S.T.12:32, DUR.00:03:24 | 1.88 |
| 09/06/2007 | EXTN.5431, TEL.410-531-4212, S.T.10:38, DUR.00:01:48 | 0.94 |
| 09/06/2007 | EXTN.5485, TEL.302-252-2887, S.T.12:14, DUR.00:10:18 | 5.16 |
| 09/06/2007 | EXTN.6689, TEL.302-252-2887, S.T.12:30, DUR.00:02:12 | 1.41 |
| 09/11/2007 | EXTN.5475, TEL.302-657-4900, S.T.17:08, DUR.00:00:12 | 0.47 |
| 09/19/2007 | EXTN.5475, TEL.214-698-3868, S.T.10:44, DUR.00:00:42 | 0.47 |
| 09/20/2007 | EXTN.5544, TEL.201-587-7111, S.T.12:39, DUR.00:23:54 | 11.26 |
| 09/21/2007 | EXTN.3544, TEL.302-657-4942, S.T.11:39, DUR.00:12:24 | 6.10 |
| 09/21/2007 | EXTN.5544, TEL.203-862-8202, S.T.14:39, DUR.00:01:36 | 0.94 |
| 09/24/2007 | EXTN.5562, TEL.312-861-2422, S.T.10:36, DUR.00:19:48 | 9.38 |
| 09/24/2007 | EXTN.5562, TEL.202-973-2400, S.T.14:37, DUR.00:25:12 | 12.19 |
| 09/25/2007 | EXTN.5511, TEL.206-340-1316, S.T.14:30, DUR.00:03:12 | 1.88 |
| 09/25/2007 | EXTN.5562, TEL.410-531-4000, S.T.14:32, DUR.00:00:18 | 0.47 |
| 09/25/2007 | EXTN.5562, TEL.337-583-2611, S.T.14:33, DUR.00:00:18 | 0.47 |
| 09/25/2007 | EXTN.5562, TEL.978-844-1039, S.T.15:01, DUR.00:03:30 | 1.88 |
| 09/26/2007 | EXTN.5005, TEL.905-598-0995, S.T.16:15, DUR.00:00:30 | 1.60 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/26/2007 | EXTN.5005, TEL.908-598-0995, S.T.16:16, DUR.00:01:06 | 0.94 |
| 09/26/2007 | EXTN.5005, TEL.908-673-9757, S.T.16:20, DUR.00:02:00 | 0.94 |
| 09/27/2007 | EXTN.5511, TEL.412-644-3541, S.T.15:50, DUR.00:01:18 | 0.94 |
| 09/27/2007 | EXTN.5666, TEL.202-879-5000, S.T.11:20, DUR.00:06:30 | 3.28 |
| | **Long Distance Telephone Total** | **64.48** |

**Duplicating Costs-in House**

| DATE | AMOUNT |
|------|--------|
| 09/04/2007 | 0.60 |
| 09/07/2007 | 0.40 |
| 09/10/2007 | 45.60 |
| 09/13/2007 | 0.90 |
| 09/17/2007 | 0.10 |
| 09/19/2007 | 7.60 |
| 09/20/2007 | 6.10 |
| 09/24/2007 | 10.00 |
| 09/24/2007 | 0.30 |
| 09/25/2007 | 9.20 |
| 09/26/2007 | 63.70 |
| 09/26/2007 | 5.00 |
| 09/27/2007 | 2.20 |
| 09/27/2007 | 21.60 |
| 09/28/2007 | 55.50 |
| 09/28/2007 | 0.20 |
| 09/28/2007 | 3.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Duplicating Costs-in House Total** | **232.50** |
| **Court Reporting Services** | | |
| 09/18/2007 | VENDOR: National Depo; INVOICE#: DC9863; DATE: 7/31/2007 - Stephenie Kjontvedt | 2,279.00 |
| | **Court Reporting Services Total** | **2,279.00** |
| **In House Messenger Service** | | |
| 09/06/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 8/30/2007 Vehicle Standard from  to ARLENE KRIEGER, 10 EAST END AVE | 23.94 |
| 09/27/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 9/21/2007 Vehicle Rush from  to ARLENE G KRIGER, 10 EAST END AVE | 29.40 |
| | **In House Messenger Service Total** | **53.34** |
| **Travel Expenses - Transportation** | | |
| 09/06/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 08/21/2007 | 165.80 |
| | **Travel Expenses - Transportation Total** | **165.80** |
| **Westlaw** | | |
| 09/19/2007 | Transactional Search; by Krieger, Arlene G. | 146.13 |
| | **Westlaw Total** | **146.13** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 115.64 |
| Long Distance Telephone | 64.48 |
| Duplicating Costs-in House | 232.50 |
| Court Reporting Services | 2279.00 |
| In House Messenger Service | 53.34 |
| Travel Expenses - Transportation | 165.80 |
| Westlaw | 146.13 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,056.89 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1

# STROOCK

---
PAGE: 6
---

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71042830v1