IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., et al. <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> Jointly Administered <br><br> **Regarding Docket No. 17164** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 17164

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Forty-Second Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred (For The Period July 1, 2007 Through July 31, 2007) (the "Application") [Docket No. 17164] filed on October 26, 2007.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 15, 2007 at 4:00 p.m.

DM3\593084.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($63,176.80) and one hundred percent (100%) of expenses ($636.29) without further order from the court.

Dated: November 19, 2007
       Wilmington, Delaware

                            Michael R. Lastowski (DE 3892)
                            Richard W. Riley (DE 4052)
                            DUANE MORRIS LLP
                            1100 N. Market Street, Suite 1200
                            Wilmington, DE 19801-1246
                            Telephone:  (302)-657-4900
                            Facsimile:   (302)-657-4901
                            Email:         mlastowski@duanemorris.com
                                                 rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

DM3\593084.1