IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 26, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
<u>BANKRUPTCY COURT, IN WILMINGTON, DELAWARE</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON WEDNESDAY,
NOVEMBER 21, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER
ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE*
[DOCKET NO. 7709]**

## RESOLVED MATTERS

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
      (Docket No. 5527)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b.      [Signed] Thirty-Seventh Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 10/30/07] (Docket No. 17213)

Response Deadline:  June 4, 2004, at 4:00 p.m.

**Status:  The parties are continuing to work on a form of stipulation resolving this matter. If concluded prior to the hearing, the stipulation will be presented.**

2.      Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a.      [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/30/07] (Docket No. 17212)

b.      **Certification of Counsel Regarding Consent Order Withdrawing Without Objection to Claim No. 13934 Filed By Hampshire Chemical Corp. [Filed: 11/16/07] (Docket No. 17388)**

  (i)      **[Proposed] Consent Order Withdrawing Without Prejudice Objection to Claim No. 13934 Filed by Hampshire Chemical Corp. [Filed: 11/16/07] (Docket No. 17388, Exhibit A)**

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a.      Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

**Status: The parties continue to work on the form of a stipulation resolving the Debtors' objection to the claims of NL Industries, Inc.  The Debtors will withdraw without prejudice their objection to the claim of Hampshire Chemical Corp.**

## CONTINUED MATTERS

3.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a.      [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 10/30/07] (Docket No. 17214)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to December 17, 2007, at 2:00 p.m.


## CLAIM OBJECTION

4.      Debtors' Twenty-Fourth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 10/22/07] (Docket No. 17115)

Related Documents:

a.      [Proposed] Order Granting Relief Sought In Debtors' Twenty-Fourth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 10/22/07] (Docket No. 17115)

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received:

a.      Creditors' Response to Debtors' Twenty-Fourth Omnibus Objection to Claims [Filed: 11/9/07] (Docket No. 17325)

        (i)      **Notice of Errata Regarding Exhibit A to Creditors' Response to Debtor's Twenty-Fourth Omnibus Objection to Claims [Filed: 11/14/07] (Docket No. 17357)**

**Status: The Debtors will present a form of order which is acceptable to the objecting party.  This matter is going forward on an uncontested basis.**


## UNCONTESTED MATTERS

5.      Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Deloitte Financial Advisory Services LLP to Provide Certain Due Diligence Services Nunc Pro Tunc to October 1, 2007 [Filed: 10/22/07] (Docket No. 17124)

Related Documents:

a.      [Signed] Order Authorizing the Debtors to Employ and Retain Deloitte Financial Advisory Services LLP to Provide Certain Due Diligence Services Nunc Pro Tunc to October 1, 2007 [Filed: 10/22/07] (Docket No. 17124)

b.    Certification of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Deloitte Financial Advisory Services LLP to Provide Certain Due Diligence Services Nunc Pro Tunc to October 1, 2007 [Filed: 11/12/07] (Docket No. 17341)

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status:  No parties have objected to the relief requested in the Application.  Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Application.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

6.    Amended Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder [Filed: 10/9/07] (Docket No. 17027)

Related Documents:

a.    Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder [Filed: 9/25/07] (Docket No. 16922)

b.    [Proposed] Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder [Filed: 10/9/07] (Docket No. 17027)

c.    **Certification of No Objection Regarding Amended Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder [Filed: 11/13/07] (Docket No. 17354)**

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Official Committee of Asbestos Personal Injury Claimants has filed a certificate of no objection and respectfully requests the entry of the order attached to the Motion.**

7.    Libby Claimants' Motion to Strike Expert Reports [Filed: 10/23/07] (Docket No. 17110)

Related Documents:

a.    [Proposed] Order Granting Libby Claimants' Motion to Strike Expert Reports [Filed: 10/23/07] (Docket No. 17110)

b.    **Certification of Counsel Concerning the Libby Claimants' Estimation Proceeding Motions [Filed: 11/15/07] (Docket No. 17379)**

(i)    **[Proposed] Agreed Order Granting Libby Claimants' Motion in Limine Concerning Estimation Proceeding Evidence [Filed: 11/15/07] (Docket No. 17379, Exhibit A)**

Response Deadline: November 14, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An agreed upon order resolving this matter has been filed under Certification of Counsel.**

8.    Libby Claimants' Motion in Limine Concerning Estimation Proceeding Evidence [Filed: 10/22/07] (Docket No. 17114)

Related Documents:

a.    [Proposed] Order Granting Libby Claimants' Motion in Limine Concerning Estimation Proceeding Evidence [Filed: 10/22/07] (Docket No. 17114)

b.    **Certification of Counsel Concerning the Libby Claimants' Estimation Proceeding Motions [Filed: 11/15/07] (Docket No. 17379)**

(i)    **[Proposed] Agreed Order Granting Libby Claimants' Motion in Limine Concerning Estimation Proceeding Evidence [Filed: 11/15/07] (Docket No. 17379, Exhibit A)**

Response Deadline: November 14, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An agreed upon order resolving this matter has been filed under Certification of Counsel.**

9.    Pretrial Conference on PI Estimation

Status: A pretrial conference will go forward.

**MATTERS RELATING TO ASBESTOS PD CLAIMS**

10.   Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. Tim Vander Wood [Filed: 10/16/07] (Docket No. 17074)

Related Documents:

a.   [Proposed] Order Granting Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. Tim Vander Wood [Filed: 10/16/07] (Docket No. 17074)

b.   **Certification of No Objection to Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. Tim Vander Wood [Filed: 11/16/07] (Docket No. 17385)**

Response Deadline: November 13, 2007, at 4:00 p.m.

Responses Received:

a.   Debtors' Response to Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. Tim Vander Wood [Filed: 11/9/07] (Docket No. 17323)

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Claimant has filed a certificate of no objection and respectfully requests the entry of the order attached to the Motion.**

11.   Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By CHP Associates Inc., Represented By Motley Rice, LLC [Filed: 10/22/07] (Docket No. 17116)

Related Documents:

a.   [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By CHP Associates Inc., Represented By Motley Rice, LLC [Filed: 10/22/07] (Docket No. 17116, Exhibit 2)

b.   **Certification of Counsel on Orders Authorizing Settlements of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status:  The Debtors have filed a certification of counsel and revised proposed form of order to address changes to the order requested by the FCR.**

12.     Motion of Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property
        Damage Claim Filed By the Church of the Most Holy Redeemer, Represented By Motley
        Rice LLC [Filed: 10/22/07] (Docket No. 17117)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By the Most Holy Redeemer, Represented By Motley Rice, LLC [Filed:
                10/22/07] (Docket No. 17117, Exhibit 2)

        **b.      Certification of Counsel on Orders Authorizing Settlements of Asbestos
                Property Damage Claims Filed By Various Property Damage Claimants
                Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

        Response Deadline: November 9, 2007, at 4:00 p.m.

        Responses Received:  None as of the date of this Notice of Agenda.

        **Status:  The Debtors have filed a certification of counsel and revised proposed form
        of order to address changes to the order requested by the FCR.**

13.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
        Damage Claims Filed by the State of Washington, Represented By Motley Rice LLC
        [Filed: 10/22/07] (Docket No. 17118)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed by the State of Washington, Represented By Motley Rice LLC [Filed:
                10/22/07] (Docket No. 17118, Exhibit 2)

        **b.      Certification of Counsel on Orders Authorizing Settlements of Asbestos
                Property Damage Claims Filed By Various Property Damage Claimants
                Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

        Response Deadline: November 9, 2007, at 4:00 p.m.

        Responses Received:  None as of the date of this Notice of Agenda.

        **Status:  The Debtors have filed a certification of counsel and revised proposed form
        of order to address changes to the order requested by the FCR.**

14.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property
        Damage Claims Filed By The Fargo Housing Authority, Represented By Motley Rice,
        LLC [Filed: 10/22/07] (Docket No. 17119)

        Related Documents:

        a.      [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims
                Filed By The Fargo Housing Authority, Represented By Motley Rice, LLC
                [Filed: 10/22/07] (Docket No. 17119)

       b.       **Certification of Counsel on Orders Authorizing Settlements of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status:  The Debtors have filed a certification of counsel and revised proposed form of order to address changes to the order requested by the FCR.**

15.     Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed By the Catholic Diocese of Little Rock, Represented By Motley Rice, LLC [Filed: 10/22/07] (Docket No. 17120)

     Related Documents:

       a.       [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed By the Catholic Diocese of Little Rock, Represented By Motley Rice, LLC [Filed: 10/22/07] (Docket No. 17120, Exhibit 2)

       b.       **Certification of Counsel on Orders Authorizing Settlements of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status:  The Debtors have filed a certification of counsel and revised proposed form of order to address changes to the order requested by the FCR.**

16.     Motion of Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim Filed By the Church of St. Helena, Represented By Motley Rice LLC [Filed: 10/22/07] (Docket No. 17121)

     Related Documents:

       a.       [Proposed] Order Authorizing Settlement of an Asbestos Property Damage Claim Filed By the Church of St. Helena, Represented By Motley Rice LLC [Filed: 10/22/07] (Docket No. 17121, Exhibit 2)

       b.       **Certification of Counsel on Orders Authorizing Settlements of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status:  The Debtors have filed a certification of counsel and revised proposed form of order to address changes to the order requested by the FCR.**

17.  Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by the Port of Seattle, Represented By Motley Rice LLC [Filed: 10/22/07] (Docket No. 17122)

Related Documents:

a.  [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed by the Port of Seattle, Represented By Motley Rice LLC [Filed: 10/22/07] (Docket No. 17122, Exhibit 2)

**b.  Certification of Counsel on Orders Authorizing Settlements of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status:  The Debtors have filed a certification of counsel and revised proposed form of order to address changes to the order requested by the FCR.**

18.  Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims Filed by American Legion; Fargo, ND, Represented By Motley Rice, LLC [Filed: 10/22/07] (Docket No. 17123)

Related Documents:

a.  [Proposed] Order Authorizing Settlement of Asbestos Property Damage Claims Filed by American Legion; Fargo, ND, Represented By Motley Rice, LLC [Filed: 10/22/07] (Docket No. 17123, Exhibit 2)

**b.  Certification of Counsel on Orders Authorizing Settlements of Asbestos Property Damage Claims Filed By Various Property Damage Claimants Represented By Motley Rice LLC [Filed: 11/14/07] (Docket No. 17364)**

Response Deadline: November 9, 2007, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status:  The Debtors have filed a certification of counsel and revised proposed form of order to address changes to the order requested by the FCR.**

19.  Status Conference on PD Claims

Status: A status conference will go forward.

20.  Status Conference on ZAI Issues

Status: A status conference will go forward.

21.     Status Conference on Speights' Motion to Alter or Amend the Court's Opinion
        Disallowing 71 Claims

        Status: A status conference will go forward.

Dated: November 19, 2007

                                    KIRKLAND & ELLIS LLP
                                    David M. Bernick, P.C.
                                    Janet S. Baer
                                    200 East Randolph Drive
                                    Chicago, IL  60601
                                    Telephone:  (312) 861-2000
                                    Facsimile:  (312) 861-2200

                                    -and–

                                    PACHULSKI STANG ZIEHL & JONES LLP


                                    Laura Davis Jones (Bar No. 2436)
                                    James E. O'Neill (Bar No. 4042)
                                    Timothy P. Cairns (Bar No. 4228)
                                    919 North Market Street, 17th Floor
                                    Wilmington, DE  19801
                                    Telephone:  (302) 652-4100
                                    Facsimile:  (302) 652-4400

                                    Co-Counsel for the Debtors and Debtors in Possession