THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objections due December 10, 2007 at 4:00p.m.*

**FIFTY-SIXTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2007 THROUGH JULY 31, 2007**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2007 through July 31, 2007 |

| Amount of Compensation sought as actual, reasonable and necessary: | Total $125,000.00 | (Holdback (@ 20%) ($25,000.00) |
|---|---|---|

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $786.94 |

This is a  x  monthly __ interim  ___ final application

2576518.DOC

Summary of Monthly Applications:

|  |  | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2576518.DOC

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 80,000.00 | 3,145.97 | 20,000.00 | 20,000.00 |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 80,000.00 | 148.40 | 20,000.00 | 20,000.00 |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 80,000.00 | 584.53 | 20,000.00 | 20,000.00 |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

November 19, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly advisory fee for the period of July 1, 2007 through July 31, 2007: | | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (25,000.00) |
| Out-of-pocket expenses processed for the period through July 31, 2007:[1] | | | |
| Ground Transportation | 436.67 | | |
| Meals | 175.00 | | |
| Research | 175.27 | | 786.94 |
| **Total Amount Due** | | $ | **100,786.94** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 16896

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 16896**

|  | GL Detail Jul-07 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | 87.67 | **87.67** |
| Ground Transportation - Local Travel | 15.00 | **15.00** |
| Ground Transportation - Out of Town Travel | 90.00 | **90.00** |
| Ground Transportation - Railroad | 244.00 | **244.00** |
| Employee Meals | 175.00 | **175.00** |
| Internal Research | 112.50 | **112.50** |
| External Research - Dow Jones | 1.01 | **1.01** |
| External Research - Online Database | 61.76 | **61.76** |
| **Total Expenses** | **$ 786.94** | **$ 786.94** |

| | |
|---|---|
| **Ground Transportation** | 436.67 |
| **Meals** | 175.00 |
| **Research** | 175.27 |
| **Total Expenses** | **$ 786.94** |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2007
Invoice No. 16896

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from Blackstone) | 06/19/07 | 53.40 | |
| Zilly (car to New York Pennsylvania Station in New York, NY from home) | 06/20/07 | 34.27 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 87.67 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Istvan (weeknight taxi home from Blackstone after working late) | 04/25/07 | 15.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 15.00 |

**Ground Transportation - Out-Of-Town Travel**

| | | | |
|---|---|---|---|
| Zilly (taxi to client's offices in Columbia, MD from BWI train station in Baltimore, MA) | 06/20/07 | 45.00 | |
| Zilly (taxi to BWI train station in Baltimore, MD from client's offices in Columbia, MD) | 06/20/07 | 45.00 | |
| Subtotal - Ground Transportation - Out-Of-Town Travel | | | 90.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Zilly (travel agency fee for round trip travel to/from New York, NY from/to Baltimore, MD) | 06/19/07 | 40.00 | |
| Zilly (round trip travel to/from New York, NY from/to Baltimore, MD) | 06/20/07 | 204.00 | |
| Subtotal - Ground Transportation - Railroad | | | 244.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 04/26/07 | 25.00 | |
| Istvan (weekend working meal @ Blackstone) | 04/29/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 05/02/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 06/14/07 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 05/02/07 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 05/08/07 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 05/21/07 | 25.00 | |
| Subtotal - Employee Meals | | | 175.00 |

**Internal Research**

| | | | |
|---|---|---|---|
| Istvan (online data research) | 06/24/07 - 06/30/07 | 112.50 | |
| Subtotal - Internal Research | | | 112.50 |

**External Research - Dow Jones**

| | | | |
|---|---|---|---|
| Istvan (online data research) | 06/24/07 - 06/30/07 | 1.01 | |
| Subtotal - External Research - Dow Jones | | | 1.01 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 05/15/07 | 8.48 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 05/17/07 | 37.04 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 06/06/07 | 6.48 | |
| de Almeida (retrieved document from Court docket via P.A.C.E.R.) | 06/19/07 | 2.40 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 06/28/07 | 7.36 | |
| Subtotal - External Research - Online Database | | | 61.76 |
| **Total Expenses** | | $ | **786.94** |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 64.6 |
| Jamie O'Connell | Vice President | 64.3 |
| Benjamin Istvan | Analyst | 67.0 |
| | Total | 195.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/06/07 | 0.2 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 07/09/07 | 0.1 | Business Analysis | Call with P. Palmisano regarding Project Nike |
| Jamie O'Connell | 07/09/07 | 0.1 | Business Analysis | Review correspondence from J. Baer regarding environmental matter |
| Jamie O'Connell | 07/09/07 | 0.2 | Business Analysis | Call with E. Filon regarding Project Nike |
| Jamie O'Connell | 07/09/07 | 0.2 | Business Analysis | Review limited objections to Project Gemini |
| Pamela Zilly | 07/10/07 | 0.3 | Business Analysis | Read correspondence re: environmental matter |
| Pamela Zilly | 07/10/07 | 1.0 | Business Analysis | Review global environmental settlement agreement and analysis |
| Pamela Zilly | 07/10/07 | 0.8 | Business Analysis | Call with G. Young, read Project Juno presentation |
| Pamela Zilly | 07/10/07 | 1.0 | Business Analysis | Review Monthly Operating Report |
| Pamela Zilly | 07/10/07 | 0.2 | Business Analysis | Status meeting with J. O'Connell |
| Jamie O'Connell | 07/10/07 | 0.2 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 07/11/07 | 0.3 | Business Analysis | Read correspondence re: environmental matter |
| Jamie O'Connell | 07/11/07 | 0.2 | Business Analysis | Call with J. Baer regarding environmental matter and Project Gemini |
| Jamie O'Connell | 07/11/07 | 0.1 | Business Analysis | Review correspondence from J. Baer regarding environmental matter |
| Jamie O'Connell | 07/11/07 | 1.2 | Business Analysis | Review draft environmental agreement |
| Jamie O'Connell | 07/11/07 | 2.5 | Business Analysis | Prepare presentation regarding environmental matters |
| Pamela Zilly | 07/12/07 | 0.3 | Business Analysis | Read correspondence re: environmental matter |
| Jamie O'Connell | 07/12/07 | 4.2 | Business Analysis | Prepare presentation regarding environmental matters |
| Pamela Zilly | 07/13/07 | 0.5 | Business Analysis | Read correspondence re: environmental matter |
| Jamie O'Connell | 07/13/07 | 0.5 | Business Analysis | Prepare presentation regarding environmental matters |
| Jamie O'Connell | 07/13/07 | 0.2 | Business Analysis | Review correspondence regarding environmental claims |
| Pamela Zilly | 07/16/07 | 0.5 | Business Analysis | Call with management on environmental matter |
| Pamela Zilly | 07/16/07 | 0.8 | Business Analysis | Review materials re: environmental matter |
| Jamie O'Connell | 07/16/07 | 0.5 | Business Analysis | Review materials related to environmental claims |
| Jamie O'Connell | 07/16/07 | 0.1 | Business Analysis | Call with J. Baer regarding environmental matter |
| Jamie O'Connell | 07/16/07 | 0.7 | Business Analysis | Call with K&E and management regarding environmental claims |
| Jamie O'Connell | 07/16/07 | 2.0 | Business Analysis | Prepare presentation regarding environmental matters |
| Jamie O'Connell | 07/16/07 | 0.7 | Business Analysis | Call with K&E and management regarding environmental claims |
| Benjamin Istvan | 07/16/07 | 0.5 | Business Analysis | Call with R. Tarola re: environmental matter |
| Pamela Zilly | 07/17/07 | 0.5 | Business Analysis | Read correspondence re: environmental matter |
| Pamela Zilly | 07/17/07 | 2.0 | Business Analysis | Prepare presentation regarding environmental matters |
| Jamie O'Connell | 07/17/07 | 0.1 | Business Analysis | Call with L. Gardner regarding environmental matters |
| Jamie O'Connell | 07/17/07 | 0.1 | Business Analysis | Correspondence to L. Gardner regarding environmental claims |
| Jamie O'Connell | 07/17/07 | 0.7 | Business Analysis | Call with L. Gardner, B. Merriam and B. Istvan regarding environmental claims |
| Jamie O'Connell | 07/17/07 | 1.7 | Business Analysis | Prepare edits to presentation regarding environmental matters |
| Jamie O'Connell | 07/18/07 | 0.5 | Business Analysis | Review correspondence from Remedium regarding environmental matters |
| Jamie O'Connell | 07/18/07 | 1.2 | Business Analysis | Edits to presentation regarding environmental claims |
| Jamie O'Connell | 07/18/07 | 0.2 | Business Analysis | Correspondence to L. Gardner regarding environmental claims |
| Jamie O'Connell | 07/19/07 | 2.7 | Business Analysis | Attend GPC strategy session in Columbia, MD (did not attend entire session) |
| Jamie O'Connell | 07/19/07 | 0.1 | Business Analysis | Meeting with B. Corcoran, E. Filon and B. Istvan regarding environmental matters |
| Jamie O'Connell | 07/19/07 | 0.2 | Business Analysis | Meeting with K. Myers and B. Istvan to discuss various matters |
| Benjamin Istvan | 07/19/07 | 8.0 | Business Analysis | Attend GPC strategy session in Columbia, MD |
| Benjamin Istvan | 07/19/07 | 0.1 | Business Analysis | Meeting with B. Corcoran, E. Filon and J. O'Connell regarding environmental matters |
| Benjamin Istvan | 07/19/07 | 0.2 | Business Analysis | Meeting with K. Myers and J. O'Connell to discuss various matters |
| Pamela Zilly | 07/20/07 | 1.3 | Business Analysis | Review environmental presentation and related analysis |
| Jamie O'Connell | 07/20/07 | 2.2 | Business Analysis | Prepare presentation regarding environmental matters |
| Jamie O'Connell | 07/20/07 | 0.2 | Business Analysis | Correspondence to L. Gardner, B. Medler and M. Obradovic regarding environmental claims |
| Jamie O'Connell | 07/30/07 | 0.2 | Business Analysis | Call with C. Schult regarding various matters |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/31/07 | 1.0 | Business Analysis | Review environmental presentation and related analysis |
| Jamie O'Connell | 07/31/07 | 0.7 | Business Analysis | Prepare presentation regarding environmental matters |
| | | **44.0** | | |

Page 3 of 12

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/26/07 | 1.0 | Case Administration | Calls with J. O'Connell, various debt holders re: exclusivity order |
| Pamela Zilly | 07/26/07 | 0.4 | Case Administration | Correspondence with Shelnitz, J. Baer re: exclusivity |
| Jamie O'Connell | 07/26/07 | 0.2 | Case Administration | Call with P. Zilly regarding exclusivity order |
| | | **1.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/02/07 | 0.2 | Committee | Call with J. McFarland regarding Capstone information request |
| Jamie O'Connell | 07/03/07 | 0.2 | Committee | Correspondence to financial advisors regarding LTIP motion |
| Jamie O'Connell | 07/03/07 | 0.1 | Committee | Call with J. Dolan regarding committee information request |
| Jamie O'Connell | 07/03/07 | 0.1 | Committee | Correspondence to J. McFarland regarding committee information request |
| Jamie O'Connell | 07/06/07 | 0.1 | Committee | Call with J. McFarland regarding committee information request |
| Jamie O'Connell | 07/09/07 | 0.1 | Committee | Correspondence to Capstone regarding LTIP motion |
| Jamie O'Connell | 07/10/07 | 0.1 | Committee | Review Capstone information request |
| Jamie O'Connell | 07/10/07 | 0.1 | Committee | Correspondence to B. McGowan regarding Capstone information request |
| Jamie O'Connell | 07/10/07 | 0.2 | Committee | Call with J. McFarland regarding Capstone information request and Project Gemini |
| Jamie O'Connell | 07/10/07 | 0.2 | Committee | Conference call with Capstone and B. McGowan regarding LTIP motion |
| Jamie O'Connell | 07/10/07 | 0.1 | Committee | Call with B. McGowan regarding committee information request |
| Jamie O'Connell | 07/11/07 | 0.2 | Committee | Correspondence to Capstone regarding LTIP motion |
| Jamie O'Connell | 07/11/07 | 0.1 | Committee | Correspondence to Capstone regarding information request |
| Jamie O'Connell | 07/13/07 | 0.1 | Committee | Correspondence to J. McFarland regarding committee information request |
| Jamie O'Connell | 07/13/07 | 0.2 | Committee | Manage Capstone information request |
| Jamie O'Connell | 07/16/07 | 0.1 | Committee | Correspondence to J. Dolan regarding Capstone information request |
| Jamie O'Connell | 07/16/07 | 0.1 | Committee | Correspondence to J. McFarland and M. Sprinkle regarding Capstone information request |
| Jamie O'Connell | 07/17/07 | 0.1 | Committee | Call with L. Gardner, B. Merriam and S. Cunningham regarding environmental claims |
| Jamie O'Connell | 07/17/07 | 0.5 | Committee | Call with J. Brownstein regarding environmental claims and LTIP matters |
| Jamie O'Connell | 07/17/07 | 0.2 | Committee | Call with G. Boyer regarding environmental claims |
| Jamie O'Connell | 07/17/07 | 0.1 | Committee | Follow-up call with J. Brownstein regarding environmental claims |
| Jamie O'Connell | 07/17/07 | 0.2 | Committee | Call with B. McGowan regarding committee information request |
| Jamie O'Connell | 07/20/07 | 0.2 | Committee | Call with B. McGowan regarding draft LTIP motion |
| Jamie O'Connell | 07/20/07 | 0.1 | Committee | Correspondence to M. Resnover and J. Forgach regarding draft LTIP motion |
| Jamie O'Connell | 07/20/07 | 0.2 | Committee | Calls with financial advisors regarding environmental matters |
| Pamela Zilly | 07/25/07 | 0.5 | Committee | Preparation for Weschler call |
| Pamela Zilly | 07/25/07 | 0.8 | Committee | Call with T. Wechsler, management |
| Benjamin Istvan | 07/26/07 | 0.2 | Committee | Correspondence with J. Brownstein regarding LTIP |
| Benjamin Istvan | 07/26/07 | 0.2 | Committee | Correspondence with J. Brownstein regarding LTIP |
| Benjamin Istvan | 07/26/07 | 0.2 | Committee | Correspondence with committee professionals regarding LTIP |
| Benjamin Istvan | 07/26/07 | 0.2 | Committee | Responded to diligence request from G. Boyer regarding LTIP |
| Benjamin Istvan | 07/26/07 | 0.2 | Committee | Responded to diligence request from J. Dolan regarding LTIP |
| Pamela Zilly | 07/30/07 | 1.2 | Committee | Preparation for call with Weschler, management |
| Pamela Zilly | 07/30/07 | 0.8 | Committee | Call with Shelnitz, Tarola, Bernick, Filon, Weschler |
| Benjamin Istvan | 07/30/07 | 0.5 | Committee | Responded to diligence request from J. Dolan |
| Jamie O'Connell | 07/31/07 | 0.1 | Committee | Call with B. McGowan regarding LTIP information requests |
| Jamie O'Connell | 07/31/07 | 0.1 | Committee | Correspondence to G. Boyer regarding LTIP information request |
| Jamie O'Connell | 07/31/07 | 0.1 | Committee | Correspondence to J. Dolan regarding information request |
| Jamie O'Connell | 07/31/07 | 0.1 | Committee | Follow-up correspondence to G. Boyer regarding LTIP information request |
| | | **9.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/01/07 | 0.5 | Employee Benefits/Pension | Review draft LTIP motion |
| Pamela Zilly | 07/03/07 | 0.3 | Employee Benefits/Pension | Review revised LTIP Motion |
| Jamie O'Connell | 07/03/07 | 0.1 | Employee Benefits/Pension | Review correspondence from J. Forgach regarding LTIP motion |
| Jamie O'Connell | 07/03/07 | 0.2 | Employee Benefits/Pension | Review revised draft of LTIP motion |
| Jamie O'Connell | 07/03/07 | 0.1 | Employee Benefits/Pension | Correspondence to J. Baer regarding LTIP motion |
| Jamie O'Connell | 07/03/07 | 0.2 | Employee Benefits/Pension | Correspondence to J. Forgach and B. McGowan regarding LTIP motion |
| Jamie O'Connell | 07/09/07 | 0.1 | Employee Benefits/Pension | Correspondence to J. Forgach and B. McGowan regarding LTIP motion |
| Jamie O'Connell | 07/19/07 | 0.1 | Employee Benefits/Pension | Meeting with B. McGowan and B. Istvan regarding edits to draft LTIP motion |
| Benjamin Istvan | 07/19/07 | 0.1 | Employee Benefits/Pension | Meeting with B. McGowan and J. O'Connell regarding edits to draft LTIP motion |
| Benjamin Istvan | 07/25/07 | 0.2 | Employee Benefits/Pension | Correspondence with B. McGowan regarding LTIP |
| | | **1.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/20/07 | 1.2 | Financing | Research bank facility interest rates |
| Jamie O'Connell | 07/20/07 | 0.2 | Financing | Correspondence to B. Tarola, E. Filon and B. Sarikas regarding borrowing rates |
| Pamela Zilly | 07/31/07 | 0.8 | Financing | Call with E. Filon, financial institution re: financing |
|  |  | 2.2 |  |  |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2007 THROUGH JULY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/23/07 | 4.0 | Hearings | Attend court hearing telephonically |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 07/18/07 | 4.5 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Jamie O'Connell | 07/19/07 | 4.2 | Non-Working Travel Time | Travel from Chicago, IL to Columbia, MD |
| Jamie O'Connell | 07/19/07 | 4.7 | Non-Working Travel Time | Travel from Columbia, MD to residence in New Jersey |
| Benjamin Istvan | 07/19/07 | 4.7 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| | | **18.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/09/07 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Istvan |
| Jamie O'Connell | 07/09/07 | 0.1 | Plan and Disclosure Statement | Review correspondence from B. Istvan regarding financial model |
| Benjamin Istvan | 07/09/07 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Benjamin Istvan | 07/09/07 | 0.7 | Plan and Disclosure Statement | Call with D. Nakashige regarding financial model |
| Benjamin Istvan | 07/09/07 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell |
| Pamela Zilly | 07/10/07 | 0.5 | Plan and Disclosure Statement | Read Motions to Compel various Trusts |
| Pamela Zilly | 07/10/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: court hearings and motions |
| Jamie O'Connell | 07/10/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 07/10/07 | 0.2 | Plan and Disclosure Statement | Call with B. Istvan regarding financial model |
| Benjamin Istvan | 07/10/07 | 0.2 | Plan and Disclosure Statement | Correspondence with D. Nakashige regarding financial model |
| Benjamin Istvan | 07/10/07 | 1.2 | Plan and Disclosure Statement | Call with D. Nakashige regarding financial model |
| Benjamin Istvan | 07/10/07 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell regarding financial model |
| Benjamin Istvan | 07/10/07 | 3.5 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 07/11/07 | 1.5 | Plan and Disclosure Statement | Review financial model |
| Jamie O'Connell | 07/11/07 | 0.7 | Plan and Disclosure Statement | Financial model review with B. Istvan |
| Jamie O'Connell | 07/11/07 | 0.5 | Plan and Disclosure Statement | Financial model review |
| Benjamin Istvan | 07/11/07 | 0.7 | Plan and Disclosure Statement | Financial model review with J. O'Connell |
| Benjamin Istvan | 07/11/07 | 2.5 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 07/12/07 | 1.2 | Plan and Disclosure Statement | Review financial model |
| Jamie O'Connell | 07/12/07 | 1.5 | Plan and Disclosure Statement | Conference call with E. Filon, D. Nakashige and B. Istvan regarding financial model |
| Benjamin Istvan | 07/12/07 | 1.5 | Plan and Disclosure Statement | Conference call with E. Filon, D. Nakashige and J. O'Connell regarding financial model |
| Pamela Zilly | 07/13/07 | 1.0 | Plan and Disclosure Statement | Read various Motions re: Exclusivity, State of Montana, Asbestos Trusts |
| Jamie O'Connell | 07/13/07 | 1.0 | Plan and Disclosure Statement | Conference call with E. Filon, D. Nakashige and B. Istvan regarding financial model |
| Jamie O'Connell | 07/13/07 | 0.2 | Plan and Disclosure Statement | Follow-up call with E. Filon regarding financial model |
| Jamie O'Connell | 07/13/07 | 0.1 | Plan and Disclosure Statement | Correspondence to B. Istvan regarding financial model |
| Benjamin Istvan | 07/13/07 | 1.0 | Plan and Disclosure Statement | Conference call with E. Filon, D. Nakashige and J. O'Connell regarding financial model |
| Pamela Zilly | 07/16/07 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 07/16/07 | 0.2 | Plan and Disclosure Statement | Financial modeling with B. Istvan |
| Jamie O'Connell | 07/16/07 | 0.2 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige and B. Istvan regarding financial model |
| Benjamin Istvan | 07/16/07 | 0.2 | Plan and Disclosure Statement | Financial modeling with J. O'Connell |
| Benjamin Istvan | 07/16/07 | 0.2 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige and J. O'Connell regarding financial model |
| Pamela Zilly | 07/17/07 | 0.6 | Plan and Disclosure Statement | Review financial model |
| Jamie O'Connell | 07/17/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 07/17/07 | 0.5 | Plan and Disclosure Statement | Review financial model with B. Istvan |
| Jamie O'Connell | 07/17/07 | 0.1 | Plan and Disclosure Statement | Correspondence to E. Filon regarding financial model |
| Benjamin Istvan | 07/17/07 | 0.5 | Plan and Disclosure Statement | Review financial model with J. O'Connell |
| Jamie O'Connell | 07/18/07 | 0.5 | Plan and Disclosure Statement | Call with L. Gardner, B. Merriam and J. O'Connell regarding environmental claims (left call before finished) |
| Jamie O'Connell | 07/18/07 | 0.7 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige and B. Istvan regarding financial model |
| Benjamin Istvan | 07/18/07 | 0.7 | Plan and Disclosure Statement | Meeting with E. Filon and J. O'Connell |
| Benjamin Istvan | 07/19/07 | 3.0 | Plan and Disclosure Statement | Meeting with B. Tarola, M. Shelnitz, D. Siegel, E. Filon and J. O'Connell regarding financial model |
| Pamela Zilly | 07/19/07 | 0.5 | Plan and Disclosure Statement | Financial modeling |
| Jamie O'Connell | 07/19/07 | 0.2 | Plan and Disclosure Statement | Read correspondence re: financial analysis |
| Jamie O'Connell | 07/19/07 | 0.7 | Plan and Disclosure Statement | Meeting with E. Filon and B. Istvan regarding financial model |
| Benjamin Istvan | 07/19/07 | 0.2 | Plan and Disclosure Statement | Meeting with B. Tarola, M. Shelnitz, D. Siegel, E. Filon and B. Istvan regarding financial model |
| Benjamin Istvan | 07/19/07 | 0.7 | Plan and Disclosure Statement | Meeting with E. Filon and J. O'Connell regarding financial model |
| Pamela Zilly | 07/20/07 | 0.8 | Plan and Disclosure Statement | Review and analysis of funding |
| Pamela Zilly | 07/20/07 | 0.2 | Plan and Disclosure Statement | Update call with J.O'Connell |
| Pamela Zilly | 07/20/07 | 0.5 | Plan and Disclosure Statement | Call with E. Filon |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/20/07 | 0.2 | Plan and Disclosure Statement | Review correspondence from management regarding financial model |
| Jamie O'Connell | 07/20/07 | 0.2 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss financial model, LTIP and environmental matters |
| Jamie O'Connell | 07/20/07 | 0.2 | Plan and Disclosure Statement | Update call with P. Zilly regarding various matters |
| Benjamin Istvan | 07/20/07 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial model, LTIP and environmental matters |
| Jamie O'Connell | 07/21/07 | 0.2 | Plan and Disclosure Statement | Review correspondence from B. Istvan regarding financial model |
| Benjamin Istvan | 07/21/07 | 4.7 | Plan and Disclosure Statement | Financial modeling |
| Benjamin Istvan | 07/21/07 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell |
| Pamela Zilly | 07/22/07 | 1.0 | Plan and Disclosure Statement | Prepare financial analysis |
| Benjamin Istvan | 07/22/07 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell |
| Pamela Zilly | 07/23/07 | 1.0 | Plan and Disclosure Statement | Prepare financial analysis |
| Pamela Zilly | 07/23/07 | 2.5 | Plan and Disclosure Statement | Review financial model and analyses |
| Pamela Zilly | 07/23/07 | 0.5 | Plan and Disclosure Statement | Review financial analyses with B. Istvan |
| Pamela Zilly | 07/23/07 | 1.0 | Plan and Disclosure Statement | Research funding scenario |
| Pamela Zilly | 07/23/07 | 1.2 | Plan and Disclosure Statement | Call with E. Filon, D. Nagashike, J. O'Connell. B. Istvan re: financial analysis |
| Pamela Zilly | 07/23/07 | 2.0 | Plan and Disclosure Statement | Review financial analysis scenarios |
| Jamie O'Connell | 07/23/07 | 0.5 | Plan and Disclosure Statement | Review correspondence regarding various matters |
| Jamie O'Connell | 07/23/07 | 0.2 | Plan and Disclosure Statement | Call with D. Nakashige and B. Istvan regarding financial model |
| Jamie O'Connell | 07/23/07 | 1.5 | Plan and Disclosure Statement | Review financial model |
| Jamie O'Connell | 07/23/07 | 1.2 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and B. Istvan regarding financial model |
| Benjamin Istvan | 07/23/07 | 0.2 | Plan and Disclosure Statement | Call with D. Nakashige and J. O'Connell regarding financial model |
| Benjamin Istvan | 07/23/07 | 2.5 | Plan and Disclosure Statement | Financial modeling |
| Benjamin Istvan | 07/23/07 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon and D. Nakashige |
| Benjamin Istvan | 07/23/07 | 0.5 | Plan and Disclosure Statement | Review of financial analysis with P. Zilly |
| Benjamin Istvan | 07/23/07 | 1.2 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and J. O'Connell regarding financial model |
| Pamela Zilly | 07/24/07 | 1.3 | Plan and Disclosure Statement | Review financial analysis, correspondence with B. Istvan |
| Pamela Zilly | 07/24/07 | 2.0 | Plan and Disclosure Statement | Two calls with management, counsel re: court hearings, strategy, financial model |
| Pamela Zilly | 07/24/07 | 0.5 | Plan and Disclosure Statement | Review correspondence re: financial model and analysis |
| Pamela Zilly | 07/24/07 | 0.8 | Plan and Disclosure Statement | Follow-up call with management re: financial analysis |
| Pamela Zilly | 07/24/07 | 2.0 | Plan and Disclosure Statement | Review financial analyses; presentation |
| Pamela Zilly | 07/24/07 | 0.6 | Plan and Disclosure Statement | Review revised financial analysis |
| Jamie O'Connell | 07/24/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 07/24/07 | 1.2 | Plan and Disclosure Statement | Call with management regarding financial model |
| Jamie O'Connell | 07/24/07 | 0.2 | Plan and Disclosure Statement | Review correspondence regarding various matters |
| Benjamin Istvan | 07/24/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 07/24/07 | 1.2 | Plan and Disclosure Statement | Call with management regarding financial model |
| Benjamin Istvan | 07/24/07 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell |
| Benjamin Istvan | 07/24/07 | 0.5 | Plan and Disclosure Statement | Call with E. Filon to discuss financial model |
| Benjamin Istvan | 07/24/07 | 2.2 | Plan and Disclosure Statement | Financial modeling |
| Benjamin Istvan | 07/24/07 | 2.5 | Plan and Disclosure Statement | Calls with E. Filon and D. Nakashige to discuss financial model |
| Benjamin Istvan | 07/24/07 | 0.7 | Plan and Disclosure Statement | Follow-up call with P. Zilly and management regarding financial model |
| Benjamin Istvan | 07/24/07 | 0.5 | Plan and Disclosure Statement | Financial modeling |
| Benjamin Istvan | 07/24/07 | 0.2 | Plan and Disclosure Statement | Correspondence with management regarding financial model |
| Pamela Zilly | 07/25/07 | 0.7 | Plan and Disclosure Statement | Review financial analysis with B. Istvan |
| Pamela Zilly | 07/25/07 | 2.5 | Plan and Disclosure Statement | Review various financial analyses |
| Pamela Zilly | 07/25/07 | 0.4 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 07/25/07 | 0.4 | Plan and Disclosure Statement | Call with R. Tarola |
| Pamela Zilly | 07/25/07 | 1.0 | Plan and Disclosure Statement | Review revised financial analysis |
| Pamela Zilly | 07/25/07 | 0.2 | Plan and Disclosure Statement | Read correspondence from R. Tarola re: financial model |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2007 THROUGH JULY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/25/07 | 0.5 | Plan and Disclosure Statement | Review correspondence regarding various matters |
| Benjamin Istvan | 07/25/07 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon regarding financial model |
| Benjamin Istvan | 07/25/07 | 3.5 | Plan and Disclosure Statement | Financial modeling |
| Benjamin Istvan | 07/25/07 | 0.7 | Plan and Disclosure Statement | Review of financial analysis with P. Zilly |
| Benjamin Istvan | 07/25/07 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon regarding financial model |
| Benjamin Istvan | 07/25/07 | 1.5 | Plan and Disclosure Statement | Financial modeling |
| Benjamin Istvan | 07/25/07 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon regarding financial model |
| Pamela Zilly | 07/26/07 | 0.9 | Plan and Disclosure Statement | Prepare financial analysis |
| Pamela Zilly | 07/26/07 | 0.5 | Plan and Disclosure Statement | Calls with R. Tarola, E. Filon |
| Pamela Zilly | 07/26/07 | 0.8 | Plan and Disclosure Statement | Review revised financial analysis |
| Pamela Zilly | 07/26/07 | 2.0 | Plan and Disclosure Statement | Correspondence with R. Tarola, E. Filon, call with R. Tarola, analysis of Tarola question re: model |
| Pamela Zilly | 07/26/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 07/26/07 | 0.8 | Plan and Disclosure Statement | Review revised financial analysis |
| Jamie O'Connell | 07/26/07 | 0.2 | Plan and Disclosure Statement | Review correspondence from B. Istvan regarding various matters |
| Benjamin Istvan | 07/26/07 | 0.2 | Plan and Disclosure Statement | Financial modeling |
| Benjamin Istvan | 07/26/07 | 0.2 | Plan and Disclosure Statement | Correspondence with B. Tarola and E. Filon regarding financial model |
| Benjamin Istvan | 07/26/07 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell regarding financial model |
| Pamela Zilly | 07/27/07 | 0.6 | Plan and Disclosure Statement | Read correspondence, call with E. Filon |
| Benjamin Istvan | 07/27/07 | 0.7 | Plan and Disclosure Statement | Update claims schedule with estimates as of second quarter |
| Pamela Zilly | 07/30/07 | 1.0 | Plan and Disclosure Statement | Prepare financial analysis |
| Pamela Zilly | 07/30/07 | 1.5 | Plan and Disclosure Statement | Call with management re: financial analysis |
| Pamela Zilly | 07/30/07 | 0.8 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 07/30/07 | 0.5 | Plan and Disclosure Statement | Call with R. Tarola |
| Jamie O'Connell | 07/30/07 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Istvan regarding financial model and committee correspondence |
| Jamie O'Connell | 07/30/07 | 3.0 | Plan and Disclosure Statement | Call with P. Zilly, B. Istvan and management regarding financial model |
| Jamie O'Connell | 07/30/07 | 0.7 | Plan and Disclosure Statement | Perform financial analysis |
| Jamie O'Connell | 07/30/07 | 0.2 | Plan and Disclosure Statement | Call with B. Tarola and B. Istvan regarding financial analysis |
| Jamie O'Connell | 07/30/07 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, B. Istvan and management regarding financial analysis |
| Jamie O'Connell | 07/30/07 | 0.2 | Plan and Disclosure Statement | Call regarding exclusivity order and other matters |
| Benjamin Istvan | 07/30/07 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell regarding financial model and committee correspondence |
| Benjamin Istvan | 07/30/07 | 2.2 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and management regarding financial model (left before call finished) |
| Benjamin Istvan | 07/30/07 | 0.2 | Plan and Disclosure Statement | Call with B. Tarola and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 07/30/07 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and management regarding financial analysis |
| Pamela Zilly | 07/31/07 | 2.0 | Plan and Disclosure Statement | Review presentation materials; provide comments |
| Pamela Zilly | 07/31/07 | 1.0 | Plan and Disclosure Statement | Call with management re: financial analysis |
| Pamela Zilly | 07/31/07 | 0.7 | Plan and Disclosure Statement | Call with T. Freedman, J. O'Connell re: plan issues |
| Pamela Zilly | 07/31/07 | 1.2 | Plan and Disclosure Statement | Review presentation materials |
| Pamela Zilly | 07/31/07 | 1.3 | Plan and Disclosure Statement | Read various Motions re: Depositions, Asbestos Trusts |
| Jamie O'Connell | 07/31/07 | 0.1 | Plan and Disclosure Statement | Call with R. Lapidairo regarding pre-petition bank debt |
| Jamie O'Connell | 07/31/07 | 0.5 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 07/31/07 | 0.1 | Plan and Disclosure Statement | Correspondence to B. Istvan regarding financial analysis |
| Jamie O'Connell | 07/31/07 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly and management regarding financial analysis |
| Jamie O'Connell | 07/31/07 | 0.7 | Plan and Disclosure Statement | Call with P. Zilly and T. Freedman regarding plan issues |
| Jamie O'Connell | 07/31/07 | 0.1 | Plan and Disclosure Statement | Correspondence to R. Lapidairo regarding pre-petition bank debt |
| Pamela Zilly | 07/28/08 | 0.6 | Plan and Disclosure Statement | Analysis, call with E. Filon |
| | | **115.0** | | |