THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objection Deadline: December 10, 2007 at 4:00 p.m.*

**FIFTY-SEVENTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

Name of Applicant:   Blackstone Advisory Services L.P.

Authorized to Provide
Professional Services to:   Debtors

Date of Retention Order:   June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:   August 1, 2007 through August 31, 2007

Amount of Compensation
sought as actual, reasonable and necessary:   Total $0.00   (Holdback (@ 20%) ($0.00))

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $997.55

This is a  x  monthly  __ interim  ___ final application

2576519.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2576519.DOC

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 80,000.00 | 3,145.97 | 20,000.00 | 20,000.00 |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 80,000.00 | 148.40 | 20,000.00 | 20,000.00 |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 80,000.00 | 584.53 | 20,000.00 | 20,000.00 |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | -- | -- | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

November 19, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of August 1, 2007 through August 31, 2007:     $     -

Less: 20% holdback pursuant to the Court's Administrative Order     -

Out-of-pocket expenses processed for the period through August 31, 2007:[1]

|   |   |   |
|---|---|---|
| Airfare | $ 234.50 |   |
| Ground Transportation | 205.00 |   |
| Communications | 264.50 |   |
| Meals | 30.65 |   |
| Lodging | 262.90 | 997.55 |
| **Total Amount Due** |   | **$ 997.55** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 17171

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 17171**

|  | GL Detail Aug-07 | Total Expenses |
|---|---:|---:|
| Airfare | $ 234.50 | $ 234.50 |
| Ground Transportation - Local Travel | 17.00 | 17.00 |
| Ground Transportation - Out of Town Travel | 70.00 | 70.00 |
| Ground Transportation - Railroad | 118.00 | 118.00 |
| Communications - Teleconferencing | 264.50 | 264.50 |
| Employee Meals | 30.65 | 30.65 |
| Lodging | 262.90 | 262.90 |
| **Total Expenses** | **$ 997.55** | **$ 997.55** |
|  |  |  |
| **Airfare** |  | $ 234.50 |
| **Ground Transportation** |  | 205.00 |
| **Communications** |  | 264.50 |
| **Meals** |  | 30.65 |
| **Lodging** |  | 262.90 |
|  |  |  |
| **Total Expenses** |  | $ 997.55 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through August 31, 2007**
**Invoice No. 17171**

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (travel agency fee for booking of one-way flight to Baltimore, MD dated 06/20/07) | 06/20/07 | 20.00 | |
| O'Connell (one-way coach class flight to Baltimore, MD from Queens, NY) | 06/20/07 | 214.50 | |
| **Subtotal - Airfare** | | | **234.50** |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Istvan (weeknight taxi home from Blackstone after working late) | 07/10/07 | 6.00 | |
| Istvan (weeknight taxi home from Blackstone after working late) | 07/19/07 | 11.00 | |
| **Subtotal - Ground Transportation - Local Travel** | | | **17.00** |

### Ground Transportation - Out-Of-Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Istvan (taxi to hotel in Columbia, MD from airport in Baltimore, MD) | 07/18/07 | 42.00 | |
| Istvan (taxi to client site from hotel in Columbia, MD) | 07/19/07 | 28.00 | |
| **Subtotal - Ground Transportation - Out-Of-Town Travel** | | | **70.00** |

### Ground Transportation - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (Amtrak rail service to New York, NY from Baltimore, MD) | 07/19/07 | 118.00 | |
| **Subtotal - Ground Transportation - Railroad** | | | **118.00** |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (fee for attending Court hearing telephonically) | 06/25/07 | 129.00 | |
| O'Connell (fee for attending Court hearing telephonically) | 07/23/07 | 135.50 | |
| **Subtotal - Communications - Teleconferencing** | | | **264.50** |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Istvan (meal while traveling to New York, NY from Baltimore, MD) | 07/19/07 | 10.25 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 06/19/07 | 10.02 | |
| O'Connell (in-room dinner meal @ hotel during stay in Columbia, MD) | 06/20/07 | 10.38 | |
| **Subtotal - Employee Meals** | | | **30.65** |

### Lodging

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (1 day hotel stay in Columbia, MD) | 06/19/07 - 06/20/07 | 262.90 | |
| **Subtotal - Lodging** | | | **262.90** |

| | | | |
|---|---|---:|---:|
| **Total Expenses** | | | **$ 997.55** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 7.4 |
| Jamie O'Connell | Vice President | 16.9 |
| Benjamin Istvan | Analyst | 3.8 |
| | Total | **28.1** |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/01/07 | 0.1 | Business Analysis | Correspondence to C. Schult regarding Project Gemini |
| Jamie O'Connell | 08/01/07 | 0.2 | Business Analysis | Call with B. Corcoran regarding environmental matters |
| Jamie O'Connell | 08/01/07 | 0.2 | Business Analysis | Correspondence to P. Zilly and B. Istvan regarding environmental matters |
| Jamie O'Connell | 08/09/07 | 0.2 | Business Analysis | Call with J. McFarland regarding various matters |
| Jamie O'Connell | 08/09/07 | 0.5 | Business Analysis | Prepare chemical transaction valuation analysis |
| Jamie O'Connell | 08/10/07 | 0.1 | Business Analysis | Review correspondence from B. Sarikas regarding information request |
| Jamie O'Connell | 08/12/07 | 0.5 | Business Analysis | Review second quarter financial reporting package |
| Jamie O'Connell | 08/17/07 | 0.7 | Business Analysis | Analysis of Delphi catalyst sale and correspondence to C. Schult |
| Jamie O'Connell | 08/27/07 | 0.5 | Business Analysis | Review and respond to correspondence from G. Young regarding Project Milo |
| Jamie O'Connell | 08/27/07 | 0.2 | Business Analysis | Review Project Milo overview presentation |
| Jamie O'Connell | 08/30/07 | 0.7 | Business Analysis | Review equity research on chemical sector |
| | | **3.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/06/07 | 0.1 | Case Administration | Review correspondence from C. Schult regarding administrative matter |
| Pamela Zilly | 08/13/07 | 0.3 | Case Administration | Read Motions re: Anderson Memorial, Tax |
| Pamela Zilly | 08/21/07 | 0.3 | Case Administration | Read Motions re: Protective Orders, BP Settlement |
| | | 0.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/22/07 | 0.2 | Claims Analysis Objection/Resolution | Call with J. McFarland regarding Colowyo claim |
| Jamie O'Connell | 08/23/07 | 0.1 | Claims Analysis Objection/Resolution | Call with J. McFarland regarding Colowyo claim |
| | | **0.3** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/02/07 | 0.2 | Committee | Correspondence re: Charter Oak |
| Jamie O'Connell | 08/02/07 | 0.2 | Committee | Call with J. Sinclair regarding various matters |
| Jamie O'Connell | 08/02/07 | 0.2 | Committee | Correspondence to management regarding Charter Oak |
| Pamela Zilly | 08/03/07 | 0.2 | Committee | Correspondence re: Charter Oak |
| Pamela Zilly | 08/06/07 | 0.3 | Committee | Call with R. Tarola, J. O'Connell re: Charter Oak |
| Jamie O'Connell | 08/06/07 | 0.2 | Committee | Call with B. Tarola and P. Zilly regarding Charter Oak |
| Jamie O'Connell | 08/07/07 | 0.2 | Committee | Correspondence to financial advisors regarding second quarter review call |
| Jamie O'Connell | 08/08/07 | 0.1 | Committee | Manage committee information request |
| Jamie O'Connell | 08/09/07 | 0.1 | Committee | Manage committee information request |
| Jamie O'Connell | 08/09/07 | 0.1 | Committee | Call with J. Sinclair regarding information request |
| Jamie O'Connell | 08/10/07 | 0.1 | Committee | Call with B. Sarikas regarding information request |
| Jamie O'Connell | 08/13/07 | 0.2 | Committee | Manage committee information request |
| Jamie O'Connell | 08/13/07 | 0.2 | Committee | Calls with B. Sarikas regarding information requests |
| Jamie O'Connell | 08/13/07 | 0.5 | Committee | Multiple correspondences to J. Sinclair and J. McFarland regarding confidentiality agreement |
| Jamie O'Connell | 08/14/07 | 0.2 | Committee | Call with financial advisors regarding second quarter results (did not participate in entire call) |
| Benjamin Istvan | 08/14/07 | 1.0 | Committee | Call with financial advisors regarding second quarter results |
| Jamie O'Connell | 08/15/07 | 0.2 | Committee | Call with B. Sarikas regarding information request |
| Jamie O'Connell | 08/17/07 | 0.1 | Committee | Call with J. Brownstein regarding claims |
| Jamie O'Connell | 08/17/07 | 0.2 | Committee | Claims analysis and correspondence to J. Brownstein |
| Pamela Zilly | 08/21/07 | 0.2 | Committee | Correspondence re: financial advisors |
| Jamie O'Connell | 08/22/07 | 0.5 | Committee | Call with J. Brownstein and B. Istvan regarding claims |
| Jamie O'Connell | 08/22/07 | 0.7 | Committee | Manage committee information requests |
| Jamie O'Connell | 08/22/07 | 0.1 | Committee | Call with D. Nakashige regarding committee information request |
| Jamie O'Connell | 08/22/07 | 0.2 | Committee | Call with A. Gibbons regarding committee information request |
| Jamie O'Connell | 08/22/07 | 0.2 | Committee | Call with J. Baer regarding committee information request |
| Jamie O'Connell | 08/22/07 | 0.1 | Committee | Call with G. Boyer regarding committee information request |
| Jamie O'Connell | 08/22/07 | 0.1 | Committee | Correspondence to J. Brownstein regarding committee information request |
| Jamie O'Connell | 08/22/07 | 0.2 | Committee | Call with B. Dockman regarding various committee requests |
| Benjamin Istvan | 08/22/07 | 0.5 | Committee | Call with J. Brownstein and J. O'Connell regarding claims |
| Jamie O'Connell | 08/23/07 | 0.1 | Committee | Review correspondence from J. Dolan regarding committee information request |
| Jamie O'Connell | 08/24/07 | 0.2 | Committee | Manage various committee information requests |
| Jamie O'Connell | 08/24/07 | 0.1 | Committee | Call with J. Brownstein regarding claims information request |
| Pamela Zilly | 08/27/07 | 0.2 | Committee | Correspondence re: various matters with J. O'Connell |
| Jamie O'Connell | 08/28/07 | 0.2 | Committee | Correspondence to J. Brownstein regarding claims |
| Jamie O'Connell | 08/28/07 | 0.2 | Committee | Manage Capstone information request |
| Jamie O'Connell | 08/28/07 | 0.1 | Committee | Review correspondence from T. Dyer regarding claims information request |
| Jamie O'Connell | 08/29/07 | 0.1 | Committee | Manage Capstone information request |
| Pamela Zilly | 08/30/07 | 0.2 | Committee | Review correspondence from J. O'Connell;; |
| Jamie O'Connell | 08/30/07 | 0.2 | Committee | Review of environmental claims and correspondence to J. Brownstein |
| Jamie O'Connell | 08/30/07 | 0.1 | Committee | Review information request list from G. Boyer |
| Jamie O'Connell | 08/30/07 | 0.2 | Committee | Correspondence to P. Zilly regarding various matters |
| Jamie O'Connell | 08/30/07 | 0.1 | Committee | Call with G. Boyer regarding committee information request |
| Pamela Zilly | 08/31/07 | 0.3 | Committee | Correspondence with J. O'Connell re: financial advisors |
| Jamie O'Connell | 08/31/07 | 0.5 | Committee | Review correspondence from P. Zilly and draft correspondence to M. Shelnitz and B. Tarola |
| | | **10.1** | | |

Page 5 of 10

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/13/07 | 0.1 | Employee Benefits/Pension | Call with B. McGowan and J. Baer regarding LTIP matter |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/06/07 | 0.3 | Financing | Call with E. Filon re: financing |
| Pamela Zilly | 08/08/07 | 0.1 | Financing | Review correspondence with financial institution |
| Pamela Zilly | 08/09/07 | 0.1 | Financing | Review correspondence with financial institution |
| | | **0.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/29/07 | 1.5 | Hearings | Participate in August 29, 2007 court hearing (did not participate in entire hearing) |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/01/07 | 0.2 | Plan and Disclosure Statement | Correspondence re: meeting |
| Jamie O'Connell | 08/01/07 | 0.1 | Plan and Disclosure Statement | Review correspondence regarding plan issues |
| Pamela Zilly | 08/02/07 | 0.5 | Plan and Disclosure Statement | Call with management |
| Pamela Zilly | 08/07/07 | 0.5 | Plan and Disclosure Statement | Review Monthly Operating Report |
| Pamela Zilly | 08/07/07 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell |
| Pamela Zilly | 08/07/07 | 0.2 | Plan and Disclosure Statement | Call with M. Shelnitz, J. O'Connell |
| Pamela Zilly | 08/07/07 | 0.5 | Plan and Disclosure Statement | Review model, correspondence with E. Filon |
| Jamie O'Connell | 08/07/07 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 08/07/07 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and M. Shelnitz regarding various matters |
| Pamela Zilly | 08/08/07 | 0.5 | Plan and Disclosure Statement | Call with investor |
| Jamie O'Connell | 08/14/07 | 0.2 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Jamie O'Connell | 08/14/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 08/14/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/20/07 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 08/20/07 | 0.1 | Plan and Disclosure Statement | Review correspondence from M. Shelnitz |
| Pamela Zilly | 08/28/07 | 0.2 | Plan and Disclosure Statement | Review correspondence from J. O'Connell;; |
| Jamie O'Connell | 08/28/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/28/07 | 0.5 | Plan and Disclosure Statement | Call with B. Dockman, T. Dyer and B. Istvan regarding claims information requests |
| Jamie O'Connell | 08/28/07 | 0.1 | Plan and Disclosure Statement | Call with T. Dyer and B. Istvan regarding claims |
| Jamie O'Connell | 08/28/07 | 0.5 | Plan and Disclosure Statement | Claims analysis with B. Istvan |
| Jamie O'Connell | 08/28/07 | 0.2 | Plan and Disclosure Statement | Follow-up claims analysis with B. Istvan |
| Jamie O'Connell | 08/28/07 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Benjamin Istvan | 08/28/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 08/28/07 | 0.5 | Plan and Disclosure Statement | Call with B. Dockman, T. Dyer and J. O'Connell regarding claims information requests |
| Benjamin Istvan | 08/28/07 | 0.1 | Plan and Disclosure Statement | Call with T. Dyer and J. O'Connell regarding claims |
| Benjamin Istvan | 08/28/07 | 0.5 | Plan and Disclosure Statement | Claims analysis with J. O'Connell |
| Benjamin Istvan | 08/28/07 | 0.2 | Plan and Disclosure Statement | Follow-up claims analysis with J. O'Connell |
| Jamie O'Connell | 08/30/07 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman regarding environmental claims |
| Jamie O'Connell | 08/30/07 | 0.2 | Plan and Disclosure Statement | Call with B. Corcoran regarding environmental matters |
| | | **9.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/13/07 | 0.3 | Tax Issues | Review memo re: tax planning |
| Pamela Zilly | 08/20/07 | 0.8 | Tax Issues | Call with E. Filon, J. Baer, J. McFarland re: tax planning |
| Pamela Zilly | 08/20/07 | 0.5 | Tax Issues | Review revised memo, correspondence on memo |
| Jamie O'Connell | 08/23/07 | 0.2 | Tax Issues | Call with E. Filon, A. Gibbons and D. Nakashige regarding tax claims information request |
| Jamie O'Connell | 08/27/07 | 0.2 | Tax Issues | Review year-end tax planning memorandum |
| | | **2.0** | | |