**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: December 10, 2007 at 4:00pm |

**FIFTY-EIGHTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2007 through September 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | Total: $75,000.00 — (Holdback (@ 20%)): ($15,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $585.59 |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 80,000.00 | 3,145.97 | 20,000.00 | 20,000.00 |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 80,000.00 | 148.40 | 20,000.00 | 20,000.00 |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 80,000.00 | 584.53 | 20,000.00 | 20,000.00 |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | -- | -- | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | -- | -- | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

November 19, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of September 1, 2007 through September 30, 2007: | | | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (15,000.00) |
| Out-of-pocket expenses processed for the period through September 30, 2007:[1] | | | | |
| Ground Transportation | $ | 351.66 | | |
| Meals | | 100.00 | | |
| Document Production | | 112.80 | | |
| Research | | 21.13 | | 585.59 |
| **Total Amount Due** | | | **$** | **60,585.59** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 17892

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 17892**

| | GL Detail Sep-07 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 246.66 | $ **246.66** |
| Ground Transportation - Out of Town Travel | 105.00 | **105.00** |
| Employee Meals | 100.00 | **100.00** |
| Document Production | 112.80 | **112.80** |
| External Research - Thomson Analytics | 21.13 | **21.13** |
| **Total Expenses** | **$ 585.59** | **$ 585.59** |

| | |
|---|---|
| **Ground Transportation** | **$ 351.66** |
| **Meals** | **100.00** |
| **Document Production** | **112.80** |
| **Research** | **21.13** |
| **Total Expenses** | **$ 585.59** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through September 30, 2007**
**Invoice No. 17892**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| **Ground Transportation - Car Service - Elite** | | | |
| Istvan (car to LaGuardia Airport in Queens, NY from Blackstone) | 07/18/07 | 61.05 | |
| O'Connell (car home from Blackstone after working late) | 07/17/07 | 90.78 | |
| O'Connell (car home from Newark Airport in Newark, NJ) | 07/19/07 | 94.83 | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | **246.66** |
| **Ground Transportation - Out-Of-Town Travel** | | | |
| O'Connell (taxi to client's offices in Columbia, MD from BWI Airport in Baltimore, MD) | 07/19/07 | 50.00 | |
| O'Connell (taxi to BWI Airport in Baltimore, MD from client's offices in Columbia, MD) | 07/19/07 | 55.00 | |
| | **Subtotal - Ground Transportation - Out-Of-Town Travel** | | **105.00** |
| **Employee Meals** | | | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/11/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/18/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/24/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/27/07 | 25.00 | |
| | **Subtotal - Employee Meals** | | **100.00** |
| **Document Production** | | | |
| Istvan | 09/24/07 - 09/25/07 | 94.20 | |
| O'Connell | 07/23/07 | 18.60 | |
| | **Subtotal - Document Production** | | **112.80** |
| **External Research - Thomson Analytics** | | | |
| Istvan (online data research) | 08/26/07 - 09/01/07 | 21.13 | |
| | **Subtotal - External Research - Thomson Analytics** | | **21.13** |
| | **Total Expenses** | | **$ 585.59** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 23.2 |
| Jamie O'Connell | Vice President | 49.1 |
| Benjamin Istvan | Analyst | 19.0 |
| | **Total** | **91.3** |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/04/07 | 0.2 | Business Analysis | Review accrued interest claims schedule |
| Jamie O'Connell | 09/05/07 | 0.2 | Business Analysis | Status meeting with B. Istvan |
| Benjamin Istvan | 09/05/07 | 0.2 | Business Analysis | Status meeting with J. O'Connell |
| Pamela Zilly | 09/06/07 | 0.3 | Business Analysis | Review material re: Project Milo; correspondence with J.O'Connell re: same, other matters |
| Jamie O'Connell | 09/06/07 | 0.1 | Business Analysis | Correspondence to B. Istvan regarding various matters |
| Jamie O'Connell | 09/06/07 | 0.1 | Business Analysis | Correspondence to G. Young regarding Project Milo |
| Jamie O'Connell | 09/06/07 | 0.1 | Business Analysis | Call with B. Corcoran regarding environmental claims |
| Jamie O'Connell | 09/06/07 | 0.7 | Business Analysis | Draft environmental claims presentation |
| Jamie O'Connell | 09/06/07 | 0.2 | Business Analysis | Call with L. Gardner regarding environmental claims presentation |
| Jamie O'Connell | 09/06/07 | 0.1 | Business Analysis | Correspondence to L. Gardner regarding environmental claims presentation |
| Jamie O'Connell | 09/06/07 | 0.2 | Business Analysis | Call with B. Istvan regarding outstanding items |
| Benjamin Istvan | 09/06/07 | 0.1 | Business Analysis | Correspondence with J. O'Connell regarding various matters |
| Benjamin Istvan | 09/06/07 | 0.2 | Business Analysis | Call with J. O'Connell regarding outstanding items |
| Jamie O'Connell | 09/07/07 | 0.5 | Business Analysis | Review correspondence regarding various matters |
| Benjamin Istvan | 09/07/07 | 0.5 | Business Analysis | Correspondence with L. Gardner regarding environmental claims presentation |
| Jamie O'Connell | 09/09/07 | 0.2 | Business Analysis | Review claims materials for GUC meeting |
| Jamie O'Connell | 09/09/07 | 0.2 | Business Analysis | Correspondence to B. Sarikas re claims materials |
| Jamie O'Connell | 09/09/07 | 0.2 | Business Analysis | Review environmental presentation edits from L. Gardner |
| Jamie O'Connell | 09/09/07 | 0.1 | Business Analysis | Call with B. Istvan regarding claims and environmental presentation |
| Benjamin Istvan | 09/09/07 | 0.1 | Business Analysis | Call with J. O'Connell regarding claims and environmental presentation |
| Benjamin Istvan | 09/09/07 | 1.0 | Business Analysis | Updates to environmental claims presentation |
| Pamela Zilly | 09/10/07 | 0.3 | Business Analysis | Review Optimization Plan Motion |
| Jamie O'Connell | 09/10/07 | 0.1 | Business Analysis | Call with B. Corcoran regarding environmental claims |
| Jamie O'Connell | 09/10/07 | 4.2 | Business Analysis | Draft environmental claims presentation |
| Jamie O'Connell | 09/10/07 | 0.2 | Business Analysis | Call with L. Gardner regarding environmental claims presentation |
| Jamie O'Connell | 09/10/07 | 0.2 | Business Analysis | Call with B. Dockman and S. Ahearn regarding LTP and Deloitte retention |
| Jamie O'Connell | 09/10/07 | 0.1 | Business Analysis | Correspondence to B. Dockman and S. Ahearn regarding LTP and Deloitte retention |
| Jamie O'Connell | 09/10/07 | 0.1 | Business Analysis | Correspondence to L. Gardner regarding environmental claims presentation |
| Jamie O'Connell | 09/10/07 | 0.1 | Business Analysis | Review correspondence from T. Dyer regarding Colowyo claim |
| Jamie O'Connell | 09/10/07 | 0.2 | Business Analysis | Follow-up call with L. Gardner regarding environmental claims presentation |
| Jamie O'Connell | 09/10/07 | 0.7 | Business Analysis | Review optimization plan draft motion |
| Pamela Zilly | 09/11/07 | 0.5 | Business Analysis | Call with management and counsel re: Court motions and hearing |
| Pamela Zilly | 09/11/07 | 0.4 | Business Analysis | Call with E. Leibenstein |
| Pamela Zilly | 09/11/07 | 1.0 | Business Analysis | Read various Motions re: Protective Orders, insurers and other settlements of PD Claims |
| Pamela Zilly | 09/11/07 | 0.2 | Business Analysis | Meeting with J. O'Connell re: various matters |
| Pamela Zilly | 09/11/07 | 0.2 | Business Analysis | Call with E. Filon re: Optimization Plan motion |
| Pamela Zilly | 09/11/07 | 0.2 | Business Analysis | Call with R. Tarola, E. Filon and J. McFarland, J. O'Connell re: Optimization Plan draft motion |
| Jamie O'Connell | 09/11/07 | 0.2 | Business Analysis | Status meeting with P. Zilly |
| Jamie O'Connell | 09/11/07 | 0.2 | Business Analysis | Call with P. Zilly, B. Tarola, E. Filon and J. McFarland regarding optimization plan draft motion |
| Jamie O'Connell | 09/11/07 | 0.1 | Business Analysis | Call with L. Duff regarding environmental claims presentation |
| Jamie O'Connell | 09/11/07 | 0.1 | Business Analysis | Correspondence to L. Duff regarding environmental claims presentation |
| Jamie O'Connell | 09/11/07 | 0.2 | Business Analysis | Provide edits to optimization plan draft motion |
| Jamie O'Connell | 09/11/07 | 0.2 | Business Analysis | Correspondence to J. McFarland regarding optimization plan draft motion |
| Jamie O'Connell | 09/11/07 | 0.1 | Business Analysis | Call with B. Corcoran regarding environmental claims |
| Jamie O'Connell | 09/11/07 | 0.1 | Business Analysis | Call with B. Istvan regarding claims information |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/11/07 | 0.1 | Business Analysis | Review correspondence regarding Project Milo |
| Jamie O'Connell | 09/11/07 | 0.2 | Business Analysis | Call with L. Duff and L. Gardner regarding environmental presentation |
| Jamie O'Connell | 09/11/07 | 1.0 | Business Analysis | Review environmental presentation |
| Jamie O'Connell | 09/11/07 | 0.2 | Business Analysis | Correspondence to management regarding environmental presentation |
| Jamie O'Connell | 09/11/07 | 0.1 | Business Analysis | Correspondence to J. McFarland regarding optimization plan draft motion |
| Jamie O'Connell | 09/11/07 | 0.1 | Business Analysis | Review edits to optimization plan motion |
| Benjamin Istvan | 09/11/07 | 0.2 | Business Analysis | Correspondence with G. Young regarding Project Milo |
| Benjamin Istvan | 09/11/07 | 0.1 | Business Analysis | Call with J. O'Connell regarding claims information |
| Benjamin Istvan | 09/11/07 | 0.2 | Business Analysis | Call with L. Duff and L. Gardner regarding environmental claims presentation |
| Benjamin Istvan | 09/11/07 | 0.7 | Business Analysis | Revisions to environmental claims presentation |
| Pamela Zilly | 09/12/07 | 0.7 | Business Analysis | Read and Markup Optimization Plan Motion |
| Pamela Zilly | 09/12/07 | 1.7 | Business Analysis | Call with E. Filon re: Optimization Plan motion |
| Pamela Zilly | 09/12/07 | 0.6 | Business Analysis | Review environmental presentation; various correspondence re: same |
| Pamela Zilly | 09/12/07 | 0.8 | Business Analysis | Review Monthly operating reports |
| Jamie O'Connell | 09/12/07 | 0.1 | Business Analysis | Correspondence to B. Corcoran regarding environmental settlement |
| Jamie O'Connell | 09/12/07 | 0.5 | Business Analysis | Multiple calls with L. Gardner and B. Istvan regarding environmental settlement presentation |
| Jamie O'Connell | 09/12/07 | 0.2 | Business Analysis | Call with C. Schult and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 09/12/07 | 0.2 | Business Analysis | Call with L. Duff regarding environmental claims presentation |
| Jamie O'Connell | 09/12/07 | 0.5 | Business Analysis | Incorporate edits to environmental presentation |
| Jamie O'Connell | 09/12/07 | 0.7 | Business Analysis | Call with management, Kirkland and Deloitte regarding Liability Transfer Project |
| Jamie O'Connell | 09/12/07 | 0.1 | Business Analysis | Call with B. Corcoran regarding environmental claims |
| Jamie O'Connell | 09/12/07 | 1.7 | Business Analysis | Call with management and Kirkland to review optimization plan draft motion |
| Benjamin Istvan | 09/12/07 | 0.5 | Business Analysis | Multiple calls with L. Gardner and J. O'Connell regarding environmental settlement presentation |
| Benjamin Istvan | 09/12/07 | 0.2 | Business Analysis | Call with C. Schult and J. O'Connell regarding Project Gemini |
| Pamela Zilly | 09/13/07 | 0.5 | Business Analysis | Read and Markup Optimization Plan Motion |
| Pamela Zilly | 09/13/07 | 0.2 | Business Analysis | Correspondence with E. Filon re: Optimization Plan motion |
| Pamela Zilly | 09/13/07 | 1.0 | Business Analysis | Further comments on Optimazation Plan |
| Jamie O'Connell | 09/13/07 | 0.1 | Business Analysis | Call with M. Narducci conference call scheduling |
| Jamie O'Connell | 09/13/07 | 1.2 | Business Analysis | Call with E. Filon, J. McFarland, L. Sinanyan and B. Istvan regarding optimization plan draft motion |
| Jamie O'Connell | 09/13/07 | 0.1 | Business Analysis | Call with J. McFarland regarding Colowyo claim |
| Jamie O'Connell | 09/13/07 | 0.1 | Business Analysis | Correspondence to management and Kirkland regarding comments to optimization plan draft motion |
| Benjamin Istvan | 09/13/07 | 1.2 | Business Analysis | Call with E. Filon, J. McFarland, L. Sinanyan and J. O'Connell regarding optimization plan draft motion |
| Benjamin Istvan | 09/13/07 | 0.1 | Business Analysis | Call with J. McFarland regarding Colowyo claim |
| Jamie O'Connell | 09/14/07 | 0.2 | Business Analysis | Call with E. Filon and J. McFarland regarding optimization plan draft motion |
| Jamie O'Connell | 09/14/07 | 0.1 | Business Analysis | Call with E. Filon regarding optimization plan conference call |
| Pamela Zilly | 09/15/07 | 0.8 | Business Analysis | Review materials and correspondence on environmental matters |
| Pamela Zilly | 09/17/07 | 0.2 | Business Analysis | Follow-up call with E. Filon, J. O'Connell |
| Pamela Zilly | 09/17/07 | 1.2 | Business Analysis | Analysis re: environmental matters |
| Jamie O'Connell | 09/17/07 | 0.1 | Business Analysis | Call with B. Corcoran regarding environmental claims |
| Jamie O'Connell | 09/17/07 | 0.2 | Business Analysis | Follow-up call with P. Zilly and E. Filon regarding optimization plan |
| Jamie O'Connell | 09/17/07 | 0.2 | Business Analysis | Review email correspondence regarding various matters |
| Benjamin Istvan | 09/20/07 | 0.2 | Business Analysis | Correspondence with E. Filon |
| Jamie O'Connell | 09/21/07 | 0.2 | Business Analysis | Call with B. Istvan regarding cash flow analysis |
| Benjamin Istvan | 09/21/07 | 0.2 | Business Analysis | Call with E. Filon re: optimization plan |
| Benjamin Istvan | 09/21/07 | 0.2 | Business Analysis | Call with D. Nakashige re: financial analysis |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 09/21/07 | 0.7 | Business Analysis | Financial analysis re: optimization plan |
| Benjamin Istvan | 09/21/07 | 0.2 | Business Analysis | Correspondence with J. O'Connell regarding cash flow analysis |
| Benjamin Istvan | 09/21/07 | 0.2 | Business Analysis | Call with J. O'Connell regarding cash flow analysis |
| Pamela Zilly | 09/24/07 | 1.0 | Business Analysis | Review environmental materials |
| Jamie O'Connell | 09/24/07 | 0.2 | Business Analysis | Review projected cash flow analysis |
| Jamie O'Connell | 09/24/07 | 0.2 | Business Analysis | Meeting with B. Istvan to review cash flow analysis |
| Jamie O'Connell | 09/24/07 | 0.2 | Business Analysis | Call with E. Filon and B. Istvan regarding optimization plan |
| Benjamin Istvan | 09/24/07 | 0.2 | Business Analysis | Meeting with J. O'Connell to review cash flow analysis |
| Benjamin Istvan | 09/24/07 | 0.5 | Business Analysis | Revise cash flow analysis |
| Benjamin Istvan | 09/24/07 | 0.2 | Business Analysis | Call with E. Filon and J. O'Connell regarding optimization plan |
| Pamela Zilly | 09/25/07 | 0.5 | Business Analysis | Review cash flow analysis |
| Benjamin Istvan | 09/25/07 | 0.5 | Business Analysis | Call with D. Nakashige re: financial analysis |
| Jamie O'Connell | 09/26/07 | 0.2 | Business Analysis | Correspondence to E. Filon and L. Sinanyan regarding optimization plan |
| Jamie O'Connell | 09/26/07 | 0.5 | Business Analysis | Review financial analysis with B. Istvan |
| Jamie O'Connell | 09/26/07 | 0.7 | Business Analysis | Review equity research covering chemical sector |
| Benjamin Istvan | 09/26/07 | 1.2 | Business Analysis | Financial analysis re: optimization plan |
| Benjamin Istvan | 09/26/07 | 0.5 | Business Analysis | Review financial analysis with J. O'Connell |
| Jamie O'Connell | 09/27/07 | 0.2 | Business Analysis | Call with G. Young regarding various matters |
| Benjamin Istvan | 09/28/07 | 0.2 | Business Analysis | Call with D. Nakashige re: financial analysis |
| Jamie O'Connell | 09/30/07 | 0.2 | Business Analysis | Review financial analysis |
| | | 43.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/24/07 | 0.5 | Claims Analysis Objection/Resolution | Review Motions re: Dies Settlements |
| | | **0.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/04/07 | 0.2 | Committee | Correspondence with J. O'Connell re: GUC meeting agenda |
| Jamie O'Connell | 09/04/07 | 0.1 | Committee | Correspondence to P. Zilly regarding committee meeting logistics |
| Jamie O'Connell | 09/04/07 | 0.2 | Committee | Call with J. Dolan regarding committee meeting agenda |
| Jamie O'Connell | 09/04/07 | 0.2 | Committee | Call with J. Baer regarding committee meeting |
| Jamie O'Connell | 09/04/07 | 0.1 | Committee | Call with B. Sarikas regarding committee information request |
| Jamie O'Connell | 09/04/07 | 0.2 | Committee | Call with M. Shelnitz regarding committee meeting |
| Jamie O'Connell | 09/04/07 | 0.2 | Committee | Call with J. Brownstein regarding claims information |
| Jamie O'Connell | 09/04/07 | 0.7 | Committee | Analysis of tax claims schedules |
| Jamie O'Connell | 09/04/07 | 0.1 | Committee | Correspondence to J. Brownstein regarding tax claims schedule |
| Jamie O'Connell | 09/04/07 | 0.1 | Committee | Correspondence to B. Dockman and T. Dyer regarding committee information request |
| Jamie O'Connell | 09/04/07 | 1.2 | Committee | Draft agenda for committee meeting |
| Jamie O'Connell | 09/04/07 | 0.2 | Committee | Correspondence to Grace management and advisors regarding draft meeting agenda |
| Pamela Zilly | 09/05/07 | 0.3 | Committee | Review GUC meeting agenda |
| Jamie O'Connell | 09/05/07 | 0.2 | Committee | Review correspondence from management and K&E regarding meeting agenda |
| Jamie O'Connell | 09/05/07 | 0.1 | Committee | Call with M. Narducci regarding committee information request |
| Jamie O'Connell | 09/05/07 | 0.2 | Committee | Call with B. Sarikas regarding committee information request |
| Jamie O'Connell | 09/05/07 | 0.1 | Committee | Call with E. Filon regarding scheduling of call with Piper Jaffray |
| Jamie O'Connell | 09/05/07 | 0.1 | Committee | Call with J. Brownstein regarding scheduling of tax claims call |
| Jamie O'Connell | 09/05/07 | 0.1 | Committee | Correspondence to E. Filon and A. Gibbons regarding scheduling of call with Piper Jaffray |
| Jamie O'Connell | 09/05/07 | 0.1 | Committee | Correspondence to B. Sarikas regarding scheduling of call with CDG |
| Jamie O'Connell | 09/05/07 | 0.7 | Committee | Draft edits to committee meeting agenda |
| Jamie O'Connell | 09/05/07 | 0.2 | Committee | Correspondence to management and K&E regarding edits to committee meeting agenda |
| Jamie O'Connell | 09/05/07 | 0.2 | Committee | Review of accrued interest claims analysis and correspondence to J. Brownstein regarding analysis |
| Jamie O'Connell | 09/05/07 | 0.5 | Committee | Call with E. Filon, A. Gibbons and J. Brownstein regarding tax claims analysis |
| Jamie O'Connell | 09/05/07 | 0.2 | Committee | Correspondence to J. Dolan regarding committee meeting agenda |
| Jamie O'Connell | 09/06/07 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 09/06/07 | 0.1 | Committee | Call with J. Brownstein regarding various information requests |
| Jamie O'Connell | 09/06/07 | 0.2 | Committee | Call with J. Brownstein and A. Gibbons regarding tax analysis |
| Jamie O'Connell | 09/06/07 | 0.5 | Committee | Call with B. Tarola, B. Sarikas and G. Boyer regarding second quarter results and various matters |
| Jamie O'Connell | 09/06/07 | 0.2 | Committee | Follow-up call with B. Tarola and B. Sarikas regarding information requests and committee meeting |
| Jamie O'Connell | 09/06/07 | 0.1 | Committee | Follow-up call with J. Brownstein regarding various information requests |
| Jamie O'Connell | 09/06/07 | 0.1 | Committee | Follow-up call with B. Tarola and B. Sarikas regarding committee meeting |
| Jamie O'Connell | 09/06/07 | 0.1 | Committee | Follow-up call with J. Brownstein regarding claims |
| Jamie O'Connell | 09/06/07 | 0.2 | Committee | Call with J. Dolan regarding committee meeting agenda, Project Milo and Project Gemini |
| Jamie O'Connell | 09/06/07 | 0.1 | Committee | Correspondence to C. Schult regarding Project Gemini information request |
| Benjamin Istvan | 09/07/07 | 0.7 | Committee | Follow-up call with J. Brownstein regarding various information requests |
| Jamie O'Connell | 09/10/07 | 0.1 | Committee | Call with J. Brownstein regarding claims information requests |
| Jamie O'Connell | 09/11/07 | 0.1 | Committee | Call with J. Dolan and B. Istvan regarding committee meeting agenda |
| Jamie O'Connell | 09/11/07 | 0.2 | Committee | Call with J. Brownstein and B. Istvan regarding claims information requests |
| Jamie O'Connell | 09/11/07 | 0.1 | Committee | Call with A. Krieger regarding committee meeting agenda |
| Jamie O'Connell | 09/11/07 | 0.5 | Committee | Incorporate edits and additions to committee meeting agenda |
| Jamie O'Connell | 09/11/07 | 0.2 | Committee | Correspondence to management regarding committee meeting agenda |
| Benjamin Istvan | 09/11/07 | 0.1 | Committee | Call with J. Dolan and J. O'Connell regarding committee meeting agenda |
| Benjamin Istvan | 09/11/07 | 0.2 | Committee | Call with J. Brownstein and J. O'Connell regarding claims information requests |
| Benjamin Istvan | 09/11/07 | 0.2 | Committee | Call with T. Weschler regarding Project Milo |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 09/11/07 | 0.2 | Committee | Follow-up with T. Dyer regarding various information requests |
| Jamie O'Connell | 09/12/07 | 0.5 | Committee | Manage committee information requests |
| Jamie O'Connell | 09/12/07 | 0.2 | Committee | Call with B. Sarikas regarding meeting materials |
| Jamie O'Connell | 09/12/07 | 0.5 | Committee | Draft correspondence to financial advisors regarding environmental presentation |
| Pamela Zilly | 09/14/07 | 0.2 | Committee | Read correspondence re: committee matters |
| Jamie O'Connell | 09/14/07 | 0.2 | Committee | Call with J. Sinclair regarding various matters |
| Jamie O'Connell | 09/14/07 | 0.5 | Committee | Draft correspondence to financial advisors regarding optimization plan |
| Jamie O'Connell | 09/14/07 | 0.2 | Committee | Correspondence to S. Cunningham and J. Dolan regarding Project Gemini |
| Jamie O'Connell | 09/14/07 | 0.1 | Committee | Call with M. Narducci regarding scheduling of call with Piper Jaffray |
| Jamie O'Connell | 09/14/07 | 0.1 | Committee | Call with J. Brownstein regarding scheduling of optimization plan call |
| Jamie O'Connell | 09/14/07 | 0.2 | Committee | Correspondence to J. Dolan and A. Krieger regarding committee meeting |
| Jamie O'Connell | 09/14/07 | 0.1 | Committee | Correspondence to financial advisors regarding optimization plan conference call |
| Jamie O'Connell | 09/14/07 | 0.1 | Committee | Correspondence to A. Krieger regarding committee meeting |
| Jamie O'Connell | 09/14/07 | 0.2 | Committee | Call with B. Corcoran and M. Shelnitz regarding committee meeting materials |
| Jamie O'Connell | 09/14/07 | 0.2 | Committee | Correspondence to P. Zilly and B. Istvan regarding materials for committee meeting |
| Jamie O'Connell | 09/15/07 | 0.2 | Committee | Review slides prepared for committee meeting |
| Pamela Zilly | 09/17/07 | 0.7 | Committee | Call with Committees' advisors on Optimization Plan |
| Jamie O'Connell | 09/17/07 | 0.2 | Committee | Call with S. Cunningham regarding various matters |
| Jamie O'Connell | 09/17/07 | 0.5 | Committee | Manage various committee-related matters |
| Jamie O'Connell | 09/17/07 | 0.7 | Committee | Conference call with financial advisors regarding optimization plan |
| Benjamin Istvan | 09/17/07 | 1.0 | Committee | Conference call with financial advisors regarding optimization plan |
| Jamie O'Connell | 09/18/07 | 0.5 | Committee | Compile list of mailing addresses for unsecured creditor committee members and advisors |
| Jamie O'Connell | 09/18/07 | 0.1 | Committee | Review correspondence from J. Dolan and A. Krieger regarding mailing addresses |
| Jamie O'Connell | 09/18/07 | 0.1 | Committee | Call with B. Sarikas regarding committee meeting materials |
| Jamie O'Connell | 09/18/07 | 0.1 | Committee | Correspondence to A. Krieger regarding committee meeting materials |
| Jamie O'Connell | 09/18/07 | 0.1 | Committee | Respond to request from A. Krieger regarding committee meeting |
| Jamie O'Connell | 09/18/07 | 0.1 | Committee | Respond to additional request from A. Krieger regarding committee meeting |
| Jamie O'Connell | 09/19/07 | 0.5 | Committee | Review multiple e-mail correspondences and manage committee requests |
| Pamela Zilly | 09/20/07 | 0.3 | Committee | Read correspondence re: Optimazation Plan and committee issues |
| Jamie O'Connell | 09/20/07 | 0.2 | Committee | Correspondences to B. Sarikas and A. Krieger regarding committee meeting |
| Jamie O'Connell | 09/20/07 | 0.7 | Committee | Review materials for committee meeting |
| Benjamin Istvan | 09/20/07 | 0.2 | Committee | Follow up on information requests |
| Jamie O'Connell | 09/21/07 | 0.2 | Committee | Review various e-mail correspondence regarding committee requests |
| Jamie O'Connell | 09/24/07 | 0.5 | Committee | Review e-mail correspondence regarding committee requests and other matters |
| Jamie O'Connell | 09/24/07 | 0.7 | Committee | Call with G. Boyer, E. Filon and B. Istvan regarding optimization plan |
| Jamie O'Connell | 09/24/07 | 0.7 | Committee | Call with Capstone, Stroock, E. Filon and B. Istvan regarding optimization plan |
| Jamie O'Connell | 09/24/07 | 0.2 | Committee | Respond to Capstone requests regarding environmental claims and committee meeting |
| Benjamin Istvan | 09/24/07 | 0.2 | Committee | Follow up re: Capstone diligence requests |
| Benjamin Istvan | 09/24/07 | 0.7 | Committee | Call with G. Boyer, E. Filon and J. O'Connell regarding optimization plan |
| Benjamin Istvan | 09/24/07 | 0.2 | Committee | Call with Capstone, Stroock, E. Filon and J. O'Connell regarding optimization plan (did not participate in entire call) |
| Jamie O'Connell | 09/25/07 | 0.1 | Committee | Call with B. Corcoran regarding status of committee information requests |
| Jamie O'Connell | 09/25/07 | 0.1 | Committee | Call with J. Sinclair regarding environmental claims request |
| Jamie O'Connell | 09/25/07 | 0.2 | Committee | Manage committee information request |
| Jamie O'Connell | 09/25/07 | 0.1 | Committee | Call with B. Sarikas regarding committee meeting |
| Pamela Zilly | 09/26/07 | 0.3 | Committee | Premeeting with management |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/26/07 | 3.0 | Committee | Meeting with management; Unsecured Creditors Committee and advisors |
| Jamie O'Connell | 09/26/07 | 0.5 | Committee | Meeting with Grace management to discuss committee meeting |
| Jamie O'Connell | 09/26/07 | 3.0 | Committee | Meeting with Official Committee of Unsecured Creditors |
| Jamie O'Connell | 09/26/07 | 0.1 | Committee | Call with J. Sinclair regarding environmental claims request |
| Jamie O'Connell | 09/26/07 | 0.1 | Committee | Call with J. Dolan regarding committee information request |
| Jamie O'Connell | 09/26/07 | 0.1 | Committee | Call with B. Dockman regarding committee information request |
| Jamie O'Connell | 09/26/07 | 0.1 | Committee | Follow-up call with J. Sinclair regarding environmental claims request |
| Jamie O'Connell | 09/26/07 | 0.1 | Committee | Correspondence to B. Dockman regarding environmental claims request |
| Benjamin Istvan | 09/26/07 | 0.5 | Committee | Meeting with Grace management to discuss committee meeting |
| Benjamin Istvan | 09/26/07 | 3.0 | Committee | Meeting with Official Committee of Unsecured Creditors |
| Jamie O'Connell | 09/28/07 | 0.1 | Committee | Review correspondence from B. Sarikas regarding management meeting |
| | | 35.2 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/24/07 | 0.5 | Hearings | Attend Court hearing telephonically (partially) |
| Jamie O'Connell | 09/24/07 | 0.5 | Hearings | Participate telephonically in the September 24, 2007 court hearing |
| Benjamin Istvan | 09/24/07 | 0.5 | Hearings | Participate telephonically in the September 24, 2007 court hearing |
| | | 1.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/04/07 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: Court motions and hearing |
| Jamie O'Connell | 09/04/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/11/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 09/11/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/18/07 | 0.7 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Jamie O'Connell | 09/18/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 09/18/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/24/07 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 09/25/07 | 2.5 | Plan and Disclosure Statement | Dinner meeting with management |
| Pamela Zilly | 09/25/07 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Pamela Zilly | 09/25/07 | 2.5 | Plan and Disclosure Statement | Dinner meeting with J. Baer, R. Tarola, M. Shelnitz |
| Jamie O'Connell | 09/25/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/28/07 | 0.5 | Plan and Disclosure Statement | Read various Orders and Motions re: Expert Witnesses |
| | | 10.4 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/04/07 | 0.1 | Tax Issues | Correspondence to A. Gibbons regarding tax claims schedule |
| Jamie O'Connell | 09/05/07 | 0.1 | Tax Issues | Correspondence to E. Filon regarding tax planning materials |
| Jamie O'Connell | 09/09/07 | 0.1 | Tax Issues | Review correspondence regarding year-end tax planning materials |
| | | **0.3** | | |