THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: December 10, 2007 |
| | ) | Hearing Date: TBD |

**SEVENTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JULY 1, 2007 THROUGH SEPTEMBER 30, 2007**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2007 – September 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $300,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    857.11 |

This is a    ___ monthly            _x_ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2007 – September 30, 2007

| Project Category | Total Hours | Total Fees[1] |
| --- | --- | --- |
| Business Operations Related | 90.5 | NA |
| Financial Analysis / Financial Review | 721.5 | NA |
| Case Administration | 99.8 | NA |
| Fee Applications | 3.0 | NA |
| Hearing Attendance / Meeting | 32.6 | NA |
| **TOTAL** | **947.4** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2007 – September 30, 2007

| Expense Category | Total |
| --- | --- |
| Research | $308.80 |
| Meals | 233.28 |
| Transportation | 8.00 |
| Telephone | 307.03 |
| **TOTAL** | **$857.11** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2