# EXHIBIT B

## W.R. Grace & Co.
## PJC Expense Detail Report (July 1, 2007 – September 30, 2007)
### (Dates Represent Posting Date of Expense)

July

Telephone

| | | |
|---|---|---|
| Jonathan Brownstein | 07/30/07 | $  11.88 |

August

Research

| | | |
|---|---|---|
| Jonathan Brownstein | 08/08/07 | 308.80 |

Telephone

| | | |
|---|---|---|
| Joe Radecki | 08/07/07 | 38.27 |
| Joe Radecki | 08/07/07 | 33.25 |
| Desiree Davis | 08/16/07 | 17.50 |
| Desiree Davis | 08/16/07 | 17.50 |

Transportation

| | | |
|---|---|---|
| Jonathan Brownstein | 08/22/07 | 8.00 |

September

Telephone

| | | |
|---|---|---|
| Jason Solganick | 09/17/07 | 83.50 |
| Geoff Zbikowski | 09/13/07 | 105.13 |

Meals

| | | |
|---|---|---|
| Joe Radecki | 09/17/07 | 158.28 |
| Joe Radecki | 09/17/07 | 75.00 |

**TOTAL EXPENSES:**                                                **$857.11**