# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: September 27, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### EIGHTEENTH MONTHLY INTERIM APPLICATION OF
### PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Eighteenth Monthly Application of Piper Jaffray & Co. for Compensation for Services

Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period

July 1, 2007 through July 31, 2007 seeking payment of fees in the amount of $80,000.00 (80% of

$100,000.00) and expenses in the amount of $11.88 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **September 27, 2007 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

2

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By: _____

Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: September ⊤, 2007

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| Debtor. | ) | Objection Date: September 27, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**EIGHTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO.,
FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS'
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD
JULY 1, 2007 THROUGH JULY 31, 2007**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide<br>Professional Services to: | David T. Austern,<br>Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and<br>reimbursement is sought: | July 1, 2007 – July 31, 2007 |
| 80% of Compensation<br>sought as actual, reasonable and<br>necessary: | $80,000.00 |
| 100% of Expense Reimbursement<br>sought as actual, reasonable and<br>necessary: | $11.88 |

This is a     _x_ monthly                    __ interim                    ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JULY 1-31, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 37.0 | NA |
| Case Administration Related | 41.4 | NA |
| Hearings | 20.0 | NA |
| Financial Analysis Related | 209.5 | NA |
| TOTAL | 307.9 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone                             $  11.88

**TOTAL**                         **$   11.88**

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____

Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: August 27, 2007

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### AFFIDAVIT

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Jason Solganick being duly sworn, deposes and says:

1.      I am a Vice President of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.      No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Eighteenth Monthly Interim Application of Piper Jaffray &

Co. for the time period July 1, 2007 through July 31, 2007 and state that the information set forth

therein is true and correct to the best of my knowledge, information and belief.

Jason Solganick

Sworn to and subscribed before me
this 27th day of August, 2007

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires _07-24-2010_

2

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### July-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 7/2/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 7/2/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 7/2/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 7/3/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion |
| Geoffrey Zbikowski | 7/3/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion |
| Jason Solganick | 7/3/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion |
| Jason Solganick | 7/3/2007 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/3/2007 | 1.0 | Business Operations | Review of 2007 LTIP motion |
| Joseph Radecki | 7/3/2007 | 1.0 | Business Operations | Review of 2007 LTIP motion |
| Desiree Davis | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Geoffrey Zbikowski | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Jason Solganick | 7/5/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/5/2007 | 0.3 | Case Administration | Review of agenda for 7/5 hearing |
| Jason Solganick | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Jonathan Brownstein | 7/5/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Desiree Davis | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Desiree Davis | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Geoffrey Zbikowski | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 7/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/6/2007 | 2.0 | Case Administration | Review of objections to extension of exclusivity |
| Jason Solganick | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Jonathan Brownstein | 7/6/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Joseph Radecki | 7/6/2007 | 1.5 | Case Administration | Review of objections to extension of exclusivity |
| Desiree Davis | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 7/9/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jonathan Brownstein | 7/9/2007 | 0.5 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Rohm) |
| Jason Solganick | 7/10/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/10/2007 | 0.5 | Case Administration | Review of amended case management order |
| Jason Solganick | 7/11/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Geoffrey Zbikowski | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Jason Solganick | 7/12/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 7/12/2007 | 0.3 | Case Administration | Review of agenda for 7/19 hearing |
| Jason Solganick | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Jonathan Brownstein | 7/12/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (HB Fuller) |
| Jason Solganick | 7/13/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jason Solganick | 7/16/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/16/2007 | 0.3 | Case Administration | Review of agenda for 7/23 hearing |
| Jason Solganick | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jonathan Brownstein | 7/16/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Desiree Davis | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Desiree Davis | 7/17/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Geoffrey Zbikowski | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Geoffrey Zbikowski | 7/17/2007 | 6.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Jason Solganick | 7/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/17/2007 | 1.5 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jason Solganick | 7/17/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Jonathan Brownstein | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jonathan Brownstein | 7/17/2007 | 2.0 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/17/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (Rohm) |
| Joseph Radecki | 7/17/2007 | 2.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### July-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 7/17/2007 | 1.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/19/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Geoffrey Zbikowski | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jason Solganick | 7/20/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/20/2007 | 0.2 | Case Administration | Review of agenda for 7/23 hearing |
| Jason Solganick | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Jonathan Brownstein | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Joseph Radecki | 7/20/2007 | 1.0 | Case Administration | Review of Debtors' reply to objections to extension of exclusivity |
| Desiree Davis | 7/23/2007 | 3.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Desiree Davis | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Geoffrey Zbikowski | 7/23/2007 | 3.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Geoffrey Zbikowski | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Jason Solganick | 7/23/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/23/2007 | 3.0 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jason Solganick | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Jonathan Brownstein | 7/23/2007 | 1.5 | Financial Analysis | Comparable company (RPM) conference call and related analysis |
| Jonathan Brownstein | 7/23/2007 | 5.0 | Hearings | 7/23 hearing |
| Joseph Radecki | 7/23/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Desiree Davis | 7/24/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Desiree Davis | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Geoffrey Zbikowski | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Geoffrey Zbikowski | 7/24/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jason Solganick | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Jason Solganick | 7/24/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jason Solganick | 7/24/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Jonathan Brownstein | 7/24/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 7/24/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jonathan Brownstein | 7/24/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/24/2007 | 1.0 | Business Operations | Review of order approving asset sale |
| Joseph Radecki | 7/24/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/25/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Desiree Davis | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Geoffrey Zbikowski | 7/25/2007 | 3.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jason Solganick | 7/25/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 7/25/2007 | 0.2 | Case Administration | Review of agenda for 7/30 hearing |
| Jason Solganick | 7/25/2007 | 1.0 | Case Administration | Review of transcript of 7/19 hearing |
| Jason Solganick | 7/25/2007 | 2.5 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jason Solganick | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jonathan Brownstein | 7/25/2007 | 1.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 7/25/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (IFF) |
| Jonathan Brownstein | 7/25/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/25/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Desiree Davis | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Desiree Davis | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Desiree Davis | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |
| Desiree Davis | 7/26/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Geoffrey Zbikowski | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Geoffrey Zbikowski | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Geoffrey Zbikowski | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Geoffrey Zbikowski | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |
| Geoffrey Zbikowski | 7/26/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Jason Solganick | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Jason Solganick | 7/26/2007 | 0.5 | Business Operations | Review of Q2 earnings release |
| Jason Solganick | 7/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### July-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Jason Solganick | 7/26/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Jonathan Brownstein | 7/26/2007 | 2.0 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Jonathan Brownstein | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Jonathan Brownstein | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Jonathan Brownstein | 7/26/2007 | 0.5 | Case Administration | Review of press release re: termination of exclusivity |
| Jonathan Brownstein | 7/26/2007 | 0.5 | Financial Analysis | Review of press release re: credit ratings of comparable company (IFF) |
| Jonathan Brownstein | 7/26/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/26/2007 | 1.5 | Business Operations | Review of 2007 LTIP motion and supplemental materials |
| Joseph Radecki | 7/26/2007 | 1.0 | Business Operations | Review of Q2 earnings release |
| Joseph Radecki | 7/26/2007 | 0.3 | Case Administration | Review of order denying extension of exclusivity |
| Joseph Radecki | 7/26/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/27/2007 | 3.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Desiree Davis | 7/27/2007 | 4.5 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Desiree Davis | 7/27/2007 | 1.5 | Financial Analysis | Review of Q2 financial results |
| Geoffrey Zbikowski | 7/27/2007 | 3.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Geoffrey Zbikowski | 7/27/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Geoffrey Zbikowski | 7/27/2007 | 1.5 | Financial Analysis | Review of Q2 financial results |
| Jason Solganick | 7/27/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/27/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/27/2007 | 1.0 | Financial Analysis | Review of Q2 financial results |
| Jason Solganick | 7/27/2007 | 3.0 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jason Solganick | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jonathan Brownstein | 7/27/2007 | 1.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jonathan Brownstein | 7/27/2007 | 0.5 | Financial Analysis | Review of press release re: equity buyback by comparable company (Rohm) |
| Jonathan Brownstein | 7/27/2007 | 1.0 | Financial Analysis | Review of Q2 financial results |
| Jonathan Brownstein | 7/27/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/27/2007 | 1.0 | Financial Analysis | Review of Q2 financial results |
| Joseph Radecki | 7/27/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/29/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/29/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/29/2007 | 3.5 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/29/2007 | 2.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Desiree Davis | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Desiree Davis | 7/30/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/30/2007 | 2.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 7/30/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Geoffrey Zbikowski | 7/30/2007 | 5.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/30/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 7/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 7/30/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/30/2007 | 0.2 | Case Administration | Review of agenda for 8/1 hearing |
| Jason Solganick | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Jason Solganick | 7/30/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/30/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 7/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jonathan Brownstein | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Jonathan Brownstein | 7/30/2007 | 1.5 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/30/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/30/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 7/30/2007 | 1.5 | Case Administration | Review of status reports |
| Joseph Radecki | 7/30/2007 | 1.5 | Financial Analysis | Research, analysis and preparation of expert report |
| Desiree Davis | 7/31/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Desiree Davis | 7/31/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Geoffrey Zbikowski | 7/31/2007 | 4.0 | Financial Analysis | Preparation of valuation analyses |
| Geoffrey Zbikowski | 7/31/2007 | 5.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jason Solganick | 7/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/31/2007 | 3.0 | Financial Analysis | Preparation of valuation analyses |
| Jason Solganick | 7/31/2007 | 4.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Jonathan Brownstein | 7/31/2007 | 2.0 | Financial Analysis | Preparation of valuation analyses |
| Jonathan Brownstein | 7/31/2007 | 3.0 | Financial Analysis | Research, analysis and preparation of expert report |
| Joseph Radecki | 7/31/2007 | 1.5 | Financial Analysis | Preparation of valuation analyses |
| Joseph Radecki | 7/31/2007 | 2.0 | Financial Analysis | Research, analysis and preparation of expert report |

# EXHIBIT B

### W.R. Grace
### Detail of expenses (July 1, 2007 – July 31, 2007)

Telephone
Jonathan Brownstein                    07/30/07              $    11.88
                            **Total Telephone:**                      **$    11.88**


**TOTAL EXPENSES:**                                        **$    11.88**