# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) <br> ) Jointly Administered |
| Debtor. | ) Objection Date: October 18, 2007 at 4:00 p.m. <br> ) Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF
NINETEENTH MONTHLY INTERIM APPLICATION OF
PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Nineteenth Monthly Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period August 1, 2007 through August 31, 2007 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and expenses in the amount of $423.32 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 18, 2007 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

<div style="margin-left:40%">

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By: *Debra L. Felder*

Roger Frankel, admiteed *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Debra L. Felder, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

</div>

Dated: October 1, 2007

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date:  October 18, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NINETEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | August 1, 2007 – August 31, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $423.32 |

This is a    _x_ monthly            __ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### AUGUST 1-31, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 36.0 | NA |
| Case Administration Related | 52.1 | NA |
| Fee Applications | 3.0 | NA |
| Hearings | 12.6 | NA |
| Financial Analysis Related | 204.0 | NA |
| **TOTAL** | **307.7** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Research | $ 308.80 |
| Telephone | $ 106.52 |
| Transportation | $     8.00 |
| **TOTAL** | **$ 423.32** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: September 15, 2007

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Jason Solganick being duly sworn, deposes and says:

1. I am a Vice President of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.       I have reviewed the Nineteenth Monthly Interim Application of Piper Jaffray & Co. for the time period August 1, 2007 through August 31, 2007 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Jason Solganick

Sworn to and subscribed before me
this 25th day of September, 2007

_____
Cori A. LaRuffa

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07-24-2010

2

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### August-07

| Professional | Date | Hours | Category | Description |
| --- | --- | --- | --- | --- |
| Desiree Davis | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Desiree Davis | 8/1/2007 | 1.0 | Case Administration | Preparation of expert rebuttal report |
| Desiree Davis | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Desiree Davis | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Valspar) |
| Desiree Davis | 8/1/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business by comparable company (Chemtura) |
| Desiree Davis | 8/1/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Geoffrey Zbikowski | 8/1/2007 | 2.0 | Case Administration | Preparation of expert rebuttal report |
| Geoffrey Zbikowski | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Geoffrey Zbikowski | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Valspar) |
| Geoffrey Zbikowski | 8/1/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business by comparable company (Chemtura) |
| Geoffrey Zbikowski | 8/1/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Jason Solganick | 8/1/2007 | 2.0 | Case Administration | Preparation of expert rebuttal report |
| Jason Solganick | 8/1/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Albemarle) |
| Jason Solganick | 8/1/2007 | 0.5 | Financial Analysis | Review of press release re: sale of business by comparable company (Chemtura) |
| Jason Solganick | 8/1/2007 | 1.0 | Financial Analysis | Review of press release re: acquistion of business by comparable company (Valspar) |
| Jonathan Brownstein | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Jonathan Brownstein | 8/1/2007 | 1.0 | Case Administration | Preparation of expert rebuttal report |
| Jonathan Brownstein | 8/1/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/1/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: POR issues |
| Joseph Radecki | 8/1/2007 | 3.0 | Case Administration | Preparation of expert rebuttal report |
| Desiree Davis | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Desiree Davis | 8/2/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Geoffrey Zbikowski | 8/2/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Jason Solganick | 8/2/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/2/2007 | 0.5 | Case Administration | Review of revised CMO |
| Jason Solganick | 8/2/2007 | 0.5 | Case Administration | Review of order denying NJ late claim |
| Jason Solganick | 8/2/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Jonathan Brownstein | 8/2/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/2/2007 | 0.5 | Business Operations | Review of press release re: sale of Washcoat business |
| Desiree Davis | 8/3/2007 | 2.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Desiree Davis | 8/3/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/3/2007 | 2.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Geoffrey Zbikowski | 8/3/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/3/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/3/2007 | 2.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Jonathan Brownstein | 8/3/2007 | 1.5 | Financial Analysis | Comparable company (Chemtura) conference call and related analysis |
| Jonathan Brownstein | 8/3/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/3/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/6/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/6/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/6/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/6/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/6/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Desiree Davis | 8/7/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Geoffrey Zbikowski | 8/7/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Jason Solganick | 8/7/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/7/2007 | 1.0 | Case Administration | Review of application to retain Charter Oak |
| Jason Solganick | 8/7/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Jonathan Brownstein | 8/7/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/7/2007 | 2.0 | Business Operations | Review of materials for Q2 call |
| Joseph Radecki | 8/7/2007 | 1.0 | Financial Analysis | Valuation analyses |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### August-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 8/8/2007 | 2.5 | Business Operations | Review of 10-Q and press release |
| Desiree Davis | 8/8/2007 | 3.0 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Desiree Davis | 8/8/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/8/2007 | 2.5 | Business Operations | Review of 10-Q and press release |
| Geoffrey Zbikowski | 8/8/2007 | 3.0 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Geoffrey Zbikowski | 8/8/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/8/2007 | 2.0 | Business Operations | Review of 10-Q and press release |
| Jason Solganick | 8/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/8/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/8/2007 | 2.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jonathan Brownstein | 8/8/2007 | 1.5 | Business Operations | Review of 10-Q and press release |
| Jonathan Brownstein | 8/8/2007 | 1.5 | Financial Analysis | Comparable company (Lubrizol) conference call and related analysis |
| Jonathan Brownstein | 8/8/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/8/2007 | 1.5 | Business Operations | Review of 10-Q and press release |
| Desiree Davis | 8/9/2007 | 3.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Desiree Davis | 8/9/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/9/2007 | 3.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Geoffrey Zbikowski | 8/9/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/9/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/9/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/9/2007 | 3.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Jonathan Brownstein | 8/9/2007 | 1.0 | Financial Analysis | Comparable company (Ferro) conference call and related analysis |
| Jonathan Brownstein | 8/9/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/9/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/10/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/10/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/10/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/13/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Desiree Davis | 8/13/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/13/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Geoffrey Zbikowski | 8/13/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/13/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/13/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/13/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 8/13/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Desiree Davis | 8/14/2007 | 1.0 | Financial Analysis | Review of press release re: joint venture by comparable company (Rohm) |
| Desiree Davis | 8/14/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Geoffrey Zbikowski | 8/14/2007 | 1.0 | Financial Analysis | Review of press release re: joint venture by comparable company (Rohm) |
| Geoffrey Zbikowski | 8/14/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Jason Solganick | 8/14/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 8/14/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/14/2007 | 1.0 | Financial Analysis | Review of press release re: joint venture by comparable company (Rohm) |
| Jonathan Brownstein | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Jonathan Brownstein | 8/14/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/14/2007 | 1.0 | Business Operations | Conference call re: Q2 results |
| Joseph Radecki | 8/14/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/15/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/15/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/15/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/15/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 8/15/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Desiree Davis | 8/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call |
| Desiree Davis | 8/16/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Geoffrey Zbikowski | 8/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call |
| Geoffrey Zbikowski | 8/16/2007 | 5.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/16/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Jason Solganick | 8/16/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/16/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call |
| Jonathan Brownstein | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Jonathan Brownstein | 8/16/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 8/16/2007 | 3.0 | Case Administration | Meeting w/ Orrick re: POR issues |
| Joseph Radecki | 8/16/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 8/17/2007 | 0.3 | Case Administration | Review court docket |

# EXHIBIT A
## W.R. Grace
### PJC Time Records
### August-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Geoffrey Zbikowski | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Jason Solganick | 8/20/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Jason Solganick | 8/20/2007 | 0.5 | Case Administration | Review of motion to amend OCP Orders |
| Jonathan Brownstein | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Joseph Radecki | 8/20/2007 | 1.0 | Case Administration | Conference call w/ Orrick re: expert reports |
| Jason Solganick | 8/21/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/22/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/22/2007 | 0.3 | Hearings | Review of agenda for 8/29 court hearing |
| Jason Solganick | 8/23/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 8/24/2007 | 1.0 | Case Administration | Review of motion to appoint examiner |
| Jason Solganick | 8/24/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 8/24/2007 | 1.0 | Case Administration | Review of motion to appoint examiner |
| Jason Solganick | 8/24/2007 | 0.3 | Hearings | Review of revised agenda for 8/29 hearing |
| Desiree Davis | 8/27/2007 | 3.5 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 8/27/2007 | 4.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 8/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/27/2007 | 3.0 | Fee Applications | Preparation of fee application |
| Jason Solganick | 8/27/2007 | 3.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 8/27/2007 | 2.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 8/27/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Geoffrey Zbikowski | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Jason Solganick | 8/28/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Jason Solganick | 8/28/2007 | 0.5 | Case Administration | Review of order approving employment of Lexecon |
| Joseph Radecki | 8/28/2007 | 1.5 | Case Administration | Meeting w/ CDG re: POR issues |
| Desiree Davis | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Geoffrey Zbikowski | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Jason Solganick | 8/29/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/29/2007 | 0.5 | Case Administration | Review of LTIP order |
| Jason Solganick | 8/29/2007 | 0.5 | Case Administration | Review of order approving employment of Charter Oak |
| Jason Solganick | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Jonathan Brownstein | 8/29/2007 | 3.0 | Hearings | 8/29 court hearing |
| Jason Solganick | 8/30/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 8/31/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Geoffrey Zbikowski | 8/31/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 8/31/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 8/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/31/2007 | 0.5 | Case Administration | Review of examiner report re: Piper Jaffray |
| Jonathan Brownstein | 8/31/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 8/31/2007 | 1.0 | Business Operations | Review of monthly operating report |

# EXHIBIT B

## W.R. Grace
### Detail of expenses (August 1, 2007 – August 31, 2007)

| | | | |
|---|---|---|---|
| **Research** | | | |
| Jonathan Brownstein | 08/08/07 | $ 308.80 | |
| | **Total Research:** | | **$ 308.80** |
| | | | |
| **Telephone** | | | |
| Joe Radecki | 08/07/07 | $ 38.27 | |
| Joe Radecki | 08/07/07 | $ 33.25 | |
| Desiree Davis | 08/16/07 | $ 17.50 | |
| Desiree Davis | 08/16/07 | $ 17.50 | |
| | **Total Telephone:** | | **$ 106.52** |
| | | | |
| **Transportation** | | | |
| Jonathan Brownstein | 08/22/07 | $ 8.00 | |
| | **Total Transportation:** | | **$ 8.00** |

**TOTAL EXPENSES:**  $ 423.32