# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: November 26, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF
TWENTIETH MONTHLY INTERIM APPLICATION OF
PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Twentieth Monthly Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period September 1, 2007 through September 30, 2007 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and expenses in the amount of $421.91 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 26, 2007 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe, Columbia Center, 1152 15th Street, Washington, DC 20005; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By: _____
Roger Frankel, *pro hac vice*
Richard H. Wyron, *pro hac vice*
The Washington Harbour
Columbia Center
1152 15th Street
Washington, DC 20005
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants' Representative

Dated: November 5, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | Case No. 01-1139 (JKF) |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: November 26, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## TWENTIETH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | September 1, 2007 – September 30, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $   421.91 |

This is a   _x_ monthly          __ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### SEPTEMBER 1-30, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 17.5 | NA |
| Case Administration Related | 6.3 | NA |
| Financial Analysis Related | 308.0 | NA |
| TOTAL | 331.8 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone $ 188.63
Meals  233.28

TOTAL  $ 421.91

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: November 1, 2007

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Jason Solganick being duly sworn, deposes and says:

1. I am a Vice President of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.  I have reviewed the Twentieth Monthly Interim Application of Piper Jaffray & Co. for the time period September 1, 2007 through September 30, 2007 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Jason Solganick

Sworn to and subscribed before me
this 1st day of November 2007

_____

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07-24-2010

2

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### September-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 9/4/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/4/2007 | 1.5 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/4/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/4/2007 | 1.5 | Financial Analysis | Review of comparable company press release |
| Jason Solganick | 9/4/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/4/2007 | 1.5 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/4/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/4/2007 | 1.5 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/4/2007 | 1.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/5/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/5/2007 | 0.5 | Case Administration | Review of 9/10 agenda |
| Desiree Davis | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Geoffrey Zbikowski | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Jason Solganick | 9/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Jonathan Brownstein | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Joseph Radecki | 9/6/2007 | 1.0 | Financial Analysis | Meeting w/ Orrick re: POR issues |
| Jason Solganick | 9/7/2007 | 0.4 | Case Administration | Review court docket |
| Desiree Davis | 9/10/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Desiree Davis | 9/10/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Desiree Davis | 9/10/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/10/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Geoffrey Zbikowski | 9/10/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/10/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/10/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/10/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jason Solganick | 9/10/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/10/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/10/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jonathan Brownstein | 9/10/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/10/2007 | 4.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/10/2007 | 2.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Joseph Radecki | 9/10/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Desiree Davis | 9/11/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 9/11/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Geoffrey Zbikowski | 9/11/2007 | 1.0 | Financial Analysis | Comparable company conference call and analysis |
| Geoffrey Zbikowski | 9/11/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Jason Solganick | 9/11/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/11/2007 | 1.5 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/11/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/11/2007 | 1.0 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Jonathan Brownstein | 9/11/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/11/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/11/2007 | 1.0 | Business Operations | Review of Project Milo materials |
| Joseph Radecki | 9/11/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/12/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 9/12/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/12/2007 | 2.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 9/12/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 9/12/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 9/12/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/12/2007 | 2.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 9/12/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/12/2007 | 1.5 | Financial Analysis | Claims analysis |

# EXHIBIT A

# W.R. Grace
## PJC Time Records
### September-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 9/13/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/13/2007 | 3.0 | Financial Analysis | Comparable company conference call and analysis |
| Geoffrey Zbikowski | 9/13/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/13/2007 | 3.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 9/13/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/13/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/13/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 9/13/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/13/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/14/2007 | 1.5 | Business Operations | Review of Optimization Plan materials |
| Desiree Davis | 9/14/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/14/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/14/2007 | 1.5 | Business Operations | Review of Optimization Plan materials |
| Geoffrey Zbikowski | 9/14/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/14/2007 | 5.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/14/2007 | 1.5 | Business Operations | Review of Optimization Plan materials |
| Jason Solganick | 9/14/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/14/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/14/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 9/14/2007 | 1.0 | Business Operations | Review of Optimization Plan materials |
| Jonathan Brownstein | 9/14/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/14/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/14/2007 | 1.0 | Business Operations | Review of Optimization Plan materials |
| Joseph Radecki | 9/14/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/14/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Desiree Davis | 9/17/2007 | 1.0 | Business Operations | Review of Grace 8-K |
| Desiree Davis | 9/17/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Desiree Davis | 9/17/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Desiree Davis | 9/17/2007 | 3.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Geoffrey Zbikowski | 9/17/2007 | 1.0 | Business Operations | Review of Grace 8-K |
| Geoffrey Zbikowski | 9/17/2007 | 2.5 | Financial Analysis | Preparation of expert report |
| Geoffrey Zbikowski | 9/17/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/17/2007 | 4.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Jason Solganick | 9/17/2007 | 1.0 | Business Operations | Review of Grace 8-K |
| Jason Solganick | 9/17/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/17/2007 | 1.5 | Financial Analysis | Preparation of expert report |
| Jason Solganick | 9/17/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/17/2007 | 1.0 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Jonathan Brownstein | 9/17/2007 | 0.5 | Business Operations | Review of Grace 8-K |
| Jonathan Brownstein | 9/17/2007 | 2.0 | Financial Analysis | Preparation of expert report |
| Jonathan Brownstein | 9/17/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/17/2007 | 0.5 | Business Operations | Conference call w/ Grace re: Optimization Plan |
| Joseph Radecki | 9/17/2007 | 3.0 | Financial Analysis | Preparation of expert report |
| Joseph Radecki | 9/17/2007 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 9/18/2007 | 2.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 9/18/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 9/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/18/2007 | 1.0 | Case Administration | Review of revised CMO |
| Jason Solganick | 9/18/2007 | 3.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 9/18/2007 | 2.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 9/18/2007 | 1.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Desiree Davis | 9/19/2007 | 2.5 | Financial Analysis | Valuation analyses |
| Geoffrey Zbikowski | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Geoffrey Zbikowski | 9/19/2007 | 3.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 9/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jason Solganick | 9/19/2007 | 2.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Jonathan Brownstein | 9/19/2007 | 1.5 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 9/19/2007 | 1.0 | Financial Analysis | Meeting w/ Charter Oak re: POR issues |
| Joseph Radecki | 9/19/2007 | 1.5 | Financial Analysis | Valuation analyses |

# EXHIBIT A

# W.R. Grace

## PJC Time Records
### September-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/20/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 9/21/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/21/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/21/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/21/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jason Solganick | 9/21/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/21/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/21/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/21/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/21/2007 | 1.5 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/24/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 9/25/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Desiree Davis | 9/25/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/25/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Geoffrey Zbikowski | 9/25/2007 | 5.0 | Financial Analysis | Comparable company conference calls and analysis |
| Geoffrey Zbikowski | 9/25/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/25/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jason Solganick | 9/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/25/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/25/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Jason Solganick | 9/25/2007 | 0.5 | Financial Analysis | Review of comparable company press release |
| Jonathan Brownstein | 9/25/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/25/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Desiree Davis | 9/26/2007 | 2.0 | Financial Analysis | Review of expert reports |
| Desiree Davis | 9/26/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Geoffrey Zbikowski | 9/26/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 9/26/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analysis |
| Jason Solganick | 9/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/26/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 9/26/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/26/2007 | 3.0 | Financial Analysis | Comparable company conference calls and analysis |
| Jonathan Brownstein | 9/26/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 9/26/2007 | 2.5 | Financial Analysis | POR issue analysis |
| Joseph Radecki | 9/26/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Jason Solganick | 9/27/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 9/28/2007 | 2.0 | Financial Analysis | Review of expert reports |
| Desiree Davis | 9/28/2007 | 3.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 9/28/2007 | 3.0 | Financial Analysis | POR issue analysis |
| Geoffrey Zbikowski | 9/28/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Geoffrey Zbikowski | 9/28/2007 | 2.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/28/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/28/2007 | 3.5 | Financial Analysis | Review of expert reports |
| Jason Solganick | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jason Solganick | 9/28/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 9/28/2007 | 4.0 | Financial Analysis | Review of expert reports |
| Jonathan Brownstein | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |
| Jonathan Brownstein | 9/28/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 9/28/2007 | 3.0 | Financial Analysis | Review of expert reports |
| Joseph Radecki | 9/28/2007 | 2.0 | Financial Analysis | POR issue analysis |

# EXHIBIT B

## W.R. Grace
## Detail of expenses (September 1, 2007 – September 30, 2007)

Telephone
| | | | |
|---|---|---|---|
| Jason Solganick | 09/17/07 | $ 83.50 | |
| Geoff Zbikowski | 09/13/07 | $ 105.13 | |
| | **Total Telephone:** | | **$ 188.63** |

Meals
| | | | |
|---|---|---|---|
| Joe Radecki | 09/17/07 | $ 158.28 | |
| Joe Radecki | 09/17/07 | $ 75.00 | |
| | **Total Meals:** | | **$ 233.28** |

**TOTAL EXPENSES:**                                                                 $ 421.91