## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: 12/10/2007 @ 4:00 pm |
| | ) | Hearing Date: December 12, 2007 @ 2:00 pm |

## SUMMARY OF THE TWENTY-FIFTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2007 THROUGH JUNE 30, 2007[1]

Name of Applicant:      Richardson Patrick Westbrook & Brickman, LLC

Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:      Appointment Order effective As of July 22, 2002

Period for which compensation and Reimbursement is sought:      April 1, 2007 through June 30, 2007

Amount of Compensation sought as actual, Reasonable, and necessary:      $ 52,940.00

Amount of Expenses Reimbursement:      $ 0

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Twenty-Fifth Interim Quarterly Application, (although it is actually RPWB's nineteenth such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02-10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02-11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02-12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03-01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03-02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16, 2003 | 03/01/03-03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03-04/30/03 | $102,950.00 | $149,727.83 | $102,950.00 | $149,727.83 |
| July 21, 2003 | 05/01/03-05/31/03 | $174,462.25 | $48,658.57 | $174,462.25 | $48,658.57 |
| August 15, 2003 | 06/01/03-06/30/03 | $202,080.25 | $71,550.40 | $202,080.25 | $71,550.40 |
| September 15, 2003 | 07/01/03-07/31/03 | $126,035.00 | $25,802.60 | $126,035.00 | $25,802.60 |
| October 23, 2003 | 08/01/03-08/30/03 | $121,733.75 | $26,563.23 | $121,733.75 | $26,563.23 |
| November 12, 2003 | 09/01/03-09/30/03 | $69,708.00 | $19,989.71 | $66,513.01 | $19,989.71 |
| December 8, 2003 | 10/01/03-10/30/03 | $24,786.50 | $5,853.38 | $24,786.50 | $5,853.38 |
| February 8, 2004 | 11/01/03-11/30/03 | $13,566.00 | $106.03 | $13,566.00 | $106.30 |
| February 8, 2004 | 12/01/03-12/31/03 | $12,107.50 | $11,256.59 | $12,107.50 | $11,256.59 |
| April 21, 2004 | 01/01/04-01/31/04 | $17,311.00 | $1,427.54 | $17,311.00 | $1,427.54 |
| April 21, 2004 | 02/01/04-02/29/04 | $36,536.50 | $3,023.68 | $36,536.50 | $3,023.68 |
| July 23, 2004 | 03/01/04-03/31/04 | $6,212.50 | $100.02 | 6,212.50 | $100.02 |
| August 17, 2004 | 04/01/2004-04/30/2004 | $327.50 | $ 0 | $327.50 | $ 0 |
| August 17, 2004 | 05/01/2004-05/31/2004 | $1,962.50 | $ 0 | $1,962.50 | $ 0 |
| August 17, 2004 | 06/01/2004-06/20/2004 | $24,797.50 | $ 0 | $24,797.50 | $ 0 |
| October 25, 2004 | 7/1/2004-7/31/2004 | $12,247.50 | $0 | $12,247.50 | $ 0 |
| October 25, 2004 | 8/1/2004-8/31/2004 | $13,955.00 | $0 | $13,955.00 | $ 0 |
| November 23, 2004 | 9/1/2004-9/30/2004 | $31,334.00 | $374.29 | $31,334.00 | $374.29 |
| November 23, 2004 | 10/1/2004-10/31/2004 | $210,386.00 | $23,723.43 | $210,386.00 | $21,705.95 |
| January 12, 2005 | 11/1/2004-11/30/2004 | $23,932.50 | $13,414.72 | $23,932.50 | $13,414.72 |

| January 12, 2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | $9,507.50 | $145.53 |
|---|---|---|---|---|---|
| February 28, 2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | $4,257.50 | $1,109.11 |
| March 29, 2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | $7,082.50 | $33.46 |
| May 10, 2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | $13,675.00 | $954.22 |
| August 19, 2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | $7,500.00 | $7.60 |
| August 19, 2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | $7,662.50 | $29.60 |
| August 25, 2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | $5,187.50 | $ 0 |
| October 25, 2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | $2,595.00 | $ 0 |
| November 10, 2005 | 8/1/2005-8/31/2005 | $7,430.00 | $401.08 | $7,430.00 | $401.08 |
| November 10, 2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | $6,562.50 | $ 0 |
| January 20, 2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | $4,630.00 | $ 0 |
| January 20, 2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | $8,710.00 | $ 0 |
| January 20, 2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | $4,312.00 | $ 0 |
| March 10, 2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | $7,125.00 | $ 38.40 |
| November 15, 2006 | 2/1/2006-2/28/2006 | $10,907.50 | $ 0 | $10,907.50 | $ 0 |
| November 15, 2006 | 3/1/2006-3/31/2006 | $6,975.00 | $ 0 | $6,975.00 | $ 0 |
| November 3, 2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | $6,125.00 | $ 0 |
| November 3, 2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | $5,125.00 | $ 0 |
| November 3, 2006 | 6/1/2006-6/30/2006 | $4,312.50 | $ 0 | $4,312.50 | $ 0 |
| November 23, 2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | $2,250.00 | $ 0 |
| November 23, 2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | $4,125.00 | $ 0 |
| November 23, 2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | $5,937.50 | $ 0 |
| May 29, 2007 | 10/1/2006-10/30/2006 | $6,500.00 | $ 0 | $6,500.00 | $ 0 |
| May 29, 2007 | 11/1/2006-11/30/2006 | $4,750.00 | $ 0 | $4,750.00 | $ 0 |
| May 29, 2007 | 12/1/2006-12/31/2006 | $22,917.50 | $ 0 | $22,917.50 | $ 0 |
| July 20, 2007 | 1/1/2007-1/31/2007 | $57,062.50 | $ 0 | $57,062.50 | $ 0 |
| July 20, 2007 | 2/1/2007-2/28/2007 | $6,867.50 | $ 0 | $6,867.50 | $ 0 |
| July 20, 2007 | 3/1/2007-3/31/2007 | $35,875.00 | $ 0 | $35,875.00 | $ 0 |
| November 14, 2007 | 4/1/2207-4/30/2007 | $21,425.00 | $ 0 | Pending | Pending |

| November 14, 2007 | 5/1/2007-<br>5/31/2007 | $23,010.00 | $ 0 | Pending | Pending |
|---|---|---|---|---|---|
| November 14, 2007 | 6/1/2007-<br>6/30/2007 | $8,505.00 | $ 0 | Pending | Pending |

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of<br>Professional Person | Position<br>with the<br>applicant | Number of<br>years as an<br>attorney | Department | Hourly<br>billing<br>rate | Total<br>billed<br>hours | Total<br>compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 83.1 | $52,065.00 |
| TOTALS | | | | | 83.1 | $52,065.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of<br>Professional Person | Position<br>with the<br>applicant | Number of<br>years in<br>position | Department | Hourly<br>billing<br>rate | Total<br>billed<br>hours | Total<br>compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 3.0 | $375.00 |
| Kim Camarda | Paralegal | 12 | Litigation | $125 | 4.0 | $500.00 |
| TOTALS | | | | | 7.0 | $875.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant<br>20-Travel–Non-working<br>22-ZAI Science Trial | 90.1 | $52,940.00 |
| TOTALS | 90.1 | $52,940.00 |

## ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| No expenses incurred during this interim period | |
| Total | $ 0 |

Dated: November 20, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook
 & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS