# **<u>EXHIBIT C</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | Objection Deadline: December 4, 2007 @ 4:00 pm |
| | ) | Hearing Date: TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE
INTERIM PERIOD FROM JUNE 1, 2007 THROUGH JUNE 30, 2007

Name of Applicant:                              Richardson Patrick Westbrook
                                                & Brickman, LLC

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:                            July 22, 2002

Period for which compensation and
Reimbursement is sought:                        June 1, 2007 through
                                                June 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                      $ 8,505.00

Amount of Expenses Reimbursement:               $ 0

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

Docket No. 17360
Date 11/14/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-6/30/2006 | $4,312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 10/1/2006-10/31/2006 | $6,500.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 11/1/2006-11/30/2006 | $4,750.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 12/1/2006-12/31/2006 | $22,917.5 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 1/1/2007-1/31/2007 | $57,062.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 2/1/2007-2/28/2007 | $6,867.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 3/1/2007-3/31/2007 | $35,875.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/14/2007 | 4/1/2007-4/30/2007 | $21,425.00 | $ 0 | Pending | Pending |
| 11/14/2007 | 5/1/2007-5/31/2007 | $23,010.00 | $ 0 | Pending | Pending |

This is the Fifty-Seventh RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 12.7 | $8,255.00 |
| TOTALS | | | | | 12.7 | $8,255.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 2.0 | $250.00 |
| TOTALS | | | | | 2.0 | $250.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Tvel–Non-working 22-ZAI Science Trial | 14.7 | $8,505.00 |
| TOTALS | 14.7 | $8,505.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: November 14, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA )
                         )
COUNTY OF CHARLESTON     )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 20th day of November 2007.

Kimberly A. Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

11/12/2007

1

# Time and Expense report
## 06/01/2007 - 06/30/2007

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | 06/12/2007 | | | | |
| 06/12/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Work on various legal issues and conference with law clerk regardingr June 25 hearing (1.2); call to Grace counsel regarding ZAI issues (.2) | $650.00 | 1.30 | $845.00 |
| **Day:** | | 06/13/2007 | | | | |
| 06/13/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Meet with law clerks regarding issues for June 25 hearing, review memos | $650.00 | 2.10 | $1,365.00 |
| **Day:** | | 06/14/2007 | | | | |
| 06/14/2007 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review May 4, 2007 NIOSH hearing for R.J. Lee testimony | $125.00 | 1.00 | $125.00 |
| **Day:** | | 06/19/2007 | | | | |
| 06/19/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Calls with Grace counsel | $650.00 | 0.20 | $130.00 |
| **Day:** | | 06/20/2007 | | | | |
| 06/20/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Conversations with class counsel regarding ZAI status (.2); conversations with other ZAI counsel regarding ZAI (.2); work on ZAI legal issues for June 25 status conference (2.4) | $650.00 | 2.80 | $1,820.00 |
| **Day:** | | 06/21/2007 | | | | |
| 06/21/2007 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Phone conversation with potential ZAI homeowner | $125.00 | 0.50 | $62.50 |
| 06/21/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Prepare for June hearing (1.4); meet with law clerk regarding research (.2) | $650.00 | 1.60 | $1,040.00 |
| **Day:** | | 06/22/2007 | | | | |
| 06/22/2007 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Review notes and revise outline in preparation for ZAI hearing (4.2); meet with law clerks regarding issues for ZAI hearing (.3) | $650.00 | 4.70 | $3,055.00 |
| **Day:** | | 06/28/2007 | | | | |
| 06/28/2007 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Email potential ZAI homeowner regarding request for information | $125.00 | 0.50 | $62.50 |

11/12/2007

2

## Time and Expense report
06/01/2007 - 06/30/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |
| | | | Grand Total: | | | $8,505.00 |
| | | | Expense Grand Total: | | | $0.00 |
| | | | Time Grand Total: | | | $8,505.00 |
| | | | Total Hours/Report: | | | 14.70 |
| | | | Count: | | | 9 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from June 1, 2007 through June 30, 2007* to be made this November 14, 2007 upon the parties identified on the attached service list, in the manner indicated:

*November 14, 2007*                           */s/ William D. Sullivan*
Date                                             William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

### *Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

### *Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

### *Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

### *Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire

The Bayard Firm
*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP