# **<u>EXHIBIT D</u>**

11/14/2007

1

# Time report
## 04/01/2007 - 06/30/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| **Transaction:** | L106 | | | | | |
| **Day:** | | 04/01/2007 | | | | |
| 04/01/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.30 | $2,795.00 |
| ewestbrook | | 0000 | Work on motion for reconsideration in district court | | | |
| **Day:** | | 04/03/2007 | | | | |
| 04/03/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.40 | $2,860.00 |
| ewestbrook | | 0000 | Continue to work on ZAI motion, conferences with co-counsel regarding revisions | | | |
| **Day:** | | 04/04/2007 | | | | |
| 04/04/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 5.20 | $3,380.00 |
| ewestbrook | | 0000 | Continue to work on motion for reconsideration | | | |
| **Day:** | | 04/05/2007 | | | | |
| 04/05/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.60 | $1,040.00 |
| ewestbrook | | 0000 | Conversations with PD Committee regarding ZAI motion (.4); review of the ZAI legal theories regarding estoppel (1.2) | | | |
| **Day:** | | 04/17/2007 | | | | |
| 04/17/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.40 | $910.00 |
| ewestbrook | | 0000 | Review status of various court orders | | | |
| **Day:** | | 04/19/2007 | | | | |
| 04/19/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | | 0000 | Email ZAI homeowner regarding requested information | | | |
| **Day:** | | 04/20/2007 | | | | |
| 04/20/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.20 | $2,080.00 |
| ewestbrook | | 0000 | Work on preparation for May 2 hearing including preparing discovery and memos | | | |
| **Day:** | | 04/24/2007 | | | | |
| 04/24/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.60 | $1,690.00 |
| ewestbrook | | 0000 | Work on preparation for May 2 hearing including review of draft discovery and strategic planning (2.6) | | | |
| **Day:** | | 04/26/2007 | | | | |
| 04/26/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.50 | $975.00 |
| ewestbrook | | 0000 | Review Grace's opposition to ATSDR motion and dictate notes for May 2 hearing regarding same | | | |

11/14/2007

2

# Time report
## 04/01/2007 - 06/30/2007

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | | Description | | | |
| 04/26/2007 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | | 0000 | | Email ZAI homeowner regarding requested information | | | |
| **Day:** | | | 04/27/2007 | | | | |
| 04/27/2007 | 200106 | | Zonolite Science Trial | L106 | $650.00 | 1.70 | $1,105.00 |
| ewestbrook | | 0000 | | Work on class action and other discovery (1.2); conference with local counsel regarding ZAI issues (.5) | | | |
| **Day:** | | | 04/30/2007 | | | | |
| 04/30/2007 | 200106 | | Zonolite Science Trial | L106 | $650.00 | 6.10 | $3,965.00 |
| ewestbrook | | 0000 | | Work on preparation for items on agenda for Wednesday, May 2 hearing, including research and preparation for argument | | | |
| 04/30/2007 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| kcamarda | | 0000 | | Summarized 3/5/07 hearing transcript for May 2nd hearing. | | | |
| **Day:** | | | 05/01/2007 | | | | |
| 05/01/2007 | 200106 | | Zonolite Science Trial | L106 | $650.00 | 8.40 | $5,460.00 |
| ewestbrook | | 0000 | | Work on preparation for ATSDR ZAI hearing | | | |
| **Day:** | | | 05/02/2007 | | | | |
| 05/02/2007 | 200106 | | Zonolite Science Trial | L106 | $650.00 | 12.00 | $7,800.00 |
| ewestbrook | | 0000 | | Travel from Charleston to Pittsburgh for Omnibus Hearing where ZAI was scheduled, work on preparation for ZAI argument during travel (6.5); meet with Darrell Scott to prepare for argument (2); attend Omnibus Hearing (3.5) | | | |
| **Day:** | | | 05/04/2007 | | | | |
| 05/04/2007 | 200106 | | Zonolite Science Trial | L106 | $650.00 | 1.30 | $845.00 |
| ewestbrook | | 0000 | | Work on preparation for upcoming ZAI hearing incuding memo regarding legal research needed (.8); work on outline for response to Grace regarding ZAI schedule (.5) | | | |
| **Day:** | | | 05/07/2007 | | | | |
| 05/07/2007 | 200106 | | Zonolite Science Trial | L106 | $650.00 | 7.30 | $4,745.00 |
| ewestbrook | | 0000 | | Work on Notice of Appeal issues (2.1); confer with Committee counsel and local counsel regarding Notice of Appeal and Motion for Leave to Appeal issues (1.7); draft Motion for Leave to Appeal (.7); review legal research regarding summary judgment and standard of review (1.1); work on issues for appeal (1.7) | | | |
| **Day:** | | | 05/08/2007 | | | | |
| 05/08/2007 | 200106 | | Zonolite Science Trial | L106 | $650.00 | 0.10 | $65.00 |
| ewestbrook | | 0000 | | Revise memos regarding legal issues to be answered with respect to ZAI and calls to | | | |

11/14/2007

3

# Time report
## 04/01/2007 - 06/30/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |
| | | | Grace counsel regarding ZAI situation | | | |

**Day:** 05/10/2007

| 05/10/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.20 | $1,430.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Review orders on various Grace motions for use in ZAI | | | |

**Day:** 05/14/2007

| 05/14/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Review pleadings in Grace bankruptcy with respect to statute of limitations and repose for possible impact on ZAI | | | |

**Day:** 05/29/2007

| 05/29/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.80 | $520.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Communications with Grace counsel (.2); work on ZAI planning (.2); discussions with law clerks regarding Grace legal research projects (.4) | | | |

**Day:** 06/12/2007

| 06/12/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.30 | $845.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Work on various legal issues and conference with law clerk regardingr June 25 hearing (1.2); call to Grace counsel regarding ZAI issues (.2) | | | |

**Day:** 06/13/2007

| 06/13/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Meet with law clerks regarding issues for June 25 hearing, review memos | | | |

**Day:** 06/14/2007

| 06/14/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review May 4, 2007 NIOSH hearing for R.J. Lee testimony | | | |

**Day:** 06/19/2007

| 06/19/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.20 | $130.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Calls with Grace counsel | | | |

**Day:** 06/20/2007

| 06/20/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.80 | $1,820.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Conversations with class counsel regarding ZAI status (.2); conversations with other ZAI counsel regarding ZAI (.2); work on ZAI legal issues for June 25 status conference (2.4) | | | |

**Day:** 06/21/2007

11/14/2007

4

# Time report
## 04/01/2007 - 06/30/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | | Matter No. | Description | | | |
| 06/21/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | | 0000 | Phone conversation with potential ZAI homeowner | | | |
| 06/21/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.60 | $1,040.00 |
| ewestbrook | | 0000 | Prepare for June hearing (1.4); meet with law clerk regarding research (.2) | | | |

**Day:** 06/22/2007

| 06/22/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.70 | $3,055.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Review notes and revise outline in preparation for ZAI hearing (4.2); meet with law clerks regarding issues for ZAI hearing (.3) | | | |

**Day:** 06/28/2007

| 06/28/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Email potential ZAI homeowner regarding request for information | | | |

**Transaction:** L116

**Day:** 05/02/2007

| 05/02/2007 | 200106 | Zonolite Science Trial | L116 | $325.00 | 6.00 | $1,950.00 |
|---|---|---|---|---|---|---|
| ewestbrook | | 0000 | Return to Charleston from Pittsburgh - non working (billed at half rate) | | | |

| | |
|---|---|
| **Grand Total:** | **$52,940.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$52,940.00** |
| **Total Hours/Report:** | **90.10** |
| **Count:** | **31** |

11/14/2007 12:49 PM Jones, Kimberly