# **<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 4, 2007 @ 4:00 pm |
| | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

Name of Applicant:                                      Richardson Patrick Westbrook
                                                        & Brickman, LLC

Authorized to Provide Professional Services to:         Zonolite Attic Insulation Claimants

Date of Appointment:                                    July 22, 2002

Period for which compensation and
Reimbursement is sought:                                July 1, 2007 through
                                                        July 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                              $ 2,070.00

Amount of Expenses Reimbursement:                       $ 0

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

Docket No. 17361
Date 11/14/2007

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 3/10/2006 | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/15/2006 | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/3/2006 | 6/1/2006-6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/23/2006 | 9/1/2006-9/30/2006 | $5,937.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 10/1/2006-10/31/2006 | $6,500.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 11/1/2006-11/30/2006 | $4,750.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 5/23/2007 | 12/1/2006-12/31/2006 | $22,917.5 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 1/1/2007-1/31/2007 | $57,062.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 2/1/2007-2/28/2007 | $6,867.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 7/20/2007 | 3/1/2007-3/31/2007 | $35,875.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/14/2007 | 4/1/2007-4/30/2007 | $21,425.00 | $ 0 | Pending | Pending |
| 11/14/2007 | 5/1/2007-5/31/2007 | $23,010.00 | $ 0 | Pending | Pending |

| 11/14/2007 | 6/1/2007-6/30/2007 | $8,505.00 | $ 0 | Pending | Pending |

This is the Fifty-Eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 2.8 | $1,820.00 |
| TOTALS | | | | | 2.8 | $1,820.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 2.0 | $250.00 |
| TOTALS | | | | | 2.0 | $250.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 4.8 | $2,070.00 |
| TOTALS | 4.8 | $2,070.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: November 14, 2007
    Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 20th day of November, 2007.

Kimberly A. Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

09/20/2007

1

# Time report
## 07/01/2007 - 07/31/2007

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| Timekeeper | Matter No. | | Description | | | |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |

### Day: 07/02/2007

| 07/02/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
| ewestbrook | | 0000 | Review Grace agendas and proposed orders regarding property damage matters (.4); communications to counsel regarding court's suggestion (.2) | | | |

### Day: 07/10/2007

| 07/10/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| lkerrison | | 0000 | Complete review of 5/4/07 NIOSH hearing for RJ Lee testimony | | | |

### Day: 07/26/2007

| 07/26/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.20 | $1,430.00 |
| ewestbrook | | 0000 | Read and review Judge's Order regarding exclusivity (.2), discussions with Darrell Scott regarding same and participate in PD conference call regarding Order (1.0); strategic conversation regarding Order (.4); and conversation regarding need for class representative in ZAI (.6) | | | |

| | | | **Grand Total:** | | | **$2,070.00** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$2,070.00** |
| | | | **Total Hours/Report:** | | | **4.80** |
| | | | **Count:** | | | **3** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2007 through July 31, 2007* to be made this November 14, 2007 upon the parties identified on the attached service list, in the manner indicated:

*November 14, 2007*             */s/ William D. Sullivan*
Date            William D. Sullivan

**SERVICE LIST**

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire

The Bayard Firm
*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk              Chapter: 11 v           Office: 1 (Delaware)
Judge: JKF            Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 11/14/2007 at 3:55 PM EST and filed on 11/14/2007
**Case Name:**     W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**   01-01139-JKF
**Document Number:** 17361

**Docket Text:**
Application for Compensation *Summary of the Verified Application for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2007 through July 31, 2007* Filed by Richardson Patrick Westbrook & Brickman, LLC. Objections due by 12/4/2007. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\RPWB\July 2007 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/14/2007] [FileNumber=5972253-0
] [21f08c9d888fd1c83018a5e89fd196eb85dabc4cf868ab643b8fa708595f900a982
af987399410a42315d3df1e52c188994ad1eae2289bc7861063d191f709ce]]
**Document description:** Certificate of Service
**Original filename:** C:\SHARE\Scans\WR Grace - ZAI\RPWB\July 2007 Fee App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/14/2007] [FileNumber=5972253-1
] [231ac37ae1f0da6f70ea216abb6b577d4999867bda4479f2f8e6b605423c8579432
981dd1bd54e0acff2a55a3fc3b8fc6fd108565226b51b787ed43fc116b04d]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com