# **EXHIBIT D**

11/15/2007

# Time report
## 07/01/2007 - 09/30/2007

1

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** L106

### Day: 07/02/2007

| 07/02/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Review Grace agendas and proposed orders regarding property damage matters (.4); communications to counsel regarding court's suggestion (.2) | | | |

### Day: 07/10/2007

| 07/10/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Complete review of 5/4/07 NIOSH hearing for RJ Lee testimony | | | |

### Day: 07/26/2007

| 07/26/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.20 | $1,430.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Read and review Judge's Order regarding exclusivity (.2), discussions with Darrell Scott regarding same and participate in PD conference call regarding Order (1.0); strategic conversation regarding Order (.4); and conversation regarding need for class representative in ZAI (.6) | | | |

### Day: 08/30/2007

| 08/30/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.60 | $1,040.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Conversations with counsel regarding Grace status | | | |

### Day: 09/10/2007

| 09/10/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.40 | $910.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Strategic discussions | | | |

### Day: 09/13/2007

| 09/13/2007 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Review strategy matters | | | |

### Day: 09/14/2007

| 09/14/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowner invoices | | | |

### Day: 09/17/2007

| 09/17/2007 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowner invoices | | | |

11/15/2007

2

# Time report
**07/01/2007 - 09/30/2007**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **09/18/2007** | | | | |
| 09/18/2007<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowner invoices | $125.00 | 2.00 | $250.00 |
| **Day:** | | **09/20/2007** | | | | |
| 09/20/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on strategic matters and planning (1.5); calls with Grace counsel (.1); calls with co-counsel (.1) | $650.00 | 1.70 | $1,105.00 |
| **Day:** | | **09/21/2007** | | | | |
| 09/21/2007<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Strategic conversations (.4); review emails regarding meeting (.2); prepare for Omnibus Hearing (.2) | $650.00 | 0.80 | $520.00 |

| | |
|---|---|
| **Grand Total:** | **$7,035.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$7,035.00** |
| **Total Hours/Report:** | **18.90** |
| **Count:** | **11** |