# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 28, 2008 at 2:00 p.m. | 12/21/07 | 1/11/08 | 1/14/08 | 1/18/08 |
| February 25, 2008 at 2:00 p.m. | 1/18/08 | 2/8/08 | 2/11/08 | 2/15/08 |
| March 17, 2008 at 2:00 p.m. (26th Quarterly Fee Hearing) (in Pittsburgh, PA) | 2/11/08 | 2/29/08 | 3/3/08 | 3/10/08 |
| April 21, 2008 at 2:00 p.m. | 3/17/08 | 4/4/08 | 4/7/08 | 4/14/08 |
| May 19, 2008 at 2:00 p.m. | 4/14/08 | 5/2/08 | 5/5/08 | 5/12/08 |
| June 23, 2008 at 2:00 p.m. (27th Quarterly Fee Hearing) | 5/19/08 | 6/6/08 | 6/9/08 | 6/16/08 |
| July 21, 2008 at 2:00 p.m. | 6/16/08 | 7/3/08 | 7/7/08 | 7/14/08 |
| August 25, 2008 at 2:00 p.m. | 7/21/08 | 8/8/08 | 8/11/08 | 8/18/08 |
| September 29, 2008 at 2:00 p.m. (28th Quarterly Fee Hearing) | 8/25/08 | 9/12/08 | 9/15/08 | 9/22/08 |
| October 20, 2008 at 2:00 p.m. | 9/15/08 | 10/3/08 | 10/6/08 | 10/10/08 |
| November 24, 2008 at 2:00 p.m. | 10/20/08 | 11/7/08 | 11/10/08 | 11/17/08 |
| December 15, 2008 at 2:00 p.m. (in Pittsburgh, PA) (29th Quarterly Fee Hearing) | 11/10/08 | 11/26/08 | 12/1/08 | 12/8/08 |