IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 12823, 13004, 13130,** |
| | ) | **12924, 12927, 12929, 12930, 12931, 12944,** |
| | ) | **12932, 12933, 12934, 12935, 12936, 12937,** |
| | ) | **12938, 12939, 12940, 12945, 12946, 12947,** |
| | ) | **12960, 12963, 12970, 12974, 12980, 13067,** |
| | | **13161, 13141, 13142, 13144, 13157, 13158,** |
| | | **13160** |

## CERTIFICATION OF COUNSEL ON AGREED ORDER CONCERNING CERTAIN ASBESTOS PERSONAL INJURY CLAIMANTS FILED ON THE INACTIVE ASBESTOS DOCKET IN MASSACHUSETTS

1. This court has previously established an Order indicating that certain individuals must file a Proof of Claim form on or before November 15, 2006 in these W.R. Grace Chapter 11 cases.

2. The law firm of Thornton & Naumes has agreed with the Debtors' counsel that the individuals listed as attachment A to the proposed *Agreed Order Concerning Certain Asbestos Personal Injury Claimants Filed On The Inactive Asbestos Docket In Massachusetts* do not need to file a Proof of Claim form on or before November 15, 2006 because they are not holders of Pre-Petition Asbestos Litigation Claims as defined in the Bar Date Order of August 24, 2006 (Docket 13061).

3. Although Thorton & Naumes and the Debtors reached an agreement on the Agreed Order in November 2006, through inadvertence the Agreed Order was never submitted

{D0095098.1 }
DOCS_DE:133017.1

for review by the Court. Thornton & Naumes and the Debtors respectfully request entry of the attached Agreed Order.

Dated: November 20, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

- and -

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession