IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 12823, 13004, 13130,** |
| | ) | **12924, 12927, 12929, 12930, 12931, 12944,** |
| | ) | **12932, 12933, 12934, 12935, 12936, 12937,** |
| | ) | **12938, 12939, ,12940, 12945, 12946, 12947,** |
| Related to COC filed at Dkt. No. 13____ | ) | **12960, 12963, 12970, 12974, 12980, 13067,** |
| | ) | **13161, 13141, 13142, 13144, 13157, 13158,** |
| | | **13160** |

### AGREED ORDER CONCERNING CERTAIN
### ABESTOS PERSONAL INJURY CLAIMANTS FILED
### ON THE INACTIVE ASBESTOS DOCKET IN MASSACHUSETTS

IT IS HEREBY ORDERED THAT:

1.   The individuals listed on attachment A, with the last four digits of their social security number evident, have filed a claim on the Massachusetts Inactive Asbestos Docket prior to the bar date of April 2, 2001. This court has previously established an order indicating that certain individuals must file a Proof of Claim form on or before November 15, 2006 in these W.R. Grace Chapter 11 cases.

2.   The law firm of Thornton & Naumes has agreed with the Debtors' counsel that the individuals listed on <u>Attachment A</u> do not need to file a Proof of Claim form on or before November 15, 2006 because they are not holders of Pre-Petition Asbestos Litigation Claims as defined in the Bar Date order of August 24, 2006 (Docket 13061). The parties further agree that these individuals are exempt from the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Docket No. 9301) (Aug. 29, 2005) previously

established by this Court because they are not holders of Asbestos PI Pre-Petition Litigation Claims.

Dated _____, 2007

                                            The Honorable Judith K. Fitzgerald
                                            United States Bankruptcy Judge

DOCS_DE:133019.1