THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:** December 10, 2007, at 4:00p.m. |
| | ) | |

**<u>SUMMARY APPLICATION OF PERKINS COIE LLP AS ORDINARY COURSE PROFESSIONAL FOR ALLOWANCE OF FEES AND EXPENSES IN EXCESS OF OCP MONTHLY FEE CAP FOR SEPTEMBER 2006</u>**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| | |
|---|---|
| Name of Applicant: | **Perkins Coie LLP** |
| Authorized to Provide Professional Services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retained as an Ordinary Course Professional in 2001[2]** |
| Fee Period for which Compensation and Reimbursement is Sought: | **September 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$65,329.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$4,888.26** |

This is a monthly X monthly ___ interim ___ final application.

This is Perkins Coie LLP's ("Perkins Coie") monthly application for interim compensation of services in excess of the OCP cap for the fee period September 1, 2006 through September 30, 2006. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Perkins Coie LLP* dated June 20, 2007 (Docket No. 16,107), Perkins Coie is permitted to file its fee application for excess OCP fees and expenses for the months of September and November 2006 and March 2007, and any month in which it incurs fees over $50,000.

For the September 2006 fee period, Perkins Coie incurred, recently billed, and has not received compensation for approximately $70,217.76 in legal fees and

---

[2] Perkins Coie was retained by Debtor as an ordinary course professional ("OCP") in the Chapter 11 Case to provide legal services regarding certain asbestos property damage claims. On May 9, 2001, Perkins Coie filed its affidavit under 11 U.S.C. § 327(e) to support its retention as an OCP. *See* Docket No. 223. No objections were filed to Perkins Coie's retention. Thus, Perkins Coie is employed, and continues to be employed, as an OCP in these Chapter 11 Cases.

expenses. The breakdown for legal fees and expenses for September 2006 is as follows:

| Dates of Service Rendered | Fees | Expenses | Total | Expected Standard OCP Payment | Excess OCP Fees and Expenses |
|---|---|---|---|---|---|
| 09/01/06-09/30/06 | $65,329.50 | $4,888.26 | $70,217.26 | <$50,000.00> | $20,217.76 |

The Perkins Coie attorneys for rendered professional services during the Fee Period in excess of the monthly cap for OCP for September 2006, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Bidderman | Partner, Admitted 1981 | $495.00 | 26.8 | $13,266.000 |
| Judith B. Gitterman | Of Counsel Admitted 1984 | $365.00 | 58.70 | 21,425.50 |
| Melora M. Garrison | Associate, Admitted 1999 | $350.00 | 45.00 | 15,750.00 |
| **Total** | | | 130.5 | **$50,441.50** |

The paraprofessionals of Perkins Coie, who rendered professional services during the Fee Period in excess of the monthly cap for OCP for September 2006, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Serigo V. Perez | Paralegal | $215.00 | 64.00 | $13,760.00 |
| Ann B. Ellias | Paralegal | $195.00 | 4.4 | 858.00 |
| Lelia Ahlstrom-Guerrero | Paralegal | $180.00 | 1.5 | 270.00 |
| **Total** | | | 69.9 | **$14,888.00** |

**Grand Total for Fees:** **$65,329.50**

**Blended Rate:** **$326.64**

**Expected Normal Course of OCP Compensation:** **<$50,000.00>**

**Balance of Fees Sought in Application:** **$15,329.50**

**Expenses Sought in Application:** **$4,888.26**

## Expense Summary

| Service Description | Amount |
|---|---|
| Photocopies and Printing | $154.04 |
| Computer Research | 4,127.06 |
| Long Distance Telephone Charges | .20 |
| Professional Services, Research Fee | 394.00 |
| Other (international internet, telephone fees, file keeper) | 189.96 |
| Filing Fees | 23.00 |
| **Total** | **$4,888.26** |

WHEREFORE, Perkins Coie respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $15,329.50 for reasonable and necessary professional services Perkins Coie has rendered to the Debtors during the Fee Period ($12,263.60); (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Perkins Coie during the Fee Period ($4,888.26) for a total of $17,151.86; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

DATED: November 7, 2007
Seattle, Washington

JKaplan@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8408
Facsimile: (206) 359-9408

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 41145-0012

October 18, 2007

Invoice 3584435

W.R. Grace & Co. - Debtor in Possession
Attn: William J.A. Sparks, Esq., Senior Litigation Counsel
919 North Market Street, Suite 425
Wilmington, DE 19801

INVOICE

**FOR SERVICES THROUGH 09/30/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $65,329.50 |
| Disbursements and Other Charges | $4,888.26 |
| **TOTAL DUE THIS INVOICE** | **$70,217.76** |

**Property Damage**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/01/06 | S. Perez | 2.50 | Review and organize incoming materials (.50); conduct research regarding CSU Buildings (1.0); review research from (1.0); |
| 09/01/06 | M. Garrison | 11.50 | Draft motion for summary judgment (7.0); internal conferences regarding same (3.5); review materials regarding same (1.0); |
| 09/01/06 | J. Gitterman | 6.60 | Review materials (3.5); prepare factual section on for summary judgment motion (3.1); |
| 09/02/06 | D. Biderman | 1.80 | Review information collected on Cal State including and (.80); review witness disclosure statements (1.0); |
| 09/02/06 | M. Garrison | 2.00 | Exchange correspondence regarding motion for summary judgment (1.5); review materials regarding same (.50); |
| 09/02/06 | J. Gitterman | 0.50 | Review revised draft summary judgment motion; |
| 09/03/06 | D. Biderman | 3.10 | Review summary judgment motion (1.0); review underlying claim file (1.1); memorandum and telephone conference regarding same (1.0); |
| 09/03/06 | M. Garrison | 2.50 | Revise motion for summary judgment (2.0); research regarding same (.50); |
| 09/04/06 | D. Biderman | 4.20 | Review and revise draft motion for summary judgment (4.0); review (.20); |
| 09/04/06 | J. Gitterman | 5.50 | Review emails and memoranda from regarding evidence of CSU (1.0); review declaration and attachments (1.0); emails and conference regarding revisions to summary judgment motion (1.5) review case management order, fact witness and expert witness disclosure (1.0); review chronology (.50); revise summary judgment motion (.50) |
| 09/05/06 | D. Biderman | 1.40 | Attend conferences regarding motion for summary judgment (.50) review and revise motion (.90); |
| 09/05/06 | S. Perez | 3.50 | Review (2.0); conduct online research regarding (1.5); |
| 09/05/06 | J. Gitterman | 3.10 | Revise and restructure summary judgment motion; |
| 09/05/06 | A. Ellias | 0.20 | Respond to attorney questions regarding claims; |
| 09/06/06 | D. Biderman | 0.80 | Review and revise draft motion for summary judgment (.20); draft |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| | | | correspondence regarding same (.20); draft memorandum regarding same (.20); review documentation from same regarding Cal State (.20); |
| 09/06/06 | L. Ahlstrom-Guerrero | 1.50 | Research and gather documents per attorney request (1.0); distribute same to team (.50); |
| 09/06/06 | S. Perez | 6.00 | Conduct online research regarding (2.0); review and process for supplemental research (1.5); telephone conferences with (2.5); |
| 09/06/06 | M. Garrison | 5.00 | Draft motion for summary judgment (2.0); review materials regarding same (2.0); internal conferences regarding same (1.0); |
| 09/06/06 | J. Gitterman | 6.90 | Review (5.0); revise summary judgment motion (1.90); |
| 09/06/06 | A. Ellias | 0.50 | Conduct online case research (.20); order .10); confer with M. Garrison regarding same (.20); |
| 09/07/06 | D. Biderman | 0.70 | Participate in conferences regarding for motion for summary judgment (.50); draft memorandum regarding same (.20); |
| 09/07/06 | S. Perez | 2.50 | Review incoming materials from and circulate to team (1.0); draft check request for and process (1.0); review and organize supplemental documents (.50); |
| 09/07/06 | M. Garrison | 10.00 | Draft motion for summary judgment (8.0); review materials regarding same (1.0); internal conferences regarding same (1.0); |
| 09/07/06 | J. Gitterman | 5.10 | Review (1.0); revise summary judgment motion (1.0); review (.5); review (.60); review correspondence with and responses received (1.0); prepare section for summary judgment motion (1.0); |
| 09/07/06 | A. Ellias | 0.80 | Obtain reports (.50); confer with M. Garrison regarding same (.30); |
| 09/08/06 | D. Biderman | 0.50 | Telephone conference regarding property damage issues; |
| 09/08/06 | S. Perez | 0.50 | Review and organize research materials; |
| 09/08/06 | M. Garrison | 4.50 | Draft motion for summary judgment (3.0); revise and edit same (1.0); internal conferences regarding same (.50); |
| 09/08/06 | J. Gitterman | 0.30 | Conference with M. Garrison regarding arguments for summary judgment motion (.10); prepare motion (.20); |
| 09/08/06 | A. Ellias | 0.30 | Confer with M. Garrison (.20); review summary (.10); |
| 09/09/06 | D. Biderman | 2.70 | Review and revise summary judgment motion (2.0); review Cal State (.70); |
| 09/10/06 | D. Biderman | 3.50 | Review and revise draft statute of limitations brief (2.0); draft memorandum regarding same (1.5); |
| 09/10/06 | J. Gitterman | 3.50 | Review and revise statute of limitations summary judgment motion (2.0); prepare and review emails regarding further revisions to draft motion (1.5); |
| 09/11/06 | D. Biderman | 1.80 | Review and revise summary judgment motion (1.0); conferences regarding property damage cases (.80); |
| 09/11/06 | M. Garrison | 0.50 | Review correspondence regarding motion for summary judgment and action items (.30); internal conference regarding same (.20); |
| 09/11/06 | J. Gitterman | 1.90 | Review new draft of summary judgment motion and revised action list (1.0); review and prepare emails regarding motion strategy (.50); review exhibits to for inclusion in summary judgment motion (.40); |
| 09/12/06 | S. Perez | 1.50 | Review and circulate incoming research (.50); draft cover letter to regarding supplemental research (.50); review and organize supplemental research from (.50); |
| 09/12/06 | J. Gitterman | 0.90 | Review |
| 09/12/06 | A. Ellias | 0.10 | Follow up on underlying case documents; |
| 09/13/06 | D. Biderman | 0.60 | Review summary judgment motion (.30); draft memorandum regarding same (.30); |

41145-0012 October 18, 2007 Invoice 3584435

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/13/06 | S. Perez | 0.50 | Conduct research regarding storage files/documents; |
| 09/13/06 | J. Gitterman | 0.80 | Telephone conference with D. Biderman regarding restructuring of summary judgment motion (.50); review and revise motion (.30); |
| 09/13/06 | A. Ellias | 0.30 | Receive and distribute documents; |
| 09/14/06 | J. Gitterman | 2.80 | Legal research regarding (.50); revise (.50); review draft New York summary judgment motion on statute of limitations defense (.50); review claimants' objections to case management order (.50); conference with D. Biderman regarding strategy for summary judgment motion (.80); |
| 09/15/06 | D. Biderman | 1.10 | Review and revise motion for summary judgment (.40); draft memorandum regarding motion for summary judgment (.40); conference call regarding same (.30); |
| 09/15/06 | S. Perez | 6.00 | Review W.R. Grace documents for (3.0); review supplemental W.R. Grace storage files for (3.0); |
| 09/15/06 | M. Garrison | 2.50 | Internal conference regarding motion for summary judgment (1.3); review materials regarding 1.2); |
| 09/15/06 | J. Gitterman | 1.30 | Conference with M. Garrison regarding summary judgment motion (.30); legal research regarding (1.0); |
| 09/18/06 | S. Perez | 6.25 | Review and organize W.R. Grace prior litigation productions for key documents (1.0); conferences regarding pending projects (2.25); conduct supplemental research regarding buildings (1.3); draft cover letters and process forms for GSA buildings (2.0); organize and circulate incoming materials from (1.0); |
| 09/18/06 | J. Gitterman | 3.30 | Legal research regarding (2.3); review (1.0); |
| 09/19/06 | D. Biderman | 1.70 | Conferences regarding property damage brief and revisions to property damage brief (.20); review and respond to correspondence regarding (.20); conferences regarding bankruptcy searcher (.30); review additional documentation (.50); review materials regarding (.50); |
| 09/19/06 | S. Perez | 2.00 | Conferences and training regarding W.R. Grace database (.50); attend team strategy meeting (1.0); assist with organizational and research projects (.50); |
| 09/19/06 | M. Garrison | 0.80 | Internal meeting and conferences regarding status and action items (.50); exchange correspondence regarding same (.30); |
| 09/19/06 | J. Gitterman | 2.80 | Legal research regarding |
| 09/19/06 | A. Ellias | 1.90 | Training of S. Perez on database (.50); review documents with S. Perez (.50); online research regarding (.90); |
| 09/20/06 | S. Perez | 7.00 | Conduct case management and organizational projects (2.0); conduct off-site storage research regarding (1.0); conduct online research regarding (2.0); conduct online research regarding (2.0); |
| 09/20/06 | J. Gitterman | 0.50 | Legal research |
| 09/20/06 | A. Ellias | 0.30 | Confer with S. Perez regarding |
| 09/21/06 | S. Perez | 5.00 | Conduct supplemental research regarding (4.0); review W.R. Grace storage files regarding JM Claims (1.0); |
| 09/21/06 | J. Gitterman | 3.90 | Legal research regarding (.90); prepare summary judgment motion (1.0); review spreadsheet regarding (1.0); conference with A. Ellias regarding (1.0); |
| 09/22/06 | S. Perez | 5.50 | Conduct Pacer and website research regarding (2.5); review |

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| | | | bankruptcy (1.0); review supplemental claims registers from JM bankruptcy report (2.0); |
| 09/25/06 | S. Perez | 1.50 | Conduct Westlaw and PACER research regarding W.R. Grace case for J. Gitterman; |
| 09/25/06 | J. Gitterman | 3.10 | Legal research regarding (1.1); review and prepare emails regarding: (1.0); review emails from co-counsel regarding status (1.0); |
| 09/26/06 | S. Perez | 5.00 | Review: (1.0); review (1.0); review and summarize research materials (2.5); telephone conferences with: .50); |
| 09/26/06 | M. Garrison | 0.20 | Exchange correspondence regarding status; |
| 09/26/06 | J. Gitterman | 0.30 | Legal research regarding |
| 09/27/06 | D. Biderman | 1.00 | Review revised statue of limitations brief (.50); draft memorandum regarding same (.20); review .30); |
| 09/27/06 | S. Perez | 6.50 | Review (2.0); coordinate (2.5); conduct research regarding (2.0); |
| 09/27/06 | M. Garrison | 5.00 | Revise motion for summary judgment (1.5); review materials regarding same (1.0); internal conference regarding same (1.0); telephone conference with J. Baer regarding billing (1.5); |
| 09/27/06 | J. Gitterman | 4.20 | Prepare legal argument for summary judgment motion; |
| 09/28/06 | D. Biderman | 1.90 | Prepare for and participate in telephone conference regarding property damage and related issues (.50); review and revise draft motion for summary judgment (.90); conferences regarding status of motion (.50); |
| 09/28/06 | S. Perez | 2.25 | Coordinate supplemental bankruptcy research with attorney service (.50); conduct supplemental bankruptcy research (1.25); conduct case management and organizational projects (.50); |
| 09/28/06 | M. Garrison | 0.50 | Telephone conference regarding motion for summary judgment; |
| 09/28/06 | J. Gitterman | 1.40 | Review revised draft of summary judgment motion (.50); conference call with D. Biderman and M. Garrison regarding additional revisions needed and structuring brief (.50); review materials regarding (.40); |

Total For Services $65,329.50

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 154.04 |
| Long distance telephone charges | 0.20 |
| Computer research | 4,127.06 |
| Filing fees | 23.00 |
| Professional services, research fee - | |
| U.S. Legal Management Services, 9/2006 | 229.00 |
| First legal - LA Depositions, 9/2006 | 165.00 |
| Other - | |
| South Coast AQMD, 9/2006 | 9.15 |
| Internet - Rome, Italy, 7/25-30 | 52.50 |
| Internet, Florence, Italy, 7/31-8/3 | 58.00 |
| T. Mobile Conference Charge | 9.05 |
| FileKeepers, 9/2006 | 61.26 |

Disbursement and Other Charges Total $4,888.26

**Total This Invoice $70,217.76**

41145-0012 October 18, 2007 Invoice 3584435

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| D. Biderman | 26.80 | 495.00 | 13,266.00 |
| J. Gitterman | 58.70 | 365.00 | 21,425.50 |
| M. Garrison | 45.00 | 350.00 | 15,750.00 |
| L. Ahlstrom-Guerrero | 1.50 | 180.00 | 270.00 |
| S. Perez | 64.00 | 215.00 | 13,760.00 |
| A. Ellias | 4.40 | 195.00 | 858.00 |
| Total | 200.40 | 326.00 | $65,329.50 |

DTB

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 17, 2007***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 41145, Invoice 3584435

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**