THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 10, 2007, at 4:00p.m. |
| | ) | |

## SUMMARY APPLICATION OF PERKINS COIE LLP AS ORDINARY COURSE PROFESSIONAL FOR ALLOWANCE OF FEES AND EXPENSES IN EXCESS OF OCP MONTHLY FEE CAP FOR NOVEMBER 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| | |
|---|---|
| Name of Applicant: | **Perkins Coie LLP** |
| Authorized to Provide Professional Services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retained as an Ordinary Course Professional in 2001**[2] |
| Fee Period for which Compensation and Reimbursement is Sought: | **November 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$94,533.20** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$10,819.00** |

This is a monthly X monthly ___ interim ___ final application.

This is Perkins Coie LLP's ("Perkins Coie") monthly application for interim compensation of services in excess of the OCP cap for the fee period November 1, 2006 through November 30, 2006. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Perkins Coie LLP* dated June 20, 2007 (Docket No. 16.107), Perkins Coie is permitted to file its fee application for excess OCP fees and expenses for the months of September and November 2006 and March 2007, and any month in which it incurs fees over $50,000.

For the November 2006 fee period, Perkins Coie incurred, recently billed and has not received compensation for approximately $105,352.20 in legal fees and

---

[2] Perkins Coie was retained by Debtor as an ordinary course professional ("OCP") in the Chapter 11 Case to provide legal services regarding certain asbestos property damage claims. On May 9, 2001, Perkins Coie filed its affidavit under 11 U.S.C. § 327(e) to support its retention as an OCP. *See* Docket No. 223. No objections were filed to Perkins Coie's retention. Thus, Perkins Coie is employed, and continues to be employed, as an OCP in these Chapter 11 Cases.

expenses. The breakdown for legal fees and expenses for November 2006 is as follows:

| Dates of Service Rendered | Fees | Expenses | Total | Expected Standard OCP Payment | Excess OCP Fees and Expenses |
|---|---|---|---|---|---|
| 11/01/06-11/30/06 | $94,533.20 | $10,819.00 | $105,352.20 | <$50,000.00> | $55,352.20 |

The Perkins Coie attorneys for rendered professional services during the Fee Period in excess of the monthly cap for OCP for November 2006, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Bickerman | Partner, Admitted 1981 | $495.00 | 52.20 | $25,839.00 |
| Judith B. Gitterman | Of Counsel Admitted 1984 | $365.00 | 81.60 | 29,784.00 |
| Melora M. Garrison | Associate, Admitted 1999 | $350.00 | 58.30 | 20,405.00 |
| John Kaplan | Partner, Admitted 1994 | 365.00 | .8 | 292.00 |
| Total | | | 192.9 | $76,320.00 |

The paraprofessionals of Perkins Coie, who rendered professional services during the Fee Period in excess of the monthly cap for OCP for November 2006, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Serigo V. Perez | Paralegal | $215.00 | 47.00 | $10,105.00 |
| Ann B. Ellias | Paralegal | $195.00 | 36.90 | 7,195.50 |
| Lelia Ahlstrom-Guerrero | Paralegal | $180.00 | 2.20 | 396.00 |
| Jay D. Hickenbottom | ALS Manager | $187.00 | 2.10 | 392.70 |
| Michael D. Cruz | Paralegal | $155.00 | .80 | 124.00 |
| Total | | | 89.0 | $18,213.20 |

| | |
|---|---:|
| **Grand Total for Fees:** | $94,533.20 |
| **Blended Rate:** | $335.00 |
| **Expected Normal Course of OCP Compensation:** | <$50,000.00> |
| **Balance of Fees Sought in Application:** | $44,553.20 |
| **Expenses Sought in Application:** | $10,819.00 |

### Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies and Printing | $1,825.84 |
| Air Express Charges | 1,012.55 |
| Computer Research | 1,024.79 |
| Long Distance Telephone Charges | 4.06 |
| Airfare | 6,880.30 |
| Miscellaneous | 10.20 |
| File Keepers | 61.26 |
| **Total** | **$10,819.00** |

WHEREFORE, Perkins Coie respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $44,533.20 for reasonable and necessary professional services Perkins Coie has rendered to the Debtors during the Fee Period ($35,626.56); (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Perkins Coie during the Fee Period ($10,819.00) for a total of $46,445.56; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

DATED: November 7, 2007
Seattle, Washington

_____
JKaplan@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8408
Facsimile: (206) 359-9408

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 41145-0012

October 18, 2007

Invoice 3584448

W.R. Grace & Co. - Debtor in Possession
Attn: William J.A. Sparks, Esq., Senior Litigation Counsel
919 North Market Street, Suite 425
Wilmington, DE 19801

## INVOICE

**FOR SERVICES THROUGH 11/30/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $94,533.20 |
| Disbursements and Other Charges | $10,819.00 |
| **TOTAL DUE THIS INVOICE** | **$105,352.20** |

**Property Damage**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/01/06 | D. Biderman | 0.80 | Review and revise witness designations (.40); draft memorandum regarding same (.20); conferences regarding same (.20); |
| 11/01/06 | J. Kaplan | 0.10 | Message for M. Garrison regarding status of employment as special counsel to bankruptcy estate; |
| 11/01/06 | S. Perez | 5.00 | Review regarding Building (4.0); review supplemental materials (1.0); |
| 11/01/06 | J. Gitterman | 5.10 | Revise summary judgment motion; (4.0); review preliminary witness list and proposed testimony of witnesses (1.1); |
| 11/02/06 | M. Garrison | 3.20 | Review materials (1.0); draft witness disclosures for California claims (1.2); exchange correspondence regarding same (1.0); |
| 11/02/06 | J. Gitterman | 0.30 | Review emails and memoranda regarding preliminary witness list; |
| 11/03/06 | D. Biderman | 0.60 | Review disclosure of witnesses (.20); draft memorandum regarding same (.20); draft memorandum regarding additional investigation of witnesses (.20); |
| 11/03/06 | S. Perez | 5.00 | Review research regarding fact witnesses and summarize info (4.0); assist attorneys with supplemental reseach projects (1.0); |
| 11/03/06 | M. Garrison | 4.40 | Review materials regarding building.(1.0); revise witness disclosures for California claims (1.10); prepare materials for meeting regarding California claims (1.3); internal conferences regarding same (1.0); |
| 11/03/06 | J. Gitterman | 0.30 | Review emails regarding witness disclosure and meeting agenda; |
| 11/03/06 | A. Ellias | 1.00 | Review vendor proposal (.20); review indicies (.50); confer with attorney regarding upcoming client meeting (.30); |
| 11/04/06 | D. Biderman | 1.60 | Review and revise witness disclosure (1.0); draft memorandum regarding same (.60); |
| 11/05/06 | D. Biderman | 1.50 | Draft outline of issues for: (.50); review and revise motion for summary judgment (.50); draft memorandum regarding (.50); |
| 11/05/06 | J. Gitterman | 1.20 | Legal research regarding (1.0); prepare |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

41145-0012            October 18, 2007            Invoice 3584448

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| | | | summary judgment motion (.20); |
| 11/06/06 | D. Biderman | 3.20 | Review: ___(.40); prepare for and participate in meeting regarding expert designation (.30); conferences regarding meeting with Reed Smith counsel (.40); review summary of, (.50); draft memoranda regarding meeting (.50); review and revise agenda (.50); draft memorandum regarding same (.60); |
| 11/06/06 | L. Ahlstrom-Guerrero | 0.70 | Attend team conference call (.40); gather materials in advance of meeting with client (.30); |
| 11/06/06 | S. Perez | 0.50 | Telephone conferences with regarding |
| 11/06/06 | M. Garrison | 1.00 | Telephone conference with team regarding witness disclosures (.50); internal conference regarding action items and status (.50); |
| 11/06/06 | J. Gitterman | 5.30 | Review emails regarding preliminary witness disclosure and revisions to same (1.0); conference call regarding witness disclosure (1.2); review claim materials (.80); legal research regarding (.50); review agenda (.30); prepare for and attend conference regarding meeting with co-counsel and preparation of materials for meeting (1.5); |
| 11/06/06 | A. Ellias | 2.70 | Review correspondence (.70); begin document preparation for client meeting (1.0); prepare, assemble and distribute specific claim information to Grace team (1.0); |
| 11/07/06 | D. Biderman | 1.80 | Review in anticipation of conference on, |
| 11/07/06 | J. Gitterman | 4.80 | Review and revise index and prepare materials for meeting (3.0); legal research regarding (.80); |
| 11/07/06 | A. Ellias | 6.80 | Prepare for client meeting (5.1); prepare and electronically circulate information for meeting (1.7); |
| 11/08/06 | D. Biderman | 6.70 | Prepare for conference regarding (1.5); attend conference (2.0); review materials from (2.0); draft agenda for conference (1.2); |
| 11/08/06 | S. Perez | 6.50 | Assist with prep meeting projects (2.0); attend case strategy meeting (2.0); assemble and organize supplemental working materials for attorneys (2.0); assist attorneys with supplemental research jobs (.50); |
| 11/08/06 | M. Garrison | 5.00 | Attend meeting with Reed Smith regarding |
| 11/08/06 | J. Gitterman | 7.30 | Attend strategy meeting with co-counsel regarding, (6.5); review and revise to-do list (.8); |
| 11/08/06 | A. Ellias | 7.30 | Prepare for and attend client meeting (2.0); confer with database administrators (3.0); prepare and distribute information based on meeting requests (2.3); |
| 11/09/06 | S. Perez | 9.00 | Conduct research regarding (1.0); assemble materials for client meeting (1.0); coordinate copying and index materials (2.0); assist attorneys with research and organizational projects (1.0); conduct supplemental research regarding (2.0); update meeting materials and coordinate scanning and copying (2.0); |
| 11/09/06 | J. Gitterman | 0.90 | Review emails regarding database (.40); legal research regarding (.50); |
| 11/09/06 | A. Ellias | 1.30 | Outline and confer with database administrators regarding database extranet (1.0); prepare and send weekly teleconference meeting calendar (.30); |
| 11/10/06 | J. Gitterman | 0.50 | Legal research regarding |
| 11/10/06 | A. Ellias | 0.60 | Teleconference with A. Joyce regarding database (.40); follow up issues regarding same (.20); |
| 11/13/06 | D. Biderman | 0.30 | Review memorandum regarding |
| 11/13/06 | J. Gitterman | 1.70 | Prepare summary judgment motion legal research regarding |
| 11/14/06 | S. Perez | 0.50 | Conduct research regarding |
| 11/14/06 | M. Garrison | 0.30 | Exchange correspondence regarding summary judgment motion and action items; |

Page 2

41145-0012                                    October 18, 2007                                    Invoice 3584448

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/14/06 | J. Gitterman | 4.60 | Review from L. Flatley (1.0); legal research (1.6); prepare summary judgment motion (1.0); review claimants' witness designations (1.0); |
| 11/15/06 | D. Biderman | 1.20 | Telephone conference regarding experts and expert report (.50); conference regarding status of limitations motion (.20); conference regarding property damage testimony and expert designations (.50); |
| 11/15/06 | L. Ahlstrom-Guerrero | 0.50 | Attend weekly conference call regarding outstanding issues; |
| 11/15/06 | S. Perez | 1.00 | Conduct research regarding |
| 11/15/06 | S. Perez | 0.50 | Attend telephone conference meeting; |
| 11/15/06 | S. Perez | 0.50 | Conduct research regarding |
| 11/15/06 | S. Perez | 1.00 | Assemble PDF and TXT depositions from case; |
| 11/15/06 | S. Perez | 1.00 | Review |
| 11/15/06 | S. Perez | 1.00 | Conduct research regarding |
| 11/15/06 | S. Perez | 1.00 | Conduct supplemental research regarding |
| 11/15/06 | J. Hickenbottom | 0.90 | Convert and export condensed versions of transcripts to .PDF files and forward to S. Perez (.50); search for old Word documents for S. Perez (.40); |
| 11/15/06 | M. Garrison | 2.50 | Telephone conference regarding action items (.50); telephone conference with property damage team regarding claimants' and debtors' witness disclosures (.50); review action items (.50); review claimants' witness disclosures and related materials (.50); internal conference regarding experts (.50); |
| 11/15/06 | J. Gitterman | 3.70 | Prepare summary judgment motion (1.5); prepare for and attend conference call with property damage claims team (1.2); conferences with D. Biderman and M. Garrison regarding supplemental witness lists, subjects for and summary judgment motion (1.0); |
| 11/15/06 | A. Ellias | 3.70 | Receive, download, prepare and distribute documents for attorneys (.50); prepare for meeting and attend weekly teleconference (.70); prepare and calendar case events through May 2007 (.50); confer with attorneys (1.0); review emails (1.0); |
| 11/16/06 | L. Ahlstrom-Guerrero | 1.00 | Attend to organization and shipping of files to Los Angeles office; |
| 11/16/06 | S. Perez | 0.50 | Conduct research regarding |
| 11/16/06 | S. Perez | 1.00 | Organize incoming storage files; |
| 11/16/06 | S. Perez | 0.50 | Conduct case management and organizational projects; |
| 11/16/06 | M. Garrison | 0.30 | Internal conference regarding summary judgment motion (.10); review materials regarding same (.20); |
| 11/16/06 | J. Gitterman | 6.70 | Legal research regarding (4.2); prepare summary judgment motion (2.5); |
| 11/16/06 | A. Ellias | 1.30 | Confer with S. Perez regarding document management (.50); follow up conferences regarding same (.50); review and draft correspondence regarding same (.30); |
| 11/17/06 | S. Perez | 1.00 | Conduct research regarding |
| 11/17/06 | J. Gitterman | 4.80 | Review and revise summary judgment motion; |
| 11/17/06 | A. Ellias | 0.90 | Document management; |
| 11/18/06 | D. Biderman | 1.40 | Conferences regarding witness issues (.30); review witness statements (.20); conferences regarding motion for summary judgment and outline for summary judgment (.50); review same draft memorandum regarding (.20); review same (.20); |
| 11/18/06 | M. Garrison | 2.00 | Internal conference regarding witness disclosures and motion for summary judgment (.50); review claimants' disclosures (.50); review documents and deposition transcripts regarding witnesses identified by claimants (.50); draft summary regarding same (.50); |
| 11/18/06 | J. Gitterman | 4.10 | Review claimants' witness lists (1.1); conference regarding supplemental witnesses from case, and testimony (1.5); prepare summary judgment motion (1.5); |
| 11/19/06 | M. Garrison | 5.00 | Review deposition transcripts to identify witnesses for diclosure; |
| 11/20/06 | D. Biderman | 3.10 | Review and revise list regarding expert and non-expert witnesses |

41145-0012                          October 18, 2007                          Invoice 3584448

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| | | | (1.2); conference regarding same (1.3); draft memorandum regarding ____ (.3); review research on ____ (?.0); review materials regarding ____ 10); |
| 11/20/06 | S. Perez | 1.50 | Conduct research regarding ____ |
| 11/20/06 | S. Perez | 2.50 | Conduct research regarding deposition summaries and witness files; |
| 11/20/06 | S. Perez | 2.50 | Conduct research regarding witness interviews and assemble materials; |
| 11/20/06 | J. Hickenbottom | 0.70 | Convert and export 17 transcripts to .PDF format and forward to S. Perez; |
| 11/20/06 | M. Garrison | 9.20 | Review depositions conducted in ____ litigation (1.2); draft memorandum regarding ____ (2.0); draft memorandum regarding ____ (1.0); review materials regarding same (2.0); internal conference regarding same (2.0); internal conference regarding summary judgment motion (1.0); |
| 11/20/06 | J. Gitterman | 6.50 | Conference regarding ____ witnesses and review emails regarding same (2.0); review ____ summary judgment motions (2.0); prepare summary judgment motion (2.5); |
| 11/20/06 | A. Ellias | 1.00 | Receive and distribute documents (.10); correspondence with attorneys (.20); obtain and distribute claim information (.40); follow up on case management issues (.30); |
| 11/21/06 | D. Biderman | 2.80 | Review and revise witness designations (.50); draft memorandum regarding ____ (.50); review motion for summary judgment (.50); draft memorandum regarding same conferences regarding meetings with experts (.80); telephone conference regarding same (.50); |
| 11/21/06 | S. Perez | 1.00 | Assist attorneys with research projects; |
| 11/21/06 | S. Perez | 1.00 | Case management and organizational projects; |
| 11/21/06 | M. Garrison | 8.00 | Finalize memorandum regarding ____ (2.0); draft memorandum regarding ____ (2.0); review materials regarding same (2.0); exchange correspondence regarding witness designations (2.0); |
| 11/21/06 | J. Gitterman | 8.50 | Prepare summary judgment motion (4.1); review supplemental witness list (1.4); conference regarding ____ witnesses and deposition testimony (3.0); |
| 11/21/06 | A. Ellias | 3.90 | Confer with attorneys (.50); draft insert regarding breakdown of claims (.90); review claim information (.10); update database (.20); document distribution (.10); review correspondence (.20); begin review of DVD data (1.9); |
| 11/22/06 | D. Biderman | 1.50 | Prepare for telephone conference regarding ____ (.50); review designations of opposing parties and materials (.50); telephone conference regarding ____ (.50); |
| 11/22/06 | S. Perez | 1.00 | Assemble and circulate PDF copies of ____ depositions; |
| 11/22/06 | J. Hickenbottom | 0.50 | Convert and print 7 transcripts to .PDF files and forward to S. Perez; |
| 11/22/06 | M. Garrison | 6.00 | Telephone conference with property damage team regarding witness disclosures (1.0) exchange correspondence regarding same (1.0); draft outline of ____ (2.0); internal conferences regarding deposition transcripts and summary judgment motion (2.0); |
| 11/22/06 | J. Gitterman | 5.10 | Review and revise summary judgment motion (2.0); conference call regarding witness lists (1.1); review summaries of witness testimony (2.0); |
| 11/22/06 | A. Ellias | 2.20 | Review and prepare claim information as requested by attorney; |
| 11/24/06 | D. Biderman | 1.50 | Review and revise summary judgment motion; |
| 11/25/06 | D. Biderman | 2.60 | Conferences regarding motion for summary judgment (2.0); review and revise summary judgment motion (.60); |
| 11/25/06 | J. Gitterman | 1.20 | Conference with D. Biderman regarding summary judgment motion (.60); prepare motion (.60); |

Page 4

41145-0012                              October 18, 2007                                 Invoice 3584448

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/26/06 | D. Biderman | 2.30 | Review materials for _____ (.50); revise same (.30); draft memorandum regarding same (.50); review summary judgment motion (.50); revise same (.50) |
| 11/26/06 | J. Gitterman | 6.80 | Legal research regarding _____ (5.3); review and revise motion (1.5); |
| 11/27/06 | D. Biderman | 8.30 | Prepare for conference with _____ (4.40); attend same (3.0); travel (.90); |
| 11/27/06 | J. Gitterman | 1.10 | Review revised motion and prepare emails regarding same (.70); review memorandum regarding _____ (.40); |
| 11/28/06 | D. Biderman | 10.50 | Prepare for conference with _____ (4.5); attend conference (5.0); travel to conference (1.0); |
| 11/28/06 | J. Kaplan | 0.20 | Emails and telephone conference with M. Garrison regarding employment pleadings; |
| 11/28/06 | M. Garrison | 0.40 | Exchange correspondence regarding fee application (.20); internal conference regarding same (.20); |
| 11/28/06 | J. Gitterman | 0.10 | Review emails regarding _____ and bankruptcy court fee application; |
| 11/28/06 | A. Ellias | 0.40 | Follow up on invoices (.30); distribute materials (.10?); |
| 11/29/06 | S. Perez | 0.50 | Conduct PACER bankruptcy research and download documents; |
| 11/29/06 | S. Perez | 0.50 | Assist attorneys with pending projects; |
| 11/29/06 | S. Perez | 1.00 | Review and organize materials in case room; |
| 11/29/06 | M. Garrison | 9.50 | Exchange correspondence with Kirkland & Ellis regarding _____ (2.0); review materials provided by Kirkland & Ellis (5.3); exchange correspondence _____ (2.2); |
| 11/29/06 | J. Gitterman | 0.50 | Review revised outline for _____ (.20); review and prepare emails regarding status and meeting schedule (.30); |
| 11/29/06 | A. Ellias | 2.00 | Correspondence with attorneys (.50); teleconference with Reed Smith regarding _____ (.50); review claims documents (.30); confer with IT department regarding _____ (.70); |
| 11/30/06 | D. Biderman | 0.50 | Telephone conference regarding database issues (.20); draft memorandum regarding same (.30); |
| 11/30/06 | M. Cruz | 0.80 | Telephone conference regarding claims materials (.30); conference regarding having materials forwarded to co-counsel (.30); draft correspondence regarding same (.20); |
| 11/30/06 | J. Kaplan | 0.50 | Review proposed employment pleadings from M. Garrison |
| 11/30/06 | M. Garrison | 1.50 | Exchange correspondence with Kirkland & Ellis regarding _____ (.50); review materials provided by Kirkland & Ellis (.50); exchange correspondence regarding _____ (.50); |
| 11/30/06 | J. Gitterman | 0.50 | Review _____ |
| 11/30/06 | A. Ellias | 1.80 | Confer with technical people regarding _____ (.80); telephone call with D. Biderman regarding same (.50); prepare and distribute _____ to Reed Smith designated people (.20); teleconference with M. Cruz and S. Perez regarding _____ and distribution of same to Reed Smith (.30); |

                                                                                    Total For Services       $94,533.20

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 1,825.84 |
| Long distance telephone charges | 4.06 |
| Computer research | 1,024.79 |
| Air express charge | 1,012.55 |
| Airfare - | |
|     D. Biderman, NYC, tkt#7799153775, 11/27 | 6,376.68 |
|     D. Biderman, Charleston, tkt#8137550835, 11/28-30 | 503.62 |

41145-0012	October 18, 2007	Invoice 3584448

**Disbursements and Other Charges**

Other -
    South Coast AQMD, 11/2006	10.20
    File Keepers, 11/2006	61.26

        Disbursement and Other Charges Total	$10,819.00

        Total This Invoice	$105,352.20

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| D. Biderman | 52.20 | 495.00 | 25,839.00 |
| J. Kaplan | 0.80 | 365.00 | 292.00 |
| J. Gitterman | 81.60 | 365.00 | 29,784.00 |
| M. Garrison | 58.30 | 350.00 | 20,405.00 |
| M. Cruz | 0.80 | 155.00 | 124.00 |
| L. Ahlstrom-Guerrero | 2.20 | 180.00 | 396.00 |
| S. Perez | 47.00 | 215.00 | 10,105.00 |
| J. Hickenbottom | 2.10 | 187.00 | 392.70 |
| A. Ellias | 36.90 | 195.00 | 7,195.50 |
| Total | 281.90 | 335.34 | $94,533.20 |

DTB

*This invoice is for current charges only.*
*Outstanding Invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 17, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 41145, Invoice 3584448

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**