THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 10, 2007, at 4:00pm. |
| | ) | |

## SUMMARY APPLICATION OF PERKINS COIE LLP AS ORDINARY COURSE PROFESSIONAL FOR ALLOWANCE OF FEES AND EXPENSES IN EXCESS OF OCP MONTHLY FEE CAP FOR DECEMBER 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. *(f/k/a Grace Specialty Chemicals, Inc.)*, W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. *(f/k/a Circe Biomedical, Inc.)*, CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC *(f/k/a Dewey and Almy Company)*, Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. *(f/k/a Grace Cocoa Limited Partners I, Inc.)*, G C Management, Inc. *(f/k/a Grace Cocoa Management, Inc.)*, GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. *(f/k/a Dearborn International Holdings, Inc.)*, Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. *(f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.)*, Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. *(f/k/a Nestor-BNA Holdings Corporation)*, MRA Intermedco, Inc. *(f/k/a Nestor-BNA, Inc.)*, MRA Staffing Systems, Inc. *(f/k/a British Nursing Association, Inc.)*, Remedium Group, Inc. *(f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.)*, Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners *(f/k/a Cross Country Staffing)*, Hayden-Gulch West Coal Company, H-G Coal Company.

| | |
|---|---|
| Name of Applicant: | **Perkins Coie LLP** |
| Authorized to Provide Professional Services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retained as an Ordinary Course Professional in 2001**[2] |
| Fee Period for which Compensation and Reimbursement is Sought: | **December 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$51,784.05** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,099.41** |

This is a monthly X monthly ___ interim ___ final application.

This is Perkins Coie LLP's ("Perkins Coie") monthly application for interim compensation of services in excess of the OCP cap for the fee period December 1, 2006 through December 31, 2006. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Perkins Coie LLP* dated June 20, 2007 (Docket No. 16,107), Perkins Coie is permitted to file its fee application for excess OCP fees and expenses for the months of September and November 2006 and March 2007, and any month in which it incurs fees over $50,000.

For the December 2006 fee period, Perkins Coie incurred, recently billed, and has not received compensation for approximately $53,883.46 in legal fees and

---

[2] Perkins Coie was retained by Debtor as an ordinary course professional ("OCP") in the Chapter 11 Case to provide legal services regarding certain asbestos property damage claims. On May 9, 2001, Perkins Coie filed its affidavit under 11 U.S.C. § 327(e) to support its retention as an OCP. *See* Docket No. 223. No objections were filed to Perkins Coie's retention. Thus, Perkins Coie is employed, and continues to be employed, as an OCP in these Chapter 11 Cases.

expenses. The breakdown for legal fees and expenses for December 2006 is as follows:

| Dates of Service Rendered | Fees | Expenses | Total | Expected Standard OCP Payment | Excess OCP Fees and Expenses |
|---|---|---|---|---|---|
| 12/01/06- 12/31/06 | $51,784.05 | $2,099.41 | $53,883.46 | <$50,000.00> | $3,883.46 |

The Perkins Coie attorneys for rendered professional services during the Fee Period in excess of the monthly cap for OCP for December 2006, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Bickerman | Partner, Admitted 1981 | $495.00 | 25.00 | $12,375.00 |
| Judith B. Gitterman | Of Counsel Admitted 1984 | $365.00 | 51.40 | 18,761.00 |
| Melora M. Garrison | Associate, Admitted 1999 | $350.00 | 25.30 | 8,855.00 |
| John Kaplan | Partner, Admitted 1994 | $365.00 | 1.9 | 693.50 |
| Total | | | 103.6 | $40,684.50 |

The paraprofessionals of Perkins Coie, who rendered professional services during the Fee Period in excess of the monthly cap for OCP for December 2006, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Serigo V. Perez | Paralegal | $215.00 | 21.75 | $4,676.25 |
| Ann B. Ellias | Paralegal | $195.00 | 30.30 | 5,908.50 |
| Lelia Ahlstrom-Guerrero | Paralegal | $180.00 | .5 | 90.00 |
| Jay D. Hickenbottom | ALS Manager | $187.00 | .4 | 74.80 |
| Total | | | 52.95 | $10,749.55 |

| | |
|---|---:|
| **Grand Total for Fees:** | **$51,784.05** |
| **Blended Rate:** | **$330.76** |
| **Expected Normal Course of OCP Compensation:** | **<$50,000.00>** |
| **Balance of Compensation (Fees) Sought in Application:** | **$1,784.05** |
| **Expenses Sought in Application:** | **$2,099.41** |

## Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies and Printing | $739.84 |
| Computer Research | 123.45 |
| Long Distance Telephone Charges | 120.93 |
| Air Express Charges | 115.42 |
| Airfare | 616.44 |
| Travel Expense | 121.00 |
| Travel Expense Meal | 15.55 |
| Conference Meals | 132.95 |
| Other (Friday Bagel, File Keepers) | 113.83 |
| **Total** | **$2,099.41** |

WHEREFORE, Perkins Coie respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $1,784.50 for reasonable and necessary professional services Perkins Coie has rendered to the Debtors during the Fee Period ($1,427.24); (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Perkins Coie during the Fee Period ($2,099.41) for a total of $3,526.65; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

DATED: November 7, 2007
Seattle, Washington

*signature*

JKaplan@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8408
Facsimile: (206) 359-9408

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:   41145-0012

October 18, 2007

Invoice 3584454

W.R. Grace & Co. - Debtor in Possession
Attn: William J.A. Sparks, Esq., Senior Litigation Counsel
919 North Market Street, Suite 425
Wilmington, DE  19801

## INVOICE

**FOR SERVICES THROUGH 12/31/06, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $51,784.05 |
| Disbursements and Other Charges | $2,099.41 |
| **TOTAL DUE THIS INVOICE** | **$53,883.46** |

**Property Damage**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/01/06 | J. Kaplan | 0.40 | Telephone conference and emails with M. Garrison regarding |
| 12/01/06 | J. Hickenbottom | 0.40 | Convert and export transcripts to .pdf and forward to S. Perez; |
| 12/01/06 | M. Garrison | 4.00 | Telephone conference with Seattle office regarding (1.0); revise motion and supporting documents (1.0); draft correspondence to Kirkland & Ellis regarding same (1.0); internal conference regarding same (1.0); |
| 12/01/06 | J. Gitterman | 0.40 | Conference with A. Ellias regarding exhibits to motion (.10); review emails regarding database (.30); |
| 12/01/06 | A. Ellias | 1.50 | Teleconference with Reed Smith (.50); further follow up on transference of same (.02); correspondence with attorneys regarding same (.30); confer with attorney regarding exhibits for upcoming motion (.50); |
| 12/02/06 | M. Garrison | 2.00 | Internal conference regarding meeting with (1.0); internal conference regarding summary judgment motion (.50); exchange correspondence regarding materials in support of motion (.50); |
| 12/02/06 | J. Gitterman | 0.90 | Conferences regarding preparation for meeting with and preparation of exhibits for motion; |
| 12/02/06 | A. Ellias | 6.30 | Begin preparation and assembly of exhibits for brief (5.0); team meeting (1.3); |
| 12/03/06 | D. Biderman | 0.40 | Draft memorandum regarding fee application (.30); review same (.10); |
| 12/03/06 | M. Garrison | 0.70 | Revise motion to: (.40); draft correspondence regarding affidavit in support of motion (.30); |
| 12/04/06 | D. Biderman | 2.30 | Draft memorandum regarding (.30); review correspondence regarding same (.30); telephone conference with regarding (.40); review memorandum on proof of claims (.60); draft correspondence regarding statute of limitations summary judgment motion (.40); conferences regarding (.30); |
| 12/04/06 | J. Kaplan | 1.30 | Telephone conferences and emails regarding form of application and |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

41145-0012                          October 18, 2007                          Invoice 3584454

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| | | | declaration. |
| 12/04/06 | S. Perez | 2.25 | Conduct research regarding (1.0); review and coordinate copying (.25); conferences with attorneys regarding pending projects (1.0); |
| 12/04/06 | M. Garrison | 2.20 | Exchange correspondence regarding (.70); telephone conference with (.50); exchange correspondence regarding same (.50); exchange correspondence regarding summary judgment motion (.50); |
| 12/04/06 | J. Gitterman | 4.50 | Prepare memorandum regarding prior (.50); conference regarding materials needed (.50); review index of (.50); conference regarding (1.0); review (2.0); |
| 12/04/06 | A. Ellias | 6.50 | Continue preparation of exhibits for statute of limitations brief (1.5); correspondence and phone calls with Reed Smith regarding (1.5); telephone call with database administrator regarding (2.0); prepare copies of (1.5); |
| 12/05/06 | D. Biderman | 0.90 | Telephone conference regarding motion for summary judgment (.30); review correspondence to (.30); conferences regarding meeting with and preparation regarding same (.30); |
| 12/05/06 | S. Perez | 7.00 | Assemble materials regarding for (2.0); draft letter to and process FedEx package (1.0); conduct research regarding expert witnesses and prior trial materials (2.0); conduct supplemental research regarding precedent files and witness materials (2.0); |
| 12/05/06 | M. Garrison | 2.30 | Telephone conference regarding summary judgment motion and other matters (1.0); exchange correspondence regarding revisions to motion (1.0); review draft motion (.30); |
| 12/05/06 | J. Gitterman | 6.50 | Review direct history and citing cases for authorities in summary judgment motion (1.0); revise summary judgment motion (.50); prepare (1.0); review and prepare emails regarding schedule for weekly call (.50); review comments on summary judgment (1.5); conference regarding (1.0); revise declaration and supervise compilation of exhibits to declaration (1.0); |
| 12/05/06 | A. Ellias | 6.40 | Review and revise brief (1.0); initial draft of supporting declaration (.40); begin cite check of brief (1.0); online case research (.50); team meeting regarding status of brief (.50); continue gather and assembly of exhibits (2.0); prepare and send copy of exhibits to S. Blatnick (1.0); |
| 12/06/06 | D. Biderman | 1.70 | Conferences regarding preparation for meeting (.30); telephone conference regarding same (.30); telephone conference with defense group regarding (.70); review discovery requests (.40); |
| 12/06/06 | L. Ahlstrom-Guerrero | 0.50 | Organize documents in advance of client meeting; |
| 12/06/06 | S. Perez | 2.50 | Conduct witness and precedent research regarding (1.0); review and assemble supplemental case materials (1.0); organize case materials in lobby storage room (.50); |
| 12/06/06 | M. Garrison | 1.20 | Telephone conference with property damage team regarding (.70); exchange correspondence regarding (.30); review and revise (.20); |
| 12/06/06 | J. Gitterman | 7.50 | Conference call with co-counsel (1.0); review and prepare emails regarding (1.5); prepare materials for meeting (1.0); review comments on summary judgment motion (.50); prepare memorandum regarding (1.0); review expert testimony (.50); review and revise declaration in support of motion (2.0); |

Page 2

41145-0012                              October 18, 2007                              Invoice 3584454

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/06/06 | A. Ellias | 4.20 | Attend team meeting (.50); continue review and revision of declaration (.50); review and revise brief (.20); correspondence with: (.50); correspondence with regarding meeting (1.0); coordinate lodging (1.1); prepare and distribute reports and exhibits (1.1); |
| 12/07/06 | D. Biderman | 2.60 | Conference with regarding: |
| 12/07/06 | S. Perez | 1.00 | Review and organize supplemental materials from storage; |
| 12/07/06 | M. Garrison | 7.00 | Meeting with in San Francisco; |
| 12/07/06 | J. Gitterman | 7.50 | Prepare for and attend meeting with (3.1); review prior deposition testimony of (2.4); review (2.0); |
| 12/07/06 | A. Ellias | 1.10 | Prepare and send electronic documents for meeting with (.40); telephone calls with attorney regarding meeting materials (.30); confer with D. Harris regarding (.40); |
| 12/08/06 | A. Ellias | 1.00 | Telephone call with D. Harris regarding (.20); follow up with Reed Smith regarding (.30); document management (.30); conference regarding case and space management issues (.20); |
| 12/11/06 | S. Perez | 5.00 | Review and organize W.R. Grace precedent materials; |
| 12/11/06 | M. Garrison | 3.50 | Review and edit draft motion for summary judgment (1.0); exchange correspondence regarding same (1.2); review (1.0); telephone conference with Kirkland & Ellis regarding same (.30); |
| 12/11/06 | A. Ellias | 0.60 | Retrieve information for attorney (.30); document management (.30); |
| 12/12/06 | M. Garrison | 0.20 | Exchange correspondence regarding |
| 12/12/06 | J. Gitterman | 0.20 | Review correspondence from L. Flatley regarding |
| 12/12/06 | A. Ellias | 0.20 | Receive and distribute materials; |
| 12/13/06 | D. Biderman | 1.60 | Review and revise motion for summary judgment (1.0); draft correspondence regarding same (.60); |
| 12/13/06 | S. Perez | 2.00 | Research and organize supplemental storage materials; |
| 12/13/06 | J. Gitterman | 6.30 | Conference call with client and co-counsel regarding (2.1); review exhibits for summary judgment motion (2.2); factual research for motion and revise brief (2.0); |
| 12/13/06 | A. Ellias | 0.40 | Assist attorneys with brief; |
| 12/14/06 | D. Biderman | 5.50 | Conferences regarding (1.0); conferences with (2.0); review and revise declaration (2.5); |
| 12/14/06 | M. Garrison | 0.50 | Telephone conference regarding and summary judgment motion (.30); internal conference regarding same (.20); |
| 12/14/06 | M. Garrison | 1.00 | Telephone conference with property damage team regarding |
| 12/14/06 | J. Gitterman | 6.10 | Review comments to summary judgment motion revise brief (.50); conference call regarding (.50); review article (1.1); emails regarding (1.0); review (1.0); review CD containing articles and indices (1.0); prepare memorandum regarding contents (1.0); |
| 12/14/06 | A. Ellias | 1.10 | Obtain exhibit materials for motion for summary judgmen (.70); confer with attorney regarding same (.40); |
| 12/15/06 | D. Biderman | 0.70 | Review: (.40); draft memorandum regarding same (.30); |
| 12/15/06 | J. Gitterman | 3.20 | Revise summary judgment motion; |
| 12/16/06 | D. Biderman | 2.40 | Review (1.2); draft correspondence regarding same (1.2); |
| 12/18/06 | D. Biderman | 1.80 | Prepare for telephone conference regarding 1.0); attend same (.30); review (.50); |
| 12/18/06 | J. Gitterman | 5.20 | Review (4.0); revise summary judgment motion (4.2); |
| 12/18/06 | A. Ellias | 0.40 | Obtain and distribute sample claims regarding DGS to J. Gitterman; |

Page 3

41145-0012                                              October 18, 2007                                        Invoice 3584454

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/20/06 | D. Biderman | 0.60 | Review designation of claimants (.30); draft correspondence regarding (.30); |
| 12/20/06 | J. Gitterman | 2.30 | Revise summary judgment motion (1.0); emails to and from S. Blatnick regarding .30); review correspondence regarding claimants' witness lists (1.0); |
| 12/21/06 | D. Biderman | 3.70 | Review _____ (1.0); conference regarding witness designations (1.0) conferences regarding (1.1); review plaintiffs' witness designations (.60); |
| 12/21/06 | J. Kaplan | 0.20 | Emails with D. Biderman and M. Garrison regarding for employment pleadings; |
| 12/21/06 | S. Perez | 1.50 | Organize supplemental case materials for case room (1.0); coordinate refiling materials to Filekeepers (.50); |
| 12/21/06 | J. Gitterman | 0.50 | Review emails regarding R. Morse (.20); review supplemental witness disclosure list regarding hazard (.30); |
| 12/22/06 | D. Biderman | 0.30 | Review and revise property damage witness lists (.20); draft memorandum regarding same (.10); |
| 12/22/06 | S. Perez | 0.50 | Review and organize incoming case materials; |
| 12/22/06 | A. Ellias | 0.20 | Receive and distribute documents to team; |
| 12/26/06 | D. Biderman | 0.30 | Review discovery; |
| 12/26/06 | A. Ellias | 0.20 | Receive and disseminate documents; |
| 12/27/06 | D. Biderman | 0.20 | Draft correspondence regarding motion for summary judgment; |
| 12/27/06 | M. Garrison | 0.70 | Review discovery responses; |
| 12/27/06 | J. Gitterman | 0.30 | Review and prepare emails regarding discovery requests and limitations summary judgment motion (.20); review draft responses to requests for admissions (.10); |
| 12/28/06 | A. Ellias | 0.20 | Correspondence with S. Amnet of Reed Smith regarding |

                                                           Total For Services      $51,784.05

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 739.84 |
| Long distance telephone charges | 120.93 |
| Computer research | 123.45 |
| Air express charge | 115.42 |
| Travel expense - | |
|     J. Gitterman, San Francisco, 12/7 | 121.00 |
| Airfare - | |
|     M. Garrison, San Francisco, tkt#7799153932, 12/07/06 | 308.22 |
|     J. Gitterman, San Francisco, tkt#7799153933, 12/07/06 | 308.22 |
| Travel expense meals - | |
|     J. Gitterman, San Francisco, 12/7 | 15.55 |
| Conference meals - | |
|     D. Biderman, 11/8 | 132.95 |
| Other - | |
|     Friday Bagel | 23.58 |
|     File Keepers, 12/2006 | 90.25 |

                        Disbursement and Other Charges Total      $2,099.41

                                           Total This Invoice      $53,883.46

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| D. Biderman | 25.00 | 495.00 | 12,375.00 |
| J. Kaplan | 1.90 | 365.00 | 693.50 |

41145-0012                           October 18, 2007                           Invoice 3584454

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| J. Gitterman | 51.40 | 365.00 | 18,761.00 |
| M. Garrison | 25.30 | 350.00 | 8,855.00 |
| L. Ahlstrom-Guerrero | 0.50 | 180.00 | 90.00 |
| S. Perez | 21.75 | 215.00 | 4,676.25 |
| J. Hickenbottom | 0.40 | 187.00 | 74.80 |
| A. Ellias | 30.30 | 195.00 | 5,908.50 |
| Total | 156.55 | 330.78 | $51,784.05 |

DTB

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 17, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 41145, Invoice 3584454

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**