THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | Objection Deadline: December 10, 2007, at 4:00 p.m. |
| | ) | |

## SUMMARY APPLICATION OF PERKINS COIE LLP AS ORDINARY COURSE PROFESSIONAL FOR ALLOWANCE OF FEES AND EXPENSES IN EXCESS OF OCP MONTHLY FEE CAP FOR MARCH 2007

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| | |
|---|---|
| Name of Applicant: | **Perkins Coie LLP** |
| Authorized to Provide Professional Services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retained as an Ordinary Course Professional in 2001[2]** |
| Fee Period for which Compensation and Reimbursement is Sought: | **March 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$105,285.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$611.32** |

This is a monthly $\underline{X}$ monthly ___ interim ___ final application.

This is Perkins Coie LLP's ("Perkins Coie") monthly application for interim compensation of services in excess of the OCP cap for the fee period March 1, 2007 through March 31, 2007. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Perkins Coie LLP* dated June 20, 2007 (Docket No. 16,107), Perkins Coie is permitted to file its fee application for excess OCP fees and expenses for the months of September and November 2006 and March 2007, and any month in which it incurs fees over $50,000.

---

[2] Perkins Coie was retained by Debtor as an ordinary course professional ("OCP") in the Chapter 11 Case to provide legal services regarding certain asbestos property damage claims. On May 9, 2001, Perkins Coie filed its affidavit under 11 U.S.C. § 327(e) to support its retention as an OCP. *See* Docket No. 223. No objections were filed to Perkins Coie's retention. Thus, Perkins Coie is employed, and continues to be employed, as an OCP in these Chapter 11 Cases.

For the March 2007 fee period, Perkins Coie incurred, recently billed and has not received compensation for approximately $105,896.82 in legal fees and expenses. The breakdown for legal fees and expenses for March 2007 is as follows:

| Dates of Service Rendered | Fees | Expenses | Total | Expected Standard OCP Payment | Excess OCP Fees and Expenses |
|---|---|---|---|---|---|
| 03/01/07-03/31/07 | $105,285.50 | $611.32 | $105,896.82 | <$50,000.00> | $55,285.50 |

The Perkins Coie attorneys for rendered professional services during the Fee Period in excess of the monthly cap for OCP for March 2007, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Bickerman | Partner, Admitted 1981 | $530.00 | 26.60 | $14,098.00 |
| Judith B. Gitterman | Of Counsel Admitted 1984 | $380.00 | 117.80 | 44,764.00 |
| Melora M. Garrison | Associate, Admitted 1999 | $375.00 | 53.10 | 19,912.50 |
| Benjamin Soffer | Partner, Admitted 1995 | $410.00 | 24.40 | $10,004.00 |
| **Total** | | | 197.50 | **$88,778.50** |

The paraprofessionals of Perkins Coie, who rendered professional services during the Fee Period in excess of the monthly cap for OCP for March 2007, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Serigo V. Perez | Paralegal | $225.00 | 55.00 | $12,375.00 |
| Ann B. Ellias | Paralegal | $205.00 | 16.40 | 3,362.00 |
| Lelia Ahlstrom-Guerrero | Paralegal | $190.00 | 1.40 | 266.00 |
| Amy Shields | Paralegal | $180.00 | 2.80 | 504.00 |
| **Total** | | | 75.60 | **$16,507.00** |

| | |
|---|---|
| **Grand Total for Fees:** | **$105,285.50** |
| **Blended Rate:** | **$385.51** |
| **Expected Normal Course of OCP Compensation:** | **<$50,000.00>** |
| **Balance of Fees Sought in Application:** | **$55,285.50** |
| **Expenses Sought in Application:** | **$611.32** |

## Expense Summary

| Service Description | Amount |
|---|---|
| Photocopies and Printing | $332.20 |
| Computer Research | 1,170.43 |
| Long Distance Telephone Charges | 23.96 |
| Special Postage | 6.05 |
| Airfare | (3,320.59) |
| Other: Copies, create original DVD | 2,325.59 |
| Other: File Keepers | 73.68 |
| **Total** | **$611.32** |

WHEREFORE, Perkins Coie respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $55,285.50 for reasonable and necessary professional services Perkins Coie has rendered to the Debtors during the Fee Period ($44,228.40); (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Perkins Coie during the Fee Period ($611.32) for a total of $44,839.72; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

DATED: November 7, 2007
Seattle, Washington

JKaplan@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8408
Facsimile: (206) 359-9408

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591208

ACCOUNT
NUMBER:  41145-0012

October 18, 2007

Invoice  3584473

W.R. Grace & Co. - Debtor in Possession
Attn:  William J.A. Sparks, Esq., Senior Litigation Counsel
919 North Market Street, Suite 425
Wilmington, DE  19801

## INVOICE

**FOR SERVICES THROUGH 03/31/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $105,285.50 |
| Disbursements and Other Charges | $611.32 |
| **TOTAL DUE THIS INVOICE** | **$105,896.82** |

**Property Damage**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/01/07 | D. Biderman | 0.80 | Draft memorandum regarding (.3); conferences regarding preparation of deposition (.20); telephone conference regarding same (.3). |
| 03/01/07 | S. Perez | 3.00 | Review and organize case materials (1.0); review materials (.5); assist with research and organizational projects (1.5); |
| 03/01/07 | J. Gitterman | 3.10 | Review precedent materials and prepare correspondence to D. Cameron regarding |
| 03/01/07 | A. Ellias | 2.60 | Research regarding (1.3); coordinate deposition for L. Flately in Seattle office (1.3); |
| 03/02/07 | D. Biderman | 1.40 | Review Macerich motion for summary judgment (.8); telephone conferences regarding (.3); draft memorandum regarding same (.3); |
| 03/02/07 | S. Perez | 2.50 | Conduct supplemental research regarding materials (.5); coordinate research with (.5); conduct research regarding building (1.5); |
| 03/02/07 | M. Garrison | 2.50 | Telephone conferences with Kirkland & Ellis regarding Macerich motion for summary judgment (.50); exchange correspondence regarding same (.50); conferences regarding same (1.0); exchange correspondence with counsel for Macerich regarding same (.50); |
| 03/02/07 | J. Gitterman | 6.80 | Review and prepare correspondence to D. Cameron (1.0); review materials (.60); prepare outline, response to Macerich summary judgment motion (1.4); correspondence and conference regarding document production by Macerich (.50); correspondence regarding witness interview (.30); review insert regarding (2.0); emails regarding (1.0); |
| 03/02/07 | A. Ellias | 0.50 | Review documents for (.10); prepare and send same to D. Cameron (.10); confer with J. Gitterman regarding same (.30); |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

41145-0012                                    October 18, 2007                                Invoice 3584473

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 03/03/07 | S. Perez | 3.00 | Review storage materials and assemble materials (3.); |
| 03/03/07 | M. Garrison | 0.50 | Review correspondence regarding Macerich motion and |
| 03/03/07 | J. Gitterman | 0.50 | Review emails regarding in case (.20); emails to and from (.30); |
| 03/04/07 | J. Gitterman | 1.00 | Prepare outline of response to Macerich summary judgment motion; |
| 03/05/07 | D. Biderman | 1.50 | Review correspondence regarding Macerich claim (.10); draft memorandum regarding (.4); draft correspondence regarding issues (.10); review memorandum regarding same (.3); draft correspondence regarding claim (.10); review research and materials regarding same (.5); |
| 03/05/07 | S. Perez | 3.00 | Conduct research regarding property (.5); conduct research regarding (1.0); conduct research regarding (1.5); |
| 03/05/07 | M. Garrison | 1.00 | Review correspondence from counsel for Macerich regarding documents in support of summary judgment motion (.50); draft correspondence to counsel for Macerich regarding same (.30); internal conferences regarding same (.20); |
| 03/05/07 | J. Gitterman | 7.90 | Review Macerich and prepare response to summary judgment motion (5.8); review and reply to emails regarding document production and (2.1); |
| 03/05/07 | A. Ellias | 0.60 | Review, obtain and distribute. |
| 03/06/07 | D. Biderman | 0.40 | Draft memorandum regarding motion for summary judgment (.20); telephone conference regarding same (.20); |
| 03/06/07 | S. Perez | 1.50 | Conduct supplemental research claims (1.0); assist with case research projects (.5); |
| 03/06/07 | M. Garrison | 3.20 | Exchange correspondence with counsel for Macerich regarding documents in support of summary judgment motion (.50); conferences regarding same (.50); telephone conference with counsel for Macerich regarding same (.20); telephone conference with San Francisco office regarding same (.50); conference regarding motion for summary judgment (1.0); review prior research regarding (.50); |
| 03/06/07 | J. Gitterman | 8.10 | Prepare response to Macerich summary judgment motion (2.0); review and reply to emails regarding same and regarding document production (2.0); emails to and from and telephone conference with (3.0); review (1.0); |
| 03/07/07 | D. Biderman | 1.10 | Conferences regarding opposition to summary judgment motion (.5); review (.6); |
| 03/07/07 | L. Ahlstrom-Guerrero | 1.40 | Arrange for pick up and delivery of documents from Pillsbury for review by attorneys (1.0); attend to telephone calls and emails regarding same (.40); |
| 03/07/07 | S. Perez | 3.00 | Conduct research regarding of (2.0); conferences regarding projects (.5); coordinate supplemental research for attorneys (.5); |
| 03/07/07 | B. Soffer | 1.60 | Conferences with D. Biderman and S. Perez (1.0); review documents regarding (.60); |
| 03/07/07 | M. Garrison | 1.00 | Review correspondence from counsel for Macerich regarding documents in support of summary judgment motion (.40); internal conferences regarding opposition to motion for summary judgment and evidence in support of same (.20); exchange correspondence regarding same (.20); telephone conference with San Francisco office regarding same (.20); |
| 03/07/07 | J. Gitterman | 7.30 | Prepare response to Macerich summary judgment motion (5.0); review (2.3); |
| 03/08/07 | M. Garrison | 1.20 | Internal conferences regarding opposition to motion for summary |

Page 2

41145-0012                                 October 18, 2007                          Invoice 3584473

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|--------------------------|
|  |  |  | judgment and evidence in support of same (.50); exchange correspondence regarding same (.50); telephone conference with San Francisco office regarding same (.20); |
| 03/08/07 | J. Gitterman | 4.90 | Prepare response to Macerich summary judgment motion; |
| 03/09/07 | D. Biderman | 0.60 | Conferences regarding opposition to motion for summary judgment .(30); draft memorandum regarding same (.30); |
| 03/09/07 | S. Perez | 5.00 | Assemble materials for review regarding (2.0): review and index          materials regarding          (3.0); |
| 03/09/07 | B. Soffer | 1.90 | Analyze          documents (.90); draft summary of same (.10); |
| 03/09/07 | J. Gitterman | 4.60 | Prepare response to Macerich summary judgment motion (1.2); emails to and from D. Cameron regarding (1.0); conference with S. Perez regarding document review (1.4); legal research          (1.0); |
| 03/10/07 | S. Perez | 4.50 | Review          materials regarding.          (4.5); |
| 03/10/07 | A. Ellias | 0.40 | Telephone calls with D. Biderman and M. Garrison regarding upcoming brief; |
| 03/11/07 | J. Gitterman | 3.90 | Review claimant expert reports (1.0); research          (1.9); prepare response to Macerich summary judgment motion(1.0); |
| 03/11/07 | A. Ellias | 5.00 | Prepare and distribute various documents regarding:          (1.5); telephone calls and correspondence with R. Aten regarding same (2.0); confer with S. Perez and M. Garrison regarding status of same (1.5); |
| 03/12/07 | D. Biderman | 3.30 | Review objection to Macerich motion (.5); draft memorandum regarding          .5); review discovery responses (.3); review :          documents (1.2); draft memorandum regarding          issues (.8); |
| 03/12/07 | M. Garrison | 3.10 | Review correspondence regarding discovery (.30); exchange correspondence with counsel for Macerich regarding Macerich documents in support of summary judgment motion (.20); review draft discovery responses (.4); review          (.6); review debtors' summary judgment motion regarding California claims (.10); exchange correspondence with Reed Smith regarding          (.10); review and edit draft opposition to Macerich summary judgment motion (.20); internal conference regarding same (.40); |
| 03/12/07 | J. Gitterman | 8.20 | Review memorandum regarding          (3.0); legal research          (3.0); review expert reports [.20]; prepare response to Macerich motion (2.0); |
| 03/13/07 | D. Biderman | 2.80 | Draft memoranda regarding          .review correspondence regarding same (.5); review deposition designations and witness designations; review correspondence regarding same; conference regarding same (.8); review opposition to Macerich's motion for summary judgment (1.5); |
| 03/13/07 | S. Perez | 3.50 | Conduct supplemental research regarding          of Building (1.5); conduct research regarding          review declarations          (1.0); |
| 03/13/07 | M. Garrison | 3.90 | Review draft final witness disclosure (.20); exchange correspondence regarding same (.20); internal conferences regarding same (.30); review prior witness disclosures by claimants and debtors (.20); review related materials (.50); exchange correspondence regarding opposition to summary judgment motion (.60); telephone conference with Kirkland & Ellis regarding          (.50); draft correspondence to counsel for Macerich regarding Macerich documents in support of summary judgment motion (.50); |
| 03/13/07 | J. Gitterman | 7.20 | Voice mail message from L. Flatley regarding telephone conference R. Atten regarding same (1.0); emails regarding title          documents and review same (1.1); emails and conference regarding witness designations (1.4); review and revise |

41145-0012                                October 18, 2007                          Invoice 3584473

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|-------------------------|
| | | | witness designations (2.0); revise response to Macerich motion (1.7); |
| 03/14/07 | D. Biderman | 0.60 | Review motion for summary judgment; draft memorandum regarding same (.6): |
| 03/14/07 | S. Perez | 5.50 | Review                                    (3.1); assist attorney with        research projects (2.4); |
| 03/14/07 | M. Garrison | 0.70 | Review draft opposition to Macerich summary judgment motion (.30); exchange correspondence regarding same (.10); review correspondence from.                   (.30); |
| 03/14/07 | J. Gitterman | 7.10 | Review comments from co-counsel and revise response to Macerich summary judgment motion; |
| 03/14/07 | A. Ellias | 2.60 | Cite check brief (2.1); confer with attorney regarding same (.50); |
| 03/15/07 | D. Biderman | 2.50 | Telephone conference regarding statute of limitations hearing and evidence (.6); conferences regarding database research and database issues (.5); conferences regarding claim on (.5); review                                    and conference regarding same (.9); |
| 03/15/07 | S. Perez | 1.00 | Assist attorney with                        projects; |
| 03/15/07 | J. Gitterman | 4.50 | Review comments from co-counsel and prepare further revisions to brief in response to Macerich summary judgment motion (1.0); review (2.5); telephone conference (1.0); |
| 03/15/07 | A. Ellias | 0.60 | Correspondence with S. Ament of Thelen regarding database review (.30); confer with attorney regarding same (.30); |
| 03/16/07 | D. Biderman | 0.80 | Review Macerich response to Macerich motion for summary judgment (.40); memorandum regarding same (.40); |
| 03/16/07 | S. Perez | 5.50 | Conferences with B. Soffer regarding (1.0); review case materials and generate database reports (1.0); conduct supplemental research regarding (1.0); assist attorneys with research projects (2.5); |
| 03/16/07 | B. Soffer | 5.30 | Review and analyze boxes of documents regarding |
| 03/16/07 | J. Gitterman | 3.60 | Review comments from                      regarding brief in response to Macerich summary judgment motion (1.0); review and revise brief (1.0) telephone conference with R. Aten regarding (.6); review documents produced by Macerich (1.0); |
| 03/16/07 | A. Ellias | 0.40 | Obtain, prepare and fax brief and supporting documents to L. Flatley upon request (.30); update conference room reservations for R. Aten (.10); |
| 03/17/07 | D. Biderman | 2.30 | Telephone conference regarding designation of exhibits (.50); draft memorandum regarding same (.40); conferences regarding same (.40); telephone conference regarding preparation of exhibit lists (1.0); |
| 03/17/07 | M. Garrison | 1.70 | Review materials and correspondence regarding exhibit list and witness designations (.50); draft correspondence regarding same (.40); internal conferences regarding same (.40); telephone conferences regarding preparation of exhibit lists (.40); |
| 03/17/07 | J. Gitterman | 0.80 | Review emails from co-counsel and conference regarding. (.40); review correspondence from DGS counsel (.40); |
| 03/18/07 | D. Biderman | 0.20 | Conferences regarding additional exhibits for exhibit lists (.10); review exhibit lists and underlying documentation (.10); |
| 03/18/07 | S. Perez | 5.50 | Review Macerich documents and update list (1.0); telephone conferences with attorneys regarding pending projects (1.3); coordinate bates numbering, scanning and processing Macerich materials (2.1); assist attorneys with research projects (1.1); |
| 03/18/07 | B. Soffer | 1.10 | Review and analyze damages documents; |
| 03/18/07 | M. Garrison | 4.70 | Supervise preparation of exhibit list (1.5); telephone conference with Reed Smith regarding same (1.5) internal conferences and exchange correspondence regarding same (1.7); |
| 03/18/07 | J. Gitterman | 0.90 | Review and reply to emails regarding exhibit list (.50); review |

Page 4

41145-0012                                    October 18, 2007                          Invoice 3584473

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|------------------------|
| | | | memoranda regarding, {.40}; |
| 03/19/07 | S. Perez | 5.50 | Review and prepare exhibits for attorney (4.0); review scanned documents and process for outside counsel (1.5); |
| 03/19/07 | B. Soffer | 2.50 | Analyze additional documents· |
| 03/19/07 | M. Garrison | 9.40 | Supervise preparation of exhibit list (2.0); draft, review, and revise portion of same (4.0); telephone conference with Reed, Smith regarding same (2.0); internal conferences regarding same (1.4); |
| 03/19/07 | J. Gitterman | 7.90 | Conferences with and emails to and from M. Garrison and E. Elias regarding exhibit list (2.1); review comments regarding opposition to Macerich motion and revise opposition (2.0); telephone conference with R. Aten regarding exhibit list, reply brief (3.0); review CSU and DGS oppositions to Grace summary judgment motion on statute of limitations (.80); |
| 03/19/07 | A. Elias | 3.70 | Continue document review and preparation for exhibit list; |
| 03/20/07 | A. Shields | 0.80 | Find and print 13 case cites (.40); update electronic file (.30); report to J. Gitterman (.10); |
| 03/20/07 | D. Biderman | 0.30 | Correspondence regarding expert disclosure; |
| 03/20/07 | D. Biderman | 0.50 | Review expert disclosure documents; · |
| 03/20/07 | B. Soffer | 2.80 | Start drafting memorandum regarding, ;2.0); draft {.80}; |
| 03/20/07 | M. Garrison | 5.70 | Telephone conferences with Reed Smith regarding exhibit list and revisions to same (1.0); exchange correspondence regarding same (1.1); review draft exhibit list (.60); internal conferences regarding same (2.0); review claimants' oppositions to motions for summary judgment (.50); internal conferences regarding replies to same (.50); |
| 03/20/07 | J. Gitterman | 7.60 | Review correspondence regarding exhibit list and reply briefs, review draft exhibit list (2.1); review authorities cited in CSU's and DGS's responses to motion for summary judgment (2.0); outline reply brief (3.4); |
| 03/21/07 | D. Biderman | 1.80 | Correspondence and telephone conference regarding Pacific Freeholds {.60}; review __ Freeholds (.60); prepare memorandum regarding (.60); |
| 03/21/07 | D. Biderman | 2.10 | Conferences regarding motion for summary judgment (.70); draft portion of motion for summary judgment regarding, (.70); correspondence and telephone conference regarding same (.70); |
| 03/21/07 | B. Soffer | 9.20 | Review and revise, {3.0); draft and finalize memorandum regarding (3.1); analyze exhibits for memorandum (3.1); |
| 03/21/07 | M. Garrison | 7.00 | Telephone conference regarding reply in support of summary judgment motion (2.0); internal conferences regarding same (1.0) review cases cited by claimants (2.0); draft portions of reply brief (2.0); |
| 03/21/07 | J. Gitterman | 7.60 | Conference call with co-counsel and client regarding; {2.1); legal research, ;(2.0); conference with M. Garrison regarding additional research issues for reply (1.5); prepare reply to DGS and CSU oppositions (2.0); |
| 03/22/07 | A. Shields | 2.00 | Review and edit reply brief (.50); cite-check all citations (1.0); report to J. Gitterman (.50); |
| 03/22/07 | M. Garrison | 5.20 | Review and revise draft reply brief (2.0); internal conferences and exchange correspondence regarding same (1.2); draft portions of reply brief (2.0); |
| 03/22/07 | J. Gitterman | 7.90 | Review and revise reply brief for statute of limitations summary judgment motion (4.0); conference with L. Flatley, emails to and from co-counsel regarding, (3.9); |
| 03/23/07 | D. Biderman | 1.20 | Review opposition to motion for summary judgment (.60); draft memorandum regarding same (.60); |
| 03/23/07 | M. Garrison | 1.50 | Review materials regarding reply brief (.50); review draft brief (.50); internal conference regarding same (.50); |
| 03/23/07 | J. Gitterman | 5.30 | Review comments to reply brief, legal research .(5.0); review and revise |

41145-0012              October 18, 2007               Invoice  3584473

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
|  |  |  | brief (.30); |
| 03/24/07 | D. Biderman | 1.30 | Memorandum and telephone conference regarding (1.1); review (.20); |
| 03/24/07 | S. Perez | 2.50 | Conduct research regarding, and. materials for DTB; |
| 03/25/07 | D. Biderman | 1.10 | Review of outline of examination (.90); memorandum regarding same (.20); |
| 03/27/07 | M. Garrison | 0.30 | Review and file pleadings and correspondence; |
| 03/27/07 | J. Gitterman | 1.10 | Review prior legal and factual memoranda, chronologies and prepare memorandum evaluating (1.0); conference with D. Biderman regarding same (.10); |
| 03/28/07 | M. Garrison | 0.20 | Exchange correspondence regarding status; |
| 03/29/07 | S. Perez | 0.50 | Conference and conduct research regarding |
| 03/30/07 | M. Garrison | 0.30 | Review court orders regarding fees (.20); exchange correspondence regarding same (.10); |

Total For Services      $105,285.50

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 332.20 |
| Long distance telephone charges | 23.96 |
| Computer research | 1,170.43 |
| Special postage | 6.05 |
| Airfare - | |
|      D. Biderman, NYC, tkt#7799153775, 11/27 | -3,286.70 |
|      D. biderman, Charleston, 11/30 | -33.89 |
| Other - | |
|      Copies; create oringinal DVD | 2,325.59 |
|      File Keepers, 3/2007 | 73.68 |

Disbursement and Other Charges Total      $611.32

Total This Invoice      $105,896.82

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| D. Biderman | 26.60 | 530.00 | 14,098.00 |
| B. Soffer | 24.40 | 410.00 | 10,004.00 |
| J. Gitterman | 117.80 | 380.00 | 44,764.00 |
| M. Garrison | 53.10 | 375.00 | 19,912.50 |
| A. Shields | 2.80 | 180.00 | 504.00 |
| L. Ahlstrom-Guerrero | 1.40 | 190.00 | 266.00 |
| S. Perez | 55.00 | 225.00 | 12,375.00 |
| A. Ellias | 16.40 | 205.00 | 3,362.00 |
| Total | 297.50 | 353.90 | $105,285.50 |

DTB

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 17, 2007*

If payment is made by wire remittance, please direct to:

Page 6

41145-0012                          October 18, 2007                          Invoice 3584473

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  41145, Invoice  3584473

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**