**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: December 10, 2007** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

**FEE DETAIL FOR OGILVY RENAULT LLP'S TENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**
**FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

November 7, 2007
INVOICE: 756248

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending October 31, 2007

| | |
|---|---|
| FEES | $86,601.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 461.01 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $87,062.51 |

Canadian Funds



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**Including invoice number on transfer order.**

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

Payable upon receipt



W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

BILLING SUMMARY

| | | Hours | Amount |
|---|---|---|---|
| K. Smirle | | 27.6 | $5,106.00 |
| P. Adams | | 0.9 | $144.00 |
| K. Whibley | | 12.3 | $2,644.50 |
| J. Caplan | | 29 | $7,105.00 |
| J. Stam | | 27.4 | $12,741.00 |
| K. Galpern | | 25 | $15,000.00 |
| O. Pasparakis | | 9.3 | $5,208.00 |
| D.C. Tay | | 44 | $38,500.00 |
| T. Walsh | | 0.3 | $153.00 |
| | Total | 175.80 | $86,601.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/07 | Derrick C. Tay | Final review of draft Affidavit before delivery to Kirkland & Ellis and client (1.0); considering impact on legal argument (1.5); dealing with representative counsel and federal government lawyer (1.5). | 4.00 | $3,500.00 |
| 1/10/07 | Orestes Pasparakis | Finalizing court materials. | 0.50 | $280.00 |
| 1/10/07 | Jennifer Stam | Discussions to revise the Finke Affidavit (1.5); discussions regarding factum (0.5). | 2.00 | $930.00 |
| 1/10/07 | Jessica Caplan | Reviewing the Finke Affidavit (0.7); meeting with O. Pasparakis and J. Stam to discuss the Finke Affidavit (0.3); revisions and further review of the Finke Affidavit (1.0). | 2.00 | $490.00 |
| 1/10/07 | Kathrine Smirle | Discussions with J. Stam regarding bankruptcy proceedings in Canada and the United States (0.5); meeting with O. Pasparakis, J. Caplan and J. Stam discussing revisions to Finke Affidavit (0.2); discussion with J. Stam regarding research (0.1). | 0.80 | $148.00 |
| 2/10/07 | Derrick C. Tay | Working on legal arguments and structure of factum (2.5); working on strategy for dealing with representative counsel and federal government (1.5). | 4.00 | $3,500.00 |



W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/10/07 | Orestes Pasparakis | Follow-up on materials and next steps (0.3); preparing for meeting (0.7). | 1.00 | $560.00 |
| 3/10/07 | Orestes Pasparakis | Preparing for and attending meeting with representative counsel (1.5); follow-up on strategy and factum (0.5). | 2.00 | $1,120.00 |
| 3/10/07 | Jennifer Stam | Working on the factum. | 3.50 | $1,627.50 |
| 3/10/07 | Derrick C. Tay | Preparing for and meeting with representative counsel regarding settlement of Canadian ZAI claims (3.5); dealing with federal government (1.0); considering impact of proposed settlement on Sealed Air Canada and indemnity given by Grace Canada (1.5). | 6.00 | $5,250.00 |
| 3/10/07 | Kathrine Smirle | Researching case law. | 6.20 | $1,147.00 |
| 4/10/07 | Jennifer Stam | Research for and working on the factum. | 3.70 | $1,720.50 |
| 4/10/07 | Jessica Caplan | Reviewing precedent facta (1.0); reviewing the Finke Affidavit (0.5). | 1.50 | $367.50 |
| 4/10/07 | Derrick C. Tay | Reviewing and directing research done to date for motion (2.5); communications regarding Sealed Air Canada (0.5); dealing with representative counsel and federal government (1.5). | 4.50 | $3,937.50 |
| 4/10/07 | Kathrine Smirle | Researching case law (4.6); drafting summary regarding lifting stay of proceedings, recognizing foreign judgments and attorning to judicial jurisdiction (1.5); reporting to J. Stam (0.3). | 6.40 | $1,184.00 |
| 5/10/07 | Derrick C. Tay | Reviewing and revising draft factum and supervising research (3.0); reviewing revisions to draft Affidavit from R. Finke (0.5). | 3.50 | $3,062.50 |
| 5/10/07 | Kathrine Smirle | Preparing case summaries. | 1.70 | $314.50 |
| 5/10/07 | Jennifer Stam | Research for and working on the factum. | 2.50 | $1,162.50 |
| 9/10/07 | Orestes Pasparakis | Reviewing and considering changes to court materials (0.5); telephone discussions with counsel for the crown outlining the position of Grace with respect to the settlement of all ZAI issues (0.5). | 1.00 | $560.00 |



W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/10/07 | Derrick C. Tay | Reviewing changes to Affidavit suggested by Kirkland & Ellis and dealing with same (0.5); dealing with representative counsel and federal crown's counsel (1.5). | 2.00 | $1,750.00 |
| 9/10/07 | Jessica Caplan | Drafting the facts section for the factum being filed in support of the motion returnable November 22, 2007 (1.5); reviewing changes to the Finke Affidavit (1.0). | 2.50 | $612.50 |
| 9/10/07 | Kathrine Smirle | Preparing case summaries preparatory to drafting submissions for motion to lift stay of proceedings. | 1.90 | $351.50 |
| 10/10/07 | Derrick C. Tay | Continued work on legal factum for motion (2.5); reviewing material served by Delaware counsel (1.0). | 3.50 | $3,062.50 |
| 10/10/07 | Jennifer Stam | Correspondence regarding the November motion (0.3); considering issues regarding the Finke Affidavit. (0.5). | 0.80 | $372.00 |
| 10/10/07 | Jessica Caplan | Revising the Finke Affidavit (3.0); drafting factum (0.5). | 3.50 | $857.50 |
| 10/10/07 | Karen Galpern | Reviewing materials for preparation of factum. | 2.00 | $1,200.00 |
| 10/10/07 | Kathrine Smirle | Preparing case summaries preparatory to drafting submissions for motion to lift stay of proceedings. | 3.50 | $647.50 |
| 11/10/07 | Orestes Pasparakis | Reviewing comments on Affidavit and providing missing information (1.0); providing directions regarding factum (0.5). | 1.50 | $840.00 |
| 11/10/07 | Jessica Caplan | Reviewing and revising the Finke Affidavit (1.0); drafting factum (4.0). | 5.00 | $1,225.00 |
| 11/10/07 | Karen Galpern | Considering issues and relevant case law regarding motion to lift stay of proceedings. | 5.00 | $3,000.00 |
| 12/10/07 | Penny Adams | Providing source information for the Finke Affidavit (0.5); correspondence and discussion with J. Caplan regarding same (0.4). | 0.90 | $144.00 |
| 12/10/07 | Orestes Pasparakis | Reviewing revisions to Affidavit. | 0.80 | $448.00 |
| 12/10/07 | Jessica Caplan | Assisting with revisions and sources for the Finke Affidavit (4.5); drafting and reviewing the facts section of the factum (1.5). | 6.00 | $1,470.00 |

INVOICE: 756248



W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/07 | Karen Galpern | Preparing factum for motion to lift stay. | 4.00 | $2,400.00 |
| 15/10/07 | Karen Galpern | Preparing factum regarding motion to lift stay. | 3.50 | $2,100.00 |
| 15/10/07 | Jennifer Stam | Reviewing and revising the Finke Affidavit. | 3.70 | $1,720.50 |
| 15/10/07 | Jennifer Stam | Correspondence regarding the representative counsel motion and responding materials. | 0.50 | $232.50 |
| 15/10/07 | Karen Galpern | Discussion with J. Stam regarding factum. | 0.50 | $300.00 |
| 15/10/07 | Derrick C. Tay | Reviewing revised Affidavit and dealing with same. | 1.00 | $875.00 |
| 16/10/07 | Jennifer Stam | Considering issues regarding the factum. | 0.50 | $232.50 |
| 16/10/07 | Jennifer Stam | Attending at the Commercial List for a scheduling appointment. | 1.00 | $465.00 |
| 16/10/07 | Karen Galpern | Preparing factum for motion to lift stay. | 6.00 | $3,600.00 |
| 16/10/07 | Derrick C. Tay | Reviewing and considering comments from R. Finke and J. Baer. | 1.00 | $875.00 |
| 17/10/07 | Teresa Walsh | Conference with J. Stam regarding motion materials in response to representative party's motion to lift stay in Canada. | 0.30 | $153.00 |
| 17/10/07 | Jennifer Stam | Reviewing comments on the Finke Affidavit from R. Finke and J. Baer. | 0.50 | $232.50 |
| 17/10/07 | Karen Galpern | Considering issues and relevant case law regarding attornment to jurisdiction and recognition of foreign judgments. | 1.00 | $600.00 |
| 17/10/07 | Karen Galpern | Preparing factum regarding lifting of stay of proceedings. | 3.00 | $1,800.00 |
| 17/10/07 | Karen Whibley | Coding documents for relevance. | 5.50 | $1,182.50 |
| 17/10/07 | Derrick C. Tay | Internal discussions regarding changes to Affidavit and timing of filing. | 1.00 | $875.00 |
| 18/10/07 | Jessica Caplan | Reviewing the ZAI opinion (0.5); reviewing transcript excerpts being attached as exhibits to the Finke Affidavit (0.5). | 1.00 | $245.00 |




W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 18/10/07 | Derrick C. Tay | Dealings with representative counsel and Crown regarding potential settlement (1.5); reviewing report from Crown regarding zonolite treatment and considering impact on settlement discussions (1.5); ongoing discussions regarding Affidavit (0.5). | 3.50 | $3,062.50 |
| 18/10/07 | Karen Whibley | Quality checking and coding documents. | 6.30 | $1,354.50 |
| 18/10/07 | Jennifer Stam | Correspondence with J. Baer and R. Finke regarding status of the Finke Affidavit. | 0.30 | $139.50 |
| 19/10/07 | Jennifer Stam | Research regarding factum. | 0.50 | $232.50 |
| 23/10/07 | Derrick C. Tay | Ongoing review of Affidavit with Kirkland & Ellis (1.0); communications with representative counsel and crown attorneys (1.0). | 2.00 | $1,750.00 |
| 23/10/07 | Karen Whibley | Telephone conference with B. Burnett of Platinum Legal Group (0.3); reporting email to T. Walsh (0.2). | 0.50 | $107.50 |
| 23/10/07 | Orestes Pasparakis | Discussions on facta and legal argument structure. | 1.00 | $560.00 |
| 23/10/07 | Kathrine Smirle | Reviewing judicial treatment of specific cases (1.0); reporting thereon to J. Stam (0.1). | 1.10 | $203.50 |
| 23/10/07 | Jennifer Stam | Reviewing and revising the Finke Affidavit (0.5); working on factum (1.5). | 2.00 | $930.00 |
| 24/10/07 | Orestes Pasparakis | Follow-up with opposing counsel and reporting to client (0.5); reviewing argument in factum (0.5). | 1.00 | $560.00 |
| 24/10/07 | Kathrine Smirle | Reviewing Finke Affidavit (1.1); preparing exhibit list (1.7). | 2.80 | $518.00 |
| 24/10/07 | Derrick C. Tay | Ongoing dialogue with representative counsel and crown attorneys (1.0); reviewing and considering material served by Delaware counsel (1.5). | 2.50 | $2,187.50 |
| 25/10/07 | Derrick C. Tay | Following up on research for factum and reviewing same (2.5); reviewing more material received from Delaware counsel (1.5). | 4.00 | $3,500.00 |
| 25/10/07 | Kathrine Smirle | Further review of Finke Affidavit and list of exhibits (0.4); providing same to J. Stam (0.1). | 0.50 | $92.50 |



W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 26/10/07 | Jennifer Stam | Working on factum (2.5); correspondence regarding the October 25, 2007 hearing to obtain update regarding same (0.2). | 2.70 | $1,255.50 |
| 26/10/07 | Derrick C. Tay | Discussion, and finalization, of Affidavit and supporting schedules. | 1.50 | $1,312.50 |
| 26/10/07 | Jessica Caplan | Meeting with J. Stam regarding responding motion record (0.3); preparing responding motion record (1.0); drafting motion materials requesting extension of stay of proceedings returnable November 22, 2007 (1.7). | 3.00 | $735.00 |
| 29/10/07 | Kathrine Smirle | Discussing Chapter 15 filings and research with J. Stam (0.1); reviewing current U.S. Chapter 15 filings where Canada is listed as the "foreign proceedings" (0.3). | 0.40 | $74.00 |
| 29/10/07 | Jennifer Stam | Working on factum (2.5); finalizing the Finke Affidavit (0.5). | 3.00 | $1,395.00 |
| 29/10/07 | Jessica Caplan | Preparation of responding motion record (2.0); meeting with J. Stam regarding responding motion record (0.5). | 2.50 | $612.50 |
| 30/10/07 | Jessica Caplan | Revisions to the facts section of the factum. | 2.00 | $490.00 |
| 30/10/07 | Kathrine Smirle | Continuing review of current U.S. Chapter 15 filings. | 1.10 | $203.50 |
| 30/10/07 | Jennifer Stam | Conversations with R. Finke and others regarding the Finke Affidavit. | 0.20 | $93.00 |
| 31/10/07 | Orestes Pasparakis | Service of Affidavit (0.2); discussions with Plaintiff's counsel regarding motion (0.3). | 0.50 | $280.00 |
| 31/10/07 | Kathrine Smirle | Preparing list of Chapter 15 filings where Canadian proceedings are the "foreign proceedings". | 1.20 | $222.00 |
| | | **TOTAL FEES** | | **$86,601.50** |

INVOICE: 756248



W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 97.50 |
| External DB Search/Quicklaw | 120.71 |
| Lexis / Nexis | 17.53 |
| Process server fee | 40.00 |
| Meals with clients | 53.95 |
| Filing notice of motion | 127.00 |
| Provincial Sales Tax | 4.32 |
| | $461.01 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 7/9/07 | Jennifer Stam | Photocopies | 0.20 |
| 24/9/07 | Jessica Caplan | Process server fee - OMEGA PROCESS SERVERS | 40.00 |
| 3/10/07 | Derrick C. Tay | Meals with clients - ACQUA CATERING | 53.95 |
| 3/10/07 | Derrick C. Tay | Provincial Sales Tax - ACQUA CATERING | 4.32 |
| 3/10/07 | Kathrine Smirle | External DB Search/Quicklaw | 42.59 |
| 5/10/07 | Jessica Caplan | Copies | 0.40 |
| 11/10/07 | Karen Galpern | External DB Search/Quicklaw | 35.20 |
| 12/10/07 | Karen Galpern | Copies | 1.30 |
| 12/10/07 | Jessica Caplan | Copies | 7.30 |
| 14/10/07 | Karen Galpern | External DB Search/Quicklaw | 1.44 |
| 16/10/07 | Karen Galpern | Lexis / Nexis | 17.53 |
| 17/10/07 | Karen Galpern | External DB Search/Quicklaw | 22.94 |
| 17/10/07 | Jennifer Stam | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 23/10/07 | Kathrine Smirle | External DB Search/Quicklaw | 16.94 |
| 23/10/07 | Jennifer Stam | External DB Search/Quicklaw | 1.60 |
| 29/10/07 | Jennifer Stam | Copies | 58.40 |
| 29/10/07 | Jessica Caplan | Copies | 0.20 |
| 29/10/07 | Jessica Caplan | Copies | 0.30 |
| 31/10/07 | Jennifer Stam | Copies | 29.40 |
| | | TOTAL | $461.01 |

INVOICE: 756248




Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

November 7, 2007
INVOICE: 756249

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending October 31, 2007

| | |
|---|---|
| FEES | $502.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 27.02 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $529.02 |




Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com




W.R. GRACE & CO. 01016442-0008

**RE: Fee Applications, Applicant**

BILLING SUMMARY

| | | Hours | Amount |
|---|---|---|---|
| T. Walsh | | 0.2 | $102.00 |
| P. Adams | | 2.5 | $400.00 |
| | Total | 2.70 | $502.00 |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/07 | Teresa Walsh | Review of information provided by client regarding most recent fee application. | 0.20 | $102.00 |
| 12/10/07 | Penny Adams | Reviewing September invoices (0.4); correspondence regarding same (0.1). | 0.50 | $80.00 |
| 18/10/07 | Penny Adams | Drafting Ninth Monthly Fee Application. | 1.00 | $160.00 |
| 25/10/07 | Penny Adams | Reviewing and revising Ninth Monthly Fee Application (0.5); drafting Third Quarterly Fee Application (0.5). | 1.00 | $160.00 |
| | | **TOTAL FEES** | | **$502.00** |

DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Courier service | 27.02 |
| | $27.02 |

DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 24/9/07 | Derrick C. Tay | Courier service FedEx shipment #689588755682 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 24-09-2007, GST: 0.00, QST: 0.00 | 27.02 |
| | | TOTAL | $27.02 |

INVOICE: 756249