## CERTIFICATE OF SERVICE

I, Lisa L. Coggins, Esquire, hereby certify that on this 26th day of November, 2007, I caused one copy of the foregoing *Certification of No Objection Regarding Docket No. 17269* to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

      /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)

SERVICE LIST

| **By Hand Delivery:** | **By First Class Mail:** |
|---|---|
| David M. Klauder, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801 | Warren H. Smith<br>Warren H. Smith and Associates, P.C.<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201 |
| Laura Davis Jones, Esquire<br>James O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 Market Street, 17th Floor<br>Wilmington, DE 19801 | Janet S. Baer, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Marla Rosoff Eskin, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 |
| Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 | J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Teresa K.D. Currier, Esquire<br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 |
| William J.A. Sparks, Esq.<br>W.R. Grace & Co.<br>919 North Market Street<br>Suite 425<br>Wilmington, DE 19801 | Philip Bently, Esquire<br>Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| | John C. Phillips, Jr., Esquire<br>Phillips Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |