IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 13415 + 17388 |
| | | 11/26/07 Agenda Item No. 2 |

**CONSENT ORDER WITHDRAWING WITHOUT PREJUDICE OBJECTION TO CLAIM NO. 13934 FILED BY HAMPSHIRE CHEMICAL CORP.**

Upon consideration of the Debtors' request for entry of an Order permitting them to withdraw their objection to Claim No. 13943 filed by Hampshire Chemical Corp. (the "Claim"), the Court hereby FINDS AS FOLLOWS:

1. On October 16, 2006, the Debtors filed their Eighteenth Omnibus Objection to Claims (the "18th Omnibus Objection") in which the Debtors sought to disallow and expunge Claim No. 13934 filed by Hampshire Chemical Corp. (the "Claimant") among other claims.

2. The Debtors do not wish pursue the objection at this time and the Claimant has consented to the withdrawal of the Objection in accordance with the terms of this Order.

3. As a result, the Debtors hereby seek to withdraw the objection to the Claim as set forth in the 18th Omnibus Objection. This withdrawal, however, is without prejudice and the Debtors reserve their right to object to the Claim on any grounds in the future upon proper notice to the Claimant and consistent with applicable law.

WHEREFORE, IT HEREBY ORDERED:

(i) The Debtors' objection to the Claim as set forth in the 18th Omnibus Objection is withdrawn.

DOCS_DE:132896.1

      (ii)     This withdrawal is without prejudice and the Debtors reserve their right to object to the Claim on any grounds in the future upon proper notice and consistent with applicable law.

      (iii)    The Claimant reserves all of its rights with respect to the Claim including the right to contest further objections to the Claim by or on behalf of the Debtors.

November 26, 2007

*Judith K. Fitzgerald*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge