IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Related to Docket Nos. 16922, 16923, 17026 and 17027 +*17354* |
| | ) Hearing Date: November 26, 2007 @ 2:00 p.m. |
| | ) |

**UNREDACTED VERSIONS OF REBUTTAL EXPERT REPORTS OF
STEPHEN M. SNYDER AND MARK PETERSON IN CONNECTION
WITH THE ASBESTOS PERSONAL INJURY ESTIMATION HEARING**

# DOCUMENTS TO BE KEPT UNDER SEAL

CAMPBELL & LEVINE, LLC

s/ Mark T. Hurford
Marl R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Telephone (302) 426-1900

-and-

Elihu Inselbuch
CAPLIN & DRYSDALE,
CHARTERED
375 Park Avenue
New York, NY 10151
Telephone (212) 319-7125

Nathan D. Finch
James P. Wehner
CAPLIN & DRYSDALE,
CHARTERED
One Thomas Circle, N.W.
Washington, D.C. 20005

Dated: October 9, 2007

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

{D0092890.2 }