**EXHIBIT A**

**Reporting Persons**

| Name | Taxpayer ID Number |
|------|--------------------|
| Citadel Limited Partnership | 36-4111741 |
| Citadel Investment Group, L.L.C. | 36-4108019 |
| Kenneth Griffin | [REDACTED] |
| Citadel Wellington LLC | 36-3735605 |
| Citadel Kensington Global Strategies Fund Ltd. | n/a |
| Citadel Equity Fund Ltd. | 98-0339176 |
| Citadel Credit Trading Ltd. | n/a |
| Citadel Credit Products Ltd. | n/a |

Notice address for all Reporting Persons:

131 South Dearborn St., Suite 3200
Chicago, IL 60603
Telephone:  (312) 395-2100
Facsimile:  (312) 267-7100
Attn:  Legal Department