# CERTIFICATE OF SERVICE

I, Kristina Bunker, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities was caused to be made on November 26, 2007, in the manner indicated upon the entity listed below.

VIA FACSIMILE and U.S. MAIL:

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
Facsimile:  (312) 861-2200

November 26, 2007

*Kristina Bunker* (signature)

Kristina Bunker
(Non-Attorney)
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

#500955. 4311.052