IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re Docket Nos. 13406, 15272 & 17074 & 17385 |
| | ) | RE Agenda No: 10 |
| | | 11/26/07 |

ORDER GRANTING CLAIMANT STATE OF CALIFORNIA,
DEPARTMENT OF GENERAL SERVICES' MOTION FOR LEAVE
TO FILE THE EXPERT REPORT OF DR. TIM VANDER WOOD

AND NOW, this 26th day of November, 2007, upon consideration of Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. Tim Vander Wood, it is hereby

ORDERED AND ADJUDGED that the motion is granted;

ORDERED AND ADJUDGED that Claimant is granted leave to file the Expert Report of Dr. Tim Vander Wood attached as Exhibit A to Claimant's motion; and

ORDERED AND ADJUDGED that the time by which Debtors must submit any rebuttal reports will be determined by the Court at later date.

BY THE COURT:

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge