IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | |
| ) | Case No. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors ) | Related Docket No: 17103, 17104, 17108 - 17319 |
| ) | |

### ORDER ON DEBTORS' MOTION FOR RELIEF FROM OCTOBER 31st DISCOVERY CUT-OFF DATE FOR DEPOSING CERTAIN LAWYERS NAMED AS FACT WITNESSES

Upon consideration of *Debtors' Expedited Motion for Relief from the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses* (the "Motion")[1] and all oppositions and responses thereto;

IT IS HEREBY ORDERED THAT:

(i) The Motion is DENIED WITHOUT PREJUDICE, assuming that the following witnesses will make themselves available for deposition after October 31, 2007: John Cooney, Peter Kraus, Ted Goldberg, Robert Horkovich, Stephen Snyder, and any other attorney listed on the ACC's fact witness list; and it is further ordered that

(ii) If the any of above-listed witnesses will not voluntarily make himself available for deposition after October 31, 2007, Debtors may move for

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

reconsideration of the denial of this Motion. In so moving, Debtors shall file an affidavit stating that such witness will not voluntarily make himself available for deposition; and it is further ordered that

(iii) To the extent the ACC and/or FCR intend to call Stephen Snyder as a fact witness at the Estimation Hearing, the rules regarding fact witness depositions (including rulings concerning the production of documents) shall apply equally as well to the fact witness portion of his deposition.

SO ORDERED AND ADJUDGED this the 26th day of November, 2007.

*Judith K. Fitzgerald*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge