**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **W.R. GRACE & CO., *et al*.,** | ) ) ) | **Case No. 01-01139 (JKF)** **Jointly Administered** |
| **Debtors.** | ) ) ) ) ) ) ) | **Related to Docket Nos. 15950, 16259 15719, 16323** |

**NOTICE OF SERVICE OF MOTLEY RICE LLC'S OBJECTIONS AND SECOND SUPPLEMENTAL RESPONSES TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

PLEASE TAKE NOTICE that on November 26, 2007, Motley Rice, counsel for various asbestos personal injury claimants, caused a copy of Motley Rice's Objections and Second Supplemental Responses to Debtors' (W.R. Grace & Co.) Third Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms to be served via electronic and United States Mail, first class, on Mr. David M. Bernick, P.C. of Kirkland & Ellis LLP at Citigroup Center, 153 East 53rd Street, New York, New York 10022, dbernick@kirkland.com and Ms. Renee Smith of Kirkland & Ellis LLP via electronic mail at rdsmith@kirkland.com.

Signature on following page.

1

Date:  November 26, 2007.

                RESPECTFULLY SUBMITTED,

                /s/ John E. Herrick
                JOHN E. HERRICK
                MOTLEY RICE LLC
                28 Bridgeside Blvd.
                P.O. Box 1792
                Mount Pleasant, SC 29465
                Tel. (843) 216-9000
                Fac. (843) 216-9440
                Email:  jherrick@motleyrice.com

                COUNSEL FOR VARIOUS
                ASBESTOS PERSONAL INJURY
                CLAIMANTS