## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE: Combustion Engineering** | ) | |
| | ) | Bankruptcy No.  03-10495 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 407** |
| | | |
| **IN RE: Owens Corning** | ) | |
| | ) | Bankruptcy No.  00-3837 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 4366** |
| | | |
| **IN RE: Advanced Glassfiber** | ) | |
| **Yarns, LLC** | ) | |
| | ) | Bankruptcy No.  02-13615 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 120** |
| | | |
| **IN RE: Federal Mogul** | ) | |
| **Global, Inc.** | ) | Bankruptcy No.  01-10578 (JKF) |
| | ) | (Jointly Administered) |
| Debtors(s) | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 9868** |
| | | |
| **IN RE: ACandS, Inc.** | ) | |
| | ) | Bankruptcy No.  02-12687 (JKF) |
| | ) | (Jointly Administered) |
| Debtors(s) | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 1211** |

| | | |
|---|---|---|
| **IN RE: USG Corporation** | ) | |
| | ) | Bankruptcy No.  01-2094 (JKF) |
| | ) | (Jointly Administered) |
| Debtors(s) | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 8796** |

| | | |
|---|---|---|
| **IN RE: Armstrong World Industries, Inc.** | ) | |
| | ) | Bankruptcy No.  00-4471 (JKF) |
| | ) | (Jointly Administered) |
| Debtors(s) | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 9162** |

| | | |
|---|---|---|
| **IN RE: Kaiser Aluminum Corp.** | ) | |
| | ) | Bankruptcy No.  02-10429 (JKF) |
| | ) | (Jointly Administered) |
| Debtors(s) | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 8353** |

| | | |
|---|---|---|
| **IN RE: The Flintkote Company** | ) | |
| | ) | Bankruptcy No.  04-11300 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 1365** |

| | | |
|---|---|---|
| **IN RE: W.R. Grace & Co.** | ) | |
| | ) | Bankruptcy No.  01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors(s) | ) | |
| | ) | Chapter 11 |
| | ) | **RE: 7709** |

### ORDER AMENDING CASE MANAGEMENT ORDER WITH RESPECT TO IDENTIFICATION OF JUDGE FITZGERALD'S DELAWARE COURTROOM DEPUTY

AND NOW, this **26th** day of **November, 2007** it is **ORDERED** that the Case

Management Order in effect in the above cases is **amended** to substitute Julia Johnston and

Julia_Johnston@dcb.uscourts.gov for every reference to Jennifer Patone Cook and

Jennifer_Cook@deb.uscourts.gov in the Case Management Order.

It is **FURTHER ORDERED** that counsel for the Debtor(s) and/or Trustee(s) shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice of filings in this case and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge