Case 01-01139-AMC    Doc 17448-1    Filed 11/27/07    Page 1 of 2

# EXHIBIT A

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. for Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Weatherford International Inc | 6028 | 1694 | $351,758.00 | A | No Liability | Expunge | Continued to the December 17, 2007 @ 2:00 p.m. Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1695 | $351,758.00 | A | No Liability | Expunge | Continued to the December 17, 2007 @ 2:00 p.m. Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1719 | $351,758.00 | U | No Liability | Expunge | Continued to the December 17, 2007 @ 2:00 p.m. Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1720 | $351,758.00 | U | No Liability | Expunge | Continued to the December 17, 2007 @ 2:00 p.m. Omnibus Hearing. |