# EXHIBIT B

# In re: W.R. GRACE & CO., et al
## OMNIBUS 24: EXHIBIT B - AMENDED CLAIMS

| # | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CITY OF CAMBRIDGE, 795 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02139 | 01-01140 | 18417 | UNKNOWN / $300,905.81 | (S)/(U) | CITY OF CAMBRIDGE, CITY HALL-LAW DEPT, 795 MASSACHUSETT AVE, CAMBRIDGE, MA 02139 | 01-01140 | 18490 | $321,701.11 / $5,730.79 | (S)/(P) |
| 2 | CITY OF CAMBRIDGE, CITY HALL - LAW DEPT, 795 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139 | 01-01139 | 7550 | UNKNOWN | (S) | CITY OF CAMBRIDGE, CITY HALL-LAW DEPT, 795 MASSACHUSETT AVE, CAMBRIDGE, MA 02139 | 01-01140 | 18490 | $321,701.11 / $5,730.79 | (S)/(P) |
| 3 | DALLAS COUNTY, C/O ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2323 BRYAN ST, SUITE 1600, DALLAS, TX 75201 | 01-01139 | 15313 | $6,076.05 | (S) | DALLAS COUNTY, 2323 BRYAN STREET, STE 1600, DALLAS, TX 75201 | 01-01139 | 18365 | $339.69 | (S) |
| 4 | DOUGLAS COUNTY TREASURER, PO BOX 1208, 100 THIRD ST SUITE 120, CASTLE ROCK, CO 80104 | 01-01140 | 273 | $127,870.09 | (P) | DOUGLAS COUNTY, PO BOX 1208 100 THIRD ST, CASTLE ROCK CO 80104 | 01-01140 | 18416 | $78,108.33 | (S) |
| 5 | HAMILTON COUNTY DELINQUENT TAX OFFICE, DELINQUENT TAX OFFICE, 107 COURTHOUSE, CHATTANOOGA, TN 37402 | 01-01140 | 666 | $36,565.48 | (S) | HAMILTON COUNTY, DELINQUENT TAX OFFICE, CHATTANOOGA TN 37402 | 01-01139 | 18497 | $9,116.28 | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The Inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

In re: W.R. GRACE & CO., et al

OMNIBUS 24: EXHIBIT B - AMENDED CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 6 | HOUSTON ISD<br>C/O JOHN P DILLMAN<br>LINEBARGER HEARD GOGGAN BLAIR ET AL<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 01-01139 | 416 | $14,334.63 | (S) | HOUSTON ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 15504 | $7,135.70 | (S) |

Total Claims Expunged: 6    Total Dollars Expunged: $485,752.06

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 2 of 2

11/21/2007 7:51:17 AM