# EXHIBIT C

In re: W.R. GRACE & CO., et al
OMNIBUS 24: EXHIBIT C - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | COUNTY OF SPOTSYLVANIA<br>LARRY K PRITCHETT<br>PO BOX 65<br>SPOTSYLVANIA, VA 22553 | 684 | $563.83 | (P) | $445.57 | (P) | REDUCE AND ALLOW TO $445.57 |
| 2 | LABVANTAGE SOLUTIONS INC<br>C/O MATTHEW A PORTER ESQ<br>DECHERT LLP<br>200 CLARENDON ST 27TH FLOOR<br>BOSTON, MA 02116 | 6974 | $178,128.50 | (U) | $85,525.50 | (U) | REDUCE AND ALLOW TO $85,525.50. NONDEBTOR PAID SEVERAL INVOICES IN JULY AND NOVEMBER 2003. |
| | | Totals: | $563.83<br>$178,128.50 | (P)<br>(U) | $445.57<br>$85,525.50 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

11/21/2007 7:49:26 AM

Page 1 of 1