IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No. 17407 |

## ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2008

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates and has established certain deadlines in the above-captioned chapter 11 cases consistent with the Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No. 1948). The omnibus hearing dates and certain deadlines for 2008 are set forth on the schedule attached hereto as Exhibit "A".

Dated: 11/26, 2007

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

91100-001\DOCS_DE:123575.1

*ALL HEARING TIMES AT 1:00 P.M. EASTERN*

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 28, 2008 at 1:00 pm | 12/21/07 | 1/11/08 | 1/14/08 | 1/18/08 |
| February 25, 2008 at 1:00 pm | 1/18/08 | 2/8/08 | 2/11/08 | 2/15/08 |
| March 17, 2008 at 1:00 pm (26th Quarterly Fee Hearing) (in Pittsburgh, PA) | 2/11/08 | 2/29/08 | 3/3/08 | 3/10/08 |
| April 21, 2008 at 1:00 pm | 3/17/08 | 4/4/08 | 4/7/08 | 4/14/08 |
| May 19, 2008 at 1:00 pm | 4/14/08 | 5/2/08 | 5/5/08 | 5/12/08 |
| June 23, 2008 at 1:00 pm (27th Quarterly Fee Hearing) | 5/19/08 | 6/6/08 | 6/9/08 | 6/16/08 |
| July 21, 2008 at 1:00 PM | 6/16/08 | 7/3/08 | 7/7/08 | 7/14/08 |
| August 25, 2008 at 1:00 PM | 7/21/08 | 8/8/08 | 8/11/08 | 8/18/08 |
| September 29, 2008 at 1:00 PM (28th Quarterly Fee Hearing) | 8/25/08 | 9/12/08 | 9/15/08 | 9/22/08 |
| October 20, 2008 at 1:00 PM | 9/15/08 | 10/3/08 | 10/6/08 | 10/10/08 |
| November 24, 2008 at 1:00 PM | 10/20/08 | 11/7/08 | 11/10/08 | 11/17/08 |
| December 15, 2008 at 1:00 PM (in Pittsburgh, PA) (29th Quarterly Fee Hearing) | 11/10/08 | 11/26/08 | 12/1/08 | 12/8/08 |