IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  ) SS
NEW CASTLE COUNTY  )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 28th day of November, 2007, she caused a copy of the following:

**AGREED ORDER GRANTING LIBBY CLAIMANTS' MOTION IN LIMINE
CONCERNING ESTIMATION PROCEEDING EVIDENCE
(Docket No. 17431)**

to be served upon the parties on the attached list via first class mail or in the manner as otherwise indicated.

*/s/ Cathy A. Adams*
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 28th day of November, 2007.

*/s/ Joan M. Hofmann*
Notary Public

JOAN M. HOFMANN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 15, 2008

393.001-18648.DOC

**HAND DELIVERY**
Laura Davis Jones
James E. O'Neill, III
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(Counsel for the Debtors and Debtors in Possession)

David M. Bernick
Salvatore F. Bianca
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel for the Debtors and Debtors in Possession)

Peter Van N. Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
(Counsel for the Debtors and Debtors in Possession)

Roger Frankel
Richard H. Wyron
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007
(Counsel to David T. Austern, Future Claimants' Representative)

**HAND DELIVERY**
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Scott L. Baena
Jay M. Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-2336
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

John C. Phillips, Jr.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to David T. Austern, Future Claimants' Representative)

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel to the Official Committee of Equity Security Holders)

**HAND DELIVERY**
Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

Lewis Kruger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to the Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Teresa K.D. Currier
Buchanan Ingersoll & Rooney P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to the Official Committee of Equity Security Holders)

**HAND DELIVERY**
David Klauder
Office of the United States Trustee
844 King Street
Room 2311
Wilmington, DE 19801

**HAND DELIVERY**
Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Counsel to Libby Plaintiffs)