## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                    October 1, 2007 to October 31, 2007

Invoice No. 25463

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 23.30 | 4,200.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 6.70 | 1,725.00 |
| B18 | Fee Applications, Others - | 4.30 | 490.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 16.20 | 4,212.00 |
| B25 | Fee Applications, Applicant - | 3.30 | 500.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 234.00 |
| B32 | Litigation and Litigation Consulting - | 38.20 | 9,932.00 |
| B36 | Plan and Disclosure Statement - | 4.70 | 1,182.00 |
| B37 | Hearings - | 5.60 | 1,439.00 |
| B40 | Employment Applications, Others - | 0.40 | 104.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 104.00 |
| | **Total** | **104.00** | **$24,122.50** |
| | **Grand Total** | **104.00** | **$24,122.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 200.00 | 1.50 | 300.00 |
| Rick S. Miller | 250.00 | 2.30 | 575.00 |
| Steven G. Weiler | 175.00 | 2.50 | 437.50 |
| Theodore J. Tacconelli | 260.00 | 81.50 | 21,190.00 |
| Law Clerk | 100.00 | 1.30 | 130.00 |
| Legal Assistant - MH | 100.00 | 14.90 | 1,490.00 |
| **Total** | | **104.00** | **$24,122.50** |

## DISBURSEMENT SUMMARY

| CA | Cost Advance - | 223.33 |
|---|---|---:|
| | **Total Disbursements** | **$223.33** |

*Please note that effective January 1, 2008 the hourly rate for certain professionals and paraprofessionals will increase.*

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with State of Arkansas with attachment | 0.30 | TJT |
| Oct-02-07 | *Fee Applications, Others* - Email from M. Hedden; re: certain August, 2007 fee apps | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Aug., 2007 fee app for filing & email to M. Hedden; re; same | 0.20 | LLC |
| | *Fee Applications, Others* - Review HRA Aug., 2007 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with BNC Forum LLP with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response in opposition to appellant's motion to supplement record on appeal re Mission Towers appeal | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' supplemental brief re S&R's motion to amend order expunging 71 PD claims with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review docket in district court re State of NJ appeal | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Correspond with M. Hurford re Fresenius settlement agreement, review Fresenius settlement documents | 0.50 | TJT |
| | *Case Administration* - Review Lexacon Sept. and Nov. 06 Fee Applications | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Dies re committee matters | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with S. Baena re plan issues | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Aug. Fee Application documents, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Aug. Fee Application documents, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - e-mail to L. Coggins re review of HRA and Bilzin's Aug. Fee Applications | 0.10 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Aug. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Aug. Fee Application | 0.50 | MH |
| Oct-03-07 | Committee, Creditors', Noteholders' or -attend Committee telephone conference | 0.80 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with State of Arizona with attachment | 0.30 | TJT |
| | *Case Administration* - Review amended 2019 statement for The David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris July Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Confer with M. Joseph re committee matters | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for committee meeting | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - Review amended subpoena for Keane Creditors' Trust with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review L. Chambers' rebuttal report re section responding to report of J. Biggs | 0.80 | TJT |
| Oct-04-07 | *Case Administration* - Obtain and forward 9/24/07 hearing materials to co-counsel and other interested parties and advise T. Tacconelli re same | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with City of Eugene, OR with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re briefing order in National Union adversary proceeding | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Complete review of rebuttal report by L. Chambers responding to expert report by J. Biggs | 0.30 | TJT |
| | *Case Administration* - Review Lexacon April Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel re motion to compel DII Industries Trust to produce documents | 0.10 | TJT |
| | *Case Administration* - download 9/24/07 hearing transcript | 0.10 | MH |
| Oct-05-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with City of Phoenix with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with various Louisiana school districts and churches with numerous attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review supplemental notice of settlement with Six Hundred Building Ltd. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 9/24/07 hearing transcript re PD issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review limited objection by FCR to debtors' motion to approve settlement with D&H Firm clients and Prudential | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re FCR's limited objection to the D&H and Prudential settlement motions | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to committee member re FCR's limited objection to D&H Firms and Prudential settlement motions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by PI Committee in FCR'S limited objection to motion to approve settlements with D&H Firm claims and Prudential | 0.10 | TJT |
| | *Case Administration* - Review US Trustee's motion to shorten notice re motion to appoint examiner | 0.10 | TJT |
| | *Case Administration* - Review Lexicon May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick Aug. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order re debtors' motion to | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | compel Celotex Trust to produce documents | | |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.30 | LC |
| Oct-06-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R's response to amended order re motion to alter or amend 71 order expunging PD claims with attachments | 0.50 | TJT |
| | *Case Administration* - Review Piper Jaffery Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Aug. 07 | 0.20 | TJT |
| Oct-07-07 | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Lexacon Aug. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BIR Aug. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report by J. Jacobi with attachments | 1.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena to Celotex Trust with attachments | 0.30 | TJT |
| | *Hearings* - start reviewing supplemental rebuttal report by E. Stallard | 0.60 | TJT |
| Oct-08-07 | *Case Administration* - Review case management Memo ; re: week ending 9/28 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review article on Canadian Class Action Law | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - download and review State of NJ's motion to enlarge time to file opening brief in district court appeal | 0.20 | TJT |
| | *Case Administration* - Review Lexacon June 07 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's 12th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re committee meeting today | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing supplemental expert report of E. Stallard | 1.60 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena for P. Hauser | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena for J. Mekus | 0.10 | TJT |
| | *Hearings* - Correspond with J. Sakalo re 10/25/07 hearing | 0.10 | TJT |
| | *Hearings* - Review notice of deposition and subpoena for Eagle Pitcher Trust with attachments | 0.40 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/24/07 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re plan issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re plan issues | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Prepare for committee meeting re plan issues | 0.30 | TJT |
| | *Relief from Stay Litigation* - Review debtors' objection to R. Prete's motion to lift stay | 0.30 | TJT |
| | *Case Administration* - Review docket re case status for week ending 9/28/07, memo to T. Tacconelli and L. Coggins | 0.70 | MH |
| Oct-09-07 | *Plan and Disclosure Statement* - confer with T. Tacconelli re plan issues | 0.30 | RSM |
| | *Case Administration* - Review 13th Quarterly Fee Application for D. Austern | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/28/07 | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan LLC April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by debtors re debtors' motion to approve optimization plan | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from S. Baena re committee matters | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review subpoena from debtors to UNR trust with attachments | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena to W. Nurre | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena to S. Kazan | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena to P. Kraus with attachment | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review GI Holdings opinion cited by debtors in discovery re estimation | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review and analyze Radecki rebuttal supplemental report | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR/PI Committee's omnibus notice of depositions of debtors' expert witnesses with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails from S. Baena re plan issues re treatment of PD claims | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review draft document re plan issues re treatment of PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Scott re plan issues re treatment of PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review comments by D. Scott to draft document re treatment of PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from E. Westbrook re plan issues re treatment of PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re status of plan matters re PD claims | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Cabrazer re plan issues re treatment of PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Speights re plan issues re treatment of PD claims | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - determine allocation of fee app payment by debtor, update chart, submit chart and supporting documents to T. Tacconelli and accounts receivable | 0.10 | MH |
| Oct-10-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review appellant's reply memorandum in support of motion to supplement record in Mission Towers appeal | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC 25th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan LLC May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 9th circuit memorandum opinion in criminal action appeal | 0.70 | TJT |
| | *Case Administration* - Review 3rd amended 2019 statement by Hissey Kinetz | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re Montana criminal action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service by PI Committee of Peterson and Snyder rebuttal expert reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to M. Hurford re Peterson/Snyder rebuttal expert reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' 1st amended notice of deposition of J. Mekus | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's amended motion to file expert rebuttal reports under seal | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review order re DII Trusts re debtors' motion to compel production of documents | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review M. Shapo expert report dated 9/25/07 | 1.00 | TJT |
| | *Case Administration* - Review docket re case status for week ending 10/5/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Oct-11-07 | *Case Administration* - Review case status memo for week ending 10/5/07 | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan LLC June Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re results of committee meeting | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review first amended notice of deposition for Celotex Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing expert report of M. Shapo dated 9/25/07 | 3.70 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re plan issues | 0.10 | TJT |
| Oct-12-07 | *Case Administration* - Review Scott Law Group April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review statement by debtors re amounts paid to ordinary course professionals and review attached spreadsheet | 0.20 | TJT |
| | *Case Administration* - Review Steptoe and Johnson 25th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 1st amended notice of | 0.10 | TJT |

Case 01-01139-AMC    Doc 17468-2    Filed 11/28/07    Page 7 of 15

Invoice No. 25463                     Page 7 of 15                     November 28, 2007

| Date | Description | Hours | Initials |
|---|---|---|---|
| | deposition of P. Hauser | | |
| | *Litigation and Litigation Consulting* - Finish review of expert report of M. Shapo dated 9/25/07 with exhibits | 1.90 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition and subpoena to T. Goldberg with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review and analyze letter re plan issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re plan issues | 0.20 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.30 | LC |
| Oct-13-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review RMQ's brief re prejudgment interest re National Union adversary proceeding | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re Montana criminal action | 0.10 | TJT |
| | *Case Administration* - Review TPT 9th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 3rd amended 2019 statement by Hissey Kinetz | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of motion pro hac vice filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond July Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare memo to law clerk re Montana criminal action | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock and Washburn Aug. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 1st amended notice of deposition for Keene Trust with attachment | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review 1st amended notice of deposition of S. Kazan | 0.10 | TJT |
| Oct-14-07 | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review order scheduling status conference and requiring status report in State of NJ adversary proceeding | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Latham and Watkins' June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT 10th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee/FCR's cross-notice of deposition of Celotex Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' subpoena to S. Kazan with attachment | 0.10 | TJT |
| Oct-15-07 | *Case Administration* - Review case management Memo re: week ending 10/5/07 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial | 2.60 | TJT |

|  |  | | |
|---|---|---|---|
|  | Hospital's supplemental post-hearing brief re Canadian status of limitations with attachments | | |
|  | *Case Administration* - Review Latham and Watkins' Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review K&E Aug. Fee Application | 0.50 | TJT |
|  | *Case Administration* - Review Piper Jaffery 6th Quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena of UNR Trust with attachment | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' notice of video deposition of D. Austern | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of deposition upon written questions to Keene Creditor Trust | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review written deposition questions to Keene Creditor Trust | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of deposition upon written questions to Celotex Trust | 0.10 | TJT |
|  | *Hearings* - Review e-mail from M. Hurford re 10/25/07 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with RSM re ZAI plan issues | 0.10 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 10/12/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
|  | *Case Administration* - continue organizing and condensing fee apps and cnos filed by PD Committee from the start of case re various parties, pull ECF sheets in preparation for scanning | 0.40 | MH |
| Oct-16-07 | *Case Administration* - Obtain confidentiality rider form to obtain copies of Peterson & Snyder rebuttal expert reports; forward same to T. Tacconelli and confer with T. Tacconelli re same | 0.40 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Finish reviewing Anderson Memorial Hospital's supplemental post-hearing brief re Canadian statute of limitations with attachments | 2.00 | TJT |
|  | *Case Administration* - Review case status memo for week ending 10/12/070 | 0.10 | TJT |
|  | *Case Administration* - Review notice of filing corrected exhibit B to K&E Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re PI Committee 18th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond 9th Quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of postponement of deposition of T. Goldberg | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review written deposition questions directed to Celotex Trust | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Correspond with M. Hurford re PI Committee's rebuttal expert reports | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with S. Weiler re obtaining confidentiality agreement form to obtain copies of PI Committee's rebuttal expert reports | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review and execute confidentiality agreement form to obtain copies of PI Committee's | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | rebuttal expert reports | | |
| | *Plan and Disclosure Statement* - Review e-mails from S. Baena re plan issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re plan issues | 0.10 | TJT |
| | *Case Administration* - continue organizing and condensing fee apps and cnos filed by PD Committee from the start of case re various parties, pull ECF sheets in preparation for scanning | 1.70 | MH |
| Oct-17-07 | *Case Administration* - Review Notice of agenda; re: 10/25/07 hearing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re plan issues | 0.30 | RSM |
| | *Case Administration* - Review 25th Quarterly Fee Application for Scott Law Group | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address for counsel for FCR and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review second amended notice of deposition for Keene Creditor Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition upon written questions for Eagle Picher Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review J. Biggs' expert rebuttal reports re Dunbar and Florence | 2.90 | TJT |
| | *Hearings* - Review agenda for 10/25/07 hearing | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 10/25/07 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 10/25/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from committee members re plan issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from S. Baena re plan issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re plan issues re treatment of PD claims | 0.30 | TJT |
| Oct-18-07 | *Case Administration* - Review case management Memo ; re: week ending 10/12/07 | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.40 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re proposed order expunging Morguard Investments' PD claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by California Dept. of General Services for leave to file expert report | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report of T. Vanderwood re hazard | 1.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging PD claim of Morguard Investments | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' status report re State of NJ adversary proceeding | 0.20 | TJT |
| | *Case Administration* - Review 25th Quarterly Fee Application of W. Sullivan | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review deposition upon written questions to Eagle Picher Trust | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review second amended notice of deposition for Celotex Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review first amended deposition notice to Eagle Picher Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review supplemental expert report of J. Biggs dated 9/25 | 1.00 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.30 | LC |
| | *Case Administration* - continue organizing and condensing fee apps and CNOs filed by PD Committee from the start of case re various parties, pull ECF sheets in preparation for scanning | 1.40 | MH |
| Oct-19-07 | *Litigation and Litigation Consulting* - Review 3rd amended notice of deposition for Celotex Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certification of Counsel with proposed order with attachments re production of documents from Keene Creditor Trust | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing J. Biggs' supplemental expert report | 2.30 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - continue organizing and condensing fee apps and CNOs filed by PD Committee from the start of case re various parties, pull ECF sheets in preparation for scanning, group/organize ECF sheets re HRA's fee apps and CNOs, scan same | 2.20 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Aug. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Aug. Fee Application | 0.50 | MH |
| Oct-20-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' answering brief re prejudgment interest in National Union in adversary proceeding | 0.60 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Capstone 14th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare memo to S. Weiler re new Libby Claimants' appeal in district court | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review B. Sullivan 21st Quarterly Fee Application | 0.10 | TJT |
| Oct-21-07 | *Case Administration* - Review Beveridge and Diamond Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to shorten notice re motion to take depositions of 5 PI attorneys | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 3rd amended notice of deposition of Keene Creditor Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Peterson 10/25/07 expert rebuttal report re Florence/Anderson/Lees | 1.90 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review declaration of R. Horkovitz with attachments re insurance information | 0.20 | TJT |
| Oct-22-07 | *Case Administration* - Obtain district court appeal no. re Libby Claimants' appeal and advise law clerk re same | 0.20 | SGW |
| | *Case Administration* - Review case status memo for week ending 10/19/07 | .10 | TJT |
| | *Litigation and Litigation Consulting* - Finish reviewing Peterson expert report dated 9/25/07 | 1.80 | TJT |
| | *Litigation and Litigation Consulting* - Review and analyze debtors' emergency motion to depose 5 personal injury lawyers | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review order re discovery from Keene Creditor Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order denying debtors' emergency motion without prejudice re depositions of 5 PI lawyers | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Law Review article cited by Peterson in 9/25/07 expert report | 0.50 | TJT |
| Oct-23-07 | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin August, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA August, 2007 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Confirm with law clerk new district court appeal no. re Libby Claimants and preparation of case status memo re same | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with Church of Most Holy Redeemer with attachment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review expert rebuttal report of S. Snyder dated 9/24/07 | 2.90 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' renewed emergency motion to depose 5 PI attorneys with proposed order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re deposition of D. Austern | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re deposition of D. Austern by debtors | 0.20 | TJT |
| | *Case Administration* - Locate appeal docket number, call to Bankruptcy Court | 0.10 | LC |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - organize and scan ECF sheets re CDG 2001-2005 fee apps and CNOs | 0.80 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Aug. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Aug. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Aug. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Aug. Fee Application | 0.50 | MH |
| Oct-24-07 | *Case Administration* - Review amended agenda; re: 10/25/07 hearing | 0.10 | LLC |
| | *Case Administration* - Review case management Memo ; re: week ending 10/19/07 | 0.10 | LLC |
| | *Case Administration* - 10/25/07 hearing follow-up | 0.10 | SGW |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to approve settlement with American Legion, Fargo, N. Dakota with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re motion to approve settlement with Prudential with proposed order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certification of Counsel re motion to approve settlements with Dies and Hile claimants with proposed orders | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 24th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Case Administration* - Review status report letter from State of NJ re State of NJ adversary proceedings | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 1st amended notice of deposition for UNR Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from M. Hurford to Judge Fitzgerald re PI Committee's opposition to debtors' emergency motion re depositions for 5 PI attorneys | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's objection to debtors' emergency motion re depositions for 5 PI attorneys with attachments | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing expert rebuttal report of S. Snyder | 0.40 | TJT |
| | *Hearings* - Teleconference with committee member re 10/25/07 hearing | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 10/25/07 hearing | 0.10 | TJT |
| | *Hearings* - e-mail to J. Sakalo re amended agenda for 10/25/07 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Baena re 10/25/07 hearing | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 10/25/07 hearing | 0.50 | TJT |
| Oct-25-07 | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: plan issues | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 2.40 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.30 | LC |
| Oct-26-07 | *Hearings* - Follow-up e-mail to J. Heller re 10/25/07 hearing transcript request (.1); follow up with J&J Court Transcribers re same (.1) | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Church of St. Helena with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' motion to strike certain expert reports with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with State of Washington with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memo from M. Kramer re deposition of Dr. Longo | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review RMQ's reply brief re prejudgment interest | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' motion in limine with attachments | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - finish reviewing expert rebuttal | 1.90 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | report of S. Snyder with attachments | | |
| | *Hearings* - Prepare for 11/1/07 hearing | 0.10 | TJT |
| Oct-27-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with CHP Associates with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' supplemental reply brief re Canadian statute of limitations | 0.40 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service by PI Committee of cross deposition questions to Celotex Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by FCR to debtors' emergency motion for depositions of 5 PI attorneys | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Sept. prebill | 0.80 | TJT |
| Oct-28-07 | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review TPT July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve settlement report of Seattle with attachment | 0.20 | TJT |
| | *Case Administration* - Review Capstone July Fee Application | 0.10 | TJT |
| Oct-29-07 | *Fee Applications, Applicant* - Review 77th fee application for filing & confer with M. Hedden; re: same | 0.10 | LLC |
| | *Case Administration* - 10/25/07 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - Confer with T. Tacconelli re researching District Court of Montana criminal docket re a related proceeding (.1); research same (.3); advise T. Tacconelli re results of same (.1); confer with N. Crowley re preparation of case status memos and advise T. Tacconelli re same (.2) | 0.70 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' opening brief in district court appeal 07-609 | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Prudential Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review BIR Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re Montana criminal action | 0.10 | TJT |
| | *Employment Applications, Others* - Review debtors' motion to retain Deloitte FAS with attachment | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to approve settlement with Fargo Housing and Redevelopment Authority with attachment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review 2nd amended notice of deposition by debtors to UNR Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice by PI Committee of service of Cross deposition questions to Eagle-Picher trust | 0.10 | TJT |
| | *Hearings* - Prepare for 11/1/07 hearing | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 10/25/07 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's Sept. prebill and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review WR Grace payment received and update payment chart, prepare memo to T. Tacconelli re same | 0.20 | MH |

| | | | |
|---|---|---|---|
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Sept. prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Sept. invoice, prepare Notice, Fee Application and Certificate of Service re same | 0.70 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Sept. 07 Fee Application | 0.50 | MH |
| Oct-30-07 | *Case Administration* - Review notice of withdrawal & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Catholic Dioceses of Little Rock with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with State of Oklahoma | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlement with State of CT | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re PD claim issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Start reviewing deposition transcript of Dr. Longo dated 10/23/07 | 0.80 | TJT |
| | *Case Administration* - Review Kramer Levine Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of removal from service lists by Energy Services Inc. and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of PI Committee's cross deposition questions for Keene Creditor Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of withdrawal of document filed by PI Committee relating to estimation discovery | 0.10 | TJT |
| Oct-31-07 | *Plan and Disclosure Statement* - Research PD claim issues and advise T. Tacconelli re same | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlement with 600 Building Ltd. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re PD claim issues and correspond with committee member re PD claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with City of Houston | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re continuation order re 8th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 37 continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certifications of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Dady Pitney Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts April and May Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order authorizing optimization plan | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of PI Committee's responses to debtors' discovery | 0.10 | TJT |
| | *Hearings* - Review order approving settlement with Maricopa County | 0.10 | TJT |

|  |  |  |  |
|---|---|---:|---|
| | *Relief from Stay Litigation* - Review Certification of Counsel re proposed order re withdrawal by R. Prete of his motion to lift stay | 0.10 | TJT |
| | Totals | 104.00 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Oct-02-07 | Cost Advance - Photocopy Cost | 11.40 |
| | Cost Advance - Postage | 1.82 |
| | Cost Advance - service supplies | 1.50 |
| Oct-09-07 | Cost Advance - Photocopy Cost | 0.10 |
| | Cost Advance - Photocopy Cost | 0.10 |
| Oct-11-07 | Cost Advance - Pacer Service Center - 7/1/07 - 9/30/07 (RSM) | 15.92 |
| Oct-16-07 | Cost Advance - Photocopy Cost | 0.30 |
| Oct-17-07 | Cost Advance -  Pacer Service Center - 7/1/07 - 9/30/07 (TJT) Account No. FJ0093 | 39.84 |
| Oct-19-07 | Cost Advance - Copying cost | 4.50 |
| Oct-22-07 | Cost Advance - Photocopy Cost | 13.65 |
| | Cost Advance - Photocopy Cost | 0.75 |
| | Cost Advance - Photocopy Cost | 8.10 |
| Oct-23-07 | Cost Advance - Photocopy Cost | 9.00 |
| | Cost Advance - Postage | 7.76 |
| | Cost Advance - service supplies | 7.50 |
| Oct-24-07 | Cost Advance - Photocopy Cost | 0.90 |
| Oct-29-07 | Cost Advance - Photocopy Cost | 6.30 |
| | Cost Advance - Photocopy Cost | 2.25 |
| | Cost Advance - Photocopy Cost | 2.10 |
| | Cost Advance - West Law - Legal Research (August 2007) | 73.56 |
| | Cost Advance - Postage | 1.48 |
| | Cost Advance - service supplies | 1.50 |
| Oct-30-07 | Cost Advance - Tristate Courier & Carriage - delivery charge  (Inv #. 24155) | 13.00 |
| | Totals | $223.33 |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$24,345.83** |
| **Balance Due Now** | **$24,345.83** |