# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 19, 2007 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## SEVENTY-SEVENTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1582122A01112707

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 09/27/07 18 | Receipt and review of default notice from W.R. Grace to Intercat; and call with S. Whittier regarding same. | S. Zuber | 0.2 | 91.00 |
| 10/17/07 18 | Draft September 2007 fee application. | K. Piper | 2.0 | 620.00 |
| 10/19/07 18 | Review and revise DP's September, 2007 fee application. | S. Zuber | 0.3 | 136.50 |
| 10/19/07 18 | Draft Quarterly fee application for 26th interim period. | K. Piper | 1.6 | 496.00 |
| 10/23/07 18 | Review and revise DP's Twenty-Sixth Interim, Quarterly Fee Application. | S. Zuber | 0.3 | 136.50 |
| 10/26/07 18 | Revise September 2007 fee application and attention to filing same. | K. Piper | 0.3 | 93.00 |
| 10/26/07 18 | Revise Quarterly fee application for the 26th interim period and attention to filing same. | K. Piper | 0.5 | 155.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.8 | 455.00 | 364.00 |
| K. Piper | 18 | 4.4 | 310.00 | 1,364.00 |
| TOTAL | | 5.2 | | 1,728.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 10/03/07 | Meet with Weja counsel and discuss settlement status. |
|---|---|

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 142.50 |
| 10/05/07<br>14 | Memos with client on status of Weja settlement.<br>W. Hatfield | 0.3 | 117.00 |
| 10/11/07<br>14 | Follow up regarding settlement.<br>A. Marchetta | 0.2 | 118.00 |
| 10/11/07<br>14 | E-mail A. Marchetta concerning settlement status.<br>R. Rose | 0.1 | 47.50 |
| 10/11/07<br>14 | Address memos on settlement status and Shell request on bankruptcy court approval.<br>W. Hatfield | 0.3 | 117.00 |
| 10/12/07<br>14 | Memos with R. Rose on Shell issues.<br>W. Hatfield | 0.2 | 78.00 |
| 10/12/07<br>14 | Call with Shell counsel on settlement approval status and trial date issues.<br>W. Hatfield | 0.4 | 156.00 |
| 10/12/07<br>14 | Address Weja trial exhibits and document issues.<br>W. Hatfield | 0.2 | 78.00 |
| 10/13/07<br>14 | Follow up regarding information for client on settlement.<br>A. Marchetta | 0.2 | 118.00 |
| 10/15/07<br>14 | Telephone from Weja counsel concerning settlement status.<br>R. Rose | 0.4 | 190.00 |
| 10/15/07<br>14 | Address memo on communications with Weja counsel.<br>W. Hatfield | 0.2 | 78.00 |
| 10/17/07<br>14 | Call with clients on update on settlement and Weja carrier issues.<br>W. Hatfield | 0.4 | 156.00 |
| 10/17/07<br>14 | Call with F. Biehl on Grace position on settlement and trial date.<br>W. Hatfield | 0.3 | 117.00 |
| 10/18/07<br>14 | Address rescheduling of hearing date with Weja.<br>W. Hatfield | 0.1 | 39.00 |
| 10/22/07<br>14 | Follow up regarding trial date and status, including e-mail to client.<br>A. Marchetta | 0.2 | 118.00 |
| 10/22/07 | Review letter from Weja counsel concerning rescheduling of trial date, | | |

3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 14 | including e-mail from W. Hatfield concerning same.<br>R. Rose | 0.1 | 47.50 |
| 10/22/07<br>14 | Call with F. Biehl on hearing schedule and trial date.<br>W. Hatfield | 0.2 | 78.00 |
| 10/22/07<br>14 | Prepare memo to clients on hearing scheduling issues and Weja trial.<br>W. Hatfield | 0.3 | 117.00 |
| 10/23/07<br>14 | Memos with Shell counsel on trial date.<br>W. Hatfield | 0.2 | 78.00 |
| 10/23/07<br>14 | Memos with R. Rose on court conference.<br>W. Hatfield | 0.2 | 78.00 |
| 10/23/07<br>14 | Review Weja letter to court.<br>W. Hatfield | 0.1 | 39.00 |
| 10/29/07<br>14 | Memos with client on court conference issues.<br>W. Hatfield | 0.2 | 78.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.9 | 475.00 | 427.50 |
| A. Marchetta | 14 | 0.6 | 590.00 | 354.00 |
| W. Hatfield | 14 | 3.6 | 390.00 | 1,404.00 |
| TOTAL | | 5.1 | | 2,185.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/05/07<br>14 | Preparation of numerous correspondence to J. Matusiak regarding Stipulation and taxes.<br>J. Borg | 0.1 | 35.50 |
| 10/05/07<br>14 | Preparation of numerous correspondence to D. Panitz regarding Stipulation and taxes.<br>J. Borg | 0.2 | 71.00 |
| 10/05/07<br>14 | Review/Analysis numerous correspondence from J. Matusiak regarding Stipulation and taxes.<br>J. Borg | 0.4 | 142.00 |
| 10/05/07 | Review/Analysis numerous correspondence from D. Panitz regarding Stipulation and taxes. | | |

4

| Date | Description | Hours | Amount |
|---|---|---|---|
| 14 | J. Borg | 0.3 | 106.50 |
| 10/05/07 | Preparation of numerous correspondence to V. Finkelstein regarding Stipulation. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 10/08/07 | Follow up on settlement. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 10/08/07 | Preparation of numerous correspondence to J. Matusiak regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.3 | 106.50 |
| 10/08/07 | Preparation of numerous correspondence to D. Panitz regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.6 | 213.00 |
| 10/08/07 | Review/Analysis numerous correspondence from J. Matusiak regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 10/08/07 | Review/Analysis numerous correspondence from D. Panitz regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.3 | 106.50 |
| 10/08/07 | Telephone conference with A. Marchetta regarding Stipulation. | | |
| 14 | J. Borg | 0.1 | 35.50 |
| 10/09/07 | Preparation of correspondence to Clerk regarding Stipulation of Discontinuance. | | |
| 14 | J. Borg | 0.2 | 71.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.3 | 590.00 | 177.00 |
| J. Borg | 14 | 2.9 | 355.00 | 1,029.50 |
| TOTAL | | 3.2 | | 1,206.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/01/07 | E-mails and follow up regarding default and extension of time motion. | | |
| 14 | A. Marchetta | 1.0 | 590.00 |
| 10/01/07 | Searched regarding compilation of information on current status of | | |

5

1582122A01111907

| | | | |
|---|---|---|---|
| 14 | investigation of Hamilton plant and related issues.<br>S. Parker | 0.5 | 72.50 |
| 10/02/07<br>14 | Follow up regarding appeal brief and communications regarding same.<br>A. Marchetta | 0.4 | 236.00 |
| 10/02/07<br><br>3 | Review e-mail exchange re failure to file appeal brief; work with A. Marchetta re same and follow up.<br>B. Moffitt | 0.3 | 114.00 |
| 10/03/07<br><br>14 | E-mails and follow up regarding applications by State concerning appeal and default.<br>A. Marchetta | 0.3 | 177.00 |
| 10/03/07<br><br><br>14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 58.00 |
| 10/05/07<br><br>3 | Review NJDEP motion to extend time to file appeal brief and prepare e-mail to co-counsel forwarding same.<br>B. Moffitt | 0.3 | 114.00 |
| 10/08/07<br>14 | Confer with B. Moffitt and follow up regarding State's submission.<br>A. Marchetta | 0.3 | 177.00 |
| 10/09/07<br>14 | Forward information regarding investigation.<br>A. Marchetta | 0.2 | 118.00 |
| 10/09/07<br>3 | Review article re report re Hamilton site.<br>B. Moffitt | 0.2 | 76.00 |
| 10/12/07<br>14 | Follow up regarding information from client and hearing.<br>A. Marchetta | 0.2 | 118.00 |
| 10/13/07<br>14 | E-mails regarding facility.<br>A. Marchetta | 0.3 | 177.00 |
| 10/15/07<br>14 | E-mails and follow up regarding status conference request from court.<br>A. Marchetta | 0.4 | 236.00 |
| 10/15/07<br>14 | Address EPA site review issues<br>W. Hatfield | 0.2 | 78.00 |
| 10/15/07<br>3 | Review article re report re site; obtain full report.<br>B. Moffitt | 0.2 | 76.00 |

6

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/15/07 | Work with A. Marchetta regarding e-mail and follow up regarding same and regarding report; review article regarding same. | | | |
| 3 | | B. Moffitt | 0.5 | 190.00 |
| 10/15/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt. | | | |
| 14 | | S. Parker | 0.4 | 58.00 |
| 10/16/07 | E-mails and follow up regarding notice from court. | | | |
| 14 | | A. Marchetta | 0.2 | 118.00 |
| 10/16/07 | Review proposed status report; work with A. Marchetta re same and prepare e-mail to counsel re same. | | | |
| 3 | | B. Moffitt | 0.5 | 190.00 |
| 10/16/07 | Telephone call with re reimbursement; follow up re same. | | | |
| 3 | | B. Moffitt | 0.4 | 152.00 |
| 10/17/07 | Follow up with B. Moffitt regarding filing with court and submission, if any, by NJDEP. | | | |
| 14 | | A. Marchetta | 0.3 | 177.00 |
| 10/17/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | | |
| 14 | | S. Parker | 0.3 | 43.50 |
| 10/18/07 | Follow up regarding notice to state. | | | |
| 14 | | A. Marchetta | 1.2 | 708.00 |
| 10/18/07 | Review article and forward to case team. | | | |
| 14 | | W. Hatfield | 0.3 | 117.00 |
| 10/19/07 | Follow up with B. Moffitt regarding status hearing. | | | |
| 14 | | A. Marchetta | 0.2 | 118.00 |
| 10/19/07 | Telephone call with DAG Dickinson re upcoming Bankruptcy Court conference and re status report; work with S. parker re follow up regarding same; preparation of e-mail to A. Marchetta re same. | | | |
| 3 | | B. Moffitt | 0.4 | 152.00 |
| 10/19/07 | Retrieval and review of dockets in pending actions in order to compile current hearing agenda and status report to Judge Fitzgerald; Forwarded same to A. Marchetta and B. Moffitt. | | | |
| 14 | | S. Parker | 0.5 | 72.50 |

7

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/19/07 | Worked with B. Moffitt regarding current hearing agenda and status report to Judge Fitzgerald; Forwarded same to DAG Dickinson as requested by B. Moffitt. | | | |
| 14 | | S. Parker | 0.3 | 43.50 |
| 10/22/07 | Review letter regarding status conference and follow up regarding same. | | | |
| 14 | | A. Marchetta | 0.2 | 118.00 |
| 10/23/07 | Follow up regarding status conference. | | | |
| 14 | | A. Marchetta | 0.5 | 295.00 |
| 10/23/07 | Review e-mail and letter from DAG Dickinson re status conference; review A Marchetta e-mail re same; respond to DAG Dickinson and follow up re same. | | | |
| 3 | | B. Moffitt | 0.3 | 114.00 |
| 10/23/07 | Review e-mail and letter from DAG Dickinson re status conference; work with A. Marchetta re same and forward; preparation of e-mail to DAG Dickinson and follow up. | | | |
| 3 | | B. Moffitt | 0.3 | 114.00 |
| 10/24/07 | Follow up with B. Moffitt regarding expense issue; review article regarding settlement of asbestos claimants and follow up regarding same. | | | |
| 14 | | A. Marchetta | 0.5 | 295.00 |
| 10/24/07 | Review e-mail re: follow up re expense reimbursement. | | | |
| 3 | | B. Moffitt | 0.1 | 38.00 |
| 10/25/07 | Follow up with B. Moffitt regarding briefing schedule; e-mails and follow up regarding report. | | | |
| 14 | | A. Marchetta | 0.2 | 118.00 |
| 10/25/07 | E-mail exchange with counsel and DAG Dickinson re briefing schedule. | | | |
| 3 | | B. Moffitt | 0.2 | 76.00 |
| 10/26/07 | Follow up with B. Moffitt regarding report; forward same to client. | | | |
| 14 | | A. Marchetta | 0.5 | 295.00 |
| 10/26/07 | Review report to board re site and revise; work with A. Marchetta re same and forward to client. | | | |
| 3 | | B. Moffitt | 0.6 | 228.00 |
| 10/29/07 | Follow up regarding report and order for more time to file appellate briefs. | | | |
| 14 | | A. Marchetta | 0.3 | 177.00 |

8

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.2 | 590.00 | 4,248.00 |
| W. Hatfield | 14 | 0.5 | 390.00 | 195.00 |
| B. Moffitt | 3 | 4.3 | 380.00 | 1,634.00 |
| S. Parker | 14 | 2.4 | 145.00 | 348.00 |
| TOTAL | | 14.4 | | 6,425.00 |

9

1582122A01111907

# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

Engagement Costs -- WAPPINGER FALLS (GOODWILL)

| | | |
|---|---|---:|
| 10/15/07 | VENDOR: BORG, JONATHAN M.; INVOICE#: BOR100907; DATE: 10/9/2007 - Expense Related to: 8/22/07 Rental Car Insurance for travel to court[3] | 19.95 |
| | Express Delivery | 74.35 |
| | Facsimile | 20.25 |
| | Matter Total Engagement Cost | 114.55 |

Engagement Costs -- NJDEP V. W.R. GRACE ET AL.

| | |
|---|---:|
| Express Delivery | 29.35 |
| Facsimile | 17.25 |
| Photocopying | 26.20 |
| Matter Total Engagement Cost | 72.80 |

---

[3] See Direct Reimbursement Expense Report for Jonathan M. Borg dated September 1, 2007 – October 9, 2007 attached hereto as Exhibit 1.

10

1582122A01111907

# EXHIBIT 1

**DIRECT REIMBURSEMENT EXPENSE REPORT**

**NAME** Jonathan M. Borg assoc

Period From: September 1, 2007
To: October 9, 2007

**NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.**

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses: Miles | Auto Expenses: Amount | Parking or Tolls | Hotel or Lodging | Show details on Page 2: Business Meals | Show details on Page 2: Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 8/22/2007 | Rental car insurance for travel to court | | | | | | $19.95 | $19.95 | 482910.116760 • |

158974

see attached emails from [illegible]

RECEIVED
OCT 11 2007
DAY PITNEY LLP

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

D0534
Ck # 501254
BOR 100907

Signature

Expenses Reported

Date 10/9/07

618148

Page 1

PHKS-#1566408-v4-jmb_-expense_report_-_07_10_09.XLS

