# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 51 - Daramic NOR

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 4.3 | $2,193.00 |
| Jacob N. Polatin | Partner | Real Estate | $510.00 | 0.2 | $ 102.00 |
| | | | | | |
| TOTAL | | | | 4.5 | $2,295.00 |



# FOLEY
## HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Company

November 28, 2007
Invoice No.: 402697
Matter No.: 08743.00051

**Re:    Daramic NOR**

For Professional Services rendered through October 31, 2007

| | |
|---|---|
| Fees | $2,295.00 |
| **Total Fees and Disbursements** | **$2,295.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00051
Re: Daramic NOR

Invoice No.: 402697
November 28, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 10/01/07 | Jaffe | Review, revise, revised draft response action outcome statement and emails with team regarding same (1.6). | 1.6 |
| 10/09/07 | Jaffe | Review, revise draft public notice letter and draft Q&A and emails with team regarding same (1.6). | 1.6 |
| 10/22/07 | Jaffe | Review, revise, draft public presentation and email to team regarding same (1.1). | 1.1 |
| 10/29/07 | Polatin | Review plan regarding location of Restricted Area (0.1); telephone conference with S. Jaffe (0.1). | 0.2 |
| | | **Total Hours** | **4.5** |

Matter No.: 08743.00051
Re: Daramic NOR

Invoice No.: 402697
November 28, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Polatin | 0.2 |
| Jaffe | 4.3 |

| | |
|---|---|
| **Total Fees** | **$2,295.00** |

| | |
|---|---|
| **Total Fees** | **$2,295.00** |
| **Total Fees and Disbursements** | **$2,295.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Company

November 28, 2007
Invoice No.: 402697
Matter No.: 08743.00051

**Re:    Daramic NOR**

**Total Fees and Disbursements**            **$2,295.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00051, **Invoice #:** 402697
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 1.1 | $561.00 |
| Elizabeth Rice | Paralegal | Bankruptcy | $210.00 | 1.0 | $210.00 |
| | | | | | |
| **TOTAL** | | | | **2.1** | **$771.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 27.36 |
| | |
| **TOTAL** | $ 27.36 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 28, 2007
Invoice No.: 402698
Matter No.: 08743.00101

**Re:**    **Bankruptcy Matters**

For Professional Services rendered through October 31, 2007

| | |
|---|---|
| Fees | $771.00 |
| Disbursements | 27.36 |
| **Total Fees and Disbursements** | **$798.36** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 402698
November 28, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 10/29/07 | Rice | Emails to L. Oberholz regarding certificate of no objection (0.2). | 0.2 |
| 10/30/07 | Rice | Review, revise and forward monthly fee application to L. Obermeyer; attention to quarterly fee application (0.8). | 0.8 |
| 10/31/07 | Jaffe | Draft quarterly billing summaries (1.1). | 1.1 |
| | | **Total Hours** | **2.1** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 402698
November 28, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Rice | 1.0 |
| Jaffe | 1.1 |

**Total Fees**             **$771.00**

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 10/31/07 | In-House Photocopying | 27.36 |

**Total Disbursements**      **$27.36**

| | |
|---|---|
| **Total Fees** | **$771.00** |
| **Total Disbursements** | **27.36** |
| **Total Fees and Disbursements** | **$798.36** |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 28, 2007
Invoice No.: 402698
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

**Total Fees and Disbursements**              **$798.36**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 402698
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 25.9 | $13,209.00 |
| Amy E. Frazier | Associate | Administrative | $285.00 | 22.7 | $4,469.50* |
| | | | | | |
| TOTAL | | | | 48.6 | $17,678.50 |

*The fees for this associate have been reduced by $2,000.00 during the Fee Period.

### Expenses

| Description | Total |
|---|---|
| Telephone | $  5.25 |
| | |
| TOTAL | $  5.25 |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 28, 2007
Invoice No.: 402699
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through October 31, 2007

| | |
|---|---:|
| Fees | $17,678.50 |
| Disbursements | 5.25 |
| **Total Fees and Disbursements** | **$17,683.75** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 402699
November 28, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 10/03/07 | Jaffe | Review issues related to filling wetlands under Superfund cleanups and telephone call with Mr. Campbell regarding same (1.6). | 1.6 |
| 10/04/07 | Jaffe | Review Acton ROD regarding filling wetlands and emails with team and telephone call with Ms. Johns regarding same (1.7). | 1.7 |
| 10/05/07 | Jaffe | Telephone call with Ms. Johns and emails with team regarding wetlands filling issues (0.6). | 0.6 |
| 10/09/07 | Jaffe | Review feasibility study regarding wetlands filling and emails with Grace and Covidien regarding same (2.3). | 2.3 |
| 10/10/07 | Jaffe | Emails with Mr. Campbell and Ms. Duff regarding feasibility study issues (0.4). | 0.4 |
| 10/11/07 | Jaffe | Review draft feasibility study materials (0.6). | 0.6 |
| 10/12/07 | Jaffe | Review draft feasibility study materials (1.2). | 1.2 |
| 10/15/07 | Jaffe | Review, revise, revised draft feasibility study and emails with team regarding same (3.3). | 3.3 |
| 10/16/07 | Jaffe | Review, revise draft Feasibility Study, including executive summary and conclusions and emails and telephone calls with Mr. Bucens regarding same (3.9). | 3.9 |
| 10/18/07 | Jaffe | Telephone call with Ms. Duff regarding intersection of bankruptcy process and Walpole site settlement (0.7); telephone conference with Ms. Duff and Covidien representatives regarding same and preparation for same (1.2); review, revise, revised draft letter to EPA regarding feasibility study (0.4). | 2.3 |
| 10/23/07 | Jaffe | Telephone call with Ms. Duff regarding Campbell letter to EPA and Covidien allocation issues (0.4); review final draft feasibility study (0.8); review allocation issues (0.9). | 2.1 |
| 10/24/07 | Jaffe | Email to Mr. Bucens regarding asbestos issues (0.7); review allocation issues (0.4). | 1.1 |
| 10/26/07 | Frazier | Attend meeting to discuss and research regarding when owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (6.6). | 6.6 |
| 10/26/07 | Jaffe | Emails with Mr. Bucens regarding asbestos analytical | 1.5 |

Matter No.: 08743.00102                                              Invoice No.: 402699
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          November 28, 2007
                                                                              Page 3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | issues (0.2); review documents and research regarding allocation issues (1.3). | |
| 10/29/07 | Jaffe | Review allocation issues (1.4). | 1.4 |
| 10/29/07 | Frazier | Research whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (3.4). | 3.4 |
| 10/30/07 | Frazier | Research whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (8.1). | 8.1 |
| 10/30/07 | Jaffe | Emails with team regarding asbestos issue (0.9); review remedial investigation response to comments and letter to EPA regarding same and emails with team regarding same (0.4). | 1.3 |
| 10/31/07 | Frazier | Research and draft memorandum regarding whether owners and operators of Superfund sites are liable for actions or omissions that result in hazardous substances, deposited on the site by a different party, migrating and causing additional damage (4.6). | 4.6 |
| 10/31/07 | Jaffe | Telephone call with Ms. Duff regarding asbestos issue and allocation issues (0.6). | 0.6 |
| | | **Total Hours** | **48.6** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 402699
November 28, 2007
Page 4

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Frazier | 22.7 |
| Jaffe | 25.9 |

| | |
|---|---|
| **Total Fees** | **$17,678.50** |

### Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 10/31/07 | Telephone | 5.25 |

| | |
|---|---|
| **Total Disbursements** | **$5.25** |

| | |
|---|---|
| **Total Fees** | **$17,678.50** |
| **Total Disbursements** | **5.25** |
| **Total Fees and Disbursements** | **$17,683.75** |



FOLEY
HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 28, 2007
Invoice No.: 402699
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$17,683.75**

**Remitance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 402699
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com