| Date | Amount | Description |
|------|--------|-------------|
| 10/2/2007 | 295.92 | WILLIAMS LEA INC - Outside Copy/Binding Services WITNESS FILE |
| 10/3/2007 | 3.40 | Standard Copies or Prints |
| 10/3/2007 | 0.10 | Standard Prints |
| 10/3/2007 | 0.20 | Standard Prints |
| 10/3/2007 | 0.30 | Standard Prints |
| 10/3/2007 | 0.20 | Standard Prints |
| 10/3/2007 | 1.10 | Standard Prints |
| 10/3/2007 | 1.00 | Standard Prints |
| 10/3/2007 | 1.30 | Standard Prints |
| 10/3/2007 | 3.00 | Standard Prints |
| 10/3/2007 | 5.00 | Standard Prints |
| 10/3/2007 | 9.60 | Standard Prints |
| 10/3/2007 | 1.00 | Standard Prints |
| 10/3/2007 | 3.40 | Standard Prints |
| 10/3/2007 | 5.50 | Standard Prints |
| 10/3/2007 | 0.80 | Standard Prints |
| 10/3/2007 | 0.20 | Standard Prints |
| 10/3/2007 | 25.30 | Standard Copies or Prints |
| 10/3/2007 | 5.00 | Standard Copies or Prints |
| 10/3/2007 | 12.30 | Standard Copies or Prints |
| 10/3/2007 | 0.10 | Standard Prints |
| 10/3/2007 | 0.10 | Standard Prints |
| 10/3/2007 | 7.00 | CD-ROM Duplicates |
| 10/3/2007 | 8.72 | Fed Exp to:Stephanie Plancich,Ph.D,NEW YORK CITY NY from:TRAVIS LANGENKAMP |
| 10/4/2007 | 0.30 | Standard Prints |
| 10/4/2007 | 0.60 | Standard Prints |
| 10/4/2007 | 2.70 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 0.10 | Standard Prints |
| 10/4/2007 | 2.70 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/4/2007 | 63.90 | Standard Copies or Prints |
| 10/4/2007 | 38.22 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/4/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/4/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/4/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/5/2007 | 0.10 | Standard Prints |
| 10/5/2007 | 0.20 | Standard Prints |
| 10/5/2007 | 0.30 | Standard Prints |
| 10/5/2007 | 0.30 | Standard Prints |
| 10/5/2007 | 0.60 | Standard Prints |
| 10/5/2007 | 1.10 | Standard Prints |
| 10/5/2007 | 10.90 | Standard Copies or Prints |
| 10/5/2007 | 5.20 | Standard Copies or Prints |
| 10/5/2007 | 7.90 | Standard Copies or Prints |
| 10/5/2007 | 0.50 | Standard Copies or Prints |
| 10/5/2007 | 5.70 | Standard Prints |
| 10/5/2007 | 3.40 | Standard Prints |
| 10/5/2007 | 1.60 | Standard Prints |
| 10/5/2007 | 0.10 | Standard Prints |
| 10/5/2007 | 0.10 | Standard Prints |
| 10/5/2007 | 0.10 | Standard Prints |
| 10/5/2007 | 0.15 | Scanned Images |
| 10/5/2007 | 0.60 | Standard Prints NY |
| 10/5/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/5/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/5/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/5/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/5/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/5/2007 | 351.82 | WILLIAMS LEA INC - Outside Copy/Binding Services WITNESS COLLECTION FOR CHAMBERS |
| 10/5/2007 | 938.91 | WILLIAMS LEA INC - Outside Copy/Binding Services WITNESS COLLECTION |
| 10/8/2007 | 0.10 | Standard Prints |
| 10/8/2007 | 8.50 | Standard Prints |
| 10/8/2007 | 3.90 | Standard Prints |
| 10/8/2007 | 33.52 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/8/2007 | 33.52 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/8/2007 | 22.86 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |

| Date | Amount | Description |
|------|--------|-------------|
| 10/8/2007 | 604.96 | WILLIAMS LEA - Outside Copy/Binding Services MULTIPLE WITNESS FILE BW COPIES |
| 10/8/2007 | 764.54 | WILLIAMS LEA - Outside Copy/Binding Services MULTIPLE WITNESS FILES BW COPIES |
| 10/9/2007 | 0.60 | Standard Copies or Prints |
| 10/9/2007 | 0.30 | Standard Copies or Prints |
| 10/9/2007 | 0.40 | Standard Prints |
| 10/9/2007 | 0.10 | Standard Prints |
| 10/9/2007 | 0.10 | Standard Prints |
| 10/9/2007 | 0.10 | Standard Prints |
| 10/9/2007 | 0.10 | Standard Prints |
| 10/9/2007 | 28.30 | Standard Prints |
| 10/9/2007 | 4.20 | Binding |
| 10/9/2007 | 4.80 | Tabs/Indexes/Dividers |
| 10/9/2007 | 21.00 | CD-ROM Master |
| 10/9/2007 | 817.29 | WILLIAMS LEA - Outside Copy/Binding Services MULITPLE WITNESSES BW COPIES |
| 10/10/2007 | 0.40 | Standard Prints |
| 10/10/2007 | 86.20 | Standard Copies or Prints |
| 10/10/2007 | 4.60 | Standard Prints |
| 10/10/2007 | 3.10 | Standard Prints |
| 10/10/2007 | 0.40 | Standard Prints |
| 10/10/2007 | 0.10 | Standard Prints |
| 10/10/2007 | 0.10 | Standard Prints |
| 10/10/2007 | 0.10 | Standard Prints |
| 10/10/2007 | 1.50 | Standard Prints |
| 10/10/2007 | 30.00 | Color Prints |
| 10/10/2007 | 8.88 | Patrick King, Overtime Meal-Attorney, Washington, DC, 10/10/07 |
| 10/11/2007 | 62.40 | Standard Copies or Prints |
| 10/11/2007 | 54.00 | Standard Copies or Prints |
| 10/11/2007 | 184.60 | Standard Copies or Prints |
| 10/11/2007 | 247.20 | Standard Copies or Prints |
| 10/11/2007 | 0.40 | Standard Prints |
| 10/11/2007 | 0.20 | Standard Prints |
| 10/11/2007 | 0.10 | Standard Prints |
| 10/11/2007 | 0.30 | Standard Prints |
| 10/11/2007 | 0.20 | Standard Prints |
| 10/11/2007 | 5.70 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/11/2007 | 0.20 | Standard Prints |
| 10/11/2007 | 11.60 | Standard Prints |
| 10/11/2007 | 3.40 | Standard Prints |
| 10/11/2007 | 0.10 | Standard Prints |
| 10/11/2007 | 0.20 | Standard Prints |
| 10/11/2007 | 0.10 | Standard Prints |
| 10/11/2007 | 0.30 | Standard Prints |
| 10/11/2007 | 21.00 | CD-ROM Duplicates |
| 10/11/2007 | 38.22 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/11/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/11/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/11/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/11/2007 | 1,209.40 | WILLIAMS LEA INC - Outside Copy/Binding Services Multiple Witness Files |
| 10/12/2007 | 86.80 | Standard Copies or Prints |
| 10/12/2007 | 105.20 | Standard Copies or Prints |
| 10/12/2007 | 49.20 | Standard Copies or Prints |
| 10/12/2007 | 7.60 | Standard Prints |
| 10/12/2007 | 0.10 | Standard Prints |
| 10/12/2007 | 7.60 | Standard Prints |
| 10/12/2007 | 7.60 | Standard Prints |
| 10/12/2007 | 1.00 | Standard Prints |
| 10/12/2007 | 1.10 | Standard Prints |
| 10/12/2007 | 0.10 | Standard Prints |
| 10/12/2007 | 1.10 | Standard Prints |
| 10/12/2007 | 0.10 | Standard Prints |
| 10/12/2007 | 0.20 | Standard Prints |
| 10/12/2007 | 5.10 | Standard Copies or Prints |
| 10/12/2007 | 0.50 | Standard Copies or Prints |
| 10/12/2007 | 0.40 | Standard Copies or Prints |
| 10/12/2007 | 1.60 | Standard Prints |
| 10/12/2007 | 8.50 | Standard Prints |
| 10/12/2007 | 1.30 | Standard Prints |
| 10/12/2007 | 7.60 | Standard Prints |
| 10/12/2007 | 0.10 | Standard Prints |
| 10/12/2007 | 7.60 | Standard Prints |
| 10/12/2007 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/14/2007 | 21.52 | SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC - Overtime Meals - Attorney -10/11/07 |
| 10/15/2007 | 49.80 | Standard Copies or Prints |
| 10/15/2007 | 59.90 | Standard Copies or Prints |
| 10/15/2007 | 130.00 | Standard Copies or Prints |
| 10/15/2007 | 0.40 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.40 | Standard Prints |
| 10/15/2007 | 0.10 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.40 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.10 | Standard Prints |
| 10/15/2007 | 0.10 | Standard Prints |
| 10/15/2007 | 1.30 | Standard Copies or Prints |
| 10/15/2007 | 40.40 | Standard Copies or Prints |
| 10/15/2007 | 0.50 | Standard Copies or Prints |
| 10/15/2007 | 7.00 | Standard Copies or Prints |
| 10/15/2007 | 16.50 | Standard Copies or Prints |
| 10/15/2007 | 3.80 | Standard Prints |
| 10/15/2007 | 5.70 | Standard Prints |
| 10/15/2007 | 0.50 | Standard Prints |
| 10/15/2007 | 0.20 | Standard Prints |
| 10/15/2007 | 0.30 | Standard Prints |
| 10/15/2007 | 0.50 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/15/2007 | 19.55 | DART EXPRESS - Outside Messenger Services MESSENGER SERVICE FROM 10/8/07-10/12/07 |
| 10/15/2007 | 1,347.41 | BARRISTER COPY SOLUTIONS LLC - Outside Computer Services SCAN TO TIFF. |
| 10/15/2007 | 289.97 | BARRISTER COPY SOLUTIONS LLC - Outside Copy/Binding Services Medium Litigation |
| 10/15/2007 | 19.15 | RED TOP CAB COMPANY - Overtime Transportation 10/11/07, P. King |
| 10/15/2007 | 19.67 | RED TOP CAB COMPANY - Overtime Transportation 10/10/07, P. King |
| 10/16/2007 | 0.80 | Standard Prints |
| 10/16/2007 | 0.80 | Standard Prints |
| 10/16/2007 | 1.60 | Standard Prints |
| 10/16/2007 | 16.60 | Standard Prints |
| 10/16/2007 | 8.40 | Standard Prints |
| 10/16/2007 | 40.50 | Standard Copies or Prints |
| 10/16/2007 | 68.70 | Standard Copies or Prints |
| 10/16/2007 | 0.70 | Standard Copies or Prints |
| 10/16/2007 | 80.40 | Standard Copies or Prints |
| 10/16/2007 | 16.40 | Standard Copies or Prints |
| 10/16/2007 | 0.50 | Standard Copies or Prints |
| 10/16/2007 | 0.50 | Standard Prints |
| 10/16/2007 | 14.60 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.40 | Standard Prints |
| 10/16/2007 | 7.60 | Standard Prints |
| 10/16/2007 | 1.30 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.60 | Standard Prints |

| Date | Amount | Description |
|------|-------|-------------|
| 10/16/2007 | 0.90 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.50 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 0.40 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 3.40 | Standard Prints |
| 10/16/2007 | 4.80 | Standard Prints |
| 10/16/2007 | 0.40 | Standard Prints |
| 10/16/2007 | 0.60 | Standard Prints |
| 10/16/2007 | 0.80 | Standard Prints |
| 10/16/2007 | 0.80 | Standard Prints |
| 10/16/2007 | 6.80 | Standard Prints |
| 10/16/2007 | 6.70 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 4.50 | Standard Prints |
| 10/16/2007 | 1.70 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 1.70 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 4.50 | Standard Prints |
| 10/16/2007 | 6.80 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/16/2007 | 0.60 | Standard Prints |
| 10/16/2007 | 0.60 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.60 | Standard Prints |
| 10/16/2007 | 0.30 | Standard Prints |
| 10/16/2007 | 0.30 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.60 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 1.40 | Standard Prints |
| 10/16/2007 | 1.80 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 2.40 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 4.50 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 4.30 | Standard Prints |
| 10/16/2007 | 4.40 | Standard Prints |
| 10/16/2007 | 2.10 | Standard Prints |
| 10/16/2007 | 3.70 | Standard Prints |
| 10/16/2007 | 3.50 | Standard Prints |
| 10/16/2007 | 3.50 | Standard Prints |
| 10/16/2007 | 4.00 | Standard Prints |
| 10/16/2007 | 2.50 | Standard Prints |
| 10/16/2007 | 2.70 | Standard Prints |
| 10/16/2007 | 3.10 | Standard Prints |
| 10/16/2007 | 3.30 | Standard Prints |
| 10/16/2007 | 3.70 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 3.30 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 2.90 | Standard Prints |
| 10/16/2007 | 3.30 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 2.90 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 3.30 | Standard Prints |
| 10/16/2007 | 0.50 | Standard Prints |
| 10/16/2007 | 0.60 | Standard Prints |
| 10/16/2007 | 2.80 | Standard Prints |
| 10/16/2007 | 2.80 | Standard Prints |
| 10/16/2007 | 2.80 | Standard Prints |
| 10/16/2007 | 4.00 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 3.90 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 2.80 | Standard Prints |
| 10/16/2007 | 2.80 | Standard Prints |
| 10/16/2007 | 2.80 | Standard Prints |
| 10/16/2007 | 2.80 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 4.80 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.40 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.40 | Standard Prints |
| 10/16/2007 | 1.20 | Standard Prints |
| 10/16/2007 | 3.40 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.30 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.20 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.80 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 1.30 | Standard Prints |
| 10/16/2007 | 1.80 | Standard Prints |
| 10/16/2007 | 2.10 | Standard Prints |
| 10/16/2007 | 2.10 | Standard Prints |
| 10/16/2007 | 1.40 | Standard Prints |
| 10/16/2007 | 1.90 | Standard Prints |
| 10/16/2007 | 0.40 | Standard Prints |
| 10/16/2007 | 1.30 | Standard Prints |
| 10/16/2007 | 0.60 | Standard Prints |
| 10/16/2007 | 0.80 | Standard Prints |
| 10/16/2007 | 1.80 | Standard Prints |
| 10/16/2007 | 0.70 | Standard Prints |
| 10/16/2007 | 1.40 | Standard Prints |
| 10/16/2007 | 1.00 | Standard Prints |
| 10/16/2007 | 2.30 | Standard Prints |
| 10/16/2007 | 1.30 | Standard Prints |
| 10/16/2007 | 2.30 | Standard Prints |
| 10/16/2007 | 1.40 | Standard Prints |
| 10/16/2007 | 1.90 | Standard Prints |
| 10/16/2007 | 1.10 | Standard Prints |
| 10/16/2007 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|-------|-------------|
| 10/16/2007 | 0.10 | Standard Prints |
| 10/16/2007 | 0.75 | Scanned Images |
| 10/16/2007 | 0.75 | Scanned Images |
| 10/16/2007 | 0.75 | Scanned Images |
| 10/16/2007 | 1.65 | Scanned Images |
| 10/16/2007 | 1.50 | Scanned Images |
| 10/16/2007 | 1.05 | Scanned Images |
| 10/16/2007 | 1.20 | Scanned Images |
| 10/16/2007 | 0.90 | Scanned Images |
| 10/16/2007 | 0.15 | Scanned Images |
| 10/16/2007 | 0.15 | Scanned Images |
| 10/16/2007 | 0.15 | Scanned Images |
| 10/16/2007 | 0.15 | Scanned Images |
| 10/16/2007 | 1.80 | Scanned Images |
| 10/17/2007 | 34.50 | Standard Prints |
| 10/17/2007 | 1.90 | Standard Prints |
| 10/17/2007 | 5.40 | Standard Copies or Prints |
| 10/17/2007 | 0.20 | Standard Prints |
| 10/17/2007 | 1.40 | Standard Prints |
| 10/17/2007 | 0.90 | Standard Prints |
| 10/17/2007 | 2.00 | Standard Prints |
| 10/17/2007 | 2.10 | Standard Prints |
| 10/17/2007 | 1.20 | Standard Prints |
| 10/17/2007 | 1.60 | Standard Prints |
| 10/17/2007 | 1.70 | Standard Prints |
| 10/17/2007 | 0.60 | Standard Prints |
| 10/17/2007 | 18.90 | Standard Prints |
| 10/17/2007 | 0.10 | Standard Prints |
| 10/17/2007 | 7.20 | Standard Prints |
| 10/17/2007 | 29.32 | Outside Messenger Services,  MR. ALEX KARAN |
| 10/18/2007 | 6.90 | Standard Prints |
| 10/18/2007 | 0.20 | Standard Prints |
| 10/18/2007 | 0.20 | Standard Prints |
| 10/18/2007 | 0.10 | Standard Prints |
| 10/18/2007 | 0.10 | Standard Prints |
| 10/18/2007 | 11.20 | Standard Prints |
| 10/18/2007 | 1.10 | Standard Prints |
| 10/18/2007 | 0.90 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/18/2007 | 10.00 | Standard Prints |
| 10/18/2007 | 7.50 | Standard Prints |
| 10/18/2007 | 5.50 | Standard Prints |
| 10/18/2007 | 1.50 | Standard Prints |
| 10/18/2007 | 19.50 | Standard Prints |
| 10/18/2007 | 1.40 | Standard Prints |
| 10/18/2007 | 0.50 | Standard Prints |
| 10/18/2007 | 1.50 | Standard Prints |
| 10/18/2007 | 39.60 | Scanned Images |
| 10/18/2007 | 16.65 | Scanned Images |
| 10/18/2007 | 60.90 | Scanned Images |
| 10/18/2007 | 31.95 | Scanned Images |
| 10/18/2007 | 28.65 | Scanned Images |
| 10/18/2007 | 15.30 | Scanned Images |
| 10/18/2007 | 29.01 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/18/2007 | 186.33 | WILLIAMS LEA INC - Outside Copy/Binding Services Witness Files |
| 10/19/2007 | 0.60 | Standard Prints |
| 10/19/2007 | 3.90 | Standard Prints |
| 10/19/2007 | 6.30 | Standard Prints |
| 10/19/2007 | 1.30 | Standard Copies or Prints |
| 10/19/2007 | 146.00 | Standard Copies or Prints |
| 10/19/2007 | 133.70 | Standard Copies or Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 0.10 | Standard Prints |
| 10/19/2007 | 4.20 | Binding |
| 10/19/2007 | 1.40 | Binding |
| 10/19/2007 | 1.40 | Binding |
| 10/19/2007 | 4.80 | Tabs/Indexes/Dividers |
| 10/19/2007 | 12.80 | Tabs/Indexes/Dividers |
| 10/19/2007 | 12.80 | Tabs/Indexes/Dividers |
| 10/19/2007 | 21.00 | CD-ROM Master |

| Date | Amount | Description |
|------|--------|-------------|
| 10/19/2007 | 75.00 | Laurence Urgenson, Working Group Meal/K&E & Others, Washington, DC, 10/19/07, (Conference), Lunch for 3 people |
| 10/20/2007 | 0.90 | Standard Copies or Prints |
| 10/20/2007 | 1.80 | Scanned Images |
| 10/22/2007 | 87.90 | Standard Copies or Prints |
| 10/22/2007 | 0.40 | Standard Prints |
| 10/22/2007 | 0.20 | Standard Prints |
| 10/22/2007 | 0.30 | Standard Prints |
| 10/22/2007 | 0.10 | Standard Prints |
| 10/22/2007 | 0.70 | Standard Prints |
| 10/22/2007 | 0.60 | Standard Prints |
| 10/22/2007 | 0.30 | Standard Prints |
| 10/22/2007 | 1.60 | Standard Prints |
| 10/22/2007 | 0.80 | Standard Prints |
| 10/22/2007 | 38.90 | Standard Copies or Prints |
| 10/22/2007 | 3.00 | Standard Prints |
| 10/22/2007 | 0.90 | Scanned Images |
| 10/22/2007 | 29.32 | Outside Messenger Services |
| 10/23/2007 | 0.90 | Standard Copies or Prints |
| 10/23/2007 | 0.50 | Standard Prints |
| 10/23/2007 | 0.50 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.40 | Standard Prints |
| 10/23/2007 | 16.80 | Standard Prints |
| 10/23/2007 | 0.30 | Standard Prints |
| 10/23/2007 | 1.00 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 1.40 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.70 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.70 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.30 | Standard Prints |
| 10/23/2007 | 7.20 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.30 | Standard Prints |
| 10/23/2007 | 1.00 | Standard Prints |
| 10/23/2007 | 1.40 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.20 | Standard Prints |
| 10/23/2007 | 0.10 | Standard Prints |
| 10/23/2007 | 0.70 | Standard Prints |
| 10/23/2007 | 0.40 | Standard Prints |
| 10/23/2007 | 5.70 | Standard Prints |
| 10/23/2007 | 83.40 | Standard Copies or Prints |
| 10/23/2007 | 24.00 | Color Copies or Prints |
| 10/23/2007 | 54.50 | Color Copies or Prints |
| 10/23/2007 | 4.50 | Scanned Images |
| 10/23/2007 | 2.55 | Scanned Images |
| 10/23/2007 | 0.15 | Scanned Images |
| 10/23/2007 | 33.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/23/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/23/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/23/2007 | 26.49 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 1.50 | Standard Copies or Prints |
| 10/24/2007 | 1.20 | Standard Prints |
| 10/24/2007 | 2.80 | Standard Prints |
| 10/24/2007 | 2.80 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/24/2007 | 0.50 | Standard Prints |
| 10/24/2007 | 0.30 | Standard Prints |
| 10/24/2007 | 0.40 | Standard Prints |
| 10/24/2007 | 0.10 | Standard Prints |
| 10/24/2007 | 0.80 | Standard Prints |
| 10/24/2007 | 0.10 | Standard Prints |
| 10/24/2007 | 0.20 | Standard Prints |
| 10/24/2007 | 0.30 | Standard Prints |
| 10/24/2007 | 0.30 | Standard Prints |
| 10/24/2007 | 0.75 | Scanned Images |
| 10/24/2007 | 7.00 | CD-ROM Duplicates |
| 10/24/2007 | 59.79 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 26.45 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 26.54 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/24/2007 | 740.25 | BARRISTER COPY SOLUTIONS LLC - Outside Video Services |
| 10/25/2007 | 72.70 | Standard Copies or Prints |
| 10/25/2007 | 137.00 | Standard Copies or Prints |
| 10/25/2007 | 112.00 | Standard Copies or Prints |
| 10/25/2007 | 1.00 | Standard Copies or Prints |
| 10/25/2007 | 0.50 | Standard Copies or Prints |
| 10/25/2007 | 4.80 | Standard Copies or Prints |
| 10/25/2007 | 0.30 | Standard Copies or Prints |
| 10/25/2007 | 0.40 | Standard Prints |
| 10/25/2007 | 0.40 | Standard Prints |
| 10/25/2007 | 0.20 | Standard Prints |
| 10/25/2007 | 0.20 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.20 | Standard Prints |
| 10/25/2007 | 0.30 | Standard Prints |
| 10/25/2007 | 3.90 | Standard Prints |
| 10/25/2007 | 0.20 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/25/2007 | 4.60 | Standard Prints |
| 10/25/2007 | 0.50 | Standard Prints |
| 10/25/2007 | 1.20 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.20 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 3.00 | Standard Prints |
| 10/25/2007 | 3.70 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 1.10 | Standard Prints |
| 10/25/2007 | 0.10 | Standard Prints |
| 10/25/2007 | 6.20 | Standard Prints |
| 10/25/2007 | 0.90 | Standard Prints |
| 10/25/2007 | 0.50 | Standard Prints |
| 10/25/2007 | 0.60 | Standard Prints |
| 10/25/2007 | 0.90 | Standard Prints |
| 10/25/2007 | 0.60 | Standard Prints |
| 10/25/2007 | 1.10 | Standard Prints |
| 10/25/2007 | 3.90 | Standard Prints |
| 10/25/2007 | 1.10 | Standard Prints |
| 10/25/2007 | 1.10 | Standard Prints |
| 10/25/2007 | 1.00 | Standard Prints |
| 10/25/2007 | 0.40 | Standard Prints |
| 10/25/2007 | 0.90 | Standard Prints |
| 10/25/2007 | 0.90 | Standard Prints |
| 10/25/2007 | 0.50 | Standard Prints |
| 10/25/2007 | 3.90 | Standard Prints |
| 10/25/2007 | 3.90 | Standard Prints |
| 10/25/2007 | 0.30 | Standard Prints NY |
| 10/25/2007 | 2,674.45 | WILLIAMS LEA INC - Outside Copy/Binding Services MULTIPLE WITNESS FILES |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/26/2007 | 48.80 | Standard Copies or Prints |
| 10/26/2007 | 0.30 | Standard Copies or Prints |
| 10/26/2007 | 0.10 | Standard Prints |
| 10/26/2007 | 0.10 | Standard Prints |
| 10/26/2007 | 0.10 | Standard Prints |
| 10/26/2007 | 4.80 | Standard Prints |
| 10/26/2007 | 0.20 | Standard Prints |
| 10/26/2007 | 5.60 | Standard Prints |
| 10/26/2007 | 0.70 | Standard Prints |
| 10/26/2007 | 5.00 | Standard Prints |
| 10/26/2007 | 0.70 | Standard Prints |
| 10/26/2007 | 0.40 | Standard Prints |
| 10/26/2007 | 1.40 | Standard Prints |
| 10/26/2007 | 59.00 | Color Prints |
| 10/26/2007 | 62.00 | Color Prints |
| 10/26/2007 | 63.00 | Color Prints |
| 10/26/2007 | 65.00 | Color Prints |
| 10/26/2007 | 50.00 | Color Prints |
| 10/26/2007 | 11.00 | Color Prints |
| 10/26/2007 | 24.00 | Color Prints |
| 10/26/2007 | 117.00 | Color Prints |
| 10/26/2007 | 0.30 | Scanned Images |
| 10/29/2007 | 1.20 | Standard Copies or Prints |
| 10/29/2007 | 20.30 | Standard Copies or Prints |
| 10/29/2007 | 1.00 | Standard Copies or Prints |
| 10/29/2007 | 16.70 | Standard Prints |
| 10/29/2007 | 0.40 | Standard Prints |
| 10/29/2007 | 0.10 | Standard Prints |
| 10/29/2007 | 0.10 | Standard Prints |
| 10/29/2007 | 0.10 | Standard Prints |
| 10/29/2007 | 0.60 | Standard Prints |
| 10/29/2007 | 0.20 | Standard Prints |
| 10/29/2007 | 0.40 | Standard Prints |
| 10/29/2007 | 0.50 | Standard Prints |
| 10/29/2007 | 2.40 | Standard Prints |
| 10/29/2007 | 97.20 | Standard Prints |
| 10/29/2007 | 0.10 | Standard Prints |
| 10/29/2007 | 6.00 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/29/2007 | 4.70 | Standard Prints |
| 10/29/2007 | 0.10 | Standard Prints |
| 10/29/2007 | 0.10 | Standard Prints |
| 10/29/2007 | 0.90 | Standard Prints |
| 10/29/2007 | 0.60 | Standard Prints |
| 10/29/2007 | 0.20 | Standard Prints |
| 10/29/2007 | 0.30 | Standard Prints |
| 10/29/2007 | 0.50 | Standard Prints |
| 10/29/2007 | 0.40 | Standard Prints |
| 10/29/2007 | 1.10 | Standard Prints |
| 10/29/2007 | 1.00 | Standard Prints |
| 10/29/2007 | 1.80 | Standard Prints |
| 10/29/2007 | 41.13 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/29/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/29/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/29/2007 | 19.60 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/29/2007 | 19.61 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/30/2007 | 17.80 | Standard Copies or Prints |
| 10/30/2007 | 2.10 | Standard Prints |
| 10/30/2007 | 6.80 | Standard Prints |
| 10/30/2007 | 2.20 | Standard Prints |
| 10/30/2007 | 1.30 | Standard Prints |
| 10/30/2007 | 0.90 | Standard Prints |
| 10/30/2007 | 0.40 | Standard Prints |
| 10/30/2007 | 0.80 | Standard Prints |
| 10/30/2007 | 16.60 | Standard Prints |
| 10/30/2007 | 0.20 | Standard Prints |
| 10/30/2007 | 1.30 | Standard Prints |
| 10/30/2007 | 0.60 | Standard Prints |
| 10/30/2007 | 0.60 | Standard Prints |
| 10/30/2007 | 3.60 | Standard Prints |
| 10/30/2007 | 0.20 | Standard Prints |
| 10/30/2007 | 1.30 | Standard Prints |
| 10/30/2007 | 0.10 | Standard Prints |
| 10/30/2007 | 1.30 | Standard Prints |
| 10/30/2007 | 2.10 | Standard Prints |
| 10/30/2007 | 0.60 | Standard Prints |
| 10/30/2007 | 0.60 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 10/30/2007 | 0.10 | Standard Prints |
| 10/30/2007 | 0.80 | Standard Prints |
| 10/30/2007 | 2.40 | Standard Prints |
| 10/30/2007 | 0.90 | Standard Prints |
| 10/30/2007 | 3.00 | Standard Prints |
| 10/30/2007 | 0.90 | Standard Prints |
| 10/30/2007 | 3.75 | Standard Prints NY |
| 10/30/2007 | 3.90 | Standard Prints NY |
| 10/30/2007 | 0.30 | Standard Prints NY |
| 10/30/2007 | 0.30 | Standard Prints NY |
| 10/30/2007 | 940.82 | WILLIAMS LEA - Outside Copy/Binding Services BW COPIES; TABS; COLOR COPIES |
| 10/30/2007 | 425.23 | WILLIAMS LEA - Outside Copy/Binding Services BW COPIES; CUSTOM TQBS; COLOR COPIES |
| 10/31/2007 | 211.10 | Standard Copies or Prints |
| 10/31/2007 | 6.50 | Standard Prints |
| 10/31/2007 | 6.80 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.80 | Standard Prints |
| 10/31/2007 | 0.50 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.10 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 1.10 | Standard Prints |
| 10/31/2007 | 1.60 | Standard Prints |
| 10/31/2007 | 1.60 | Standard Prints |
| 10/31/2007 | 2.20 | Standard Prints |
| 10/31/2007 | 0.60 | Standard Prints |
| 10/31/2007 | 4.60 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.30 | Standard Prints |
| 10/31/2007 | 0.60 | Standard Prints |
| 10/31/2007 | 0.70 | Standard Prints |
| 10/31/2007 | 0.40 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 0.90 | Standard Prints |
| 10/31/2007 | 1.80 | Standard Prints |
| 10/31/2007 | 0.20 | Standard Copies or Prints |
| 10/31/2007 | 67.90 | Standard Copies or Prints |
| 10/31/2007 | 0.20 | Standard Copies or Prints |
| 10/31/2007 | 17.10 | Standard Copies or Prints |
| 10/31/2007 | 77.20 | Standard Copies or Prints |
| 10/31/2007 | 38.22 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/31/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/31/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/31/2007 | 24.50 | Fed Exp from:WASHINGTON,DC to:JOHN ROMAIN |
| 10/31/2007 | 151.19 | BARRISTER COPY SOLUTIONS LLC - Outside Video Services BATES LABELS- COPYING-MEDIUM LITIGATION |
| 10/31/2007 | 1,212.95 | WILLIAMS LEA - Outside Copy/Binding Services BW COPIES; CUSTOM TABS; COLOR COPIES |
| 10/31/2007 | 19.61 | RED TOP CAB COMPANY - Overtime Transportation 10/16/07, J. Wood |
| 10/31/2007 | 16.92 | RED TOP CAB COMPANY - Overtime Transportation 10/16/07, P. King |
| 10/31/2007 | 65.44 | RED TOP CAB COMPANY - Overtime Transportation 10/16/07, T. Mace |
| Total: | 27,892.98 | |

## Matter 58 – Criminal Travel Matter, No Third Parties – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $27.78 |
| Local Transportation | $124.00 |
| Travel Expense | $2,200.00 |
| Airfare | $4,191.90 |
| Transportation to/from airport | $669.72 |
| Travel Meals | $408.08 |
| Other Travel Expenses | $125.52 |
| **Total:** | **$7,747.00** |

## Matter 58 – Criminal Travel Matter, No Third Parties – Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/3/2007 | 20.00 | Walter Lancaster, Cabfare, Chicago, IL, 09/03/07, (Conference) |
| 9/3/2007 | 250.00 | Walter Lancaster, Hotel, Chicago, IL, 09/03/07, (Conference) |
| 9/3/2007 | 323.40 | Walter Lancaster, Airfare, Chicago, IL, 09/03/07 to 09/03/07, (Conference) |
| 9/4/2007 | 20.00 | Walter Lancaster, Cabfare, Chicago, IL, 09/04/07, (Conference) |
| 9/4/2007 | 250.00 | Walter Lancaster, Hotel, Chicago, IL, 09/04/07, (Conference) |
| 9/4/2007 | 12.29 | Walter Lancaster, Travel Meal, Chicago, IL 09/04/07, (Conference), Lunch |
| 9/4/2007 | 33.46 | Walter Lancaster, Travel Meal, Chicago, IL 09/04/07, (Conference), Dinner |
| 9/4/2007 | 15.00 | Walter Lancaster, Travel Meal, Chicago, IL 09/04/07, (Conference), Breakfast |
| 9/5/2007 | 229.75 | Walter Lancaster, Airfare, Chicago, IL, 09/05/07 to 09/05/07, (Conference) |
| 9/5/2007 | 15.00 | Walter Lancaster, Travel Meal, Chicago, IL 09/05/07, (Conference), Breakfast |
| 10/2/2007 | 4.00 | F. Ackerman, Metra/Public Transportation, Boston, MA, 10/02/07, (Client Conference) |
| 10/2/2007 | 540.99 | F. Ackerman, Airfare, Boston, MA, 10/02/07 to 10/03/07, (Conference) |
| 10/2/2007 | 95.52 | F. Ackerman, Transportation To/From Airport, Boston, MA, 10/02/07, (Conference) |
| 10/2/2007 | 20.00 | F. Ackerman, Travel Meal, Boston, MA, 10/02/07, (Client Conference), Lunch |
| 10/2/2007 | 37.91 | F. Ackerman, Travel Meal, Boston, MA, 10/02/07, (Client Conference), Dinner |
| 10/2/2007 | 13.65 | F. Ackerman, Travel Meal, Boston, MA, 10/02/07, (Client Conference), Breakfast |
| 10/3/2007 | 615.80 | F. Ackerman, Airfare, Los Angeles, CA, 10/08/07 to 10/10/07, (Conference) |
| 10/3/2007 | 30.00 | F. Ackerman, Parking, Los Angeles, CA, 10/03/07, (Client Conference), Parking at LAX |
| 10/8/2007 | 250.00 | F. Ackerman, Hotel, Seattle, WA, 10/08/07, (Conference) |
| 10/8/2007 | 124.81 | F. Ackerman, Transportation To/From Airport, Los Angeles, CA, 10/08/07, (Conference) |
| 10/8/2007 | 14.38 | F. Ackerman, Travel Meal, Seattle, WA, 10/08/07, (Conference), Dinner |
| 10/9/2007 | 250.00 | F. Ackerman, Hotel, Seattle, WA, 10/09/07, (Conference) |
| 10/9/2007 | 15.00 | F. Ackerman, Travel Meal, Seattle, WA, 10/09/07, (Conference), Breakfast |

| Date | Amount | Description |
|------|--------|-------------|
| 10/10/2007 | 164.00 | METRO EXECUTIVE TRANSPORTATION SERVICE - Transportation to/from airport - 10/10/07 F. Ackerman from LAX to K&E Office |
| 10/10/2007 | 113.91 | F. Ackerman, Transportation To/From Airport, Los Angeles, CA, 10/10/07, (Conference) |
| 10/10/2007 | 50.00 | F. Ackerman, Travel Meal, Seattle, WA, 10/09/07, (Conference), Dinner |
| 10/10/2007 | 15.00 | F. Ackerman, Travel Meal, Seattle, WA, 10/10/07, (Conference), Breakfast |
| 10/12/2007 | 843.80 | F. Ackerman, Airfare, Los Angeles, CA, 10/16/07 to 10/18/07, (Conference) |
| 10/15/2007 | 1,137.14 | Alex Karan, Airfare, Washington, DC, 10/17/07 to 10/18/07, (Conference) |
| 10/15/2007 | 501.02 | Alex Karan, Airfare, Washington, DC, 10/22/07 to 10/23/07, (Conference) |
| 10/16/2007 | 300.00 | F. Ackerman, Hotel, Washington, DC, 10/16/07, (Conference) |
| 10/16/2007 | 120.00 | METRO EXECUTIVE TRANSPORTATION SERVICE - Transportation to/from airport - 10/16/07 F. Ackerman from K&E Office to LAX |
| 10/16/2007 | 25.00 | F. Ackerman, Travel Meal, Los Angeles, CA, 10/16/07, (Conference), Lunch |
| 10/17/2007 | 10.95 | Alex Karan, Internet Access, Hotel, 10/17/07-10/18/07, (Conference) |
| 10/17/2007 | 20.00 | F. Ackerman, Cabfare, Washington, DC, 10/17/07, (Conference) |
| 10/17/2007 | 10.00 | F. Ackerman, Cabfare, Washington, DC, 10/17/07, (Conference) |
| 10/17/2007 | 300.00 | Alex Karan, Hotel, Washington, DC, 10/17/07, (Conference) |
| 10/17/2007 | 300.00 | F. Ackerman, Hotel, Washington, DC, 10/17/07, (Conference) |
| 10/17/2007 | 20.00 | Alex Karan, Transportation to/from Airport, Washington DC, 10/17/07, (Conference), Airport to hotel |
| 10/17/2007 | 50.00 | Alex Karan, Travel Meal, Washington, DC, 10/17/07, (Conference), Dinner |
| 10/17/2007 | 15.00 | F. Ackerman, Travel Meal, Washington, DC, 10/17/07, (Conference), Breakfast |
| 10/17/2007 | 14.72 | F. Ackerman, Travel Meal, Washington, DC, 10/17/07, (Conference), Lunch |
| 10/18/2007 | 20.00 | Alex Karan, Cabfare, Washington DC, 10/18/07, (Conference) |
| 10/18/2007 | 10.00 | F. Ackerman, Cabfare, Washington, DC, 10/18/07, (Conference) |
| 10/18/2007 | 127.00 | METRO EXECUTIVE TRANSPORTATION SERVICE - Transportation to/from airport - 10/18/07 F. Ackerman Lax to home |
| 10/18/2007 | 15.00 | Alex Karan, Travel Meal, Washington, DC, 10/18/07, (Conference), Breakfast |

| Date | Amount | Description |
|---|---|---|
| 10/18/2007 | 5.17 | Alex Karan, Travel Meal, Washington, DC, 10/18/07, (Conference), Dinner |
| 10/18/2007 | 11.50 | F. Ackerman, Travel Meal, Washington, DC, 10/18/07, (Conference), Lunch |
| 10/18/2007 | 15.00 | F. Ackerman, Travel Meal, Washington, DC, 10/18/07, (Conference), Breakfast |
| 10/22/2007 | 10.95 | Alex Karan, Internet Access, Hotel, 10/22/07-10/23/07, (Conference) |
| 10/22/2007 | 20.00 | Alex Karan, Cabfare, Chicago, IL, 10/22/07, (Conference) |
| 10/22/2007 | 300.00 | Alex Karan, Hotel, Washington, DC, 10/22/07, (Conference) |
| 10/23/2007 | 5.88 | Alex Karan, Long Distance Service, Hotel, 10/23/07, (Conference) |
| 10/23/2007 | 15.00 | Alex Karan, Travel Meal, Washington, DC, 10/23/07, (Conference), Breakfast |
| Total: | 7,747.00 | |