IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 19, 2007 at 4:00 p.m. |

**SEVENTY-SECOND MONTHLY APPLICATION OF
BUCHANAN INGERSOLL & ROONEY PC,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll & Rooney PC |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | October 1, 2007 through October 31, 2007 |
| Amount of fees to be approved as actual, reasonable and necessary: | $22,090.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $66.90 |

This is a(n): ___ interim      ___ final application.      _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

## Prior Monthly Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |
| 2/27/04 5187 | 12/26/03 through 1/31/04 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 3/24/04 |
| 4/6/04 5403 | 2/1/04 through 2/29/04 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 4/28/04 |
| 4/25/04 5502 | 3/1/04 through 3/31/04 | $12,715.00/ $1,402.19 | $10,172.00/ $1,402.19 | 5616 5/19/04 |
| 5/28/04 5656 | 4/1/04 through 4/30/04 | $8,492.50/ $782.53 | $6,794.00/ $782.53 | 5844 6/21/04 |
| 6/28/04 5883 | 5/1/04 though 5/31/04 | $16,891.00/ $180.37 | $13,512.80/ $180.37 | 5996 7/20/04 |
| 7/29/04 6061 | 6/1/04 through 6/30/04 | $30,666.50/ $1,008.14 | $24,533.50/ $1,008.14 | 6223 8/20/04 |
| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |

| | | | | |
|---|---|---|---|---|
| 9/28/04<br>6485 | 8/1/04 through<br>8/31/04 | $20,512.00/<br>$1,821.42 | $16,409.60/<br>$1,821.42 | 6780<br>10/28/04 |
| 10/28/04<br>6779 | 9/1/04 through<br>9/30/04 | $20,634.50/<br>$1,231.46 | $16,076.60/<br>$1,231.46 | 7001<br>11/19/04 |
| 11/30/04<br>7063 | 10/1/04 through<br>10/31/04 | $20,982.00/<br>$144.74 | $16,785.60/<br>$144.74 | 7327<br>12/22/04 |
| 12/28/04<br>7381 | 11/1/04 through<br>11/30/04 | $26,383.00<br>$1,843.03 | $21,106.40<br>$1,843.03 | 7600<br>1/20/05 |
| 1/28/05<br>7640 | 12/1/04 through<br>12/25/04 | $27,170.50<br>$457.47 | $21,736.40<br>$457.47 | 7852<br>2/22/05 |
| 3/3/05<br>7940 | 12/26/04 though<br>1/31/05 | $25,021.50<br>$1,466.97 | $20,017.20<br>$1,466.97 | 8127<br>3/28/05 |
| 4/1/05<br>8153 | 2/1/05 through<br>2/28/05 | $21,980.00<br>$240.36 | $17,584.00<br>$240.36 | 8291<br>4/27/05 |
| 5/6/05<br>8379 | 3/1/05 through<br>3/31/05 | $13,210.50<br>$138.07 | $10,568.40<br>$138.07 | 8528<br>5/31/05 |
| 5/31/05<br>8529 | 4/1/05 through<br>4/30/05 | $13,310.00<br>$450.86 | $10,648.00<br>$450.86 | 8668<br>6/22/05 |
| 6/28/05<br>8693 | 5/1/05 through<br>5/31/05 | $22,543.00<br>$113.87 | $18,034.40<br>$113.87 | 9032<br>7/20/05 |
| 7/28/05<br>9100 | 6/1/05 through<br>6/30/05 | $22,083.00<br>$349.11 | $17,666.40<br>$349.11 | 9226<br>8/22/05 |
| 8/29/05<br>9278 | 7/1/05 though<br>7/31/05 | $22,038.00<br>$701.59 | $17,630.40<br>$701.59 | 9485<br>9/22/05 |
| 9/29/05<br>9527 | 8/1/05 through<br>8/31/05 | $11,890.50<br>$134.58 | $9,512.40<br>$134.58 | 9923<br>10/21/05 |
| 10/31/05<br>10931 | 9/1/05 though<br>9/30/05 | $20,681.00<br>$115.56 | $16,544.80<br>$115.56 | 11163<br>11/28/05 |
| 11/29/05<br>11194 | 10/1/05 through<br>10/31/05 | $28,006.50<br>$73.99 | $22,405.20<br>$73.99 | 11406<br>12/22/05 |
| 12/29/05<br>11455 | 11/1/05 through<br>11/30/05 | $17,553.00<br>$186.38 | $14,042.40<br>$186.38 | 11600<br>1/20/06 |

| | | | | |
|---|---|---|---|---|
| 1/30/06<br>11648 | 12/1/05 through<br>12/25/05 | $17,414.00<br>$379.30 | $13,931.20<br>$379.30 | 11873<br>2/22/06 |
| 3/1/06<br>11915 | 12/26/05 through<br>1/31/06 | $30,980.50<br>$509.09 | $24,784.40<br>$509.09 | 12111<br>3/23/06 |
| 3/30/06<br>12170 | 2/1/06 through<br>2/28/06 | $28,430.50<br>$84.70 | $22,744.40<br>$84.70 | 12292<br>4/21/06 |
| 5/1/06<br>12343 | 3/1/06 through<br>3/31/06 | $24,901.00<br>$163.54 | $19,920.80<br>$163.54 | 12511<br>5/25/06 |
| 5/30/06<br>12540 | 4/1/06 through<br>4/30/06 | $10,137.50<br>$65.09 | $8,110.00<br>$65.09 | 12695<br>6/21/06 |
| 6/29/06<br>12729 | 5/1/06 through<br>5/31/06 | $12,474.50<br>$81.34 | $9,979.60<br>$81.34 | 12844<br>7/24/06 |
| 8/1/06<br>12892 | 6/1/06 through<br>6/30/06 | $15,638.00<br>$147.53 | $12,510.40<br>$147.53 | 13050<br>8/23/06 |
| 8/30/06<br>13104 | 7/1/06 through<br>7/31/06 | $17,633.00<br>$82.59 | $14,106.40<br>$82.59 | 13289<br>9/22/06 |
| 9/29/06<br>13325 | 8/1/06 through<br>8/31/06 | $23,103.50<br>$6,845.83 | $18,482.80<br>$6,845.83 | 13442<br>10/23/06 |
| 10/30/06<br>13514 | 9/1/06 through<br>9/30/06 | $27,703.50<br>$1,343.06 | $22,162.80<br>$1,343.06 | 13737<br>11/22/06 |
| 11/29/06<br>13821 | 10/1/06 through<br>10/31/06 | $24,632.50<br>$108.44 | $19,706.00<br>$108.44 | 14080<br>12/20/06 |
| 1/3/07<br>14208 | 11/1/06 through<br>11/30/06 | $44,508.00<br>$22.50 | $35,606.40<br>$22.50 | 14403<br>1/26/07 |
| 1/29/07<br>14413 | 12/1/06 through<br>12/31/06 | $39,617.50<br>$34.20 | $31,694.40<br>$34.20 | 14638<br>2/21/07 |
| 3/1/07<br>14712 | 1/1/07 through<br>1/31/07 | $48,255.50<br>$91.43 | $38,604.40<br>$91.43 | 14941<br>3/23/07 |
| 3/29/07<br>15018 | 2/1/07 through<br>2/28/07 | $39,667.50<br>$110.85 | 31,734.00<br>$110.85 | 15260<br>4/20/07 |
| 4/30/07<br>15431 | 3/1/07 through<br>3/31/07 | $46,393.00<br>$701.33 | $37,114.40<br>$701.33 | 15798<br>5/23/07 |

| 5/29/07 | 4/1/07 through | $40,135.00 | $32,108.00 | 16119 |
| 15858 | 4/30/07 | $242.35 | $242.35 | 6/21/07 |
| 6/29/07 | 5/1/07 through | $39,579.00 | $31,663.20 | 16355 |
| 16191 | 5/31/07 | $75.00 | $75.00 | 7/23/07 |
| 7/30/07 | 6/1/07 through | $33,919.50 | $27,135.60 | 16615 |
| 16423 | 6/30/07 | $62.60 | $62.60 | 8/23/07 |
| 8/29/07 | 7/1/07 through | $28,642.00 | $22,913.60 | 16881 |
| 16880 | 7/31/07 | $115.80 | $115.80 | 9/20/07 |
| 10/3/07 | 8/1/07 through | $11,360.00 | $9,088.00 | 17155 |
| 16982 | 8/31/07 | $47.62 | $47.62 | 10/25/07 |
| 10/29/07 | 9/1/07 through | $13,485.50 | $10,788.40 | 17420 |
| 17176 | 9/30/07 | $377.93 | $377.93 | 11/21/07 |

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---:|---:|---:|
| Teresa K.D. Currier | $500 | 32.4 | $16,200.00 |
| Melissa N. Flores | $165 | 35.7 | $5,890.50 |
| **TOTAL** | | **68.1** | **$22,090.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.8 | $1,400.00 |
| Business Operations | 1.5 | $750.00 |
| Case Administration | 12.2 | $2,850.50 |
| Claims Analysis Obj. & Resolution (Asbestos) | 2.2 | $1,100.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | .3 | $150.00 |
| Fee Applications, Applicant | 12.7 | $2,430.50 |
| Fee Applications, Others | 15.6 | $3,009.50 |
| Hearings | .6 | $300.00 |
| Litigation and Litigation Consulting | 20.2 | $10,100.00 |
| **TOTAL** | **68.1** | **$22,090.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $66.90 |
| **TOTAL** | **$66.90** |

BUCHANAN INGERSOLL & ROONEY
A Professional Corporation

By:   /s/ Teresa K.D. Currier
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: November 29, 2007