# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 13, 2007
MATTER : 0066609-000002
INVOICE : 10060543

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07   6548

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/22/07 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Motion Of Debtors For Entry Of An Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By CHP Associates, Inc., Represented By Motley Rice LLC, and all attachments to settlement motion | .40 |
| 10/24/07 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Motion Of Debtors For Entry Of An Order Authorizing Settlement Of An Asbestos Property Claim Filed By The Church Of The Most Holy Redeemer, Represented By Motley Rice LLC and settlement agreement | .30 |
| 10/25/07 | TC | Reviewed Motion Of Debtors For Entry Of An Order Authorizing Settlement Of An Asbestos Property Claims Filed By The State of Washington, Represented By Motley Rice LLC and all accompanying documents including the settlement agreement for this claim | .40 |
| 10/25/07 | TC | Reviewed Motion Of Debtors For Entry Of An Order Authorizing Settlement Of An Asbestos Property Claims Filed By Fargo Housing And Redevelopment, Represented By Motley Rice LLP and all accompanying documents including the settlement agreement for this claim | .40 |
| 10/25/07 | TC | Reviewed Motion Of Debtors For Entry Of An Order Authorizing Settlement Of An Asbestos Property Claims Filed By The Catholic Diocese Of Little Rock, Represented By Motley Rice LLP and all accompanying documents including the settlement agreement for this claim | .30 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 13, 2007
MATTER : 0066609-000002
INVOICE : 10060543

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07   6548

RE:  ASSET DISPOSITION

| | | | |
|---|---|---|---:|
| 10/25/07 | TC | Reviewed Motion Of Debtors For Entry Of An Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By The Church Of St. Helena Of Minneapolis, Represented By Motley Rice LLP and all accompanying documents including the settlement agreement for this claim | .30 |
| 10/25/07 | TC | Reviewed Motion Of Debtors For Entry Of An Order Authorizing Settlement Of Asbestos Property Damage Claims Filed By The Port Of Seattle, Represented By Motley Rice LLP and all accompanying documents including the settlement agreement for this claim | .30 |
| 10/25/07 | TC | Reviewed Motion Of Debtors For Entry Of An Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By The American Legion, Represented By Motley Rice LLP and all accompanying documents | .20 |
| 10/31/07 | TC | Reviewed Debtors' Twenty-Fifth Quarterly Report Of Asset Sales From July 1, 2007 Through September 30, 2007 In Accordance With That Certain Order Establishing Procedures For The Sale Or Abandonment Of De Minimis Assets | .10 |
| 10/31/07 | TC | Reviewed Debtors' Twenty-Fifth Quarterly Report Of Settlements From July 1, 2007 Through September 30, 2007 In Accordance With That Certain Amended Order Authorizing And Approving An Omnibus Procedure For Settling Certain Claims And Causes Of Action Brought By Or Against The Debtors In A Judicial, Administrative, Arbitral Or Other Action Or Proceeding | .10 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER :  0066609-000002
INVOICE : 10060543

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  ASSET DISPOSITION

## T I M E   S U M M A R Y
-----------------------

|             |        | RATE   | HOURS  | TOTALS   |
|-------------|--------|--------|--------|----------|
| T. Currier  |        | 500.00 | 2.80   | 1400.00  |
|             | TOTALS |        | 2.80   | 1400.00  |

TOTAL FEES :                          1,400.00

TOTAL DUE  :                          1,400.00

# Buchanan Ingersoll & Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 13, 2007
                                              MATTER :  0066609-000003
                                              INVOICE : 10060544


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07   6548

    RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/04/07 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period August 2007 Filed by W.R. Grace & Co., et al. | .50 |
| 10/11/07 | TC | Reviewed debtors' motion for an order authorizing the optimization plan. | .40 |
| 10/31/07 | TC | Reviewed monthly operating report for wrgrace | .60 |

```
                     T I M E   S U M M A R Y
                     -----------------------

                           RATE    HOURS        TOTALS
                           ----    -----        ------

    T. Currier            500.00    1.50        750.00
                   TOTALS            1.50        750.00


                   TOTAL FEES :                         750.00


                   TOTAL DUE  :                         750.00
```

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER : 0066609-000004
INVOICE : 10060545

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/02/07 | MNF | Reviewed alll ECF Filings in the case as part of docket control; reviewed agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/03/07 | MNF | Reviewed alll ECF Filings in the case as part of docket control; reviewed agendas and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/04/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/05/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/08/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/09/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/10/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 13, 2007
MATTER :   0066609-000004
INVOICE : 10060545

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 10/15/07 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 10/17/07 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 10/18/07 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 10/19/07 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 10/22/07 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 10/23/07 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 10/25/07 TC | Reviewed Debtors' Application For Entry Of An Order Authorizing The Employment And Retention Of Deloitte Financial Advisory Services LLP To Provide Certain Due Diligence Services Nunc Pro tunc to October 1, 2007 and all accompanying materials including affidavit of tim hurley | | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER :  0066609-000004
INVOICE : 10060545

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  CASE ADMINISTRATION

| Date | Init | Description | Hours |
|---|---|---|---|
| 10/25/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .70 |
| 10/25/07 | MNF | Emails to and from K.S. at the Bayard Firm re: service update info (0.3); update service lists re: same (0.2) | .50 |
| 10/26/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/30/07 | TC | Call with doug mannal, new attorney at kramer levin on case (0.2), discussed case procedures; forwarded new wrgrace pleadings to doug for his review (0.2); conf with paralegal to set up forwarding procedures (0.2) | .60 |
| 10/30/07 | TC | Forwarded each wrgrace pleading to kramer levin team at their request | .60 |
| 10/30/07 | MNF | T/c with TKDC and Doug Mannel @ Kramer Levin re: status of case and contact info (0.2); update contact info (0.3) | .50 |
| 10/30/07 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/31/07 | TC | Forwarded all wrgrace pleadings to kramer levin team at their request | .50 |
| 10/31/07 | TC | Forwarded all wrgrace pleadings to doug mandall at his request | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   NOVEMBER 13, 2007
MATTER :   0066609-000004
INVOICE :  10060545

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  CASE ADMINISTRATION

| 10/31/07 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
|---|---|---|

```
              T I M E    S U M M A R Y
              -----------------------

                    RATE     HOURS          TOTALS
                    ----     -----          ------

  T. Currier        500.00    2.50          1250.00
  M. Flores         165.00    9.70          1600.50
              TOTALS          12.20         2850.50


              TOTAL FEES :                  2,850.50


              TOTAL DUE  :                  2,850.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 13, 2007
MATTER : 0066609-000005
INVOICE : 10060546

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/03/07 | TC | Reviewed Supplemental Brief in Response to the Court's September 6, 2007 Amended Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims | .40 |
| 10/04/07 | TC | Reviewed Speights & Ryan response to the court's amended order regarding the motion to alter or amend the court's order and memorandum opinion disallowing and expunging 71 claims | .50 |
| 10/08/07 | TC | Reviewed Future Claimants' Representative's Limited Omnibus Objection to Debtors' Motions for Entry of Orders Authorizing Settlement of Asbestos Property Damage Claims Filed by Various Property Damage Claimants Represented by Dies & Hile, LLP and The Prudential Insurance Company of America | .20 |
| 10/08/07 | TC | Reviewed supplemental motion of debtors for an order authorizing settlement of asbestos property damage claim filed by six hundred buidling ltd., and attached settlement agreement | .20 |
| 10/29/07 | TC | Reviewed Debtors' Reply to Anderson Memorial hospital's Supplemental Post-Hearing Memorandum re: Canadian Statute of Limitations | .20 |
| 10/30/07 | TC | Reviewed Order (Continuation) Regarding the Debtors' Eighteenth Omnibus Objection To Claims (Substantive) | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 13, 2007
                                             MATTER :  0066609-000005
                                             INVOICE : 10060546

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

       RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


10/30/07 TC    Reviewed all orders approving all settlements          .50
               with hill and dies claimants

10/30/07 TC    Reviewed Order (Thirty Seventh Continuation)           .10
               Regarding The Relief Sought In Debtors' Fifth
               Omnibus Objection To Claims (Substantive)


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS           TOTALS
                         ----      -----           ------

T. Currier              500.00     2.20            1100.00
                TOTALS             2.20            1100.00


            TOTAL FEES :                              1,100.00


            TOTAL DUE  :                              1,100.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 13, 2007
MATTER : 0066609-000006
INVOICE : 10060547

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/22/07 | TC | Reviewed Omnibus Objection to Claims [Twenty-Fourth (Substantive and Non-Substantive) | .30 |

### TIME SUMMARY

| | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 500.00 | .30 | 150.00 |
| TOTALS | | .30 | 150.00 |

TOTAL FEES :                    150.00

TOTAL DUE  :                    150.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER :   0066609-000011
INVOICE : 10060548

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/07 | MNF | Continue work on 70th monthly fee app of BIR | 1.00 |
| 10/03/07 | TC | Reviewed revised fee application for bir, checked numbers, approved and executed same and notices | .50 |
| 10/03/07 | MNF | E-file and serve 70th monthly fee app of BIR (.8) Convert and send same to fee auditor (.3); Calendar dates (.1) | 1.20 |
| 10/10/07 | MNF | Review September pre-bills and make edits to same; email changes to accounting | 1.00 |
| 10/11/07 | MNF | Review final bills for Sept 2007 | .60 |
| 10/11/07 | MNF | Draft 71st monthly fee app of BIR for Sept 2007 | 1.00 |
| 10/12/07 | MNF | Continue work on 71st monthly fee app of BIR (1.5); Review final bills re: same and discuss same with accting (.5) | 2.00 |
| 10/17/07 | TC | Reviewed fee application and revised same before we need to file it | .50 |
| 10/24/07 | MNF | Review docket re: objections to 70th monthly fee app of BIR (.1); Draft CNO re: same (.5) | .60 |
| 10/24/07 | MNF | Review fee apps re: holdback amounts for BIR; emails to and from B. K. re: same | .60 |
| 10/25/07 | MNF | E-file and serve CNO re: 70th monthly fee app of BIR | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 13, 2007
                                             MATTER :  0066609-000011
                                             INVOICE : 10060548


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

    RE:  FEE APPLICATIONS, APPLICANT


| | | | |
|---|---|---|---|
| 10/26/07 MNF | Draft 26th quarterly fee request of BIR for July-Sept.2007 (1.0); Review fee apps and bills re: same (.5) | | 1.50 |
| 10/29/07 MNF | Continue work on 26th quarterly fee request of BIR for July-Sept. 2007 | | .70 |
| 10/29/07 MNF | E-file and serve 71st monthly fee app of BIR for Sept. 2007 (.6); Scan and send same to fee auditor (.3); Calendar dates (.1) | | 1.00 |


                    T I M E   S U M M A R Y
                    -----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 1.00 | 500.00 |
| M. Flores | 165.00 | 11.70 | 1930.50 |
| TOTALS | | 12.70 | 2430.50 |


                    TOTAL FEES :              2,430.50

                    TOTAL DUE  :              2,430.50


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER :  0066609-000012
INVOICE : 10060549

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/07 | MNF | E-file and serve 73rd monthly fee app of Kramer Levin(.8); convert and send same to fee auditor (.4) | 1.20 |
| 10/02/07 | MNF | Draft Notice re: Quarterly fee request of Lexecon for 8/1/06-9/30/06 (.4); Draft Notice re: Quarterly fee request of Lexecon for 11/1/06-11/30/06 (.4); Draft Notice re: Quarterly fee request of Lexecon for 4/1/07-6/30/07 (.4) | 1.20 |
| 10/02/07 | MNF | E-file and serve Monthly fee apps of Lexecon for August, Sept., Nov. 2006, April, May, June 2007 | 2.00 |
| 10/03/07 | TC | Reviewed four monthly fee application notices for lexecon monthly fees, and approved and executed same | .40 |
| 10/03/07 | MNF | E-file and serve Quarterly fee request of Lexecon for 8/1/06-9/30/06 (.8); E-file and serve Quarterly fee request of Lexecon for 11/1/06-11/30/06(.8)Calendar Dates (.1); E-file and serve Quarterly fee request of Lexecon for 4/1/07-6/1/07 (.8) | 2.50 |
| 10/03/07 | MNF | Draft and e-file AOS re: Quarterly fee app requests of Lexecon | .30 |
| 10/23/07 | TC | Reviewed 8 cno's for Equity Committe's financial advisor, Lexecon's fees, reviewed underlying fee applications to check data, prepared all for filing | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⅍ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER :  0066609-000012
INVOICE : 10060549

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---:|
| 10/23/07 TC | Reviewed kramer levin cno, reviewed underlying fee applications to check data, prepared cno for filing | | .10 |
| 10/23/07 MNF | Review docket re: objections to August 2006, Sept. 2006, Nov. 2006,April 2007, May 2007, and June 2007 monthly fee apps of Lexecon; Draft CNO's re: same | | 1.50 |
| 10/23/07 MNF | Review docket re: obj to 73rd monthly fee app of Kramer Levin; Draft CNO re: same | | .50 |
| 10/24/07 TC | Reviewed more quarterly cnos for lexecon and reviewed underlying quarterly fee applications and executed same in preparation for filing; reviewed buchanan ingersoll & rooney cnos and underlying fee applications and executed same in preparation for filing | | .30 |
| 10/24/07 MNF | E-file and serve CNO re: 73rd monthly fee app of Kramer Levin | | .70 |
| 10/24/07 MNF | E-file and serve August 2006, Sept. 2006, Nov. 2006,April 2007, May 2007, and June 2007 monthly fee apps of Lexecon | | .80 |
| 10/24/07 MNF | Review docket re: objections to Quarterly fee apps of Lexecon (.2); Draft CNO's re: 8/1/06-9/30/06; 11/1/06-11/30/06; and 4/1/07-6/30/07 fee requests(1.1) | | 1.30 |
| 10/25/07 MNF | E-file and serve CNO's re: Quarterly fee apps of Lexecon for 8/1/06-9/30/06; 11/1/06-11/30/06; and 4/1/07-6/30/07 fee requests | | 1.30 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   NOVEMBER 13, 2007
MATTER :   0066609-000012
INVOICE :  10060549

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07   6548

RE:  FEE APPLICATIONS, OTHERS

10/29/07 MNF    E-file and serve 74th monthly fee app of Kramer          1.00
                Levin (.6); Scan and send same to fee
                auditor(.3); calendar dates (.1)

### T I M E   S U M M A R Y
-----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 500.00 | 1.30  | 650.00  |
| M. Flores    |        | 165.00 | 14.30 | 2359.50 |
|              | TOTALS |        | 15.60 | 3009.50 |

TOTAL FEES :                          3,009.50

TOTAL DUE  :                          3,009.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER :  0066609-000014
INVOICE : 10060550

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/16/07 | TC | Notice of Agenda of Matters Scheduled for Hearing 10/25/2007 | .40 |
| 10/25/07 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T. Currier | 500.00 | .60 | 300.00 |
| TOTALS | | .60 | 300.00 |

TOTAL FEES :                300.00

TOTAL DUE  :                300.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 13, 2007
MATTER :   0066609-000015
INVOICE : 10060551

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/03/07 | TC | Reviewed debtor's response in opposition to joint appellants motion to supplement the record on appeal, regarding appeal in the district court on speights and ryan's authority or lack thereof to file proofs of claim | .20 |
| 10/03/07 | TC | Reviewed Order Regarding W.R. Grace & Company's Motions To Compel Discovery Materials From the Celotex Asbestos Settlement Trust, regarding extent of production of electronic discovery | .20 |
| 10/03/07 | TC | Reviewed privileged and confidential report to equity committee summarizing all 17 rebuttal expert reports delivered last week in advance of january estimation trials | .50 |
| 10/04/07 | TC | Reviewed expert report of stephen m. snyder submitted on behalf of the asbestos creditors committee [sic dated september 24, 2007, as part of rebuttal expert portion of estimation trial preparation | 1.90 |
| 10/04/07 | TC | Reviewed expert report of daniel p. myer and mark t. eveland, all attachements, resumes, methodology, as part of rebuttal expert portion of estimation trial preparation | .70 |
| 10/05/07 | TC | Reviewed expert/rebuttal report of joseph radecki regarding inflation rates and discount rates | .40 |
| 10/05/07 | TC | Reviewed jennifer biggs expert rebuttal report | 1.60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚙ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 13, 2007
                                            MATTER :  0066609-000015
                                            INVOICE : 10060551


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

    RE:   LITIGATION AND LITIGATION CONSULTING


| Date | | Description | Hours |
|---|---|---|---|
| 10/05/07 | TC | Briefly reviewed biggs analysis documentation, provided by future claims representative to equity committee | .70 |
| 10/05/07 | TC | Reviewed jacob jacoby expert rebuttal report | 1.20 |
| 10/05/07 | TC | Reviewed expert/rebuttal report of eric stallard as part of estimation process | 1.30 |
| 10/06/07 | TC | Reviewed rebuttal report of dr. letitia chambers of navigant consulting | .80 |
| 10/08/07 | TC | Reviewed official committee of asbestos personal injury claimants designations of the nonexpert witnesses that it intends to call at the asbestos PI Estimation hearing | .10 |
| 10/08/07 | TC | Reviewed motions for relief from stay and notices of hearing scheduled for october 31, 2007, for properties at bolingbrook, murrieta, chicago, alexandria, bronx, oceanside, kelseyville, and chivers lane los angeles | .80 |
| 10/08/07 | TC | Reviewed marshall shapo expert/rebuttal report, delivered to equity committee | 2.20 |
| 10/08/07 | TC | Reviewed jennifer biggs' rebuttal expert report, addressing the reports of dunbar and florence | .80 |
| 10/10/07 | TC | Reviewed libby claimants' designation of record and statement of issues on appeal in district court appeal | .10 |
| 10/10/07 | TC | Reviewed joint appellants reply brief for mission towers v. w.r. grace district court litigation on dismissal by the bankruptcy court's april 17, 2007 order | .40 |

TAX ID. 25-1381032 ∷ INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 13, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 10060551


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

    RE:   LITIGATION AND LITIGATION CONSULTING


| | | |
|---|---|---:|
| 10/10/07 TC | Reviewed libby claimants' designation of nonexperts to testify inconnection with the estimation of asbestos personal injury liabilities | .10 |
| 10/10/07 TC | Reviewed order regarding debtors' motion to compel discovery materials from the celotex asbestos settlement trust | .10 |
| 10/10/07 TC | Reviewed joint appellants motion to supplement record on appeal, and attached materials, for mission towers v. w.r. grace district court litigation | .30 |
| 10/10/07 TC | Reviewed Notice of Deposition and Subpoena for Keene Creditor Trust filed by W.R. Grace for estimation process | .10 |
| 10/10/07 TC | Reviewed Notice of Deposition and Subpoena for Patricia Houser Filed by W.R. Grace as part of estimation process | .10 |
| 10/10/07 TC | Reviewed Notice of Deposition and Subpoena for Eagle Picher Industries, Inc. Personal Injury Settlement Trust Filed by W.R. Grace & Co. as part of estimation process | .10 |
| 10/11/07 TC | Reviewed Supplemental/Rebuttal Estimation Expert Report of P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A. In Connection with Asbestos Personal Injury Estimation | .70 |
| 10/11/07 TC | Reviewed Omnibus Notice of Deposition Duces Tecum of Expert Witnesses for W.R. Grace & Co., et. al. Filed by David Austern | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :     NOVEMBER 13, 2007
                                                MATTER :   0066609-000015
                                                INVOICE :  10060551

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 10/16/07 TC | Reviewed Expert Report of Dr. Tim Vander Wood Filed by State of California Department of General Service | | 1.40 |
| 10/17/07 TC | Reviewed brief on statute of limitations issues | | 1.30 |
| 10/22/07 TC | Reviewed Order Concerning Discovery Materials From the Keene Creditors Trust (regarding electronic discovery) | | .50 |
| 10/22/07 TC | Reviewed Debtors' Expedited Motion For Relief From The October 31st Discovery Cut-Off Date For Deposing Certain Lawyers Named As Fact Witnesses Filed by W.R. Grace & Co | | .40 |
| 10/22/07 TC | Reviewed Motion in Limine Concerning Estimation Proceeding Evidence Filed by Libby Claimants | | .20 |
| 10/24/07 TC | Reviewed Motion to Strike Expert Reports Filed by Libby Claimants | | .10 |
| 10/25/07 TC | Reviewed Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Opposition ot Debtors' Expedited Motion for Relief from the October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses | | .10 |
| 10/31/07 TC | Reviewed order regarding prete motion for relief from stay | | .10 |
| 10/31/07 TC | Reviewed Future Claims Representative's responses and objections to the Debtors' second set of interrogatories and first set of document requests and interrogatories, which were served upon Equity Committee | | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 13, 2007
MATTER :  0066609-000015
INVOICE : 10060551

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

### T I M E   S U M M A R Y
-----------------------

| | | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| T. Currier | | 500.00 | 20.20 | 10100.00 |
| | TOTALS | | 20.20 | 10100.00 |

TOTAL FEES :              10,100.00

TOTAL DUE  :              10,100.00

# Buchanan Ingersoll ∆ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    NOVEMBER 13, 2007
                                            MATTER :  0066609-001000
                                            INVOICE : 10060552

         FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/07    6548

         RE:  EXPENSES


         DESCRIPTION OF EXPENSE ADVANCES                    AMOUNT
         ------------------------------                     ------
10/02/07 Photocopies M. Flores                               14.40
10/03/07 Photocopies M. Flores                               16.35
10/03/07 Photocopies M. Flores                                0.60
10/19/07 Photocopies M. Flores                                0.15
10/24/07 Photocopies M. Flores                                8.25
10/25/07 Photocopies M. Flores                                3.60
10/29/07 Photocopies M. Flores                               20.40
10/29/07 Photocopies M. Flores                                2.85
10/31/07 Photocopies M. Flores                                0.30

                         TOTAL EXPENSE ADVANCES :            66.90

                         TOTAL DUE  :                        66.90

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA