## KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

November 20, 2007

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number:  477867
056772

FOR PROFESSIONAL SERVICES rendered through October 31, 2007,
as per the attached time detail.

| | |
|---|---|
| FEES ................................................................................... | $165,731.50 |
| DISBURSEMENTS AND OTHER CHARGES ................................................. | 14,100.98 |
| INVOICE TOTAL ...................................................................... | $179,832.48 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 477867 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2205673.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001 (CASE ADMINISTRATION)

November 20, 2007
Invoice No. 477867

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.40 | 268.00 |
| BECKER, GARY M. | CRED | 3.90 | 2,281.50 |
| MANNAL, DOUGLAS | CRED | 10.80 | 5,832.00 |
| PARAPROFESSIONALS | | | |
| RODRIGUEZ, VIVIAN E | CRED | 6.10 | 1,464.00 |
| **TOTAL** | | **21.20** | **$9,845.50** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 22.50 |
| TABS | 9.00 |
| PHOTOCOPYING | 127.05 |
| LEXIS/NEXIS ON-LINE RESEARCH | 188.58 |
| CAB FARES | 30.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$377.13**

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/09/07 | BECKER, GARY M. | Review various pleadings to be heard on 10/25. | 0.40 | 234.00 |

KL4 2205673.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE

November 20, 2007

056772-00001 (CASE ADMINISTRATION)

Invoice No. 477867

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/15/07 | BECKER, GARY M. | Meeting with D. Mannal re case issues for turnover of case responsibilities to D. Mannal (0.7); review files for turnover (0.8) | 1.50 | 877.50 |
| 10/15/07 | MANNAL, DOUGLAS | Review expert reports and familiarize self with case. | 2.10 | 1,134.00 |
| 10/16/07 | RODRIGUEZ, VIVIAN E | Printed and organized Local Rules and Docket page per D. Mannal's request. | 0.30 | 72.00 |
| 10/16/07 | BECKER, GARY M. | Meeting with D. Mannal re case issues | 1.00 | 585.00 |
| 10/16/07 | MANNAL, DOUGLAS | Attention to Grace docket; review recent pleadings in effort to familiarize self with case (.4); o/c w/ G. becker re: same. | 1.40 | 756.00 |
| 10/17/07 | RODRIGUEZ, VIVIAN E | Searched Securities Mosaic for WR Grace SEC Filings (0.3) Printed and organized SEC Filings to be made into a binder per D. Mannal's request (1.2) Created index for binder (0.4) | 1.90 | 456.00 |
| 10/19/07 | RODRIGUEZ, VIVIAN E | Searched WR Grace docket for Amended Disclosure Statement and Plan of Reorganization per D. Mannal's request. (0.3) Reviewed and organized copies of Disclosure Statement and Plan to be sent to duplicating (0.7) Created index for binder (0.4) Created labels and organized binders (0.3) | 1.70 | 408.00 |
| 10/25/07 | BECKER, GARY M. | meeting with Mannal re case issues | 1.00 | 585.00 |
| 10/29/07 | BENTLEY, PHILIP | Discs TW, GB, DM and voicemail re last week's omnibus hearing | 0.40 | 268.00 |
| 10/29/07 | MANNAL, DOUGLAS | Review plan of reorganization and disclosure statement to familiarize self with case (1.8) | 1.80 | 972.00 |
| 10/30/07 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re updating W.R. Grace Contact Sheet, relevant pleadings for hearing binders; Conference call with T. Currier & M. Flores re Case Contact Procedures. (0.7) Updated W.R. Grace Contact List and contacted Technology Services re creating email macro for W.R. Grace Official Committee of Equity Security Holders (1.5) | 2.20 | 528.00 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001 (CASE ADMINISTRATION)

November 20, 2007
Invoice No. 477867

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/30/07 | MANNAL, DOUGLAS | Review case docket and pending motions (3.9); office conference with P. Bentley re: 10/25 hearing and memo re: upcoming hearing (.2); office conference with V.R. re: filed motions and preparation for 11/26 hearing (.2); telephone conference with T. Currier re: notice issues re: pleadings (.3); update contact sheet (.1) | 4.70 | 2,538.00 |
| 10/31/07 | MANNAL, DOUGLAS | Review Grace docket and recently filed pleadings (.8) | 0.80 | 432.00 |
| **TOTAL** | | | **21.20** | **$9,845.50** |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00002 (CREDITOR COMMITTEE)

November 20, 2007
Invoice No. 477867

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 67.00 |
| BECKER, GARY M. | CRED | 4.10 | 2,398.50 |
| MANNAL, DOUGLAS | CRED | 0.30 | 162.00 |
| **TOTAL** | | **4.50** | **$2,627.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/07 | BECKER, GARY M. | Confer Shareholder re case issues | 0.40 | 234.00 |
| 10/12/07 | BECKER, GARY M. | Conf. with shareholder re case issues (0.3); conf. second shareholder re case issues (0.3) | 0.90 | 526.50 |
| 10/15/07 | BECKER, GARY M. | conf. Horowitz and Bentley re case issues for turnover | 0.80 | 468.00 |
| 10/16/07 | BECKER, GARY M. | Conf two separate shareholders re case issues. | 1.00 | 585.00 |
| 10/19/07 | BENTLEY, PHILIP | TC with equity holder | 0.10 | 67.00 |
| 10/22/07 | BECKER, GARY M. | Conf shareholder re case issues (0.5); conf second shareholder re case issues (0.5) | 1.00 | 585.00 |
| 10/29/07 | MANNAL, DOUGLAS | Attention to e-mails and voice-mail from P. Bentley re: committee communications (.3) | 0.30 | 162.00 |
| **TOTAL** | | | **4.50** | **$2,627.50** |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE                    November 20, 2007
056772-00008 (FEE APPLICATIONS, APPLICANT)          Invoice No. 477867

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| BECKER, GARY M. | CRED | 0.30 | 175.50 |
| PARAPROFESSIONALS | | | |
| RODRIGUEZ, VIVIAN E | CRED | 9.40 | 2,256.00 |
| **TOTAL** | | **9.70** | **$2,431.50** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 8.42 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8.42** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/08/07 | BECKER, GARY M. | review monthly invoices | 0.30 | 175.50 |
| 10/11/07 | RODRIGUEZ, VIVIAN E | Drafted and edited 74th Monthly Fee Application (1.9) Tel w/accounting re payments made (0.1) | 2.00 | 480.00 |
| 10/17/07 | RODRIGUEZ, VIVIAN E | Meeting with G. Becker re 74th Monthly Fee App (0.1) preparedFee App and pro forma for filing (0.3) Drafted cover letter to local counsel (0.2) Emailed Fee App and relevant documents to local counsel (0.2). Reviewed and organized hard copies to be FedEx'd to local counsel (0.3) | 1.10 | 264.00 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008 (FEE APPLICATIONS, APPLICANT)

November 20, 2007
Invoice No. 477867

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/23/07 | RODRIGUEZ, VIVIAN E | Reviewed WR Grace, 72nd, 73rd, and 74th Monthly Fee Applications in preparation for 22nd Quarterly Fee Application. (0.9) Contacted accounting re payments received (0.4) Drafted and edited Summary of Monthly Fee Statements, Summary of Time for Billing Period for Professionals & Summary of Monthly Fees in re 22nd Quarterly Fee Application (1.5) | 2.80 | 672.00 |
| 10/24/07 | RODRIGUEZ, VIVIAN E | Edited 22nd Quarterly Fee Application (0.9). Input and calculated Compensation Summary by Project Category (1.0), Summary Time for Billing Period for Professionals (0.8), Expense Summary (0.6), and Voluntary Disbursement Reductions (0.2). | 3.50 | 840.00 |
| TOTAL | | | 9.70 | $2,431.50 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00010 (CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS))

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|------------|-------|-------|--------|
| BENTLEY, PHILIP | CRED | 3.00 | 2,010.00 |
| **TOTAL** | | **3.00** | **$2,010.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/29/07 | BENTLEY, PHILIP | Discs TW, GB and JG re pending environmental settlements, and review materials re same | 1.60 | 1,072.00 |
| 10/30/07 | BENTLEY, PHILIP | Trade emails re environmental issues | 0.20 | 134.00 |
| 10/31/07 | BENTLEY, PHILIP | Review and edit memo re recent environmental settlements, and review docs and discs JG re same | 1.20 | 804.00 |
| **TOTAL** | | | **3.00** | **$2,010.00** |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00012 (CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS))

November 20, 2007
Invoice No. 477867

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| BENTLEY, PHILIP | CRED | 6.00 | 4,020.00 |
| HOROWITZ, GREGORY A. | LITI | 89.00 | 56,070.00 |
| BECKER, GARY M. | CRED | 2.60 | 1,521.00 |
| MANNAL, DOUGLAS | CRED | 2.00 | 1,080.00 |
| MANELA, PHILLIP | LITI | 7.50 | 3,675.00 |
| GLASS, JESSICA J | LITI | 72.60 | 33,033.00 |
| FARBER, PEGGY | LITI | 72.10 | 32,805.50 |
| SCHINDLER-WILLIAMS, SARA | LITI | 1.20 | 396.00 |
| WEINER, AMY | LITI | 1.60 | 528.00 |
| PARAPROFESSIONALS | | | |
| BALDINGER, LAURIE | LITI | 8.00 | 1,800.00 |
| GRANT, HERETTO L | Lega | 1.00 | 200.00 |
| BALDEON, ELLIOTT | Lega | 1.50 | 300.00 |
| **TOTAL** | | **265.10** | **$135,428.50** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 45.00 |
| TABS | 20.00 |
| PHOTOCOPYING | 400.20 |
| MANUSCRIPT SERVICE | 0.00 |
| PRINT. & BINDING | 1,952.47 |
| MESSENGER/COURIER | 22.25 |
| CAB FARES | 68.76 |

KL4 2205673.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00012 (CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS))

November 20, 2007
Invoice No. 477867

| DESCRIPTION | AMOUNT |
|---|---|
| MEALS/IN-HOUSE | 61.40 |
| OUT-OF-TOWN TRAVEL | 1,931.53 |
| MEALS/T & E | 227.12 |
| COURT REPORTER/VIDEO DEPOSITIO | 8,517.70 |
| TRANSCRIPT FEES | 469.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$13,715.43**

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/07 | GLASS, JESSICA J | Emailed Greg Horowitz regarding coverage of depositions (.7). Summarized Hammar and Frank depositions (1.3). | 2.00 | 910.00 |
| 10/01/07 | GLASS, JESSICA J | Summarized Brody expert report (1.2). Reviewed recent docket filings (.3). | 1.50 | 682.50 |
| 10/01/07 | GLASS, JESSICA J | Summarized Laura Welch expert report | 0.80 | 364.00 |
| 10/01/07 | FARBER, PEGGY | Email JG re: expert report | 0.10 | 45.50 |
| 10/01/07 | BECKER, GARY M. | Attention to deposition scheduling for PI experts; emails re same; conf, Horowitz re same | 1.00 | 585.00 |
| 10/01/07 | BENTLEY, PHILIP | Discs TW and GAH re rebuttal reports; review recent memos re estimation issues | 1.70 | 1,139.00 |
| 10/01/07 | HOROWITZ, GREGORY A. | continue review of supplemental reports, outline notes re same (4.5); tc PB, Ted Wechsler (1.0); deposition scheduling call w/all counsel (1.0) | 6.50 | 4,095.00 |
| 10/02/07 | FARBER, PEGGY | email exchanges to obtain expert reports (.4); email exchanges w/ para to oversee cataloguing of new reports (.2); update deposition calendar (.6) | 1.20 | 546.00 |
| 10/02/07 | BECKER, GARY M. | Conf. Farber re PI depositions and email notices re same | 0.30 | 175.50 |
| 10/02/07 | GLASS, JESSICA J | Prepared for L. Welch deposition and R. Lee deposition. | 0.50 | 227.50 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00012 (CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS))

November 20, 2007
Invoice No. 477867

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/02/07 | BENTLEY, PHILIP | Review estimation emails to other documents | 0.30 | 201.00 |
| 10/02/07 | HOROWITZ, GREGORY A. | write analysis memo for Committee, edit same (6.5) | 6.50 | 4,095.00 |
| 10/03/07 | BECKER, GARY M. | Attention to discovery issues; review memo re experts | 0.80 | 468.00 |
| 10/03/07 | GLASS, JESSICA J | Attended L. Welch deposition | 8.50 | 3,867.50 |
| 10/03/07 | BENTLEY, PHILIP | Review GAH's memo re estimation reports, and trade emails re same | 0.50 | 335.00 |
| 10/03/07 | HOROWITZ, GREGORY A. | finish analysis memo, dws PB, Ted. W. re same (2.5); prepare for depositions (1.0) | 3.50 | 2,205.00 |
| 10/04/07 | BALDINGER, LAURIE | Review, analyze index, & maintain various documents and prepare expert report binder. | 2.00 | 450.00 |
| 10/04/07 | GLASS, JESSICA J | Attended R. Lee deposition. | 9.30 | 4,231.50 |
| 10/04/07 | HOROWITZ, GREGORY A. | REVIEW DEPOSITION SUMMARIES (1.5) | 1.50 | 945.00 |
| 10/05/07 | GLASS, JESSICA J | Arranged for coverage of upcoming depositions; emailed court reporter re: confirmation of Brody, Hayes, Castleman and Rodricks depositions | 0.10 | 45.50 |
| 10/05/07 | FARBER, PEGGY | read expert report and write summary | 3.50 | 1,592.50 |
| 10/08/07 | GLASS, JESSICA J | Appeared telephonically at Brody deposition; arranged for travel to Castleman deposition | 2.60 | 1,183.00 |
| 10/09/07 | FARBER, PEGGY | Attend RUST Rule 30(b)(6) witness deposition at Orrick | 7.20 | 3,276.00 |
| 10/09/07 | HOROWITZ, GREGORY A. | RODRICK DEP. (6.5); READ WELCH DEP (3.0) | 9.50 | 5,985.00 |
| 10/10/07 | FARBER, PEGGY | organize reports | 0.30 | 136.50 |
| 10/10/07 | HOROWITZ, GREGORY A. | READ DEPOSITION TRANSCRIPTS (5.5) | 5.50 | 3,465.00 |
| 10/11/07 | GRANT, HERETTO L | created searchable Pdf's for a data load | 1.00 | 200.00 |
| 10/11/07 | BECKER, GARY M. | review various pleadings re claim settlement | 0.50 | 292.50 |
| 10/11/07 | GLASS, JESSICA J | Arranged for coverage of upcoming depositions (.2); summarized Welch and Lee deposition (.8); prepared for Castleman deposition (1). | 2.00 | 910.00 |
| 10/11/07 | BALDEON, ELLIOTT | Imported transcripts into the Depositions database. | 1.00 | 200.00 |
| 10/11/07 | FARBER, PEGGY | update deposition calendar (.8); summarize depositions (4.7) | 5.50 | 2,502.50 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00012 (CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS))

November 20, 2007
Invoice No. 477867

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/11/07 | HOROWITZ, GREGORY A. | DEPOSITION REVIEW AND SCHEDULING ISSUES (3.5) | 3.50 | 2,205.00 |
| 10/12/07 | GLASS, JESSICA J | Attended Castleman deposition. | 5.40 | 2,457.00 |
| 10/12/07 | FARBER, PEGGY | Summarize expert reports | 1.00 | 455.00 |
| 10/12/07 | HOROWITZ, GREGORY A. | REVIEW MATERIALS FOR UPCOMING EXPERT DEPOSITIONS | 4.50 | 2,835.00 |
| 10/15/07 | GLASS, JESSICA J | Arranged for coverage at upcoming depositions (.2); coordinated collection of expert report summaries and deposition summaries (.1); telephone call with Peggy Farber re: PD issues (.2); review Whitehouse expert report (1). | 1.50 | 682.50 |
| 10/15/07 | FARBER, PEGGY | scheduling, trade emails and phone calls w/ paralegal, JG, co-counsel (.8); read and summarize expert reports (7.2); track down data on fact witness (.5) | 8.50 | 3,867.50 |
| 10/15/07 | BENTLEY, PHILIP | Confs TM, GAH, GB and DM, and TC PF, and trade multiple emails, re estimation issues | 2.50 | 1,675.00 |
| 10/15/07 | HOROWITZ, GREGORY A. | MW PB, GB, TC BARBARA H. (1.3); REVIEW STALLARD MONOGRAPH (4.2) | 5.50 | 3,465.00 |
| 10/16/07 | GLASS, JESSICA J | Reviewed Whitehouse expert report (.5); appeared telephonically at Howser deposition (4); summarized Brody, Castleman and Lee depositions (3.5); confirmed deposition schedule and coverage for week (.7). | 8.70 | 3,958.50 |
| 10/16/07 | BENTLEY, PHILIP | Review emails | 0.20 | 134.00 |
| 10/16/07 | HOROWITZ, GREGORY A. | PREPARE FOR, ATTEND MARAIS DEPOSITION (7.5) | 7.50 | 4,725.00 |
| 10/17/07 | GLASS, JESSICA J | Arranged for coverage of upcoming depositions | 0.40 | 182.00 |
| 10/17/07 | FARBER, PEGGY | calls to co-counsel (.5), track down missing reports (.3), compile background materials for new team mbr (.2) | 1.00 | 455.00 |
| 10/17/07 | BALDINGER, LAURIE | Review, analyze index, & maintain various documents. | 1.00 | 225.00 |
| 10/17/07 | BALDEON, ELLIOTT | Loaded transcripts | 0.50 | 100.00 |
| 10/18/07 | FARBER, PEGGY | attend expert witness deposition (7.5) | 7.50 | 3,412.50 |
| 10/18/07 | BALDINGER, LAURIE | Review & compare Settlement Agreements for corresponding language. | 1.00 | 225.00 |
| 10/19/07 | FARBER, PEGGY | summarize witnesses depositions | 3.20 | 1,456.00 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE                              November 20, 2007
056772-00012 (CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS))    Invoice No. 477867

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/19/07 | BALDINGER, LAURIE | Review boxes of documents & other materials & prepare index to same; organize, analyze index, & maintain various documents re: asbestos estimation hearing; review Pacer database & update attorneys as to case status. | 3.00 | 675.00 |
| 10/22/07 | BENTLEY, PHILIP | Trade emails and TC GAH re asbestos issues | 0.20 | 134.00 |
| 10/22/07 | FARBER, PEGGY | Draft, revise, and organize expert report summaries, discuss presentation with JG (2.7); emails, TCs w/KL team and outside counsel, hotels, re: upcoming depositions (.4); review, summarize expert report for KL team (2.9); review expert report (.2). | 6.20 | 2,821.00 |
| 10/22/07 | GLASS, JESSICA J | Appeared telephonically at Steven Hays' deposition (7); summarized expert reports and deposition testimony for Castleman & Brody (1.8). | 8.80 | 4,004.00 |
| 10/23/07 | FARBER, PEGGY | attend deposition and summarize for KL team. (7.5) | 7.50 | 3,412.50 |
| 10/24/07 | HOROWITZ, GREGORY A. | READ STALLARD REPORT, BOOK (2.5); STALLARD DEP. (6.5) | 9.00 | 5,670.00 |
| 10/24/07 | FARBER, PEGGY | summarize deposition (1); attend two depositions telephonically (3.6); summarize second deposition (2.2) | 6.80 | 3,094.00 |
| 10/25/07 | HOROWITZ, GREGORY A. | REVIEW MOOLGAVKAR REPORTS (1.0); MOOLGAVKAR DEP. (7.5) | 8.50 | 5,355.00 |
| 10/25/07 | GLASS, JESSICA J | Appeared telephonically at Moolgavkar deposition (7); summarized Haber expert report (1); reviewed Houser deposition transcript (1); arranged for coverage of upcoming depositions (.8). | 9.80 | 4,459.00 |
| 10/25/07 | FARBER, PEGGY | summarize expert report (2.8); confer with associates about coverage (.3) | 3.10 | 1,410.50 |
| 10/26/07 | SCHINDLER-WILLIAMS, SARA | call and meeting with Jessica Glass and Peggy Farber about possible deposition assignment | 1.20 | 396.00 |
| 10/26/07 | WEINER, AMY | Prepare for deposition. | 1.60 | 528.00 |
| 10/26/07 | BALDINGER, LAURIE | Prepare copies of expert reports.` | 1.00 | 225.00 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00012 (CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS))

November 20, 2007
Invoice No. 477867

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 10/26/07 | GLASS, JESSICA J | Reviewed Houser deposition (.5); arranged for coverage of upcoming depositions (1.1); prepared for meeting with Associates covering depositions following week (1); met with Peggy Farber, Phil Manela, Amy Weiner and Sarah Schindler-Williams to discuss case background and deposition (1.5); reviewed Hays deposition transcript (1.5); summarized Laura Welch deposition (1.5); emailed Phil Manela (.2). | 7.30 | 3,321.50 |
| 10/26/07 | FARBER, PEGGY | expert report summary (1.5) attend deposition telephonically (6); deposition summary (2) | 9.50 | 4,322.50 |
| 10/27/07 | GLASS, JESSICA J | Reviewed Hays deposition transcript. | 0.50 | 227.50 |
| 10/29/07 | GLASS, JESSICA J | Summarized environmental meeting (1.3). Telephone call with Philip Bentley (.2). Arranged for coverage of Ory deposition (.2). | 1.70 | 773.50 |
| 10/29/07 | MANNAL, DOUGLAS | Review Horowitz memo and valuation (.3) | 0.30 | 162.00 |
| 10/30/07 | BENTLEY, PHILIP | Discs DM and GB re last week's hearing | 0.40 | 268.00 |
| 10/30/07 | MANELA, PHILLIP | Prepare for and observe deposition | 7.50 | 3,675.00 |
| 10/30/07 | HOROWITZ, GREGORY A. | Preparation for, participate in Florence deposition. | 9.50 | 5,985.00 |
| 10/31/07 | BENTLEY, PHILIP | Review Libby claimants' motion | 0.20 | 134.00 |
| 10/31/07 | GLASS, JESSICA J | Revised environmental meeting summary (.5); telephone call and emails with Phil Bentley (.2); collected exhibits to memorandum arranged for creation of hard copy to send to client (.5). | 1.20 | 546.00 |
| 10/31/07 | HOROWITZ, GREGORY A. | Travel to Los Angeles while preparing for Peterson deposition. | 8.00 | 5,040.00 |
| 10/31/07 | MANNAL, DOUGLAS | Review expert report by Heckman (1.7) | 1.70 | 918.00 |
| **TOTAL** | | | **265.10** | **$135,428.50** |

KL4 2205673.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00014 (ENVIRONMENTAL ISSUES)

November 20, 2007
Invoice No. 477867

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| BECKER, GARY M. | CRED | 4.00 | 2,340.00 |
| MANNAL, DOUGLAS | CRED | 0.30 | 162.00 |
| GLASS, JESSICA J | LITI | 7.60 | 3,458.00 |
| PARAPROFESSIONALS | | | |
| BALDINGER, LAURIE | LITI | 2.00 | 450.00 |
| TOTAL | | 13.90 | $6,410.00 |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/23/07 | GLASS, JESSICA J | Reviewed Frank deposition testimony. Drafted Frank deposition summary. Reviewed materials in preparation for environmental meeting. | 3.40 | 1,547.00 |
| 10/24/07 | BALDINGER, LAURIE | Prepare binders of environmental documents. | 2.00 | 450.00 |
| 10/24/07 | BECKER, GARY M. | prepare for and attend meeting at Kirkland re environmental claim | 4.00 | 2,340.00 |
| 10/24/07 | GLASS, JESSICA J | Reviewed materials for environmental meeting; attended environmental meeting. | 4.20 | 1,911.00 |
| 10/30/07 | MANNAL, DOUGLAS | Review environmental presentation materials (.3) | 0.30 | 162.00 |
| TOTAL | | | 13.90 | $6,410.00 |

KL4 2205673.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE                    November 20, 2007
056772-00019 (HEARINGS)                             Invoice No. 477867

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| BECKER, GARY M. | CRED | 2.70 | 1,579.50 |
| MANNAL, DOUGLAS | CRED | 4.10 | 2,214.00 |
| **TOTAL** | | **6.80** | **$3,793.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/25/07 | BECKER, GARY M. | appear telephonically at omnibus hearing | 2.70 | 1,579.50 |
| 10/25/07 | MANNAL, DOUGLAS | Prepare for and attend omnibus hearing telephonically (3.5); office conference with G. Becker re: same (.4) | 3.90 | 2,106.00 |
| 10/29/07 | MANNAL, DOUGLAS | Office conference with P. Bentley re: 10/25 hearing (.2). | 0.20 | 108.00 |
| **TOTAL** | | | **6.80** | **$3,793.50** |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00028 (TRAVEL\NON-WORKING)

November 20, 2007
Invoice No. 477867

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| GLASS, JESSICA J | LITI | 14.00 | 3,185.00 |
| **TOTAL** | | **14.00** | **$3,185.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/07 | GLASS, JESSICA J | Travel from NYC to Washington, DC. | 3.50 | 796.25 |
| 10/04/07 | GLASS, JESSICA J | Travel from Washington, DC to NYC | 3.50 | 796.25 |
| 10/11/07 | GLASS, JESSICA J | Traveled to Washington DC to attend deposition. | 3.50 | 796.25 |
| 10/12/07 | GLASS, JESSICA J | Traveled from Washington DC to NY. | 3.50 | 796.25 |
| **TOTAL** | | | **14.00** | **$3,185.00** |