REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1629160
One Town Center Road                    Invoice Date      11/28/07
Boca Raton, FL    33486                 Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                          200,726.00
         Expenses                           0.00

                     TOTAL BALANCE DUE UPON RECEIPT      $200,726.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1629160 |
| Invoice Date | 11/28/07 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 09/30/07 | Cameron | Prepare for call with R. Lee (1.3); attention to expert report materials (0.9). | 2.20 |
| 10/01/07 | Ament | E-mails re: Oct. omnibus hearing. | .20 |
| 10/01/07 | Cameron | Prepare for and participate in call with expert witness and counsel regarding deposition issues (1.7); review prior testimony and expert reports for deposition preparation (3.2). | 4.90 |
| 10/01/07 | Klapper | Draft outline re direct testimony for J. Rodricks per discussion with B. Harding and J. Hughes. | 5.70 |
| 10/02/07 | Ament | E-mails re: 10/25/07 omnibus hearing. | .10 |
| 10/02/07 | Cameron | Prepare for meeting with expert witness for deposition preparation (3.9); attention to issues relating to Longo deposition (2.0). | 5.90 |
| 10/02/07 | Klapper | Participate in call with consultant regarding expert depositions (.5); edit outline of Rodricks' direct examination based on meeting (2.2); develop additional cross questions and responses based on review of depositions already taken (4.3). | 7.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1629160
60026  Litigation and Litigation Consulting  Page    2
November 28, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/03/07 | Cameron | Prepare for meeting with R. Lee and K&E (1.0) attend preparation session with witness and counsel (5.8); follow-up from preparation session (0.9). | 7.70 |
| 10/03/07 | Klapper | Meet with expert re direct testimony (4.5); prepare for meeting with expert (1.7). | 6.20 |
| 10/04/07 | Cameron | Prepare for and meet with R. Lee regarding deposition preparation (1.3); attend deposition of Rich Lee (7.5); follow-up from deposition (0.9). | 9.70 |
| 10/04/07 | Fennessy | Office conference with A. Klapper regarding reviewing Dr. Brody depositions in preparation for deposition of Dr. Brody (1.0); review Dr. Brody depositions regarding admissions regarding factors involved in injuries purportedly caused by asbestos exposure (5.6); compose memo regarding same (1.0); interoffice communications with A. Klapper regarding same (.5); review Dr. Brody articles regarding same (.5). | 8.60 |
| 10/04/07 | Klapper | Prepare J. Rodricks for deposition. | 8.30 |
| 10/05/07 | Cameron | Follow-up from Lee deposition (0.9); review Bragg and Longo materials (1.2); attention to expert witness reports for deposition preparation (1.3). | 3.40 |
| 10/05/07 | Fennessy | Continue review of Dr. Brody articles regarding factors involved in injuries purportedly caused by asbestos exposure. | 3.60 |
| 10/05/07 | Klapper | Prepare J. Rodricks for deposition. | 8.30 |
| 10/06/07 | Cameron | Review materials for Longo reliance materials. | 2.50 |
| 10/06/07 | Klapper | Prepare for Brody deposition. | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  1629160
60026  Litigation and Litigation Consulting       Page    3
November 28, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 10/07/07 | Cameron | Prepare for conference call (0.8); attention to Lee and Longo expert deposition issues (0.9). | 1.70 |
| 10/07/07 | Klapper | Prepare for Brody deposition. | 4.70 |
| 10/08/07 | Ament | E-mails re: asbestos-trust related depositions. | .50 |
| 10/08/07 | Cameron | Prepare for (0.4) and participate in call with expert (0.3); review Lee Transcript (1.1); review summary of conference call (0.7); multiple e-mails regarding deposition issues (0.6). | 3.10 |
| 10/08/07 | Flatley | Review Depo. transcript and communicate with witnesses re: errata sheets. | .80 |
| 10/08/07 | Klapper | Depose Brody (2.0); prepare for Castleman (6.7). | 8.70 |
| 10/09/07 | Ament | E-mails re: 10/25/07 hearing (.40); review agenda re: same (.10). | .50 |
| 10/09/07 | Cameron | Multiple e-mails regarding expert deposition (0.9); review summary of Lee deposition (0.9); review materials from K&E regarding Longo (1.4). | 3.20 |
| 10/09/07 | Klapper | Prepare Rodricks for deposition (2.0); defend deposition of J. Rodricks (5.5); prepare for Castleman deposition (4.2). | 11.70 |
| 10/10/07 | Ament | E-mails re: S. Blatnick deposition in Falls Church on 10/16/07. | .50 |
| 10/10/07 | Burns | Meeting with T. Klapper regarding assignment (.2); begin research on attorney list in preparation for Castleman deposition (1.2). | 1.40 |
| 10/10/07 | Cameron | Prepare for (0.6) and participate in conference call with expert and K&E (1.1); review of Longo materials for deposition preparation (2.4). | 4.10 |

172573  W. R. Grace & Co.                         Invoice Number   1629160
60026   Litigation and Litigation Consulting      Page    4
November 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 10/10/07 | Klapper | Prepare for Castleman deposition. | 8.20 |
| 10/11/07 | Ament | E-mails with S. Blatnick re: 10/16/07 deposition in Falls Church. | .20 |
| 10/11/07 | Burns | Research and gather material on list of attorney's for T. Klapper in preparation for Castleman deposition. | 5.70 |
| 10/11/07 | Cameron | Deposition preparation issues. | 3.00 |
| 10/11/07 | Klapper | Continue preparation for Castleman deposition. | 7.30 |
| 10/12/07 | Cameron | Review materials from K&E regarding expert deposition (1.1); review materials from T. Klapper (0.6); review Longo outline materials (1.7). | 3.40 |
| 10/12/07 | Klapper | Continue preparation for Castleman deposition (2.3); take Castleman deposition (3.5). | 5.80 |
| 10/13/07 | Cameron | Attention to deposition preparation issues. | 3.50 |
| 10/15/07 | Ament | Various e-mails and telephone calls re: 10/16/07 deposition in Falls Church. | .60 |
| 10/15/07 | Cameron | Attention to deposition preparation issues (2.8); review e-mails and depositions (0.9). | 3.70 |
| 10/15/07 | Klapper | Discuss expert prep with B. Harding and S. McMillin (.5); begin prep for Roggli deposition through review of materials collected for Brody depo. (5.6). | 6.10 |
| 10/16/07 | Ament | Various e-mails and telephone calls re: deposition in Falls Church (.50); various e-mails and telephone calls re: 10/25/07 omnibus hearing (.50). | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number   1629160
60026  Litigation and Litigation Consulting       Page    5
November 28, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 10/16/07 | Cameron | Multiple emails re:  deposition preparation (.70); review prior Longo depositions (1.70); review expert reports (1.30). | 3.70 |
| 10/16/07 | Flatley | Follow-up on deposition transcripts and errata sheets (0.9); call with W. Sparks (0.2); messages for witness and D. Mendelson (0.2). | 1.30 |
| 10/16/07 | Klapper | Prepare for deposition preparation session of risk assessment expert (5.3); draft cross topics for Roggli Dep. to be used in review of prior writings and deposition transcripts (3.5). | 8.80 |
| 10/16/07 | Taylor-Payne | Assisted Mr. Klapper with preparation for cross examination of Dr. Roggli. | .80 |
| 10/17/07 | Ament | Various e-mails and meetings re: omnibus hearing on 10/25/07. | .50 |
| 10/17/07 | Cameron | Review World Trade Center issue (0.9); review materials for deposition (2.4); review and revise deposition outline (2.5). | 5.80 |
| 10/17/07 | Klapper | Prepare for cross prep of exposure expert (4.3); conduct cross prep of risk assessment expert (3.5); prepare for cross prep of risk assessment expert (1.3). | 9.10 |
| 10/18/07 | Ash | Meeting with A. Klapper regarding plaintiff expert (Victor Roggli) deposition and article project, including review of case issues (1.0); conference call and meetings with Roggli review team regarding organization and assessment of Roggli materials (1.0); review Roggli expert designation in preparation for review of depositions and articles (1.5). | 3.50 |

172573 W. R. Grace & Co.                    Invoice Number  1629160
60026  Litigation and Litigation Consulting  Page    6
November 28, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 10/18/07 | Fennessy | Office conference with A. Klapper and J. Ash regarding reviewing Dr. Roggli depositions and articles in preparation for deposition. | 1.10 |
| 10/18/07 | Klapper | Finish internal outline for review of Roggli materials, including revised outline of cross (6.2); meet with reviewing lawyers to discuss key points (.5). | 6.70 |
| 10/18/07 | Taylor-Payne | Assist Mr. Klapper with preparation for cross examination of Dr. Roggli. | 1.60 |
| 10/19/07 | Cameron | Deposition preparation. | 2.80 |
| 10/19/07 | Klapper | Review Roggli book for deposition preparation. | 3.50 |
| 10/19/07 | Taylor-Payne | Assist Mr. Klapper with preparation for cross examination of Dr. Roggli. | 2.10 |
| 10/20/07 | Cameron | Attention to deposition preparation issues. | 3.00 |
| 10/20/07 | Klapper | Review Rodricks deposition transcript. | 1.30 |
| 10/20/07 | Taylor-Payne | Research and compilation of documents in preparation for cross examination of expert witness. | 1.20 |
| 10/21/07 | Cameron | Deposition preparation. | 9.80 |
| 10/21/07 | Klapper | Review deposition transcripts of Grace experts recently deposed. | 3.70 |
| 10/22/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper (8.7); meeting with Roggli review team regarding assessment of issues for deposition memorandum (.5). | 9.20 |
| 10/22/07 | Cameron | Prepare for Longo deposition in Pittsburgh during part of travel to Atlanta and in Atlanta. | 8.40 |

172573 W. R. Grace & Co.                          Invoice Number  1629160
60026  Litigation and Litigation Consulting        Page    7
November 28, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 10/22/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper (2.7); meeting with J. Ash regarding assessment of issues for deposition memorandum (.5). | 4.20 |
| 10/22/07 | Taylor-Payne | Research and compilation of documents and transcripts in preparation for cross examination of expert witness. | .70 |
| 10/23/07 | Ament | E-mails with K&E re: 10/25/07 omnibus hearing. | .30 |
| 10/23/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper (7.0); meeting with Roggli review team regarding assessment of issues for deposition memorandum (.5). | 7.50 |
| 10/23/07 | Cameron | Prepare for (2.2) and take deposition of William Longo (7.5); review notes from deposition for summary (0.6); meet with S. Bianca regarding same (0.4); telephone calls with R. Finke regarding same (0.4). | 11.10 |
| 10/23/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper. | 4.30 |
| 10/23/07 | Taylor-Payne | Research and compilation of documents and transcripts in preparation for cross examination of expert witness. | .50 |
| 10/24/07 | Ament | Telephone call from J. O'Neill re: hearing binders (.10); review agenda and hearing binders and finalize same per J. O'Neill request (.30); various e-mails and telephone calls re: same (.30). | .70 |

172573 W. R. Grace & Co.                           Invoice Number  1629160
60026  Litigation and Litigation Consulting        Page    8
November 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 10/24/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper (6.4); meeting with Roggli review team regarding assessment of issues for deposition memorandum (.4). | 6.80 |
| 10/24/07 | Cameron | Follow-up from Longo deposition (0.9); telephone call with experts and R. Finke regarding same (0.8); review expert reports for call with K&E (0.9); e-mails regarding same (0.4). | 3.00 |
| 10/24/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper. | 8.30 |
| 10/24/07 | Nguyen | Conference with Jesse Ash re Roggli deposition project (.5); review Roggli deposition transcripts (1.6). | 2.10 |
| 10/25/07 | Ament | Assist Kirkland & Ellis with hearing preparation (1.0); various e-mails, meetings and telephone calls re: same (.50). | 1.50 |
| 10/25/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper (9.8); meeting with Roggli review team regarding assessment of issues for deposition memorandum (.7). | 10.50 |
| 10/25/07 | Cameron | Review R. Lee expert witness materials. | 1.30 |
| 10/25/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper. | 6.20 |
| 10/25/07 | Nguyen | Review Roggli depositions. | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1629160
60026  Litigation and Litigation Consulting       Page    9
November 28, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 10/25/07 | Taylor-Payne | Research and compilation of documents in preparation for cross examination of industry expert. | .40 |
| 10/26/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper (8.0); conference call with A. Klapper regarding assessment of issues for deposition memorandum (.5). | 8.50 |
| 10/26/07 | Cameron | Attention to expert deposition issues (0.9); review transcript from Longo deposition (0.9). | 1.80 |
| 10/26/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper. | 5.40 |
| 10/26/07 | Klapper | Prepare cross prep for exposure expert (3.2); conduct cross prep of exposure expert (3.0). | 6.20 |
| 10/26/07 | Nguyen | Review Roggli deposition testimony. | 7.50 |
| 10/26/07 | Taylor-Payne | Research and compilation of documents in preparation for cross examination of industry expert. | .60 |
| 10/27/07 | Cameron | Review deposition transcripts and deposition exhibits. | 1.20 |
| 10/27/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper. | 1.70 |
| 10/28/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper. | 3.50 |
| 10/28/07 | Cameron | Review WTC materials (0.8); review summary memo regarding Longo deposition (0.7); review Lee deposition, Longo deposition and conversion factor materials (1.2). | 2.70 |

172573  W. R. Grace & Co.                          Invoice Number  1629160
60026  Litigation and Litigation Consulting        Page  10
November 28, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 10/28/07 | Klapper | Prepare for cross prep of risk assessment expert (2.3); review consultant's work on prep for Roggli dep (2.5). | 4.80 |
| 10/29/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper (8.2); meeting with Roggli review team regarding assessment of issues for deposition memorandum (.6). | 8.80 |
| 10/29/07 | Cameron | Continued review of materials from R. Finke (0.8) prepare and telephone call regarding same (0.3); review materials from K&E regarding expert deposition and preparation issues (1.4); attention to memorandum regarding Longo deposition (0.3). | 2.80 |
| 10/29/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper (.8); meeting with Roggli review team regarding assessment of issues for deposition memorandum (.6). | 1.40 |
| 10/29/07 | Klapper | Incorporate consultant's ideas into cross document for Roggli deposition. | 4.20 |
| 10/29/07 | Lord | Update 2002 Service List. | .20 |
| 10/29/07 | Nguyen | Review Roggli depositions and trial transcript. | 8.30 |
| 10/30/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper. | 7.50 |
| 10/30/07 | Cameron | Review summary of Lees deposition (0.6); e-mails regarding same (0.2); review Lee/Longo materials (0.7). | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1629160
60026  Litigation and Litigation Consulting       Page  11
November 28, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 10/30/07 | Fennessy | Review and assess prior V. Roggli depositions in preparation of deposition memorandum for A. Klapper. | 4.00 |
| 10/30/07 | Klapper | Continue work on Roggli deposition outline, incorporating information from consultant as well as information gleaned from additional deposition transcripts of other experts in litigation. | 5.30 |
| 10/30/07 | Nguyen | Review Roggli depositions and trial transcripts. | 6.20 |
| 10/31/07 | Ash | Review and assess prior Victor Roggli depositions and articles in preparation of deposition memorandum for A. Klapper (2.8); draft and edit Roggli deposition preparation memorandum, including review of prior articles for inclusion in preparation materials (4.7). | 7.50 |
| 10/31/07 | Cameron | Attention to WTC materials and Lee reports (0.9); review risk assessment materials (0.7). | 1.60 |
| 10/31/07 | Klapper | Work with consultants and with S. Bianca in preparing Roggli cross (4.2); prepare for depo. prep of Risk Assessment expert (2.7). | 6.90 |
| 10/31/07 | Nguyen | Review Roggli depositions and trial transcripts. | 4.80 |

                                                    ------
                                        TOTAL HOURS   450.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Lawrence E. Flatley | 2.10 | at $ | 575.00 | = | 1,207.50 |
| Douglas E. Cameron | 122.50 | at $ | 570.00 | = | 69,825.00 |
| Antony B. Klapper | 150.90 | at $ | 520.00 | = | 78,468.00 |
| Jesse J. Ash | 73.30 | at $ | 380.00 | = | 27,854.00 |
| Catherine R. Nguyen | 31.40 | at $ | 250.00 | = | 7,850.00 |
| Nathan R. Fennessy | 48.80 | at $ | 240.00 | = | 11,712.00 |
| John B. Lord | 0.20 | at $ | 210.00 | = | 42.00 |
| Yovana A. Burns | 7.10 | at $ | 190.00 | = | 1,349.00 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
November 28, 2007

Invoice Number  1629160
Page  12

| | | | | |
|---|---|---|---|---|
| Sharon A. Ament | 6.60 | at $ 145.00 | = | 957.00 |
| Jennifer L. Taylor-Payne | 7.90 | at $ 185.00 | = | 1,461.50 |

CURRENT FEES                                    200,726.00

                                              ------------
TOTAL BALANCE DUE UPON RECEIPT                 $200,726.00
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1629161
5400 Broken Sound Blvd., N.W.            Invoice Date       11/28/07
Boca Raton, FL 33487                     Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

         Fees                           3,648.00
         Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,648.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                            Invoice Number      1629161
5400 Broken Sound Blvd., N.W.          Invoice Date       11/28/07
Boca Raton, FL 33487                   Client Number        172573
                                       Matter Number         60027


===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2007

        Date   Name                                              Hours
      -------- -----------                                       -----

      10/03/07 Cameron      Non-working travel time to            1.10
                            Washington, D.C. (one-half of
                            total time).

      10/04/07 Cameron      Non-working travel time from          1.30
                            Washington D. C. to Pittsburgh
                            (one-half of total time).

      10/22/07 Cameron      Non-working travel to Atlanta for     1.90
                            deposition (one-half of total
                            time).

      10/23/07 Cameron      Non-working travel to Atlanta         2.10
                            airport and back to Pittsburgh
                            from Longo deposition (one-half of
                            total time).

                                                                ------
                                               TOTAL HOURS        6.40


      TIME SUMMARY            Hours        Rate       Value
      ----------------------- ----------------------- -------
      Douglas E. Cameron       6.40 at $  570.00  =  3,648.00

                               CURRENT FEES                     3,648.00

                                                             ------------
                      TOTAL BALANCE DUE UPON RECEIPT            $3,648.00
                                                             ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1629162
5400 Broken Sound Blvd., N.W.         Invoice Date       11/28/07
Boca Raton, FL 33487                  Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                        80,307.50
        Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT       $80,307.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1629162 |
| Invoice Date | 11/28/07 |
| Client Number | 172573 |
| Matter Number | 60028 |

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 10/02/07 | Flatley | Review R. Finke e-mail and memorandum. | .20 |
| 10/04/07 | Restivo | Receipt and review of communications re: Canada. | .50 |
| 10/09/07 | Pickens | Research RE remaining claims of the ZAI Plaintiffs, if any. | 6.90 |
| 10/10/07 | Pickens | Research RE claims of the ZAI Plaintiffs, if any. | 8.40 |
| 10/10/07 | Rea | Reviewed and analyzed research re: remaining ZAI claims, if any. | 1.90 |
| 10/11/07 | Metropulos | Conference with T. Rea and team re:  research assignment for remaining causes of action for asbestos claims, if any. | .30 |
| 10/11/07 | Pickens | Research RE remaining claims of the ZAI Plaintiffs, if any. | 8.30 |
| 10/11/07 | Rawls | Legal research re: elements for potential remaining claims by ZAI Claimants, if any (.2); meeting with T. Rea and D. Pickens re: same (.3). | .50 |
| 10/11/07 | Rea | Meetings re: ZAI research (1.0); review/analysis of ZAI research of remaining ZAI claims, if any (2.2). | 3.20 |

172573 W. R. Grace & Co.                          Invoice Number  1629162
60028  ZAI Science Trial                          Page   2
November 28, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 10/11/07 | Restivo | Work on template for legal research/analysis. | .50 |
| 10/11/07 | Samuel | Meeting with T. Rea and D. Pickens re state survey re ZAI claimant's remaining causes of action, if any (.3); begin research (1.2). | 1.50 |
| 10/11/07 | Sheridan | Conference re research project (.3); legal research re remaining strict liability claims, if any (1.4) | 1.70 |
| 10/12/07 | Cameron | Review materials regarding legal research issues (0.9); e-mails regarding same (0.5). | 1.40 |
| 10/12/07 | Metropulos | Begin legal research re: potential remaining causes of action, if any. | 3.00 |
| 10/12/07 | Rea | Legal research re: remaining ZAI claims, if any. | 2.10 |
| 10/12/07 | Restivo | Continue work on state law legal research "templates." | .40 |
| 10/12/07 | Samuel | Legal research re state survey re ZAI claimant's remaining causes of action, if any. | 2.50 |
| 10/13/07 | Metropulos | Continue legal research re: remaining causes of action, if any. | 3.70 |
| 10/13/07 | Rea | Legal research re: remaining ZAI claims, if any. | 1.60 |
| 10/14/07 | Metropulos | Continue legal research of ZAI Claimants' remaining causes of action, if any. | 1.00 |
| 10/14/07 | Samuel | Legal research re state survey re ZAI claimant's remaining causes of action, if any. | 1.90 |
| 10/15/07 | Cameron | Review legal research materials. | .60 |
| 10/15/07 | Metropulos | Finish legal research and case and statute analysis of remaining ZAI claims, if any (2.5); prepare and submit summary analysis and spreadsheet to T. Rea re: same | 9.70 |

172573 W. R. Grace & Co.                          Invoice Number  1629162
60028  ZAI Science Trial                          Page    3
November 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| | | (1.8); continue legal research and case and statute analysis on other remaining cause of action, if any (5.4). | |
| 10/15/07 | Rawls | Legal research re: elements for ZAI Claimants' remaining state law causes of action, if any. | 5.00 |
| 10/15/07 | Rea | Legal research on remaining ZAI claims, if any. | 2.80 |
| 10/15/07 | Restivo | Emails and telephone calls with R. Finke, T. Freedman, et al. | .50 |
| 10/15/07 | Samuel | Additional legal research re state survey re ZAI claimant's remaining causes of action, if any. | 1.50 |
| 10/15/07 | Samuel | Legal research re state survey re ZAI claimant's remaining causes of action, if any. | 9.10 |
| 10/15/07 | Sheridan | Research and draft summary analysis and chart re asbestos liability. | 11.40 |
| 10/16/07 | Metropulos | Finish legal research and analysis of case law, secondary sources, and statutes on various potential remaining causes of action, if any (2.7); prepare summary analysis and spreadsheet for T. Rea re: same (1.8); attend conference with T. Rea re: follow-up research (.3); conduct additional legal research (2.0); prepare memo to T. Rea re: same (1.8). | 8.60 |
| 10/16/07 | Pickens | Research re: elements of remaining state law claims, if any. | 5.40 |
| 10/16/07 | Rawls | Legal research re: elements for ZAI Claimants' potential remaining causes of action in various jurisdictions, if any. | 12.00 |
| 10/16/07 | Rea | Legal research re: ZAI claims. | 4.40 |

172573 W. R. Grace & Co.                          Invoice Number  1629162
60028  ZAI Science Trial                          Page   4
November 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 10/16/07 | Samuel | Additional legal research re state survey re ZAI claimant's remaining causes of action, if any. | 8.50 |
| 10/16/07 | Sheridan | Research and draft summary analysis and chart re state law. | 6.50 |
| 10/17/07 | Metropulos | Finish initial research and case law review and analysis pertaining to various potential remaining causes of action, if any (7.4); conference with D. Pickens re: follow-up research (.4). | 7.80 |
| 10/17/07 | Pickens | Research re: elements of potential remaining state law claims, if any. | 7.90 |
| 10/17/07 | Rawls | Legal research re: elements for potential remaining ZAI Claimants causes of action, if any. | 3.50 |
| 10/17/07 | Rea | Legal research on potential remaining ZAI claims, if any. | 2.20 |
| 10/17/07 | Samuel | Further legal research re ZAI Claimants' potential remaining causes of action, if any. | 1.50 |
| 10/18/07 | Metropulos | Finish follow-up legal research tasks and case law analysis pertaining to potential remaining ZAI causes of action, if any, per D. Pickens and T. Rea's requests (6.1); update summary analysis and spreadsheets (2.6). | 8.70 |
| 10/18/07 | Pickens | Research for surveys of elements of state law claims. | 9.10 |
| 10/18/07 | Rawls | Legal research re: elements for ZAI Claimants' potential remaining causes of action, if any. | 6.50 |
| 10/18/07 | Rea | Legal research on potential remaining ZAI claims, if any. | 9.00 |
| 10/18/07 | Samuel | Additional legal research and changes re state survey re ZAI claimant's potential remaining causes of action, if any. | 9.80 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
November 28, 2007

Invoice Number  1629162
Page    5

| Date | Name | | Hours |
|------|------|--|-------|
| 10/18/07 | Sheridan | Update summary analysis and chart re potential remaining causes of action, if any. | 4.70 |
| 10/19/07 | Pickens | Research re: elements of potential remaining state law claims, if any. | 7.80 |
| 10/19/07 | Rawls | Legal research re: elements for ZAI Claimants' potential remaining causes of action in various jurisdictions, if any (9.7); email correspondence with T. Rea re: same (.8). | 10.50 |
| 10/19/07 | Rea | Legal research on potential remaining ZAI claims, if any. | 8.00 |
| 10/19/07 | Restivo | Review jurisdiction legal reports from T. Rea (.7); emails with T. Freedman (.3). | 1.00 |
| 10/19/07 | Samuel | Per D. Pickens request, additional legal research and updated analysis re ZAI claimant's potential remaining causes of action, if any. | 1.20 |
| 10/19/07 | Sheridan | Research summary analysis of potential remaining ZAI claims, if any. | 9.30 |
| 10/20/07 | Rea | Legal research on potential remaining ZAI claims, if any. | 2.20 |
| 10/21/07 | Sheridan | Revise analysis and summary re potential remaining causes of action, if any. | .40 |
| 10/22/07 | Metropulos | Conference with. T. Rea regarding research into additional potential remaining claims, if any. | .10 |
| 10/22/07 | Rea | Legal research re: potential remaining ZAI claims, if any. | .30 |
| 10/22/07 | Sheridan | Complete revisions to summary analysis. | .50 |