172573 W. R. Grace & Co.
60028  ZAI Science Trial
November 28, 2007

Invoice Number  1629162
Page   6

| Date | Name | | Hours |
|------|------|---|-------|
| 10/24/07 | Cameron | Review materials relating to ZAI research (0.9); telephone call with R. Finke regarding same (0.3). | 1.20 |
| 10/24/07 | Restivo | Telephone conference with R. Beber and R. Finke. | 1.00 |
| 10/25/07 | Pickens | Research re: elements of potential remaining state law claims, if any. | 1.10 |
| 10/26/07 | Pickens | Research re: potential remaining elements of state law claims, if any. | 1.10 |
| 10/28/07 | Cameron | Review ZAI research materials relating to potential remaining state law claims, if any. | .90 |
| 10/28/07 | Metropulos | Legal research re: treatment of claims. | 2.20 |
| 10/30/07 | Cameron | Review legal research materials. | 1.90 |
| 10/30/07 | Metropulos | Review and analyze case law and law review articles regarding damages issues. | 5.20 |
| 10/31/07 | Cameron | Review legal research summaries and related materials from T. Rea and J. Restivo. | 1.30 |
| 10/31/07 | Metropulos | Continued review and analysis of cases re: damage issues (6.1); prepare outline and draft summary of cases for T. Rea (2.1). | 8.20 |
| 10/31/07 | Rea | E-mail re: legal research re: potential remaining ZAI claims, if any. | .10 |
| 10/31/07 | Restivo | Correspondence and memos with K&E re: ZAI claims. | 1.00 |

TOTAL HOURS   274.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 4.90 | at $ | 635.00 | = | 3,111.50 |
| Lawrence E. Flatley | 0.20 | at $ | 575.00 | = | 115.00 |

172573 W. R. Grace & Co.           Invoice Number   1629162
60028  ZAI Science Trial             Page    7
November 28, 2007

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| Douglas E. Cameron | 7.30 | at | $ 570.00 | = | 4,161.00 |
| Traci Sands Rea | 37.80 | at | $ 400.00 | = | 15,120.00 |
| Dustin Pickens | 56.00 | at | $ 310.00 | = | 17,360.00 |
| Danielle D. Rawls | 38.00 | at | $ 240.00 | = | 9,120.00 |
| Alexandria C. Samuel | 37.50 | at | $ 240.00 | = | 9,000.00 |
| William J. Sheridan | 34.50 | at | $ 240.00 | = | 8,280.00 |
| Natalie C. Metropulos | 58.50 | at | $ 240.00 | = | 14,040.00 |

CURRENT FEES                 80,307.50

                                    ------------
TOTAL BALANCE DUE UPON RECEIPT     $80,307.50
                                    =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                        Invoice Number      1629163
5400 Broken Sound Blvd., N.W.      Invoice Date       11/28/07
Boca Raton, FL 33487               Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
          Fees                      4,881.50
          Expenses                      0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $4,881.50
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1629163 |
| Invoice Date | 11/28/07 |
| Client Number | 172573 |
| Matter Number | 60029 |

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2007

| Date | Name | | Hours |
|------|------|------|-----|
| 10/09/07 | Ament | Attend to billing matters relating to consultant fees (.10); e-mails re: same (.20). | .30 |
| 10/15/07 | Ament | E-mails re: issues relating to Sept. monthly fee application. | .10 |
| 10/15/07 | Muha | Begin extensive review and revisions to September monthly fees and expenses. | 2.50 |
| 10/16/07 | Ament | Attend to issues relating to expenses for Sept. monthly fee application (.30); various telephone calls and e-mails re: same (.20). | .50 |
| 10/16/07 | Muha | Continue revisions and expansion of detail for fees and expenses in September monthly application. | 1.00 |
| 10/17/07 | Ament | Attend to billing issues relating to expenses for Sept. monthly fee application (.50); meet with A. Muha re: same (.10). | .60 |
| 10/19/07 | Ament | Attend to billing matters relating to Sept. expenses for monthly fee application (.20); meet with A. Muha re: same (.10); respond to e-mail from M. Garrison of Perkins Coie re: fee applications and procedure for preparation and filing of same (.20). | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1629163
60029  Fee Applications-Applicant                 Page    2
November 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/19/07 | Muha | Continue review and revisions to W.R. Grace September 2007 monthly fee application, including review of attorney expense reports to add detail to expense entries for meals and travel. | 1.10 |
| 10/22/07 | Ament | Respond to e-mail from A. Muha re: Sept. monthly fee application and quarterly fee application. | .10 |
| 10/22/07 | Lord | Research docket and draft CNO for Reed Smith August monthly fee application. | .30 |
| 10/23/07 | Ament | Begin spreadsheet for quarterly fee application. | .20 |
| 10/24/07 | Ament | Continue preparation of spreadsheet for 26th quarterly fee application. | 1.00 |
| 10/24/07 | Lord | E-file and perfect service of CNO for Reed Smith August monthly fee application (.3); correspondence to R. Finke re: same (.1). | .40 |
| 10/26/07 | Muha | Multiple calls, e-mails and meetings to research and discuss issues relating to September 2007 bill (1.0); e-mails re: Environ bill for September 2007 (0.2). | 1.20 |
| 10/29/07 | Ament | Respond to e-mail from J. Lord re: monthly and quarterly fee applications (.10); attend to billing matters re: consultant fee (.20); various e-mails and telephone calls re: same (.20); begin calculating fees and expenses for Sept. monthly fee application (.50); begin drafting 75th monthly fee application (.50). | 1.50 |
| 10/29/07 | Lord | Communicate with S. Ament re: Reed Smith September monthly and current quarterly fee application. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1629163
60029  Fee Applications-Applicant           Page   3
November 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/30/07 | Ament | Continue calculating fees and expenses for Sept. monthly fee application (.50); create spreadsheet re: same (.50); continue drafting 75th monthly fee application (.40); provide same to A. Muha for review (.10); revisions and finalize 75th monthly fee application (.30); e-mail 75th monthly fee application, fee and expense details to J. Lord for DE filing (.10); follow-up e-mails with J. Lord re: same and 26th quarterly fee application (.10); begin calculating fees and expenses for 26th quarterly fee application (.50); begin preparation of spreadsheet re: same (.50). | 3.00 |
| 10/30/07 | Cameron | Review fee application materials and Fee Auditor inquiry. | 1.20 |
| 10/30/07 | Lord | Prepare exhibits for Reed Smith upcoming quarterly fee application. | .20 |
| 10/30/07 | Lord | Revise, e-file and perfect service of Reed Smith September monthly fee application. | 1.30 |
| 10/30/07 | Muha | Make final review, analysis and revisions to summary form for September 2007 monthly fee application. | .90 |
| 10/31/07 | Ament | Continue calculating fees and expenses for 26th quarterly fee application (.50); continue spreadsheet re: same (.50); begin drafting 26th quarterly fee application summary and narrative (.50). | 1.50 |

```
                                            ------
                                TOTAL HOURS   19.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 1.20 | at | $ 570.00 | = | 684.00 |
| Andrew J. Muha | 6.70 | at | $ 350.00 | = | 2,345.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1629163
60029  Fee Applications-Applicant           Page   4
November 28, 2007


        John B. Lord            2.40  at  $  210.00  =      504.00
        Sharon A. Ament         9.30  at  $  145.00  =    1,348.50

                                CURRENT FEES                        4,881.50


                                                            ------------
                                TOTAL BALANCE DUE UPON RECEIPT     $4,881.50
                                                            =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1629164
One Town Center Road                      Invoice Date        11/28/07
Boca Raton, FL   33486                    Client Number       172573



========================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                          4,168.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $4,168.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1629164
One Town Center Road                     Invoice Date       11/28/07
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60030


================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2007

      Date   Name                                                   Hours
      -------- -----------                                          -----

      10/09/07 Cameron         Multiple e-mails regarding hearing    1.00
                               issues (0.4); review agenda and
                               open issues (0.6).

      10/10/07 Cameron         Attention to hearing issues.           .40

      10/25/07 Cameron         Meet with J. Baer regarding            .90
                               hearing issues (0.2); meet with
                               J. Restivo regarding same (0.4);
                               review agenda (0.3).

      10/25/07 Restivo         Prepare for and participate in        4.50
                               Omnibus Hearing.

                                                                   ------
                                                 TOTAL HOURS         6.80


      TIME SUMMARY            Hours        Rate         Value
      -----------------------  -----------------------  -------
      James J. Restivo Jr.     4.50  at  $  635.00  =   2,857.50
      Douglas E. Cameron       2.30  at  $  570.00  =   1,311.00

                               CURRENT FEES                         4,168.50


                                                                 ------------
                               TOTAL BALANCE DUE UPON RECEIPT       $4,168.50
                                                                 ============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      1629165
One Town Center Road                  Invoice Date        11/28/07
Boca Raton, FL   33486                Client Number       172573
```

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
         Fees                         68,246.00
         Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT       $68,246.00
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1629165
One Town Center Road                    Invoice Date       11/28/07
Boca Raton, FL    33486                 Client Number        172573
                                        Matter Number         60033


=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/07 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/01/07 | Cameron | Attend weekly team meeting on PD issues (0.6); follow-up on Canadian claims issues (0.5); review motion to expunge and e-mails (0.5). | 1.60 |
| 10/01/07 | Flatley | Team meeting and follow-up. | 1.00 |
| 10/01/07 | Rea | Team meeting (.9); revisions to motion to expunge certain property damage claims (1.1). | 2.00 |
| 10/01/07 | Restivo | Planning meeting (1.0); telephone calls with Speights et al (.5). | 1.50 |
| 10/02/07 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/02/07 | Garlitz | Prepare summary of PD claims for D. Cameron. | 1.30 |
| 10/02/07 | Rea | Revised motion to expunge duplicate claims. | .60 |
| 10/02/07 | Restivo | Telephone calls and emails re: Speights. | .80 |
| 10/03/07 | Garlitz | Prepare summary of PD claims for D. Cameron. | .20 |

```
172573 W. R. Grace & Co.                      Invoice Number  1629165
60033  Claim Analysis Objection Resolution    Page    2
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/03/07 | Restivo | Open issues review and planning. | 1.00 |
| 10/05/07 | Garlitz | Prepare summary of PD claims for D. Cameron. | .70 |
| 10/08/07 | Ament | Assist team with various issues relating to PD claims (.40); e-mails with team re: same (.10); prepare for and attend team status meeting (.30). | .80 |
| 10/08/07 | Cameron | Prepare for (0.4) and participate in weekly Group meeting (0.5); attention to Canadian claims information (0.6); review materials from K&E (0.4); review objections to settlement (0.7). | 2.60 |
| 10/08/07 | Flatley | Team meeting and follow-up. | .60 |
| 10/08/07 | Rea | Attend team meeting (.3); review of objections to property damage settlements (.2); review of revised status memo (.2). | .70 |
| 10/08/07 | Restivo | Prepare for and attend planning meeting (.9) and emails with Speights (.2); update status report (.2); prepare for Speights' call (.1). | 1.40 |
| 10/09/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with team re: same (.10). | .30 |
| 10/09/07 | Cameron | Review objections to settlement agreements (0.5); review materials regarding inquiry to Speights (0.7). | 1.20 |
| 10/09/07 | Flatley | Review R. Aten memo re: medical issues report and prepare for call (1.1); call with R. Senfteben (0.1); e-mails re: medical issues and other follow-up (0.6); e-mails and replies (0.2). | 2.00 |

172573  W. R. Grace & Co.                          Invoice Number  1629165
60033  Claim Analysis Objection Resolution         Page    3
       & Estimation (Asbestos)
November 28, 2007


| Date | Name | | Hours |
|------|------|--|-------|
| 10/09/07 | Rea | Meeting with J. Restivo re: outstanding claims (.4); research re: outstanding claims (1.7). | 2.10 |
| 10/09/07 | Restivo | Telephone conference with M. Dies and R. Finke (1.1); emails with D. Speights (.3); agenda-setting emails (.4). | 1.80 |
| 10/10/07 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails and meetings re: same (.20) | .50 |
| 10/10/07 | Rea | Correspondence re: remaining property damage claims. | .20 |
| 10/10/07 | Restivo | Work on Speights' remaining U.S. and Canada claims (1.0); telephone calls and emails with client, K&E, et al. (1.2). | 2.20 |
| 10/11/07 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 10/11/07 | Cameron | Review status of various claims. | .80 |
| 10/11/07 | Flatley | Review medical expert materials for hazard case (3.7); e-mails from/to R. Finke re: California claims (0.2). | 3.90 |
| 10/11/07 | Rea | Meeting re: Allegheny Center claims. | .30 |
| 10/11/07 | Restivo | Telephone conference, emails and pleadings with D. Speights. | 1.50 |
| 10/12/07 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 10/12/07 | Aten | Miscellaneous medical expert issues. | .10 |
| 10/12/07 | Cameron | Review materials from R. Finke regarding California buildings (0.6); review materials from J. Restivo relating to Canadian claims (0.4); review materials from L. Flatley regarding expert | 1.90 |

172573 W. R. Grace & Co.                          Invoice Number  1629165
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
November 28, 2007


       Date    Name                                               Hours
    --------  -----------                                         -----
                              reports (0.9).

    10/12/07 Flatley         Reviewing medical issues materials    4.30
                             for "hazard" case (4.0); R. Finke
                             message and calls (0.3).

    10/12/07 Rea             Preparation of documents to           1.20
                             expunge agreed-upon property
                             damage claims.

    10/12/07 Restivo         Negotiations and emails with          2.50
                             Speights et al. (1.5); various
                             emails, telephone calls re:
                             property damage claims (1.0).

    10/15/07 Ament           Prepare for and and attend team       1.40
                             status meeting (1.10); assist team
                             with various issues relating to PD
                             claims (.20); e-mails re: same
                             (.10).

    10/15/07 Cameron         Prepare for (0.4) and attend          3.30
                             portion of weekly meeting (0.5);
                             review Canadian claimants'
                             post-hearing brief regarding
                             limitation periods (1.1); multiple
                             e-mails regarding same (0.4);
                             review draft expert report (0.9).

    10/15/07 Flatley         Note from J. Cintani (0.2); call      2.90
                             with W. Sparks (0.3); call with
                             T. Egan (0.4); e-mails re: California
                             documents and scheduling
                             conference call (0.3); review CSU
                             consent order and related
                             documents (0.7); team meeting and
                             follow-up (1.0).

    10/15/07 Rea             Team meeting (1.0); analysis of       2.50
                             remaining property damage claims
                             (.4); analysis of Brief in
                             Opposition to Canadian motion for
                             summary judgment (1.1).

    10/15/07 Restivo         Telephone call with client (.4);      4.00
                             receipt, review and comment on
                             D. Speights' Memorandum of Law re:
                             Canadian Claims (1.6); review
                             Calif. Consent Decree and update
                             Work Plan (1.5); chair weekly

172573 W. R. Grace & Co.                       Invoice Number  1629165
60033  Claim Analysis Objection Resolution     Page    5
       & Estimation (Asbestos)
November 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| | | planning meeting (.5). | |
| 10/16/07 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 10/16/07 | Aten | Conference with L. Flatley re: miscellaneous medical expert issues. | 1.60 |
| 10/16/07 | Cameron | Review expert report (.70); participate in conference call re: same (1.10); telephone call with R. Finke re:  same (.50); continued review of Canadian claimants' post-hearing brief (1.30). | 3.60 |
| 10/16/07 | Flatley | Review claimants' brief on Canada summary judgment issues (2.1); prepare for call re: medical issues (0.3); conference call re: medical issues and follow-up (1.5). | 3.90 |
| 10/16/07 | Rea | Review of motion to file expert report. | .10 |
| 10/16/07 | Restivo | Telephone call with Beber (.4); emails with K&E (.4); attend to issues re:  Hofstetter (.5). | 1.30 |
| 10/17/07 | Ament | Assist team with various issues relating to PD claims (.50); various e-mails and meetings with team re: same (.30); circulate DGS motion for leave to file expert report of Dr. Tim Vander Wood (.20); access database and provide various claims to J. Restivo (.50); meet with J. Restivo re: same (.10). | 1.60 |
| 10/17/07 | Aten | Miscellaneous issues re: medical experts. | .70 |
| 10/17/07 | Cameron | Review J. Restivo e-mails regarding open issues (0.4); review matter to file report (0.8). | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1629165
60033  Claim Analysis Objection Resolution      Page    6
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/17/07 | Flatley | With R. Aten (0.2); additional preparation for medical witness conference call (3.1); to see T. Rea and D. Cameron re: Canada brief (0.3); J. Restivo e-mails and replies (0.1); attend to issues re:  medical witness conference (0.4). | 4.10 |
| 10/17/07 | Rea | Prepared COC expunging claim (.2); e-mails re: motion to file expert report (.2). | .40 |
| 10/17/07 | Restivo | Work on Canadian Property Damage claims (.9); review Vanderwood's new material (.9). | 1.80 |
| 10/18/07 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 10/18/07 | Aten | Conference with L. Flatley re: California claims (.2); miscellaneous issues re: medical experts (1.2). | 1.40 |
| 10/18/07 | Cameron | Review Canadian statute of limitations materials (0.8); review consent decree issues (0.9). | 1.70 |
| 10/18/07 | Flatley | Review Canada brief issues (0.3); with T. Rea about Canada brief (0.4); with R. Finke re: California issues (0.4); call with R. Aten re: California issues (0.3); revisions to memo re: medical issues (0.7). | 2.10 |
| 10/18/07 | Rea | Meeting with L. Flatley re: Canadian brief. | .20 |
| 10/19/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10); assist R. Aten with claim forms (.20). | .50 |
| 10/19/07 | Aten | Review CSU claims and email to L. Flatley re: same. | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1629165
60033  Claim Analysis Objection Resolution        Page    7
       & Estimation (Asbestos)
November 28, 2007


| Date | Name | | Hours |
|------|------|------|------|
| 10/19/07 | Cameron | Review materials from J. Restivo regarding claims. | .60 |
| 10/19/07 | Flatley | Revisions to memorandum (0.3); substantive e-mails and replies (0.4). | .70 |
| 10/19/07 | Rea | Attention to response to supplemental Canadian submission. | 1.40 |
| 10/19/07 | Restivo | Review and mesh Rosenberg's list of remaining claims of our upcoming status report to the Judge. | 1.20 |
| 10/20/07 | Cameron | Review materials regarding Canadian limitations periods. | 1.60 |
| 10/20/07 | Rea | Draft Reply to Supplemental Canadian Summary Judgment Brief. | 3.10 |
| 10/21/07 | Rea | Draft Reply to Supplemental Canadian Summary Judgment Brief. | 5.30 |
| 10/22/07 | Ament | Review J. Restivo status report (.10); prepare for and attend team status meeting (.70); access database and provide various claims to J. Restivo per request (.30); meet with J. Restivo re: same (.10). | 1.20 |
| 10/22/07 | Aten | Miscellaneous medical expert issues (.1); review claims files for two California claims (2.1). | 2.20 |
| 10/22/07 | Cameron | Attend portion of team meeting (0.5); review draft brief regarding Canadian limitation periods (0.6); e-mails regarding same (0.4); review materials from R. Finke (0.4). | 1.90 |
| 10/22/07 | Flatley | E-mails and replies (0.3); team meeting (0.8); review California issues with R. Aten and e-mail to R. Finke re: California issues (0.5); e-mails from/to R. Finke (0.1). | 1.70 |

```
172573 W. R. Grace & Co.                        Invoice Number  1629165
60033  Claim Analysis Objection Resolution      Page    8
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/22/07 | Rea | Attend team meeting. | .70 |
| 10/22/07 | Restivo | Weekly planning meeting (1.0); update Status Report (.3); telephone calls with J. Baer re: Omnibus (.5); Speights' remaining non-summary judgment claims (1.6). | 3.40 |
| 10/23/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 10/23/07 | Aten | Revise summary re: two California claims. | .20 |
| 10/23/07 | Cameron | Review e-mails and drafts regarding Canadian limitations periods. | .70 |
| 10/23/07 | Rea | Draft reply to supplemental Canadian brief. | 1.40 |
| 10/24/07 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/24/07 | Cameron | Review draft reply brief (0.5); e-mails regarding same (0.3); review prior brief and legal research (0.9). | 1.70 |
| 10/24/07 | Flatley | Call with J. Restivo. | .20 |
| 10/24/07 | Rea | Emails re: Canadian brief. | .30 |
| 10/24/07 | Restivo | Telephone calls with K&E and counsel for BNSF. | .50 |
| 10/25/07 | Ament | Assist team with various issues relating to PD claims (.40); e-mails re: same (.10). | .50 |
| 10/25/07 | Cameron | Review and finalize reply brief (0.6); review summary judgment argument materials (0.8); e-mails regarding Canadian claims issues with D. Speights (0.2). | 1.60 |
| 10/25/07 | Rea | Revisions to Reply to Supplemental Canadian brief. | 1.60 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
      & Estimation (Asbestos)
November 28, 2007

Invoice Number  1629165
Page    9

| Date | Name | | Hours |
|------|------|------|-------|
| 10/26/07 | Ament | Assist T. Rea with various issues relating to PD claims (.40); e-mails re: same (.10). | .50 |
| 10/26/07 | Cameron | Review final reply brief and e-mails regarding same (0.5); review Pinchin materials (0.8). | 1.30 |
| 10/26/07 | Flatley | E-mails and replies. | .20 |
| 10/26/07 | Rea | Finalize to reply to Supplemental Canadian Submission. | .70 |
| 10/28/07 | Rea | Revision to memo re: remaining property damage claims. | .60 |
| 10/29/07 | Ament | Assist D. Cameron with various issues relating to PD claims (.40); various e-mails and meetings re: same (.20). | .60 |
| 10/29/07 | Cameron | Review J. Restivo summary memorandum for meetings (0.5); e-mails regarding meetings (0.2); attention to summary judgment materials (0.9). | 1.60 |
| 10/29/07 | Flatley | E-mails and replies (0.2); call with W. Sparks and follow-up (0.2); e-mails from/to D. Cameron re: various subjects (0.5). | .90 |
| 10/29/07 | Restivo | Correspondence and emails re: remaining cases. | .50 |
| 10/30/07 | Ament | Assist team with various issues relating to PD claims (.40); e-mails re: same (.10). | .50 |
| 10/30/07 | Cameron | Prepare for meeting regarding status (0.6); review pending claims list and status (0.5); review issues regarding D. Speights claim (0.7). | 1.80 |
| 10/30/07 | Flatley | Correspondence (0.2); call with D. Cameron (0.1). | .30 |
| 10/30/07 | Rea | E-mails re: status report. | .20 |

172573  W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
November 28, 2007

                                        Invoice Number   1629165
                                        Page   10

| Date | Name | | Hours |
|------|------|------|-------|

| 10/31/07 | Ament | Assist team with various issues relating to PD claims (.50); prepare for and attend team status meeting (.80). | 1.30 |
| 10/31/07 | Cameron | Prepare for (0.4) and attend portion of team meeting regarding strategy issues (0.6); review materials relating to Canadian claim and limitation period issues in Quebec (1.1); review product ID materials for Canadian claims for Pinchin deposition (0.8). | 2.90 |
| 10/31/07 | Flatley | Team meeting and follow-up (0.7); review R. Aten e-mail and circulate it (0.2). | .90 |
| 10/31/07 | Rea | Attend team meeting (.7); preparation for team meeting (.1); revisions to motions re: property damage claims (.8). | 1.60 |
| 10/31/07 | Restivo | Weekly Planning meeting. | 1.30 |

                                                        ------
                                        TOTAL HOURS     138.40

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|------|------|------|------|-------|
| James J. Restivo Jr. | 26.70 | at | $ | 635.00 | = | 16,954.50 |
| Lawrence E. Flatley | 29.70 | at | $ | 575.00 | = | 17,077.50 |
| Douglas E. Cameron | 33.60 | at | $ | 570.00 | = | 19,152.00 |
| Traci Sands Rea | 27.20 | at | $ | 400.00 | = | 10,880.00 |
| Rebecca E. Aten | 6.80 | at | $ | 295.00 | = | 2,006.00 |
| Sharon A. Ament | 12.20 | at | $ | 145.00 | = | 1,769.00 |
| Margaret A. Garlitz | 2.20 | at | $ | 185.00 | = | 407.00 |

              CURRENT FEES                          68,246.00

                                                 ------------
              TOTAL BALANCE DUE UPON RECEIPT      $68,246.00
                                                 ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1629166
One Town Center Road                      Invoice Date        11/28/07
Boca Raton, FL    33486                   Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            63,776.00
        Expenses                             0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $63,776.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1629166
One Town Center Road                      Invoice Date       11/28/07
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number         60035


=============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 09/30/07 | Cameron | Review materials for expert meetings. | 2.00 |
| 10/01/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.00 |
| 10/02/07 | Cameron | Review criminal case expert materials and prepare for meeting. | 1.80 |
| 10/02/07 | Sanner | Work on government materials project. | 2.80 |
| 10/02/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.90 |
| 10/03/07 | Sanner | Continue evaluation of government materials. | 4.50 |
| 10/03/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.90 |
| 10/04/07 | Sanner | Work on project re:  contributions to Congress through analysis of hearing submissions. | 4.30 |
| 10/04/07 | Taylor-Payne | Continue review and compilation of key governmental documents. | 4.70 |
| 10/05/07 | Cameron | Review materials relating to R. Lee and meeting. | 1.10 |

172573 W. R. Grace & Co.                              Invoice Number  1629166
60035  Grand Jury Investigation                       Page    2
November 28, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 10/05/07 | Sanner | Review and analyze government materials (4.2); conference with J. Taylor-Payne re: same (.3). | 4.50 |
| 10/05/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.50 |
| 10/08/07 | Cameron | Review Lee reports. | 1.20 |
| 10/08/07 | Sanner | Continue analysis of government materials (4.1); conference with J. Taylor-Payne re: same (.1). | 4.20 |
| 10/08/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 6.60 |
| 10/09/07 | Sanner | Continue analysis of government materials (5.1); conference with J. Taylor-Payne re: collection issues (.2). | 5.30 |
| 10/09/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.30 |
| 10/10/07 | Sanner | Work on overall outline of government materials (3.1); conference with J. Taylor-Payne re: MSHA investigations (.4); review communications with CPSC on records policies (1.4). | 4.90 |
| 10/10/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 4.60 |
| 10/11/07 | Sanner | Continue analysis of government materials. | 4.40 |
| 10/11/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 6.50 |
| 10/12/07 | Sanner | Continue assessment of government materials (3.2); conference with J. Taylor-Payne re: status of new search (.4). | 3.60 |
| 10/12/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.80 |
| 10/13/07 | Cameron | Review materials for expert witness meetings. | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1629166
60035  Grand Jury Investigation                   Page    3
November 28, 2007


| Date | Name | | Hours |
|------|------|------|------|
| 10/15/07 | Sanner | Continue analysis of government materials. | 5.10 |
| 10/15/07 | Sanner | Conference with J. Taylor-Payne re: issues involving government materials. | .30 |
| 10/15/07 | Taylor-Payne | Continue research and download of key governmental documents. | 7.00 |
| 10/16/07 | Sanner | Continue review and analysis of government materials (3.1) and conference with J. Taylor-Payne re: same (.4). | 3.50 |
| 10/16/07 | Taylor-Payne | Continue research and download of key governmental documents. | 4.00 |
| 10/17/07 | Cameron | Telephone call with R. Finke and review materials from R. Finke regarding meeting (1.1); attention to expert reports and outstanding issues (0.6). | 1.70 |
| 10/17/07 | Sanner | Continue work on government documents project. | 4.50 |
| 10/17/07 | Sanner | Conference and email with J. Taylor-Payne re research questions on government materials project. | .40 |
| 10/17/07 | Taylor-Payne | Continue research and organization of key governmental documents. | .90 |
| 10/18/07 | Cameron | Prepare for (1.3) and attend meeting with R. Finke and experts (4.6); begin summary of open issues (0.9); review expert reports (0.8). | 7.60 |
| 10/18/07 | Sanner | Continue analysis of government materials issues. | 8.60 |
| 10/18/07 | Taylor-Payne | Continue research and organization of key governmental documents. | 1.60 |
| 10/19/07 | Cameron | Follow-up from expert witness meetings. | 2.10 |

172573 W. R. Grace & Co.                    Invoice Number  1629166
60035  Grand Jury Investigation            Page    4
November 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 10/19/07 | Klapper | Meet with L. Urgenson and T. Mace regarding case themes. | 1.50 |
| 10/19/07 | Sanner | Prepare project summary for A. Klapper. | 5.50 |
| 10/19/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |
| 10/22/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | .30 |
| 10/23/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | .30 |
| 10/24/07 | Sanner | Continue government materials analysis project. | 6.80 |
| 10/25/07 | Cameron | Review C. Blake report and court order (0.7); prepare for call regarding same (0.8). | 1.50 |
| 10/25/07 | Sanner | Continue analysis of government materials. | 5.80 |
| 10/26/07 | Cameron | Telephone call with R. Finke and C. Blake regarding expert report issues (0.6); attention to Rich Lee materials (0.9); review government sampling materials (1.3). | 2.80 |
| 10/26/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 10/27/07 | Cameron | Attention to court order and expert report revisions (0.8); review notes from expert witness meetings and trial preparation issues (1.1). | 1.90 |
| 10/28/07 | Sanner | Continue review and analysis of government materials. | 2.90 |
| 10/29/07 | Cameron | Review notes and reports and begin to prepare memorandum regarding expert witness meetings. | 1.90 |
| 10/29/07 | Sanner | Continue work on government materials project. | .50 |

172573 W. R. Grace & Co.             Invoice Number  1629166
60035  Grand Jury Investigation        Page    5
November 28, 2007

| Date | Name | | Hours |
|------|------|---|------|
| 10/29/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 4.40 |
| 10/31/07 | Cameron | Telephone call with L. Flatley regarding Art Langer and e-mail regarding same (0.2); review Langer report (.4); telephone call with R.J. Lee Group regarding report issues (0.2); review Pooley and Lee reports and back-up materials (1.1). | 1.90 |
| 10/31/07 | Flatley | Call with G. Winters (0.1); call with D. Cameron to follow-up (0.1). | .20 |
| 10/31/07 | Sanner | Work on next segment of government materials project. | .50 |
| 10/31/07 | Taylor-Payne | Research and compilation of key governmental documents. | .60 |

                                                 ------
                         TOTAL HOURS   173.70

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| Lawrence E. Flatley | 0.20 | at | $ | 575.00 | = | 115.00 |
| Douglas E. Cameron | 29.00 | at | $ | 570.00 | = | 16,530.00 |
| Antony B. Klapper | 1.50 | at | $ | 520.00 | = | 780.00 |
| Margaret L. Sanner | 82.90 | at | $ | 425.00 | = | 35,232.50 |
| Jennifer L. Taylor-Payne | 60.10 | at | $ | 185.00 | = | 11,118.50 |

                  CURRENT FEES                  63,776.00

                                        ------------
                  TOTAL BALANCE DUE UPON RECEIPT     $63,776.00
                                        =============