REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1629207
One Town Center Road                      Invoice Date     11/28/07
Boca Raton, FL   33486                    Client Number     172573

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                     30,770.67

                        TOTAL BALANCE DUE UPON RECEIPT      $30,770.67
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1629207
One Town Center Road                      Invoice Date      11/28/07
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number         60026

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 12.00 |
| Telephone Expense | 0.10 |
| IKON Copy Services | 59.60 |
| Documentation Charge | 125.50 |
| Duplicating/Printing/Scanning | 1,813.90 |
| Consulting Fees | 25,267.91 |
| Courier Service - Outside | 284.56 |
| Secretarial Overtime | 30.00 |
| Lodging | 875.32 |
| Parking/Tolls/Other Transportation | 93.00 |
| Air Travel Expense | 1,536.40 |
| Taxi Expense | 288.00 |
| Mileage Expense | 46.56 |
| Meal Expense | 269.89 |
| Telephone - Outside | 19.93 |
| General Expense | 48.00 |

                    CURRENT EXPENSES                30,770.67
                                                  -------------

                    TOTAL BALANCE DUE UPON RECEIPT   $30,770.67
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1629207
One Town Center Road                    Invoice Date      11/28/07
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/30/07 | Secretarial Overtime-W.R. Grace Litigation - assist with July fee application | 30.00 |
| 09/26/07 | Duplicating/Printing/Scanning ATTY # 7015: 78 COPIES | 7.80 |
| 09/27/07 | Duplicating/Printing/Scanning ATTY # 0349: 3 COPIES | .30 |
| 09/27/07 | Duplicating/Printing/Scanning ATTY # 0396: 1 COPY | .10 |
| 09/27/07 | Duplicating/Printing/Scanning ATTY # 0559: 12 COPIES | 1.20 |
| 09/27/07 | Binding Charge | 12.00 |
| 09/28/07 | Duplicating/Printing/Scanning ATTY # 0559: 12 COPIES | 1.20 |
| 09/28/07 | Duplicating/Printing/Scanning ATTY # 0559: 22 COPIES | 2.20 |
| 10/01/07 | Duplicating/Printing/Scanning ATTY # 7015: 4 COPIES | .40 |
| 10/01/07 | Telephone - Outside Chorus Call Inv No: 0314866 - CAMERON - | 13.78 |
| 10/02/07 | Duplicating/Printing/Scanning ATTY # 7015: 4 COPIES | .40 |
| 10/03/07 | Duplicating/Printing/Scanning ATTY # 7015: 6 COPIES | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1629207
60026  Litigation and Litigation Consulting       Page    2
November 28, 2007

| 10/03/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 28 COPIES | 2.80 |
|---|---|---|
| 10/04/07 | Taxi Expense - - VENDOR: YELLOW CAB CO. TAKEN<br>ON 05/02/07 - - Taxi fare related to<br>secretarial OT work. | 8.00 |
| 10/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 10/04/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 27 COPIES | 2.70 |
| 10/04/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 955 COPIES | 95.50 |
| 10/04/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 4 COPIES | .40 |
| 10/04/07 | Meal Expense Mtg on 09/17/07 - - Lunch for 5<br>during working meeting with 2 expert witnesses<br>and client's in-house attorney. | 86.29 |
| 10/04/07 | Meal Expense mtg on 09/18/07 - - Lunch for 5<br>during working meeting with 2 expert witnesses<br>and client's in-house attorney. | 81.33 |
| 10/04/07 | Courier Service - Outside<br>224205 on 9/20/07 | 53.72 |
| 10/05/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 17 COPIES | 1.70 |
| 10/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0887: 6 COPIES | .60 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0886; 10 COPIES | 1.00 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0886; 4 COPIES | .40 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |

172573 W. R. Grace & Co.                           Invoice Number  1629207
60026  Litigation and Litigation Consulting        Page    3
November 28, 2007

| | | |
|---|---|---:|
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 55 COPIES | 5.50 |
| 10/08/07 | Courier Service - UPS - Shipped from<br>Lawrence Flatley Reed Smith LLP - Pittsburgh<br>To Mr. Thomas F. Egan (BOOTHWYN PA 19061). | 15.31 |
| 10/08/07 | Courier Service - UPS - Shipped from<br>Lawrence Flatley Reed Smith LLP - Pittsburgh<br>To Mr. James Cintani (YARDLEY PA 19067). | 15.31 |
| 10/09/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 18 COPIES | 1.80 |
| 10/10/07 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRAVEL TO WASH DC FOR DEPOSITION PREPARATION<br>AND DEPOSITION OF R. LEE 10/3-10/4/07 - - Two<br>breakfasts, one dinner. | 38.00 |
| 10/10/07 | Lodging - - VENDOR: DOUGLAS E. CAMERON TRAVEL<br>TO WASH DC FOR DEPOSITION PREPARATION AND<br>DEPOSITION OF R. LEE 10/3-10/4/07- - One night<br>stay at JW Marriott ($399 per night plus tax). | 456.00 |
| 10/10/07 | Air Travel Expense - - VENDOR:<br>DOUGLAS E. CAMERON TRAVEL TO WASH DC FOR<br>DEPOSITION PREPARATION AND DEPOSITION OF R. LEE<br>10/3-10/4/07 - - Air travel from PIT to Wash.<br>Reagan and return. | 646.80 |
| 10/10/07 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRAVEL TO WASH DC FOR DEPOSITION PREPARATION<br>AND DEPOSITION OF R. LEE 10/3-10/4/07 - - Taxi<br>from WDC airport to hotel and return to airport. | 35.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1629207
60026  Litigation and Litigation Consulting  Page   4
November 28, 2007
```

| Date | Description | Amount |
|---|---|---|
| 10/10/07 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO WASH DC FOR DEPOSITION PREPARATION AND DEPOSITION OF R. LEE 10/3-10/4/07 - - Travel to/from PIT airport. | 23.28 |
| 10/10/07 | Parking/Tolls/Other Transportation - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO WASH DC FOR DEPOSITION PREPARATION AND DEPOSITION OF R. LEE 10/3-10/4/07 - - Parking at PIT Airport during trip to WDC. | 38.00 |
| 10/10/07 | General Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO WASH DC FOR DEPOSITION PREPARATION AND DEPOSITION OF R. LEE 10/3-10/4/07 - - Travel agent fee for air travel change. | 24.00 |
| 10/10/07 | Duplicating/Printing/Scanning ATTY # 7015; 100 COPIES | 10.00 |
| 10/10/07 | Duplicating/Printing/Scanning ATTY # 7015; 89 COPIES | 8.90 |
| 10/11/07 | Duplicating/Printing/Scanning ATTY # 7015: 29 COPIES | 2.90 |
| 10/11/07 | Duplicating/Printing/Scanning ATTY # 7015: 28 COPIES | 2.80 |
| 10/15/07 | Telephone Expense 312-616-2819/CHICAGO, IL/3 | .10 |
| 10/15/07 | Duplicating/Printing/Scanning ATTY # 0710; 1 COPY | .10 |
| 10/15/07 | Duplicating/Printing/Scanning ATTY # 0710; 4 COPIES | .40 |
| 10/16/07 | Lodging - - VENDOR: ANTONY B. KLAPPER DEPOSITION OF DR. BRODY 10/7-10/8/07 - - one night stay at Raliegh Durham Marriott ($209 per night plus tax). | 239.65 |
| 10/16/07 | Air Travel Expense - - VENDOR: ANTONY B. KLAPPER DEPOSITION OF DR. BRODY ON 10/7-10/8/08 - - Air travel from Wash. Reagan to RDU and return. | 426.80 |
| 10/16/07 | Taxi Expense - - VENDOR: ANTONY B. KLAPPER DEPOSITION OF DR. BRODY 10/7-10/8/07 - - Taxi fares from RDU airport to hotel and return. | 70.00 |

172573 W. R. Grace & Co.                          Invoice Number  1629207
60026 Litigation and Litigation Consulting        Page    5
November 28, 2007

| | | |
|---|---|---:|
| 10/16/07 | Parking/Tolls/Other Transportation - - VENDOR: ANTONY B. KLAPPER DEPOSITION OF DR. BRODY 10/7-10/8/07 - - Parking at Wash. Reagan Airport during trip to Raliegh/Durham NC. | 17.00 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 0886; 5 COPIES | .50 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 0886; 1 COPY | .10 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 7015; 148 COPIES | 14.80 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 0396: 1 COPY | .10 |
| 10/17/07 | Duplicating/Printing/Scanning ATTY # 0710; 2 COPIES | .20 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 379 COPIES | 37.90 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 132 COPIES | 13.20 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 614 COPIES | 61.40 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 625 COPIES | 62.50 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 1092 COPIES | 109.20 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 1853 COPIES | 185.30 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 2788; 43 COPIES | 4.30 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 342 COPIES | 34.20 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 2923 COPIES | 292.30 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 1814; 557 COPIES | 55.70 |
| 10/18/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
November 28, 2007

Invoice Number  1629207
Page   6

| | | |
|---|---|---:|
| 10/19/07 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING FOR SERVICE OF MONTHLY FEE APP. CNO. | 59.60 |
| 10/19/07 | Duplicating/Printing/Scanning | .10 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 0559; 581 COPIES | 58.10 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 0559; 139 COPIES | 13.90 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 0559; 426 COPIES | 42.60 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 0559; 87 COPIES | 8.70 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 1814; 871 COPIES | 87.10 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 2788; 50 COPIES | 5.00 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 7015; 485 COPIES | 48.50 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 2788; 195 COPIES | 19.50 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .40 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .40 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .40 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .40 |
| 10/21/07 | Duplicating/Printing/Scanning ATTY # 7190; 168 COPIES | 16.80 |
| 10/21/07 | Duplicating/Printing/Scanning ATTY # 0559; 16 COPIES | 1.60 |
| 10/22/07 | Duplicating/Printing/Scanning ATTY # 0886; 4 COPIES | .40 |

172573 W. R. Grace & Co.                           Invoice Number  1629207
60026  Litigation and Litigation Consulting        Page    7
November 28, 2007

| | | |
|---|---|---|
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 4 COPIES | .40 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 4 COPIES | .40 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 2788; 1022 COPIES | 102.20 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 2788; 429 COPIES | 42.90 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 15 COPIES | 1.50 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 5 COPIES | .50 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 18 COPIES | 1.80 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 15 COPIES | 1.50 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 5 COPIES | .50 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 18 COPIES | 1.80 |
| 10/24/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 24 COPIES | 2.40 |
| 10/24/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 24 COPIES | 2.40 |
| 10/24/07 | Duplicating/Printing/Scanning<br>ATTY # 2788; 611 COPIES | 61.10 |
| 10/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  1629207
60026  Litigation and Litigation Consulting        Page    8
November 28, 2007

| | | |
|---|---|---:|
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 8 COPIES | .80 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 24 COPIES | 2.40 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 24 COPIES | 2.40 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 60 COPIES | 6.00 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 8 COPIES | .80 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 24 COPIES | 2.40 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 24 COPIES | 2.40 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 60 COPIES | 6.00 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814; 288 COPIES | 28.80 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814; 1067 COPIES | 106.70 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 2788; 424 COPIES | 42.40 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 2788; 90 COPIES | 9.00 |
| 10/26/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 6 COPIES | .60 |
| 10/26/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 6 COPIES | .60 |
| 10/26/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 124 COPIES | 12.40 |
| 10/29/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1629207
60026  Litigation and Litigation Consulting       Page    9
November 28, 2007

| Date | Description | Amount |
|---|---|---|
| 10/29/07 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 10/29/07 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPY | .10 |
| 10/29/07 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 10/29/07 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 10/30/07 | Documentation Charge-Documents VENDOR: RETRIEVE-IT | 125.50 |
| 10/30/07 | Duplicating/Printing/Scanning ATTY # 0710; 8 COPIES | .80 |
| 10/30/07 | Duplicating/Printing/Scanning ATTY # 0718; 292 COPIES | 29.20 |
| 10/31/07 | Courier Service - Outside - - VENDOR: PARCELS, INC. FAXING | 30.30 |
| 10/31/07 | Duplicating/Printing/Scanning ATTY # 2788; 61 COPIES | 6.10 |
| 10/31/07 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 - - one breakfast, two lunches, two dinners. | 64.27 |
| 10/31/07 | Lodging - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 - - one night stay at The Hilton Garden Inn (taxes incl.). | 179.67 |
| 10/31/07 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 - - Air travel from PIT to ATL and return. | 462.80 |
| 10/31/07 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 - - Taxi fares from ATL airport to Duluth, GA (site of hoteland mtgs). | 175.00 |
| 10/31/07 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 - - Travel to/from PIT airport. | 23.28 |
| 10/31/07 | Parking/Tolls/Other Transportation - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 - - Parking at PIT airport during trip to ATL. | 38.00 |

```
172573 W. R. Grace & Co.                        Invoice Number   1629207
60026  Litigation and Litigation Consulting     Page   10
November 28, 2007
```

| Date | Description | Amount |
|---|---|---|
| 10/31/07 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 - - Business call during stay on trip to ATL. | 6.15 |
| 10/31/07 | General Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO ATLANTA, GA 10/22-10/23/07 TRAVEL AGENT FEE FOR AIR TRAVEL CHANGE. | 24.00 |
| 10/31/07 | Courier Service - Outside - - VENDOR: FEDEX - 3 PKGS TO/FROM D. CAMERON | 169.92 |
| 11/26/07 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - DOCUMENT REVIEW RE: DR. RODRICKS' DEPOSITION - Expert consultant fees for work on personal injury claims against W.R. Grace for October, 2007. | 25267.91 |

```
                        CURRENT EXPENSES                30,770.67
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $30,770.67
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1629208
5400 Broken Sound Blvd., N.W.        Invoice Date       11/28/07
Boca Raton, FL 33487                 Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                              0.00
        Expenses                     22,201.74

                   TOTAL BALANCE DUE UPON RECEIPT      $22,201.74
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1629208
5400 Broken Sound Blvd., N.W.        Invoice Date       11/28/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Telephone Expense                        1.90
       Duplicating/Printing/Scanning          123.60
       Westlaw                             21,936.97
       Taxi Expense                            44.88
       Meal Expense                            94.39

              CURRENT EXPENSES                       22,201.74
                                                    -------------

              TOTAL BALANCE DUE UPON RECEIPT        $22,201.74
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number      1629208
5400 Broken Sound Blvd., N.W.              Invoice Date      11/28/07
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60028


========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 09/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 09/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 1.60 |
| 09/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/02/07 | Telephone Expense<br>843-987-3805/LOW COUNTRY, SC/12 | .60 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/09/07 | Telephone Expense<br>202-429-1700/WASHINGTON, DC/15 | .75 |
| 10/09/07 | Westlaw - PICKENS, DUSTIN N - - Legal research<br>relating to analysis of ZAI claimants' claims<br>against W.R. Grace. | 313.94 |
| 10/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/10/07 | Westlaw - PICKENS, DUSTIN N - - Legal research<br>relating to analysis of ZAI claimants' claims<br>against W.R. Grace. | 264.50 |

172573 W. R. Grace & Co.                  Invoice Number   1629208
60028  ZAI Science Trial                    Page   2
November 28, 2007

| | | |
|---|---|---|
| 10/11/07 | Taxi Expense - - VENDOR: GROUP AMERICAR TRANSPORTATION LLC - Taxi from LGA airport to meeting at 599 LEX and return trip. | 44.88 |
| 10/11/07 | Westlaw - PICKENS, DUSTIN N - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 53.93 |
| 10/11/07 | Westlaw - PICKENS, DUSTIN N - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 92.45 |
| 10/12/07 | Westlaw - METROPOULOS, NATALIE C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 1005.20 |
| 10/13/07 | Westlaw - METROPOULOS, NATALIE C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 1066.33 |
| 10/14/07 | Westlaw - SAMUEL, ALEXANDRIA C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 777.66 |
| 10/14/07 | Westlaw - METROPOULOS, NATALIE C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 207.10 |
| 10/15/07 | Telephone Expense 410-531-4355/COLUMBIA, MD/5 | .25 |
| 10/15/07 | Duplicating/Printing/Scanning ATTY # 0349: 9 COPIES | .90 |
| 10/15/07 | Duplicating/Printing/Scanning ATTY # 0349: 8 COPIES | .80 |
| 10/15/07 | Duplicating/Printing/Scanning ATTY # 0349: 8 COPIES | .80 |
| 10/15/07 | Duplicating/Printing/Scanning ATTY # 0349: 8 COPIES | .80 |
| 10/15/07 | Duplicating/Printing/Scanning ATTY # 0349: 8 COPIES | .80 |
| 10/15/07 | Westlaw - REA, TRACI L - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 216.92 |

```
172573 W. R. Grace & Co.                    Invoice Number  1629208
60028  ZAI Science Trial                    Page   3
November 28, 2007
```

| Date | Description | Amount |
|------|-------------|-------:|
| 10/15/07 | Westlaw - DUCRE, DANIELLE N - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 140.06 |
| 10/15/07 | Westlaw - SAMUEL, ALEXANDRIA C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 2873.34 |
| 10/15/07 | Westlaw - SAMUEL, ALEXANDRIA C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 188.10 |
| 10/15/07 | Westlaw - METROPOULOS, NATALIE C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 1441.54 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 0559; 45 COPIES | 4.50 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 7079; 149 COPIES | 14.90 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 7079; 132 COPIES | 13.20 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 7079; 350 COPIES | 35.00 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 5208: 5 COPIES | .50 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # : 15 COPIES | 1.50 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 5208: 12 COPIES | 1.20 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # 5208: 6 COPIES | .60 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # : 11 COPIES | 1.10 |
| 10/16/07 | Duplicating/Printing/Scanning ATTY # : 6 COPIES | .60 |

172573 W. R. Grace & Co.                    Invoice Number  1629208
60028  ZAI Science Trial                    Page    4
November 28, 2007


| 10/16/07 | Duplicating/Printing/Scanning<br>ATTY # : 7 COPIES | .70 |
| 10/16/07 | Westlaw - SAMUEL, ALEXANDRIA C - - Legal<br>research relating to analysis of ZAI claimants'<br>claims against W.R. Grace. | 3150.12 |
| 10/16/07 | Westlaw - SAMUEL, ALEXANDRIA C - - Legal<br>research relating to analysis of ZAI claimants'<br>claims against W.R. Grace. | 1303.20 |
| 10/16/07 | Westlaw - METROPOULOS, NATALIE C - - Legal<br>research relating to analysis of ZAI claimants'<br>claims against W.R. Grace. | 2097.18 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 5208: 5 COPIES | .50 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 5208: 7 COPIES | .70 |
| 10/17/07 | Westlaw - DUCRE, DANIELLE N - - Legal research<br>relating to analysis of ZAI claimants' claims<br>against W.R. Grace. | 93.06 |
| 10/17/07 | Westlaw - METROPOULOS, NATALIE C - - Legal<br>research relating to analysis of ZAI claimants'<br>claims against W.R. Grace. | 1259.88 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # : 4 COPIES | .40 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # : 5 COPIES | .50 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # : 10 COPIES | 1.00 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # : 5 COPIES | .50 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # : 5 COPIES | .50 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # : 10 COPIES | 1.00 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # 5208: 5 COPIES | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1629208
60028  ZAI Science Trial                    Page    5
November 28, 2007
```

| | | |
|---|---|---:|
| 10/18/07 | Westlaw - REA, TRACI L - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 134.00 |
| 10/18/07 | Westlaw - SAMUEL, ALEXANDRIA C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 2251.02 |
| 10/18/07 | Westlaw - METROPOULOS, NATALIE C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 2433.86 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 8 COPIES | .80 |
| 10/19/07 | Duplicating/Printing/Scanning · ATTY # : 4 COPIES | .40 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 4 COPIES | .40 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 5 COPIES | .50 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 5 COPIES | .50 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 5 COPIES | .50 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 7 COPIES | .70 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 6 COPIES | .60 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 6 COPIES | .60 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 6 COPIES | .60 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 6 COPIES | .60 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 6 COPIES | .60 |
| 10/19/07 | Duplicating/Printing/Scanning ATTY # : 5 COPIES | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1629208
60028  ZAI Science Trial                    Page    6
November 28, 2007
```

| Date | Description | Amount |
|------|-------------|-------:|
| 10/19/07 | Duplicating/Printing/Scanning<br>ATTY # : 5 COPIES | .50 |
| 10/19/07 | Westlaw - PICKENS, DUSTIN N - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 68.05 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 1.60 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 1.60 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 2704; 54 COPIES | 5.40 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |