```
172573 W. R. Grace & Co.                          Invoice Number  1629208
60028  ZAI Science Trial                          Page    7
November 28, 2007
```

| Date | Description | Amount |
|---|---|---:|
| 10/24/07 | Meal Expense - - Lunch for 5 during meetings with 2 of client's in-house counsel and other attorneys. | 94.39 |
| 10/24/07 | Telephone Expense<br>610-832-5791/CONSHOHCKN, PA/6 | .30 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 10/28/07 | Westlaw - METROPOULOS, NATALIE C - - Legal research relating to analysis of ZAI claimants' claims against W.R. Grace. | 505.53 |
| 10/30/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 40 COPIES | 4.00 |
| | CURRENT EXPENSES | 22,201.74 |
| | TOTAL BALANCE DUE UPON RECEIPT | $22,201.74 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   1629209 |
| One Town Center Road | Invoice Date    11/28/07 |
| Boca Raton, FL   33486 | Client Number    172573 |

====================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                                         0.00
    Expenses                                 3,407.93

                        TOTAL BALANCE DUE UPON RECEIPT            $3,407.93
                                                                ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number      1629209
One Town Center Road                 Invoice Date        11/28/07
Boca Raton, FL    33486              Client Number        172573
                                     Matter Number         60033
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 8.35 |
| Private Investigators | 1,411.75 |
| PACER | 65.92 |
| Duplicating/Printing/Scanning | 318.20 |
| Transcript Expense | 919.72 |
| Courier Service - Outside | 7.53 |
| Secretarial Overtime | 270.00 |
| Taxi Expense | 71.49 |
| Meal Expense | 298.03 |
| General Expense | 36.94 |

CURRENT EXPENSES                                          3,407.93
                                                        --------------

TOTAL BALANCE DUE UPON RECEIPT                            $3,407.93
                                                        ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1629209
One Town Center Road                     Invoice Date       11/28/07
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60033

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    08/27/07    Secretarial Overtime - W.R. Grace claims -         22.50
                revisions

    08/28/07    Secretarial Overtime-finish up assignment          30.00

    09/05/07    Secretarial Overtime - - Preparation of court      45.00
                documents

    09/05/07    Secretarial Overtime - - assist with filing,       30.00
                hearing binders

    09/06/07    Secretarial Overtime - - W.R. Grace Court Prep     45.00

    09/07/07    Secretarial Overtime - - W.R. Grace Trial          45.00
                Presentation Prep

    09/07/07    Secretarial Overtime - - finish documents for      52.50
                D. Cameron

    09/17/07    PACER                                               3.12

    09/24/07    Duplicating/Printing/Scanning                        .10
                ATTY # 0559: 1 COPY

    09/24/07    Duplicating/Printing/Scanning                        .20
                ATTY # 0559: 2 COPIES

    09/24/07    Duplicating/Printing/Scanning                        .20
                ATTY # 0349: 2 COPIES

    09/25/07    PACER                                              27.04

    09/27/07    PACER                                               2.88
```

```
172573 W. R. Grace & Co.                              Invoice Number  1629209
60033  Claim Analysis Objection Resolution            Page      2
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Description | Amount |
|---|---|---:|
| 09/28/07 | PACER | 32.88 |
| 10/01/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 10/01/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/8 | .40 |
| 10/01/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 10/02/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/10 | .45 |
| 10/02/07 | Telephone Expense<br>310-829-9589/SNMN SNMN, CA/18 | .90 |
| 10/02/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 86 COPIES | 8.60 |
| 10/02/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 10 COPIES | 1.00 |
| 10/02/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 25 COPIES | 2.50 |
| 10/02/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 45 COPIES | 4.50 |
| 10/03/07 | Taxi Expense - - VENDOR: YELLOW CAB CO. TAKEN ON 04/14/07 TO HOLIDAY PARK - Relating to overtime work for deposition preparation (Dr. Brody depo.) | 60.49 |
| 10/03/07 | Taxi Expense - - VENDOR: YELLOW CAB CO. TAKEN ON 4/14/07 TO SHADYHILL ROAD - - Relating to overtime work for deposition preparation (Dr. Brody depo.) | 11.00 |
| 10/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 10/03/07 | Duplicating/Printing/Scanning<br>ATTY # 7029; 9 COPIES | .90 |
| 10/04/07 | Meal Expense Lunch for 7 for Dr. Lee Depo on 09/21/07 - - Lunch for 6 attorneys and 1 expert witness. | 137.53 |
| 10/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |

```
172573 W. R. Grace & Co.                              Invoice Number  1629209
60033  Claim Analysis Objection Resolution            Page    3
       & Estimation (Asbestos)
November 28, 2007


   10/05/07   Duplicating/Printing/Scanning                          .10
              ATTY # 0559: 1 COPY

   10/05/07   Duplicating/Printing/Scanning                        15.50
              ATTY # 7029; 155 COPIES

   10/08/07   Duplicating/Printing/Scanning                          .80
              ATTY # 0559; 8 COPIES

   10/08/07   Duplicating/Printing/Scanning                         4.00
              ATTY # 4810; 40 COPIES

   10/09/07   Telephone Expense                                      .20
              561-362-1551/BOCA RATON, FL/5

   10/09/07   Duplicating/Printing/Scanning                          .50
              ATTY # 1398; 5 COPIES

   10/09/07   Duplicating/Printing/Scanning                         3.00
              ATTY # 1398; 30 COPIES

   10/10/07   Duplicating/Printing/Scanning                         1.10
              ATTY # 0559; 11 COPIES

   10/10/07   Duplicating/Printing/Scanning                          .40
              ATTY # 2612; 4 COPIES

   10/10/07   Telephone Expense                                      .10
              310-829-9589/SNMN SNMN, CA/2

   10/10/07   Duplicating/Printing/Scanning                          .50
              ATTY # 0349: 5 COPIES

   10/11/07   Telephone Expense                                      .40
              617-552-3300/NEWTON, MA/8

   10/11/07   Telephone Expense                                      .10
              617-206-5200/BRIGHTON, MA/2

   10/12/07   Duplicating/Printing/Scanning                          .30
              ATTY # 0559; 3 COPIES

   10/12/07   Duplicating/Printing/Scanning                          .20
              ATTY # 0559; 2 COPIES

   10/12/07   Duplicating/Printing/Scanning                          .90
              ATTY # 0559; 9 COPIES

   10/12/07   Duplicating/Printing/Scanning                         1.20
              ATTY # 0559; 12 COPIES
```

```
172573 W. R. Grace & Co.                              Invoice Number  1629209
60033  Claim Analysis Objection Resolution            Page    4
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Description | Amount |
|---|---|---|
| 10/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 13 COPIES | 1.30 |
| 10/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0886; 13 COPIES | 1.30 |
| 10/15/07 | General Expense- VENDOR: ALL-STATE INTERNATIONAL, INC.  TABS | 1.44 |
| 10/15/07 | Private Investigators - - VENDOR: NEILSON AND MACRITCHIE -  Investigation into availability of witness for trial re: Pacific Freeholds claim. | 1411.75 |
| 10/15/07 | Meal Expense - - VENDOR: THE COVENTRY DELI - DEPOSITION PREPARATION - - Lunch for 6 attorneys and 1 expert witness. | 160.50 |
| 10/15/07 | Telephone Expense<br>302-652-5340/WILMINGTON, DE/8 | .35 |
| 10/15/07 | Telephone Expense<br>610-284-4940/UPPER DARBY, PA/12 | .55 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 85 COPIES | 8.50 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 7190; 5 COPIES | .50 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 43 COPIES | 4.30 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 4218; 62 COPIES | 6.20 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |

```
172573 W. R. Grace & Co.                              Invoice Number   1629209
60033  Claim Analysis Objection Resolution            Page    5
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Description | Amount |
|---|---|---|
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 10/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 10/15/07 | Courier Service - UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to RJ Lee Group (MONROEVILLE PA 15146). | 7.53 |
| 10/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 60 COPIES | 6.00 |
| 10/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 10/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |
| 10/16/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/33 | 1.60 |
| 10/16/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 10/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/17/07 | Transcript Expense - - VENDOR: ATLANTA REPORTERS, INC. - DEPOSITION OF DR. MILLETTE | 919.72 |
| 10/17/07 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/3 | .15 |
| 10/17/07 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/2 | .10 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 8 COPIES | .80 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 34 COPIES | 3.40 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 19 COPIES | 1.90 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 819 COPIES | 81.90 |

```
172573  W. R. Grace & Co.                              Invoice Number   1629209
60033   Claim Analysis Objection Resolution            Page     6
        & Estimation (Asbestos)
November 28, 2007
```

| Date | Description | Amount |
|---|---|---|
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 92 COPIES | 9.20 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 25 COPIES | 2.50 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 35 COPIES | 3.50 |
| 10/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 36 COPIES | 3.60 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 1.80 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 10/18/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 10/19/07 | General Expense - - VENDOR: THE BOX COMPANY.COM STORAGE BOXES | 10.50 |
| 10/19/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .45 |
| 10/19/07 | Telephone Expense<br>312-701-7852/CHICAGO, IL/2 | .10 |
| 10/19/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 2 COPIES | .20 |
| 10/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 10/19/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 10/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 37 COPIES | 3.70 |

```
172573 W. R. Grace & Co.                              Invoice Number  1629209
60033  Claim Analysis Objection Resolution            Page     7
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Description | Amount |
|---|---|---:|
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 43 COPIES | 4.30 |
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 43 COPIES | 4.30 |
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 43 COPIES | 4.30 |
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 37 COPIES | 3.70 |
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 43 COPIES | 4.30 |
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 43 COPIES | 4.30 |
| 10/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 43 COPIES | 4.30 |
| 10/22/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 94 COPIES | 9.40 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 104 COPIES | 10.40 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 309 COPIES | 30.90 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 2612; 3 COPIES | .30 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 118 COPIES | 11.80 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |

```
172573 W. R. Grace & Co.                          Invoice Number   1629209
60033  Claim Analysis Objection Resolution        Page    8
       & Estimation (Asbestos)
November 28, 2007
```

| Date | Description | Amount |
|---|---|---:|
| 10/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 118 COPIES | 11.80 |
| 10/23/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 32 COPIES | 3.20 |
| 10/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 10/24/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .20 |
| 10/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 10/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/26/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |
| 10/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.00 |
| 10/29/07 | Telephone Expense<br>312-701-7852/CHICAGO, IL/36 | 1.80 |
| 10/29/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 11 COPIES | 1.10 |
| 10/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/29/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 10/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |

```
172573  W. R. Grace & Co.                           Invoice Number  1629209
60033   Claim Analysis Objection Resolution         Page     9
        & Estimation (Asbestos)
November 28, 2007


     10/30/07    Duplicating/Printing/Scanning                        .20
                 ATTY # 0559; 2 COPIES

     10/31/07    Telephone Expense                                    .30
                 925-818-0281/WALNUT CRK, CA/6

     10/31/07    General Expense - - VENDOR: NATIONAL RESEARCH      25.00
                 COUNCIL CANADA LUKSIK

     10/31/07    Duplicating/Printing/Scanning                       7.40
                 ATTY # 4810; 74 COPIES

                                 CURRENT EXPENSES                3,407.93
                                                              ------------
                                 TOTAL BALANCE DUE UPON RECEIPT  $3,407.93
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1629210 |
| One Town Center Road | Invoice Date      11/28/07 |
| Boca Raton, FL   33486 | Client Number     172573 |

==============================================================================

Re: W. R. Grace & Co.

(60035)   Grand Jury Investigation

    Fees                                          0.00
    Expenses                                  322.13

                      TOTAL BALANCE DUE UPON RECEIPT        $322.13
                                                                ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number     1629210
One Town Center Road                  Invoice Date       11/28/07
Boca Raton, FL   33486                Client Number       172573
                                      Matter Number        60035


================================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Documentation Charge                      46.00
        Duplicating/Printing/Scanning            272.70
        Parking/Tolls/Other Transportation         1.00
        Mileage Expense                            2.43

                CURRENT EXPENSES                                    322.13
                                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT                     $322.13
                                                                 =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1629210
One Town Center Road                    Invoice Date      11/28/07
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60035
```

================================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/24/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 196 COPIES | 19.60 |
| 10/02/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 271 COPIES | 27.10 |
| 10/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 285 COPIES | 28.50 |
| 10/08/07 | Mileage Expense - - VENDOR: JENNIFER L. TAYLOR-PAYNE TRAVEL TO LIBRARY TO CHECK OUT CONGRESSIONAL RECORDS 9/10/07 | 2.43 |
| 10/08/07 | Parking/Tolls/Other Transportation - - VENDOR: JENNIFER L. TAYLOR-PAYNE TRAVEL TO LIBRARY TO CHECK OUT CONGRESSIONAL RECORDS 9/10/07 | 1.00 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 5254; 198 COPIES | 19.80 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 1 COPY | .10 |
| 10/08/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 1 COPY | .10 |
| 10/09/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 48 COPIES | 4.80 |
| 10/12/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 262 COPIES | 26.20 |
| 10/12/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 3 COPIES | .30 |

```
172573  W. R. Grace & Co.                         Invoice Number  1629210
60035   Grand Jury Investigation                  Page    2
November 28, 2007


10/12/07    Duplicating/Printing/Scanning                              .20
            ATTY # 4995: 2 COPIES

10/12/07    Duplicating/Printing/Scanning                             4.50
            ATTY # 4995: 45 COPIES

10/15/07    Duplicating/Printing/Scanning                            30.60
            ATTY # 5254; 306 COPIES

10/15/07    Duplicating/Printing/Scanning                            19.70
            ATTY # 5254; 197 COPIES

10/15/07    Duplicating/Printing/Scanning                            11.60
            ATTY # 5254; 116 COPIES

10/17/07    Duplicating/Printing/Scanning                              .30
            ATTY # 4995: 3 COPIES

10/18/07    Duplicating/Printing/Scanning                              .90
            ATTY # 4995: 9 COPIES

10/18/07    Duplicating/Printing/Scanning                            10.10
            ATTY # 4995: 101 COPIES

10/18/07    Duplicating/Printing/Scanning                              .30
            ATTY # 4995: 3 COPIES

10/18/07    Duplicating/Printing/Scanning                              .30
            ATTY # 4995: 3 COPIES

10/19/07    Duplicating/Printing/Scanning                             1.80
            ATTY # 4995: 18 COPIES

10/22/07    Documentation Charge - - VENDOR: STATE LAW               46.00
            LIBRARY OF MONTANA - STATE LAW LIBRARY OF
            MONTANA SERVICE ON 9/27/07

10/29/07    Duplicating/Printing/Scanning                             3.80
            ATTY # 5254; 38 COPIES

10/30/07    Duplicating/Printing/Scanning                            13.50
            ATTY # 5254; 135 COPIES

10/30/07    Duplicating/Printing/Scanning                             4.00
            ATTY # 5254; 40 COPIES

10/30/07    Duplicating/Printing/Scanning                            14.10
            ATTY # 5254; 141 COPIES

10/30/07    Duplicating/Printing/Scanning                             5.70
            ATTY # 5254; 57 COPIES
```

```
172573 W. R. Grace & Co.                          Invoice Number   1629210
60035  Grand Jury Investigation                   Page    3
November 28, 2007


   10/30/07    Duplicating/Printing/Scanning                        3.00
               ATTY # 5254; 30 COPIES

   10/31/07    Duplicating/Printing/Scanning                       14.00
               ATTY # 5254; 140 COPIES

   10/31/07    Duplicating/Printing/Scanning                        7.80
               ATTY # 5254; 78 COPIES

                              CURRENT EXPENSES                    322.13
                                                              ------------
                              TOTAL BALANCE DUE UPON RECEIPT     $322.13
                                                              ============
```