## Exhibit II

**Fee Application for the period**

**July 1, 2007  through July 31, 2007**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline:
November 15, 2007 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Forty-Second Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

17164
10/26/07

Incurred for the period from July 1, 2007 through July 31, 2007 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $63,176.80, representing 80% of $78,971.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $636.29.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 15, 2007 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Dated: October 26, 2007
Wilmington, DE

RESPECTFULLY SUBMITTED,

*Michael R. Lastowski*

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors ) | |

FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)

| | |
|---|---|
| Name of Applicant: | **Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC)** |
| Authorized to Provide Professional Services to: | **The Official Committee of Unsecured Creditors** |
| Date of Retention: | **June 8, 2004 (nunc pro tunc to February 4, 2004)** |
| Period for which compensation and reimbursement is sought: | **July 1, 2007 through July 31, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $78,971.00): | $ 63,176.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 636.29 |
| Total Amount Due: | $ 63,813.09 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the May and June monthly fee statements and the Thirteenth Quarterly fee application preparation is 12.5 hours and corresponding compensation requested is approximately $4,341.00.

This is the Forty-Second Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

SSL-DOCS1 1856469v1

FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)</u>

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| Totals Sixth Quarterly | April 1, 2005 through June 30, 2005 | $297,230.00 | $2,252.85 | $237,784.00 |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| Totals Seventh Quarterly | July 1, 2005 through September 30, 2005 | $292,231.00 | $2,635.52 | $233,784.80 |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| Totals Eighth Quarterly | October 1, 2005 through December 31, 2005 | $335,823.00 | $2,808.92 | $268,658.40 |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

**FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)</u>**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)</u>**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 22, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |

**FORTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007)</u>**

### ATTACHMENT B
### TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 7/1/07 through 7/31/07

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 11.20 | $6,664.00 |
| S. Cunningham | Member | $595 | 49.20 | $29,274.00 |
| J. Dolan | Consultant | $375 | 113.80 | $42,675.00 |
| M. Desalvio | Research | $160 | 1.30 | $208.00 |
| N. Backer | Paraprofessional | $100 | 1.50 | $150.00 |
| For the Period 7/1/07 through 7/31/07 | | | 177.00 | $78,971.00 |

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 7/1/07 through 7/31/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared numerous detailed analyses regarding a large divestiture including review of Debtors' draft agreements, Exhibits and schedules. | 19.20 | $9,620.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, reviewed recovery scenarios under various assumptions and reviewed various expert reports on asbestos claims. | 44.40 | $20,544.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD proposal, interest accruals, exclusivity issues, LTIP and acquisitions with counsel and Committee members. | 24.60 | $9,621.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared various analyses regarding the LTIP motion and prepared a report to the Committee thereon. | 35.20 | $16,170.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the May and June monthly Fee Statements and the 13th quarterly fee statement. | 12.50 | $4,341.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q2 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to the Committee was prepared thereon. Also analyzed the May monthly operating reports. | 39.30 | $18,279.50 |
| 21. Research | During the Fee Application period, the Applicant Retrieved peer analyst reports and industry information. | 1.30 | $208.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a discussion regarding divestitures. | 0.50 | $187.50 |
| **For the Period 7/1/07 through 7/31/07** | | **177.00** | **$78,971.00** |

SSL-DOCS1 1856469v1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Detailed Time Description by Task Code
### For the Period 7/1/07 through 7/31/07

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 7/2/2007 | E. Ordway | 0.70 | Read documents pertaining to IP issues and directed staff in following up/next steps. |
| 7/2/2007 | S. Cunningham | 2.00 | Reviewed draft report to the Committee re: Gemini. |
| 7/2/2007 | S. Cunningham | 2.50 | Reviewed Gemini IP agreement. |
| 7/2/2007 | J. Dolan | 0.40 | Followed up with the Company and advisors regarding open items related to Project Gemini. |
| 7/2/2007 | J. Dolan | 1.90 | Prepared for and participated in call with counsel and the Company regarding IP License Agreement issues. |
| 7/2/2007 | J. Dolan | 1.30 | Read and analyzed Provisions of IP License Agreement requiring further follow up with Company. |
| 7/2/2007 | J. Dolan | 0.50 | Reviewed and analyzed Exhibits to agreement received from the Company. |
| 7/3/2007 | J. Dolan | 0.70 | Followed up with counsel and the Company regarding open items related to Gemini. |
| 7/3/2007 | E. Ordway | 0.30 | Read additional data received from Debtors regarding IP issues. |
| 7/3/2007 | J. Dolan | 2.40 | Reviewed and analyzed all schedules to the Agreement received from the Company. |
| 7/9/2007 | S. Cunningham | 3.30 | Reviewed Phase 1 environmental data- Gemini. |
| 7/9/2007 | J. Dolan | 1.00 | Review of Phase 1 Environmental report regarding Project Gemini. |
| 7/18/2007 | E. Ordway | 0.90 | Analyzed EBITDA components from acquisitions. |
| 7/24/2007 | E. Ordway | 0.50 | Continued analysis of EBITDA components. |
| 7/26/2007 | E. Ordway | 0.80 | Continued analysis of EBITDA components. |
| Subtotal | | 19.20 | |
| 03. Claims Analysis & Valuation | | | |
| 7/9/2007 | J. Dolan | 2.50 | Read and analyzed expert testimonies regarding asbestos claim amounts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/11/2007 | J. Dolan | 0.50 | Reviewed recovery analysis and sent to counsel for review. |
| 7/11/2007 | J. Dolan | 3.00 | Read and analyzed expert testimony documents regarding asbestos claim estimation. |
| 7/12/2007 | J. Dolan | 2.00 | Updated Asbestos claim scenario analysis. |
| 7/12/2007 | J. Dolan | 1.80 | Analyzed Company adjustments to proforma balance sheet in connection with emergence analysis. |
| 7/12/2007 | S. Cunningham | 3.20 | Read and reviewed Expert reports. |
| 7/13/2007 | S. Cunningham | 3.30 | Read and reviewed expert reports. |
| 7/13/2007 | J. Dolan | 2.10 | Read and analyzed expert testimony documents regarding asbestos claim estimation. |
| 7/13/2007 | E. Ordway | 0.60 | Directed staff in updating recovery analysis. |
| 7/13/2007 | J. Dolan | 2.40 | Updated recovery analysis for latest financial information including stock price and interest through 12/31/07. |
| 7/16/2007 | E. Ordway | 0.40 | Reviewed/Edited claims analysis prepared by staff. |
| 7/16/2007 | J. Dolan | 2.50 | Revised latest claim scenario report based on latest financial info and discussions with counsel. |
| 7/17/2007 | J. Dolan | 1.40 | Calculated interest for post petition interest on claims. |
| 7/17/2007 | J. Dolan | 3.10 | Reviewed and analyzed expert testimony regarding asbestos claim estimates. |
| 7/17/2007 | S. Cunningham | 2.20 | Reviewed exclusivity issues- updated recovery scenario. |
| 7/18/2007 | S. Cunningham | 1.00 | Prepared liquidity analysis and reviewed environmental claims data. |
| 7/18/2007 | S. Cunningham | 3.30 | Reviewed Libby environmental. |
| 7/18/2007 | E. Ordway | 1.90 | Prepared/edited, updated recovery analysis to consider pending EPA/environmental settlements. |
| 7/19/2007 | S. Cunningham | 1.80 | Reviewed claims analysis and updated recovery analysis. |
| 7/26/2007 | J. Dolan | 1.40 | Prepared interest calculation for claims analysis per request of counsel. |
| 7/27/2007 | J. Dolan | 1.80 | Prepared environmental claims analysis by type to assist in EPA settlement analysis. |
| 7/30/2007 | J. Dolan | 2.20 | Updated recovery analysis based on various asbestos settlement scenarios. |
| Subtotal | | 44.40 | |

Capstone Advisory Group, LLC
Invoice for the July 2007 Fee Application

SSL-DOCS1 1856469v1

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 04. Creditor Committee Matters | | | |
| 7/2/2007 | J. Dolan | 1.20 | Read and analyzed recent docket items. |
| 7/3/2007 | J. Dolan | 1.00 | Read and analyzed recent docket items. |
| 7/9/2007 | J. Dolan | 1.20 | Read and analyzed recent court docket submissions. |
| 7/10/2007 | J. Dolan | 0.50 | Coordination with Blackstone regarding counsel's request for information. |
| 7/12/2007 | J. Dolan | 0.70 | Responded to request for information from counsel. |
| 7/12/2007 | J. Dolan | 2.30 | Read and analyzed recent docket items. |
| 7/13/2007 | E. Ordway | 0.40 | Read and analyzed DIP amendment. |
| 7/13/2007 | J. Dolan | 1.40 | Reviewed DIP agreement and amendments received from the Company. |
| 7/13/2007 | E. Ordway | 0.30 | Call with Committee member to discuss case status. |
| 7/13/2007 | J. Dolan | 0.50 | Responded to counsel's request for LTIP information. |
| 7/13/2007 | J. Dolan | 1.40 | Read and analyzed counsel's memo regarding exclusivity. |
| 7/16/2007 | J. Dolan | 2.40 | Prepared for and participated in call with counsel regarding status of case, LTIP, Gemini, recovery analysis. |
| 7/16/2007 | J. Dolan | 1.40 | Updated work plan. |
| 7/17/2007 | J. Dolan | 1.20 | Reviewed and analyzed docket submissions. |
| 7/17/2007 | J. Dolan | 1.70 | Prepared for Committee conference call. |
| 7/19/2007 | S. Cunningham | 1.10 | Participated in committee call - regarding Exclusivity. |
| 7/26/2007 | J. Dolan | 1.20 | Updated status of EPA settlement. |
| 7/26/2007 | J. Dolan | 1.70 | Read and analyzed recent docket items. |
| 7/27/2007 | J. Dolan | 2.00 | Prepared for and participated in conference call with Committee to discuss exclusivity order and prepared summary for team. |
| 7/30/2007 | J. Dolan | 1.00 | Read and analyzed recent docket items. |
| Subtotal | | 24.60 | |
| 05. Employee Matters/KERP/Other | | | |

Capstone Advisory Group, LLC
Invoice for the July 2007 Fee Application

Page 3 of 6

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/5/2007 | J. Dolan | 1.90 | Prepared analysis for Committee report on LTIP motion. |
| 7/5/2007 | J. Dolan | 2.20 | Read and analyzed LTIP draft motion received from the Company's advisors. |
| 7/5/2007 | J. Dolan | 1.40 | Reviewed prior year motions and memos to determine comparability of current year request. |
| 7/5/2007 | E. Ordway | 0.40 | Directed staff in reviewing and analyzing LTIP plan amendments. |
| 7/6/2007 | J. Dolan | 1.90 | Began preparing LTIP report to the Committee based on draft motion. |
| 7/9/2007 | J. Dolan | 2.70 | Prepared report to the Committee regarding LTIP motion requesting authorization. |
| 7/10/2007 | J. Dolan | 1.70 | Analyzed current LTIP motion and past and present payouts. |
| 7/10/2007 | E. Ordway | 0.40 | Read and analyzed prior LTIP plans for comparability. |
| 7/10/2007 | S. Cunningham | 3.00 | Reviewed historical LTIP plans and information. |
| 7/10/2007 | J. Dolan | 1.50 | Prepared for and participated in call with Company and its advisors regarding LTIP issues. |
| 7/10/2007 | J. Dolan | 1.50 | Analyzed LTIP past motions and reports to Committee. |
| 7/11/2007 | J. Dolan | 0.90 | Read and analyzed LTIP requested information received from the Company. |
| 7/11/2007 | S. Cunningham | 4.00 | Reviewed historical LTIP plans and information. |
| 7/12/2007 | J. Dolan | 1.70 | Updated LTIP report to Committee. |
| 7/13/2007 | E. Ordway | 0.50 | Continued analyzing LTIP proposal. |
| 7/16/2007 | S. Cunningham | 4.00 | Reviewed LTIP information. |
| 7/27/2007 | J. Dolan | 1.50 | Finalized LTIP memo to Committee based on final motion filed. |
| 7/27/2007 | J. Dolan | 1.40 | Reviewed and analyzed final LTIP motion and related documents. |
| 7/30/2007 | E. Ordway | 0.40 | Reviewed/edited report on LTIP plan. |
| 7/30/2007 | S. Cunningham | 0.80 | Read and analyzed LTIP memo for counsel. |
| 7/30/2007 | J. Dolan | 1.40 | Updated LTIP memo to the Committee based on comments received and distributed to counsel for review. |
| Subtotal | | 35.20 | |

07. Fee Applications & Invoices

**Capstone Advisory Group, LLC**
**Invoice for the July 2007 Fee Application**

Page 4 of 6

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/2/2007 | N. Backer | 0.90 | Prepared 13th Quarterly fee application. |
| 7/2/2007 | J. Dolan | 1.40 | Prepared May fee application. |
| 7/2/2007 | J. Dolan | 1.50 | Prepared 1Q07 quarterly fee application. |
| 7/3/2007 | J. Dolan | 1.20 | Prepared May fee application. |
| 7/9/2007 | E. Ordway | 0.30 | Prepared fee application. |
| 7/9/2007 | J. Dolan | 1.20 | Prepared June fee application. |
| 7/10/2007 | J. Dolan | 1.00 | Prepared May fee application. |
| 7/10/2007 | J. Dolan | 1.20 | Prepared 1Q07 fee application. |
| 7/11/2007 | J. Dolan | 0.70 | Finalized quarterly fee application. |
| 7/11/2007 | J. Dolan | 0.50 | Finalized May fee application. |
| 7/12/2007 | N. Backer | 0.60 | Prepared May fee statement. |
| 7/26/2007 | J. Dolan | 1.00 | Prepared fee applications. |
| 7/30/2007 | J. Dolan | 1.00 | Prepared June fee application. |
| Subtotal | | 12.50 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/2/2007 | J. Dolan | 0.70 | Read and analyzed press release regarding acquisition. |
| 7/5/2007 | J. Dolan | 2.50 | Read and analyzed May monthly operating reports. |
| 7/11/2007 | J. Dolan | 2.50 | Read and analyzed prior reports and Debtor filings in preparation of 2Q07 report to the Committee. |
| 7/17/2007 | E. Ordway | 1.60 | Read and analyzed monthly and quarterly financial reports from Debtor and listed items for staff to further investigate. |
| 7/17/2007 | J. Dolan | 2.50 | Prepared analysis on 2Q07 results for Committee report. |
| 7/20/2007 | S. Cunningham | 2.10 | Reviewed May financial reporting package. |
| 7/23/2007 | S. Cunningham | 1.80 | Reviewed May financial reporting package. |
| 7/24/2007 | S. Cunningham | 5.10 | Reviewed 2 Q financial information versus prior year. |

Capstone Advisory Group, LLC
Invoice for the July 2007 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/26/2007 | S. Cunningham | 3.20 | Reviewed financial data. |
| 7/26/2007 | J. Dolan | 1.80 | Read and analyzed Grace 2Q07 press release. |
| 7/26/2007 | J. Dolan | 2.10 | Prepared analysis for 2Q07 results report to the committee including press releases and recent company information. |
| 7/27/2007 | J. Dolan | 1.60 | Prepared snapshot analysis on 2Q07 results comparing sales, EBITDA to prior year and Plan. |
| 7/30/2007 | S. Cunningham | 1.50 | Read and analyzed 2Q07 report to the Committee including updating tables to be included in report. |
| 7/30/2007 | J. Dolan | 1.50 | Prepared analysis for 2Q07 report to the Committee including updating tables to be included in report. |
| 7/30/2007 | E. Ordway | 0.80 | Prepared outline of report draft for committee 2ndQ report. |
| 7/31/2007 | J. Dolan | 2.10 | Prepared analysis for 2Q07 report to the Committee including updating sales and gross margin tables to be included in report. |
| 7/31/2007 | J. Dolan | 3.40 | Prepared analysis for 2Q07 report to the Committee including updating EBITDA tables to be included in report. |
| 7/31/2007 | J. Dolan | 2.50 | Prepared analysis for 2Q07 report to the Committee including updating cash flow tables to be included in report. |
| Subtotal | | 39.30 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/25/2007 | M. Desalvio | 1.30 | Retrieved analysts reports on peers for 2Q2007 |
| Subtotal | | 1.30 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/3/2007 | J. Dolan | 0.50 | Participated in call with Company regarding open issues re: Gemini. |
| Subtotal | | 0.50 | |
| Total Hours | | 177.00 | |

Capstone Advisory Group, LLC
Invoice for the July 2007 Fee Application

SSL-DOCS1 1856469v1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 7/1/07 through 7/31/07

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Copies | | | |
| 7/31/2007 | Capstone Expenses | July Copies - 6 @ .10 ea | $0.60 |
| Subtotal - Copies | | | $0.60 |
| Postage/FedEx | | | |
| 7/16/2007 | Capstone Expenses | Fed Ex 2-150-94720 | $39.36 |
| 7/16/2007 | Capstone Expenses | Fed Ex 2-150-94720 | $14.49 |
| Subtotal - Postage/FedEx | | | $53.85 |
| Research | | | |
| 7/31/2007 | Capstone Expenses | Pacer Research charge for July | $11.76 |
| Subtotal - Research | | | $11.76 |
| Scans | | | |
| 7/31/2007 | Capstone Expenses | Scans - 13 @ $1. ea | $13.00 |
| Subtotal - Scans | | | $13.00 |
| Telecom Charges | | | |
| 7/31/2007 | Capstone Expenses | Conference calls | $295.39 |
| 7/31/2007 | Capstone Expenses | July Telephone - Saddle Brook office | $261.69 |
| Subtotal - Telecom Charges | | | $557.08 |
| For the Period 7/1/07 through 7/31/07 | | | $636.29 |

Capstone Advisory Group, LLC
Invoice for the July 2007 Fee Application

Page 1 of 1