## *** Certified Copy Page ***



FILED

2007 NOV 14  PM 2: 33

U.S. BANKRUPTCY
DISTRICT OF DELAWARE

I, Everly Kellar, Circuit and Ex-Officio Recorder, do hereby certify that the foregoing is a FULL, TRUE and CORRECT copy of the Instruments(s) herewith set out as same appears of record in:
Deeds and Mortgages BOOK - 7013, AT PAGE - 666 in said court.

Witness my hand and seal this 5 Day of November, 2007.

*[signature]*

Circuit and Ex-Officio Recorder
Logan County, AR

Printed: 11-05-2007 02:12:43 PM
Optical file reference: D29A.1B65

```
7013   666
Recorded in the Above
Deeds and Mortgages Book & Page
11-05-2007 02:10:39 PM
Everly Kellar-Circuit Clerk
Logan County, AR Northern Dist
```

**ATTENTION: LOGAN COUNTY CLERK AND RECORDER**

FILED 2007 NOV 14 PM 2:33

# CLAIM:
## NOTICE TO CURE/
## NOTICE OF INTENT TO SUE
## AS PRESENTED BY AFFIDAVIT OF
## Anton Frank Volovsek

Prepared by: Robert Fox
300 South Main
Jacksonville, Texas

7013   667
Deeds and Mortgages  Book & Page

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et. al. | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors | § | (Jointly Administered) |

# DEMAND FOR RECONSIDERATION RE: RULE 60(b) FRAUD AS PRESENTED BY AFFIDAVIT OF Anton Frank Volovsek

State of Arkansas  §
Logan county  §

I, Anton Frank Volovsek, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let m y yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat. 1211. I have personal knowledge of the matters stated herein, and hereby asseverate understanding the liabilities presented in Briscoe v LaHue 460 US 325.

## PREFACE

"The United States Attorney is the representative not of an ordinary party to a controversy, but of a sovereignty whose obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest, therefore, in a criminal prosecution is not that it shall win a case, but that justice shall be done. As such, he is in a peculiar and very definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer. He may prosecute with earnestness and vigor - indeed, he should do so. But, while he may strike hard blows, he is not at liberty to strike foul ones. It is as much his duty to refrain from improper methods calculated to produce a wrongful conviction as it is to use every legitimate means to bring about a just one."
Berger v. U.S., 295 U.S. 78, 88 (1935)

"As an attorney, it was my mandate to fight against authority when it was overbearing, abusive, or unjust, but also to respect and believe in the system.

DEMAND FOR RECONSIDERATION                                   Page 1 of 4

When I challenged the system it was not from disrespect; rather, it was the ultimate form of respect.
I understood then, as I do today, that absent challenge, authority becomes totalitarian. Authority needs to be challenged if we are to ensure the integrity of the process. It is one of the great truths of our system."
— Judge Harold J. Rothwax

In this case foul blows have been struck, and absent challenge, authority becomes totalitarian, wherefore I present my good faith DEMAND FOR RECONSIDERATION RE: RULE 60(b) FRAUD AS PRESENTED BY AFFIDAVIT OF Anton Frank Volovsek.

## CONTEMPT – JUDICIAL NOTICE

1) This court WILL take judicial notice that I hold the utmost respect for the courts of this state and of this nation; however, I do distinguish between the court and an officer of the court and as to the latter, neither my respect nor my contempt is freely given; it must be earned.

## FACTS

2) I have a firm, good faith reliance that officers of the court have executed oaths to support both State and Federal Constitutions, and to uphold the law.

3) I have a firm, good faith reliance that officers of the court are educated, trained, paid, and **sworn** to uphold the law.

4) Officers of the court are required to report criminal activity as promptly as they become aware of it.

5) Officers of the court cannot claim ignorance of the law.

6) I have been defrauded in the above styled matter in that I have a verifiable, legitimate claim against W.R. GRACE & CO., not only the divisions litigating in the bankruptcy court, but also non bankrupt entities. BAR TERRORIST Judith K. Fitzgerald lied to me and deceived me when she informed me that all I had to do was verify my medical incapacity in order to continue in this case after having been dismissed from this case. My verification of medical incapacity has not brought me back into this case, wherefore I have been defrauded.

DEMAND FOR RECONSIDERATION                                    Page 2 of 4

7) The cornerstone to due process is **notice** and **opportunity**. BAR TERRORIST Judith K. Fitzgerald, by lying to me, gave me a defective notice, depriving me of the opportunity to properly continue to prosecute my claim.

8) Once due process is denied all jurisdiction ceases as per your very own 5 USC §§ 556(d), 557, 706. Judges have no immunity as per your very own <u>Owen v. City of Independence</u>, 100 S Ct. 1398; <u>Maine v. Thiboutot</u>, 100 S. Ct. 2502; and <u>Hafer v. Melo</u>, 502 U.S. 21; judges are deemed to know the law and sworn to uphold the law; judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the citizen cannot plead ignorance of the law, it is ludicrous for a learned judge to plead ignorance of the law therefore there is no judicial immunity in matters of rights secured by The Constitution of the United States of America. See: Title 42 USC § 1983 and Federal Tort Claims Act exception for unconstitutional acts, as well as 18 USC §§ 241/242.

9) I hereby grant this court the jurisdictional authority to rectify its mistake, eliminate the fraud, and restore my claim and my right to prosecute my claim to the fullest extent of the law.

## CLAIM

10) My claim # is 000714 as attached hereto and made a part hereof.

11) For clarification purposes, I did not sue W.R. GRACE & CO. for anti-trust violations. I filed liens because I was barred from getting my patented roofing system on the market, and W.R. GRACE & CO. defaulted on the liens. W.R. GRACE & CO. has twice recognized me as a creditor.

12) I am not an expert in the law, however, I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of his son Yahshua

DEMAND FOR RECONSIDERATION                                        Page 3 of 4

be done on Earth as it is in Heaven.

Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC § 1746(1)
Signed on this the ___5TH___ day of the eleventh month in the year of our Lord and Savior two thousand seven.

*Anton Frank Volovsek* (signature)
Anton Frank Volovsek
c/o HC II Box 204
Kamiah [83536]
Idaho

## VERIFICATION

State of Arkansas       §
Logan county            §

SUBSCRIBED and SWORN to before me by the man identified to me as Anton Frank Volovsek, this _5TH_ day of November, A.D. 2007.

_____
Notary Public for the State of Arkansas

My Commission Expires: _6-3-2010_

[Notary seal: LIEVSAY NOTARY PUBLIC]

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was hand delivered or sent by mail, postage prepaid, to opposing parties this the _5TH_ day of the eleventh month in the year of our Lord and Savior two thousand seven.

*Anton Frank Volovsek* (signature)
Anton Frank Volovsek

Logan County AR Northern Dist
I certify this instrument was filed on
11-05-2007 02:10:39 PM
and recorded in Deeds and Mortgages Book
7013 at pages 666 - 670
Everly Kellar-Circuit Clerk

*Everly Kellar* (signature)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | | **GRACE NON-ASBESTOS PROOF OF CLAIM FORM** |
|---|---|---|
| Name of Debtor:[1] W. R. Grace + Co. et al | Case Number 01-01139 | |

NOTE: This form should not be used to make a claim for an administrative expense, as defined on the attached instructions, arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. This form should also not be used to file a claim for an Asbestos Personal Injury Claim, Asbestos Property Damage Claim, Zonolite Attic Insulation Claim or Settled Asbestos Claim. A specialized proof of claim form for each of these claims should be filed.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):
Anton Frank Valovsek

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
RT 2 Box 200 # 92
Kamiah Idaho 83536

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies Debtor:
Case No. 01-01139 (JKF)

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated: _____

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
All W.R. Grace property + interests

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Environmental liability
☐ Money loaned
☐ Non-asbestos personal injury/wrongful death
☐ Taxes
☐ Other  See 2 Liens - Commercial Construction

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Your SS #: _____
Unpaid compensation for services performed
from _____ to _____ (date)

**2. Date debt was incurred:** 1976 continuing to date
**3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $591,500,462,500.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Classification of Claim.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☒ **SECURED CLAIM**

Attach evidence of perfection of security interest

Brief Description of Collateral:

☐ Real Estate    ☐ Other (Describe briefly) See UCC-1 document

Amount of arrearage and other charges at time case filed included in secured claim above, if any: $591,500,462,500.00

☐ **UNSECURED NONPRIORITY CLAIM**

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ **UNSECURED PRIORITY CLAIM** - Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a___).

**6. Credits and Setoffs:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that clamant owes to Debtor.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Anton Frank Valovsek

C:\WINDOWS\Temporary Internet Files\OLK5002\PROOF002-Rvsd2-5-02.wpd

---

[1] See attached instructions for names of all Debtors.

# SPECIFIC INSTRUCTIONS FOR COMPLETING
# GRACE NON-ASBESTOS PROOF OF CLAIM FORMS

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to these general rules.*

This Proof of Claim form is for Creditors who have Non-Asbestos Claims against any of the Debtors. Non-Asbestos Claims are any claims against the Debtors as of a time immediately preceding the commencement of the Chapter 11 cases on April 2, 2001 other than Asbestos Personal Injury Claims, Asbestos Property Damage Claims, Zonolite Attic Insulation Claims, Settled Asbestos Claims or Medical Monitoring Claims, as defined on the attached General Instructions. More specifically, Non-Asbestos Claims are those claims against one or more of the Debtors, whether in the nature of or sounding in tort, contract, warranty or any other theory of law or equity for, relating to or arising by reason of, directly or indirectly, any injury, damage or economic loss caused or allegedly caused directly or indirectly by any of the Debtors or any products or materials manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors and arising or allegedly arising directly or indirectly, from acts or omissions of one or more of the Debtors, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages.

**Administrative Expenses:** Those claims for, among other things, the actual, necessary costs and expenses of preserving the estate as defined in Section 503 of the Bankruptcy Code that arose after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to Section 503 of the Bankruptcy Code. This form should not be used to make a claim for an administrative expense.

**Secured Claim:** A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property. Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right to setoff), the creditor's claim may be a secured claim. (See also Unsecured Claim.)

**Unsecured Claim:** If a claim is not a secured claim, it is an unsecured claim. Unsecured claims are those claims for which a creditor has no lien on the debtor's property or the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Nonpriority Claim:** Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as Unsecured Nonpriority Claims.

**Information about Creditor:** Complete this section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the court which sent notice, or if this proof of claim replaces or amends a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:** Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:** Fill in the date the debt was first owed by the debtor.

3. **Court Judgments:** If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Amount of Claim:** Insert the amount of claim at the time the case was filed in the appropriate box based on your selected Classification of Claim in item 5. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Classification of Claim:** Check either Secured, Unsecured Nonpriority or Unsecured Priority as appropriate. (See Definitions above.)

    **Unsecured Priority Claim:** Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See Definitions, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

6. **Credits:** By signing this proof of claim, you are stating under oath that in calculating the amount of your claim, you have given the debtor credit for all payments received from the debtor.

7. **Supporting Documents:** You must attach to this proof of claim form, copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

*Be sure to date the claim and place original signature of claimant or person making claim for creditor where indicated at the bottom of the claim form. Please type or print name of individual under the signature. Be sure all items are answered on the claim form. If not applicable, insert "Not Applicable".*

RETURN CLAIM FORM (WITH ATTACHMENTS, IF ANY) TO THE FOLLOWING CLAIMS AGENT FOR THE DEBTORS:

> Claims Processing Agent
> Re: W. R. Grace & Co. Bankruptcy
> P.O. Box 1619
> Faribault, MN 55021-1619

The Bar Date for filing all NON-ASBESTOS CLAIMS against the Debtors is _____, 2002 at 4:00 p.m. Eastern Time.

This **UCC-1** FINANCING STATEMENT is presented for filing pursuant to the WASHINGTON UNIFORM COMMERCIAL CODE, chapter 62A.9 RCW, to perfect a security interest in the below named collateral.
PLEASE TYPE FORM
Filing fee: $12.00.

| 1. DEBTOR(S) (see Instruction #2) | Debtor 1 | 2. FOR OFFICE USE ONLY — DO NOT WRITE IN THIS BOX |
|---|---|---|
| ☐ PERSONAL (last, first, middle name and address) | SSN: ___ FEIN: ___ | FILED |
| ☐ BUSINESS (legal business name and address) | Debtor 2 SSN: ___ FEIN: ___ | 98 298 0001 |

Grace W.R., & Co. Inc.
A.L. Costello, ~~Chrman., Pres.,~~ CEO
One Town Ctr Rd
Boca Raton, FL   33486
TRADE NAME, DBA, AKA:

**3. SECURED PARTY(IES)** (name and address)

Anton Frank Volovsek
P.O. Box 723
Tekoa, WA 99033

**4. ASSIGNEE(S) of SECURED PARTY(IES) if applicable** (name and address)

**5. SECURED PARTY CONTACT PERSON:** Anton Frank Volovsek    Phone: ___

**6. CHECK ONLY IF APPLICABLE:** (For definitions of TRANSMITTING UTILITY AND PRODUCTS OF COLLATERAL, see instruction sheet.)
☐ Debtor is a Transmitting Utility    ☒ Products of Collateral are also covered

**7. THIS FINANCING STATEMENT** covers the following collateral: (Attach additional 8-1/2" x 11" sheet(s) if needed.)

Please see Attachment

**8. RETURN ACKNOWLEDGMENT COPY TO:** (name and address)

Anton Frank Volovsek
P.O. Box 723
Tekoa WA 99033

**9. FILE WITH:**
UNIFORM COMMERCIAL CODE
DEPARTMENT OF LICENSING
P.O. BOX 9660
OLYMPIA, WA 98507-9660
(360) 753-2523

MAKE CHECKS PAYABLE TO THE
DEPARTMENT OF LICENSING

**10. FOR OFFICE USE ONLY    IMAGES TO BE FILMED**  2

**11.** If collateral is described below, this statement may be signed by the Secured Party instead of the Debtor. Please check the appropriate box, complete the adjacent lines and box 13, if collateral is:
a. ☒ already subject to a security interest in another jurisdiction when it was brought into this state or when the debtor's location was changed to this state. (complete adjacent lines 1 and 2)
b. ☒ proceeds of the original collateral described above in which a security interest was perfected. (complete adjacent lines 1 and 2)
c. ☒ listed on a filing which has lapsed. (complete adjacent lines 1 and 2)
d. ☐ acquired after a change of name, identity, or corporate structure of the debtor(s). (complete adjacent lines 1, 2 and 3)

1. 255865, 257396
   ORIGINAL FILING NUMBER
2. Klickitat Co. Auditor
   Goldendale, WA
   FILING OFFICE WHERE FILED
3. ___
   FORMER NAME OR DEBTOR(S)

**12. DEBTOR NAME(S) AND SIGNATURE(S):**
Grace W.R., & Co. Inc.
A.L. Costello, Chrman, Pres., CEO
TYPE NAME(S) OF DEBTOR(S) AS IT APPEARS IN BOX 1.

SIGNATURE(S) OF DEBTOR(S)

SIGNATURE(S) OF DEBTOR(S)

**13. SECURED PARTY NAME(S) AND SIGNATURE(S) ARE REQUIRED IF BOX 11 HAS BEEN COMPLETED.**
Anton Frank Volovsek
TYPE NAME(S) OF SECURED PARTY(IES) AS IT APPEARS IN BOX 3 OR 4.

*[signature]* Anton Frank Volovsek
SIGNATURE(S) OF SECURED PARTY(IES)

SIGNATURE(S) OF SECURED PARTY(IES)

FORM APPROVED FOR USE IN THE STATE OF WASHINGTON (R/7/93)
WASHINGTON UCC-1

ATTACHMENT FOR UCC-1 - BLOCK 7

All personal judgments, licenses, bonds, insurance's, private/public trusts, bank accounts, savings accounts, personal & private property (cars, trucks, vehicles, land/real estate, buildings, livestock, wells, mines, natural resources), assignments of all stocks, bonds, and certificates of deposits, personal and corporate signatures, all tangible and intangible property, and including but not limited to their partners assets, all inventory personal, corporate and company to include all chairman, CEO's, and Vice Presidents; also all mineral products and holdings, current development holdings, all retirement accounts (Federal, State, Foreign, and domestic) all payments while in public office, all private payments while relieved out of public office, all inheritance, all accounts receivable, etc., until full accord and satisfaction has been given to the secured parties (paid in full). Non/standard-Non/negotiable (Non-Federal form). A security-15 USC. This is a USSFC Tracer Flag, not a point of law. RCW 62A.9 207, -102, -103, -105, -106, -107, -109; RCW 62A.9 3-415.