# Exhibit A

DM3\593702.1

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JULY 1, 2007 THROUGH SEPTEMBER 30, 2007**

## ASSET DISPOSITION (TASK CODE NO. 002)

Applicant analyzed the debtors' sale of assets under section 363, including the sale of the Washcoat business.

## CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant prepared, reviewed pleadings, filed pleadings and monitored dockets.

## CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)

Applicant reviewed numerous pleadings and the status of claims objections.

## CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)

Applicant reviewed motion to file late proof of claim and settlements with creditors, including Wauconda and Lloyd's.

## COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)

Applicant analyzed expert reports and reported to the creditors committee regarding same.

## EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)

Applicant reviewed various motions regarding employee pension plans and benefit programs.

## EMPLOYMENT APPLICATIONS, APPLICANT (TASK CODE NO. 009)

Applicant reviewed its retention application.

## EMPLOYMENT APPLICATION, OTHERS (TASK CODE NO. 010)

Applicant reviewed retention applications filed by other parties.

## FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

## FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

## HEARINGS (TASK CODE NO. 015)

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

## LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 16)

On behalf of the Committee, Applicant monitored certain litigation.

## PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

## OTHER (TASK CODE NO. 25)

Applicant reviewed and retrieved miscellaneous pleadings and memos.

## BUSINESS ANALYSIS (TASK CODE NO. 27)

Applicant reviewed the Debtors' business plan.

## DATA ANALYSIS (TASK CODE NO. 29)

Applicant reviewed various motions and supporting documentation.