# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: October 22, 2007 at 4:00 p.m.<br>Hearing Date: To be determined. |

**SIXTY-SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 1, 2007 THROUGH JULY 31, 2007**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **July 1, 2007 through<br>July 31, 2007** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | $43,373.50 |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | $1,544.99 |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the sixty-seventh monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

DM3\570504.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

DM3\570504.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |

5

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | Pending | Pending |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | Pending | Pending |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | Pending | Pending |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 14.10 | $9,165.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 50.90 | $30,285.50 |
| Richard W. Riley | Partner/19 years | $480.00 | 5.90 | $2,832.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 0.90 | $211.50 |
| David M. Speers | Paralegal | $240.00 | 0.20 | $48.00 |
| Elizabeth M. O'Byrne | Paralegal | $180.00 | 1.80 | $324.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 2.90 | $507.50 |
| | | | 76.70 | $43,373.50 |

Total Fees:     $43,373.50
Total Hours:    76.70

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 0.90 | $535.50 |
| Business Operations (03) | 0.20 | $36.00 |
| Case Administration (04) | 5.40 | $1,996.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 44.70 | $26,619.00 |
| Claim Analysis Objections and Resolution (Non-Asbestos) (06) | 2.80 | $1,482.00 |
| Employee Benefits/Pension (08) | 0.30 | $178.50 |
| Employment Applications, Others (10) | 0.20 | $119.00 |
| Fee Applications, Applicant (12) | 3.80 | $997.00 |
| Hearings (15) | 9.00 | $5,355.00 |
| Litigation and Litigation Consulting (16) | 0.20 | $130.00 |
| Plan and Disclosure Statement (17) | 0.50 | $297.50 |
| Other (25) | 0.50 | $325.00 |
| Business Analysis (27) | 2.40 | $1,532.50 |
| Data Analysis (29) | 5.80 | $3,770.00 |
| **TOTAL** | **76.70** | **$43,373.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Document Retrieval | CM/ECF | $28.30 |
| Telephone | CourtCall | $25.00 |
| Overnight Mail | Federal Express | $44.57 |
| Printing & Duplicating-External | Parcels, Inc. | $908.80 |
| Printing & Duplicating-Internal | Duane Morris LLP | $23.85 |
| Research | Lexis Nexis | $504.47 |
| Travel-Local | N/A | $10.00 |
| **TOTAL** | | **$1,544.99** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period July 1, 2007 through July 31, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $34,698.80 (80% of allowed fees) and $1,544.99 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: October 1, 2007
      Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
      rwriley@duanemorris.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

9

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

August 17, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO
380 MADISON AVENUE
NEW YORK, NY 10017

W R. GRACE & CO.

File# K0248-00001        Invoice# 1327089                      IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 50.90 hrs. at | $595.00 /hr. = | $30,285.50 | |
| RW RILEY | PARTNER | 5.90 hrs. at | $480.00 /hr. = | $2,832.00 | |
| WS KATCHEN | OF COUNSEL | 14.10 hrs. at | $650.00 /hr. = | $9,165.00 | |
| DM SPEERS | PARALEGAL | 0.20 hrs. at | $240.00 /hr. = | $48.00 | |
| BA GRUPPO | PARALEGAL | 0.90 hrs. at | $235.00 /hr. = | $211.50 | |
| EM O'BYRNE | PARALEGAL | 1.80 hrs. at | $180.00 /hr. = | $324.00 | |
| AT ASH | LEGAL ASSISTANT | 2.90 hrs. at | $175.00 /hr. = | $507.50 | |
| | | | | | $43,373.50 |

DISBURSEMENTS

| | |
|---|---|
| DOCUMENT RETRIEVAL | 28.30 |
| LEXIS LEGAL RESEARCH | 504.47 |
| MISCELLANEOUS | 25.00 |
| OVERNIGHT MAIL | 44.57 |
| PRINTING & DUPLICATING | 23.85 |
| PRINTING & DUPLICATING - EXTERNAL | 908.80 |
| TRAVEL - LOCAL | 10.00 |
| TOTAL DISBURSEMENTS | $1,544.99 |

BALANCE DUE THIS INVOICE                                    $44,918.49

PREVIOUS BALANCE                                           $101,249.81

TOTAL BALANCE DUE                                          $146,168.30

Duane Morris
August 17, 2007
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1327089

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/1/2007 | 002 | MR LASTOWSKI | REVIEW DEBTORS' RULE 363 MOTION (WASHCOAT BUSINESS) | 0.90 | $535.50 |
| | | | Code Total | 0.90 | $535.50 |

Duane Morris
August 17, 2007
Page 3

File # K0248-00001                                    INVOICE #  1327089
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 7/27/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 0.20 | $36.00 |

Duane Morris
August 17, 2007
Page 4

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/2/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M HAHN | 0.10 | $23.50 |
| 7/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W M.SIMKULAK, W.KATCHEN, AND M HAHN | 0.10 | $23.50 |
| 7/10/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET AT REQUEST OF W KATCHEN FOR MOTION TO TERMINATE EXCLUSIVITY PERIOD; DOWNLOAD OBJECTION OF TRUSTEE TO EXTENSION AND FORWARD SAME | 0.20 | $36.00 |
| 7/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/11/2007 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET AND FORWARD DAILY TO W KATCHEN PURSUANT TO HIS REQUEST | 0 10 | $18.00 |
| 7/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M SIMKULAK, W KATCHEN, AND M HAHN | 0 10 | $23.50 |

Duane Morris
August 17, 2007
Page 5

File # K0248-00001                                              INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/13/2007 | 004 | DM SPEERS | ONLINE SEARCH FOR 7/12/07 9TH CIRCUIT OPINION IN IN USA V. W.R. GRACE, DOWNLOAD AND EMAIL TO WSKATCHEN | 0.20 | $48.00 |
| 7/18/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 7/19/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 7/19/2007 | 004 | WS KATCHEN | REVIEW BRIEF ON STATUTE OF LIMITATION; EMAILS STROOCK REGARDING SAME. | 0.30 | $195.00 |
| 7/20/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO WILLIAM KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 7/20/2007 | 004 | WS KATCHEN | REVIEW DEBTOR'S BRIEF OF STATUTE OF LIMITATION VS. MOTLEY RICE. | 0.60 | $390.00 |
| 7/23/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 7/24/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 7/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M HAHN | 0.10 | $23.50 |
| 7/25/2007 | 004 | EM O'BYRNE | DAILY WATCH OF DOCKET SHEET FOR NEW PLEADINGS, DOWNLOAD AND E-MAIL TO W KATCHEN | 0.30 | $54.00 |
| 7/25/2007 | 004 | RW RILEY | REVIEWING DOCKET AND MOTION TO AUTHORIZE IMPLEMENTATION OF THE 2007-2009 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES; ORDER APPROVING STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING CERTAIN CLAIMS FILED BY DEL TACO AND ORDER DENYING EXTENSION OF EXCLUSIVITY AND TERMINATING SAME | 1.80 | $864.00 |

Duane Morris
August 17, 2007
Page 6

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/26/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW FILINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0 20 | $36 00 |
| 7/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23 50 |
| 7/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| | | | Code Total | 5.40 | $1,996.50 |

Duane Morris
August 17, 2007
Page 7

File # K0248-00001                                  INVOICE # 1327089
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/1/2007 005 | MR LASTOWSKI | ANALYSIS OF LIBBY CLAIMANTS' MOTION TO ALTER OR AMEND THE COURT'S MODIFIED STAY ORDER | 0.50 | $297.50 |
| 7/1/2007 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM ASBESTOS TRUSTS | 0.90 | $535.50 |
| 7/1/2007 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM ASBESTOS TRUSTS | 0.90 | $535.50 |
| 7/2/2007 005 | MR LASTOWSKI | REVIEW JENNIFER BRIGGS REPORT | 1.50 | $892.50 |
| 7/2/2007 005 | MR LASTOWSKI | REVIEW MARK PETERSON REPORT | 1.80 | $1,071.00 |
| 7/2/2007 005 | MR LASTOWSKI | REVIEW MARKEVELAND REPORT | 0.10 | $59.50 |
| 7/2/2007 005 | MR LASTOWSKI | REVIEW MARKEVELAND REPORT | 1.10 | $654.50 |
| 7/2/2007 005 | MR LASTOWSKI | REVIEW LAURA WELCH REPORT | 0.30 | $178.50 |
| 7/2/2007 005 | MR LASTOWSKI | REVIEW RADECKI REPORT | 0.10 | $59.50 |
| 7/2/2007 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO LAW FIRM MOTIONS FOR PROTECTIVE ORDERS AND UNDERLYING MOTIONS | 0.60 | $357.00 |
| 7/3/2007 005 | MR LASTOWSKI | ANALYSIS OF ELIZABETH ANDERFSON EXSPERT REPORT | 1.60 | $952.00 |
| 7/3/2007 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO COMPEL THE CELOTEX ASBESTOS TRUST TO PRODUCE DOCUMENTS | 0.80 | $476.00 |
| 7/3/2007 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO COMPEL THE CELOTEX ASBESTOS TRUST TO PRODUCE DOCUMENTS | 0.60 | $357.00 |
| 7/3/2007 005 | MR LASTOWSKI | REVIEW LIBBY EXPERT REPORTS | 1.70 | $1,011.50 |
| 7/3/2007 005 | MR LASTOWSKI | REVIEW VICTOR ROGGLI EXPERT REPORTS | 0.70 | $416.50 |
| 7/5/2007 005 | MR LASTOWSKI | PREPARE FOR AND ATTEND (TELEPHONICALLY) HEARING ON ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION | 9.20 | $5,474.00 |
| 7/6/2007 005 | MR LASTOWSKI | REVIEW REVIEW CONGOLEUM MOTION FOR A PROTECTIVE ORDER | 0.70 | $416.50 |
| 7/10/2007 005 | WS KATCHEN | REVIEW/ANALYSIS OBJECTION BY ASBESTOS CONSTITUENTS - §1121(D) MOTION | 0.60 | $390.00 |
| 7/10/2007 005 | WS KATCHEN | REVIEW UST OBJECTION §1121(D) MOTION; TELEPHONE CONVERSATION WITH COMMITTEE MEMBERS; TELEPHONE CONVERSATION WITH STROOK - K. KRUGER. | 0.50 | $325.00 |
| 7/11/2007 005 | MR LASTOWSKI | REVIEW DEBTOR'S CONSOLIDATED RESPONSE TO MOTIONS TO ALTER OR AMEND THE TEMPORARY STAY RE: ACTIONS AGAINST BNSF OR THE STATE OF MONTANA | 0.30 | $178.50 |

Duane Morris
August 17, 2007
Page 8

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/11/2007 | 005 | MR LASTOWSKI | REVIEW TRIAL BRIEFS FOR JULY 30 AND JULY 31 STATUTE OF LIMITATIONS HEARINGS | 0.50 | $297.50 |
| 7/13/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S CERTIFICATION OF COUNSEL RE; THIRD SET OF INTERROGATORIES ADDRESSED TO CERTAIN PERSONAL INJURY COUNSEL | 0.40 | $238.00 |
| 7/13/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S RULE 9019 MOTION RE SETTLEMENT WITH CITY OF PHILADELPHIA | 0.40 | $238.00 |
| 7/13/2007 | 005 | MR LASTOWSKI | REVIEW RELIANCE MATERIALS RELATE4D TO JENNIFER BIGGS EXPERT REPORT | 1.20 | $714.00 |
| 7/16/2007 | 005 | MR LASTOWSKI | REVIEW DISCOVERY DISPUTES | 1.40 | $833.00 |
| 7/16/2007 | 005 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER ISSUES; SIGN PROTECTIVE ORDER | 0.70 | $416.50 |
| 7/17/2007 | 005 | MR LASTOWSKI | REVIEW STATUS OF PROTECTIVE ORDER | 0.40 | $238.00 |
| 7/19/2007 | 005 | MR LASTOWSKI | REVIEW DISCOVERY ISSUES | 1.70 | $1,011.50 |
| 7/19/2007 | 005 | MR LASTOWSKI | REVIEW APPELLATE BRIEFS OF FORTY FOUR CLAIMAINTS WHOSE CLAIMS WERE DISMISSED BY THE COURT'S ORDER OF 4/17/07 | 0.50 | $297.50 |
| 7/19/2007 | 005 | RW RILEY | REVIEWING FILINGS RELATED TO DEBTORS' FARTHER REQUEST FOR EXTENSION OF EXCLUSIVITY AND OBJECTION THERETO | 1.70 | $816.00 |
| 7/20/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS COMMITTEE'S OBJECTIONS TO DEBTORS' REQUEST FOR DOCUMENTS FROM THE CELOTEX SETLEMENT TRUST'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0.10 | $59.50 |
| 7/20/2007 | 005 | MR LASTOWSKI | REVIEW 3RD CIRCUIT APPELLATE BRIEFS OF ASBESTOS COMMITTEES SEEKING TO TERMINATE EXCLUSIVITY | 2.50 | $1,487.50 |
| 7/24/2007 | 005 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR JULY 30 AND JULY 31 HEARINGS | 3.40 | $2,023.00 |
| 7/25/2007 | 005 | WS KATCHEN | REVIEW CELOTEX ASBESTO'S TRUST RESPONSE. | 0.30 | $195.00 |
| 7/25/2007 | 005 | WS KATCHEN | REVIEW ORDER - FILING UNDER SEAL; REVIEW DII INDENTURE ASBESTOS TRUST'S RESPONSE. | 0.40 | $260.00 |
| 7/26/2007 | 005 | WS KATCHEN | REVIEW DEBTOR'S REPLY BRIEF AND STATUTE OF LIMITATION (MOTLEY RICE); REVIEW CELOTEX ASBESTOS TRUST OPPOSITION REGARDING LEAVE FROM SCHEDULING ORDER. | 3.00 | $1,950.00 |
| 7/27/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE MOTION TO FILE DOCUMENTS UNDER SEAL | 0.40 | $238.00 |

Duane Morris
August 17, 2007
Page 9

File # K0248-00001                                   INVOICE # 1327089
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/27/2007 | 005 | MR LASTOWSKI | REVIEW CELOTEX SETLEMENT TRUST'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0 70 | $416.50 |
| 7/27/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS COMMITTEE'S OBJECTIONS TO DEBTORS' REQUEST FOR DOCUMENTS FROM THE CELOTEX SETLEMENT TRUST'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0.10 | $59.50 |
| 7/30/2007 | 005 | RW RILEY | REVIEWING REPLY IN SUPPORT OF DEBTOR'S MOTIONS TO COMPEL DISCOVERY FROM THE CELOTEX ASBESTOS TRUST AND THE DII INDUSTRIES, LLC ASBESTOS PI TRUST | 0.40 | $192.00 |
| | | | Code Total | 44 70 | $26,619 00 |

Duane Morris
August 17, 2007
Page 10

File # K0248-00001                                          INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/6/2007 | 006 | MR LASTOWSKI | REVIEW NJDEP'S MOTION TO FILE LATE PROOF OF CLAIM; REVIEW DEBTORS' OBJECTION; REVIEW TRADE COMMITTEE'S JOINDER | 1.20 | $714.00 |
| 7/6/2007 | 006 | RW RILEY | REVIEWING NJDEP'S MOTION SEEKING PERMISSION TO FILE A LATE PROOF OF CLAIM; REVIEWING DEBTORS' OBJECTION TO THE NJDEP'S MOTION SEEKING PERMISSION TO FILE A LATE PROOF OF CLAIM; REVIEWING AND COORDINATING FILING AND SERVICE OF COMMITTEE'S JOINDER IN DEBTORS' OBJECTION TO THE NJDEP'S MOTION SEEKING PERMISSION TO FILE A LATE PROOF OF CLAIM; COMMUNICATIONS TO DEBTORS' COUNSEL REGARDING SAME | 1.60 | $768.00 |
| | | | Code Total | 2.80 | $1,482.00 |

Duane Morris
August 17, 2007
Page 11

File # K0248-00001                          INVOICE #  1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 7/27/2007 | 008 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO IMPLEMENT LONG TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES | 0.30 | $178 50 |
| | | | Code Total | 0.30 | $178.50 |

Duane Morris
August 17, 2007
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1327089

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/24/2007 | 010 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 38TH INTERIM FEE APPLICATION | 0.10 | $59.50 |
| 7/24/2007 | 010 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 39TH INTERIM FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 0.20 | $119.00 |

Duane Morris
August 17, 2007
Page 13

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/11/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF STROOCK FORTIETH INTERIM APPLICATION | 0.10 | $59.50 |
| 7/12/2007 | 012 | AT ASH | DRAFT 64TH MONTHLY APPLICATION OF DUANE MORRIS | 0.50 | $87.50 |
| 7/12/2007 | 012 | AT ASH | DRAFT 65TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.50 | $87.50 |
| 7/12/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 64TH INTERIM FEE APPLICATION | 0.20 | $119.00 |
| 7/12/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 65TH INTERIM FEE APPLICATION | 0.20 | $119.00 |
| 7/13/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 64TH MONTHLY APPLICATION OF DUANE MORRIS | 0.30 | $52.50 |
| 7/13/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 65TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.30 | $52.50 |
| 7/17/2007 | 012 | AT ASH | DRAFT DUANE MORRIS 66TH FEE APPLICATION. | 0.60 | $105.00 |
| 7/31/2007 | 012 | AT ASH | FINALIZE DM 66TH MONTHLY FEE APPLICATION. CONVERT TO PDF FORMAT AND E-FILE. SERVICE OF SAME. | 0.70 | $122.50 |
| 7/31/2007 | 012 | RW RILEY | REVIEWING AND EXECUTING DUANE MORRIS' 66TH INTERIM FEE APPLICATION | 0.40 | $192.00 |
| | | | Code Total | 3.80 | $997.00 |

Duane Morris
August 17, 2007
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1327089

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/20/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR JULY OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.20 | $1,904.00 |
| 7/23/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.80 | $3,451.00 |
| | | | Code Total | 9.00 | $5,355.00 |

Duane Morris
August 17, 2007
Page 15

File # K0248-00001                                    INVOICE #  1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/13/2007 | 016 | WS KATCHEN | TELEPHONE CONVERSATION WITH COMMITTEE MEMBERS REGARDING 9TH CIR. REVERSAL. | 0.20 | $130.00 |
| | | | Code Total | 0.20 | $130.00 |

Duane Morris
August 17, 2007
Page 16

File # K0248-00001                                    INVOICE #  1327089
         W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/10/2007 | 017 | MR LASTOWSKI | REVIEW OBJECTIONS TO THE DEBTORS' MOTION FURTHER TO EXTEND EXCLUSIVITY | 0.50 | $297.50 |
| | | | Code Total | 0.50 | $297.50 |

Duane Morris
August 17, 2007
Page 17

File # K0248-00001                                      INVOICE #  1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 7/26/2007 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH COMMITTEE MEMBER. | 0.10 | $65.00 |
| 7/27/2007 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL REGARDING 1121(D) - L  KRUGER | 0.40 | $260.00 |
| | | | Code Total | 0.50 | $325.00 |

Duane Morris
August 17, 2007
Page 18

File # K0248-00001                                       INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/6/2007 | 027 | MR LASTOWSKI | REVIEW CAPSTONE FIRST QUARTER FINANCIAL ANALYSISI | 0.30 | $178.50 |
| 7/6/2007 | 027 | MR LASTOWSKI | REVIEW MAY MONTHLY OPERATING REPORT | 0.20 | $119.00 |
| 7/17/2007 | 027 | WS KATCHEN | REVIEW SEALED AIR; EMAILS WITH M. CHEHI; CONFERENCE WITH E ORDWAY | 0.30 | $195.00 |
| 7/18/2007 | 027 | WS KATCHEN | TELEPHONE CONVERSATION WITH L. KRUGER REGARDING STRATEGY; COMMITTEE CONFERENCE CALL REGARDING CASE STRATEGY AND PLAN ISSUES; 2ND TELEPHONE CONVERSATION WITH L. KRUGER | 1.20 | $780.00 |
| 7/30/2007 | 027 | WS KATCHEN | REVIEW MOTION KERP. | 0.20 | $130.00 |
| 7/31/2007 | 027 | WS KATCHEN | TELEPHONE CONVERSATION WITH STROOCK REGARDING SCHEDULING; REVIEW EMAIL TO COMMITTEE. | 0.20 | $130.00 |
| | | | Code Total | 2.40 | $1,532.50 |

Duane Morris
August 17, 2007
Page 19

File # K0248-00001                                        INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/13/2007 | 029 | WS KATCHEN | REVIEW JULY 19TH COURT AGENDA. | 0.10 | $65.00 |
| 7/13/2007 | 029 | WS KATCHEN | REVIEW STROOCK MEMO; REVIEW OF 9TH CIR. OPINION. | 0.90 | $585.00 |
| 7/16/2007 | 029 | WS KATCHEN | REVIEW LATEST DEBTOR REPLY PLEADINGS REGARDING 1121(D) MOTION; REVIEW CAPSTONE REPORT; REVIEW MODIFIED 2ND AMENDED CMO; REVIEW MODIFIED ORDER REGARDING PRIVILEGES ISSUES; EMAL STROOCK REGARDING SAME; REVIEW DEBTORS' CONSOLIDATED RESPONSE REGARDING MONTANA A/C; REVIEW DEBTOR'S OBJECTION TO NJDEP CLAIM AND EXHIBITS. | 1.90 | $1,235.00 |
| 7/19/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S REPLY ON §1127(D) OBJECTIONS; TELEPHONE CONVERSATION WITH COMMITTEE MEMBER. | 0.20 | $130.00 |
| 7/24/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO REGARDING §1121(D) ISSUE; REVIEW EXHIBITS | 0.40 | $260.00 |
| 7/26/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE REPORT ON §1121(D) DECISION; REPLY TO STROOCK. | 0.20 | $130.00 |
| 7/30/2007 | 029 | WS KATCHEN | REVIEW ACC OPPOSITION AND FUTURE'S REP TO DEBTOR'S REQUEST FOR DEPOSITION ET AL - CLAIMANT LAW FIRMS; REVIEW EXHIBITS TO OBJECTION; REVIEW CERTIFICATION OF COUNSEL - BARON & BUDD ET (RESPONSES TO BE SEALED); REVIEW MOTION BY BARON & BUDD ET AL TO FILE UNDER SEAL RESPONSES. | 1.20 | $780.00 |
| 7/30/2007 | 029 | WS KATCHEN | REVIEW ORDER - FOR SALE WASHCOUT BUSINESS | 0.30 | $195.00 |
| 7/31/2007 | 029 | WS KATCHEN | REVIEW JULY 26TH ORDER - §1121(D); REVIEW JULY 24TH ORDER - SEMPRA; REVIEW JULY 26TH ORDER - CRMC; REPLY TO DEBTOR - CELOTEX TRUST | 0.50 | $325.00 |
| 7/31/2007 | 029 | WS KATCHEN | REVIEW CLAIMANT'S RESPONSE (MOTLEY RICE) | 0.10 | $65.00 |
| | | | Code Total | 5.80 | $3,770.00 |

Duane Morris
August 17, 2007
Page 20

File # K0248-00001                              INVOICE #  1327089
        W.R. GRACE & CO.

                              TOTAL SERVICES          76.70    $43,373.50

Duane Morris
August 17, 2007
Page 21

File # K0248-00001                                    INVOICE # 1327089
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 7/31/2007 | PRINTING & DUPLICATING - EXTERNAL | | 908.80 |
| | | Total: | $908.80 |
| 7/31/2007 | TRAVEL - LOCAL | | 10.00 |
| | | Total: | $10.00 |
| 6/27/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 35.50 |
| 6/27/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| 7/9/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 7/9/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 24.50 |
| 7/9/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 100.50 |
| 7/13/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 10.50 |
| 7/13/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 134.00 |
| 7/13/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 8.00 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.62 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 10.50 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 26.50 |
| 7/16/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.62 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 17.50 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 71.00 |
| 7/25/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.75 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.62 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 17.50 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 28.00 |
| 7/30/2007 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.62 |
| | | Total: | $504.47 |
| 7/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798217868980) | | 6.54 |
| 7/13/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790290910121) | | 13.26 |
| 7/31/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790303776568) | | 6.02 |
| 7/31/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790795322238) | | 18.75 |
| | | Total: | $44.57 |
| 6/13/2007 | MRL/FEES@COURTCALL/TELEPHONICAPPEARANCE | | 25.00 |
| | | Total: | $25.00 |
| 7/31/2007 | DOCUMENT RETRIEVAL | | 28.30 |
| | | Total: | $28.30 |

Duane Morris
August 17, 2007
Page 22

File # K0248-00001                                    INVOICE #  1327089
      W.R. GRACE & CO.


7/31/2007    PRINTING & DUPLICATING                                23.85
                                         Total:    $23.85

                    TOTAL DISBURSEMENTS      .      $1,544 99

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                    Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 10/1/2007 at 3:33 PM EDT and filed on 10/1/2007

**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 16960

**Docket Text:**
Monthly Application for Compensation *(Sixty-Seventh) for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 1, 2007 Through July 31, 2007* Filed by Duane Morris LLP. Objections due by 10/22/2007. (Attachments: # (1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\WRGrace\Duane Morris\67th Monthly\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2007] [FileNumber=5898989-0]
[53afde1d8896507cbe188f0f12ebf0b7ff729ce63be89519a30c6599f11bd8cfe98f
e03010959d9806b58413b62bb1fe136f83bc017f7915b4e32f7f9069c96f]]
**Document description:**Exhibit A
**Original filename:**I:\WRGrace\Duane Morris\67th Monthly\Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2007] [FileNumber=5898989-1]
[418899a5a2809c81c7efbdd5777afe7bea259dc47aa8bfa28c97b8782b7e17b9bfb1
45ac06accbccd6efedfa56588003f34d77d217793be1374d077e5dfff1ec]]
**Document description:**Certificate of Service
**Original filename:**I:\WRGrace\Duane Morris\67th Monthly\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2007] [FileNumber=5898989-2]
[a32bba960b88c734150f1dea96939717aca38ef2eecf992404cfc3dc20aa6e80dfb1
225997ef06a3d677038f0f11371a9a5190e7b87cc58a55e6a201a0b29696]]

**01-01139-JKF Notice will be electronically mailed to:**